IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO.** |
| | : | |
| **AHMED ABU KHATALLAH,** | : | |
| also known as **Ahmed Mukatallah,** | : | **VIOLATION:** |
| **Defendant.** | : | |
| | : | 18 U.S.C. § 2339A |
| | : | (Conspiracy to Provide Material |
| | : | Support and Resources to Terrorists |
| | : | Resulting in Death) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

**(Conspiracy to Provide Material Support and Resources to Terrorists Resulting in Death)**

Beginning on a date unknown to the Grand Jury but no later than on or about September 11, 2012, and continuing until on or about September 12, 2012, in Libya, that is, outside the jurisdiction of any particular state or district, but within the extraterritorial jurisdiction of the United States, and pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **AHMED ABU KHATALLAH,** also known as Ahmed Mukatallah, did knowingly and intentionally conspire and agree with other conspirators, known and unknown to the Grand Jury, to provide material support and resources to terrorists, that is, personnel including himself and others, as defined in Title 18, United States Code, Section 2339A(b)(1), knowing and

intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 930(c), Killing a Person in the Course of an Attack on a Federal Facility Involving the Use of a Firearm and a Dangerous Weapon, and a violation of Title 18, United States Code, Section 844(f), Maliciously Damaging and Destroying U.S. Property by Means of Fire and an Explosive, and this offense resulted in death.

**(Conspiracy to Provide Material Support and Resources to Terrorists Resulting in Death,**
in violation of Title 18, United States Code, Section 2339A)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia