AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**SEALED**  **UNSEALED**

United States of America
v.
AHMED ABU KHATALLAH,
also known as "AHMED MUKATALAH"

*Defendant*

)
)
)
)
)
)

Case: 1:13-mj-572
Assigned To : Chief Judge Royce C. Lamberth
Assign. Date : 7/15/2013
Description: Complaint and Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AHMED ABU KHATALLAH, also known as "AHMED MUKATALAH"  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Killing A Person in the Course of an Attack on a Federal Facility Involving the Use of a Firearm and Dangerous Weapon and Attempting and Conspiring to Do the Same, in violation of 18 U.S.C. §§ 930(c) and 2;
Providing Attempting and Conspiring to Provide Material Support to Terrorists Resulting in Death, in violation of 18 U.S.C §§ 2339A and 2, and
Discharging, Brandishing, Using, Carrying and Possessing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U S.C. §§ 924(c)(1) and 2.

Date:   07/15/2013

*Royce C. Lamberth*
*Issuing officer's signature*

City and state:   Washington, D.C.

Chief Judge Royce C Lamberth
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/15/13 , and the person was arrested on *(date)* 6/28/14
at *(city and state)* Washington, D.C.

Date: 6/28/14

*Michael S. Regal*
Receiving ~~Arresting~~ officer's signature

Michael S. Regal, DUSM
*Printed name and title*