# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No.: 14-141 (CRC)** |
| | : | |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| | : | |
| also known as Ahmed Abu Khatallah, | : | |
| also known as Ahmed Mukatallah, | : | |
| also known as Ahmed Bukatallah, | : | |
| also known as Sheik, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

Pursuant to Local Criminal Rule 49(e)(1), please note that the United States of America, by and through undersigned counsel, today filed under seal a motion entitled "Motion for Miscellaneous Relief." This document is not available for public viewing.

A copy of the motion was served by e-mail on counsel for the defendant: Michelle Peterson, Esquire and Mary Petras, Esquire.

        Respectfully submitted,

        RONALD C. MACHEN JR.
        UNITED STATES ATTORNEY
        D.C. Bar Number 447-889

By:

        _____/s/_____
        MICHAEL C. DILORENZO
        (MD Bar #: 931214 0189)
        JULIEANNE HIMELSTEIN
        OPHER SHWEIKI
        JOHN CRABB JR.
        Assistant United States Attorneys

National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov