## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
    )
    v.    )
    )    **Crim. No.   14-141 (CRC)**
AHMED ABU KHATALLAH    )
    )
    Defendant.    )

## MOTION TO ADMIT AND APPEAR
## PRO HAC VICE

Pursuant to Local Criminal Rule 44.1(d), undersigned Counsel, Assistant Federal Public Defender Michelle Peterson, a member of the Bar of the District of Columbia, moves in conjunction with Richard Jasper, for his admission to appear Pro Hac Vice before this Court to represent Mr. Abu Khatallah in the above-captioned case.

In support of this motion, undersigned counsel states:

1.     I am a member in good standing of the Bar of this Court.

2.     Mr. Jasper is a member of the Bar for the State of New York admitted to practice law on February 4, 1985, by the First Judicial Department.

3.     Mr. Jasper's address is 276 Fifth Avenue. Suite 501. New York, NY 10001 and his phone number is (212) 689-3858.

4.     Mr. Jasper is a member in good standing and eligible to practice in each jurisdiction and court to which he has been admitted.   Mr. Jasper has never been disciplined by any bar.

5.     Mr. Jasper does not engage in the practice of law from an office located in the District of Columbia.

6.     Undersigned counsel is submitting separately the required declaration signed by

1

Mr. Jasper.

Therefore, in conjunction with Attorney Richard Jasper, undersigned counsel respectfully requests that this Court grant the Motion and permit Mr. Jasper to appear and proceed Pro Hac Vice as additional counsel of record in the above-captioned case.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500