**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )     Crim. No. 14-141 (CRC) |
| | ) |
| AHMED ABU KHATALLAH, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Upon consideration of Assistant Federal Defender Michelle Peterson's motion to admit

pro hac vice, Richard Jasper, as additional attorney of record for defendant Ahmed Abu

Khatallah.  It is

**ORDERED** that Richard Jasper, Attorney-at-Law, is hereby to appear as additional

counsel for defendant Ahmed Abu Khatallah, in the above captioned case.

    **SO ORDERED**.


DATE: March   , 2015           _____

                                    CHRISTOPHER R. COOPER
                                    UNITED STATES DISTRICT JUDGE