UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No.   14-141 (CRC) |
| AHMED ABU KHATALLAH | ) | |
| | ) | |
| Defendant. | ) | |

## SWORN DECLARATION

Pursuant to Local Criminal Rule 44.1 (d) the undersigned attorney, Jeffrey S. Weiner, Esq. hereby respectfully submits the following sworn statement in support of a request to appear as learned counsel in pro hac vice form in the case of United States v. Ahmed Abu Khatallah, Crim. Case No. 14-141 (CRC).

I declare under penalty of perjury that the foregoing is true and correct:

1.    That my name is Richard Jasper.

2.    That I maintain an office at 276 Fifth Avenue. Suite 501. New York, NY 10001.

3.    That I have been admitted by the following Jurisdictions; First Judicial Department on February 4, 1985; United States Court of Appeal for the Second Circuit on April 17, 1996; Eastern District of New York January 1986; and, Southern District of New York January 1986.

4.    I hereby certify that I have never been disciplined by any bar where I am admitted to practice.

5.    I have never previously sought admission Pro Hac Vice in the United States District Court for the District of Columbia.

6.    I do not engage in the practice of law from an office in the District of Columbia, nor am I a member of the District of Columbia Bar, nor do I have an application for

membership pending.

Executed on this 10th day of March, 2015.

Richard Jasper, Esq.
Attorney Declarant
NY Bar # 1975739
276 Fifth Avenue. Suite 501
New York, NY 10001
(212) 689-3858
ricjasp@aol.com