IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR NO 14-141 (CRC) |
| | ) |
| | ) |
| AHMED ABU KHATALLAH, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Please add Richard Jasper as additional counsel upon his admission pro hac vice.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500