UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.: 14-cr-141 (CRC) |
| | : | |
| AHMED SALIM FARAJ ABU KHATALLAH, | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," | : | |
| also known as "Sheik," | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE STATUS AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, through counsel, respectfully move this Court, to continue the March 18, 2015 status hearing, and pursuant to 18 U.S.C. § 3161, to exclude time before which this matter must be brought to trial under the Speedy Trial Act until the next status hearing. The parties request this tolling given the complexity of this matter and the voluminous nature of the ongoing discovery process.

### PROCEDURAL HISTORY

On June 26, 2014, the defendant was indicted on the charge of Conspiracy to Provide Material Support and Resources to Terrorists Resulting in Death, in violation of 18 U.S.C. §

1

2339A. He was arraigned before the Honorable Magistrate Judge John Facciola on June 28, 2014, and the government's motion for detention was granted.

On July 8, 2014, a status hearing was held before the Court. At that time, the Court tolled time under the Speedy Trial Act before which this matter must be brought to trial, until the next status hearing, which was scheduled for September 9, 2014, based on the complexity of this matter pursuant to 18 U.S.C. § 3161. In early September 2014, the status hearing was continued to October 20, 2014, and the Court similarly tolled the Speedy Trial Act until that date. On October 14, 2014, the defendant was charged in an eighteen-count Superseding Indictment, which includes death eligible offenses. Status hearings were held on October 20, 2014, and January 14, 2015, during which the Court again tolled the Speedy Trial Act until the following status hearings. A status hearing is currently scheduled for March 18, 2015.

To date, the government has provided to the defense in unclassified discovery more than 6,000 pages of material, consisting of reports, documents and photographs, and 46 media files. In classified discovery, the government has provided to the defense more than 11,000 pages of material, also consisting of reports, documents and photographs, and 38 media files. The defense has continued to review these materials. Also, since January 2015, the government, pursuant to its ongoing discovery obligation and consistent with the defendant's discovery request in this case, has continued to review material within its possession. As a result of this review, the government anticipates producing another large batch of discovery within the next week, consisting of thousands of more pages of classified material. The defense will need time to review this material. Additionally, since January 2015, the defendant has expanded the defense team, including the appointment of learned counsel on March 11, 2015. It will be necessary for the

defense team – particularly its newer members (who are in the process of obtaining security clearances) – to review the discovery in this case.  The parties believe that an additional continuance is appropriate, after which the parties will be able to provide a more fulsome report to the Court on these matters.  The parties respectfully propose a status hearing be set for mid-May, 2015, or another agreeable date for the Court and the parties.

Furthermore, the parties are requesting that, pursuant to 18 U.S.C. §3161(h)(7)(A), the Court further exclude time under the Speedy Trial Act computation through the next proposed status hearing.   A proposed order has been attached.

## CONCLUSION

Wherefore, the parties respectfully request that the status hearing scheduled for March 18, 2015, be continued, and in accordance with 18 U.S.C. §3161(h)(7)(A), that the Court exclude time before which this matter must be brought to trial under the Speedy Trial Act until the next status hearing.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447-889

By:_____/s/_____
MICHAEL C. DILORENZO
 (MD Bar #: 931214 0189)
JULIEANNE HIMELSTEIN
OPHER SHWEIKI
JOHN CRABB
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov


_____/s/_____
MICHELLE PETERSON
MARY PETRAS
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fpd.org