UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | 14-cr-141 (CRC) |
| | : | |
| **AHMED ABU KHATALLAH** | : | |

## ORDER

Upon consideration of Defendant's Motion for Return to Libya, and finding good cause shown, it is this __ day of _____, 2015, hereby

ORDERED that the motion is GRANTED.

_____
CHRISTOPHER R. COOPER
U.S. District Judge