# ATTACHMENT D

السلام عليكم ورحمة الله وبركاته

اقرأ عليكم اولاً بيان الحكومة الليبية

تابعت الحكومة الليبية المؤقتة التصريحات الصادرة عن المسؤولين في حكومة الولايات المتحدة الأمريكية بشأن قيام قوات أمريكية باختطاف المواطن الليبي " أحمد أبوختالة " يوم الأحد الموافق 2014/06/15 بالقرب من مدينة بنغازي بدعوى اتهامه بالمشاركة في حادثة الاعتداء على البعثة الأمريكية في بنغازي في شهر سبتمبر 2012 .

في الوقت الذي تدين فيه الحكومة هذا الاعتداء المؤسف للسيادة الليبية ودون علم مسبق للحكومة الليبية في وقت تعاني فيه مدينة بنغازي من اختلالات أمنية، تعمل الحكومة جاهدة على احتوائها ومنع تفاقمها ، تؤكد على حق ليبيا في محاكمة "السيد أبوختاله" على أراضيها وبموجب قوانينها وتطالب الحكومة الأمريكية بتسليم المواطن المذكور لليبيا للتحقيق معه ومحاكمته أمام القضاء الليبي .

وفي ذات الوقت تطلب الحكومة الليبية من حكومة الولايات المتحدة الأمريكية ضمان صحة وسلامة وكافة الحقوق القانونية والإنسانية للمتهم بما فيها حق الدفاع والمحاكمة العادلة وفق المعايير الدولية وحق الاتصال بقنصل الدولة والمحامين.

كما تؤكد الحكومة الليبية المؤقتة على عزمها الأكيد على متابعة هذا الموضوع عبر القنوات الدبلوماسية والسياسية والقنصلية والإنسانية لاحترام سيادتها وحماية مواطنيها وحقها في محاكمة مواطنيها مهما كانت اتهاماتهم خاصة وأن لليبيا سياسة واضحة معلنه في مواجهة كافة أشكال الإرهاب.

Peace and God's mercy and blessings be upon you.

First, I will read the statement of the Libyan government:

The interim Libyan government has followed the statements made by American government officials regarding the kidnapping of Libyan citizen Ahmed Abu Khatallah by American forces on Sunday, 6/15/2014, near the city of Benghazi. He is the subject of a case accusing him of participating in the assault on the American Mission in Benghazi in September 2012.

The government condemns this deplorable assault on the sovereignty of Libya. This occurred without the prior knowledge of the Libyan government at a time when Benghazi is suffering from security disturbances, which the government is working hard to contain and keep from worsening. The government affirms the right of Libya to try Mr. Abu Khatallah on its soil and according to its laws and asks the American government to hand over the citizen in question to Libya so that he can be interrogated and tried in a Libyan court.

At the same time, the Libyan government asks that the United States government guarantee the health and safety of the accused as well as his full legal and human rights. These include the right to a defense and the right to a fair trial according to international standards, the right to call the consul [at the Libyan embassy], and the right to an attorney.

Likewise, the interim Libyan government affirms its serious intention to pursue this subject further through diplomatic, political, consular, and humanitarian channels– [to ensure] the respect of its sovereignty, the protection of its citizens, and the right to try its own citizens, regardless of the charges they face, especially since Libya has a clear and open policy fighting all forms of terrorism.