UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.: 14-cr-141 (CRC) |
| | : | |
| AHMED SALIM FARAJ ABU KHATALLAH, | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," | : | |
| also known as "Sheik," | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

Pursuant to the Court's CIPA Protective Order [ECF Docket No. 12], the United States of America, by and through its undersigned counsel, hereby provides notice that it submitted to the Court on November 13, 2015, through the Classified Information Security Officer, an *Ex-Parte* CIPA Section 4 motion.   That motion is not available for public viewing and was submitted to the Court under seal.

                                                          Respectfully submitted,

                                                          CHANNING D. PHILLIPS
                                                          UNITED STATES ATTORNEY
                                                          D.C. Bar Number 415793

                                                           By:_____/s/_____
                                                          MICHAEL C. DILORENZO
                                                          (MD Bar #: 931214 0189)
                                                          JULIEANNE HIMELSTEIN
                                                          OPHER SHWEIKI
                                                          JOHN CRABB JR.
                                                          Assistant United States Attorneys

National Security Section
United States Attorney's Office

555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov