**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AHMED SALIM FARAJ ABU KHATALLAH,**<br><br>     also known as "Ahmed Abu Khatallah,"<br>     also known as "Ahmed Mukatallah"<br>     also known as "Ahmed Bukatallah"<br>     also known as "Sheik,"<br><br>          Defendant. | Case No. 14-cr-00141 (CRC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that [91] Defendant's Motion to Dismiss for Lack of Extraterritorial Jurisdiction is **DENIED** as to Counts One and Two, Four through Fifteen, and Eighteen.  It is further

**ORDERED** that [92] Defendant's Motion to Dismiss Counts One and Two of the Indictment as Unconstitutionally Vague and Overbroad is **DENIED**.  It is further

**ORDERED** that [90] Defendant's Motion to Dismiss Counts Ten through Fifteen is **DENIED**.  It is further

**ORDERED** that both sides are directed to submit supplemental briefing, not to exceed fifteen pages, answering the question whether the conduct at issue fell within the United States's special maritime and territorial jurisdiction under 18 U.S.C. § 1363.  In answering this question, the parties are specifically directed to address the following with respect to the special maritime and territorial jurisdiction of the United States as defined in 18 U.S.C. § 7:

(1)  Does 18 U.S.C. § 7(3) apply only to lands reserved or acquired by the United States domestically or does it encompass lands reserved or acquired by the United States abroad?

(2) If the government proves that Abu Khatallah "did willfully and maliciously destroy and injure and attempt to destroy and injure a structure, conveyance, and other real and personal property, . . . and place[] the lives of United States nationals in danger," Indictment Count Seventeen ¶ 2, will the government have proved that Abu Khatallah committed an offense "against a national of the United States" within 18 U.S.C. § 7(9)?

It is further

ORDERED that Defendant's supplemental brief be due January 15, 2016, and the United States's supplemental brief be due January 29, 2016.

SO ORDERED.

CHRISTOPHER R. COOPER
United States District Judge

Date:   December 23, 2015