1      UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLUMBIA
2

3      - - - - - - - - - - - - - - - x
       THE UNITED STATES OF AMERICA,
4                                          Criminal Action No.
                    Plaintiff,             1:14-cr-00141-CRC-1
5                                          Wednesday, May 10, 2017
       vs.                                 1:51 p.m.
6
       AHMED SALIM FARAJ ABU KHATALLAH,
7
                    Defendant.
8      - - - - - - - - - - - - - - - x

9      _____

10                    AFTERNOON SESSION
                TRANSCRIPT OF MOTIONS HEARING
11        BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                UNITED STATES DISTRICT JUDGE
12     _____

13     APPEARANCES:

14     For the United States:    **JOHN CRABB, JR., ESQ.**
                                 **MICHAEL C. DiLORENZO, ESQ.**
15                               **JULIEANNE HIMELSTEIN, ESQ.**
                                 **OPHER SHWEIKI, ESQ.**
16                               **KENNETH CLAIR KOHL, ESQ.**
                                 U.S. ATTORNEY'S OFFICE
17                               Judiciary Center Building
                                 555 Fourth Street, NW
18                               Washington, DC 20530
                                 (202) 252-1794
19                               John.D.Crabb@usdoj.gov

20     For the Defendant:        **MARY MANNING PETRAS, ESQ.**
                                 **MICHELLE M. PETERSON, ESQ.**
21                               FEDERAL PUBLIC DEFENDER FOR D.C.
                                 625 Indiana Avenue, NW, Suite 550
22                               Washington, DC 20004
                                 (202) 208-7500
23                               mary_petras@fd.org
                                 shelli_peterson@fd.org

24

25     (Continued on Next Page)

```
1    APPEARANCES (CONTINUED):

2    For the Defendant:        ERIC LESLIE LEWIS, ESQ.
                               JEFFREY D. ROBINSON, ESQ.
3                              WALEED ELSAYED NASSAR, ESQ.
                               LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
4                              1899 Pennsylvania Avenue, NW
                               Suite 600
5                              Washington, DC 20006
                               (202) 833-8900
6                              eric.lewis@lbkmlaw.com

7    Interpreters:             Ghada Attieh
                               Ihab Ali
8
     Court Reporter:           Bryan A. Wayne  RPR, CRR
9                              Official Court Reporter
                               U.S. Courthouse, Room 4704-A
10                             333 Constitution Avenue, NW
                               Washington, DC 20001
11                             202-354-3186

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription.
```

# C O N T E N T S

## TESTIMONY

WITNESS:                                                    PAGE:

**DR. BRAD SMITH:**
    Direct Examination by Ms. Himelstein ................. 177
    Cross-Examination by Mr Robinson .................... 212
    Redirect Examination by Ms. Himelstein .............. 246

P R O C E E D I N G S

1          THE COURT:  Counsel, before we start, we're starting

2   daily transcripts, so there's a change-over of court reporters.

3   Nothing sealable from the bench conferences.  Is that correct?

4          MS. HIMELSTEIN:  No.

5          THE COURT:  Okay.  Thank you.

6      Okay.  Sir, step right up.  Please raise your right hand.

7          BRAD SMITH, WITNESS FOR THE GOVERNMENT, SWORN

8                     DIRECT EXAMINATION

9   BY MS. HIMELSTEIN:

10  Q.   Good afternoon.  Could you please introduce yourself to

11  the Court?

12  A.   My name is Dr. Brad Smith.

13  Q.   And were you the ship's doctor for the capture mission

14  on the USS *New York*?

15  A.   I was.

16  Q.   And what was your job on the ship?

17  A.   I was solely there to provide medical support.

18  Q.   Who were you supposed to provide medical support to?

19  A.   To both the soldiers operating on the mission and to

20  Mr. Khatallah.

21  Q.   What kind of doctor are you?

22  A.   I am an emergency physician.

23  Q.   What does that mean?

24  A.   An emergency physician is a board-certified physician

1    specializing in the initial management, stabilization, and

2    treatment of traumatic surgical and medical conditions.

3    Q.   Is that -- in layman's terms, is that an emergency room

4    doctor?

5    A.   That is an emergency room doctor.  So I work in three

6    hospitals in the emergency room.

7    Q.   Where did you go to undergraduate?

8    A.   United States Military Academy, West Point.

9    Q.   And where did you go to medical school?

10   A.   At Georgetown University School of Medicine.

11   Q.   How many years have you been practicing emergency medicine?

12   A.   Twelve years.

13   Q.   And does that include a residency?

14   A.   It does.  Three years of that was a training.

15   Q.   So let's go directly to when you first evaluated,

16   medically, Mr. Khatallah.  Was that in the processing pod?

17   A.   It was.

18   Q.   And do you recognize Mr. Khatallah in the courtroom?

19   A.   I do.

20   Q.   Could you please identify him by stating something that

21   he's wearing?

22   A.   He's wearing ear phones and a collared, greenish shirt,

23   sitting right here.

24           MS. HIMELSTEIN:  May the record reflect the

25   identification of the defendant.

1          THE COURT:  Yes, ma'am.

2    BY MS. HIMELSTEIN:

3    Q.   Now, from this moment, which we will get to, when you first

4    medically examined Mr. Khatallah, did you examine him the whole

5    time from this moment, which was June 16, 2014, to the time that

6    you and Mr. Khatallah left the ship?

7    A.   I did, and I was the only physician to do so.

8    Q.   And did you complete a medical record for the examinations

9    of Mr. Khatallah?

10   A.   I did.

11          MS. HIMELSTEIN:  Your Honor, may I approach the

12   witness?

13          THE COURT:  You may.

14          MS. HIMELSTEIN:  Thank you.

15   BY MS. HIMELSTEIN:

16   Q.   Dr. Smith, I just handed you what is marked as Government's

17   Exhibit 203 and showed it to counsel.  Do you recognize it?

18   A.   I do.

19   Q.   What is it?

20   A.   These were my medical records throughout my time with

21   Mr. Khatallah.

22   Q.   And do those medical records reflect all of the medical

23   examinations and findings and medical procedures that you

24   performed on Mr. Khatallah?

25   A.   It does.

1    Q.   When you were in the processing room with Mr. Khatallah,

2    was there a time when he had not changed out of his clothes yet?

3    A.   Yes.

4    Q.   And were photographs taken of him then?

5    A.   They were.

6    Q.   And just to be clear, at the time that you were examining

7    him, was his blindfold off?

8    A.   It was.

9    Q.   Did he have any restraints on?

10   A.   He did not.

11   Q.   Did he have anything on his ears?

12   A.   He did not.

13   Q.   Let me just show you Government's Exhibit 106, 107,

14   and 128.  What is 128?

15   A.   That is a laceration on the top right side of

16   Mr. Khatallah's head.

17   Q.   And did you observe that laceration when you saw him in

18   the processing room?

19   A.   I did.

20   Q.   By the way, I'm showing you 108, and is that how he looked

21   when you saw him in the processing room?

22   A.   Yes.

23   Q.   And he still had his clothes on?

24   A.   That's correct.

25   Q.   Now, let me just ask you, Doctor, did you explain to

1    Mr. Khatallah who you were?

2    A.   Yes.

3    Q.   What did you say?  And before you answer that, let me just

4    ask, was there a translator in the room?

5    A.   There was a translator.  I never had an interaction with

6    Mr. Khatallah without a translator present.

7    Q.   And what did you explain to Mr. Khatallah?

8    A.   That I was a physician, and I was there to evaluate him

9    and treat any injuries he had or any medical conditions he had.

10   Q.   And when you were in the processing room, did you actually

11   do an initial evaluation?

12   A.   Yes, we did.  That was when we obtained our first set of

13   vital signs; and when he changed out of his clothes, we did a

14   thorough skin exam, just documenting any injuries on his body.

15   Q.   Let me ask you something.  Did you know that there was a

16   medic who had seen Mr. Khatallah before you saw Mr. Khatallah

17   on his transport between the time of capture and the boat?

18   A.   Yes.

19   Q.   And did you receive any briefing from that medic at all?

20   A.   No.  There was no report given.

21   Q.   And did you receive any written report?

22   A.   No.

23   Q.   And can you just explain to the Court what that medic would

24   have done, if anything, with these?

25              MR. ROBINSON:  Your Honor --

 1          THE COURT:  Counsel, be more specific.

 2          MS. HIMELSTEIN:  I'm sorry?

 3          THE COURT:  Be more specific.

 4      How did you know he had been treated previously?

 5          THE WITNESS:  He was not treated, sir.

 6          THE COURT:  Didn't you testify that he'd seen a medic?

 7          THE WITNESS:  There was a medic on the boat,

 8  but that medic's evaluation is what's called TCCC.  So in a

 9  combat scenario, or in an immediate scenario, you evaluate for

10  life-threatening injuries.  There's algorithms, you look for

11  massive hemorrhages, airway issues, respiratory issues.

12          THE COURT:  How do you know what that medic did or

13  did not do?

14          THE WITNESS:  That would be a standard training

15  process.

16          THE COURT:  I'm not asking what's standard.

17  I'm asking, how do you know what he did or did not do?

18          THE WITNESS:  I can't comment on what he did on

19  the boat.  I can comment on the evaluation or the treatment

20  of the injuries that Mr. Khatallah had.

21          MS. HIMELSTEIN:  Your Honor, if I may continue

22  and clarify.

23  BY MS. HIMELSTEIN:

24  Q.   Did you see whether or not Mr. Khatallah had been treated

25  previously before you saw him?

1    A.    There was no evidence of medical intervention.

2    Q.    And just as an emergency room doctor, would you have --

3    if you received a patient, for example, in an emergency room

4    with these injuries, would that person be treated right away?

5    In other words, were these injuries something that you would

6    have had to have treated right away?

7    A.    There was no emergent treatment required for this.

8    The laceration that Mr. Khatallah sustained on his head

9    could wait up to eight to 10 hours before it was treated.

10   Q.    And why is that?  Was there, for example, active bleeding?

11   A.    It is what is considered a superficial laceration.  I mean,

12   it was full thickness, meaning it went through all the dermal

13   layers into the sub-cu tissue.

14        But without any active arterial bleeding, with just some

15   venous bleeding that had already clotted, there would be no --

16   if he came into the ER with that wound, we would sit him in

17   the waiting room until there was time to address it.  But again,

18   being a low triage category, you could wait, in a busy U.S.

19   center, 10 to 12 hours to have that addressed.

20   Q.    Did Mr. Khatallah tell you how he received this injury or

21   any other injuries that he received?

22   A.    Not specifically, no.

23   Q.    Did you ask him whether or not he received injuries as a

24   result of the capture?

25   A.    I did.

1    Q.   And was that question translated to him?

2    A.   It was.

3    Q.   And what was Mr. Khatallah's response?

4    A.   He complained that the left side of his face was injured,

5    as well as his left hand.

6    Q.   Was Mr. Khatallah photographed after he'd changed into the

7    clothes that he was provided by the ship?

8    A.   He was.

9    Q.   I'm showing you 135.  Does this show what he looked like

10   after he changed?

11   A.   It does.

12   Q.   136.  Does this -- did he look like that?

13   A.   Yes.

14   Q.   137.  Is that fair and accurate?

15   A.   It is.

16   Q.   138?  Does that look the way he looked?

17   A.   Yes.

18   Q.   139?  Does that show the way he looked?

19   A.   Yes.

20   Q.   And 140.

21   A.   Yes.

22   Q.   Is that the way he looked?  All right.  So, after

23   Mr. Khatallah told you about the injuries to his hand and

24   face, what did you do?

25   A.   The next step is we brought him up to the ship's medical

```
1   bay, and that is where we did a thorough physical exam and

2   evaluation.

3          MR. ROBINSON:  Your Honor?

4          THE COURT:  Yes, sir.

5          MR. ROBINSON:  We're going to object to the exhibits

6   that the government is producing now.  We received them at

7   lunchtime today.  We'd never seen them before.

8          THE COURT:  Do you want to pass them up?

9          MS. HIMELSTEIN:  Sure.  Yes, Your Honor.

10     (Documents tendered to the Court.)

11         MS. HIMELSTEIN:  Your Honor, just so the Court knows,

12  we received them about 10 minutes before we forwarded them on

13  to the defense.

14         MR. ROBINSON:  Your Honor, but someone in the

15  government had them.

16         THE COURT:  I understand.  Your objection's

17  overruled for purposes of this proceeding, and we'll give you

18  an opportunity to look them over before your cross-examination.

19         MS. HIMELSTEIN:  May I proceed, Your Honor?

20         THE COURT:  You may.  Ready when you are.

21         MS. HIMELSTEIN:  May I approach the witness?

22         THE COURT:  You may.

23  BY MS. HIMELSTEIN:

24  Q.   Showing you what has been marked as 154-A through 154-L,

25  could you please look at those photos?
```

1          (The witness complies.)

2          Do you recognize those?

3   A.    I do.

4   Q.    What are they?

5   A.    These are pictures showing the medical bay and medical

6   capabilities of the ship we were on.

7   Q.    Could you specifically look at 154-A and B?  What is A?

8   A.    154-A is the main exam room/operating room of the ship.

9   Q.    And is 154-A the room that you examined Mr. Khatallah in?

10  A.    It is.

11  Q.    Is that how it looked at the time that you examined him?

12  A.    Yes.

13  Q.    Are there any changes, generally speaking?

14  A.    No, ma'am.

15  Q.    And 154-B?

16  A.    154-B is the x-ray machine they had on board.

17          MS. HIMELSTEIN:  Your Honor, may I publish to

18  the court?

19          THE COURT:  You may.

20  BY MS. HIMELSTEIN:

21  Q.    Showing you 154-A, you just said that that was the room

22  that you examined Mr. Khatallah in.  Is that correct?

23  A.    That is correct.

24  Q.    Could you just describe for us what happened once you

25  entered that medical bay?

1  A.   We had Mr. Khatallah sit on the table, and at this point

2  we did a very thorough physical exam.   Basically, we call it a

3  head-to-toe physical exam.   I start at the top of his body and

4  evaluate all skin surfaces, all areas of injury.   It includes

5  eye exam, jaws exam, ear exam, neck, chest, abdomen, all the way

6  through the extremities.

7  Q.   When you say head-to-toe exam, does that mean you're

8  actually putting hands on him and feeling those areas of his

9  body that you described?

10  A.   Yes.   So all extremities would go through full range

11  of motion, making sure there were no injuries that we could

12  identify.

13  Q.   And after that examination, what did you find, if anything,

14  just by the palpitation?

15  A.   Just from the physical palpitation, he had some swelling

16  around the left side of his face.   He had a laceration on the

17  top of his head.   He had numerous, you know, abrasions throughout

18  his body, and he had the swelling in his hand.   I can go into

19  more detail off notes if you want me to.

20  Q.   Yes.   Let me just ask you specifically -- first I'm

21  showing you Exhibit 106 so you can actually see a picture of

22  him.   You said, first of all, the laceration.   Is that the big

23  gash on his head?

24  A.   Correct.   On the top, right side of his head.

25  Q.   Showing you Exhibit 128, is that a close-up of that?

1   A.   It is.

2   Q.   Can you just describe for us what you saw and what you

3   wanted to do with that injury.

4   A.   So this is an approximately two and a half centimeter,

5   full thickness laceration.  It went through the full layers of

6   the skin into the subcutaneous issue, which is the fat underneath

7   the skin.  Due to the gaping of the wound edges and how much it

8   separates, this is a wound we would choose to close, close

9   meaning putting stitches or staples into the wound.

10  Q.   Can you just translate that into other words?  For example,

11  you said "subcutaneous."  Does that mean it was a deep gash?

12  A.   It was deep.  It did not go to the skull base, but, again,

13  it was a deep enough laceration that we would medically close it.

14  Q.   And when you say "close it," does that mean like put

15  stitches in or something like that?

16  A.   That's correct.  Your options to close a wound like this

17  on the head is stitches or staples.  We used staples in this

18  instance.

19  Q.   Just out of curiosity, what would have -- you just said you

20  used staples, and we'll get to that in a minute, but what would

21  have happened if you didn't close it?

22  A.   The wound would have healed on its own, but it would have

23  taken longer and there would have been a bigger scar formation.

24  So, by closing it, it heals quicker and there's less scarring.

25  Q.   And before we get to the staples, can you tell us what else

1   you found on his body?

2   A.    Injuries?

3   Q.    Yes.

4   A.    So the left side of his face, as you saw on the pictures,

5   he had some areas of swelling and ecchymosis, which is bruising,

6   primarily over the left forehead and periorbital.  That's around

7   the left eye --

8   Q.    And just for the record, I'm showing Exhibit 131 to the

9   judge.  You can continue.

10  A.    Around his left eye.  He also had subconjunctival

11  hemorrhage, which is a little bit of blood on the white of the

12  eye.  Going down his body, he had abrasions documented to his

13  right shoulder, his right mid-arm.

14  Q.    Hold on for one second, sir.  So are you now looking at

15  other abrasions on his body?

16  A.    Correct.

17  Q.    These abrasions that you're about to describe and which

18  I'll show you, were those as a result of the capture injuries?

19  A.    They were.  They were acute injuries sustained in a

20  relatively recent time period.

21  Q.    Showing you what has been marked as Government's Exhibit

22  117, is that one of the fresh abrasions?

23  A.    I'd have to take another look at that photograph.  From

24  here that could have been -- I have a scar documented on his

25  left deltoid.

1    Q.   Let me show you another one.

2    A.   That looks more like the scar.

3    Q.   124.

4    A.   Yes.  That's an abrasion.

5              THE COURT:  What part of the body is that, sir?

6              THE WITNESS:  That was his right shoulder, right

7    deltoid.

8              THE COURT:  Okay.  And just so I'm clear, are these

9    the injuries documented on the anatomical drawing --

10             THE WITNESS:  Yes, sir.

11             THE COURT:  -- that is the Government's Exhibit 203?

12             THE WITNESS:  Yes.

13             THE COURT:  Okay.  Thank you.

14   BY MS. HIMELSTEIN:

15   Q.   Showing you 125, is that also a fresh abrasion?

16   A.   Yes.

17   Q.   And 126.

18   A.   Yes.

19   Q.   Showing you Government's Exhibit 127, what is that?

20   A.   Again, similar abrasions, one at the base of the left neck,

21   and one more on his left subscapular area, the area by his left

22   shoulder blade.

23   Q.   And again, as you testified, this photograph was taken

24   actually in the processing room.  Is that right?

25   A.   That's correct.

1    Q.   And is that piece of paper in front of him something that

2    was on the wall?

3    A.   Yes.

4    Q.   And could you determine how he got those other -- those

5    abrasions which you noted throughout his body in Government's

6    Exhibit 123?

7    A.   I cannot give a discrete mechanism.

8    Q.   What does that mean?

9    A.   I can't say exactly what would cause an abrasion.  I mean,

10   it has to do with force across the skin, but it could have been

11   from objects: hands, clothing, material.

12   Q.   Could it be from weapons hitting him?

13   A.   Yes.

14   Q.   You also said that you saw old injuries.  Is that correct?

15   A.   Yes.

16   Q.   I'll just give you some examples of those.  For example,

17   Government's Exhibit 119, is that one of the old injuries?

18   A.   It is.

19   Q.   Can you tell what that is?

20   A.   It's a scar formation.

21   Q.   Can you tell how he received that?

22   A.   There's no way I could tell at a later time what caused

23   that scar.

24   Q.   Government's 120, is that one of the old abrasions?

25   A.   The clarity on this picture is making it hard to...

1          MS. HIMELSTEIN:  May I approach?

2          THE COURT:  Sure.

3          THE WITNESS:  Yes.  This is another scar.

4          MS. HIMELSTEIN:  I just put on the screen 132.

5          Your Honor, may I approach?

6          THE COURT:  You may.

7    BY MS. HIMELSTEIN:

8    Q.   Can you tell what 132 is or do you need the original?

9    A.   No, I can see.

10   Q.   What is that?

11   A.   That is a scar located on his mid-anterior thigh.

12   Q.   Can you tell how he received that scar?

13   A.   I cannot.

14   Q.   Can you tell how old it is?

15   A.   Specifically giving you a time is very difficult to tell

16   you.  Given the pigmentation of that wound, it is an older

17   wound, at least probably a year old, but I cannot say anything

18   more specific than that.

19          MS. HIMELSTEIN:  May I approach?

20   BY MS. HIMELSTEIN:

21   Q.   Okay.  I just handed you Government's Exhibit 123.

22   Correct?

23   A.   123, yes.

24   Q.   Yes.  What is that?

25   A.   That is a small cut on his left hand.

1    Q.   And can you go to the next exhibit and say what the

2    exhibit number is?

3    A.   I have 122.

4    Q.   All right.  And what is that?

5    A.   This is his hand, showing us the knuckles of the hand,

6    but the picture's blurry.

7    Q.   Okay.  Can you go through the rest of those exhibits you

8    have in your hand and just tell us generally, after looking at

9    them, whether or not those are photographs of the old injuries

10   that you observed on Mr. Khatallah?

11          MR. ROBINSON:  Your Honor, we need some indication of

12   what they are.

13          MS. HIMELSTEIN:  And I will state for the record in a

14   minute.

15          THE COURT:  Okay.

16          THE WITNESS:  Exhibit 133 has both old and new

17   markings seen on his right lower extremity.

18       Exhibit 134, picture quality limits it, but again, there's

19   more evidence of old scarring to the lower part of that leg.

20       118 is a close-up of a scar.  121, again, this is a poor-

21   quality photograph.  I can't make much comment on what I'm seeing.

22          MS. HIMELSTEIN:  For the record, I just showed the

23   witness Government Exhibits 121, 118, 134, 133, 123, and 122.

24   BY MS. HIMELSTEIN:

25   Q.   Can I ask you, sir, just based on your observation of these

1  old injuries, just generally speaking -- and you answered this

2  on some of the photographs -- could you tell how he received any

3  of those injuries which were old?

4  A.   I cannot.

5  Q.   Did you find any other injuries besides what you just

6  described before you moved to the second stage, which was

7  further evaluation and/or treatment?

8  A.   I don't believe I mentioned his left hand.  I was going

9  down the body.  His left hand had some swelling and bruising

10  over the fourth metatarsal, the fourth finger.

11  Q.   And could you tell whether or not it was fractured?

12  A.   Clinically, it did not appear fractured based on, you know,

13  the physical exam, but we proceeded with x-rays.

14  Q.   And are there any other injuries which you observed before

15  you went to the second step of further evaluation?

16  A.   I think we've captured them all.

17  Q.   You just mentioned his hand.  Did you have an opportunity

18  to x-ray his hand?

19  A.   I did.

20  Q.   And did you also x-ray his jaw?

21  A.   I did.

22  Q.   And let's go to the hand first.  Why did you x-ray the hand?

23  A.   Just due to the degree of swelling, and that was one of his

24  focal areas of pain.

