UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No.: 14-cr-141 (CRC) |
| | : |
| AHMED SALIM FARAJ ABU KHATALLAH, | : |
| also known as "Ahmed Abu Khatallah," also known as "Ahmed Mukatallah," also known as "Ahmed Bukatallah," also known as "Sheik," | : |
| Defendant. | : |

### ORDER

Upon consideration of the Government's Motion to Amend the Pre-Trial Scheduling Order, any response thereto, and the entire record in this case, it is hereby,

**ORDERED** that, the Government's Motion to Amend the Pre-Trial Scheduling Order is **GRANTED**; and it is further

**ORDERED**, that the Pre-Trial Order [Dkt. # 230] be amended as follows:

(1) the parties are to exchange exhibit list by September 5th, 2017; and

(2) the parties are to submit objections to the admissibility of exhibits by September 11th, 2017.

(3) The Court will schedule a further conference to address any related disputes during the week of September 11th.

_____
Christopher R. Cooper
District Judge
8/8/17

Date

cc: counsel of record

4