**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA   :

                              :

       **v.**              :        **14-cr-141 (CRC)**

                              :

AHMED ABU KHATALLAH    :

**NOTICE OF FILING**
**REVISED JOINT PROPOSED JURY QUESTIONNAIRE**

    Mr. Ahmed Abu Khatallah, through undersigned counsel, with the consent of government

counsel, respectfully submits the attached revised proposed jury questionnaire.   Objections of

the parties to individual questions are noted in footnotes in the questionnaire.

                              Respectfully submitted,

                              A.  J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                                   */s/*
                              MICHELLE M. PETERSON
                            MARY MANNING PETRAS
                            Assistant Federal Public Defenders
                            625 Indiana Avenue, N.W., Suite 550
                            Washington, D.C.  20004
                            (202) 208-7500

                            ERIC L. LEWIS (D.C. Bar #394643)
                            JEFFREY D. ROBINSON (D.C. Bar #376037)
                            WALEED NASSAR (D.C. Bar #992659)
                            LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                            1899 Pennsylvania Avenue, N.W., Suite 600
                            Washington, D.C.  20006
                            (202) 833-8900

                            Counsel for Ahmed Abu Khatallah