Juror Number _____

**Name:** _____

**Date of Birth:**  _____

**Gender:**  _____

## <u>PRELIMINARY MATTERS</u>

1.  The trial in this case may last six (6) weeks, and could run longer.  The typical trial day lasts from 9:30 a.m. to 5:00 p.m., with a lunch break from approximately 12:30 p.m. to 1:45 p.m., Monday through Friday.  If there is any reason why you are not available for service during the period beginning September 25, 2017 and ending approximately November 17, 2017, please explain your reason in detail.

    _____
    _____
    _____
    _____
    _____

2.  Are you able to read, write and understand the English language?

    Yes \_\_\_\_\_    With Difficulty _____    No _____

3.  Do you feel that you are able to complete this questionnaire without another's assistance?

    Yes _____    No _____

    IF YOUR ANSWER TO QUESTION 5 IS "NO," THEN PLEASE COMPLETE THE CERTIFICATION ON THE LAST PAGE AND RETURN THE QUESTIONNAIRE WITHOUT ANSWERING ANY ADDITIONAL QUESTIONS.

4.  Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?   If yes, please explain.

    _____
    _____

5.  Do you have any physical or medical condition, or are you taking any medication on a regular basis that would make it unusually difficult for you to serve as a juror in this case or to sit for long periods of time without a break?

    If yes, please explain.

    _____
    _____

Juror Number _____

6. Do you have any difficulty hearing that is not corrected with a hearing aid or any difficulty seeing that is not corrected by glasses or contact lenses?

If yes, please explain.

_____
_____

7. Will you be paid by your employer (including commissions and overtime) or otherwise be able to earn a living while serving on jury duty?
Yes _____   No _____   Don't Know _____   N/A _____

If no, will that be an economic hardship?  If it will be a hardship, please explain:

_____
_____

8. Do you have any personal, professional, educational or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial?  If yes, please explain.

_____
_____

## BACKGROUND INFORMATION

9. What is your marital status? (Check all that apply.)

Single and never married_____
Married _____ (# of years: _____)
Separated _____ (# of years: _____)
Divorced _____ (# of years: _____)
Divorced and remarried _____ (# of years: _____)
Living with significant other (domestic partner) _____ (# of years: _____)
Widow or Widower _____ (# of years: _____)

[Note: If living with someone, please provide information about your "significant other" or "domestic partner" on every question where information is requested about a "spouse."]

10. What is your race or ethnic background? _____

11. Were you or your spouse, or your former spouse or your parents born outside the U.S.?  If yes, for each person please state relation to you, place of birth and year they came to the U.S:[1]

---

**[1] The government objects to question 11, as not relevant and too invasive.  The defense submits that this question will provide information useful and necessary for the intelligent exercise of peremptory challenges.  With regard to all of the government's objections on the grounds of relevance, the defense notes that many questions do not directly address**

Juror Number _____

_____
_____
_____

12.  What is your neighborhood called? (e.g. Shaw, Adams Morgan, Trinidad)

_____

13.  How long have you lived in Washington, D.C.? _____

14.  In what other cities, towns, or areas have you maintained your residence?

_____
_____

15.  Do you: Own _____   Rent _____ Live with relatives/friends _____

### EMPLOYMENT AND EDUCATION

16.  What is your occupational status? (Check all that apply.)

Work full-time outside the home _____
Work part-time outside the home _____
Full-time homemaker _____
Homemaker with part-time employment _____
Volunteer full-time with charitable organization _____
Volunteer part-time with charitable organization _____
Unemployed – looking for work _____
Unemployed – not looking for work _____
Full-time student _____
Part-time student _____
Retired _____
Disabled _____
Other (please specify) _____

   a.  If you are a student (full or part-time), please describe your area of study:

_____
_____

   b.  If you are currently employed, please state your current occupation, name of your
   employer, how long you have worked for your current employer, job title, primary
   responsibilities, and number of people you supervise (if any):

_____
_____

---

**relevant evidence, but may provide some useful insight into a juror's perspective which may, in turn, assist the parties in exercising peremptory challenges.**

Juror Number _____

c. If you are currently unemployed, retired, disabled or otherwise not employed outside the home, please state your last full time job, name of employer, job duties and how many years it has been since you were so employed:

_____
_____

17. Are you self-employed or do you own any portion of the business at which you work?
Yes _____ No _____

18. Describe your spouse's current occupation, employer, primary responsibilities and length of employment.

_____
_____

19. Are you, your spouse or any family member a vendor, contractor or subcontractor for the United States Government or do you or they work for a vendor, contractor or subcontractor for the United States Government?    Yes _____    No _____

If yes, please explain:

_____
_____

20. Check the highest level of education attained by you and your spouse.

|  | You | Spouse |
|---|---|---|
| Grade school or less | _____ | _____ |
| Some high school | _____ | _____ |
| High school graduate | _____ | _____ |
| Technical or business school | _____ | _____ |
| Some college | _____ | _____ |
| 2-year college degree | _____ | _____ |
| 4-year college degree | _____ | _____ |
| Post-graduate study – no degree | _____ | _____ |
| Graduate degree | _____ | _____ |

21. If you have any education or training beyond high school, please provide the following:

College or school:_____
Major area(s) of study:_____
Degrees or certificates:_____

22. Did you grow up in a household or neighborhood where the Arabic language or any of its dialects were spoken?  Yes _____ No _____

If yes, please explain:

