## PROSPECTIVE JUROR QUESTIONNAIRE

### Instructions

You have been selected as a potential juror in the case of *United States of America v. Ahmed Abu Khatallah*.  As part of the jury selection process in this case, the Court asks that you complete the attached questionnaire today, and will ask that you return next week to complete the jury selection process.  The trial is scheduled to begin September 25, 2017, and it is expected to last approximately six (6) weeks, but could run longer.  Those selected as members of the jury will live at home and have their evenings and weekends free to themselves.  Your contact with other people will not be restricted, although beginning now and continuing until you have been excused from further service by the Court, you will not be permitted to talk about the case with anyone, or to read, listen to, or watch any press coverage the case might receive.

In this case, the government has accused the defendant of committing offenses at the United States Special Mission and CIA Annex in Benghazi, Libya, on September 11 and 12, 2012.  The charges include murder of an internationally protected person, the murder and attempted murder of an officer and employee of the United States, and killing a person in the course of an attack on a federal facility involving the use of a firearm and dangerous weapon.  A more detailed description of all of the charges will be given at the beginning of the trial.

The defendant in this case is Ahmed Abu Khatallah.  He is 46 years old and a citizen of Libya.  Mr. Abu Khatallah has pled not guilty to all of the charges and is presumed to be innocent of the charges.

The purpose of the jury selection process is to select jurors who have no bias toward either side of the case, can keep an open mind, and can follow the judge's instruction.  Our goal is to select a jury that will reach a verdict based solely on the evidence presented in the

courtroom and the law as the Court instructs you.   The information which you give in your answers to this questionnaire will be used only by the Court and the parties to select a qualified jury.  The purpose of this questionnaire is to save time and avoid jurors having to sit around and wait before they answer these or similar questions in person.  The purpose of these questions is not to ask unnecessarily about your personal matters.  It is solely to determine whether a prospective juror can decide this criminal case fairly, objectively, and impartially.

To protect your identity, the only page which contains your name is the certification page, which will remain confidential and will be shared only with court personnel and the attorneys.  After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence, under seal, away from public viewing. This questionnaire will NOT be made public. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Please answer each question below as completely and as accurately as you reasonably can.  Please remember there are no right or wrong answers, only complete and incomplete answers.  All that matters is that your answers are truthful.  Your complete written answers will save a great deal of time for the Court, for the lawyers, and for you, and your full candor will give the Court and both parties the opportunity to select a fair and impartial jury.

Please print your answers and please use ink only.  Please fill out the entire questionnaire. Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.  If you cannot answer a question because you do not understand it, write "do not understand" in the space after the question.  If you cannot answer a question because you do not know the answer, write "do not know" in the space after the question.  Please do not write anything on the back of any page.  If at any point in answering this

questionnaire you need more space to complete your answer, please continue your answer on the blank sheets of paper provided at the end of this questionnaire.  Be sure to indicate on the blank page the number of the question you are answering.

Please answer the questions by yourself and without the help of anyone else.  Please do not discuss the questions or your answers with anyone, including your family members.  It is extremely important that the answers in this questionnaire are yours and yours alone.

In addition, now that you are a prospective juror, you MUST follow the instructions listed below until you have been excused from further service in this case.

DO NOT at any time discuss this case or questionnaire with anyone, including your spouse, significant other, friends, family members, or other members of this jury panel.

DO NOT let anyone, including friends, family members, court personnel, parties to this case, or persons involved in this case, talk to you about your views or any aspect of this case or questionnaire except officially in the courtroom.

DO NOT read anything whatsoever about this case, including on the internet or social media, and please avoid any newspaper or social media accounts that may relate to this case.

DO NOT post anything on the Internet or blog about the case.

DO NOT read or listen to any news accounts whether in a newspaper, on the internet, in social media, on television, or on the radio concerning this case or the defendant, Ahmed Abu Khatallah.

DO NOT communicate with anyone about this case or your potential jury service.  This includes through the use of any cell phone, computer, or any other form of electronic communication, including through text, email, instant message or any other form of

communication.  This also includes social media, including but not limited to Twitter, Facebook, YouTube, Skype, LinkedIn, or any other social media.

Finally, you are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court and under oath.  You are sworn to give true and complete answers to all questions.

Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire.  Your forthright and full cooperation is of vital importance to the Court and the parties.


_____
THE HONORABLE CHRISTOPHER R. COOPER
United States District Judge

Juror Number _____

**Date of Birth:** _____

**Gender:** _____

IN COMPLETING THIS QUESTIONNAIRE, PLEASE USE THE SPACE PROVIDED IN EACH QUESTION. IF YOU NEED MORE SPACE, PLEASE USE THE PAGES PROVIDED AT THE END OF THE QUESTIONNAIRE, INDICATING THE NUMBER OF THE APPLICABLE QUESTION.

## PRELIMINARY MATTERS

1. The trial in this case may last six (6) weeks, and could run longer. The typical trial day lasts from 9:00 a.m. to 5:00 p.m., with 15-minute breaks in the morning and afternoon and a lunch break from approximately 12:30 p.m. to 1:45 p.m., Monday through Thursday. There is also a possibility that trial will take place on some Fridays. If there is any reason why you are not available for service during the period beginning September 25, 2017 and ending approximately November 17, 2017, please explain your reason in detail.

