Filed with the Classified
Information Security Officer
CISO _____
Date 9/21/2017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AHMED SALIM FARAJ ABU KHATALLAH,<br><br>   also known as "Ahmed Abu Khatallah,"<br>   also known as "Ahmed Mukatallah"<br>   also known as "Ahmed Bukatallah"<br>   also known as "Sheik,"<br><br>   Defendant. | Case No. 14-cr-00141 (CRC) |

### MEMORANDUM OPINION AND ORDER