UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |
| v. | : | **Crim. No.: 14-cr-141 (CRC)** |
| | : | |
| | : | |
| AHMED SALIM FARAJ ABU | : | |
| KHATALLAH, | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," | : | |
| also known as "Sheik," | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S SUPPLEMENT TO ITS MOTION TO ALLOW CERTAIN GOVERNMENT WITNESSES TO TESTIFY USING PSEUDONYM INSTEAD OF GIVEN NAME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully supplements its Motion to Allow Certain Government Witnesses to Testify Using Pseudonym Instead of Given Name (hereinafter "Motion"). Dkt. #346. On September 19, 2017, the Government filed its Motion. On September 28, 2017, the Court directed the Government to supplement its Motion with further evidentiary support. Dkt. #371. The government now supplements its Motion with the attached Declaration of Federal Bureau of Investigation Supervisory Special Agent Stefanie Roddy.[1]

---

[1]    The attached Declaration has been reviewed and approved by Agent Roddy. At the time of this filing, she is in transit and unavailable to provide a signed version of the Declaration. A Declaration bearing Agent Roddy's true signature will be filed with the Court on or before October 2, 2017.

WHEREFORE, the government respectfully supplements its Motion and requests that the

Court permit the witnesses identified as W-186 and W-236 to testify using pseudonyms.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:  _____/s/_____
MICHAEL C. DILORENZO
MD Bar No. 931214 0189
JULIEANNE HIMELSTEIN
OPHER SHWEIKI
JOHN CRABB JR.
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov

Certificate of Service

I hereby certify that a copy of the foregoing memorandum was served on counsel for the defendant, Michelle Peterson, Esquire, and Mary Petras, Esquire, by ECF, this 1st day of October 2017.

_____/s/_____
Michael C. DiLorenzo
Assistant United States Attorney

2