**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **Crim. No.: 14-cr-141 (CRC)** |
| | : | |
| | : | |
| **AHMED SALIM FARAJ ABU** | : | |
| **KHATALLAH,** | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," | : | |
| also known as "Sheik," | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SUPPLEMENT TO ITS MOTION TO ALLOW CERTAIN**
**GOVERNMENT WITNESSES TO TESTIFY USING PSEUDONYM INSTEAD OF**
**GIVEN NAME**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully supplements its Motion to Allow Certain Government

Witnesses to Testify Using Pseudonym Instead of Given Name (Dkt. #346), with the signed

Declaration of Federal Bureau of Investigation Supervisory Special Agent Stefanie Roddy.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:           /s/          
MICHAEL C. DILORENZO
MD Bar No. 931214 0189
JULIEANNE HIMELSTEIN
OPHER SHWEIKI

JOHN CRABB JR.
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov


Certificate of Service

I hereby certify that a copy of the foregoing supplement was served on counsel for the defendant, Michelle Peterson, Esquire, and Mary Petras, Esquire, by ECF, this 2nd day of October 2017.


_____/s/_____
Michael C. DiLorenzo
Assistant United States Attorney

2