## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | **Crim. No.: 14-cr-141 (CRC)** |
| | : | |
| | : | |
| AHMED SALIM FARAJ ABU | : | |
| KHATALLAH, | : | <u>Under Seal</u> |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," | : | |
| also known as "Sheik," | : | |
| | : | |

## <u>DECLARATION OF SUPERVISORY SPECIAL AGENT STEFANIE RODDY</u>

STEFANIE RODDY, being duly sworn, hereby states the following:

1.      I am a Supervisory Special Agent of the Federal Bureau of Investigation ("FBI"), currently assigned to the Counterterrorism Division of the FBI's New York Field Office.   Since November 2016, I have supervised an Extraterritorial Squad responsible for the investigation into the September 11-12, 2012 attack on the U.S. Special Mission and Annex in Benghazi, Libya ("Attack"), and which resulted in the criminal charges currently pending against defendant in this case.   As the supervisor of the FBI squad responsible for this investigation, I regularly speak with the case agents about the investigation, review case-related reports, and participate in case-related briefings.   I am therefore intimately familiar with the evidence in this case.

2.      I submit this declaration in support of the Government's Motion *In Limine* To Admit The Deposition Of W-234, namely, a deposition pursuant to Federal Rule of Criminal Procedure 15(c)(3).

1

3.    I have reviewed the Declaration of Special Agent Victor Camaya, dated February 6, 2015, which was submitted in support of the government's Motion for Miscellaneous Relief, requesting the deposition of a critical witness, hereinafter referred to as W-234. I have also re-reviewed my previous declaration, dated June 16, 2017, which was submitted in support of the government's Supplemental Motion for Miscellaneous Relief. I am unaware of any change in circumstances that would undermine the materiality of the witness or the unavailability of the witness at trial. W-234 remains a Libyan national, residing outside the United States and outside the subpoena power of the United States, and there continues to be no formal process to compel the cooperation of the witness. There remains no extradition or similar treaty between the United States and Libya, where a civil war continues to take place between the government and people of Libya and extremists groups, to include Ansar Al-Sharia ("AAS") and the Islamic State of Iraq and the Levant ("ISIL"). Libya continues to remain an extremely dangerous place.

4.    Since the deposition of W-234 on July 28, 2017 in Cairo, Egypt, the FBI attempted repeatedly to make contact with W-234 to secure his in-person testimony for trial. Most of those attempts were unsuccessful. On September 22, 2017, the FBI did make contact with W-234 to discuss the timeframe and logistics for his travel to the United States in order to testify at the trial. W-234 advised that he was currently in Benghazi, and that he could not travel to the United States in the foreseeable future because of the security concerns for himself and his family. W-234 reiterated that no one knows about his cooperation with the FBI regarding the investigation. W-234 further noted that travel to the United States at this time could expose him to significant personal and professional risk as his cooperation might become known. W-234 also advised that

2

his duties with the Libyan National Army preclude his ability to travel outside of Benghazi at this time.  As a result of these stated concerns and obligations, W-234 declined to make himself available for the trial proceedings in Washington, D.C.

I declare under penalty of perjury this 3rd day of October 2017, that the foregoing information is true and correct to the best of my information and belief.

STEFANIE RODDY
FBI Supervisory Special Agent