1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2
    - - - - - - - - - - - - - - - x
3   THE UNITED STATES OF AMERICA,
                                   Criminal Action No.
4                 Plaintiff,       1:14-cr-00141-CRC-1
                                   Monday, October 23, 2017
5   vs.                           11:06 a.m.

6   AHMED SALIM FARAJ ABU KHATALLAH,

7                 Defendant.
    - - - - - - - - - - - - - - - x
8           *MORNING SESSION ~ SEALED PORTION*

9   _____

10                 TRANSCRIPT OF JURY TRIAL
        HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                 UNITED STATES DISTRICT JUDGE
    _____

12  APPEARANCES:

13  For the United States:    **JOHN CRABB, JR., ESQ.**
                              **MICHAEL C. DiLORENZO, ESQ.**
14                            **JULIEANNE HIMELSTEIN, ESQ.**
                              **OPHER SHWEIKI, ESQ.**
15                            U.S. ATTORNEY'S OFFICE
                              Judiciary Center Building
16                            555 Fourth Street, NW
                              Washington, DC 20530
17                            (202) 252-1794
                              John.D.Crabb@usdoj.gov
18
    For the Defendant:        **MICHELLE M. PETERSON, ESQ.**
19                            **MARY MANNING PETRAS, ESQ.**
                              FEDERAL PUBLIC DEFENDER FOR D.C.
20                            625 Indiana Avenue, NW, Suite 550
                              Washington, DC 20004
21                            (202) 208-7500
                              shelli_peterson@fd.org
22                            mary_petras@fd.org

23
    (Continued on Next Page)
24
    Proceedings recorded by mechanical stenography; transcript
25  produced by computer-aided transcription

```
 1     APPEARANCES (CONTINUED):

 2     For the Defendant:        WALEED ELSAYED NASSAR, ESQ.
                                 LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
 3                               1899 Pennsylvania Avenue, NW
                                 Suite 600
 4                               Washington, DC 20006
                                 (202) 833-8900
 5                               waleed.nassar@lbkmlaw.com

 6     Interpreters:            Ghada Attieh
                                Mustafa El-Suqi
 7
                                Toufic Maged (for the witness)
 8                              Mustafa Sayid (for the witness)

 9     Court Reporter:              Lisa A. Moreira, RDR, CRR
                                    Official Court Reporter
10                                  U.S. Courthouse, Room 6718
                                    333 Constitution Avenue, NW
11                                  Washington, DC  20001
                                    202-354-3187
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

WITNESS                                                    PAGE

BILAL AL-UBYDI, Resumed
    (By Ms. Peterson)............................... 2915

```
1                    P R O C E E D I N G S
2              THE COURTROOM DEPUTY:  Your Honor, we're back on
3    the record for Criminal Case 14-141, *United States of*
4    *America vs. Ahmed Salim Faraj Abu Khatallah.*
5              THE COURT:  All right.  Just let me get situated.
6              All right.  Good morning, Ms. Petras.
7              MS. PETRAS:  Good morning, Your Honor.
8              THE COURT:  How was your weekend?
9              MS. PETRAS:  My weekend was working nonstop.
10             Your Honor, the defense is in a position where we
11   cannot effectively represent Mr. Abu Khatallah given the
12   late disclosure of information that has consistently and
13   continues to happen.
14             First of all, I still do not have the electronic
15   file of the records that were produced to the government and
16   then produced to Mr. Ayad, nor do I have the file,
17   electronic, however it was produced --
18             THE COURT:  Hold on one second.
19             (Pause)
20             THE COURT:  Okay.
21             MS. PETRAS:  So the government -- the Court
22   ordered last week that the government produce to us the
23   electronic file.  We have not been given it yet.  We still
24   have not been given the file of -- that Mr. Ayad provided to
25   the government, which are the different records, not the
```

 1    records that they're seeking to admit.

 2         And more importantly, Your Honor, this weekend,

 3    just like last weekend, the government began producing large

 4    volumes of documents that they had not produced consistent

 5    with the Court's order to provide *Jencks* material by

 6    September 9th, and, again, they were producing this with

 7    regard to a witness that they had not stated when the Court

 8    asked them on the Thursday who their witnesses would be.

 9         So we asked, "Is this witness being called this

10    week?"  And apparently the witness is being called this

11    week.  It's Agent Clarke who is here, and this stack of

12    documents that I have, which is Bates-stamped Nos. 3877

13    through 4109, are complaints that the government has had

14    since before we started, and certainly since September 9th,

15    that are affidavits sworn to by Agent Clarke.

16         The government's position, I believe, is that this

17    is simply *Jencks* material.  First of all, that is a

18    violation because it wasn't produced consistent with the

19    Court's order.  Second of all, the government made a comment

20    in one of the emails that this is all within the 302s.

21         This is very different than having 302s.  First of

22    all, the government refuses to identify -- I asked them this

23    morning.  These affidavits are based on complaining

24    witnesses numbered -- well, the numbers aren't consistent.

25    There are missing numbers, but they are numbered as CWs.

1    They refuse to identify who those people are, which makes it

2    impossible for us to compare them to the 302s to determine

3    how to use this information.

4           More importantly, the affidavits are government

5    admissions that can be used very differently than the 302s.

6    Some of them confirmed information that we'd been trying to

7    seek through stipulations which the government clearly knew

8    we believed was exculpatory information.  Some of it relates

9    to five men from Dharna.  All of this is information that we

10   would have opened on that we need time to investigate and

11   prepare to use in our case.  Just like the information that

12   we got last week belatedly about this witness, Mr. Bilal,

13   that he was requesting $10 million, we would have opened on

14   it.

15          We would have opened on this.  We also would have

16   investigated it.  We would have tried to figure out where

17   the inconsistencies are.  We've already determined a couple

18   of inconsistencies with witnesses that they are calling

19   inconsistent with affidavits that the government has sworn

20   to and filed, which are admissions.

21          For all of these reasons, we can't effectively

22   represent Mr. Abu Khatallah, and we would move for a

23   mistrial.

24          THE COURT:  Okay.

25          MR. CRABB:  Good morning, Your Honor.

1          THE COURT:  Good morning.

2          MR. CRABB:  May I address the electronic telephone

3     records, and Mr. DiLorenzo will address the second set of

4     materials?

5          THE COURT:  Sure.

6          MR. CRABB:  Your Honor, with respect to the

7     electronic versions of the telephone records, we are working

8     on that and almost have that finished.  Due to the mode of

9     communication used between Agent O'Donnell and Mr. Ayad,

10    there were some logistical issues in getting the material,

11    and based on the history with that material, we wanted to be

12    absolutely sure that we were producing the right thing, and

13    we believe either later today or at least first thing

14    tomorrow morning we will have that material to the defense.

15         THE COURT:  Very well.

16         MR. CRABB:  Thank you.

17         MR. DiLORENZO:  And on the other matter, can we

18    approach?

19         THE COURT:  You may.

20         (The following is a conference held at the

21          bench outside the hearing of the jury)

22         MR. DiLORENZO:  So with respect to the

23    affidavits -- and I'd actually ask that maybe this portion

24    be sealed.

25         THE COURT:  Lisa, please seal this portion.









2908



2909





2911



2912





1

2

3

4

5

6              (This is the end of the bench conference)

7              MS. PETRAS:  Your Honor, just on the telephone

8    issue, I'd ask the Court to compel the government to produce

9    it no later than 5:00 today.

10             THE COURT:  Mr. DiLorenzo, 5:00?

11             MR. DiLORENZO:  I'm sorry, to provide that?  Can

12   we say 5:10 so I can --

13             THE COURT:  5:10.

14             MS. PETRAS:  I actually meant the telephone

15   records.

16             THE COURT:  I'm sorry?

17             MS. PETRAS:  The telephone records that Mr. Crabb

18   addressed, the electronic files that were attachments to

19   emails that somehow were taking a long time to produce to

20   us, we need that by the end of the day.

21             THE COURT:  Mr. Crabb, the end of the day?

22             MR. CRABB:  Your Honor, we'd ask, like we did

23   before, if we could have until tomorrow morning.

24             THE COURT:  I'll tell you what, give me a status

25   report at the end of the day, but let's -- I mean, if you're

1    not doing it, there are other people that are doing that, I

2    assume, right?

3              MR. CRABB:  It's a combination, Your Honor.

4              THE COURT:  Okay.  Update me at the end of the

5    day.

6              MR. CRABB:  Yes, Your Honor.

7              THE COURT:  All right.  Ms. Peterson, are you

8    ready?

9              MS. PETERSON:  Yes.

10             THE COURT:  Let's go.

11             MS. PETERSON:  We need to get a witness.

12             (Jury enters courtroom)

13             THE COURT:  All righty.  Everyone's still here.

14   Good to see you, folks.  Hope you had a nice weekend.

15         Sorry for the brief delay, but I think we are on

16   track for the defense's cross-examination of Mr. Bilal.

17         Okay.  Sir, I will remind you that you're still

18   under oath.

19             THE WITNESS:  Yes.

20             THE COURT:  Ms. Peterson.

21             MS. PETERSON:  Thank you, Your Honor.

22                   BILAL AL-UBYDI, Resumed

23                     CROSS-EXAMINATION

24   BY MS. PETERSON:

25   Q.  Good morning, sir.

1    A.  Good morning.

2    Q.  Sir, you're testifying under the pseudonym of "Bilal Al-

3    Ubydi," right?

4    A.  Yes.

5    Q.  But that's not your true name, right?  That's the name

6    you've chosen to use for purposes of testifying here?

7    A.  Yes, I chose that name.

8    Q.  Okay.  And during your direct examination,

9    Ms. Himelstein referred to you as "Mr. Bilal," right?

10   A.  Yes.

11   Q.  But "Bilal" would be the equivalent of your first name,

12   right?

13   A.  Yes.

14   Q.  So it would be more appropriate for me to refer to you

15   as "Mr. Ubydi"; is that right?

16   A.  They both can be utilized.  You choose what you prefer.

17   Q.  All right.  Well, since Ubydi is your formal name, I'm

18   going to refer to you as Mr. Ubydi, all right?

19   A.  Okay.

20   Q.  But when Ms. Himelstein asked you on direct why you

21   didn't want to use your true name -- do you remember that

22   question?

23   A.  Yes.

24   Q.  And do you recall answering, "First, I am presenting

25   myself to the American court system, not the Libyan justice

1    system."

2    A.  Yes.

3    Q.  And -- do you remember saying that?

4    A.  Yes.

5    Q.  And that's because you don't view the American justice

6    system with the same respect that you do the Libyan justice

7    system, right?

8    A.  I didn't understand you.

9    Q.  Well, you know, if you were testifying in a Libyan

10   court, you wouldn't testify under a fake name, right?

11   A.  Of course.

12   Q.  Right.  But you believe it's okay to -- that different

13   rules apply in the United States courts than would apply in

14   Libya, right?

15   A.  I don't know really.

16   Q.  Well, you said "I'm presenting myself to the American

17   court system, not the Libyan justice system" as the reason

18   why you were using a name that was not your own, right?

19   A.  That was the second reason, but the first reason is that

20   I fear for the safety of my family, and that is the most

21   important reason.

22   Q.  I understand that there were two reasons, but what you

23   said the first reason was when you answered Ms. Himelstein's

24   question was because you were presenting yourself to the

25   American court system, not the Libyan justice system.

1    A.   Yes.

2    Q.   And you said the second reason was because you also

3    feared for your family members who were still in Benghazi,

4    right?

5    A.   Yes.

6    Q.   Okay.  And you testified -- the government asked you

7    about the term "takfiri."  Do you remember that?

8    A.   Yes.

9    Q.   And you gave a pretty broad explanation of what you

10   thought "takfiri" meant, right?

11   A.   This is according to what I know myself.

12   Q.   Okay.  So really what "takfiri" means is just a Muslim

13   who judges other Muslims as not being conservative enough,

14   right?

15   A.   I don't know the details.

16   Q.   Well, you would agree with me, would you not, that

17   someone who is a takfiri is someone who would consider other

18   Muslims who are not doing -- who are not religious enough to

19   not be pure Muslims, right?

20   A.   In the takfiris' eyes, those people are considered --

21   have violated -- to have violated the sharia or outside the

22   sharia because of reasons of his own that he believes in.

23   Q.   Right.  So when people call you a takfiri, that means

24   that they believe that you have strayed from the true

25   religion, right?  I'm sorry, I said that wrong.

1          When people said that you were a murtad, they

2   were -- you view the people who said that to you as being

3   takfiri?

4   A.  Would you repeat it?

5   Q.  Yes.  You talked about, on direct examination, people

6   who had come to your home and ransacked it as having called

7   you a murtad.

8   A.  Yes.

9   Q.  Right.  And so the people who called you a murtad would

10  be considered, in your mind, takfiri, right?

11  A.  They -- very naturally, they -- since I work for the

12  government, they would call me takfiri.  And I am a security

13  man, so they called me murtad.

14          Among the Muslim people, no one would use such a

15  term unless he himself believes in the takfiri ideology.

16  That's what I know.

17  Q.  So are you saying they called you a takfiri or they

18  called you a murtad?

19  A.  They were calling on me, "You, murtad, open the door."

20  Q.  So they didn't call you a takfiri.  You're saying they

21  were takfiri, right?

22  A.  In their eyes -- in their eyes I am murtad or a

23  nonbeliever.  They are takfiri.

24  Q.  Right.  I just wanted to make sure we were on the

25  same...

1   A.  Fine.

2   Q.  But both of these terms, "takfiri" and "murtad," they're

3   Arabic terms, right?

4   A.  Yes.

5   Q.  They have nothing to do with people outside of the

6   Muslim religion?

7           THE INTERPRETER:  (To the witness) May I ask you

8   to repeat that?

9   A.  In the ideology of the takfiris, they would consider

10  also a non-Muslim as an infidel.

11  Q.  Well, but when someone calls someone a murtad, they're

12  referring to someone who is -- who purports to be Muslim,

13  but who is not religious enough in the takfiris' eyes,

14  right?

15  A.  In their eyes, this person has committed an act that

16  made him outside religion -- outside the religion, and he's

17  considered a murtad, and he is wrong.

18  Q.  Okay.  And I imagine -- you gave -- at one point in your

19  testimony yesterday, you gave a lengthy recitation of the

20  Quran.

21  A.  Yes.

22  Q.  And I imagine, as a practicing Muslim, it offends you to

23  have someone call you a murtad, right?

24  A.  Of course.

25  Q.  And it offends you to have someone question your

1    religious sincerity, right?

2    A.   Yes.   And I respect others, though.

3    Q.   Okay.   You told us last week that you were imprisoned

4    under the Gaddafi regime, right?

5    A.   Yes.

6    Q.   And you, in fact, participated in interviews about your

7    time under the Gaddafi regime imprisonment, right?

8    A.   Interviews with whom?

9    Q.   Well, you were on YouTube and other newspaper

10   discussions about your time when you were in custody under

11   Gaddafi, right?

12           MS. HIMELSTEIN:   Relevance.   Objection; relevance.

13           MS. PETERSON:   He testified --

14           THE COURT:   Overruled.

15   Q.   Let me just jump right into it, then, if you don't

16   remember being interviewed about it.

17           You were tortured by Gaddafi's regime, right?

18   A.   Yes.

19   Q.   And you spoke with *The Daily Beast*, do you remember

20   that, a newspaper publication or website publication called

21   *The Daily Beast*?

22   A.   I don't remember it.

23   Q.   Do you remember telling them about hanging from an iron

24   bar just a few inches off the ground and being tortured and

25   beaten with sticks while you were hanging there for hours?

1    A.  No, I don't remember that.

2    Q.  Do you remember telling them that that was called a

3    Hyundai?

4    A.  I don't remember that.

5              MS. PETERSON:  And I'm going to show the

6    government what I've marked for purposes of identification

7    as Government's Exhibit 124.

8              MS. HIMELSTEIN:  Thank you.

9              MS. PETERSON:  May I approach, Your Honor?

10             THE COURT:  You may.

11   Q.  Is that a photo of you?

12   A.  Yes.

13   Q.  Does that refresh your recollection about an interview

14   you gave to *The Daily Beast* about your time in the Gaddafi

15   prison?

16   A.  I remember this photograph, but I do not remember the

17   interview vividly.

18   Q.  So if you were quoted as saying -- describing this

19   torture device as being called the Hyundai, that's not

20   something you remember telling them during an interview?

21   A.  No, I do not recollect.

22             MS. HIMELSTEIN:  Objection.

23             THE COURT:  Move on, counsel.  He said he doesn't

24   recall.

25   Q.  And do you recall talking about having two rows of false

```
 1    teeth --

 2              THE COURT:  Counsel, move on.  He said it didn't

 3    refresh.

 4              MS. PETERSON:  May I approach, Your Honor?

 5              (The following is a conference held at the

 6               bench outside the hearing of the jury)

 7              MS. PETERSON:  He said that it doesn't refresh his

 8    recollection as to the interview, but I just want to ask him

 9    questions about his torture.  I think he did not say he

10    wasn't tortured.

11              So I won't go back to the interview.  I'm just

12    asking whether it's true --

13              THE COURT:  Don't mention the interview.  He says

14    he didn't recall the interview.  He says it didn't refresh

15    him, so don't sit and read from the interview.  That's not

16    proper.  You can ask whether he was tortured.

17              What is the relevance of this?

18              MS. PETERSON:  Well, the government elicited that

19    he was in prison under Gaddafi.

20              THE COURT:  Understood.

21              MS. PETERSON:  Our client was also imprisoned

22    under Gaddafi.

23              THE COURT:  Understood.

24              MS. PETERSON:  And I want to get from him that

25    this was not an unusual thing, for people to have been
```

1    tortured under Gaddafi's regime.

2              MS. HIMELSTEIN:  And we'll object to that.

3              THE COURT:  I'm going to cut this off.  I really

4    don't see the relevance of this.  Who knows when he was

5    imprisoned, whether --

6              MS. PETERSON:  Well, I can elicit when he was in

7    prison, but it was at the same time that our client was in

8    prison and in these same facilities.

9              The government may well, at a time that Mr. Clarke

10   testifies about what our client said, try to suggest that

11   our client was not truthfully saying that he was imprisoned

12   under Gaddafi and truthfully relaying he was tortured.

13   We're going to have expert testimony about that torture.

14   There are consistencies between what this gentleman said

15   happened to him in those same prisons and what our client

16   says happened to him in those same prisons.

17             MS. HIMELSTEIN:  Your Honor, A, just because one

18   person got tortured doesn't mean another person got

19   tortured; B, you will hear that the defendant told Agent

20   Clarke that he didn't get tortured in Abu Salim prison.

21             This is so irrelevant and --

22             THE COURT:  I'm going to sustain the objection.

23   We've gotten in some of it already, and that's enough.

24   Okay?

25             (This is the end of the bench conference)

1   BY MS. PETERSON:

2   Q.  Sir, you testified -- I'm sorry, I'll let you get

3   situated first.

4        You testified that you were involved in the

5   revolution against Gaddafi, right?

6   A.  Yes.

7   Q.  And at that time you were on the same side as Mr. Abu

8   Khatallah, right?

9   A.  I'm still on the same side.

10  Q.  Well, during the revolution you fought, according to

11  you, side by side with other revolutionaries, including

12  Mr. Abu Khatallah, right?

13  A.  Yes.  It was a revolution of the people.

14  Q.  And that was because the Gaddafi regime was a very

15  brutal regime, right?

16  A.  Yes.  We wanted to get rid of cruelty.

17  Q.  Right.  And United States supported the revolutionaries

18  during that time, right?

19  A.  The United Nations and all countries.

20  Q.  Right.  And that revolution began in February of 2011?

21  A.  Yes.

22  Q.  And you testified that when Mr. Abu Khatallah fought in

23  that revolution, he was on the front lines, right?

24  A.  Yes.

25  Q.  And he fought with a brigade called Ubaydah Bin Jarrah?

1    A.   Yes.

2    Q.   And that revolution lasted essentially through the

3    summer of 2011, right?

4    A.   Until liberation was declared.

5    Q.   And was that in October of 2011?

6    A.   Yes.

7    Q.   But the brigade of Ubaydah Bin Jarrah was actually

8    disbanded shortly before declaration was made, right?

9    A.   Of course not.

10   Q.   You don't -- do you recall telling the government before

11   that the -- when you talked to them that the Ubaydah Bin

12   Jarrah was disbanded in the summer of 2011?

13   A.   No, I did not say that, who dissolved it, disbanded it.

14   Q.   Isn't it true that the -- that brigade disbanded?  It

15   didn't exist by that name anymore after the summer of 2011.

16   A.   No, of course not.

17   Q.   Do you recall meeting with Mr. Clarke, who is sitting at

18   this table right here?  You know him, right?

19   A.   Where?

20            MS. PETERSON:  Mr. Clarke, please stand, please.

21   Q.   Do you remember this guy?

22   A.   Yes.

23   Q.   And do you remember meeting with him in Hungary in March

24   of 2015?

25   A.   Yes.

1    Q.  And there were other individuals at that meeting as

2    well, right?

3    A.  Yes.

4    Q.  Do you remember another FBI agent by the name of

5    O'Donnell at that meeting?

6    A.  His name?

7    Q.  O'Donnell, Justin.

8    A.  I don't remember the names.

9    Q.  Was it Mr. Clarke who was taking notes of that meeting;

10   do you remember?  Or was it the other FBI agent?

11   A.  I was talking to this agent.

12   Q.  And was he writing down what you had to say?

13   A.  Yes.

14   Q.  And is it your testimony today that you never said that

15   the group disbanded in the summer of 2011, the group UBJ?

16   A.  No, they did not disband in the summer of 2011.

17   Q.  Is it your testimony that you did not tell Mr. Clarke

18   that they disbanded in 2011?

19   A.  Ubaydah Bin Jarrah?

20   Q.  Yes, Ubaydah Bin Jarrah.

21   A.  I don't recall -- I don't recall that specifically.

22   Q.  Okay.

23          MS. HIMELSTEIN:  Counsel, date, page, and

24   paragraph, please?

25          MS. PETERSON:  The notes of the interview of

```
 1    3/11/2015, Page 7.
 2              MS. HIMELSTEIN:  Thank you.
 3              MS. PETERSON:  There's no Bates number on it.
 4    Q.  And when Mr. Abu Khatallah was the commander of Ubaydah
 5    Bin Jarrah, that was during the revolution, right?
 6    A.  Yes.
 7    Q.  After the revolution Libya had a problem with widespread
 8    weapons, right?
 9    A.  Of course.
10    Q.  Because everyone that was fighting in the revolution had
11    access to what you described yesterday as both medium -- I
12    shouldn't say "yesterday," last week -- medium and heavy
13    weapons, right?
14    A.  Yes, especially light weapons.
15    Q.  Right.  But they also had -- so they had Kalashnikovs?
16    A.  Yes.
17    Q.  And they had AK-47s?
18    A.  What's the name of it?
19    Q.  It's been called an AK-47.  Is that the same thing as a
20    Kalashnikov in your mind?
21    A.  It could be the FN.
22    Q.  Okay.  It's a big gun?
23    A.  Yes.
24    Q.  And you said that people that fought in the revolution
25    also had access to RPGs?
```

```
 1    A.  Not everyone.

