IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )    CR No. 14-141
                                    )
                                    )    Washington, D.C.
      vs.                           )    October 23, 2017
                                    )    1:30 p.m.
AHMED SALIM FARAJ ABU KHATALLAH,    )
                                    )    Day 14
          Defendant.                )    Afternoon Session
_____)


                TRANSCRIPT OF JURY TRIAL
      BEFORE THE HONORABLE CHRISTOPHER R. COOPER
             UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            John Crabb, Jr.
                              Julieanne Himelstein
                              Michael C. DiLorenzo
                              Opher Shweiki
                              U.S. ATTORNEY'S OFFICE
                              Judiciary Center Building
                              555 Fourth Street, NW
                              Room 11-844
                              Washington, D.C. 20530
                              (202) 252-1794
                              John.D.Crabb@usdoj.gov
                              julieanne.himelstein@usdoj.gov
                              michael.dilorenzo@usdoj.gov
                              opher.shweiki@usdoj.gov


For the Defendant:            Mary M. Petras
                              Michelle M. Peterson
                              FEDERAL PUBLIC DEFENDER
                              FOR D.C.
                              625 Indiana Avenue, NW
                              Suite 550
                              Washington, D.C. 20004
                              (202) 208-7500 Ext. 109
                              mary_petras@fd.org
                              shelli_peterson@fd.org

APPEARANCES CONTINUED

For the Defendant:          Eric Leslie Lewis
                            Waleed Elsayed Nassar
                            LEWIS BAACH
                            KAUFMANN MIDDLEMISS PLLC
                            1899 Pennsylvania Avenue, NW
                            Suite 600
                            Washington, D.C. 20006
                            (202) 833-8900
                            eric.lewis@lbkmlaw.com
                            Jeffrey.Robinson@lbkmlaw.com
                            waleed.nassar@lbkmlaw.com


Interpreter:                Ghada Attieh
                            Mustafa El-Suqi

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            U.S. District Court
                            for the District of Columbia
                            333 Constitution Avenue, NW
                            Room 6511
                            Washington, D.C. 20001
                            (202)354-3249

                            WilliamPZaremba@gmail.com


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| BILAL ALUBYDI | 3000 | | | |

1        P R O C E E D I N G S

2            DEPUTY CLERK:  All rise.  This Court is again in

3   session.  Please be seated and come to order.

4            (Defendant entered)

5            THE COURT:  All right.  Just a couple quick

6   housekeeping issues before we get started.

7            The defense requested, last week, that the Court

8   review the underlying classified information that supported

9   the five-bullet-point list of prior statements by the

10  current witness.

11           The Court has done so and finds under Section 4

12  that the government has accurately summarized the relevant

13  and helpful information that it has provided the defense

14  from the underlying classified materials at issue.

15           Also, since there have been, there's a continuing

16  objection to the Court's application of the rule against

17  witnesses in this case, the record should probably reflect

18  that Agent O'Donnell has not been present this morning.  And

19  if the government could just make that record as appropriate

20  going forward, just so that the Court of Appeals, if

21  necessary, will know who's here and who's not here.

22           Now, Ms. Peterson --

23           MS. PETERSON:  Yes.

24           THE COURT:  -- assuming we take another 15-minute

25  break and knock off around 4:30, will you -- you'll still

1  need tomorrow?

2          MS. PETERSON:  I don't think so, Your Honor.

3  I think --

4          THE COURT:  You don't think so.

5          MS. PETERSON:  I think it's likely I will finish.

6          THE COURT:  Okay.

7          Now, if the government, if we are going to defer

8  Agent Clarke, is it still the government's -- is it still

9  the case that you all will not have a witness tomorrow

10  besides a translator; is that right?

11          MR. DiLORENZO:  Your Honor, we would have the DOD

12  doctor.  The DOD doctor.  We wouldn't have the translator

13  for the reasons as stated earlier.

14          THE COURT:  Yeah.

15          MR. DiLORENZO:  And --

16          THE COURT:  How long of a witness is that going to

17  be?

18          MR. DiLORENZO:  I believe the motions, it was

19  about an hour on direct, with the cross --

20          THE COURT:  Well, if we only have an hour's worth

21  of testimony tomorrow, I'm hesitant to take two days off

22  again this week.  And one solution to that would be to sit

23  on Friday or at least part of the day on Friday and have you

24  all call Agent Clarke on Friday.  And we could carry the

25  cross over until next week, but at least we don't squander

```
1    two full days this week.

2              MR. DiLORENZO:  That would work for the

3    government.

4              MS. PETERSON:  Your Honor, I could do that as long

5    as we start a little bit later in the day, like maybe 11:00.

6    I have an obligation for Mr. Kramer to meet with a group of

7    South Korean attorneys.

8              THE COURT:  Is he your witness?  Or is he someone

9    else's witness?

10             MS. PETERSON:  Who are we talking about?

11             MR. DiLORENZO:  I believe it's Ms. Petras'

12   witness.

13             MS. PETERSON:  Ms. Petras' witness.

14             But if we could start just a little -- I suppose

15   if it's on direct, I can read it later; that's fine.

16             THE COURT:  Okay.

17             I may canvass -- the Court will have to move a

18   number of other matters, but I may canvass the jury to see

19   if that's possible, okay?

20             MR. DiLORENZO:  Maybe to clarify, the entire time

21   the witness Bilal Alubydi has been testifying, Special Agent

22   Justin O'Donnell has not been present.  He left before and

23   has not returned since then.

24             THE COURT:  Very well.

25             MS. PETERSON:  Might I confer with counsel?
```

```
 1                  (Jury entered the courtroom.)

 2             THE COURT:  All right.  Welcome back, everyone.

 3        I hope you had a nice lunch.

 4             Ms. Peterson, are you ready to proceed?

 5             MS. PETERSON:  Yes, Your Honor.

 6                              -  -  -

 7   BILAL ALUBYDI, WITNESS FOR THE GOVERNMENT, HAVING BEEN

 8   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

 9   FOLLOWS THROUGH INTERPRETERS, TOUFIC MAGED AND MUSTAFA

10   SAYID:

11                  CROSS-EXAMINATION (CONTINUED)

12   BY MS. PETERSON:

13        Q    Sir, I'm going to take you back to -- ask you just

14   to clean up a few matters.  I'm going to ask you to mark on

15   this map that I've identified as Defendant's Exhibit 128.

16             I'm going to ask, if you could, mark where you

17   understood Hamza and Hassan were when they contacted you on

18   September 11th, 2012.

19             If you could just draw a little circle or,

20   actually, the better thing to do, just write H/H where Hamza

21   and Hassan were.

22             Can you tell from that map?

23        A    This is not very clear.

24        Q    We'll see if we can find a better map and come

25   back to that.
```

```
 1            Can you see where the mission is on that map?

 2       A    No.  It's very difficult to --

 3       Q    Okay.  I'll take it back, and we'll get you a

 4   better map.

 5            I'm going to show you a different map for a

 6   different purpose.

 7            This is marked as Defendant's Exhibit No. 129.

 8            And I'm not asking you to identify where Hamza and

 9   Hassan were on that map.  I recognize that that would be

10   impossible.

11            On this map, I would ask if you could circle where

12   Misurata is.

13       A    Misurata, yes.

14       Q    You could just draw a circle in the area.

15            How did you mark where Misurata was?

16            Okay.  And that is, and Misurata is another city

17   in Libya, correct?

18       A    Yes.

19            MS. PETERSON:  Your Honor, I would move to admit

20   Defendant's Exhibit 129.

21            MS. HIMELSTEIN:  No objection.

22            THE COURT:  So moved.

23            MS. PETERSON:  If I can have just one moment.

24   BY MS. PETERSON:

25       Q    Let's take a step back to Hamza and Hassan.
```

1          And I'm going to give you what has been marked as

2    Government's Exhibit 103.

3          MS. PETERSON:  Inquire as to whether that's been

4    admitted.

5          DEPUTY CLERK:  It has.

6          MS. PETERSON:  Then I'll use the government's

7    exhibit rather than mark it.

8          Are you able, using that map, to identify where

9    Hamza and Hassan were when you received -- when you first

10   talked to them?

11   A     Yes.

12   Q     Okay.  Could I ask you to mark with the pen with

13   an H/H where Hamza and Hassan were when you spoke with them

14   that evening.

15         Okay.  And then, sir, could I -- if I understood

16   it correctly, you also knew where Jabril was when you spoke

17   with him; is that right?

18   A     Can you say that again, ma'am.

19   Q     Did you know where Jabril was when you spoke with

20   him?

21   A     When I spoke to him, no.

22   Q     Oh, you did not know where he was?

23   A     Precisely where, no.

24   Q     You indicated, I believe that he told you that the

25   gate was open and that you thought you knew what gate he was

1   talking about.  Were you just making an assumption, or did

2   he tell you which gate it was?

3       A   Yes, I was guessing where he was.

4       Q   Oh, okay.  I'll just take it back.

5       MS. PETERSON:  Your Honor, I would move to admit

6   what I will mark as Defendant's Exhibit No. 129, which is

7   the Government's Exhibit 103 with the markings on --

8   I'm sorry, 130.

9       MS. HIMELSTEIN:  No objection.

10      THE COURT:  So moved.

11  BY MS. PETERSON:

12     Q   Sir, before we broke, I was asking you about some

13  phone numbers.

14       Do you remember that?

15     A   Yes.

16     Q   And I asked you if you remembered giving the

17  government the phone number for Jamaica?

18     A   Yes.

19     Q   And do you recall what his phone number was?

20     A   Right now, no.

21     Q   If I were to show you the report that Agent Clarke

22  and Agent O'Donnell wrote after they interviewed you when

23  you provided that information, do you think that might

24  refresh your recollection?

25     A   It's very hard.  No.

1          It's been long time.

2     Q    All right.  I'm going to show it to you, and then

3   I want you to just take a look at it and let me know if that

4   does, in fact, refresh your recollection.  If it doesn't,

5   just say so, okay?

6          MR. DiLORENZO:  The witness just said it wouldn't

7   refresh his recollection.

8          THE COURT:  Sustained.

9          MS. PETERSON:  Okay.  May we approach, Your Honor?

10         THE COURT:  You may.

11         (Sealed bench conference)

12         MS. PETRAS:  ███████████████████████████████

13  ████████████████████████████████████████████████████████

14  █████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████

16         MS. HIMELSTEIN:  ███████████████████████████

17  ██████████████████████████████████████████████████

18  ████████████

19         MS. PETERSON:  ████████████████████████████

20  ███████████████████████████████████████████████████

21  █████████████████

22         THE COURT:  ██████████████

23         MS. PETERSON:  ██████████████████████████████

24  ████████████████████████████████████████████████████████

25  ███████████████████████████████████████████████████

3005



1

2          THE COURT:

3          MS. PETERSON:

4          THE COURT:

5          MS. PETERSON:

6

7

8

9

10

11

12

13

14          THE COURT:

15

16          MS. PETERSON:

17

18          THE COURT:

19          MS. PETERSON:

20

21

22

23

24          THE COURT:

25

1   ███████████████████████████████████████████

2       MS. PETERSON: ████████████████████████████

3   ██████████████████████████████████████████

4   ███████████████████████████████████████████████

5   ███

6          ████████████████████████████████████████

7   ████████████████████████████████████████████

8   ████████████████████████████████

9          ██████████████████████████████████████

10  ███████████████████████████████████████████████

11  ████████████

12      THE COURT: ██████████████████████████████

13  ███████████████████████████████████████████████

14  ████████████████████████████████████████████

15  ████████████

16      MS. PETERSON: ████████████████████████████

17  ███████████████████████████████

18      THE COURT: ██████████████████████

19      MS. HIMELSTEIN: ██████████████████████████

20  ████████████████████████████████████████████

21  ███████████████████████████████████████████

22      THE COURT: █████████

23          ██████████████████████████████████████

24  MS. HIMELSTEIN: ███████████

25      THE COURT: █████████████

```
 1          MS. PETERSON: ███████████████████████████
 2  ██████████████████████████████████████████████████
 3  ██████
 4          MS. HIMELSTEIN: ████████████████████████████
 5  ███████████████
 6          MS. PETRAS: ████████████████████████████
 7  ████████████████████████████████████
 8          THE COURT: ██████████████████████████████████
 9  ███████████████████████████
10          MS. PETERSON: ██████████
11          (Open court)
12  BY MS. PETERSON:
13      Q   Sir, I'm going to show you what I've marked as
14  Defendant's Exhibit 131 and ask you if you can identify this
15  person.
16          Without saying his name, do you recognize that
17  person?
18      A   Yes.
19          MS. PETERSON:  If I could have just one moment,
20  Your Honor.
21  BY MS. PETERSON:
22      Q   All right.  What is that gentleman's name?
23      A   Khalid Boulahbib.
24          Boulahbib.  Boulahbib, yes.
25          MS. PETERSON:  If I can just have one moment,
```

 1    Your Honor.

 2    BY MS. PETERSON:

 3        Q    We'll come back to that in a moment.  I'll get the

 4    spelling for it.

 5             I'm going to show you now what I've marked as

 6    Defendant's Exhibit 132.

 7             On this one, hold off one second.

 8             Just tell me if you recognize this person, but do

 9    not say his name.

10        A    Yes.

11        Q    Okay.

12             Sir, is this --

13             MS. HIMELSTEIN:  Your Honor, may we approach,

14    please?

15             (Bench conference)

16             MS. HIMELSTEIN:  This is exactly what I was afraid

17    of, Your Honor.

18             First of all, what she is ultimately trying to do

19    is assign this witness's bias and his brother's bias to this

20    witness, which is absolutely inadmissible.

21             But to get there, she is possibly and probably at

22    this point going to expose his name because he is the

23    brother of the individual who was deposed in Cairo.  And

24    that would be incredibly dangerous.  And there's no purpose

25    for it, because whether or not he can identify them has

1   nothing to do with his bias as a witness.

2            They may certainly have bias, and she's already

3   cross-examined one of them on it.  But it has nothing to do

4   with this witness.

5            MS. PETERSON:  If this --

6            MS. HIMELSTEIN:  And so I would ask the Court not

7   to allow counsel to do that.  It's not relevant.

8            THE COURT:  Okay.  Just so that -- this is the

9   general who's testified?

10           MS. PETERSON:  No.  This is not the one who --

11           THE COURT:  Who is this?

12           MS. HIMELSTEIN:  His brother.  His brother.

13           THE COURT:  The general's brother, whose

14   photograph you just showed?

15           MS. PETERSON:  The first photograph was the

16   general's brother on the airplane coming back from Norway.

17           THE COURT:  Okay.

18           MS. PETERSON:  The government has indicated that

19   they intend to call that gentleman as a witness in the case.

20           THE COURT:  Is the government calling him as a

21   witness?

22           MS. HIMELSTEIN:  No.

23           MS. PETERSON:  Well, then that makes it easier.  I

24   will move on.

25           (Open court)

 1              MS. PETERSON:  I'm going to retrieve all of those

 2   from you.

 3   BY MS. PETERSON:

 4       Q    I'm going to show you, sir, what I've marked as

 5   Defendant's Exhibit 134.

 6              And do you recognize that gentleman?

 7       A    Yes.

 8       Q    And can you say his name, please?

 9       A    Abdel Bassit Harroun.

10       Q    This is a gentleman who works for the Preventive

11   Security Group, is it not?

12       A    No.

13       Q    All right.  I'll retrieve it.

14              Do you recall being shown his photograph by Agent

15   Clarke at one of the sessions that you had with him?

16       A    I don't remember precisely, but I think we might

17   have touched upon him partially.

18       Q    Do you remember telling Agent Clarke that that was

19   Al-Shehibi who worked for the Preventive Security Group?

20       A    No.

21       Q    Do you remember giving his name as Abdel Al-Bassit

22   Harroun Al-Shehibi and stated that he worked with you at

23   PSG?

24              Sorry.  Preventive Security Group.

25       A    No.

1      Q    Sir, I will show you what is marked as
2  Defendant's Exhibit 135.
3           Before I do that, I think we might have had a
4  misinterpretation issue with respect to the photo I just
5  showed you.  I asked you whether he worked for the
6  Preventive Security Group?  I think it might have been
7  interpreted as Joint Security Room.
8           THE INTERPRETER:  That's correct.  I stand
9  corrected.
10          THE WITNESS:  No.
11 BY MS. PETERSON:
12     Q    Is your testimony that he did not work for the
13 Preventive Security Group?
14     A    He is a commander of a brigade, Shahadah Muslim in
15 Benghazi.
16     Q    So you do know who he is?
17     A    Yes.
18     Q    And you said his name was -- remind me what you
19 said his name was this first time, Abdel Bassit Harroun?  Or
20 no?
21     A    Yes.
22     Q    So the only dispute is whether his very final name
23 is Al-Shehibi?
24     A    Yes.  The Shehibi is the tribe, the tribe's name.
25     Q    So this is Abdel Bassit Harroun Al-Shehibi?

 1     A    Yes.

 2     Q    And he worked with you in the Preventive Security

 3  Group; he just didn't work -- he was with another brigade;

 4  is that what you're saying?

 5          MS. HIMELSTEIN:  Compound question.  If counsel

 6  could just ask one at a time, I think that would be better.

 7          THE COURT:  Okay.  I agree with that.  Sustained.

 8  BY MS. PETERSON:

 9     Q    So you said he did not work for the Preventive

10  Security Group, right?

11     A    He does not work with Preventive Security nor in

12  the Joint Security Room.

13     Q    But he worked with the brigade with which you

14  worked when you were the head of the Preventive Security

15  Group?

16     A    Yes.

17     Q    Okay.

18          MS. PETERSON:  Your Honor, I will move to admit

19  Defendant's Exhibit 134.

20          MS. HIMELSTEIN:  No objection.

21          THE COURT:  So moved.

22  BY MS. PETERSON:

23     Q    And, sir, I'm going to show you what I've marked

24  as Defendant's Exhibit 135.

25          Do you recognize that individual?

```
 1        A     Yes.

 2        Q     And who is he?

 3        A     Mohammed Al-Gharabi.

 4        Q     And he is the head of the brigade Rafallah

 5   Al-Sahati?

 6              THE INTERPRETER:  What was the first one?  Can you

 7   repeat that?

 8              MS. PETERSON:  Rafallah Al-Sahati.  I hope I'm

 9   saying that right.

10              THE WITNESS:  Yes, he is.

11              MS. PETERSON:  Yes, he is?

12   BY MS. PETERSON:

13        Q     And was that brigade part of the Joint Security

14   operations room?

15        A     It was in charge of protecting the City of Sabha,

16   which -- but they are from Benghazi.

17        Q     And, sir, I have one final picture, which is --

18   I'll mark as Defendant's Exhibit 136.

19              Do you recognize that individual?

20        A     Yes.  I know his face.

21              I know his family name, but I don't remember his

22   first name.

23        Q     Is that Anwar Aldos?

24        A     Yes.

25              MS. PETERSON:  Your Honor, I would move to admit
```

1  Defendant's Exhibit 135 and '36.

2         MS. HIMELSTEIN:  Relevance?  I have a relevance

3  objection.

4         THE COURT:  Okay.  Approach.

5         (Bench conference)

6         MS. PETERSON:  People that are -- our client says

7  that he was with him that night.  So we're talking about a

8  picture of him in the record to establish that this person

9  actually exists.  This guy is the head of Rafallah

10 Al-Sahati.  Witness 234, Egypt, said that our client was the

11 head of Rafallah Al-Sahati.

12        MS. HIMELSTEIN:  Is the client going to testify?

13        MS. PETERSON:  That doesn't -- that doesn't --

14        THE COURT:  How else are you -- but what are you

15 going to argue?

16        MS. PETERSON:  Agent Clarke is going to talk about

17 things that the client said.  If Agent Clarke doesn't

18 mention Anwar Aldos, then they'll have a picture of someone

19 that they don't know who he's associated with.

20        But assuming he does, we have a name and a face to

21 go with that person.  He exists.  Our client said that's

22 what he was doing that night.  It's part of his statements,

23 and I assume it will come in through Agent Clarke.

24        THE COURT:  These fellows are not suspected of

25 being involved?

```
 1              MS. PETERSON:  No, not as far as I know, they're

 2    not.

 3              THE COURT:  Who he was with --

 4              MS. PETERSON:  Exactly.

 5              THE WITNESS:  -- but they're not testifying --

 6              MS. PETERSON:  Nope.

 7              THE COURT:  -- and your client may or may not

 8    testify.

 9              MS. PETERSON:  Right.

10              MS. HIMELSTEIN:  And, Your Honor, we may or may

11    not elicit that testimony from Agent Clarke.

12              MS. PETERSON:  Well --

13              THE COURT:  Well, I don't see any harm with

14    putting it in.

15              MS. HIMELSTEIN:  Okay.

16              (Open court)

17              MS. PETERSON:  Your Honor, I'll just very briefly

18    publish the photos that have been admitted.  So I want to be

19    very careful.

20              Was 131 admitted?

21              DEPUTY CLERK:  No.

22              MS. PETERSON:  No.

23              134, I believe, was admitted.

24              DEPUTY CLERK:  Yes.

25              MS. PETERSON:  And I will publish that for the
```

1  jury.

2  BY MS. PETERSON:

3      Q    This is the gentleman that you identified as Abdel

4  Al-Bassit Al-Shehibi, correct?

5      A    Yes.

6      Q    And would you spell -- they're giving me all these

7  props, and I can't find them.  So I'm going to do it the

8  old-fashioned way.

9           Would you -- Al-Shehibi, would that be A-l

10  S-h-e-h-i-b-i or something close thereto?

11      A    The letters are in English.  I don't know if he --

12      Q    Does that sound like his name?

13          THE COURT:  Counsel, why don't you write it in

14  Arabic and English and display it to the jury to make sure

15  that's correct.

16          THE INTERPRETER:  I can vouch for the sound.

17  I can vouch for the sound phonetically; however, in writing,

18  I cannot write it.

19  BY MS. PETERSON:

20      Q    I'm going to mark as Defendant's Exhibit 134A for

21  demonstrative purposes only Abdel Bassit Al-Shehibi.

22          And to be fair, the witness put in a name in

23  between there.

24          Abdel Bassit Harroun Al-Shehibi.

25          This is pretty easy to spell, so I'm just going to

```
1    do it this way.

2             And this is the gentleman you indicated was

3    Anwar Aldos; is that correct?

4         A    Yes.

5             MS. PETERSON:  I'll mark, for demonstrative

6    purposes only, 136A.

7             Yes, 136 was admitted.

8             Is it published now?  There we go.

9    BY MS. PETERSON:

10        Q    This is the gentleman you indicated was Anwar

11   Aldos, correct?

12        A    Yes.

13            MS. PETERSON:  Okay.

14            And the demonstrative that goes along with that,

15   136A.

16            And 135 is admitted.  I will publish that.

17   BY MS. PETERSON:

18        Q    You indicated that that is Muhammad Al-Gharabi.

19        A    Yes.

20        Q    The head of Rafallah Al-Sahati, right?

21        A    Yes.

22            MS. PETERSON:  I'll mark 135A for demonstrative

23   purposes.

24   BY MS. PETERSON:

25        Q    Sir, you talked about Jabril Agori; is that right?
```

1      A    Yes.

2      Q    And the government gave you a spelling of

3 A-g-o-r-i, but that could also be spelled A-k-u-r-i, right?

4           THE INTERPRETER:  Again, Your Honor, this is

5 phonetically.  I don't know what to do about it.

6           MS. HIMELSTEIN:  Objection, Your Honor.

7           THE COURT:  Sustained.

8           MS. PETERSON:  We'll put it in Arabic.

9           THE COURT:  Counsel, is this the same Jabril we've

10 heard about?