25  Q.   Showing you Government's Exhibit 154-B, what is that?

1    A.    That is the x-ray room with the x-ray machine.

2    Q.    And is that the x-ray room and the x-ray machine that

3    you used, or does it look like the one that you used for

4    Mr. Khatallah?

5    A.    It does.

6    Q.    You indicated that you x-rayed his hand and also his jaw?

7    A.    That's correct.

8    Q.    What were the results of the x-ray of his hand?

9    A.    X-rays were negative.

10   Q.    Which means what?

11   A.    There was no evidence of fracture.

12   Q.    And you said that you x-rayed his jaw.  First of all, why

13   did you x-ray his jaw?

14   A.    With the swelling around the left side of his face, he

15   was also saying his jaw hurt.  It was up toward the angle of his

16   jaw so the top part of his jaw.  That x-ray was also negative.

17   Q.    And back to the laceration on the head, how did you treat

18   that injury?

19   A.    We repaired it using medical staples.

20   Q.    And can you describe what medical staples are?

21   A.    It's a closure method to reapproximate the wound edges.

22   It's commonly used on scalp lacerations.

23   Q.    And how many staples did it require?

24   A.    Three.

25   Q.    Did you -- during this whole time, were you talking to

1   Mr. Khatallah, explaining what you were doing?

2   A.   Yes.

3   Q.   So, for example, before you palpitated his body from head

4   to toe, did you tell him what you were doing or what you were

5   about to do?

6   A.   Told him both what I was doing and asked his permission to

7   do it, and as we go through it, you know, let him know what the

8   next step is.

9   Q.   And after you asked his permission to do it, and

10  specifically I'm talking about the palpitation, what was

11  his response?

12  A.   He allowed us to proceed with the exam.

13  Q.   And when you decided that you needed to x-ray his jaw

14  and his hand, did you also explain to Mr. Khatallah what was

15  happening?

16  A.   We did, and we told him what we were looking for.

17  Q.   And did you ask Mr. Khatallah's permission on whether

18  you could x-ray him?

19  A.   We did.

20  Q.   And what was his response?

21  A.   He allowed us.

22  Q.   And you just talked about the staples.  Were the staples

23  put in his head in Government's Exhibit 154-A, on that bed?

24  A.   They were.

25  Q.   And how was he positioned when you did that?

1   A.   I believe we had him partially reclined.  So I would be

2   behind the bed, and he would be leaning back to give me a good

3   visualization.

4   Q.   Before you put the staples in, what did you tell

5   Mr. Khatallah, if anything?

6   A.   Well, the first thing we do is clean the wound.  So the

7   wound got irrigated, that's just washed out, getting rid of any

8   contaminants.  Before putting in staples -- staples do hurt a

9   little bit -- we had a conversation of whether or not he wanted

10  us to use local anesthetic.  Local anesthetic itself burns and

11  is painful.  Requiring only three staples, I gave him the

12  option, and he elected to have the staples placed without the

13  local anesthetic.

14  Q.   Can you tell us how you described what you just told us to

15  Mr. Khatallah about the anesthesia?

16  A.   Very similar that, you know, we wanted to repair the wound,

17  which he said we could do, and that he would have the option of

18  putting three staples, which would be three quick pinches, or we

19  could use a local anesthetic, which is a minimum of two

20  injections that would sting and burn.

21  Q.   And what did he say?

22  A.   He said we could proceed with the staples, no anesthetic.

23  Q.   And then did you put the staples in?

24  A.   I did.

25  Q.   How long did it take to put the staples in?

1   A.   Approximately 45 seconds.

2         THE COURT:  Why did you use staples and not stitches?

3         THE WITNESS:  They are interchangeable for that type

4   of wound.  Majority of scalp lacerations throughout the U.S.

5   would be closed with staples.  It's a choice.  When we have

6   small, small wounds on the face, we like to have the dexterity

7   of using sutures.  Larger lacerations, commonly we use staples.

8         THE COURT:  Had you used sutures, how many would it

9   have required?

10        THE WITNESS:  It also would have required three,

11  but with that, it would have taken six times through the skin.

12  For that, we probably would have used more of a local anesthetic.

13  BY MS. HIMELSTEIN:

14  Q.   Doctor, did you check for a concussion?

15  A.   We did.

16  Q.   Can you describe to us what that entails?

17  A.   Concussion screening is very varied, but in the

18  questioning of Mr. Khatallah, we asked questions referring to

19  post-concussive type symptoms.  I can list them if you need them.

20  Q.   What are they?

21  A.   Again, there's a lot that goes into concussions,

22  but symptoms would be nausea, vomiting, headache, confusion,

23  weakness, blurry version.  Sometimes you have amnesia to the

24  events, some irritability, some sleep disturbances.

25  Q.   Have you diagnosed concussions before in your career as

1   an emergency room doctor?

2   A.   Very frequently.

3   Q.   And what was your diagnosis with respect to whether or not

4   Mr. Khatallah had a concussion?

5   A.   Based on his symptoms and the symptoms throughout his stay,

6   he did not have a significant concussion.

7   Q.   When you say "significant," did he have any concussion?

8   A.   Just the fact that he had a head injury.  Some people could

9   argue that that was a mechanism for concussion, but he showed no

10  post-concussive symptoms.  So I would say he did not have a

11  concussion.

12  Q.   Now, was that the extent of your examination in the medical

13  bay at that time?

14  A.   Yes.

15  Q.   Thereafter, did you explain to Mr. Khatallah that you would

16  be seeing him again on a daily basis?

17  A.   I did.

18  Q.   And by the way, did you explain to Mr. Khatallah when you

19  would be taking out the staples that you had put into his cut?

20  A.   I did.

21  Q.   Thereafter, did you examine Mr. Khatallah daily between the

22  time in the medical bay that you saw him and the time that you

23  left the ship?

24  A.   I did.  I saw him a minimum of two times a day.

25  Q.   Now, when you say that you saw him, can you describe to

1    us, first of all, where you saw him?

2    A.   The majority of the visits or evaluations were in his

3    sleeping cell.

4           MS. HIMELSTEIN:  Court's indulgence.

5        (Government counsel conferring.)

6           MS. HIMELSTEIN:  May I approach, Your Honor?

7           THE COURT:  You may.

8           MS. HIMELSTEIN:  Counsel, I'm sorry.  204.

9    BY MS. HIMELSTEIN:

10   Q.   Doctor, I've just handed you what has been marked as 204.

11   Do you recognize it?

12   A.   I've seen these documents before.

13   Q.   What is it?

14   A.   This is the guard's log.

15   Q.   And does that document -- that isn't your document.

16   Correct?  That's the guard's document?

17   A.   That's correct.  This is not my document.

18   Q.   Does that document indicate how many times you visited

19   him in his cell between June 16 and June 27?

20   A.   It does.

21   Q.   Doctor, you just indicated that you did the exams, for the

22   most part, of Mr. Khatallah, for the duration of his time on the

23   ship, in his sleeping cell.  Is that correct?

24   A.   Yes, it is.

25          MS. HIMELSTEIN:  May I approach, Your Honor?

1    BY MS. HIMELSTEIN:

2    Q.    Showing you what has been marked as 146-B, C, and E, as

3    in Edward.  Do you recognize those?

4    A.    I do.

5    Q.    What are they?

6    A.    These are pictures of his sleeping cell.

7    Q.    And are those pictures of his sleeping cell in the

8    beginning of the pendency of your -- of the ship stay?

9    A.    They are.

10   Q.    And is that room where you just described examining him?

11   A.    Yes.

12   Q.    Could you please describe for the Court what you would do

13   or what you did do when you examined Mr. Khatallah in his cell?

14   A.    Yeah.  Every examination, again, I did have the interpreter

15   with me.  When I would go into the cell, I would introduce

16   myself again, saying I was the physician and that I was here to

17   do one of his daily checks and exams.  First part of the exam

18   would be --

19   Q.    I'm sorry.  Let me just stop you for a moment.  When you

20   went into his cell -- well, was he usually awake?  Was

21   Mr. Khatallah usually awake when you went into his cell?

22   A.    Yes, he was.

23   Q.    Was there ever a time or times when he was not awake?

24   A.    Not that I recall.

25   Q.    All right.  You may continue describing what you did.

1    A.   The first part of it would be to talk to Mr. Khatallah and

2    ask him how he was doing, if he had any complaints or concerns,

3    if anything was bothering him, and then after that, based on

4    what he said, we would address it.  We always did a set of

5    vitals, and then depending on which exam it was throughout the

6    time course, depended on how thorough of an exam it was.

7    Q.   Approximately how long would you say those visits lasted?

8    A.   Ten minutes?

9    Q.   And I want to -- and I apologize in advance because I

10   wanted to go back a step to the medical bay and ask you a couple

11   of questions that I did not ask you.  During your interaction

12   with Mr. Khatallah in the medical bay, did you ever think that

13   Mr. Khatallah was not coherent?

14   A.   No.

15   Q.   Did you ever think that he did not understand what you

16   were saying?

17   A.   No.

18   Q.   Did you ever think that he didn't understand what was

19   going on?

20   A.   No.

21   Q.   So now let's fast-forward to those visits when you went

22   to Mr. Khatallah's cell, and I'll ask you the same question:

23   Was there any interaction that you had with him inside of

24   Mr. Khatallah's cell where you thought that he was disoriented?

25   A.   No.

1    Q.   Were there any times where you thought that he was not

2    coherent?

3    A.   No.

4    Q.   Were there any times when you thought that he was not

5    understanding what you were saying?

6    A.   No.

7              MS. HIMELSTEIN:  May I approach the witness?

8              THE COURT:  You may.

9    BY MS. HIMELSTEIN:

10   Q.   I just handed you 150-B, but let me show you first and

11   publish to the court the other photographs that I just showed

12   you, which is 146-B, 146-C, and 146-E.

13        When you were describing going into Mr. Khatallah's cell,

14   when he was in this room, you've already identified that this

15   is the room that you went into.  Is that correct?

16   A.   Yes.

17   Q.   In what physical position, i.e., in other words, was

18   Khatallah?  Was he sitting, was he standing, was he laying

19   down for the most part when you visited him there?

20   A.   Majority of the time he was either laying down or sitting.

21   Q.   How would it be that you would be able to examine him?

22   A.   For the initial part, you know, I would talk to him on my

23   knees with the interpreter, and then for -- depending upon what

24   I was examining or what I was doing, I was either sitting or

25   kneeling next to him.

Q.   And for the initial part that you just described when you said you were on your knees, can you just describe further what you mean?

A.   I would be crouched down on my knees, either sitting Indian-style or sitting all the way down on the ground so that I was on a level with Mr. Khatallah.

Q.   Now, did there come a time as you just described that you went to a different room where his sleeping cell was?

A.   There was only once.

Q.   And was -- did it look like the exhibit that I just gave to you?

A.   No.

Q.   I'm sorry.

     (Counsel retrieves exhibit.)

     You visited him at the original sleeping cell, which is on the screen?

A.   Correct.

Q.   Is that right?  And then Government's Exhibit 150-B, did you also visit him in that room, when he switched rooms?

A.   It was the same room with more stuff.  To my knowledge, his location of that block never changed, so that second picture has more the bed, the pillows, the blankets.  It was the same room.

Q.   But is that -- did you visit him in that room?

A.   Yes.  Many times.

Q.   And when you would visit him in that room, did you follow

1    the same procedure that you just described to us about your

2    visits to the other room?

3    A.   Yes.

4    Q.   Directing your attention on your medical records to June 18

5    at 12:00 Zulu.

6    A.   Yes.

7    Q.   Did Mr. Khatallah complain about the temperature in the

8    room?

9    A.   He did.

10   Q.   What did Mr. Khatallah report to you?

11   A.   He told me that the temperature was cold in the room.

12   Q.   And what did you do as a result of what he said?  If

13   anything.

14   A.   I notified the guard force and asked them if they could

15   increase the temperature.

16   Q.   Did Mr. Khatallah ever complain about the temperature in

17   the room again?

18   A.   He did not.

19   Q.   Directing your attention to, again, Government's Exhibit

20   203, June 19 at 01:00 Zulu, did Mr. Khatallah complain about

21   some irritation or pain that he was experiencing?

22   A.   He did.

23   Q.   Could you please describe to us what he complained about?

24   A.   He informed me that his left eye was irritated.  He had

25   no other complaints at that time other than the left eye.

1   Q.   As a result of Mr. Khatallah's complaint, what, if

2   anything, did you do?

3   A.   So, he had -- looking at his left eye, he had normal

4   vision out of the eye.  He did have some discharge to the medial

5   aspect, meaning the part by the nose, and a little bit of dry

6   crusting on the lashes.  He had some inflammation about the

7   sclera, the white of the eye, and again I noted that he had the

8   small amount of blood in the white of the eye.

9        My assessment and plan was that he had some contact

10  irritation versus conjunctivitis, and I was going to treat him

11  with an eye ointment three times a day for the next five days.

12  Q.   And after you examined Mr. Khatallah, did you explain to

13  him what you thought was wrong with his eye?

14  A.   Yes.

15  Q.   And did you explain to him what your plan was?

16  A.   Yes.

17  Q.   And what was his response, if any?

18  A.   I believe he said "Okay.  Thank you."

19  Q.   Did you thereafter begin treatment for that eye irritation?

20  A.   I did.

21  Q.   What was your treatment?

22  A.   Erythromycin ophthalmic.  It's an ointment.  A small --

23  it's called a ribbon, a small amount of that ointment is placed

24  in the eye three times a day.

25  Q.   And how would that medicine -- well, first of all, is that

1   like that thick salve that one uses for their eye?

2   A.   It is a thick ointment.

3   Q.   How was that medicine administered to Mr. Khatallah?

4   A.   I did it personally, and we pulled down the lower part of

5   his eyelid till the eyelid rolls back a little, and then a small

6   strip of it is put on the underside of the eye.

7   Q.   Does that normally hurt?

8   A.   It doesn't hurt.  It's a little goopy and you have to blink

9   it around.  Your vision will be blurry for, you know, a minute

10  or two.

11  Q.   And you just said you administered it personally.

12  Did you administer it personally three times a day?

13  A.   I did.

14  Q.   And directing your attention, again still on Government's

15  Exhibit 203, to June 19, 12:40 Zulu, did you go in to visit

16  Mr. Khatallah at that time?

17  A.   I did.

18  Q.   And what, if anything, did he say about the condition

19  of his eye irritation?

20  A.   He said "my eye's doing better."

21  Q.   Directing your attention to June 20 at 01:00, back to

22  Government's Exhibit 203, did you ask Mr. Khatallah how he

23  was feeling then?

24  A.   I did.

25  Q.   What was his response?

1    A.   "I feel good."

2    Q.   Directing your attention to June 21, 12:30 Zulu, what,

3    if anything, was -- did you visit Mr. Khatallah at that time?

4    A.   I did.

5    Q.   And did he have any complaints?

6    A.   He had several.

7    Q.   What were they?

8    A.   He was having a headache on the left side of his head

9    with some mild nausea.  He felt seasick at that time as well.

10   Q.   And what, if anything, did you do in response?

11   A.   His headache was medicated with Tylenol and Motrin and

12   he got an antinausea medicine.

13   Q.   And what was that antinausea medicine?

14   A.   Zofran.

15   Q.   Did any of that medication -- well, let's start with the

16   Tylenol.  Does Tylenol affect one's ability to know what's going

17   on and be cognizant of things?

18   A.   It does not.

19   Q.   And what about Motrin?

20   A.   It does not.

21   Q.   You mentioned Zofran.  Was that for the nausea?

22   A.   It was.

23   Q.   And does that affect one's ability to be coherent and

24   understand what's going on?

25   A.   It does not.

1  Q.   Did you continue that medication throughout, or was that

2  the only day you gave it to him?

3  A.   That was the only time I administered those medicines.

4  Q.   On that same subject, during the course of the entire time

5  that Mr. Khatallah was on the ship, did you ever provide him

6  with any narcotics?

7  A.   No.

8  Q.   Did you ever provide him with any other medication besides

9  the eye salve, the Tylenol, the Motrin, and the Zofran?

10  A.   No.

11  Q.   Directing your attention to June 22 at 14:50 Zulu, did you

12  visit Mr. Khatallah?

13  A.   I did.

14  Q.   And did you examine him?

15  A.   I did.

16  Q.   Can you describe to us what he said to you and what he

17  wanted you to examine?

18  A.   At that time he was complaining of dental pain.

19  Q.   And did he say anything other than the fact that he felt

20  that he had dental pain?

21  A.   He let me know that this was not a new issue; it was a

22  chronic, ongoing issue that he'd had previously.

23  Q.   And did he say anything else about the dental pain that

24  was a previous pain that he'd had?

25  A.   He explained to me that -- yes.  The dental pain was

1    something that he had prior in his life.

2    Q.   What did you do after he complained about that pain?

3    A.   At that time we took a look at his teeth, which I

4    documented.  There was no evidence of any acute infection or

5    fracture of the teeth.  I believe -- I didn't write it down,

6    but I did not give any pain medicines.  So I didn't do any

7    further treatment.

8    Q.   Directing your attention to June 23, 00:45 Zulu.  And

9    again, for the record, this is Government's Exhibit 203.

10       Did you have an opportunity to make a visit to

11   Mr. Khatallah for a medical examination?

12   A.   I did.

13   Q.   And did he have any complaints?

14   A.   He had no complaints.

15   Q.   And I'm going to direct your attention to June 23

16   at 10:45 Zulu.  On that day did you visit Mr. Khatallah?

17   A.   I did.

18   Q.   And did he have any complaint?

19   A.   He was complaining of fatigue.

20   Q.   And what did you do in response to that?

21   A.   I elicited more history about what he was experiencing.

22   Essentially, he was just feeling tired with no associated

23   symptoms.  At that time, there was no evidence of any ongoing

24   or acute metabolic or infectious etiology causing the symptoms.

25   My diagnosis was non-specific fatigue at that time.

1    Q.   What does that mean?

2    A.   It means he was just feeling some generalized malaise,

3    fatigue, without any evidence of a secondary process causing

4    it such as an infection or metabolic disturbance which would

5    be high or low blood sugar, something of that nature.

6    Q.   Did you go back on June 24 at 23:50 Zulu?

7    A.   I did.

8    Q.   And from June 24 23:50, did you ask him whether or not

9    he still felt the fatigue or the weakness?

10   A.   I did.

11   Q.   And what did he say?

12   A.   It had resolved.  He specifically stated, "I feel good,"

13   denied any weakness or fatigue.

14   Q.   Between that visit, which was June 24, 23:50 Zulu, and when

15   you left the ship on June 27, did Mr. Khatallah have any medical

16   complaints that he expressed to you?

17   A.   No.  For all the subsequent visits, twice a day, throughout

18   every one of them, he denied any problems, complaints, or

19   concerns.

20   Q.   During the time period that Mr. Khatallah was on the ship,

21   did he ever complain of new injuries that he had received while

22   on the ship?

23   A.   He did not.

24   Q.   During the time he was on the ship and you examined

25   Mr. Khatallah, did you ever notice any new injuries that you had

1    not seen before the first day you saw him on June 16?

2    A.   I did not.

3    Q.   At any time during the time that Mr. Khatallah was on

4    the ship, did he ever tell you that he was being abused?

5    A.   He did not.

6    Q.   Did he ever tell you that he was being mistreated in

7    any way?

8    A.   He did not.

9    Q.   Doctor, in the 12 days between June 16 and June 27, how

10   many times, based on Government's Exhibit 203, your medical

11   record, did you examine Mr. Khatallah?

12   A.   Twenty-five times.

13            MS. HIMELSTEIN:  Nothing further, Your Honor.

14            THE COURT:  Thank you.

15                         CROSS-EXAMINATION

16   BY MR. ROBINSON:

17   Q.   Good afternoon, Dr. Smith.

18   A.   How you doing?

19   Q.   My name is Jeff Robinson, and I'm counsel for Mr. Khatallah.

20   You weren't the doctor who was assigned to the USS *New York* in

21   June of 2014, are you?

22   A.   Assigned organic to the ship?

23   Q.   Yes.

24   A.   I was not.

25   Q.   You came to the ship -- did you come to the ship with the

1    other members of the capture team and others involved in the

2    Mission?

3    A.    I did.

4    Q.    How long before you got to -- so that was around June 9,

5    correct, 2014?

6    A.    What was the question?  I'm sorry.

7    Q.    It was around June 9, 2014, when you got to the USS

8    *New York*.

9    A.    Yes.

10   Q.    How long before you got to the *New York* did you know

11   that you were going to be involved in this effort?

12   A.    I don't specifically remember the prep time we had on

13   this.  The majority of events, we're told that we are going

14   on a mission, we have prepacked bags, and then we leave.

15   Q.    Had you participated in rehearsals, training, or

16   preparation prior to arriving on the *New York*?

17   A.    As far as medical preparation, we're in a continuous

18   training cycle.  I did not do specific -- I've done many ship

19   training exercises, so I guess clarify the question for me.

20   Q.    Did you work with any of the other members of the capture

21   team or any other people involved with this mission in

22   preparation for this mission before June 9?

23   A.    No.

24   Q.    In June of 2014, how did you come to be on the *New York*?

25   Where did you start your transportation from?

1    A.    Fort Bragg, North Carolina.

2    Q.    Okay.  And you -- where did you go to next?

3    A.    I think we boarded the ship in Florida.

4    Q.    Okay.  So you were with the *New York* from the time it

5    sailed from the United States?

6    A.    Yes.

7    Q.    At the time in June of 2014, what was your assignment --

8    what was your assignment?

9    A.    My assignment.  So I am an active-duty Army physician.

10   As such, I'm part of a response team that provides medical

11   assistance to different elements throughout the DOD.

12   Q.    And that's what you were doing then?

13   A.    Correct.

14   Q.    In 2014.

15   A.    Correct.

16   Q.    Yeah.  I'm not asking about what now, but that's what

17   you were doing in June of 2014?

18   A.    That's correct.  I mean, I'm a full-time emergency physician

19   who had a secondary job as a unit physician who went on specific

20   missions.

21   Q.    Okay.  And I believe you testified that your assignment

22   with respect to this mission was to see to the medical needs

23   of both Mr. Khatallah and to members of the team?

24   A.    That's correct.

25   Q.    Did you provide any medical treatment to members of the

1    team?

2    A.   I did not.

3    Q.   There were no injuries associated with the capture that

4    required you to provide medical assistance?

5    A.   There were no injuries brought to my attention specifically,

6    but I'm a higher level of care.  They have their own organic

7    medics and team members who would have provided basic medical

8    treatments.

9    Q.   But are you aware that their medics actually provided

10   such treatment?

11   A.   To team members?

12   Q.   Yes.

13   A.   I am not aware.

14   Q.   In fact -- and you don't -- you're not aware if the medics

15   actually provided any treatment to Mr. Khatallah.  Correct?