4

Juror Number _____

_____
_____

23.  Do you speak, read, understand or have you studied Arabic?  Yes _____ No _____

24. Check to indicate whether you or your spouse (significant other, domestic partner) has taken any courses, received any training, or sought or obtained employment, in any of the following fields:

| | You | Spouse |
|---|---|---|
| Law/Paralegal/Legal Field | _____ | _____ |
| Criminal Justice/Law Enforcement | _____ | _____ |
| Security/Intelligence | _____ | _____ |
| Private Investigations | _____ | _____ |
| Corrections/Jail/Prisons | _____ | _____ |
| Firefighting/Rescue Squad/EMT | _____ | _____ |
| Military History/Tactics | _____ | _____ |
| Terrorism/Counterterrorism | _____ | _____ |
| Religion/Ethics/Philosophy | _____ | _____ |
| Islamic Studies/Law | _____ | _____ |
| Middle Eastern Studies/History | _____ | _____ |
| Foreign Studies/Foreign Services | _____ | _____ |
| International Relations | _____ | _____ |
| Journalism/Media/Communications | _____ | _____ |
| Video and Surveillance Technology | _____ | _____ |
| Psychology/Psychiatry/Mental Health | _____ | _____ |
| Immigration/Refugee/Aid Work | _____ | _____ |

For any item checked, please describe the training or employment:

_____
_____
_____
_____

## ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

25. Are you currently or have you ever been a member or regular participant in any civic, social, union, professional, business, fraternal, recreation or other community groups or organizations?    Yes _____    No_____

If yes, please list the names of those groups or organizations, your role and how long a member.

_____
_____

26. Have you ever donated money, goods, and your time or otherwise volunteered to work for any charitable cause or organization?   Yes _____    No _____

Juror Number _____

If yes, please describe the purpose of those organizations:

_____
_____

27. What are your hobbies, recreational, leisure or spare time activities?

_____
_____
_____

28. How would you characterize yourself: (check one)
Leader _____    Follower _____   Team Player _____   Disrupter _____   Loner _____

29. Have you or any member of your family ever attended a meeting, sponsored an effort, or supported any group that deals with victims' rights or with the reform of any laws?
Yes _____ No _____

If yes, please explain:

_____
_____

30. Other than as a voter, are you now or have you ever been actively involved in politics?
Yes ____ No ____

If yes, please describe:

_____
_____

31. Do you or your spouse belong to or are you associated with or do you contribute money to any political action committee, think tank or public policy group?
Yes ____ No ____

If yes, please explain:

_____
_____

## RELIGIOUS AFFILIATION & BELIEFS

32. Are you presently a member, or do you regularly attend a church, synagogue, mosque, temple or other religious organization?  Yes _____ No _____

If yes, what religion and how often do you attend religious services?

_____

33. What religion, if any, were you raised in?

_____

6

Juror Number _____

34. Have you ever felt discriminated against because of your religious beliefs?
Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____
_____

## **PRIOR JURY SERVICE**

35. Have you ever served on a grand jury or jury in a trial?
Yes _____    No _____

If yes, how many times have you served as a juror? _____

For each jury service, please indicate:

| Year | Federal or State | Civil or Criminal | Charge or Type of Case | Verdict Reached |
|---|---|---|---|---|
| \_\_\_\_\_ | _____ | _____ | _____ | _____ |
| \_\_\_\_\_ | _____ | _____ | _____ | _____ |
| \_\_\_\_\_ | _____ | _____ | _____ | _____ |
| \_\_\_\_\_ | _____ | _____ | _____ | _____ |

36. Have you ever served as a jury foreperson? Yes \_\_\_\_\_ No _____

If yes, how many times? _____

37. Is there anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?  Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____
_____

38. Do you know any of the other jurors who have been called for jury service in this case?
Yes \_\_\_\_\_ No _____    If yes, which jurors?

_____
_____

39. Since you received your jury summons, did you do any research, online or other, about this case or the parties involved?   Yes \_\_\_\_\_ No _____

If yes, please describe:

Juror Number _____

_____

_____

## MILITARY SERVICE

40. Have you or any close family member ever served in the armed forces? Yes ____ No _____

If yes, please respond to the following both as to yourself and to your close family members:

|                              | You | Family Members |
|------------------------------|-----|----------------|
| Branch and highest rank:     | _____ | _____ |
| Dates of service:            | _____ | _____ |
| Duties:                      | _____ | _____ |
| Place of service:            | _____ | _____ |
| Type of discharge:           | _____ | _____ |
| Ever served in intelligence? | _____ | _____ |

41. Have you or anyone close to you served in Iraq, Afghanistan, Desert Storm or the Persian Gulf War or served in the Middle East or North Africa? Yes _____ No _____

If yes, please explain who (in relation to you), where, when and duty:

_____

_____

42. Has anyone in your family been injured or killed while serving in a combat or military zone? Yes _____ No _____

If yes, please explain who (in relation to you), where, when and the circumstances of injury or death:

_____

_____

43. Have you or anyone in your family, worked or volunteered, or planned to work or volunteer, in any civilian, or nonmilitary government capacity anywhere in the Middle East or North Africa? Yes _____ No _____

If yes, please explain who (in relation to you), where, when and the circumstances:

_____

_____

44. Have you, any family member or close personal friend ever been employed by or worked as a contractor for the United States Department of State, the Central Intelligence Agency (CIA) or any United States intelligence agency or service? Yes _____   No _____

If yes, please explain who the person is in relation to you, when the person was so employed, his or her position or job description:

8

Juror Number _____

_____
_____

## CONTACT, KNOWLEDGE & EXPERIENCE WITH ISLAM, MUSLIMS

45. What are your views of the Muslim or Islamic faith?

_____
_____

46. When you hear the word "Muslim," what thoughts, if any, come to mind?

_____
_____

47. How knowledgeable are you about the history or practices of Islam? (Check one)
Very Knowledgeable       ____            Somewhat Knowledgeable ____
Not Too Knowledgeable ____            Not Knowledgeable At All ____

Please explain:

_____
_____

48. Are you, any of your family members or close friends Muslim, or of Libyan or Arab
descent? Yes ____ No ____  If yes, please explain.