   _____
   _____
   _____
   _____
   _____

2. Are you able to read, write and understand the English language?

   Yes _____    With Difficulty _____    No _____

3. Do you feel that you are able to complete this questionnaire without another's assistance?

   Yes _____    No _____

   IF YOUR ANSWER TO QUESTION 3 IS "NO," THEN PLEASE COMPLETE THE CERTIFICATION ON THE LAST PAGE AND RETURN THE QUESTIONNAIRE WITHOUT ANSWERING ANY ADDITIONAL QUESTIONS.

4. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person? Yes _____    No _____

If yes, please explain.

_____
_____

1

5.  Do you have any physical or medical condition, or are you taking any medication on a regular basis that would make it unusually difficult for you to serve as a juror in this case or to sit for long periods of time without a break?  Yes _____        No _____

If yes, please explain.

_____
_____

6.  Do you have any difficulty hearing that is not corrected with a hearing aid or any difficulty seeing that is not corrected by glasses or contact lenses?  Yes _____   No _____

If yes, please explain.

_____
_____

7.  Will you be paid by your employer (including commissions and overtime) or otherwise be able to earn a living while serving on jury duty?
    Yes _____        No _____     Don't Know _____     N/A _____

If no, will that be an economic hardship?  If it will be a hardship, please explain:

_____
_____

8.  Do you have any personal, professional, educational or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial?  Yes _____     No _____

If yes, please explain.

_____
_____

## BACKGROUND INFORMATION

9.  What is your marital status? (Check all that apply.)

Single and never married_____
Married _____ (# of years: _____)
Separated _____ (# of years: _____)
Divorced _____ (# of years: _____)
Divorced and remarried _____ (# of years: _____)
Living with significant other (domestic partner) _____ (# of years: _____)
Widow or Widower _____ (# of years: _____)

[Note: If living with someone, please provide information about your "significant other" or "domestic partner" on every question where information is requested about a "spouse."]

10.  What is your race or ethnic background? _____

11.  What is your neighborhood called? (e.g. Shaw, Adams Morgan, Trinidad)

_____

12.  How long have you lived in Washington, D.C.? _____

13.  In what other cities, towns, or areas have you maintained your residence?

_____
_____

14.  Do you: Own _____    Rent _____ Live with relatives/friends _____

### EMPLOYMENT AND EDUCATION

15.  What is your occupational status? (Check all that apply.)

Work full-time outside the home _____
Work part-time outside the home _____
Full-time homemaker _____
Homemaker with part-time employment _____
Volunteer full-time with charitable organization _____
Volunteer part-time with charitable organization _____
Unemployed – looking for work _____
Unemployed – not looking for work _____
Full-time student _____
Part-time student _____
Retired _____
Disabled _____
Other (please specify) _____

   a.  If you are a student (full or part-time), please describe your area of study:

_____
_____

   b.  If you are currently employed, please state your current occupation, name of your employer, how long you have worked for your current employer, job title, primary responsibilities, and number of people you supervise (if any):

_____
_____

   c.  If you are currently unemployed, retired, disabled or otherwise not employed outside the home, please state your last full time job, name of employer, job duties and how many years it has been since you were so employed:

_____
_____

3

Juror Number _____

16. Are you self-employed or do you own any portion of the business at which you work?
Yes _____ No _____

17. Describe your spouse's current occupation, employer, primary responsibilities and length of employment.

_____
_____

18. Are you, your spouse or any family member a vendor, contractor or subcontractor for the United States Government or do you or they work for a vendor, contractor or subcontractor for the United States Government?   Yes _____ No _____

If yes, please explain:

_____
_____

19. Check the highest level of education attained by you and your spouse.

|  | You | Spouse |
| --- | --- | --- |
| Grade school or less | _____ | _____ |
| Some high school | _____ | _____ |
| High school graduate | _____ | _____ |
| Technical or business school | _____ | _____ |
| Some college | _____ | _____ |
| 2-year college degree | _____ | _____ |
| 4-year college degree | _____ | _____ |
| Post-graduate study – no degree | _____ | _____ |
| Graduate degree | _____ | _____ |

20. If you have any education or training beyond high school, please provide the following:

College or school:_____
Major area(s) of study:_____
Degrees or certificates:_____

21. Did you grow up in a household or neighborhood where the Arabic language or any of its dialects were spoken?  Yes _____ No _____

If yes, please explain:

_____
_____

22.  Do you speak, read, understand or have you studied Arabic?  Yes _____ No _____

4

23. Check to indicate whether you or your spouse (significant other, domestic partner) has taken any courses, received any training, or sought or obtained employment, in any of the following fields:

| | You | Spouse |
|---|---|---|
| Law/Paralegal/Legal Field | _____ | _____ |
| Criminal Justice/Law Enforcement | _____ | _____ |
| Security/Intelligence | _____ | _____ |
| Private Investigations | _____ | _____ |
| Corrections/Jail/Prisons | _____ | _____ |
| Firefighting/Rescue Squad/EMT | _____ | _____ |
| Military History/Tactics | _____ | _____ |
| Terrorism/Counterterrorism | _____ | _____ |
| Religion/Ethics/Philosophy | _____ | _____ |
| Islamic Studies/Law | _____ | _____ |
| Middle Eastern Studies/History | _____ | _____ |
| Foreign Studies/Foreign Services | _____ | _____ |
| International Relations | _____ | _____ |
| Journalism/Media/Communications | _____ | _____ |
| Video and Surveillance Technology | _____ | _____ |
| Psychology/Psychiatry/Mental Health | _____ | _____ |
| Immigration/Refugee/Aid Work | _____ | _____ |

For any item checked, please describe the training or employment:

_____
_____
_____
_____

## ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

24. Are you currently or have you ever been a member or regular participant in any civic, social, union, professional, business, fraternal, recreation or other community groups or organizations?     Yes _____     No _____

If yes, please list the names of those groups or organizations, your role and how long a member.