 2    Q.  But there were a lot of RPGs to be found in Libya after

 3    the revolution, weren't there?

 4    A.  RPGs were not in every camps or units.  They were in

 5    specific groups.

 6    Q.  There were a lot of different brigades and militias that

 7    fought in the revolution, weren't there?

 8    A.  Yes.

 9    Q.  Because everybody -- well, not everybody, but a lot of

10    people went out and formed a brigade for the purpose of

11    fighting in that revolution, right?

12    A.  Yes.

13    Q.  People went out and rounded up their friends, got

14    weapons, and fought against Gaddafi, right?

15    A.  Yes.

16    Q.  And after the revolution there wasn't a government that

17    was in place that had sufficient authority to take those

18    weapons back from people, right?

19    A.  There were numbers of -- there were groups that actually

20    did fold into and did listen to the instructions of the

21    government, but there were groups also that refused to

22    listen and to go back to their normal life from before the

23    revolution.

24    Q.  Right.  And a lot of the brigades that existed after the

25    revolution had been a different brigade, but had fought
```

1    during the revolution, right?

2    A.  For sure there was.

3    Q.  Yes.  Some of the brigades ceased to exist, and other

4    brigades demanded their piece of the government pie, right?

5    A.  You could say so, yes.

6    Q.  Right.  And there were a lot of skirmishes after the

7    revolution between brigades?

8    A.  Not all of them.

9    Q.  But between many of them?

10   A.  It has happened.

11   Q.  Right.  There was what we would call a turf battle,

12   right?

13   A.  For the brigades, no.  They did not really fight over

14   power.

15   Q.  Well, there were disputes over who was going to control

16   a hospital or an airport or an orchard, right?

17   A.  Not in the form that you're describing.

18          It wasn't really fights for objects like the way

19   you described.  It was mostly -- the things that did happen

20   over this period of time would be mostly for financial gain,

21   payroll, or the clashes that would happen between political

22   parties that some of these brigades belonged to.

23   Q.  Right.  Each brigade wanted to make sure it was getting

24   its share of the money, right?

25   A.  There were brigades that actually did function and did

1    work and did conduct some duties and did receive payment in

2    a normal fashion.  And there was also, on the other hand,

3    brigades that did nothing and would actually just create

4    problems, and what they would do was add to -- they would

5    demand financial gain, and they would create additional

6    numbers of manpower.  Like if they had a hundred, they'd put

7    down a thousand, just for the sake of asking for more money

8    and inflating their size.

9    Q.  Because that was how you could get money in Libya, was

10   to have a brigade and assert some power over some facility,

11   right?

12   A.  Not really.  Actually, the revolution -- the war period

13   prolonged.  Most people actually thought that it would not

14   take that long.

15          What happened was that because it went on and on,

16   the revolution, that many people left their professions, so

17   what happened was that -- the duty here was that the

18   government had to compensate for this loss.  That's what the

19   reality was that we had.

20   Q.  So people didn't want to go back to their old

21   professions.  They wanted to stay in a brigade even after

22   the war was over?

23   A.  People are not all equal.

24   Q.  Okay.  But you indicated that part of the problem was

25   that people didn't want to go back to their professions,

1    right, so they had to continue to get paid by the

2    government?

3    A.   Everyone wants and likes money.

4    Q.   Okay.  And you said that after the revolution you became

5    commander of the operations room, right?

6    A.   Yes.

7    Q.   And you described that as a group that was in charge of

8    receiving information and collecting information and

9    disseminating it, right?

10   A.   According to specialty, yes.

11   Q.   Okay.  And when you said you were the commander of the

12   operation room, is that something different than the

13   Preventative Security Brigade, or is that just another word

14   for it?

15   A.   Yes, different.

16   Q.   So you were both the commander of the operations room

17   and the head of the Preventative Security Brigade?

18   A.   Yes.

19   Q.   And did you draw a salary from the Libyan government for

20   both of those roles?

21   A.   No.

22   Q.   Which role -- which one did you get paid for?

23   A.   In the Preventative Security Brigade.

24   Q.   Okay.  And you claimed that about 50 brigades became

25   part of that brigade after the revolution; is that right?

1    A.   The Preventative Operations Center, correct?

2    Q.   You called it the Preventative Security Brigade.   Is

3    that different than the Preventative Operations Center?

4    A.   They're different.

5    Q.   Okay.   So you were -- when you said that you were the

6    commander of the operations room, is that referring to the

7    Preventative Operations Center, or is that referring to

8    something else?

9    A.   Yes, they're different.

10   Q.   So there are three different organizations you were the

11   head of?

12   A.   Just two.

13   Q.   Okay.   Maybe I'm confused.

14           There's the commander of the operations room,

15   there is the head of the Preventative Operations Center, and

16   there is the head of the Preventative Security Brigade.

17   Which two of those are the same?

18   A.   I was the general director for the security preventative

19   agency or department, which is a Libyan -- a nation-wide

20   organization over all of Libya, and I was also at the

21   security -- the Joint Security Operations Room.

22   Q.   Well, I believe you said before that the Joint

23   Security -- so when you referred to the Joint Situation

24   Room, is that the same as the Joint Security Room?

25   A.   It is considered the highest authority because

1  information comes to it from all directions, and then it is

2  given back again, depending on where the information should

3  go from there.  Traffic, drug investigation, accidents, and

4  depending on where the specialty lies, we delegate to the

5  different kind of agency to look into it.

6  Q.  Okay.  So the Joint Security Operation is the highest,

7  would you say?

8  A.  Yes.

9  Q.  Okay.  And you were the head of that on September 11,

10  2012, right?

11  A.  Yes.  That night I was in charge of that.

12  Q.  Okay.  Because that was -- the head of that varied from

13  one night to the next, right?

14  A.  Yes.

15  Q.  But on September 11th you were in charge of that highest

16  level of security in Benghazi, right?

17  A.  Yes.

18  Q.  I want to take a step back to the Preventative Security

19  Brigade for a moment.  That organization was under this

20  Joint Security Operation, right?

21  A.  Originally the Preventive Security Department falls

22  under the joint chief's command, but -- in our region, but

23  when the order was given to create the Joint Security

24  Operations Room by the legislative body, the parliament at

25  the time, they gave an order out to all security agencies to

1   fill or to take their positions under the Joint Security

2   Operations.

3   Q.  And that included your Preventative Security Brigade,

4   right?

5   A.  Yes.

6   Q.  And your Preventive Security Brigade had, I believe you

7   said last week, 5,000 to 6,000 men as part of that brigade?

8   A.  At the beginning of 2011 that was the number, in fact,

9   but the majority of them went back to their own normal lives

10  there, and the number came down to around from 700 to 900,

11  and I'm responsible for those numbers.

12  Q.  Okay.  So you led 700 to 900 people underneath the

13  Preventative Security Brigade on September 11, 2012?

14  A.  Yes.

15  Q.  All right.  And, in fact, you actually led even more

16  than that number of people on September 11, 2012, because

17  you were the head of the Joint Security Operations?

18  A.  It's not exactly how you're imagining it, the way we do

19  our work.  We have mobile patrols.  We have fixed locations

20  for -- we have people who are specialized in gathering

21  information and intelligence, in addition to other elements

22  that actually work with us inside the Joint Operations Room.

23  Q.  How many brigades belong to the Joint Security

24  Operations Room?

25  A.  How many brigades?  We had a number of regular police,

1    people who actually belong to the military, the armed

2    forces.  We had the brigade that -- the Omar Mukhtar Brigade

3    also.  We had also a platoon that belongs to February 17th

4    Brigade.  We actually have a -- we also had a brigade that

5    was called The Brigade to Protect February 17.

6            These are all elements that actually wanted to

7    work within the folds of the government.

8    Q.  And those aren't the only groups that were part of the

9    joint operations, right?

10   A.  How do you mean?

11   Q.  Well, you're just telling us the ones you remember

12   sitting here today?

13   A.  We have -- I mean, we also even had the security agency

14   for food safety and also the location security units, which

15   was, for example, units that provide security to hospitals

16   and other facilities.

17           The operations center, its role was that -- why we

18   had all this different kind of variety of people working

19   under us is that when something is elevated to us, when it

20   comes to information, it gets delegated to the right group

21   for them to take care of that problem and also to prevent

22   breach and infiltration from elements that should not be

23   playing any kind of role in what we were doing.

24   Q.  And you said the local police was part of this Joint

25   Operations -- Joint Security Operations Room?

1    A.  Yes, because they did not do their duty or go to their

2    work or do what they were supposed to do in the revolution,

3    so what we did was, as revolutionary elements, we tried to

4    absorb them into ourselves.

5    Q.  But the local police became part of or responded to the

6    Joint Security Operations Room, right?

7    A.  Yes.

8    Q.  Okay.  And the Supreme Security Council, was that part

9    of the Joint Security Operations Room?

10   A.  The Supreme Security Council?

11   Q.  Yes.

12           THE INTERPETER:  I think it's just a

13   mistranslation.  Forgive me.  I'm doing it from my side.

14   I'm doing it literally.

15   Q.  Are you familiar with the Supreme Security Council?  Is

16   that the name of the police?

17   A.  That title does not ring a bell.

18   Q.  All right.  We'll see if we can find that title in

19   Arabic for you, and we'll come back to it in a minute.

20           I guess the bottom line is the Joint Security

21   Operations Room, that's the guys who were in charge, right?

22   A.  In what exactly?  I mean...

23   Q.  Well, you get all the information that comes in, and you

24   figure out what to do with that information, who to send to

25   respond, and how to handle the crisis that occurs, right?

```
1    A.  Yes.

2    Q.  Okay.  And was the Security Support For Military

3    Intelligence Brigade part of the Joint Security Operations

4    Room?

5              THE INTERPRETER:  Could you repeat the question?

6    Forgive me.

7              MS. PETERSON:  Sure.

8    Q.  Was the Security Support for Military Intelligence

9    Brigade also part of the Joint Security Operations Room?

10   A.  Yes.

11   Q.  Okay.  You know what I'm talking about when I say that?

12   A.  Military intelligence is a known expression.

13   Q.  But you know what brigade I'm speaking of when I say

14   "the Security Support for Military Intelligence Brigade"?

15   A.  This is a -- it's a government apparatus.

16   Q.  But it responds -- it was part of the Joint

17   Operations -- Joint Security Operations Room, correct?

18   A.  No.  There is a government agency, government apparatus,

19   which is called the Military Intelligence.  They would send

20   one individual, for example, who would be present in the

21   Joint Security Operations Room if they needed, for example,

22   military advice or a channel into the military -- into the

23   Army, or if they wanted any kind of information regarding

24   anything pertaining to the military, so that officer would

25   actually just cooperate and give that.
```

 1            There is no brigade under the name that you gave.

 2            THE COURT:  Counsel, I would suggest, if you are

 3    trying to refer him to a particular brigade or group or

 4    concept, perhaps write the name in Arabic, approach, and

 5    show him just so that we're on the same page as to what

 6    we're talking about.

 7            MS. PETERSON:  I'd be happy to, Your Honor.  If I

 8    could have just one moment.

 9            (Pause)

10            MS. PETERSON:  Your Honor, perhaps Ms. Himelstein

11    and I should approach for a moment, just to explain to the

12    Court what I...

13            (The following is a conference held at the

14             bench outside the hearing of the jury)

15            MS. PETERSON:  Just since this the first time I'll

16    be doing it, what I've tried to do --

17            MS. HIMELSTEIN:  Before counsel addresses this

18    matter, I would like to remind counsel -- I didn't want to

19    interrupt, but not -- if she does not have a prior

20    inconsistent statement, she cannot try to impeach the

21    witness.  In the notes that she told me were in the alleged

22    statement that this witness made, it was not there.

23            MS. PETERSON:  Well, clearly I can bring it up and

24    show it to the Court.  Maybe you're looking at the wrong

25    page perhaps.

```
 1              THE COURT:  Just in general show opposing counsel
 2    the statement that is allegedly inconsistent.  Give her time
 3    to raise that issue just like --
 4              MS. PETERSON:  Sure.  I'm happy to show -- I
 5    referred her to the page so I thought she would find it, but
 6    I'm happy to show it to her.
 7              This is the witness who testified in Egypt using
 8    this pseudonym so he's not going to know this person.  This
 9    is the problem we have with the pseudonyms.  So I'm going to
10    show him this, which I will mark but not publish publicly,
11    and ask him to read this name to himself and to understand
12    that this is the name I'm going to use when referring to
13    listening, because I then need to ask him if he's aware that
14    this person is the head of this brigade.
15              MS. HIMELSTEIN:  Your Honor, in concert with this,
16    we've already talked to counsel last week, and we said this
17    is fine.  However, the substance of this cross is completely
18    beyond the scope --
19              MS. PETERSON:  It's not beyond the scope.
20              MS. HIMELSTEIN:  -- so we would object to it.
21              MS. PETERSON:  They brought in -- he's the head of
22    this organization.  They brought in that he knows about all
23    these weapons being loaded --
24              THE COURT:  What is your basis for asking him
25    whether this group is part of the Joint Security Office that
```

1    he heads?  That's your hook to trying to get this before

2    this witness.

3              MS. PETERSON:  Well, it comes in --

4              THE COURT:  Do you have a basis for --

5              MS. PETERSON:  I believe that this is one of the

6    brigades that was under that organization, and I think the

7    problem we get into is the semantics of "brigades" versus --

8    he testified that he had this brigade, but that he was also

9    part of the military intelligence.  So I understand this

10   witness to be saying military intelligence is not a part of

11   Joint Operations, but I believe this brigade, in fact, was.

12             I certainly have a basis that he knows who this

13   guy is.  He talked in all of the witness statements about

14   his connection with this guy.

15             THE COURT:  Right.  Look, if he can identify this

16   was a particular brigade that's a part of an organization

17   that he led, okay, I'll let you ask him the questions about

18   this brigade.

19             MS. PETERSON:  Right.  But I think the only way I

20   can get to that --

21             THE COURT:  But if not, then move on --

22             MS. PETERSON:  Sure.  Oh, I will.

23             THE COURT:  -- because what I heard him to say is

24   that this brigade is not part of the joint, but rather he

25   was referring to sort of military intelligence.

```
 1              MS. PETERSON:  But I think the only way I can get

 2      at that is to ask him, "Do you know this person?"

 3              THE COURT:  That's fine.  That's fine.

 4              MS. PETERSON:  "And do you know this person to be

 5      the head of this brigade?"  And if he says no, then I'm

 6      done.

 7              THE COURT:  Ask him whether he knows this first.

 8      If he says no --

 9              MS. PETERSON:  If he knows this person.  That's

10      fine.

11              THE COURT:  Okay.

12              (This is the end of the bench conference)

13      BY MS. PETERSON:

14      Q.  All right.  Sir, I'm going to show you what I've marked

15      as Defendant's Exhibit 126, just for purposes of

16      identification.  Are you familiar with that entity as a

17      brigade?

18      A.  Yes.

19      Q.  Okay.  And is that a brigade that was under the auspices

20      of the Joint Security Operations Room?

21      A.  No.

22      Q.  Okay.  Do you know who headed that brigade?  Don't

23      answer the question, just give me a yes or no.