11          MS. PETERSON:  Yes.

12          And I could explain the necessity of this at the

13 bench if the Court wishes.

14          THE COURT:  I'll trust you.

15          MS. PETERSON:  Okay.  Mark that as

16 Defendant's Exhibit 137 for demonstrative purposes only.

17 BY MS. PETERSON:

18     Q    Is that the name of the individual that you spoke

19 of earlier when you indicated you had a call from one of

20 your men from the mission that night, Jabril Al-Agori.

21     A    Yes.

22     Q    Okay.  Sir, I want to take you to -- back to the

23 night -- to your testimony last week about an event you say

24 happened at the February 17th Camp in the days preceding

25 September 11th.

1          Okay?

2     A    Yes.

3     Q    And when Ms. Himelstein asked you about that event

4  that happened involving, according to your testimony,

5  Mukhtar Bruzayza and Mr. Abu Khatallah, do you remember that

6  line of questioning?

7     A    You said that it was the night before the attack

8  this was happened -- this happened?

9     Q    No, no.

10    A    A few days before.

11    Q    Yeah.  Well, I wanted to talk to you about it.  It

12 was actually about two weeks before, according to your first

13 statement to the government, right?

14    A    Approximately.

15    Q    Right.

16         So when Ms. Himelstein kept saying "a few days" in

17 her questioning, it was actually more like a couple of

18 weeks, right?

19    A    Yes.

20    Q    And when -- you never told anyone associated with

21 United States Government about that event in 2012, did you?

22    A    Of course, no, I did not mention it to anyone.

23    Q    Right.

24         So you didn't let anyone know that, according to

25 you, just weeks before the attack, Mr. Abu Khatallah and

1   Mukhtar Bruzayza were loading up weapons, right?

2       A    Other than to the FBI team.

3       Q    Well, but that was -- I'm sorry.  That was my

4   fault.

5            In 2012, you didn't tell anyone associated with

6   the government?

7       A    That's right.  I did not tell anyone.

8       Q    Okay.  And then in 2013, you reached out to

9   someone associated with the United States Government to talk

10  to them about the consulate attack, but you didn't tell them

11  anything about that meeting -- or that event either, right?

12           MS. HIMELSTEIN:  Your Honor, I'm sorry to

13  interrupt.  Compound question.  If counsel can just ask one

14  question at a time, I think that would be helpful.

15           THE COURT:  Sustained.

16  BY MS. PETERSON:

17      Q    Sir, you did not tell the people with whom you

18  spoke from the United States government in June of 2013

19  about this event, did you?

20      A    Of course I did not, because we would not -- we

21  were not discussing the incident in details.

22           As I mentioned last week -- because that was a

23  very unusual meeting that was among other meetings that

24  I had.

25           We decided to meet another time, but we never did.

1      Q    And you didn't tell anyone associated with the

2 United States Government about this event when you met with

3 them in September of 2013, did you?

4      A    That's true; I didn't say anything.

5      Q    And in November of 2013 when you offered to

6 provide the government information in exchange for

7 $10 million, you didn't tell them about this event either,

8 did you?

9      A    I didn't understand your question precisely.

10          Where is the question?

11     Q    In November of 2013, you volunteered to provide

12 the government with information about the attack in exchange

13 for $10 million, right?

14     A    Of course not.

15     Q    Well, if the government's in possession of

16 information that this happened, are you saying the

17 government is incorrect?

18     A    I am telling you honestly that this did not

19 happen.

20     Q    You didn't ask for $10 million for exchange of

21 money on November 25th of 2013 -- exchange of information on

22 November 25th, 2013?

23     A    No, I did not and I did not discuss this matter at

24 all.

25     Q    And then you met with the government -- when I --

1    this part of the government in March of 2015, right?

2         A    Yes.

3         Q    And on March 11th of 2015 when you met with

4    Agent Clarke and Agent O'Donnell, you didn't tell them

5    anything about this event involving the loading of the guns

6    at the February 17th Camp, right?

7         A    No.  We talked about it.

8         Q    Not on March 11th or 12th, did you?

9              THE INTERPRETER:  I'm sorry.  Not in 2012, you

10   said?

11   BY MS. PETERSON:

12        Q    I'm sorry.  2015.

13        A    We spoke about it in Hungary.

14        Q    On March -- the first two meetings that you had

15   with the government on March 11th and March 12th, you spoke

16   about some of those men that you say were there, but you

17   didn't say anything about this meeting or this event where

18   the guns were loaded into trucks, did you?

19        A    I'm not clear about this question, really.

20             Are you speaking about when I first met Mike in

21   Hungary?

22        Q    Yes.  The first time you met Mike, Agent Clarke,

23   in Hungary, you did not tell him that first, at that first

24   meeting about Mukhtar Bruzayza and Abu Khatallah loading up

25   weapons in a truck at the February 17th Camp two weeks

1    before the attack, did you?

2        A    I don't remember the session in which this was

3    mentioned.  We discussed many, many matters, but

4    I don't know when we discussed that issue with them.

5        Q    You talked to them at that first meeting about

6    Zakaria Jutuf and saying he was Mr. Abu Khatallah's driver.

7    But even then, it didn't dawn you on to say, Oh, and by the

8    way, he drove Abu Khatallah to the February 17th Camp to

9    load up weapons?

10            MS. HIMELSTEIN:  Objection, Your Honor; compound

11   question.

12            MS. PETERSON:  Actually, it's not compound.  It

13   may be long, but it's only one question.

14            THE COURT:  I'll overrule it.  If he understands

15   it.

16            THE WITNESS:  No.  I did mention that to them.

17   BY MS. PETERSON:

18       Q    So if Agent Clarke was sitting there taking notes

19   and writing a report about what you said --

20       A    I was speaking.  I didn't really pay attention to

21   him writing anything.

22       Q    Well, when I asked you about the meeting with

23   Agent Clarke earlier this morning, you said he was writing

24   notes.

25            Do you remember that?

1     A     Yes, writing, but what was he writing?

2  I don't know.

3     Q     Were you under the impression that he was writing

4  what you were saying, or were you under the impression he

5  was making a grocery list?

6            MS. HIMELSTEIN:  Objection, Your Honor.

7            THE COURT:  Sustained.

8  BY MS. PETERSON:

9     Q     Were you under the impression he was writing what

10  you were saying?

11           MS. HIMELSTEIN:  Objection.

12           THE COURT:  Sustained.

13  BY MS. PETERSON:

14    Q     Was he writing while you were talking?

15    A     Yes, of course.

16    Q     And when you spoke on -- you spoke for two days in

17  a row with the government, on March 11th and 12th, right?

18    A     I think so, yes.

19    Q     And when you met on March 12th, that second day,

20  the very first thing you discussed was how you were going to

21  get paid, right?

22    A     No.

23    Q     You talked about the fact that you were on a

24  90-day Visa in Hungary that you were going to need to get

25  extended?

1  A  I needed to extend it, but it wasn't for 90 days.

2     And I have it with me right here.

3  Q  But then you -- and you told the government at

4 that point that you had no financial support from the Libyan

5 embassy, right?

6  A  I worked with the Libyan embassy for a period of

7 time that they asked for my assistance.

8     With when the Syrian immigrants arrived, there was

9 nobody specialized in this matter at the embassy.  So the

10 Ambassador asked for my assistance, asked for my assistance,

11 and he gave me a certain amount of compensation for that

12 service.

13  Q  Okay.  But you told the government at the

14 beginning of the meeting on March 12th, 2015, that -- or the

15 government told you that they were going to give you money,

16 right?

17  A  No.  We spoke about, not about a financial reward.

18 We spoke about the -- my residency in Hungary at that time.

19     My wife was about to give birth in 20 days and was

20 very tired at that time.  We could not move from Budapest,

21 whether to leave or to come back or do any movement.  So I

22 asked for my Visa to be extended, and it was granted.

23  Q  But at that meeting on March 12th, one of the

24 first things that was discussed was how they were going to

25 pay you, correct?

```
 1        A    We spoke about how they were going to pay me for
 2   my residency there, for my accommodations there.
 3             We have a difference between a reward, a financial
 4   reward, and financial assistance.
 5             And I would like to say something important.
 6             I have never discussed a reward with anyone
 7   whatsoever or to get paid in return for my witnessing here
 8   today in this Court.
 9             And I am under oath, remember.
10        Q    And, sir, do you remember giving them your bank
11   account number on March 12th, at the beginning of that
12   meeting?
13        A    No, I don't at all.
14        Q    So if Agent Clarke wrote in his notes the -- your
15   bank account number, you don't know how he got that?
16        A    It's impossible for any person at all in the world
17   to have my bank account number.
18        Q    Unless you gave it to them?
19        A    Except --
20        Q    Right.  Okay.
21             And then on March 27th, they came back to meet
22   with you, right?  That was a couple of weeks later?
23        A    Yes.
24        Q    And by then, they had already deposited in your
25   account your first installment of $16,830, right?
```

1       A     They did not put it in my account.

2       Q     Did they give you a check?

3       A     They gave me cash.

4       Q     They gave you $16,830 cash?

5       A     Then?  Yes.

6       Q     And it was at that meeting that you first said

7   anything about this purported gun pickup between Mukhtar

8   Bruzayza and Mr. Abu Khatallah, right?

9       A     I don't remember if it was during that session.  I

10  cannot remember.

11      Q     On March 27th, 2015, you told Mr. Clarke that

12  there was a truck that came, right?  Not four trucks, not

13  six or seven trucks.  A truck came?

14      A     No.

15      Q     That's not -- Mr. Clarke got it wrong when he

16  wrote it down?

17      A     I don't know.  I say exactly what I said.  That

18  last week.

19      Q     So when you spoke with Agent Clarke on March 27th,

20  2015, you didn't say anything about four trucks, did you?

21      A     I always said there were four cars.  That is the

22  story that I know.  That is what I repeated.

23      Q     Do you remember drawing a picture with a car in

24  the picture?

25      A     I remember saying there were four or five cars,

1    not one car.

2         Q    I'm going to show you what I'll mark as

3    Defendant's Exhibit 138.

4              Is that a picture you sketched in the notes, or is

5    that a picture that Mr. Clarke sketched in the notes?

6         A    The sketch is my sketch.

7         Q    And you see one truck there, don't you?

8         A    What is meant by this is to show the gate from

9    which vehicles enter.

10             I drew it only as a demonstration to show where

11   cars enter, not for the purpose of showing the number of

12   cars.

13        Q    Well, sir, you also told him that it was a car,

14   didn't you?

15             MS. HIMELSTEIN:  Asked and answered.

16             THE WITNESS:  No.

17   BY MS. PETERSON:

18        Q    And you also did not tell him anything about any

19   of the other people that you now say were with

20   Mr. Abu Khatallah, did you?

21        A    We spoke about the incident as I have mentioned it

22   last week precisely in details.

23        Q    Well, sir, you drew a picture of two people

24   holding up this truck, didn't you?

25        A    We only drew -- I drew this picture only as a

1  demonstration only.

2      Q    Right.  And that's a demonstration of Mukhtar

3  Bruzayza, according to you, and Abu Khatallah loading a

4  truck with weapons?

5      A    No.

6          MS. PETERSON:  Your Honor, I'm going move to admit

7  Defendant's Exhibit 138 with redactions to show just the

8  chart that was drawn.

9          MS. HIMELSTEIN:  No objection.

10         THE COURT:  Okay.  So moved, but we'll need to

11 redact it.

12         MS. PETERSON:  Yes.  I'm just going to --

13         THE COURT:  We can do that -- oh, you want to

14 display it?

15         MS. PETERSON:  I was just going to display it and

16 cover it now, and then we'll redact it later.

17         So it's Defendant's Exhibit No. 138, showing just

18 the chart that was -- or just the sketch.

19 BY MS. PETERSON:

20     Q    Sir, at this meeting on March 27th, you also

21 didn't mention the people that you now say were there,

22 right, Ahmed Al-Farsi?  You didn't tell Mr. Clarke that he

23 was there when you met with him on March 27th, 2015, right?

24     A    No.  We mentioned them.

25     Q    You didn't mention them at that March 27th

1   meeting, did you?

2       A    We mentioned them.  We spoke about them.

3       Q    And you didn't mention Aymen Al-Dijawi, did you?

4       A    No.  He was mentioned.

5       Q    And you didn't mention Zakaria Jutuf Barghathi as

6   being one of the individuals there allegedly helping load

7   these weapons?

8       A    We mentioned them.

9       Q    You also testified last week about a number of

10  different kinds of weapons that you say they were being

11  loaded up.

12          Do you remember that?

13      A    Yes.

14      Q    On March 27th, 2015, when you talked about the one

15  truck there getting loaded up, you did not mention any

16  mortars, did you?

17          MS. HIMELSTEIN:  Objection, Your Honor.  The one

18  truck is not in evidence.  He had testified there were

19  multiple trucks there.

20          THE COURT:  Sustained.

21  BY MS. PETERSON:

22      Q    When this event occurred and you testified -- let

23  me start that over.

24          You indicated last week that they were loading up

25  mortars and howitzers in addition to other things, right?

1          MS. HIMELSTEIN:  Objection, Your Honor.  Can

2    counsel please direct us to the exact date of the testimony

3    and line so that we can see exactly what the witness said.

4          MS. PETERSON:  Only if the witness says he didn't

5    say it.

6    BY MS. PETRAS:

7      Q    Do you remember testifying that they were loading

8    up mortars and howitzers?

9          THE COURT:  Do you recall the testimony

10   differently?

11         MS. HIMELSTEIN:  Same -- yes, we do.

12         THE COURT:  Okay.  Then show her the transcript.

13         MS. PETERSON:  Take a minute and find it.

14   BY MS. PETERSON:

15     Q    But when you spoke about the weapons that were in

16   that shed or building, what do you recall you said last week

17   about what kinds of weapons and ammunition were stored

18   there?

19         MS. HIMELSTEIN:  Improper question, Your Honor.

20         THE COURT:  Sustained.

21         MS. PETERSON:  All right.  I need to take a minute

22   to find it.

23         THE COURT:  Okay.

24         I'll tell you what.  Why don't we take our

25   afternoon break.

```
1              MS. PETERSON:  I have it, Your Honor, if you want
2    to keep going.
3              THE COURT:  How long are you going to be with this
4    line?
5              MS. PETERSON:  We can take a break.
6              THE COURT:  Why don't we take a break and come
7    back at 3:30, okay?
8              (Jury exited the courtroom.)
9              THE COURT:  All right.  This will leave us an
10   hour.
11             MS. PETERSON:  I still think it's possible.  It
12   might spill over a bit, but I'll do my best.
13             THE COURT:  Well, let's see where we are.
14             DEPUTY CLERK:  All rise.
15             (Recess from 3:15 p.m. to 3:32 p.m.)
16             THE WITNESS:  This Court again is in session.
17   Please be seated and come to order.
18             MS. HIMELSTEIN:  Your Honor, may I approach the
19   Court ex parte?
20             THE COURT:  Sure.
21             (Sealed bench conference)
22             THE COURT:  ████████████████
23             MS. HIMELSTEIN:  ███████████████████████████
24   ███████████
25             THE COURT:  ██████████
```



1          MS. HIMELSTEIN:

2

3

4

5

6

7

8

9

10

11

12          THE COURT:

13

14          MS. HIMELSTEIN:

15

16

17          THE COURT:

18          MR. CRABB:

19

20

21          THE COURT:

22

23          MS. HIMELSTEIN:

24          THE COURT:

25          MS. HIMELSTEIN:

```
1   ████████████████████████████████████████████
2   ████████████████████████████
3        THE COURT:  ██████████████
4        MS. HIMELSTEIN:  ████████████████████████
5        THE COURT:  ██████████████████████████████████
6        MS. HIMELSTEIN:  ██████████████████████████████
7   ████████████████████████
8        THE COURT:  ████████████████████████
9        ████████████████████████████████████
10       MS. HIMELSTEIN:  ██████████████████
11       THE COURT:  ████████
12       ████████████████████████████████████████
13       MS. HIMELSTEIN:  ██████████████
```

14        (Open court)

15        MS. HIMELSTEIN:  And, then, Your Honor, just on

16   the record on another matter, counsel was attempting to

17   impeach this witness based on his prior trial testimony and

18   directed us to the page and line where she was trying to

19   impeach.

20        We went to that page and line.  And, A, it does

21   not -- he did not say what she said he said.

22        THE COURT:  What's the prior trial?

23        MS. HIMELSTEIN:  I'm sorry.  Prior trial testimony

24   last week.

25        THE COURT:  Oh, last week.  Okay.

1          MS. PETERSON:  Actually, Your Honor, I wasn't

2     trying to impeach him yet.  I was just asking him a

3     question.  And now I've noticed and will ask him exactly

4     what it says in the transcript.  And if he says that's what

5     he said, it's great.

6          THE COURT:  Okay.

7          MS. PETERSON:  But I just was trying to ask him a

8     question about the weapons that he said he saw that day and

9     where they were stored and what he said before that was

10    different.  I think it's a non-issue.

11         THE COURT:  Okay.

12    What did he say, by the way?  Just so I know.

13         MS. PETERSON:  It's page 2468.  And he indicated

14    that there were -- that they had driven up to Buildings 1

15    and 2.

16         What's in Building 1 and 2?

17         Weapons and ammunition.

18         When you say "weapons," what do you mean?

19         A weapon known as a 106, a howitzer.

20         Then he describes the howitzer.

21         Then what else is stored there?

22         Howitzer, mortars, RPGs, 14.5s, light weaponry

23    like FNs and Kalashnikov rifles and ammunition.  And then

24    they loaded the stuff up.

25         I understand he may say, "Well, I didn't see

1    exactly what he put in the trucks."  But he's changed what

2    he says was in those buildings as he's met with the

3    government over time.  That's all I'm trying to show.

4            MS. HIMELSTEIN:  And with all due respect to

5    counsel, that is not what she asked the witness.  She asked

6    him the weapons that were loaded in the truck.

7            THE COURT:  Loaded in the truck.

8            MS. PETERSON:  Yeah.  And I apologize.  I --

9            MS. HIMELSTEIN:  Excuse me.  As opposed to what

10   was actually in the warehouses, and that's a big

11   distinction.

12           THE COURT:  Okay.  She'll clean it up.

13           MS. PETERSON:  Right.  I'm going to go back to the

14   transcript and direct him to it.

15           Your Honor, I had inquired of the government to

16   give me a copy of our -- Agent Clarke's notes unredacted

17   because that's where the bank number is.  It's redacted in

18   the notes that we have.  And I want to be able to show it to

19   the witness, not to publish it, but to ask the witness if

20   that is, in fact, his bank account number.

21           THE COURT:  Do we have those available?

22           MS. HIMELSTEIN:  What date, counsel?  I'm sorry.

23           Ms. Booth is working on it.

24           THE COURT:  Okay.

25           Thank you, Ms. Booth.

```
1              I haven't thanked you enough for your services at
2    trial.
3              MS. PETERSON:  Your Honor, just while we're
4    waiting, I will also alert the Court and the government
5    counsel that I intend to direct the witness's attention to
6    the testimony he gave, not using the transcript, on
7    page 2471, where the government asked him what he was
8    loading and he said, "It could have been howitzers and
9    mortar shells, because the boxes they come in are
10   recognizable."
11             So he did, in fact, say that they could have been
12   loading mortars, and this is the first time he mentioned
13   mortars.
14             THE COURT:  So what's the impeachment here?  That
15   he didn't mention certain kinds of weapons to Agent Clarke?
16             MS. PETERSON:  Right.
17             It's that, as the case developed and they were
18   trying to tie Mr. Abu Khatallah to the attack on the annex,
19   he had to add mortars.
20             THE COURT:  We've gotten a request from at least
21   one of the jurors for an estimate as to further proceedings
22   and whether we're on track or not, which doesn't surprise
23   me.  So I will tell them that I will press you all to come
24   up with a reasonable estimate that I'll communicate to them
25   tomorrow, okay?
```

1          MS. PETERSON:  And, Your Honor, if we are

2    concluding at 4:30, I fear I may not be able to finish.  I'm

3    trying to push quickly, but...

4          (Jury entered the courtroom.)

5          THE COURT:  All right.

6          Ms. Peterson.

7          MS. PETERSON:  Thank you, Your Honor.

8    BY MS. PETERSON:

9    Q    Sir, I was asking you when we broke about the

10   weapons and ammunition you said was stored in the buildings

11   at the February 17th Camp.

12         Do you recall that?

13   A    Yes.

14   Q    And you remember testifying just last week that

15   the weapons that were stored there included howitzers,

16   mortars, RPGs, 14.5s, and light weaponry like FNs and

17   Kalashnikov rifles, right?

18   A    Yes.

19   Q    But you remember telling Agent Clarke on March

20   27th, 2015, that the weapons included machine guns and

21   assault rifles, right?

22   A    Yes.

23   Q    And, again, when you spoke with Agent Clarke on

24   November 12th, you told him that the weapons inside these

25   buildings were automatic AK-47-style guns and

1    rocket-propelled grenades, right?

2        A    We spoke of it, which meaning specifically it

3    was -- where I mentioned it, I don't recall.

4        Q    Well, you didn't mention, before you testified

5    last week, that these buildings included howitzers and

6    mortars, did you?

7        A    I spoke in generalities that these warehouses are

8    designed originally and made for, even the days before the

9    revolution, for these weapons and these weaponry to be

10   howitzers, the 106, and all the other weapons mentioned.

11       Q    Sir, my question is, you did not mention howitzers

12   or mortars when you spoke with the FBI in March of 2015,

13   did you?

14       A    I don't specifically remember that I did, but

15   I believe we did speak of it.  In generalities, weapons and

16   weaponries and ammunition were mentioned.

17       Q    And when you spoke to Agent Clarke on

18   November 12th, 2015, you also said that you couldn't see

19   exactly what weapons Mr. Khatallah's men were taking but

20   that it included -- that in the building there were AK-47

21   guns and rocket-propelled grenades, right?

22       A    I know what's in those armories in full detail.

23       Q    I'm not asking you if you know here today what was

24   in the armory.  I'm asking you whether you told Agent Clarke

25   something that's different than what you said in testimony

1   here.

2         Do you?

3    A    I don't understand the question.

4    Q    You told Agent Clarke that the weapons included

5   FN machine guns and AK-47-type assault rifles, right?

6    A    Yes.

7    Q    And you didn't mention anything about howitzers or

8   mortars when you spoke with Agent Clarke on March 27th,

9   2015, right?

10    A    I don't recall exactly, but I believe that we did

11   speak of it.

12    Q    And on November 12th, 2015, you, again, spoke with

13   Agent Clarke about this event and did not mention anything

14   about mortars, correct?

15    A    We covered so many things and spoke generally

16   about everything and mentioned the things that were within

17   the building.  But specifically we mentioned mortar?

18   I don't honestly recall.

19    Q    Okay.  And when you met with Agent Clarke in

20   November of 2015, you said there were six or seven vehicles

21   that entered the compound, right?

22    A    I mentioned 405.

23    Q    Right.  Well, you started off with a vehicle in

24   the first meeting, right?