16   A.   That's correct.

17   Q.   You didn't speak with any of the medics who were involved

18   about the treatment they provided to anybody.  Correct?

19   A.   Correct.

20   Q.   And so you don't -- when you first saw Mr. Khatallah,

21   you were starting from scratch.

22   A.   Yes.

23   Q.   So do you still have -- sorry.  So Mr. Khatallah got

24   to you at 02:00 Zulu on the 16th of June.  Is that correct?

25   A.   Approximately.  I mean, that's when I wrote my first

1    medical record, so it was some time before that that we saw him.

2    Q.   And that would have been at approximately 4:00 a.m. on

3    Libyan time.  Is that correct?

4    A.   I don't know.

5    Q.   You don't know the -- okay.  You don't speak Arabic, do you?

6    A.   I do not.

7    Q.   So all of your interactions with him were through a

8    translator.

9    A.   Yes.

10   Q.   And so a number of times you were asked, and you said

11   you could tell that he understood what you said.  You recall

12   testifying to that?

13   A.   I do.

14   Q.   So what you meant is he seemed to understand what the

15   translator was saying.

16   A.   That's correct.

17   Q.   He didn't seem to understand your English or what you were

18   saying.  Correct?

19   A.   That's correct.

20   Q.   Now, you testified to a number of recent injuries that you

21   observed with Mr. Khatallah when you started to evaluate him.

22   Correct?

23   A.   Yes.

24   Q.   And it was your understanding that those injuries were the

25   result of him being captured?

1    A.    Yes.

2    Q.    There's been a lot of talk about the particular

3    laceration/gash to his head that you closed with the staples.

4    Do you recall that injury?

5    A.    I do.

6    Q.    Did you form an opinion as to how that injury was caused?

7    A.    No.  There's no way for me to give a direct mechanism.

8    Q.    Was that injury consistent with a blow to the head from

9    a metal object?

10   A.    Again, I can't say that.  That could have come from a fist

11   or hand falling, another person's head or elbow.  We commonly

12   see injuries like that in sporting events.

13   Q.    And I tried to be careful.  I didn't ask you what caused

14   it; I asked you if it was consistent with a blow to the head

15   with a metal object.

16   A.    It's consistent with multiple mechanisms.

17   Q.    One of those being a blow to the head with a metal object?

18   A.    Again, consistent with multiple mechanisms, to include a

19   blow to the head.

20   Q.    To include -- I'm not asking you to say that it was a blow

21   to the head.  I'm just saying that injury, when you observed it,

22   the three-inch gash in his head that you had to close with

23   staples, that that was consistent with a blow to his head from

24   a metal object.

25   A.    Again, varied mechanism.  One of the mechanisms could be

1    a metal object.

2    Q.    Could have been a fist?

3    A.    Yes.

4    Q.    There was testimony earlier that he was lying on his back

5    on the ground when he was captured.  It wouldn't be consistent

6    with a blow to the back of the head from the floor, would it?

7    A.    Located on the front part of his head?  Most likely not a

8    blow to the back of the head.

9    Q.    Without a medical degree, I got that one.  So, yes.  So

10   this was to the back of the head, so it's not from him falling

11   to the floor in the back?

12   A.    Well, you fall forward often, and you hit objects: tables,

13   countertops, chairs.  So it could have been resulting from a

14   fall.

15   Q.    No one told you how he got the injury.  Correct?

16   A.    That's correct.

17   Q.    You didn't ask anybody?

18   A.    I did not.

19   Q.    There was also some reported swelling on his wrist,

20   which you had x-rayed.  Do you recall that?

21   A.    I do.

22   Q.    And did you form an opinion as to what had caused that

23   injury?

24   A.    Again, an injury like that is very non-specific.  He had

25   swelling to the hand.  Obviously, that implies that there was

1    some traumatic mechanism, but there's no way to say what was

2    the cause.

3    Q.   And you didn't inquire of Mr. Khatallah what caused the

4    injury?

5    A.   I did not.

6    Q.   And you didn't inquire of any of the people who were on

7    the team what caused the injury.

8    A.   I did not.

9    Q.   You also talked about there being -- to the left side of

10   his face there was swelling and he complained of pain going up

11   to the jaw, the TMJ?  Is that correct?

12   A.   That is correct.

13   Q.   And did you form an opinion as to what had caused that

14   swelling?

15   A.   Again, no, I did not form an opinion.

16   Q.   Did you form an opinion about what had caused -- led him

17   to complain about the TMJ pain?

18   A.   No.

19   Q.   And you didn't inquire of anybody about how that could come

20   to be, did you?

21   A.   No.

22   Q.   Were those injuries consistent with a fist blow to the face?

23   A.   You're trying to get specific?  It was a traumatic

24   mechanism.  I can't say whether it was a fist, a fallen object,

25   a thrown object, or something he hit on the ground.

1    Q.   Okay.  And to be clear, I didn't ask you -- I understand

2    from your testimony that you can't say for sure what caused it.

3    I simply asked was it consistent with a fist blow to the side

4    of the face.

5    A.   That is one of the mechanisms that he could have sustained

6    such an injury.

7    Q.   Right.  And no one told you that he sustained the injury

8    from some other mechanism, did they?

9    A.   I had no discussions about how he sustained specific

10   injuries.

11   Q.   Throughout the course -- and I think the government asked

12   you a little bit about treatment to -- it was his left eye?

13   Correct?

14   A.   Yes.

15   Q.   From the same side where there had been the bruising that

16   you noticed.  Correct?

17   A.   That's correct.

18   Q.   And I think in your report, you -- I think you testified

19   it could be an eye contusion?  Is that what you concluded?

20   A.   Which part of it?  He had several kind of facial injuries.

21   We're talking about the soft tissue around the eye, or the eye

22   itself?

23   Q.   The eye itself.  I'm sorry.  The injury that you treated

24   with the ointment.

25   A.   That was a secondary process, so the original injury was

1    just eye irritation itself.

2    Q.   Okay.

3    A.   Stemming from that was the resultant conjunctivitis or

4    inflammation where it started producing a little purulent

5    discharge.

6    Q.   Was that injury related to whatever had caused the bruising

7    on his left side, or was there some other mechanism for that?

8    A.   Most likely it was related.

9    Q.   Okay.  That's a secondary result of the kind of injury that

10   you observed when he first arrived.  Is that correct?  Can be a

11   secondary result of --

12   A.   You're talking the needing of antibiotic ointment?

13   Q.   Yes.

14   A.   Yes.  That was secondary.

15   Q.   The government --

16             MR. ROBINSON:  May I approach?

17             THE COURT:  You may.

18   BY MR. ROBINSON:

19   Q.   Have you had a chance to look at that?

20   A.   I have --

21             THE COURT:  What's the number, counsel?

22             MR. ROBINSON:  Defense 8.

23             THE WITNESS:  I have not seen this top page.

24   BY MR. ROBINSON:

25   Q.   Before I ask further, does the remainder of Defense 8

1   look like what has been marked as Government's Exhibit 203?

2   A.   It does.

3   Q.   And so -- you hit on it.  I was going to ask you about the

4   top page, because that wasn't in Government 203.  Are you

5   familiar at all with the first page of Defense Exhibit 8?

6   A.   I am not.

7   Q.   And there is a signature on Defense Exhibit 8.  Is that

8   your signature?

9   A.   It is not.

10  Q.   Okay.  I'm going to take that back from you.

11       So, with that, we're going to go to Government Exhibit 203.

12  Do you have that in front of you?

13  A.   I do.

14  Q.   Okay.  And Government Exhibit 203 is the record you made

15  of your treatment and evaluations of Mr. Khatallah.  Correct?

16  A.   That is correct.

17  Q.   Did you record, in Government Exhibit 203, every instance

18  in which you gave a treatment or saw Mr. Khatallah?

19  A.   No.  The times where I administered the eye ointment

20  between the two scheduled visits, those would be documented in

21  the guard's log, but I did not make a medical notation of those.

22  Q.   Okay.  So you saw him twice a day for an examination, and

23  you recorded that in Government Exhibit 203.  Correct?

24  A.   Yes.

25  Q.   And you also saw him, once you started treating him for

1    the eye condition, you also saw him on an additional occasion,

2    but that's not documented here in 203.   Correct?

3    A.    That's correct.

4    Q.    Now, when Mr. Khatallah first arrived -- well, turn to

5    the second page of Government 203.   Is that the report that

6    you did of your initial examination of him, of Mr. Khatallah?

7    A.    This is the one with the schematic?

8    Q.    Yes.

9    A.    So this was an initial physical exam, and then there's

10   a continuation on the next page which goes into what's called

11   a medical decision-making, where I documented the thought

12   process and the injuries kind of in a paragraph format.

13   Q.    Okay.  And that document, that initial physical exam,

14   was that done in the room D2 or was that done up in the ship's

15   medical bay?

16   A.    This would be a combination.  Some information about his

17   injuries was gathered down in the processing cell, but the

18   majority of the thorough evaluation was done in the medical bay.

19   Q.    And so it was always -- was it always the intention that

20   after initially reviewing Mr. Khatallah's condition he would be

21   taken to the medical bay for further observation?

22   A.    Yes.  It was requested that he have a full medical

23   evaluation before anything else.

24   Q.    And that was -- and you always understood that that was

25   going to happen in the ship's medical bay.

1    A.    Yes.

2    Q.    Were any of the ship's personnel present in the medical

3    bay when you conducted this examination?

4    A.    Not the ship's personnel.  It was authorized personnel

5    only.

6    Q.    And those authorized personnel consisted of you.  Correct?

7    A.    Correct.

8    Q.    The interpreter who you were working with.  Correct?

9    A.    Yes.

10   Q.    One or more FBI special agents?

11   A.    Not for the medical exam.  There was just a security

12   detail.

13   Q.    So the guard.  How many people were there?  How many of

14   the security people were there?

15   A.    Probably two guards.

16   Q.    Okay.  But the agents -- none of the agents were present

17   when you did the evaluations.

18   A.    None of the agents.  In the medical bay.

19   Q.    In the medical bay.  So they were not there to observe it.

20   A.    Correct.

21   Q.    Looking at Government Exhibit 203.  And I'm going to direct

22   you to the line that says "HEENT."

23   A.    Head, ears, eyes, nose, throat exam.

24   Q.    So that's where you report what you observed in that exam.

25   A.    Yes.

1    Q.   And that portion of the exam, was that done in D2, or is

2    that also a combination?

3    A.   No.  That would have been done in the medical bay.

4    Q.   And the first item listed is something "lacerations."

5    Is that correct?

6    A.   2.5 centimeter right frontal laceration.

7    Q.   Okay.  And then later -- you go through and you record

8    later the TMT tenderness.  Correct?  TMJ.  Excuse me.

9    A.   Yes.  Left TMJ tenderness.

10   Q.   And you also took -- before that, you took vital signs

11   from Mr. Khatallah.  Correct?

12   A.   That's correct.

13   Q.   Were those vital signs also taken after he had been

14   moved to the medical bay?

15   A.   I don't recall the specific time we took the vitals.

16   I know we did a set immediately in the initial in-processing

17   cell.  Whether this was a second repeat in the medical bay,

18   I can't tell you.

19   Q.   It's one of those two, though?

20   A.   Correct.

21   Q.   Going back to the initial in-processing in the cell, you

22   were in the cell and the interpreter was in the cell.  Correct?

23   A.   That's correct.

24   Q.   And two of the guard force?

25   A.   They were -- I mean, the door -- yes.

1    Q.   And anyone else?

2    A.   I had a physician assistant who was my team leader.

3    So our team was run by a physician assistant who has more

4    operational knowledge.  I have the medical knowledge.  He was

5    there for the initial intake physical.

6    Q.   When you say your team, you're referring to --

7    A.   My medical team, which consists of four people.

8    Q.   And so were there four people present on the *New York* for

9    purposes of this mission?

10   A.   Yes.

11   Q.   And so there was this physician assistant who was the team

12   leader?

13   A.   That's correct.

14   Q.   Yourself?

15   A.   Yes.

16   Q.   And what roles did the other two people play?

17   A.   For this mission, they had no role.  Their jobs, one is

18   a critical care general surgeon, and one is a CRNA, a certified

19   registered nurse anesthetist.  So essentially we would have full

20   surgical and ICU capability if we needed it.

21   Q.   Okay.  So the whole team deployed but there was no need for

22   two of them to be involved.

23   A.   Correct.

24   Q.   And did your team leader supervise your activity throughout

25   the entire time that you were caring for Mr. Khatallah?

1    A.    He did not.

2    Q.    Did he leave at some point?  The ship?

3    A.    I'm trying to recollect if he left maybe a week later with

4    the assault team or if he stayed on.  I can't remember.  But he

5    had no role in Mr. Khatallah's care.  I was the sole provider

6    who treated him.

7    Q.    Okay.  So were you reporting to him on a regular basis what

8    you were finding and how things were going with Mr. Khatallah?

9    A.    No.

10   Q.    In looking at the results when you took the vital signs,

11   I think it says that Mr. Khatallah had a pulse of 118?

12   A.    That's correct.

13   Q.    That's high, isn't it?

14   A.    It is above the normal limit.

15   Q.    It's something called tachycardia?

16   A.    Tachycardia.

17   Q.    Tachycardia?  What causes tachycardia?

18   A.    Well, some people have baseline tachycardia, which

19   Mr. Khatallah does have an elevated heart rate, as he continued

20   to have a heart rate in the 90s throughout my stay.  Other

21   things that cause tachycardia are strain, stress, fever, blood

22   loss.  There's a variety of things.  Medications, supplements,

23   environmental.

24   Q.    And by environmental, you mean?

25   A.    If you were cold, if you were hot, if you were dehydrated.

1   Q.   Okay.  When you examined Mr. Khatallah, there wasn't

2   significant blood loss.  Is that correct?

3   A.   That's correct.

4   Q.   Were you aware of him being subject to environmental

5   conditions that would have led to the rapid pulse rate?

6   A.   He was in a very stressful situation.

7   Q.   Was it your view formed at the time that the elevated heart

8   rate was the result of stress?

9   A.   It was something I noted, and without any other

10  explanation -- meaning normal blood pressure, no other evidence

11  of acute injuries, blood loss, he wasn't actively fighting an

12  infection, he wasn't febrile -- it was something I was going to

13  continue to watch, but yes, at that time most likely it was due

14  to the circumstances.

15  Q.   And, as I think you've stated, that throughout the time

16  he was on the *New York*, he periodically had a hundred or higher

17  pulse rate.  Correct?

18  A.   I have to look at my medical records.  I don't think there

19  was ever a documented heart rate again.

20  Q.   So I would ask you to turn -- we can do this.  If you go

21  to the 16th of --

22  A.   He did have --

23  Q.   At 13:00 Zulu?

24  A.   Which one?

25  Q.   16 -- I think it's 16 June, 13:00 Zulu.

1   A.   Pulse was 100.

2   Q.   And that's like 11 hours after the initial processing.

3   Correct?

4   A.   Yes.

5   Q.   Okay.  I think if you also turn to 17 June, 13:00 Zulu.

6   If the Bates numbers were a little bit bigger and I could read

7   them, I'd use the Bates numbers, but I can't see it.

8   Do you see that?

9   A.   Which one are we looking for again?

10  Q.   June 18, the 01:00 Zulu, where the pulse rate is 107.

11  A.   Yes.

12  Q.   So that's another instance where he had -- and when you

13  saw that, did you again believe that that was just the result

14  of stress, that there weren't any other underlying conditions

15  that were leading to it?

16  A.   Most likely given his high-trending heart rate throughout,

17  even when he was resting and comfortable, I would make the

18  assumption that he had a baseline elevated heart rate.

19  Q.   Although his heart rate didn't stay above a hundred every

20  time you evaluated him.  Correct?

21  A.   No, but normal variability in heart rate is 20 to 30 points.

22  I'm on the stand right now; my heart rate is 120.

23  Q.   I'm not doing my job.

24       (Laughter)

25       As you got to the end of his time  on the *New York*, though,

1   his heart rate trended into the 80s.  Correct?  In that period

2   after you talked about you would go in routinely and he wouldn't

3   complain, he said he had no complaints or anything?

4   A.   There are several documentations of pulses in the 80s and

5   90s throughout that last couple days.

6   Q.   Right.  But before that, he periodically had a pulse rate

7   of a hundred.  Correct?  Above a hundred.  So, again, I direct

8   you to June 19 at 01:00 Zulu.

9   A.   I can read all the heart rates on 25 visits if you want.

10  Q.   If you think that that would help your testimony.  I wasn't

11  going to ask you to do that.  I was just going to point you to

12  various ones where the rate was there.  If you think you need to

13  read them all --

14  A.   No.  I understand.

15  Q.   Okay.

16          THE COURT:  Just cooperate and answer his questions.

17          THE WITNESS:  I'm sorry.

18  BY MR. ROBINSON:

19  Q.   You testified about at one point going in and Mr. Khatallah

20  complaining about the temperature?

21  A.   That's correct.

22  Q.   And you said you went to the guard force and told them

23  about his complaint?

24  A.   That's correct.

25  Q.   And did you ask them to change the temperature?

1    A.    I did.

2    Q.    And did they change the temperature?

3    A.    To my knowledge, yes.

4    Q.    What is your source of your knowledge that they changed it?

5    A.    That on all subsequent evaluations he was comfortable.

6    Q.    But you don't know if they changed it or not or if he just

7    stopped complaining?

8    A.    I do not.

9    Q.    No one reported back to you and that we changed the

10   temperature as a result of that?

11   A.    I'm not in charge of them.

12   Q.    And no one told you back -- I don't mean reported in a

13   command sense.  But just no one came back to you and told you

14   that they had changed the temperature because of your request.

15   A.    Correct.  Nobody reported it to me.

16   Q.    Now, he had elevated heart rate on a number of occasions,

17   which the exhibit will speak for itself.  Did you ever do an

18   EKG or any other examination of him with respect to the heart

19   condition?

20   A.    I did not do an EKG.

21   Q.    Or any other procedure or examination to evaluate potential

22   causes for the elevated heart rate?

23   A.    We listened to the heart.  That's step one, to know that

24   it's a normal rhythm.

25   Q.    And it was.

1    A.    Normal rhythm.  He has a pulse oximetry, letting me know

2    how his oxygen saturation is, how he's breathing, and then, you

3    know, other physical exam that he gives you indications of what

4    is going on with an elevated heart rate.

5    Q.    After you had done all those things, you reached the

6    conclusion that there wasn't likely to be a systemic condition

7    that was causing it.  Is that correct?

8    A.    No.  There could be a systemic condition.

9    Q.    Okay.  Did you ever conduct blood tests on Mr. Khatallah?

10   A.    We did not.

11   Q.    You never drew blood and had it checked for infection or

12   for anything else.  Correct?

13   A.    That's correct.

14   Q.    I want to go through some of the things that you talked

15   about during your earlier examination.

16            THE COURT:  Counsel, how much longer do you have?

17   Should we take a break, or do you want to power through?

18            MR. ROBINSON:  Taking a break now is fine.

19            THE COURT:  Let's take our 15-minute break.

20   We'll  see you back here at 3:35.

21            MR. ROBINSON:  Thank you, Your Honor.

22        (Recess from 3:25 p.m. to 4:03 p.m.)

23            THE COURT:  Okay.  Dr. Smith, sorry for the delay.

24   Mr. Robinson?  Oh.  We need a defendant.

25        (Defendant is brought into the courtroom.)

1          THE COURT:  Okay, Mr. Robinson.  The floor is yours.

2    BY MR. ROBINSON:

3    Q.   Dr. Smith, just a couple more follow-up questions.  I asked

4    you about conducting an EKG.  Did the ship have the capacity for

5    you to conduct an EKG?

6    A.   I believe it did.

7    Q.   And I asked also about drawing blood and testing.  Does the

8    ship have a laboratory where they could have evaluated -- could

9    have done a lab analysis of blood that was drawn?

10   A.   They did.

11   Q.   That was all up in the medical bay?

12   A.   It was.

13   Q.   And did you take custody of the x-rays that were done of

14   Mr. Khatallah?

15   A.   I do not have them.

16   Q.   What happened to them?

17   A.   I think they get deleted because of the -- kind of the

18   situation.

19   Q.   So they existed, but then they were destroyed?

20   A.   Correct.

21   Q.   And is there a record of -- is there some like where it

22   was written about the results, findings, a report of that?

23   A.   Just my interpretations in my notes.

24   Q.   Okay.  And is there a record or log or something that --

25   because we were looking through what we have -- of him being

1    transferred up to the medical bay, you know, for the exam

2    that you described?  Is that recorded someplace?

3    A.    I do not know the answer to that.

4    Q.    Okay.  You're not aware of one that you have.  Correct?

5    A.    I have no logs of transfers or times in, times out.

6    All   I have is the medical documents.

7    Q.    I know you looked at the guard's log earlier.  Correct?

8    A.    Yes.

9    Q.    And that doesn't show -- that guard's log doesn't contain

10   the transfer -- the movement up to the medical bay.  Is that

11   right?

12   A.    I can't answer that.

13   Q.    It speaks for itself.

14   A.    I don't know.  I can't answer.

15            THE COURT:  I'm sorry, sir.  Did you conduct -- did

16   you take the x-rays?

17            THE WITNESS:  I did.

18            THE COURT:  And you examined the x-rays?

19            THE WITNESS:  I did.

20            THE COURT:  But you're not a radiologist.

21            THE WITNESS:  No, but through my training, plain film

22   interpretation is within my scope of practice.

23            THE COURT:  But you're not a radiologist?

24            THE WITNESS:  No radiologist.  Now, an x-ray technician

25   actually physically took the x-rays, operated the machine, but I

1  did the interpretations.

2         THE COURT:  Okay.

3  BY MR. ROBINSON:

4  Q.   You talked about sort of the protocols for the situation

5  with respect to retaining the x-rays.  What is your

6  understanding of what the protocol was?

7  A.   I can't begin to speak to that.  Due to the sensitivity of

8  the situation -- the secret nature of everything -- the decision

9  was not mine.  I mean, I don't make that sort of decision.

10 That's made far above me.  But, you know, the x-rays were

11 deleted.

12 Q.   And your understanding is that the decision to delete the

13 x-rays was made at a level far above you.

14 A.   Correct.

15 Q.   When Mr. Khatallah came in to D2 that initial time, and you

16 did the examination, you saw him in his clothes, right, in his

17 civilian clothes?

18 A.   Yes.

19 Q.   And it's hard to miss.  You saw the gash.  Correct?

20 A.   Yes.

21 Q.   Was an inquiry made as to whether or not he was in pain

22 at that time?

23 A.   I don't recall a specific inquiry down in the processing

24 cell.

25 Q.   So there was a gash in his head, no inquiry about whether

he was in pain, and nothing given to him to alleviate any

symptoms of pain?