_____
_____
_____

49. Do you know anyone who has converted to Islam? Yes ____ No ____ If yes, please
explain:

_____
_____

50. What is your understanding of Sharia law?

_____
_____
_____

51. Have you or any family member or close personal friend ever been to a mosque for any
reason, or participated in any Muslim ceremony or celebration such as a wedding or
Ramadan activities?  Yes ____   No ____

If yes, please explain:

_____
_____

52. Have you ever had any personal contact with people who are Muslim, or who are of
Libyan or Arab descent?   Yes ____ No ____

9

Juror Number _____

If yes, please explain in what situations or contexts you have met or interacted with people who are Muslim or of the Libyan or of Arab descent:

_____

_____

53. Have you, a family member or close personal friend ever traveled to or resided in the Middle East region or to any predominantly Muslim country or region (or have current plans to do so), including but not limited to Afghanistan, Egypt, Iran, Iraq, Israel, the West Bank or Gaza, Jordan, Kuwait,  Lebanon, Libya, Palestine, Pakistan, Qatar, Saudi Arabia, Sudan, Syria, Tunisia, United Arab Emirates, and Yemen?   Yes _____ No _____

If yes, please list the countries you visited in the Middle East or North Africa, when you visited there and the purpose of your visit(s):

_____

_____

54. Is there anything about Islamic teachings or doctrine, or anything about Islamic or Muslim cultural practices, such as women wearing a headscarf or hijab, that is offensive to you? Yes _____ No _____

If yes, please explain:

_____

_____

55. Do you believe the religion of Islam endorses the use of violence? Yes _____ No _____

If yes, please explain:

_____

_____

56. Do you think that the United States should have surveillance on mosques in the country?[2] Yes _____ No _____

If yes, please explain:

_____

_____

57. Have you, or any member of your family ever written to any elected or appointed government official; or written to any newspaper or magazine; or called into a television

_____

**[2] The government objects to question 56 as not relevant.  The defense submits that this question will provide information that is useful and necessary for the intelligent use of peremptory challenges.  *See* Footnote 1.**

Juror Number _____

or radio program or written in any internet chat room or on social media to express your opinion about Islam, Muslims, or immigration issues?   Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____
_____

58. What is your opinion, if any, about United States policies on immigration?[3]

_____
_____

59. Do you have any views or experiences regarding Muslims or the Islamic faith that would affect your ability to be an impartial juror in this case? Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____
_____

## KNOWLEDGE & EXPERIENCE WITH TERRORIST ACTS AND U.S. POLICY

60. The government will allege that the acts charged here were acts of terrorism.  Have you or any of your family members or close friends had any personal experience with any act of terrorism? Yes \_\_\_\_   No \_\_\_\_

If yes, please explain who (in relation to you) and circumstances:

_____
_____

61. Do you personally know anyone who was killed or injured or participated in the rescue efforts, support for victims, or investigation related to any international or domestic terror attacks?

If yes to any of the above, please provide the details:

_____
_____

62. How concerned are you that a terrorist will commit acts of violence near where you and your family live or work?

Very Concerned \_\_\_\_              Somewhat Concerned \_\_\_\_              Not Concerned \_\_\_\_

---

[3]**The government objects to question 58 as not relevant.  The defense submits that this question will provide information that is useful and necessary for the intelligent use of peremptory challenges.** *See* **Footnote 1.**

Juror Number _____

63. Do you have any personal experiences or feelings arising from any terrorist attacks on the United States that might interfere with your ability to serve in a case of this nature? Yes _____ No _____

If yes, please explain:

_____

_____

64. Have you read books, articles or periodicals, seen movies/TV shows, taken educational courses or seminars, received on-the-job-training, had employment-related experiences, or had any other significant exposure relating to the following:   (check all that apply)

Abu Bakar Al-Baghdadi _____    Al-Qaeda _____    Al-Qaeda in Iraq (AQI)_____
Al Qaeda in the Islamic Mahareb (AQIM) _____    Anwar Al-Awlaki _____
As-Sahab Media _____    Ayman al Zawahiri _____    Boko Haram ___
Inspire Magazine _____    Islamic State (a/k/a ISIS, ISIL, ISI) _____
Khalid Sheikh Mohammed (KSM) _____    Muhammad Jamal network _____
Muammar Gaddafi _____    Osama Bin Laden _____    The Taliban _____
War on Terror _____

If you checked any of the above, please explain:

_____

_____

65. What is your understanding and opinion of the terms "Islamic Fundamentalist" and "Radical Islamic Fundamentalist?"

_____

_____

66. Do you think our government is too aggressive or not aggressive enough in its efforts to fight terrorism? (Check one)
Too aggressive _____        Not aggressive enough _____        Don't know/no opinion _____

Please explain:

_____

_____

67. Do you believe the United States Government acts fairly or unfairly towards countries with predominantly Muslim populations ? (Check one)