_____
_____

25. Have you ever donated money, goods, and your time or otherwise volunteered to work for any charitable cause or organization?   Yes _____     No _____

If yes, please describe the purpose of those organizations:

_____
_____

26. What are your hobbies, recreational, leisure or spare time activities?
_____
_____
_____

27. How would you characterize yourself: (check one)
Leader _____        Follower _____    Team Player _____    Disrupter _____    Loner _____

28. Have you or any member of your family ever attended a meeting, sponsored an effort, or
supported any group that deals with victims' rights or with the reform of any laws?
Yes _____ No _____

If yes, please explain:
_____
_____

29. Other than as a voter, are you now or have you ever been actively involved in politics?
Yes ____ No ____

If yes, please describe:
_____
_____

30. Do you or your spouse belong to or are you associated with or do you contribute money to
any think tank, public policy, or advocacy group?
Yes ____ No ____

If yes, please explain:
_____
_____

## <u>RELIGIOUS AFFILIATION & BELIEFS</u>

31. Are you presently a member, or do you regularly attend a church, synagogue, mosque,
temple or other religious organization?  Yes _____ No _____

If yes, what religion and how often do you attend religious services?
_____

32. What religion, if any, were you raised in?
_____

6

33. Have you ever felt discriminated against because of your religious beliefs?
Yes _____ No _____

If yes, please explain:

_____
_____

## PRIOR JURY SERVICE

34. Have you ever served on a grand jury or jury in a trial?
Yes _____   No _____

If yes, how many times have you served as a juror? _____

For each jury service, please indicate:

| Year | Federal or State | Civil or Criminal | Charge or Type of Case | Verdict Reached |
|------|------------------|-------------------|------------------------|-----------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

35. Have you ever served as a jury foreperson? Yes _____ No _____

If yes, how many times? _____

36. Is there anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?  Yes _____ No _____

If yes, please explain:

_____
_____

37. Do you know any of the other jurors who have been called for jury service in this case?
Yes _____ No _____    If yes, which jurors?

_____
_____

## **MILITARY SERVICE**

38. Have you or any close family member ever served in the armed forces? Yes ____ No _____

If yes, please respond to the following both as to yourself and to your close family members:

| | You | Family Members |
|---|---|---|
| Branch and highest rank: | _____ | _____ |
| Dates of service: | _____ | _____ |
| Duties: | _____ | _____ |
| Place of service: | _____ | _____ |
| Type of discharge: | _____ | _____ |
| Ever served in intelligence? | _____ | _____ |

39. Have you or anyone close to you served in Iraq, Afghanistan, Desert Storm or the Persian Gulf War or served in the Middle East or North Africa? Yes _____ No _____

If yes, please explain who (in relation to you), where, when and duty:

_____
_____

40. Has anyone in your family been injured or killed while serving in a combat or military zone?  Yes _____ No _____

If yes, please explain who (in relation to you), where, when and the circumstances of injury or death:

_____
_____

41. Have you or anyone in your family, worked or volunteered, or planned to work or volunteer, in any civilian, or nonmilitary government capacity anywhere in the Middle East or North Africa?  Yes _____ No _____

If yes, please explain who (in relation to you), where, when and the circumstances:

_____
_____

42. Have you, any family member or close personal friend ever been employed by or worked as a contractor for the United States Department of State, the Central Intelligence Agency (CIA) or any United States intelligence agency or service?  Yes _____   No _____

If yes, please explain who the person is in relation to you, when the person was so employed, his or her position or job description:

_____
_____

## CONTACT, KNOWLEDGE & EXPERIENCE WITH ISLAM, MUSLIMS

43. What are your views of the Muslim or Islamic faith, if any?

_____

_____

44. How knowledgeable are you about the history or practices of Islam? (Check one)

Very Knowledgeable _____          Somewhat Knowledgeable _____

Not Too Knowledgeable _____       Not Knowledgeable At All _____

Please explain:

_____

_____

45. Are you, any of your family members or close friends Muslim, or of Libyan or Arab descent? Yes _____ No _____   If yes, please explain.