24              MS. HIMELSTEIN:  Objection, Your Honor, based on

25      the Court's ruling at the bench.
```

1          THE COURT:  Sustained.

2     Q.  Was this a brigade that, even though it wasn't under the

3     auspices of the Joint Security Operations Room, was a

4     brigade that you worked with?

5          MS. HIMELSTEIN:  Objection.

6          THE COURT:  Overruled.  Overruled.

7     A.  No.

8     Q.  Are you familiar with the people who led that brigade?

9     A.  It is under the Ministry of --

10    Q.  Okay.  I don't want you to use the name of the person.

11    Go ahead.

12    A.  It's under the Ministry of Defense.

13    Q.  Okay.  Sir, you indicated I think just a few minutes ago

14    that both the regular police and armed forces were also part

15    of the Joint Operations Room, right?

16    A.  Some administrations and branches of the police and also

17    some branches of the military, yes.

18    Q.  Okay.  And you said that February 17 was part of the

19    Joint Operations Room?

20    A.  Not the whole entire brigade.  A platoon of theirs.

21    Q.  Well, you just indicated a few minutes ago the February

22    17th Brigade as well as a brigade to protect February 17

23    were part of the Joint Security Operations Room, right?

24    A.  Of February 17th, only a platoon.  Only a platoon.

25    Q.  And was that the platoon that was led by Fawzi Bu

1    Khatief?

2    A.  Fawzi Bu Khatief is actually the commander of all of

3    February 17th.  That platoon is a part of the larger brigade

4    of February 17th.

5    Q.  So when you testified last week that Mukhtar Bruzayza

6    was the head of February 17th, he really isn't the head of

7    February 17th, it's Fawzi Bu Khatief, right?

8    A.  I mentioned this last week.  I said Mukhtar Bruzayza

9    actually the military branch of February 17th.  Fawzi Bu

10   Khatief is the overall commander.

11   Q.  And you've told the government on prior occasions that

12   it was a gentleman by the name of Shaltami who was the head

13   of February 17th, right?

14   A.  He's a platoon commander, one of the commanders within

15   February 17th.

16   Q.  So is it fair to say there's a lot of people who are

17   sort of the head of February 17?

18   A.  It has a complicated composition.  The thing is that I

19   know more of its intricacies because I was -- I knew more

20   about them from the beginning of the revolution.  What it is

21   is a number of platoons that comprises the whole body.

22   Q.  And the Joint Operation -- Security Operations Room was

23   actually located on the grounds of the February 17 Camp,

24   right?

25   A.  Yes.

1   Q.  And back in 2012, Faraj Shaku was the head of the unit

2   of February 17 that was assigned to the Mission, right?

3           THE INTERPRETER:  Could you repeat the question?

4   I'm sorry.

5           MS. PETERSON:  Sure.

6   Q.  Back in September of 2012, Faraj Shaku was in charge of

7   the unit that was assigned to the Mission?

8   A.  I'm not sure.  I don't know.

9   Q.  Well, did you know back in 2012 what Faraj Shaku's role

10  was?

11  A.  For -- regarding Faraj Shaku, he worked with Mukhtar

12  Bruzayza.  He was a field commander under him.

13  Q.  Well, you remember testifying last week that you heard

14  Faraj Shaku come on the radio that night saying he was being

15  shot at, right?

16  A.  Yes.

17  Q.  So he wasn't part of the attack.  He was at the Mission

18  protecting it.  Right?

19           THE INTERPRETER:  Could you repeat the question?

20  Sorry.

21  Q.  Was Faraj Shaku a good guy or a bad guy on the night of

22  the attack?

23  A.  I don't know where he was.  When he spoke over the

24  radio, I could not tell where he was specifically.  I don't

25  know if he was in an attacking position or if he was in a

1    defensive position.

2    Q.  Well, he came on the radio saying he was being shot at,

3    right?

4    A.  Yes, yelling.

5    Q.  Right.  And that's when -- that was at the beginning of

6    the attack, right?

7    A.  Yes.

8    Q.  It's when you first heard gunshots going off at the

9    Mission?

10   A.  Yes.

11   Q.  So it was certainly before you sent anyone, if you ever

12   did, to assist the Americans, right?

13   A.  Yes.

14   Q.  And Libya Shield, was that part of the Joint Security

15   Operations Room?

16   A.  There were many shields numbered one, two, three, four,

17   seven, ten.

18   Q.  The Libya Shield that met the Americans at the airport

19   and escorted them to the Annex and helped them evacuate that

20   night, was that part of the Joint Security Operations Room?

21   A.  No.

22   Q.  No.  But you're aware that that is the group that met

23   the Americans at the airport, right?

24   A.  They did receive the Americans at the airport.

25   Q.  Right.  And Wissam Bin Hamid of the Libya Shield

1    escorted the Americans to the Annex, right?

2    A.  I don't know where he took them, but he was the one who

3    took them -- who came to them at the airport.

4    Q.  And he's the one that helped them evacuate, right?

5    A.  I can't say that he helped them.

6    Q.  Because you weren't there?

7    A.  I'm a security official.  I worked and I investigated

8    and I gathered information later on.  I cannot say that he

9    helped them.

10   Q.  I'm not asking you about what investigation you did

11   after the fact.  You were not there that night, were you?

12   A.  I wasn't with Wissam, no.

13   Q.  Okay.  You've testified, though, that you were at the

14   operations center at the time that the attack began on

15   September 11, 2012, right?

16          THE COURT:  Ms. Peterson, is this a good time for

17   a break?

18          MS. PETERSON:  It would be a great time to break.

19          THE COURT:  Okay.  Let's take our 15-minute

20   morning break.  We will see you back here about 11:20.

21          (Jury exits courtroom)

22          (Recess taken)

23          (Jury enters courtroom)

24          THE COURT:  Okay.  Welcome back.

25          Ms. Peterson.

1          MS. PETERSON:  Thank you, Your Honor.

2     BY MS. PETERSON:

3     Q.  Sir, I'm going to show you what I've marked as

4     Defendant's Exhibit 125.  I had asked you earlier a couple

5     of questions about the Supreme Security Committee.  Reading

6     it in Arabic, does that help you understand what I was

7     asking about?

8     A.  Yes.  It is a committee, not a council.

9     Q.  I see.  So now that you know what I'm referring to as

10    the Supreme Security Committee, was that part of the Joint

11    Security Operations Room?

12    A.  No.  It was part of the Ministry of Interior.

13    Q.  Did they participate in the collection of information

14    and dissemination of information from the Joint Security

15    Operations Room?

16    A.  No.  They are not present in the Joint Security Room.

17    They belong to the Ministry of Interior.

18    Q.  And did the Ministry of Interior have some level of

19    authority over the police?

20    A.  The Ministry of Interior, yes.

21    Q.  Okay.  And the police were part of the Joint Security

22    Operations Room?

23    A.  Yes.

24    Q.  Okay.  Sir, the other thing I wanted to just go back to

25    real quickly was I asked you about whether UBJ had disbanded

1   after the revolution?

2              THE INTERPETER:  Excuse me, Your Honor.

3              Whether what was disbanded?

4              MS. PETERSON:  I'm sorry, Ubaydah Bin Jarrah.

5   Q.  Do you recall that?

6   A.  Yes.  Just shortly?

7   Q.  Right, right.  Would you -- I'm not asking you why it

8   disbanded, but would you agree with me that at least in name

9   it ceased to exist sometime after the September -- or the

10  summer of 2011?

11  A.  No, it did not disband.

12  Q.  Not even in name?

13  A.  Even if decrees were passed by the government to disband

14  it, they did not follow government orders.  And I know this

15  for a fact very well and how brigades were working under the

16  government.  I am one of those who have actually planned on

17  how to incorporate these brigades under the government's

18  control.  Even if a decision was issued by higher

19  authorities, this would not apply to it as it does to other

20  brigades.

21  Q.  Okay.  But so are you acknowledging that there was, in

22  fact, a decree to disband UBJ?

23  A.  No.

24  Q.  Sir, on September 11, 2012, when you were on duty at the

25  Joint Security Operations Room, you were at a heightened

1    sense of security, right?

2    A.  Yes.

3    Q.  Because there were a lot of concerns about the film

4    about the prophet and protesting other countries?

5    A.  Yes.

6    Q.  And you were aware that the U.S. government had asked

7    for additional security leading up to September 11, 2012,

8    from the Libyans, right?

9            THE INTERPRETER:  I'm sorry, from whom?

10           MS. PETERSON:  From the Libyan government.

11   A.  I don't understand what you mean by asked for security

12   from the Libyans.

13   Q.  Were you part of the group that was asked to send

14   additional security for the Mission in the week preceding

15   September 11, 2012?

16   A.  Had there been such a request actually, it would have

17   been directed toward that entity that is charged with

18   providing such security.

19   Q.  But that entity came under the control of the Joint

20   Security Operations Room, correct?

21   A.  There was -- no, that's not true.  There was one platoon

22   that we have mentioned already, and this request or this

23   order to reinforce cannot be, at any rate, known to

24   everyone.  Maybe this came to Fawzi Bu Khatief or another

25   individual, and that's what I think.

1    Q.  So you were the head of the Joint Security Operations

2    Room, and you were concerned about the security of Western

3    interests that night, right?

4    A.  Yes.

5    Q.  But you made no efforts to send additional security to

6    protect the Mission, did you?

7    A.  We provide support and assistance when requested.

8    Q.  Okay.  The first person you -- you said you were -- when

9    you were on duty, you were outside praying at the time that

10   you first heard gunshots, right?

11   A.  Yes.

12   Q.  And in addition to the gunshots, you heard Faraj Shaku

13   screaming on the radio, right?

14   A.  He was screaming on the radio.

15   Q.  Right.  And it was after that that you said -- you told

16   two of your men to go see what was going on, right?

17   A.  Yes.

18   Q.  Okay.  And that was at about 9:30, right?

19   A.  Approximately during that period of time.

20   Q.  Okay.  And they were only about, what, a five-minute

21   drive from the Mission; is that right?

22   A.  Approximately five minutes, seven minutes, ten minutes.

23   Q.  Okay.  And then the next you heard was -- you went back

24   to praying after you sent Jabril and Sharif off to go to the

25   Mission, right?

1    A.   No, I had finished my prayer.

2    Q.   Okay.  And then you said the next thing that happened

3    was you got a call from Jabril and Sharif saying that they

4    were being fired on, right?

5    A.   Yes, and they got shot.

6    Q.   Right.  You said that they -- was it Sharif that got

7    shot, or they both got shot?

8    A.   Sharif had a more serious wound.

9    Q.   But is it your testimony now that they were both shot?

10   A.   Yes.

11   Q.   Okay.  And I think you said, but correct me if I'm

12   wrong, that when they got there the gate was open; is that

13   right?

14   A.   Yes, they found the gate open.

15   Q.   And was that -- did they tell you which gate was open?

16   Was it the back gate or the front gate?

17   A.   From their description when they called, I realized that

18   it is not the gate on the main -- Venezia, on the main road,

19   but the other one.

20   Q.   And I believe what you said on -- when Ms. Himelstein

21   asked you about this was that you told them to use their

22   phones, not the radio?

23   A.   Yes.

24   Q.   And to take positions where they could stay safe, right?

25   A.   Yes.

1    Q.  But you didn't -- you didn't tell them to -- you didn't

2    tell Jabril to take Sharif to the hospital?

3    A.  I said, "Take cover" -- because the gunfire did not

4    cease at that time -- "and try to be safe."

5    Q.  And you didn't send anybody --

6    A.  I'm sorry, plus we did not know from which side the

7    gunfire was coming.

8    Q.  And you didn't send any reinforcements to help them, did

9    you?

10   A.  Of course.  I did not.

11   Q.  Of course you did not.

12          And the next thing that happened, I believe,

13   according to you, was that you got a call from Mr. Abu

14   Khatallah, right?

15   A.  Yes.

16   Q.  And you say that that was sometime between 10:00 and

17   10:15; is that right?

18   A.  Approximately, yes.

19   Q.  So the call from Jabril and Sharif where they tell you

20   that they've been shot happens around 9:35/9:40?

21   A.  Approximately.

22   Q.  Okay.  And then the call from Mr. -- that you say you

23   received from Mr. Abu Khatallah comes about -- what's that?

24   About 45 minutes later?

25   A.  Maybe 10:00/10:15 -- 10:20.

1          THE INTERPRETER:  I'm sorry.

2     A.  10:20.

3     Q.  So somewhere between 45 minutes and an hour passed

4     before you got the call -- you say you got a call from

5     Mr. Abu Khatallah, right?

6     A.  I don't know precisely.  Definitely not an hour, but I

7     cannot tell exactly the time.

8     Q.  But it's safe to say at least 45 minutes passed from the

9     time you learned that Jabril and Sharif had been shot to the

10    time you received a call from Mr. Abu Khatallah?

11         MS. HIMELSTEIN:  Objection; asked and answered.

12         THE COURT:  Overruled.

13    A.  Let us be very frank here.  We saw the time for Abu

14    Khatallah on the video.  That we know.  But, however, to be

15    precise and accurate about the time the call came from

16    Jabril and Sharif, I cannot do that.  I cannot tell you.

17         However, Abu Khatallah called me after the call of

18    Jabril and Sharif.  I was receiving hundreds of phone calls

19    that night.

20    Q.  But you were receiving a lot of calls asking for help,

21    weren't you?

22    A.  No.  It was calls from the media, from the social media,

23    from friends, from my wife as a matter of fact.

24    Q.  So your role that night was to talk to the media as

25    opposed to send anyone to help your injured men?

1    A.  No, because the media is always ahead of the curve.  At

2    that time I had no information, substantive information with

3    confidence, that I can share with them.

4    Q.  But still, you spent your time talking to the media

5    instead of sending reinforcements to the U.S. Mission?

6    A.  No, I did not spend my time talking to the media.

7    Q.  Okay.  Let's talk for a minute about the call that you

8    say you received from Mr. Abu Khatallah, okay?

9    A.  Yes.

10   Q.  What number did he call you from?

11   A.  I remember it well.  It was 092-639-0532.

12   Q.  And you said that this was a lengthy call, right?

13   A.  No.

14   Q.  You didn't say that on direct?

15   A.  I tried to stall and make the conversation long, but the

16   call itself was short.

17   Q.  Okay.  So you had -- you thought that he had stopped

18   Jabril and Sharif, right?

19            THE INTERPRETER:  That he saw?

20   Q.  You thought that Abu Khatallah had stopped Jabril and

21   Sharif, right?

22   A.  When he spoke to me, that was my suspicion.  He asked me

23   to pull back my unit so immediately I thought of those two.

24   That's the only two I had.

25            I tried to drag the conversation, as I said last

1    week.  I asked him "Where?" and "Who?"

2          He was very agitated.  He spoke to me without

3    saying "Greetings" or "Peace be upon you" or "Hello."  The

4    call was short.

5    Q.  Do you remember telling Mr. Clarke, the gentleman

6    sitting right over there at the table, that the call lasted

7    over ten minutes?

8    A.  Impossible.

9    Q.  I'm sorry, what was your answer?

10   A.  I don't remember saying ten minutes.  I remember the

11   conversation well.

12   Q.  Before I said "What was your answer?" wasn't your answer

13   "Impossible"?

14   A.  Yes.

15   Q.  Okay.  So it's impossible that the conversation lasted

16   over ten minutes, or it's impossible that you told Agent

17   Clarke that the conversation lasted over ten minutes?

18   A.  It's impossible that it lasted ten minutes because in

19   ten minutes one can discuss a lot of details.

20   Q.  Well, do you remember discussing that -- asserting that

21   Mr. Abu Khatallah put you on hold for a while?

22   A.  During the conversation I don't know, but at one time I

23   thought others were listening in on the conversation, and as

24   if the other -- some other party was also listening to what

25   I am saying.

1           That is my suspicion only.

2    Q.  Okay.  I don't think that had anything to do with the

3    question I asked.

4    A.  So what do you mean?

5    Q.  Did Mr. Abu Khatallah put you on hold to go and

6    investigate so he could come back and tell you who exactly

7    it was he had stopped?

8    A.  Of course, I was not with him there.  I was with him on

9    the phone.  However, I could determine that there were

10   questions being directed to another party.

11           The call was very short.  I was not able to really

12   look very closely into it.

13   Q.  Do you recall telling Agent Clarke on March 11, 2015, in

14   Budapest, Hungary, that Khatallah put you on hold and then

15   came back a short time later to describe the vehicle that he

16   was talking about?

17   A.  He was -- he had already determined which car it was,

18   and I have testified to that last week, because that car had

19   the logo of Protective Security.  Otherwise he would not

20   have called me had it not been -- had it not belonged to

21   Protective Security.

22   Q.  Sir, now I want to try to direct your attention to what

23   you told Agent Clarke on March 11th.  You remember that

24   meeting, right?

25   A.  Yes, I do remember that meeting.

1    Q.  Because that was -- you had had meetings earlier with

2    other members of the United States government, but that was

3    your first meeting with Agent Clarke, right?

4    A.  Which other meeting do you mean?

5    Q.  Well, we'll talk about those later.  Let's focus now on

6    the first meeting you had with Agent Clarke in Hungary.  You

7    remember that meeting, right?

8    A.  Of course I do.

9    Q.  And that was much closer in time to the events of

10   September 11, 2012, than today is, right?

11   A.  Of course, yes.

12   Q.  And I assume you were trying to be honest when you were

13   talking to Agent Clarke, right?

14   A.  I am honest.  I did not try to be honest.

15   Q.  Okay.  So you were trying to tell him everything you

16   knew and be as accurate as you could about what occurred,

17   right?

18   A.  Yes, of course.

19   Q.  And you told Agent Clarke that after Khatallah called

20   you and told him to withdraw his people from the compound he

21   put you on hold, right?

22   A.  As I have just testified to you, the call was very

23   short, and we focused on who and where.

24   Q.  Okay.  Would you -- do you remember telling Agent Clarke

25   that Abu Khatallah put you on hold and then came back on the

1    line a short time later to describe the vehicle with the

2    PSG, Preventative Security Group, markings?

3    A.   I want to put your mind at ease so let me say the

4    following.

5    Q.   Well, no.  I appreciate that you want to put my mind at

6    ease.  What I want is just to have you answer the question.

7         Do you remember telling Agent Clarke that?

8    A.   After the call I asked Hamza who was he --

9    Q.   Sir, I'm going to interrupt you because I want -- I'm

10   going to talk to you about what Hamza and you talked about,

11   but first I want you to focus on what you told Agent Clarke.

12        Do you remember telling Agent Clarke that while

13   you were on hold with Mr. Abu Khatallah you received a radio

14   transmission from Hamza and Hassan?

15   A.   It was on the radio, but not at the same time.

16   Q.   Well, do you recall telling Agent Clarke that it was

17   while you were on hold with Mr. Abu Khatallah?  That's how

18   you knew it wasn't Jabril and Sharif.

19   A.   I knew when he described the car to me.

20   Q.   Okay.  But while you were on hold with Mr. Abu

21   Khatallah, you received a radio transmission from Hamza and

22   Hassan, right?

23        MS. HIMELSTEIN:  May we approach the bench, Your

24   Honor?

25        THE COURT:  You may.

 1        (The following is a conference held at the

 2         bench outside the hearing of the jury)

 3        MS. PETERSON:  It says he put him on hold.  On

 4   Page 4 he says, "Khatallah put him on hold, then came back

 5   on the line a short time later and proceeded to describe the

 6   vehicle.  During this time frame" --

 7        THE COURT:  Right, but does that time period cover

 8   when he was on hold or after he came back?  It's not clear.

 9        MS. PETERSON:  I think it's very clear because

10   then it goes on to say, "Fearing for his safety" -- after he

11   gets that call, fearing for his safety, he tells Khatallah

12   that his men were just in the area getting food.  That's the

13   paragraph that follows.

14        THE COURT:  Counsel.

15        MS. PETERSON:  Clearly Mr. Clarke should not be

16   listening to this bench conference.

17        THE COURT:  Is he?

18        MS. PETERSON:  Pardon?  He doesn't normally, but

19   this one he chose to listen to.

20        THE COURT:  All right.  Ms. Himelstein.

21        MS. HIMELSTEIN:  It's not an inconsistent

22   statement.  It does not say when he was on hold.

23        THE COURT:  Okay.  Whether or not he was on hold,

24   he -- the testimony that he did not put him on hold is

25   inconsistent with the 302, which says he put him on hold,

1    okay?  But the timing of the radio transmission from the 302

2    does not necessarily correspond to the time that he was on

3    hold as opposed to the time when he was on hold or a short

4    time later proceeded to describe the vehicle which had PSG

5    markings.

6              It just says during that time frame.  It doesn't

7    say --

8              MS. PETERSON:  But it wouldn't make any sense to

9    have that paragraph in between the markings and after he has

10   this conversation with Hamza and Hassan he comes back on and

11   tells him Hamza and Hassan are just there getting food.  He

12   couldn't have had that conversation had he not just gotten

13   the call from Hamza and Hassan saying they were there.

14             That's the order it's in because that's the order

15   he told it.

16             MS. HIMELSTEIN:  And, Your Honor, if I just may

17   add, this is not proper impeachment anyway.  This is the

18   statement of Agent Clarke, his summary of his conversation

19   with the witness, not the witness's statement.

20             THE COURT:  I'll tell you what.  Let's just short-

21   circuit this.  I will direct him to answer what he recalls

22   telling Agent Clarke.  "Did you tell Agent Clarke X?"  If he

23   doesn't answer, I'll ask him to answer that question, and

24   then we can move on.  Okay?

25             MS. PETERSON:  Okay, but I need him to -- this is

 1    very important, how long he says this conversation is,

 2    because he claims that later in the notes Agent Clarke wrote

 3    down that he says that this is a ten-minute conversation.

 4    The government is relying on a record that --

 5              THE COURT:  So he said that that's impossible,

 6    that it wasn't ten minutes, okay, so you've gotten the

 7    inconsistency.

 8              MS. PETERSON:  But the point I'm trying to draw is

 9    it was a ten-minute call.  Back in November -- in March of

10    2015, he was more accurate.  In the records the government

11    wants to point him to on the phone records, the duration of

12    that call is 36 seconds.  That's why this is critical,

13    because the government has said that that is this call.

14              Everything he says happened in that call could not

15    have happened in 36 seconds.

16              THE COURT:  Okay.  Hold on.  I'll let you have

17    some leeway here, okay?

18              (This is the end of the bench conference)

19    BY MS. PETERSON:

20    Q.  Sir, when you were speaking with Agent Clarke in March

21    of 2015, you described getting -- having a conversation with

22    Hamza and Hassan while you were on hold with Khatallah,

23    right?

24    A.  After Abu Khatallah hung up on the call, I was contacted

25    by Hamza and Hassan.

1   Q.  Well, sir, you told Agent Clarke that after you talked

2   to Hamza and Hassan, you told Khatallah that they were just

3   there getting food, right?

4   A.  No.

5   Q.  Well, do you remember telling Agent Clarke that it was

6   when you had the conversation with Hamza and Hassan on the

7   radio transmission that you realized that it was them that

8   Khatallah had engaged, not Jabril and Sharif?

9   A.  I knew right away.  When he gave me the specification

10   and description of the vehicle that they had, that I knew

11   who they were and that they were the two that I had given

12   permission for them to go for a dinner break, and that they

13   were assigned for security at a nearby location.

14   Q.  But you confirmed that when you spoke with them while

15   you were on hold with Mr. Abu Khatallah, correct?

16   A.  What do you mean, on hold?

17   Q.  Mr. Abu Khatallah called you.  He said, "Withdraw your

18   people from the compound," right?  Right?

19   A.  Yes.

20   Q.  And you thought at the time he was talking about Jabril

21   and Sharif?

22   A.  Yes.

23   Q.  All right.  So you told him, "I don't have any people at

24   the Mission," right?

25   A.  My response to him was "Who?" and "Where?"

1    Q.   Okay.  And do you remember telling Agent Clarke that you

2    told them that you had no militia members at the Mission?

3    A.   No.  I asked Abu Khatallah "Who?" and "Where?"

4    Q.   Okay.  And then he put you on hold and came back a short

5    time later to tell you about the vehicles with the markings,

6    right?

7    A.   No.  The moment I asked him "Who?" and "Where?" he

8    responded by saying, "Right in front of me.  It's this

9    vehicle."  And he described it, Chinese vehicle so-and-so,

10   and the logo of our unit was on it.  I knew right away.

11   Q.   Okay.  And you tried to make that call last as long as

12   you could, right?

13   A.   By asking questions.

14   Q.   Right.  And that conversation went on for some time,

15   didn't it?

16   A.   I don't remember specifically, but it was a short, short

17   call.

18   Q.   Well, do you recall telling Agent Clarke on March 11th

19   that the conversation lasted over ten minutes?

20   A.   I don't recall telling Agent Clarke this.

21   Q.   Okay.  And since that meeting in March of 2015, the

22   government has shown you that spreadsheet that you looked at

23   last week with phone numbers on it, right?

24   A.   Those numbers I have.

25   Q.   Well, I'm talking about what the government marked as

1    Government Exhibit 1100; 1100A, I believe.  Do you see what
2    I'm holding up?
3    A.  I've seen this here in court.
4    Q.  Right.  So it was after March 11th of 2015 when you saw
5    this for the first time, right?
6    A.  No.  The truth is the first time I've seen it was here
7    in court.
8    Q.  Okay.  So when they asked you to read across the top of
9    this document, you hadn't seen that before?
10   A.  Yes.  Last week is when I saw it, and you asked me to
11   read it.
12   Q.  In your preparation sessions for testifying they didn't
13   show this and ask you if that was the right number?
14   A.  No.  I haven't seen it before.
15   Q.  Okay.  When they asked you about that spreadsheet last
16   week, they asked you to read -- Ms. Himelstein asked you to
17   read the Arabic headings, right?
18   A.  Yes.
19   Q.  And she asked you to read all four columns of Arabic
20   headings, right?
21   A.  Yes.
22   Q.  But then she asked you to read the contents of those
23   columns for only three of the four Arabic headings, right?
24   A.  Call received and caller and the time, and the date and
25   time.

1    Q.  Right.  You read the columns across, but you did not

2    tell -- you did not, because she didn't ask you, indicate

3    what the duration column said on the call they showed you,

4    did you?

5    A.  No.

6    Q.  I'm going to direct your attention to Line 1608 on

7    Exhibit 1100A, and I'm going to ask you -- you know what, I

8    bet I need to give you the first page so you can see the

9    column headings, right?

10            Looking at Line 1608 of that spreadsheet, is that

11   the call or the line of the spreadsheet that Ms. Himelstein

12   directed you to when you were testifying about the call you

13   say you received from Mr. Abu Khatallah?

14   A.  Yes.

15   Q.  And she didn't ask you, but I will, what's the number in

16   the column that says "Duration"?

17   A.  36.

18   Q.  That's 36 seconds?

19   A.  It doesn't say.

20   Q.  Right.  But you can tell from looking at it that it

21   would be -- well, it was either 36 seconds or 36 minutes.

22   A.  Definitely.  It's not even hours.

23   Q.  But if you look at the spreadsheet, you can tell, based

24   on the call on the next line, that it had to have been 36

25   seconds, right?  Because the next line on the spreadsheet

1    happens within a few seconds after 36 seconds, right?

2    A.  Yes.

3    Q.  Okay.  So the duration of the call -- the duration of

4    the call that Ms. Himelstein implied was the call you

5    referred to was 36 seconds?

6    A.  Yes.

7    Q.  And the bottom line, sir, is that when -- after you

8    spoke with Mr. Abu Khatallah, Hamza and Hassan came back to

9    camp, right?

10   A.  Yes.

11   Q.  Unlike Jabril and Sharif, Hamza and Hassan didn't get

12   shot, right?

13        THE INTERPRETER:  Could you repeat that?

14   Q.  I apologize.  There's been a little confusion over the

15   names.  I believe you testified that it was Hamza and

16   Hassan, right?

17   A.  Yes.

18   Q.  Ms. Himelstein kept asking you about Hussein, but that's

19   a different name all together, right?  You didn't correct

20   her, but the actual names of the two individuals were Hamza

21   and Hassan, right?

22   A.  Yes.

23   Q.  And Hamza and Hassan came back to camp unharmed, right?

24   A.  Yes.

25        MS. PETERSON:  Is this is a good place to break,