25    A    I never mentioned one vehicle.  I drew a vehicle

```
 1    just to show where the entrance of vehicles were on the map.
 2         Q    And then you went to four or five vehicles in
 3    another meeting?
 4         A    Yes, I did mention four to five vehicles in a
 5    meeting, yes.
 6         Q    And then in November of 2015, you said it was six
 7    or seven vehicles, right?
 8         A    I don't recall saying six or seven.
 9         Q    So if Agent Clarke wrote that down, he got it
10    wrong?
11              MS. HIMELSTEIN:  Objection.  He cannot comment on
12    another person.
13              THE COURT:  Sustained.
14    BY MS. PETERSON:
15         Q    Is that -- is six or seven inconsistent with what
16    you believe you told Agent Clarke?
17         A    I don't recall six or seven.  I do recall saying
18    four or five.
19         Q    And, sir, I'm going to show you what I've marked
20    as Defendant's Exhibit 139.
21              I'll direct your attention to this number.
22              Do you recognize that as your bank account number?
23         A    I'm not sure of that.
24         Q    Did you bank at Autobank?
25         A    Yes, Autobank.
```

1      Q    I'll show you again what's marked as
2  Defendant's Exhibit 139, and I would ask that the
3  interpreter read this word.
4           And read that in Arabic, please.
5      A    No.
6      Q    So you see right underneath bank account number it
7  says "Autobank"?
8           And that is where you banked in 2015, correct?
9      A    Yes.
10     Q    Now, sir, you testified on direct about a meeting
11  that happened a few days after the -- a few days after
12  September 11th.
13          Do you recall that?
14     A    Where?
15     Q    I'm sorry.  Let me take a step back.  I forgot to
16  ask you about one thing first.
17          Do you recall indicating during your direct
18  testimony that you saw individuals loading into the cars
19  ammunition boxes?
20          THE INTERPRETER:  Could you rephrase?  I'm sorry.
21          MS. PETERSON:  I'm sorry.
22  BY MS. PETERSON:
23     Q    Do you recall testifying on direct that you saw
24  the individuals you say were there with Mr. Abu Khatallah
25  loading ammunition boxes into their vehicles?

```
 1        A     Yes.
 2        Q     And do you recall saying it could have been
 3   howitzers and mortar shells because the boxes they come in
 4   are recognizable?
 5        A     Yes.
 6        Q     And, sir, that is something that you had never
 7   told the government before, correct?
 8        A     We spoke of it in the past.
 9              I have spoken of it in the past.
10        Q     In the past, you've spoken about the rifles and
11   the Kalashnikovs, right?
12        A     Yes.
13        Q     Now, after September 11th, you said you went to a
14   meeting, right?
15        A     Yes.
16        Q     And at this meeting, you said you thought you were
17   saying what you said about Mr. Abu Khatallah's involvement
18   at the right place, right?
19        A     No.
20        Q     No?
21              We'll swing back to that in a moment.
22              You said -- you told us who was at that meeting,
23   right?
24        A     Yes.
25        Q     And you told us that Mukhtar Bruzayza was at that
```

1    meeting, right?

2         A    Yes.

3         Q    And you saw him there before you said anything,

4    right?

5              THE INTERPRETER:  I'm sorry.  Could you repeat the

6    question?  I couldn't hear you.

7    BY MS. PETERSON:

8         Q    You saw Mukhtar Bruzayza at the meeting before you

9    said anything, right?

10        A    Yes.

11        Q    And still you said, according to you, that you

12   had -- you believed Mr. Abu Khatallah was involved in the

13   attack, right?

14        A    I didn't tell them that I believed or didn't

15   believe about Mr. Abu Khatallah.  I told him that I received

16   a phone call.  This was the manner of the phone call.  This

17   is how he spoke to me.  And there was a tone of threat in

18   the way he spoke to me.

19        Q    Well, when you were threatened later, you said it

20   was because you had implicated Mr. Abu Khatallah, right?

21             MS. HIMELSTEIN:  Page and line, please.

22             MS. PETERSON:  That one actually isn't from the

23   transcript.

24   BY MS. PETERSON:

25        Q    I'm just asking you, is that the case?

```
 1                Did you believe -- let me rephrase it.
 2                THE COURT:  Let's hear it again, Ms. Peterson.
 3   BY MS. PETERSON:
 4        Q    Did you believe that the threats you received
 5   later were because you had implicated Mr. Abu Khatallah in
 6   the attack?
 7        A    In my professional opinion about the field of work
 8   that I do, that I have worked on --
 9        Q    Sir, I'm not asking about --
10                MS. HIMELSTEIN:  Your Honor, she asked the
11   question.
12                THE COURT:  Sustained.
13                THE WITNESS:  Is that when I helped in the handing
14   back of the Ambassador Christopher's body back to the
15   Americans?
16                That was the distinguishing mark on me, in
17   addition to the phone call that I mentioned, that these were
18   unique things to me that I considered them important to me.
19   I started receiving threats on Facebook and on my phone.
20   BY MS. PETERSON:
21        Q    So the threats were because you returned the
22   Ambassador's body to the airport?
23        A    Yes.
24        Q    Do you recall saying --
25                MS. PETERSON:  This is page 2689, line 3, 2
```

 1   through 5.

 2   BY MS. PETERSON:

 3       Q   -- that you mentioned something very important at

 4   the meeting?

 5           "And, to be honest, I mean, between me and myself,

 6   I said what I said -- when I said what I said, I thought

 7   I was saying it in the right place"?

 8       A   The right place, I mean by here in the U.S., in

 9   this courtroom.

10           In the meeting, I discovered that I made the

11   biggest mistake and that I said -- and I said what I said in

12   the wrong place.

13       Q   Right.  Afterwards, you discovered you said what

14   you said in the wrong place.  But you testified that "When I

15   said what I said, I thought I was saying it in the right

16   place," meaning at the time you made the statement, you

17   thought you were saying it okay, that it was okay to say it

18   there?

19       A   I am under the command of the chairman of the

20   joint chiefs, and he was heading the meeting.  And he's the

21   one who invited me to come and be present.  And as a

22   security official, as to -- I mean, lay the responsibility

23   at his side.

24       Q   So you thought you were saying in the right place

25   what you said?

1      A     Yes, I did, and my feeling that I had at the time,

2   I was sure of it.

3      Q     And you thought it was the right place, despite

4   the fact that Mukhtar Bruzayza was at that meeting?

5      A     To be honest with you, I feared no one of those

6   sitting in the room that day.

7      Q     Not even Mukhtar Bruzayza, who you said was

8   loading weapons into Mr. Abu Khatallah's vehicles?

9      A     The ones who were in front of me were not, was not

10   Mukhtar Bruzayza.  There were other individuals.

11           The one who was sitting across from me, meeting

12   table, I think.

13      Q     But Mukhtar Bruzayza was there, and you knew he

14   was there, right?

15      A     Yes, he was, of course.

16           I did mention that he was there.

17      Q     All right.  And even after that meeting occurred,

18   you continued to have contact with Mr. Abu Khatallah, right?

19      A     He didn't contact me.  I didn't contact him.

20      Q     You had no contact with Mr. Abu Khatallah after

21   that meeting occurred?

22      A     Before that meeting.

23      Q     No.

24           The attack was September 11th, right?

25           And you said this meeting occurred just a few, a

```
 1  couple of days after; is that right?

 2      A    Yes.

 3      Q    And then in September and October, you continued

 4  to have communications with Mr. Abu Khatallah, right?

 5      A    With communication, it's not me phone call or

 6  calling him or having discussions with him.  One contact

 7  that happened.

 8      Q    So you are saying that you only had one contact

 9  with him after that meeting?

10      A    The one that I remember.

11      Q    But, in fact, you had a business relationship with

12  him, right?

13      A    Of course not.

14      Q    Of course not?  Is that what you said?

15      A    With Abu Khatallah?

16      Q    Yes.

17      A    No.  I have no business relation with him.

18      Q    Did you tell the government that you had dealings

19  with him on land issues?

20           THE INTERPRETER:  Could you rephrase the question?

21  I'm sorry.

22  BY MS. PETERSON:

23      Q    Did you tell the government previously, meaning

24  Mr. Clarke, that you had dealings with Mr. Abu Khatallah

25  after this occurred on land issues.
```

1     A     No.

2     Q     Did you tell him that you tried to facilitate an

3   interview with Sky News for Mr. Abu Khatallah?

4           THE INTERPRETER:  "Him" as in Agent Clarke?

5   Forgive me.

6   BY MS. PETERSON:

7     Q     I'm sorry.  Did you tell Agent Clarke that you

8   tried to facilitate an interview with Mr. Abu Khatallah and

9   Sky News?

10     A     I mentioned, yes, but I did not arrange it.

11   I just contacted him and informed him.

12     Q     Do you remember telling him on March -- telling

13   Agent Clarke on March 11th, 2015, that after the

14   September 11th, 2012 attack, you interacted with

15   Mr. Abu Khatallah on several occasions?

16     A     No, I did not have any dealings with him.

17     Q     So you did not tell Agent Clarke on March 11th

18   that you had, in fact, had interacted with Mr. Abu Khatallah

19   on several occasions?

20     A     Contact and dealing with Mr. Abu Khatallah,

21   could you explain what you mean by that?

22     Q     Well, did you not tell Agent Clarke that you

23   interacted with him on several occasions?

24     A     It was the only time that I did contact him.  It

25   was regarding the interview with Sky News.  I'm not even

1    sure if it was Sky News, but that was the only time.

2            And I was the one who told him.

3        Q    What do you mean?  You told who what?

4        A    Agent Clarke.

5        Q    Right.

6            And you told Agent Clarke that most of the

7    interactions you had with Mr. Abu Khatallah were mostly

8    related to land issues or other business dealings, right?

9        A    Not at all.  I have no land or real estate

10   interactions with him.

11       Q    You had no business dealings, and you did not tell

12   Agent Clarke that you did?

13       A    Never said so, never had any kind of interactions

14   with Mr. Abu Khatallah of business type.

15       Q    Or land dealings?

16       A    No.

17       Q    Sir, do you recall indicating that you had been

18   involved in the return of the Ambassador's body?

19       A    Yes.

20       Q    And I just -- did you say that you were personally

21   involved in taking the Ambassador's body from the hospital

22   to the airport?

23       A    Yes.

24       Q    So you yourself went to the hospital and retrieved

25   the Ambassador's body.

```
 1         A     Yes.
 2         Q     And you personally drove the Ambassador's body to
 3   the airport?
 4         A     Yes.  Yes.  There were three vehicles.
 5         Q     So who was with you when you did this?
 6         A     My team.
 7         Q     Did your team include Nasir?
 8         A     Nasir who?
 9         Q     Nasir Abdullah Bojilla Ahmed?
10               THE INTERPRETER:  One more time.  I'm sorry.
11               Yeah, you're fine.
12   BY MS. PETERSON:
13         Q     While we're trying to get that little
14   demonstrative for you, sir, let me go back.
15               When you said you didn't have contact with
16   Mr. Abu Khatallah, did you have phone calls with him after
17   the meeting?
18         A     Yes, I had contact.
19         Q     So you did have contacts with Mr. Abu Khatallah
20   after September 11th and after the meeting where you spoke
21   up about his involvement?
22         A     It was one contact, and I even mentioned this to
23   the American investigator team.  It was regarding a specific
24   incident.  Other than that, there's no interaction -- there
25   was no other interaction.
```

1       Q     So it was one phone call and that was it?

2       A     That's what I remember.

3             MS. PETERSON:  I'm going to do this.  We're having

4       some trouble with our Arabic.  So I am going to put this on

5       the screen and ask if the interpreter could read the name

6       appropriately for the -- I'll put it in front of the

7       witness, which is 140.

8             THE INTERPRETER:  Nasir Abdullah Bojilla Ahmed.

9       BY MS. PETERSON:

10      Q     Do you know that person?

11      A     It's a very long name.  I'm not quite sure.

12      I don't recall it specifically.

13      Q     Was he the person that went to the hospital to

14      retrieve the Ambassador's body from the Joint Security Room?

15            THE INTERPRETER:  Could you rephrase the question

16      one more time?  Joint Security Room?

17      BY MS. PETERSON:

18      Q     Was Nasir Abdullah Bojilla Ahmed sent to the

19      hospital to retrieve the Ambassador's body?

20      A     I don't recall that name.  We were three vehicles.

21      In each vehicle, there were four individuals.  That is what

22      I recall.

23      Q     And do you recall having to use force to get the

24      medical examiner to turn over the body?

25      A     Not in the sense of force.

1          We tried to be hastily in the way we acted,

2     especially that there was already a group that was at the

3     hospital, at the location of the hospital from the night

4     before.  With no assault, we were just very fast and quick

5     in doing what we did.

6          I mean, it was very normal, the environment when

7     we walked in and walked out.

8     Q     And what were you wearing, sir, that evening?

9     A     I was wearing something more closer to a beige

10    khaki, clothes, uniform.

11    Q     So you were wearing your brigade uniform?

12    A     Yes.

13    Q     Sir, I want to take you back, and I promise not to

14    belabor this.  But on June 23rd, 2013, do you remember

15    calling the government to advise them that you were directly

16    involved in the return of the Ambassador's body?

17    A     I did not contact anyone.  An individual of

18    Lebanese nationality contacted me.  And I informed them that

19    we were just the ones who actually took the body of the

20    Ambassador to the airport, nothing more.  I did not talk

21    about myself at all.

22         What I mentioned was the operations room and my

23    security unit that I belong to.

24    Q     And you told them that you would only share the

25    information that you had when the time was right, right?

1          A     No, I did not say that.

2                And what we did was that we told them that I did

3     have some information and we could soon meet together.

4          Q     You told them you would, when they asked you to

5     explain your answer, you told them that you were afraid of

6     the actions of a Libyan government and Americans and general

7     unrest in the streets if you were to tell them what you

8     knew, right?

9          A     When I said this to who?

10         Q     Is this William or is this someone else?

11         A     To William, I did not say this, because I was

12    already in the boundaries in Libya.  I was already in Libya.

13               And I was an official of rank.

14         Q     Well, I'm talking about the meeting you had on

15    June 23rd, 2013.  The people you spoke to at that meeting

16    reminded you that you were a security official and that you

17    were -- you should be committed to justice, right?

18         A     I don't recall that phrase.

19         Q     And do you recall them -- and do you recall

20    telling them that you were surprised that after all you did,

21    the U.S. never thanked you for your assistance?

22         A     No, not at all.

23         Q     And do you recall telling the U.S. officials that

24    you were meeting with that the U.S. request came a little

25    late in the game?

1             THE INTERPRETER:  Could you say that one more time

2    again?  I'm sorry.  Forgive me.

3    BY MS. PETERSON:

4        Q    Do you recall telling the U.S. officials that you

5    met with that the U.S. request came a little late in the

6    game?

7        A    No, not at all, none of the -- no part of the

8    meeting went down that way that you're describing.

9             There was no formality in the way that you're

10   phrasing what you're saying.

11            It was a very short period of time.  We were

12   drinking.  We were having coffee, sitting down.

13            Actually, I was surprised what they handed me,

14   bulletproof vest, one for me, one for my brother.

15            They said that we're very grateful to you, and I

16   thank you for what you've done for us, you and your friends

17   and your colleagues, and we should thank you for being here

18   today.  And we know that you're busy and don't have time and

19   you come to Tripoli very infrequently.  But do you promise

20   us that we will be meeting again soon?

21            I said, "For sure."

22            That was what we spoke of and that's how we spoke,

23   not what you're saying.

24       Q    And then you met again with U.S. Government

25   officials, not these people, but different U.S. Government

1    officials in September of 2013, right?

2         A    No.

3         Q    Pardon?

4         A    No.

5         Q    No?  You don't remember meeting with them in

6    September of 2013 and telling them that you were not

7    prepared to provide the information you had on the attacks

8    because your research was not complete?

9         A    No, not at all.

10        Q    Do you remember telling them that even though you

11   weren't prepared to give them your information, you had a

12   vehicle that you were willing to sell to them?

13        A    I do not recall anything about selling a car.

14   I was just hoping to receive paperwork that they could hand

15   over to me once I handed in the vehicle.

16             They did not even care about any story about --

17   relating to a car.

18             Actually, they even motioned that just to leave

19   that subject aside, that it belongs to the United Nations;

20   it's a U.N. vehicle.  That's all.

21        Q    Well, do you recall telling them that you

22   purchased the vehicle for 16,000 euros and paid 6,000 euros

23   to repair it?

24        A    I mentioned it here last week, and I mentioned

25   this earlier to Agent Clarke.

1         But I spoke to -- no numbers to anyone.

2    Q    You don't recall telling the government agents,

3  not Agent Clarke, but the people that you met with in

4  September of 2013 or talked to in September of 2013, you

5  don't recall telling them that you would deliver the car to

6  the location of their choice if the government reimbursed

7  you for the money you spent on the car?

8    A    That's not how it happened.

9         They -- when I told them that I would like to hand

10  over the car, they told us that the vehicle is not ours.

11  It's a UN vehicle.  Leave that aside.  That's not why we're

12  here.

13    Q    Well, that, you -- when you had the discussion

14  about the vehicle, were there two different vehicles you

15  talked to the government about?

16    A    The one that we spoke of was one vehicle that was

17  in my custody.

18    Q    Right.  The one we were just talking about, you

19  had, according -- you told the government you had it in

20  your -- at your residence, right?

21    A    No.  My workplace.

22    Q    Well, you told the government at the time that it

23  was at your residence, right?

24    A    Workplace.

25    Q    Well, on November 13th of 2015, you told Agent

1    Clarke that there were two different vehicles, right?

2         A    What I had was one vehicle.

3         Q    Well, you told Agent Clarke on November 13th of

4    2015 that you told William that Nasir Farci had a stolen

5    vehicle, a Toyota, and he was attempting to sell it for

6    10,000 Libyan dinar, right?

7         A    I told Mike.

8              I told him that the other vehicle is a Toyota Land

9    Cruiser, high-design sport utility, that Nasir Farsi that

10   has in his possession.

11        Q    And then you also told Agent Clarke, who you are

12   referring to as Mike, that there was a second vehicle, a

13   Mercedes, that you had recovered and stored at the Joint

14   Situation Room, right?

15        A    Yes.

16        Q    But when you spoke not to Agent Clarke or Mike,

17   you told a different story when you talked to the other

18   United States Government officials, back in September of

19   2013, right?

20        A    I don't remember exactly what I might have told

21   them back then.

22        Q    Do you recall telling them that you had purchased

23   a vehicle for 16,000 euros?

24        A    I don't recall mentioning numbers to them.

25        Q    And after they said, "Hey, we're not going to buy

1   the car from you," you had another meeting with

2   U.S. Government officials on November 25th, 2013, right?

3      A    No.

4      Q    That's the meeting -- there was another meeting

5   after you tried to sell the car, but before you met with

6   Agent Clarke, right?

7           MS. HIMELSTEIN:  Objection, Your Honor.  He never

8   said that he tried to sell the car.

9           THE COURT:  Sustained.

10   BY MS. PETERSON:

11      Q    After you had the conversation about the vehicle

12   that you don't remember whether you asked -- whether you

13   mentioned money for it, you had another meeting with the

14   U.S. Government before you had a meeting with Agent Clarke,

15   right?

16           MS. HIMELSTEIN:  Objection, Your Honor.  Just it's

17   confusing, plus defense counsel is inserting commentary.

18           THE COURT:  Rephrase.

19   BY MS. PETERSON:

20      Q    You had the meeting in September of 2013 about the

21   car, right?

22      A    Yes.

23      Q    Then you had a meeting in March where you met with

24   Agent Clarke, 2015?  So it's about a year, almost two years

25   later, right, a year and a half?

1        A     No.

2        Q     Between those two events, you spoke with other

3   members of the government -- I don't -- I don't know if it

4   was William or someone else -- about getting money from the

5   Rewards for Justice Program, right?

6             MS. HIMELSTEIN:  Objection, Your Honor.  He

7   already stated he did not talk to anyone about that.

8             THE COURT:  Sustained.

9   BY MS. PETERSON:

10       Q     And at none of those meetings with other

11  government agency personnel, not these folks, did you ever

12  actually give the government information about what had

13  happened on September 11th, 2012, right?

14            MS. HIMELSTEIN:  Objection, Your Honor; improper

15  impeachment without foundation.

16            THE COURT:  I'll overrule.

17            He can answer.

18            MS. PETERSON:  I'll ask it again.

19  BY MS. PETERSON:

20       Q     At none of the meetings that you had with

21  government agents that were not Agent Clarke or Agent

22  O'Donnell or anyone associated with the prosecution, did you

23  ever give the details about what occurred on September 11th,

24  2012?

25       A     When and to whom?

1      Q    When you met with or talked to the Lebanese
2  gentleman and -- was it William that was with the Lebanese
3  gentleman?
4      A    Yes.
5      Q    When you met with the two of them, you did not
6  tell them about your assertion that Mr. Abu Khatallah was
7  involved in the attacks on September 11th, right?
8      A    Yes.
9      Q    And you didn't tell them about Mr. Abu Khatallah
10 and Mukhtar Bruzayza loading vehicles into -- I'm sorry,
11 loading weapons and ammunition into a vehicle shortly before
12 the attack, right?
13     A    This is all detailed information that I had kept
14 to myself that I had told no one at that time.
15     Q    Right.
16          And, sir --
17          THE COURT:  Counsel, do you want to approach?
18          MS. PETRAS:  Sure.
19          (Bench conference)
20          THE COURT:  It's 4:30.
21          MS. PETRAS:  Probably going to need about
22 45 minutes to finish up, so I'm happy to do it tomorrow.
23          THE COURT:  Why don't we break.
24          I'll give them a heads-up about tomorrow, it may
25 be a light day, but you'll be backfilling on Friday.  And we

1   can talk about the redirect once we dismiss them, okay?

2           MS. HIMELSTEIN:  Thank you.

3           (Open court)

4           THE COURT:  All right, ladies and gentlemen.

5   We're going to break for the day and get started again at

6   9:30 tomorrow morning.

7           I know that you all are curious about the schedule

8   and where we are.  I have asked these folks to confer with

9   one another tonight and to provide all of us with an

10  estimate as to where things stand, in the government's case,

11  at least, tomorrow, so hopefully we'll have some updated

12  information about how much longer we think the government's

13  case will go.

14          There are a lot of variables in that.  A lot of it

15  depends on how long the cross-examinations will be, how long

16  the redirects will be, what the various evidentiary

17  objections are.  So it is not an exact science.

18          With respect to tomorrow, there's a possibility

19  that we will have a gap in the testimony, maybe tomorrow

20  afternoon.

21          I am concerned about moving the case along and

22  being as efficient with our time as possible.  One thing

23  that we can do, if we do lose tomorrow afternoon, is to meet

24  Friday morning.  And I've advised these folks of that.  They

25  are available.

1          Is there anyone who has made plans for Friday

2    morning who could not sit on Friday morning?

3          A JUROR:  (Hands raised.)

4          THE COURT:  Excuse me?

5          THE JURORS:  If we started at 9:00, 9:30.

6          THE COURT:  Excuse me?

7          All right.  If we started at 9:30, anyone going

8    out of town or did someone make plans for the weekend or

9    Friday the whole day?

10          I'll tell you what.  Why don't we discuss this in

11    the morning, okay?

12          If at all possible and we lose an afternoon

13    tomorrow, I would like to sit on Friday morning; but

14    I understand if someone has made some plans based on the

15    representations that and anticipating that we would not be

16    sitting on Fridays.  Obviously, I understand that.

17          All right.  So have a good night.  We'll see you

18    at 9:30 in the morning.  No discussions about the case, no

19    research about the case.

20          (Jury exited the courtroom.)

21          THE COURT:  Okay.  Why don't we approach about the

22    redirect issue first.