A.   We did ask what was hurting him and what was injured, and

that's when he told us what was injured.   No medications were

administered.

Q.   Okay.   Other than the three medications that you talked

about and the government --

A.   Correct.

Q.   -- no medications were ever administered to him?

A.   Correct.

Q.   When he was in D2 in that initial review, did you tell him

where he was and what was going to be happening to him other

than you providing him medical treatment?

A.   No.   I was solely there for medical treatment.

Q.   So you didn't tell him that he was on a U.S. naval ship.

Correct?

A.   I did not.

Q.   And you didn't tell him that he was being transferred to

the United States.   Correct?

A.   I did not.

Q.   And you never heard -- nobody else in your presence

provided that information to him.   Is that correct?

A.   I can't testify to that one way or another.   There's

nothing I specifically remember about his -- where he physically

was at that time or where he was going.   But that was an initial

1    kind of intake evaluation, and then we stay in our medical lane.

2    Q.   I understand.  All I can ask you is what you know, and you

3    don't know if anybody in that initial intake interview answering

4    any of those questions or giving him any of that information.

5    A.   Correct.  I don't know.

6    Q.   Right.  And you were with him, you saw him at least twice

7    a day for the entire time that he was on the *New York*.  Correct?

8    A.   That's correct.

9    Q.   And during that entire time, did you ever tell him where

10   he was and where he was -- to where he was being transported?

11   A.   I did not.

12   Q.   And during that entire time, did you ever hear anyone else

13   tell him where he was and to where he was being transported?

14   A.   I did not.

15   Q.   Did you have specific instructions that you were not

16   supposed to tell him where he was and where he was being

17   transported?

18   A.   I honestly -- I don't recall the answer to somebody telling

19   me not to discuss anything with him.  Again, I'm a medical

20   provider.  This was an operation conducted, and I stay completely

21   in my medical lane.

22   Q.   You weren't --

23   A.   Nobody specifically told me not to discuss something with

24   him.  At the same time, it wouldn't be something that I would

25   readily discuss with him.

1    Q.   Okay.  You didn't consider Mr. Khatallah to be your

2    patient, did you?

3    A.   He was my patient.

4    Q.   So you formed a doctor-patient relationship with him?

5    A.   Yes.

6    Q.   Okay.

7              THE COURT:  Sir, did you have the understanding that

8    you were not to tell him where he was?

9              THE WITNESS:  I honestly don't have the answer you're

10   looking for to that.  I -- again, from the medical standpoint, I

11   was there to provide medical care and evaluation.  I'm not there

12   to discuss, you know, where we were going or what was happening.

13             THE COURT:  Had he asked where is he, what would your

14   response have been?

15             THE WITNESS:  I would have had to clarify it with the

16   other team members on the boat.

17             THE COURT:  Okay.

18   BY MR. ROBINSON:

19   Q.   You wouldn't have felt that it was appropriate for you

20   to tell him without someone else telling you that it was okay.

21   Is that correct?

22   A.   Correct.  That wouldn't be for me to release that

23   information, if it was even held from him.  I don't know.

24   Q.   Did you have discussions during the time -- excuse me.

25   During the time that you were on the *New York* with the other

1    members of the Mission team -- I think you said the assault

2    team I think is the term you used -- did you have any discussions

3    with them about the operation and what was going to happen?

4    A.   You'll have to be a little bit more specific.  I understand

5    that, you know -- can you rephrase the question for me?

6    Q.   Did you have -- there was -- the medical team that you

7    talked about, which were the four people that you indicated.

8    Right?

9    A.   That's correct.

10   Q.   And there were -- what you described, your words were the

11   assault team, which I take it were the people who were going to

12   actually go to Libya and affect the capture of Mr. Khatallah.

13   A.   Right.  There was a capture team.

14   Q.   Capture team.  Were there any other teams involved with

15   the -- on the *New York* with respect to this operation?

16   A.   Yes.

17   Q.   What other teams were they?

18   A.   I know the FBI was there.

19   Q.   Anything else?  Anybody else?

20   A.   Again, specifically which groups and who conducted what

21   part?  No.

22   Q.   I wasn't asking you yet specifically who.  I was just

23   asking you were there any other -- you mentioned the FBI, you

24   mentioned the -- what you called the capture team, your medical

25   team.  Were there others involved that you knew of?

1          MS. HIMELSTEIN:  Objection.  Beyond the scope.

2          THE COURT:  Overruled.

3          THE WITNESS:  I can't give you specific organizational

4     names.

5     BY MR. ROBINSON:

6     Q.   And I wasn't asking you for it.  I was simply asking

7     whether, to your knowledge, there were other --

8     A.   There were multiple separate organizations.  The guard

9     force was separate from the ship.  The medical was separate

10    from the ship.  The capture team was separate from the ship.

11    The FBI was separate from the ship.  You know, people who asked

12    him questions, I don't know who they necessarily were.

13    Q.   And did you ever have any conversations -- I know you

14    talked to the guard force because they were taking you in and

15    out.  So I'm going to take the guard force out of it.  Did you

16    ever have any conversations with anybody from any of those other

17    forces, teams, organizations as you described them, regarding

18    this operation?

19    A.   Not about the logistics of the operation.  Only about the

20    health of Mr. Khatallah.

21    Q.   And so did you report on a regular basis to people outside

22    the medical team about Mr. Khatallah's health?

23    A.   Yeah, those command meetings?

24    Q.   Yes.  You reported it.  Would that normally be something

25    one did in a doctor-patient relationship, report about what you

1  found on somebody's health to others?

2  A.    They weren't specifics.  They asked about the health

3  of  the individual.  In this situation, yes, that is normal.

4  Q.    And it's normal because it's not just a -- it's not the

5  same relationship that I have with the general practitioner

6  physician who gives me exams or something.  You were in a

7  different status.

8  A.    Different consulting status, yes.

9  Q.    And you have obligations to report to the --

10  responsibilities.  You have responsibilities to report to

11  the others involved about his health and condition.  Correct?

12  A.    Yes.

13  Q.    And they rely upon that information in order to fulfill

14  their other duties and operations.  Correct?

15  A.    Yes.

16  Q.    So did you wake him up?  Is it correct that you never had

17  to wake him up in order to conduct a medical examination?

18  A.    I don't recall specifically having to wake him up.  There

19  may have been on several occasions where he was laying down or

20  resting and we knocked on the door.

21  Q.    Okay.  Was that the process that before entering someone

22  would knock on the door?

23  A.    Yes.

24  Q.    And that process on every occasion that you went into

25  the room, there was a knock on the door before entering?

1   A.   I want to say yes.

2   Q.   But maybe you missed a time or two?  When you say, "I want

3   to say yes"...

4   A.   Yeah.  We knocked on the door to tell him that I was here

5   to evaluate him.

6   Q.   So, you mentioned command meetings.  What was the purpose

7   of the command meetings?

8   A.   I mean, big logistics between moving a boat across the

9   ocean and, you know, the moving pieces.  So the medical piece

10   is just a small part of "is everything going okay?"

11   Q.   But you didn't just come in and report about everything

12   going.  You were a participant in the larger meeting?  Is that

13   correct?

14   A.   I was part of the larger meeting.

15   Q.   And what other subjects related to the operation were

16   discussed in the larger meeting?

17   A.   This was after completion of the operation, so it was just

18   the logistics of getting back to where we were to drop off

19   Mr. Khatallah.

20   Q.   And what was discussed about the logistics for where you

21   were going to drop off Mr. Khatallah?

22   A.   Again, I was a medical personnel who -- you're going way

23   out of my scope of operation al stuff.  I'm there.  My input

24   towards the meeting was solely how Mr. Khatallah was.  I have

25   absolutely nothing to do with any other part of that ship's

1    movements.

2    Q.   You were there when it was discussed, though.

3    A.   In the grand scheme, yes.  Did I have any input or -- I was

4    in a room of -- yes.

5    Q.   Of how many people, you were saying?

6    A.   I can't give you an exact number.  It would depend on the

7    day.

8    Q.   More than 20?

9    A.   No.

10   Q.   More than five?

11   A.   More than five.

12   Q.   In those discussions of logistics and eliciting from you

13   information regarding Mr. Khatallah, was there ever a discussion

14   of how long it would take Mr. Khatallah to go to -- to be

15   returned to the United States?

16   A.   Again, I wasn't part of these discussions.

17   Q.   Did you participate in meetings where the subject of how

18   long it was going to take Mr. Khatallah to be returned to the

19   United States was discussed?

20   A.   I was not a participant.  I was a bystander.  I can't --

21   I know what you're trying to get me to say.  I can't say that.

22   Q.   I'm not trying to get you to say anything other than were

23   you in a meeting, like in a room with other people where the

24   topic of discussion was how long it would take to get

25   Mr. Khatallah back to the United States?

1    A.   I mean, there were times they discussed engine performance,

2    speed, how much fuel they were using, yes.  Specific timeline,

3    I'm not part of these discussions.

4    Q.   You're in the room.

5    A.   Again, meetings, you know, people -- there's certain

6    parts of different meetings.  I'm from one part where I come in,

7    things are good, that's my role, I leave.

8    Q.   So now you're saying when other topics about logistics

9    and stuff were discussed, you had left?

10    A.   There were some.  I wasn't forced to leave.  There

11    were times I would sit; there were times I would leave.

12    Q.   Yeah.  And during the times when you were there listening,

13    even if not providing active -- you weren't actively

14    participating, what methods were discussed of bringing

15    Mr. Khatallah to the United States?

16    A.   I don't recall.

17    Q.   You don't have any -- you know they were discussed, but

18    you don't recall what they were.

19    A.   I can't -- I can't remember.  I don't recall.

20    Q.   Were you ever given -- did you ever give medical opinion

21    about whether it was safe to continue with Mr. Khatallah on the

22    *New York*?

23    A.   Yes.

24    Q.   And you said that it was medically okay to continue him on

25    the *New York*.

1    A.    It was -- he was medically stable.  Everything from his

2    medical standpoint was okay.  As far as continuing on the *New*

3    *York* versus another option for travel, that was never asked of

4    me.

5    Q.    Did you ever give a view about whether it was safe to fly

6    Mr. Khatallah anywhere?

7    A.    I never gave any view to that.

8    Q.    Did that topic come up during any of the meetings in which

9    you were participating?

10   A.    Not to my knowledge.

11   Q.    And you were never asked about whether it was okay to fly

12   Mr. Khatallah?

13   A.    When we flew him by helicopter at the end of the boat ride,

14   we discussed flying.

15   Q.    What was that discussion?

16   A.    Can we fly him in a helicopter.

17   Q.    Was he -- obviously -- or not obviously.  I shouldn't be

18   obvious.  You weren't being consulted about your technical

19   knowledge about the logistics of flying on a helicopter, right?

20   You were being consulted about whether he was medically in a

21   condition -- in a condition where it was okay to fly him on a

22   helicopter.

23   A.    Yes.

24   Q.    And were you ever asked at any other point whether he was

25   in medical condition to be flown some other way some other time?

1    A.   I was not.

2              MR. ROBINSON:  Okay.  Nothing further, Your Honor.

3              THE COURT:  Okay.  Ms. Himelstein?

4                        REDIRECT EXAMINATION

5    BY MS. HIMELSTEIN:

6    Q.   Doctor, tachycardia, you said that was an increased heart

7    rate?

8    A.   That's correct.

9    Q.   Does tachycardia -- well, besides -- is that the best way

10   to describe it, increased heart rate?

11   A.   That's the medical term, yes.

12   Q.   And does tachycardia cause any adverse effect on somebody's

13   ability to perceive things?

14   A.   Definitely not your ability to perceive things.

15   Q.   Does tachycardia affect somebody's being coherent?

16   A.   Degrees of tachycardia could.  Sometimes a heart rate is so

17   fast that you don't get blood supply to the brain and somebody

18   becomes less responsive.

19   Q.   Did you find that level of tachycardia in Mr. Khatallah?

20   A.   No.

21   Q.   You testified that if you wanted to you could have

22   performed an EKG on Mr. Khatallah.  Is that correct?

23   A.   Yes, it is.

24   Q.   And is it true that there was equipment on the USS *New York*

25   to do that test?

1    A.    I do believe so.

2    Q.    And you said that you did not perform that test.

3    Why didn't you perform that test?

4    A.    Generally, before we would do an EKG, there would have to

5    be a complaint by Mr. Khatallah or the patient saying I'm having

6    chest pain, I'm having shortness of breath, my heart is racing,

7    skipping beats.  He'd have to have a subjective symptom to

8    prompt the test.  Just because of a baseline or finding of

9    elevated heart rate, we do not do an EKG.

10   Q.    And did you find any of those symptoms in your examination

11   of Mr. Khatallah over that 12 days?

12   A.    I did not.

13   Q.    You mentioned that you had the capacity to draw blood

14   from Mr. Khatallah, but you didn't.  Why didn't you?

15   A.    There would have to be an indication.  There's different

16   types of blood tests based on what we're looking for.  So --

17   I mean, drawing blood is a generic term.  If I'm looking for

18   kidney function, it's a certain test.  If I'm looking for blood

19   counts, it's another test.

20   Q.    Was there any symptom or thing that you saw or any element

21   of your examination of Mr. Khatallah which would make you want

22   to draw blood and test his blood for something?

23   A.    No, there was not.

24             MS. HIMELSTEIN:  No further questions.

25             THE COURT:  Okay.  Dr. Smith, you are excused.

1        Thank you very much for your testimony.

2            (The witness steps down.)

3            MR. DILORENZO:  Your Honor, due to the hour, we would

4        suggest breaking for the day.

5            THE COURT:  We'll break for the day.  Let's talk about

6        tomorrow a little bit.  I understand we've sorted out the

7        interpreter issue?

8            MS. PETRAS:  That's correct, Your Honor.  We did have

9        one other issue that the Court should be aware of.  When we

10       agreed to a closed hearing, we understood that our client would

11       be here.  We understood that our team of lawyers would be able

12       to be here.  There are two lawyers on our team that don't have

13       security clearances.  We learned this afternoon that that's not

14       the case, that the government's equity holders won't allow them

15       to be in a closed hearing.  We would not have agreed to a closed

16       hearing if we knew that that meant that half of our team could

17       not be there.  But this is where we are now.  The government

18       has --

19           THE COURT:  Is it part of the team that's planning on

20       conducting the cross-examination?

21           MS. PETRAS:  There is, but we think we've solved that

22       problem.  I'm doing two of the witnesses.  One of the witnesses

23       was being done by a non-cleared lawyer.  But the government has

24       agreed to call that witness first and allow him into the hearing

25       to do it.  That's the linguist.  So I think we've solved the

1    problem.  But just so that the Court knows it's out there

2    without getting into the weeds of who said what and when.

3              THE COURT:  And Mr. Khatallah will be present

4    tomorrow.

5              MS. PETRAS:  Yes.  Which is why we assumed our team

6    could be present too.

7              MS. PETERSON:  And, Your Honor, just because we

8    haven't heard back from the court security person on the issue

9    of the interpreter, I understand that they have found someone,

10   but we asked them to confirm that it is not somebody who has

11   worked for the government on this case in the past, because it's

12   somebody at the State Department.  So she's checking on that.

13   We do not have an objection so long as it's not somebody who has

14   been previously employed by the government on this case.

15             THE COURT:  Okay.  Just let us know if there are any

16   issues you find out --

17             MS. PETERSON:  Absolutely.

18             THE COURT:  -- between now and tomorrow morning.

19             MS. PETERSON:  I assume she will let the Court know,

20   but if not we --

21             THE COURT:  Okay.  Mr. Kohl.

22             MR. KOHL:  Just so the Court is aware, we have

23   three witnesses tomorrow.  The first witness we think will

24   be relatively short, and that's the one that we've made

25   accommodations so they can use the attorney of their choice

1    for cross-examination.  And we've worked out the ground rules

2    on that in terms of the way the witnesses will testify, and we

3    can cover that with Your Honor tomorrow morning.

4         THE COURT:  Obviously, there's some public interest

5    in these proceedings.  I had planned on just issuing a notice

6    that the courtroom would be sealed tomorrow.  Anything else you

7    suggest I need to do in that regard?

8         MR. KOHL:  No.  We've worked out all the other

9    logistics --

10         THE COURT:  I just don't want a bunch of people

11    showing up and not being able to get through the doors.

12         MR. KOHL:  Exactly, Your Honor.  Thank you.

13         MR. DILORENZO:  And, Your Honor, in part due to that,

14    we expect that testimony, or so I'm told, that it will go all

15    day, and the trial team will not be present for that.  So what

16    we anticipate doing --

17         THE COURT:  If we finish early, we'll knock off for

18    the day.  Another point is I have a 7:30 meeting outside of the

19    courthouse.  I hope to be here by 9:00, but it may be closer to

20    9:30.  So why don't we plan on starting at 9:30, just to be

21    safe.  Okay?

22         MR. KOHL:  Very good.

23         THE COURT:  Please approach.

24       (Bench Conference on the Record.)

25         THE COURT:  So these conferences are on the record.

1    It will be transcribed.

2              MS. PETERSON:  Yes.  Mr. Abu Khatallah has just

3    written us a note that he doesn't plan to come tomorrow, but

4    we just got the note two minutes ago.  I want to have an

5    opportunity to try to convince him that he should come tomorrow.

6    I do have a written waiver from him that I've given to the court

7    deputy, but I will let you know.

8          In the meantime, we're going to talk to him and try to

9    convince him that he should come back.  But if he doesn't want

10   to come back, he doesn't have to.

11             THE COURT:  And you can convey that I would encourage

12   him to be here, and I would prefer that he be here, if that

13   would help you at all.

14             MS. PETERSON:  That's fine.  I just wanted to let the

15   Court know.

16             THE COURT:  If he doesn't plan to be here, I want a

17   written waiver filed tomorrow morning.

18             MS. PETERSON:  We've already turned in the waiver that

19   covers all pre-trial proceedings.

20       (End of bench conference.)

21             MS. PETRAS:  Your Honor, the court security officer

22   has an update on the interpreter.

23             THE COURT:  Okay.  Ms. Peterson, why don't you

24   approach.  You can do it at the podium.

25             COURT SECURITY OFFICER:  Good afternoon.  I just

had an update from the State Department.  It seems they are not able to confirm the security clearance for the translator until tomorrow morning.

THE COURT:  Okay.  It is what it is.  Is there a Plan B?

COURT SECURITY OFFICER:  Not as of right now.

THE COURT:  I'm not sure we can make a contingency plan at this point unless the non-filter team would be prepared to put on its next witness tomorrow in an open courtroom.

MR. KOHL:  Your Honor, if we might approach, given the issue we just discussed at the bench, it might alleviate this problem.

(Bench Conference.)

MS. PETERSON:  If the client is not going to be here, perhaps the issue is resolved, but I still need some time to talk with him.

THE COURT:  Assuming the client is here, the defendant is here, are your colleagues prepared to go forward tomorrow? If you are not.  Is that interchangeable or do we have witnesses from out of town?  I'd just as soon not lose a day.

COURT SECURITY OFFICER:  We can't guarantee, but we would know and we'd be ready by 9 a.m.

MS. PETERSON:  If we could just take a 15-minute break right now, we can go in the back and talk to him and try to find out what the reason is --

1          THE COURT:  I don't need to know.  Just let me know

2     in the morning.  Let's try to avoid it if we can.  If it's not

3     possible, it's not possible.

4          MS. PETERSON:  We'll know before he leaves the

5     building.

6          THE COURT:  Okay.  Have a good night.

7        (End of bench conference.)

8          THE COURT:  And counsel, I'm told that the waiver has

9     been filed on the docket just as a precautionary measure.  Okay?