Always fairly ___ Sometimes fairly ___   Sometimes unfairly ___ Always unfairly _____

Please explain:

_____

_____

Juror Number _____

68. Do you have any views about, or experience with the United States response to terrorism or its foreign policy concerning the Middle East that would affect your ability to be an open-minded juror in this case?  Yes _____ No _____

 If yes, please explain:

 _____
 _____

69. Have you, or anyone close to you had any experiences, feeling or impressions about Muslims that would make it difficult for you to listen to evidence with an open mind in a case against a Muslim defendant accused of conspiring to commit acts against the United States?  Yes _____ No _____

 If yes, please explain:

 _____
 _____

### MEDIA EXPOSURE

70. What are your primary sources for local and national news and information?

 (Check all that apply)

 Newspapers (including online) _____   TV/cable _____    Internet _____    Blogs/websites _____
 Social Media _____     Radio ___ News magazines _____   Word of mouth/conversations _____
 Other sources (specify) _____            Do not follow local or national news _____

 Please identify by names your primary sources of news and information:
 _____
 _____

71. Do you ever listen to political commentators on TV or talk radio?  Yes _____ No _____

 If yes, please list the commentators you listen to:

 _____
 _____

72. Do you have an account or profile on any social media networking website (Facebook, Twitter, Instagram, LinkedIn, etc.)? Yes _____   No _____

 If yes, please indicate how often you use any form of social media (check one):

 Several times a day__   Daily__   Several times a week__ Weekly__   Rarely__ Never__

13

Juror Number _____

73. What are your favorite TV shows?

(1)_____ (2) _____ (3) _____
(4) _____ (5) _____

74. Do you regularly watch TV, cable or streaming television shows about law, law
enforcement, crime courts, espionage or foreign affairs?
Yes \_\_\_\_ No \_\_\_\_

If yes, which shows?

_____
_____

75. How closely have you followed media reports relating to acts of international and
domestic terrorism, terrorist plots, or any other terrorism related cases or topics?

Very Closely \_\_\_\_ Somewhat Closely \_\_\_\_ Not too closely \_\_\_\_    Not at all \_\_\_\_\_

Please explain your answer:

_____
_____
_____

76. Have you ever followed media coverage of any criminal cases involving criminal
prosecutions of people charged with committing terrorist acts of terrorism or support of
terrorism?      Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____
_____

77. There is likely to be media coverage of this case.  To assure that the decision of jury in
this case is not based upon influences outside the courtroom, the Court instructs that you
must avoid reading about the case in the newspapers or listening to any radio or television
reports concerning this case including news coverage or communications on the internet
or social media.  You may not discuss or communicate about this case with your family,
friends or co-workers or anyone else including on the internet or social media.  Also, until
you retire to deliberate, you may not communicate about this case with your fellow jurors.
Will you be able to follow these instructions?   Yes \_\_\_\_ No \_\_\_\_

If no, please explain.

_____
_____

**KNOWLEDGE OF TRIAL PARTICIPANTS AND THE CASE**

Juror Number _____

The charges in this case arise out events that occurred in Benghazi, Libya on September 11-12, 2012, including the deaths of U.S. Ambassador Christopher Stevens, Sean Smith, Tyrone Woods and Glen Doherty in Benghazi.  There is nothing wrong with having heard or read something about this case.  It is important that you truthfully and fully answer the following questions concerning your knowledge about the case and trial participants.

78. The judge who will preside over this case is The Honorable Christopher R. Cooper of the United States District Court for the District of Columbia.  Do you or anyone close to you know or have any connection with Judge Cooper or any of his staff?

Yes ____ No ____

If yes, please explain:

_____

_____

79. In this case, the government will be represented by the following Assistant United States Attorneys.  They work at 555 4th Street, N.W., Washington, D.C.  Do you know, or have you had any social or professional contact with any of them, or any member of their staff?

| | | |
|---|---|---|
| John Crabb, Jr. | Yes _____ | No _____ |
| Julieanne Himelstein | Yes _____ | No _____ |
| Michael C. DiLorenzo | Yes _____ | No _____ |
| Opher Shweiki | Yes _____ | No _____ |
| Rayneisha Booth (paralegal) | Yes _____ | No _____ |

If yes, please explain:

_____

_____

80. In this case, the defendant will be represented by lawyers from the Federal Public Defender's Office, 625 Indiana Avenue, N.W., and lawyers from the law firm of Lewis Baach Kaufmann Middlemiss PLLC, 1899 Pennsylvania Avenue, N.W., who are representing the defendant by court appointment.  Do you know, or have you had any social or professional contact with any of them, or any member of their staff?

| | | |
|---|---|---|
| Michelle M Peterson | Yes _____ | No _____ |
| Mary M. Petras | Yes _____ | No _____ |
| Eric L. Lewis | Yes _____ | No _____ |
| Jeffrey D. Robinson | Yes _____ | No _____ |
| Waleed E. Nassar | Yes _____ | No _____ |
| Cole Lautermilch (paralegal) | Yes _____ | No _____ |
| Lauren R. Skala (paralegal) | Yes _____ | No _____ |

If yes, please explain:

15

Juror Number _____

_____

_____

81. The defendant in this case is Ahmed Abu Khatallah, age 46, who is a resident of Benghazi, Libya.  Do you, any member of your family or close personal friends know, or have any connection with Mr. Abu Khatallah or any of his family members? Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____

_____

82. Do you, any family member or close personal friend know or have any connection to the following seven U.S. citizens who were killed or wounded in the attacks at the U.S. Special Mission facility and CIA Annex in Benghazi on September 11 and 12, 2012, or any of their family members or close friends?