_____

_____

_____

46. Do you know anyone who has converted to Islam? Yes _____ No _____ If yes, please explain:

_____

_____

47. What is your understanding of Sharia law, if any?

_____

_____

_____

48. Have you or any family member or close personal friend ever been to a mosque for any reason, or participated in any Muslim ceremony or celebration such as a wedding or Ramadan activities?  Yes _____    No _____

If yes, please explain:

_____

_____

49. Have you ever had any personal contact with people who are Muslim, or who are of Libyan or Arab descent?   Yes _____ No _____

If yes, please explain in what situations or contexts you have met or interacted with people who are Muslim or of the Libyan or of Arab descent:

_____

_____

9

50. Have you, a family member or close personal friend ever traveled to or resided in the Middle East region or to any predominantly Muslim country or region (or have current plans to do so), including but not limited to Afghanistan, Egypt, Iran, Iraq, Israel, the West Bank or Gaza, Jordan, Kuwait, Lebanon, Libya, Palestine, Pakistan, Qatar, Saudi Arabia, Sudan, Syria, Tunisia, United Arab Emirates, and Yemen?   Yes _____ No _____

If yes, please list the countries you visited in the Middle East or North Africa, when you visited there and the purpose of your visit(s):

_____
_____

51. Is there anything about Islamic teachings or doctrine, or anything about Islamic or Muslim cultural practices, such as women wearing a headscarf or hijab, that is offensive to you? Yes _____ No _____

If yes, please explain:

_____
_____

52. Do you believe the religion of Islam endorses the use of violence? Yes _____ No _____

If yes, please explain:

_____
_____

53. Have you, or any member of your family ever written to any elected or appointed government official; or written to any newspaper or magazine; or called into a television or radio program or written in any internet chat room or on social media to express your opinion about Islam, Muslims, or immigration issues?   Yes _____   No _____

If yes, please explain:

_____
_____

54. Do you have any views or experiences regarding Muslims or the Islamic faith that would affect your ability to be an impartial juror in this case? Yes _____ No _____

If yes, please explain:

_____
_____

## KNOWLEDGE & EXPERIENCE WITH TERRORIST ACTS AND U.S. POLICY

55. The government will allege that the acts charged here were acts of terrorism.  Have you or any of your family members or close friends had any personal experience with any act of terrorism? Yes _____   No _____

   If yes, please explain who (in relation to you) and circumstances:

   _____

   _____

56. Do you personally know anyone who was killed or injured or participated in the rescue efforts, support for victims, or investigation related to any international or domestic terror attacks?

   If yes to any of the above, please provide the details:

   _____

   _____

57. How concerned are you that a terrorist will commit acts of violence near where you and your family live or work?

   Very Concerned _____           Somewhat Concerned _____           Not Concerned _____

58. Do you have any personal experiences or feelings arising from any terrorist attacks on the United States that might interfere with your ability to serve in a case of this nature? Yes _____ No _____

   If yes, please explain:

   _____

   _____

59. Have you read books, articles or periodicals, seen movies/TV shows, taken educational courses or seminars, received on-the-job-training, had employment-related experiences, or had any other significant exposure relating to the following:   (check all that apply)

   Abu Bakar Al-Baghdadi _____   Al-Qaeda _____   Al-Qaeda in Iraq (AQI)_____
   Al Qaeda in the Islamic Mahareb (AQIM) _____   Anwar Al-Awlaki _____
   As-Sahab Media _____   Ayman al Zawahiri _____   Boko Haram ___
   Inspire Magazine _____   Islamic State (a/k/a ISIS, ISIL, ISI) _____
   Khalid Sheikh Mohammed (KSM) _____   Muhammad Jamal network _____
   Muammar Gaddafi _____   Osama Bin Laden _____   The Taliban _____
   War on Terror _____

If you checked any of the above, please explain:

_____

_____

60. Do you think our government is too aggressive or not aggressive enough in its efforts to
   fight terrorism? (Check one)
   Too aggressive _____       Not aggressive enough _____         Don't know/no opinion _____

   Please explain:

   _____

   _____

61. Do you believe the United States Government acts fairly or unfairly towards countries
   with predominantly Muslim populations? (Check one)

   Always fairly ___ Sometimes fairly ___   Sometimes unfairly ___ Always unfairly _____

   Please explain:

   _____

   _____

62. Do you have any views about, or experience with the United States' response to terrorism
   or its foreign policy concerning the Middle East that would affect your ability to be an
   open-minded juror in this case?  Yes _____ No _____

   If yes, please explain:

   _____

   _____

63. Have you, or anyone close to you had any experiences, feeling or impressions about
   Muslims that would make it difficult for you to listen to evidence with an open mind in a
   case against a Muslim defendant accused of conspiring to commit acts against the United
   States?  Yes _____ No _____

   If yes, please explain:

   _____

   _____

## **MEDIA EXPOSURE**

64. What are your primary sources for local and national news and information?

(Check all that apply)

Newspapers (including online) \_\_\_\_   TV/cable \_\_\_\_   Internet \_\_\_\_   Blogs/websites \_\_\_\_
Social Media \_\_\_\_   Radio \_\_\_ News magazines \_\_\_\_   Word of mouth/conversations \_\_\_\_
Other sources (specify) \_\_\_\_\_   Do not follow local or national news \_\_\_\_\_

Please identify by names your primary sources of news and information:
_____
_____

65. Do you ever listen to political commentators on TV or talk radio?  Yes \_\_\_\_ No \_\_\_\_

If yes, please list the commentators you listen to:
_____
_____

66. Do you have an account or profile on any social media networking website (Facebook, Twitter, Instagram, LinkedIn, etc.)? Yes \_\_\_\_   No \_\_\_\_

If yes, please indicate how often you use any form of social media (check one):

Several times a day\_\_   Daily\_\_   Several times a week\_\_ Weekly\_\_   Rarely\_\_ Never\_\_

67. What are your favorite TV shows?

(1)_____ (2) _____ (3) _____
(4) _____ (5) _____

68. Do you regularly watch TV, cable or streaming television shows about law, law enforcement, crime courts, espionage or foreign affairs?
Yes \_\_\_\_ No \_\_\_\_

If yes, which shows?
_____
_____

69. How closely have you followed media reports relating to acts of international and domestic terrorism, terrorist plots, or any other terrorism related cases or topics?