```
1    or does the Court want me to push ahead?
2             THE COURT:  Why don't you push ahead 15 minutes or
3    so.
4             MS. PETERSON:  Okay.
5    Q.  When you spoke with the government on direct, you
6    testified about Jutuf's phone numbers, right?
7    A.  Yes.
8    Q.  And the government went through an exercise of having
9    you say that you didn't remember the numbers sitting here
10   today, but you used to remember them, right?
11   A.  All these phone numbers were on my own phone saved.
12   Q.  So back in 2015 you provided those phone numbers to the
13   government; is that right?
14   A.  Yes.
15   Q.  And at that time you gave the government a whole list of
16   different people's phone numbers, right?
17   A.  Yes.
18   Q.  Well, you didn't do that on -- you didn't give them
19   Jutuf's phone numbers on March 11th or 12th, right?
20   A.  On the 11th?  Give it to who?
21   Q.  To Mr. Clarke.
22   A.  In 2015?
23   Q.  Right.
24   A.  This is March in Hungary.
25   Q.  Yes, in Hungary.
```

1          You met with the government -- I'm sorry, let me

2     just take a step back.

3          You met with the government in Hungary on March

4     11th and 12th, right?

5     A.   Yes.

6     Q.   And then you met with the government again in Hungary on

7     March 27th, right?  Do you remember that?

8     A.   Specifically, not really.

9     Q.   Okay.  But do you remember meeting them on two days in a

10    row, and then they left, and then they came back a couple of

11    weeks later?

12    A.   Yes.

13    Q.   And then you met again with them in July, right?

14    Remember that?  Also in Hungary.

15    A.   Approximately.  Yes, in Hungary.

16    Q.   And by then they had already started paying you, right?

17    A.   They paid for my rent.

18    Q.   Right.  They started paying you in March of 2015, right?

19    A.   Cost of living, yes.

20    Q.   Okay.  Well, we'll get to that.

21          With respect to the phone numbers, what I'm trying

22    to get to is you provided them a bunch of phone numbers at

23    some point, right?

24    A.   Yes.

25    Q.   And the only numbers that they asked you last week to

1    write down on that piece of note paper were yours, Mr. Abu

2    Khatallah's, and Zakaria Jutuf's, right?

3    A.  Yes.

4    Q.  All right.  Well, since I can't find the one with the

5    government's exhibit sticker, I'm going to mark this as --

6    actually, this was just used as a demonstrative, I believe,

7    anyway.

8             Is this the number -- just so we're talking about

9    the same thing, these are notes you wrote down right before

10   you came in to testify, right?

11   A.  Before coming in?

12   Q.  Yes.

13   A.  During the -- yes, when I was giving them the

14   information.

15   Q.  But this is not something you wrote down for the

16   government back in 2015, right?  It's something you wrote

17   down in the week or two before you came in to testify, or

18   even days before you came in to testify?

19   A.  No.

20   Q.  When did you write this note for the government?

21   A.  It was in Hungary when I gave them the numbers.

22            MS. PETERSON:  Your Honor, could we approach?

23            (The following is a conference held at the

24             bench outside the hearing of the jury)

25            MS. PETERSON:  Your Honor, the government handed

1    this to us the day before he was called to testify or even,

2    I think, the second day he was testifying.  He indicated

3    that they had just received this from him, and that that's

4    how they were going to use this as past recollection

5    recorded.

6         I know that he gave the numbers to them in a

7    different format back in 2015, but it was specifically

8    represented to us that this was just created as a trial

9    exhibit.

10        I don't want to go down that road if that's -- if

11   it's the government's mistake and not the witness's mistake.

12        MS. HIMELSTEIN:  I think it's a language issue

13   with him.  Yes, he provided the numbers in 2015 in the 302

14   dated November 13, 2015, and yes -- both are true -- he

15   provided these numbers to us during preparation so that he

16   could use it as past recollection recorded.

17        I just don't believe the witness understands.

18        MS. PETERSON:  Then I'll proceed.

19        THE COURT:  Okay.

20        (This is the end of the bench conference)

21   BY MS. PETERSON:

22   Q.  Sir, I understand that when you met the government in

23   Hungary you told them the information about these phone

24   numbers, right?

25   A.  Yes.

1    Q.  I'm going to mark what I just showed you as Defendant's

2    Exhibit No. 127, I believe, for identification, and I want

3    to try to make this very clear.

4              I'm not asking you when you gave the information

5    to the government.  I am asking you when you actually wrote

6    that note.

7    A.  I don't remember specifically.

8    Q.  Did you write that note in Hungary, or did you write

9    that note in Washington, D.C.?

10   A.  I might have written it in both locations.

11   Q.  That's one note.

12   A.  I specifically don't remember where I wrote this one.

13   Q.  Do you remember being asked, during the week before you

14   testified, to write down the phone numbers that the

15   government had in its possession so that it could be used as

16   your recollection recorded?

17   A.  We spoke about these numbers.

18   Q.  And they asked you to write it down on a piece of paper,

19   right?

20   A.  Yes.

21   Q.  And they told you, "We're going to use this piece of

22   paper in court," right?

23   A.  I don't recall them telling me that.

24   Q.  Okay.  But you knew they were having you write just

25   those numbers on a new piece of paper to use in court,

1   right?

2   A.  I don't know.  God knows.  I don't know if they were

3   going to use it or not.

4   Q.  Did you ask them why they wanted you to write these

5   numbers down on a piece of paper?

6   A.  In Hungary, we did speak about the relationship between

7   Zakaria and Ahmed.

8   Q.  I'm not talking about Hungary now, sir.

9           THE COURT:  Counsel, Counsel.

10          Sir, you remember being asked recently to write

11  down some numbers on a piece of paper; is that correct?

12          THE WITNESS:  Yes.

13          THE COURT:  And you did that, correct?

14          THE WITNESS:  Yes.

15          THE COURT:  And is there any reason to doubt that

16  that is -- those are the numbers that you wrote down?

17          THE WITNESS:  No.  That is my handwriting.

18  Q.  And is that -- does that look like the note you wrote

19  recently?

20  A.  Possible.

21  Q.  Okay.

22  A.  But that is my handwriting.

23  Q.  Right.

24          THE COURT:  Thank you.

25  Q.  And when they asked you to write numbers down on a piece

1    of paper to use in court, they did not ask you to write all

2    of the other numbers you had given them on a piece of paper

3    to use in court, right?

4    A.  They didn't specify numbers.  We were generally speaking

5    as I was writing these, this note.

6    Q.  Did they tell you what to write on this note?

7    A.  No.

8    Q.  Well, how did you know to write these -- this

9    information on a note?

10   A.  We were talking about the individual Ahmed Abu Khatallah

11   and my phone number and the numbers of Zakaria.  And while

12   we were talking, this piece of paper was in front of me, and

13   I was writing down the numbers.

14        Abu Khatallah's number I memorized.  Of course my

15   own number.  The other numbers are saved on my phone.  That

16   is why I wrote them down.

17   Q.  Did you have that phone with you at the meeting

18   before -- this week, or is that the phone you had back in

19   2015?

20   A.  It's always with me, but last week in court I didn't

21   have it with me.  But it's always a phone that I always have

22   on me.

23   Q.  I misspoke.  I didn't mean in court.  I meant in your

24   meetings to prepare to come to court.

25        So when you met with this group of people to talk

1    about what was going to happen in court, did you have your

2    phone with you?

3    A.  Yes.

4    Q.  Okay.  And when you wrote down the phone numbers, you

5    knew that those were the numbers they were going to ask you

6    about in court, right?

7    A.  We mentioned a lot of phone numbers.

8    Q.  Right.  But they didn't ask you to write down all of the

9    other phone numbers, right?

10   A.  There are other numbers that were written down.

11   Q.  By you?

12   A.  Yes.

13       MS. PETERSON:  Your Honor, I would ask that those

14   be produced as *Jencks*.

15       THE COURT:  We'll take it up.

16   Q.  And then, sir, the only number, other than your own and

17   Mr. Abu -- the number that the government says or you say

18   belongs to Mr. Abu Khatallah, the only number they asked you

19   to find in this document was a number that you say is

20   associated with Zakaria Jutuf, right?

21   A.  Which number was that?

22   Q.  Do you remember the government asking you to find

23   another line of text in the document that was marked 1100A?

24   A.  You mean, like recognizing the number?

25   Q.  Right.

1    A.  Just like you came up to me and designated a line for me

2    to read.  It was a number that was written down on the

3    board, and, when I read the number, it was the same number

4    that belongs to Zakaria Jutuf.

5    Q.  Right.  But those are the only two numbers that the

6    government asked you about on the spreadsheet, right?

7    A.  Yes.  Here in front of everyone, yes.

8    Q.  Okay.  And, in fact, you had given them numbers of

9    people you say were involved in the attack, right?

10   A.  We didn't talk about the attack.  We were generally

11   speaking when we did.

12   Q.  Okay.  But you gave them a phone number that you said

13   belonged to Zakaria Al-Zway, right?

14   A.  Yes.

15   Q.  And you say he was involved in the attack, right?

16   A.  When I saw him on the video.

17   Q.  Right.  And you say -- you gave them the phone number

18   that belongs to Jamaica.

19   A.  I believe I did, yes.

20   Q.  And you gave them the phone number that you say belongs

21   to Aymen Al-Ashaybi, right?

22   A.  Yes.

23   Q.  And you gave them the number that you say belongs to

24   Mohammad Jafar.

25   A.  Mohammad Jafar.

```
1    Q.  Right?

2    A.  Yes.

3    Q.  And then you gave them a different number that you said

4    belonged to Zakaria Al-Zway.

5    A.  Yes.

6    Q.  And you gave them a phone number that you said belonged

7    to Jalal Al-Sudani?

8    A.  Yes.

9    Q.  All of these are gentlemen that you said were involved

10   in the attacks, right?

11   A.  They were not mentioned here in court, like Jalal Al-

12   Sudani.

13   Q.  But you told the government that these were individuals

14   that were involved in the attack, right?

15   A.  Yes.

16   Q.  And do you -- all of those are individuals whose phone

17   numbers you had in your phone?

18   A.  Yes.

19   Q.  And are they numbers that you remember today?

20   A.  Of course not.

21   Q.  Okay.  But if you were to see their phone numbers

22   written next to their names, would that refresh your

23   recollection as to the numbers you provided to the

24   government?