23          (Sealed bench conference)

24          THE COURT:  ████████████████████████████

25          ████████████████████████████████████████████

3064

1　████████████████

2　　　　　MS. HIMELSTEIN: ████████████

3　　　　████████████

4　　　　THE COURT: ██████████████

5　　　　　MS. HIMELSTEIN: ████████████████████

6　　　　THE COURT: ████████████████████

7　　　　　MS. HIMELSTEIN: ██████████████████

8　　　　MS. PETERSON: ████████████████

9　　　　　MS. HIMELSTEIN: ██████████████████████

10　████████████████

11　　　　THE COURT: █████

12　　　　　MS. HIMELSTEIN: ████████████████████

13　████████████████████████████████████████

14　███████████████████

15　　　　THE COURT: █████████████████████

16　██████

17　　　████████████████████████████████████

18　████████████████████████

19　　　　　MS. HIMELSTEIN: ██████

20　　　　THE COURT: ██████████████████

21　　　　　MS. HIMELSTEIN: ██████

22　　　　THE COURT: █████████

23　　　████████████████████████████

24　　　　　MS. HIMELSTEIN: ████████████████

25　　　　(Open court)

1            THE COURT:  All right.  So we have at least

2   45 minutes or so of continued cross tomorrow, and then the

3   government may be in a position to call the ship's doctor --

4   remind me of his name.

5            MS. HIMELSTEIN:  Dr. Brad Smith.

6            THE COURT:  Smith.  Okay.

7            And we think that's an hour?

8            MS. HIMELSTEIN:  Yes.

9            THE COURT:  Cross on Mr. Smith, that's 30 minutes.

10            MS. PETERSON:  Mr. Robinson, but I don't believe

11   it was very long at the motions hearing, and I wouldn't

12   expect it would be very long.

13            THE COURT:  And same status as this morning?

14   Geist and Tiegan and the rest are not available tomorrow?

15            MR. DiLORENZO:  Right.

16            They'll be available Wednesday and Thursday.

17            THE COURT:  Wednesday morning.  Okay.

18            And are they one-day witnesses, or are they

19   half-day witnesses?

20            MR. DiLORENZO:  I think at least half a day.

21   I think Tiegan will be longer.  Geist might be closer to the

22   half day.

23            MS. PETERSON:  Depending on what they say, I would

24   anticipate their crosses being fairly short.  But if they

25   need to be impeached, they will be very long crosses.  So --

1          THE COURT:  All right.  So assuming Geist is first

2    thing Wednesday morning, will Tiegan be available Wednesday

3    afternoon if we get through Geist?

4          MR. DiLORENZO:  It's my understanding that Tiegan

5    will be here Wednesday.

6          THE COURT:  Okay.

7          MR. DiLORENZO:  And that Geist will be here

8    Thursday, Thursday -- Geist will be ready to go Thursday

9    morning.  Tiegan --

10         THE COURT:  What if we finish Tiegan in the

11   morning?

12         MR. DiLORENZO:  So there's potentially two other

13   witnesses we have relating to the -- actually, could we

14   approach?

15         (Sealed bench conference)

16         MR. DiLORENZO:  ████████████████████████████

17   ████████████████████████████████████████████████████

18   ███████████████████████████████████████████

19   █████████████████████████████████████████████

20   ██████████████████

21         ██████████████████████████████████████

22   ████████████████████████████████████████████

23   █████████████████████████████████████████████

24   ██████████████████████████████████████

25         THE COURT:  ██████████████████████████

3067



1        MR. DiLORENZO:

16       THE COURT:

17       MS. PETERSON:

21       MR. DiLORENZO:

3068

1  ███████████████████

2        █████████████████████████████████

3  ███████████

4        MS. PETERSON: ████████████████████

5  ████████████████████████████████████████████

6  ████████████████████████████████████

7  █████████████████████████████████

8  ████████████████████████████████████

9        MR. DiLORENZO: █████████████████

10 ██████████████████████████

11       MS. PETERSON: ███████████████

12 █████████████████████████████████████

13 █████████████████████████████████████

14 ███████████████████

15       THE COURT: ██████████████████

16 █████████████

17       MR. DiLORENZO: ████████████████████

18 █████████████████████████████████████

19 ███████████████████████████

20       THE COURT: ██████████████████

21 ██

22       MR. DiLORENZO: ████████████████

23       THE COURT: ███████████████

24 █████████████

25       MR. CRABB: ██████



```
1        MS. PETERSON:  ████████████████████████████
2   █████████████████████████████████████████████████
3   ███████████████████████████
4        MR. DiLORENZO:  ████████████████████████████
5   ██████████████████████████████████████████████
6   ████████████████████████████████████████████
7   █████████████████████████████████████████████
8   ██████████████████████████████
9        MS. PETERSON:  ██████████████████████████████
10  █████████████████████████████████████████
11  █████████████████████████████████████████
12  ████████████████████████████████████████████
13  █████████████████████████████████████████████
14  ██████████████████████████████████████████████
15  █████████████████████████
16       THE COURT:  ███████████████████████████████
17  █████████████████████████████████████████████
18  ██████████████████████████████████████████████
19  █████████████████████████████████
20       MS. PETERSON:  ████████████████████████████
21  ██████████████████████████████████████████
22  █████████████████████████████████████████████
23  ████████████████████████████████████████████████
24  ██████████████
25       THE COURT:  ████████████████████████████████
```