10         MS. PETERSON:  Thank you.

11       (Proceedings adjourned at 4:31 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

* * * * * *

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*Bryan A. Wayne*
BRYAN A. WAYNE

# 0

**00:45** [1] - 211:8
**01:00** [4] - 206:20, 208:21, 230:10, 231:8
**02:00** [1] - 216:24

# 1

**10** [4] - 174:5, 184:9, 184:19, 186:12
**100** [1] - 230:1
**106** [2] - 181:13, 188:21
**107** [2] - 181:13, 230:10
**108** [1] - 181:20
**10:45** [1] - 211:16
**11** [1] - 230:2
**117** [1] - 190:22
**118** [3] - 194:20, 194:23, 228:11
**119** [1] - 192:17
**12** [3] - 184:19, 213:9, 248:11
**120** [1] - 192:24, 230:22
**121** [2] - 194:20, 194:23
**122** [2] - 194:3, 194:23
**123** [4] - 192:6, 193:21, 193:23, 194:23
**124** [1] - 191:3
**125** [1] - 191:15
**126** [1] - 191:17
**127** [1] - 191:19
**128** [3] - 181:14, 188:25
**12:00** [1] - 206:5
**12:30** [1] - 209:2
**12:40** [1] - 208:15
**131** [1] - 190:8
**132** [2] - 193:4, 193:8
**133** [2] - 194:16, 194:23
**134** [2] - 194:18, 194:23
**135** [1] - 185:9
**136** [1] - 185:12
**137** [1] - 185:14
**138** [1] - 185:16
**139** [1] - 185:18
**13:00** [3] - 229:23, 229:25, 230:5
**140** [1] - 185:20
**146-B** [2] - 202:2,

204:12
**146-C** [1] - 204:12
**146-E** [1] - 204:12
**14:50** [1] - 210:11
**15-minute** [2] - 233:19, 253:23
**150-B** [2] - 204:10, 205:18
**154-A** [6] - 186:24, 187:7, 187:8, 187:9, 187:21, 197:23
**154-B** [3] - 187:15, 187:16, 195:25
**154-L** [1] - 186:24
**16** [6] - 180:5, 201:19, 213:1, 213:9, 229:25
**16th** [2] - 216:24, 229:21
**17** [1] - 230:5
**178** [1] - 176:5
**18** [2] - 206:4, 230:10
**1899** [1] - 175:4
**19** [3] - 206:20, 208:15, 231:8
**1:14-cr-00141-CRC-1** [1] - 174:4
**1:51** [1] - 174:5

# 2

**2.5** [1] - 226:6
**20** [3] - 208:21, 230:21, 244:8
**20001** [1] - 175:9
**20004** [1] - 174:21
**20006** [1] - 175:5
**2014** [8] - 180:5, 213:21, 214:5, 214:7, 214:24, 215:7, 215:14, 215:17
**2017** [1] - 174:5
**202** [3] - 174:18, 174:22, 175:5
**202-354-3186** [1] - 175:9
**203** [6] - 180:17, 191:11, 206:20, 208:15, 208:22, 211:9, 213:10, 223:1, 223:4, 223:11, 223:14, 223:17, 223:23, 224:2, 224:5, 225:21
**204** [2] - 201:8, 201:10
**20530** [1] - 174:17
**208-7500** [1] - 174:22
**21** [1] - 209:2
**213** [1] - 176:6

**22** [1] - 210:11
**23** [2] - 211:8, 211:15
**23:50** [3] - 212:6, 212:8, 212:14
**24** [3] - 212:6, 212:8, 212:14
**247** [1] - 176:6
**25** [1] - 231:9
**252-1794** [1] - 174:18
**27** [3] - 201:19, 212:15, 213:9

# 3

**30** [1] - 230:21
**333** [1] - 175:8
**3:25** [1] - 233:22
**3:35** [1] - 233:20

# 4

**45** [1] - 199:1
**4704-A** [1] - 175:8
**4:00** [1] - 217:2
**4:03** [1] - 233:22
**4:31** [1] - 254:11

# 5

**550** [1] - 174:21
**555** [1] - 174:17

# 6

**600** [1] - 175:4
**625** [1] - 174:21

# 7

**7:30** [1] - 251:18

# 8

**8** [4] - 222:22, 222:25, 223:5, 223:7
**80s** [2] - 231:1, 231:4
**833-8900** [1] - 175:5

# 9

**9** [4] - 214:4, 214:7, 214:22, 253:22
**90s** [2] - 228:20, 231:5
**9:00** [1] - 251:19
**9:30** [1] - 251:20

# A

**a.m** [2] - 217:2, 253:22
**abdomen** [1] - 188:5
**ability** [4] - 209:16, 209:23, 247:13, 247:14
**able** [4] - 204:21, 249:11, 251:11, 253:2
**above-entitled** [1] - 255:5
**abrasion** [3] - 191:4, 191:15, 192:9
**abrasions** [8] - 188:17, 190:12, 190:15, 190:17, 190:22, 191:20, 192:5, 192:24
**absolutely** [2] - 243:25, 250:17
**ABU** [1] - 174:6
**Abu** [1] - 252:2
**abused** [1] - 213:4
**Academy** [1] - 179:8
**accommodations** [1] - 250:25
**accurate** [1] - 185:14
**Action** [1] - 174:4
**active** [4] - 184:10, 184:14, 215:9, 245:13
**active-duty** [1] - 215:9
**actively** [2] - 229:11, 245:13
**activity** [1] - 227:24
**acute** [4] - 190:19, 211:4, 211:24, 229:11
**additional** [1] - 224:1
**address** [2] - 184:17, 203:4
**addressed** [1] - 184:19
**adjourned** [1] - 254:11
**administer** [1] - 208:12
**administered** [6] - 208:3, 208:11, 210:3, 223:19, 237:5, 237:9
**advance** [1] - 203:9
**adverse** [1] - 247:12
**affect** [4] - 209:16, 209:23, 240:12, 247:15
**afternoon** [4] - 178:11, 213:17, 249:13, 252:25

**AFTERNOON** [1] - 174:9
**agents** [4] - 225:10, 225:16, 225:18
**ago** [1] - 252:4
**agreed** [4] - 249:10, 249:15, 249:24
**AHMED** [1] - 174:6
**aided** [1] - 175:25
**airway** [1] - 183:11
**al** [1] - 243:23
**algorithms** [1] - 183:10
**alleviate** [2] - 237:1, 253:11
**allow** [2] - 249:14, 249:24
**allowed** [2] - 197:12, 197:21
**AMERICA** [1] - 174:3
**amnesia** [1] - 199:23
**amount** [2] - 207:8, 207:23
**analysis** [1] - 234:9
**anatomical** [1] - 191:9
**anesthesia** [1] - 198:15
**anesthetic** [6] - 198:10, 198:13, 198:19, 198:22, 199:12
**anesthetist** [1] - 227:19
**angle** [1] - 196:15
**answer** [7] - 182:3, 231:16, 235:3, 235:12, 235:14, 238:18, 239:9
**answered** [1] - 195:1
**answering** [1] - 238:3
**anterior** [1] - 193:11
**antibiotic** [1] - 222:12
**anticipate** [1] - 251:16
**antinausea** [2] - 209:12, 209:13
**apologize** [1] - 203:9
**appear** [1] - 195:12
**APPEARANCES** [2] - 174:12, 175:1
**approach** [12] - 180:11, 186:21, 193:1, 193:5, 193:19, 201:6, 201:25, 204:7, 222:16, 251:23, 252:24, 253:10
**appropriate** [1] - 239:19
**Arabic** [1] - 217:5
**area** [2] - 191:21

areas [4] - 188:4, 188:8, 190:5, 195:24
argue [1] - 200:9
arm [1] - 190:13
Army [1] - 215:9
arrived [2] - 222:10, 224:4
arriving [1] - 214:16
arterial [1] - 184:14
aspect [1] - 207:5
assault [3] - 228:4, 240:1, 240:11
assessment [1] - 207:9
assigned [2] - 213:20, 213:22
assignment [4] - 215:7, 215:8, 215:9, 215:21
assistance [2] - 215:11, 216:4
assistant [3] - 227:2, 227:3, 227:11
associated [2] - 211:22, 216:3
assume [1] - 250:19
assumed [1] - 250:5
assuming [1] - 253:17
assumption [1] - 230:18
attention [9] - 206:4, 206:19, 208:14, 208:21, 209:2, 210:11, 211:8, 211:15, 216:5
attorney [1] - 250:25
ATTORNEY'S [1] - 174:16
authorized [2] - 225:4, 225:6
Avenue [3] - 174:21, 175:4, 175:8
avoid [1] - 254:2
awake [3] - 202:20, 202:21, 202:23
aware [7] - 216:9, 216:13, 216:14, 229:4, 235:4, 249:9, 250:22

## B

BAACH [1] - 175:3
bags [1] - 214:14
base [2] - 189:12, 191:20
based [6] - 194:25, 195:12, 200:5, 203:3, 213:10,

248:16
baseline [3] - 228:18, 230:18, 248:8
basic [1] - 216:7
basis [3] - 200:16, 228:7, 241:21
Bates [2] - 230:6, 230:7
bay [20] - 186:1, 187:5, 187:25, 200:13, 200:22, 203:10, 203:12, 224:15, 224:18, 224:21, 224:25, 225:3, 225:18, 225:19, 226:3, 226:14, 226:17, 234:11, 235:1, 235:10
beats [1] - 248:7
becomes [1] - 247:18
bed [3] - 197:23, 198:2, 205:22
BEFORE [1] - 174:10
begin [2] - 207:19, 236:7
beginning [1] - 202:8
behind [1] - 198:2
bench [4] - 178:4, 252:20, 253:11, 254:7
Bench [2] - 251:24, 253:13
best [1] - 247:9
better [1] - 208:20
between [8] - 182:17, 200:21, 201:19, 212:14, 213:9, 223:20, 243:8, 250:18
beyond [1] - 241:1
big [2] - 188:22, 243:8
bigger [2] - 189:23, 230:6
bit [7] - 190:11, 198:9, 207:5, 221:12, 230:6, 240:4, 249:6
blade [1] - 191:22
blankets [1] - 205:22
bleeding [3] - 184:10, 184:14, 184:15
blindfold [1] - 181:7
blink [1] - 208:8
block [1] - 205:21
blood [18] - 190:11, 207:8, 212:5, 228:21, 229:2, 229:10, 229:11, 233:9, 233:11, 234:7, 234:9,

247:17, 248:13, 248:16, 248:17, 248:18, 248:22
blow [10] - 218:8, 218:14, 218:17, 218:19, 218:20, 218:23, 219:6, 219:8, 220:22, 221:3
blurry [3] - 194:6, 199:23, 208:9
board [2] - 178:25, 187:16
board-certified [1] - 178:25
boarded [1] - 215:3
boat [6] - 182:17, 183:7, 183:19, 239:16, 243:8, 246:13
body [11] - 182:14, 188:3, 188:9, 188:18, 190:1, 190:12, 190:15, 191:5, 192:5, 195:9, 197:3
bothering [1] - 203:3
BRAD [3] - 176:5, 177:1, 178:8
Brad [1] - 178:13
Bragg [1] - 215:1
brain [1] - 247:17
break [5] - 233:17, 233:18, 233:19, 249:5, 253:23
breaking [1] - 249:4
breath [1] - 248:6
breathing [1] - 233:2
briefing [1] - 182:19
bringing [1] - 245:14
brought [3] - 185:25, 216:5, 233:25
bruising [4] - 190:5, 195:9, 221:15, 222:6
Bryan [1] - 175:7
BRYAN [2] - 255:3, 255:8
Building [1] - 174:16
building [1] - 254:5
bunch [1] - 251:10
burn [1] - 198:20
burns [1] - 198:10
busy [1] - 184:18
BY [23] - 178:10, 180:2, 180:15, 183:23, 186:23, 187:20, 191:14, 193:7, 193:20, 194:24, 199:13, 201:9, 202:1, 204:9, 213:16, 222:18,

222:24, 231:18, 234:2, 236:3, 239:18, 241:5, 247:5
bystander [1] - 244:20

## C

cannot [4] - 192:7, 193:13, 193:17, 195:4
capabilities [1] - 187:6
capability [1] - 227:20
capacity [2] - 234:4, 248:13
capture [12] - 178:14, 182:17, 184:24, 190:18, 214:1, 214:20, 216:3, 240:12, 240:13, 240:14, 240:24, 241:10
captured [3] - 195:16, 217:25, 219:5
care [4] - 216:6, 227:18, 228:5, 239:11
career [1] - 199:25
careful [1] - 218:13
caring [1] - 227:25
Carolina [1] - 215:1
case [3] - 249:14, 250:11, 250:14
category [1] - 184:18
caused [10] - 192:22, 218:6, 218:13, 219:22, 220:3, 220:7, 220:13, 220:16, 221:2, 222:6
causes [2] - 228:17, 232:22
causing [3] - 211:24, 212:3, 233:7
cell [20] - 201:3, 201:19, 201:23, 202:6, 202:7, 202:13, 202:15, 202:20, 202:21, 203:22, 203:24, 204:13, 205:8, 205:15, 224:17, 226:17, 226:21, 226:22, 236:24
center [1] - 184:19
Center [1] - 174:16
centimeter [2] - 189:4, 226:6
certain [2] - 245:5, 248:18

CERTIFICATE [1] - 255:2
certified [2] - 178:25, 227:18
certify [1] - 255:3
chairs [1] - 219:13
chance [1] - 222:19
change [3] - 178:3, 231:25, 232:2
change-over [1] - 178:3
changed [9] - 181:2, 182:13, 185:6, 185:10, 205:21, 232:4, 232:6, 232:9, 232:14
changes [1] - 187:13
charge [1] - 232:11
check [1] - 199:14
checked [1] - 233:11
checking [1] - 250:12
checks [1] - 202:17
chest [2] - 188:5, 248:6
choice [2] - 199:5, 250:25
choose [1] - 189:8
CHRISTOPHER [1] - 174:10
chronic [1] - 210:22
circumstances [1] - 229:14
civilian [1] - 236:17
CLAIR [1] - 174:15
clarify [3] - 183:22, 214:19, 239:15
clarity [1] - 192:25
clean [1] - 198:6
clear [3] - 181:6, 191:8, 221:1
clearance [1] - 253:2
clearances [1] - 249:13
cleared [1] - 249:23
client [3] - 249:10, 253:14, 253:17
clinically [1] - 195:12
close [9] - 188:25, 189:8, 189:13, 189:14, 189:16, 189:21, 194:20, 218:22
close-up [2] - 188:25, 194:20
closed [5] - 199:5, 218:3, 249:10, 249:15
closer [1] - 251:19
closing [1] - 189:24
closure [1] - 196:21

**clothes** [6] - 181:2, 181:23, 182:13, 185:7, 236:16, 236:17
**clothing** [1] - 192:11
**clotted** [1] - 184:15
**cognizant** [1] - 209:17
**coherent** [4] - 203:13, 204:2, 209:23, 247:15
**cold** [2] - 206:11, 228:25
**collared** [1] - 179:22
**colleagues** [1] - 253:18
**COLUMBIA** [1] - 174:1
**combat** [1] - 183:9
**combination** [2] - 224:16, 226:2
**comfortable** [2] - 230:17, 232:5
**command** [4] - 232:13, 241:23, 243:6, 243:7
**comment** [3] - 183:18, 183:19, 194:21
**commonly** [3] - 196:22, 199:7, 218:11
**complain** [6] - 206:7, 206:16, 206:20, 212:21, 220:17, 231:3
**complained** [4] - 185:4, 206:23, 211:2, 220:10
**complaining** [4] - 210:18, 211:19, 231:20, 232:7
**complaint** [4] - 207:1, 211:18, 231:23, 248:5
**complaints** [8] - 203:2, 206:25, 209:5, 211:13, 211:14, 212:16, 212:18, 231:3
**complete** [1] - 180:8
**completely** [1] - 238:20
**completion** [1] - 243:17
**complies** [1] - 187:1
**computer** [1] - 175:25
**computer-aided** [1] - 175:25
**concerns** [2] - 203:2, 212:19
**concluded** [1] - 221:19

**conclusion** [1] - 233:6
**concussion** [7] - 199:14, 199:17, 200:4, 200:6, 200:7, 200:9, 200:11
**concussions** [2] - 199:21, 199:25
**concussive** [2] - 199:19, 200:10
**condition** [10] - 208:18, 224:1, 224:20, 232:19, 233:6, 233:8, 242:11, 246:21, 246:25
**conditions** [4] - 179:2, 182:9, 229:5, 230:14
**conduct** [4] - 233:9, 234:5, 235:15, 242:17
**conducted** [3] - 225:3, 238:20, 240:20
**conducting** [2] - 234:4, 249:20
**conference** [2] - 252:20, 254:7
**Conference** [2] - 251:24, 253:13
**conferences** [2] - 178:4, 251:25
**conferring** [1] - 201:5
**confirm** [2] - 250:10, 253:2
**confusion** [1] - 199:22
**conjunctivitis** [2] - 207:10, 222:3
**consider** [1] - 239:1
**considered** [1] - 184:11
**consisted** [1] - 225:6
**consistent** [8] - 218:8, 218:14, 218:16, 218:18, 218:23, 219:5, 220:22, 221:3
**consists** [1] - 227:7
**Constitution** [1] - 175:8
**consulted** [2] - 246:18, 246:20
**consulting** [1] - 242:8
**contact** [1] - 207:9
**contain** [1] - 235:9
**contaminants** [1] - 198:8
**contingency** [1] - 253:7
**continuation** [1] - 224:10
**continue** [7] - 183:21, 190:9, 202:25,

210:1, 229:13, 245:21, 245:24
**Continued** [1] - 174:24
**continued** [1] - 228:19
**CONTINUED** [1] - 175:1
**continuing** [1] - 246:2
**continuous** [1] - 214:17
**contusion** [1] - 221:19
**conversation** [1] - 198:9
**conversations** [2] - 241:13, 241:16
**convey** [1] - 252:11
**convince** [2] - 252:5, 252:9
**COOPER** [1] - 174:10
**cooperate** [1] - 231:16
**correct** [93] - 178:4, 181:24, 187:22, 187:23, 188:24, 189:16, 191:25, 192:14, 193:22, 196:7, 201:16, 201:17, 201:23, 204:15, 205:17, 214:5, 215:13, 215:15, 215:18, 215:24, 216:15, 216:16, 216:18, 216:19, 216:24, 217:3, 217:16, 217:18, 217:19, 217:22, 219:15, 219:16, 220:11, 220:12, 221:13, 221:16, 221:17, 222:10, 223:15, 223:16, 223:23, 224:2, 224:3, 225:6, 225:7, 225:8, 226:5, 226:8, 226:11, 226:12, 226:20, 226:22, 226:23, 227:13, 227:23, 228:12, 229:2, 229:3, 229:17, 230:3, 230:20, 231:1, 231:7, 231:21, 231:24, 232:15, 233:7, 233:12, 233:13, 234:20, 235:4, 235:7, 236:14, 236:19, 237:8, 237:10, 237:16, 237:19, 237:22, 238:5, 238:7, 238:8,

239:21, 239:22, 240:9, 242:11, 242:14, 242:16, 243:13, 247:8, 247:22, 249:8, 255:4
**Correct** [2] - 190:16, 225:20
**counsel** [10] - 178:2, 180:17, 183:1, 201:5, 201:8, 205:14, 213:19, 222:21, 233:16, 254:8
**countertops** [1] - 219:13
**counts** [1] - 248:19
**couple** [3] - 203:10, 231:5, 234:3
**course** [3] - 203:6, 210:4, 221:11
**Court** [13] - 175:7, 175:7, 178:12, 182:23, 186:10, 186:11, 202:12, 249:9, 250:1, 250:19, 250:22, 252:15, 255:3
**COURT** [69] - 174:1, 178:2, 178:6, 180:1, 180:13, 183:1, 183:3, 183:6, 183:12, 183:16, 186:4, 186:8, 186:16, 186:20, 186:22, 187:19, 191:5, 191:8, 191:11, 191:13, 193:2, 193:6, 194:15, 199:2, 199:8, 201:7, 204:8, 213:14, 222:17, 222:21, 231:16, 233:16, 233:19, 233:23, 234:1, 235:15, 235:18, 235:20, 235:23, 236:2, 239:7, 239:13, 239:17, 241:2, 247:3, 248:25, 249:5, 249:19, 250:3, 250:15, 250:18, 250:21, 251:4, 251:10, 251:17, 251:23, 251:25, 252:11, 252:16, 252:23, 252:25, 253:4, 253:6, 253:7, 253:17, 253:21, 254:1, 254:6, 254:8

**court** [6] - 178:3, 187:18, 204:11, 250:8, 252:6, 252:21
**court's** [1] - 201:4
**courthouse** [1] - 251:19
**Courthouse** [1] - 175:8
**courtroom** [4] - 179:18, 233:25, 251:6, 253:9
**cover** [1] - 251:3
**covers** [1] - 252:19
**CRABB** [1] - 174:13
**Criminal** [1] - 174:4
**critical** [1] - 227:18
**CRNA** [1] - 227:18
**Cross** [1] - 176:6
**cross** [3] - 186:18, 249:20, 251:1
**CROSS** [1] - 213:15
**cross-examination** [3] - 186:18, 249:20, 251:1
**CROSS-EXAMINATION** [1] - 213:15
**Cross-Examination..**
**....................** [1] - 176:6
**crouched** [1] - 205:4
**CRR** [1] - 175:7
**crusting** [1] - 207:6
**cu** [1] - 184:13
**curiosity** [1] - 189:19
**custody** [1] - 234:13
**cut** [2] - 193:25, 200:19
**cycle** [1] - 214:18

## D

**D.C** [1] - 174:20
**D2** [4] - 224:14, 226:1, 236:15, 237:11
**daily** [4] - 178:3, 200:16, 200:21, 202:17
**days** [4] - 207:11, 213:9, 231:5, 248:11
**DC** [4] - 174:17, 174:21, 175:5, 175:9
**decided** [1] - 197:13
**decision** [4] - 224:11, 236:8, 236:9, 236:12
**decision-making** [1] - 224:11
**deep** [3] - 189:11, 189:12, 189:13

**Defendant** [3] - 174:7, 174:19, 175:2
**defendant** [4] - 179:25, 233:24, 233:25, 253:17
**DEFENDER** [1] - 174:20
**Defense** [3] - 222:25, 223:5, 223:7
**defense** [2] - 186:13, 222:22
**definitely** [1] - 247:14
**degree** [2] - 195:23, 219:9
**degrees** [1] - 247:16
**dehydrated** [1] - 228:25
**delay** [1] - 233:23
**delete** [1] - 236:12
**deleted** [2] - 234:17, 236:11
**deltoid** [2] - 190:25, 191:7
**denied** [2] - 212:13, 212:18
**dental** [4] - 210:18, 210:20, 210:23, 210:25
**Department** [2] - 250:12, 253:1
**depended** [1] - 203:6
**deployed** [1] - 227:21
**deputy** [1] - 252:7
**dermal** [1] - 184:12
**describe** [11] - 187:24, 189:2, 190:17, 196:20, 199:16, 200:25, 202:12, 205:2, 206:23, 210:16, 247:10
**described** [10] - 188:9, 195:6, 198:14, 202:10, 205:1, 205:7, 206:1, 235:2, 240:10, 241:17
**describing** [2] - 202:25, 204:13
**destroyed** [1] - 234:19
**detail** [2] - 188:19, 225:12
**determine** [1] - 192:4
**dexterity** [1] - 199:6
**diagnosed** [1] - 199:25
**diagnosis** [2] - 200:3, 211:25
**different** [6] - 205:8, 215:11, 242:7, 242:8, 245:6, 248:15
**difficult** [1] - 193:15

**DiLORENZO** [1] - 174:14
**DILORENZO** [2] - 249:3, 251:13
**Direct** [1] - 176:5
**direct** [4] - 211:15, 218:7, 225:21, 231:7
**DIRECT** [1] - 178:9
**directing** [7] - 206:4, 206:19, 208:14, 208:21, 209:2, 210:11, 211:8
**directly** [1] - 179:15
**discharge** [2] - 207:4, 222:5
**discrete** [1] - 192:7
**discuss** [4] - 238:19, 238:23, 238:25, 239:12
**discussed** [10] - 243:16, 243:20, 244:2, 244:19, 245:1, 245:9, 245:14, 245:17, 246:14, 253:11
**discussion** [3] - 244:13, 244:24, 246:15
**discussions** [6] - 221:9, 239:24, 240:2, 244:12, 244:16, 245:3
**disoriented** [1] - 203:24
**DISTRICT** [3] - 174:1, 174:1, 174:11
**disturbance** [1] - 212:4
**disturbances** [1] - 199:24
**docket** [1] - 254:9
**doctor** [14] - 178:14, 178:22, 179:4, 179:5, 184:2, 199:14, 200:1, 201:10, 201:21, 213:9, 213:20, 239:4, 241:25, 247:6
**Doctor** [1] - 181:25
**doctor-patient** [2] - 239:4, 241:25
**document** [6] - 201:15, 201:16, 201:17, 201:18, 224:13
**documentations** [1] - 231:4
**documented** [8] - 190:12, 190:24, 191:9, 211:4,

223:20, 224:2, 224:11, 229:19
**documenting** [1] - 182:14
**documents** [3] - 186:10, 201:12, 235:6
**DOD** [1] - 215:11
**done** [11] - 182:24, 214:18, 224:14, 224:18, 226:1, 226:3, 233:5, 234:9, 234:13, 249:23
**door** [5] - 226:25, 242:20, 242:22, 242:25, 243:4
**doors** [1] - 251:11
**down** [12] - 190:12, 195:9, 204:19, 204:20, 205:4, 205:5, 208:4, 211:5, 224:17, 236:23, 242:19, 249:2
**DR** [1] - 176:5
**Dr** [6] - 178:13, 180:16, 213:17, 233:23, 234:3, 248:25
**draw** [2] - 248:13, 248:22
**drawing** [3] - 191:9, 234:7, 248:17
**drawn** [1] - 234:9
**drew** [1] - 233:11
**drop** [2] - 243:18, 243:21
**dry** [1] - 207:5
**due** [6] - 189:7, 195:23, 229:13, 236:7, 249:3, 251:13
**duration** [1] - 201:22
**during** [13] - 196:25, 203:11, 210:4, 212:20, 212:24, 213:3, 233:15, 238:9, 238:12, 239:24, 239:25, 245:12, 246:8
**duties** [1] - 242:14
**duty** [1] - 215:9