J. Christopher Stevens (U. S. Ambassador to Libya)          Yes \_\_\_\_\_  No \_\_\_\_\_
Sean Patrick Smith (Information Management Specialist)      Yes \_\_\_\_\_  No \_\_\_\_\_
Scott Wickland, (Assistant Regional Security Officer)       Yes \_\_\_\_\_  No \_\_\_\_\_
David Ubben (Assistant Regional Security Officer)           Yes \_\_\_\_\_  No \_\_\_\_\_
Tyrone Snowden Woods (Security Officer)                     Yes \_\_\_\_\_  No \_\_\_\_\_
Glenn Anthony Doherty (Security Officer)                    Yes \_\_\_\_\_  No \_\_\_\_\_
Mark Geist (Security Officer)                               Yes \_\_\_\_\_  No \_\_\_\_\_

If yes, please explain your knowledge and connection to each:

_____

_____

_____

83. Have you read or heard anything about any of these seven (7) individuals or their families? Yes \_\_\_\_\_  No \_\_\_\_\_

If yes, please explain what you have read or heard.

_____

_____

84. Do you, any family member or close personal friend know or have any connection to any other individual who was inside the U.S. Special Mission facility and/or CIA Annex in Benghazi on September 11 and 12, 2012, or any of their family members or close friends? Yes \_\_\_\_\_  No \_\_\_\_\_

16

Juror Number _____

If yes, please explain your knowledge and connection to each:

_____

_____

85. A list is attached at the end of this questionnaire containing the names of people who may either be witnesses in the case or who may be discussed during the trial.  Please review the list and identify any names that you recognize.

86. Do you or any member of your family work for, or have any connection with any of the following organizations that may be mentioned in connection with this case:

| | | |
|---|---|---|
| United States Department of State | Yes _____ | No _____ |
| Federal Bureau of Investigation | Yes _____ | No _____ |
| Central Intelligence Agency | Yes _____ | No _____ |
| Diplomatic Security Services | Yes _____ | No _____ |
| United States Department of Defense | Yes _____ | No _____ |

If yes, please explain:

_____

_____

87. Do you, any family member or close personal friend have any personal, professional or business connection or relationship with any Libyan citizen or the Libyan government? Yes _____ No _____

If yes, please describe.

_____

_____

88. Do you, any family member or close personal friend have any special knowledge, experience or expertise with respect to the country of Libya, Muammar Gaddafi, the Gaddafi family, the Gaddafi regime, or the Libyan civil war, including the February 17th Brigade and the establishment of the Transitional National Council (TNC)? Yes _____ No _____

If yes, please describe.

_____

_____

89. Have you, any family member or close personal friend been employed or had any association or connection with any of the following:

17

Juror Number _____

a. House Select Committee on Benghazi                          Yes \_\_\_\_\_   No \_\_\_\_\_
b. House Select Committee on Intelligence                      Yes \_\_\_\_\_   No \_\_\_\_\_
c. House Armed Services Committee                              Yes \_\_\_\_\_   No \_\_\_\_\_
d. House Foreign Affairs Committee                             Yes \_\_\_\_\_   No \_\_\_\_\_
e. House Judiciary Committee                                   Yes \_\_\_\_\_   No \_\_\_\_\_
f. House Committee on Oversight and Government Reform          Yes \_\_\_\_\_   No \_\_\_\_\_
g. National Republican Congressional Committee (NRCC)         Yes \_\_\_\_\_   No \_\_\_\_\_
h. U.S. State Department Accountability Review Board          Yes \_\_\_\_\_   No \_\_\_\_\_

If yes, to any of the above, please explain in detail your (his/her) employment, association or connections:

_____

_____

_____

90. Have you, any family member or close personal friend participated or had any connection with any other government agency, group, organization, committee or subcommittee, public or private group or organization, including any media group or organization that has investigated or made inquiry into the circumstances surrounding the September 11-12, 2012 attacks at United States Special Mission facility and CIA Annex in Benghazi, Libya? Yes \_\_\_\_\_   No \_\_\_\_\_

If yes, please explain.

_____

_____

91. Did you, any family member or close personal friend attend, view or listen to any portion of any Congressional hearing related to the September 11-12, 2012 attacks at the United States Special Mission facility and CIA Annex in Benghazi?  Yes \_\_\_\_\_   No \_\_\_\_\_

If yes, please explain.

_____

_____

_____

92. What have you read, seen or heard about the incidents that occurred at the United States Special Mission facility and CIA Annex in Benghazi, Libya, on September 11-12, 2012?

_____

_____

_____

18

Juror Number _____

_____
_____
_____
_____

93. Have you seen any movies (to include *13 Hours*), videos, or documentaries, or read any books (to include former CIA Deputy Director Michael Morrell's book, *The Great War of Our Time: The CIA's Fight Against Terrorism – From al Qa'ida to ISIS,* or Kenneth R. Timmerman's *Dark Forces: The Truth About What Happened in Benghazi*), reports or scholarly articles specifically related to the September 11-12, 2012 attacks on the U.S. Special Mission facility and CIA Annex in Benghazi?  Yes _____   No _____

If yes, please describe.

_____
_____

94. Have you discussed the September 11–12, 2012 attacks at the U.S. Special Mission facility and CIA Annex in Benghazi with family members, friends or co-workers, or overheard any discussion about these events? Yes _____   No _____

If yes, please describe.