Very Closely \_\_\_\_ Somewhat Closely \_\_\_\_   Not too closely \_\_\_\_   Not at all \_\_\_\_\_

Please explain your answer:

_____
_____
_____

70. Have you ever followed media coverage of any criminal cases involving criminal prosecutions of people charged with committing terrorist acts of terrorism or support of terrorism?      Yes _____ No _____

If yes, please explain:

_____
_____

71. There is likely to be media coverage of this case.  To assure that the decision of jury in this case is not based upon influences outside the courtroom, the Court instructs that you must avoid reading about the case in the newspapers or listening to any radio or television reports concerning this case including news coverage or communications on the internet or social media.  You may not discuss or communicate about this case with your family, friends or co-workers or anyone else including on the internet or social media.  Also, until you retire to deliberate, you may not communicate about this case with your fellow jurors. Will you be able to follow these instructions?   Yes _____ No _____

If no, please explain.

_____
_____

## KNOWLEDGE OF TRIAL PARTICIPANTS AND THE CASE

The charges in this case arise out events that occurred in Benghazi, Libya on September 11-12, 2012, including the deaths of U.S. Ambassador Christopher Stevens, Sean Smith, Tyrone Woods and Glen Doherty in Benghazi.  There is nothing wrong with having heard or read something about this case.  It is important that you truthfully and fully answer the following questions concerning your knowledge about the case and trial participants.

72. The judge who will preside over this case is The Honorable Christopher R. "Casey" Cooper of the United States District Court for the District of Columbia.  Do you or anyone close to you know or have any connection with Judge Cooper or any of his staff?

Yes _____ No _____

If yes, please explain:

_____
_____

14

Juror Number _____

73. In this case, the government will be represented by the following Assistant United States Attorneys.  They work at 555 4th Street, N.W., Washington, D.C.  Do you know, or have you had any social or professional contact with any of them, or any member of their staff?

John Crabb, Jr.                        Yes _____        No _____
Julieanne Himelstein                   Yes _____        No _____
Michael C. DiLorenzo                   Yes _____        No _____
Opher Shweiki                          Yes _____        No _____
Rayneisha Booth (paralegal)  Yes _____        No _____

If yes, please explain:

_____
_____

74. In this case, the defendant will be represented by lawyers from the Federal Public Defender's Office, 625 Indiana Avenue, N.W., and lawyers from the law firm of Lewis Baach Kaufmann Middlemiss PLLC, 1899 Pennsylvania Avenue, N.W., who are representing the defendant by court appointment.  Do you know, or have you had any social or professional contact with any of them, or any member of their staff?

Michelle M Peterson                    Yes _____        No _____
Mary M. Petras                         Yes _____        No _____
Eric L. Lewis                          Yes _____        No _____
Jeffrey D. Robinson                    Yes _____        No _____
Waleed E. Nassar                       Yes _____        No _____
Cole Lautermilch (paralegal)  Yes _____        No _____
Lauren R. Skala (paralegal)   Yes _____        No _____

If yes, please explain:

_____
_____

75. The defendant in this case is Ahmed Abu Khatallah, age 46, who is a resident of Benghazi, Libya.  Do you, any member of your family or close personal friends know, or have any connection with Mr. Abu Khatallah or any of his family members?
Yes _____ No _____

If yes, please explain:

_____
_____

15

Juror Number _____

76. Do you, any family member or close personal friend know or have any connection to the following seven U.S. citizens who were killed or wounded in the attacks at the U.S. Special Mission facility and CIA Annex in Benghazi on September 11 and 12, 2012, or any of their family members or close friends?

| | | |
|---|---|---|
| J. Christopher Stevens (U. S. Ambassador to Libya) | Yes _____ | No _____ |
| Sean Patrick Smith (Information Management Specialist) | Yes _____ | No _____ |
| Scott Wickland, (Assistant Regional Security Officer) | Yes _____ | No _____ |
| David Ubben (Assistant Regional Security Officer) | Yes _____ | No _____ |
| Tyrone Snowden Woods (Security Officer) | Yes _____ | No _____ |
| Glenn Anthony Doherty (Security Officer) | Yes _____ | No _____ |
| Mark Geist (Security Officer) | Yes _____ | No _____ |

If yes, please explain your knowledge and connection to each:

_____
_____
_____

77. Have you read or heard anything about any of these seven (7) individuals or their families?

Yes _____   No _____

If yes, please explain what you have read or heard.

_____
_____

78. Do you, any family member or close personal friend know or have any connection to any other individual who was inside the U.S. Special Mission facility and/or CIA Annex in Benghazi on September 11 and 12, 2012, or any of their family members or close friends?