25   A.  I would have to go back to them and look at them, about
```

1    the details of them.  Numbers need reminding.

2    Q.  Okay.  And that's why the government had you write down

3    these numbers for court, right, the numbers on Defendant's

4    Exhibit 127?

5    A.  Yes.

6    Q.  Okay.  The government never asked you to identify any

7    phone calls that report to be on this spreadsheet belonging

8    to any of the individuals I just mentioned, did they?

9    A.  Here in court, no.

10   Q.  Or when you met with them?

11   A.  This table, I've seen it here in court.

12   Q.  Right.  So they never asked you to do that outside of

13   court either?

14   A.  Yes, correct.

15            MS. PETERSON:  This is a good breaking point.

16            THE COURT:  All right.  We're going to take our

17   lunch break.

18            No discussions about the case.  No research about

19   the case.  Let's be ready to reconvene at 2:00 p.m.

20            (Jury exits courtroom)

21            THE COURT:  Counsel, approach quickly.

22            (The following is a conference held at the

23             bench outside the hearing of the jury)

24            THE COURT:  So just on this ten-minutes-versus-36-

25   seconds issue, where in the 302 or the notes does it suggest

1    ten minutes?

2              MS. PETERSON:  I'll show you.

3              THE COURT:  Okay.  I flagged the right page.

4              MS. PETERSON:  Yes, "conversation lasted ten

5    minutes."

6              THE COURT:  Okay.  Thanks.

7              (This is the end of the bench conference)

8              (Lunch recess taken at 12:46 p.m.)

9

10             __CERTIFICATE OF OFFICIAL COURT REPORTER__

11

12             I, LISA A. MOREIRA, RDR, CRR, do hereby

13   certify that the above and foregoing constitutes a true and

14   accurate transcript of my stenographic notes and is a full,

15   true and complete transcript of the proceedings to the best

16   of my ability.

17      Dated this 23rd day of October, 2017.

18

19                         /s/Lisa A. Moreira, RDR, CRR
                          Official Court Reporter
20                        United States Courthouse
                          Room 6718
21                        333 Constitution Avenue, NW
                          Washington, DC 20001

22

23

24

25

## $

**$10** [1] - 2902:13

## /

**/s/Lisa** [1] - 2979:19

## 0

**092-639-0532** [1] - 2955:11

## 1

**10:00** [1] - 2953:16
**10:00/10:15** [1] - 2953:25
**10:15** [1] - 2953:17
**10:20** [2] - 2953:25, 2954:2
**11** [9] - 2934:9, 2935:13, 2935:16, 2947:15, 2949:24, 2950:7, 2950:15, 2957:13, 2958:10
**1100** [1] - 2965:1
**1100A** [3] - 2965:1, 2966:7, 2975:23
**11:06** [1] - 2897:5
**11:20** [1] - 2947:20
**11th** [7] - 2934:15, 2957:23, 2964:18, 2965:4, 2968:19, 2968:20, 2969:4
**124** [1] - 2922:7
**125** [1] - 2948:4
**126** [1] - 2942:15
**127** [2] - 2972:2, 2978:4
**12:46** [1] - 2979:8
**12th** [2] - 2968:19, 2969:4
**13** [1] - 2971:14
**14-141** [1] - 2900:3
**15** [1] - 2968:2
**15-minute** [1] - 2947:19
**1608** [2] - 2966:6, 2966:10
**17** [6] - 2936:5, 2943:18, 2943:22, 2944:17, 2944:23, 2945:2
**17th** [10] - 2936:3, 2943:22, 2943:24, 2944:3, 2944:4, 2944:6, 2944:7, 2944:9, 2944:13, 2944:15
**1899** [1] - 2898:3

## 2

**1:14-cr-00141-CRC-1** [1] - 2897:4

## 2

**20001** [2] - 2898:11, 2979:21
**20004** [1] - 2897:20
**20006** [1] - 2898:4
**2011** [10] - 2925:20, 2926:3, 2926:5, 2926:12, 2926:15, 2927:15, 2927:16, 2927:18, 2935:8, 2949:10
**2012** [11] - 2934:10, 2935:13, 2935:16, 2945:1, 2945:6, 2945:9, 2947:15, 2949:24, 2950:7, 2950:15, 2958:10
**2015** [14] - 2926:24, 2957:13, 2962:10, 2962:21, 2964:21, 2965:4, 2968:12, 2968:22, 2969:18, 2970:16, 2971:7, 2971:13, 2971:14, 2974:19
**2017** [2] - 2897:4, 2979:17
**202** [3] - 2897:17, 2897:21, 2898:4
**202-354-3187** [1] - 2898:11
**20530** [1] - 2897:16
**208-7500** [1] - 2897:21
**23** [1] - 2897:4
**23rd** [1] - 2979:17
**252-1794** [1] - 2897:17
**27th** [1] - 2969:7
**2915** [1] - 2899:4
**2:00** [1] - 2898:19

## 3

**3/11/2015** [1] - 2928:1
**302** [6] - 2909:18, 2909:20, 2960:25, 2961:1, 2971:13, 2978:25
**302s** [16] - 2901:20, 2901:21, 2902:2, 2902:5, 2905:9, 2905:10, 2905:11, 2905:16, 2906:7, 2906:21, 2907:2, 2907:12, 2908:7, 2909:16, 2913:16
**333** [2] - 2898:10, 2979:21

## 4

**36** [9] - 2962:12, 2962:15, 2966:17, 2966:18, 2966:21, 2966:24, 2967:1, 2967:5
**3877** [1] - 2901:12

## 4

**4** [1] - 2960:4
**4109** [1] - 2901:13
**45** [3] - 2953:24, 2954:3, 2954:8

## 5

**5,000** [1] - 2935:7
**50** [1] - 2932:24
**550** [1] - 2897:20
**555** [1] - 2897:16
**5:00** [2] - 2914:9, 2914:10
**5:10** [2] - 2914:12, 2914:13

## 6

**6,000** [1] - 2935:7
**600** [1] - 2898:3
**625** [1] - 2897:20
**6718** [2] - 2898:10, 2979:20
**6:30** [1] - 2909:2

## 7

**7** [1] - 2928:1
**700** [2] - 2935:10, 2935:12
**79** [1] - 2908:9

## 8

**833-8900** [1] - 2898:4

## 9

**900** [2] - 2935:10, 2935:12
**9:30** [1] - 2951:18
**9:35/9:40** [1] - 2953:20
**9th** [2] - 2901:6, 2901:14

## A

**a.m** [1] - 2897:5
**ABC** [1] - 2905:24
**ability** [1] - 2979:16
**able** [2] - 2908:3, 2957:11
**absolutely** [1] -

2903:12
**absorb** [1] - 2937:4
**Abu** [33] - 2900:4, 2900:11, 2902:22, 2924:20, 2925:7, 2925:12, 2925:22, 2928:4, 2953:13, 2953:23, 2954:5, 2954:10, 2954:13, 2954:17, 2955:8, 2955:20, 2956:21, 2957:5, 2958:25, 2959:13, 2959:17, 2959:20, 2962:24, 2963:15, 2963:17, 2964:3, 2966:13, 2967:8, 2970:1, 2974:10, 2974:14, 2975:17, 2975:18
**ABU** [1] - 2897:6
**access** [2] - 2928:11, 2928:25
**accidents** [1] - 2934:3
**according** [4] - 2918:11, 2925:10, 2932:10, 2953:13
**accurate** [4] - 2954:15, 2958:16, 2962:10, 2979:14
**acknowledging** [1] - 2949:21
**act** [1] - 2920:15
**Action** [1] - 2897:3
**actual** [1] - 2967:20
**add** [2] - 2931:4, 2961:17
**addition** [2] - 2935:21, 2951:12
**additional** [4] - 2931:5, 2950:7, 2950:14, 2951:5
**address** [2] - 2903:2, 2903:3
**addressed** [1] - 2914:18
**addresses** [1] - 2939:17
**administrations** [1] - 2943:16
**admissible** [1] - 2909:23
**admissions** [4] - 2902:5, 2902:20, 2907:22, 2907:24
**admit** [2] - 2901:1, 2907:23
**advice** [1] - 2938:22
**affidavit** [3] - 2905:20, 2909:20, 2909:22
**affidavits** [13] -

2901:15, 2901:23, 2902:4, 2902:19, 2903:23, 2904:1, 2905:14, 2907:11, 2907:12, 2907:21, 2909:17, 2909:23, 2913:17
**agencies** [1] - 2934:25
**agency** [4] - 2933:19, 2934:5, 2936:13, 2938:18
**agent** [4] - 2905:19, 2927:4, 2927:10, 2927:11
**Agent** [36] - 2901:11, 2901:15, 2903:9, 2905:5, 2905:7, 2907:14, 2908:3, 2908:7, 2908:24, 2909:6, 2909:7, 2911:7, 2912:11, 2924:19, 2956:16, 2957:13, 2957:23, 2958:3, 2958:6, 2958:13, 2958:19, 2958:24, 2959:7, 2959:11, 2959:12, 2959:16, 2961:18, 2961:22, 2962:2, 2962:20, 2963:1, 2963:5, 2964:1, 2964:18, 2964:20
**agitated** [1] - 2956:2
**ago** [2] - 2943:13, 2943:21
**agree** [3] - 2913:23, 2918:16, 2949:8
**ahead** [4] - 2943:11, 2955:1, 2968:1, 2968:2
**AHMED** [1] - 2897:6
**Ahmed** [3] - 2900:4, 2973:7, 2974:10
**aided** [1] - 2897:25
**airport** [5] - 2930:16, 2946:18, 2946:23, 2946:24, 2947:3
**AK-47** [1] - 2928:19
**AK-47s** [1] - 2928:17
**Al** [6] - 2916:2, 2976:13, 2976:21, 2977:4, 2977:7, 2977:11
**AL** [2] - 2899:3, 2915:22
**Al-Ashaybi** [1] - 2976:21
**Al-Sudani** [1] - 2977:7
**AL-UBYDI** [2] - 2899:3, 2915:22

Al-Zway [2] - 2976:13, 2977:4
alert [1] - 2912:3
alerted [1] - 2911:5
alleged [1] - 2939:21
allegedly [1] - 2940:2
allow [1] - 2907:9
almost [1] - 2903:8
America [1] - 2900:4
AMERICA [1] - 2897:3
American [4] - 2916:25, 2917:5, 2917:16, 2917:25
Americans [5] - 2946:12, 2946:18, 2946:23, 2946:24, 2947:1
Annex [3] - 2912:6, 2946:19, 2947:1
answer [8] - 2942:23, 2956:9, 2956:12, 2959:6, 2961:21, 2961:23
answered [2] - 2917:23, 2954:11
answering [1] - 2916:24
anticipate [1] - 2907:20
anyway [2] - 2961:17, 2970:7
apologize [1] - 2967:14
apparatus [2] - 2938:15, 2938:18
APPEARANCES [2] - 2897:12, 2898:1
apply [3] - 2917:13, 2949:19
appreciate [1] - 2959:5
approach [8] - 2903:18, 2922:9, 2923:4, 2939:4, 2939:11, 2959:23, 2970:22, 2978:21
appropriate [1] - 2916:14
Arabic [7] - 2920:3, 2937:19, 2939:4, 2948:6, 2965:17, 2965:19, 2965:23
area [2] - 2912:1, 2960:12
armed [2] - 2936:1, 2943:14
Army [1] - 2938:23
Ashaybi [1] - 2976:21
assert [1] - 2931:10
asserting [1] -

2956:20
assigned [3] - 2945:2, 2945:7, 2963:13
assist [1] - 2946:12
assistance [1] - 2951:7
associated [1] - 2975:20
assume [3] - 2912:5, 2915:2, 2958:12
attachments [1] - 2914:18
attack [10] - 2905:24, 2906:5, 2945:17, 2945:22, 2946:6, 2947:14, 2976:9, 2976:10, 2976:15, 2977:14
attacking [1] - 2945:25
attacks [1] - 2977:10
attention [3] - 2909:9, 2957:22, 2966:6
attests [1] - 2907:15
Attieh [1] - 2898:6
ATTORNEY'S [1] - 2897:15
auspices [2] - 2942:19, 2943:3
authorities [1] - 2949:19
authority [3] - 2929:17, 2933:25, 2948:19
availability [1] - 2906:12
available [5] - 2904:17, 2905:2, 2905:3, 2910:25, 2911:1
Avenue [4] - 2897:20, 2898:3, 2898:10, 2979:21
aware [3] - 2940:13, 2946:22, 2950:6
Ayad [3] - 2900:16, 2900:24, 2903:9
Aymen [1] - 2976:21

---

**B**

BAACH [1] - 2898:2
bad [1] - 2945:21
bar [1] - 2921:24
based [9] - 2901:23, 2903:11, 2904:20, 2905:8, 2905:10, 2905:14, 2908:8, 2942:24, 2966:23
basis [3] - 2940:24, 2941:4, 2941:12

Bates [2] - 2901:12, 2928:3
Bates-stamped [1] - 2901:12
battle [1] - 2930:11
Beast [3] - 2921:19, 2921:21, 2922:14
beaten [1] - 2921:25
became [2] - 2932:4, 2932:24, 2937:5
BEFORE [1] - 2897:10
began [3] - 2901:3, 2925:20, 2947:14
beginning [3] - 2935:8, 2944:20, 2946:5
belatedly [1] - 2902:12
believes [2] - 2918:22, 2919:15
bell [1] - 2937:17
belong [3] - 2935:23, 2936:1, 2948:17
belonged [5] - 2930:22, 2957:20, 2976:13, 2977:4, 2977:6
belonging [1] - 2978:7
belongs [6] - 2936:3, 2975:18, 2976:4, 2976:18, 2976:20, 2976:23
bench [15] - 2903:21, 2914:6, 2923:6, 2924:25, 2939:14, 2942:12, 2942:25, 2959:23, 2960:2, 2960:16, 2962:18, 2970:24, 2971:20, 2978:23, 2979:7
Benghazi - 2918:3, 2934:16
best [1] - 2979:15
bet [1] - 2966:8
between [11] - 2903:9, 2907:6, 2912:25, 2924:14, 2930:7, 2930:9, 2930:21, 2953:16, 2954:3, 2961:9, 2973:6
beyond [2] - 2940:18, 2940:19
big [1] - 2928:22
BILAL [3] - 2899:3, 2915:22
Bilal [8] - 2902:12, 2904:14, 2911:15, 2912:17, 2915:16, 2916:2, 2916:9, 2916:11
Bin [8] - 2925:25,

2926:7, 2926:11, 2927:19, 2927:20, 2928:5, 2946:25, 2949:4
bit [1] - 2912:14
board [1] - 2976:3
body [2] - 2934:24, 2944:21
book [1] - 2908:9
bottom [2] - 2937:20, 2967:7
branch [1] - 2944:9
branches [2] - 2943:16, 2943:17
breach [1] - 2936:22
break [7] - 2912:24, 2947:17, 2947:18, 2947:20, 2963:12, 2967:25, 2978:17
breaking [1] - 2978:15
brief [2] - 2905:6, 2915:15
Brigade [16] - 2932:13, 2932:17, 2932:23, 2933:2, 2933:16, 2934:19, 2935:3, 2935:6, 2935:13, 2936:2, 2936:4, 2936:5, 2938:3, 2938:9, 2938:14, 2943:22
brigade [31] - 2925:25, 2926:7, 2926:14, 2929:10, 2929:25, 2930:23, 2931:10, 2931:21, 2932:25, 2935:7, 2936:2, 2936:4, 2938:13, 2939:1, 2939:3, 2940:14, 2941:8, 2941:11, 2941:16, 2941:18, 2941:24, 2942:5, 2942:17, 2942:19, 2942:22, 2943:2, 2943:4, 2943:8, 2943:20, 2943:22, 2944:3
brigades [17] - 2929:6, 2929:24, 2930:3, 2930:4, 2930:7, 2930:13, 2930:22, 2930:25, 2931:3, 2932:24, 2935:23, 2935:25, 2941:6, 2941:7, 2949:15, 2949:17, 2949:20
bring [1] - 2939:23
broad [1] - 2918:9
brought [2] - 2940:21, 2940:22

brutal [1] - 2925:15
Bruzayza [3] - 2944:5, 2944:8, 2945:12
Bu [5] - 2943:25, 2944:2, 2944:7, 2944:9, 2950:24
Budapest [1] - 2957:14
Building [1] - 2897:15
bunch [1] - 2969:22
BY [2] - 2915:24, 2925:1, 2942:13, 2948:2, 2962:19, 2971:21

---

**C**

caller [1] - 2965:24
Camp [1] - 2944:23
camp [2] - 2967:9, 2967:23
camps [1] - 2929:4
cannot [7] - 2900:11, 2939:20, 2947:8, 2950:23, 2954:7, 2954:16
car [3] - 2957:17, 2957:18, 2959:19
care [1] - 2936:21
cars [3] - 2912:1, 2912:3, 2912:5
Case [1] - 2900:3
case [8] - 2902:11, 2904:9, 2907:24, 2907:25, 2908:4, 2912:6, 2978:18, 2978:19
cease [1] - 2953:4
ceased [2] - 2930:3, 2949:9
center [2] - 2936:17, 2947:14
Center [5] - 2897:15, 2933:1, 2933:3, 2933:7, 2933:15
certainly [4] - 2901:14, 2904:3, 2941:12, 2946:11
CERTIFICATE [1] - 2979:10
certify [1] - 2979:13
chambers [1] - 2910:12
channel [1] - 2938:22
charge [3] - 2932:7, 2934:11, 2934:15, 2937:21, 2945:6
charged [1] - 2950:17
charges [2] - 2905:13, 2906:6

chief's [1] - 2934:22
Chinese [1] - 2964:9
choose [1] - 2916:16
chose [2] - 2916:7, 2960:19
chosen [1] - 2916:6
CHRISTOPHER [1] - 2897:10
circuit [1] - 2961:21
claimed [1] - 2932:24
claims [1] - 2962:2
Clarke [45] - 2901:11, 2901:15, 2905:5, 2905:7, 2907:14, 2908:3, 2908:8, 2908:24, 2909:6, 2909:7, 2910:7, 2911:7, 2912:11, 2913:3, 2924:9, 2924:20, 2926:17, 2926:20, 2927:9, 2927:17, 2956:5, 2956:17, 2957:13, 2957:23, 2958:3, 2958:6, 2958:13, 2958:19, 2958:24, 2959:7, 2959:11, 2959:12, 2959:16, 2960:15, 2961:18, 2961:22, 2962:2, 2962:20, 2963:1, 2963:5, 2964:1, 2964:18, 2964:20, 2968:21
clashes [1] - 2930:21
classified [1] - 2907:10
clear [5] - 2906:20, 2906:21, 2960:8, 2960:9, 2972:3
clearly [4] - 2902:7, 2908:16, 2939:23, 2960:15
client [6] - 2908:5, 2923:21, 2924:7, 2924:10, 2924:11, 2924:15
close [1] - 2906:15
closely [1] - 2957:12
closer [1] - 2958:9
collecting [1] - 2932:8
collection [1] - 2948:13
COLUMBIA [1] - 2897:1
column [3] - 2966:3, 2966:9, 2966:16
columns [2] - 2965:19, 2965:23, 2966:1
combination [1] -

2915:3
comfortable [1] - 2907:19
coming [3] - 2905:1, 2953:7, 2970:11
command [1] - 2934:22
commander [10] - 2928:4, 2932:5, 2932:11, 2932:16, 2933:6, 2933:14, 2944:2, 2944:10, 2944:14, 2945:12
commanders [1] - 2944:14
comment [2] - 2901:19, 2906:8
committed [1] - 2920:15
Committee [2] - 2948:5, 2948:10
committee [1] - 2948:8
communication [1] - 2903:9
compare [1] - 2902:2
compel [3] - 2913:14, 2913:21, 2914:8
compensate [1] - 2931:18
complaining [1] - 2901:23
complaints [3] - 2901:13, 2904:2, 2906:6
complete [1] - 2979:15
completely [2] - 2909:12, 2940:17
complicated [1] - 2944:18
composition [1] - 2944:18
compound [2] - 2958:20, 2963:18
comprises [1] - 2944:21
computer [1] - 2897:25
computer-aided [1] - 2897:25
concept [1] - 2939:4
concerned [1] - 2951:2
concerns [1] - 2950:3
concert [1] - 2940:15
condition [1] - 2913:22
conduct [1] - 2931:1
conducted [1] - 2906:3

conference [13] - 2903:20, 2914:6, 2923:5, 2924:25, 2939:13, 2942:12, 2960:1, 2960:16, 2962:18, 2970:23, 2971:20, 2978:22, 2979:7
confidence [1] - 2955:3
confirmed [2] - 2902:6, 2963:14
confused [1] - 2933:13
confusion [1] - 2967:14
connection [1] - 2941:14
conservative [1] - 2918:13
consider [2] - 2918:17, 2920:9
considered [4] - 2918:20, 2919:10, 2920:17, 2933:25
consistencies [1] - 2924:14
consistent [3] - 2901:4, 2901:18, 2901:24
consistently [1] - 2900:12
constitutes [1] - 2979:13
Constitution [2] - 2898:10, 2979:21
consulting [2] - 2910:16, 2912:15
contacted [1] - 2962:24
contents [1] - 2965:22
continue [2] - 2908:20, 2932:1
Continued [1] - 2897:23
CONTINUED [1] - 2898:1
continues [2] - 2900:13, 2908:17
control [3] - 2930:15, 2949:18, 2950:19
conversation [17] - 2955:15, 2955:25, 2956:11, 2956:15, 2956:17, 2956:22, 2956:23, 2961:10, 2961:12, 2961:18, 2962:1, 2962:3, 2962:21, 2963:6, 2964:14, 2964:19,

2979:4
COOPER [1] - 2897:10
cooperate [1] - 2938:25
correct [12] - 2904:3, 2908:1, 2911:22, 2933:1, 2938:17, 2950:20, 2952:11, 2963:15, 2967:19, 2973:11, 2973:13, 2978:14
correspond [2] - 2913:18, 2961:2
cost [1] - 2969:19
council [1] - 2948:8
Council [3] - 2937:8, 2937:10, 2937:15
Counsel [1] - 2973:9
counsel [12] - 2906:8, 2922:23, 2923:2, 2927:23, 2939:2, 2939:17, 2939:18, 2940:1, 2940:16, 2960:14, 2973:9, 2978:21
countries [2] - 2925:19, 2950:4
couple [4] - 2902:17, 2908:6, 2948:4, 2969:10
course [13] - 2917:11, 2920:24, 2926:9, 2926:16, 2928:9, 2953:10, 2953:11, 2957:8, 2958:8, 2958:11, 2958:18, 2974:14, 2977:20
Court [17] - 2898:9, 2898:9, 2900:21, 2901:7, 2906:13, 2908:15, 2908:22, 2911:2, 2911:3, 2912:3, 2913:14, 2913:20, 2914:8, 2939:12, 2939:24, 2968:1, 2979:19
COURT [87] - 2897:1, 2900:5, 2900:8, 2900:18, 2900:20, 2902:24, 2903:1, 2903:5, 2903:15, 2903:19, 2903:25, 2904:24, 2905:10, 2905:22, 2907:20, 2907:25, 2909:13, 2910:3, 2910:22, 2911:9, 2911:12, 2911:14, 2912:7, 2912:10, 2912:22, 2913:3, 2913:8,

2913:13, 2914:1, 2914:4, 2914:10, 2914:13, 2914:16, 2914:21, 2914:24, 2915:4, 2915:7, 2915:10, 2915:13, 2915:20, 2921:14, 2922:10, 2922:23, 2923:2, 2923:13, 2923:20, 2923:23, 2924:3, 2924:22, 2939:2, 2940:1, 2940:24, 2941:4, 2941:15, 2941:21, 2941:23, 2942:3, 2942:7, 2942:11, 2943:1, 2943:6, 2947:16, 2947:19, 2947:24, 2954:12, 2959:25, 2960:7, 2960:14, 2960:17, 2960:20, 2960:23, 2961:20, 2962:5, 2962:16, 2968:2, 2971:19, 2973:9, 2973:13, 2973:15, 2973:24, 2975:15, 2978:16, 2978:21, 2978:24, 2979:3, 2979:6, 2979:10
court [20] - 2916:25, 2917:10, 2917:17, 2917:25, 2965:3, 2965:7, 2972:22, 2972:25, 2974:1, 2974:3, 2974:20, 2974:23, 2974:24, 2975:1, 2975:6, 2977:11, 2978:3, 2978:9, 2978:11, 2978:13
Court's [4] - 2901:5, 2901:19, 2908:18, 2942:25
Courthouse [2] - 2898:10, 2979:20
courtroom [4] - 2915:12, 2947:21, 2947:23, 2978:20
COURTROOM [1] - 2900:2
courts [1] - 2917:13
cover [2] - 2953:3, 2960:7
Crabb [2] - 2914:17, 2914:21
CRABB [8] - 2897:13, 2902:25, 2903:2, 2903:6, 2903:16, 2914:22, 2915:3,

2915:6
**create** [3] - 2931:3, 2931:5, 2934:23
**created** [1] - 2971:8
**credibility** [2] - 2907:15
**credible** [1] - 2907:3
**Criminal** [2] - 2897:3, 2900:3
**criminal** [1] - 2904:1
**crisis** [1] - 2937:25
**critical** [1] - 2962:12
**cross** [9] - 2904:14, 2904:16, 2908:13, 2908:23, 2910:9, 2910:17, 2910:18, 2915:16, 2940:17
**CROSS** [1] - 2915:23
**cross-examination** [2] - 2910:9, 2915:16
**CROSS-EXAMINATION** [1] - 2915:23
**CRR** [3] - 2898:9, 2979:12, 2979:19
**cruelty** [1] - 2925:16
**curve** [1] - 2955:1
**custody** [1] - 2921:10
**cut** [2] - 2910:3, 2924:3
**CW** [2] - 2913:17, 2913:25
**CWs** [2] - 2901:25, 2913:22

## D

**D.C** [2] - 2897:19, 2972:9
**Daily** [3] - 2921:19, 2921:21, 2922:14
**date** [2] - 2927:23, 2965:24
**dated** [1] - 2971:14
**Dated** [1] - 2979:17
**days** [2] - 2969:9, 2970:18
**DC** [5] - 2897:16, 2897:20, 2898:4, 2898:11, 2979:21
**decision** [1] - 2949:18
**declaration** [1] - 2926:8
**declared** [1] - 2926:4
**decree** [1] - 2949:22
**decrees** [1] - 2949:13
**defendant** [1] - 2924:19
**Defendant** [2] - 2897:7, 2897:18,

2898:2