1 ████████

2 ████████████████████████████████████

3 ████████████████████████████████████████

4 ████████████████

5     MS. PETERSON:  ██████

6     THE COURT:  ████████████████████████

7 ██████████████████████████████████████

8 ██████████████████████████████████████

9 ██████████████████████████████

10 ████████████████████████████████████

11 ██████████████████████████████████████

12 ██████████

13     MR. DiLORENZO:  ██████

14 ████████████████████████████

15     THE COURT:  ████████████████████████

16 ██████████████████████████████████

17 ████████████████████

18     MR. DiLORENZO:  ██████████████████

19 ████████████████████████████████

20 ████████████████████████████████████████

21 ████████████████████████████████████████

22 ██████████████████████████████████

23 ██████████████████████████

24     MS. PETERSON:  ████████████████

25 ████████████████████████████████

```
1   ███████████████████████████████████████████████████
2   ██████████
3            MR. DiLORENZO:    █████
4            MS. PETERSON:    ███████████████████████████
5   ███████████████████████████████████████████████████████
6   ███████████████████████████████████████████████████████
7   █████████████████████████████████████████████████████
8   ██████████
9            THE COURT:    ██████████████████████████
10           MS. PETERSON:    ███████████████████████████
11  ████
12           THE COURT:    ████████████████████████████████
13  ████████████████
14           MS. PETERSON:    ████████████████
15           THE COURT:   Yes.   Sealed.
16           All right.   See you folks tomorrow.
17           Thank you.
18           (Proceedings concluded at 4:44 p.m.)
19
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: October 23, 2017_____    /S/__William P. Zaremba_____

                            William P. Zaremba, RMR, CRR

A JUROR: [1]  3063/2
BY MS. PETERSON: [44]  3000/11 3001/23
 3003/10 3007/11 3007/20 3008/1 3010/2
 3011/10 3012/7 3012/21 3013/11 3016/1
 3016/18 3017/8 3017/16 3017/23 3018/16
 3020/15 3022/10 3023/16 3024/7 3024/12
 3028/16 3029/18 3030/20 3031/13 3038/7
 3041/13 3042/21 3044/6 3044/23 3045/2
 3045/19 3046/1 3048/21 3049/5 3051/11
 3052/8 3052/16 3055/2 3059/9 3059/18 3060/8
 3060/18
BY MS. PETRAS: [1]  3031/5
DEPUTY CLERK: [5]  2997/1 3002/4 3015/20
 3015/23 3032/13
MR. CRABB: [2]  3032/21 3066/15
MR. DiLORENZO: [22]  2998/10 2998/14
 2998/17 2999/1 2999/10 2999/19 3004/5
 3065/14 3065/19 3066/3 3066/6 3066/11
 3066/15 3066/15 3066/15 3066/15 3066/15
 3066/15 3066/15 3066/15 3066/15 3066/15
MS. HIMELSTEIN: [61]  3001/20 3003/8
 3004/11 3004/11 3004/11 3004/11 3008/12
 3008/15 3009/5 3009/11 3009/21 3012/4
 3012/19 3014/1 3014/11 3015/9 3015/14
 3018/5 3020/11 3023/9 3024/5 3024/10
 3028/14 3029/8 3030/16 3030/25 3031/10
 3031/18 3032/17 3032/21 3032/21 3032/21
 3032/21 3032/21 3032/21 3032/21 3032/21
 3032/21 3034/14 3034/22 3036/3 3036/8
 3036/21 3041/10 3044/20 3045/9 3059/6
 3059/15 3060/5 3060/13 3062/1 3063/23
 3063/23 3063/23 3063/23 3063/23 3063/23
 3063/23 3063/23 3065/4 3065/7
MS. PETERSON: [91]
MS. PETRAS: [4]  3004/11 3004/11 3061/17
 3061/20
THE COURT: [121]
THE INTERPRETER: [13]  3011/7 3013/5
 3016/15 3018/3 3022/8 3042/19 3044/4
 3048/19 3049/3 3051/9 3052/7 3052/14
 3054/25
THE JURORS: [1]  3063/4
THE WITNESS: [7]  3011/9 3013/9 3015/4
 3023/15 3028/15 3032/15 3045/12

$

$10 [3]  3021/7 3021/13 3021/20
$10 million [1]  3021/7
$16,830 [2]  3026/25 3027/4

'

'36 [1]  3014/1

/

/S [1]  3072/7

1

10,000 [1]  3058/6
103 [2]  3002/2 3003/7
106 [2]  3035/19 3039/10
109 [1]  2994/24
11-844 [1]  2994/16
11:00 [1]  2999/5
11th [16]  3000/18 3018/25 3022/3 3022/8
 3022/15 3024/17 3042/12 3043/13 3047/24
 3049/13 3049/14 3049/17 3051/20 3060/13
 3060/23 3061/7
128 [1]  3000/15
129 [3]  3001/7 3001/20 3003/6
12th [10]  3022/8 3022/15 3024/17 3024/19
 3025/14 3025/23 3026/11 3038/24 3039/18
 3040/12
130 [1]  3003/8
131 [2]  3007/14 3015/20
132 [1]  3008/6
134 [3]  3010/5 3012/19 3015/23

134k [1]  3016/20
135 [4]  3011/2 3012/24 3014/1 3017/16
135A [1]  3017/22
136 [2]  3013/18 3017/7
136A [2]  3017/6 3017/15
137 [1]  3018/16
138 [3]  3028/3 3029/7 3029/17
139 [2]  3041/20 3042/2
13th [2]  3057/25 3058/3
14 [1]  2994/7
14-141 [1]  2994/4
14.5s [2]  3035/22 3038/16
140 [1]  3052/7
141 [1]  2994/4
15-minute [1]  2997/24
16,000 [2]  3056/22 3058/23
1794 [1]  2994/17
17th [5]  3018/24 3022/6 3022/25 3023/8
 3038/11
1899 [1]  2995/4
1:30 [1]  2994/6

2

20 [1]  3025/19
20001 [1]  2995/14
20004 [1]  2994/23
20006 [1]  2995/5
2012 [7]  3000/18 3019/21 3020/5 3022/9
 3049/14 3060/13 3060/24
2013 [16]  3020/8 3020/18 3021/3 3021/5
 3021/11 3021/21 3021/22 3053/14 3054/15
 3056/1 3056/6 3057/4 3057/4 3058/19 3059/2
 3059/20
2015 [20]  3022/1 3022/3 3022/12 3025/14
 3027/11 3027/20 3029/23 3030/14 3038/20
 3039/12 3039/18 3040/9 3040/12 3040/20
 3041/6 3042/8 3049/13 3057/25 3058/4
 3059/24
2017 [2]  2994/6 3072/7
202 [4]  2994/17 2994/24 2995/5 2995/15
20530 [1]  2994/17
208-7500 [1]  2994/24
23 [2]  2994/6 3072/7
234 [1]  3014/10
23rd [2]  3053/14 3054/15
2468 [1]  3035/13
2471 [1]  3037/7
252-1794 [1]  2994/17
25th [3]  3021/21 3021/22 3059/2
2689 [1]  3045/25
27th [9]  3026/21 3027/11 3027/19 3029/20
 3029/23 3029/25 3030/14 3038/20 3040/8

3

30 [1]  3065/9
3249 [1]  2995/15
333 [1]  2995/13
354-3249 [1]  2995/15
3:15 [1]  3032/15
3:30 [1]  3032/7
3:32 [1]  3032/15

4

405 [1]  3040/22
45 minutes [2]  3061/22 3065/2
47 [1]  3039/20
4:30 [3]  2997/25 3038/2 3061/20
4:44 [1]  3071/18

5

550 [1]  2994/23
555 [1]  2994/16

6

6,000 [1]  3056/22
600 [1]  2995/4
625 [1]  2994/22

**6**

6511 [1]   2995/14

**7**

7500 [1]   2994/24

**8**

833-8900 [1]   2995/5
844 [1]   2994/16
8900 [1]   2995/5

**9**

90 [1]   3025/1
90-day [1]   3024/24
9:00 [1]   3063/5
9:30 [4]   3062/6 3063/5 3063/7 3063/18

**A**

A-g-o-r-i [1]   3018/3
A-k-u-r-i [1]   3018/3
A-1 [1]   3016/9
Abdel [7]   3010/9 3010/21 3011/19 3011/25
  3016/3 3016/21 3016/24
Abdullah [3]   3051/9 3052/8 3052/18
able [3]   3002/8 3036/18 3038/2
about [86]
above [1]   3072/4
above-titled [1]   3072/4
absolutely [1]   3008/20
ABU [33]   2994/7 3019/5 3019/25 3022/24
  3023/6 3023/8 3027/8 3028/20 3029/3 3037/18
  3042/24 3043/17 3044/12 3044/15 3044/20
  3045/5 3047/8 3047/18 3047/20 3048/4
  3048/15 3048/24 3049/3 3049/8 3049/15
  3049/18 3049/20 3050/7 3050/14 3051/16
  3051/19 3061/6 3061/9
accommodations [1]   3026/2
according [6]   3019/4 3019/12 3019/24 3029/3
  3044/11 3057/19
account [8]   3026/11 3026/15 3026/17 3026/25
  3027/1 3036/20 3041/22 3042/6
accurately [1]   2997/12
across [1]   3047/11
acted [1]   3053/1
actions [1]   3054/6
actually [13]   3000/20 3014/9 3019/12
  3019/17 3023/12 3035/1 3036/10 3044/22
  3053/19 3055/14 3056/18 3060/12 3066/13
add [1]   3037/19
addition [2]   3030/25 3045/17
admit [5]   3001/19 3003/5 3012/18 3013/25
  3029/6
admitted [6]   3002/4 3015/18 3015/20 3015/23
  3017/7 3017/16
advise [1]   3053/15
advised [1]   3062/24
afraid [2]   3008/16 3054/5
after [17]   3003/22 3042/11 3042/11 3043/13
  3047/17 3047/20 3048/1 3048/9 3048/25
  3049/13 3051/16 3051/20 3051/20 3054/20
  3058/25 3059/5 3059/11
afternoon [6]   2994/8 3031/25 3062/20
  3062/23 3063/12 3066/3
Afterwards [1]   3046/13
again [14]   2997/2 2998/22 3002/18 3018/4
  3032/16 3038/23 3040/12 3042/1 3045/2
  3055/2 3055/20 3055/24 3060/18 3062/5
against [1]   2997/16
agency [1]   3060/11
Agent [50]   2997/18 2998/8 2998/24 2999/21
  3003/21 3003/22 3010/14 3010/18 3014/16
  3014/17 3014/23 3015/11 3022/4 3022/4
  3022/22 3023/18 3023/23 3026/14 3027/19
  3036/16 3037/15 3038/19 3038/23 3039/17
  3039/24 3040/4 3040/8 3040/13 3040/19
  3041/9 3041/16 3049/4 3049/7 3049/13
  3049/17 3049/22 3050/4 3050/6 3050/12

3058/25 3057/3 3057/25 3058/9 3058/11
  3058/16 3059/6 3059/14 3059/24 3060/21
  3060/21
Agent Clarke [1]   3022/4
agents [2]   3057/2 3060/21
Agori [2]   3017/25 3018/20
agree [1]   3012/7
AHMED [5]   2994/7 3029/22 3051/9 3052/8
  3052/18
aided [1]   2995/18
airplane [1]   3009/16
airport [4]   3045/22 3050/22 3051/3 3053/20
AK [3]   3038/25 3039/20 3040/5
AK-47 [1]   3039/20
AK-47-style [1]   3038/25
AK-47-type [1]   3040/5
Al [20]   3010/19 3010/21 3010/22 3011/23
  3011/25 3013/3 3013/5 3013/8 3014/10
  3014/11 3016/4 3016/4 3016/9 3016/21
  3016/24 3017/18 3017/20 3018/20 3029/22
  3030/3
Al-Agori [1]   3018/20
Al-Bassit [2]   3010/21 3016/4
Al-Dijawi [1]   3030/3
Al-Farsi [1]   3029/22
Al-Gharabi [2]   3013/3 3017/18
Al-Sahati [5]   3013/5 3013/8 3014/10 3014/11
  3017/20
Al-Shehibi [8]   3010/19 3010/22 3011/23
  3011/25 3016/4 3016/9 3016/21 3016/24
Aldos [4]   3013/23 3014/18 3017/3 3017/11
alert [1]   3037/4
all [40]   2997/2 2997/5 2998/9 2998/24
  3000/2 3004/2 3007/22 3008/18 3010/1
  3010/13 3016/6 3021/24 3026/13 3026/16
  3031/21 3032/9 3032/14 3036/3 3036/4
  3037/23 3038/5 3039/10 3047/17 3050/9
  3053/21 3054/20 3054/22 3055/7 3056/9
  3056/20 3061/13 3062/4 3062/7 3062/9 3063/7
  3063/12 3063/17 3065/1 3066/1 3071/16
All right [9]   2997/5 3000/2 3007/22 3032/9
  3038/5 3062/4 3063/17 3065/1 3066/1
allegedly [1]   3030/6
allow [1]   3009/7
almost [1]   3059/24
along [2]   3017/14 3062/21
already [6]   3009/2 3026/24 3053/2 3054/12
  3054/12 3060/7
also [10]   2997/15 3002/16 3018/3 3028/13
  3028/18 3029/20 3030/9 3037/4 3039/18
  3058/11
Alubydi [2]   2999/21 3000/7
always [1]   3027/21
am [5]   3021/18 3026/9 3046/19 3052/4
  3062/21
Ambassador [3]   3025/10 3045/14 3053/20
Ambassador's [8]   3045/22 3050/18 3050/21
  3050/25 3051/2 3052/14 3052/19 3053/16
AMERICA [1]   2994/3
American [1]   3051/23
Americans [2]   3045/15 3054/6
ammunition [8]   3031/17 3035/17 3035/23
  3038/10 3039/16 3042/19 3042/25 3061/11
among [1]   3020/23
amount [1]   3025/11
annex [1]   3037/18
another [11]   2997/24 3001/16 3012/3 3020/25
  3034/16 3041/3 3041/12 3059/1 3059/4
  3059/13 3062/9
answer [2]   3054/5 3060/17
answered [1]   3028/15
anticipate [1]   3065/24
anticipating [1]   3063/15
Anwar [4]   3013/23 3014/18 3017/3 3017/10
Anwar Aldos [1]   3017/3
any [8]   3015/13 3025/21 3026/16 3028/18
  3030/15 3049/16 3050/13 3056/16
anyone [13]   3019/20 3019/22 3019/24 3020/5

**A**

anyone... [9]   3020/7 3021/1 3026/6 3053/17
 3057/1 3060/7 3060/22 3063/1 3063/7
anything [13]   3020/11 3021/4 3022/5 3022/17
 3023/21 3027/7 3027/20 3028/18 3040/7
 3040/13 3044/3 3044/9 3056/13
apologize [1]   3036/8
Appeals [1]   2997/20
APPEARANCES [2]   2994/12 2995/1
application [1]   2997/16
approach [7]   3004/9 3008/13 3014/4 3032/18
 3061/17 3063/21 3066/14
appropriate [1]   2997/19
appropriately [1]   3052/6
Approximately [1]   3019/14
Arabic [4]   3016/14 3018/8 3042/4 3052/4
are [28]   2998/7 2999/10 3000/4 3002/8
 3013/16 3014/6 3014/14 3014/14 3014/24
 3016/11 3021/16 3022/20 3032/3 3032/13
 3037/9 3038/1 3039/7 3043/4 3048/8 3058/11
 3062/7 3062/8 3062/14 3062/17 3062/25
 3065/14 3065/18 3065/18
area [1]   3001/14
argue [1]   3014/15
armories [1]   3039/22
armory [1]   3039/24
around [1]   2997/25
arrange [1]   3049/10
arrived [1]   3025/8
as [48]   2997/19 2998/13 2999/4 2999/5
 3000/8 3000/15 3001/7 3002/1 3002/3 3003/6
 3007/13 3008/5 3009/1 3009/19 3009/20
 3010/4 3010/21 3011/1 3011/7 3012/24
 3013/18 3015/1 3015/1 3016/3 3016/20
 3018/15 3020/22 3028/2 3028/10 3028/21
 3028/25 3030/5 3035/19 3036/2 3036/9
 3037/17 3037/21 3041/20 3041/22 3042/1
 3046/21 3046/22 3049/4 3058/12 3062/10
 3062/22 3062/22 3065/13
aside [2]   3056/19 3057/11
ask [17]   3000/13 3000/14 3000/16 3001/11
 3002/12 3007/14 3009/6 3012/6 3020/13
 3021/20 3035/3 3035/7 3036/19 3042/2
 3042/16 3052/5 3060/18
asked [16]   3003/16 3011/5 3019/3 3023/22
 3025/7 3025/10 3025/10 3025/22 3028/15
 3036/5 3036/5 3037/7 3045/10 3054/4 3059/12
 3062/8
asking [8]   3001/8 3003/12 3035/2 3038/9
 3039/23 3039/24 3044/25 3045/9
assault [3]   3038/21 3040/5 3053/4
assertion [1]   3061/6
assign [1]   3008/19
assistance [5]   3025/7 3025/10 3025/10
 3026/4 3054/21
associated [6]   3014/19 3019/20 3020/5
 3020/9 3021/1 3060/22
assume [1]   3014/23
assuming [3]   2997/24 3014/20 3066/1
assumption [1]   3003/1
attack [11]   3019/7 3019/25 3020/10 3021/12
 3023/1 3037/18 3044/13 3045/6 3047/24
 3049/14 3061/12
attacks [2]   3056/7 3061/7
attempting [2]   3034/16 3058/5
attention [3]   3023/20 3037/5 3041/21
Attieh [1]   2995/9
ATTORNEY'S [1]   2994/15
attorneys [1]   2999/7
Autobank [3]   3041/24 3041/25 3042/7
automatic [1]   3038/25
available [5]   3036/21 3062/25 3065/14
 3065/16 3066/2
Avenue [3]   2994/22 2995/4 2995/13
Aymen [1]   3030/3

**B**

BAACH [1]   2995/3
back [21]   3000/2 3000/13 3000/25 3001/3
 3001/25 3003/4 3008/3 3009/16 3018/22
 3025/21 3026/21 3032/7 3036/13 3042/15
 3043/21 3045/14 3045/14 3051/14 3053/13
 3058/18 3058/21
backfilling [1]   3061/21
bank [8]   3026/10 3026/15 3026/17 3036/17
 3036/20 3041/22 3041/24 3042/6
banked [1]   3042/8
Barghathi [1]   3030/5
based [2]   3034/17 3063/14
Bassit [7]   3010/9 3010/21 3011/19 3011/25
 3016/4 3016/21 3016/24
be [40]   2997/3 2998/17 2998/22 3001/9
 3008/24 3012/6 3015/18 3016/9 3016/22
 3018/3 3020/14 3023/13 3025/22 3032/3
 3032/17 3036/18 3038/2 3039/9 3046/5
 3046/21 3047/5 3053/1 3054/17 3055/20
 3061/25 3061/25 3062/15 3062/16 3063/15
 3065/3 3065/12 3065/16 3065/21 3065/22
 3065/25 3065/25 3066/2 3066/5 3066/7 3066/8
because [12]   3008/22 3008/25 3020/20
 3020/22 3036/17 3037/9 3043/3 3044/20
 3045/5 3045/21 3054/11 3056/8
been [14]   2997/15 2997/18 2999/21 2999/22
 3000/7 3002/1 3002/3 3004/1 3011/6 3015/18
 3037/8 3037/11 3043/2 3050/17
before [21]   2994/10 2997/6 2999/22 3003/12
 3011/3 3019/7 3019/10 3019/12 3019/25
 3023/1 3035/9 3039/4 3039/8 3043/7 3044/3
 3044/8 3047/22 3053/4 3059/5 3059/14
 3061/11
beginning [2]   3025/14 3026/11
beige [1]   3053/9
being [7]   3010/14 3014/25 3030/6 3030/10
 3055/17 3062/22 3065/24
belabor [1]   3053/14
believe [11]   2998/18 2999/11 3002/24
 3015/23 3039/15 3040/10 3041/16 3044/15
 3045/1 3045/4 3065/10
believed [2]   3044/12 3044/14
belong [1]   3053/23
belongs [1]   3056/19
bench [8]   3004/11 3008/15 3014/5 3018/13
 3032/21 3061/19 3063/23 3066/15
Benghazi [2]   3011/15 3013/16
besides [1]   2998/10
best [1]   3032/12
better [4]   3000/20 3000/24 3001/4 3012/6
between [5]   3016/23 3026/3 3027/7 3046/5
 3060/2
bias [4]   3008/19 3008/19 3009/1 3009/2
big [1]   3036/10
biggest [1]   3046/11
Bilal [2]   2999/21 3000/7
birth [1]   3025/19
bit [2]   2999/5 3032/12
body [11]   3045/14 3045/22 3050/18 3050/21
 3050/25 3051/2 3052/14 3052/19 3052/24
 3053/16 3053/19
Bojilla [3]   3051/9 3052/8 3052/18
Booth [2]   3036/23 3036/25
Boulahbib [3]   3007/23 3007/24 3007/24
boundaries [1]   3054/12
boxes [4]   3037/3 3042/19 3042/25 3043/3
Brad [1]   3065/5
break [6]   2997/25 3031/25 3032/5 3032/6
 3061/23 3062/5
briefly [1]   3015/17
brigade [6]   3011/14 3012/3 3012/13 3013/4
 3013/13 3053/11
broke [2]   3003/12 3038/9
brother [6]   3008/23 3009/12 3009/12 3009/13
 3009/16 3055/14
brother's [1]   3008/19

**B**

Bruzayza [12]   3019/5 3020/1 3022/24 3027/8
 3029/3 3043/25 3044/8 3047/4 3047/7 3047/10
 3047/13 3061/10
Budapest [1]   3025/20
building [5]   2994/15 3031/16 3035/16
 3039/20 3040/17
buildings [5]   3035/14 3036/2 3038/10
 3038/25 3039/5
bullet [1]   2997/9
bulletproof [1]   3055/14
business [5]   3048/11 3048/17 3050/8 3050/11
 3050/14
busy [1]   3055/18
buy [1]   3058/25

**C**

Cairo [1]   3008/23
call [9]   2998/24 3009/19 3018/19 3044/16
 3044/16 3045/17 3048/5 3052/1 3065/3
calling [3]   3009/20 3048/6 3053/15
calls [1]   3051/16
came [5]   3026/21 3027/12 3027/13 3054/24
 3055/5
Camp [5]   3018/24 3022/6 3022/25 3023/8
 3038/11
can [21]   2999/15 3000/22 3000/24 3001/1
 3001/23 3002/18 3007/14 3007/25 3008/25
 3010/8 3013/6 3016/16 3016/17 3020/13
 3029/13 3031/1 3031/3 3032/5 3060/17 3062/1
 3062/23
can you [3]   3002/18 3010/8 3013/6
can't [1]   3016/7
cannot [3]   3016/18 3027/10 3041/11
canvass [2]   2999/17 2999/18
car [12]   3027/23 3028/1 3028/13 3056/13
 3056/17 3057/5 3057/7 3057/10 3059/1 3059/5
 3059/8 3059/21
care [1]   3056/16
careful [1]   3015/19
carry [1]   2998/24
cars [5]   3027/21 3027/25 3028/11 3028/12
 3042/18
case [10]   2997/17 2998/9 3009/19 3037/17
 3044/25 3062/10 3062/13 3062/21 3063/18
 3063/19
cash [2]   3027/3 3027/4
Center [1]   2994/15
certain [2]   3025/11 3037/15
certainly [1]   3009/2
Certified [1]   2995/11
certify [1]   3072/2
chairman [1]   3046/19
changed [1]   3036/1
charge [1]   3013/15
chart [2]   3029/8 3029/18
check [1]   3027/2
chiefs [1]   3046/20
choice [1]   3057/6
CHRISTOPHER [1]   2994/10
Christopher's [1]   3045/14
circle [3]   3000/19 3001/11 3001/14
city [2]   3001/16 3013/15
clarify [1]   2999/20
Clarke [49]   2998/8 2998/24 3003/21 3010/15
 3010/18 3014/16 3014/17 3014/23 3015/11
 3022/4 3022/22 3023/18 3023/23 3026/14
 3027/11 3027/15 3027/19 3028/5 3029/22
 3037/15 3038/19 3038/23 3039/17 3039/24
 3040/4 3040/8 3040/13 3040/19 3041/9
 3041/16 3048/24 3049/4 3049/7 3049/13
 3049/17 3049/22 3050/4 3050/6 3050/12
 3056/25 3057/3 3058/1 3058/3 3058/11
 3058/16 3059/6 3059/14 3059/24 3060/21
Clarke's [1]   3036/16
classified [2]   2997/8 2997/14
clean [2]   3000/14 3036/12

clear [2]   3000/23 3022/19
client [6]   3014/6 3014/10 3014/12 3014/17
 3014/21 3015/7
close [1]   3016/10
closer [2]   3053/9 3065/21
clothes [1]   3053/10
coffee [1]   3055/12
colleagues [1]   3055/17
COLUMBIA [2]   2994/2 2995/13
come [12]   2997/3 3000/24 3008/3 3014/23
 3025/21 3032/6 3032/17 3037/9 3037/23
 3043/3 3046/21 3055/19
coming [1]   3009/16
command [1]   3046/19
commander [1]   3041/14
comment [1]   3041/11
commentary [1]   3059/17
committed [1]   3054/17
communicate [1]   3037/24
communication [1]   3048/5
communications [1]   3048/4
compensation [1]   3025/11
complete [1]   3056/8
compound [5]   3012/5 3020/13 3023/10 3023/12
 3040/21
computer [1]   2995/18
computer-aided [1]   2995/18
concerned [1]   3062/21
concluded [1]   3071/18
concluding [1]   3038/2
conference [7]   3004/11 3008/15 3014/5
 3032/21 3061/19 3063/23 3066/15
confusing [1]   3059/17
considered [1]   3045/18
Constitution [1]   2995/13
consulate [1]   3020/10
contact [12]   3047/18 3047/19 3047/19
 3047/20 3048/6 3048/8 3049/20 3049/24
 3051/15 3051/18 3051/22 3053/17
contacted [3]   3000/17 3049/11 3053/18
contacts [1]   3051/19
continued [5]   2995/1 3000/11 3047/18 3048/3
 3065/2
continuing [1]   2997/15
conversation [1]   3059/11
COOPER [1]   2994/10
copy [1]   3036/16
correct [11]   3001/17 3011/8 3016/4 3016/15
 3017/3 3017/11 3025/25 3040/14 3042/8
 3043/7 3072/3
corrected [1]   3011/9
correctly [1]   3002/16
could [29]   2997/19 2998/24 2999/4 2999/14
 3000/16 3000/19 3001/11 3001/14 3002/12
 3002/15 3007/19 3012/6 3018/3 3018/12
 3025/20 3037/8 3037/11 3042/20 3043/2
 3044/5 3048/20 3049/21 3052/5 3052/15
 3054/3 3055/1 3056/14 3063/2 3066/13
could you [1]   3049/21
couldn't [2]   3039/18 3044/6
counsel [13]   2999/25 3009/7 3012/5 3016/13
 3018/9 3020/13 3031/2 3034/16 3036/5
 3036/22 3037/5 3059/17 3061/17
couple [4]   2997/5 3019/17 3026/22 3048/1
course [7]   3019/22 3020/20 3021/14 3024/15
 3047/15 3048/13 3048/14
court [21]   2994/1 2995/10 2995/12 2995/12
 2997/2 2997/7 2997/11 2997/20 2999/17
 3007/11 3009/6 3009/25 3015/16 3018/13
 3026/8 3032/16 3032/19 3034/14 3037/4
 3062/3 3064/25
Court of Appeals [1]   2997/20