# E

**ear** [2] - 179:22, 188:5
**early** [1] - 251:17
**ears** [2] - 181:11, 225:23
**ecchymosis** [1] - 190:5

**edges** [2] - 189:7, 196:21
**Edward** [1] - 202:3
**effect** [1] - 247:12
**effort** [1] - 214:11
**eight** [1] - 184:9
**either** [3] - 204:20, 204:24, 205:4
**EKG** [7] - 232:18, 232:20, 234:4, 234:5, 247:22, 248:4, 248:9
**elbow** [1] - 218:11
**elected** [1] - 198:12
**element** [1] - 248:20
**elements** [1] - 215:11
**elevated** [7] - 228:19, 229:7, 230:18, 232:16, 232:22, 233:4, 248:9
**elicited** [1] - 211:21
**eliciting** [1] - 244:12
**ELSAYED** [1] - 175:3
**emergency** [10] - 178:23, 178:25, 179:3, 179:5, 179:6, 179:11, 184:2, 184:3, 200:1, 215:18
**emergent** [1] - 184:7
**employed** [1] - 250:14
**encourage** [1] - 252:11
**end** [2] - 230:25, 246:13
**End** [2] - 252:20, 254:7
**engine** [1] - 245:1
**English** [1] - 217:17
**entails** [1] - 199:16
**entered** [1] - 187:25
**entering** [2] - 242:21, 242:25
**entire** [5] - 210:4, 227:25, 238:7, 238:9, 238:12
**entitled** [1] - 255:5
**environmental** [3] - 228:23, 228:24, 229:4
**equipment** [1] - 247:24
**equity** [1] - 249:14
**ER** [1] - 184:16
**ERIC** [1] - 175:2
**eric.lewis@lbkmlaw. com** [1] - 175:6
**erythromycin** [1] - 207:22
**ESQ** [10] - 174:13, 174:14, 174:14,

174:15, 174:15, 174:19, 174:20, 175:2, 175:2, 175:3
**essentially** [2] - 211:22, 227:19
**etiology** [1] - 211:24
**evaluate** [6] - 182:8, 183:9, 188:4, 217:21, 232:21, 243:5
**evaluated** [3] - 179:15, 230:20, 234:8
**evaluation** [10] - 182:11, 183:8, 183:19, 186:2, 195:7, 195:15, 224:18, 224:23, 238:1, 239:11
**evaluations** [4] - 201:2, 223:15, 225:17, 232:5
**events** [3] - 199:24, 214:13, 218:12
**evidence** [7] - 184:1, 194:19, 196:11, 211:4, 211:23, 212:3, 229:10
**exact** [1] - 244:6
**exactly** [2] - 192:9, 251:12
**exam** [22] - 182:14, 186:1, 187:8, 188:2, 188:3, 188:5, 188:7, 195:13, 197:12, 202:17, 203:5, 203:6, 224:9, 224:13, 225:11, 225:23, 225:24, 226:1, 233:3, 235:1
**examination** [17] - 186:18, 188:13, 200:12, 202:14, 211:11, 223:22, 224:6, 225:3, 232:18, 232:21, 233:15, 236:16, 242:17, 248:10, 248:21, 249:20, 251:1
**EXAMINATION** [3] - 178:9, 213:15, 247:4
**Examination.............. ........** [1] - 176:5
**Examination.............. .........** [1] - 176:5
**Examination.............. ..........** [1] - 176:6
**examinations** [2] - 180:8, 180:23
**examine** [6] - 180:4,

200:21, 204:21, 210:14, 210:17, 213:11
**examined** [9] - 180:4, 187:9, 187:11, 187:22, 202:13, 207:12, 212:24, 229:1, 235:18
**examining** [3] - 181:6, 202:10, 204:24
**example** [5] - 184:3, 184:10, 189:10, 192:16, 197:3
**examples** [1] - 192:16
**exams** [3] - 201:21, 202:17, 242:6
**excuse** [2] - 226:8, 239:24
**excused** [1] - 248:25
**exercises** [1] - 214:19
**Exhibit** [29] - 180:17, 181:13, 188:21, 188:25, 190:8, 190:21, 191:11, 191:19, 192:6, 192:17, 193:21, 194:16, 194:18, 195:25, 197:23, 205:18, 206:19, 208:15, 208:22, 211:9, 213:10, 223:1, 223:5, 223:7, 223:11, 223:14, 223:17, 223:23, 225:21
**exhibit** [5] - 194:1, 194:2, 205:10, 205:14, 232:17
**exhibits** [2] - 186:5, 194:7
**Exhibits** [1] - 194:23
**existed** [1] - 234:19
**expect** [1] - 251:14
**experiencing** [2] - 206:21, 211:21
**explain** [8] - 181:25, 182:7, 182:23, 197:14, 200:15, 200:18, 207:12, 207:15
**explained** [1] - 210:25
**explaining** [1] - 197:1
**explanation** [1] - 229:10
**expressed** [1] - 212:16
**extent** [1] - 200:12
**extremities** [2] - 188:6, 188:10
**extremity** [1] - 194:17

**eye** [26] - 188:5, 190:7, 190:10, 190:12, 206:24, 206:25, 207:3, 207:4, 207:7, 207:8, 207:11, 207:13, 207:19, 207:24, 208:1, 208:6, 208:19, 210:9, 221:12, 221:19, 221:21, 221:23, 222:1, 223:19, 224:1
**eye's** [1] - 208:20
**eyelid** [2] - 208:5
**eyes** [1] - 225:23

## F

**face** [9] - 185:4, 185:24, 188:16, 190:4, 196:14, 199:6, 220:10, 220:22, 221:4
**facial** [1] - 221:20
**fact** [3] - 200:8, 210:19, 216:14
**fair** [1] - 185:14
**fall** [2] - 219:12, 219:14
**fallen** [1] - 220:24
**falling** [2] - 218:11, 219:10
**familiar** [1] - 223:5
**far** [4] - 214:17, 236:10, 236:13, 246:2
**FARAJ** [1] - 174:6
**fast** [2] - 203:21, 247:17
**fast-forward** [1] - 203:21
**fat** [1] - 189:6
**fatigue** [5] - 211:19, 211:25, 212:3, 212:9, 212:13
**FBI** [4] - 225:10, 240:18, 240:23, 241:11
**febrile** [1] - 229:12
**FEDERAL** [1] - 174:20
**felt** [4] - 209:9, 210:19, 212:9, 239:19
**fever** [1] - 228:21
**fighting** [1] - 229:11
**filed** [2] - 252:17, 254:9
**film** [1] - 235:21
**filter** [1] - 253:8
**findings** [2] - 180:23,

234:22
**fine** [2] - 233:18, 252:14
**finger** [1] - 195:10
**finish** [1] - 251:17
**first** [22] - 179:15, 180:3, 182:12, 188:20, 188:22, 195:22, 196:12, 198:6, 201:1, 202:17, 203:1, 204:10, 207:25, 213:1, 216:20, 216:25, 222:10, 223:5, 224:4, 226:4, 249:24, 250:23
**fist** [5] - 218:10, 219:2, 220:22, 220:24, 221:3
**five** [4] - 207:11, 213:12, 244:10, 244:11
**flew** [1] - 246:13
**floor** [3] - 219:6, 219:11, 234:1
**Florida** [1] - 215:3
**flown** [1] - 246:25
**fly** [4] - 246:5, 246:11, 246:16, 246:21
**flying** [2] - 246:14, 246:19
**focal** [1] - 195:24
**follow** [2] - 205:25, 234:3
**follow-up** [1] - 234:3
**FOR** [3] - 174:1, 174:20, 178:8
**force** [7] - 192:10, 206:14, 226:24, 231:22, 241:9, 241:14, 241:15
**forced** [1] - 245:10
**forces** [1] - 241:17
**foregoing** [1] - 255:4
**forehead** [1] - 190:6
**form** [5] - 218:6, 219:22, 220:13, 220:15, 220:16
**format** [1] - 224:12
**formation** [2] - 189:23, 192:20
**formed** [2] - 229:7, 239:4
**Fort** [1] - 215:1
**forward** [3] - 203:21, 219:12, 253:18
**forwarded** [1] - 186:12
**four** [3] - 227:7, 227:8, 240:7
**Fourth** [1] - 174:17

**fourth** [2] - 195:10
**fracture** [2] - 196:11, 211:5
**fractured** [2] - 195:11, 195:12
**frequently** [1] - 200:2
**fresh** [2] - 190:22, 191:15
**front** [3] - 192:1, 219:7, 223:12
**frontal** [1] - 226:6
**fuel** [1] - 245:2
**fulfill** [1] - 242:13
**full** [7] - 184:12, 188:10, 189:5, 215:18, 224:22, 227:19
**full-time** [1] - 215:18
**function** [1] - 248:18

## G

**gaping** [1] - 189:7
**gash** [5] - 188:23, 189:11, 218:22, 236:19, 236:25
**gathered** [1] - 224:17
**general** [2] - 227:18, 242:5
**generalized** [1] - 212:2
**generally** [4] - 187:13, 194:8, 195:1, 248:4
**generic** [1] - 248:17
**Georgetown** [1] - 179:10
**given** [7] - 182:20, 193:16, 230:16, 237:1, 245:20, 252:6, 253:10
**goopy** [1] - 208:8
**government** [10] - 186:6, 186:15, 201:5, 221:11, 222:15, 237:7, 249:17, 249:23, 250:11, 250:14
**Government** [8] - 194:23, 223:4, 223:11, 223:14, 223:17, 223:23, 224:5, 225:21
**GOVERNMENT** [1] - 178:8
**government's** [1] - 249:14
**Government's** [18] - 180:16, 181:13, 190:21, 191:11,

191:19, 192:5, 192:17, 192:24, 193:21, 195:25, 197:23, 205:18, 206:19, 208:14, 208:22, 211:9, 213:10, 223:1
**grand** [1] - 244:3
**greenish** [1] - 179:22
**ground** [4] - 205:5, 219:5, 220:25, 251:1
**groups** [1] - 240:20
**guarantee** [1] - 253:21
**guard** [7] - 206:14, 225:13, 226:24, 231:22, 241:8, 241:14, 241:15
**guard's** [5] - 201:14, 201:16, 223:21, 235:7, 235:9
**guards** [1] - 225:15
**guess** [1] - 214:19

## H

**half** [2] - 189:4, 249:16
**hand** [19] - 178:7, 185:5, 185:23, 188:18, 193:25, 194:5, 194:8, 195:8, 195:9, 195:17, 195:18, 195:22, 196:6, 196:8, 197:14, 218:11, 219:25
**handed** [4] - 180:16, 193:21, 201:10, 204:10
**hands** [2] - 188:8, 192:11
**hard** [2] - 192:25, 236:19
**head** [28] - 181:16, 184:8, 188:3, 188:7, 188:17, 188:23, 188:24, 189:17, 196:17, 197:3, 197:23, 200:8, 209:8, 218:3, 218:8, 218:11, 218:14, 218:17, 218:19, 218:21, 218:22, 218:23, 219:6, 219:7, 219:8, 219:10, 225:23, 236:25
**head-to-toe** [2] - 188:3, 188:7
**headache** [3] -

199:22, 209:8,
209:11
**healed** [1] - 189:22
**heals** [1] - 189:24
**health** [5] - 241:20,
241:22, 242:1,
242:2, 242:11
**hear** [1] - 238:12
**heard** [2] - 237:21,
250:8
**HEARING** [1] - 174:10
**hearing** [4] - 249:10,
249:15, 249:16,
249:24
**heart** [21] - 228:19,
228:20, 229:7,
229:19, 230:16,
230:18, 230:19,
230:21, 230:22,
231:1, 231:9,
232:16, 232:18,
232:22, 232:23,
233:4, 247:6,
247:10, 247:16,
248:6, 248:9
**HEENT** [1] - 225:22
**held** [1] - 239:23
**helicopter** [4] -
246:13, 246:16,
246:19, 246:22
**help** [2] - 231:10,
252:13
**hemorrhage** [1] -
190:11
**hemorrhages** [1] -
183:11
**high** [3] - 212:5,
228:13, 230:16
**high-trending** [1] -
230:16
**higher** [2] - 216:6,
229:16
**HIMELSTEIN** [40] -
174:14, 178:5,
178:10, 179:24,
180:2, 180:11,
180:14, 180:15,
183:2, 183:21,
183:23, 186:9,
186:11, 186:19,
186:21, 186:23,
187:17, 187:20,
191:14, 193:1,
193:4, 193:7,
193:19, 193:20,
194:13, 194:22,
194:24, 199:13,
201:4, 201:6, 201:8,
201:9, 201:25,
202:1, 204:7, 204:9,

213:13, 241:1,
247:5, 248:24
**Himelstein** [1] - 247:3
**history** [1] - 211:21
**hit** [3] - 219:12,
220:25, 223:3
**hitting** [1] - 192:12
**hold** [1] - 190:14
**holders** [1] - 249:14
**honestly** [2] - 238:18,
239:9
**Honor** [24] - 180:11,
182:25, 183:21,
186:3, 186:9,
186:11, 186:14,
186:19, 187:17,
193:5, 194:11,
201:6, 201:25,
213:13, 233:21,
247:2, 249:3, 249:8,
250:7, 251:3,
251:12, 251:13,
252:21, 253:10
**HONORABLE** [1] -
174:10
**hope** [1] - 251:19
**hospitals** [1] - 179:6
**hot** [1] - 228:25
**hour** [1] - 249:3
**hours** [3] - 184:9,
184:19, 230:2
**hundred** [4] - 229:16,
230:19, 231:7
**hurt** [4] - 196:15,
198:8, 208:7, 208:8
**hurting** [1] - 237:3

**I**

**i.e** [1] - 204:17
**ICU** [1] - 227:20
**identification** [1] -
179:25
**identified** [1] - 204:14
**identify** [2] - 179:20,
188:12
**immediate** [1] - 183:9
**immediately** [1] -
226:16
**implies** [1] - 219:25
**IN** [1] - 174:1
**in-processing** [2] -
226:16, 226:21
**inch** [1] - 218:22
**include** [3] - 179:13,
218:18, 218:20
**includes** [1] - 188:4
**increase** [1] - 206:15
**increased** [2] - 247:6,

247:10
**Indian** [1] - 205:5
**Indian-style** [1] -
205:5
**Indiana** [1] - 174:21
**indicate** [1] - 201:18
**indicated** [3] - 196:6,
201:21, 240:7
**indication** [2] -
194:11, 248:15
**indications** [1] - 233:3
**individual** [1] - 242:3
**indulgence** [1] - 201:4
**infection** [4] - 211:4,
212:4, 229:12,
233:11
**infectious** [1] - 211:24
**inflammation** [2] -
207:6, 222:4
**information** [6] -
224:16, 237:22,
238:4, 239:23,
242:13, 244:13
**informed** [1] - 206:24
**initial** [15] - 179:1,
182:11, 204:22,
205:1, 224:6, 224:9,
224:13, 226:16,
226:21, 227:5,
230:2, 236:15,
237:11, 237:25,
238:3
**injections** [1] - 198:20
**injured** [3] - 185:4,
237:3, 237:4
**injuries** [34] - 182:9,
182:14, 183:10,
183:20, 184:4,
184:5, 184:21,
184:23, 185:23,
188:11, 190:2,
190:18, 190:19,
191:9, 192:14,
192:17, 194:9,
195:1, 195:3, 195:5,
195:14, 212:21,
212:25, 216:3,
216:5, 217:20,
217:24, 218:12,
220:22, 221:10,
221:20, 224:12,
224:17, 229:11
**injury** [20] - 184:20,
188:4, 189:3,
196:18, 200:8,
218:4, 218:6, 218:8,
218:21, 219:15,
219:23, 219:24,
220:4, 220:7, 221:6,
221:7, 221:23,

221:25, 222:6, 222:9
**input** [2] - 243:23,
244:3
**inquire** [3] - 220:3,
220:6, 220:19
**inquiry** [3] - 236:21,
236:23, 236:25
**inside** [1] - 203:23
**instance** [3] - 189:18,
223:17, 230:12
**instructions** [1] -
238:15
**intake** [3] - 227:5,
238:1, 238:3
**intention** [1] - 224:19
**interaction** [3] - 182:5,
203:11, 203:23
**interactions** [1] -
217:7
**interchangeable** [2] -
199:3, 253:19
**interest** [1] - 251:4
**interpretation** [1] -
235:22
**interpretations** [2] -
234:23, 236:1
**interpreter** [7] -
202:14, 204:23,
225:8, 226:22,
249:7, 250:9, 252:22
**intervention** [1] -
184:1
**interview** [1] - 238:3
**introduce** [2] - 178:11,
202:15
**involved** [8] - 214:1,
214:11, 214:21,
216:17, 227:22,
240:14, 240:25,
242:11
**irrigated** [1] - 198:7
**irritability** [1] - 199:24
**irritated** [1] - 206:24
**irritation** [5] - 206:21,
207:10, 207:19,
208:19, 222:1
**issue** [8] - 189:6,
210:21, 210:22,
249:7, 249:9, 250:8,
253:11, 253:15
**issues** [3] - 183:11,
250:16
**issuing** [1] - 251:5
**item** [1] - 226:4
**itself** [6] - 198:10,
221:22, 221:23,
222:1, 232:17,
235:13

**J**

**jaw** [9] - 195:20,
196:6, 196:12,
196:13, 196:15,
196:16, 197:13,
220:11
**jaws** [1] - 188:5
**Jeff** [1] - 213:19
**JEFFREY** [1] - 175:2
**job** [3] - 178:17,
215:19, 230:23
**jobs** [1] - 227:17
**JOHN** [1] - 174:13
**John.D.Crabb@**
**usdoj.gov** [1] -
174:18
**JR** [1] - 174:13
**judge** [1] - 190:9
**JUDGE** [1] - 174:11
**Judiciary** [1] - 174:16
**JULIEANNE** [1] -
174:14
**June** [30] - 180:5,
201:19, 206:4,
206:20, 208:15,
208:21, 209:2,
210:11, 211:8,
211:15, 212:6,
212:8, 212:14,
212:15, 213:1,
213:9, 213:21,
214:4, 214:7,
214:22, 214:24,
215:7, 215:17,
216:24, 229:25,
230:5, 230:10, 231:8

**K**

**KAUFMANN** [1] -
175:3
**KENNETH** [1] - 174:15
**Khatallah** [103] -
178:21, 179:16,
179:18, 180:4,
180:6, 180:9,
180:21, 180:24,
181:1, 182:1, 182:6,
182:7, 182:16,
183:20, 183:24,
184:8, 184:20,
185:6, 185:23,
187:9, 187:22,
188:1, 194:10,
196:4, 197:1,
197:14, 198:5,
198:15, 199:18,
200:4, 200:15,

200:18, 200:21,
201:22, 202:13,
202:21, 203:1,
203:12, 203:13,
204:18, 205:6,
206:7, 206:10,
206:16, 206:20,
207:12, 208:3,
208:16, 208:22,
209:3, 210:5,
210:12, 211:11,
211:16, 212:15,
212:20, 212:25,
213:3, 213:11,
213:19, 215:23,
216:15, 216:20,
216:23, 217:21,
220:3, 223:15,
223:18, 224:4,
224:6, 226:11,
227:25, 228:8,
228:11, 228:19,
229:1, 231:19,
233:9, 234:14,
236:15, 239:1,
240:12, 241:20,
243:19, 243:21,
243:24, 244:13,
244:14, 244:18,
244:25, 245:15,
245:21, 246:6,
246:12, 247:19,
247:22, 248:5,
248:11, 248:14,
248:21, 250:3, 252:2
**KHATALLAH** [1] -
174:6
**Khatallah's** [10] -
181:16, 185:3,
197:17, 203:22,
203:24, 204:13,
207:1, 224:20,
228:5, 241:22
**kidney** [1] - 248:18
**kind** [6] - 178:22,
221:20, 222:9,
224:12, 234:17,
238:1
**kneeling** [1] - 204:25
**knees** [3] - 204:23,
205:2, 205:4
**knock** [3] - 242:22,
242:25, 251:17
**knocked** [2] - 242:20,
243:4
**knowledge** [8] -
205:20, 227:4,
232:3, 232:4, 241:7,
246:10, 246:19
**knows** [2] - 186:11,

250:1
**knuckles** [1] - 194:5
**Kohl** [1] - 250:21
**KOHL** [6] - 174:15,
250:22, 251:8,
251:12, 251:22,
253:10

# L

**lab** [1] - 234:9
**laboratory** [1] - 234:8
**laceration** [10] -
181:15, 181:17,
184:8, 184:11,
188:16, 188:22,
189:5, 189:13,
196:17, 226:6
**laceration/gash** [1] -
218:3
**lacerations** [4] -
196:22, 199:4,
199:7, 226:4
**lane** [2] - 238:1,
238:21
**larger** [4] - 199:7,
243:12, 243:14,
243:16
**lashes** [1] - 207:6
**last** [1] - 231:5
**lasted** [1] - 203:7
**laughter** [1] - 230:24
**lawyer** [1] - 249:23
**lawyers** [2] - 249:11,
249:12
**layers** [2] - 184:13,
189:5
**laying** [3] - 204:18,
204:20, 242:19
**layman's** [1] - 179:3
**leader** [3] - 227:2,
227:12, 227:24
**leading** [1] - 230:15
**leaning** [1] - 198:2
**learned** [1] - 249:13
**least** [2] - 193:17,
238:6
**leave** [5] - 214:14,
228:2, 245:7,
245:10, 245:11
**leaves** [1] - 254:4
**led** [2] - 220:16, 229:5
**left** [28] - 180:6, 185:4,
185:5, 188:16,
190:4, 190:6, 190:7,
190:10, 190:25,
191:20, 191:21,
193:25, 195:8,
195:9, 196:14,