_____
_____

95. Have you previously formed or expressed any opinion(s) about any aspect of the events that occurred September 11-12, 2012 at the U.S. Special Mission facility and CIA Annex in Benghazi including whether action or inaction on the part of the U.S. Department of State, to include the then-sitting Secretary of State, Hillary Rodham Clinton, contributed to the attack or the ability of the U.S. Government to respond to such attack?   Yes _____ No _____

If yes, please describe.

_____
_____

(a)  Is this an opinion you hold today? Yes _____   No _____   Unsure _____

96. Do you have strong feelings concerning the presence of the U.S. Department of State, the CIA, or the U.S. Department of Defense in foreign countries, to include Libya? Yes ____ No ____

19

Juror Number _____

If yes, please explain.

_____

_____

97. The U.S government provided military support to Libyan rebels in Libya during the Libyan revolution against the regime of Muammar Gaddafi. Do you have strong feelings about the United States conducting such operations?
Yes ____ No ____

If yes, please explain.

_____

_____

98. In this case, you may hear that the U.S. military participated in the capture of the defendant, Ahmed Abu Khattalah, in Libya. You may also hear that the operation was conducted unilaterally, that is, without the permission or knowledge of the government of Libya. Do you have strong feelings about the United States conducting such an operation?
Yes ____ No ____

If yes, please explain.

_____

_____

99. In this case, you may hear references to classified information. Classified information is information or material that has been determined by the U.S. Government, pursuant to an Executive order, statute, or regulation, to require protection against unauthorized disclosure. The Court, using the Classified Information Procedures Act (CIPA), balances between the Government's interest in non-disclosure of classified information and the interest of the defendant and/or the public to have access to such information to ensure that there is a fair trial. Therefore, evidence admitted during the trial, which contains classified information, may include redactions or substitution to classified information. Do you have strong feelings about the use of CIPA to protect classified information in a criminal case, or about your access to or the lack of access to classified information during the trial?
Yes ___ No ____

If yes, please explain.

_____

_____

20

Juror Number _____

100. Do you have strong feelings about the extraterritorial application of federal criminal laws or the Court's determination that a federal criminal statute has extraterritorial effect? Yes ___ No ___

If yes, please explain:

_____

_____

101. Have you formed any opinion or reached any conclusion about what individual or individuals, group(s) or organization(s) are responsible for attacking the U.S. Special Mission facility and CIA Annex in Benghazi on September 11-12, 2012?  Yes __   No __

If yes, please explain.

_____

_____

102. What have you read, seen or heard about the defendant, Ahmed Abu Khatallah, and the charges in this case, to include any statements made by or attributed to Mr. Abu Khatallah?

_____

_____

_____

_____

_____

_____

_____

103. Have you discussed, or overheard others discuss this case, Mr. Abu Khatallah, or the charges in this case?[4] Yes ____ No ____

If yes, please describe what was discussed:

_____

_____

---

**[4] The government objects to question 103 as too broad.  The defense submits that any information regarding jurors' knowledge of the case could be useful to the exercise of challenges for cause and peremptory challenges.**

Juror Number _____

104. Have you formed or expressed any opinion about Mr. Abu Khatallah, the charges in this case, or about his guilt or innocence in this case?      Yes \_\_\_\_ No \_\_\_\_

If yes, what opinions have you formed or expressed?

_____

_____

105. Mr. Abu Khatallah is from Benghazi, Libya, and his family resides there.  Do you have any feelings about people from Libya or anyone elsewhere in the Middle East or North Africa that would interfere with your ability to be an objective and impartial juror? [5] Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____

_____

106. If evidence or testimony was presented in court that the defendant, Mr. Abu Khatallah held or expressed negative views or opinions about the United States and Americans, would the evidence of these views taken by itself cause you to form an opinion about his guilt on these charges, regardless of any other evidence that develops at trial, or the legal instructions given to you by the Court?[6]      Yes \_\_\_\_\_   Maybe \_\_\_\_\_   No \_\_\_\_\_

Please explain your answer:

_____

_____

107. Although multiple individuals were involved in the September 11-12, 2012 attack on the U.S. Special Mission and CIA Annex in Benghazi, Mr. Ahmed Abu Khatallah is the only individual who is on trial in this case.  Do you have strong feelings about the fact that Mr. Abu Khatallah is the only defendant at this trial? Yes \_\_\_\_ No \_\_\_\_

If yes, please explain

---

**[5] The government objects to question 105 as repetitive.  The defense submits that this question, unlike any other, asks for jurors' feelings with regard to people from Libya, the Middle East and North Africa.**

**[6] The government objects to the wording of question 106, and instead would ask:  In this case, you may hear evidence that the defendant, Mr. Abu Khatallah, held or expressed negative views or opinions about the United States and Americans.  The Court will instruct you that such an expression alone is not sufficient to convict the defendant of the charged offenses, but may be used as evidence of the defendant's intent or motive in the case. Would you be able to follow the Court's instruction on how to evaluate that evidence?**

22

Juror Number _____

_____
_____

108. Do you feel strongly about a witness receiving financial benefits or assistance in witness/family relocation from the U.S. government?
Yes _____ No _____

If yes, please explain.