Yes _____   No _____

If yes, please explain your knowledge and connection to each:

_____
_____

79. A list is attached at the end of this questionnaire containing the names of people who may either be witnesses in the case or who may be discussed during the trial. Please review the list and identify any names that you recognize.

16

80. Do you or any member of your family work for, or have any connection with any of the following organizations that may be mentioned in connection with this case:

    United States Department of State        Yes _____ No _____
    Federal Bureau of Investigation         Yes _____ No _____
    Central Intelligence Agency           Yes _____ No _____
    Diplomatic Security Services          Yes _____ No _____
    United States Department of Defense     Yes _____ No _____

    If yes, please explain:

    _____
    _____

81. Do you, any family member or close personal friend have any personal, professional or business connection or relationship with any Libyan citizen or the Libyan government? Yes _____ No _____

  If yes, please describe.

    _____
    _____

82. Do you, any family member or close personal friend have any special knowledge, experience or expertise with respect to the country of Libya, Muammar Gaddafi, the Gaddafi family, the Gaddafi regime, or the Libyan civil war, including the February 17th Brigade and the establishment of the Transitional National Council (TNC)? Yes _____ No _____

  If yes, please describe.

    _____
    _____

83. Have you, any family member or close personal friend been employed or had any association or connection with any of the following:

    a. House Select Committee on Benghazi        Yes _____ No _____
    b. House Select Committee on Intelligence     Yes _____ No _____
    c. House Armed Services Committee           Yes _____ No _____
    d. House Foreign Affairs Committee           Yes _____ No _____
    e. House Judiciary Committee              Yes _____ No _____
    f. House Committee on Oversight and Government Reform   Yes _____ No _____
    g. National Republican Congressional Committee (NRCC)  Yes _____ No _____
    h. U.S. State Department Accountability Review Board   Yes _____ No _____

If yes, to any of the above, please explain in detail your (his/her) employment, association or connections:

_____
_____
_____

84. Have you, any family member or close personal friend participated or had any connection with any other government agency, group, organization, committee or subcommittee, public or private group or organization, including any media group or organization that has investigated or made inquiry into the circumstances surrounding the September 11-12, 2012 attacks at United States Special Mission facility and CIA Annex in Benghazi, Libya? Yes _____   No _____

If yes, please explain.

_____
_____

85. Did you, any family member or close personal friend attend, view or listen to any portion of any Congressional hearing related to the September 11-12, 2012 attacks at the United States Special Mission facility and CIA Annex in Benghazi?  Yes _____   No _____

If yes, please explain.

_____
_____
_____

86. What generally have you read, seen or heard about the incidents that occurred at the United States Special Mission facility and CIA Annex in Benghazi, Libya, on September 11-12, 2012?

_____
_____
_____
_____
_____
_____
_____

87. Have you seen any movies (to include *13 Hours*), videos, or documentaries, or read any books (to include former CIA Deputy Director Michael Morrell's book, *The Great War of Our Time: The CIA's Fight Against Terrorism – From al Qa'ida to ISIS,* or Kenneth R. Timmerman's *Dark Forces: The Truth About What Happened in Benghazi*), reports or scholarly articles specifically related to the September 11-12, 2012 attacks on the U.S. Special Mission facility and CIA Annex in Benghazi?  Yes _____   No _____

If yes, please describe.

_____
_____

88. Have you discussed the September 11–12, 2012 attacks at the U.S. Special Mission facility and CIA Annex in Benghazi with family members, friends or co-workers, or overheard any discussion about these events? Yes _____   No _____

If yes, please describe.

_____
_____

89. Have you previously formed or expressed any opinion(s) about any aspect of the events that occurred September 11-12, 2012 at the U.S. Special Mission facility and CIA Annex in Benghazi including whether action or inaction on the part of the U.S. Department of State, to include the then-sitting Secretary of State, Hillary Rodham Clinton, contributed to the attack or the ability of the U.S. Government to respond to such attack?   Yes _____ No _____

If yes, please describe.

_____
_____

(a)  Is this an opinion you hold today? Yes _____   No _____  Unsure _____

90. Do you have strong feelings concerning the presence of the U.S. Department of State, the CIA, or the U.S. Department of Defense in foreign countries, to include Libya? Yes ____ No ____

If yes, please explain.

_____
_____

91. The U.S government provided military support to Libyan rebels in Libya during the Libyan revolution against the regime of Muammar Gaddafi. Do you have strong feelings about the United States conducting such operations?

Yes _____ No _____

If yes, please explain.

_____

_____

92. In this case, you may hear that the U.S. military participated in the capture of the defendant, Ahmed Abu Khattalah, in Libya. You may also hear that the operation was conducted unilaterally, that is, without the permission or knowledge of the government of Libya. Do you have strong feelings about the United States conducting such an operation?

Yes _____ No _____

If yes, please explain.

_____

_____

93. In this case, you may hear references to classified information. Classified information is information or material that has been determined by the U.S. Government to require protection against unauthorized disclosure. The Court will use procedures in this case to balance the Government's interest in non-disclosure of classified information and the interest of the defendant and/or the public to have access to such information to ensure that there is a fair trial. Therefore, the evidence admitted during the trial will include unclassified summaries or redacted versions of classified information, but not necessarily the classified information itself. Do you have strong feelings about the use of these procedures to protect classified information in a criminal case, or about your access to or the lack of access to classified information during the trial?