**Defendant's** [4] - 2942:15, 2948:4, 2972:1, 2978:3
**DEFENDER** [1] - 2897:19
**Defense** [1] - 2943:12
**defense** [16] - 2900:10, 2903:14, 2904:11, 2904:22, 2905:4, 2905:9, 2906:6, 2906:8, 2906:14, 2906:18, 2906:21, 2909:18, 2909:21, 2910:1, 2910:7, 2910:18
**defense's** [2] - 2912:22, 2915:16
**defensive** [1] - 2946:1
**definitely** [2] - 2954:6, 2966:22
**delay** [1] - 2915:15
**delegate** [1] - 2934:4
**delegated** [1] - 2936:20
**demand** [1] - 2931:5
**demanded** [1] - 2930:4
**demonstrative** [1] - 2970:6
**deny** [1] - 2910:4
**department** [1] - 2933:19
**Department** [1] - 2934:21
**deposition** [5] - 2906:11, 2906:14, 2906:18, 2907:5
**DEPUTY** [1] - 2900:2
**describe** [4] - 2957:15, 2959:1, 2960:5, 2961:4
**described** [6] - 2928:11, 2930:19, 2932:7, 2959:19, 2962:21, 2964:9
**describing** [2] - 2922:18, 2930:17
**description** [2] - 2952:17, 2963:10
**designated** [1] - 2976:1
**destruction** [1] - 2904:7
**details** [3] - 2918:15, 2956:19, 2978:1
**determine** [3] - 2902:2, 2904:15, 2957:9
**determined** [2] -

2902:17, 2957:17
**device** [1] - 2922:19
**Dharna** [2] - 2902:9, 2906:9, 2906:22, 2909:24
**difference** [1] - 2910:2
**different** [20] - 2900:25, 2901:21, 2905:18, 2907:1, 2907:12, 2917:12, 2929:6, 2929:25, 2932:12, 2932:15, 2933:3, 2933:4, 2933:9, 2933:10, 2934:5, 2936:18, 2967:19, 2968:16, 2971:7, 2977:3
**differently** [1] - 2902:5
**difficult** [1] - 2904:6
**DiLorenzo** [25] - 2897:13, 2903:3, 2903:17, 2903:22, 2904:3, 2904:25, 2905:11, 2906:1, 2909:1, 2909:14, 2910:11, 2910:24, 2911:11, 2911:16, 2911:22, 2912:9, 2912:12, 2912:21, 2913:6, 2913:10, 2913:18, 2914:2, 2914:5, 2914:10, 2914:11
**dinner** [1] - 2963:12
**direct** [8] - 2916:8, 2916:20, 2919:5, 2955:14, 2957:22, 2961:21, 2966:6, 2968:5
**directed** [3] - 2950:17, 2957:10, 2966:12
**directions** [1] - 2934:1
**director** [1] - 2933:18
**disband** [4] - 2927:16, 2949:11, 2949:13, 2949:22
**disbanded** [9] - 2926:8, 2926:12, 2926:13, 2926:14, 2927:15, 2927:18, 2948:25, 2949:3, 2949:8
**disclose** [2] - 2913:21, 2913:24
**disclosed** [1] - 2913:22
**disclosure** [1] - 2900:12
**discuss** [1] - 2956:19
**discussing** [1] -

2956:20
**discussions** [4] - 2904:12, 2904:20, 2921:10, 2978:18
**disputes** [1] - 2930:15
**disseminating** [1] - 2932:9
**dissemination** [1] - 2948:14
**dissolved** [1] - 2926:13
**DISTRICT** [3] - 2897:1, 2897:1, 2897:10
**doctor** [6] - 2904:17, 2911:10, 2911:11, 2911:15, 2912:18, 2912:24
**document** [3] - 2965:9, 2975:19, 2975:23
**documents** [2] - 2901:4, 2901:12
**DOD** [2] - 2911:11, 2912:18
**done** [1] - 2942:6
**door** [1] - 2919:19
**doubt** [1] - 2973:15
**down** [22] - 2927:12, 2931:7, 2935:10, 2962:3, 2970:1, 2970:9, 2970:15, 2970:17, 2971:10, 2972:14, 2972:18, 2973:5, 2973:11, 2973:16, 2973:25, 2974:13, 2974:16, 2975:4, 2975:8, 2975:10, 2976:2, 2978:2
**drag** [1] - 2955:25
**draw** [2] - 2932:19, 2962:8
**drive** [1] - 2951:21
**drove** [1] - 2912:1
**drug** [1] - 2934:3
**due** [1] - 2903:8
**Duration** [1] - 2966:16
**duration** [4] - 2962:11, 2966:3, 2967:3
**during** [13] - 2916:8, 2922:20, 2925:10, 2925:18, 2928:5, 2930:1, 2951:19, 2956:22, 2960:6, 2961:6, 2970:13, 2971:15, 2972:13
**duties** [1] - 2931:1
**duty** [4] - 2931:17, 2937:1, 2949:24, 2951:9

## E

**ease** [2] - 2959:3, 2959:6
**effectively** [3] - 2900:11, 2902:21, 2908:23
**efforts** [1] - 2951:5
**Egypt** [1] - 2940:7
**either** [3] - 2903:13, 2966:21, 2978:13
**El** [1] - 2898:6
**El-Suqi** [1] - 2898:6
**electronic** [6] - 2900:14, 2900:17, 2900:23, 2903:2, 2903:7, 2914:18
**elements** [4] - 2935:21, 2936:6, 2936:22, 2937:3
**elevated** [1] - 2936:19
**elicit** [1] - 2924:6
**elicited** [1] - 2923:18
**ELSAYED** [1] - 2898:2
**email** [1] - 2909:3
**emails** [2] - 2901:20, 2914:19
**end** [10] - 2914:6, 2914:20, 2914:21, 2914:25, 2915:4, 2924:25, 2942:12, 2962:18, 2971:20, 2979:7
**engaged** [1] - 2963:8
**engagements** [1] - 2910:24
**enters** [2] - 2915:12, 2947:23
**entire** [1] - 2943:20
**entity** [3] - 2942:16, 2950:17, 2950:19
**equal** [1] - 2931:23
**equity** [2] - 2910:17, 2912:15
**equivalent** [1] - 2916:11
**escorted** [2] - 2946:19, 2947:1
**especially** [1] - 2928:14
**ESQ** [7] - 2897:13, 2897:13, 2897:14, 2897:14, 2897:18, 2897:19, 2898:2
**essentially** [1] - 2926:2
**evacuate** [2] - 2946:19, 2947:4
**eve** [1] - 2906:12
**events** [1] - 2958:9

2984

**evidence** [4] - 2904:8, 2906:17, 2906:22, 2909:25
**exactly** [4] - 2935:18, 2937:22, 2954:7, 2957:6
**EXAMINATION** [1] - 2915:23
**examination** [4] - 2910:9, 2915:16, 2916:8, 2919:5
**examine** [1] - 2908:24
**example** [3] - 2936:15, 2938:20, 2938:21
**exculpatory** [1] - 2902:8
**excuse** [1] - 2949:2
**exercise** [1] - 2968:8
**Exhibit** [7] - 2922:7, 2942:15, 2948:4, 2965:1, 2966:7, 2972:2, 2978:4
**exhibit** [2] - 2970:5, 2971:9
**exist** [3] - 2926:15, 2930:3, 2949:9
**existed** [1] - 2929:24
**exits** [2] - 2947:21, 2978:20
**expect** [1] - 2905:2
**expert** [1] - 2924:13
**explain** [1] - 2939:11
**explanation** [1] - 2918:9
**expression** [1] - 2938:12
**eyes** [5] - 2918:20, 2919:22, 2920:13, 2920:15

## F

**facilities** [2] - 2924:8, 2936:16
**facility** [1] - 2931:10
**fact** [9] - 2921:6, 2935:8, 2935:15, 2941:11, 2947:11, 2949:15, 2949:22, 2954:23, 2976:8
**fair** [1] - 2944:16
**fake** [1] - 2917:10
**falls** [1] - 2934:21
**false** [1] - 2922:25
**familiar** [3] - 2937:15, 2942:16, 2943:8
**family** [2] - 2917:20, 2918:3
**Faraj** [8] - 2900:4, 2945:1, 2945:6,

2945:9, 2945:11, 2945:14, 2945:21, 2951:12
**FARAJ** [1] - 2897:6
**fashion** [1] - 2931:2
**father** [1] - 2913:7
**Fawzi** [5] - 2943:25, 2944:2, 2944:7, 2944:9, 2950:24
**FBI** [5] - 2906:3, 2912:24, 2913:6, 2927:4, 2927:10
**fear** [1] - 2917:20
**feared** [1] - 2918:3
**Fearing** [1] - 2960:10
**fearing** [1] - 2960:11
**February** [17] - 2925:20, 2936:3, 2936:5, 2943:18, 2943:21, 2943:22, 2943:24, 2944:3, 2944:4, 2944:6, 2944:7, 2944:9, 2944:13, 2944:15, 2944:17, 2944:23, 2945:2
**FEDERAL** [1] - 2897:19
**few** [4] - 2921:24, 2943:13, 2943:21, 2967:1
**field** [1] - 2945:12
**fight** [1] - 2930:13
**fighting** [2] - 2928:10, 2929:11
**fights** [1] - 2930:18
**figure** [5] - 2902:16, 2908:2, 2908:13, 2910:5, 2937:24
**file** [4] - 2900:15, 2900:16, 2900:23, 2900:24
**filed** [1] - 2902:20
**files** [1] - 2914:18
**fill** [2] - 2904:16, 2935:1
**film** [1] - 2950:3
**final** [1] - 2907:8
**financial** [2] - 2930:20, 2931:5
**fine** [7] - 2910:11, 2911:18, 2920:1, 2940:17, 2942:3, 2942:10
**finished** [2] - 2903:8, 2952:1
**fired** [1] - 2952:4
**First** [1] - 2916:24
**first** [22] - 2900:14, 2901:17, 2901:21,

2903:13, 2908:23, 2909:10, 2913:24, 2916:11, 2917:19, 2917:23, 2925:3, 2939:15, 2942:7, 2946:8, 2951:8, 2951:10, 2958:3, 2958:6, 2959:11, 2965:5, 2965:6, 2966:8
**five** [6] - 2902:9, 2906:9, 2909:24, 2951:20, 2951:22
**five-minute** [1] - 2951:20
**fixed** [1] - 2935:19
**flagged** [1] - 2979:3
**FN** [1] - 2928:21
**focus** [3] - 2909:9, 2958:5, 2959:11
**focused** [1] - 2958:23
**fold** [1] - 2929:20
**folds** [1] - 2936:7
**folks** [1] - 2915:14
**follow** [1] - 2949:14
**following** [7] - 2903:20, 2923:5, 2939:13, 2959:4, 2960:1, 2970:23, 2978:22
**follows** [1] - 2960:13
**food** [4] - 2936:14, 2960:12, 2961:11, 2963:3
**FOR** [2] - 2897:1, 2897:19
**forces** [2] - 2936:2, 2943:14
**foregoing** [1] - 2979:13
**Forgive** [1] - 2937:13
**forgive** [1] - 2938:6
**form** [1] - 2930:17
**formal** [1] - 2916:17
**format** [3] - 2905:18, 2909:19, 2971:7
**formed** [1] - 2929:10
**forward** [1] - 2911:14
**fought** [9] - 2906:10, 2906:11, 2925:10, 2925:22, 2925:25, 2928:24, 2929:7, 2929:14, 2929:25
**four** [3] - 2946:16, 2965:19, 2965:23
**Fourth** [1] - 2897:16
**frame** [2] - 2960:6, 2961:6
**frank** [1] - 2954:13
**Friday** [1] - 2909:7

**friends** [2] - 2929:13, 2954:23
**front** [5] - 2925:23, 2952:16, 2964:8, 2974:12, 2976:7
**fugitives** [1] - 2904:5
**full** [1] - 2979:14
**function** [1] - 2930:25

## G

**Gaddafi** [10] - 2921:4, 2921:7, 2921:11, 2922:14, 2923:19, 2923:22, 2924:12, 2925:5, 2925:14, 2929:14
**Gaddafi's** [2] - 2921:17, 2924:1
**gain** [2] - 2930:20, 2931:5
**gate** [6] - 2952:12, 2952:14, 2952:15, 2952:16, 2952:18
**gathered** [1] - 2947:8
**gathering** [1] - 2935:20
**Geist** [6] - 2904:25, 2910:8, 2911:18, 2912:18, 2912:19, 2912:25
**general** [2] - 2933:18, 2940:1
**generally** [3] - 2911:20, 2974:4, 2976:10
**generated** [1] - 2906:6
**gentleman** [3] - 2924:14, 2944:12, 2956:5
**gentlemen** [1] - 2977:9
**Ghada** [1] - 2898:6
**given** [11] - 2900:11, 2900:23, 2900:24, 2908:15, 2908:24, 2912:5, 2934:2, 2934:23, 2963:11, 2974:2, 2976:8
**God** [1] - 2973:2
**government** [76] - 2900:15, 2900:21, 2900:22, 2900:25, 2901:3, 2901:13, 2901:19, 2901:22, 2902:4, 2902:7, 2902:19, 2904:3, 2904:13, 2904:16, 2905:23, 2906:10, 2907:5, 2907:9,

2907:13, 2907:22, 2908:17, 2908:22, 2909:6, 2912:4, 2913:5, 2913:15, 2913:21, 2914:8, 2918:6, 2919:12, 2922:6, 2923:18, 2924:9, 2926:10, 2929:16, 2929:21, 2930:4, 2931:18, 2932:2, 2932:19, 2936:7, 2938:15, 2938:18, 2944:11, 2949:13, 2949:14, 2949:16, 2950:6, 2950:10, 2958:2, 2962:4, 2962:10, 2962:13, 2964:22, 2964:25, 2968:5, 2968:8, 2968:13, 2968:15, 2969:1, 2969:3, 2969:6, 2970:16, 2970:20, 2970:25, 2971:22, 2972:5, 2972:13, 2975:17, 2975:22, 2976:6, 2977:13, 2977:24, 2978:2, 2978:6
**Government** [1] - 2965:1
**Government's** [1] - 2922:7
**government's** [5] - 2901:16, 2911:19, 2949:17, 2970:5, 2971:11
**great** [1] - 2947:18
**Greetings** [1] - 2956:3
**ground** [1] - 2921:24
**grounds** [1] - 2944:23
**group** [10] - 2906:22, 2927:15, 2932:7, 2936:20, 2939:3, 2940:25, 2946:22, 2950:13, 2974:25
**Group** [1] - 2959:2
**groups** [4] - 2929:5, 2929:19, 2929:21, 2936:8
**guess** [2] - 2912:17, 2937:20
**gun** [1] - 2928:22
**gunfire** [2] - 2953:3, 2953:7
**gunshots** [4] - 2946:8, 2951:10, 2951:12
**guy** [5] - 2926:21, 2941:13, 2941:14, 2945:21

**guys** [1] - 2937:21

## H

**Hamid** [1] - 2946:25
**Hamza** [16] - 2959:8, 2959:10, 2959:14, 2959:21, 2961:10, 2961:11, 2961:13, 2962:22, 2962:25, 2963:2, 2963:6, 2967:8, 2967:11, 2967:15, 2967:20, 2967:23
**hand** [1] - 2931:2
**handed** [1] - 2970:25
**handle** [1] - 2937:25
**handwriting** [2] - 2973:17, 2973:22
**hanging** [2] - 2921:23, 2921:25
**happy** [3] - 2939:7, 2940:4, 2940:6
**Hassan** [14] - 2959:14, 2959:22, 2961:10, 2961:11, 2961:13, 2962:22, 2962:25, 2963:2, 2963:6, 2967:8, 2967:11, 2967:16, 2967:21, 2967:23
**head** [16] - 2932:17, 2933:11, 2933:15, 2933:16, 2934:9, 2934:12, 2935:17, 2940:14, 2940:21, 2942:5, 2944:6, 2944:12, 2944:17, 2945:1, 2951:1
**headed** [1] - 2942:22
**headings** [4] - 2965:17, 2965:20, 2965:23, 2966:9
**heads** [1] - 2941:1
**hear** [1] - 2924:19
**heard** [6] - 2941:23, 2945:13, 2946:8, 2951:10, 2951:12, 2951:23
**hearing** [6] - 2903:21, 2923:6, 2939:14, 2960:2, 2970:24, 2978:23
**heavy** [1] - 2928:12
**heightened** [1] - 2949:25
**HELD** [1] - 2897:10
**held** [6] - 2903:20, 2923:5, 2939:13, 2960:1, 2970:23,

2978:22
**Hello** [1] - 2956:3
**help** [4] - 2948:6, 2953:8, 2954:20, 2954:25
**helped** [4] - 2946:19, 2947:4, 2947:5, 2947:9
**hereby** [1] - 2979:12
**higher** [1] - 2949:18
**highest** [5] - 2933:25, 2934:6, 2934:15
**HIMELSTEIN** [18] - 2897:14, 2921:12, 2922:8, 2922:22, 2924:2, 2924:17, 2927:23, 2928:2, 2939:17, 2940:15, 2940:20, 2942:24, 2943:5, 2954:11, 2959:23, 2960:21, 2961:16, 2971:12
**Himelstein** [9] - 2916:9, 2916:20, 2939:10, 2952:20, 2960:20, 2965:16, 2966:11, 2967:4, 2967:18
**Himelstein's** [1] - 2917:23
**himself** [2] - 2919:15, 2940:11
**history** [1] - 2903:11
**hold** [23] - 2900:18, 2956:21, 2957:5, 2957:14, 2958:21, 2958:25, 2959:13, 2959:17, 2959:20, 2960:3, 2960:4, 2960:8, 2960:22, 2960:23, 2960:24, 2960:25, 2961:3, 2962:16, 2962:22, 2963:15, 2963:16, 2964:4
**holder** [2] - 2910:17, 2912:15
**holding** [2] - 2904:10, 2965:2
**home** [1] - 2919:6
**honest** [3] - 2958:12, 2958:14
**Honor** [28] - 2900:2, 2900:7, 2900:10, 2901:2, 2902:25, 2903:6, 2907:1, 2911:17, 2912:20, 2914:7, 2914:22, 2915:3, 2915:6, 2915:21, 2922:9,

2923:4, 2924:17, 2939:7, 2939:10, 2940:15, 2942:24, 2948:1, 2949:2, 2959:24, 2961:16, 2970:22, 2970:25, 2975:13
**HONORABLE** [1] - 2897:10
**hook** [1] - 2941:1
**hope** [2] - 2911:13, 2915:14
**hospital** [2] - 2930:16, 2953:2
**hospitals** [1] - 2936:15
**hour** [2] - 2954:3, 2954:6
**hours** [2] - 2921:25, 2966:22
**hundred** [1] - 2931:6
**hundreds** [1] - 2954:18
**hung** [1] - 2962:24
**Hungary** [14] - 2926:23, 2957:14, 2958:6, 2968:24, 2968:25, 2969:3, 2969:6, 2969:14, 2969:15, 2970:21, 2971:23, 2972:8, 2973:6, 2973:8
**Hussein** [1] - 2967:18
**Hyundai** [2] - 2922:3, 2922:19

## I

**I..** [1] - 2939:12
**identification** [4] - 2909:17, 2922:6, 2942:16, 2972:2
**identifications** [5] - 2907:16, 2908:9, 2908:10, 2909:16
**identified** [7] - 2904:22, 2905:12, 2906:4, 2908:11, 2913:16, 2913:17
**identify** [5] - 2901:22, 2902:1, 2913:15, 2941:15, 2978:6
**identifying** [1] - 2910:16
**ideology** [2] - 2919:15, 2920:9
**IDs** [2] - 2909:14, 2909:15
**imagine** [2] - 2920:18, 2920:22
**imagining** [1] -

2935:18
**immediately** [1] - 2955:23
**impeach** [2] - 2907:21, 2939:20
**impeachment** [1] - 2961:17
**implicated** [1] - 2907:21
**implied** [1] - 2967:4
**important** [2] - 2917:21, 2962:1
**importantly** [3] - 2901:2, 2902:4, 2908:1
**Impossible** [1] - 2956:13
**impossible** [7] - 2902:2, 2904:6, 2956:8, 2956:15, 2956:16, 2956:18, 2962:5
**imprisoned** [4] - 2921:3, 2923:21, 2924:5, 2924:11
**imprisonment** [1] - 2921:7
**IN** [1] - 2897:1
**inches** [1] - 2921:24
**included** [1] - 2935:3
**including** [1] - 2925:11
**inconsistencies** [2] - 2902:17, 2902:18
**inconsistency** [1] - 2962:7
**inconsistent** [6] - 2902:19, 2907:17, 2939:20, 2940:2, 2960:21, 2960:25
**incorporate** [1] - 2949:17
**Indiana** [1] - 2897:20
**indicate** [1] - 2966:2
**indicated** [5] - 2913:19, 2931:24, 2943:13, 2943:21, 2971:2
**indication** [1] - 2911:25
**individual** [4] - 2905:12, 2938:20, 2950:25, 2974:10
**individuals** [8] - 2904:5, 2904:7, 2906:5, 2927:1, 2967:20, 2977:13, 2977:16, 2978:8
**infidel** [1] - 2920:10
**infiltration** [1] -

2936:22
**inflating** [1] - 2931:8
**information** [31] - 2900:12, 2902:3, 2902:6, 2902:8, 2902:9, 2902:11, 2905:8, 2905:23, 2906:16, 2907:18, 2907:23, 2908:15, 2913:21, 2932:8, 2934:1, 2934:2, 2935:21, 2936:20, 2937:23, 2937:24, 2938:23, 2947:8, 2948:13, 2948:14, 2955:2, 2970:14, 2971:23, 2972:4, 2974:9
**injured** [1] - 2954:25
**inside** [1] - 2935:22
**instead** [1] - 2955:5
**instructions** [1] - 2929:20
**intel** [2] - 2904:19, 2912:7
**intelligence** [5] - 2935:21, 2938:12, 2941:9, 2941:10, 2941:25
**Intelligence** [4] - 2938:3, 2938:8, 2938:14, 2938:19
**intend** [1] - 2913:6
**intended** [1] - 2913:5
**interest** [2] - 2904:4, 2904:9
**interests** [1] - 2951:3
**Interior** [4] - 2948:12, 2948:17, 2948:18, 2948:20
**INTERPETER** [2] - 2937:12, 2949:2
**INTERPRETER** [8] - 2920:7, 2938:5, 2945:3, 2945:19, 2950:9, 2954:1, 2955:19, 2967:13
**interpreter** [4] - 2904:19, 2912:24, 2913:5, 2913:6
**Interpreters** [1] - 2898:6
**interrupt** [2] - 2939:19, 2959:9
**interview** [9] - 2922:13, 2922:17, 2922:20, 2923:8, 2923:11, 2923:13, 2923:14, 2923:15, 2927:25

interviewed [2] - 2905:12, 2921:16
interviewer [1] - 2904:20
interviewers [2] - 2912:7, 2912:23
interviews [3] - 2906:3, 2921:6, 2921:8
intricacies [1] - 2944:19
introduce [2] - 2906:22, 2907:5
investigate [2] - 2902:10, 2957:6
investigated [2] - 2902:16, 2947:7
investigation [2] - 2934:3, 2947:10
involved [7] - 2905:24, 2906:5, 2925:4, 2976:9, 2976:15, 2977:9, 2977:14
iron [1] - 2921:23
irrelevant [1] - 2924:21
issue [8] - 2905:21, 2907:4, 2912:2, 2912:6, 2914:8, 2940:3, 2971:12, 2978:25
issued [1] - 2949:18
issues [8] - 2903:10, 2904:21, 2906:13, 2910:9, 2910:14, 2912:10, 2912:16, 2912:23
itself [1] - 2955:16

**J**

Jabril [1] - 2951:24, 2952:3, 2953:2, 2953:19, 2954:9, 2954:16, 2954:18, 2955:18, 2955:20, 2959:18, 2963:8, 2963:20, 2967:11
Jafar [2] - 2976:24, 2976:25
Jalal [2] - 2977:7, 2977:11
Jamaica [1] - 2976:18
Jarrah [7] - 2925:25, 2926:7, 2926:12, 2927:19, 2927:20, 2928:5, 2949:4
Jencks [4] - 2901:5, 2901:17, 2905:20, 2975:14

JOHN [1] - 2897:13
John.D.Crabb@ usdoj.gov [1] - 2897:17
Joint [38] - 2933:21, 2933:22, 2933:23, 2933:24, 2934:6, 2934:20, 2934:23, 2935:1, 2935:17, 2935:22, 2935:23, 2936:24, 2936:25, 2937:6, 2937:9, 2937:20, 2938:3, 2938:9, 2938:16, 2938:17, 2938:21, 2940:25, 2941:11, 2942:20, 2943:3, 2943:15, 2943:19, 2943:23, 2944:22, 2946:14, 2946:20, 2948:10, 2948:14, 2948:16, 2948:21, 2949:25, 2950:19, 2951:1
joint [3] - 2934:22, 2936:9, 2941:24
JR [1] - 2897:13
JUDGE [1] - 2897:10
judges [1] - 2918:13
Judiciary [1] - 2897:15
JULIEANNE [1] - 2897:14
July [1] - 2969:13
jump [1] - 2921:15
jury [10] - 2903:21, 2915:12, 2923:6, 2939:14, 2947:21, 2947:23, 2960:2, 2970:24, 2978:20, 2978:23
JURY [1] - 2897:9
justice [5] - 2916:25, 2917:5, 2917:6, 2917:17, 2917:25
Justin [1] - 2927:7
Jutuf [2] - 2975:20, 2976:4
Jutuf's [3] - 2968:6, 2968:19, 2970:2

**K**

Kalashnikov [1] - 2928:20
Kalashnikovs [1] - 2928:15
KAUFMANN [1] - 2898:2
keeping [1] - 2904:4
kept [1] - 2967:18

Khatallah [36] - 2900:4, 2900:11, 2902:22, 2925:8, 2925:12, 2925:22, 2928:4, 2953:14, 2953:23, 2954:5, 2954:10, 2954:14, 2954:17, 2955:8, 2955:20, 2956:21, 2957:5, 2957:14, 2958:19, 2958:25, 2959:13, 2959:17, 2959:21, 2960:4, 2960:11, 2962:22, 2962:24, 2963:2, 2963:8, 2963:15, 2963:17, 2964:3, 2966:13, 2967:8, 2974:10, 2975:18