Court's [1]   2997/16
courtroom [5]   3000/1 3032/8 3038/4 3046/9
 3063/20
cover [1]   3029/16
covered [1]   3040/15

**C**

CR [1]   2994/4
Crabb [1]   2994/13
cross [8]   2996/4 2998/19 2998/25 3000/11
 3009/3 3062/15 3065/2 3065/9
CROSS-EXAMINATION [1]   3000/11
cross-examinations [1]   3062/15
cross-examined [1]   3009/3
crosses [2]   3065/24 3065/25
CRR [2]   3072/2 3072/8
Cruiser [1]   3058/9
curious [1]   3062/7
current [1]   2997/10
custody [1]   3057/17

**D**

D.C [6]   2994/5 2994/17 2994/22 2994/23
 2995/5 2995/14
dangerous [1]   3008/24
date [3]   3031/2 3036/22 3072/7
dawn [1]   3023/7
day [14]   2994/7 2998/23 2999/5 3024/19
 3024/24 3035/8 3047/6 3061/25 3062/5 3063/9
 3065/18 3065/19 3065/20 3065/22
days [12]   2998/21 2999/1 3018/24 3019/10
 3019/16 3024/16 3025/1 3025/19 3039/8
 3042/11 3042/11 3048/1
dealing [1]   3049/20
dealings [6]   3048/18 3048/24 3049/16 3050/8
 3050/11 3050/15
decided [1]   3020/25
Defendant [4]   2994/8 2994/20 2995/2 2997/4
Defendant's [19]   3000/15 3001/7 3001/20
 3003/6 3007/14 3008/6 3010/5 3011/2 3012/19
 3012/24 3013/18 3014/1 3016/20 3018/16
 3028/3 3029/7 3029/17 3041/20 3042/2
Defendant's Exhibit 128 [1]   3000/15
Defendant's Exhibit 129 [1]   3001/20
Defendant's Exhibit 131 [1]   3007/14
Defendant's Exhibit 132 [1]   3008/6
Defendant's Exhibit 134 [2]   3010/5 3012/19
Defendant's Exhibit 134A [1]   3016/20
Defendant's Exhibit 135 [3]   3011/2 3012/24
 3014/1
Defendant's Exhibit 136 [1]   3013/18
Defendant's Exhibit 137 [1]   3018/16
Defendant's Exhibit 138 [2]   3028/3 3029/7
Defendant's Exhibit 139 [2]   3041/20 3042/2
Defendant's Exhibit No. 129 [2]   3001/7
 3003/6
Defendant's Exhibit No. 138 [1]   3029/17
DEFENDER [1]   2994/21
defense [3]   2997/7 2997/13 3059/17
defer [1]   2998/7
deliver [1]   3057/5
demonstration [3]   3028/10 3029/1 3029/2
demonstrative [6]   3016/21 3017/5 3017/14
 3017/22 3018/16 3051/14
Depending [1]   3065/23
depends [1]   3062/15
deposed [1]   3008/23
deposited [1]   3026/24
describes [1]   3035/20
describing [1]   3055/8
design [1]   3058/9
designed [1]   3039/8
despite [1]   3047/3
detail [1]   3039/22
detailed [1]   3061/13
details [3]   3020/21 3028/22 3060/23
developed [1]   3037/17
did [78]   3001/15 3002/19 3002/22 3003/1
 3011/12 3012/9 3019/21 3019/22 3020/7
 3020/17 3020/19 3020/20 3020/25 3021/3
 3021/8 3021/18 3021/23 3021/23 3022/8
 3022/18 3022/23 3023/1 3023/16 3027/1
 3027/2 3027/20 3028/18 3028/20 3030/1

3030/3 3036/15 3036/16 3037/25 3035/12
 3037/11 3039/6 3039/11 3039/13 3039/14
 3039/15 3040/10 3040/13 3041/4 3041/24
 3045/1 3045/4 3047/1 3047/16 3048/18
 3048/23 3049/2 3049/7 3049/10 3049/16
 3049/17 3049/22 3049/24 3050/11 3050/12
 3050/20 3051/5 3051/7 3051/16 3051/19
 3053/5 3053/17 3053/20 3054/1 3054/2 3054/2
 3054/11 3054/20 3056/16 3060/7 3060/11
 3060/22 3061/5 3063/8
did you [16]   3001/15 3019/21 3020/19 3021/3
 3021/8 3022/8 3022/18 3023/1 3027/20
 3028/20 3030/1 3030/3 3030/16 3039/6
 3039/13 3049/22
didn't [32]   3012/3 3019/24 3020/5 3020/10
 3021/1 3021/4 3021/7 3021/9 3021/20 3022/4
 3022/17 3023/7 3023/20 3027/20 3028/14
 3028/24 3029/21 3029/22 3029/25 3030/3
 3030/5 3031/4 3035/25 3037/15 3039/4 3040/7
 3044/14 3044/14 3047/19 3047/19 3051/15
 3061/9
difference [1]   3026/3
different [9]   3001/5 3001/6 3030/10 3035/10
 3039/25 3055/25 3057/14 3058/1 3058/17
differently [1]   3031/10
difficult [1]   3001/2
Dijawi [1]   3030/3
DiLorenzo [1]   2994/14
dinar [1]   3058/6
direct [10]   2996/4 2998/19 2999/15 3031/2
 3036/14 3037/5 3041/21 3042/10 3042/17
 3042/23
directed [1]   3034/18
directly [1]   3053/15
discovered [2]   3046/10 3046/13
discuss [2]   3021/23 3063/10
discussed [5]   3023/3 3023/4 3024/20 3025/24
 3026/6
discussing [1]   3020/21
discussion [1]   3057/13
discussions [2]   3048/6 3063/18
dismiss [1]   3062/1
display [3]   3016/14 3029/14 3029/15
dispute [1]   3011/22
distinction [1]   3036/11
distinguishing [1]   3045/16
DISTRICT [5]   2994/1 2994/2 2994/11 2995/12
 2995/13
do [66]   2999/4 3000/20 3003/14 3003/19
 3003/23 3007/16 3008/8 3008/18 3009/1
 3009/3 3009/7 3010/6 3010/14 3010/18
 3010/21 3011/3 3011/16 3012/25 3013/19
 3016/7 3017/1 3018/5 3019/5 3023/25 3025/21
 3026/10 3027/23 3029/13 3030/12 3031/7
 3031/9 3031/11 3031/16 3032/12 3035/18
 3036/21 3038/12 3040/2 3041/17 3041/22
 3042/13 3042/17 3042/23 3043/2 3045/8
 3045/24 3049/12 3050/3 3050/17 3052/3
 3052/10 3052/23 3053/14 3054/19 3054/19
 3054/23 3055/4 3055/19 3056/10 3056/13
 3056/21 3058/22 3061/17 3061/22 3062/23
 3062/23
do you [18]   3003/19 3010/14 3031/9 3031/16
 3040/2 3042/13 3042/17 3042/23 3043/2
 3045/24 3050/17 3052/3 3054/19 3054/23
 3055/4 3055/19 3056/21 3058/22
Do you know [1]   3052/10
do you recognize [5]   3007/16 3010/6 3012/25
 3013/19 3041/22
do you remember [6]   3010/18 3010/21 3026/10
 3027/23 3049/12 3053/14
do you remember that [4]   3003/14 3019/5
 3023/25 3030/12
doctor [3]   2998/12 2998/12 3065/3
DOD [2]   2998/11 2998/12
does [5]   3004/4 3012/11 3014/20 3016/12
 3034/20
doesn't [5]   3004/4 3014/13 3014/13 3014/17

doesn't... – friends
Page 3078
Case 1:14-cr-00141-CRC   Document 428   Filed 10/27/17   Page 85 of 96

**D**

doesn't... [1]  3037/22
doing [2]  3014/22 3053/5
don't [43]  2998/2 2998/4 2998/25 3010/16
 3013/21 3014/19 3015/13 3016/11 3016/13
 3018/5 3023/2 3023/4 3024/2 3026/13 3026/15
 3027/9 3027/17 3028/7 3031/24 3032/6 3039/3
 3039/14 3040/3 3040/10 3040/18 3041/8
 3041/17 3052/12 3052/20 3054/18 3055/18
 3056/5 3057/2 3057/5 3058/20 3058/24
 3059/12 3060/3 3060/3 3061/23 3063/10
 3063/21 3065/10
done [2]  2997/11 3055/16
down [4]  3027/16 3041/9 3055/8 3055/12
Dr. [1]  3065/5
Dr. Brad [1]  3065/5
draw [2]  3000/19 3001/14
drawing [1]  3027/23
drawn [1]  3029/8
drew [5]  3028/10 3028/23 3028/25 3028/25
 3040/25
drinking [1]  3055/12
driven [1]  3035/14
driver [1]  3023/6
drove [2]  3023/8 3051/2
due [1]  3036/4
during [2]  3027/9 3042/17

**E**

each [1]  3052/21
earlier [4]  2998/13 3018/19 3023/23 3056/25
easier [1]  3009/23
easy [1]  3016/25
efficient [1]  3062/22
Egypt [1]  3014/10
either [2]  3020/11 3021/7
El [1]  2995/9
El-Suqi [1]  2995/9
elicit [1]  3015/11
Elsayed [1]  2995/2
else [4]  3014/14 3035/21 3054/10 3060/4
else's [1]  2999/9
embassy [3]  3025/5 3025/6 3025/9
English [2]  3016/11 3016/14
enough [1]  3037/1
enter [2]  3028/9 3028/11
entered [4]  2997/4 3000/1 3038/4 3040/21
entire [2]  2999/20
entrance [1]  3041/1
environment [1]  3053/6
Eric [1]  2995/2
eric.lewis [1]  2995/6
especially [1]  3053/2
establish [1]  3014/8
estate [1]  3050/9
estimate [3]  3037/21 3037/24 3062/10
euros [3]  3056/22 3056/22 3058/23
even [9]  3023/7 3039/8 3047/7 3047/17
 3049/25 3051/22 3056/10 3056/16 3056/18
evening [2]  3002/14 3053/8
event [11]  3018/23 3019/3 3019/21 3020/11
 3020/19 3021/2 3021/7 3022/5 3022/17
 3030/22 3040/13
events [1]  3060/2
ever [2]  3060/11 3060/23
everyone [1]  3000/2
everything [1]  3040/16
evidence [1]  3030/18
evidentiary [1]  3062/16
ex [1]  3032/19
exact [2]  3031/2 3062/17
exactly [9]  3008/16 3015/4 3027/17 3031/3
 3035/3 3036/1 3039/19 3040/10 3058/20
EXAMINATION [1]  3000/11
examinations [1]  3062/15
examined [1]  3009/3
examiner [1]  3052/24

exchange [4]  3021/6 3021/12 3021/20 3021/21
Excuse [3]  3036/9 3063/4 3063/6
exhibit [22]  3000/15 3001/7 3001/20 3002/2
 3002/7 3003/6 3003/7 3007/14 3008/6 3010/5
 3011/2 3012/19 3012/24 3013/18 3014/1
 3016/20 3018/16 3028/3 3029/7 3029/17
 3041/20 3042/2
exists [2]  3014/9 3014/21
exited [2]  3032/8 3063/20
expect [1]  3065/12
explain [3]  3018/12 3049/21 3054/5
expose [1]  3008/22
Ext [1]  2994/24
extend [1]  3025/1
extended [2]  3024/25 3025/22

**F**

face [2]  3013/20 3014/20
Facebook [1]  3045/19
facilitate [2]  3049/2 3049/8
fact [7]  3004/4 3024/23 3036/20 3037/11
 3047/4 3048/11 3049/18
fair [1]  3016/22
fairly [1]  3065/24
family [1]  3013/21
far [1]  3015/1
FARAJ [1]  2994/7
Farci [1]  3058/4
Farsi [2]  3029/22 3058/9
fashioned [1]  3016/8
fast [1]  3053/4
fault [1]  3020/4
FBI [3]  3020/2 3039/12
fd.org [2]  2994/24 2994/25
fear [1]  3038/2
feared [1]  3047/5
February [5]  3018/24 3022/6 3022/25 3023/8
 3038/11
FEDERAL [1]  2994/21
feeling [1]  3047/1
fellows [1]  3014/24
few [6]  3000/14 3019/10 3019/16 3042/11
 3042/11 3047/25
field [1]  3045/7
final [2]  3011/22 3013/17
financial [4]  3025/4 3025/17 3026/3 3026/4
find [4]  3000/24 3016/7 3031/13 3031/22
finds [1]  2997/11
fine [2]  2999/15 3051/11
finish [4]  2998/5 3038/2 3061/22 3066/10
first [22]  3002/9 3008/18 3009/15 3011/19
 3013/6 3013/22 3019/12 3022/14 3022/20
 3022/22 3022/23 3023/3 3024/20
 3025/24 3026/25 3027/6 3037/12 3040/24
 3042/16 3063/22 3066/1
five [5]  2997/9 3027/25 3041/2 3041/4
 3041/18
five-bullet-point [1]  2997/9
FN [1]  3040/5
FN machine [1]  3040/5
FNs [2]  3035/23 3038/16
folks [4]  3060/11 3062/8 3062/24 3071/16
FOLLOWS [1]  3000/9
force [2]  3052/23 3052/25
foregoing [1]  3072/3
Forgive [2]  3049/5 3055/2
forgot [1]  3042/15
formality [1]  3055/9
forward [1]  2997/20
foundation [1]  3060/15
four [8]  3027/12 3027/20 3027/21 3027/25
 3041/2 3041/4 3041/18 3052/21
Fourth [1]  2994/16
Friday [9]  2998/23 2998/23 2998/24 3061/25
 3062/24 3063/1 3063/2 3063/9 3063/13
Fridays [1]  3063/16
friends [1]  3055/16

## F

front [2]   3047/9 3052/6
full [2]   2999/1 3039/22
further [2]   3000/8 3037/21

## G

game [2]   3054/25 3055/6
gap [1]   3062/19
gate [4]   3002/25 3002/25 3003/2 3028/8
gave [6]   3018/2 3025/11 3026/18 3027/3 3027/4 3037/6
Geist [6]   3065/14 3065/21 3066/1 3066/3 3066/7 3066/8
general [2]   3009/9 3054/6
general's [2]   3009/13 3009/16
generalities [2]   3039/7 3039/15
generally [1]   3040/15
gentleman [8]   3009/19 3010/6 3010/10 3016/3 3017/2 3017/10 3061/2 3061/3
gentleman's [1]   3007/22
gentlemen [1]   3062/4
get [11]   2997/6 3008/3 3008/21 3024/21 3024/24 3026/7 3051/13 3052/23 3062/5 3066/3
getting [2]   3030/15 3060/4
Ghada [1]   2995/9
Gharabi [2]   3013/3 3017/18
give [9]   3002/1 3025/15 3025/19 3027/2 3036/16 3056/11 3060/12 3060/23 3061/24
giving [4]   3003/16 3010/21 3016/6 3026/10
gmail.com [1]   2995/16
go [6]   3014/21 3017/8 3036/13 3051/14 3062/13 3066/8
goes [1]   3017/14
going [40]   2997/20 2998/7 2998/16 3000/13 3000/14 3000/16 3001/5 3002/1 3004/2 3007/13 3008/5 3008/22 3010/1 3010/4 3012/23 3014/12 3014/15 3014/16 3016/7 3016/20 3016/25 3024/20 3024/24 3025/15 3025/24 3026/1 3028/2 3029/6 3029/12 3029/15 3032/2 3032/3 3036/13 3041/19 3052/3 3052/4 3058/25 3061/21 3062/5 3063/7
good [1]   3063/17
got [3]   3026/15 3027/15 3041/9
gotten [1]   3037/20
government [50]   2994/13 2997/12 2997/19 2998/7 2999/3 3000/7 3003/17 3009/18 3009/20 3018/2 3019/13 3019/21 3020/6 3020/9 3020/18 3021/2 3021/6 3021/12 3021/17 3021/25 3022/1 3022/15 3024/17 3025/3 3025/13 3025/15 3036/3 3036/15 3037/4 3037/7 3043/7 3048/18 3048/23 3053/15 3054/6 3055/24 3055/25 3057/2 3057/6 3057/15 3057/19 3057/22 3058/18 3059/2 3059/14 3060/3 3060/11 3060/12 3060/21 3065/3
government's [8]   2996/5 2998/8 3002/2 3002/6 3003/7 3021/15 3062/10 3062/12
granted [1]   3025/22
grateful [1]   3055/15
great [1]   3035/5
grenades [2]   3039/1 3039/21
grocery [1]   3024/5
group [10]   2999/6 3010/11 3010/19 3010/24 3011/6 3011/13 3012/3 3012/10 3012/15 3053/2
guessing [1]   3003/3
gun [1]   3027/7
guns [6]   3022/5 3022/18 3038/20 3038/25 3039/21 3040/5
guy [1]   3014/9

## H

H/H [2]   3000/20 3002/13
had [50]   3000/3 3010/15 3011/3 3018/19 3020/24 3022/14 3025/4 3026/24 3030/18 3035/14 3036/15 3037/19 3043/6 3044/12

had... [2]   3044/6 3044/13
hadn't [1]   3047/9
half [6]   3040/8 3047/20 3048/8 3048/11 3048/18 3048/24 3049/18 3049/18 3050/7 3050/11 3050/13 3050/17 3051/18 3053/25 3054/14 3056/7 3056/11 3057/13 3057/19 3057/19 3058/2 3058/4 3058/13 3058/22 3059/1 3059/11 3059/13 3059/14 3059/20 3059/23 3060/12 3060/20 3061/13 3061/14
half [4]   3059/25 3065/19 3065/20 3065/22
half-day [1]   3065/19
Hamza [6]   3000/17 3000/20 3001/8 3001/25 3002/9 3002/13
hand [2]   3056/14 3057/9
handed [2]   3055/13 3056/15
handing [1]   3045/13
Hands [1]   3063/3
happen [1]   3021/19
happened [9]   3018/24 3019/4 3019/8 3019/8 3021/16 3042/11 3048/7 3057/8 3060/13
happy [1]   3061/22
hard [1]   3003/25
harm [1]   3015/13
Harroun [5]   3010/9 3010/22 3011/19 3011/25 3016/24
has [15]   2997/11 2997/12 2997/13 2997/18 2999/21 2999/22 2999/23 3002/1 3002/5 3008/25 3009/3 3009/18 3058/10 3063/1 3063/14
Hassan [6]   3000/17 3000/21 3001/9 3001/25 3002/9 3002/13
hastily [1]   3053/1
have [50]   2997/15 2998/9 2998/11 2998/12 2998/20 2998/23 2999/6 2999/17 3001/23 3007/19 3007/25 3009/2 3010/17 3011/3 3011/6 3013/17 3014/2 3014/18 3014/20 3015/18 3025/2 3026/3 3026/6 3026/17 3028/21 3032/1 3036/18 3036/21 3037/8 3037/11 3043/2 3043/9 3045/8 3047/18 3048/4 3048/17 3049/16 3050/9 3051/15 3051/16 3051/19 3054/3 3055/18 3058/20 3062/8 3062/11 3062/19 3063/17 3065/1 3066/13
haven't [1]   3037/1
having [5]   3000/7 3048/6 3052/3 3052/23 3055/12
he [83]
he didn't [1]   3037/15
he said [4]   3034/21 3035/5 3035/8 3035/9
he's [4]   3014/19 3036/1 3036/2 3046/20
head [5]   3012/14 3013/4 3014/9 3014/11 3017/20
heading [1]   3046/20
heads [1]   3061/24
heads-up [1]   3061/24
hear [2]   3044/6 3045/2
heard [1]   3018/10
hearing [1]   3065/11
helped [1]   3045/13
helpful [2]   2997/13 3020/14
helping [1]   3030/6
her [2]   3019/17 3031/12
here [13]   2997/21 2997/21 3025/2 3026/7 3037/14 3039/23 3040/1 3046/8 3055/17 3056/24 3057/16 3066/5 3066/7
hesitant [1]   2998/21
Hey [1]   3058/25
high [1]   3058/9
high-design [1]   3058/9
him [42]   3002/17 3002/20 3002/21 3009/20 3010/15 3010/17 3014/7 3014/8 3022/23 3023/21 3028/13 3028/18 3029/23 3035/2 3035/2 3035/3 3035/7 3036/6 3036/14 3037/7 3038/24 3044/3 3044/13 3047/19 3048/6 3048/6 3048/9 3048/12 3048/17 3048/19 3049/2 3049/4 3049/11 3049/11 3049/12 3049/16 3049/23 3049/24 3050/2 3050/10 3051/16 3058/8
Himelstein [3]   2994/13 3019/3 3019/16
his [27]   3003/19 3004/7 3007/16 3008/9

# H

his... [23]   3008/19 3008/22 3009/1 3009/12
    3009/12 3010/8 3010/14 3010/21 3011/18
    3011/19 3011/22 3013/20 3013/21 3013/21
    3014/22 3016/12 3026/14 3034/17 3036/20
    3046/23 3051/21 3058/10 3065/4
hold [1]   3008/7
holding [1]   3028/24
honest [2]   3046/5 3047/5
honestly [2]   3021/18 3040/18
Honor [37]   2998/2 2998/11 2999/4 3000/5
    3001/19 3003/5 3004/9 3007/20 3008/1
    3008/13 3008/17 3012/18 3013/25 3015/10
    3015/17 3018/4 3018/6 3020/12 3023/10
    3024/6 3029/6 3030/17 3031/1 3031/19 3032/1
    3032/18 3034/15 3035/1 3036/15 3037/3
    3038/1 3038/7 3045/10 3059/7 3059/16 3060/6
    3060/14
HONORABLE [1]   2994/10
hope [2]   3000/3 3013/8
hopefully [1]   3062/11
hoping [1]   3056/14
hospital [6]   3050/21 3050/24 3052/13
    3052/19 3053/3 3053/3
hour [3]   2998/19 3032/10 3065/7
hour's [1]   2998/20
housekeeping [1]   2997/6
how [14]   2998/16 3001/15 3014/14 3024/20
    3025/24 3026/1 3026/15 3032/3 3044/17
    3055/22 3057/8 3062/12 3062/15 3062/15
however [1]   3016/17
howitzer [3]   3035/19 3035/20 3035/22
howitzers [9]   3030/25 3031/8 3037/8 3038/15
    3039/5 3039/10 3039/11 3040/7 3043/3
Hungary [5]   3022/13 3022/21 3022/23 3024/24
    3025/18

# I

I am [4]   3021/18 3046/19 3052/4 3062/21
I apologize [1]   3036/8
I assume [1]   3014/23
I believe [6]   2998/18 2999/11 3002/24
    3015/23 3039/15 3040/10
I can [3]   2999/15 3016/16 3016/17
I cannot [1]   3016/18
I couldn't [1]   3044/6
I did [9]   3020/7 3020/20 3021/23 3039/14
    3047/16 3049/10 3053/20 3054/2 3054/11
I didn't [3]   3023/20 3044/14 3047/19
I didn't see [1]   3035/25
I don't [8]   3010/16 3013/21 3023/2 3027/9
    3039/14 3040/18 3058/20 3060/3
I don't believe [1]   3065/10
I don't know [6]   3016/11 3018/5 3023/4
    3024/2 3027/17 3060/3
I don't recall [8]   3039/3 3040/10 3041/8
    3041/17 3052/12 3052/20 3054/18 3058/24
I had [6]   3020/24 3036/15 3047/1 3058/2
    3061/13 3061/14
I have [9]   2999/6 3014/2 3026/6 3028/21
    3032/1 3043/9 3045/8 3048/17 3050/9
I haven't [1]   3037/1
I hope [2]   3000/3 3013/8
I just [4]   3011/4 3035/7 3049/11 3050/20
I know [5]   3013/20 3015/1 3027/22 3035/12
    3039/22
I mean [4]   3046/5 3046/8 3046/22 3053/6
I recall [1]   3052/22
I think [11]   2998/3 2998/5 3010/16 3011/3
    3011/6 3012/6 3020/14 3035/10 3047/12
    3065/20 3065/21
I thought [2]   3046/6 3046/15
I told [3]   3044/15 3058/7 3058/8
I understand [3]   3035/25 3063/14 3063/16
I want [3]   3018/22 3036/18 3053/13
I wanted [1]   3019/11
I was [12]   3003/12 3008/16 3023/20 3029/15

I worked... [1]   3047/6 3046/14 3047/24 3053/6 3054/11
    3054/12 3055/13 3056/14
I worked [1]   3025/6
I would [8]   3001/11 3001/19 3003/5 3009/6
    3013/25 3057/9 3063/13 3065/23
I wouldn't [1]   3065/11
I'll [22]   3001/3 3002/6 3003/4 3008/3
    3010/13 3013/18 3015/17 3017/5 3017/22
    3018/14 3023/14 3028/2 3031/24 3032/12
    3037/24 3041/21 3042/1 3052/6 3060/16
    3060/18 3061/24 3063/21
I'm [51]   2998/21 3000/13 3000/14 3000/16
    3001/5 3001/8 3002/1 3003/8 3004/2 3007/13
    3008/5 3010/1 3010/4 3012/23 3013/8 3016/7
    3016/20 3016/25 3020/3 3020/12 3022/9
    3022/12 3022/19 3028/2 3029/6 3029/12
    3034/23 3036/3 3036/13 3036/22 3038/2
    3039/23 3039/24 3041/19 3041/23 3042/3
    3042/20 3042/21 3044/5 3044/25 3045/9
    3048/21 3049/7 3049/25 3051/10 3052/3
    3052/11 3054/14 3055/2 3061/10 3061/22
I'm going [14]   3000/13 3000/14 3000/16
    3001/5 3002/1 3007/13 3010/1 3010/4 3016/7
    3016/20 3028/2 3029/6 3036/13 3041/19
I'm just [3]   3016/25 3029/12 3044/25
I'm not [6]   3001/8 3022/19 3039/23 3045/9
    3049/25 3052/11
I'm not sure [1]   3041/23
I'm sorry [12]   3003/8 3020/3 3020/12 3022/9
    3022/12 3034/23 3036/22 3042/15 3042/20
    3044/5 3048/21 3051/10
I've [8]   3000/15 3007/13 3008/5 3010/4
    3012/23 3035/3 3041/19 3062/24
identified [2]   3000/15 3016/3
identify [4]   3001/8 3002/8 3007/14 3008/25
if you [1]   3008/8
immigrants [1]   3025/8
impeach [3]   3034/17 3034/19 3035/2
impeached [1]   3065/25
impeachment [2]   3037/14 3060/15
implicated [2]   3044/20 3045/5
important [3]   3026/5 3045/18 3046/3
impossible [2]   3001/10 3026/16
impression [3]   3024/3 3024/4 3024/9
improper [2]   3031/19 3060/14
inadmissible [1]   3008/20
incident [3]   3020/21 3028/21 3051/24
include [1]   3051/7
included [5]   3038/15 3038/20 3039/5 3039/20
    3040/4
inconsistent [1]   3041/15
incorrect [1]   3021/17
incredibly [1]   3008/24
INDEX [1]   2996/2
Indiana [1]   2994/22
indicated [8]   3002/24 3009/18 3017/2
    3017/10 3017/18 3018/19 3030/24 3035/13
indicating [2]   3042/17 3050/17
individual [5]   3008/23 3012/25 3013/19
    3018/18 3053/17
individuals [5]   3030/6 3042/18 3042/24
    3047/10 3052/21
information [14]   2997/8 2997/13 3003/23
    3021/6 3021/12 3021/16 3021/21 3053/25
    3054/3 3056/7 3056/11 3060/12 3061/13
    3062/12
informed [2]   3049/11 3053/18
infrequently [1]   3055/19
Inquire [1]   3002/3
inquired [1]   3036/15
inserting [1]   3059/17
inside [1]   3038/24
installment [1]   3026/25
intend [2]   3009/19 3037/5
interacted [3]   3049/14 3049/18 3049/23
interaction [2]   3051/24 3051/25
interactions [3]   3050/7 3050/10 3050/13
interpreted [1]   3011/7

**I**

interpreter [3]   2995/9 3042/3 3052/5
INTERPRETERS [1]   3000/9
interrupt [1]   3020/13
interview [3]   3049/3 3049/8 3049/25
interviewed [1]   3003/22