200:23, 206:24,
206:25, 207:3,
209:8, 212:15,
220:9, 221:12,
222:7, 226:9, 228:3,
245:9
**leg** [1] - 194:19
**LESLIE** [1] - 175:2
**less** [2] - 189:24,
247:18
**letting** [1] - 233:1
**level** [4] - 205:6,
216:6, 236:13,
247:19
**LEWIS** [2] - 175:2,
175:3
**Libya** [1] - 240:12
**Libyan** [1] - 217:3
**life** [2] - 183:10, 211:1
**life-threatening** [1] -
183:10
**likely** [5] - 219:7,
222:8, 229:13,
230:16, 233:6
**limit** [1] - 228:14
**limits** [1] - 194:18
**line** [1] - 225:22
**linguist** [1] - 249:25
**list** [1] - 199:19
**listed** [1] - 226:4
**listened** [1] - 232:23
**listening** [1] - 245:12
**local** [5] - 198:10,
198:13, 198:19,
199:12
**located** [2] - 193:11,
219:7
**location** [1] - 205:21
**log** [5] - 201:14,
223:21, 234:24,
235:7, 235:9
**logistics** [8] - 241:19,
243:8, 243:18,
243:20, 244:12,
245:8, 246:19, 251:9
**logs** [1] - 235:5
**look** [13] - 183:10,
185:12, 185:16,
186:18, 186:25,
187:7, 190:23,
196:3, 205:10,
211:3, 222:19,
223:1, 229:18
**looked** [7] - 181:20,
185:9, 185:16,
185:18, 185:22,
187:11, 235:7
**looking** [12] - 190:14,
194:8, 197:16,
207:3, 225:21,

228:10, 230:9,
234:25, 239:10,
248:16, 248:17,
248:18
**looks** [1] - 191:2
**lose** [1] - 253:20
**loss** [3] - 228:22,
229:2, 229:11
**low** [2] - 184:18, 212:5
**lower** [3] - 194:17,
194:19, 208:4
**lunchtime** [1] - 186:7
**lying** [1] - 219:4

# M

**ma'am** [2] - 180:1,
187:14
**machine** [4] - 187:16,
196:1, 196:2, 235:25
**main** [1] - 187:8
**majority** [5] - 199:4,
201:2, 204:20,
214:13, 224:18
**malaise** [1] - 212:2
**management** [1] -
179:1
**MANNING** [1] - 174:19
**marked** [6] - 180:16,
186:24, 190:21,
201:10, 202:2, 223:1
**markings** [1] - 194:17
**MARY** [1] - 174:19
**mary_petras@fd.org**
[1] - 174:22
**massive** [1] - 183:11
**material** [1] - 192:11
**matter** [1] - 255:5
**mean** [18] - 178:24,
184:11, 188:7,
189:11, 189:14,
192:8, 192:9, 205:3,
212:1, 215:18,
216:25, 226:25,
228:24, 232:12,
236:9, 243:8, 245:1,
248:17
**meaning** [4] - 184:12,
189:9, 207:5, 229:10
**means** [2] - 196:10,
212:2
**meant** [2] - 217:14,
249:16
**meantime** [1] - 252:8
**measure** [1] - 254:9
**mechanical** [1] -
175:24
**mechanism** [8] -
192:7, 200:9, 218:7,

218:25, 220:1,
220:24, 221:8, 222:7
**mechanisms** [4] -
218:16, 218:18,
218:25, 221:5
**medial** [1] - 207:4
**medic** [6] - 182:16,
182:19, 182:23,
183:6, 183:7, 183:12
**medic's** [1] - 183:8
**medical** [72] - 178:18,
178:19, 179:2,
179:9, 180:8,
180:20, 180:22,
180:23, 182:9,
184:1, 185:25,
187:5, 187:25,
196:19, 196:20,
200:12, 200:22,
203:10, 203:12,
206:4, 211:11,
212:15, 213:10,
214:17, 215:10,
215:22, 215:25,
216:4, 216:7, 217:1,
219:9, 223:21,
224:11, 224:15,
224:18, 224:21,
224:22, 224:25,
225:2, 225:11,
225:18, 225:19,
226:3, 226:14,
226:17, 227:4,
227:7, 229:18,
234:11, 235:1,
235:6, 235:10,
237:13, 237:14,
238:1, 238:19,
238:21, 239:10,
239:11, 240:6,
240:24, 241:9,
241:22, 242:17,
243:9, 243:22,
245:20, 246:2,
246:25, 247:11
**medically** [6] - 179:16,
180:4, 189:13,
245:24, 246:1,
246:20
**medicated** [1] -
209:11
**medication** [3] -
209:15, 210:1, 210:8
**medications** [4] -
228:22, 237:4,
237:6, 237:9
**Medicine** [1] - 179:10
**medicine** [5] - 179:11,
207:25, 208:3,
209:12, 209:13

**medicines** [2] - 210:3, 211:6
**medics** [4] - 216:7, 216:9, 216:14, 216:17
**meeting** [6] - 243:12, 243:14, 243:16, 243:24, 244:23, 251:18
**meetings** [7] - 241:23, 243:6, 243:7, 244:17, 245:5, 245:6, 246:8
**members** [8] - 214:1, 214:20, 215:23, 215:25, 216:7, 216:11, 239:16, 240:1
**mentioned** [7] - 195:8, 195:17, 209:21, 240:23, 240:24, 243:6, 248:13
**metabolic** [2] - 211:24, 212:4
**metal** [5] - 218:9, 218:15, 218:17, 218:24, 219:1
**metatarsal** [1] - 195:10
**method** [1] - 196:21
**methods** [1] - 245:14
**MICHAEL** [1] - 174:14
**MICHELLE** [1] - 174:20
**mid** [2] - 190:13, 193:11
**mid-anterior** [1] - 193:11
**mid-arm** [1] - 190:13
**MIDDLEMISS** [1] - 175:3
**might** [2] - 253:10, 253:11
**mild** [1] - 209:9
**Military** [1] - 179:8
**mine** [1] - 236:9
**minimum** [2] - 198:19, 200:24
**minute** [3] - 189:20, 194:14, 208:9
**minutes** [3] - 186:12, 203:8, 252:4
**miss** [1] - 236:19
**missed** [1] - 243:2
**Mission** [2] - 214:2, 240:1
**mission** [8] - 178:14, 178:20, 214:14, 214:21, 214:22, 215:22, 227:9,

227:17
**missions** [1] - 215:20
**mistreated** [1] - 213:6
**moment** [3] - 180:3, 180:5, 202:19
**morning** [5] - 250:18, 251:3, 252:17, 253:3, 254:2
**most** [6] - 201:22, 204:19, 219:7, 222:8, 229:13, 230:16
**motion** [1] - 188:11
**MOTIONS** [1] - 174:10
**Motrin** [3] - 209:11, 209:19, 210:9
**moved** [2] - 195:6, 226:14
**movement** [1] - 235:10
**movements** [1] - 244:1
**moving** [2] - 243:8, 243:9
**MR** [25] - 182:25, 186:3, 186:5, 186:14, 194:11, 213:16, 222:16, 222:18, 222:22, 222:24, 231:18, 233:18, 233:21, 234:2, 236:3, 239:18, 241:5, 247:2, 249:3, 250:22, 251:8, 251:12, 251:13, 251:22, 253:10
**MS** [53] - 178:5, 178:10, 179:24, 180:2, 180:11, 180:14, 180:15, 183:2, 183:21, 183:23, 186:9, 186:11, 186:19, 186:21, 186:23, 187:17, 187:20, 191:14, 193:1, 193:4, 193:7, 193:19, 193:20, 194:13, 194:22, 194:24, 199:13, 201:4, 201:6, 201:8, 201:9, 201:25, 202:1, 204:7, 204:9, 213:13, 241:1, 247:5, 248:24, 249:8, 249:21, 250:5, 250:7, 250:17, 250:19, 252:2, 252:14,

252:18, 252:21, 253:14, 253:23, 254:4, 254:10
**multiple** [3] - 218:16, 218:18, 241:8

## N

**name** [2] - 178:13, 213:19
**names** [1] - 241:4
**narcotics** [1] - 210:6
**NASSAR** [1] - 175:3
**nature** [2] - 212:5, 236:8
**nausea** [3] - 199:22, 209:9, 209:21
**naval** [1] - 237:15
**necessarily** [1] - 241:12
**neck** [2] - 188:5, 191:20
**need** [9] - 193:8, 194:11, 199:19, 227:21, 231:12, 233:24, 251:7, 253:15, 254:1
**needed** [2] - 197:13, 227:20
**needing** [1] - 222:12
**needs** [1] - 215:22
**negative** [2] - 196:9, 196:16
**never** [9] - 182:5, 186:7, 205:21, 233:11, 237:21, 242:16, 246:3, 246:7, 246:11
**new** [4] - 194:16, 210:21, 212:21, 212:25
**New** [17] - 178:15, 213:20, 214:8, 214:10, 214:16, 214:24, 215:4, 227:8, 229:16, 230:25, 238:7, 239:25, 240:15, 245:22, 245:25, 246:2, 247:24
**next** [8] - 185:25, 194:1, 197:8, 204:25, 207:11, 215:2, 224:10, 253:9
**Next** [1] - 174:24
**night** [1] - 254:6
**nobody** [3] - 232:15, 237:21, 238:23
**non** [4] - 211:25,

219:24, 249:23, 253:8
**non-cleared** [1] - 249:23
**non-filter** [1] - 253:8
**non-specific** [2] - 211:25, 219:24
**none** [2] - 225:16, 225:18
**normal** [8] - 207:3, 228:14, 229:10, 230:21, 232:24, 233:1, 242:3, 242:4
**normally** [2] - 208:7, 241:24
**North** [1] - 215:1
**nose** [2] - 207:5, 225:23
**notation** [1] - 223:21
**note** [2] - 252:3, 252:4
**noted** [5] - 192:5, 207:7, 229:9
**notes** [2] - 188:19, 234:23
**nothing** [6] - 178:4, 213:13, 237:1, 237:24, 243:25, 247:2
**notice** [2] - 212:25, 251:5
**noticed** [1] - 221:16
**notified** [1] - 206:14
**number** [6] - 194:2, 217:10, 217:20, 222:21, 232:16, 244:6
**numbers** [2] - 230:6, 230:7
**numerous** [1] - 188:17
**nurse** [1] - 227:19
**NW** [4] - 174:17, 174:21, 175:4, 175:8

## O

**object** [8] - 186:5, 218:9, 218:15, 218:17, 218:24, 219:1, 220:24, 220:25
**objection** [2] - 241:1, 250:13
**objection's** [1] - 186:16
**objects** [2] - 192:11, 219:12
**obligations** [1] - 242:9
**observation** [2] - 194:25, 224:21

**observe** [2] - 181:17, 225:19
**observed** [6] - 194:10, 195:14, 217:21, 218:21, 222:10, 225:24
**obtained** [1] - 182:12
**obvious** [1] - 246:18
**obviously** [4] - 219:25, 246:17, 251:4
**occasion** [2] - 224:1, 242:24
**occasions** [2] - 232:16, 242:19
**ocean** [1] - 243:9
**OF** [3] - 174:1, 174:3, 174:10
**OFFICE** [1] - 174:16
**officer** [1] - 252:21
**OFFICER** [3] - 252:25, 253:6, 253:21
**Official** [2] - 175:7, 255:3
**often** [1] - 219:12
**ointment** [7] - 207:11, 207:22, 207:23, 208:2, 221:24, 222:12, 223:19
**old** [10] - 192:14, 192:17, 192:24, 193:14, 193:17, 194:9, 194:16, 194:19, 195:1, 195:3
**older** [1] - 193:16
**once** [3] - 187:24, 205:9, 223:25
**one** [37] - 190:14, 190:22, 191:1, 191:20, 191:21, 192:17, 192:24, 195:23, 196:3, 202:17, 208:1, 212:18, 218:17, 218:25, 219:9, 219:15, 221:5, 221:7, 224:7, 225:10, 226:19, 227:17, 227:18, 229:24, 230:9, 231:19, 232:9, 232:12, 232:13, 232:23, 235:4, 237:23, 241:25, 245:6, 249:9, 249:22, 250:24
**one's** [2] - 209:16, 209:23
**ones** [1] - 231:12
**ongoing** [2] - 210:22,

211:23
**open** [1] - 253:9
**operated** [1] - 235:25
**operating** [1] - 178:20
**operation** [8] - 238:20, 240:3, 240:15, 241:18, 241:19, 243:15, 243:17, 243:23
**operational** [1] - 227:4
**operations** [1] - 242:14
**OPHER** [1] - 174:15
**ophthalmic** [1] - 207:22
**opinion** [6] - 218:6, 219:22, 220:13, 220:15, 220:16, 245:20
**opportunity** [4] - 186:18, 195:17, 211:10, 252:5
**option** [3] - 198:12, 198:17, 246:3
**options** [1] - 189:16
**order** [2] - 242:13, 242:17
**organic** [2] - 213:22, 216:6
**organizational** [1] - 241:3
**organizations** [2] - 241:8, 241:17
**original** [3] - 193:8, 205:15, 221:25
**outside** [2] - 241:21, 251:18
**overruled** [2] - 186:17, 241:2
**own** [2] - 189:22, 216:6
**oximetry** [1] - 233:1
**oxygen** [1] - 233:2

**P**

**p.m** [4] - 174:5, 233:22, 254:11
**Page** [1] - 174:24
**PAGE** [2] - 176:4, 176:24
**page** [5] - 222:23, 223:4, 223:5, 224:5, 224:10
**pages** [1] - 255:4
**pain** [15] - 195:24, 206:21, 210:18, 210:20, 210:23, 210:24, 210:25,

211:2, 211:6, 220:10, 220:17, 236:21, 237:1, 237:2, 248:6
**painful** [1] - 198:11
**palpitated** [1] - 197:3
**palpitation** [3] - 188:14, 188:15, 197:10
**paper** [1] - 192:1
**paragraph** [1] - 224:12
**part** [23] - 191:5, 194:19, 196:16, 201:22, 202:17, 203:1, 204:19, 204:22, 205:1, 207:5, 208:4, 215:10, 219:7, 221:20, 240:21, 243:10, 243:14, 243:25, 244:16, 245:3, 245:6, 249:19, 251:13
**partially** [1] - 198:1
**participant** [2] - 243:12, 244:20
**participate** [1] - 244:17
**participated** [1] - 214:15
**participating** [2] - 245:14, 246:9
**particular** [1] - 218:2
**parts** [1] - 245:6
**pass** [1] - 186:8
**past** [1] - 250:11
**patient** [6] - 184:3, 239:2, 239:3, 239:4, 241:25, 248:5
**pendency** [1] - 202:8
**Pennsylvania** [1] - 175:4
**people** [17] - 200:8, 214:21, 220:6, 225:13, 225:14, 227:7, 227:8, 227:16, 228:18, 240:7, 240:11, 241:11, 241:21, 244:5, 244:23, 245:5, 251:10
**perceive** [2] - 247:13, 247:14
**perform** [2] - 248:2, 248:3
**performance** [1] - 245:1
**performed** [2] - 180:24, 247:22
**perhaps** [1] - 253:15

**period** [3] - 190:20, 212:20, 231:1
**periodically** [2] - 229:16, 231:6
**periorbital** [1] - 190:6
**permission** [3] - 197:6, 197:9, 197:17
**person** [2] - 184:4, 250:8
**person's** [1] - 218:11
**personally** [2] - 208:4, 208:11, 208:12
**personnel** [5] - 225:2, 225:4, 225:6, 243:22
**PETERSON** [11] - 174:20, 250:7, 250:17, 250:19, 252:2, 252:14, 252:18, 253:14, 253:23, 254:4, 254:10
**Peterson** [1] - 252:23
**PETRAS** [5] - 174:19, 249:8, 249:21, 250:5, 252:21
**phones** [1] - 179:22
**photograph** [3] - 190:23, 191:23, 194:21
**photographed** [1] - 185:6
**photographs** [4] - 181:4, 194:9, 195:2, 204:11
**photos** [1] - 186:25
**physical** [10] - 186:1, 188:2, 188:3, 188:15, 195:13, 204:17, 224:9, 224:13, 227:5, 233:3
**physically** [2] - 235:25, 237:24
**physician** [13] - 178:23, 178:25, 180:7, 182:8, 202:16, 215:9, 215:18, 215:19, 227:2, 227:3, 227:11, 242:6
**picture** [4] - 188:21, 192:25, 194:18, 205:21
**picture's** [1] - 194:6
**pictures** [4] - 187:5, 190:4, 202:6, 202:7
**piece** [2] - 192:1, 243:9
**pieces** [1] - 243:9
**pigmentation** [1] - 193:16

**pillows** [1] - 205:22
**pinches** [1] - 198:18
**placed** [2] - 198:12, 207:23
**plain** [1] - 235:21
**Plaintiff** [1] - 174:4
**Plan** [1] - 253:5
**plan** [6] - 207:9, 207:15, 251:20, 252:3, 252:16, 253:8
**planned** [1] - 251:5
**planning** [1] - 249:19
**play** [1] - 227:16
**PLLC** [1] - 175:3
**pod** [1] - 179:16
**podium** [1] - 252:24
**point** [7] - 188:1, 228:2, 231:11, 231:19, 246:24, 251:18, 253:8
**Point** [1] - 179:8
**points** [1] - 230:21
**poor** [1] - 194:20
**portion** [1] - 226:1
**position** [1] - 204:17
**positioned** [1] - 197:25
**possible** [2] - 254:3
**post** [2] - 199:19, 200:10
**post-concussive** [2] - 199:19, 200:10
**potential** [1] - 232:21
**power** [1] - 233:17
**practice** [1] - 235:22
**practicing** [1] - 179:11
**practitioner** [1] - 242:5
**pre** [1] - 252:19
**pre-trial** [1] - 252:19
**precautionary** [1] - 254:9
**prefer** [1] - 252:12
**prep** [1] - 214:12
**prepacked** [1] - 214:14
**preparation** [3] - 214:16, 214:17, 214:22
**prepared** [2] - 253:8, 253:18
**presence** [1] - 237:21
**present** [7] - 182:6, 225:2, 225:16, 227:8, 250:3, 250:6, 251:15
**pressure** [1] - 229:10
**previous** [1] - 210:24
**previously** [4] - 183:4,

183:25, 210:22, 250:14
**primarily** [1] - 190:6
**problem** [3] - 249:22, 250:1, 253:12
**problems** [1] - 212:18
**procedure** [2] - 206:1, 232:21
**procedures** [1] - 180:23
**proceed** [3] - 186:19, 197:12, 198:22
**proceeded** [1] - 195:13
**proceeding** [1] - 186:17
**proceedings** [4] - 251:5, 252:19, 254:11, 255:5
**Proceedings** [1] - 175:24
**process** [6] - 183:15, 212:3, 221:25, 224:12, 242:21, 242:24
**processing** [11] - 179:16, 181:1, 181:18, 181:21, 182:10, 191:24, 224:17, 226:16, 226:21, 230:2, 236:23
**produced** [1] - 175:25
**producing** [2] - 186:6, 222:4
**prompt** [1] - 248:8
**protocol** [1] - 236:6
**protocols** [1] - 236:6
**provide** [7] - 178:18, 178:19, 210:5, 210:8, 215:25, 216:4, 239:11
**provided** [6] - 185:7, 216:7, 216:9, 216:15, 216:18, 237:22
**provider** [2] - 228:5, 238:20
**provides** [1] - 215:10
**providing** [2] - 237:13, 245:13
**PUBLIC** [1] - 174:20
**public** [1] - 251:4
**publish** [2] - 187:17, 204:11
**pulled** [1] - 208:4
**pulse** [7] - 228:11, 229:5, 229:17, 230:1, 230:10, 231:6, 233:1

**pulses** [1] - 231:4
**purpose** [1] - 243:6
**purposes** [2] - 186:17, 227:9
**purulent** [1] - 222:4
**put** [9] - 189:14, 193:4, 197:23, 198:4, 198:23, 198:25, 200:19, 208:6, 253:9
**putting** [4] - 188:8, 189:9, 198:8, 198:18

## Q

**quality** [2] - 194:18, 194:21
**questioning** [1] - 199:18
**questions** [7] - 199:18, 203:11, 231:16, 234:3, 238:4, 241:12, 248:24
**quick** [1] - 198:18
**quicker** [1] - 189:24

## R

**racing** [1] - 248:6
**radiologist** [3] - 235:20, 235:23, 235:24
**raise** [1] - 178:7
**range** [1] - 188:10
**rapid** [1] - 229:5
**rate** [22] - 228:19, 228:20, 229:5, 229:8, 229:17, 229:19, 230:10, 230:16, 230:18, 230:19, 230:21, 230:22, 231:1, 231:6, 231:12, 232:16, 232:22, 233:4, 247:7, 247:10, 247:16, 248:9
**rates** [1] - 231:9
**ray** [14] - 187:16, 195:18, 195:20, 195:22, 196:1, 196:2, 196:8, 196:13, 196:16, 197:13, 197:18, 235:24
**rayed** [3] - 196:6, 196:12, 219:20
**rays** [9] - 195:13,

196:9, 234:13, 235:16, 235:18, 235:25, 236:5, 236:10, 236:13
**reached** [1] - 233:5
**read** [3] - 230:6, 231:9, 231:13
**readily** [1] - 238:25
**ready** [2] - 186:20, 253:22
**reapproximate** [1] - 196:21
**reason** [1] - 253:25
**receive** [2] - 182:19, 182:21
**received** [10] - 184:3, 184:20, 184:21, 184:23, 186:6, 186:12, 192:21, 193:12, 195:2, 212:21
**recent** [2] - 190:20, 217:20
**Recess** [1] - 233:22
**reclined** [1] - 198:1
**recognize** [5] - 179:18, 180:17, 187:2, 201:11, 202:3
**recollect** [1] - 228:3
**Record** [1] - 251:24
**record** [15] - 179:24, 180:8, 190:8, 194:13, 194:22, 211:9, 213:11, 217:1, 223:14, 223:17, 226:7, 234:21, 234:24, 251:25, 255:5
**recorded** [3] - 175:24, 223:23, 235:2
**records** [4] - 180:20, 180:22, 206:4, 229:18
**Redirect** [1] - 176:6
**REDIRECT** [1] - 247:4
**referring** [2] - 199:18, 227:6
**reflect** [2] - 179:24, 180:22
**regard** [1] - 251:7
**regarding** [2] - 241:17, 244:13
**registered** [1] - 227:19
**regular** [2] - 228:7, 241:21
**rehearsals** [1] - 214:15
**related** [3] - 222:6, 222:8, 243:15
**relationship** [3] -