_____
_____

109. In this case, the Court may instruct you on aider and abettor liability and conspirator liability. In such cases, an aider and abettor can be held legally responsible for a criminal act as the principle, that is, the one who actually committed the criminal act; a coconspirator can be held responsible for a criminal act as the coconspirator, who actually committed the criminal act. Do you feel strongly about aider and abettor liability and/or conspirator liability?[7] Yes ___ No ___

If yes, please explain:

_____
_____

## EMPLOYMENT WITH LAW, LAW ENFORCEMENT & THE COURTS

110. Have you, a family member, or anyone close to you ever worked in any aspect of the legal field as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, etc.? Yes _____ No _____

If yes, please explain:

_____
_____

111. Check to indicate whether you, a member of your family, or a close friend, have ever applied for employment with, were employed by, or received training by any local, state, or federal law enforcement agency, including the following:

| | | |
|---|---|---|
| Department of Justice     (DOJ) | Yes ____ | No ____ |
| Federal Bureau of Investigation (FBI) | Yes ____ | No ____ |
| U.S. Attorney's Office | Yes ____ | No ____ |
| Bureau of Alcohol, Tobacco, Firearms (ATF) | Yes ____ | No ____ |
| Internal Revenue Service (IRS) | Yes ____ | No ____ |
| Department of Homeland Security (DHS) | Yes ____ | No ____ |

---

**[7] The defense objects to question 109 as an oversimplified and potentially misleading statement of theories of liability. The government submits that this question will provide information that is useful and necessary for the intelligent use of peremptory challenges.**

23

Juror Number _____

| | | |
|---|---|---|
| U.S. Marshall's Service | Yes \_\_\_\_ | No \_\_\_\_ |
| U.S. Immigrations & Customs Enforcement (ICE) | Yes \_\_\_\_ | No \_\_\_\_ |
| U.S. State Department | Yes \_\_\_\_ | No \_\_\_\_ |
| U.S. Bureau of Prisons (BOP) | Yes \_\_\_\_ | No \_\_\_\_ |
| Central Intelligence Agency (CIA) | Yes \_\_\_\_ | No \_\_\_\_ |
| Defense Intelligence Agency (DIA) | Yes \_\_\_\_ | No \_\_\_\_ |
| National Security Agency (NSA) | Yes \_\_\_\_ | No \_\_\_\_ |
| National Geospatial Intelligence Agency (NGA) | Yes \_\_\_\_ | No \_\_\_\_ |
| U.S. Secret Service | Yes \_\_\_\_ | No \_\_\_\_ |
| Transportation Security Administration (TSA) | Yes \_\_\_\_ | No \_\_\_\_ |
| Federal, state or local prison or jail | Yes \_\_\_\_ | No \_\_\_\_ |
| Federal, state or local courthouse | Yes \_\_\_\_ | No \_\_\_\_ |
| Federal, state or local prosecutor's office | Yes \_\_\_\_ | No \_\_\_\_ |

If yes to any of the above, please explain who (in relation to you), agency, when and for how long, position or involvement:

_____

_____

112. Several witnesses in this case will be law enforcement officers, including agents from the Federal Bureau of Investigation (FBI). Under the law, the testimony of a law enforcement officer is to receive no greater or no lesser consideration simply because that witness is a law enforcement officer. Regardless of the law, would you nonetheless tend to believe the testimony of a law enforcement officer over the testimony of any other witness?[8]
Yes \_\_\_\_ No\_\_\_\_\_

If yes, please explain:

_____

_____

113. Do you have any opinions or beliefs concerning law enforcement in general, including the Federal Bureau of Investigation (FBI) or the Department of Justice, that would affect your ability to evaluate the evidence fairly and impartially? Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____

_____

---

**[8] The government objects to the wording of question 112, and instead would ask:  Several witnesses in this case will be law enforcement officers.  The judge will instruct you that the testimony of a law enforcement officer is to receive no greater or no lesser consideration simply because that witness is a law enforcement officer.  Would you have difficulty following that instruction?**

24

Juror Number _____

## EXPERIENCE WITH CRIME & VIOLENCE

114. Have you, any family member or any personal friend ever been the victim of or witness to a crime, reported or not?    Yes _____    No _____

If yes, for each incident please provide the following information: type of crime, who (you or relationship to you), when the crime occurred, whether anyone was arrested, and if so, the outcome of the case.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

115. Have you or has a family member or close friend ever been subpoenaed to be a witness, or testified as a witness in any court proceeding or criminal case?  Yes _____ No _____

If yes, please explain.

_____
_____

116. Have you, a family member or close friend ever been arrested, charged, prosecuted or convicted of any crime other than a traffic ticket?
Yes ____  No _____

If yes, please explain who (in relation to you) when and what happened.

_____
_____
_____
_____
_____
_____

## BELIEFS ABOUT THE CRIMINAL JUSTICE SYSTEM

117. Describe your general opinions about the following:

The Criminal Justice System.

25

Juror Number _____

_____
_____

Law Enforcement Officers.

_____
_____

Prosecuting Attorneys.

_____
_____

Defense Attorneys.