Yes ____ No _____

If yes, please explain.

_____

_____

94. Have you formed any opinion or reached any conclusion about what individual or individuals, group(s) or organization(s) are responsible for attacking the U.S. Special Mission facility and CIA Annex in Benghazi on September 11-12, 2012? Yes ___   No ___

If yes, please explain.

_____

_____

95. What have you read, seen or heard about the defendant, Ahmed Abu Khatallah, and the charges in this case, to include any statements made by or attributed to Mr. Abu Khatallah?

_____
_____
_____
_____
_____

96. Have you discussed, or overheard others discuss this case, Mr. Abu Khatallah, or the charges in this case?
   Yes _____ No _____

   If yes, please describe what was discussed:

_____
_____

97. Have you formed or expressed any opinion about Mr. Abu Khatallah, the charges in this case, or about his guilt or innocence in this case?      Yes _____ No _____

   If yes, what opinions have you formed or expressed?

_____
_____

98. In this case, you may hear evidence that the defendant, Mr. Abu Khatallah, held or expressed negative views or opinions about the United States and Americans. The Court will instruct you that such an expression alone is not sufficient to convict the defendant of the charged offenses, but may be used as evidence of the defendant's intent or motive in the case. Would you be able to follow the Court's instruction on how to evaluate that evidence?      Yes _____   Maybe _____   No _____

   Please explain your answer:

_____
_____

99. Although multiple individuals were involved in the September 11-12, 2012 attack on the U.S. Special Mission and CIA Annex in Benghazi, Mr. Ahmed Abu Khatallah is the only individual who is on trial in this case. Do you have strong feelings about the fact that Mr. Abu Khatallah is the only defendant at this trial?
   Yes _____ No _____

   If yes, please explain

_____
_____

21

100. Do you feel strongly about a witness receiving financial benefits or assistance in witness/family relocation from the U.S. government?
Yes _____ No _____

If yes, please explain.

_____

_____

## EMPLOYMENT WITH LAW, LAW ENFORCEMENT & THE COURTS

101. Have you, a family member, or anyone close to you ever worked in any aspect of the legal field as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, etc.?  Yes _____ No _____

If yes, please explain:

_____

_____

102. Check to indicate whether you, a member of your family, or a close friend, have ever applied for employment with, were employed by, or received training by any local, state, or federal law enforcement agency, including the following:

| | | |
|---|---|---|
| Department of Justice      (DOJ) | Yes _____ | No _____ |
| Federal Bureau of Investigation (FBI) | Yes _____ | No _____ |
| U.S. Attorney's Office | Yes _____ | No _____ |
| Bureau of Alcohol, Tobacco, Firearms (ATF) | Yes _____ | No _____ |
| Internal Revenue Service (IRS) | Yes _____ | No _____ |
| Department of Homeland Security (DHS) | Yes _____ | No _____ |
| U.S. Marshall's Service | Yes _____ | No _____ |
| U.S. Immigrations & Customs Enforcement (ICE) | Yes _____ | No _____ |
| U.S. State Department | Yes _____ | No _____ |
| U.S. Bureau of Prisons (BOP) | Yes _____ | No _____ |
| Central Intelligence Agency (CIA) | Yes _____ | No _____ |
| Defense Intelligence Agency (DIA) | Yes _____ | No _____ |
| National Security Agency (NSA) | Yes _____ | No _____ |
| National Geospatial Intelligence Agency (NGA) | Yes _____ | No _____ |
| U.S. Secret Service | Yes _____ | No _____ |
| Transportation Security Administration (TSA) | Yes _____ | No _____ |
| Federal, state or local prison or jail | Yes _____ | No _____ |
| Federal, state or local courthouse | Yes _____ | No _____ |
| Federal, state or local prosecutor's office | Yes _____ | No _____ |

If yes to any of the above, please explain who (in relation to you), agency, when and for how long, position or involvement:

_____

_____


103. Several witnesses in this case will be law enforcement officers.  The judge will instruct you that the testimony of a law enforcement officer is to receive no greater or no lesser consideration simply because that witness is a law enforcement officer.  Would you have difficulty following that instruction?
Yes _____ No_____

If yes, please explain:

_____

_____


104. Do you have any opinions or beliefs concerning law enforcement in general, including the Federal Bureau of Investigation (FBI) or the Department of Justice, that would affect your ability to evaluate the evidence fairly and impartially? Yes _____ No _____

If yes, please explain:

_____

_____

## EXPERIENCE WITH CRIME & VIOLENCE

105. Have you, any family member or any personal friend ever been the victim of or witness to a crime, reported or not?     Yes _____          No _____

If yes, for each incident please provide the following information: type of crime, who (you or relationship to you), when the crime occurred, whether anyone was arrested, and if so, the outcome of the case.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

106. Have you or has a family member or close friend ever been subpoenaed to be a witness, or testified as a witness in any court proceeding or criminal case?  Yes _____ No _____

If yes, please explain.

_____
_____

107. Have you, a family member or close friend ever been arrested, charged, prosecuted or convicted of any crime other than a traffic ticket?
Yes ____  No _____

If yes, please explain who (in relation to you) when and what happened.