KHATALLAH [1] - 2897:6
Khatallah's [2] - 2970:2, 2974:14
Khatief [5] - 2944:1, 2944:2, 2944:7, 2944:10, 2950:24
kind [4] - 2934:5, 2936:18, 2936:23, 2938:23
knowing [1] - 2909:4
known [2] - 2938:12, 2950:23
knows [7] - 2909:6, 2924:4, 2940:22, 2941:12, 2942:7, 2942:9, 2973:2

**L**

language [1] - 2971:12
large [1] - 2901:3
larger [1] - 2944:3
last [20] - 2900:22, 2901:3, 2902:12, 2904:10, 2909:11, 2921:3, 2928:12, 2935:7, 2940:16, 2944:5, 2944:8, 2945:13, 2955:25, 2957:18, 2964:11, 2964:23, 2965:10, 2965:15, 2969:25, 2974:20
lasted [7] - 2926:2, 2956:6, 2956:15, 2956:17, 2956:18, 2964:19, 2979:4
late [1] - 2900:12
lead [1] - 2904:7
leading [1] - 2950:7
learned [1] - 2954:9

least [3] - 2903:13, 2949:8, 2954:8
led [5] - 2935:12, 2935:15, 2941:17, 2943:8, 2943:25
leeway [1] - 2962:17
left [2] - 2931:16, 2969:10
legislative [1] - 2934:24
lengthy [3] - 2908:7, 2920:19, 2955:12
level [2] - 2934:16, 2948:18
LEWIS [1] - 2898:2
liberation [1] - 2926:4
Libya [8] - 2917:14, 2928:7, 2929:2, 2931:9, 2933:20, 2946:14, 2946:18, 2946:25
Libyan [10] - 2905:5, 2906:4, 2916:25, 2917:6, 2917:9, 2917:17, 2917:25, 2932:19, 2933:19, 2950:10
Libyans [2] - 2950:8, 2950:12
lies [1] - 2934:4
life [1] - 2929:22
light [3] - 2904:18, 2905:3, 2928:14
likely [1] - 2905:6
line [9] - 2937:20, 2959:1, 2960:5, 2966:11, 2966:24, 2966:25, 2967:7, 2975:23, 2976:1
Line [2] - 2966:6, 2966:10
lined [1] - 2913:10
lines [1] - 2925:23
LISA [1] - 2979:12
Lisa [2] - 2898:9, 2903:25
list [2] - 2909:7, 2968:15
listed [1] - 2909:8
listen [1] - 2929:20, 2929:22, 2960:19
listening [4] - 2940:13, 2956:23, 2956:24, 2960:16
literally [2] - 2908:25, 2937:14
live [1] - 2910:10
lives [1] - 2935:9
living [1] - 2969:19
loaded [1] - 2940:23

local [2] - 2936:24, 2937:5
located [2] - 2944:23
location [2] - 2936:14, 2963:13
locations [2] - 2935:19, 2972:10
logistical [1] - 2903:10
logo [2] - 2957:19, 2964:10
look [6] - 2934:5, 2941:15, 2957:12, 2966:23, 2973:18, 2977:25
looked [1] - 2964:22
looking [5] - 2905:14, 2908:8, 2939:24, 2966:10, 2966:18
loss [1] - 2931:18
lunch [2] - 2910:5, 2978:17
Lunch [1] - 2979:8

**M**

Maged [1] - 2898:7
main [2] - 2952:18
majority [1] - 2935:9
man [2] - 2919:13
MANNING [1] - 2897:19
manpower [1] - 2931:6
March [13] - 2926:23, 2957:13, 2957:23, 2962:9, 2962:20, 2964:18, 2964:21, 2965:4, 2968:19, 2968:24, 2969:3, 2969:7, 2969:18
mark [3] - 2940:10, 2970:5, 2972:1
marked [5] - 2922:6, 2942:14, 2948:3, 2964:25, 2975:23
markings [4] - 2959:2, 2961:5, 2961:9, 2964:5
MARY [1] - 2897:19
mary_petras@fd.org [1] - 2897:22
material [6] - 2901:5, 2901:17, 2903:10, 2903:11, 2903:14, 2905:17
materials [1] - 2903:4
matter [3] - 2903:17, 2939:18, 2954:23
mean [12] - 2905:10, 2906:2, 2914:25,

2924:18, 2936:10,
2936:13, 2950:11,
2957:4, 2958:4,
2963:16, 2974:23,
2975:24
**mean..** [1] - 2937:22
**means** [2] - 2918:12,
2918:23
**meant** [3] - 2914:14,
2918:10, 2974:23
**mechanical** [1] -
2897:24
**mechanism** [1] -
2909:25
**media** [6] - 2954:22,
2954:24, 2955:1,
2955:4, 2955:6
**medium** [2] - 2928:11,
2928:12
**meeting** [14] -
2926:17, 2926:23,
2927:1, 2927:5,
2927:9, 2957:24,
2957:25, 2958:3,
2958:4, 2958:6,
2958:7, 2964:21,
2969:9, 2974:17
**meetings** [2] - 2958:1,
2974:24
**members** [3] - 2918:3,
2958:2, 2964:2
**memorized** [1] -
2974:14
**men** [5] - 2902:9,
2935:7, 2951:16,
2954:25, 2960:12
**mention** [1] - 2923:13
**mentioned** [5] -
2944:8, 2950:22,
2975:7, 2977:11,
2978:8
**mesh** [1] - 2913:20
**met** [9] - 2946:18,
2946:22, 2969:1,
2969:3, 2969:6,
2969:13, 2971:22,
2974:25, 2978:10
**MICHAEL** [1] -
2897:13
**MICHELLE** [1] -
2897:18
**MIDDLEMISS** [1] -
2898:2
**might** [1] - 2972:10
**Military** [4] - 2938:2,
2938:8, 2938:14,
2938:19
**military** [11] - 2936:1,
2938:12, 2938:22,
2938:24, 2941:9,

2941:10, 2941:25,
2943:17, 2944:9
**militia** [1] - 2964:2
**militias** [1] - 2929:6
**million** [1] - 2902:13
**mind** [4] - 2919:10,
2928:20, 2959:3,
2959:5
**Ministry** [6] - 2943:9,
2943:12, 2948:12,
2948:17, 2948:18,
2948:20
**minute** [5] - 2937:19,
2951:20, 2955:7,
2962:3, 2962:9
**minutes** [20] -
2943:13, 2943:21,
2951:22, 2953:24,
2954:3, 2954:8,
2956:7, 2956:10,
2956:16, 2956:17,
2956:18, 2956:19,
2962:6, 2964:19,
2966:21, 2968:2,
2979:1, 2979:5
**missing** [1] - 2901:25
**Mission** [11] - 2945:2,
2945:7, 2945:17,
2946:9, 2950:14,
2951:6, 2951:21,
2951:25, 2955:5,
2963:24, 2964:2
**misspoke** [1] -
2974:23
**mistake** [2] - 2971:11
**mistranslation** [1] -
2937:13
**mistrial** [2] - 2902:23,
2910:4
**mobile** [1] - 2935:19
**mode** [1] - 2903:8
**models** [1] - 2912:1
**Mohammad** [2] -
2976:24, 2976:25
**moment** [6] - 2904:10,
2908:2, 2934:19,
2939:8, 2939:11,
2964:7
**Monday** [2] - 2897:4,
2913:3
**money** [4] - 2930:24,
2931:7, 2931:9,
2932:3
**Moreira** [2] - 2898:9,
2979:19
**MOREIRA** [1] -
2979:12
**MORNING** [1] - 2897:8
**morning** [12] - 2900:6,
2900:7, 2901:23,

2902:25, 2903:1,
2903:14, 2909:1,
2913:18, 2914:23,
2915:25, 2916:1,
2947:20
**most** [2] - 2917:20,
2931:13
**mostly** [2] - 2930:19,
2930:20
**motion** [1] - 2910:4
**move** [6] - 2902:22,
2910:22, 2922:23,
2923:2, 2941:21,
2961:24
**MR** [28] - 2902:25,
2903:2, 2903:6,
2903:16, 2903:17,
2903:22, 2904:3,
2904:25, 2905:11,
2906:1, 2909:1,
2909:14, 2910:11,
2910:24, 2911:11,
2911:16, 2911:22,
2912:9, 2912:12,
2912:21, 2913:6,
2913:10, 2914:2,
2914:5, 2914:11,
2914:22, 2915:3,
2915:6
**MS** [96] - 2900:7,
2900:9, 2900:21,
2907:1, 2907:22,
2908:1, 2909:2,
2910:2, 2911:2,
2911:5, 2911:6,
2911:10, 2911:13,
2911:17, 2911:24,
2912:20, 2913:2,
2913:4, 2913:12,
2913:14, 2914:7,
2914:14, 2914:17,
2915:9, 2915:11,
2915:21, 2915:24,
2921:12, 2921:13,
2922:8, 2922:9,
2922:22, 2923:4,
2923:7, 2923:18,
2923:21, 2923:24,
2924:2, 2924:6,
2924:17, 2925:1,
2926:20, 2927:23,
2927:25, 2928:2,
2928:3, 2938:7,
2939:7, 2939:10,
2939:15, 2939:17,
2939:23, 2940:4,
2940:15, 2940:19,
2940:20, 2940:21,
2941:3, 2941:5,
2941:19, 2941:22,

2942:1, 2942:4,
2942:9, 2942:13,
2942:24, 2943:5,
2945:5, 2947:18,
2948:1, 2948:2,
2949:4, 2950:10,
2954:11, 2959:23,
2960:3, 2960:9,
2960:15, 2960:18,
2960:21, 2961:8,
2961:16, 2961:25,
2962:8, 2962:19,
2967:25, 2968:4,
2970:22, 2970:25,
2971:12, 2971:18,
2971:21, 2975:13,
2978:15, 2979:2,
2979:4
**Mukhtar** [4] - 2936:2,
2944:5, 2944:8,
2945:11
**murtad** [11] - 2919:1,
2919:7, 2919:9,
2919:13, 2919:18,
2919:19, 2919:22,
2920:2, 2920:11,
2920:17, 2920:23
**Muslim** [6] - 2918:12,
2919:14, 2920:6,
2920:10, 2920:12,
2920:22
**Muslims** [3] - 2918:13,
2918:18, 2918:19
**Mustafa** [2] - 2898:6,
2898:8

## N

**name** [22] - 2916:5,
2916:7, 2916:11,
2916:17, 2916:21,
2917:10, 2917:18,
2926:15, 2927:4,
2927:6, 2928:18,
2937:16, 2939:1,
2939:4, 2940:11,
2940:12, 2943:10,
2944:12, 2949:8,
2949:12, 2967:19
**names** [6] - 2913:23,
2913:24, 2927:8,
2967:15, 2967:20,
2977:22
**NASSAR** [1] - 2898:2
**nation** [1] - 2933:19
**nation-wide** [1] -
2933:19
**nationals** [1] - 2906:4
**Nations** [1] - 2925:19
**naturally** [1] - 2919:11
**nearby** [1] - 2963:13

**necessarily** [1] -
2961:2
**need** [13] - 2902:10,
2904:16, 2908:2,
2908:3, 2908:12,
2908:13, 2908:14,
2914:20, 2915:11,
2940:13, 2961:25,
2966:8, 2978:1
**needed** [1] - 2938:21
**never** [5] - 2908:19,
2927:14, 2978:6,
2978:12
**new** [5] - 2905:17,
2906:7, 2909:19,
2972:25
**newspaper** [2] -
2921:9, 2921:20
**Next** [1] - 2897:23
**next** [10] - 2904:22,
2911:6, 2913:11,
2934:13, 2951:23,
2952:2, 2953:12,
2966:24, 2966:25,
2977:22
**nice** [1] - 2915:14
**night** [9] - 2934:11,
2934:13, 2945:14,
2945:21, 2946:20,
2947:11, 2951:3,
2954:19, 2954:24
**non** [1] - 2920:10
**non-Muslim** [1] -
2920:10
**nonbeliever** [1] -
2919:23
**nonstop** [1] - 2900:9
**normal** [2] - 2929:22,
2931:2, 2935:9
**normally** [1] - 2960:18
**Nos** [1] - 2901:12
**note** [10] - 2970:1,
2970:20, 2972:6,
2972:8, 2972:9,
2972:11, 2973:18,
2974:5, 2974:6,
2974:9
**notes** [7] - 2927:9,
2927:25, 2939:21,
2962:2, 2970:9,
2978:25, 2979:14
**nothing** [4] - 2905:17,
2906:7, 2920:5,
2931:3
**notice** [1] - 2911:3
**notified** [2] - 2905:4,
2910:12
**November** [2] -
2962:9, 2971:14
**number** [28] - 2928:3,

2935:8, 2935:10, 2935:16, 2935:25, 2944:21, 2955:10, 2965:13, 2966:15, 2970:8, 2974:11, 2974:14, 2974:15, 2975:16, 2975:17, 2975:18, 2975:19, 2975:21, 2975:24, 2976:2, 2976:3, 2976:12, 2976:17, 2976:20, 2976:23, 2977:3, 2977:6

numbered [3] - 2901:24, 2901:25, 2946:16

numbers [50] - 2901:24, 2901:25, 2913:16, 2913:17, 2913:25, 2929:19, 2931:6, 2935:11, 2964:23, 2964:24, 2968:6, 2968:9, 2968:11, 2968:12, 2968:16, 2968:19, 2969:21, 2969:22, 2969:25, 2970:21, 2971:6, 2971:13, 2971:15, 2971:24, 2972:14, 2972:17, 2972:25, 2973:5, 2973:11, 2973:16, 2973:25, 2974:2, 2974:4, 2974:11, 2974:13, 2974:15, 2975:4, 2975:5, 2975:7, 2975:9, 2975:10, 2976:5, 2976:8, 2977:17, 2977:19, 2977:21, 2977:23, 2978:1, 2978:3

NW [5] - 2897:16, 2897:20, 2898:3, 2898:10, 2979:21

## O

O'Donnell [3] - 2903:9, 2927:5, 2927:7

oath [1] - 2915:18

object [2] - 2924:2, 2940:20

objected [4] - 2906:14, 2906:18, 2906:24, 2910:1

objection [6] - 2921:12, 2922:22, 2924:22, 2942:24, 2943:5, 2954:11

objects [1] - 2930:18

occasions [1] - 2944:11

occurred [1] - 2958:16

occurs [1] - 2937:25

October [3] - 2897:4, 2926:5, 2979:17

OF [4] - 2897:1, 2897:3, 2897:9, 2979:10

offends [2] - 2920:22, 2920:25

Office [1] - 2940:25

OFFICE [1] - 2897:15

officer [1] - 2938:24

Official [1] - 2898:9

OFFICIAL [1] - 2979:10

official [1] - 2947:7, 2979:19

old [1] - 2931:20

Omar [1] - 2936:2

one [32] - 2900:18, 2901:20, 2904:13, 2904:16, 2905:2, 2905:3, 2905:5, 2906:8, 2907:8, 2907:14, 2910:25, 2919:14, 2920:18, 2924:17, 2932:22, 2934:13, 2938:20, 2939:8, 2941:5, 2944:14, 2946:16, 2947:2, 2947:4, 2949:16, 2950:21, 2952:19, 2956:19, 2956:22, 2960:19, 2970:4, 2972:11, 2972:12

one-day [1] - 2904:16

ones [1] - 2936:11

open [5] - 2907:7, 2919:19, 2952:12, 2952:14, 2952:15

opened [8] - 2902:10, 2902:13, 2902:15, 2905:21, 2906:9, 2906:19, 2906:24, 2909:22

operation [1] - 2932:12

Operation [3] - 2934:6, 2934:20, 2944:22

operations [7] - 2932:5, 2932:16, 2933:6, 2933:14, 2936:9, 2936:17, 2947:14

Operations [35] -

2933:1, 2933:3, 2933:7, 2933:15, 2933:21, 2934:24, 2935:2, 2935:17, 2935:22, 2935:24, 2936:25, 2937:6, 2937:9, 2937:21, 2938:3, 2938:9, 2938:17, 2938:21, 2941:11, 2942:20, 2943:3, 2943:15, 2943:19, 2943:23, 2944:22, 2946:15, 2946:20, 2948:11, 2948:15, 2948:22, 2949:25, 2950:20, 2951:1

OPHER [1] - 2897:14

opponent [1] - 2907:24

opposed [3] - 2909:20, 2954:25, 2961:3

opposing [1] - 2940:1

orchard [1] - 2930:16

order [9] - 2901:5, 2901:19, 2910:5, 2913:20, 2934:23, 2934:25, 2950:23, 2961:14

ordered [2] - 2900:22, 2908:16

orders [2] - 2908:18, 2949:14

organization [5] - 2933:20, 2934:19, 2940:22, 2941:6, 2941:16

organizations [1] - 2933:10

originally [1] - 2934:21

otherwise [1] - 2957:19

ourselves [1] - 2937:4

outrageous [1] - 2906:25

outside [12] - 2903:21, 2918:21, 2920:5, 2920:16, 2923:6, 2939:14, 2951:9, 2960:2, 2970:24, 2978:12, 2978:23

overall [1] - 2944:10

overlap [1] - 2907:6

overruled [4] - 2921:14, 2943:6, 2954:12

own [6] - 2917:18, 2918:22, 2935:9,

2968:11, 2974:15, 2975:16

## P

p.m [3] - 2909:2, 2978:19, 2979:8

page [7] - 2908:4, 2927:23, 2939:5, 2939:25, 2940:5, 2966:8, 2979:3

Page [3] - 2897:23, 2928:1, 2960:4

PAGE [1] - 2899:2

paid [3] - 2932:1, 2932:22, 2969:17

paper [9] - 2970:1, 2972:18, 2972:22, 2972:25, 2973:5, 2973:11, 2974:1, 2974:2, 2974:12

paragraph [3] - 2927:24, 2960:13, 2961:9

pardon [1] - 2960:18

parliament [1] - 2934:24

part [26] - 2931:24, 2932:25, 2935:7, 2936:8, 2936:24, 2937:5, 2937:8, 2938:3, 2938:9, 2938:16, 2940:25, 2941:9, 2941:10, 2941:16, 2941:24, 2943:14, 2943:18, 2943:23, 2944:3, 2945:17, 2946:14, 2946:20, 2948:10, 2948:12, 2948:21, 2950:13

participate [1] - 2948:13

participated [1] - 2921:6

particular [4] - 2905:13, 2939:3, 2941:16

particularly [1] - 2904:8

parties [1] - 2930:22

parts [1] - 2908:2

party [3] - 2907:24, 2956:24, 2957:10

passed [4] - 2917:7, 2949:13, 2954:3, 2954:8

past [2] - 2971:4, 2971:16

patrols [1] - 2935:19

Pause [2] - 2900:19, 2939:9

paying [2] - 2969:16, 2969:18

payment [1] - 2931:1

payroll [1] - 2930:21

Peace [1] - 2956:3

Pennsylvania [1] - 2898:3

people [43] - 2902:1, 2905:25, 2908:5, 2908:6, 2908:9, 2908:10, 2908:11, 2908:12, 2909:8, 2909:9, 2912:6, 2915:1, 2918:20, 2918:23, 2919:1, 2919:2, 2919:5, 2919:9, 2919:14, 2920:5, 2923:25, 2925:13, 2928:24, 2929:10, 2929:13, 2929:18, 2931:13, 2931:16, 2931:20, 2931:23, 2931:25, 2935:12, 2935:16, 2935:20, 2936:1, 2936:18, 2943:8, 2944:16, 2958:20, 2963:18, 2963:23, 2974:25, 2976:9

people's [1] - 2968:16

perhaps [3] - 2939:4, 2939:10, 2939:25

period [4] - 2930:20, 2931:12, 2951:19, 2960:7

permission [1] - 2963:12

person [10] - 2920:15, 2924:18, 2940:8, 2940:14, 2942:2, 2942:4, 2942:9, 2943:10, 2951:8

pertaining [1] - 2938:24

PETERSON [61] - 2897:18, 2911:5, 2911:17, 2911:24, 2915:9, 2915:11, 2915:21, 2915:24, 2921:13, 2922:5, 2922:9, 2923:4, 2923:7, 2923:18, 2923:21, 2923:24, 2924:6, 2925:1, 2926:20, 2927:25, 2928:3, 2938:7, 2939:7, 2939:10, 2939:15, 2939:23,

2940:4, 2940:19, 2940:21, 2941:3, 2941:5, 2941:19, 2941:22, 2942:1, 2942:4, 2942:9, 2942:13, 2945:5, 2947:18, 2948:1, 2948:2, 2949:4, 2950:10, 2960:3, 2960:9, 2960:15, 2960:18, 2961:8, 2961:25, 2962:8, 2962:19, 2967:25, 2968:4, 2970:22, 2970:25, 2971:18, 2971:21, 2975:13, 2978:15, 2979:2, 2979:4
**Peterson** [7] - 2910:13, 2910:17, 2910:20, 2915:7, 2915:20, 2947:16, 2947:25
**Peterson)**................ ............. [1] - 2899:4
**PETRAS** [21] - 2897:19, 2900:7, 2900:9, 2900:21, 2907:1, 2907:22, 2908:1, 2909:2, 2910:2, 2911:2, 2911:6, 2911:10, 2911:13, 2912:20, 2913:2, 2913:4, 2913:12, 2913:14, 2914:7, 2914:14, 2914:17
**Petras** [4] - 2900:6, 2904:18, 2904:21, 2912:13
**phone** [31] - 2954:18, 2957:9, 2962:11, 2964:23, 2968:6, 2968:11, 2968:12, 2968:16, 2968:19, 2969:21, 2969:22, 2971:23, 2972:14, 2974:11, 2974:15, 2974:17, 2974:18, 2974:21, 2975:2, 2975:4, 2975:7, 2975:9, 2976:12, 2976:17, 2976:20, 2977:6, 2977:16, 2977:17, 2977:21, 2978:7
**phones** [1] - 2952:22
**photo** [2] - 2908:8, 2922:11
**photograph** [1] -

2922:16
**pie** [1] - 2930:4
**piece** [10] - 2930:4, 2970:1, 2972:18, 2972:21, 2972:25, 2973:5, 2973:11, 2973:25, 2974:2, 2974:12
**place** [2] - 2929:17, 2967:25
**Plaintiff** [1] - 2897:4
**planned** [2] - 2904:23, 2949:16
**platoon** [8] - 2936:3, 2943:20, 2943:24, 2943:25, 2944:3, 2944:14, 2950:21
**platoons** [1] - 2944:21
**playing** [1] - 2936:23
**PLLC** [1] - 2898:2
**plus** [1] - 2953:6
**point** [5] - 2920:18, 2962:8, 2962:11, 2969:23, 2978:15
**police** [8] - 2935:25, 2936:24, 2937:5, 2937:16, 2943:14, 2943:16, 2948:19, 2948:21
**political** [1] - 2930:21
**PORTION** [1] - 2897:8
**portion** [2] - 2903:23, 2903:25
**position** [4] - 2900:10, 2901:16, 2945:25, 2946:1
**positions** [2] - 2935:1, 2952:24
**possession** [1] - 2972:15
**possible** [3] - 2904:10, 2910:7, 2973:20
**possibly** [1] - 2905:5
**potentially** [2] - 2912:2, 2912:21
**power** [2] - 2930:14, 2931:10
**practicing** [1] - 2920:22
**prayer** [1] - 2952:1
**praying** [2] - 2951:9, 2951:24
**preceding** [1] - 2950:14
**precise** [1] - 2954:15
**precisely** [1] - 2954:6
**prefer** [1] - 2916:16
**preference** [1] - 2912:22
**preparation** [2] -

2965:12, 2971:15
**prepare** [3] - 2902:11, 2909:5, 2974:24
**present** [2] - 2938:20, 2948:16
**presenting** [3] - 2916:24, 2917:16, 2917:24
**pretty** [1] - 2918:9
**prevent** [1] - 2936:21
**Preventative** [7] - 2932:13, 2932:17, 2932:23, 2933:1, 2933:2, 2933:3, 2933:7, 2933:15, 2933:16, 2934:18, 2935:3, 2935:13, 2959:2
**preventative** [1] - 2933:18
**Preventive** [2] - 2934:21, 2935:6
**primarily** [2] - 2906:4
**prison** [5] - 2922:15, 2923:19, 2924:7, 2924:8, 2924:20
**prisons** [2] - 2924:15, 2924:16
**problem** [8] - 2908:17, 2911:3, 2914:1, 2928:7, 2931:24, 2936:21, 2940:9, 2941:7
**problems** [1] - 2931:4
**proceed** [1] - 2971:18
**proceeded** [2] - 2960:5, 2961:4
**Proceedings** [1] - 2897:24
**proceedings** [1] - 2979:15
**produce** [4] - 2900:22, 2908:18, 2914:8, 2914:19
**produced** [7] - 2897:25, 2900:15, 2900:16, 2900:17, 2901:4, 2901:18, 2975:14
**producing** [3] - 2901:3, 2901:6, 2903:12
**professions** [3] - 2931:16, 2931:21, 2931:25
**prolonged** [1] - 2931:13
**proper** [2] - 2923:16, 2961:17
**prophet** [1] - 2950:4

**Protect** [1] - 2936:5
**protect** [2] - 2943:22, 2951:6
**protecting** [1] - 2945:18
**Protective** [2] - 2957:19, 2957:21
**protesting** [1] - 2950:4
**provide** [5] - 2901:5, 2904:11, 2914:11, 2936:15, 2951:7
**provided** [7] - 2900:24, 2906:15, 2968:12, 2969:22, 2971:13, 2971:15, 2977:23
**providing** [3] - 2904:9, 2905:20, 2950:18
**pseudonym** [2] - 2916:2, 2940:8
**pseudonyms** [1] - 2940:9
**PSG** [2] - 2959:2, 2961:4
**PUBLIC** [1] - 2897:19
**publication** [2] - 2921:20
**publicly** [1] - 2940:10
**publish** [1] - 2940:10
**pull** [1] - 2955:23
**pure** [1] - 2918:19
**purports** [1] - 2920:12
**purpose** [1] - 2929:10
**purposes** [3] - 2916:6, 2922:6, 2942:15
**push** [4] - 2904:22, 2910:22, 2968:1, 2968:2
**put** [13] - 2931:6, 2956:21, 2957:5, 2957:14, 2958:21, 2958:25, 2959:3, 2959:5, 2960:3, 2960:4, 2960:24, 2960:25, 2964:4

**Q**

**questions** [6] - 2904:13, 2923:9, 2941:17, 2948:5, 2957:10, 2964:13
**quickly** [2] - 2948:25, 2978:21
**quoted** [1] - 2922:18
**Quran** [1] - 2920:20

**R**

**radio** [11] - 2945:14, 2945:24, 2946:2,

2951:13, 2951:14, 2952:22, 2959:13, 2959:15, 2959:21, 2961:1, 2963:7