investigator [1]   3051/23
invited [1]   3046/21
involved [6]   3014/25 3044/12 3050/18
 3050/21 3053/16 3061/7
involvement [2]   3043/17 3051/21
involving [2]   3019/4 3022/5
is [100]
is that [1]   2998/10
is that correct [1]   3017/3
is that right [1]   3048/1
Is there [1]   3063/1
isn't [1]   3044/22
issue [5]   2997/14 3011/4 3023/4 3035/10
 3063/22
issues [4]   2997/6 3048/19 3048/25 3050/8
it [127]
it happened [1]   3057/8
it's [26]   2998/5 2999/11 2999/15 3001/2
 3003/25 3004/1 3009/7 3014/22 3023/12
 3023/13 3026/16 3029/17 3032/11 3035/5
 3035/10 3035/13 3036/17 3037/17 3048/5
 3052/11 3056/20 3057/11 3059/16 3059/24
 3061/20 3066/4
it's likely [1]   2998/5

**J**

Jabril [5]   3002/16 3002/19 3017/25 3018/9
 3018/20
Jamaica [1]   3003/17
Jeffrey.Robinson [1]   2995/6
John [1]   2994/13
John.D.Crabb [1]   2994/18
joint [7]   3011/7 3012/12 3013/13 3046/20
 3052/14 3052/16 3058/13
Jr [1]   2994/13
JUDGE [1]   2994/11
Judiciary [1]   2994/15
Julieanne [1]   2994/13
julieanne.himelstein [1]   2994/18
June [3]   3020/18 3053/14 3054/15
jurors [1]   3037/21
jury [8]   2994/10 2999/18 3000/1 3016/1
 3016/14 3032/8 3038/4 3063/20
just [48]   2997/5 2997/19 2997/20 2999/14
 3000/13 3000/19 3000/20 3001/14 3001/23
 3003/1 3003/4 3004/3 3004/3 3004/6 3007/19
 3007/25 3008/8 3009/8 3009/14 3011/4 3012/3
 3012/6 3015/17 3016/25 3019/25 3020/13
 3029/7 3029/12 3029/15 3029/17 3029/18
 3034/15 3035/2 3035/7 3035/12 3037/3
 3038/14 3041/1 3044/25 3047/25 3049/11
 3050/20 3053/4 3053/19 3056/14 3056/18
 3057/18 3059/16
justice [2]   3054/17 3060/5
Justin [1]   2999/22
Jutuf [2]   3023/6 3030/5

**K**

Kalashnikov [2]   3035/23 3038/17
Kalashnikovs [1]   3043/11
KAUFMANN [1]   2995/3
keep [1]   3032/2
kept [2]   3019/16 3061/13
khaki [1]   3053/10
Khalid [1]   3007/23
KHATALLAH [30]   2994/7 3019/5 3019/25
 3022/24 3023/8 3027/8 3028/20 3029/3
 3037/18 3042/24 3044/12 3044/15 3044/20
 3045/5 3047/18 3047/20 3048/4 3048/15
 3048/24 3049/3 3049/8 3049/15 3049/18
 3049/20 3050/7 3050/14 3051/16 3051/19

Khatallah's [4]   3023/6 3039/19 3043/17
 3047/8
kind [1]   3050/13
kinds [3]   3030/10 3031/17 3037/15
knew [4]   3002/16 3002/25 3047/13 3054/8
knock [1]   2997/25
know [24]   2997/21 3002/19 3002/22 3004/3
 3011/16 3013/20 3013/21 3014/19 3015/1
 3016/11 3018/5 3019/24 3023/4 3024/2
 3026/15 3027/17 3027/22 3035/12 3039/22
 3039/23 3052/10 3055/18 3060/3 3062/7
known [1]   3035/19
Korean [1]   2999/7
Kramer [1]   2999/6

**L**

ladies [1]   3062/4
land [6]   3048/19 3048/25 3050/8 3050/9
 3050/15 3058/8
last [13]   2997/7 3018/23 3020/22 3027/18
 3028/22 3030/9 3030/24 3031/16 3034/24
 3034/25 3038/14 3039/5 3056/24
late [2]   3054/25 3055/5
later [7]   2999/5 2999/15 3026/22 3029/16
 3044/19 3045/5 3059/25
lay [1]   3046/22
lbkmlaw.com [3]   2995/6 2995/6 2995/7
least [6]   2998/23 2998/25 3037/20 3062/11
 3065/1 3065/20
leave [4]   3025/21 3032/9 3056/18 3057/11
Lebanese [3]   3053/18 3061/1 3061/2
left [1]   2999/22
Leslie [1]   2995/2
let [6]   3004/3 3019/24 3030/22 3042/15
 3045/1 3051/14
let's [3]   3001/25 3032/13 3045/2
let's see [1]   3032/13
letters [1]   3016/11
Lewis [2]   2995/2 2995/3
Libya [3]   3001/17 3054/12 3054/12
Libyan [4]   3025/4 3025/6 3054/6 3058/6
light [3]   3035/22 3038/16 3061/25
like [8]   2999/5 3016/12 3019/17 3026/5
 3035/23 3038/16 3057/9 3063/13
likely [1]   2998/5
line [7]   3019/6 3031/3 3032/4 3034/18
 3034/20 3044/21 3045/25
list [2]   2997/9 3024/5
little [6]   2999/5 2999/14 3000/19 3051/13
 3054/24 3055/5
load [2]   3023/9 3030/6
loaded [6]   3022/18 3030/11 3030/15 3035/24
 3036/6 3036/7
loading [13]   3020/1 3022/5 3022/24 3029/3
 3030/24 3031/7 3037/8 3037/12 3042/18
 3042/25 3047/8 3061/10 3061/11
location [2]   3053/3 3057/6
long [11]   2998/16 2999/4 3004/1 3023/13
 3032/3 3052/11 3062/15 3062/15 3065/11
 3065/12 3065/25
longer [2]   3062/12 3065/21
look [1]   3004/3
lose [2]   3062/23 3063/12
lot [2]   3062/14 3062/14
lunch [1]   3000/3

**M**

ma'am [1]   3002/18
machine [2]   3038/20 3040/5
made [5]   3039/6 3046/10 3046/16 3063/1
 3063/14
MAGED [1]   3000/9
make [3]   2997/19 3016/14 3063/8
makes [1]   3009/23
making [2]   3003/1 3024/5
manner [1]   3044/16

**M**

many [3]   3023/3 3023/3 3040/15
map [10]   3000/15 3000/22 3000/24 3001/1
3001/4 3001/5 3001/9 3001/11 3002/8 3041/1
March [25]   3022/1 3022/3 3022/8 3022/14
3022/15 3022/15 3024/17 3024/19 3025/14
3025/23 3026/11 3026/21 3027/11 3027/19
3029/20 3029/23 3029/25 3030/14 3038/19
3039/12 3040/8 3049/12 3049/13 3049/17
3059/23
mark [13]   3000/14 3000/16 3001/15 3002/7
3002/12 3003/6 3013/18 3016/20 3017/5
3017/22 3018/15 3028/2 3045/16
marked [9]   3001/7 3002/1 3007/13 3008/5
3010/4 3011/1 3012/23 3041/19 3042/1
markings [1]   3003/7
mary [2]   2994/20 2994/24
materials [1]   2997/14
matter [4]   3021/23 3025/9 3034/16 3072/4
matters [3]   2999/18 3000/14 3023/3
may [16]   2999/17 2999/18 3004/9 3004/10
3008/13 3009/2 3015/7 3015/7 3015/10
3015/10 3023/13 3032/18 3035/25 3038/2
3061/24 3065/3
maybe [3]   2999/5 2999/20 3062/19
me [35]   3004/3 3008/8 3011/18 3016/6 3025/2
3025/11 3026/1 3027/3 3030/23 3036/9
3036/16 3037/23 3042/15 3044/17 3044/18
3045/1 3045/16 3045/18 3045/18 3046/5
3046/21 3047/9 3047/11 3047/19 3048/5
3049/5 3051/14 3053/18 3055/2 3055/13
3055/14 3056/15 3063/4 3063/6 3065/4
mean [7]   3035/18 3046/5 3046/8 3046/22
3049/21 3050/3 3053/6
meaning [3]   3039/2 3046/16 3048/23
meant [1]   3028/8
mechanical [1]   2995/17
medical [1]   3052/24
meet [5]   2999/6 3020/25 3026/21 3054/3
3062/23
meeting [46]   3020/11 3020/23 3022/17
3022/24 3023/5 3023/22 3025/14 3025/23
3026/12 3027/6 3029/20 3030/1 3040/24
3041/3 3041/5 3042/10 3043/14 3043/16
3043/22 3044/1 3044/8 3046/4 3046/10
3046/20 3047/4 3047/11 3047/17 3047/21
3047/22 3047/25 3048/9 3051/17 3051/20
3054/14 3054/15 3054/24 3055/8 3055/20
3056/5 3059/1 3059/4 3059/4 3059/13 3059/14
3059/20 3059/23
meetings [4]   3020/23 3022/14 3060/10
3060/20
members [1]   3060/3
men [3]   3018/20 3022/16 3039/19
mention [15]   3014/18 3019/22 3023/16
3029/21 3029/25 3030/3 3030/15 3030/15
3037/15 3039/4 3039/11 3040/7 3040/13
3041/4 3047/16
mentioned [23]   3020/22 3023/3 3028/21
3029/24 3030/2 3030/4 3030/8 3037/12 3039/3
3039/10 3039/16 3040/16 3040/17 3040/22
3040/25 3045/17 3046/3 3049/10 3051/22
3053/22 3056/24 3056/24 3059/13
mentioning [1]   3058/24
Mercedes [1]   3058/13
Merit [1]   2995/11
met [16]   3021/2 3021/25 3022/3 3022/20
3022/22 3024/19 3029/23 3036/2 3040/19
3055/5 3055/24 3057/3 3059/5 3059/23 3061/1
3061/5
Michael [1]   2994/14
michael.dilorenzo [1]   2994/19
Michelle [1]   2994/21
MIDDLEMISS [1]   2995/3
might [8]   2999/25 3003/23 3010/16 3011/3
3011/6 3032/12 3058/20 3065/21
Mike [5]   3022/20 3022/22 3058/7 3058/12

million [3]   3021/7 3021/13 3021/20
minute [3]   2997/24 3031/13 3031/21
minutes [3]   3061/22 3065/2 3065/9
misinterpretation [1]   3011/4
mission [2]   3001/1 3018/20
mistake [1]   3046/11
Misurata [4]   3001/12 3001/13 3001/15
3001/16
Mohammed [1]   3013/3
moment [5]   3001/23 3007/19 3007/25 3008/3
3043/21
money [5]   3021/21 3025/15 3057/7 3059/13
3060/4
more [6]   3019/17 3051/10 3052/16 3053/9
3053/20 3055/1
morning [14]   2997/18 3023/23 3062/6 3062/24
3063/2 3063/2 3063/11 3063/13 3063/18
3063/13 3065/17 3066/2 3066/9 3066/11
mortar [3]   3037/9 3040/17 3043/3
mortars [12]   3030/16 3030/25 3031/8 3035/22
3037/12 3037/13 3037/19 3038/16 3039/6
3039/12 3040/8 3040/14
most [1]   3050/6
mostly [1]   3050/7
motioned [1]   3056/18
motions [2]   2998/18 3065/11
move [8]   2999/17 3001/19 3003/5 3009/24
3012/18 3013/25 3025/20 3029/6
moved [4]   3001/22 3003/10 3012/21 3029/10
movement [1]   3025/21
moving [1]   3062/21
Mr [1]   2999/6
Mr. [36]   3019/5 3019/25 3023/6 3027/8
3027/11 3027/15 3028/5 3028/20 3029/22
3037/18 3039/19 3042/24 3043/17 3044/12
3044/15 3044/20 3045/5 3047/8 3047/18
3047/20 3048/4 3048/24 3048/24 3049/3
3049/8 3049/15 3049/18 3049/20 3050/7
3050/14 3051/16 3051/19 3061/6 3061/9
3065/9 3065/10
Mr. Abu [25]   3019/5 3019/25 3023/6 3027/8
3037/18 3042/24 3043/17 3044/12 3044/15
3044/20 3045/5 3047/8 3047/18 3047/20
3048/4 3048/24 3049/3 3049/8 3049/18
3049/20 3050/7 3050/14 3051/19 3061/6
3061/9
Mr. Abu Khatallah [3]   3028/20 3049/15
3051/16
Mr. Clarke [5]   3027/11 3027/15 3028/5
3029/22 3048/24
Mr. Khatallah's [1]   3039/19
Mr. Robinson [1]   3065/10
Mr. Smith [1]   3065/9
Ms [1]   3045/2
Ms. [9]   2997/22 2999/11 2999/13 3000/4
3019/3 3019/16 3036/23 3036/25 3038/6
Ms. Booth [2]   3036/23 3036/25
Ms. Himelstein [2]   3019/3 3019/16
Ms. Peterson [3]   2997/22 3000/4 3038/6
Ms. Petras' [2]   2999/11 2999/13
much [1]   3062/12
Muhammad [1]   3017/18
Mukhtar [12]   3019/5 3020/1 3022/24 3027/7
3029/2 3043/25 3044/8 3047/4 3047/7 3047/10
3047/13 3061/10
multiple [1]   3030/19
Muslim [1]   3011/14
Mustafa [2]   2995/9 3000/9
my [24]   3020/3 3025/7 3025/10 3025/10
3025/18 3025/19 3025/22 3026/2 3026/2
3026/7 3026/17 3027/1 3028/6 3032/12
3039/11 3045/7 3045/19 3047/1 3051/6
3053/22 3055/14 3057/17 3057/21 3066/4
myself [3]   3046/5 3053/21 3061/14

**N**

name [20]   3007/16 3007/22 3008/9 3008/22

## N

name... [16]  3010/8 3010/21 3011/18 3011/19
  3011/22 3011/24 3013/21 3013/22 3014/20
  3016/12 3016/22 3018/18 3052/5 3052/11
  3052/20 3065/4
Nasir [7]  3051/7 3051/8 3051/9 3052/8
  3052/18 3058/4 3058/9
Nassar [1]  2995/2
nationality [1]  3053/18
Nations [1]  3056/19
necessary [1]  2997/21
necessity [1]  3018/12
need [6]  2998/1 3024/24 3029/10 3031/21
  3061/21 3065/25
needed [1]  3025/1
never [9]  3019/20 3020/25 3026/6 3040/25
  3043/6 3050/13 3050/13 3054/21 3059/7
News [3]  3049/3 3049/9 3049/25 3050/1
next [1]  2998/25
nice [1]  3000/3
night [7]  3014/7 3014/22 3018/20 3018/23
  3019/7 3053/3 3063/17
no [68]  2994/4 3001/2 3001/21 3002/21
  3002/23 3003/9 3003/20 3003/25 3008/24
  3009/10 3009/22 3010/12 3010/20 3010/25
  3011/10 3011/20 3012/20 3015/1 3015/21
  3015/22 3019/9 3019/9 3019/22 3021/23
  3022/7 3023/16 3024/22 3025/4 3025/17
  3026/13 3027/14 3028/16 3029/5 3029/9
  3029/24 3030/4 3042/5 3043/19 3043/20
  3047/5 3047/20 3047/23 3048/17 3048/17
  3049/1 3049/16 3050/9 3050/11 3050/16
  3051/24 3051/25 3053/4 3054/1 3054/22
  3055/7 3055/7 3055/9 3056/2 3056/4 3056/5
  3056/9 3057/1 3057/21 3059/3 3060/1 3061/14
  3063/18 3063/18
No. [3]  3001/7 3003/6 3029/17
nobody [1]  3025/9
non [1]  3035/10
non-issue [1]  3035/10
none [3]  3055/7 3060/10 3060/20
Nope [1]  3015/6
normal [1]  3053/6
Norway [1]  3009/16
not [104]
notes [7]  3023/18 3023/24 3026/14 3028/4
  3028/5 3036/16 3036/18
nothing [3]  3009/1 3009/3 3053/20
noticed [1]  3035/3
November [12]  3021/5 3021/11 3021/21
  3021/22 3038/24 3039/18 3040/12 3040/20
  3041/6 3057/25 3058/3 3059/2
November 12th [1]  3039/18
now [11]  2997/22 2998/7 3003/20 3008/5
  3017/8 3028/19 3029/16 3029/21 3035/3
  3042/10 3043/13
number [13]  2999/18 3003/17 3003/19 3026/11
  3026/15 3026/17 3028/11 3030/9 3036/17
  3036/20 3041/21 3041/22 3042/6
numbers [3]  3003/13 3057/1 3058/24
NW [4]  2994/16 2994/22 2995/4 2995/13

## O

O'Donnell [5]  2997/18 2999/22 3003/22
  3022/4 3060/22
oath [1]  3026/9
objection [17]  2997/16 3001/21 3003/9
  3012/20 3014/3 3018/6 3023/10 3024/6
  3024/11 3029/9 3030/17 3031/1 3041/11
  3059/7 3059/16 3060/6 3060/14
objections [1]  3062/17
obligation [1]  2999/6
Obviously [1]  3063/16
occasions [3]  3049/15 3049/19 3049/23
occurred [6]  3030/22 3047/17 3047/21
  3047/25 3048/25 3060/23
October [3]  2994/6 3048/3 3072/7

offer [1]  2995/15 2996/21 3006/6 3040/23
offered [1]  3021/5
OFFICE [1]  2994/15
official [4]  2995/12 3046/22 3054/13
  3054/16
officials [6]  3054/23 3055/4 3055/25 3056/1
  3058/18 3059/2
oh [5]  3002/22 3003/4 3023/7 3029/13
  3034/25
okay [43]  2998/6 2999/16 2999/19 3001/3
  3001/16 3002/12 3002/15 3003/4 3004/5
  3004/9 3008/11 3009/8 3009/17 3012/7
  3012/17 3014/4 3015/15 3017/13 3018/15
  3018/22 3019/1 3020/8 3025/13 3026/20
  3029/10 3031/12 3031/23 3032/7 3034/25
  3035/6 3035/11 3036/12 3036/24 3037/25
  3040/19 3046/17 3046/17 3062/1 3063/11
  3063/21 3065/6 3065/17 3066/6
old [1]  3016/8
old-fashioned [1]  3016/8
once [2]  3056/15 3062/1
one [47]  2998/22 3001/23 3007/19 3007/25
  3008/7 3008/7 3009/3 3009/10 3010/15 3012/6
  3013/6 3013/17 3018/19 3020/13 3023/13
  3025/23 3028/1 3028/7 3030/6 3030/14
  3030/17 3037/21 3040/25 3042/16 3044/22
  3046/21 3047/5 3047/11 3048/6 3048/8
  3048/10 3050/2 3051/10 3051/22 3052/1
  3052/16 3055/1 3055/14 3055/14 3057/16
  3057/16 3057/18 3058/2 3061/14 3062/9
  3062/22 3065/18
one-day [1]  3065/18
ones [2]  3047/9 3053/19
only [15]  2998/20 3011/22 3016/21 3017/6
  3018/16 3023/13 3028/10 3028/25 3028/25
  3029/1 3031/4 3048/8 3049/24 3050/1 3053/24
open [7]  3002/25 3007/11 3009/25 3015/16
  3034/14 3062/3 3064/23
operations [2]  3013/14 3053/22
Opher [1]  2994/14
opher.shweiki [1]  2994/19
opinion [1]  3045/7
opposed [1]  3036/9
order [2]  2997/3 3032/17
originally [1]  3039/8
other [15]  2999/18 3020/2 3020/23 3028/19
  3030/25 3039/10 3047/10 3050/8 3051/24
  3051/25 3058/8 3058/17 3060/2 3060/10
  3066/12
our [7]  3014/6 3014/10 3014/21 3031/24
  3036/16 3052/4 3062/22
ours [1]  3057/10
out [3]  3020/8 3053/7 3063/8
over [7]  2998/25 3030/23 3032/12 3036/3
  3052/24 3056/15 3057/10
overrule [2]  3023/14 3060/16

## P

p.m [4]  2994/6 3032/15 3032/15 3071/18
page [6]  3034/18 3034/20 3035/13 3037/7
  3044/21 3045/25
page 2471 [1]  3037/7
paid [3]  3024/21 3026/7 3056/22
paperwork [1]  3056/14
Pardon [1]  3056/3
part [5]  2998/23 3013/13 3014/22 3022/1
  3055/7
parte [1]  3032/19
partially [1]  3010/17
past [3]  3043/8 3043/9 3043/10
pay [3]  3023/20 3025/25 3026/1
pen [1]  3002/12
Pennsylvania [1]  2995/4
people [8]  3014/6 3020/17 3028/19 3028/23
  3029/21 3054/15 3055/25 3057/3
period [2]  3025/6 3055/11
person [9]  3007/15 3007/17 3008/8 3014/8
  3014/21 3026/16 3041/12 3052/10 3052/13

**P**

personally [2]   3050/20 3051/2
personnel [1]   3060/11
peterson [6]   2994/21 2994/25 2997/22 3000/4
 3038/6 3045/2
petras [2]   2994/20 2994/24
Petras' [2]   2999/11 2999/13
phone [10]   3003/13 3003/17 3003/19 3044/16
 3044/16 3045/17 3045/19 3048/5 3051/16
 3052/1
phonetically [2]   3016/17 3018/5
photo [1]   3011/4
photograph [3]   3009/14 3009/15 3010/14
photos [1]   3015/18
phrase [1]   3054/18
phrasing [1]   3055/10
pickup [1]   3027/7
picture [9]   3013/17 3014/8 3014/18 3027/23
 3027/24 3028/4 3028/5 3028/23 3028/25
place [8]   3043/18 3046/7 3046/8 3046/12
 3046/14 3046/16 3046/24 3047/3
Plaintiff [1]   2994/4
plans [3]   3063/1 3063/8 3063/14
please [7]   2997/3 3008/14 3010/8 3031/2
 3032/17 3042/4 3044/21
PLLC [1]   2995/3
plus [1]   3059/17
point [3]   2997/9 3008/22 3025/4
position [1]   3065/3
possession [2]   3021/15 3058/10
possibility [1]   3062/18
possible [4]   2999/19 3032/11 3062/22
 3063/12
possibly [1]   3008/21
potentially [1]   3066/12
preceding [1]   3018/24
precisely [4]   3002/23 3010/16 3021/9
 3028/22
prepared [2]   3056/7 3056/11
present [3]   2997/18 2999/22 3046/21
press [1]   3037/23
pretty [1]   3016/25
Preventive [9]   3010/10 3010/19 3010/24
 3011/6 3011/13 3012/2 3012/9 3012/11
 3012/14
previously [2]   3000/8 3048/23
prior [4]   2997/9 3034/17 3034/22 3034/23
probably [3]   2997/17 3008/21 3061/21
proceed [1]   3000/4
proceedings [4]   2995/17 3037/21 3071/18
 3072/4
produced [1]   2995/18
professional [1]   3045/7
Program [1]   3060/5
promise [2]   3053/13 3055/19
propelled [2]   3039/1 3039/21
props [1]   3016/7
prosecution [1]   3060/22
protecting [1]   3013/15
provide [4]   3021/6 3021/11 3056/7 3062/9
provided [2]   2997/13 3003/23
PSG [1]   3010/23
PUBLIC [1]   2994/21
publish [4]   3015/18 3015/25 3017/16 3036/19
published [1]   3017/8
purchased [2]   3056/22 3058/22
purported [1]   3027/7
purpose [3]   3001/6 3008/24 3028/11
purposes [4]   3016/21 3017/6 3017/23 3018/16
push [1]   3038/3
put [6]   3016/22 3018/8 3027/1 3036/1 3052/4
 3052/6
putting [1]   3015/14

**Q**

question [17]   3012/5 3020/13 3020/14 3021/9
 3021/10 3022/19 3023/11 3023/13 3031/19

3035/3 3035/8 3035/9 3040/5 3044/6 3045/11
3048/20 3052/15
questioning [2]   3019/6 3019/17
quick [2]   2997/5 3053/4
quickly [1]   3038/3
quite [1]   3052/11

**R**

Rafallah [5]   3013/4 3013/8 3014/9 3014/11
 3017/20
raised [1]   3063/3
rank [1]   3054/13
rather [1]   3002/7
reached [1]   3020/8
read [4]   2999/15 3042/3 3042/4 3052/5
ready [2]   3000/4 3066/8
real [1]   3050/9
really [2]   3022/19 3023/20
Realtime [1]   2995/11
reasonable [1]   3037/14
reasons [1]   2998/13
recall [32]   3003/19 3010/14 3031/9 3031/16
 3038/12 3039/3 3040/10 3040/18 3041/8
 3041/17 3041/17 3042/13 3042/17 3042/23
 3043/2 3045/24 3050/17 3052/12 3052/20
 3052/22 3052/23 3054/18 3054/19 3054/19
 3054/23 3055/4 3056/13 3056/21 3057/2
 3057/5 3058/22 3058/24
receive [1]   3056/14
received [3]   3002/9 3044/15 3045/4
receiving [1]   3045/19
Recess [1]   3032/15
recognizable [2]   3037/10 3043/4
recognize [7]   3001/9 3007/16 3008/8 3010/6
 3012/25 3013/19 3041/22
recollection [2]   3003/24 3004/4 3004/7
record [5]   2997/17 2997/19 3014/8 3034/16
 3072/3
recorded [1]   2995/17
recovered [1]   3058/13
RECROSS [1]   2996/4
redact [2]   3029/11 3029/16
redacted [1]   3036/17
redactions [1]   3029/7
redirect [3]   2996/4 3062/1 3063/22
redirects [1]   3062/16
referring [1]   3058/12
reflect [1]   2997/17
refresh [3]   3003/24 3004/4 3004/7
regarding [2]   3049/25 3051/23
Registered [1]   2995/11
reimbursed [1]   3057/6
related [1]   3050/8
relating [2]   3056/17 3066/13
relation [1]   3048/17
relationship [1]   3048/11
relevance [2]   3014/2 3014/2
relevant [2]   2997/12 3009/7
remember [27]   3003/14 3010/16 3010/18
 3010/21 3013/21 3019/5 3023/2 3023/25
 3026/9 3026/10 3027/9 3027/10 3027/23
 3027/25 3030/12 3031/7 3038/14 3038/19
 3039/14 3048/10 3049/12 3052/2 3053/14
 3056/5 3056/10 3058/20 3059/12
remembered [1]   3003/16
remind [2]   3011/18 3065/4
reminded [1]   3054/16
repair [1]   3056/23
repeat [2]   3013/7 3044/5
repeated [1]   3027/22
rephrase [5]   3042/20 3045/1 3048/20 3052/15
 3059/18
report [2]   3003/21 3023/19
Reporter [4]   2995/10 2995/11 2995/11
 2995/12
representations [1]   3063/15
request [3]   3037/20 3054/24 3055/5
requested [1]   2997/7

**R**

research [2]   3056/8 3063/19
residence [2]   3057/20 3057/23
residency [2]   3025/18 3026/2
respect [3]   3011/4 3036/4 3062/18
responsibility [1]   3046/22
rest [1]   3065/14
RESUMED [1]   3000/8
retrieve [4]   3010/1 3010/13 3052/14 3052/19
retrieved [1]   3050/24
return [3]   3026/7 3050/18 3053/16
returned [2]   2999/23 3045/21
review [1]   2997/8
revolution [1]   3039/9
reward [4]   3025/17 3026/3 3026/4 3026/6
Rewards [1]   3060/5
rifles [5]   3035/23 3038/17 3038/21 3040/5
 3043/10
right [108]
rise [2]   2997/2 3032/14
RMR [2]   3072/2 3072/8
Robinson [1]   3065/10
rocket [2]   3039/1 3039/21
rocket-propelled [2]   3039/1 3039/21
room [10]   2994/16 2995/14 3011/7 3012/12
 3013/14 3047/6 3052/14 3052/16 3053/22
 3058/14
row [1]   3024/17
RPGs [2]   3035/22 3038/16
rule [1]   2997/16

**S**

S-h-e-h-i-b-i [1]   3016/10
Sabha [1]   3013/15
Sahati [5]   3013/5 3013/8 3014/10 3014/11
 3017/20
said [57]   3004/6 3011/18 3011/19 3012/9
 3014/10 3014/17 3014/21 3019/7 3022/10
 3023/19 3023/23 3027/6 3027/17 3027/21
 3031/3 3031/16 3034/21 3034/21 3035/5