239:4, 241:25, 242:5
**relatively** [2] - 190:20, 250:24
**release** [1] - 239:22
**rely** [1] - 242:13
**remainder** [1] - 222:25
**remember** [4] - 214:12, 228:4, 237:24, 245:19
**repair** [1] - 198:16
**repaired** [1] - 196:19
**repeat** [1] - 226:17
**rephrase** [1] - 240:5
**report** [12] - 182:20, 182:21, 206:10, 221:18, 224:5, 225:24, 234:22, 241:21, 241:25, 242:9, 242:10, 243:11
**reported** [5] - 219:19, 232:9, 232:12, 232:15, 241:24
**Reporter** [3] - 175:7, 175:7, 255:3
**reporters** [1] - 178:3
**reporting** [1] - 228:7
**request** [1] - 232:14
**requested** [1] - 224:22
**require** [1] - 196:23
**required** [4] - 184:7, 199:9, 199:10, 216:4
**requiring** [1] - 198:11
**residency** [1] - 179:13
**resolved** [2] - 212:12, 253:15
**respect** [5] - 200:3, 215:22, 232:18, 236:5, 240:15
**respiratory** [1] - 183:11
**response** [9] - 185:3, 197:11, 197:20, 207:17, 208:25, 209:10, 211:20, 215:10, 239:14
**responsibilities** [2] - 242:10
**responsive** [1] - 247:18
**rest** [1] - 194:7
**resting** [2] - 230:17, 242:20
**restraints** [1] - 181:9
**result** [10] - 184:24, 190:18, 206:12, 207:1, 217:25, 222:9, 222:11, 229:8, 230:13, 232:10

**resultant** [1] - 222:3
**resulting** [1] - 219:13
**results** [3] - 196:8, 228:10, 234:22
**retaining** [1] - 236:5
**retrieves** [1] - 205:14
**returned** [2] - 244:15, 244:18
**review** [1] - 237:11
**reviewing** [1] - 224:20
**rhythm** [2] - 232:24, 233:1
**ribbon** [1] - 207:23
**rid** [1] - 198:7
**ride** [1] - 246:13
**ROBINSON** [19] - 175:2, 182:25, 186:3, 186:5, 186:14, 194:11, 213:16, 222:16, 222:18, 222:22, 222:24, 231:18, 233:18, 233:21, 234:2, 236:3, 239:18, 241:5, 247:2
**Robinson** [3] - 213:19, 233:24, 234:1
**role** [3] - 227:17, 228:5, 245:7
**roles** [1] - 227:16
**rolls** [1] - 208:5
**Room** [1] - 175:8
**room** [36] - 179:3, 179:5, 179:6, 181:1, 181:18, 181:21, 182:4, 182:10, 184:2, 184:3, 184:17, 187:8, 187:9, 187:21, 191:24, 196:1, 196:2, 200:1, 202:10, 204:14, 204:15, 205:8, 205:19, 205:20, 205:22, 205:23, 205:25, 206:2, 206:8, 206:11, 206:17, 224:14, 242:25, 244:4, 244:23, 245:4
**room/operating** [1] - 187:8
**rooms** [1] - 205:19
**routinely** [1] - 231:2
**RPR** [1] - 175:7
**rules** [1] - 251:1
**run** [1] - 227:3

## S

**safe** [3] - 245:21, 246:5, 251:21
**sailed** [1] - 215:5
**SALIM** [1] - 174:6
**salve** [2] - 208:1, 210:9
**saturation** [1] - 233:2
**saw** [23] - 181:17, 181:21, 182:16, 183:25, 189:2, 190:4, 192:14, 200:22, 200:24, 200:25, 201:1, 213:1, 216:20, 217:1, 223:18, 223:22, 223:25, 224:1, 230:13, 236:16, 236:19, 238:6, 248:20
**scalp** [2] - 196:22, 199:4
**scar** [9] - 189:23, 190:24, 191:2, 192:20, 192:23, 193:3, 193:11, 193:12, 194:20
**scarring** [2] - 189:24, 194:19
**scenario** [2] - 183:9
**scheduled** [1] - 223:20
**schematic** [1] - 224:7
**scheme** [1] - 244:3
**school** [1] - 179:9
**School** [1] - 179:10
**sclera** [1] - 207:7
**scope** [3] - 235:22, 241:1, 243:23
**scratch** [1] - 216:21
**screen** [2] - 193:4, 205:16
**screening** [1] - 199:17
**sealable** [1] - 178:4
**sealed** [1] - 251:6
**seasick** [1] - 209:9
**second** [6] - 190:14, 195:6, 195:15, 205:21, 224:5, 226:17
**secondary** [6] - 212:3, 215:19, 221:25, 222:9, 222:11, 222:14
**seconds** [1] - 199:1
**secret** [1] - 236:8
**SECURITY** [3] - 252:25, 253:6,

253:21
**security** [6] - 225:11, 225:14, 249:13, 250:8, 252:21, 253:2
**see** [8] - 183:24, 188:21, 193:9, 215:22, 218:12, 230:7, 230:8, 233:20
**seeing** [2] - 194:21, 200:16
**seem** [1] - 217:17
**sense** [1] - 232:13
**sensitivity** [1] - 236:7
**separate** [5] - 241:8, 241:9, 241:10, 241:11
**separates** [1] - 189:8
**SESSION** [1] - 174:9
**set** [3] - 182:12, 203:4, 226:16
**several** [4] - 209:6, 221:20, 231:4, 242:19
**shelli_peterson@fd. org** [1] - 174:23
**ship** [27] - 178:17, 180:6, 185:7, 187:6, 187:8, 200:23, 201:23, 202:8, 210:5, 212:15, 212:20, 212:22, 212:24, 213:4, 213:22, 213:25, 214:18, 215:3, 228:2, 234:4, 234:8, 237:15, 241:9, 241:10, 241:11
**ship's** [7] - 178:14, 185:25, 224:14, 224:25, 225:2, 225:4, 243:25
**shirt** [1] - 179:22
**short** [1] - 250:24
**shortness** [1] - 248:6
**shoulder** [3] - 190:13, 191:6, 191:22
**show** [7] - 181:13, 185:9, 185:18, 190:18, 191:1, 204:10, 235:9
**showed** [4] - 180:17, 194:22, 200:9, 204:11
**showing** [15] - 181:20, 185:9, 186:24, 187:5, 187:21, 188:21, 188:25, 190:8, 190:21, 191:15, 191:19, 194:5, 195:25,

202:2, 251:11
**SHWEIKI** [1] - 174:15
**side** [11] - 181:15, 185:4, 188:16, 188:24, 190:4, 196:14, 209:8, 220:9, 221:3, 221:15, 222:7
**signature** [2] - 223:7, 223:8
**significant** [3] - 200:6, 200:7, 229:2
**signs** [4] - 182:13, 226:10, 226:13, 228:10
**similar** [2] - 191:20, 198:16
**simply** [2] - 221:3, 241:6
**sit** [3] - 184:16, 188:1, 245:11
**sitting** [6] - 179:23, 204:18, 204:20, 204:24, 205:4, 205:5
**situation** [5] - 229:6, 234:18, 236:4, 236:8, 242:3
**six** [1] - 199:11
**skin** [6] - 182:14, 188:4, 189:6, 189:7, 192:10, 199:11
**skipping** [1] - 248:7
**skull** [1] - 189:12
**sleep** [1] - 199:24
**sleeping** [6] - 201:3, 201:23, 202:6, 202:7, 205:8, 205:15
**small** [8] - 193:25, 199:6, 207:8, 207:22, 207:23, 208:5, 243:10
**SMITH** [3] - 176:5, 177:1, 178:8
**Smith** [6] - 178:13, 180:16, 213:17, 233:23, 234:3, 248:25
**soft** [1] - 221:21
**soldiers** [1] - 178:20
**sole** [1] - 228:5
**solely** [3] - 178:18, 237:14, 243:24
**solved** [2] - 249:21, 249:25
**someone** [4] - 186:14, 239:20, 242:21, 250:9
**someplace** [1] - 235:2
**sometimes** [2] - 199:23, 247:16

**soon** [1] - 253:20
**sorry** [10] - 183:2, 201:8, 202:19, 205:13, 214:6, 216:23, 221:23, 231:17, 233:23, 235:15
**sort** [2] - 236:4, 236:9
**sorted** [1] - 249:6
**source** [1] - 232:4
**speaking** [2] - 187:13, 195:1
**speaks** [1] - 235:13
**special** [1] - 225:10
**specializing** [1] - 179:1
**specific** [15] - 183:1, 183:3, 193:18, 211:25, 214:18, 215:19, 219:24, 220:23, 221:9, 226:15, 236:23, 238:15, 240:4, 241:3, 245:2
**specifically** [13] - 184:22, 187:7, 188:20, 193:15, 197:10, 212:12, 214:12, 216:5, 237:24, 238:23, 240:20, 240:22, 242:18
**specifics** [1] - 242:2
**speed** [1] - 245:2
**sporting** [1] - 218:12
**stabilization** [1] - 179:1
**stable** [1] - 246:1
**stage** [1] - 195:6
**stand** [1] - 230:22
**standard** [2] - 183:14, 183:16
**standing** [1] - 204:18
**standpoint** [2] - 239:10, 246:2
**staples** [25] - 189:9, 189:17, 189:20, 189:25, 196:19, 196:20, 196:23, 197:22, 198:4, 198:8, 198:11, 198:12, 198:18, 198:22, 198:23, 198:25, 199:2, 199:5, 199:7, 200:19, 218:3, 218:23
**start** [4] - 178:2, 188:3, 209:15, 214:25

**started** [3] - 217:21, 222:4, 223:25
**starting** [3] - 178:2, 216:21, 251:20
**State** [2] - 250:12, 253:1
**state** [1] - 194:13
**STATES** [3] - 174:1, 174:3, 174:11
**States** [8] - 174:13, 179:8, 215:5, 237:19, 244:15, 244:19, 244:25, 245:15
**stating** [1] - 179:20
**status** [2] - 242:7, 242:8
**stay** [6] - 200:5, 202:8, 228:20, 230:19, 238:1, 238:20
**stayed** [1] - 229:4
**stemming** [1] - 222:3
**stenography** [1] - 175:24
**step** [6] - 178:7, 185:25, 195:15, 197:8, 203:10, 232:23
**steps** [1] - 249:2
**still** [5] - 181:23, 208:14, 212:9, 216:23, 253:15
**sting** [1] - 198:20
**stitches** [4] - 189:9, 189:15, 189:17, 199:2
**stop** [1] - 202:19
**stopped** [1] - 232:7
**strain** [1] - 228:21
**Street** [1] - 174:17
**stress** [3] - 228:21, 229:8, 230:14
**stressful** [1] - 229:6
**strip** [1] - 208:6
**stuff** [3] - 205:20, 243:23, 245:9
**style** [1] - 205:5
**sub** [1] - 184:13
**sub-cu** [1] - 184:13
**subconjunctival** [1] - 190:10
**subcutaneous** [2] - 189:6, 189:11
**subject** [3] - 210:4, 229:4, 244:17
**subjective** [1] - 248:7
**subjects** [1] - 243:15
**subscapular** [1] - 191:21
**subsequent** [2] -

212:17, 232:5
**sugar** [1] - 212:5
**suggest** [2] - 249:4, 251:7
**Suite** [2] - 174:21, 175:4
**superficial** [1] - 184:11
**supervise** [1] - 227:24
**supplements** [1] - 228:22
**supply** [1] - 247:17
**support** [2] - 178:18, 178:19
**supposed** [2] - 178:19, 238:16
**surfaces** [1] - 188:4
**surgeon** [1] - 227:18
**surgical** [2] - 179:2, 227:20
**sustained** [5] - 184:8, 190:19, 221:5, 221:7, 221:9
**sutures** [1] - 199:7, 199:8
**swelling** [10] - 188:15, 188:18, 190:5, 195:9, 195:23, 196:14, 219:19, 219:25, 220:10, 220:14
**switched** [1] - 205:19
**SWORN** [1] - 178:8
**symptom** [2] - 248:7, 248:20
**symptoms** [9] - 199:19, 199:22, 200:5, 200:10, 211:23, 211:24, 237:2, 248:10
**systemic** [2] - 233:6, 233:8

### T

**table** [1] - 188:1
**tables** [1] - 219:12
**tachycardia** [12] - 228:15, 228:16, 228:17, 228:18, 228:21, 247:6, 247:9, 247:12, 247:15, 247:16, 247:19
**TCCC** [1] - 183:8
**team** [34] - 214:1, 214:21, 215:10, 215:23, 216:1, 216:7, 216:11,

220:7, 227:2, 227:3,
227:6, 227:7,
227:11, 227:21,
227:24, 228:4,
239:16, 240:1,
240:2, 240:6,
240:11, 240:13,
240:14, 240:24,
240:25, 241:10,
241:22, 249:11,
249:12, 249:16,
249:19, 250:5,
251:15, 253:8
**teams** [3] - 240:14,
240:17, 241:17
**technical** [1] - 246:18
**technician** [1] -
235:24
**teeth** [2] - 211:3,
211:5
**temperature** [9] -
206:7, 206:11,
206:15, 206:16,
231:20, 231:25,
232:2, 232:10,
232:14
**Ten** [1] - 203:8
**tendered** [1] - 186:10
**tenderness** [2] -
226:8, 226:9
**term** [3] - 240:2,
247:11, 248:17
**terms** [2] - 179:3,
251:2
**test** [7] - 247:25,
248:2, 248:3, 248:8,
248:18, 248:19,
248:22
**testified** [6] - 191:23,
215:21, 217:20,
221:18, 231:19,
247:21
**testify** [3] - 183:6,
237:23, 251:2
**testifying** [1] - 217:12
**TESTIMONY** [1] -
176:2
**testimony** [5] - 219:4,
221:2, 231:10,
249:1, 251:14
**testing** [1] - 234:7
**tests** [2] - 233:9,
248:16
**THE** [89] - 174:1,
174:1, 174:10,
178:2, 178:6, 178:8,
180:1, 180:13,
183:1, 183:3, 183:5,
183:6, 183:7,
183:12, 183:14,

183:16, 183:18,
186:4, 186:8,
186:16, 186:20,
186:22, 187:19,
191:5, 191:6, 191:8,
191:10, 191:11,
191:12, 191:13,
193:2, 193:3, 193:6,
194:15, 194:16,
199:2, 199:3, 199:8,
199:10, 201:7,
204:8, 213:14,
222:17, 222:21,
222:23, 231:16,
231:17, 233:16,
233:19, 233:23,
234:1, 235:15,
235:17, 235:18,
235:19, 235:20,
235:21, 235:23,
235:24, 236:2,
239:7, 239:9,
239:13, 239:15,
239:17, 241:2,
241:3, 247:3,
248:25, 249:5,
249:19, 250:3,
250:15, 250:18,
250:21, 251:4,
251:10, 251:17,
251:23, 251:25,
252:11, 252:16,
252:23, 253:4,
253:7, 253:17,
254:1, 254:6, 254:8
**thereafter** [3] - 200:15,
200:21, 207:19
**thick** [2] - 208:1, 208:2
**thickness** [2] -
184:12, 189:5
**thigh** [1] - 193:11
**thorough** [5] - 182:14,
186:1, 188:2, 203:6,
224:18
**threatening** [1] -
183:10
**three** [13] - 179:5,
179:14, 196:24,
198:11, 198:18,
199:10, 207:11,
207:24, 208:12,
218:22, 237:6,
250:23
**three-inch** [1] - 218:22
**throat** [1] - 225:23
**throughout** [15] -
180:20, 188:17,
192:5, 199:4, 200:5,
203:5, 210:1,
212:17, 215:11,

221:11, 227:24,
228:20, 229:15,
230:16, 231:5
**thrown** [1] - 220:25
**timeline** [1] - 245:2
**tired** [1] - 211:22
**tissue** [2] - 184:13,
221:21
**TMJ** [4] - 220:11,
220:17, 226:8, 226:9
**TMT** [1] - 226:8
**to..** [1] - 192:25
**today** [1] - 186:7
**toe** [3] - 188:3, 188:7,
197:4
**tomorrow** [12] - 249:6,
250:4, 250:18,
250:23, 251:3,
251:6, 252:3, 252:5,
252:17, 253:3,
253:9, 253:18
**took** [6] - 211:3,
226:10, 226:15,
228:10, 235:25
**top** [7] - 181:15,
188:3, 188:17,
188:24, 196:16,
222:23, 223:4
**topic** [2] - 244:24,
246:8
**topics** [1] - 245:8
**toward** [1] - 196:15
**towards** [1] - 243:24
**town** [1] - 253:20
**training** [6] - 179:14,
183:14, 214:15,
214:18, 214:19,
235:21
**transcribed** [1] - 252:1
**transcript** [2] - 175:24,
255:4
**TRANSCRIPT** [1] -
174:10
**transcription** [1] -
175:25
**transcripts** [1] - 178:3
**transfer** [1] - 235:10
**transferred** [2] -
235:1, 237:18
**transfers** [1] - 235:5
**translate** [1] - 189:10
**translated** [1] - 185:1
**translator** [6] - 182:4,
182:5, 182:6, 217:8,
217:15, 253:2
**transport** [1] - 182:17
**transportation** [1] -
214:25
**transported** [3] -
238:10, 238:13,

238:17
**traumatic** [3] - 179:2,
220:1, 220:23
**travel** [1] - 246:3
**treat** [3] - 182:9,
196:17, 207:10
**treated** [8] - 183:4,
183:5, 183:24,
184:4, 184:6, 184:9,
221:23, 228:6
**treating** [1] - 223:25
**treatment** [16] - 179:2,
183:19, 184:7,
195:7, 207:19,
207:21, 211:7,
215:25, 216:10,
216:15, 216:18,
221:12, 223:15,
223:18, 237:13,
237:14
**treatments** [1] - 216:8
**trended** [1] - 231:1
**trending** [1] - 230:16
**triage** [1] - 184:18
**trial** [2] - 251:15,
252:19
**tried** [1] - 218:13
**true** [1] - 247:24
**try** [4] - 252:5, 252:8,
253:24, 254:2
**trying** [4] - 220:23,
228:3, 244:21,
244:22
**turn** [3] - 224:4,
229:20, 230:5
**turned** [1] - 252:18
**twelve** [1] - 179:12
**twenty** [1] - 213:12
**twenty-five** [1] -
213:12
**twice** [3] - 212:17,
223:22, 238:6
**two** [14] - 189:4,
198:19, 200:24,
208:10, 223:20,
225:15, 226:19,
226:24, 227:16,
227:22, 243:2,
249:12, 249:22,
252:4
**Tylenol** [4] - 209:11,
209:16, 210:9
**type** [2] - 199:3,
199:19
**types** [1] - 248:16

---

### U

**U.S** [5] - 174:16,

175:8, 184:18,
199:4, 237:15
**undergraduate** [1] -
179:7
**underlying** [1] -
230:14
**underneath** [1] -
189:6
**underside** [1] - 208:6
**understood** [4] -
217:11, 224:24,
249:10, 249:11
**unit** [1] - 215:19
**UNITED** [3] - 174:1,
174:3, 174:11
**United** [8] - 174:13,
179:8, 215:5,
237:19, 244:15,
244:19, 244:25,
245:15
**University** [1] - 179:10
**unless** [1] - 253:8
**up** [18] - 178:7, 184:9,
185:25, 186:8,
188:25, 194:20,
196:15, 220:10,
224:14, 234:3,
234:11, 235:1,
235:10, 242:16,
242:17, 242:18,
246:8, 251:11
**update** [2] - 252:22,
253:1
**uses** [1] - 208:1
**USS** [4] - 178:15,
213:20, 214:7,
247:24

### V

**variability** [1] - 230:21
**varied** [2] - 199:17,
218:25
**variety** [1] - 228:22
**various** [1] - 231:12
**venous** [1] - 184:15
**version** [1] - 199:23
**versus** [2] - 207:10,
246:3
**view** [3] - 229:7,
246:5, 246:7
**vision** [2] - 207:4,
208:9
**visit** [9] - 205:19,
205:23, 205:25,
208:15, 209:3,
210:12, 211:10,
211:16, 212:14
**visited** [3] - 201:18,

204:19, 205:15
**visits** [7] - 201:2,
203:7, 203:21,
206:2, 212:17,
223:20, 231:9
**visualization** [1] -
198:3
**vital** [4] - 182:13,
226:10, 226:13,
228:10
**vitals** [2] - 203:5,
226:15
**vomiting** [1] - 199:22
**vs** [1] - 174:5

## W

**wait** [2] - 184:9,
184:18
**waiting** [1] - 184:17
**waiver** [4] - 252:6,
252:17, 252:18,
254:8
**wake** [3] - 242:16,
242:17, 242:18
**WALEED** [1] - 175:3
**wall** [1] - 192:2
**washed** [1] - 198:7
**Washington** [4] -
174:17, 174:21,
175:5, 175:9
**watch** [1] - 229:13
**Wayne** [1] - 175:7
**WAYNE** [2] - 255:3,
255:8
**weakness** [3] -
199:23, 212:9,
212:13
**weapons** [1] - 192:12
**wearing** [2] - 179:21,
179:22
**Wednesday** [1] -
174:5
**weeds** [1] - 250:2
**week** [1] - 228:3
**West** [1] - 179:8
**white** [3] - 190:11,
207:7, 207:8
**whole** [3] - 180:4,
196:25, 227:21
**WITNESS** [23] - 176:4,
176:24, 178:8,
183:5, 183:7,
183:14, 183:18,
191:6, 191:10,
191:12, 193:3,
194:16, 199:3,
199:10, 222:23,
231:17, 235:17,

235:19, 235:21,
235:24, 239:9,
239:15, 241:3
**witness** [9] - 180:12,
186:21, 187:1,
194:23, 204:7,
249:2, 249:24,
250:23, 253:9
**witnesses** [5] -
249:22, 250:23,
251:2, 253:19
**words** [4] - 184:5,
189:10, 204:17,
240:10
**wound** [13] - 184:16,
189:7, 189:8, 189:9,
189:16, 189:22,
193:16, 193:17,
196:21, 198:6,
198:7, 198:16, 199:4
**wounds** [1] - 199:6
**wrist** [1] - 219:19
**write** [1] - 211:5
**written** [5] - 182:21,
234:22, 252:3,
252:6, 252:17
**wrote** [1] - 216:25

## X

**x-ray** [14] - 187:16,
195:18, 195:20,
195:22, 196:1,
196:2, 196:8,
196:13, 196:16,
197:13, 197:18,
235:24
**x-rayed** [3] - 196:6,
196:12, 219:20
**x-rays** [9] - 195:13,
196:9, 234:13,
235:16, 235:18,
235:25, 236:5,
236:10, 236:13

## Y

**year** [1] - 193:17
**years** [3] - 179:11,
179:12, 179:14
**yes"..** [1] - 243:3
**York** [17] - 178:15,
213:20, 214:8,
214:10, 214:16,
214:24, 215:4,
227:8, 229:16,
230:25, 238:7,
239:25, 240:15,
245:22, 245:25,

246:3, 247:24
**yourself** [2] - 178:11,
227:14

## Z

**Zofran** [3] - 209:14,
209:21, 210:9
**Zulu** [15] - 206:5,
206:20, 208:15,
209:2, 210:11,
211:8, 211:16,
212:6, 212:14,
216:24, 229:23,
229:25, 230:5,
230:10, 231:8