_____
_____

118. Do you feel that the criminal justice system generally treats criminals too harshly, about right or too leniently?  (Check one) Too Hard ___    About Right ___    Too Lenient ___

119. Do you believe that non-citizens accused of crimes in U.S. courts should be afforded the same constitutional rights as U.S. citizens?   Yes ____ No ____

120. Do you believe that defendants accused of participating in terrorist acts should be given the same constitutional rights as other criminal defendants?   Yes ___   No ____

121. Do you believe that if the government goes through the trouble of bringing someone to trial, he or she is guilty?   Yes ____ No _____

122. Do you agree or disagree with the principle that it is better to risk letting a guilty person go free than to wrongly convict an innocent person.  Agree _____ Disagree ____

123. Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in a terrorism trial?        Yes ____   No ____

## **LEGAL PRINCIPLES**

124. Do you believe the protections of free speech including criticism of United States foreign policy should extend not only to citizens born in the United States but also to non-citizens and individuals outside the United States? Yes ____ No ____

If no, please explain:

_____
_____

Juror Number _____

125. An indictment is not evidence. It is a document that sets forth the charges made against the defendant, it is an accusation.  It may not be considered as any evidence whatsoever of any defendant's guilt.  Will you be able to follow this rule of law?[9]  Yes _____ No _____

If no, please explain:

_____

_____

126. The defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, finds that the government has proven his guilt beyond a reasonable doubt.  The burden of proving guilt rests entirely with the government.  The defendant is not required to prove his innocence.  Can you adhere to and follow this principle of law?[10]  Yes _____    No _____

If no, please explain:

_____

_____

127. Under the law, a person who is charged with a crime is presumed to be innocent.  How difficult would it be for you to presume that a person who is charged with conspiracy to kill United States citizens is innocent?[11]  (Check one)
Very Difficult _____               Somewhat Difficult _____
Not Too Difficult _____            Not Difficult At All _____

Please explain:

_____

_____

---

**[9] The government objects to the wording of question 125, and instead would ask:  The judge will instruct you that an indictment is not evidence, that it is a document that sets forth the charges made against the defendant.  It may not be considered as evidence of the defendant's guilt.  Will you be able to follow the judge's instruction?**

**[10] The government asks to change this question to begin with "the judge will instruct you that."**

**[11] The government objects to question 127 as duplicative of question 126.  The defense submits that question 126 ask whether a juror can follow the law, while question 127 asks for a juror views on applying the law.  An inability to follow the law would be the basis for a challenge for cause, while a negative view on applying the law would be a basis for a peremptory challenge.**

Juror Number _____

128. The United States has the burden of proving its case beyond a reasonable doubt.  If the United States fails to prove the defendant's guilt beyond a reasonable doubt, the defendant must be found not guilty.  Can you follow and apply this principle of law?[12]
Yes ____ No _____

If no, please explain:

_____
_____

129. Under the law, a defendant accused of a crime does not have to testify in his or her defense.  If a defendant does not testify, the jury may not consider that fact in any way in deciding whether a defendant is guilty.  Can you follow and apply this principle of law?[13]
Yes ____          No _____

If no, please explain:

_____
_____

130. The judge will instruct you that the charges in this case include:  providing material support resulting in death, murder of an international protected person, murder and attempted murder of an officer and employee of the United States, killing a person in the course of an attack on a federal facility, destroying property of the United States by fire and explosives, and carrying a firearm during a crime of violence. Is there anything about the charges which would affect your ability to be fair?  Yes ____ No _____

If yes, please explain:

_____
_____

131. Jurors are the sole judges of the facts.  However, the jury must follow the principles of law as instructed by the judge.  The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them.  Do you have any personal beliefs that would make it difficult to follow the Court's legal instructions, whatever they may be?
Yes ____ No ____

---

**[12] The government objects to question 128 as duplicative of question 123 and 126.  The defense submits that the questions are not the same, and although these questions seek answers related to the same issue, this issue is critical and asking both questions is not a burden or time consuming.**

**[13] The government asks to begin question 129 with "The judge will instruct you that" instead of "Under the law."**

Juror Number _____

If yes, please explain:

_____

_____

132. Is there anything about this case, the issues, and/or the people involved in this case or any other reason you could not be completely fair to the defendant, Ahmed Abu Khatallah, and the U.S. Government in this case?
Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____

_____

## **CONCLUDING QUESTIONS**

133. If you were selected to serve on this jury, would you consider and respect the view of other jurors even if their views differed from yours, in accordance with the courts instructions?  Yes \_\_\_\_ No \_\_\_\_

134. If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds, would you, as a juror, be able to reject that suggestion and abide by your oath to this court to decide the case solely on the evidence and law as the court has instructed you to do, without regard to sympathy, bias or prejudice?   Yes \_\_\_\_ No \_\_\_

135. Do you have any personal reason for wanting to serve as a juror in this case, or any personal interest in the outcome of the case?   Yes \_\_\_\_ No \_\_\_

If yes, please explain:

_____

_____

136. If you are selected to serve as a juror on this case, would you be concerned about reactions to your verdict by any other individual, group or media organization?
Yes \_\_\_\_ No \_\_\_

If yes, please explain:

_____

_____

137. Is there anything you prefer to discuss privately with the judge or is there any matter not covered by this questionnaire that you think the attorneys or the Court might want to know about you when considering you as a juror in this case?   Yes \_\_\_\_ No\_\_\_\_\_

Juror Number _____

If yes, please indicate here:

_____

_____

138. Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?   Yes _____ No _____

If yes, please explain:

_____

_____

139. As a result of filling out this questionnaire have you now formed an opinion about the defendant or the case?   Yes _____   No _____

If yes, please explain.

_____

_____

## **CERTIFICATION**

By signing below, I hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions myself.

_____    _____    _____
  Signature                          Print your name here                 Date

Juror Number _____

30

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

Juror Number _____

## ATTACHMENT A

The following people may either be witnesses in this case or may be discussed during the trial.  Please review the list and identify any names that you recognize.


Yes ____        No ____

Yes ____        No ____