_____
_____
_____
_____
_____
_____

## **BELIEFS ABOUT THE CRIMINAL JUSTICE SYSTEM**

108. Briefly describe your general opinions, if any, about the following:

The Criminal Justice System.

_____
_____

Law Enforcement Officers.

_____
_____

Prosecuting Attorneys.

_____
_____

Defense Attorneys.

_____
_____

109. Do you feel that the criminal justice system generally treats criminals too harshly, about right or too leniently?  (Check one) Too Hard ____   About Right ____   Too Lenient ____

110. Do you believe that non-citizens accused of crimes in U.S. courts should be afforded the same constitutional rights as U.S. citizens?   Yes _____ No _____

111. Do you believe that defendants accused of participating in terrorist acts should be given the same constitutional rights as other criminal defendants?   Yes ____   No ____

112. Do you believe that if the government goes through the trouble of bringing someone to trial, he or she is probably guilty?   Yes ____ No _____

113. Do you agree or disagree with the principle that it is better to risk letting a guilty person go free than to wrongly convict an innocent person.   Agree _____ Disagree ____

114. Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in a terrorism trial?         Yes ____   No ____

### **LEGAL PRINCIPLES**

115. Do you believe the protections of free speech including criticism of United States foreign policy should extend not only to citizens born in the United States but also to non-citizens and individuals outside the United States?   Yes ____ No ____

 If no, please explain:
 _____
 _____

116. The judge will instruct you that an indictment is not evidence, that it is a document that sets forth the charges made against the defendant.  It may not be considered as evidence of the defendant's guilt.  Will you be able to follow the judge's instruction?
    Yes ____ No _____

 If no, please explain:
 _____
 _____

117. The judge will instruct you that the defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, finds that the government has proven his guilt beyond a reasonable doubt.  The burden of proving guilt rests entirely with the government.  The defendant is not required to prove his innocence.  Can you adhere to and follow this principle of law?
    Yes _____   No _____

 If no, please explain:
 _____
 _____

118. Under the law, a person who is charged with a crime is presumed to be innocent.  How difficult would it be for you to presume that a person who is charged with conspiracy to kill United States citizens is innocent?  (Check one)

Very Difficult ____            Somewhat Difficult ____

Not Too Difficult ____       Not Difficult At All ____

    Please explain:

_____

_____

119. The United States has the burden of proving its case beyond a reasonable doubt.  If the United States fails to prove the defendant's guilt beyond a reasonable doubt, the defendant must be found not guilty.  Can you follow and apply this principle of law?

Yes ____ No _____

If no, please explain:

_____

_____

120. The judge will instruct you that, under the law, a defendant accused of a crime does not have to testify in his or her defense.  If a defendant does not testify, the jury may not consider that fact in any way in deciding whether a defendant is guilty.  Can you follow and apply this principle of law?

Yes ____         No _____

If no, please explain:

_____

_____

121. The judge will instruct you that the charges in this case include:  providing material support resulting in death, murder of an international protected person, murder and attempted murder of an officer and employee of the United States, killing a person in the course of an attack on a federal facility, destroying property of the United States by fire and explosives, and carrying a firearm during a crime of violence. Is there anything about the charges which would affect your ability to be fair?  Yes ____ No _____

If yes, please explain:

_____

_____

122. Jurors are the sole judges of the facts.  However, the jury must follow the principles of law as instructed by the judge.  The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them.  Do you have any personal beliefs that would make it difficult to follow the Court's legal instructions, whatever they may be?
Yes _____ No _____

If yes, please explain:

_____
_____

123. Is there anything about this case, the issues, and/or the people involved in this case or any other reason you could not be completely fair to the defendant, Ahmed Abu Khatallah, and the U.S. Government in this case?
Yes _____ No _____

If yes, please explain:

_____
_____

## CONCLUDING QUESTIONS

124. If you were selected to serve on this jury, would you consider and respect the view of other jurors even if their views differed from yours, in accordance with the courts instructions?  Yes _____ No _____

125. If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds, would you, as a juror, be able to reject that suggestion and abide by your oath to this court to decide the case solely on the evidence and law as the court has instructed you to do, without regard to sympathy, bias or prejudice?  Yes _____ No ___

126. Do you have any personal reason for wanting to serve as a juror in this case, or any personal interest in the outcome of the case?  Yes _____ No ___

If yes, please explain:

_____
_____

127. If you are selected to serve as a juror on this case, would you be concerned about reactions to your verdict by any other individual, group or media organization? Yes _____ No ____

If yes, please explain:

_____

_____

128. Is there anything you prefer to discuss privately with the judge (including your responses to particular questions) or is there any matter not covered by this questionnaire that you think the attorneys or the Court might want to know about you when considering you as a juror in this case?   Yes _____ No_____

If yes, please indicate the question number or the issue you would like to discuss with the judge here:

_____

_____

129. Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?   Yes _____ No _____

If yes, please explain:

_____

_____

130. As a result of filling out this questionnaire have you now formed an opinion about the defendant or the case?   Yes _____   No _____

If yes, please explain.

_____

_____

## **CERTIFICATION**

By signing below, I hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions myself.


_____          _____          _____
          Signature                                Print your full name here                                Date


Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

## ATTACHMENT A

The following people may either be witnesses in this case or may be discussed during the trial.  Please review the list and identify any names that you recognize.


Yes _____      No _____

Yes _____      No _____