**raise** [1] - 2940:3
**raised** [3] - 2904:19, 2904:21, 2912:13
**ransacked** [1] - 2919:6
**rate** [1] - 2950:23
**rather** [1] - 2941:24
**RDR** [3] - 2898:9, 2979:12, 2979:19
**reached** [2] - 2910:12, 2910:13
**read** [11] - 2923:15, 2940:11, 2965:8, 2965:11, 2965:16, 2965:17, 2965:19, 2965:22, 2966:1, 2976:2, 2976:3
**reading** [1] - 2948:5
**ready** [2] - 2915:8, 2978:19
**real** [1] - 2948:25
**reality** [1] - 2931:19
**realized** [2] - 2952:17, 2963:7
**really** [11] - 2904:10, 2905:17, 2917:15, 2918:12, 2924:3, 2930:13, 2930:18, 2931:12, 2944:6, 2957:11, 2969:8
**reason** [7] - 2917:17, 2917:19, 2917:21, 2917:23, 2918:2, 2973:15
**reasons** [3] - 2902:21, 2917:22, 2918:22
**receive** [2] - 2931:1, 2946:24
**received** [8] - 2953:23, 2954:10, 2955:8, 2959:13, 2959:21, 2965:24, 2966:13, 2971:3
**receiving** [3] - 2932:8, 2954:18, 2954:20
**recently** [2] - 2973:10, 2973:19
**Recess** [1] - 2947:22
**recess** [1] - 2979:8
**recitation** [1] - 2920:19
**recognizing** [1] - 2975:24
**recollect** [1] - 2922:21
**recollection** [6] - 2922:13, 2923:8, 2971:4, 2971:16,

2972:16, 2977:23
**reconvene** [1] -
2978:19
**record** [2] - 2900:3,
2962:4
**recorded** [4] -
2897:24, 2971:5,
2971:16, 2972:16
**records** [9] - 2900:15,
2900:25, 2901:1,
2903:3, 2903:7,
2914:15, 2914:17,
2962:10, 2962:11
**refer** [3] - 2916:14,
2916:18, 2939:3
**referenced** [1] -
2909:17
**referred** [4] - 2916:9,
2933:23, 2940:5,
2967:5
**referring** [6] - 2920:12,
2933:6, 2933:7,
2940:12, 2941:25,
2948:9
**refers** [1] - 2908:5
**refresh** [5] - 2922:13,
2923:3, 2923:7,
2923:14, 2977:22
**refuse** [1] - 2902:1
**refused** [1] - 2929:21
**refuses** [1] - 2901:22
**regard** [1] - 2901:7
**regarding** [4] -
2909:24, 2910:18,
2938:23, 2945:11
**regime** [6] - 2921:4,
2921:7, 2921:17,
2924:1, 2925:14,
2925:15
**region** [1] - 2934:22
**regular** [2] - 2935:25,
2943:14
**reinforce** [1] - 2950:23
**reinforcements** [2] -
2953:8, 2955:5
**relate** [2] - 2906:2,
2908:6
**relates** [2] - 2902:8,
2907:11
**relationship** [1] -
2973:6
**relaying** [1] - 2924:12
**relevance** [4] -
2921:12, 2923:17,
2924:4
**religion** [4] - 2918:25,
2920:6, 2920:16
**religious** [3] -
2918:18, 2920:13,
2921:1

**relying** [1] - 2962:4
**remember** [45] -
2916:21, 2917:3,
2918:7, 2921:16,
2921:19, 2921:22,
2921:23, 2922:1,
2922:2, 2922:4,
2922:16, 2922:20,
2926:21, 2926:23,
2927:4, 2927:8,
2927:10, 2936:11,
2945:13, 2955:11,
2956:5, 2956:10,
2956:20, 2957:23,
2957:25, 2958:7,
2958:24, 2959:7,
2959:12, 2963:5,
2964:1, 2964:16,
2968:9, 2968:10,
2969:7, 2969:9,
2969:14, 2972:7,
2972:12, 2972:13,
2973:10, 2975:22,
2977:19
**remind** [2] - 2915:17,
2939:18
**reminding** [1] - 2978:1
**rent** [1] - 2969:17
**repeat** [6] - 2919:4,
2920:8, 2938:5,
2945:3, 2945:19,
2967:13
**repercussions** [1] -
2908:19
**report** [2] - 2914:25,
2978:7
**Reporter** [3] - 2898:9,
2898:9, 2979:19
**REPORTER** [1] -
2979:10
**represent** [2] -
2900:11, 2902:22
**represented** [1] -
2971:8
**request** [2] - 2950:16,
2950:22
**requested** [1] - 2951:7
**requesting** [1] -
2902:13
**require** [1] - 2910:8
**research** [1] - 2978:18
**resolve** [3] - 2912:10,
2912:15, 2912:23
**resolving** [1] - 2910:8
**respect** [5] - 2903:6,
2903:22, 2905:8,
2909:14, 2911:17,
2917:6, 2921:2,
2969:21
**respond** [1] - 2937:25

**responded** [2] -
2937:5, 2964:8
**responds** [1] -
2938:16
**response** [1] -
2963:25
**responsible** [1] -
2935:11
**result** [1] - 2906:5
**Resumed** [2] - 2899:3,
2915:22
**revolution** [25] -
2925:5, 2925:10,
2925:13, 2925:20,
2925:23, 2926:2,
2928:5, 2928:7,
2928:10, 2928:24,
2929:3, 2929:7,
2929:11, 2929:16,
2929:23, 2929:25,
2930:1, 2930:7,
2931:12, 2931:16,
2932:4, 2932:25,
2937:2, 2944:20,
2949:1
**revolutionaries** [2] -
2925:11, 2925:17
**revolutionary** [1] -
2937:3
**rid** [1] - 2925:16
**righty** [1] - 2915:13
**ring** [2] - 2937:17
**road** [2] - 2952:18,
2971:10
**Robinson** [1] - 2911:3
**Robinson's** [1] -
2911:8
**role** [5] - 2932:22,
2936:17, 2936:23,
2945:9, 2954:24
**roles** [1] - 2932:20
**Room** [31] - 2898:10,
2933:21, 2933:24,
2934:24, 2935:22,
2935:24, 2936:25,
2937:6, 2937:9,
2937:21, 2938:4,
2938:9, 2938:17,
2938:21, 2942:20,
2943:3, 2943:15,
2943:19, 2943:23,
2944:22, 2946:15,
2946:20, 2948:11,
2948:15, 2948:16,
2948:22, 2949:25,
2950:20, 2951:2,
2979:20
**room** [5] - 2932:5,
2932:12, 2932:16,
2933:6, 2933:14

**rounded** [1] - 2929:13
**row** [1] - 2969:10
**rows** [1] - 2922:25
**RPGs** [3] - 2928:25,
2929:2, 2929:4
**ruled** [1] - 2906:10
**rules** [1] - 2917:13
**ruling** [1] - 2942:25
**running** [1] - 2904:24

## S

**safe** [2] - 2952:24,
2953:4, 2954:8
**safety** [4] - 2917:20,
2936:14, 2960:10,
2960:11
**sake** [1] - 2931:7
**salary** [1] - 2932:19
**Salim** [2] - 2900:4,
2924:20
**SALIM** [1] - 2897:6
**same..** [1] - 2919:25
**Saturday** [2] - 2909:1,
2909:2
**saved** [2] - 2968:11,
2974:15
**saw** [5] - 2954:13,
2955:19, 2965:4,
2965:10, 2976:16
**Sayid** [1] - 2898:8
**scope** [3] - 2910:9,
2940:18, 2940:19
**screaming** [2] -
2951:13, 2951:14
**seal** [1] - 2903:25
**SEALED** [1] - 2897:8
**sealed** [2] - 2903:24,
2904:4
**second** [6] - 2900:18,
2901:19, 2903:3,
2917:19, 2918:2,
2971:2
**seconds** [9] - 2962:12,
2962:15, 2966:18,
2966:21, 2966:25,
2967:1, 2967:5,
2978:25
**Security** [52] -
2932:13, 2932:17,
2932:23, 2933:2,
2933:16, 2933:21,
2933:23, 2933:24,
2934:6, 2934:18,
2934:20, 2934:21,
2934:23, 2935:1,
2935:3, 2935:6,
2935:13, 2935:17,
2935:23, 2936:25,
2937:6, 2937:8,

2937:9, 2937:10,
2937:15, 2937:20,
2938:2, 2938:3,
2938:8, 2938:9,
2938:14, 2938:17,
2938:21, 2940:25,
2942:20, 2943:3,
2943:23, 2944:22,
2946:14, 2946:20,
2948:5, 2948:10,
2948:14, 2948:14,
2948:16, 2948:21,
2949:25, 2950:20,
2951:1, 2957:19,
2957:21, 2959:2
**security** [17] -
2919:14, 2933:18,
2933:21, 2934:16,
2934:25, 2936:13,
2936:14, 2936:15,
2947:7, 2950:1,
2950:7, 2950:11,
2950:14, 2950:18,
2951:2, 2951:5,
2963:13
**see** [9] - 2915:14,
2924:4, 2937:18,
2947:20, 2948:9,
2951:16, 2965:1,
2966:8, 2977:21
**seek** [2] - 2902:7,
2907:23
**seeking** [1] - 2901:1
**sell** [1] - 2912:4
**semantics** [1] - 2941:7
**send** [7] - 2937:24,
2938:19, 2950:13,
2951:5, 2953:5,
2953:8, 2954:25
**sending** [1] - 2955:5
**sense** [2] - 2950:1,
2961:8
**sensitivity** [1] -
2910:15
**sent** [2] - 2946:11,
2951:24
**September** [13] -
2901:6, 2901:14,
2934:9, 2934:15,
2935:13, 2935:16,
2945:6, 2947:15,
2949:9, 2949:24,
2950:7, 2950:15,
2958:10
**serious** [1] - 2952:8
**SESSION** [1] - 2897:8
**sessions** [1] - 2965:12
**set** [1] - 2903:3
**seven** [2] - 2946:17,
2951:22

**Shaku** [6] - 2945:1, 2945:6, 2945:11, 2945:14, 2945:21, 2951:12
**Shaku's** [1] - 2945:9
**Shaltami** [1] - 2944:12
**share** [2] - 2930:24, 2955:3
**sharia** [2] - 2918:21, 2918:22
**Sharif** [15] - 2951:24, 2952:3, 2952:6, 2952:8, 2953:2, 2953:19, 2954:9, 2954:16, 2954:18, 2955:18, 2955:21, 2959:18, 2963:8, 2963:21, 2967:11
**shelli_peterson@fd.org** [1] - 2897:21
**Shield** [3] - 2946:14, 2946:18, 2946:25
**shields** [1] - 2946:16
**ship's** [1] - 2912:24
**short** [12] - 2955:16, 2956:4, 2957:11, 2957:15, 2958:23, 2959:1, 2960:5, 2961:3, 2961:20, 2964:4, 2964:16
**shortly** [2] - 2926:8, 2949:6
**shot** [9] - 2945:15, 2946:2, 2952:5, 2952:7, 2952:9, 2953:20, 2954:9, 2967:12
**show** [11] - 2922:5, 2939:5, 2939:24, 2940:1, 2940:4, 2940:6, 2940:10, 2942:14, 2948:3, 2965:13, 2979:2
**showed** [2] - 2966:3, 2972:1
**shown** [1] - 2964:22
**SHWEIKI** [1] - 2897:14
**side** [6] - 2925:7, 2925:9, 2925:11, 2937:13, 2953:6
**significant** [1] - 2904:4
**simple** [1] - 2908:4
**simply** [3] - 2901:17, 2905:15, 2906:10
**sincerity** [1] - 2921:1
**single** [1] - 2909:16
**sit** [1] - 2923:15
**sitting** [4] - 2926:17, 2936:12, 2956:6,

2968:9
**situated** [2] - 2900:5, 2925:3
**Situation** [1] - 2933:23
**six** [1] - 2908:7
**size** [1] - 2931:8
**skirmishes** [1] - 2930:6
**slightly** [1] - 2905:18
**so-and-so** [1] - 2964:9
**social** [1] - 2954:22
**someone** [7] - 2918:17, 2920:11, 2920:12, 2920:23, 2920:25
**sometime** [2] - 2949:9, 2953:16
**somewhere** [1] - 2954:3
**sorry** [14] - 2905:1, 2914:11, 2914:16, 2915:15, 2918:25, 2925:2, 2945:4, 2945:20, 2949:4, 2950:9, 2953:6, 2954:1, 2956:9, 2969:1
**sort** [2] - 2941:25, 2944:17
**space** [1] - 2904:16
**speaking** [5] - 2912:13, 2938:13, 2962:20, 2974:4, 2976:11
**Special** [1] - 2905:4
**specialized** [1] - 2935:20
**specialty** [2] - 2932:10, 2934:4
**specific** [3] - 2911:22, 2912:1, 2929:5
**specifically** [8] - 2909:23, 2927:21, 2945:24, 2964:16, 2969:8, 2971:7, 2972:7, 2972:12
**specification** [1] - 2963:9
**specifics** [1] - 2910:18
**specify** [1] - 2974:4
**spend** [1] - 2955:6
**spent** [1] - 2955:4
**spreadsheet** [8] - 2964:22, 2965:15, 2966:10, 2966:11, 2966:23, 2966:25, 2976:6, 2978:7
**stack** [1] - 2921:11
**stage** [1] - 2910:6
**stall** [1] - 2955:15

**stamped** [1] - 2901:12
**stand** [2] - 2906:23, 2926:20
**stands** [1] - 2909:21
**started** [4] - 2901:14, 2913:13, 2969:16, 2969:18
**statement** [7] - 2908:4, 2939:20, 2939:22, 2940:2, 2960:22, 2961:18, 2961:19
**statements** [1] - 2941:13
**STATES** [3] - 2897:1, 2897:3, 2897:10
**States** [6] - 2897:13, 2900:3, 2917:13, 2925:17, 2958:2, 2979:20
**status** [1] - 2914:24
**stay** [6] - 2908:14, 2910:15, 2910:18, 2911:25, 2931:21, 2952:24
**stenographic** [1] - 2979:14
**stenography** [1] - 2897:24
**step** [2] - 2934:18, 2969:2
**sticker** [1] - 2970:5
**sticks** [1] - 2921:25
**still** [9] - 2900:14, 2900:23, 2910:10, 2913:5, 2915:13, 2915:17, 2918:3, 2925:9, 2955:4
**stipulations** [7] - 2902:7, 2905:22, 2906:2, 2907:6, 2907:7, 2907:8
**stood** [1] - 2909:7
**stopped** [3] - 2955:17, 2955:20, 2957:7
**strayed** [1] - 2918:24
**Street** [1] - 2897:16
**strong** [1] - 2904:9
**strongly** [1] - 2906:18
**substance** [1] - 2940:17
**substantive** [1] - 2955:2
**Sudani** [1] - 2977:7, 2977:12
**sufficient** [1] - 2929:17
**suggest** [3] - 2924:10, 2939:2, 2978:25
**suggestions** [1] -

2911:19
**Suite** [2] - 2897:20, 2898:3
**summarized** [1] - 2905:19
**summary** [1] - 2961:18
**summer** [6] - 2926:3, 2926:12, 2926:15, 2927:15, 2927:16, 2949:10
**Support** [3] - 2938:2, 2938:8, 2938:14
**support** [1] - 2951:7
**supported** [1] - 2925:17
**supporting** [1] - 2904:1
**supposed** [1] - 2937:2
**Supreme** [5] - 2937:8, 2937:10, 2937:15, 2948:5, 2948:10
**Suqi** [1] - 2898:6
**suspect** [1] - 2905:13
**suspicion** [2] - 2955:22, 2957:1
**sustain** [1] - 2924:22
**sustained** [1] - 2943:1
**sworn** [3] - 2901:15, 2902:19, 2905:19
**system** [8] - 2916:25, 2917:1, 2917:6, 2917:7, 2917:17, 2917:25

### T

**table** [3] - 2926:18, 2956:6, 2978:11
**takfiri** [14] - 2918:7, 2918:10, 2918:12, 2918:17, 2918:23, 2919:3, 2919:10, 2919:12, 2919:15, 2919:17, 2919:20, 2919:21, 2919:23, 2920:2
**takfiris** [1] - 2920:9
**takfiris'** [2] - 2918:20, 2920:13
**teeth** [1] - 2923:1
**telephone** [5] - 2903:2, 2903:7, 2914:7, 2914:14, 2914:17
**ten** [14] - 2946:17, 2951:22, 2956:7, 2956:10, 2956:16, 2956:17, 2956:18, 2956:19, 2962:3, 2962:6, 2962:9,

2964:19, 2979:1, 2979:4
**ten-minute** [2] - 2962:3, 2962:9
**ten-minutes-versus-36** [1] - 2978:24
**term** [2] - 2918:7, 2919:15
**terms** [2] - 2920:2, 2920:3
**testified** [14] - 2918:6, 2921:13, 2925:2, 2925:4, 2925:22, 2940:7, 2941:8, 2944:5, 2947:13, 2957:18, 2958:22, 2967:15, 2968:6, 2972:14
**testifies** [1] - 2924:10
**testify** [5] - 2917:10, 2970:10, 2970:17, 2970:18, 2971:1
**testifying** [8] - 2908:8, 2916:2, 2916:6, 2917:9, 2945:13, 2965:12, 2966:12, 2971:2
**testimony** [6] - 2920:19, 2924:13, 2927:14, 2927:17, 2952:9, 2960:24
**text** [1] - 2975:23
**THE** [103] - 2897:1, 2897:1, 2897:10, 2900:2, 2900:5, 2900:8, 2900:18, 2900:20, 2902:24, 2903:1, 2903:5, 2903:15, 2903:19, 2903:25, 2904:24, 2905:10, 2905:22, 2907:20, 2907:25, 2909:13, 2910:3, 2910:22, 2911:9, 2911:12, 2911:14, 2912:7, 2912:10, 2912:22, 2913:3, 2913:8, 2913:13, 2914:1, 2914:4, 2914:10, 2914:13, 2914:16, 2914:21, 2914:24, 2915:4, 2915:7, 2915:10, 2915:13, 2915:19, 2915:20, 2920:7, 2921:14, 2922:10, 2922:23, 2923:2, 2923:13, 2923:20, 2923:23, 2924:3, 2924:22, 2937:12,

2938:5, 2939:2, 2940:1, 2940:24, 2941:4, 2941:15, 2941:21, 2941:23, 2942:3, 2942:7, 2942:11, 2943:1, 2943:6, 2945:3, 2945:19, 2947:16, 2947:19, 2947:24, 2949:2, 2950:9, 2954:1, 2954:12, 2955:19, 2959:25, 2960:7, 2960:14, 2960:17, 2960:20, 2960:23, 2961:20, 2962:5, 2962:16, 2967:13, 2968:2, 2971:19, 2973:9, 2973:12, 2973:13, 2973:14, 2973:15, 2973:17, 2973:24, 2975:15, 2978:16, 2978:21, 2978:24, 2979:3, 2979:6
**theirs** [1] - 2943:20
**they've** [1] - 2953:20
**thousand** [1] - 2931:7
**threatening** [1] - 2904:8
**three** [4] - 2908:5, 2933:10, 2946:16, 2965:23
**Thursday** [5] - 2901:8, 2905:3, 2911:1, 2912:19, 2912:25
**Tiegen** [6] - 2905:1, 2910:9, 2911:18, 2912:18, 2913:1
**timing** [1] - 2961:1
**title** [2] - 2937:17, 2937:18
**today** [8] - 2903:13, 2914:3, 2914:9, 2927:14, 2936:12, 2958:10, 2968:10, 2977:19
**together** [1] - 2967:19
**tomorrow** [3] - 2903:14, 2911:12, 2914:23
**took** [2] - 2947:2, 2947:3
**top** [1] - 2965:8
**torture** [3] - 2922:19, 2923:9, 2924:13
**tortured** [9] - 2921:17, 2921:24, 2923:10, 2923:16, 2924:1, 2924:12, 2924:18, 2924:19, 2924:20

**Toufic** [1] - 2898:7
**toward** [1] - 2950:17
**track** [1] - 2915:16
**traffic** [1] - 2934:3
**transcript** [3] - 2897:24, 2979:14, 2979:15
**TRANSCRIPT** [1] - 2897:9
**transcription** [1] - 2897:25
**transmission** [4] - 2959:14, 2959:21, 2961:1, 2963:7
**trial** [5] - 2906:12, 2906:15, 2907:17, 2912:24, 2971:8
**TRIAL** [1] - 2897:9
**tried** [6] - 2902:16, 2937:3, 2939:16, 2955:15, 2955:25, 2964:11
**true** [10] - 2906:10, 2916:5, 2916:21, 2918:24, 2923:12, 2926:14, 2950:21, 2971:14, 2979:13, 2979:15
**truth** [1] - 2965:6
**truthfully** [2] - 2924:11, 2924:12
**try** [7] - 2910:5, 2924:10, 2939:20, 2953:4, 2957:22, 2958:14, 2972:3
**trying** [9] - 2902:6, 2906:17, 2912:4, 2939:3, 2941:1, 2958:12, 2958:15, 2962:8, 2969:21
**turf** [1] - 2930:11
**turn** [1] - 2913:19
**two** [18] - 2904:19, 2906:24, 2907:11, 2908:4, 2910:14, 2917:22, 2922:25, 2933:12, 2933:17, 2946:16, 2951:16, 2955:23, 2955:24, 2963:11, 2967:20, 2969:9, 2970:17, 2976:5
**two-page** [1] - 2908:4
**types** [1] - 2910:19

### U

**U.S** [4] - 2897:15, 2898:10, 2950:6, 2955:5

**Ubaydah** [7] - 2925:25, 2926:7, 2926:11, 2927:19, 2927:20, 2928:4, 2949:4
**UBJ** [3] - 2927:15, 2948:25, 2949:22
**UBYDI** [2] - 2899:3, 2915:22
**Ubydi** [4] - 2916:3, 2916:15, 2916:17, 2916:18
**unavailable** [1] - 2910:25
**unclassified** [2] - 2906:3, 2907:10
**under** [25] - 2913:22, 2915:18, 2916:2, 2917:10, 2921:4, 2921:7, 2921:10, 2923:19, 2923:22, 2924:1, 2924:12, 2934:19, 2934:22, 2935:1, 2936:19, 2939:1, 2941:6, 2942:19, 2943:2, 2943:9, 2943:12, 2945:12, 2949:15, 2949:17, 2950:19
**underlying** [2] - 2905:16, 2906:7
**underneath** [1] - 2935:12
**understood** [2] - 2923:20, 2923:23
**unfair** [1] - 2909:12
**unharmed** [1] - 2967:23
**unit** [4] - 2945:1, 2945:7, 2955:23, 2964:10
**UNITED** [3] - 2897:1, 2897:3, 2897:10
**United** [7] - 2897:13, 2900:3, 2917:13, 2925:17, 2925:19, 2958:2, 2979:20
**units** [3] - 2929:4, 2936:14, 2936:15
**unless** [1] - 2919:15
**unlike** [1] - 2967:11
**unusual** [1] - 2923:25
**up** [13] - 2906:23, 2909:7, 2909:21, 2910:14, 2910:23, 2913:10, 2929:13, 2939:23, 2950:7, 2962:24, 2965:2, 2975:15, 2976:1
**update** [1] - 2915:4

**utilized** [1] - 2916:16

### V

**varied** [1] - 2934:12
**variety** [1] - 2936:18
**vehicle** [7] - 2957:15, 2959:1, 2960:6, 2961:4, 2963:10, 2964:9
**vehicles** [2] - 2910:19, 2964:5
**Venezia** [1] - 2952:18
**versions** [2] - 2903:7
**versus** [1] - 2941:7
**video** [2] - 2954:14, 2976:16
**videos** [2] - 2908:11, 2908:12
**view** [2] - 2917:5, 2919:2
**violate** [1] - 2908:18
**violated** [2] - 2918:21
**violation** [1] - 2901:18
**vividly** [1] - 2922:17
**volumes** [1] - 2901:4
**vs** [2] - 2897:5, 2900:4

### W

**WALEED** [1] - 2898:2
**waleed.nassar@ lbkmlaw.com** [1] - 2898:5
**wants** [3] - 2910:13, 2932:3, 2962:11
**war** [2] - 2931:12, 2931:22
**Washington** [6] - 2897:16, 2897:20, 2898:4, 2898:11, 2972:9, 2979:21
**weapons** [10] - 2910:19, 2911:20, 2911:22, 2928:8, 2928:13, 2928:14, 2929:14, 2929:18, 2940:23
**weave** [1] - 2908:12
**website** [1] - 2921:20
**Wednesday** [4] - 2905:3, 2911:1, 2912:19, 2912:25
**week** [27] - 2900:22, 2901:10, 2901:11, 2902:12, 2904:22, 2905:2, 2906:24, 2910:6, 2913:11, 2921:3, 2928:12, 2935:7, 2940:16, 2944:5, 2944:8,

2945:13, 2950:14, 2956:1, 2957:18, 2964:23, 2965:10, 2965:16, 2969:25, 2970:17, 2972:13, 2974:18, 2974:20
**weekend** [13] - 2900:8, 2900:9, 2901:2, 2901:3, 2904:12, 2904:21, 2905:1, 2905:2, 2908:15, 2909:11, 2912:14, 2913:7, 2915:14
**weeks** [1] - 2969:11
**welcome** [1] - 2947:24
**Western** [1] - 2941:7
**whole** [3] - 2943:20, 2944:21, 2968:15
**wide** [1] - 2933:19
**widespread** [1] - 2928:7
**wife** [1] - 2954:23
**Wissam** [2] - 2946:25, 2947:12
**Withdraw** [1] - 2963:17
**withdraw** [1] - 2958:20
**witness** [27] - 2898:7, 2898:8, 2901:7, 2901:9, 2901:10, 2902:12, 2906:15, 2906:20, 2907:2, 2907:4, 2909:23, 2910:1, 2911:6, 2911:8, 2912:4, 2913:16, 2915:11, 2920:7, 2939:21, 2939:22, 2940:7, 2941:2, 2941:10, 2941:13, 2961:19, 2971:17
**WITNESS** [5] - 2899:2, 2915:19, 2973:12, 2973:14, 2973:17
**witness's** [2] - 2961:19, 2971:11
**witnesses** [14] - 2901:8, 2901:24, 2902:18, 2904:8, 2904:17, 2904:19, 2904:24, 2907:15, 2907:18, 2907:21, 2909:15, 2910:23, 2913:15, 2913:17
**word** [1] - 2932:13
**wound** [1] - 2952:8
**write** [16] - 2939:4, 2970:1, 2970:20, 2972:8, 2972:14, 2972:18, 2972:24,

2973:4, 2973:10,
2973:25, 2974:1,
2974:6, 2974:8,
2975:8, 2978:2
**writing** [3] - 2927:12,
2974:5, 2974:13
**written** [4] - 2972:10,
2975:10, 2976:2,
2977:22
**wrote** [10] - 2962:2,
2970:9, 2970:15,
2970:16, 2972:5,
2972:12, 2973:16,
2973:18, 2974:16,
2975:4

## X

**XYZ** [1] - 2905:24

## Y

**years** [1] - 2909:18
**yelling** [1] - 2946:4
**yesterday** [5] -
2904:23, 2908:24,
2920:19, 2928:11,
2928:12
**yourself** [1] - 2917:24
**YouTube** [1] - 2921:9

## Z

**Zakaria** [7] - 2970:2,
2973:7, 2974:11,
2975:20, 2976:4,
2976:13, 2977:4
**Zway** [2] - 2976:13,
2977:4