 3035/8 3035/9 3037/8 3038/10 3039/18
 3039/25 3040/20 3041/6 3043/13 3043/16
 3043/17 3043/22 3044/3 3044/9 3044/11
 3044/19 3046/6 3046/6 3046/6 3046/6 3046/11
 3046/11 3046/11 3046/13 3046/14 3046/15
 3046/15 3046/25 3047/7 3047/25 3048/14
 3050/13 3051/15 3054/9 3055/15 3055/21
 3058/25 3059/8
SALIM [1]   2994/7
same [3]   3018/9 3031/11 3065/13
saw [5]   3035/8 3042/18 3042/23 3044/3
 3044/8
say [28]   3002/18 3004/5 3008/9 3010/8
 3018/23 3021/4 3022/16 3022/17 3023/7
 3026/5 3027/17 3027/20 3028/19 3029/21
 3030/10 3031/5 3034/21 3035/12 3035/18
 3035/25 3037/11 3042/24 3046/17 3050/20
 3054/1 3054/11 3055/1 3065/23
SAYID [1]   3000/10
saying [21]   3007/16 3012/4 3013/9 3019/16
 3021/16 3023/6 3024/4 3024/10 3027/25
 3041/8 3041/17 3043/2 3043/17 3045/24
 3046/7 3046/15 3046/17 3046/24 3048/8
 3055/10 3055/23
says [6]   3014/6 3031/4 3035/4 3035/4 3036/2
 3042/7
schedule [1]   3062/7
science [1]   3062/17
screen [1]   3052/5
Sealed [5]   3004/11 3032/21 3063/23 3066/15
 3071/15
seated [2]   2997/3 3032/17
second [3]   3008/7 3024/19 3058/12
Section [1]   2997/11
security [17]   3010/11 3010/19 3010/24
 3011/6 3011/7 3011/13 3012/2 3012/10
 3012/11 3012/12 3012/14 3013/13 3046/22

**See column**

see [12]   2999/18 3000/24 3001/1 3015/13
 3028/7 3031/3 3032/13 3035/25 3039/18
 3042/6 3063/17 3071/16
sell [4]   3056/12 3058/5 3059/5 3059/8
selling [1]   3056/13
sense [1]   3052/25
sent [1]   3052/18
September [18]   3000/18 3018/25 3021/3
 3042/12 3043/13 3047/24 3048/3 3049/14
 3051/20 3056/1 3056/6 3057/4 3057/4 3058/18
 3059/20 3060/13 3060/23 3061/7
September 11th [1]   3049/14
service [1]   3025/12
services [1]   3037/1
session [5]   2994/8 2997/3 3023/2 3027/9
 3032/16
sessions [1]   3010/15
seven [6]   3027/13 3040/20 3041/7 3041/8
 3041/15 3041/17
several [3]   3049/15 3049/19 3049/23
Shahadah [1]   3011/14
share [1]   3053/24
she [7]   3008/18 3008/21 3034/18 3034/21
 3036/5 3036/5 3045/10
She'll [1]   3036/12
she's [1]   3009/2
shed [1]   3031/16
Shehibi [9]   3010/19 3010/22 3011/23 3011/24
 3011/25 3016/4 3016/9 3016/21 3016/24
shelli [1]   2994/25
shells [2]   3037/9 3043/3
ship's [1]   3065/3
short [2]   3055/11 3065/24
shortly [1]   3061/11
should [3]   2997/17 3054/17 3055/17
show [18]   3001/5 3003/21 3004/2 3007/13
 3008/5 3010/4 3011/1 3012/23 3028/2 3028/8
 3028/10 3029/7 3031/12 3036/3 3036/18
 3041/1 3041/19 3042/1
showed [2]   3009/14 3011/5
showing [2]   3028/11 3029/17
shown [1]   3010/14
Shweiki [1]   2994/14
side [1]   3046/23
since [2]   2997/15 2999/23
sir [27]   3000/13 3002/15 3003/12 3007/13
 3008/12 3010/4 3011/1 3012/23 3013/17
 3017/25 3018/22 3020/17 3026/10 3028/13
 3028/23 3029/20 3038/9 3039/11 3041/19
 3042/10 3043/6 3045/9 3050/17 3051/14
 3053/8 3053/13 3061/16
sit [3]   2998/22 3063/2 3063/13
sitting [5]   3023/18 3047/6 3047/11 3055/12
 3063/16
Situation [1]   3058/14
six [6]   3027/13 3040/20 3041/6 3041/8
 3041/15 3041/17
sketch [3]   3028/6 3028/6 3029/18
sketched [2]   3028/4 3028/5
Sky [4]   3049/3 3049/9 3049/25 3050/1
Smith [3]   3065/5 3065/6 3065/9
so [57]   2997/11 2997/20 2998/2 2998/4
 3001/22 3003/10 3004/5 3009/6 3009/8
 3011/16 3011/22 3011/25 3012/9 3012/21
 3014/7 3015/18 3016/7 3016/25 3019/16
 3019/24 3023/18 3024/18 3025/9 3025/21
 3026/14 3027/19 3029/10 3029/17 3031/3
 3035/12 3037/11 3037/14 3037/23 3040/15
 3041/9 3042/6 3045/21 3046/24 3048/8
 3049/17 3050/13 3050/24 3051/5 3051/19
 3052/1 3052/4 3053/11 3059/24 3061/22
 3062/11 3062/17 3063/17 3065/1 3065/2
 3065/25 3066/1 3066/12
So this is [1]   3011/25
solution [1]   2998/22
some [6]   3003/12 3022/16 3052/4 3054/3
 3062/11 3063/14

someone [7]  2999/8 3014/18 3020/9 3054/10
 3060/4 3063/8 3063/14
something [6]  3016/10 3026/5 3039/25 3043/6
 3046/3 3053/9
soon [2]  3054/3 3055/20
sorry [17]  3003/8 3010/24 3020/3 3020/12
 3022/9 3022/12 3034/23 3036/22 3042/15
 3042/20 3042/21 3044/5 3048/21 3049/7
 3051/10 3055/2 3061/10
sound [3]  3016/12 3016/16 3016/17
South [1]  2999/7
speak [2]  3039/15 3040/11
speaking [2]  3022/20 3023/20
Special [1]  2999/21
specialized [1]  3025/9
specific [1]  3051/23
specifically [4]  3039/2 3039/14 3040/17
 3052/12
spell [2]  3016/6 3016/25
spelled [1]  3018/3
spelling [2]  3008/4 3018/2
spent [1]  3057/7
spill [1]  3032/12
spoke [36]  3002/13 3002/16 3002/19 3002/21
 3018/18 3020/18 3022/13 3022/15 3024/16
 3024/16 3025/17 3025/18 3026/1 3027/19
 3028/21 3030/2 3031/15 3038/23 3039/2
 3039/7 3039/12 3039/17 3040/8 3040/12
 3040/15 3043/8 3044/17 3044/18 3051/20
 3054/15 3055/22 3055/22 3057/1 3057/16
 3058/16 3060/2
spoken [2]  3043/9 3043/10
sport [1]  3058/9
squander [1]  2998/25
stand [3]  3000/8 3011/8 3062/10
start [3]  2999/5 2999/14 3030/23
started [6]  2997/6 3040/23 3045/19 3062/5
 3063/5 3063/7
stated [3]  2998/13 3010/22 3060/7
statement [2]  3019/13 3046/16
statements [2]  2997/9 3014/22
STATES [8]  2994/1 2994/3 2994/11 3019/21
 3020/9 3020/18 3021/2 3058/18
status [1]  3065/13
stenography [1]  2995/17
step [2]  3001/25 3042/15
still [5]  2997/25 2998/8 2998/8 3032/11
 3044/11
stolen [1]  3058/4
stored [6]  3031/17 3035/9 3035/21 3038/10
 3038/15 3058/13
story [3]  3027/22 3056/16 3058/17
Street [1]  2994/16
streets [1]  3054/7
stuff [1]  3035/24
style [1]  3038/25
subject [1]  3056/19
Suite [2]  2994/23 2995/4
summarized [1]  2997/12
support [1]  3025/4
supported [1]  2997/8
suppose [1]  2999/14
Suqi [1]  2995/9
sure [8]  3016/14 3032/20 3041/23 3047/2
 3050/1 3052/11 3055/21 3061/18
surprise [1]  3037/22
surprised [2]  3054/20 3055/13
suspected [1]  3014/24
Sustained [12]  3004/8 3012/7 3018/7 3020/15
 3024/7 3024/12 3030/20 3031/20 3041/13
 3045/12 3059/9 3060/8
swing [1]  3043/21
SWORN [1]  3000/8
Syrian [1]  3025/8

table [1]  3047/12
take [15]  2997/24 2998/21 3000/13 3001/3
 3001/25 3003/4 3004/3 3018/22 3031/13
 3031/21 3031/24 3032/5 3032/6 3042/15
 3053/13
taking [3]  3023/18 3039/19 3050/21
talk [6]  3014/16 3019/11 3020/9 3053/20
 3060/7 3062/1
talked [10]  3002/10 3017/25 3022/7 3023/5
 3024/23 3030/14 3057/4 3057/15 3058/17
 3061/1
talking [6]  2999/10 3003/1 3014/7 3024/14
 3054/14 3057/13
team [4]  3020/2 3051/6 3051/7 3051/23
tell [27]  3000/22 3003/2 3008/8 3020/5
 3020/7 3020/10 3020/17 3021/1 3021/7 3022/4
 3022/23 3028/18 3029/22 3031/24 3037/23
 3044/14 3048/18 3048/23 3049/2 3049/7
 3049/17 3049/22 3050/11 3054/7 3061/6
 3061/9 3063/10
telling [14]  3010/18 3021/18 3038/19
 3049/12 3049/12 3054/20 3054/23 3055/4
 3056/6 3056/10 3056/21 3057/2 3057/5
 3058/22
testified [8]  3000/8 3009/9 3030/9 3030/18
 3030/22 3039/4 3042/10 3046/14
testify [2]  3014/12 3015/8
testifying [5]  2999/21 3015/5 3031/7
 3038/14 3042/23
testimony [13]  2998/21 3011/12 3015/11
 3018/23 3019/4 3031/2 3031/9 3034/17
 3034/23 3037/6 3039/25 3042/18 3062/19
than [4]  3002/7 3020/2 3039/25 3051/24
thank [6]  3036/25 3038/7 3055/16 3055/17
 3062/2 3071/17
thank you [5]  3038/7 3055/16 3055/17 3062/2
 3071/17
thanked [2]  3037/1 3054/21
that [334]
that's [23]  2999/15 2999/19 3002/3 3011/8
 3014/21 3016/15 3020/7 3021/4 3027/15
 3029/2 3035/4 3036/3 3036/10 3036/17
 3039/25 3052/2 3055/22 3056/20 3057/8
 3057/11 3059/4 3065/7 3065/9
their [3]  3042/25 3057/6 3065/24
them [49]  3002/10 3002/13 3008/25 3009/3
 3016/7 3020/10 3020/10 3021/3 3021/7 3022/4
 3023/4 3023/5 3023/16 3026/10 3026/18
 3029/24 3029/25 3030/2 3030/2 3030/8
 3037/23 3037/24 3044/14 3045/18 3053/15
 3053/18 3053/24 3054/2 3054/4 3054/5 3054/7
 3054/19 3054/20 3056/5 3056/6 3056/10
 3056/11 3056/12 3056/21 3057/5 3057/9
 3058/21 3058/22 3058/24 3061/5 3061/6
 3061/9 3061/24 3062/5
then [27]  2999/23 3002/6 3002/15 3004/2
 3009/23 3014/18 3020/8 3021/25 3023/7
 3025/3 3026/21 3026/24 3027/5 3029/16
 3031/12 3034/15 3035/20 3035/21 3035/23
 3041/2 3041/6 3048/3 3055/24 3058/11
 3058/21 3059/23 3065/2
there [44]  2997/15 3008/21 3016/23 3017/8
 3022/16 3023/18 3025/8 3026/2 3026/2
 3027/12 3027/21 3027/25 3028/7 3029/21
 3029/23 3030/6 3030/15 3030/18 3030/19
 3031/18 3035/14 3035/21 3038/15 3039/20
 3040/20 3042/24 3044/3 3044/17 3046/18
 3047/10 3047/13 3047/14 3047/16 3051/4
 3051/24 3052/21 3053/2 3055/9 3057/14
 3058/1 3058/12 3059/4 3062/14 3063/1
there's [5]  2997/15 3008/24 3051/24 3062/18
 3066/12
thereto [1]  3016/10
these [13]  3014/24 3016/6 3030/7 3038/24
 3039/5 3039/7 3039/9 3039/9 3045/17 3055/25
 3060/11 3062/8 3062/24

**T**

they [41]   3000/17 3003/22 3009/2 3009/19
3013/16 3014/19 3025/7 3025/15 3025/24
3026/1 3026/21 3026/24 3027/1 3027/2 3027/3
3027/4 3030/10 3030/24 3031/7 3035/9
3035/14 3035/24 3037/9 3037/11 3037/17
3043/3 3054/4 3055/13 3055/15 3056/14
3056/16 3056/18 3057/9 3057/10 3058/25
3062/24 3065/18 3065/18 3065/23 3065/24
3065/25
they'll [2]   3014/18 3065/16
they're [3]   3015/1 3015/5 3016/6
thing [5]   3000/20 3024/20 3042/16 3062/22
3066/2
things [7]   3014/17 3025/24 3030/25 3040/15
3040/16 3045/18 3062/10
think [18]   2998/2 2998/3 2998/4 2998/5
3003/23 3010/16 3011/3 3011/6 3012/6
3020/14 3024/18 3032/11 3035/10 3047/12
3062/12 3065/7 3065/20 3065/21
this [86]
those [8]   3010/1 3022/16 3036/2 3036/11
3039/22 3047/5 3060/2 3060/10
though [1]   3056/10
thought [7]   3002/25 3043/16 3046/6 3046/15
3046/17 3046/24 3047/3
threat [1]   3044/17
threatened [1]   3044/19
threats [3]   3045/4 3045/19 3045/21
three [2]   3051/4 3052/20
through [4]   3000/9 3014/23 3046/1 3066/3
Thursday [4]   3065/16 3066/8 3066/8 3066/8
tie [1]   3037/18
Tiegan [6]   3065/14 3065/21 3066/2 3066/4
3066/9 3066/10
time [25]   2999/20 3004/1 3011/19 3012/6
3020/14 3020/25 3022/22 3025/7 3025/18
3025/20 3036/3 3037/12 3046/16 3047/1
3049/24 3050/1 3051/10 3052/16 3053/25
3055/1 3055/11 3055/18 3057/22 3061/14
3062/22
tired [1]   3025/20
titled [1]   3072/4
today [3]   3026/8 3039/23 3055/18
together [1]   3054/3
told [35]   3002/24 3019/20 3025/3 3025/13
3025/15 3027/11 3028/13 3038/24 3039/24
3040/4 3041/16 3043/7 3043/22 3043/25
3044/15 3050/2 3050/3 3050/6 3053/24 3054/2
3054/4 3054/5 3057/9 3057/10 3057/19
3057/22 3057/25 3058/3 3058/4 3058/7 3058/8
3058/11 3058/17 3058/20 3061/14
tomorrow [15]   2998/1 2998/9 2998/21 3037/25
3061/22 3061/24 3062/6 3062/11 3062/18
3062/19 3062/23 3063/13 3065/2 3065/14
3071/16
tone [1]   3044/17
tonight [1]   3062/9
took [1]   3053/19
touched [1]   3010/17
TOUFIC [1]   3000/9
town [1]   3063/8
Toyota [2]   3058/5 3058/8
track [1]   3037/22
transcript [8]   2994/10 2995/17 3031/12
3035/4 3036/14 3037/6 3044/23 3072/3
transcription [1]   2995/18
translator [2]   2998/10 2998/12
trial [5]   2994/10 3034/17 3034/22 3034/23
3037/2
tribe [1]   3011/24
tribe's [1]   3011/24
tried [5]   3049/2 3049/8 3053/1 3059/5
3059/8
Tripoli [1]   3055/19
trouble [1]   3052/4
truck [10]   3022/25 3027/12 3027/13 3028/7

3028/24 3029/4 3030/5 3030/19 3030/20 3036/6
3036/7
trucks [6]   3022/18 3027/12 3027/13 3027/20
3030/19 3036/1
true [1]   3021/4
trust [1]   3018/14
trying [8]   3008/18 3034/18 3035/2 3035/7
3036/3 3037/18 3038/3 3051/13
turn [1]   3052/24
two [13]   2998/21 2999/1 3019/12 3022/14
3022/25 3024/16 3028/3 3057/14 3058/1
3059/24 3060/2 3061/5 3066/12
type [2]   3040/5 3050/14

**U**

U.N [1]   3056/20
U.S [8]   2994/15 2995/12 3046/8 3054/21
3054/23 3054/24 3054/4 3055/5
U.S. [4]   3055/24 3055/25 3059/2 3059/14
U.S. Government [4]   3055/24 3055/25 3059/2
3059/14
ultimately [1]   3008/18
UN [1]   3057/11
under [6]   2997/11 3024/3 3024/4 3024/9
3026/9 3046/19
underlying [2]   2997/8 2997/14
underneath [1]   3042/6
understand [5]   3021/9 3035/25 3040/3
3063/14 3063/16
understanding [1]   3066/4
understands [1]   3023/14
understood [2]   3000/17 3002/15
uniform [2]   3053/10 3053/11
unique [1]   3045/18
unit [1]   3053/23
UNITED [9]   2994/1 2994/3 2994/11 3019/21
3020/9 3020/18 3021/2 3056/19 3058/18
United States [5]   3019/21 3020/9 3020/18
3021/2 3058/18
Unless [1]   3026/18
unredacted [1]   3036/16
unrest [1]   3054/7
until [1]   2998/25
unusual [1]   3020/23
up [6]   3000/14 3020/1 3022/24 3023/9
3028/24 3030/11 3030/15 3030/24 3031/8
3035/14 3035/24 3036/12 3037/24 3051/21
3061/22 3061/24
updated [1]   3062/11
upon [1]   3010/17
us [9]   3031/2 3032/9 3034/18 3043/22
3043/25 3055/16 3055/20 3057/10 3062/9
usdoj.gov [4]   2994/18 2994/18 2994/19
2994/19
use [2]   3002/6 3052/23
using [2]   3002/8 3037/6
utility [1]   3058/9

**V**

variables [1]   3062/14
various [1]   3062/16
vehicle [19]   3040/23 3040/25 3040/25
3052/21 3056/12 3056/15 3056/20 3056/22
3057/10 3057/11 3057/14 3057/16 3058/2
3058/5 3058/8 3058/12 3058/23 3059/11
3061/11
vehicles [13]   3028/9 3040/20 3041/1 3041/2
3041/4 3041/7 3042/22 3047/8 3051/4 3052/20
3057/14 3058/1 3061/10
very [20]   2999/24 3000/23 3001/2 3003/25
3011/22 3015/17 3015/19 3020/23 3024/20
3025/20 3046/3 3052/11 3053/4 3053/6
3055/11 3055/15 3055/19 3065/11 3065/12
3065/25
vest [1]   3055/14
Visa [2]   3024/24 3025/22
volunteered [1]   3021/11

**V**

vouch [2]  3016/16 3016/17

**W**

waiting [1]  3037/4
Waleed [1]  2995/2
waleed.nassar [1]  2995/7
walked [2]  3053/7 3053/7
want [8]  3004/3 3015/18 3018/22 3029/13
 3032/1 3036/18 3053/13 3061/17
wanted [1]  3019/11
warehouses [2]  3036/10 3039/7
was [142]
Washington [5]  2994/5 2994/17 2994/23
 2995/5 2995/14
wasn't [2]  3025/1 3035/1
way [8]  3016/8 3017/1 3023/8 3035/12
 3044/18 3053/1 3055/8 3055/9
we [96]
we will [2]  3055/20 3062/19
we would [3]  2998/11 3020/20 3063/15
we'll [9]  3000/24 3001/3 3008/3 3018/8
 3029/10 3029/16 3043/21 3062/11 3063/17
we're [9]  3014/7 3037/3 3037/22 3051/13
 3052/3 3055/15 3057/11 3058/25 3062/5
we've [2]  3018/9 3037/20
weapon [1]  3035/19
weaponries [1]  3039/16
weaponry [3]  3035/22 3038/16 3039/9
weapons [24]  3020/1 3022/25 3023/9 3029/4
 3030/7 3030/10 3031/15 3031/17 3035/8
 3035/17 3035/18 3036/6 3037/15 3038/10
 3038/15 3038/20 3038/24 3039/9 3039/10
 3039/15 3039/19 3040/4 3047/8 3061/11
wearing [3]  3053/8 3053/9 3053/11
Wednesday [5]  3065/16 3065/17 3066/2 3066/2
 3066/5
week [16]  2997/7 2998/22 2998/25 2999/1
 3018/23 3020/22 3027/18 3028/22 3030/9
 3030/24 3031/16 3034/24 3034/7 3038/14
 3039/5 3056/24
weekend [1]  3063/8
weeks [5]  3019/12 3019/18 3019/25 3022/25
 3026/22
Welcome [1]  3000/2
well [23]  2998/20 2999/24 3009/23 3015/12
 3015/13 3019/11 3020/3 3021/15 3023/22
 3028/13 3028/23 3032/13 3035/25 3039/4
 3040/23 3044/19 3049/22 3054/14 3056/21
 3057/13 3057/22 3057/25 3058/3
went [6]  3034/20 3041/2 3043/13 3050/24
 3052/13 3055/8
were [81]
weren't [1]  3056/11
what [79]  3002/1 3002/25 3003/6 3003/19
 3007/13 3007/22 3008/5 3008/16 3008/18
 3010/4 3011/1 3011/18 3012/4 3012/23 3013/6
 3014/14 3014/22 3018/5 3023/19 3024/1
 3024/4 3024/9 3027/17 3027/22 3028/2 3028/8
 3031/3 3031/16 3031/17 3031/24 3034/21
 3035/4 3035/4 3035/9 3035/12 3035/18
 3035/21 3036/1 3036/1 3036/5 3036/9 3036/22
 3037/7 3039/19 3039/23 3039/25 3041/15
 3041/19 3043/17 3046/6 3046/6 3046/11
 3046/13 3046/15 3046/25 3048/14 3049/21
 3050/3 3050/3 3052/2 3052/21 3053/5 3053/8
 3053/22 3054/2 3054/7 3055/10 3055/13
 3055/16 3055/22 3055/23 3058/2 3058/20
 3060/12 3060/23 3062/16 3063/10 3065/23
 3066/10
what's [5]  3034/22 3035/16 3037/14 3039/22
 3042/1
whatsoever [1]  3026/7
when [53]  3000/17 3002/9 3002/9 3002/13
 3002/16 3002/19 3002/21 3003/22 3012/14
 3018/19 3019/3 3019/16 3019/20 3021/2
 3021/5 3021/25 3022/3 3022/20 3023/4

where [29]  3000/16 3000/20 3001/1 3001/8
 3001/11 3001/15 3002/8 3002/13 3002/16
 3002/19 3002/22 3002/23 3003/3 3021/10
 3022/17 3028/10 3033/25 3034/18 3035/9
 3036/17 3037/7 3039/3 3041/1 3042/8 3042/14
 3051/20 3059/23 3062/8 3062/10
whether [9]  3002/3 3008/25 3011/5 3011/22
 3025/21 3037/22 3039/24 3059/12 3059/12
which [11]  3003/2 3003/6 3008/20 3012/13
 3013/16 3013/17 3023/2 3028/9 3037/22
 3039/2 3052/7
while [3]  3024/14 3037/3 3051/13
who [24]  2999/10 3008/23 3009/10 3009/11
 3010/10 3010/19 3011/16 3013/2 3014/19
 3015/3 3043/22 3046/21 3047/7 3047/9
 3047/11 3050/2 3050/3 3051/5 3051/8 3053/19
 3054/9 3058/11 3063/1 3063/2
who's [3]  2997/21 2997/21 3009/9
whole [1]  3063/9
whom [2]  3020/17 3060/25
whose [1]  3009/13
why [7]  3016/13 3031/24 3032/6 3057/11
 3061/23 3063/10 3063/21
wife [1]  3025/19
will [28]  2997/21 2997/25 2998/5 2998/9
 2999/17 3003/6 3009/24 3011/1 3012/18
 3014/23 3015/25 3017/16 3032/9 3035/3
 3037/4 3037/23 3037/23 3055/20 3062/13
 3062/15 3062/16 3062/19 3065/21 3065/25
 3066/2 3066/5 3066/7 3066/8
William [9]  2995/10 3054/10 3054/11 3058/4
 3060/4 3061/2 3072/2 3072/7 3072/8
WilliamPZaremba [1]  2995/16
willing [1]  3056/12
wishes [1]  3018/13
within [1]  3040/16
without [2]  3007/16 3060/15
witness [25]  2996/2 2997/10 2998/9 2998/16
 2999/8 2999/9 2999/12 2999/13 2999/21
 3000/7 3004/6 3008/20 3009/1 3009/4 3009/19
 3009/21 3014/10 3016/22 3031/3 3031/4
 3034/17 3036/5 3036/19 3036/19 3052/7
witness's [2]  3008/19 3037/5
witnesses [5]  2996/4 2997/17 3065/18
 3065/19 3066/13
witnessing [1]  3026/7
word [1]  3042/3
work [6]  2999/2 3011/12 3012/3 3012/9
 3012/11 3045/7
worked [8]  3010/19 3010/22 3011/5 3012/2
 3012/13 3012/14 3025/6 3045/8
working [1]  3036/23
workplace [2]  3057/21 3057/24
works [1]  3010/10
world [1]  3026/16
worth [1]  2998/20
would [26]  2998/11 2998/22 2999/2 3001/9
 3001/11 3001/19 3003/5 3008/24 3009/6
 3012/6 3013/25 3016/6 3016/9 3016/9 3020/14
 3020/20 3026/5 3042/2 3053/24 3054/4 3057/5
 3057/9 3063/13 3063/15 3065/12 3065/23
wouldn't [3]  2998/12 3004/6 3065/11
write [3]  3000/20 3016/13 3016/18
writing [9]  3016/17 3023/19 3023/21 3023/23
 3024/1 3024/1 3024/3 3024/9 3024/14
wrong [4]  3027/15 3041/10 3046/12 3046/14
wrote [4]  3003/22 3026/14 3027/16 3041/9

**Y**

Yeah [4]  2998/14 3019/11 3036/8 3051/11
year [2]  3059/24 3059/25

**Y**

years [1]   3059/24
yes [78]   2997/23 3000/5 3001/13 3001/18
 3002/11 3003/3 3003/15 3003/18 3007/18
 3007/24 3008/10 3010/7 3011/17 3011/21
 3011/24 3012/1 3012/16 3013/1 3013/10
 3013/11 3013/20 3013/24 3015/24 3016/5
 3017/4 3017/7 3017/12 3017/19 3017/21
 3018/1 3018/11 3018/21 3019/2 3019/19
 3022/2 3022/22 3024/1 3024/15 3024/18
 3026/23 3027/5 3029/12 3030/13 3031/11
 3038/13 3038/18 3038/22 3040/6 3041/4
 3041/5 3041/25 3042/9 3043/1 3043/5 3043/12
 3043/15 3043/24 3044/2 3044/10 3045/23
 3047/1 3047/15 3048/2 3048/16 3049/10
 3050/19 3050/23 3051/1 3051/4 3051/4
 3051/18 3053/12 3058/15 3059/22 3061/4
 3061/8 3065/8 3071/15
yet [1]   3035/2
you [461]
you'll [2]   2997/25 3061/25
you're [7]   3012/4 3051/11 3055/8 3055/9
 3055/10 3055/18 3055/23
you've [2]   3043/10 3055/16
your [67]   2998/2 2998/11 2999/4 2999/8
 3000/5 3001/19 3003/5 3003/24 3004/4 3004/9
 3007/20 3008/1 3008/13 3008/17 3011/12
 3012/18 3013/25 3015/7 3015/10 3015/17
 3018/4 3018/6 3018/20 3018/23 3019/4
 3019/12 3020/12 3021/9 3023/10 3024/6
 3026/10 3026/14 3026/24 3026/25 3029/6
 3030/17 3031/1 3031/19 3032/1 3032/18
 3034/15 3035/1 3036/15 3037/1 3037/3 3038/1
 3038/7 3041/21 3041/22 3042/17 3045/10
 3051/7 3053/11 3054/5 3054/21 3055/16
 3055/17 3056/8 3056/11 3057/20 3057/20
 3057/23 3059/7 3059/16 3060/6 3060/14
 3061/6
Your Honor [33]   2998/2 2998/11 2999/4
 3000/5 3001/19 3003/5 3004/9 3007/20 3008/1
 3008/13 3008/17 3012/18 3015/10 3015/17
 3018/4 3018/6 3020/12 3023/10 3024/6 3029/6
 3030/17 3031/1 3031/19 3032/1 3034/15
 3035/1 3036/15 3038/1 3038/7 3045/10 3059/7
 3059/16 3060/14
yourself [1]   3050/24

**Z**

Zakaria [2]   3023/6 3030/5
Zaremba [4]   2995/10 3072/2 3072/7 3072/8