1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2
     - - - - - - - - - - - - - - - x
3    THE UNITED STATES OF AMERICA,
                                        Criminal Action No.
4                   Plaintiff,          1:14-cr-00141-CRC-1
                                        Wednesday, October 25, 2017
5    vs.                                9:35 a.m.

6    AHMED SALIM FARAJ ABU KHATALLAH,

7                   Defendant.
     - - - - - - - - - - - - - - - x
8                  **MORNING SESSION**

9    _____

10                TRANSCRIPT OF JURY TRIAL
        HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                UNITED STATES DISTRICT JUDGE
     _____

12   APPEARANCES:

13   For the United States:    **JOHN CRABB, JR., ESQ.**
                               **MICHAEL C. DiLORENZO, ESQ.**
14                             **OPHER SHWEIKI, ESQ.**
                               U.S. ATTORNEY'S OFFICE
15                             Judiciary Center Building
                               555 Fourth Street, NW
16                             Washington, DC 20530
                               (202) 252-1794
17                             John.D.Crabb@usdoj.gov

18   For the Defendant:        **MICHELLE M. PETERSON, ESQ.**
                               **MARY MANNING PETRAS, ESQ.**
19                             FEDERAL PUBLIC DEFENDER FOR D.C.
                               625 Indiana Avenue, NW, Suite 550
20                             Washington, DC 20004
                               (202) 208-7500
21                             shelli_peterson@fd.org
                               mary_petras@fd.org
22

23   (Continued on Next Page)

24   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription
25

3170

```
1    APPEARANCES (CONTINUED):

2    For the Defendant:      JEFFREY D. ROBINSON, ESQ.
                             WALEED ELSAYED NASSAR, ESQ.
3                            LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                             1899 Pennsylvania Avenue, NW
4                            Suite 600
                             Washington, DC 20006
5                            (202) 833-8900
                             jeffrey.robinson@lbkmlaw.com
6
     Interpreters:          Ghada Attieh
7                           Sara Kamel

8    Court Reporter:            Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
9                               U.S. Courthouse, Room 6718
                                333 Constitution Avenue, NW
10                              Washington, DC  20001
                                202-354-3187
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3171

1                          I N D E X

2

   WITNESS                                          PAGE
3

   JONATHAN TIEGEN
4        (By Mr. DiLorenzo)............................... 3177
         (By Ms. Peterson)............................... 3281
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, we're back on
 3    the record for Criminal Case 14-141, United States of
 4    America vs. Ahmed Salim Faraj Abu Khatallah.
 5              THE COURT:  Okay.  Good morning.  Do we have
 6    something?
 7              MS. PETRAS:  A couple of things, Your Honor.  I
 8    think one we need to approach the bench for.
 9              THE COURT:  Okay.
10              (The following is a conference held at the
11               bench outside the hearing of the jury)
12              MS. PETRAS:  Your Honor, I guess the discussion
13    with regard to the drone video still needs to be under seal
14    because it's still classified.  I have to defer to the
15    government on that issue, but I wanted the Court to know
16    that yesterday -- three years ago we got a drone video from
17    the Mission -- we got three disks of drone video.
18              The first one had to do with the drone over the
19    Mission --
20              THE COURT:  Do we need to do this before we get to
21    the first witness?  Why don't we save this until the break.
22              MS. PETRAS:  Okay.
23              (This is the end of the bench conference)
24              THE COURT:  Anything else?
25              MR. DiLORENZO:  Nothing from the government, Your
```

1    Honor.

2              THE COURT:  Okay.  There's been another change in

3    the witness order, I understand.

4              MR. DiLORENZO:  Your Honor, we plan to proceed

5    with Mr. Tiegen, and then from there go to Special Agent

6    Clarke.

7              THE COURT:  Will that take us through direct all

8    week, today and tomorrow?

9              MR. DiLORENZO:  I expect direct to go at least

10   until the end of the day.

11             THE COURT:  With -- I'm sorry, with Tiegen?

12             MR. DiLORENZO:  I expect to complete Tiegen this

13   morning.

14             THE COURT:  Okay.

15             MR. DiLORENZO:  I expect to start the direct of

16   Special Agent Clarke probably late morning and do a good

17   portion, if not all, of his direct, and then tomorrow we

18   have -- I guess we have a couple of witnesses.  I mean, we

19   could conclude with Special Agent Clarke tomorrow.

20             THE COURT:  Why isn't Geist going to be here?  I

21   thought that was the plan.

22             MR. DiLORENZO:  I believe I indicated that he

23   was -- he's arriving today.  He will be here tomorrow.

24             THE COURT:  Okay.

25             MR. DiLORENZO:  On Thursday.

1          THE COURT:  All right.  So the point would be if

2     we don't start with Agent Clarke today, we would have

3     another gap in witnesses?

4          MR. DiLORENZO:  Correct, correct.

5          THE COURT:  But I thought we were working under

6     the assumption that we would defer the cross-examination of

7     Agent Clarke until next week.

8          MR. DiLORENZO:  So I believe that was defense

9     counsel's interpretation.  The government's sense was --

10    what the Court had instructed was we may be able to do the

11    direct sooner rather than later, and the Court wanted to

12    give the defense some time to absorb what was provided to

13    the defense last weekend.  The government had pointed out

14    that that material -- there was nothing new in the material.

15    It was simply a change in format.

16         And another point, actually a critical point, is

17    the government has no intention to cover any of that

18    information in its direct.  So if the defense felt a need --

19    there would be no need to go into it during cross.  And if

20    they were --

21         THE COURT:  They can recall him.

22         MR. DiLORENZO:  He can be recalled for that

23    purpose.  That's correct.

24         THE COURT:  Okay.  Let's get started.

25         Go get the jury.

1          Ms. Petras.

2          MS. PETRAS:  If I could just be heard.  This puts

3     us in a difficult position because if -- my understanding

4     was they were going to start the direct of Mr. Clarke

5     tomorrow after Tiegen because, if they start it today, that

6     puts us in the position of either going forward to finish

7     it -- which would be our preference, to do Agent Clarke all

8     at once, the direct on Friday, the cross on Monday;

9     otherwise it puts us in the position of allowing them to

10    do the direct of Agent Clarke, who is going to come and

11    testify to all of these what they say are incriminating

12    statements that Mr. Abu Khatallah allegedly made, and then

13    put on Mr. Geist, who was wounded in the attacks, who is

14    going to be a very sympathetic witness, without us having to

15    have a cross in between.

16          That's a very prejudicial way to break up the

17    witnesses.  We usually don't object to breaking up the

18    witnesses when it's necessary -- for example, with what

19    happened to Mr. Bilal -- but that would be extremely

20    prejudicial.

21          THE COURT:  All right.  Well, if I allow Agent

22    Clarke to go ahead, you can cross him.  And then if there

23    are materials that were not introduced in the scope of the

24    direct, you're free to recall him.  And that was the basis

25    of giving you extra time because of the disclosures of the

1 affidavits, okay?

2    MS. PETRAS:  I don't think that there's a way

3 to -- I don't believe that you can put Mr. Clarke on today

4 and finish with -- and go straight through and do the cross-

5 examination and finish tomorrow and get Mr. Geist on and

6 off, which is what the government represented they needed to

7 do tomorrow.

8    THE COURT:  All right.  We'll see where we are at

9 lunch, but I -- you know, if Geist can be here next week?

10    MR. DiLORENZO:  We're making arrangements.

11    THE COURT:  I mean, the presumption would be a

12 witness comes on, he's crossed, redirect, and then he's off.

13 We're not -- unless there are sort of extraordinary

14 circumstances, you know, I agree with Ms. Petras that it's

15 not ideal to break up the examination.

16    MR. DiLORENZO:  And we've already reached out, and

17 we're hoping that's the case.  That's our preference as

18 well.

19    THE COURT:  Okay.

20    MS. PETERSON:  Just so the Court knows --

21    THE COURT:  Good morning, Ms. Peterson.

22    MS. PETERSON:  Good morning, Your Honor.  I

23 mentioned to Mr. DiLorenzo, we'll need a short break between

24 the direct and the cross for me to be able to show him some

25 clips that I may need to use in impeachment.  I didn't want

```
 1    to do it before the direct was over, just for time purposes.

 2              THE COURT:  Video clips?

 3              MS. PETERSON:  Audio clips.

 4              MR. DiLORENZO:  And I'm not going to object.

 5              THE COURT:  Thank you.

 6              (Jury enters courtroom)

 7              THE COURT:  All right.  Good morning, everyone.

 8              JURY IN UNISON:  Good morning.

 9              THE COURT:  Did you have a nice evening?

10              JURY IN UNISON:  Yes.

11              THE COURT:  Good.  Juror No. 1, I didn't talk

12    about that Redskins game the other night.

13              JUROR NO. 1:  I know.  Thank you.

14              THE COURT:  All right.  On that note,

15    Mr. DiLorenzo.

16              MR. DiLORENZO:  Good morning, Your Honor.  The

17    government will call Jonathan Tiegen.

18              THE COURT:  Sir, feel free to pour yourself a cup

19    of water there, if you'd like.

20              THE WITNESS:  I'm good.  Thank you, sir.

21                      JONATHAN TIEGEN, Sworn

22                         DIRECT EXAMINATION

23    BY MR. DiLORENZO:

24    Q.  Good morning.

25    A.  Good morning.
```

1    Q.  Could you please introduce yourself to the ladies and

2    gentlemen of the jury, and spell your last name.

3    A.  My name is John Tiegen, T-I-E-G-E-N.  I was also known

4    as Tig, T-I-G.

5    Q.  And Mr. Tiegen, I'm going to jump right into the heart

6    of the matter.  Back in August and September of 2012, were

7    you employed?

8    A.  Yes, I was.

9    Q.  And how were you employed?

10   A.  I was employed directly through the agency, the CIA.  I

11   was a contractor.

12   Q.  And by "CIA," what do you mean?

13   A.  Central Intelligence Agency.

14   Q.  And you indicated you were a contractor, so you worked

15   for the CIA, but in what capacity?  Who did you work for

16   within the CIA?

17   A.  GRS.  It stands for Global Response Staff.  They're the

18   personal protection section.

19   Q.  Okay.  And do they -- and in your capacity as a member

20   of GRS, did you deploy overseas?

21   A.  Yes, I did.

22   Q.  And then if you could just give us, just generally, some

23   background prior to working for GRS.  Just generally, what

24   is your employment history?

25   A.  I joined the Marine Corps back in '95.  Got out in '99.

1    I was an infantry squad leader, got out as a Sergeant U5.

2           After I left, I started doing HVAC, heating and

3    air conditioning.

4           About July of 2003 I started doing contract work

5    overseas for a company called CSA, and I've been doing

6    contracting ever since and doing security.

7    Q.  And by "contracting," you mean basically in the security

8    field?

9    A.  Yes.

10   Q.  Did you have occasion to be deployed to Libya in August

11   or September of 2012?

12   A.  Yes.

13   Q.  And where was it that you were deployed specifically?

14   A.  In Benghazi, Libya.

15   Q.  And is that a city in Libya?

16   A.  Yes.  The city's Benghazi.

17   Q.  And approximately when did you deploy?

18   A.  It was early August, when I first got there.

19   Q.  And that's in 2012?

20   A.  Yes, 2012.

21   Q.  And when you arrived, what was the facility that you

22   were stationed?

23   A.  We were stationed over at the -- we called it the Annex.

24   It was the CIA compound.

25   Q.  And if I could direct your attention to Government's

1    Exhibit 141.

2              MR. DiLORENZO:  I believe it is in evidence, if we

3    could, please, publish it to the jury.

4    Q.  You're looking at Government's Exhibit 141.  Do you

5    recognize anything within that exhibit?

6    A.  Yes.  It's the Annex, and the property around is what we

7    called Zombie Land.

8    Q.  Is the Annex kind of --

9    A.  Circled in the yellow.

10   Q.  And when you were assigned there -- what were your

11   responsibilities there when you were assigned to the CIA

12   Annex?

13   A.  Just to provide protection for personnel that were

14   stationed at that compound to and from different venues.

15   That was our main duty.

16   Q.  And could you tell us just generally what -- we see an

17   aerial photograph of it so that helps.

18   A.  Yes.

19   Q.  But can you just -- generally, can you describe what the

20   Annex was or, you know, the structures, the physical layout.

21   A.  The first building, Building 1, that was what we called

22   our chow hall or where we ate breakfast, lunch and dinner.

23   It was also sleeping quarters for a couple of the guys.

24             Building 2, that was where our gym was and our

25   little training area.

1          And Building 3, that was pretty much the command

2     post.  That's where they had the SCIF and the team leader

3     and the chief of base, deputy chief.  They stayed in at that

4     building.

5     Q.  Okay.  Let me just slow you down a little.  What is a

6     SCIF?

7     A.  I always forget the acronym, but it's pretty much where

8     they keep all the classified information.  It's a secured

9     area that's got obviously protected stuff around it so

10    people can't access it from the outside.

11    Q.  Is it basically like a secure office?

12    A.  Secure location, yes.

13    Q.  And within the Annex facility, where was the work

14    conducted?

15    A.  Always Building 3.

16    Q.  And what percentage of the work would you say was

17    conducted within --

18    A.  100 percent.

19    Q.  And were there any other -- looking at Building 3, were

20    there any other parts of Building 3?

21    A.  What do you mean, parts?

22    Q.  You indicated that there was a SCIF.  Was --

23    A.  Yes.  The SCIF was in the front portion of the building,

24    and then the living quarters.

25          And we had our GRS team room there, and our

1   security room that had the cameras and stuff were also in

2   Building 3.

3   Q.   And also --

4   A.   And the medical room was in Building 3.

5   Q.   Okay.  What about Building No. 4?

6   A.   That was sleeping quarters for myself and one of the

7   other GRS guys and a couple of the officers.

8   Q.   Now, the Annex facility, did the CIA own it?

9   A.   What's that?

10   Q.   Did the CIA own that facility?

11   A.   No.  I believe they were renting it.

12   Q.   And the personnel, the CIA, the American personnel,

13   where did they sleep?  Where did they sleep?  Within the --

14   A.   Within the four buildings.  We spread them out.

15   Q.   And what about the meals?  What percentage of the meals

16   did American personnel have on that facility?

17   A.   About 90 percent.  Every now and then we'd get shawarmas

18   and stuff like that from out in town, on usually Thursday

19   nights.

20   Q.   Now, was the compound surrounded by a wall?

21   A.   Yes, it was.  About 12 feet high or so.

22   Q.   And were there any other -- was there any other security

23   apparatus?  You mentioned cameras, but in addition to the

24   cameras and the wall, was there any other security

25   apparatus?

1    A.  Well, we actually -- there was a -- they had glass

2    actually embedded in the concrete on top of the wall instead

3    of Concertina wire.

4    Q.  What was the purpose of that?

5    A.  Just to prevent people from climbing over it.

6           It was a normal thing around there.  A lot of the

7    housing had that up there so people couldn't climb over

8    their walls.  It was just a normal thing.

9           We had a local Guard Force as well.

10   Q.  And in addition to the local Guard Force, were there

11   towers --

12   A.  Yes --

13   Q.  -- within -- sorry.  I'll slow down.  Were there towers

14   within the compound?

15   A.  Yes.  We had five towers.  There was two in the north

16   and east corner of the building.  There was one on kind

17   of -- about ten feet off the northwest corner and probably

18   kind of ten feet down towards the south end on the east

19   corner.  Then in between the corner and the main gate was

20   the Tower 1.

21   Q.  So what I'd like to do --

22           MR. DiLORENZO:  Would it be possible to zoom into

23   the compound?

24   Q.  I'm show you some photographs in a second.  You can

25   touch the screen, and it will make a mark.

1    A.  Oh, okay.

2    Q.  How many towers were there?

3    A.  There were five towers.

4    Q.  And can you tell us -- show us the location of the five

5    towers.

6    A.  Tower 1 was right about here.

7    Q.  What I'm going to do is I'm going to stop you because we

8    have to record everything, and I have to make a record.

9           MR. DiLORENZO:  So the witness has pointed out and

10   made a dot just to the left of the gate, and that's the

11   location of the first tower.

12   A.  Actually, no, it was closer.  Sorry, right there.

13   Q.  So maybe midway between the gate and like the western

14   wall; is that right?

15   A.  Yes.

16   Q.  And then if you could just kind of go around and point

17   out the remaining towers.

18   A.  Tower 2 was right here.

19   Q.  Which would be in the southeast corner?

20   A.  Yes.

21           Tower 3.

22   Q.  Which is in the northeast corner.

23   A.  Tower 4.

24   Q.  Which appears to be on the north side left of center?

25   A.  Yes.

1           And Tower 5 is about right there.

2           MR. DiLORENZO:  And for the record, that is on the

3    western wall north of center.  And that's the location of

4    the towers.

5    Q.  And what was the purpose of the towers?

6    A.  Just to provide -- so we could get up on the wall

7    instead of really -- not really being on the buildings if we

8    didn't have to.  Just to provide more 360 security.

9    Q.  What I'd like to do is show you -- and it may be quicker

10   if I actually walk up and show you -- Government's Exhibits

11   144.

12           They're in evidence.  They're in evidence so this

13   will be quicker.

14           If I can show you Government's Exhibit 144-10,

15   could you please explain what we see in Government's Exhibit

16   144-10.

17   A.  It's Tower 4 facing on the north wall.

18   Q.  So this is one of the towers that you described?

19   A.  Yes.

20   Q.  And then quickly, Government's Exhibit 144-12.

21   A.  And Tower 5 facing the west.

22   Q.  And then Government's Exhibit 144-28.

23   A.  That's Tower 3 in the corner.

24   Q.  So could you circle the location of Tower 3.

25   A.  (Witness complies)

1    Q.  Okay.  And we'll come back to Tower 3, but could you

2    just describe what else you see in Government's Exhibit

3    144-28.

4    A.  There's like a carport cover, and that was where we --

5    that's where our gym was.

6            And over the wall in the outer area, that's,

7    again, what we called Zombie Land.  That's where the first

8    and second attack came from.

9    Q.  Okay.

10           MR. DiLORENZO:  And then if we could maybe pull up

11   also Government's Exhibit -- along with this Government's

12   Exhibit 141 to give the jury some perspective as to where

13   Tower 3 is.  Thank you.

14   Q.  So looking at the aerial photograph, do you see the view

15   that we would have from Government's Exhibit 144-28?

16   A.  Yes, I can see it.  Do you want me to point to the

17   tower?

18   Q.  Yes.  And maybe --

19   A.  So the tower is right here in this corner.  And this

20   building right here is the gym.

21   Q.  Okay.  Thank you.

22           Now, there were other GRS personnel that was

23   assigned to the Annex when you were there?

24   A.  Yes.

25   Q.  What I'd like to do is look at Government's Exhibit 3,

1    which has already been moved into evidence.  Do you

2    recognize Government's Exhibit 3?

3    A.  Yes.  That's Tyrone Woods, also known as "Rone."

4    Q.  And was he a GRS member?

5    A.  Yes, he was.  He was our assistant team leader.

6    Q.  And in addition to being the assistant team leader, did

7    he have any other role with respect to GRS?

8    A.  Yes.  He was our medic in case anybody got injured.  He

9    was also -- I believe he was a physician's assistant back

10   here in the States.

11   Q.  Now, the Annex facility, was that overtly an American

12   facility?

13   A.  No, it wasn't.  It was covertly.

14   Q.  Could you explain that.

15   A.  We had no outside markers even designating what we --

16   you know, who was there or anything so nobody really knew

17   who we were.

18   Q.  And what was the purpose for that?

19   A.  Protection for us.

20   Q.  Now, are you familiar with the U.S. Special Mission?

21   A.  Now I am, yes.  At the time we always called it the

22   consulate.

23   Q.  The consulate.  So are you familiar with a facility

24   called the consulate?

25   A.  Yes.

1    Q.  And back then you were familiar with it?

2    A.  Yes.

3    Q.  And where -- do you know what it was?

4    A.  Yes.  It was just where the State Department did all

5    their work for whatever they do.

6    Q.  And do you know where it was?

7    A.  Yes.

8    Q.  I'm going to show you Government's Exhibit 142, which I

9    believe has not yet been admitted into evidence.  So I'll

10   ask you if you'd look at this.  Do you see that?

11   A.  Yes, I do.

12   Q.  Do you recognize Government's Exhibit 142?

13   A.  Yes.

14   Q.  And what is it?

15   A.  It's where the U.S. Consulate was and the CIA Annex.

16   Q.  And it's a fair and accurate depiction of those

17   locations that you described?

18   A.  Yes, it is.

19          MR. DiLORENZO:  Your Honor, the government would

20   move Exhibit 142 into evidence.

21          MS. PETERSON:  No objection, Your Honor.

22          THE COURT:  So moved.

23          MR. DiLORENZO:  And if we could publish it to the

24   jury?

25          THE COURT:  You may.

1   Q.  And could you just please point out -- you can write on

2   the screen.  Can you show us the location of the Annex.

3   A.  This location right here is the CIA Annex, and this is

4   the U.S. Consulate.

5   Q.  And they're both marked accordingly; is that right?

6   A.  Yes.

7   Q.  And what would you say the distance between the Annex

8   and the Mission were?

9   A.  It was about three-quarters of a mile as the crow flies.

10  It was about 1.2 miles or 1.3 as you drove.

11  Q.  And did you have occasion to travel from the Annex to

12  the Mission and/or back?

13  A.  Yes, we did.

14  Q.  And how long would that drive typically take?

15  A.  Three to five minutes.  It just depends on the traffic.

16  Q.  And what I'd like to do is direct your attention

17  specifically to September 10th/September 11th of 2012.  Were

18  you aware that the ambassador was going to visit the

19  consulate?

20  A.  Yes, we did.  We were informed probably about three

21  weeks prior, two weeks prior to him showing up.  We did some

22  security drills with the three personnel that were at the --

23  stationed at the consulate just to kind of give them an

24  idea, if something happened, they would know how we would

25  react.  And we did some medical training with them to show

1    them what we would do if somebody got injured.

2    Q.  Do you recall approximately when this training took

3    place?

4    A.  I believe it was about a week prior to him showing up,

5    the U.S. ambassador showing up.

6    Q.  And the training, was that with U.S. citizens, the DS or

7    the diplomatic security agents?

8    A.  Yes.  It was with all of us.  Actually, I think it

9    was -- three of the guys came over from the diplomatic

10   security team.

11   Q.  And just generally, what type of -- what was the

12   training that you did with them?

13   A.  It was active shooter on the compound.  That's if

14   somebody got on the compound and was shooting it up, what

15   would we do, how would we secure our personnel.  And if

16   somebody got shot, how would we react to that shooting and

17   do medical aid for that individual.

18   Q.  Okay.  And you indicated you did some medical training

19   as well.

20   A.  Yes, we did.

21   Q.  And what was the purpose of this joint exercise?

22   A.  It's always good to always refresh.  We always did it in

23   our compound, at least a couple of times a month.  But it's

24   just to keep it fresh in your head if somebody gets injured

25   what to do, how to react, so you don't stress out and freeze

```
 1    up.

 2    Q.  Did the Annex have the ability to communicate with the

 3    State Department employees at the Mission?

 4    A.  Yes.  We had one of their radios.  They had one of our

 5    radios.  And plus we had their cell phone numbers, and they

 6    had ours.

 7    Q.  Now, do you recall when the ambassador arrived in

 8    Benghazi?

 9    A.  I don't remember the exact time, but I believe it was

10    kind of in the afternoon on the 10th, and he had a meeting

11    at one of the main hotels downtown.

12    Q.  And do you recall whether or not his presence in

13    Benghazi was public?

14    A.  Not at the time.  It was not public.  They wanted to

15    keep it kind of quiet so they could get him out of the

16    airport as safely as possible because the security was so

17    minimal.

18    Q.  And do you know if it became public?

19              MS. PETERSON:  Objection, Your Honor, unless we

20    have a foundation for personal knowledge.

21              MR. DiLORENZO:  I asked him if he knew.  Do you

22    have personal knowledge?

23              THE COURT:  Overruled.

24    Q.  Do you know if it became public that the ambassador was

25    in Benghazi?
```

1    A.  When he arrived at the hotel, they had -- all the news

2    crew was already there waiting for him to show up.  When he

3    showed up, they were there because the individual that he

4    was meeting, he announced it to the public, and we saw it on

5    the TV that night.  Later that day, not that night.

6    Q.  Did you have occasion to meet with or see the ambassador

7    on September 10th?

8    A.  He came over that evening.  I believe he ate dinner with

9    us.  And then we went over to Building 4 and kind of sat

10   down and had a little briefing with him and our chief of

11   base, and he just kind of gave us his overview thought of

12   what was going down in Benghazi.

13   Q.  And how did he appear?

14   A.  Pretty calm.  You know, he was just pretty calm.  Just a

15   normal guy coming down doing a job.

16   Q.  Directing your attention to September 11th, were you

17   involved in any movements that day?

18   A.  Early in the morning I had a movement with our chief of

19   base, our deputy chief of base, and immediately after that

20   movement we went over to the U.S. Consulate and informed the

21   ambassador that there was going to be -- there was a threat,

22   direct threat, on the government facility in Benghazi that

23   day.  Because he had meetings that were kind of set up out

24   in town, and for his safety, kind of, we reported that

25   because at the time there was a lot of assassinations and

1    kidnappings going on with the government officials in

2    Benghazi.  So just trying to make sure that he was protected

3    as much as possible, plus our guys.

4    Q.  So at the conclusion of this meeting that you had -- was

5    this at the consulate?

6    A.  Yes, it was at the consulate, in their TOC or their

7    tactical operations center.

8    Q.  So one of the conclusions of the meeting was that there

9    would be no movements by the ambassador.  He wouldn't be

10   leaving --

11   A.  Yes.

12   Q.  -- the consulate that day?

13   A.  Yes.

14   Q.  So business would be conducted on the Mission/Consulate

15   grounds?

16   A.  Yes.

17   Q.  Did you return to the Annex?

18   A.  Yes, we did.  That was my only movement for that day.  I

19   went back and just went on my normal routine.

20   Q.  What about that evening?  What, if anything, occurred

21   that evening?

22   A.  That evening, myself and Rone, we were going to be

23   taking the ambassador to a meeting location on the 12th, and

24   it was -- the State Department guys didn't know where it

25   was.  One of the local drivers that they had knew where it

1    was, but since we were providing -- augmenting ourselves to

2    security form, we don't allow locals to dictate our routes.

3             I had an idea where it was.  Myself and Rone left

4    our compound, you know, somewhere between 8:30 or so headed

5    out, drove right by the consulate, pretty much -- and I

6    forgot the name of the road right now.  Gunfight.  We went

7    up Gunfight and passed right by the consulate, found the

8    location, turned around, came back, found our way back.

9             It was right around 9:00 or so, and we called the

10   DS agents and asked them -- and told them we knew where the

11   location was, the route we were going to take, if he wanted

12   us to come in there and go over the route that night or wait

13   until tomorrow morning.  We were just going to go in a

14   little bit earlier.

15            And they said, "Just wait until tomorrow morning,

16   and we'll go over the route and stuff like that."

17            On the way back -- it was just a habit we always

18   had.  We always looked down towards the road because you can

19   see right through Gunfight all the way down to Adidas for

20   the most part.  It was nice and calm.  No pedestrians

21   walking around.  No nothing.

22   Q.  Looking at Government's Exhibit 102, can you kind of

23   orient us.  You talked about some road, Gunfighter Road.  Is

24   that the official name of the road?

25   A.  No, it's not official.  That's just what we called it.

1    Q.  Okay.

2    A.  This road right here, this is Gunfight Road.  This is

3    Adidas Road.

4    Q.  And then why is it called Adidas Road?

5    A.  There is an Adidas store that was right there on the

6    corner, right here.  So it was just a landmark everybody

7    knew, and we always -- it's the easiest way.

8              MR. DiLORENZO:  And just for the record, the

9    witness, for Gunfighter Road, drew a line over at the road

10   that is on the left side of Government's Exhibit 102 in an

11   up/down or north/south direction.

12             And then for Adidas, the witness marked to the

13   right and, I guess, toward the northwest corner, and it

14   appears to be in a similar direction, north/south, up/down.

15             THE WITNESS:  Yes.

16   Q.  Are there any other roads that you were familiar with?

17             THE COURT:  Before you get there, sir, you

18   mentioned a colleague was with you.

19             THE WITNESS:  Yes, Rone.

20             THE COURT:  Could you spell his name, please.

21             THE WITNESS:  R-O-N-E.

22   Q.  And to be clear, you mentioned Rone earlier.  Who is

23   Rone?

24   A.  Rone was our assistant team leader and our medic.

25   Q.  And there was a photograph that we looked at earlier

1    that was of Tyrone Woods.

2    A.  Yes.

3            The other road right here, we called this their

4    back gate.  This is Fourth Ring Road, the main artery, kind

5    of.

6    Q.  And then looking at the consulate, which we see here,

7    what's the road to the north of the consulate?  You just

8    marked the road south of the consulate.

9    A.  You're talking about the road that runs near the front

10   gate?

11   Q.  Yes.

12   A.  That road's right here.

13   Q.  Did that have a name?

14   A.  And we just called it a dirt road.

15   Q.  So when you went out that evening, basically, I guess,

16   to scout the location of the next day's meeting, about what

17   time did you leave the Annex?

18   A.  It was somewhere probably around 8:30 that evening.

19   Q.  And do you see the area that you traveled; not the

20   entire route, but as you went by the consulate?

21   A.  Yes.  I mean, the road we went down, we called it

22   Racetrack Road.  It's a little bit further down to the

23   south.  We came out this way and went down.

24   Q.  I'll pull up Government's Exhibit 142.  And looking at

25   Government's Exhibit 142 --

1    MR. DiLORENZO:  If you could enlarge maybe the

2  road just above the racetrack to the top.

3  Q.  So what we've done is we're looking at 142.  Do you see

4  the route that you took?

5  A.  Yes, I do.

6    We came out the Annex, went down here.  We all

7  just called this the Annex Road.  We went down Racetrack,

8  came over here to Gunfighter, and then just went straight

9  out.

10    MR. DiLORENZO:  And can you go back to 102.

11  Q.  And then you see, as you're -- you're headed north?

12  A.  Yes, sir.

13  Q.  You said that you had looked over at the consulate.

14  A.  Yes, sir.

15  Q.  Where were you when you were looking over at the

16  consulate?

17  A.  We were driving right down by the dirt road right here.

18  Q.  And what did you see?

19  A.  Just clear.  You can see the spotlights.  You know, you

20  can see what we called the serpentine and where the vehicles

21  kind of got to go in so they have straight access to the

22  main gate.  You can see that all lit up.

23    It was quiet.  Nobody was down there.

24  Q.  So what, if any, pedestrian traffic did you see when you

25  were --

1    A.  None.  There was a little bit because there's some

2    storage right here in this area, but other than that, there

3    was no traffic.

4    Q.  What, if any, evidence of any type of protest or

5    demonstration did you see as you went by?

6    A.  No.

7    Q.  And then you indicated that you went to the site of the

8    next day's meeting, and then you returned.  Did you return

9    on that same road?

10   A.  Yes.

11   Q.  And what, if anything, did you do as you were turning in

12   the direction of the Mission?

13   A.  What was that?

14   Q.  Did you drive the same way back?

15   A.  Yes, we did, and the same thing.  We called them as

16   we -- pretty much as we went, hit Fifth Ring or -- yes,

17   Third Ring Road, which is just north of here.  That's when

18   we called them in case they wanted us to come in and go over

19   the location.

20           But they said no.  So, again, just a habit, on the

21   way back, we just looked down the road.

22   Q.  So when you were returning, about what time was it?

23   A.  Right around 9:00 p.m.

24   Q.  And did you look down the same road, the dirt road?

25   A.  Yes.

1    Q.  And what, if anything, did you see?

2    A.  The same thing on the way out.  There was no foot

3    traffic, no vehicle traffic, nothing.

4    Q.  And then what did you do?

5    A.  We went back to our compound, the Annex, and went over

6    the route and the time we were going to be leaving to our

7    team leader; because it was going to be an early morning

8    move, and that way he was aware in case he was already doing

9    something else when we left.

10             THE COURT:  Just to be clear, this is September

11   11th, correct?

12             THE WITNESS:  Yes, sir.

13             MR. DiLORENZO:  Yes, Your Honor.  I apologize if I

14   wasn't clear.  This is the evening of September 11th.

15   Q.  So you returned to the Annex.  Do you know about what

16   time you got back to the Annex?

17   A.  It would have been a little bit after 9:00.  Not too --

18   really not too far after 9:00, I wouldn't think.

19   Q.  And what did you do when you returned to the Annex?

20   A.  Again, we just informed the team leader of our route,

21   and we actually -- we kind of talked a little bit about the

22   13th, when the ambassador was supposed to go and have the

23   ribbon-cutting ceremony for the English Channel School.  And

24   we actually thought that's where we were going to end up

25   getting hit, if we ever got hit.

1          But other than that, that was it.  I left that

2     building, went to my room, and a couple of minutes later

3     that's when a team leader got on the radio and said, "We

4     need GRS to the team room."  Not very urgent.

5     Q.  Were you inside your --

6     A.  I was inside Building 4 at this time getting ready to go

7     to bed.

8     Q.  Okay.  And then what happened?

9     A.  But it was myself, and one of the other GRS agents was

10     in there.  And, you know, it wasn't very urgent so the other

11     GRS guy, he was kind of laying in bed, just got off, I

12     think, sending emails to his wife or something, and I just

13     told him to stay there.  "I'll go find out what's going on."

14     That's when the team leader came back over the radio and

15     said, "Need all GRS now to the team room."

16          I ran out and ended up actually running into him

17     right in between Building 4 and Building 3, and that's when

18     he informed me that the U.S. Consulate had been overrun.

19          You could hear the gunfire and I think one or two

20     explosions while I was out there talking with him, but, you

21     know, that's -- in Benghazi, that doesn't really alert too

22     much awareness because that's just the way it was there.

23     Q.  So you heard gunfire?

24     A.  Yes.

25     Q.  Could you tell the direction or the general direction of

1   the gunfire?

2   A.  It was coming over from towards the consulate.

3   Q.  And could you tell what type of gunfire it was?

4   A.  It was definitely AK going off.  I heard one RPG go off.

5   Q.  And when you say "AK," what do you mean?

6   A.  AK-47.

7   Q.  And is that like -- and what is an AK?

8   A.  It's a Russian assault rifle.

9   Q.  And you had mentioned "RPG."  What is an RPG?

10  A.  It's a rocket-propelled grenade.  It's made for mainly

11  taking tanks out and stuff like that.

12  Q.  And those are the sounds that you heard coming from the

13  general direction of the Mission?

14  A.  Yes, it is.

15  Q.  And then what happened?

16  A.  I immediately ran back to my building, informed the

17  other GRS agent, and we got dressed and ran back to our team

18  room.

19         By the time we got back over to our team room, the

20  vehicles had been prestaged already.  We got our weapon

21  systems and got in the vehicle and ready to go probably

22  within five to ten minutes.

23  Q.  And do you know what the exact time was at this point?

24  A.  I have no idea.

25  Q.  And what happened next?

1    A.  We were sitting in the vehicles.  You can hear the State

2    guys were starting to get on the radio informing us, you

3    know, obviously they're under attack.  You can hear the

4    desperation in their voice, and the longer we sat there, the

5    more desperation they got.  They said, "They're starting to

6    light the buildings on fire."

7            I got out of the vehicle I was sitting in and

8    looked over the top of the car --

9            THE COURT:  Hold on.  Mr. DiLorenzo?

10           JUROR:  I'm sorry, the translation is too loud,

11   and I can't hear.  I'm sorry.

12           MR. DiLORENZO:  It's important that the jury hear

13   the testimony.

14   Q.  So just back up to make sure that the jury heard you.

15           So you indicated that you were in your vehicle?

16   A.  Yes.

17   Q.  You were in the vehicle, the staged vehicle.  And by

18   "staged," maybe just explain that, and then take it from

19   there.

20   A.  They were parked outside of our Building 3, our command

21   post.  The vehicle I was in was the front vehicle.  It was

22   myself, Rone, and another GRS agent.  And then the other GRS

23   agents were in the back vehicle, the follow vehicle.

24           And I got out on the opposite side --

25   Q.  It may be helpful if we -- looking at Government's

1    Exhibit I believe this is 141, if you could show where the

2    vehicles were staged.

3    A.   The lead vehicle was about there, and the follow vehicle

4    is just sitting behind it.

5    Q.   Okay.

6    A.   And I got out, looked -- got out on the opposite side of

7    the building, looked across the hood.  The team leader, the

8    chief of base, deputy chief of base, were on the front

9    porch, and I just said, you know, "We're losing initiative.

10   We need to get over there."

11          The chief of base looks back at me and says, "No.

12   Stand down.  You need to wait."

13          I yelled back, you know, "What are we waiting for?

14   We need to get eyes on."

15          He said, "We need to come up with a plan."

16          I'm yelling back saying, "It's too late to come up

17   with a plan sitting here.  We need to get over there."

18   Again, get eyes on, then come up with a plan and figure out

19   what to do.

20   Q.   Can you hear anyone over the State Department radio, the

21   channel?

22   A.   Not at this time because actually I had left -- my

23   vehicle [sic] was sitting in the seat.  My radio was sitting

24   inside the vehicle.

25   Q.   What about when you're outside?  Do you hear anything

1    coming from the direction of --

2    A.  You can still hear gunfire going off.  I don't know what

3    they were shooting at, but they were still shooting.

4    Q.  And what do you do?

5    A.  The team leader looks kind of -- then starts directing

6    his attention towards me.  Tells me to kind of shut up and

7    just get back in the vehicle.

8           I went and got back in the vehicle, and we just --

9    just kept going over my weapon systems.  I told Jack, the

10   other GRS agent, you know, what just transpired because they

11   didn't get out of the vehicle.  They stayed in.

12          I don't know, maybe about a good five/ten minutes

13   later, one of the State Department guys, the DS agent, gets

14   on the radio and says, "If you guys don't get over here now,

15   we're all going to f'ing die."

16   Q.  Now, when you heard that -- so what was the tone of the

17   voice?

18   A.  It was kind of, I guess, a frog kind of voice.  Kind of

19   like he's really losing it, very desperate.  And you could

20   tell the tone that he was just -- they needed us to come

21   over there now.

22   Q.  And do you remember the specific words that were said?

23   A.  He said, "If you don't get over now, we're all going to

24   fucking die."

25   Q.  And what did you do?

1    A.  Rone was driving, and I just remember he pulled forward

2    because -- and we're yelling at the team leader to get in

3    the vehicle over the radio.  We said, "We're leaving.  Get

4    in the vehicle."  He finally got in the vehicle.

5               The trail vehicle drove past us.  They took the

6    lead out the front gate, and we went the same route that me

7    and Rone had just went that -- earlier.

8               It was just kind of -- because from what we knew,

9    they had -- initially they -- we were told they had breached

10   the back gate, so there's another direct route we could have

11   took to get to the back gate.  So we wound up doing that

12   same route.

13              It took us maybe three minutes to get over there.

14   Q.  Do you remember exactly what time you left?

15   A.  I have no idea exactly what time we left.

16   Q.  What I'd like to do is quickly show you Government's

17   Exhibit 305-1.  It's just a short clip, if you could just

18   take a look at it.

19              (Video playing)

20   Q.  Do you recognize Government's Exhibit 305-1?

21   A.  Yes.

22   Q.  And what is it?

23   A.  That would be the vehicle with Tonto, the team leader,

24   linguist, and another agent.

25   Q.  It's playing very slowly, but is Government's Exhibit

1    305-1 a fair and accurate depiction of what you just

2    described?

3    A.  Yes.

4             MR. DiLORENZO:  Your Honor, the government would

5    offer Government's Exhibit 305-1 into evidence.

6             MS. PETERSON:  No objection.

7             THE COURT:  So moved.

8             MR. DiLORENZO:  And if we could, please, publish

9    it to the jury?

10   Q.  And you had an opportunity, prior to your testimony

11   today, to view Government's Exhibit 305-1, correct?

12   A.  Yes.

13   Q.  And did it play smoothly then?

14   A.  Oh, yes, it did.

15   Q.  Sorry.

16             So could you just describe what we're seeing to

17   the jury.  What are we seeing?

18   A.  The lead vehicle is coming out, and it's getting ready

19   to turn to the left.  And then we're in -- I'm in the follow

20   vehicle.

21             (Video playing)

22             MR. DiLORENZO:  And if we could just stop it.

23   Q.  And you indicated you didn't know the exact time.  If

24   you look in the lower right corner --

25   A.  It says 10:03.

1   Q.  And it also has a date of September 11, 2012?

2   A.  Yes, sir.

3   Q.  Does that appear generally to reflect the approximate

4   time that you left?

5   A.  Yes.

6   Q.  And if we could pull up Government's Exhibit 142, and

7   can you describe what you did as you and your other team

8   members left the Annex.

9   A.  So the route we took, again, it was the same route that

10  myself and Rone had just been on pretty much an hour

11  earlier.  We came out this way, down to Racetrack, up to

12  Gunfighter, came up here, and we stopped right about there.

13          There was actually -- there was a couple of

14  vehicles that actually were driving down the Fourth Ring

15  Road coming this way.  They crossed over the four-way

16  intersection.

17          When we got there, there was a --

18  Q.  How long did it take you to get to that position?

19          MR. DiLORENZO:  If we could pull up 102, it's a

20  better close-up.

21  Q.  And just point out, where do you arrive?

22  A.  We stopped our vehicles approximately right around that

23  area right there.  There was already -- I'm assuming it was

24  a local militia.  It believe it was -- it could have been 17

25  Feb.

1    Q.  And where were they?

2    A.  We had three guys who were firing on the opposite corner

3    right there.  They're engaging down towards the consulate.

4    There was a heavy gun truck sitting right here, and there

5    were two individuals over by that vehicle when we pulled up.

6         We didn't know exactly who they were so, when we

7    got out of the vehicles, we -- our guns were up and ready to

8    go in case they weren't friendly.

9    Q.  So this group which you described you believed to be

10   February 17th was in this vicinity here?

11   A.  Yes, sir.

12   Q.  And were you with other Americans?

13   A.  Yes, I was.

14   Q.  And what were those individuals doing when you saw them?

15   A.  There's three of them on the north corner firing down.

16   One guy was on the opposite side of the road that we stopped

17   at with an RPG, a rocket-propelled grenade launcher, and

18   there were two individuals that were next to the big gun

19   truck.

20        And when we pulled up, one of the heavier-set guys

21   walked towards us.  He had no weapon on him.  He wasn't

22   aggressive at all.

23   Q.  This group, when you arrived with the other Americans,

24   did they show any hostility to you or any of the other

25   Americans?

1   A.  None at all.

2   Q.  And what was this group doing?

3   A.  They were engaging the individuals that were outside the

4   main gate of the consulate, and there was just a bunch of

5   cross-fire going on.  They were returning fire; they were

6   receiving fire.

7   Q.  So when you say "engaging," they were firing at

8   individuals?

9   A.  Yes, they were.

10  Q.  And were those individuals firing back?

11  A.  Yes, they were.

12  Q.  Now, I'm going to ask you -- I know you don't recall the

13  exact time.  We saw the time stamp was that you left at

14  about 10:03.  How much time did it take you to get from the

15  Annex to that position?

16  A.  No more than -- no more than probably I'd say three

17  minutes, three to four minutes.

18  Q.  And can you please point out for the jury where these

19  individuals are that are firing in the direction of these

20  militia members.

21  A.  They were probably sitting right about -- well, outside

22  the actual property line, but right there firing down.

23  They're inside the serpentine of the consulate where the

24  vehicles would drive through because it provided a little

25  bit of cover for them because of the concrete barriers.

1    Q.  And is it -- where is that in relation to the main gate

2    of the Mission?

3    A.  Maybe 30 feet away from the main gate.

4    Q.  So just outside the main gate?

5    A.  Yes.

6    Q.  And what are those people at the main gate doing?

7    A.  Engaging down the road where that militia was.  There

8    was probably about approximately ten guys out there

9    shooting.

10   Q.  Could you tell what they were shooting with.

11   A.  You could tell it was AK fire.  No machine guns or

12   nothing like that.  It was semi-auto weapons.

13   Q.  So the firing is going back and forth along the dirt

14   road?

15   A.  Yes, it was.

16   Q.  And what happens next?

17   A.  Once we realized those guys weren't a threat to us, the

18   machine gun that I had, I put it back in the vehicle.  I

19   grabbed my own grenade launcher and went up to the corner.

20           Just as I was getting ready to peek around the

21   corner, the guy from behind me on the opposite side of the

22   road fired an RPG down towards there.  It kind of caught me

23   off guard.

24   Q.  So please, when you say "they" -- when you say "they,"

25   can you explain "they" because we have two groups firing at

1    each other.

2              You said they weren't a threat.  Who are we

3    talking about?

4    A.  I believe it was the 17 Feb's Martyr Brigade.  It was

5    the team that was in charge of the Quick Reaction Force for

6    the U.S. Consulate, or the security for the consulate.

7    Q.  And it was a member of that group that was in charge of

8    the Quick Reaction Force?

9    A.  I believe so.

10   Q.  It was a member of that group that fired the RPG?

11   A.  I believe so.

12   Q.  And where did he fire the RPG?

13   A.  Just right here.  He was standing on this part of the

14   road straight down.

15   Q.  Can you maybe make a direction of the RPG?

16   A.  Going down this way.

17   Q.  So headed east down -- in the direction of the dirt

18   road?

19   A.  Yes, sir.

20   Q.  And what did you do?

21   A.  I jumped back because, again, I've been next to them

22   shooting, but I've never been in front of one shooting so it

23   kind of really freaked me out.

24              I went back, loaded the grenade launcher.  They

25   were still receiving fire.  Three guys were still -- you

1    know, there's a bunch of cross-fire going on.

2              I brought the grenade launcher up.  I lobbed three

3    rounds as fast as I could.  Loaded the fourth one and came

4    back up, and that's when I noticed that everybody was gone.

5    All the guys that I saw there milling around and shooting

6    back at us, they had all taken off.

7              I immediately put the weapon on safe, walked back

8    to the vehicle, put the grenade launcher in the vehicle,

9    picked up my machine gun, and started moving towards the

10   road.

11             And during this time I asked the team leader where

12   the other two guys were, where Tonto and the other GRS agent

13   went.  He said they started jumping over the walls to try to

14   get up on high ground to see if they can look inside the

15   consulate grounds and provide cover.

16             And myself and one of the GRS agents, Rone, we

17   moved up to the corner.  I got on the radio, informed our --

18   we call it base -- that we were moving down the road towards

19   the consulate.  And it also let Tonto and the other guys

20   know that we're moving.  That way they know we have

21   friendlies coming down on that road.

22             We start moving down.  We got approximately right

23   about -- somewhere right around in here when a local came

24   out in a business suit.  He was on a cell phone.  He was

25   talking.

1    We started yelling at him, telling him to get

2    back.  He was speaking Arabic.  No idea what he was saying.

3    Then about five seconds into this I was yelling at

4    him, the three militia men that were firing down towards the

5    consulate had followed us down the road on the opposite

6    side.

7    Q.  So the people you believe were February 17th were behind

8    you following you?

9    A.  Yes.  They were probably about 10, 15 feet behind us on

10   this side of the road.  We were on this side.

11   And they started yelling at the guy.  They yelled

12   at them for a couple of seconds before he kind of put his

13   cell phone down and walked back in his house.

14   We continued moving forward.  We moved up to

15   the -- we call them jersey barriers, the concrete barriers,

16   just on the outside where those guys were hiding behind

17   returning fire to us.  We paused there for a second.

18   Q.  If I could just bring up Government's Exhibit 101, which

19   has been admitted into evidence.  It's a closer view of the

20   Mission.

21   If you could, use this as you're explaining to the

22   jury what occurred.

23   A.  So I believe the barriers probably started right about

24   here.  We moved up there.  We kind of staged ourselves.

25   I got on the radio.  Again, informed base we were

1    getting ready to move on the consulate grounds.  I think

2    before I even finished rounds Rone was jumping up.  He was

3    sprinting on.

4           The other GRS agent, he got up.  He was moving.

5           I was about a good 20, 30 feet behind the second

6    GRS agent, and they both turned and went through the gate.

7    As I got almost in front of the gate, I started receiving

8    fire from down -- from Adidas Road towards me back again.  I

9    immediately hit the ground.

10          The militia guys that had followed us in, one of

11   them immediately returned fire.  I got up, moved up to the

12   closest jersey barrier, got my machine gun up on the

13   barrier, had a little bit of struggle with my night vision

14   goggles, and as I was trying to flip them down, another

15   militia guy had moved up next to me.

16          He was reloading his AK-47 when one of the -- a

17   local guy came out from right about here, I believe is what

18   it was.  He had no weapon, and he just kind of had his hands

19   up and said, "17 Feb, friendly, friendly."  No idea if he

20   was.

21          I looked at the guy next to me.  He kind of

22   shrugged his shoulders.  I shrugged mine at him.  I pointed

23   at my guys and pointed at him.  I'm pretty sure he knew what

24   I was talking about, but I had no idea.  He shook his head

25   like he knew.

1          So I immediately got up and ran into the main gate

2     and started moving my way towards the main consulate.  And,

3     you know, the first thing that I saw was obviously the main

4     villa.  It was -- you can see flames of smoke coming out of

5     the windows.  You can see a lot more smoke coming out of the

6     front portion on this side right here.  And the windows over

7     here, you can see the flames coming out.

8          I kept moving forward.  I didn't see anybody.

9     Q.  If I could just show you Government's Exhibits 109-2 and

10    109-1.

11         MR. DiLORENZO:  They've been admitted into

12    evidence.  Can you put them maybe together.

13    Q.  Do you recognize what 109-1 is up?  Do you recognize

14    Government's Exhibit 109?

15    A.  Yes.  That's the main entrance to the U.S. Consulate.

16    Q.  And Government's 109-2, do you recognize that as well?

17    A.  Yes.  That's the closest barrier right here.  That's the

18    one -- that's the area we kind of stacked up before we moved

19    on to the consulate.

20    Q.  So as you approached the Mission, do you see the

21    location I guess where you were and where you went?  Can you

22    just point that out to the jury.

23    A.  Yes.  We actually ran up this side of the wall, right up

24    here, and went in.

25         Then when I got shot at, I moved actually up to

1    that barrier right there, and that's when I set up.  I'm not

2    sure exactly where the guy was, but he just came out, and

3    that's when he threw up his hands.

4    Q.  And the shots that you were receiving were coming

5    from --

6    A.  Yes, from this direction coming back towards me.

7    Q.  Okay.  And if we could go back to Government's Exhibit

8    101.

9            As you went through the gate, you described what

10   you saw with Villa C.  Had you been in the compound, the

11   consulate compound?  You indicated you had been there, I

12   guess, earlier that day.

13   A.  Yes, I had.

14   Q.  Were you familiar with the general layout of the

15   consulate?

16   A.  Yes, I was.

17   Q.  What, if anything, else did you notice about any

18   structures as you were entering the main gate?

19   A.  After I got past -- because the main gate, when I walked

20   in, I noticed it had actually been latched down, so it was

21   wide open.  It's a pretty long gate.  And then -- plus

22   there's a bunch of shrub on the side.  So by the time I got

23   past that, that's when I could see the 17 Feb sleeping

24   quarters.  It's this building right here.

25            You see the carport.  There were two vehicles that

1    were in the carport.  They're almost melted to the ground

2    except for the frame.  That's all I could make out was just

3    the frame.

4            There was another vehicle that was parked kind of

5    out in the front right about here, and it was engulfed in

6    flames.

7            The building was -- it was -- flames were just

8    pouring out of this thing.  It was really heavily on fire.

9            And I just kept walking.  I made it to where they

10   had the sandbag kind of horseshoe position.

11           I could hear a lot of banging going on so I just

12   stayed outside just in case someone was going to try and

13   come to counterassault through this back -- through the

14   front gate right there, and I just held security.

15           I was there for about a minute or so when I

16   noticed a Blue Mountain security guy came out of this field

17   over here, and the road, it goes -- it kind of elevates up a

18   little bit, so you had to jump up over on top of the road.

19   And he moved up and went into the shack, and that's the last

20   time I saw him.

21   Q.  How do you recognize him to be a Blue Mountain?

22   A.  He had a Blue Mountain uniform on.

23   Q.  How did he appear when you saw him?

24   A.  A little skittish.  He was definitely scared.  You could

25   tell.  He was hiding in the field.

1    Q.  And then what did you do?

2    A.  I just -- again, I just sat there and was just kind of

3    waiting.

4            About a couple of minutes later, I heard a vehicle

5    coming down the dirt road that connected both the compounds

6    right here.  I was probably right about here.  And, you

7    know, in my mind I'm thinking someone's stealing the

8    vehicle.  One of the terrorists is stealing the vehicle.

9            And I came out from behind the sandbag to get a

10   more direct line when it turned either, you know, towards

11   the back gate or the front gate, and as it turned, I had my

12   machine gun up getting ready to engage it when I noticed

13   Dave Ubben.  He had leaned forward in the vehicle, and I

14   could see the light because it's pretty litted down there.

15   Q.  Who is Dave Ubben?

16   A.  He was one of the State Department security guys, DS

17   agent.

18   Q.  What I'd like for the record to clear up, when you're

19   looking at Government's Exhibit 101, you said that you are

20   really just to the south, the south side of Villa C; is that

21   right?

22   A.  Yes.

23   Q.  And the vehicle that you saw, you drew a line it appears

24   to be from the direction of the office --

25   A.  Yes.

1    Q.  -- the building marked the office west along a road in

2    the direction of Villa C; is that right?

3    A.  Yes, sir.

4    Q.  And where was it when you first saw --

5    A.  The vehicle was probably right there when I noticed it

6    wasn't -- it was -- Americans were in the vehicle.

7    Q.  And then what happened?

8    A.  I followed them out.  They came up to the front gate,

9    and they actually backed in right here.  Not the front gate,

10   the front door of the main villa.

11        I moved up there with them, and that's when I

12   linked up with Rone -- he was on the front porch -- and had

13   a quick conversation.  I asked him, "Hey, have you guys

14   cleared the main villa?"

15        He said no, he hadn't, and that's when he informed

16   me that they could not locate the ambassador.  They had just

17   found somebody and was pulling them up -- they pulled him

18   out the window and laid him down.  And I looked off to my

19   right, and that's when I noticed the individual was laying

20   down on the ground.  I had no idea at the time who it was.

21   Q.  Did you later learn -- excuse me, did you later learn

22   who that individual was?

23   A.  It ended up being Sean Smith, the communications

24   officer.

25   Q.  And when you first saw Sean Smith, where did you see --

1    when you arrive, where did you see him?

2    A.  You can't really see it in here, but he's -- right where

3    the safe room window was there's a little patio, and that's

4    where he was laying.

5         Jack was sitting -- was standing next to him.  He

6    was right in this area here.

7         MR. DiLORENZO:  Okay.  What I'd like to do is

8    publish to the jury 106-6, which has been admitted into

9    evidence.  I'm sorry, the jury didn't have the photograph in

10   front of them, but they do now, or they will.

11   Q.  If you could explain where it was where you saw Sean

12   Smith.

13   A.  It was right here in this little patio area.  There's a

14   window that was right here that they had opened up and broke

15   out, and that's what they were going in and out of, and

16   that's where they pulled Sean Smith's body out of.

17        Me and Rone, after -- you know, when I looked

18   over, I asked, "Is that one of our guys?"

19        Rone said, "I'm not really sure right now."

20        So me and him, we just -- we went in --

21   Q.  How did he appear when you saw him?

22   A.  A lot of soot.  You couldn't tell -- I couldn't tell who

23   he was or, again, couldn't tell if he was one of our guys or

24   not.  I mean, no idea.

25        But a lot of soot on his face.  He was -- you

1    could just see it on his nose, his ears.

2              And, again, it was just a quick glance but...

3    Q.  And what did you do?

4    A.  We just -- myself and Rone, we just continued forward.

5    We started moving into the main villa area in Villa C, the

6    main living area.  We wanted to make sure, you know, it's

7    clear as much as we could.

8              So we go in.  You can -- off to the left-hand side

9    you can just see the flames.  You know, the whole room was

10   just in flames.

11   Q.  So when you're entering Villa C, how are you entering?

12   A.  With our guns up and ready.  We didn't have our

13   flashlights on at this time, but they were up and ready.

14             We go in.  It's like -- it's got like an inner

15   portion, and then it's got an entryway, and then the main

16   area.

17             MR. DiLORENZO:  Government's Exhibit 204-1.

18   Q.  Are you familiar with Government's Exhibit 204-1?  It

19   has been admitted into evidence.

20   A.  Yes.

21   Q.  And could you please use Government's Exhibit 204-1 as a

22   guide to explain what you did.

23   A.  Okay.  So I was standing right here initially with Rone

24   when I looked over, and I could see Sean Smith was right

25   there.  Another GRS and a couple of State Department guys,

1    they were still going in and out of the window.

2            We moved in this way.  There was a lot of smoke.

3    Not really too much because the doors were wide open.  The

4    smoke was just pouring out right there.  You could see this

5    room right here is completely engulfed in flames.

6            We moved in.  We got about two, three feet, maybe,

7    in the door the first time, and the heat was just

8    unexpected, I guess you could say.  It was just completely

9    overwhelming.  It was -- you just instantly started

10   sweating, and luckily -- I mean, just -- normally I wear

11   contacts, but that night I was wearing my glasses, and I

12   think if I was wearing contacts, they probably would have

13   melted to my eyes.  That's just how -- I mean, it was that

14   intense.

15   Q.  What about the smoke?  Can you describe the smoke.

16   A.  We couldn't see -- we had the guns up at the ready.  We

17   couldn't even make out the sights on our guns.  The sights

18   are about six inches away, and they're illuminated.  We

19   couldn't even see our sights; so that pretty much made the

20   weapons ineffective inside that room if we ran into anybody

21   really.

22           We went back out, caught our breath.  We came back

23   in, maybe made it maybe another ten feet at the most, ran

24   into some furniture, and -- you know, we're trying to hold

25   our breath as much as we could, but, you know, your

1    adrenaline's pumping.  We just moved 400 yards, got

2    attacked, moved on, so, you know, it's really hard to hold

3    your breath when your heart's racing like that.

4    Q.  You said you made it another ten feet.  Did you make it

5    to the area of the living area that's depicted in

6    Government's Exhibit 204-1?

7    A.  Yes.  I made it probably right around here.  The second

8    time, a little bit further down this way.  And the last time

9    I came in -- I'm not sure exactly where Rone made it in

10   either time, but the last time I went in, I knew the safe

11   room door was off to my right-hand side.  So I came in,

12   hugged the wall, and moved up to the first step; stepped on

13   the step and got down as low as I could, and I could see the

14   gate.  Both doors were open.  I could see the gate was

15   closed.

16            I yelled for Chris twice as loud as I could.

17   Q.  Was there any response from the living area at all?

18   A.  I didn't get any response from inside at all.

19   Q.  And I'd like to show you Government's Exhibit 108-26,

20   which has been admitted into evidence.  You had described --

21   and I'd like you to just use this as an aid for the jury.

22            You described doors being opened and the gate

23   being closed.  What did you mean by that?  Where were you,

24   and what did you see?

25   A.  I was just outside right here on this first step.  This

1    door was open.  That door was open.  And I could see pretty

2    much this part of the gate and lower because you couldn't

3    see that much higher at all.

4    Q.  Why not?

5    A.  Because the smoke was just so thick and so heavy, and I

6    could see that this gate was completely closed.

7    Q.  And then what did you do?

8    A.  I yelled.  I got no response from in front of me.  I

9    went back out.

10          I got outside to the front porch, then I could

11    hear Rone.  He's inside.  He's yelling he's lost.  He can't

12    find his way out.

13          I immediately move back in.  As I'm moving in I'm

14    yelling his name, "Follow me.  Come to me.  Come to me."

15          I kept going this way, and right here is when I

16    found him.  And we immediately egressed right straight back

17    out where I came from, and we're just -- we sat there

18    catching our breath.

19          There's a dozen or so I'm assuming 17 Feb, but

20    militia men, that were out there.  Some with guns.  A few of

21    them -- about two or three didn't have any guns at the time.

22    Some were in camouflage uniforms; some weren't.

23    Q.  What were they doing?

24    A.  They were kind of staging security.  They were actually

25    looking out.

1    I remember seeing one of the guys.  He was

2    standing kind of right around here.  He was facing out this

3    way.  There's another two guys right here watching the front

4    gate.  There's actually about two guys right here just kind

5    of seeing what's going on.  I'm not really sure what they

6    were doing.

7    Q.  So they're essentially forming a security perimeter

8    around the search operation?

9    A.  Yes, sir.

10   Q.  And what did you do?

11   A.  I was just trying to really catch my breath.  I mean,

12   obviously I was hacking up.  I was coughing pretty bad.  It

13   took a couple of minutes before I quit coughing.

14   The State guys, the security team, were trying to

15   figure out how to get deeper inside the room.  They had gas

16   masks, but, you know, that's not really that good for fires.

17   It doesn't really help that much.  But I was just saying,

18   "Hey, why don't you take your shirt off.  You know, go throw

19   it in the pool and see if that helps going in and out, maybe

20   make it a little bit deeper."

21   And that's about the time when Tonto and the other

22   GRS agents say, "Hey, is it safe to come in?  We're going to

23   jump the back gate."

24   Myself and Rone, we immediately moved over closer

25   to the back gate and set up security on the dirt road that

1    led to the other side of the compound.

2    Q.  And can you show the jury where this was on Government's

3    Exhibit 101.

4    A.  I came over.  I was sitting -- I laid down right here

5    with the machine gun providing security down this way.  For

6    us, this was an unknown area.  We had no idea if anybody was

7    there.

8         Rone stayed over on this side of the road, and

9    this is the back gate that Tonto and DB came in, and we kept

10   going.  We -- myself and the other agent, we moved across

11   here because we had this building right here.  We wanted to

12   make sure there was nobody hiding in there so we kind of --

13   we both flanked both sides of it and moved up onto it, made

14   sure it was clear.  We moved up to the edge right here.

15        Rone and a couple -- I think it was like two or

16   three militia guys moved up to the other side because there

17   was -- again, they had walls that they just tore down.  They

18   just made an access road in between.

19        We were staged there for about a second or two

20   when one of the guys, he popped around the corner with an

21   AK-47 and just let loose on a full mag.  So we're thinking,

22   okay, there must be somebody over there.

23        We come around the corner getting ready to fire.

24   There's nobody there.  We just -- you know, nice fluid

25   moment.  We moved over.  Myself and Tonto set up security on

1    the big bay windows inside the TOC right here because

2    they're about 12 feet by 12 feet wide open.

3            And while we're setting up security, Rone and the

4    other GRS agent and three of the militia men went over to

5    villa -- was it Villa B?  That's what we called their chow

6    hall -- and they cleared this building right here.

7    Q.  We'll just make it a little bigger.

8    A.  They went over, cleared that building, and when they

9    came back, we -- I had moved up to the front door right

10   here.  We got on the radio and said, "Hey, if you guys are

11   in there, come on, open the door.  Open the door."

12           We tried to bust the door open.  We couldn't get

13   it to bust open.  I was getting ready to bring up the

14   machine guns because we had to get in the building to make

15   sure it was clear, and just as I'm getting ready to shoot

16   the door open, the DS agent comes running out of the office.

17   Their office is right here.

18           He came around, and you could see him coming

19   because of the big bay windows.  He opens the door.  I

20   immediately entered what we call a hard entry, and as I'm

21   coming in, he's yelling, "Nobody got in.  Nobody got in.

22   It's been secured."

23           So I went immediately back out here.  There's a

24   carport right around here, and there's two armored vehicles

25   there.  I went -- I set up security on top of the hood of

1    one of the vehicles.  For one, it provided me protection

2    because it was up-armored.  And the other guys, they were

3    inside the office getting all the sensitive, classified

4    information, and they moved over to the other building.

5              Once that was done --

6    Q.  In which direction did they go?

7    A.  They went down this dirt road and went -- I'm not sure

8    exactly, but the route I took, went down the dirt road and

9    came up and around.  They could have cut through the pool

10   area right here.

11   Q.  And where are you?

12   A.  I was actually still over here.

13             A few minutes later I get a radio call from the

14   team leader saying, "Hey, Tig, where are you at?"  I tell

15   him where I was at.

16             He said, "Hey, nobody else is over there."  So I

17   kind of ran as fast as I could so I wasn't alone no more.

18   Q.  So you indicated you were doing security.  What area

19   were you looking at?

20   A.  I was looking pretty much at this whole area right here.

21   This area had a little bit of lighting, but the rest of it

22   was just pitch black.

23   Q.  Did you see anybody while you were there?

24   A.  I didn't see anybody at all.

25   Q.  And then after getting the call from the team leader,

1    where did you go?

2    A.  I ran this way down the dirt road, cut through up

3    through here, and moved up this way, and that's when the

4    team leader was talking to Dave Ubben and one of the

5    diplomatic security agents.

6         I overheard him say, "We've got no weapons."  I

7    had, you know, three weapons on me.  So I took the machine

8    gun that I had, set it down on the tailgate and just gave

9    him my drum, and that was pretty much the last time I ever

10   saw him until later that night.

11   Q.  And by "drum," you mean -- that's ammunition?

12   A.  Yes.

13   Q.  So what did you do?

14   A.  I immediately went back up to the safe room area where

15   they're going in and out of the window, and I started going

16   in the window.

17   Q.  And if you can look at Government's Exhibit 106-6, you

18   say you went in the safe area.  Did you actually reenter

19   Villa C?

20   A.  Yes, reentered this window right here.

21   Q.  And then when you entered --

22        MR. DiLORENZO:  If we could pull up 204-1.

23   Q.  -- do you see in this exhibit where you entered -- where

24   you reentered Villa C?

25   A.  It was this window right here going in.  The first time

1    in, again, we didn't -- I didn't know exactly where they

2    were searching or what they had searched.  I walked around

3    the whole entire room, went back out, got my breath.

4    Q.  What were the conditions like in -- you just circled the

5    bedroom.

6    A.  The heat wasn't as close to what it was in the main

7    living area.  The smoke was pretty -- I think it was a

8    little bit thicker because it only had one exit, which was

9    that window, and so I was -- there was another window right

10   here next to it.

11        So when I went back in the second time, found out

12   where the opener was, we tried to get it open.  I didn't

13   know how their windows functioned really.  I was trying to

14   get it opened.  I was probably there for about a minute

15   trying to open it so -- trying to get more smoke to get out

16   and couldn't do it.

17        I went back out trying to catch my breath a little

18   bit, and the team leader had started gathering -- they had

19   actually -- had moved Sean Smith's body over, and they got

20   him into our vehicle, the back of our vehicle that our team

21   leader and linguist came in on, and at that -- and he was

22   calling the DS agent guys to come down to start gathering

23   up.  He was going to get them in their vehicle and get them

24   out of there.

25        And during this time I was taking off all my gear,

1    and I was pretty much -- I was just going in with pretty

2    much the T-shirt and pants.  I had my vest still on, but no

3    ammo pouches.  And I got on my belly, started crawling this

4    way, went over here up into this room, crawled around this

5    room, and even then I was still -- you know, you could still

6    only see about a good, maybe, three feet in front of you.

7    Q.  And why is that?  Is that due to what?

8    A.  Just the smoke.

9    Q.  And you described the heat not being as bad as the main

10   area.  How would you describe the heat?

11   A.  It was bearable.  You could handle it.  It was kind of

12   like being in the Death Valley in about 130-degree sun,

13   direct heat.

14   Q.  And that's bearable?

15   A.  For me it was.

16   Q.  Okay.  But what about the smoke?  What, if any, effect

17   did the smoke have on you?

18   A.  The smoke -- I mean, it was very hard to breathe.  I

19   mean, I was coughing a lot, but I was still able to get

20   oxygen in me so I could keep going.

21   Q.  And did you position yourself in any way to avoid the

22   smoke?

23   A.  I was on my belly.  I was doing -- literally I was on my

24   belly crawling.

25        I wasn't on my knees.  I was using my feet to push

1    myself.

2    Q.  And when you got to the bedroom that you described?

3    A.  I could just see the bed.  I tried to look under the

4    bed, went around the side.  I put my hand on top of it.  I

5    was just feeling with my hand on top of the bed on both

6    sides to see if I could feel anybody that was up there.

7           The closet that's right here, I didn't go.  I

8    didn't look in there.

9           After I searched both sides, I started crawling

10   out coming back this way when we got counterassaulted.  I

11   heard an RPG go off and hit the side of the building, and I

12   immediately jumped up, ran out the door, came out the

13   window, and started putting my gear on.  The whole time I

14   could hear the gunfire going off, I had no idea which

15   direction it was coming in.

16          There's a ladder that was right here.  It goes up

17   to the roof.  And there's sandbags that are actually in the

18   window.

19          MR. DiLORENZO:  And if we could maybe enlarge the

20   area of Villa C.

21   A.  So where the safe room window was, there were sandbags

22   so you couldn't really see out.  I came out over here and

23   looked around the corner to see where the attack was coming

24   from.

25          Once I figured out where the attack was coming

1    from, the back gate down this way, I went up on the roof.  I

2    got up on the roof, radioed my team leader, and let him know

3    I was on the roof.  Just in case something happened to me

4    and I couldn't communicate no more, at least they knew where

5    I was.

6           I immediately started going in way towards this

7    corner, and the whole time I think maybe another two RPGs

8    were launched.  You know, a lot of gunfire was going off.

9    Q.  So you indicated that at this point you could see --

10   could you see the direction from where you were receiving

11   the gunfire?

12   A.  Yes.  When I came out, I peeked around this corner to

13   see where the guys -- these guys were returning fire at, and

14   they're all pointing down this way towards the back gate or

15   towards Fourth Ring Road.

16   Q.  Can you please circle the location from where you were

17   receiving the fire.

18   A.  It was from right here.

19           MR. DiLORENZO:  Your Honor, may the record reflect

20   that the witness has circled the area of Gate 3?

21   Q.  And what do you refer to that gate as?

22   A.  We always called it the back gate.

23   Q.  In addition to the RPGs that you indicated that you saw,

24   what, if any, other fire were you and the others receiving?

25   A.  Small arms fire, AK-47 fire.

1    Q.  And what were you and the other personnel doing?

2    A.  Tonto had put himself right in front of one of the State

3    Department vehicles.  He got behind it because it was an up-

4    armored vehicle, and the State guys that were inside of it,

5    they actually honked the horn at him to move him off the

6    vehicle so they could leave.

7            He just backed off the vehicle.

8    Q.  And did they leave?

9    A.  They took off.

10   Q.  Which direction did they go?

11   A.  They went outside the gate, and they went to the right.

12   Q.  And was that the last time you saw them on the Mission

13   grounds --

14   A.  Yes, it was.

15   Q.  -- or on the consulate grounds?

16           And what was taking place as they were leaving?

17   A.  We were getting counterassaulted in fire fight.

18   Q.  And could you describe that and what you did.

19   A.  I got up on the roof, and as I started -- I moved over

20   here on top of the roof, got to the corner, and just as I

21   came up, the guy that was launching the RPG, he came into

22   the opening of the gate, and I just let loose on about a

23   10-, 15-round volley.

24           I saw him fall backwards, and there were a couple

25   more pop shots after that, but then it ended.

1    Q.  And if I could just show you Government's Exhibit 106-7,

2    which has been moved into evidence.

3            Looking at Government's Exhibit 106-7, do you

4    see -- would you have seen this when the fire fight took

5    place?

6    A.  Yes, I did.

7    Q.  And what is this?  Would this be your viewpoint?

8    A.  Yes, it was.  This is the back gate, and this is where

9    he was -- he was coming into view.  He was shooting his RPG,

10   and he was getting out of view.  He was reloading and coming

11   back and would shoot again.

12   Q.  When he came, was he on the inside or the outside --

13   A.  He was on the outside of the gate.

14   Q.  And how close to the gate was he?

15   A.  He was probably maybe five feet off the gate entrance.

16   Q.  Now, after you said that there were a couple of pop

17   shots after that, and they came from the same direction as

18   well.

19   A.  Yes, they did.

20   Q.  And then what did you do?

21   A.  I didn't see anybody so I didn't return any fire.  I

22   just -- because once I -- it was just a quick little pop-

23   pop.  Once I saw him drop, it was like pop-pop, then it

24   stopped.

25            I sat there.  One GRS agent came up first, and

 1    then Tonto came up after.

 2            We were sitting up there for a couple of minutes,

 3    then Rone and the last GRS agent came up.  And about the

 4    time they actually made it up on the roof, the team leader

 5    came on the radio and said, "Hey, we've got to get out of

 6    here.  They're amassing between 50 and another 100 guys."

 7            The drone info was on top of us.  They were seeing

 8    it.  They were feeding us info.

 9            One, we didn't know if the ambassador was even in

10    the building, and we were pretty sure if he was, he wasn't

11    there no more because, you know, by the time we showed up

12    Sean Smith was already gone.

13            So we made the decision to leave.  I mean, there

14    were six of us, a dozen or so, you know, militia men that

15    we've never really worked with, and there's -- it wasn't

16    good odds for us to fight off 50 to 100 people.

17    Q.  So what did you and the other team members do?

18    A.  We got off the roof, got in our vehicle, and we returned

19    to our compound the exact same way we came in.

20    Q.  And where was Sean Smith?

21    A.  He was in the back of the vehicle with myself and the

22    other GRS agent.

23    Q.  And how long did it take you to get to the Annex?

24    A.  It was probably between two to three minutes.  Rone was

25    the one driving.  He was going pretty quick.

1    Q.  He was what?

2    A.  He was driving pretty quick.

3              MR. DiLORENZO:  Your Honor, I see it's about

4    11:00.  I can continue.

5              THE COURT:  How long do you have?

6              MR. DiLORENZO:  I mean, I am probably two-thirds

7    of the way done.

8              THE COURT:  Okay.  I'll leave it to you guys.

9    15-minute break now, or wait until 11:15?

10             JURY IN UNISON:  Wait.

11             THE COURT:  Keep going.

12             MR. DiLORENZO:  All right.

13   Q.  So you indicated that you were returning.  Rone was

14   driving.  I didn't quite hear the answer when you said he

15   was driving.  How was he driving?

16   A.  He was -- he was going pretty fast initially to get out

17   of there.  We made it to halfway past Fourth Ring Road, and

18   we slowed down a little bit to try to not really draw too

19   much attention to ourselves.

20             We turned the corner, went down Racetrack, and

21   made it up into our compound.  Again, it was probably within

22   three minutes we definitely made it back.

23             So we came out this way; again, went down

24   Gunfight, Racetrack, and then up Annex Road and came in.

25   Q.  And do you know what time you arrived?

 1    A.  To me it felt like we were over there for a couple of

 2    hours, but I -- honestly, I have no idea.

 3    Q.  What I'd like to do is show you Government's Exhibit

 4    305-3.

 5            MR. DiLORENZO:  And may the record reflect defense

 6    counsel had an opportunity to review that.

 7            (Video playing)

 8    Q.  And this is a video; is that right?

 9    A.  It is.  It's the inside of our compound.

10            (Video playing)

11    Q.  You had an opportunity to review this earlier; is that

12    right?

13    A.  Yes, I did.

14    Q.  Did it run more smoothly when you reviewed it?

15    A.  Yes, it did.

16    Q.  So what do we see?  What is in Government's Exhibit

17    305-3?

18    A.  That's the vehicle that we returned in.  The other

19    vehicle got left behind at the corner we stopped at.

20    Q.  Okay.  So it's your arrival at the Annex facility?

21    A.  Yes, sir.

22    Q.  And is it a fair and accurate depiction of what you've

23    described?

24    A.  Yes, it is.

25            MR. DiLORENZO:  Your Honor, the government would

1    offer Government's Exhibit 305-3 into evidence.

2              MS. PETERSON:  No objection.

3              THE COURT:  So moved.

4              MR. DiLORENZO:  If we could publish it to the

5    jury?

6    Q.  And looking at Government's Exhibit 305-3, if you look

7    in the bottom right corner, do you see a date and time

8    stamp?

9    A.  Yes, I do.  It's 11:36 on 9/11.

10   Q.  And based on your recollection, does that -- is that

11   approximately the time that you arrived?

12   A.  Yes, it is.

13   Q.  Okay.  And then what do we see now in Government's

14   Exhibit 305-3?

15   A.  That's our vehicle that we left from the consulate

16   coming in.

17             MR. DiLORENZO:  And if we could -- it's playing

18   slowly for the record, if we could just move it up -- there

19   we go.  This is fine.

20             (Video playing)

21   Q.  So when you arrived, was Rone driving more quickly than

22   that?

23   A.  Well, we did -- we stopped at the -- we did stop at

24   the -- after we got in just to make sure nobody could follow

25   us in in case, but he was probably -- yes, he was moving a

1    little bit quicker than that because we got in.  And once we

2    stopped, we jumped out, and we went into our security

3    positions.

4            MR. DiLORENZO:  And then if we could take that

5    down.

6    Q.  When you arrived, what did you -- you said you got into

7    your security positions.  Please explain to the jury what

8    you mean by that.

9    A.  We had prestaged security spots that we always practiced

10   for all the what-ifs that we did.

11           I got out of the vehicle and went over to Tower 2,

12   which is in the southeast corner of the building.  We got

13   there.  We turned our floodlights on, and I was -- we were

14   there for a little bit.  The drone feed was coming back.

15   They wanted us to put IRs on so the drone could, you know,

16   make sure they're seeing the good guys versus the guys

17   attacking us.

18           We broke chem lights out.  Two of the local guards

19   were in the tower with me.  I gave them both IR chem lights,

20   infrared chem lights that you can only see by night vision,

21   and we were there from maybe five minutes.

22           A local came out from across the street, came up

23   to the tower just outside the wall and started yelling

24   something in Arabic.  No idea what he was saying.

25           I got on the radio.  We got a guy we called Blue-

1    Eyed Mohammed.  He came up.  He could translate for me.  And

2    the guy was telling me to turn off all the spotlights

3    because they're going to know where you are.  A little bit

4    strange.

5              I looked back at him, and I had Blue-Eyed Mohammed

6    say, "Who is going to know where we are, and how do you know

7    who they are?"

8              He just said something else, kind of threw his

9    arms up, and went back inside.  You know, kind of brushed it

10   off a little bit.

11             About three minutes later about five cars came

12   hauling out of there really fast and took off.  That, to me,

13   really was strange.

14             I got ahold of the team leader, asked him where he

15   was.  He was on the front porch of Building 3.

16             I got down off the tower, walked over there and

17   was explaining to him what just transpired, and during this

18   time there was a group of cars that started stacking up

19   right here in this parking lot.  I could hear them on the

20   radio.  They're talking about it.  They're saying, "Hey, I

21   see these guys.  They're starting to stack up.  Do we know

22   who they are?"

23             And at this time nobody knew who they were.

24             MS. PETERSON:  Your Honor, I believe there is an

25   issue with some of the jurors.

1        JUROR:  Do you want us to see this?

2        MR. DiLORENZO:  Oh, I'm sorry, yes.  Can we please

3   publish Exhibit 141 to the jury.

4   Q.  And if we could just back up, you indicated that you

5   were in position to Tower 2.  Can you just remind us where

6   Tower 2 is?

7   A.  Tower 2 is in this corner here.

8   Q.  It's in the southeast corner?

9   A.  Yes.  The local, he came out from this compound right

10  here and was talking to me.

11  Q.  And then you said that minutes after the conversation

12  vehicles left the area.  Where did they come from?

13  A.  I don't think it was this driveway.  I think it was this

14  driveway right here, and they just came out this way.

15       I didn't really pay attention to exactly which

16  direction they went, left or right, but -- and that's when I

17  thought it was kind of strange that they took off that quick

18  because they knew something was going to happen.

19  Q.  And then you indicated at some point you saw some cars

20  begin to congregate.  And could you describe that using

21  Government's Exhibit 141.

22  A.  Yes.  I personally didn't see them because I was over

23  here talking to the team leader on the front porch when the

24  vehicle started gathering up back here in this parking lot

25  right there, and there's gates that lead into Zombie Land,

1    and --

2    Q.  What is Zombie Land?

3    A.  It's just like a stockyard.  It's a holding area for

4    sheep and stuff like that, so we just -- we always give

5    everything a name so...

6           While I was sitting there talking to him, Tonto,

7    he's asking for some -- another set of NVGs because one of

8    their NVGs broke as well.

9    Q.  So --

10   A.  Sorry, night vision goggles.

11   Q.  So it's NVG, night vision goggles.  And you said you're

12   hearing from Tonto.  Where is he positioned?

13   A.  He's over here.  Tonto and another GRS agent and one

14   diplomatic agent, they're up here on Building 2, and I guess

15   they could see them.  They're talking about it.

16          Tonto, he was asking for NVGs.  I got the set of

17   NVGs.  I got a case of water.

18          Oz, he's over here in Tower 3 in this corner, and

19   as I'm coming up onto --

20   Q.  Actually, before you describe as you're coming up, you

21   said Oz is in that corner.  What tower is that?

22   A.  Tower 3.

23   Q.  And do you know Oz's real name?

24   A.  Yes.

25   Q.  What is his real name?

1    A.   Mark Geist.

2    Q.   And he's another GRS member?

3    A.   Yes, he is.

4    Q.   And are other GRS members or other Annex personnel and

5    the State Department personnel deployed around the Annex at

6    this point in different security positions?

7    A.   At this time Rone and Dave Ubben were on top of Building

8    3, and I think one agency personnel was also up there with

9    them, and one GRS agent and another DS agent were on

10   Building 4.

11         There's nobody at this time on top of Building 1.

12   Q.   And then Building 2, you indicated that Tonto -- and

13   were there other individuals on top of Building 2?

14   A.   Yes, Tonto, one GRS agent, and one DS agent.

15   Q.   And what was the purpose of being on top of the

16   buildings?

17   A.   Just to give us a higher ground, higher view, and it

18   provided a good 360 as well.

19   Q.   Okay.  And just directing your attention back to -- you

20   indicated that there was a report that cars are congregating

21   in this area, and you begin to move toward Tower 3.

22   A.   Yes.  As I -- I just dropped off the night vision

23   goggles to Tonto up here on Building 2 and got right about

24   here, I believe, when the first attack started.  I started

25   running this way when something had flown over the wall and

1    landed right about here in this corner of the gym.  I was

2    about there.  It exploded.

3              Oz, he's already engaging so I could hear the

4    other guys on Building 2.  They're engaging.

5              I dropped what I was -- I dropped water, kind of

6    tucked my head down between my arms trying to protect my

7    head, waiting for impact.  No impact.

8              I immediately ran over, got up on the tower,

9    started engaging, and I got a little ricochet in my left

10   side.  That kind of stopped me for a second or two.  I got

11   back in, and, you know, it probably lasted somewhere between

12   maybe five, ten minutes at the most.

13   Q.  So you described -- is this the first assault on the

14   Annex compound?

15   A.  Yes, it was.

16   Q.  And do you recall approximately what time it was?

17   A.  It was probably about an hour after we arrived.  So with

18   that video, it would be probably around 12:30 or so.

19   Q.  And what was the first thing that you heard or saw when

20   the attack began?

21   A.  Just a loud explosion like an RPG going off, and then

22   small guns fire included with it.

23   Q.  And then, when you got to Tower 3 with Mark Geist, what

24   could you see?

25   A.  When I got up on Tower 3?

1    Q.  Yes.

2    A.  I could see a lot of gun flashes, probably about six at

3    a time right here in this area.  I could see some over here

4    in this area.

5              Myself and Oz, we were more focused on this area

6    right here because we knew the other guys had this area

7    right here covered.  You know, just zone of fire, pretty

8    much is what we call it.

9    Q.  So what you're pointing out is east of the Annex that

10   you're receiving fire?

11   A.  Yes, sir.

12   Q.  And can you see -- how do you know you're being fired

13   at?  I mean, what is it specifically you're seeing and

14   hearing?

15   A.  I'm hearing the gun flashes, and obviously the rounds

16   are zipping by us, and the light that I was next to was

17   getting shot up pretty good, and you could just see the

18   splatter off the wall, the debris.  The concrete is pretty

19   much coming apart.

20   Q.  Can you tell specifically how many people are east of

21   the Mission firing at you?

22   A.  At one point in time I probably saw three to six flashes

23   at a time.

24   Q.  Okay.  And the flashes were coming from --

25   A.  From the east.

1    Q.  And what are you and the others doing?

2    A.  We're returning fire.

3    Q.  And what are you firing at?

4    A.  I didn't have my night vision goggles -- I actually

5    broke them going in and out of the window at the

6    consulate -- so I was kind of firing a little bit to the

7    left of the gun flashes.

8    Q.  And what's the purpose of that?

9    A.  90 percent of the people are right-handed, and if you're

10   going to shoot to the left, you're going to most likely hit

11   somebody.

12   Q.  And how many individuals would you estimate were firing

13   at you?

14   A.  The first attack, maybe 10 to 20 guys.

15   Q.  And how long did it last?

16   A.  Anywhere between five to ten minutes.

17   Q.  And how did it conclude?

18   A.  They just retreated.  They stopped firing at us; we quit

19   firing at them.

20   Q.  And then, when they retreated, where did they go?

21   A.  They could see them dragging their -- a couple of guys

22   were getting dragged and hunched over getting back in their

23   vehicles.  They got back in their vehicles, and they took

24   off, and they went that way.

25   Q.  And by that, you mean they got into the vehicles in that

1   parking lot and went north on a road --

2   A.  Yes.

3   Q.  -- on a road to the right of Government's Exhibit 141.

4           And you described getting like a ricochet,

5   receiving a ricochet.  Could you explain that.

6   A.  I was just -- when I was engaging, I just felt a sharp

7   hit on my left-hand side.  I kind of stepped back a little

8   bit, crouched down and was feeling up underneath my armor to

9   make sure I wasn't bleeding or anything penetrated the

10  armor.

11          I didn't feel anything.  I mean, obviously I was

12  wet from sweat, but nothing really runny.  I didn't feel a

13  hole.  So I immediately got back in the fight.

14  Q.  So your armor protected you?

15  A.  Yes, it did.

16  Q.  And then what happened?

17  A.  After they had retreated, about five minutes or so

18  after the gunfight had stopped, the team leader was having

19  all the case officers go to their living quarters and get

20  all their -- like their essentials, their computer and their

21  bathroom stuff, whatever they needed.

22          And after the last one was done, moving back, I

23  went -- met with the team leader, told him, "Hey, we've got

24  to do the same thing."  And I went to my Building 4, got my

25  computer and stuff like that, dropped it off in the

1   building.

2            Well, actually walked over to the security cameras

3   because when I was up there in the tower it looked like

4   people sneaking up through the sheep pen that was right

5   here, because you could see like a head would come up and go

6   down, and we just kept seeing them.  People were moving

7   around in there.  We were calling on the radio, "Do you see

8   anything?"  They couldn't see anything.

9            So when I dropped my bag off, I went into the

10  camera room and was looking at the camera to see if I could

11  make anything out.  You couldn't.  You couldn't tell what

12  was going on.

13           I went back, started talking with the team leader,

14  and that's about when the third -- I'm sorry, the second

15  attack started.

16  Q.  And could you describe that.

17  A.  It started off again with another loud bang, small arms

18  fire, and I just immediately, from the front porch, ran back

19  over here and just jumped up on the tower and started

20  engaging with the other three guys that were -- and

21  there was probably maybe double the amount of the first time

22  that --

23  Q.  Do you know approximately how much time between that

24  first attack that you described that occurred at

25  approximately 12:30 and this second attack?

1    A.   Maybe an hour.

2    Q.   And what do you see when you arrived at Tower 3?

3    A.   I noticed there actually was a vehicle that had gotten

4    right here just outside our barriers.  We had -- this whole

5    section had the barriers blocked off so no vehicles could go

6    over here.  We actually had barriers right here so no

7    vehicles could approach us from that side.

8              A vehicle actually got right there.  That's

9    actually one of the first things I noticed, and, again, it

10   was double the size of guys that came the first time.

11   Q.   And when you say "double the size of guys," what are

12   these guys doing?  The attackers, what are they doing?

13   A.   I mean, they were moving the exact same way as the first

14   one, but a lot more are firing at a time than the first one.

15   There's a more constant six flashes you could see.  They

16   were more spread out from here all the way across, and

17   actually a couple of guys tried to come around this way, but

18   they didn't really have any concealment right here so, you

19   know, Oz engaged them fairly quickly.  And they came back

20   around and started engaging back from this way.

21   Q.   And how long did this fire fight last?

22   A.   Not very -- not really that much longer than the first

23   one.  10 to 15 maybe.

24   Q.   And how did it conclude?

25   A.   They just stopped firing.  They started moving back

1    away, and, again, they could see them dragging more guys,

2    and more guys were hunched over getting back into vehicles,

3    and they took off.

4    Q.  And where did they go?

5    A.  They went back up this way, so back up north.

6    Q.  Now, this evening, what, if anything, did you notice

7    unusual in the area of Zombie Land that evening?

8    A.  During the fire fights, right up here there's kind of

9    like another road up in there.  There's people -- you can

10   see people kind of walking back and forth.

11          It could have been just the herd guys, you know,

12   making sure the sheep were okay, but I don't know.  I

13   wouldn't have been there.

14   Q.  And when you say "herd guys," were there sheep in the

15   vicinity?

16   A.  This whole area right here was just filled with sheep.

17   Probably a couple of hundred sheep.

18          After the second fire fight, I remember two

19   individuals come walking down down this way.  I let them get

20   to right about here, and I put a laser on them, you know,

21   because if they're going to keep coming forward, I'm not

22   going to let them.

23          But once that laser hit them, they actually turned

24   and went over here.  There's like some benches right there,

25   and they sat right there.

1    Q.  And by "laser," you mean a laser sight?

2    A.  Yes, a laser pointer, just kind of like...

3    Q.  And when they were lit up with the laser, what, if

4    anything, reaction did they have?

5    A.  It was an immediate turn.

6    Q.  And you indicated the point that they turned.  Could you

7    see them from where they were?

8    A.  Not really because this tree right here kind of blocked.

9    Once they sat down, you couldn't see them anymore.

10   Q.  And did you engage them?

11   A.  Just with the laser.  That was it.

12   Q.  And why didn't you fire at them?

13   A.  They had no weapons on them.  I could see both their

14   hands so...

15   Q.  And then what happened?

16              MR. DiLORENZO:  Your Honor --

17              THE COURT:  Is this a good place?

18              MR. DiLORENZO:  It is.

19              THE COURT:  Okay.  We're going to take our morning

20   break.  Let's be back and ready to go at 11:30.

21              (Jury exits courtroom)

22              THE COURT:  All right.  11:30.

23              (Recess taken)

24              (The following is a conference held at the

25               bench outside the hearing of the gallery)

1          MR. DiLORENZO:  So there's one photograph I wanted

2     to authenticate.

3          THE COURT:  I'm sorry?

4          MR. DiLORENZO:  There's one photograph that was

5     shown in the opening statement that I was going to

6     authenticate through this witness.  I didn't really see a

7     need -- since it was shown in the opening, we need to admit

8     it.  I was going to authenticate it through this witness,

9     but I didn't see a need to publish it.  Just there's a

10    record of it.  The jury won't see it.  That's fine.

11         And Ms. Peterson, I don't think has an objection.

12         MS. PETERSON:  No, I don't object to that, Your

13    Honor.  I just -- these are the photos that we were

14    concerned about being publicly released for no other reason

15    than to protect the families' dignity, but I just -- so I

16    thought we should alert the Court to the fact that the

17    government was doing it.

18         THE COURT:  Do you contest that it's authentic?

19         MS. PETERSON:  No.

20         THE COURT:  Do we even need to go through the

21    foundation of authenticity through them?  Can't we just

22    admit it?

23         MR. DiLORENZO:  Actually, I have no problem with

24    that.

25         THE COURT:  So the Court will admit Government's

1    Exhibit 310A, okay?

2              MS. PETERSON:  That's fine.

3              THE COURT:  And this will be subject to the same

4    media release procedures that Mr. Shweiki and the Court

5    dealt with last week, okay?

6              MR. DiLORENZO:  Yes, great.  Thank you.

7              (This is the end of the bench conference)

8              MR. DiLORENZO:  Your Honor, defense counsel and I

9    spoke regarding Government's Exhibit 310A, which was the

10   photograph the government had proposed.  What we'll do is

11   we'll -- we have a proposed -- like a one-sentence

12   stipulation to explain that that photograph is a fair and

13   accurate depiction of --

14             THE COURT:  That's fine.  We can do that after.

15             MR. DiLORENZO:  And then we won't ask this witness

16   about it.

17             THE COURT:  Very well.

18             (Jury enters courtroom)

19             THE COURT:  Okay.  Mr. DiLorenzo, you're back on.

20             MR. DiLORENZO:  Thank you, Your Honor.

21   BY MR. DiLORENZO:

22   Q.  If we could just return real quickly to Government's

23   Exhibit 305-3.  This is a video you described when you were

24   arriving, and you had testified that you didn't have a

25   watch.  You don't know the exact time.

1            I pointed out the clock on the lower right-hand

2    corner.  It says 11:36.  It does say a.m.  Is the a.m.

3    accurate?  Did you return to the Annex in the a.m., at 11:36

4    a.m., or would it be --

5    A.  No, that would be p.m.

6    Q.  So other than the a.m./p.m., does it appear to be

7    roughly accurate?

8    A.  Yes, it does.

9    Q.  Now, after you indicated that you described -- I'm not

10   going to go over it again -- that there were two attacks.

11   If we could pull up Government's Exhibit 141.  It came from

12   the east, and you already described the individuals that you

13   saw walking through Zombie Land.

14            What else occurred that evening?

15   A.  Just after the first attack, our team leader got on the

16   radio and informed us that a QRF team from Tripoli, the

17   Quick Reaction Force from Tripoli, just landed in Benghazi

18   and -- at the airport, and they were trying to find --

19   Q.  I'm sorry, do you recall approximately what time this

20   was that you learned that a Quick Reaction --

21   A.  I'm thinking it was around 1:00 in the morning, from

22   what I heard -- from what I remember.  The only problem was

23   the militia that was supposed to meet them there I guess

24   didn't show up, or something like that, so they were trying

25   to find transportation to get to our compound.

1    Q.  And as you're waiting for this team to arrive, you

2    indicated that you were on Tower 3?

3    A.  Yes, sir.

4    Q.  And looking at Government's Exhibit 141, what is the

5    direction?  Where would the Mission or the Consulate be?

6    A.  It would be kind of back over this direction.

7    Q.  Just kind of on a northwestern direction.

8           What can you see in the area of the Mission from

9    where you are in Tower 3?

10   A.  I remember looking back because between the first and

11   second fight you could hear a lot of chanting and stuff

12   going like that, and when we looked over, you could just see

13   the consulate was just up in flames.  Mainly you couldn't

14   really see the flames; you could just see the glow of the

15   compound.

16          And even now and then you'd hear some gunfight --

17   some gunfiring going off.  I don't know what it was, but it

18   was just pretty much constant all night.  You can hear the

19   gunfire going off.

20   Q.  And, you know, what else occurred after you're waiting

21   for the team from Tripoli to arrive?

22   A.  After I dropped my -- it was after the guys were

23   lasered.  They walked over that way.  They weren't doing

24   anything.

25          Me and Oz, we were actually discussing if we were

1     going to shoot all these sheep or not to make sure nobody

2     could sneak up through.  We decided against it, and that's

3     when Oz, probably about maybe -- about 30 minutes after the

4     second fire fight, he got off the tower and went over to his

5     living quarters, and I'm assuming he started getting his

6     stuff packed up.

7               And that was pretty much the last time I saw him

8     until after the third and final attack.

9     Q.  You indicated you were talking about packing up.  What

10    was the purpose for the packing up?

11    A.  Just so we didn't have to leave our personal computers

12    or -- some guys, you know, they have meds or something like

13    that, pictures or something like -- you don't want to leave

14    that behind; and get an extra set of socks and underwear,

15    something like that so, if we had to leave the compound, at

16    least we had some change and, you know, toothpaste,

17    toothbrush, stuff like that.

18    Q.  And again Oz, is it Mark Geist?

19    A.  Yes.  Oz is Mark Geist.

20    Q.  And then what happens?  Did there come a time when the

21    team from Tripoli arrives?

22    A.  Yes.  I think they left the airport around 5:00 or

23    something like that, but they had finally located a militia

24    called the Libyan Shield.  They went over there.  The

25    commander went with them, picked them up.  And Tonto had

1    actually moved from Building 2 up Building 1 to kind of

2    guide that team in because none of those guys had ever been

3    there.  You know, they knew our location, but just to make

4    sure they knew the right compound.

5            So he went up there.  He was pointing a laser up

6    in the sky to kind of -- we call it a halo'ing, to halo them

7    in.  They came up to the compound.

8            The commander and the QRF team, they came in, went

9    inside Building 3.  The rest of the militia, they stayed

10   outside the compound.

11           They went in.  I'm not sure what they were really

12   doing.

13           One of the GRS guys, Glen Doherty, known as Bub,

14   got the location where Rone was because at the time --

15   before they were contracting, they had worked on the SEAL

16   teams together, and he went up on the roof, and -- I'm just

17   going off what Oz was telling me.

18   Q.  Let's talk about what you saw.

19   A.  Okay.

20   Q.  So you talked about a guy by the name of Glen Doherty.

21   His nickname was what?

22   A.  His call sign was Bub.

23   Q.  And let me show you Government's Exhibit 4 which has

24   been previously introduced into evidence.  Do you recognize

25   that?

```
 1    A.   Yes.   That's Glen Doherty.

 2    Q.   And was he also a GRS member?

 3    A.   Yes, he was.

 4    Q.   And where did he go?

 5    A.   He went up on Building 3.

 6    Q.   And if we can go back to Government's Exhibit 141.

 7    A.   So from what I -- I didn't see any of this taking place.

 8    It's just what I knew afterwards.

 9              MS. PETERSON:   Objection, Your Honor.

10    A.   I was up on Tower 3.   I knew --

11              THE COURT:   Sustained.

12    Q.   And then please testify just as to what it is that you

13    saw.   But are people reporting things to you over the radio

14    as they're occurring?

15    A.   Yes, that they had arrived.

16    Q.   And was it reported -- was it described that the team

17    had arrived over the radio as they were arriving?

18    A.   Yes.

19    Q.   And what did you hear?

20    A.   Just, "The team's here.   They're coming into the

21    compound."   And really that was it.

22              I'm sitting in Tower 3 thinking they're going to

23    be coming, kind of relieving us, kind of giving us a little

24    bit of a break.

25              That didn't happen, and, you know, the whole time
```

1    I could hear people moving around up here in the bushes out

2    here.  You could hear a gun clink every now and then.  So

3    obviously my focus was focusing right out in here.

4    Q.  Do you know approximately what time it was?

5    A.  I believe it was around 5:00 in the morning, 5:15,

6    something like that.

7    Q.  And had you had any sleep since the night before when

8    you drove past the Mission doing that scouting mission in

9    anticipation of the upcoming ambassador's meeting?

10   A.  No.  I'd pretty much been up since 6:00 on 9/11.

11   Q.  And what happens as you're waiting there after the team

12   from Tripoli arrive?

13   A.  As we're waiting there, I heard a thump, which is the

14   sound of a mortar round getting shot or the sound of a

15   tennis ball or something like an air gun going off.

16   Q.  How did you recognize that sound?

17   A.  Just being around it, being in the military, being --

18   especially an infantry squad leader, you had to do cough or

19   fire, so you're always -- you're next to the mortar team,

20   and they just make a distinctive sound, and you know exactly

21   what it is.

22   Q.  Can you tell the jury, just generally, what is a mortar?

23   A.  It's a high explosive.  It's an indirect fire weapon.

24   It's not a point weapon where it covers an area pretty much.

25   It's -- 81-millimeter mortar is what we were hit with, and,

1    you know, the kill radius on that thing is probably 20

2    meters.  It's pretty big.

3    Q.  And do you have personal knowledge as to this -- not

4    what you heard, but do you have personal knowledge of what

5    type of mortar was used?

6    A.  Yes, I do.  We were told.

7    Q.  Did you personally have knowledge?  Did you see the

8    mortars, or did you see the evidence of the mortars?

9    A.  I remember seeing one of the fins up on the roof.

10   Q.  Now, what happened after hearing the thump?

11   A.  Tonto, up on Building 1, he gets on the radio and says,

12   "Mortars."

13          I'm getting ready to key the radio and say, "Yeah,

14   I thought I heard a mortar launch, too," when the third and

15   final assault started.  It was an explosion that hit right

16   here, from my point of view.

17          The guys up on Building 3 immediately opened fire.

18   I could see the direction because the machine gun he had,

19   you could see the tracers.  They were shooting down this

20   way.

21          And in the meantime you could hear another

22   thump of a mortar.  That one hit right here on top of the

23   wall, and from my point of view, it looked like they were

24   walking -- the mortar's down this way.  That's usually kind

25   of what happens.  They're walking it down.

1    So I immediately jumped off the tower because the

2    towers, they have no back protection.  Mortars, when they

3    explode, they go up and out.

4    Q.  Right.

5    A.  So I jumped off, started walking back this way, and was

6    going to get ready to get down when the third mortar hit the

7    top of the roof up here, and all the gunfire pretty much

8    immediately stopped.  The roof went pitch black, quiet.

9         I started walking this way towards the -- of

10   course I've still got my -- some attention focused back over

11   here in case they start shooting, if we get attacked from

12   that direction.

13        I get on the radio.  I say, "Hey, you guys up on

14   Building 3, you guys all right?"  There's no response.

15        The team leader inside the building, he responded

16   saying, "We're all right in here."

17        I told him, "I'm not talking to you.  I'm talking

18   to the guys on the roof."

19        Jack, he was up on this roof, and he can see right

20   across over here, and he said, "There's no movement."

21        I immediately ran around -- the ladder's on the

22   backside right here.  I started climbing up pretty quick.  I

23   paused and checked -- looked over my back shoulder looking

24   this way to make sure there's nobody moving up because

25   they're just receiving fire.

 1          Once I realized I didn't see anybody, I

 2    immediately went up, jumped over the top of the ladder, and

 3    first thing I see is there's one individual on the left-hand

 4    side, and it ended up being Dave Ubben, State Department

 5    security guy.

 6          I got on the radio and asked for help.

 7    Q.  How did he appear when you saw him?  What was he doing?

 8    How was his position?

 9    A.  He was laying up against -- kind of sitting up laying

10    against the wall of the pit that the roof is in.  He had his

11    pistol out, and first thing that I did, I'm walking up to

12    him, I grabbed the pistol.  I'm talking to him, trying to

13    keep him calm, make sure he didn't really go into shock as

14    much as I can.

15          I'm digging through my go bag.  It has a medical

16    kit, tourniquets, and all kinds of stuff in it.

17    Q.  Why are you doing that?  I mean, physically how does he

18    appear when you see him?

19    A.  He had -- his left arm was just dangling there from the

20    elbow down.  Maybe not from the elbow, but pretty close to

21    the elbow, almost completely severed off.

22          His left leg was almost severed off just below the

23    knee.  It was kind of -- his foot was kicked back up into

24    kind of his crotch area, and he was just, you know, sitting

25    there.

1        His other leg was straight out, and he had his

2   pistol up.

3   Q.  What about his face?  Did you notice anything about his

4   face?

5   A.  Yes.  He had some blood coming down from his forehead.

6   You could see he had a bunch of wounds around his forehead

7   and face area.

8   Q.  So what did you do?

9   A.  I was talking to him, going through my go bag, getting

10  my tourniquets out.  And the whole time, again, I'm talking

11  to him, he's talking about -- he's pretty calm.  Amazingly

12  calm for just being blown up.

13        As I'm putting the tourniquet on him -- when we

14  did the medical training, what we told them -- what we were

15  teaching them was always sink it deep.  You know, always go

16  to the highest portion, especially of the main artery.  You

17  get as high as possible as you can.  So the whole time I'm

18  putting the thing on he's just, "Sink it deep.  Sink it

19  deep, man.  Sink it deep."

20        As I'm putting it on -- I get the first one on his

21  leg, and then I put the second one, got it on his arm.  I

22  didn't really see nothing else major with him, so I go -- I

23  get out my radio.  I say, "Hey, I need help right here,"

24  and, "I got guys down."

25        I go to pick up the go bag, and Dave, he's like,

1    "Hey, I need my pistol back."

2           I gave him back his pistol, but I downloaded it

3    and made sure there's no ammo in it and, you know, gave it

4    to him mainly just for kind of like a comfort thing,

5    something to kind of keep him feeling safe.

6    Q.  Did you unload it because of the condition he was in?

7    A.  Yes, because you don't -- you really don't want to give

8    somebody -- we call it getting your bell rung, and obviously

9    he got it rung pretty hard.  You don't -- because he could

10   just accidentally shoot another guy coming off over the roof

11   that wasn't a bad guy.  Luckily -- you know, I feel lucky he

12   didn't shoot me thinking I was a bad guy.

13          But that's why I unloaded it, just to make sure,

14   but giving it back to him just for a security blanket.

15          I picked up the bag, started moving across the

16   roof, and I walked by one individual.  He was almost, I

17   would say, kind of in the middle of the roof.  He was laying

18   face down, wasn't moving.

19          I saw a guy moving in front of me so I immediately

20   went straight to him, and it was Oz.  He was leaning up

21   against the parapet just kind of like Dave Ubben was.  His

22   feet were straight out, but he was -- he was holding his

23   left arm probably about three or four inches above his

24   wrist.  It was just dangling there.  He's kind of bouncing

25   it up and down playing with it, and he's like, "Hey, Tig,

1    check this out."

2          Like, "Dude, stop playing with it.  You're going

3    to make it worse."

4          And he had a tourniquet on his right-hand side.  I

5    got on the radio prior to putting it on, again, saying,

6    "Hey, I need help."

7          One of the GRS agents that was on Building 2, he

8    gets on the radio saying, "Nobody's going over there.  I'm

9    getting down.  I'm going over there."

10         The team leader gets on the radio and says, "No.

11   We're on our way.  Don't worry about it.  We got it."

12         I got the tourniquet on Oz.  I got him to stand up

13   and said, "Hey, can you walk to the ladder by yourself?"

14         He says, "Yes, I can."

15         I kind of got him moving and immediately went to

16   the third individual, which he was laying in the fetal

17   position.  I rolled him over, and that was Rone.  I

18   immediately went for a pulse to see if there was any pulse.

19   I was probably there for about a good five seconds or so

20   trying to feel.  I couldn't feel anything.

21         His throat moved a little bit so I immediately

22   went to what we call look-listen-feel, ripped off his body

23   armor, put my ear down to his mouth trying to hear a breath

24   or feel a breath, and you're looking down their chest and

25   their stomach to see if it's moving.  He had no movement.

1      I got my flashlight out, checked for pupil

2   dilation.   There's no dilation.   His pupils were just wide

3   open.

4      I immediately got on the radio because Oz, he's

5   getting ready to get down off the roof and go inside this

6   building with a bunch of case officers, and I know they're

7   going to be freaking out and calling for him, so I got on

8   the radio and just informed everybody that Rone was gone.

9      I immediately got up, went across the roof where

10   the other individual was, rolled him over, and when I first

11   saw him initially I thought it was one of the other GRS

12   agents, but I had actually just talked to him just a few

13   seconds before coming up on the roof, and I had no idea who

14   he was, but it ended up being Glen Doherty, or his call sign

15   is "Bub."

16      I did the same thing; checked for a pulse, look-

17   listen-feel, did a pupil dilation, and he was gone.

18      The other team from Tripoli, they had gotten up on

19   the roof.   One of the guys was working on making a make-

20   shift backpack out of some crossfit straps because Dave

21   Ubben, he was, you know, 6'4", about 260 pounds or 240

22   pounds, a big guy, and they're trying to figure out a way to

23   get him off the roof.

24      I went back over to Rone.   Me and one of the other

25   DOD guys tried to pick him up and move him.   I had no more

1    strength left so I couldn't do anything with him.  We laid

2    him back down.

3           I grabbed his weapons, put them on me, kneeled

4    down, said a prayer over him, went over to Glen or Bub,

5    knelt down, said a prayer over him after I got his weapons.

6    I went and got Oz's remaining weapons that were up on the

7    roof and got Dave Ubben's weapons.

8           I got down off the roof, went around into Building

9    3, dropped all the weapon systems off on the couch except

10   for mine, went into the back where the medical room was

11   and -- because there was a shutter door in the back.  I was

12   trying to get it open, but the blast had damaged the

13   shutter.  I couldn't get it open.  I tried to get -- that

14   way they didn't have to bring Dave Ubben around the front

15   and everything.  They could just bring him right through the

16   door.  I couldn't do it.

17          I immediately grabbed four more tourniquets, went

18   back outside, and the team that had come down, the DOD

19   guys -- at the time I didn't know who they were; I actually

20   thought they were GRS guys initially -- but they had stopped

21   me from going back into the tower, you know, whatever.  I

22   just -- so I just kind of stood right here in this area just

23   in case we really -- in case we got attacked from here or

24   here, I could maneuver up onto the tower back onto Building

25   3.

1    Q.  If I could direct your attention to Government's Exhibit

2    143-85.

3             MR. DiLORENZO:  And it has already been admitted

4    in evidence.

5    Q.  Do you recognize that?

6    A.  Yes.  That's the ladder leading up to the top of the

7    Building 3.

8    Q.  And that would be on the north side, as you'd pointed

9    out earlier, of Building 3?

10   A.  Yes.

11            MR. DiLORENZO:  If we could move to 143-19.

12   Q.  What do we see here?

13   A.  That's the top of the roof.  This is the ladder where I

14   came and jumped over, and you used the box to get back up

15   because it's a pretty tall pit.

16            Right over here is -- maybe a little bit further

17   back, but this is the area where Dave Ubben was.

18   Q.  How was he positioned when you saw him?

19   A.  His feet -- his one foot was kind of more, like, angled

20   towards the ladder, so he's kind of sitting kind of -- and

21   he wasn't flat-backed.  He was kind of sitting sideways when

22   I found him.

23   Q.  And then directing your attention to Government's

24   Exhibit 143-82.

25   A.  That's the -- this is the top of the roof again.

1    Q.  Can you point out for the jury just where you saw some

2    of the individuals you described on top of the roof.

3    A.  Dave Ubben was actually probably right about here, and

4    Glen, he was approximately right around this area right

5    there.

6    Q.  And do you see --

7         MR. DiLORENZO:  And for the record, the witness

8    has identified the location of --

9    Q.  I'm sorry, you said Glen?

10   A.  Yes, sir.

11        MR. DiLORENZO:  -- in the center of Government's

12   Exhibit 143-82, and the position of Dave Ubben would be kind

13   of center a little to the right along the wall.

14   Q.  And if we could look at Government's Exhibit 143-83.

15   A.  This is -- again, this is the top of the roof.

16   Q.  Of Building 3?

17   A.  Yes, Building 3.

18        Oz, he was right there.  He was probably right

19   about here.  His back was straight against it so his feet

20   were straight out.

21        Rone, he was probably approximately right here on

22   the other side of this stand.

23   Q.  And, again, Oz is the individual you described as having

24   the injured arm whose name is also Mark Geist?

25   A.  Yes, sir.

1          MR. DiLORENZO:  And may the record reflect that

2    the witness has identified the location of Rone more or less

3    in the center, and then to the left along the wall as to the

4    position of Mark Geist?

5    Q.  And if we could look at Government's Exhibit 143-76.

6          When you got to the top of Building 3, I

7    understand that it was dark, but were you able to see any

8    damage that was caused by the explosions?

9    A.  I couldn't see these -- I could see this hole right

10   there.  That was it.  I could make that out pretty clear.

11   Q.  And then what happened when you were taking yourself

12   back?  You said you got down, and you're -- you're in a

13   security position on the ground.  What happens next?

14   A.  I was there for a while.  I'm not sure really how long.

15   It felt like forever, but that's some time before we left

16   obviously.  They said on the radio, "Hey, the main militia's

17   coming.  It's going to be about 300 guys or so."

18          You know, in our mind, one, we're kind of

19   thinking, "Well, we hope they're friendly because if they're

20   coming, and they've got gun trucks, we're not going to make

21   it."  That was pretty much all of us probably thinking the

22   same thing.

23          They pulled -- when they got there, two DOD guys,

24   they came by and said, "Hey, we've got to get the guys off."

25          We got them off the roof.  We loaded them up on

1    the truck, and about the time we got Rone's body up on the

2    truck, one of the GRS agents that was coming, one of the

3    other SEALs, he was coming, and when he looked in the back

4    of the truck I just remember he just turned, like, flat

5    white.

6           I mean, I know he knew that Rone was gone, but he

7    didn't know that Bub was gone.  And he had worked on the

8    teams for a long time with Bub, and he didn't know Bub was

9    actually even there that night until he saw him in the back

10   of the truck.

11   Q.  As you're waiting there -- when you evacuated, you

12   evacuated in vehicles?

13   A.  Yes, sir.  We had a -- I think it was about five

14   vehicles.  Maybe seven of our vehicles we took out and --

15   plus a flatbed truck.

16   Q.  And as you're in the courtyard, are you able to see

17   the -- do you know about what time it is?

18   A.  It was pretty early in the morning still, I'm thinking.

19   At the time I was thinking it was right around 7:00 or so,

20   7:30, something like that.

21   Q.  When you're in the courtyard waiting for this

22   evacuation, did you have an opportunity to see the DS

23   vehicle that the agents had arrived in?

24   A.  Actually, I saw it before that morning.  I saw it that

25   night because I had walked right by it, and it was

1    completely shot up.  I don't think they could see out of any

2    of the side windows or the front -- they could see outside

3    the front windshield, but the side windows and the side had

4    bullet holes all over it.  The tires were flat.

5    Q.  And then what happened?  How is it that you evacuated?

6    Did there come a time when you actually evacuated from the

7    Annex?

8    A.  Yes, we did.  When the main militia finally showed up,

9    they actually escorted us to the airfield.  We were the last

10   vehicle that left, and, if I remember, when we got in it, we

11   both kind of -- after Jack kind of -- we got in the vehicle,

12   and immediately I just remember looking up and seeing a

13   bullet hole right in the center of the cab.  It was kind of

14   like oh, that was definitely a close one for us.

15          But we left, and we went out, kind of came this

16   way, turned up that way, went down Fourth Ring to what we

17   call Airport Road and went to the airport with that militia

18   escorting us the whole way.

19   Q.  And approximately how large was the militia convoy?

20   A.  I think it was about maybe -- actually about 20 trucks,

21   20 vehicles.

22          MR. DiLORENZO:  If I could direct your attention

23   to Government's Exhibit 305-10, which has not been admitted

24   into evidence, and if we could play it.

25          (Video playing)

3274

1    Q.  Do you recognize Government's Exhibit 305-10?

2    A.  Yes, I do.

3    Q.  And it, too -- have you had an opportunity to review

4    this prior to your testimony today?

5    A.  Yes.

6    Q.  And when you reviewed it, was it live action?

7    A.  Yes, it was.

8    Q.  And is this -- what is this?

9    A.  This is us leaving the compound the final time.  This is

10   the militia that took us to the airport.

11   Q.  And is this a fair and accurate depiction of what you've

12   just described?

13   A.  Yes, it is.

14          MR. DiLORENZO:  Your Honor, at this time I'd offer

15   Government's Exhibit 305-10 into evidence.

16          MS. PETERSON:  No objection.

17          THE COURT:  So moved.

18          MR. DiLORENZO:  And with the Court's permission,

19   can we publish it to the jury?

20          THE COURT:  You may.

21   Q.  So what are we seeing right now?

22   A.  This is the militia they're staging outside and waiting

23   for us to come out of our compound.

24   Q.  Okay.  And looking in, again, the right-hand corner, we

25   see a date.  This says -- what is the date that we see

1    there?

2    A.  9/11/2012.

3    Q.  So was this the actual date?

4    A.  9/12/12.

5    Q.  And then there's a time in the bottom right corner that

6    says 6:32.  It says p.m.  When you left, was it a.m. or

7    p.m.?

8    A.  It was a.m.

9    Q.  You testified that you said you thought it was

10   approximately 7:00 a.m. when you left, so is 6:30 more or

11   less accurate?

12   A.  Yes, sir.

13   Q.  Okay.  If you could point out, too, for the jury -- you

14   talked about a convoy.  Do you see some of the militia

15   vehicles that act as a convoy for you?

16   A.  Yes, sir.  They had vehicles out there at the very

17   corner staged; so when we pulled up, there's vehicles in

18   front of us, and there's vehicles behind us as well.  But as

19   we started getting closer to the airport, they sort of kind

20   of started filling in in between us as well.

21   Q.  So the convoy, those are the pick-up trucks.  Many of

22   them appear to have weapons in the back of them?

23   A.  Yes, the majority of them looks like they have what we

24   call Dushkas.

25   Q.  Dushkas?

```
1    A.   Yes, sir.

2    Q.   That's D-I-S-H-K-A-S, is that how you spell it?

3    A.   I honestly don't know.

4    Q.   Can you point out where -- can you see the Annex or part

5    of the Annex in this video?

6    A.   You can see right here, this is kind of like the laundry

7    room area.  This is the wall that kind of separates the

8    kitchen, and the guard shack is kind of right here.

9    Q.   What about the front gate to the Annex?

10   A.   The front gate's right there.

11   Q.   Okay.

12            MR. DiLORENZO:  And if we could just back it up.

13   Q.   In the video -- I'm going to back the video up a

14   little -- there appear to be some vehicles coming from

15   the area that you've just described as the front gate,

16   which is more or less in the center, a little to the left of

17   the screen.  When we see these vehicles, what do you see

18   now?

19            (Video playing)

20            MR. DiLORENZO:  Stop it, please.

21   Q.   What is that vehicle?

22   A.   That would be the -- actually, that's the vehicle that

23   we took to the consulate that night.

24   Q.   And at the time was this occupied by U.S. personnel?

25   A.   Yes, it was.
```

```
1              MR. DiLORENZO:  And then if we continue.

2              (Video playing)

3    Q.  There's a second vehicle.  Is that also occupied by U.S.

4    personnel?

5    A.  Yes, it was.

6              (Video playing)

7    Q.  And now we see a third vehicle.  Same?

8    A.  Yes.

9              (Video playing)

10   Q.  There's a fourth vehicle.  It looks like a pick-up

11   truck.  Do you know who was in that vehicle?

12   A.  I know Oz was in the back laying down, and that's

13   another GRS agent attending to him.

14   Q.  And he's the individual that you described as having the

15   injured arm on top of Building 3?

16   A.  Yes.

17             MR. DiLORENZO:  And if we can continue.

18             (Video playing)

19   Q.  We see a fifth vehicle.

20             MR. DiLORENZO:  And if we just continue.

21             (Video playing)

22   Q.  A sixth vehicle.  Do the fifth and sixth vehicles also

23   contain U.S. personnel?

24   A.  Yes.

25             (Video playing)
```

```
 1    Q.   Seventh vehicle as well?

 2    A.   Yes.

 3              (Video playing)

 4    Q.   And finally there appears to be a vehicle.

 5              MR. DiLORENZO:   Can we pause it?

 6    A.   That's the vehicle I was in, and Rone and Bub were in

 7    the back.

 8    Q.   And what, if anything, were you transporting in this --

 9    this is a flatbed truck.   What were you transporting?

10    A.   The bodies of Rone and Bub.

11    Q.   Do you know if the body of Sean Smith was transported?

12    A.   He was in the first vehicle.   He was still in the back.

13    Q.   And where did you go?

14    A.   We went to the airfield and got the injured and the

15    nonshooters, is what we call them, onto the plane that they

16    had flown down from Tripoli.   Got them on.   Not all of us

17    could fit because of the weight, and they took off.   We

18    stayed behind.

19              The militia commander came up and said, "Hey, we

20    can go and recover the ambassador."   He left.   I think it

21    probably took him maybe about 45 minutes or so.   They got

22    the ambassador.   They brought him back.

23              Myself, Tonto, and one of the DOD guys went to the

24    back of the truck, flipped up the sheet real quick to make

25    sure it was him, make sure there was nothing -- no
```

1    explosives strapped onto him or anything like that, and we

2    identified him and took him over and put him in the bed of

3    the truck with the other three guys.

4    Q.  And just generally, how did he appear?

5    A.  A lot of soot, you know, around his ears and I remember

6    his fingernails, and one thing that kind of caught me was he

7    was barefoot.

8           You know, because normally, when you get attacked,

9    you really want to get shoes on as fast as possible, and I

10   just remember the soot all around his feet and stuff like

11   that, and a little bit around his...

12   Q.  Did there come a time when you were able to evacuate

13   from Benghazi?

14   A.  I believe it was around between 10:00/10:30 or so.  A

15   Libyan C-130 had landed.  It pulled in, taxied down, kind of

16   turned into a lot area, turned away from our direction, and

17   shut down.  I remember watching the crew come off.

18          Our country team leader that came out from Tripoli

19   and the linguist, they had drove over there, talked to the

20   pilots, came back and said, "All right.  Gather up.  They're

21   going to take us back up to Tripoli."

22          So it was a Libyan C-130 that took us out of

23   Benghazi.

24   Q.  So the remaining Americans were able to evacuate from

25   Benghazi?

1    A.  Yes.

2    Q.  And did you have with you the bodies of Chris

3    Stevens, the body of Sean Smith, Glen Doherty, and Tyrone

4    Woods?

5    A.  Yes, we did.

6    Q.  And where did you go?

7    A.  We went back up and landed up in Tripoli.  And after we

8    landed there, we went over to the Annex up in Tripoli.

9    Q.  And did you subsequently depart Tripoli and eventually

10   head back to the U.S.?

11   A.  Yes, we did.  I think it was around 5:00 in the evening,

12   somewhere around there, we departed Tripoli.

13   Q.  Okay.

14           MR. DiLORENZO:  The Court's indulgence.

15           (Pause)

16           MR. DiLORENZO:  I have no further questions at

17   this time.

18           THE COURT:  Do you want to read your stipulation?

19           MR. DiLORENZO:  Excuse me?

20           THE COURT:  Do you want to read your stipulation

21   now?

22           MR. DiLORENZO:  Sure.

23           You know something, I'd like to --

24           THE COURT:  Work out the language.

25           Ms. Peterson.

```
 1                       CROSS-EXAMINATION
 2    BY MS. PETERSON:
 3    Q.  Good afternoon, sir.
 4    A.  Good afternoon.
 5    Q.  Sir, you're a former Marine, right?
 6    A.  Yes, ma'am.
 7    Q.  And in 2003 you signed up as a contract operator?
 8    A.  Yes, ma'am.
 9    Q.  Is that right?  And you spent a year in Kuwait?
10    A.  Yes, ma'am.
11    Q.  Then you went to Blackwater?
12    A.  Yes, ma'am.
13    Q.  The company Blackwater; is that right?
14    A.  Yes.
15    Q.  And you worked as a security officer in Afghanistan and
16    Pakistan and Iraq during --
17    A.  All over, yes.
18    Q.  All over.
19              And your first trip to Benghazi --
20              MR. DiLORENZO:  Your Honor, may we approach?
21              (The following is a conference held at the
22               bench outside the hearing of the jury)
23              MR. DiLORENZO:  Under the protective order, we
24    weren't going to go into any of his history.  A lot of the
25    history -- you're saying no, but a lot of the history --
```

```
1     there's a protective order in place.

2              MS. PETERSON:  With respect to this witness,

3     there's not a protective order in place --

4              MR. DiLORENZO:  There is.

5              MS. PETERSON:  If I could finish.

6              This is all out of his book, and I was

7     specifically advised anything in his book is fair game

8     except the precise weapons, which he testified about, and

9     specific vehicles.

10             I can give the Court the page number of the book.

11    It's pulled directly out of his book.  There's nothing from

12    any classified materials.

13             MR. DiLORENZO:  What I was concerned about is we

14    were getting into -- the deployments in the Marines I'm not

15    as concerned with.  I was concerned about deployments with

16    respect to the agency and what he may have been doing.

17             THE COURT:  Let's avoid prior intelligence

18    postings.

19             MS. PETERSON:  Well, Your Honor, this is why I

20    asked if the book was fair game.  The book puts him as the

21    most experienced person in Benghazi at the time because he'd

22    been previously deployed there in February of 2012.

23             I'm not getting into the specific assignments.

24    This is all out of the book he wrote, and the government

25    specifically instructed me that I could use anything from
```

1    his book except the weapons he used and the cars he drove.

2              THE COURT:  Okay.  So there is a protective order.

3    There is a representation about the book.  So those two

4    things conflict.

5              MR. DiLORENZO:  They do.

6              THE COURT:  And so it's very frustrating to have

7    to deal with this on the fly if there are conflicting orders

8    as to the scope -- permissible scope of cross.

9              So how do we deal with it right now, okay?

10             For the moment, until lunch, until we can argue

11   this, why don't you stay away from prior intelligence

12   postings.  Blackwater is fine.  You know, you can say, you

13   know, "Had you served in Libya before?"

14             MR. DiLORENZO:  And experience they've gained in

15   the military, there's no problem with that.

16             THE COURT:  You see the dilemma, right?

17             MS. PETERSON:  The dilemma --

18             THE COURT:  This wasn't raised before.

19             MS. PETERSON:  It was raised by me repeatedly

20   whether anything in that book was fair game, and I was

21   repeatedly told both outside of the Court's presence and in

22   the Court's presence that, if it was in the book, the only

23   thing I was restricted from was the kind of weapons he used,

24   which he testified to on direct, and the kind of vehicles he

25   drove.  Anything else in the book was fair game, which is

1    why I did my cross based on the book as opposed to doing it

2    based on the documents in the classified SCIF.

3            And I can't be spun like this and be able to

4    prepare cross-examination.  I could not have raised this any

5    more --

6            THE COURT:  All right.  Stick to the book, okay?

7    Stick to the book.

8            (This is the end of the bench conference)

9    BY MS. PETERSON:

10   Q.  Sir, you're not testifying here today under a pseudonym,

11   are you?

12   A.  No.

13   Q.  John Tiegen is your real true name?

14   A.  "Tie-gen."

15   Q.  Tiegen, I'm sorry.

16   A.  That's okay.

17   Q.  And Mr. Tiegen, you're one of the authors of the book *13*

18   *Hours*, right?

19   A.  Co-authors, yes.

20   Q.  One of the co-authors of this book?

21   A.  Yes.

22           MS. PETERSON:  Which I'll mark for purposes of

23   identification as Defendant's Exhibit No. 142.

24   Q.  And you wrote this book, sir, about your experiences in

25   Benghazi, right?

```
 1    A.   Yes.

 2    Q.   Along with Mark Geist?

 3    A.   Yes.

 4    Q.   Kris Paronto?

 5    A.   Yes.

 6    Q.   Jack Silva?

 7    A.   Yes.

 8    Q.   And you also -- those individuals all used their true

 9    names; is that right?

10    A.   No, not all of them.

11    Q.   "Jack Silva" was a pseudonym?

12    A.   Yes.

13    Q.   Okay.  And DB --

14              MR. DiLORENZO:  Objection, relevance.

15    Q.   -- was also a pseudonym?

16    A.   Yes.

17              MR. DiLORENZO:  Objection.

18              THE COURT:  Sustained.

19    Q.   You wrote this book, sir, right?

20    A.   Yes.

21    Q.   Okay.  And you're not testifying under a pseudonym today

22    because you disclosed your own name in the book, right?

23    A.   Yes.

24    Q.   And that book, 13 Hours, was a book about the 13 hours

25    between when the attack began at the Mission and ended by
```

1    your departure, right?

2    A.  Yes.

3    Q.  Okay.  And that was "*13 Hours:  The Inside Account of*

4    *What Really Happened in Benghazi,*" right?

5    A.  Yes.

6    Q.  Okay.  And when you began your work with the CIA, were

7    you required to sign a nondisclosure agreement?

8    A.  Yes, we did.

9    Q.  And that requirement stipulated that you had to have any

10   publications precleared by the agency before you made them?

11   A.  Yes.

12   Q.  And you didn't do that with this book, did you?

13   A.  Yes, we did.

14   Q.  It's your testimony that you got it precleared by the

15   CIA before you published the book?

16   A.  We sent it to their public -- whatever, the PRB.

17   Q.  But you didn't get clearance back that it was okay to

18   publish before you published, did you?

19   A.  That I'm not aware of.  That's what the attorney would

20   do.

21   Q.  And you also, then, collaborated on the movie out of

22   that book, right?

23   A.  Yes.

24   Q.  Okay.  And since doing that, you've appeared on a number

25   of TV shows -- I'm sorry, news shows about *13 Hours* the book

1    and *13 Hours* the movie, right?

2    A.  Yes.

3    Q.  And you've participated in a number of interviews on

4    talk radio about what happened in Benghazi, right?

5    A.  Yes.

6    Q.  And you spoke at the Republican National Convention

7    about what happened in Benghazi?

8    A.  Yes.

9    Q.  In fact, you were one of the keynote speakers on the

10   first night of the convention in Cleveland, right?

11   A.  Yes.

12   Q.  I want to -- you indicated in your book, Page 34, that

13   you went to Benghazi for the first time in February of 2012;

14   is that correct?

15              MR. DiLORENZO:  Objection.

16              THE COURT:  Is there a basis for the question?

17              MS. PETERSON:  In the book.

18              THE COURT:  Why don't you approach.

19              (The following is a conference held at the

20               bench outside the hearing of the jury)

21              THE COURT:  What's the objection?

22              MR. DiLORENZO:  So it's violating the protective

23   order, and then also this witness was -- he's labeled as a

24   co-author.  I don't think that he could attest to everything

25   that is in the book.

```
 1              THE COURT:  But if there's a statement about his
 2     whereabouts --
 3              MR. DiLORENZO:  It's not.  He never read the book.
 4     He basically attributed -- he never --
 5              MS. PETERSON:  He said on Capitol Hill that he
 6     reviewed the book and that it was all accurate so...  He
 7     said it under oath.
 8              MR. DiLORENZO:  No, he was asked -- the question
 9     was -- he asked if he wanted to add anything, and he said
10     no.
11              MS. PETERSON:  Your Honor, I'm reading right out
12     of the book that Tig went on his first trip to Benghazi in
13     February 2012.  That gives me a good faith basis to ask if
14     he went in February 2012.
15              THE COURT:  I agree.  I'll overrule the objection.
16              (This is the end of the bench conference)
17     BY MS. PETERSON:
18     Q.  Sir, your first stint in Benghazi was in February of
19     2012, right?
20     A.  It sounds about right.
21     Q.  Right.  And, in fact, as a result of that, by the time
22     September 2012 came around, that was your first stint in
23     Benghazi, right?
24     A.  Yes.
25     Q.  And that made you the most experienced of the GRS
```

1    operators?

2    A.  Yes.

3    Q.  And your job there was to protect the CIA case officers

4    who were there to gain information and intelligence, right?

5    A.  Whatever they were doing, my job was to make sure they

6    went from location to location safely.

7    Q.  Right.  It was your -- your responsibility was to make

8    sure that they were kept safe while they were traveling

9    around Benghazi doing what they needed to do, right?

10   A.  Yes.

11   Q.  And you took pains to attract as little attention as

12   possible as you did that, right?

13   A.  Yes.

14   Q.  And it was your experience in Benghazi that there were a

15   lot of people with weapons throughout the city, right?

16   A.  Not towards the end, there wasn't.  But in the

17   beginning, there was.

18   Q.  Well, Benghazi was awash in weapons after the

19   revolution, right?

20   A.  Not firsthand knowledge.  From what I heard, it was.

21   Q.  Well, you were aware that people could easily get

22   weapons at outdoor markets, including pistols, assault

23   rifles, grenades, mortars, rocket launches, and heavy

24   machine guns, right?

25   A.  I never saw any of the markets.  I saw more like World

1    War II guns at markets.

2    Q.  Do you recall participating in discussions that led to

3    the publication of the book that anyone who didn't have a

4    gun could simply shop for one at an outdoor market called

5    the Al-Funduq?  I'm not sure if I'm pronouncing that right.

6    A.  No idea.

7    Q.  Do you recall participating in the publication of the

8    book indicating that the free-flow of guns was everywhere;

9    that after Gaddafi fell, Benghazi was awash in weapons left

10   over from the revolution?

11   A.  I know after -- during the revolution, he had opened up

12   his armory so the public could pretty much come and take

13   what they wanted.

14   Q.  Right.  And as a result, anyone who wanted to could have

15   a whole lot of weapons, including mortars, in Benghazi,

16   right?

17   A.  Possibly.

18   Q.  And do you recall participating in the publication of

19   the book indicating that arms merchants would throw open

20   their car trunks to display pistols, assault rifles?

21            MR. DiLORENZO:  I object.  Beyond the scope, and

22   it's calling for hearsay.  I mean --

23            MS. PETERSON:  He's one of the co-authors of the

24   book, Your Honor.

25            THE COURT:  Okay.  Ladies and gentlemen, we're

 1   going to take our lunch break.  We're going to reconvene at

 2   1:30.

 3            So no discussions about the case.  No research

 4   about the case.

 5            (Jury exits courtroom)

 6            THE COURT:  All right, sir.  Please step down.

 7   Why don't we have him go to the witness room, and let's

 8   discuss this.

 9            All right.  Mr. DiLorenzo, why don't you put your

10   objections to this line of questioning on the record.

11            MR. DiLORENZO:  So initially, I mean, there's no

12   rules of evidence that would allow this questioning.  The

13   defense is trying to argue that these are prior inconsistent

14   statements.  They're not.  I mean, these --

15            THE COURT:  Thus far I don't hear her raising an

16   inconsistency.  I'm hearing her asking him whether he's

17   aware of certain facts that were on the ground, and your

18   objection is that it's a hearsay objection because he's not

19   one of the -- he's not the sole author of the book, but he's

20   one of many -- one of several co-authors.

21            MR. DiLORENZO:  That's one objection.

22            THE COURT:  Okay.

23            MR. DiLORENZO:  And then the basis for this

24   writing is going to be -- it's hearsay, and it's also beyond

25   the scope.

```
 1              I never got into -- I was very narrow in the
 2      direct.  The government was very narrow in direct.  We
 3      didn't -- you know, we talked about his stint, as pursuant
 4      to the protective order, of August of 2012 to September
 5      12th, and all of this -- she's asking questions like --
 6      historically, you know, about the Gaddafi regime.  That's
 7      beyond the scope.
 8              She wants -- and I don't know that he would be
 9      competent to testify to those matters as well.
10              THE COURT:  Well, let's take the first objection
11      first.  Okay?
12              MR. DiLORENZO:  Okay.
13              THE COURT:  If there's a public statement in a
14      book that he at least collaborated on that says Benghazi was
15      awash in weapons, putting aside the scope issue, she
16      certainly has a basis for asking him, "Is it your view that
17      Benghazi was awash in weapons?"
18              MR. DiLORENZO:  I'm not sure how that's relevant.
19              THE COURT:  Well, that's a different objection.
20              MR. DiLORENZO:  Right.
21              THE COURT:  But, you know --
22              MR. DiLORENZO:  Right.
23              THE COURT:  Okay.  Go ahead.
24              MR. DiLORENZO:  It's almost like déjà vu.  We had
25      a similar witness where there were these questions, and
```

1    there's multiple bases.  We have multiple objections because

2    there's multiple reasons why these questions should not be

3    asked.

4           I think really, starting with the scope -- and

5    that was the idea behind the protective order.  The direct

6    was very limited.  In fact, I intentionally said, look,

7    we're getting right to the heart of the matter with the

8    witness.  We're going right to, you know, your tour, and we

9    just touched on a starting date and just went right to the

10   incident.

11          So if the defense wants to talk about -- and the

12   basis of saying something is awash is getting into what

13   Gaddafi may or may not have done.  So it's beyond the scope.

14          And he clearly wasn't there when Gaddafi was there

15   so any basis he would have for that opinion, if it's his

16   opinion -- and as I proffered it, it's not -- would be based

17   upon hearsay; so it's improper.

18          I mean, he has no basis, direct basis, for

19   knowledge for, you know, this information.  It would be

20   based on hearsay.

21          THE COURT:  Ms. Peterson.

22          MS. PETERSON:  Let me start with the most basic

23   premise, that it is impossible for the government to assert

24   that Benghazi being awash in weapons and people throughout

25   Benghazi having access to mortars and RPGs and AK-47s is not

```
1    relevant when they ask in a 404(b) motion to allow them to

2    say Mr. Abu Khatallah has these things.  Mr. Abu Khatallah

3    can teach people how to use them.

4            If everyone in Benghazi has them, that is clearly

5    relevant.  There could be very little that is more relevant

6    to that issue than how many people have access to these

7    things.

8            He participated in the writing of a book.  He

9    was asked under oath whether he would like to make any

10   clarifications regarding anything in the book, whether

11   he's comfortable with anything in the book as it relates to

12   him --

13           THE COURT:  Where did he provide that testimony?

14           MS. PETERSON:  He provided this under oath in

15   front of the Select Committee on Benghazi at the House of

16   Representatives on May 22, 2015.  He has participated in

17   hundreds of interviews on the radio, on TV, talking about

18   these same subjects with his co-authors and never corrected

19   any of them about anything they said.

20           THE COURT:  But if there's a statement -- be that

21   as it may, if there's a statement in the book that he did

22   not -- about something that he did not personally observe,

23   and he's relying on his co-workers to provide that

24   information from the book, that's still a hearsay statement,

25   correct, even if he has no reason to believe that it is not
```

1      true and, therefore, challenge it?

2              MS. PETERSON:  If the objection to that specific

3      question is hearsay, and he says he did not hear that, then

4      that --

5              THE COURT:  Okay.

6              MS. PETERSON:  If it's offered for the truth of

7      the matter asserted, yes, that would be hearsay.

8              THE COURT:  But if it's something that he did see,

9      even if it was in a prior tour, and I deem it to be relevant

10     and either allow it as being within the scope or giving you

11     some leeway because it's cross-examination about a relevant

12     topic, then the hearsay -- you know, if it's not hearsay,

13     then your point would be it should come in.

14             MS. PETERSON:  Absolutely.  And if his experiences

15     there in February of 2012 and then again when he went back a

16     second time -- I'm not going to ask him the specific dates

17     he was there.  It doesn't really matter.  What matters is he

18     was there shortly after the revolution, and he was there

19     again on September 11th, and he was there most of that time;

20     and, therefore, he is the person who has the best

21     information as to the prevalence of weapons in that area.

22             I would submit, if his colleagues were saying

23     weapons were awash, and they had less experience, they

24     probably got the information from him, but he may not be

25     willing to give me that here on the stand, and I understand

1    that.

2              THE COURT:  Okay.  Approach about the other issue

3    that, Ms. Petras, you raised at the outset this morning.

4              Mr. DiLorenzo.

5              (The following is a conference held at the

6               bench outside the hearing of the jury)

7              THE COURT:  This is the drone video.

8              MS. PETRAS:  Yes.  Consistent with the

9    government's pattern of not producing material that we're

10   entitled to, I think two or three years ago we got drone

11   disks.  We got three disks.  The first one had 22 minutes on

12   it.  The second one I'm going to put aside because the

13   government's not trying to use any footage on the second

14   one.  The third one had ten minutes on it.

15             Yesterday after court, those of us with clearances

16   went downstairs to view the video clips that Mr. DiLorenzo

17   identified for the first time, despite the fact that we've

18   been asking him forever to tell us what video clips they

19   intended to play.  He identified it by time stamp.  We went

20   down there and did not have those time stamps.

21             We called Mr. DiLorenzo.  Mr. DiLorenzo then sent

22   us over replacement disks for Disk 1 and Disk 3.

23             Disk 1, our Disk 1, had 22 minutes; theirs has

24   four hours and 20 minutes.  Our Disk 3, I believe, had ten

25   minutes, and theirs had four hours and 20 minutes.

1        So we haven't had time to -- we had somebody

2   looking at it yesterday.  I haven't had time personally to

3   look at it.

4        THE COURT:  I guess the first question is are the

5   clips that you want to play at trial contained within what

6   the defense had previously, or no?  And if not, why not?

7        MR. DiLORENZO:  I can answer that.  I can answer

8   that.

9        I know that we had -- the defense was able to, you

10   know, look at all of the 1As and the 1B.

11        THE COURT:  What is 1A and 1B?

12        MR. DiLORENZO:  It's like an FBI evidence package.

13   In that were the three CDs.  It's my understanding that the

14   three CDs were copied and sent to the defense.

15        They notified us yesterday --

16        THE COURT:  The 22-minute and 10-minute versions,

17   or the four-hour versions?

18        MR. DiLORENZO:  It was my understanding that they

19   were completed in total and that they were provided to the

20   defense.

21        This week, when we pointed out to the defense, you

22   know, the portions, basically trying to narrow what we

23   planned to play, they went and they looked at the video, and

24   they advised us yesterday afternoon that they were having

25   trouble finding it.  Plus on the phone, as they were kind of

1    going through it, they indicated they didn't have

2    everything.

3              So what we did is we immediately made -- basically

4    recopied it again and provided the three disks explaining

5    that Disk 2 we weren't going to use.  We were going to use

6    the initial portion from Disk 1 and that shorter portion

7    from Disk 3.

8              It's my understanding --

9              THE COURT:  How long are the clips that you want

10   to use at trial?

11             MR. DiLORENZO:  So the initial clip that we

12   identified on Disk 1 -- so what happens is the drone arrived

13   at about 11:15, and, you know, there's footage -- some

14   footage where there's not really any action, but it shows

15   the point where the fire fight -- the fire fight at the C3

16   gate, and then it continues to the point the defendant

17   entered the compound and left.  So there's about a 45-minute

18   period there.  We didn't plan on showing the whole video

19   because there's probably about 15, 20 minutes where there

20   really isn't anything.

21             And then -- actually, okay.  I just got a note

22   from our paralegal that all the footage has been provided

23   so...

24             But be that as it may --

25             THE COURT:  Well, was it provided originally, or

 1    was it provided after the defense said they didn't have it?

 2                MR. DiLORENZO:  I'm being advised that it has --

 3                THE COURT:  Which one?  Originally?

 4                MR. DiLORENZO:  Yes.

 5                THE COURT:  So they got a four-hour clip

 6    originally?

 7                MR. DiLORENZO:  That's what I'm being advised.  I

 8    mean, I didn't ask that question.  The question I asked is,

 9    "How can we resolve this?"  As soon as I was notified, I

10    worked on trying to resolve it to make sure that they had

11    it, but I'm being told by my paralegal that it has gone to

12    the defense, but I can check that.

13                The second portion is towards the end, which is

14    the -- like I guess part of the mortar attack, and the

15    portion there that we're interested in is really a matter of

16    minutes.  What we would intend to show for the jury would be

17    a matter of minutes, the mortar and a couple of the other

18    events around that, a few minutes after the mortar attack

19    and the evacuation.

20                MS. PETRAS:  I'd like to say a couple of things.

21                One, if they can point us to -- obviously a lot of

22    discovery has come over.  Everyone on our team, no one has

23    seen it, so I don't know.

24                THE COURT:  Well, I can't resolve that dispute,

25    okay.

```
1              MS. PETRAS:  Right.  I guess the issue is whether
2     or not we're prejudiced by not having it.
3              The one thing I know that I need to do is
4     there's a certain clip that I need to view before the cross
5     of Mr. Clarke.  That's one reason why I do not want to start
6     him today, but I would suggest the rest -- if we can be
7     given a chance to just look over it over the weekend, and if
8     there is specific prejudice, we can raise it again.
9              But with regard to the Mission video --
10             THE COURT:  Wait.  Are you showing this video
11    through Agent Clarke?
12             MR. DiLORENZO:  No.
13             MS. PETRAS:  But there is --
14             THE COURT:  What's the point?
15             MR. DiLORENZO:  He's testifying only to the
16    statements.  That's all he's testifying to.  Narrow.
17             MS. PETRAS:  His statements cover everything.  The
18    statements cover the whole night.  The statements say where
19    he says he was.  The statements cover where they're going to
20    say he was.
21             I need to be able to know what the video shows
22    before I go into certain areas and how I address certain
23    areas.  It's -- all I'm asking is to be able to see the
24    evidence.
25             THE COURT:  Will the videos show the defendant?
```

 1              MS. PETRAS:  No.  It shows overhead.  You can't

 2     tell who people are.

 3              MR. DiLORENZO:  It's just dots.

 4              MS. PETRAS:  They show movement of people that I'm

 5     sure they're going to say this is certain people coming in,

 6     this is certain things.

 7              All I'm asking is to be able to see something that

 8     they've never given us before I have to cross Mr. Clarke.

 9              Yesterday --

10              THE COURT:  Well, you have it.

11              MS. PETRAS:  We do have it now, yes.  Perhaps --

12              MR. DiLORENZO:  He's not going to testify to any

13     video at all besides what your client -- what the defendant

14     said, and that's it.  And the defense has had six 302s which

15     they've had for years.

16              MS. PETRAS:  There is a reason why there is

17     discovery, that we're entitled to get things that they

18     intend to use, videos, photographs, that are in their

19     possession.  It's *Jencks* material.  When the Court tells

20     them to provide it --

21              THE COURT:  We're not talking about *Jencks*, okay?

22     I understand your arguments, Ms. Petras.  I really do.

23     Okay?  I'm sympathetic to some of them also, okay?  Don't --

24     let's resolve this, okay?  You have the video.

25              When is Agent Clarke going to take the stand?

1          MR. DiLORENZO:  The plan was to call him next,

2    start direct.

3          THE COURT:  And he will be the rest of today?

4          MR. DiLORENZO:  He will.

5          THE COURT:  Okay.  So you will have overnight to

6    look at any video that you now have, notwithstanding whether

7    you had it long ago.  We've got to keep this moving.  We do.

8          MS. PETRAS:  I understand that, but why should

9    Mr. Abu Khatallah be prejudiced because the government --

10          THE COURT:  We're trying to balance it, okay?

11    We're trying to balance it.

12          MS. PETRAS:  I need time to incorporate the

13    materials adequately into a coherent cross-examination.

14    It's not as simple as just standing up and asking questions

15    about certain areas.  It's very difficult.

16          THE COURT:  I understand that, Counsel.

17          MS. PETRAS:  Especially when it's the heart of

18    their case.  All I'm asking is to cross-examine him on

19    Monday, which was the plan at the beginning of the week, and

20    now we've changed it again.

21          THE COURT:  Your request to cross-examine him on

22    Monday was based on a representation that you needed the

23    newly disclosed affidavits that supported the arrest

24    warrants, okay?  The government has said that that is within

25    all of the 302s.  You have not given me a persuasive reason

```
 1    for why you are not prepared to cross him on the materials
 2    that are in that affidavit.
 3              MS. PETRAS:  I can --
 4              THE COURT:  And then if you need -- particularly
 5    if the government is not going to, you know, ask him about
 6    who all else was involved.
 7              MS. PETRAS:  I can --
 8              THE COURT:  And the defense can recall him in your
 9    case.
10              MS. PETRAS:  I can give the Court specific
11    information contained in the affidavits which we did not
12    have.  And I'd like to do it ex parte, please.
13              THE COURT:  We're going to take a break.  We'll
14    come back at 1:20, okay?
15              (This is the end of the bench conference)
16              (Lunch recess taken at 12:40 p.m.)
17
18
19
20
21
22
23
24
25
```

1        <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

2

3              I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8         Dated this 25th day of October, 2017.

9

10                             <u>/s/Lisa A. Moreira, RDR, CRR</u>
                                Official Court Reporter
11                              United States Courthouse
                                Room 6718
12                              333 Constitution Avenue, NW
                                Washington, DC 20001
13

14

15

16

17

18

19

20

21

22

23

24

25

'

**'95** [1] - 3178:25
**'99** [1] - 3178:25

**/**

**/s/Lisa** [1] - 3304:10

**1**

**1** [13] - 3177:11,
3177:13, 3180:21,
3183:20, 3184:6,
3244:11, 3258:1,
3261:11, 3296:22,
3296:23, 3298:6,
3298:12
**1.2** [1] - 3189:10
**1.3** [1] - 3189:10
**10** [4] - 3213:9,
3234:23, 3247:14,
3250:23
**10-minute** [1] -
3297:16
**100** [3] - 3181:18,
3236:6, 3236:16
**101** [4] - 3213:18,
3216:8, 3218:19,
3226:3
**102** [4] - 3194:22,
3195:10, 3197:10,
3207:19
**106-6** [2] - 3220:8,
3229:17
**106-7** [2] - 3235:1,
3235:3
**108-26** [1] - 3223:19
**109** [1] - 3215:14
**109-1** [2] - 3215:10,
3215:13
**109-2** [2] - 3215:9,
3215:16
**10:00/10:30** [1] -
3279:14
**10:03** [2] - 3206:25,
3209:14
**10th** [2] - 3191:10,
3192:7
**10th/September** [1] -
3189:17
**11** [1] - 3207:1
**11:00** [1] - 3237:4
**11:15** [2] - 3237:9,
3298:13
**11:30** [2] - 3252:20,
3252:22
**11:36** [3] - 3239:9,
3255:2, 3255:3
**11th** [5] - 3189:17,
3192:16, 3199:11,

3199:14, 3295:19
**12** [3] - 3182:21,
3227:2
**12:30** [2] - 3245:18,
3249:25
**12:40** [1] - 3303:16
**12th** [2] - 3193:23,
3292:5
**13** [6] - 3284:17,
3285:24, 3286:3,
3286:25, 3287:1
**130-degree** [1] -
3231:12
**13th** [1] - 3199:22
**14-141** [1] - 3172:3
**141** [10] - 3180:1,
3180:4, 3186:12,
3203:1, 3242:3,
3242:21, 3248:3,
3255:11, 3256:4,
3259:6
**142** [8] - 3188:8,
3188:12, 3188:20,
3196:24, 3196:25,
3197:3, 3207:6,
3284:23
**143-19** [1] - 3269:11
**143-76** [1] - 3271:5
**143-82** [2] - 3269:24,
3270:12
**143-83** [1] - 3270:14
**143-85** [1] - 3269:2
**144** [1] - 3185:11
**144-10** [2] - 3185:14,
3185:16
**144-12** [1] - 3185:20
**144-28** [3] - 3185:22,
3186:3, 3186:15
**15** [3] - 3213:9,
3250:23, 3298:19
**15-minute** [1] - 3237:9
**15-round** [1] - 3234:23
**17** [5] - 3207:24,
3211:4, 3214:19,
3216:23, 3224:19
**17th** [2] - 3208:10,
3213:7
**1899** [1] - 3170:3
**1:00** [1] - 3255:21
**1:14-cr-00141-CRC-1**
[1] - 3169:4
**1:20** [1] - 3303:14
**1:30** [1] - 3291:2
**1A** [1] - 3297:11
**1As** [1] - 3297:10
**1B** [2] - 3297:10,
3297:11

**2**

**2** [14] - 3180:24,
3184:18, 3240:11,
3242:5, 3242:6,
3242:7, 3243:14,
3244:12, 3244:13,
3244:23, 3245:4,
3258:1, 3266:7,
3298:5
**20** [8] - 3214:5,
3247:14, 3261:1,
3273:20, 3273:21,
3296:24, 3296:25,
3298:19
**20001** [2] - 3170:10,
3304:12
**20004** [1] - 3169:20
**20006** [1] - 3170:4
**2003** [2] - 3179:4,
3281:7
**2012** [14] - 3178:6,
3179:11, 3179:19,
3179:20, 3189:17,
3207:1, 3282:22,
3287:13, 3288:13,
3288:14, 3288:19,
3288:22, 3292:4,
3295:15
**2015** [1] - 3294:16
**2017** [2] - 3169:4,
3304:8
**202** [3] - 3169:16,
3169:20, 3170:5
**202-354-3187** [1] -
3170:10
**204-1** [5] - 3221:17,
3221:18, 3221:21,
3223:6, 3229:22
**20530** [1] - 3169:16
**208-7500** [1] - 3169:20
**22** [3] - 3294:16,
3296:11, 3296:23
**22-minute** [1] -
3297:16
**240** [1] - 3267:21
**25** [1] - 3169:4
**252-1794** [1] - 3169:16
**25th** [1] - 3304:8
**260** [1] - 3267:21

**3**

**3** [43] - 3181:1,
3181:15, 3181:19,
3181:20, 3182:2,
3182:4, 3184:21,
3185:23, 3185:24,
3186:1, 3186:13,
3186:25, 3187:2,
3200:17, 3202:20,

3233:20, 3241:15,
3243:18, 3243:22,
3244:8, 3244:21,
3245:23, 3245:25,
3250:2, 3256:2,
3256:9, 3258:9,
3259:5, 3259:10,
3259:22, 3261:17,
3262:14, 3268:9,
3268:25, 3269:7,
3269:9, 3270:16,
3270:17, 3271:6,
3277:15, 3296:22,
3296:24, 3298:7
**30** [3] - 3210:3,
3214:5, 3257:3
**300** [1] - 3271:17
**302s** [2] - 3301:14,
3302:25
**305-1** [5] - 3205:17,
3205:20, 3206:1,
3206:5, 3206:11
**305-10** [3] - 3273:23,
3274:1, 3274:15
**305-3** [6] - 3238:4,
3238:17, 3239:1,
3239:6, 3239:14,
3254:23
**310A** [2] - 3254:1,
3254:9
**3177** [1] - 3171:4
**3281** [1] - 3171:4
**333** [2] - 3170:9,
3304:12
**34** [1] - 3287:12
**360** [2] - 3185:8,
3244:18

**4**

**4** [9] - 3182:5,
3184:23, 3185:17,
3192:9, 3200:6,
3200:17, 3244:10,
3248:24, 3258:23
**400** [1] - 3223:1
**404(b** [1] - 3294:1
**45** [1] - 3278:21
**45-minute** [1] -
3298:17

**5**

**5** [2] - 3185:1, 3185:21
**50** [2] - 3236:6,
3236:16
**550** [1] - 3169:19
**555** [1] - 3169:15
**5:00** [3] - 3257:22,
3260:5, 3280:11
**5:15** [1] - 3260:5

**6**

**6'4** [1] - 3267:21
**600** [1] - 3170:4
**625** [1] - 3169:19
**6718** [2] - 3170:9,
3304:11
**6:00** [1] - 3260:10
**6:30** [1] - 3275:10
**6:32** [1] - 3275:6

**7**

**7:00** [2] - 3272:19,
3275:10
**7:30** [1] - 3272:20

**8**

**81-millimeter** [1] -
3260:25
**833-8900** [1] - 3170:5
**8:30** [2] - 3194:4,
3196:18

**9**

**9/11** [2] - 3239:9,
3260:10
**9/11/2012** [1] - 3275:2
**9/12/12** [1] - 3275:4
**90** [2] - 3182:17,
3247:9
**9:00** [4] - 3194:9,
3198:23, 3199:17,
3199:18
**9:35** [1] - 3169:5

**A**

**a.m** [8] - 3169:5,
3255:2, 3255:3,
3255:4, 3275:6,
3275:8, 3275:10
**a.m./p.m** [1] - 3255:6
**ability** [2] - 3191:2,
3304:7
**able** [12] - 3174:10,
3176:24, 3231:19,
3271:7, 3272:16,
3279:12, 3279:24,
3284:3, 3297:9,
3300:21, 3300:23,
3301:7
**absolutely** [1] -
3295:14
**absorb** [1] - 3174:12
**ABU** [1] - 3169:6
**Abu** [5] - 3172:4,
3175:12, 3294:2,
3302:9

**access** [5] - 3181:10, 3197:21, 3226:18, 3293:25, 3294:6
**accidentally** [1] - 3265:10
**accordingly** [1] - 3189:5
**Account** [1] - 3286:3
**accurate** [10] - 3188:16, 3206:1, 3238:22, 3254:13, 3255:3, 3255:7, 3274:11, 3275:11, 3288:6, 3304:5
**acronym** [1] - 3181:7
**act** [1] - 3275:15
**Action** [1] - 3169:3
**action** [2] - 3274:6, 3298:14
**active** [1] - 3190:13
**actual** [2] - 3209:22, 3275:3
**add** [1] - 3288:9
**addition** [4] - 3182:23, 3183:10, 3187:6, 3233:23
**address** [1] - 3300:22
**adequately** [1] - 3302:13
**Adidas** [6] - 3194:19, 3195:3, 3195:4, 3195:5, 3195:12, 3214:8
**admit** [3] - 3253:7, 3253:22, 3253:25
**admitted** [8] - 3188:9, 3213:19, 3215:11, 3220:8, 3221:19, 3223:20, 3269:3, 3273:23
**adrenaline's** [1] - 3223:1
**advised** [4] - 3282:7, 3297:24, 3299:2, 3299:7
**aerial** [2] - 3180:17, 3186:14
**affidavit** [1] - 3303:2
**affidavits** [3] - 3176:1, 3302:23, 3303:11
**Afghanistan** [1] - 3281:15
**afternoon** [4] - 3191:10, 3281:3, 3281:4, 3297:24
**afterwards** [1] - 3259:8
**agency** [4] - 3178:10, 3244:8, 3282:16, 3286:10

**Agency** [1] - 3178:13
**agent** [23] - 3201:17, 3202:22, 3204:10, 3204:13, 3205:24, 3212:12, 3214:4, 3214:6, 3218:17, 3226:10, 3227:4, 3227:16, 3230:22, 3235:25, 3236:3, 3236:22, 3243:13, 3243:14, 3244:9, 3244:14, 3277:13
**Agent** [10] - 3173:5, 3173:16, 3173:19, 3174:2, 3174:7, 3175:7, 3175:10, 3175:21, 3300:11, 3301:25
**agents** [11] - 3190:7, 3194:10, 3200:9, 3202:23, 3212:16, 3225:22, 3229:5, 3266:7, 3267:12, 3272:2, 3272:23
**aggressive** [1] - 3208:22
**ago** [3] - 3172:16, 3296:10, 3302:7
**agree** [2] - 3176:14, 3288:15
**agreement** [1] - 3286:7
**ahead** [2] - 3175:22, 3292:23
**AHMED** [1] - 3169:6
**Ahmed** [1] - 3172:4
**ahold** [1] - 3241:14
**aid** [2] - 3190:17, 3223:21
**aided** [1] - 3169:24
**air** [2] - 3179:3, 3260:15
**airfield** [2] - 3273:9, 3278:14
**airport** [6] - 3191:16, 3255:18, 3257:22, 3273:17, 3274:10, 3275:19
**Airport** [1] - 3273:17
**AK** [4] - 3201:4, 3201:5, 3201:7, 3210:11
**AK-47** [4] - 3201:6, 3214:16, 3226:21, 3233:25
**AK-47s** [1] - 3293:25
**Al** [1] - 3290:5
**Al-Funduq** [1] - 3290:5
**alert** [2] - 3200:21,

3253:16
**allegedly** [1] - 3175:12
**allow** [5] - 3175:21, 3194:2, 3291:12, 3294:1, 3295:10
**allowing** [1] - 3175:9
**almost** [6] - 3214:7, 3217:1, 3263:21, 3263:22, 3265:16, 3292:24
**alone** [1] - 3228:17
**amassing** [1] - 3236:6
**amazingly** [1] - 3264:11
**ambassador** [13] - 3189:18, 3190:5, 3191:7, 3191:24, 3192:6, 3192:21, 3193:9, 3193:23, 3199:22, 3219:16, 3236:9, 3278:20, 3278:22
**ambassador's** [1] - 3260:9
**America** [1] - 3172:4
**AMERICA** [1] - 3169:3
**American** [3] - 3182:12, 3182:16, 3187:11
**Americans** [5] - 3208:12, 3208:23, 3208:25, 3219:6, 3279:24
**ammo** [2] - 3231:3, 3265:3
**ammunition** [1] - 3229:11
**amount** [1] - 3249:21
**angled** [1] - 3269:19
**Annex** [38] - 3179:23, 3180:6, 3180:8, 3180:12, 3180:20, 3181:13, 3182:8, 3186:23, 3187:11, 3188:15, 3189:2, 3189:3, 3189:7, 3189:11, 3191:2, 3193:17, 3196:17, 3197:6, 3197:7, 3199:5, 3199:15, 3199:16, 3199:19, 3207:8, 3209:15, 3236:23, 3237:24, 3238:20, 3244:4, 3244:5, 3245:14, 3246:9, 3255:3, 3273:7, 3276:4, 3276:5, 3276:9, 3280:8
**announced** [1] -

3192:4
**answer** [3] - 3237:14, 3297:7
**anticipation** [1] - 3260:9
**apart** [1] - 3246:19
**apologize** [1] - 3199:13
**apparatus** [2] - 3182:23, 3182:25
**appear** [10] - 3192:13, 3207:3, 3217:23, 3220:21, 3255:6, 3263:7, 3263:18, 3275:22, 3276:14, 3279:4
**APPEARANCES** [2] - 3169:12, 3170:1
**appeared** [1] - 3286:24
**approach** [4] - 3172:8, 3250:7, 3281:20, 3287:18
**Approach** [1] - 3296:2
**approached** [1] - 3215:20
**approximate** [1] - 3207:3
**Arabic** [2] - 3213:2, 3240:24
**area** [46] - 3180:25, 3181:9, 3186:6, 3196:19, 3198:2, 3207:23, 3215:18, 3220:6, 3220:13, 3221:5, 3221:6, 3221:16, 3223:5, 3223:17, 3226:6, 3228:10, 3228:18, 3228:20, 3228:21, 3229:14, 3229:18, 3230:7, 3231:10, 3232:20, 3233:20, 3242:12, 3243:3, 3244:21, 3246:3, 3246:4, 3246:5, 3246:6, 3251:7, 3251:16, 3256:8, 3260:24, 3263:24, 3264:7, 3268:22, 3269:17, 3270:4, 3276:7, 3276:15, 3279:16, 3295:21
**areas** [3] - 3300:22, 3300:23, 3302:15
**argue** [2] - 3283:10, 3291:13
**arguments** [1] - 3301:22
**arm** [5] - 3263:19,

3264:21, 3265:23, 3270:24, 3277:15
**armor** [4] - 3248:8, 3248:10, 3248:14, 3266:23
**armored** [3] - 3227:24, 3228:2, 3234:4
**armory** [1] - 3290:12
**arms** [5] - 3233:25, 3241:9, 3245:6, 3249:17, 3290:19
**arrangements** [1] - 3176:10
**arrest** [1] - 3302:23
**arrival** [1] - 3238:20
**arrive** [5] - 3207:21, 3220:1, 3256:1, 3256:21, 3260:12
**arrived** [14] - 3179:21, 3191:7, 3192:1, 3208:23, 3237:25, 3239:11, 3239:21, 3240:6, 3245:17, 3250:2, 3259:15, 3259:17, 3272:23, 3298:12
**arrives** [1] - 3257:21
**arriving** [3] - 3173:23, 3254:24, 3259:17
**artery** [2] - 3196:4, 3264:16
**aside** [2] - 3292:15, 3296:12
**assassinations** [1] - 3192:25
**assault** [5] - 3201:8, 3245:13, 3261:15, 3289:22, 3290:20
**assert** [1] - 3293:23
**asserted** [1] - 3295:7
**assigned** [3] - 3180:10, 3180:11, 3186:23
**assignments** [1] - 3282:23
**assistant** [4] - 3187:5, 3187:6, 3187:9, 3195:24
**assuming** [3] - 3207:23, 3224:19, 3257:5
**assumption** [1] - 3174:6
**ate** [2] - 3180:22, 3192:8
**attack** [15] - 3186:8, 3202:3, 3232:23, 3232:25, 3244:24, 3245:20, 3247:14, 3249:15, 3249:24,

3249:25, 3255:15, 3257:8, 3285:25, 3299:14, 3299:18
**attacked** [4] - 3223:2, 3262:11, 3268:23, 3279:8
**attackers** [1] - 3250:12
**attacking** [1] - 3240:17
**attacks** [2] - 3175:13, 3255:10
**attending** [1] - 3277:13
**attention** [12] - 3179:25, 3189:16, 3192:16, 3204:6, 3237:19, 3242:15, 3244:19, 3262:10, 3269:1, 3269:23, 3273:22, 3289:11
**attest** [1] - 3287:24
**Attieh** [1] - 3170:6
**attorney** [1] - 3286:19
**ATTORNEY'S** [1] - 3169:14
**attract** [1] - 3289:11
**attributed** [1] - 3288:4
**audio** [1] - 3177:3
**augmenting** [1] - 3194:1
**August** [4] - 3178:6, 3179:10, 3179:18, 3292:4
**authentic** [1] - 3253:18
**authenticate** [3] - 3253:2, 3253:6, 3253:8
**authenticity** [1] - 3253:21
**author** [2] - 3287:24, 3291:19
**authors** [6] - 3284:17, 3284:19, 3284:20, 3290:23, 3291:20, 3294:18
**auto** [1] - 3210:12
**Avenue** [4] - 3169:19, 3170:3, 3170:9, 3304:12
**avoid** [2] - 3231:21, 3282:17
**aware** [5] - 3189:18, 3199:8, 3286:19, 3289:21, 3291:17
**awareness** [1] - 3200:22
**awash** [7] - 3289:18, 3290:9, 3292:15, 3292:17, 3293:12, 3293:24, 3295:23

**B**

**BAACH** [1] - 3170:3
**backed** [3] - 3219:9, 3234:7, 3269:21
**background** [1] - 3178:23
**backpack** [1] - 3267:20
**backside** [1] - 3262:22
**backwards** [1] - 3234:24
**bad** [4] - 3225:12, 3231:9, 3265:11, 3265:12
**bag** [5] - 3249:9, 3263:15, 3264:9, 3264:25, 3265:15
**balance** [2] - 3302:10, 3302:11
**ball** [1] - 3260:15
**bang** [1] - 3249:17
**banging** [1] - 3217:11
**barefoot** [1] - 3279:7
**barrier** [4] - 3214:12, 3214:13, 3215:17, 3216:1
**barriers** [7] - 3209:25, 3213:15, 3213:23, 3250:4, 3250:5, 3250:6
**base** [9] - 3181:3, 3192:11, 3192:19, 3203:8, 3203:11, 3212:18, 3213:25
**based** [6] - 3239:10, 3284:1, 3284:2, 3293:16, 3293:20, 3302:22
**bases** [1] - 3293:1
**basic** [1] - 3293:22
**basis** [9] - 3175:24, 3287:16, 3288:13, 3291:23, 3292:16, 3293:12, 3293:15, 3293:18
**bathroom** [1] - 3248:21
**bay** [2] - 3227:1, 3227:19
**bearable** [2] - 3231:11, 3231:14
**became** [2] - 3191:18, 3191:24
**bed** [6] - 3200:7, 3200:11, 3232:3, 3232:4, 3232:5, 3279:2
**bedroom** [2] - 3230:5, 3232:2

**BEFORE** [1] - 3169:10
**began** [3] - 3245:20, 3285:25, 3286:6
**begin** [2] - 3242:20, 3244:21
**beginning** [2] - 3289:17, 3302:19
**behind** [13] - 3203:4, 3210:21, 3213:7, 3213:9, 3213:16, 3214:5, 3218:9, 3234:3, 3238:19, 3257:14, 3275:18, 3278:18, 3293:5
**bell** [1] - 3265:8
**belly** [3] - 3231:3, 3231:23, 3231:24
**below** [1] - 3263:22
**bench** [11] - 3172:8, 3172:11, 3172:23, 3252:25, 3254:7, 3281:22, 3284:8, 3287:20, 3288:16, 3296:6, 3303:15
**benches** [1] - 3251:24
**Benghazi** [34] - 3179:14, 3179:16, 3191:8, 3191:13, 3191:25, 3192:12, 3192:22, 3193:2, 3200:21, 3255:17, 3279:13, 3279:23, 3279:25, 3281:19, 3282:21, 3284:25, 3286:4, 3287:4, 3287:7, 3287:13, 3288:12, 3288:18, 3288:23, 3289:9, 3289:14, 3289:18, 3290:9, 3290:15, 3292:14, 3292:17, 3293:24, 3293:25, 3294:4, 3294:15
**best** [2] - 3295:20, 3304:6
**better** [1] - 3207:20
**between** [18] - 3175:15, 3176:23, 3183:19, 3184:13, 3189:7, 3194:4, 3200:17, 3226:18, 3236:6, 3236:24, 3245:6, 3245:11, 3247:16, 3249:23, 3256:10, 3275:20, 3279:14, 3285:25
**beyond** [4] - 3290:21, 3291:24, 3292:7, 3293:13
**big** [5] - 3208:18,

3227:1, 3227:19, 3261:2, 3267:22
**bigger** [1] - 3227:7
**Bilal** [1] - 3175:19
**bit** [24] - 3194:14, 3196:22, 3198:1, 3199:17, 3199:21, 3209:25, 3214:13, 3217:18, 3223:8, 3225:20, 3228:21, 3230:8, 3230:18, 3237:18, 3240:1, 3240:14, 3241:3, 3241:10, 3247:6, 3248:8, 3259:24, 3266:21, 3269:16, 3279:11
**black** [2] - 3228:22, 3262:8
**Blackwater** [3] - 3281:11, 3281:13, 3283:12
**blanket** [1] - 3265:14
**blast** [1] - 3268:12
**bleeding** [1] - 3248:9
**blocked** [2] - 3250:5, 3252:8
**blood** [1] - 3264:5
**blown** [1] - 3264:12
**Blue** [5] - 3217:16, 3217:21, 3217:22, 3240:25, 3241:5
**Blue-Eyed** [1] - 3241:5
**bodies** [2] - 3278:10, 3280:2
**body** [6] - 3220:16, 3230:19, 3266:22, 3272:1, 3278:11, 3280:3
**book** [43] - 3282:6, 3282:7, 3282:10, 3282:11, 3282:20, 3282:24, 3283:1, 3283:3, 3283:20, 3283:22, 3283:25, 3284:1, 3284:6, 3284:7, 3284:17, 3284:20, 3284:24, 3285:19, 3285:22, 3285:24, 3286:12, 3286:15, 3286:22, 3286:25, 3287:12, 3287:17, 3287:25, 3288:3, 3288:6, 3288:12, 3290:3, 3290:8, 3290:19, 3290:24, 3291:19, 3292:14, 3294:8, 3294:10, 3294:11, 3294:21, 3294:24

**bottom** [2] - 3239:7, 3275:5
**bouncing** [1] - 3265:24
**box** [1] - 3269:14
**breached** [1] - 3205:9
**break** [9] - 3172:21, 3175:16, 3176:15, 3176:23, 3237:9, 3252:20, 3259:24, 3291:1, 3303:13
**breakfast** [1] - 3180:22
**breaking** [1] - 3175:17
**breath** [9] - 3222:22, 3222:25, 3223:3, 3224:18, 3225:11, 3230:3, 3230:17, 3266:23, 3266:24
**breathe** [1] - 3231:18
**briefing** [1] - 3192:10
**Brigade** [1] - 3211:4
**bring** [4] - 3213:18, 3227:13, 3268:14, 3268:15
**broke** [4] - 3220:14, 3240:18, 3243:8, 3247:5
**brought** [2] - 3212:2, 3278:22
**brushed** [1] - 3241:9
**Bub** [9] - 3258:13, 3258:22, 3267:15, 3268:4, 3272:7, 3272:8, 3278:6, 3278:10
**Building** [4] - 3169:15, 3180:21, 3180:24, 3181:1, 3181:15, 3181:19, 3181:20, 3182:2, 3182:4, 3182:5, 3192:9, 3200:6, 3200:17, 3202:20, 3241:15, 3243:14, 3244:7, 3244:10, 3244:11, 3244:12, 3244:13, 3244:23, 3245:4, 3248:24, 3258:1, 3258:9, 3259:5, 3261:11, 3261:17, 3262:14, 3266:7, 3268:8, 3268:24, 3269:7, 3269:9, 3270:16, 3270:17, 3271:6, 3277:15
**building** [22] - 3180:21, 3181:4, 3181:23, 3183:16,

3186:20, 3200:2,
3201:16, 3203:7,
3216:24, 3217:7,
3219:1, 3226:11,
3227:6, 3227:8,
3227:14, 3228:4,
3232:11, 3236:10,
3240:12, 3249:1,
3262:15, 3267:6
**buildings** [4] -
3182:14, 3185:7,
3202:6, 3244:16
**bullet** [2] - 3273:4,
3273:13
**bunch** [5] - 3209:4,
3212:1, 3216:22,
3264:6, 3267:6
**bushes** [1] - 3260:1
**business** [2] -
3193:14, 3212:24
**bust** [2] - 3227:12,
3227:13
**but..** [1] - 3221:2
**BY** [5] - 3177:23,
3254:21, 3281:2,
3284:9, 3288:17

## C

**C-130** [2] - 3279:15,
3279:22
**C3** [1] - 3298:15
**cab** [1] - 3273:13
**calm** [6] - 3192:14,
3194:20, 3263:13,
3264:11, 3264:12
**camera** [2] - 3249:10
**cameras** [4] - 3182:1,
3182:23, 3182:24,
3249:2
**camouflage** [1] -
3224:22
**capacity** [2] - 3178:15,
3178:19
**Capitol** [1] - 3288:5
**car** [2] - 3202:8,
3290:20
**carport** [4] - 3186:4,
3216:25, 3217:1,
3227:24
**cars** [5] - 3241:11,
3241:18, 3242:19,
3244:20, 3283:1
**case** [19] - 3176:17,
3187:8, 3198:18,
3199:8, 3208:8,
3217:12, 3233:3,
3239:25, 3243:17,
3248:19, 3262:11,
3267:6, 3268:23,

3289:3, 3291:3,
3291:4, 3302:18,
3303:9
**Case** [1] - 3172:3
**catch** [2] - 3225:11,
3230:17
**catching** [1] - 3224:18
**caught** [3] - 3210:22,
3222:22, 3279:6
**caused** [1] - 3271:8
**CDs** [2] - 3297:13,
3297:14
**cell** [3] - 3191:5,
3212:24, 3213:13
**center** [8] - 3184:24,
3185:3, 3193:7,
3270:11, 3270:13,
3271:3, 3273:13,
3276:16
**Center** [1] - 3169:15
**Central** [1] - 3178:13
**ceremony** [1] -
3199:23
**certain** [7] - 3291:17,
3300:4, 3300:22,
3301:5, 3301:6,
3302:15
**certainly** [1] - 3292:16
**CERTIFICATE** [1] -
3304:1
**certify** [1] - 3304:4
**challenge** [1] - 3295:1
**chance** [1] - 3300:7
**change** [3] - 3173:2,
3174:15, 3257:16
**changed** [1] - 3302:20
**channel** [1] - 3203:21
**Channel** [1] - 3199:23
**chanting** [1] - 3256:11
**charge** [2] - 3211:5,
3211:7
**check** [2] - 3266:1,
3299:12
**checked** [3] - 3262:23,
3267:1, 3267:16
**chem** [3] - 3240:18,
3240:19, 3240:20
**chest** [1] - 3266:24
**chief** [8] - 3181:3,
3192:10, 3192:18,
3192:19, 3203:8,
3203:11
**chow** [2] - 3180:22,
3227:5
**Chris** [2] - 3223:16,
3280:2
**CHRISTOPHER** [1] -
3169:10
**CIA** [14] - 3178:10,
3178:12, 3178:15,

3178:16, 3179:24,
3180:11, 3182:8,
3182:10, 3182:12,
3188:15, 3189:3,
3286:6, 3286:15,
3289:3
**circle** [2] - 3185:24,
3233:16
**circled** [3] - 3180:9,
3230:4, 3233:20
**circumstances** [1] -
3176:14
**citizens** [1] - 3190:6
**city** [2] - 3179:15,
3289:15
**city's** [1] - 3179:16
**clarifications** [1] -
3294:10
**Clarke** [14] - 3173:6,
3173:16, 3173:19,
3174:2, 3174:7,
3175:4, 3175:7,
3175:10, 3175:22,
3176:3, 3300:5,
3300:11, 3301:8,
3301:25
**classified** [5] -
3172:14, 3181:8,
3228:3, 3282:12,
3284:2
**clear** [9] - 3195:22,
3197:19, 3199:10,
3199:14, 3218:18,
3221:7, 3226:14,
3227:15, 3271:10
**clearance** [1] -
3286:17
**clearances** [1] -
3296:15
**cleared** [3] - 3219:14,
3227:6, 3227:8
**clearly** [2] - 3293:14,
3294:4
**Cleveland** [1] -
3287:10
**client** [1] - 3301:13
**climb** [1] - 3183:7
**climbing** [2] - 3183:5,
3262:22
**clink** [1] - 3260:2
**clip** [4] - 3205:17,
3298:11, 3299:5,
3300:4
**clips** [7] - 3176:25,
3177:2, 3177:3,
3296:16, 3296:18,
3297:5, 3298:9
**clock** [1] - 3255:1
**close** [5] - 3207:20,
3230:6, 3235:14,

3263:20, 3273:14
**close-up** [1] - 3207:20
**closed** [3] - 3223:15,
3223:23, 3224:6
**closer** [4] - 3184:12,
3213:19, 3225:24,
3275:19
**closest** [2] - 3214:12,
3215:17
**closet** [1] - 3232:7
**co** [7] - 3284:19,
3284:20, 3287:24,
3290:23, 3291:20,
3294:18, 3294:23
**co-author** [1] -
3287:24
**co-authors** [5] -
3284:19, 3284:20,
3290:23, 3291:20,
3294:18
**co-workers** [1] -
3294:23
**coherent** [1] - 3302:13
**collaborated** [2] -
3286:21, 3292:14
**colleague** [1] -
3195:18
**colleagues** [1] -
3295:22
**COLUMBIA** [1] -
3169:1
**comfort** [1] - 3265:4
**comfortable** [1] -
3294:11
**coming** [39] - 3192:15,
3201:2, 3201:12,
3204:1, 3206:18,
3207:15, 3212:21,
3215:4, 3215:5,
3215:7, 3216:4,
3216:6, 3218:5,
3227:18, 3227:21,
3232:10, 3232:15,
3232:23, 3232:25,
3235:9, 3235:10,
3239:16, 3240:14,
3243:19, 3243:20,
3246:19, 3246:24,
3251:21, 3259:20,
3259:23, 3264:5,
3265:10, 3267:13,
3271:17, 3271:20,
3272:2, 3272:3,
3276:14, 3301:5
**command** [2] -
3181:1, 3202:20
**commander** [3] -
3257:25, 3258:8,
3278:19
**Committee** [1] -

3294:15
**communicate** [2] -
3191:2, 3233:4
**communications** [1] -
3219:23
**company** [2] - 3179:5,
3281:13
**competent** [1] -
3292:9
**complete** [2] -
3173:12, 3304:6
**completed** [1] -
3297:19
**completely** [5] -
3222:5, 3222:8,
3224:6, 3263:21,
3273:1
**complies** [1] - 3185:25
**compound** [28] -
3179:24, 3180:14,
3182:20, 3183:14,
3183:23, 3190:13,
3190:14, 3190:23,
3194:4, 3199:5,
3216:10, 3216:11,
3226:1, 3236:19,
3237:21, 3238:9,
3242:9, 3245:14,
3255:25, 3256:15,
3257:15, 3258:4,
3258:7, 3258:10,
3259:21, 3274:9,
3274:23, 3298:17
**compounds** [1] -
3218:5
**computer** [3] -
3169:24, 3248:20,
3248:25
**computer-aided** [1] -
3169:24
**computers** [1] -
3257:11
**concealment** [1] -
3250:18
**concerned** [4] -
3253:14, 3282:13,
3282:15
**Concertina** [1] -
3183:3
**conclude** [3] -
3173:19, 3247:17,
3250:24
**conclusion** [1] -
3193:4
**conclusions** [1] -
3193:8
**concrete** [4] - 3183:2,
3209:25, 3213:15,
3246:18
**condition** [1] - 3265:6

conditioning [1] - 3179:3
conditions [1] - 3230:4
conducted [3] - 3181:14, 3181:17, 3193:14
conference [10] - 3172:10, 3172:23, 3252:24, 3254:7, 3281:21, 3284:8, 3287:19, 3288:16, 3296:5, 3303:15
conflict [1] - 3283:4
conflicting [1] - 3283:7
congregate [1] - 3242:20
congregating [1] - 3244:20
connected [1] - 3218:5
consistent [1] - 3296:8
constant [2] - 3250:15, 3256:18
constitutes [1] - 3304:4
Constitution [2] - 3170:9, 3304:12
consulate [34] - 3187:22, 3187:23, 3187:24, 3189:19, 3189:23, 3193:5, 3193:6, 3193:12, 3194:5, 3194:7, 3196:6, 3196:7, 3196:8, 3196:20, 3197:13, 3197:16, 3201:2, 3208:3, 3209:4, 3209:23, 3211:6, 3212:15, 3212:19, 3213:5, 3214:1, 3215:2, 3215:19, 3216:11, 3216:15, 3234:15, 3239:15, 3247:6, 3256:13, 3276:23
Consulate [7] - 3188:15, 3189:4, 3192:20, 3200:18, 3211:6, 3215:15, 3256:5
contacts [2] - 3222:11, 3222:12
contain [1] - 3277:23
contained [2] - 3297:5, 3303:11
contest [1] - 3253:18
continue [4] - 3237:4,

3277:1, 3277:17, 3277:20
Continued [1] - 3169:23
continued [2] - 3213:14, 3221:4
CONTINUED [1] - 3170:1
continues [1] - 3298:16
contract [2] - 3179:4, 3281:7
contracting [3] - 3179:6, 3179:7, 3258:15
contractor [2] - 3178:11, 3178:14
Convention [1] - 3287:6
convention [1] - 3287:10
conversation [2] - 3219:13, 3242:11
convoy [4] - 3273:19, 3275:14, 3275:15, 3275:21
COOPER [1] - 3169:10
copied [1] - 3297:14
corner [35] - 3183:16, 3183:17, 3183:19, 3184:19, 3184:22, 3185:23, 3186:19, 3195:6, 3195:13, 3206:24, 3208:2, 3208:15, 3210:19, 3210:21, 3212:17, 3226:20, 3226:23, 3232:23, 3233:7, 3233:12, 3234:20, 3237:20, 3238:19, 3239:7, 3240:12, 3242:7, 3242:8, 3243:18, 3243:21, 3245:1, 3255:2, 3274:24, 3275:5, 3275:17
Corps [1] - 3178:25
correct [7] - 3174:4, 3174:23, 3199:11, 3206:11, 3287:14, 3294:25
corrected [1] - 3294:18
couch [1] - 3268:9
cough [1] - 3260:18
coughing [2] - 3225:12, 3225:13, 3231:19
counsel [2] - 3238:6, 3254:8

Counsel [1] - 3302:16
counsel's [1] - 3174:9
counterassault [1] - 3217:13
counterassaulted [2] - 3232:10, 3234:17
country [1] - 3279:18
couple [21] - 3172:7, 3173:18, 3180:23, 3182:7, 3190:23, 3200:2, 3207:13, 3213:12, 3218:4, 3221:25, 3225:13, 3226:15, 3234:24, 3235:16, 3236:2, 3238:1, 3247:21, 3250:17, 3251:17, 3299:17, 3299:20
course [1] - 3262:10
Court [13] - 3170:8, 3170:8, 3172:15, 3174:10, 3174:11, 3176:20, 3253:16, 3253:25, 3254:4, 3282:10, 3301:19, 3303:10, 3304:10
court [1] - 3296:15
COURT [106] - 3169:1, 3172:5, 3172:9, 3172:20, 3172:24, 3173:2, 3173:7, 3173:11, 3173:14, 3173:20, 3173:24, 3174:1, 3174:5, 3174:21, 3174:24, 3175:21, 3176:8, 3176:11, 3176:19, 3176:21, 3177:2, 3177:5, 3177:7, 3177:9, 3177:11, 3177:14, 3177:18, 3188:22, 3188:25, 3191:23, 3195:17, 3195:20, 3199:10, 3202:9, 3206:7, 3237:5, 3237:8, 3237:11, 3239:3, 3252:17, 3252:19, 3252:22, 3253:3, 3253:18, 3253:20, 3253:25, 3254:3, 3254:14, 3254:17, 3254:19, 3259:11, 3274:17, 3274:20, 3280:18, 3280:20, 3280:24, 3282:17, 3283:2, 3283:6, 3283:16, 3283:18, 3284:6, 3285:18, 3287:16, 3287:18,

3287:21, 3288:1, 3288:15, 3290:25, 3291:6, 3291:15, 3291:22, 3292:10, 3292:13, 3292:19, 3292:21, 3292:23, 3293:21, 3294:13, 3294:20, 3295:5, 3295:8, 3296:2, 3296:7, 3297:4, 3297:11, 3297:16, 3298:9, 3298:25, 3299:3, 3299:5, 3299:24, 3300:10, 3300:14, 3300:25, 3301:10, 3301:21, 3302:3, 3302:5, 3302:10, 3302:16, 3302:21, 3303:4, 3303:8, 3303:13, 3304:1
Court's [4] - 3274:18, 3280:14, 3283:21, 3283:22
Courthouse [2] - 3170:9, 3304:11
COURTROOM [1] - 3172:2
courtroom [4] - 3177:6, 3252:21, 3254:18, 3291:5
courtyard [2] - 3272:16, 3272:21
cover [7] - 3174:17, 3186:4, 3209:25, 3212:15, 3300:17, 3300:18, 3300:19
covered [1] - 3246:7
covers [1] - 3260:24
covertly [1] - 3187:13
CRABB [1] - 3169:13
crawled [1] - 3231:4
crawling [3] - 3231:3, 3231:24, 3232:9
crew [2] - 3192:2, 3279:17
Criminal [2] - 3169:3, 3172:3
critical [1] - 3174:16
CROSS [1] - 3281:1
cross [19] - 3174:6, 3174:19, 3175:8, 3175:15, 3175:22, 3176:4, 3176:24, 3209:5, 3212:1, 3283:8, 3284:1, 3284:4, 3295:11, 3300:4, 3301:8, 3302:13, 3302:18, 3302:21, 3303:1

CROSS-EXAMINATION [1] - 3281:1
cross-examination [4] - 3174:6, 3284:4, 3295:11, 3302:13
cross-examine [2] - 3302:18, 3302:21
cross-fire [2] - 3209:5, 3212:1
crossed [2] - 3176:12, 3207:15
crossfit [1] - 3267:20
crotch [1] - 3263:24
crouched [1] - 3248:8
crow [1] - 3189:9
CRR [3] - 3170:8, 3304:3, 3304:10
CSA [1] - 3179:5
cup [1] - 3177:18
cut [2] - 3228:9, 3229:2
cutting [1] - 3199:23

## D

D.C [1] - 3169:19
damage [1] - 3271:8
damaged [1] - 3268:12
dangling [2] - 3263:19, 3265:24
dark [1] - 3271:7
date [6] - 3207:1, 3239:7, 3274:25, 3275:3, 3293:9
Dated [1] - 3304:8
dates [1] - 3295:16
Dave [13] - 3218:13, 3218:15, 3229:4, 3244:7, 3263:4, 3264:25, 3265:21, 3267:20, 3268:7, 3268:14, 3269:17, 3270:3, 3270:12
day's [2] - 3196:16, 3198:8
DB [2] - 3226:9, 3285:13
DC [5] - 3169:16, 3169:20, 3170:4, 3170:10, 3304:12
deal [2] - 3283:7, 3283:9
dealt [1] - 3254:5
Death [1] - 3231:12
debris [1] - 3246:18
decided [1] - 3257:2
decision [1] - 3236:13
deem [1] - 3295:9
deep [4] - 3264:15,

3264:18, 3264:19
**deeper** [2] - 3225:15, 3225:20
**defendant** [3] - 3298:16, 3300:25, 3301:13
**Defendant** [3] - 3169:7, 3169:18, 3170:2
**Defendant's** [1] - 3284:23
**DEFENDER** [1] - 3169:19
**defense** [17] - 3174:8, 3174:12, 3174:13, 3174:18, 3238:5, 3254:8, 3291:13, 3293:11, 3297:6, 3297:9, 3297:14, 3297:20, 3297:21, 3299:1, 3299:12, 3301:14, 3303:8
**defer** [2] - 3172:14, 3174:6
**definitely** [4] - 3201:4, 3217:24, 3237:22, 3273:14
**demonstration** [1] - 3198:5
**depart** [1] - 3280:9
**departed** [1] - 3280:12
**Department** [10] - 3188:4, 3191:3, 3193:24, 3203:20, 3204:13, 3218:16, 3221:25, 3234:3, 3244:5, 3263:4
**departure** [1] - 3286:1
**depicted** [1] - 3223:5
**depiction** [5] - 3188:16, 3206:1, 3238:22, 3254:13, 3274:11
**deploy** [2] - 3178:20, 3179:17
**deployed** [4] - 3179:10, 3179:13, 3244:5, 3282:22
**deployments** [2] - 3282:14, 3282:15
**deputy** [3] - 3181:3, 3192:19, 3203:8
**DEPUTY** [1] - 3172:2
**describe** [10] - 3180:19, 3186:2, 3206:16, 3207:7, 3222:15, 3231:10, 3234:18, 3242:20, 3243:20, 3249:16
**described** [22] -

3185:18, 3188:17, 3206:2, 3208:9, 3216:9, 3223:20, 3223:22, 3231:9, 3232:2, 3238:23, 3245:13, 3248:4, 3249:24, 3254:23, 3255:9, 3255:12, 3259:16, 3270:2, 3270:23, 3274:12, 3276:15, 3277:14
**designating** [1] - 3187:15
**desperate** [1] - 3204:19
**desperation** [2] - 3202:4, 3202:5
**despite** [1] - 3296:17
**dictate** [1] - 3194:2
**die** [2] - 3204:15, 3204:24
**different** [3] - 3180:14, 3244:6, 3292:19
**difficult** [2] - 3175:3, 3302:15
**digging** [1] - 3263:15
**dignity** [1] - 3253:15
**dilation** [3] - 3267:2, 3267:17
**dilemma** [2] - 3283:16, 3283:17
**DiLorenzo** [118] - 3169:13, 3172:25, 3173:4, 3173:9, 3173:12, 3173:15, 3173:22, 3173:25, 3174:4, 3174:8, 3174:22, 3176:10, 3176:16, 3176:23, 3177:4, 3177:15, 3177:16, 3177:23, 3180:2, 3183:22, 3184:9, 3185:2, 3186:10, 3188:19, 3188:23, 3191:21, 3195:8, 3197:1, 3197:10, 3199:13, 3202:12, 3206:4, 3206:8, 3206:22, 3207:19, 3215:11, 3220:7, 3221:17, 3229:22, 3232:19, 3233:19, 3237:3, 3237:6, 3237:12, 3238:5, 3238:25, 3239:4, 3239:17, 3240:4, 3242:2, 3252:16, 3252:18, 3253:1, 3253:4, 3253:23, 3254:6,

3254:8, 3254:15, 3254:19, 3254:20, 3254:21, 3269:3, 3269:11, 3270:7, 3270:11, 3271:1, 3273:22, 3274:14, 3274:18, 3276:12, 3276:20, 3277:1, 3277:17, 3277:20, 3278:5, 3280:14, 3280:16, 3280:19, 3280:22, 3281:20, 3281:23, 3282:4, 3282:13, 3283:5, 3283:14, 3285:14, 3285:17, 3287:15, 3287:22, 3288:3, 3288:8, 3290:21, 3291:9, 3291:11, 3291:21, 3291:23, 3292:12, 3292:18, 3292:20, 3292:22, 3292:24, 3296:4, 3296:16, 3296:21, 3297:7, 3297:12, 3297:18, 3298:11, 3299:2, 3299:4, 3299:7, 3300:12, 3300:15, 3301:3, 3301:12, 3302:1, 3302:4
**diLorenzo** [1] - 3202:9
**DiLorenzo)................
.............** [1] - 3171:4
**dinner** [2] - 3180:22, 3192:8
**diplomatic** [4] - 3190:7, 3190:9, 3229:5, 3243:14
**DIRECT** [1] - 3177:22
**direct** [26] - 3173:7, 3173:9, 3173:15, 3173:17, 3174:11, 3174:18, 3175:4, 3175:8, 3175:10, 3175:24, 3176:24, 3177:1, 3179:25, 3189:16, 3192:22, 3205:10, 3218:10, 3231:13, 3269:1, 3273:22, 3283:24, 3292:2, 3293:5, 3293:18, 3302:2
**directing** [4] - 3192:16, 3204:5, 3244:19, 3269:23
**direction** [25] - 3195:11, 3195:14, 3198:12, 3200:25, 3201:13, 3204:1,

3209:19, 3211:15, 3211:17, 3216:6, 3218:24, 3219:2, 3228:6, 3232:15, 3233:10, 3234:10, 3235:17, 3242:16, 3256:5, 3256:6, 3256:7, 3261:18, 3262:12, 3279:16
**directly** [2] - 3178:10, 3282:11
**dirt** [10] - 3196:14, 3197:17, 3198:24, 3210:13, 3211:17, 3218:5, 3225:25, 3228:7, 3228:8, 3229:2
**disclosed** [2] - 3285:22, 3302:23
**disclosures** [1] - 3175:25
**discovery** [2] - 3299:22, 3301:17
**discuss** [1] - 3291:8
**discussing** [1] - 3256:25
**discussion** [1] - 3172:12
**discussions** [2] - 3290:2, 3291:3
**DISHKAS** [1] - 3276:2
**Disk** [9] - 3296:22, 3296:23, 3296:24, 3298:5, 3298:6, 3298:7, 3298:12
**disks** [5] - 3172:17, 3296:11, 3296:22, 3298:4
**display** [1] - 3290:20
**dispute** [1] - 3299:24
**distance** [1] - 3189:7
**distinctive** [1] - 3260:20
**DISTRICT** [3] - 3169:1, 3169:1, 3169:10
**documents** [1] - 3284:2
**DOD** [4] - 3267:25, 3268:18, 3271:23, 3278:23
**Doherty** [5] - 3258:13, 3258:20, 3259:1, 3267:14, 3280:3
**done** [5] - 3197:3, 3228:5, 3237:7, 3248:22, 3293:13
**door** [14] - 3219:10, 3222:7, 3223:11, 3224:1, 3227:9, 3227:11, 3227:12,

3227:16, 3227:19, 3232:12, 3268:11, 3268:16
**doors** [3] - 3222:3, 3223:14, 3223:22
**dot** [1] - 3184:10
**dots** [1] - 3301:3
**double** [3] - 3249:21, 3250:10, 3250:11
**down** [90] - 3181:5, 3183:13, 3183:18, 3192:10, 3192:12, 3192:15, 3194:18, 3194:19, 3196:21, 3196:22, 3196:23, 3197:6, 3197:7, 3197:17, 3197:23, 3198:21, 3198:24, 3203:12, 3207:11, 3207:14, 3208:3, 3208:15, 3209:22, 3210:7, 3210:22, 3211:14, 3211:16, 3211:17, 3212:18, 3212:21, 3212:22, 3213:4, 3213:5, 3213:13, 3214:8, 3214:14, 3216:20, 3218:5, 3218:14, 3219:18, 3219:20, 3223:8, 3223:13, 3226:4, 3226:5, 3226:17, 3228:7, 3228:8, 3229:2, 3230:22, 3233:1, 3233:14, 3237:18, 3237:20, 3237:23, 3240:5, 3241:16, 3245:6, 3248:8, 3249:6, 3251:19, 3252:9, 3261:19, 3261:24, 3262:6, 3263:20, 3264:5, 3264:24, 3265:18, 3265:25, 3266:9, 3266:23, 3266:24, 3267:5, 3268:2, 3268:4, 3268:5, 3268:8, 3268:18, 3271:12, 3273:16, 3277:12, 3278:16, 3279:15, 3279:17, 3291:6, 3296:20
**downloaded** [1] - 3265:2
**downstairs** [1] - 3296:16
**downtown** [1] - 3191:11

**dozen** [2] - 3224:19, 3236:14
**dragged** [1] - 3247:22
**dragging** [2] - 3247:21, 3251:1
**draw** [1] - 3237:18
**dressed** [1] - 3201:17
**drew** [2] - 3195:9, 3218:23
**drills** [1] - 3189:22
**drive** [3] - 3189:14, 3198:14, 3209:24
**drivers** [1] - 3193:25
**driveway** [2] - 3242:13, 3242:14
**driving** [9] - 3197:17, 3205:1, 3207:14, 3236:25, 3237:2, 3237:14, 3237:15, 3239:21
**drone** [10] - 3172:13, 3172:16, 3172:17, 3172:18, 3236:7, 3240:14, 3240:15, 3296:7, 3296:10, 3298:12
**drop** [1] - 3235:23
**dropped** [7] - 3244:22, 3245:5, 3248:25, 3249:9, 3256:22, 3268:9
**drove** [7] - 3189:10, 3194:5, 3205:5, 3260:8, 3279:19, 3283:1, 3283:25
**drum** [2] - 3229:9, 3229:11
**DS** [9] - 3190:6, 3194:10, 3204:13, 3218:16, 3227:16, 3230:22, 3244:9, 3244:14, 3272:22
**Dude** [1] - 3266:2
**due** [1] - 3231:7
**during** [7] - 3174:19, 3212:11, 3230:25, 3241:17, 3251:8, 3281:16, 3290:11
**Dushkas** [2] - 3275:24, 3275:25
**duty** [1] - 3180:15
**déjà** [1] - 3292:24

### E

**ear** [1] - 3266:23
**early** [4] - 3179:18, 3192:18, 3199:7, 3272:18
**ears** [2] - 3221:1,

3279:5
**easiest** [1] - 3195:7
**easily** [1] - 3289:21
**east** [7] - 3183:16, 3183:18, 3211:17, 3246:9, 3246:20, 3246:25, 3255:12
**edge** [1] - 3226:14
**effect** [1] - 3231:16
**egressed** [1] - 3224:16
**either** [4] - 3175:6, 3218:10, 3223:10, 3295:10
**elbow** [2] - 3263:20, 3263:21
**elevates** [1] - 3217:17
**ELSAYED** [1] - 3170:2
**emails** [1] - 3200:12
**embedded** [1] - 3183:2
**employed** [3] - 3178:7, 3178:9, 3178:10
**employees** [1] - 3191:3
**employment** [1] - 3178:24
**end** [10] - 3172:23, 3173:10, 3183:18, 3199:24, 3254:7, 3284:8, 3288:16, 3289:16, 3299:13, 3303:15
**ended** [6] - 3200:16, 3219:23, 3234:25, 3263:4, 3267:14, 3285:25
**engage** [2] - 3218:12, 3252:10
**engaged** [1] - 3250:19
**engaging** [10] - 3208:3, 3209:3, 3209:7, 3210:7, 3245:3, 3245:4, 3245:9, 3248:6, 3249:20, 3250:20
**English** [1] - 3199:23
**engulfed** [2] - 3217:5, 3222:5
**enlarge** [2] - 3197:1, 3232:19
**entered** [4] - 3227:20, 3229:21, 3229:23, 3298:17
**entering** [3] - 3216:18, 3221:11
**enters** [2] - 3177:6, 3254:18
**entire** [2] - 3196:20, 3230:3
**entitled** [2] - 3296:10,

3301:17
**entrance** [2] - 3215:15, 3235:15
**entry** [1] - 3227:20
**entryway** [1] - 3221:15
**escorted** [1] - 3273:9
**escorting** [1] - 3273:18
**especially** [3] - 3260:18, 3264:16, 3302:17
**ESQ** [7] - 3169:13, 3169:13, 3169:14, 3169:18, 3169:18, 3170:2, 3170:2
**essentially** [1] - 3225:7
**essentials** [1] - 3248:20
**estimate** [1] - 3247:12
**evacuate** [2] - 3279:12, 3279:24
**evacuated** [4] - 3272:11, 3272:12, 3273:5, 3273:6
**evacuation** [2] - 3272:22, 3299:19
**evening** [12] - 3177:9, 3192:8, 3193:20, 3193:21, 3193:22, 3196:15, 3196:18, 3199:14, 3251:6, 3251:7, 3255:14, 3280:11
**events** [1] - 3299:18
**eventually** [1] - 3280:9
**everywhere** [1] - 3290:8
**evidence** [23] - 3180:2, 3185:12, 3187:1, 3188:9, 3188:20, 3198:4, 3206:5, 3213:19, 3215:12, 3220:9, 3221:19, 3223:20, 3235:2, 3239:1, 3258:24, 3261:8, 3269:4, 3273:24, 3274:15, 3291:12, 3297:12, 3300:24
**ex** [1] - 3303:12
**exact** [7] - 3191:9, 3201:23, 3206:23, 3209:13, 3236:19, 3250:13, 3254:25
**exactly** [9] - 3205:14, 3205:15, 3208:6, 3216:2, 3223:9, 3228:8, 3230:1, 3242:15, 3260:20

**examination** [6] - 3174:6, 3176:5, 3176:15, 3284:4, 3295:11, 3302:13
**EXAMINATION** [2] - 3177:22, 3281:1
**examine** [2] - 3302:18, 3302:21
**example** [1] - 3175:18
**except** [4] - 3217:2, 3268:9, 3282:8, 3283:1
**excuse** [2] - 3219:21, 3280:19
**exercise** [1] - 3190:21
**Exhibit** [63] - 3180:1, 3180:4, 3185:14, 3185:15, 3185:20, 3185:22, 3186:2, 3186:11, 3186:12, 3186:15, 3186:25, 3187:2, 3188:8, 3188:12, 3188:20, 3194:22, 3195:10, 3196:24, 3196:25, 3203:1, 3205:17, 3205:20, 3205:25, 3206:5, 3206:11, 3207:6, 3213:18, 3215:14, 3216:7, 3218:19, 3217:17, 3221:18, 3221:21, 3223:6, 3223:19, 3226:3, 3229:17, 3235:1, 3235:3, 3238:3, 3238:16, 3239:1, 3239:6, 3239:14, 3242:3, 3242:21, 3248:3, 3254:1, 3254:9, 3254:23, 3255:11, 3256:4, 3258:23, 3259:6, 3269:1, 3269:24, 3270:12, 3270:14, 3271:5, 3273:23, 3274:1, 3274:15, 3284:23
**exhibit** [2] - 3180:5, 3229:23
**Exhibits** [2] - 3185:10, 3215:9
**exit** [1] - 3230:8
**exits** [2] - 3252:21, 3291:5
**expect** [3] - 3173:9, 3173:12, 3173:15
**experience** [3] - 3283:14, 3289:14, 3295:23
**experienced** [2] -

3282:21, 3288:25
**experiences** [2] - 3284:24, 3295:14
**explain** [9] - 3185:15, 3187:14, 3202:18, 3210:25, 3220:11, 3221:22, 3240:7, 3248:5, 3254:12
**explaining** [3] - 3213:21, 3241:17, 3298:4
**explode** [1] - 3262:3
**exploded** [1] - 3245:2
**explosion** [2] - 3245:21, 3261:15
**explosions** [2] - 3200:20, 3271:8
**explosive** [1] - 3260:23
**explosives** [1] - 3279:1
**extra** [2] - 3175:25, 3257:14
**extraordinary** [1] - 3176:13
**extremely** [1] - 3175:19
**Eyed** [2] - 3241:1, 3241:5
**eyes** [3] - 3203:14, 3203:18, 3222:13

### F

**f'ing** [1] - 3204:15
**face** [5] - 3220:25, 3264:3, 3264:4, 3264:7, 3265:18
**facility** [10] - 3179:21, 3181:13, 3182:8, 3182:10, 3182:16, 3187:11, 3187:12, 3187:23, 3192:22, 3238:20
**facing** [3] - 3185:17, 3185:21, 3225:2
**fact** [5] - 3253:16, 3287:9, 3288:21, 3293:6, 3296:17
**facts** [1] - 3291:17
**fair** [9] - 3188:16, 3206:1, 3238:22, 3254:12, 3274:11, 3282:7, 3282:20, 3283:20, 3283:25
**fairly** [1] - 3250:19
**faith** [1] - 3288:13
**fall** [1] - 3234:24
**familiar** [6] - 3187:20, 3187:23, 3188:1,

3312

3195:16, 3216:14,
3221:18
**families'** [1] - 3253:15
**far** [2] - 3199:18,
3291:15
**FARAJ** [1] - 3169:6
**Faraj** [1] - 3172:4
**fast** [5] - 3212:3,
3228:17, 3237:16,
3241:12, 3279:9
**FBI** [1] - 3297:12
**Feb** [4] - 3207:25,
3214:19, 3216:23,
3224:19
**Feb's** [1] - 3211:4
**February** [8] -
3208:10, 3213:7,
3282:22, 3287:13,
3288:13, 3288:14,
3288:18, 3295:15
**FEDERAL** [1] -
3169:19
**feed** [1] - 3240:14
**feeding** [1] - 3236:8
**feet** [18] - 3182:21,
3183:17, 3183:18,
3210:3, 3213:9,
3214:5, 3222:6,
3222:23, 3223:4,
3227:2, 3231:6,
3231:25, 3235:15,
3265:22, 3269:19,
3270:19, 3279:10
**fell** [1] - 3290:9
**felt** [4] - 3174:18,
3238:1, 3248:6,
3271:15
**fetal** [1] - 3266:16
**few** [4] - 3224:20,
3228:13, 3267:12,
3299:18
**field** [3] - 3179:8,
3217:16, 3217:25
**fifth** [2] - 3277:19,
3277:22
**Fifth** [1] - 3198:16
**fight** [10] - 3234:17,
3235:4, 3236:16,
3248:13, 3250:21,
3251:18, 3256:11,
3257:4, 3298:15
**fights** [1] - 3251:8
**figure** [1] - 3203:18,
3225:15, 3267:22
**figured** [1] - 3232:25
**filled** [1] - 3251:16
**filling** [1] - 3275:20
**final** [3] - 3257:8,
3261:15, 3274:9
**finally** [4] - 3205:4,

3257:23, 3273:8,
3278:4
**fine** [5] - 3239:19,
3253:10, 3254:2,
3254:14, 3283:12
**fingernails** [1] -
3279:6
**finish** [4] - 3175:6,
3176:4, 3176:5,
3282:5
**finished** [1] - 3214:2
**fins** [1] - 3261:9
**fire** [37] - 3202:6,
3209:5, 3209:6,
3210:11, 3211:12,
3211:25, 3212:1,
3213:17, 3214:8,
3214:11, 3217:8,
3226:23, 3233:13,
3233:17, 3233:24,
3233:25, 3234:17,
3235:4, 3235:21,
3245:22, 3246:7,
3246:10, 3247:2,
3249:18, 3250:21,
3251:8, 3251:18,
3252:12, 3257:4,
3260:19, 3260:23,
3261:17, 3262:25,
3298:15
**fired** [3] - 3210:22,
3211:10, 3246:12
**fires** [1] - 3225:16
**firing** [17] - 3208:2,
3208:15, 3209:7,
3209:10, 3209:19,
3209:22, 3210:13,
3210:25, 3213:4,
3246:21, 3247:3,
3247:6, 3247:12,
3247:18, 3247:19,
3250:14, 3250:25
**first** [43] - 3172:18,
3172:21, 3179:18,
3180:21, 3184:11,
3186:7, 3215:3,
3219:4, 3219:25,
3222:7, 3223:12,
3223:25, 3229:25,
3235:25, 3244:24,
3245:13, 3245:19,
3247:14, 3249:21,
3249:24, 3250:9,
3250:10, 3250:13,
3250:14, 3250:22,
3255:15, 3256:10,
3263:3, 3263:11,
3264:20, 3267:10,
3278:12, 3281:19,
3287:10, 3287:13,

3288:12, 3288:18,
3288:22, 3292:10,
3292:11, 3296:11,
3296:17, 3297:4
**firsthand** [1] - 3289:20
**fit** [1] - 3278:17
**five** [14] - 3183:15,
3184:3, 3184:4,
3189:15, 3201:22,
3213:3, 3235:15,
3240:21, 3241:11,
3245:12, 3247:16,
3248:17, 3266:19,
3272:13
**five/ten** [1] - 3204:12
**flames** [9] - 3215:4,
3215:7, 3217:6,
3217:7, 3221:9,
3221:10, 3222:5,
3256:13, 3256:14
**flanked** [1] - 3226:13
**flashes** [6] - 3246:2,
3246:15, 3246:22,
3246:24, 3247:7,
3250:15
**flashlight** [1] - 3267:1
**flashlights** [1] -
3221:13
**flat** [3] - 3269:21,
3272:4, 3273:4
**flat-backed** [1] -
3269:21
**flatbed** [2] - 3272:15,
3278:9
**flies** [1] - 3189:9
**flip** [1] - 3214:14
**flipped** [1] - 3278:24
**floodlights** [1] -
3240:13
**flow** [1] - 3290:8
**flown** [2] - 3244:25,
3278:16
**fluid** [1] - 3226:24
**fly** [1] - 3283:7
**focus** [1] - 3260:3
**focused** [2] - 3246:5,
3262:10
**focusing** [1] - 3260:3
**follow** [4] - 3202:23,
3203:3, 3206:19,
3239:24
**Follow** [1] - 3224:14
**followed** [3] - 3213:5,
3214:10, 3219:8
**following** [6] -
3172:10, 3213:8,
3252:24, 3281:21,
3287:19, 3296:5
**foot** [3] - 3199:2,
3263:23, 3269:19

**footage** [4] - 3296:13,
3298:13, 3298:14,
3298:22
**FOR** [2] - 3169:1,
3169:19
**Force** [5] - 3183:9,
3183:10, 3211:5,
3211:8, 3255:17
**foregoing** [1] - 3304:4
**forehead** [2] - 3264:5,
3264:6
**forever** [2] - 3271:15,
3296:18
**forget** [1] - 3181:7
**forgot** [1] - 3194:6
**form** [1] - 3194:2
**format** [1] - 3174:15
**former** [1] - 3281:5
**forming** [1] - 3225:7
**forth** [2] - 3210:13,
3251:10
**forward** [7] - 3175:6,
3205:1, 3213:14,
3215:8, 3218:13,
3221:4, 3251:21
**foundation** [2] -
3191:20, 3253:21
**four** [9] - 3182:14,
3207:15, 3209:17,
3265:23, 3268:17,
3296:24, 3296:25,
3297:17, 3299:5
**four-hour** [2] -
3297:17, 3299:5
**four-way** [1] - 3207:15
**fourth** [2] - 3212:3,
3277:10
**Fourth** [5] - 3169:15,
3196:4, 3207:14,
3233:15, 3237:17,
3273:16
**frame** [2] - 3217:2,
3217:3
**freaked** [1] - 3211:23
**freaking** [1] - 3267:7
**free** [3] - 3175:24,
3177:18, 3290:8
**free-flow** [1] - 3290:8
**freeze** [1] - 3190:25
**fresh** [1] - 3190:24
**Friday** [1] - 3175:8
**friendlies** [1] -
3212:21
**friendly** [4] - 3208:8,
3214:19, 3271:19
**frog** [1] - 3204:18
**front** [34] - 3181:23,
3196:9, 3202:21,
3203:8, 3205:6,
3211:22, 3214:7,

3215:6, 3217:5,
3217:14, 3218:11,
3219:8, 3219:9,
3219:10, 3219:12,
3220:10, 3224:8,
3224:10, 3225:3,
3227:9, 3231:6,
3234:2, 3241:15,
3242:23, 3249:18,
3265:19, 3268:14,
3273:2, 3273:3,
3275:18, 3276:9,
3276:10, 3276:15,
3294:15
**frustrating** [1] -
3283:6
**fucking** [1] - 3204:24
**full** [2] - 3226:21,
3304:5
**functioned** [1] -
3230:13
**Funduq** [1] - 3290:5
**furniture** [1] - 3222:24

# G

**Gaddafi** [4] - 3290:9,
3292:6, 3293:13,
3293:14
**gain** [1] - 3289:4
**gained** [1] - 3283:14
**gallery** [1] - 3252:25
**game** [5] - 3177:12,
3282:7, 3282:20,
3283:20, 3283:25
**gap** [1] - 3174:3
**gas** [1] - 3225:15
**Gate** [1] - 3233:20
**gate** [48] - 3183:19,
3184:10, 3184:13,
3196:4, 3196:10,
3197:22, 3205:6,
3205:10, 3205:11,
3209:4, 3210:1,
3210:3, 3210:4,
3210:6, 3214:6,
3214:7, 3215:1,
3216:9, 3216:18,
3216:19, 3216:21,
3217:14, 3218:11,
3219:8, 3219:9,
3223:14, 3223:22,
3224:2, 3224:6,
3225:4, 3225:23,
3225:25, 3226:9,
3233:1, 3233:14,
3233:21, 3233:22,
3234:11, 3234:22,
3235:8, 3235:13,
3235:14, 3235:15,
3276:9, 3276:15,

3298:16
**gate's** [1] - 3276:10
**gates** [1] - 3242:25
**gather** [1] - 3279:20
**gathering** [3] -
3230:18, 3230:22,
3242:24
**gear** [2] - 3230:25,
3232:13
**Geist** [11] - 3173:20,
3175:13, 3176:5,
3176:9, 3244:1,
3245:23, 3257:18,
3257:19, 3270:24,
3271:4, 3285:2
**gen** [1] - 3284:14
**general** [3] - 3200:25,
3201:13, 3216:14
**generally** [8] -
3178:22, 3178:23,
3180:16, 3180:19,
3190:11, 3207:3,
3260:22, 3279:4
**gentlemen** [2] -
3178:2, 3290:25
**Ghada** [1] - 3170:6
**given** [3] - 3300:7,
3301:8, 3302:25
**glance** [1] - 3221:2
**glass** [1] - 3183:1
**glasses** [1] - 3222:11
**Glen** [8] - 3258:13,
3258:20, 3259:1,
3267:14, 3268:4,
3270:4, 3270:9,
3280:3
**Global** [1] - 3178:17
**glow** [1] - 3256:14
**goggles** [5] - 3214:14,
3243:10, 3243:11,
3244:23, 3247:4
**government** [19] -
3172:15, 3172:25,
3174:13, 3174:17,
3176:6, 3177:17,
3188:19, 3192:22,
3193:1, 3206:4,
3238:25, 3253:17,
3254:10, 3282:24,
3292:2, 3293:23,
3302:9, 3302:24,
3303:5
**Government's** [63] -
3179:25, 3180:4,
3185:10, 3185:14,
3185:15, 3185:20,
3185:22, 3186:2,
3186:11, 3186:15,
3186:25, 3187:2,
3188:8, 3188:12,

3194:22, 3195:10,
3196:24, 3196:25,
3202:25, 3205:16,
3205:20, 3205:25,
3206:5, 3206:11,
3207:6, 3213:18,
3215:9, 3215:14,
3215:16, 3216:7,
3218:19, 3221:17,
3221:18, 3221:21,
3223:6, 3223:19,
3226:2, 3229:17,
3235:1, 3235:3,
3238:3, 3238:16,
3239:1, 3239:6,
3239:13, 3242:21,
3248:3, 3253:25,
3254:9, 3254:22,
3255:11, 3256:4,
3258:23, 3259:6,
3269:1, 3269:23,
3270:11, 3270:14,
3271:5, 3273:23,
3274:1, 3274:15
**government's** [3] -
3174:9, 3296:9,
3296:13
**grabbed** [4] - 3210:19,
3263:12, 3268:3,
3268:17
**great** [1] - 3254:6
**grenade** [6] - 3201:10,
3208:17, 3210:19,
3211:24, 3212:2,
3212:8
**grenades** [1] -
3289:23
**ground** [7] - 3212:14,
3214:9, 3217:1,
3219:20, 3244:17,
3271:13, 3291:17
**grounds** [5] - 3193:15,
3212:15, 3214:1,
3234:13, 3234:15
**group** [6] - 3208:9,
3208:23, 3209:2,
3211:7, 3211:10,
3241:18
**groups** [1] - 3210:25
**GRS** [39] - 3178:17,
3178:20, 3178:23,
3181:25, 3182:7,
3186:22, 3187:4,
3187:7, 3200:4,
3200:9, 3200:11,
3200:15, 3201:17,
3202:22, 3204:10,
3212:12, 3212:16,
3214:4, 3214:6,
3221:25, 3225:22,

3227:4, 3235:25,
3236:3, 3236:22,
3243:13, 3244:2,
3244:4, 3244:9,
3244:14, 3258:13,
3259:2, 3266:7,
3267:11, 3268:20,
3272:2, 3277:13,
3288:25
**guard** [2] - 3210:23,
3276:8
**Guard** [2] - 3183:9,
3183:10
**guards** [1] - 3240:18
**guess** [13] - 3172:12,
3173:18, 3195:13,
3196:15, 3204:18,
3215:21, 3216:12,
3222:8, 3243:14,
3255:23, 3297:4,
3299:14, 3300:1
**guide** [2] - 3221:22,
3258:2
**gun** [16] - 3208:4,
3208:18, 3210:18,
3212:9, 3214:12,
3218:12, 3226:5,
3229:8, 3246:2,
3246:15, 3247:7,
3260:2, 3260:15,
3261:18, 3271:20,
3290:4
**gunfight** [2] - 3248:18,
3256:16
**Gunfight** [5] - 3194:6,
3194:7, 3194:19,
3195:2, 3237:24
**Gunfighter** [4] -
3194:23, 3195:9,
3197:8, 3207:12
**gunfire** [10] - 3200:19,
3200:23, 3201:1,
3201:3, 3204:2,
3232:14, 3233:8,
3233:11, 3256:19,
3262:7
**gunfiring** [1] - 3256:17
**guns** [12] - 3208:7,
3210:11, 3221:12,
3222:16, 3222:17,
3224:20, 3224:21,
3227:14, 3245:22,
3289:24, 3290:1,
3290:8
**guy** [20] - 3192:15,
3200:11, 3208:16,
3210:21, 3213:11,
3214:15, 3214:17,
3214:21, 3216:2,
3217:16, 3234:21,

3240:25, 3241:2,
3258:20, 3263:5,
3265:10, 3265:11,
3265:12, 3265:19,
3267:22
**guys** [72] - 3180:23,
3182:7, 3190:9,
3193:3, 3193:24,
3202:2, 3204:13,
3204:14, 3208:2,
3208:20, 3210:8,
3210:17, 3211:25,
3212:5, 3212:12,
3212:19, 3213:16,
3214:10, 3214:23,
3218:16, 3219:13,
3220:18, 3220:23,
3221:25, 3225:1,
3225:3, 3225:4,
3225:14, 3226:16,
3226:20, 3227:10,
3228:2, 3230:22,
3233:13, 3234:4,
3236:6, 3237:8,
3240:16, 3241:21,
3245:4, 3246:6,
3247:14, 3247:21,
3249:20, 3250:10,
3250:11, 3250:12,
3250:17, 3251:1,
3251:2, 3251:11,
3251:14, 3256:22,
3257:12, 3258:2,
3258:13, 3261:17,
3262:13, 3262:14,
3262:18, 3264:24,
3267:19, 3267:25,
3268:19, 3268:20,
3271:17, 3271:23,
3271:24, 3278:23,
3279:3
**gym** [4] - 3180:24,
3186:5, 3186:20,
3245:1

---

## H

**habit** [2] - 3194:17,
3198:20
**hacking** [1] - 3225:12
**halfway** [1] - 3237:17
**hall** [2] - 3180:22,
3227:6
**halo** [1] - 3258:6
**halo'ing** [1] - 3258:6
**hand** [9] - 3221:8,
3223:11, 3232:4,
3232:5, 3248:7,
3255:1, 3263:3,
3266:4, 3274:24
**handed** [1] - 3247:9

**handle** [1] - 3231:11
**hands** [3] - 3214:18,
3216:3, 3252:14
**hard** [4] - 3223:2,
3227:20, 3231:18,
3265:9
**hauling** [1] - 3241:12
**head** [6] - 3190:24,
3214:24, 3245:6,
3245:7, 3249:5,
3280:10
**headed** [3] - 3194:4,
3197:11, 3211:17
**hear** [24] - 3200:19,
3202:1, 3202:3,
3202:11, 3202:12,
3203:20, 3203:25,
3204:2, 3217:11,
3224:11, 3232:14,
3237:14, 3241:19,
3245:3, 3256:11,
3256:16, 3256:18,
3259:19, 3260:1,
3260:2, 3261:21,
3266:23, 3291:15,
3295:3
**heard** [14] - 3175:2,
3200:23, 3201:4,
3201:12, 3202:14,
3204:16, 3218:4,
3232:11, 3245:19,
3255:22, 3260:13,
3261:4, 3261:14,
3289:20
**hearing** [10] - 3172:11,
3243:12, 3246:14,
3246:15, 3252:25,
3261:10, 3281:22,
3287:20, 3291:16,
3296:6
**hearsay** [10] -
3290:22, 3291:18,
3291:24, 3293:17,
3293:20, 3294:24,
3295:3, 3295:7,
3295:12
**heart** [3] - 3178:5,
3293:7, 3302:17
**heart's** [1] - 3223:3
**heat** [5] - 3222:7,
3230:6, 3231:9,
3231:10, 3231:13
**heating** [1] - 3179:2
**heavier** [1] - 3208:20
**heavier-set** [1] -
3208:20
**heavily** [1] - 3217:8
**heavy** [3] - 3208:4,
3224:5, 3289:23
**HELD** [1] - 3169:10

**held** [6] - 3172:10, 3217:14, 3252:24, 3281:21, 3287:19, 3296:5
**help** [4] - 3225:17, 3263:6, 3264:23, 3266:6
**helpful** [1] - 3202:25
**helps** [2] - 3180:17, 3225:19
**herd** [2] - 3251:11, 3251:14
**hereby** [1] - 3304:3
**hiding** [3] - 3213:16, 3217:25, 3226:12
**high** [4] - 3182:21, 3212:14, 3260:23, 3264:17
**higher** [3] - 3224:3, 3244:17
**highest** [1] - 3264:16
**Hill** [1] - 3288:5
**himself** [1] - 3234:2
**his..** [1] - 3279:11
**historically** [1] - 3292:6
**history** [4] - 3178:24, 3281:24, 3281:25
**hit** [12] - 3198:16, 3199:25, 3214:9, 3232:11, 3247:10, 3248:7, 3251:23, 3260:25, 3261:15, 3261:22, 3262:6
**Hold** [1] - 3202:9
**hold** [3] - 3222:24, 3223:2
**holding** [2] - 3243:3, 3265:22
**hole** [3] - 3248:13, 3271:9, 3273:13
**holes** [1] - 3273:4
**honestly** [2] - 3238:2, 3276:3
**honked** [1] - 3234:5
**Honor** [26] - 3172:2, 3172:7, 3172:12, 3173:1, 3173:4, 3176:22, 3177:16, 3188:19, 3188:21, 3191:19, 3199:13, 3206:4, 3233:19, 3237:3, 3238:25, 3241:24, 3252:16, 3253:13, 3254:8, 3254:20, 3259:9, 3274:14, 3281:20, 3282:19, 3288:11, 3290:24
**HONORABLE** [1] -

3169:10
**hood** [2] - 3203:7, 3227:25
**hope** [1] - 3271:19
**hoping** [1] - 3176:17
**horn** [1] - 3234:5
**horseshoe** [1] - 3217:10
**hostility** [1] - 3208:24
**hotel** [1] - 3192:1
**hotels** [1] - 3191:11
**hour** [5] - 3207:10, 3245:17, 3250:1, 3297:17, 3299:5
**hours** [4] - 3238:2, 3285:24, 3296:24, 3296:25
**Hours** [5] - 3284:18, 3285:24, 3286:3, 3286:25, 3287:1
**House** [1] - 3294:15
**house** [1] - 3213:13
**housing** [1] - 3183:7
**hugged** [1] - 3223:12
**hunched** [2] - 3247:22, 3251:2
**hundred** [1] - 3251:17
**hundreds** [1] - 3294:17
**HVAC** [1] - 3179:2

**I**

**idea** [16] - 3189:24, 3194:3, 3201:24, 3205:15, 3213:2, 3214:19, 3214:24, 3219:20, 3220:24, 3226:6, 3232:14, 3238:2, 3240:24, 3267:13, 3290:6, 3293:5
**ideal** [1] - 3176:15
**identification** [1] - 3284:23
**identified** [6] - 3270:8, 3271:2, 3279:2, 3296:17, 3296:19, 3298:12
**ifs** [1] - 3240:10
**II** [1] - 3290:1
**illuminated** [1] - 3222:18
**immediate** [1] - 3252:5
**immediately** [31] - 3192:19, 3201:16, 3212:7, 3214:9, 3214:11, 3215:1, 3224:13, 3224:16, 3225:24, 3227:20,

3227:23, 3229:14, 3232:12, 3233:6, 3245:8, 3248:13, 3249:18, 3261:17, 3262:1, 3262:8, 3262:21, 3263:2, 3265:19, 3266:15, 3266:18, 3266:21, 3267:4, 3267:9, 3268:17, 3273:12, 3298:3
**impact** [2] - 3245:7
**impeachment** [1] - 3176:25
**important** [1] - 3202:12
**impossible** [1] - 3293:23
**improper** [1] - 3293:17
**IN** [4] - 3169:1, 3177:8, 3177:10, 3237:10
**inches** [2] - 3222:18, 3265:23
**incident** [1] - 3293:10
**included** [1] - 3245:22
**including** [2] - 3289:22, 3290:15
**inconsistency** [1] - 3291:16
**inconsistent** [1] - 3291:13
**incorporate** [1] - 3302:12
**incriminating** [1] - 3175:11
**Indiana** [1] - 3169:19
**indicated** [22] - 3173:22, 3178:14, 3181:22, 3190:18, 3198:7, 3202:15, 3206:23, 3216:11, 3228:18, 3233:9, 3233:23, 3237:13, 3242:4, 3242:19, 3244:12, 3244:20, 3252:6, 3255:9, 3256:2, 3257:9, 3287:12, 3298:1
**indicating** [2] - 3290:8, 3290:19
**indirect** [1] - 3260:23
**individual** [10] - 3190:17, 3192:3, 3219:19, 3219:22, 3263:3, 3265:16, 3266:16, 3267:10, 3270:23, 3277:14
**individuals** [3] - 3208:5, 3208:14, 3208:18, 3209:3,

3209:8, 3209:10, 3209:19, 3244:13, 3247:12, 3251:19, 3255:12, 3270:2, 3285:8
**indulgence** [1] - 3280:14
**ineffective** [1] - 3222:20
**infantry** [2] - 3179:1, 3260:18
**info** [2] - 3236:7, 3236:8
**information** [9] - 3174:18, 3181:8, 3228:4, 3289:4, 3293:19, 3294:24, 3295:21, 3295:24, 3303:11
**informed** [10] - 3189:20, 3192:20, 3199:20, 3200:18, 3201:16, 3212:17, 3213:25, 3219:15, 3255:16, 3267:8
**informing** [1] - 3202:2
**infrared** [1] - 3240:20
**initial** [2] - 3298:6, 3298:11
**initiative** [1] - 3203:9
**injured** [6] - 3187:8, 3190:1, 3190:24, 3270:24, 3277:15, 3278:14
**inner** [1] - 3221:14
**Inside** [1] - 3286:3
**inside** [18] - 3200:5, 3200:6, 3203:24, 3209:23, 3212:14, 3222:20, 3223:18, 3224:11, 3225:15, 3227:1, 3228:3, 3234:4, 3235:12, 3238:9, 3241:9, 3258:9, 3262:15, 3267:5
**instantly** [1] - 3222:9
**instead** [2] - 3183:2, 3185:7
**instructed** [2] - 3174:10, 3282:25
**Intelligence** [1] - 3178:13
**intelligence** [3] - 3282:17, 3283:11, 3289:4
**intend** [2] - 3299:16, 3301:18
**intended** [1] - 3296:19
**intense** [1] - 3222:14

**intention** [1] - 3174:17
**intentionally** [1] - 3293:6
**interested** [1] - 3299:15
**interpretation** [1] - 3174:9
**Interpreters** [1] - 3170:6
**intersection** [1] - 3207:16
**interviews** [2] - 3287:3, 3294:17
**introduce** [1] - 3178:1
**introduced** [2] - 3175:23, 3258:24
**involved** [3] - 3192:17, 3303:6
**IR** [1] - 3240:19
**Iraq** [1] - 3281:16
**IRs** [1] - 3240:15
**issue** [6] - 3172:15, 3241:25, 3292:15, 3294:6, 3296:2, 3300:1

**J**

**Jack** [5] - 3204:9, 3262:19, 3273:11, 3285:6, 3285:11
**jack** [1] - 3220:5
**JEFFREY** [1] - 3170:2
**jeffrey.robinson@lbkmlaw.com** [1] - 3170:5
**Jencks** [2] - 3301:19, 3301:21
**jersey** [2] - 3213:15, 3214:12
**job** [3] - 3192:15, 3289:3, 3289:5
**John** [2] - 3178:3, 3284:13
**JOHN** [1] - 3169:13
**John.D.Crabb@usdoj.gov** [1] - 3169:17
**joined** [1] - 3178:25
**joint** [1] - 3190:21
**JONATHAN** [2] - 3171:3, 3177:21
**Jonathan** [1] - 3177:17
**JR** [1] - 3169:13
**JUDGE** [1] - 3169:10
**Judiciary** [1] - 3169:15
**July** [1] - 3179:4
**jump** [3] - 3178:5, 3217:18, 3225:23

**jumped** [8] - 3211:21, 3232:12, 3240:2, 3249:19, 3262:1, 3262:5, 3263:2, 3269:14
**jumping** [2] - 3212:13, 3214:2
**Juror** [1] - 3177:11
**JUROR** [3] - 3177:13, 3202:10, 3242:1
**jurors** [1] - 3241:25
**jury** [33] - 3172:11, 3174:25, 3177:6, 3178:2, 3180:3, 3186:12, 3188:24, 3202:12, 3202:14, 3206:9, 3206:17, 3209:18, 3213:22, 3215:22, 3220:8, 3220:9, 3223:21, 3226:2, 3239:5, 3240:7, 3242:3, 3252:21, 3253:10, 3254:18, 3260:22, 3270:1, 3274:19, 3275:13, 3281:22, 3287:20, 3291:5, 3296:6, 3299:16
**JURY** [4] - 3169:9, 3177:8, 3177:10, 3237:10

**K**

**Kamel** [1] - 3170:7
**KAUFMANN** [1] - 3170:3
**keep** [9] - 3181:8, 3190:24, 3191:15, 3231:20, 3237:11, 3251:21, 3263:13, 3265:5, 3302:7
**kept** [7] - 3204:9, 3215:8, 3217:9, 3224:15, 3226:9, 3249:6, 3289:8
**key** [1] - 3261:13
**keynote** [1] - 3287:9
**KHATALLAH** [1] - 3169:6
**Khatallah** [5] - 3172:4, 3175:12, 3294:2, 3302:9
**kicked** [1] - 3263:23
**kidnappings** [1] - 3193:1
**kill** [1] - 3261:1
**kind** [86] - 3180:8, 3183:16, 3183:18, 3184:16, 3189:23,

3191:10, 3191:15, 3192:9, 3192:11, 3192:23, 3192:24, 3194:22, 3196:4, 3197:21, 3199:21, 3200:11, 3204:5, 3204:6, 3204:18, 3205:8, 3210:22, 3211:23, 3213:12, 3213:24, 3214:18, 3214:21, 3215:18, 3217:4, 3217:10, 3217:17, 3218:2, 3224:24, 3225:2, 3225:4, 3226:12, 3228:17, 3231:11, 3241:8, 3241:9, 3242:17, 3245:5, 3245:10, 3247:6, 3248:7, 3251:8, 3251:10, 3252:2, 3252:8, 3256:6, 3256:7, 3258:1, 3258:6, 3259:23, 3261:24, 3263:9, 3263:23, 3263:24, 3265:4, 3265:5, 3265:17, 3265:21, 3265:24, 3266:15, 3268:22, 3269:19, 3269:20, 3269:21, 3270:12, 3271:18, 3273:11, 3273:13, 3273:15, 3275:19, 3276:6, 3276:7, 3276:8, 3279:6, 3279:15, 3283:23, 3283:24, 3297:25
**kinds** [1] - 3263:16
**kit** [1] - 3263:16
**kitchen** [1] - 3276:8
**knee** [1] - 3263:23
**kneeled** [1] - 3268:3
**knees** [1] - 3231:25
**knelt** [1] - 3268:5
**knowledge** [7] - 3191:20, 3191:22, 3261:3, 3261:4, 3261:7, 3289:20, 3293:19
**known** [3] - 3178:3, 3187:3, 3258:13
**knows** [1] - 3176:20
**Kris** [1] - 3285:4
**Kuwait** [1] - 3281:9

**L**

**labeled** [1] - 3287:23
**ladder** [6] - 3232:16, 3263:2, 3266:13,

3269:6, 3269:13, 3269:20
**ladder's** [1] - 3262:21
**ladies** [2] - 3178:1, 3290:25
**laid** [3] - 3219:18, 3226:4, 3268:1
**Land** [6] - 3180:7, 3186:7, 3242:25, 3243:2, 3251:7, 3255:13
**landed** [5] - 3245:1, 3255:17, 3279:15, 3280:7, 3280:8
**landmark** [1] - 3195:6
**language** [1] - 3280:24
**large** [1] - 3273:19
**laser** [8] - 3251:20, 3251:23, 3252:1, 3252:2, 3252:3, 3252:11, 3258:5
**lasered** [1] - 3256:23
**last** [14] - 3174:13, 3178:2, 3217:19, 3223:8, 3223:10, 3229:9, 3234:12, 3236:3, 3247:15, 3248:22, 3250:21, 3254:5, 3257:7, 3273:9
**lasted** [1] - 3245:11
**latched** [1] - 3216:20
**late** [2] - 3173:16, 3203:16
**launch** [1] - 3261:14
**launched** [1] - 3233:8
**launcher** [5] - 3208:17, 3210:19, 3211:24, 3212:2, 3212:8
**launches** [1] - 3289:23
**launching** [1] - 3234:21
**laundry** [1] - 3276:6
**laying** [8] - 3200:11, 3219:19, 3220:4, 3263:9, 3265:17, 3266:16, 3277:12
**layout** [2] - 3180:20, 3216:14
**lead** [4] - 3203:3, 3205:6, 3206:18, 3242:25
**leader** [31] - 3179:1, 3181:2, 3187:5, 3187:6, 3195:24, 3199:7, 3199:20, 3200:3, 3200:14, 3203:7, 3204:5, 3205:2, 3205:23,

3212:11, 3228:14, 3228:25, 3229:4, 3230:18, 3230:21, 3233:2, 3236:4, 3241:14, 3242:23, 3248:18, 3248:23, 3249:13, 3255:15, 3260:18, 3262:15, 3266:10, 3279:18
**leading** [1] - 3269:6
**leaned** [1] - 3218:13
**leaning** [1] - 3265:20
**learn** [2] - 3219:21
**learned** [1] - 3255:20
**least** [5] - 3173:9, 3190:23, 3233:4, 3257:16, 3292:14
**leave** [9] - 3196:17, 3234:6, 3234:8, 3236:13, 3237:8, 3257:11, 3257:13, 3257:15
**leaving** [5] - 3193:10, 3199:6, 3205:3, 3234:16, 3274:9
**led** [2] - 3226:1, 3290:2
**leeway** [1] - 3295:11
**left** [39] - 3179:2, 3184:10, 3184:24, 3194:3, 3195:10, 3199:9, 3200:1, 3203:22, 3205:14, 3205:15, 3206:19, 3207:4, 3207:8, 3209:13, 3221:8, 3238:19, 3239:15, 3242:12, 3242:16, 3245:9, 3247:7, 3247:10, 3248:7, 3257:22, 3263:3, 3263:19, 3263:22, 3265:23, 3268:1, 3271:3, 3271:15, 3273:10, 3273:15, 3275:6, 3275:10, 3276:16, 3278:20, 3290:9, 3298:17
**left-hand** [3] - 3221:8, 3248:7, 3263:3
**leg** [3] - 3263:22, 3264:1, 3264:21
**less** [4] - 3271:2, 3275:11, 3276:16, 3295:23
**LEWIS** [1] - 3170:3
**Libya** [4] - 3179:10, 3179:14, 3179:15, 3283:13
**Libyan** [3] - 3257:24,

3279:15, 3279:22
**light** [3] - 3202:6, 3218:14, 3246:16
**lighting** [1] - 3228:21
**lights** [3] - 3240:18, 3240:19, 3240:20
**like..** [1] - 3252:2
**likely** [1] - 3247:10
**limited** [1] - 3293:6
**line** [5] - 3195:9, 3209:22, 3218:10, 3218:23, 3291:10
**linguist** [3] - 3205:24, 3230:21, 3279:19
**linked** [1] - 3219:12
**LISA** [1] - 3304:3
**Lisa** [3] - 3170:8
**listen** [2] - 3266:22, 3267:17
**listen-feel** [1] - 3267:17
**lit** [2] - 3197:22, 3252:3
**literally** [1] - 3231:23
**litted** [1] - 3218:14
**live** [1] - 3274:6
**living** [7] - 3181:24, 3221:6, 3223:5, 3223:17, 3230:7, 3248:19, 3257:5
**loaded** [3] - 3211:24, 3212:3, 3271:25
**lobbed** [1] - 3212:2
**local** [9] - 3183:9, 3183:10, 3193:25, 3207:24, 3212:23, 3214:17, 3240:18, 3240:22, 3242:9
**locals** [1] - 3194:2
**locate** [1] - 3219:16
**located** [1] - 3257:23
**location** [20] - 3181:12, 3184:4, 3184:11, 3185:3, 3185:24, 3189:2, 3189:3, 3193:23, 3194:8, 3194:11, 3196:16, 3198:19, 3215:21, 3233:16, 3258:3, 3258:14, 3270:8, 3271:2, 3289:6
**locations** [1] - 3188:17
**look** [19] - 3186:25, 3188:10, 3198:24, 3205:18, 3206:24, 3212:14, 3229:17, 3232:3, 3232:8, 3239:6, 3266:22, 3267:16, 3270:14,

3271:5, 3293:6, 3297:3, 3297:10, 3300:7, 3302:6
**look-listen-feel** [1] - 3266:22
**looked** [19] - 3194:18, 3195:25, 3197:13, 3198:21, 3202:8, 3203:6, 3203:7, 3214:21, 3219:18, 3220:17, 3221:24, 3232:23, 3241:5, 3249:3, 3256:12, 3261:23, 3262:23, 3272:3, 3297:23
**looking** [23] - 3180:4, 3181:19, 3186:14, 3194:22, 3196:6, 3196:24, 3197:3, 3197:15, 3202:25, 3218:19, 3224:25, 3228:19, 3228:20, 3235:3, 3239:6, 3249:10, 3256:4, 3256:10, 3262:23, 3266:24, 3273:12, 3274:24, 3297:2
**looks** [4] - 3203:11, 3204:5, 3275:23, 3277:10
**loose** [2] - 3226:21, 3234:22
**losing** [2] - 3203:9, 3204:19
**lost** [1] - 3224:11
**loud** [4] - 3202:10, 3223:16, 3245:21, 3249:17
**low** [1] - 3223:13
**lower** [3] - 3206:24, 3224:2, 3255:1
**luckily** [2] - 3222:10, 3265:11
**lucky** [1] - 3265:11
**Lunch** [1] - 3303:16
**lunch** [4] - 3176:9, 3180:22, 3283:10, 3291:1

## M

**ma'am** [4] - 3281:6, 3281:8, 3281:10, 3281:12
**machine** [10] - 3210:11, 3210:18, 3212:9, 3214:12, 3218:12, 3226:5, 3227:14, 3229:7, 3261:18, 3289:24
**mag** [1] - 3226:21

**main** [26] - 3180:15, 3183:19, 3191:11, 3196:4, 3197:22, 3209:4, 3210:1, 3210:3, 3210:4, 3210:6, 3215:1, 3215:2, 3215:3, 3215:15, 3216:18, 3216:19, 3219:10, 3219:14, 3221:5, 3221:6, 3221:15, 3230:6, 3231:9, 3264:16, 3271:16, 3273:8
**major** [1] - 3264:22
**majority** [1] - 3275:23
**man** [1] - 3264:19
**maneuver** [1] - 3268:24
**MANNING** [1] - 3169:18
**Marine** [2] - 3178:25, 3281:5
**Marines** [1] - 3282:14
**Mark** [7] - 3244:1, 3245:23, 3257:18, 3257:19, 3270:24, 3271:4, 3285:2
**mark** [2] - 3183:25, 3284:22
**marked** [4] - 3189:5, 3195:12, 3196:8, 3219:1
**markers** [1] - 3187:15
**market** [1] - 3290:4
**markets** [3] - 3289:22, 3289:25, 3290:1
**Martyr** [1] - 3211:4
**MARY** [1] - 3169:18
**mary_petras@fd.org** [1] - 3169:21
**masks** [1] - 3225:16
**material** [4] - 3174:14, 3296:9, 3301:19
**materials** [4] - 3175:23, 3282:12, 3302:13, 3303:1
**matter** [6] - 3178:6, 3293:7, 3295:7, 3295:17, 3299:15, 3299:17
**matters** [2] - 3292:9, 3295:17
**meals** [2] - 3182:15
**mean** [30] - 3173:18, 3176:11, 3178:12, 3179:7, 3181:21, 3196:21, 3201:5, 3220:24, 3222:10, 3222:13, 3223:23,

3225:11, 3229:11, 3231:18, 3231:19, 3236:13, 3237:6, 3240:8, 3246:13, 3247:25, 3248:11, 3250:13, 3252:1, 3263:17, 3272:6, 3290:22, 3291:11, 3291:14, 3293:18, 3299:8
**meantime** [1] - 3261:21
**mechanical** [1] - 3169:24
**media** [1] - 3254:4
**medic** [2] - 3187:8, 3195:24
**medical** [7] - 3182:4, 3189:25, 3190:17, 3190:18, 3263:15, 3264:14, 3268:10
**meds** [1] - 3257:12
**meet** [2] - 3192:6, 3255:23
**meeting** [8] - 3191:10, 3192:4, 3193:4, 3193:8, 3193:23, 3196:16, 3198:8, 3260:9
**meetings** [1] - 3192:23
**melted** [2] - 3217:1, 3222:13
**member** [6] - 3178:19, 3187:4, 3211:7, 3211:10, 3244:2, 3259:2
**members** [4] - 3207:8, 3209:20, 3236:17, 3244:4
**men** [4] - 3213:4, 3224:20, 3227:4, 3236:14
**mentioned** [5] - 3176:23, 3182:23, 3195:18, 3195:22, 3201:9
**merchants** [1] - 3290:19
**met** [1] - 3248:23
**meters** [1] - 3261:2
**MICHAEL** [1] - 3169:13
**MICHELLE** [1] - 3169:18
**middle** [1] - 3265:17
**MIDDLEMISS** [1] - 3170:3
**midway** [1] - 3184:13
**mile** [1] - 3189:9
**miles** [1] - 3189:10

**military** [2] - 3260:17, 3283:15
**militia** [20] - 3207:24, 3209:20, 3210:7, 3213:4, 3214:10, 3214:15, 3224:20, 3226:16, 3227:4, 3236:14, 3255:23, 3257:23, 3258:9, 3273:8, 3273:17, 3273:19, 3274:10, 3274:22, 3275:14, 3278:19
**militia's** [1] - 3271:16
**milling** [1] - 3212:5
**mind** [2] - 3218:7, 3271:18
**mine** [2] - 3214:22, 3268:10
**minimal** [1] - 3191:17
**minute** [2] - 3217:15, 3230:14
**minutes** [31] - 3189:15, 3200:2, 3201:22, 3204:12, 3205:13, 3209:17, 3218:4, 3225:13, 3228:13, 3236:2, 3236:24, 3237:22, 3240:21, 3241:11, 3242:11, 3245:12, 3247:16, 3248:17, 3257:3, 3278:21, 3296:11, 3296:14, 3296:23, 3296:24, 3296:25, 3298:19, 3299:16, 3299:17, 3299:18
**mission** [1] - 3260:8
**Mission** [18] - 3172:17, 3172:19, 3187:20, 3189:8, 3189:12, 3191:3, 3198:12, 3201:13, 3210:2, 3213:20, 3215:20, 3234:12, 3246:21, 3256:5, 3256:8, 3260:8, 3285:25, 3300:9
**Mission/Consulate** [1] - 3193:14
**Mohammed** [2] - 3241:1, 3241:5
**moment** [2] - 3226:25, 3283:10
**Monday** [3] - 3175:8, 3302:19, 3302:22
**month** [1] - 3190:23
**Moreira** [2] - 3170:8, 3304:10

**MOREIRA** [1] - 3304:3
**MORNING** [1] - 3169:8
**morning** [20] - 3172:5, 3173:13, 3173:16, 3176:21, 3176:22, 3177:7, 3177:8, 3177:16, 3177:24, 3177:25, 3192:18, 3194:13, 3194:15, 3199:7, 3252:19, 3255:21, 3260:5, 3272:18, 3272:24, 3296:3
**mortar** [11] - 3260:14, 3260:19, 3260:22, 3260:25, 3261:5, 3261:14, 3261:22, 3262:6, 3299:14, 3299:17, 3299:18
**mortar's** [1] - 3261:24
**mortars** [6] - 3261:8, 3262:2, 3289:23, 3290:15, 3293:25
**Mortars** [1] - 3261:12
**most** [8] - 3194:20, 3222:23, 3245:12, 3247:10, 3282:21, 3288:25, 3293:22, 3295:19
**motion** [1] - 3294:1
**Mountain** [3] - 3217:16, 3217:21, 3217:22
**mouth** [1] - 3266:23
**move** [9] - 3188:20, 3199:8, 3214:1, 3224:13, 3234:5, 3239:18, 3244:21, 3267:25, 3269:11
**moved** [33] - 3187:1, 3188:22, 3206:7, 3212:17, 3213:14, 3213:24, 3214:11, 3214:15, 3215:18, 3215:25, 3217:19, 3219:11, 3222:2, 3222:6, 3223:1, 3223:2, 3223:12, 3225:24, 3226:10, 3226:13, 3226:14, 3226:16, 3226:25, 3227:9, 3228:4, 3229:3, 3230:19, 3234:19, 3235:2, 3239:3, 3258:1, 3266:21, 3274:17
**movement** [6] - 3192:18, 3192:20, 3193:18, 3262:20, 3266:25, 3301:4

**movements** [2] - 3192:17, 3193:9
**movie** [2] - 3286:21, 3287:1
**moving** [23] - 3212:9, 3212:18, 3212:20, 3212:22, 3213:14, 3214:4, 3215:2, 3215:8, 3221:5, 3224:13, 3239:25, 3248:22, 3249:6, 3250:13, 3250:25, 3260:1, 3262:24, 3265:15, 3265:18, 3265:19, 3266:15, 3266:25, 3302:7
**MR** [109] - 3172:25, 3173:4, 3173:9, 3173:12, 3173:15, 3173:22, 3173:25, 3174:4, 3174:8, 3174:22, 3176:10, 3176:16, 3177:4, 3177:16, 3177:23, 3180:2, 3183:22, 3184:9, 3185:2, 3186:10, 3188:19, 3188:23, 3191:21, 3195:8, 3197:1, 3197:10, 3199:13, 3202:12, 3206:4, 3206:8, 3206:22, 3207:19, 3215:11, 3220:7, 3221:17, 3229:22, 3232:19, 3233:19, 3237:3, 3237:6, 3237:12, 3238:5, 3238:25, 3239:4, 3239:17, 3240:4, 3242:2, 3252:16, 3252:18, 3253:1, 3253:4, 3253:23, 3254:6, 3254:8, 3254:15, 3254:20, 3254:21, 3269:3, 3269:11, 3270:7, 3270:11, 3271:1, 3273:22, 3274:14, 3274:18, 3276:12, 3276:20, 3277:1, 3277:17, 3277:20, 3278:5, 3280:14, 3280:16, 3280:19, 3280:22, 3281:20, 3281:23, 3282:4, 3282:13, 3283:5, 3283:14, 3285:14, 3285:17, 3287:15, 3287:22, 3288:3, 3288:8, 3290:21, 3291:11,

3291:21, 3291:23, 3292:12, 3292:18, 3292:20, 3292:22, 3292:24, 3297:7, 3297:12, 3297:18, 3298:11, 3299:2, 3299:4, 3299:7, 3300:12, 3300:15, 3301:3, 3301:12, 3302:1, 3302:4
**MS** [51] - 3172:7, 3172:12, 3172:22, 3175:2, 3176:2, 3176:20, 3176:22, 3177:3, 3188:21, 3191:19, 3206:6, 3239:2, 3241:24, 3253:12, 3253:19, 3254:2, 3259:9, 3274:16, 3281:2, 3282:2, 3282:5, 3282:19, 3283:17, 3283:19, 3284:9, 3284:22, 3287:17, 3288:5, 3288:11, 3288:17, 3290:23, 3293:22, 3294:14, 3295:2, 3295:6, 3295:14, 3296:8, 3299:20, 3300:1, 3300:13, 3300:17, 3301:1, 3301:4, 3301:11, 3301:16, 3302:8, 3302:12, 3302:17, 3303:3, 3303:7, 3303:10
**multiple** [3] - 3293:1, 3293:2
**must** [1] - 3226:22

## N

**name** [14] - 3178:2, 3178:3, 3194:6, 3194:24, 3195:20, 3196:13, 3224:14, 3243:5, 3243:23, 3243:25, 3258:20, 3270:24, 3284:13, 3285:22
**names** [1] - 3285:9
**narrow** [4] - 3292:1, 3292:2, 3297:22, 3300:16
**NASSAR** [1] - 3170:2
**National** [1] - 3287:6
**near** [1] - 3196:9
**necessary** [1] - 3175:18
**Need** [1] - 3200:15
**need** [24] - 3172:8,

3172:20, 3174:18, 3174:19, 3176:23, 3176:25, 3200:4, 3203:10, 3203:12, 3203:14, 3203:15, 3203:17, 3253:7, 3253:9, 3253:20, 3264:23, 3265:1, 3266:6, 3300:3, 3300:4, 3300:21, 3302:12, 3303:4
**needed** [5] - 3176:6, 3204:20, 3248:21, 3289:9, 3302:22
**needs** [1] - 3172:13
**never** [8] - 3211:22, 3236:15, 3288:3, 3288:4, 3289:25, 3292:1, 3294:18, 3301:8
**new** [1] - 3174:14
**newly** [1] - 3302:23
**news** [2] - 3192:1, 3286:25
**Next** [1] - 3169:23
**next** [16] - 3174:7, 3176:9, 3196:16, 3198:8, 3201:25, 3208:18, 3210:16, 3211:21, 3214:15, 3214:21, 3220:5, 3230:10, 3246:16, 3260:19, 3271:13, 3302:1
**nice** [3] - 3177:9, 3194:20, 3226:24
**nickname** [1] - 3258:21
**night** [19] - 3177:12, 3192:5, 3194:12, 3214:13, 3222:11, 3229:10, 3240:20, 3243:10, 3243:11, 3244:22, 3247:4, 3256:18, 3260:7, 3272:9, 3272:25, 3276:23, 3287:10, 3300:18
**nights** [1] - 3182:19
**NO** [1] - 3177:13
**Nobody** [1] - 3227:21
**nobody** [11] - 3187:16, 3197:23, 3226:12, 3226:24, 3227:21, 3228:16, 3239:24, 3241:23, 3244:11, 3257:1, 3262:24
**Nobody's** [1] - 3266:8
**nondisclosure** [1] - 3286:7

**none** [3] - 3198:1, 3209:1, 3258:2
**nonsheeters** [1] - 3278:15
**normal** [4] - 3183:6, 3183:8, 3192:15, 3193:19
**normally** [2] - 3222:10, 3279:8
**north** [11] - 3183:15, 3184:24, 3185:3, 3185:17, 3196:7, 3197:11, 3198:17, 3208:15, 3248:1, 3251:5, 3269:8
**north/south** [2] - 3195:11, 3195:14
**northeast** [1] - 3184:22
**northwest** [2] - 3183:17, 3195:13
**northwestern** [1] - 3256:7
**nose** [1] - 3221:1
**note** [2] - 3177:14, 3298:21
**notes** [1] - 3304:5
**nothing** [9] - 3172:25, 3174:14, 3194:21, 3199:3, 3210:12, 3248:12, 3264:22, 3278:25, 3282:11
**notice** [3] - 3216:17, 3251:6, 3264:3
**noticed** [8] - 3212:4, 3216:20, 3217:16, 3218:12, 3219:5, 3219:19, 3250:3, 3250:9
**notified** [2] - 3297:15, 3299:9
**notwithstanding** [1] - 3302:6
**number** [3] - 3282:10, 3286:24, 3287:3
**numbers** [1] - 3191:5
**NVG** [1] - 3243:11
**NVGs** [4] - 3243:7, 3243:8, 3243:16, 3243:17
**NW** [5] - 3169:15, 3169:19, 3170:3, 3170:9, 3304:12

## O

**oath** [3] - 3288:7, 3294:9, 3294:14
**object** [4] - 3175:17, 3177:4, 3253:12,

3290:21
**objection** [18] - 3188:21, 3191:19, 3206:6, 3239:2, 3253:11, 3259:9, 3274:16, 3285:14, 3285:17, 3287:15, 3287:21, 3288:5, 3291:18, 3291:21, 3292:10, 3292:19, 3295:2
**objections** [2] - 3291:10, 3293:1
**observe** [1] - 3294:22
**obviously** [10] - 3181:9, 3202:3, 3215:3, 3225:12, 3246:15, 3248:11, 3260:3, 3265:8, 3271:16, 3299:21
**occasion** [3] - 3179:10, 3189:11, 3192:6
**occupied** [2] - 3276:24, 3277:3
**occurred** [5] - 3193:20, 3213:22, 3249:24, 3255:14, 3256:20
**occurring** [1] - 3259:14
**October** [2] - 3169:4, 3304:8
**odds** [1] - 3236:16
**OF** [4] - 3169:1, 3169:3, 3169:9, 3304:1
**offer** [3] - 3206:5, 3239:1, 3274:14
**offered** [1] - 3295:6
**office** [6] - 3181:11, 3218:24, 3219:1, 3227:16, 3227:17, 3228:3
**OFFICE** [1] - 3169:14
**officer** [2] - 3219:24, 3281:15
**officers** [4] - 3182:7, 3248:19, 3267:6, 3289:3
**official** [3] - 3194:24, 3194:25, 3304:10
**OFFICIAL** [1] - 3304:1
**Official** [1] - 3170:8
**officials** [1] - 3193:1
**once** [10] - 3175:8, 3210:17, 3228:5, 3232:25, 3235:22, 3235:23, 3240:1, 3251:23, 3252:9,

3263:1
**one** [87] - 3172:8, 3172:18, 3182:6, 3183:16, 3185:18, 3191:4, 3191:11, 3193:8, 3193:25, 3200:9, 3200:19, 3201:4, 3204:13, 3208:16, 3208:20, 3211:22, 3212:3, 3212:16, 3214:10, 3214:16, 3215:18, 3218:8, 3218:16, 3220:18, 3220:23, 3225:1, 3226:20, 3228:1, 3229:4, 3230:8, 3234:2, 3235:25, 3236:9, 3236:25, 3243:7, 3243:13, 3244:8, 3244:9, 3244:14, 3246:22, 3248:22, 3250:9, 3250:14, 3250:23, 3253:1, 3253:4, 3254:11, 3258:13, 3261:9, 3261:22, 3263:3, 3264:20, 3264:21, 3265:16, 3266:7, 3267:11, 3267:19, 3267:24, 3269:19, 3271:18, 3272:2, 3273:14, 3278:23, 3279:6, 3284:17, 3284:20, 3287:9, 3290:4, 3290:23, 3291:19, 3291:20, 3291:21, 3296:11, 3296:12, 3296:14, 3299:3, 3299:21, 3299:22, 3300:3, 3300:5
**one-sentence** [1] - 3254:11
**open** [17] - 3216:21, 3222:3, 3223:14, 3224:1, 3227:2, 3227:11, 3227:12, 3227:13, 3227:16, 3230:12, 3230:15, 3267:3, 3268:12, 3268:13, 3290:19
**opened** [5] - 3220:14, 3223:22, 3230:14, 3261:17, 3290:11
**opener** [1] - 3230:12
**opening** [3] - 3234:22, 3253:5, 3253:7
**opens** [1] - 3227:19
**operation** [1] - 3225:8

**operations** [1] - 3193:7
**operator** [1] - 3281:7
**operators** [1] - 3289:1
**OPHER** [1] - 3169:14
**opinion** [2] - 3293:15, 3293:16
**opportunity** [5] - 3206:10, 3238:6, 3238:11, 3272:22, 3274:3
**opposed** [1] - 3284:1
**opposite** [6] - 3202:24, 3203:6, 3208:2, 3208:16, 3210:21, 3213:5
**order** [8] - 3173:3, 3281:23, 3282:1, 3282:3, 3283:2, 3287:23, 3292:4, 3293:5
**orders** [1] - 3283:7
**orient** [1] - 3194:23
**originally** [1] - 3298:25, 3299:3, 3299:6
**otherwise** [1] - 3175:9
**ourselves** [3] - 3194:1, 3213:24, 3237:19
**outdoor** [2] - 3289:22, 3290:4
**outer** [1] - 3186:6
**outset** [1] - 3296:3
**outside** [26] - 3172:11, 3181:10, 3187:15, 3202:20, 3203:25, 3209:3, 3209:21, 3210:4, 3213:16, 3217:12, 3223:25, 3224:10, 3234:11, 3235:12, 3235:13, 3240:23, 3250:4, 3252:25, 3258:10, 3268:18, 3273:2, 3274:22, 3281:22, 3283:21, 3287:20, 3296:6
**overhead** [1] - 3301:1
**overheard** [1] - 3229:6
**overnight** [1] - 3302:5
**overrule** [1] - 3288:15
**overruled** [1] - 3191:23
**overrun** [1] - 3200:18
**overseas** [2] - 3178:20, 3179:5
**overtly** [1] - 3187:11
**overview** [1] - 3192:11
**overwhelming** [1] - 3222:9

**own** [4] - 3182:8, 3182:10, 3210:19, 3285:22
**oxygen** [1] - 3231:20
**Oz** [16] - 3243:18, 3243:21, 3243:3, 3246:5, 3250:19, 3256:25, 3257:3, 3257:18, 3257:19, 3258:17, 3265:20, 3266:12, 3267:4, 3270:18, 3270:23, 3277:12
**Oz's** [2] - 3243:23, 3268:6

## P

**p.m** [5] - 3198:23, 3255:5, 3275:6, 3275:7, 3303:16
**package** [1] - 3297:12
**packed** [1] - 3257:6
**packing** [2] - 3257:9, 3257:10
**page** [1] - 3282:10
**Page** [1] - 3169:23, 3287:12
**PAGE** [1] - 3171:2
**pains** [1] - 3289:11
**Pakistan** [1] - 3281:16
**pants** [1] - 3231:2
**paralegal** [2] - 3298:22, 3299:11
**parapet** [1] - 3265:21
**parked** [2] - 3202:20, 3217:4
**parking** [3] - 3241:19, 3242:24, 3248:1
**Paronto** [1] - 3285:4
**part** [5] - 3194:20, 3211:13, 3224:2, 3276:4, 3299:14
**parte** [1] - 3303:12
**participated** [3] - 3287:3, 3294:8, 3294:16
**participating** [3] - 3290:2, 3290:7, 3290:18
**particularly** [1] - 3303:4
**parts** [2] - 3181:20, 3181:21
**passed** [1] - 3194:7
**past** [5] - 3205:5, 3216:19, 3216:23, 3237:17, 3260:8
**patio** [2] - 3220:3, 3220:13

**pattern** [1] - 3296:9
**pause** [1] - 3278:5
**Pause** [1] - 3280:15
**paused** [2] - 3213:17, 3262:23
**pay** [1] - 3242:15
**pedestrian** [1] - 3197:24
**pedestrians** [1] - 3194:20
**peek** [1] - 3210:20
**peeked** [1] - 3233:12
**pen** [1] - 3249:4
**penetrated** [1] - 3248:9
**Pennsylvania** [1] - 3170:3
**people** [22] - 3181:10, 3183:5, 3183:7, 3210:6, 3213:7, 3236:16, 3246:20, 3247:9, 3249:4, 3249:6, 3251:9, 3251:10, 3259:13, 3260:1, 3289:15, 3289:21, 3293:24, 3294:3, 3294:6, 3301:2, 3301:4, 3301:5
**percent** [3] - 3181:18, 3182:17, 3247:9
**percentage** [2] - 3181:16, 3182:15
**perhaps** [1] - 3301:11
**perimeter** [1] - 3225:7
**period** [1] - 3298:18
**permissible** [1] - 3283:8
**permission** [1] - 3274:18
**person** [2] - 3282:21, 3295:20
**personal** [6] - 3178:18, 3191:20, 3191:22, 3257:11, 3261:3, 3261:4
**personally** [4] - 3242:22, 3261:7, 3294:22, 3297:2
**personnel** [14] - 3180:13, 3182:12, 3182:16, 3186:22, 3189:22, 3190:15, 3234:1, 3244:4, 3244:5, 3244:8, 3276:24, 3277:4, 3277:23
**perspective** [1] - 3186:12
**persuasive** [1] -

3302:25
**Peterson** [4] - 3176:21, 3253:11, 3280:25, 3293:21
**PETERSON** [32] - 3169:18, 3176:20, 3176:22, 3177:3, 3188:21, 3191:19, 3206:6, 3239:2, 3241:24, 3253:12, 3253:19, 3254:2, 3259:9, 3274:16, 3281:2, 3282:2, 3282:5, 3282:19, 3283:17, 3283:19, 3284:9, 3284:22, 3287:17, 3288:5, 3288:11, 3288:17, 3290:23, 3293:22, 3294:14, 3295:2, 3295:6, 3295:14
**Peterson)**.................
............. [1] - 3171:4
**PETRAS** [21] - 3169:18, 3172:7, 3172:12, 3172:22, 3175:2, 3176:2, 3296:8, 3299:20, 3300:1, 3300:13, 3300:17, 3301:1, 3301:4, 3301:11, 3301:16, 3302:8, 3302:12, 3302:17, 3303:3, 3303:7, 3303:10
**Petras** [4] - 3175:1, 3176:14, 3296:3, 3301:22
**phone** [5] - 3191:5, 3212:24, 3213:13, 3297:25
**photograph** [8] - 3180:17, 3186:14, 3195:25, 3220:9, 3253:1, 3253:4, 3254:10, 3254:12
**photographs** [2] - 3183:24, 3301:18
**photos** [1] - 3253:13
**physical** [1] - 3180:20
**physically** [1] - 3263:17
**physician's** [1] - 3187:9
**pick** [4] - 3264:25, 3267:25, 3275:21, 3277:10
**pick-up** [2] - 3275:21, 3277:10
**picked** [3] - 3212:9,

3257:25, 3265:15
**pictures** [1] - 3257:13
**pilots** [1] - 3279:20
**pistol** [5] - 3263:11, 3263:12, 3264:2, 3265:1, 3265:2
**pistols** [2] - 3289:22, 3290:20
**pit** [2] - 3263:10, 3269:15
**pitch** [2] - 3228:22, 3262:8
**place** [7] - 3190:3, 3234:16, 3235:5, 3252:17, 3259:7, 3282:1, 3282:3
**Plaintiff** [1] - 3169:4
**plan** [8] - 3173:4, 3173:21, 3203:15, 3203:17, 3203:18, 3298:18, 3302:1, 3302:19
**plane** [1] - 3278:15
**planned** [1] - 3297:23
**play** [5] - 3206:13, 3273:24, 3296:19, 3297:5, 3297:23
**playing** [18] - 3205:19, 3205:25, 3206:21, 3238:7, 3238:10, 3239:17, 3239:20, 3265:25, 3266:2, 3273:25, 3276:19, 3277:2, 3277:6, 3277:9, 3277:18, 3277:21, 3277:25, 3278:3
**PLLC** [1] - 3170:3
**plus** [5] - 3191:5, 3193:3, 3216:21, 3272:15, 3297:25
**point** [26] - 3174:1, 3174:16, 3184:16, 3186:16, 3189:1, 3201:23, 3207:21, 3209:18, 3215:22, 3233:9, 3242:19, 3244:6, 3246:22, 3252:6, 3260:24, 3261:16, 3261:23, 3270:1, 3275:13, 3276:4, 3295:13, 3298:15, 3298:16, 3299:21, 3300:14
**pointed** [2] - 3174:13, 3184:9, 3214:22, 3214:23, 3255:1, 3269:8, 3297:21
**pointer** [1] - 3252:2
**pointing** [3] - 3233:14,

3246:9, 3258:5
**pool** [2] - 3225:19, 3228:9
**pop** [6] - 3234:25, 3235:16, 3235:22, 3235:23
**pop-pop** [1] - 3235:23
**popped** [1] - 3226:20
**porch** [6] - 3203:9, 3219:12, 3224:10, 3241:15, 3242:23, 3249:18
**portion** [9] - 3173:17, 3181:23, 3215:6, 3221:15, 3264:16, 3298:6, 3299:13, 3299:15
**portions** [1] - 3297:22
**position** [13] - 3175:3, 3175:6, 3175:9, 3207:18, 3209:15, 3217:10, 3231:21, 3242:5, 3263:8, 3266:17, 3270:12, 3271:4, 3271:13
**positioned** [2] - 3243:12, 3269:18
**positions** [3] - 3240:3, 3240:7, 3244:6
**possession** [1] - 3301:19
**possible** [6] - 3183:22, 3191:16, 3193:3, 3264:17, 3279:9, 3289:12
**possibly** [1] - 3290:17
**post** [2] - 3181:2, 3202:21
**postings** [2] - 3282:18, 3283:12
**pouches** [1] - 3231:3
**pounds** [2] - 3267:21, 3267:22
**pour** [1] - 3177:18
**pouring** [2] - 3217:8, 3222:4
**practiced** [1] - 3240:9
**prayer** [2] - 3268:4, 3268:5
**PRB** [1] - 3286:16
**precise** [1] - 3282:8
**precleared** [2] - 3286:10, 3286:14
**preference** [2] - 3175:7, 3176:17
**prejudice** [1] - 3300:8
**prejudiced** [2] - 3300:2, 3302:9
**prejudicial** [2] - 3175:16, 3175:20

**premise** [1] - 3293:23
**prepare** [1] - 3284:4
**prepared** [1] - 3303:1
**presence** [3] - 3191:12, 3283:21, 3283:22
**prestaged** [2] - 3201:20, 3240:9
**presumption** [1] - 3176:11
**pretty** [40] - 3181:1, 3181:7, 3192:14, 3194:5, 3198:16, 3207:10, 3214:23, 3216:21, 3218:14, 3222:19, 3224:1, 3225:12, 3228:20, 3229:9, 3230:7, 3231:1, 3236:10, 3236:25, 3237:2, 3237:16, 3246:7, 3246:17, 3246:18, 3256:18, 3257:7, 3260:10, 3260:24, 3261:2, 3262:7, 3262:22, 3263:20, 3264:11, 3265:9, 3269:15, 3271:10, 3271:21, 3272:18, 3290:12
**prevalence** [1] - 3295:21
**prevent** [1] - 3183:5
**previously** [3] - 3258:24, 3282:22, 3297:6
**problem** [3] - 3253:23, 3255:22, 3283:15
**procedures** [1] - 3254:4
**proceed** [1] - 3173:4
**Proceedings** [1] - 3169:24
**proceedings** [1] - 3304:6
**produced** [1] - 3169:24
**producing** [1] - 3296:9
**proffered** [1] - 3293:16
**pronouncing** [1] - 3290:5
**propelled** [2] - 3201:10, 3208:17
**property** [2] - 3180:6, 3209:22
**proposed** [2] - 3254:10, 3254:11
**protect** [3] - 3245:6, 3253:15, 3289:3
**protected** [3] - 3181:9,

3193:2, 3248:14
**protection** [5] - 3178:18, 3180:13, 3187:19, 3228:1, 3262:2
**protective** [7] - 3281:23, 3282:1, 3282:3, 3283:2, 3287:22, 3292:4, 3293:5
**protest** [1] - 3198:4
**provide** [7] - 3180:13, 3185:6, 3185:8, 3212:15, 3294:13, 3294:23, 3301:20
**provided** [10] - 3174:12, 3209:24, 3228:1, 3244:18, 3294:14, 3297:19, 3298:4, 3298:22, 3298:25, 3299:1
**providing** [2] - 3194:1, 3226:5
**pseudonym** [4] - 3284:10, 3285:11, 3285:15, 3285:21
**public** [8] - 3191:13, 3191:14, 3191:18, 3191:24, 3192:4, 3286:16, 3290:12, 3292:13
**PUBLIC** [1] - 3169:19
**publication** [3] - 3290:3, 3290:7, 3290:18
**publications** [1] - 3286:10
**publicly** [1] - 3253:14
**publish** [9] - 3180:3, 3188:23, 3206:8, 3220:8, 3239:4, 3242:3, 3253:9, 3274:19, 3286:18
**published** [2] - 3286:15, 3286:18
**pull** [6] - 3186:10, 3196:24, 3207:6, 3207:19, 3229:22, 3255:11
**pulled** [5] - 3205:1, 3208:5, 3208:20, 3219:17, 3220:16, 3271:23, 3275:17, 3279:15, 3282:11
**pulling** [1] - 3219:17
**pulse** [3] - 3266:18, 3267:16
**pumping** [1] - 3223:1
**pupil** [2] - 3267:1, 3267:17

**pupils** [1] - 3267:2
**purpose** [8] - 3174:23, 3183:4, 3185:5, 3187:18, 3190:21, 3244:15, 3247:8, 3257:10
**purposes** [2] - 3177:1, 3284:22
**pursuant** [1] - 3292:3
**push** [1] - 3231:25
**put** [17] - 3175:13, 3176:3, 3210:18, 3212:7, 3212:8, 3213:12, 3215:12, 3232:4, 3234:2, 3240:15, 3251:20, 3264:21, 3266:23, 3268:3, 3279:2, 3291:9, 3296:12
**puts** [4] - 3175:2, 3175:6, 3175:9, 3282:20
**putting** [6] - 3232:13, 3264:13, 3264:18, 3264:20, 3266:5, 3292:15

## Q

**QRF** [2] - 3255:16, 3258:8
**quarters** [7] - 3180:23, 3181:24, 3182:6, 3189:9, 3216:24, 3248:19, 3257:5
**questioning** [2] - 3291:10, 3291:12
**questions** [5] - 3280:16, 3292:5, 3292:25, 3293:2, 3302:14
**Quick** [4] - 3211:5, 3211:8, 3255:17, 3255:20
**quick** [8] - 3219:13, 3221:2, 3235:22, 3236:25, 3237:2, 3242:17, 3262:22, 3278:24
**quicker** [3] - 3185:9, 3185:13, 3240:1
**quickly** [5] - 3185:20, 3205:16, 3239:21, 3250:19, 3254:22
**quiet** [3] - 3191:15, 3197:23, 3262:8
**quit** [2] - 3225:13, 3247:18
**quite** [1] - 3237:14

# R

R-O-N-E [1] - 3195:21
Racetrack [5] -
3196:22, 3197:7,
3207:11, 3237:20,
3237:24
racetrack [1] - 3197:2
racing [1] - 3223:3
radio [31] - 3200:3,
3200:14, 3202:2,
3203:20, 3203:23,
3204:14, 3205:3,
3212:17, 3213:25,
3227:10, 3228:13,
3236:5, 3240:25,
3241:20, 3249:7,
3255:16, 3259:13,
3259:17, 3261:11,
3261:13, 3262:13,
3263:6, 3264:23,
3266:5, 3266:8,
3266:10, 3267:4,
3267:8, 3271:16,
3287:4, 3294:17
radioed [1] - 3233:2
radios [2] - 3191:4,
3191:5
radius [1] - 3261:1
raise [1] - 3300:8
raised [4] - 3283:18,
3283:19, 3284:4,
3296:3
raising [1] - 3291:15
ran [13] - 3200:16,
3201:16, 3201:17,
3215:1, 3215:23,
3222:20, 3222:23,
3228:17, 3229:2,
3232:12, 3245:8,
3249:18, 3262:21
rather [1] - 3174:11
RDR [3] - 3170:8,
3304:3, 3304:10
reached [1] - 3176:16
react [3] - 3189:25,
3190:16, 3190:25
reaction [1] - 3252:4
Reaction [4] - 3211:5,
3211:8, 3255:17,
3255:20
read [3] - 3280:18,
3280:20, 3288:3
reading [1] - 3288:11
ready [17] - 3200:6,
3201:21, 3206:18,
3208:7, 3210:20,
3214:1, 3218:12,
3221:12, 3221:13,
3222:16, 3226:23,

3227:13, 3227:15,
3252:20, 3261:13,
3262:6, 3267:5
real [5] - 3243:23,
3243:25, 3254:22,
3278:24, 3284:13
realized [2] - 3210:17,
3263:1
really [45] - 3185:7,
3187:16, 3199:18,
3200:21, 3204:19,
3211:23, 3217:8,
3218:20, 3220:2,
3220:19, 3222:3,
3222:21, 3223:2,
3225:5, 3225:11,
3225:16, 3225:17,
3230:13, 3232:22,
3236:15, 3237:18,
3241:12, 3241:13,
3242:15, 3248:12,
3250:18, 3250:22,
3252:8, 3253:6,
3256:14, 3258:11,
3259:21, 3263:13,
3264:22, 3265:7,
3268:23, 3271:14,
3279:9, 3293:4,
3295:17, 3298:14,
3298:20, 3299:15,
3301:22
Really [1] - 3286:4
reason [5] - 3253:14,
3294:25, 3300:5,
3301:16, 3302:25
reasons [1] - 3293:2
recalled [1] - 3174:22
receiving [10] -
3209:6, 3211:25,
3214:7, 3216:4,
3233:10, 3233:17,
3233:24, 3246:10,
3248:5, 3262:25
recess [1] - 3303:16
Recess [1] - 3252:23
recognize [12] -
3180:5, 3187:2,
3188:12, 3205:20,
3215:13, 3215:16,
3217:21, 3258:24,
3260:16, 3269:5,
3274:1
recollection [1] -
3239:10
reconvene [1] -
3291:1
recopied [1] - 3298:4
record [13] - 3172:3,
3184:8, 3185:2,
3195:8, 3218:18,

3233:19, 3238:5,
3239:18, 3253:10,
3270:7, 3271:1,
3291:10
recorded [1] - 3169:24
recover [1] - 3278:20
redirect [1] - 3176:12
Redskins [1] -
3177:12
reenter [1] - 3229:18
reentered [2] -
3229:20, 3229:24
refer [1] - 3233:21
reflect [4] - 3207:3,
3233:19, 3238:5,
3271:1
refresh [1] - 3190:22
regard [2] - 3172:13,
3300:9
regarding [1] - 3254:9,
3294:10
regime [1] - 3292:6
relates [1] - 3294:11
relation [1] - 3210:1
release [1] - 3254:4
released [1] - 3253:14
relevance [1] -
3285:14
relevant [6] - 3292:18,
3294:1, 3294:5,
3295:9, 3295:11
relieving [1] - 3259:23
reloading [2] -
3214:16, 3235:10
relying [1] - 3294:23
remaining [3] -
3184:17, 3268:6,
3279:24
remember [15] -
3191:9, 3204:22,
3205:1, 3205:14,
3225:1, 3251:18,
3255:22, 3256:10,
3261:9, 3272:4,
3273:10, 3273:12,
3279:5, 3279:10,
3279:17
remind [1] - 3242:5
renting [1] - 3182:11
repeatedly [2] -
3283:19, 3283:21
replacement [1] -
3296:22
report [1] - 3244:20
reported [2] - 3192:24,
3259:16
Reporter [3] - 3170:8,
3170:8, 3304:10
REPORTER [1] -
3304:1

reporting [1] - 3259:13
representation [2] -
3283:3, 3302:22
Representatives [1] -
3294:16
represented [1] -
3176:6
Republican [1] -
3287:6
request [1] - 3302:21
required [1] - 3286:7
requirement [1] -
3286:9
research [1] - 3291:3
resolve [4] - 3299:9,
3299:10, 3299:24,
3301:24
respect [3] - 3187:7,
3282:2, 3282:16
responded [1] -
3262:15
response [4] -
3223:17, 3223:18,
3224:8, 3262:14
Response [1] -
3178:17
responsibilities [1] -
3180:11
responsibility [1] -
3289:7
rest [4] - 3228:21,
3258:9, 3300:6,
3302:3
restricted [1] -
3283:23
result [2] - 3288:21,
3290:14
retreated [3] -
3247:18, 3247:20,
3248:17
return [5] - 3193:17,
3198:8, 3235:21,
3254:22, 3255:3
returned [6] - 3198:8,
3199:15, 3199:19,
3214:11, 3236:18,
3238:18
returning [6] -
3198:22, 3209:5,
3213:17, 3233:13,
3237:13, 3247:2
review [3] - 3238:6,
3238:11, 3274:3
reviewed [3] -
3238:14, 3274:6,
3288:6
revolution [4] -
3289:19, 3290:10,
3290:11, 3295:18
ribbon [1] - 3199:23

ribbon-cutting [1] -
3199:23
ricochet [3] - 3245:9,
3248:4, 3248:5
rifle [1] - 3201:8
rifles [2] - 3289:23,
3290:20
right-hand [4] -
3223:11, 3255:1,
3266:4, 3274:24
right-handed [1] -
3247:9
Ring [7] - 3196:4,
3198:16, 3198:17,
3207:14, 3233:15,
3237:17, 3273:16
ripped [1] - 3266:22
road [42] - 3194:6,
3194:18, 3194:23,
3194:24, 3195:2,
3195:9, 3196:3,
3196:7, 3196:8,
3196:9, 3196:14,
3196:21, 3197:2,
3197:17, 3198:9,
3198:21, 3198:24,
3208:16, 3210:7,
3210:14, 3210:22,
3211:14, 3211:18,
3212:10, 3212:18,
3212:21, 3213:5,
3213:10, 3217:17,
3217:18, 3218:5,
3219:1, 3225:25,
3226:8, 3226:18,
3228:7, 3228:8,
3229:2, 3248:1,
3248:3, 3251:9
Road [15] - 3194:23,
3195:2, 3195:3,
3195:4, 3195:9,
3196:4, 3196:22,
3197:7, 3198:17,
3207:15, 3214:8,
3233:15, 3237:17,
3237:24, 3273:17
road's [1] - 3196:12
roads [1] - 3195:16
ROBINSON [1] -
3170:2
rocket [3] - 3201:10,
3208:17, 3289:23
rocket-propelled [2] -
3201:10, 3208:17
role [1] - 3187:7
rolled [2] - 3266:17,
3267:10
Rone [38] - 3187:3,
3193:22, 3194:3,
3195:19, 3195:22,

3195:23, 3195:24, 3202:22, 3205:1, 3205:7, 3207:10, 3212:16, 3214:2, 3219:12, 3220:17, 3220:19, 3221:4, 3221:23, 3223:9, 3224:11, 3225:24, 3226:8, 3226:15, 3227:3, 3236:3, 3236:24, 3237:13, 3239:21, 3244:7, 3258:14, 3266:17, 3267:8, 3267:24, 3270:21, 3271:2, 3272:6, 3278:6, 3278:10
**Rone's** [1] - 3272:1
**roof** [30] - 3232:17, 3233:1, 3233:2, 3233:3, 3234:19, 3234:20, 3236:4, 3236:18, 3258:16, 3261:9, 3262:7, 3262:8, 3262:18, 3262:19, 3263:10, 3265:10, 3265:16, 3265:17, 3267:5, 3267:9, 3267:13, 3267:19, 3267:23, 3268:7, 3268:8, 3269:13, 3269:25, 3270:2, 3270:15, 3271:25
**room** [23] - 3181:25, 3182:1, 3182:4, 3200:2, 3200:4, 3200:15, 3201:18, 3201:19, 3220:3, 3221:9, 3222:5, 3222:20, 3223:11, 3225:15, 3229:14, 3230:3, 3231:4, 3231:5, 3232:21, 3249:10, 3268:10, 3276:7, 3291:7
**Room** [2] - 3170:9, 3304:11
**roughly** [1] - 3255:7
**round** [1] - 3260:14
**rounds** [3] - 3212:3, 3214:2, 3246:15
**route** [13] - 3194:11, 3194:12, 3194:16, 3196:20, 3197:4, 3199:6, 3199:20, 3205:6, 3205:10, 3205:12, 3207:9, 3228:8
**routes** [1] - 3194:2

**routine** [1] - 3193:19
**RPG** [12] - 3201:4, 3201:9, 3208:17, 3210:22, 3211:10, 3211:12, 3211:15, 3232:11, 3234:21, 3235:9, 3245:21
**RPGs** [3] - 3233:7, 3233:23, 3293:25
**rules** [1] - 3291:12
**run** [1] - 3238:14
**rung** [2] - 3265:8, 3265:9
**running** [3] - 3200:16, 3227:16, 3244:25
**runny** [1] - 3248:12
**runs** [1] - 3196:9
**Russian** [1] - 3201:8

## S

**safe** [9] - 3212:7, 3220:3, 3223:10, 3225:22, 3229:14, 3229:18, 3232:21, 3265:5, 3289:8
**safely** [2] - 3191:16, 3289:6
**safety** [1] - 3192:24
**Salim** [1] - 3172:4
**SALIM** [1] - 3169:6
**sandbag** [2] - 3217:10, 3218:9
**sandbags** [2] - 3232:17, 3232:21
**Sara** [1] - 3170:7
**sat** [7] - 3192:9, 3202:4, 3218:2, 3224:17, 3235:25, 3251:25, 3252:9
**save** [1] - 3172:21
**saw** [35] - 3192:4, 3208:14, 3209:13, 3212:5, 3215:3, 3216:10, 3217:20, 3217:23, 3218:23, 3219:4, 3219:25, 3220:11, 3220:21, 3229:10, 3233:23, 3234:12, 3234:24, 3235:23, 3242:19, 3245:19, 3246:22, 3255:13, 3257:7, 3258:18, 3259:13, 3263:7, 3265:19, 3267:11, 3269:18, 3270:1, 3272:9, 3272:24, 3289:25
**scared** [1] - 3217:24
**School** [1] - 3199:23

**SCIF** [5] - 3181:2, 3181:6, 3181:22, 3181:23, 3284:2
**scope** [10] - 3175:23, 3283:8, 3290:21, 3291:25, 3292:7, 3292:15, 3293:4, 3293:13, 3295:10
**scout** [1] - 3196:16
**scouting** [1] - 3260:8
**screen** [3] - 3183:25, 3189:2, 3276:17
**SEAL** [1] - 3258:15
**seal** [1] - 3172:13
**SEALs** [1] - 3272:3
**Sean** [10] - 3219:23, 3219:25, 3220:11, 3220:16, 3221:24, 3230:19, 3236:12, 3236:20, 3278:11, 3280:3
**search** [1] - 3225:8
**searched** [2] - 3230:2, 3232:9
**searching** [1] - 3230:2
**seat** [1] - 3203:23
**second** [19] - 3183:24, 3186:8, 3213:17, 3214:5, 3223:7, 3226:19, 3230:11, 3245:10, 3249:14, 3249:25, 3251:18, 3256:11, 3257:4, 3264:21, 3277:3, 3295:16, 3296:12, 3296:13, 3299:13
**seconds** [4] - 3213:3, 3213:12, 3266:19, 3267:13
**section** [2] - 3178:18, 3250:5
**secure** [3] - 3181:11, 3181:12, 3190:15
**secured** [2] - 3181:8, 3227:22
**security** [34] - 3179:6, 3179:7, 3182:1, 3182:22, 3182:24, 3185:8, 3189:22, 3190:7, 3190:10, 3191:16, 3194:2, 3211:6, 3217:14, 3217:16, 3218:16, 3224:24, 3225:7, 3225:14, 3225:25, 3226:5, 3226:25, 3227:3, 3227:25, 3228:18, 3240:2, 3240:7, 3240:9, 3244:6,

3249:2, 3263:5, 3265:14, 3271:13, 3281:15
**see** [127] - 3176:8, 3180:16, 3185:15, 3186:2, 3186:14, 3186:16, 3188:10, 3192:6, 3194:19, 3196:6, 3196:19, 3197:3, 3197:11, 3197:18, 3197:19, 3197:20, 3197:22, 3197:24, 3198:5, 3199:1, 3212:14, 3215:4, 3215:5, 3215:7, 3215:8, 3215:20, 3216:23, 3216:25, 3218:14, 3219:25, 3220:1, 3220:2, 3221:1, 3221:9, 3221:24, 3222:4, 3222:16, 3222:19, 3223:13, 3223:14, 3223:24, 3224:1, 3224:3, 3224:6, 3225:19, 3227:18, 3228:23, 3228:24, 3229:23, 3231:6, 3232:3, 3232:6, 3232:22, 3232:23, 3233:9, 3233:10, 3233:13, 3235:4, 3235:21, 3237:3, 3238:16, 3239:7, 3239:13, 3240:20, 3241:21, 3242:1, 3242:22, 3243:15, 3245:24, 3246:2, 3246:3, 3246:12, 3246:17, 3247:21, 3249:5, 3249:7, 3249:8, 3249:10, 3250:2, 3250:15, 3251:1, 3251:10, 3252:7, 3252:9, 3252:13, 3253:6, 3253:9, 3253:10, 3256:8, 3256:12, 3256:14, 3259:7, 3261:7, 3261:8, 3261:18, 3261:19, 3262:19, 3263:1, 3263:3, 3263:18, 3264:6, 3264:22, 3266:18, 3266:25, 3269:12, 3270:6, 3271:7, 3271:9, 3272:16, 3272:22, 3273:1, 3273:2, 3274:25, 3275:14, 3276:4,

3276:6, 3276:17, 3277:7, 3277:19, 3283:16, 3295:8, 3300:23, 3301:7
**seeing** [11] - 3206:16, 3206:17, 3225:1, 3225:5, 3236:7, 3240:16, 3246:13, 3249:6, 3261:9, 3273:12, 3274:21
**Select** [1] - 3294:15
**semi** [1] - 3210:12
**semi-auto** [1] - 3210:12
**sending** [1] - 3200:12
**sense** [1] - 3174:9
**sensitive** [1] - 3228:3
**sent** [3] - 3286:16, 3296:21, 3297:14
**sentence** [1] - 3254:11
**separates** [1] - 3276:7
**September** [11] - 3178:6, 3179:11, 3189:17, 3192:7, 3192:16, 3199:10, 3199:14, 3207:1, 3288:22, 3292:4, 3295:19
**Sergeant** [1] - 3179:1
**serpentine** [2] - 3197:20, 3209:23
**served** [1] - 3283:13
**SESSION** [1] - 3169:8
**set** [10] - 3192:23, 3208:20, 3216:1, 3225:25, 3226:25, 3227:25, 3229:8, 3243:7, 3243:16, 3257:14
**setting** [1] - 3227:3
**seven** [1] - 3272:14
**seventh** [1] - 3278:1
**several** [1] - 3291:20
**severed** [2] - 3263:21, 3263:22
**shack** [2] - 3217:19, 3276:8
**sharp** [1] - 3248:6
**shawarmas** [1] - 3182:17
**sheep** [7] - 3243:4, 3249:4, 3251:12, 3251:14, 3251:16, 3251:17, 3257:1
**sheet** [1] - 3278:24
**shelli_peterson@fd. org** [1] - 3169:21
**Shield** [1] - 3257:24
**shift** [1] - 3267:20
**shirt** [2] - 3225:18,

3231:2
**shock** [1] - 3263:13
**shoes** [1] - 3279:9
**shook** [1] - 3214:24
**shoot** [6] - 3227:15, 3235:11, 3247:10, 3257:1, 3265:10, 3265:12
**shooter** [1] - 3190:13
**shooting** [12] - 3190:14, 3190:16, 3204:3, 3210:9, 3210:10, 3211:22, 3212:5, 3235:9, 3261:19, 3262:11
**shop** [1] - 3290:4
**short** [2] - 3176:23, 3205:17
**shorter** [1] - 3298:6
**shortly** [1] - 3295:18
**shot** [5] - 3190:16, 3215:25, 3246:17, 3260:14, 3273:1
**shots** [3] - 3216:4, 3234:25, 3235:17
**shoulder** [1] - 3262:23
**shoulders** [1] - 3214:22
**show** [23] - 3176:24, 3183:24, 3184:4, 3185:9, 3185:10, 3185:14, 3188:8, 3189:2, 3189:25, 3192:2, 3203:1, 3205:16, 3208:24, 3215:9, 3223:19, 3226:2, 3235:1, 3238:3, 3255:24, 3258:23, 3299:16, 3300:25, 3301:4
**showed** [3] - 3192:3, 3236:11, 3273:8
**showing** [5] - 3189:21, 3190:4, 3190:5, 3298:18, 3300:10
**shown** [2] - 3253:5, 3253:7
**shows** [5] - 3286:25, 3298:14, 3300:21, 3301:1
**shrub** [1] - 3216:22
**shrugged** [2] - 3214:22
**shut** [2] - 3204:6, 3279:17
**shutter** [2] - 3268:11, 3268:13
**Shweiki** [1] - 3254:4
**SHWEIKI** [1] - 3169:14
**sic** [1] - 3203:23

**side** [30] - 3184:24, 3195:10, 3202:24, 3203:6, 3208:16, 3210:21, 3213:6, 3213:10, 3215:6, 3215:23, 3216:22, 3218:20, 3221:8, 3223:11, 3226:1, 3226:8, 3226:16, 3232:4, 3232:11, 3245:10, 3248:7, 3250:7, 3263:4, 3266:4, 3269:8, 3270:22, 3273:2, 3273:3
**sides** [3] - 3226:13, 3232:6, 3232:9
**sideways** [1] - 3269:21
**sight** [1] - 3252:1
**sights** [3] - 3222:17, 3222:19
**sign** [3] - 3258:22, 3267:14, 3286:7
**signed** [1] - 3281:7
**Silva** [2] - 3285:6, 3285:11
**similar** [2] - 3195:14, 3292:25
**simple** [1] - 3302:14
**simply** [2] - 3174:15, 3290:4
**sink** [2] - 3264:15, 3264:19
**Sink** [1] - 3264:18
**site** [1] - 3198:7
**sitting** [17] - 3202:1, 3202:7, 3203:4, 3203:17, 3203:23, 3208:4, 3209:21, 3220:5, 3226:4, 3236:2, 3243:6, 3259:22, 3263:9, 3263:24, 3269:20, 3269:21
**six** [6] - 3222:18, 3236:14, 3246:2, 3246:22, 3250:15, 3301:14
**sixth** [2] - 3277:22
**size** [2] - 3250:10, 3250:11
**skittish** [1] - 3217:24
**sky** [1] - 3258:6
**sleep** [3] - 3182:13, 3260:7
**sleeping** [3] - 3180:23, 3182:6, 3216:23
**slow** [2] - 3181:5, 3183:13

**slowed** [1] - 3237:18
**slowly** [2] - 3205:25, 3239:18
**small** [3] - 3233:25, 3245:22, 3249:17
**Smith** [8] - 3219:23, 3219:25, 3220:12, 3221:24, 3236:12, 3236:20, 3278:11, 3280:3
**Smith's** [2] - 3220:16, 3230:19
**smoke** [14] - 3215:4, 3215:5, 3222:2, 3222:4, 3222:15, 3224:5, 3230:7, 3230:15, 3231:8, 3231:16, 3231:17, 3231:18, 3231:22
**smoothly** [2] - 3206:13, 3238:14
**sneak** [1] - 3257:2
**sneaking** [1] - 3249:4
**so..** [4] - 3243:5, 3252:14, 3288:6, 3298:23
**socks** [1] - 3257:14
**sole** [1] - 3291:19
**someone** [1] - 3217:12
**somewhere** [5] - 3194:4, 3196:18, 3212:23, 3245:11, 3280:12
**soon** [1] - 3299:9
**sooner** [1] - 3174:11
**soot** [4] - 3220:22, 3220:25, 3279:5, 3279:10
**sorry** [15] - 3173:11, 3183:13, 3184:12, 3202:10, 3202:11, 3206:15, 3220:9, 3242:2, 3243:10, 3249:14, 3253:3, 3255:19, 3270:9, 3284:15, 3286:25
**sort** [2] - 3176:13, 3275:19
**sound** [4] - 3260:14, 3260:16, 3260:20
**sounds** [2] - 3201:12, 3288:20
**south** [5] - 3183:18, 3196:8, 3196:23, 3218:20
**southeast** [3] - 3184:19, 3240:12, 3242:8
**speakers** [1] - 3287:9
**speaking** [1] - 3213:2

**Special** [4] - 3173:5, 3173:16, 3173:19, 3187:20
**specific** [7] - 3204:22, 3282:9, 3282:23, 3295:2, 3295:16, 3300:8, 3303:10
**specifically** [6] - 3179:13, 3189:17, 3246:13, 3246:20, 3282:7, 3282:25
**spell** [3] - 3178:2, 3195:20, 3276:2
**spent** [1] - 3281:9
**splatter** [1] - 3246:18
**spotlights** [2] - 3197:19, 3241:2
**spots** [1] - 3240:9
**spread** [2] - 3182:14, 3250:16
**sprinting** [1] - 3214:3
**spun** [1] - 3284:3
**squad** [2] - 3179:1, 3260:18
**stack** [1] - 3241:21
**stacked** [1] - 3215:18
**stacking** [1] - 3241:18
**Staff** [1] - 3178:17
**staged** [6] - 3202:17, 3202:18, 3203:2, 3213:24, 3226:19, 3275:17
**staging** [2] - 3224:24, 3274:22
**stamp** [3] - 3209:13, 3239:8, 3296:19
**stamps** [1] - 3296:20
**stand** [5] - 3203:12, 3266:12, 3270:22, 3295:25, 3301:25
**standing** [5] - 3211:13, 3220:5, 3221:23, 3225:2, 3302:14
**stands** [1] - 3178:17
**start** [10] - 3173:15, 3174:2, 3175:4, 3175:5, 3212:22, 3230:22, 3262:11, 3293:22, 3300:5, 3302:2
**started** [39] - 3174:24, 3179:2, 3179:4, 3212:9, 3212:13, 3213:1, 3213:11, 3213:23, 3214:7, 3215:2, 3221:5, 3222:9, 3229:15, 3230:18, 3231:3, 3232:9, 3232:13,

3233:6, 3234:19, 3240:23, 3241:18, 3242:24, 3244:24, 3245:9, 3249:13, 3249:15, 3249:17, 3249:19, 3250:20, 3250:25, 3257:5, 3261:15, 3262:5, 3262:9, 3262:22, 3265:15, 3275:19, 3275:20
**starting** [5] - 3202:2, 3202:5, 3241:21, 3293:4, 3293:9
**starts** [1] - 3204:5
**State** [13] - 3188:4, 3191:3, 3193:24, 3202:1, 3203:20, 3204:13, 3218:16, 3221:25, 3225:14, 3234:2, 3234:4, 3244:5, 3263:4
**statement** [6] - 3253:5, 3288:1, 3292:13, 3294:20, 3294:21, 3294:24
**statements** [7] - 3175:12, 3291:14, 3300:16, 3300:17, 3300:18, 3300:19
**STATES** [3] - 3169:1, 3169:3, 3169:10
**States** [4] - 3169:13, 3172:3, 3187:10, 3304:11
**stationed** [4] - 3179:22, 3179:23, 3180:14, 3189:23
**stay** [2] - 3200:13, 3283:11
**stayed** [6] - 3181:3, 3204:11, 3217:12, 3226:8, 3258:9, 3278:18
**stealing** [2] - 3218:7, 3218:8
**stenographic** [1] - 3304:5
**stenography** [1] - 3169:24
**step** [4] - 3223:12, 3223:13, 3223:25, 3291:6
**stepped** [2] - 3223:12, 3248:7
**Stevens** [1] - 3280:3
**stick** [2] - 3284:6, 3284:7
**still** [16] - 3172:13, 3172:14, 3204:2,

3204:3, 3211:25, 3222:1, 3228:12, 3231:2, 3231:5, 3231:19, 3262:10, 3272:18, 3278:12, 3294:24
**stint** [3] - 3288:18, 3288:22, 3292:3
**stipulated** [1] - 3286:9
**stipulation** [3] - 3254:12, 3280:18, 3280:20
**stockyard** [1] - 3243:3
**stomach** [1] - 3266:25
**stood** [1] - 3268:22
**stop** [5] - 3184:7, 3206:22, 3239:23, 3266:2, 3276:20
**stopped** [13] - 3207:12, 3207:22, 3208:16, 3235:24, 3238:19, 3239:23, 3240:2, 3245:10, 3247:18, 3248:18, 3250:25, 3262:8, 3268:20
**storage** [1] - 3198:2
**store** [1] - 3195:5
**straight** [10] - 3176:4, 3197:8, 3197:21, 3211:14, 3224:16, 3264:1, 3265:20, 3265:22, 3270:19, 3270:20
**strange** [3] - 3241:4, 3241:13, 3242:17
**strapped** [1] - 3279:1
**straps** [1] - 3267:20
**Street** [1] - 3169:15
**street** [1] - 3240:22
**strength** [1] - 3268:1
**stress** [1] - 3190:25
**structures** [2] - 3180:20, 3216:18
**struggle** [1] - 3214:13
**stuff** [13] - 3181:9, 3182:1, 3182:18, 3194:16, 3201:11, 3243:4, 3248:21, 3248:25, 3256:11, 3257:6, 3257:17, 3263:16, 3279:10
**subject** [1] - 3254:3
**subjects** [1] - 3294:18
**submit** [1] - 3295:22
**subsequently** [1] - 3280:9
**suggest** [1] - 3300:6
**suit** [1] - 3212:24
**Suite** [2] - 3169:19,

3170:4
**sun** [1] - 3231:12
**supported** [1] - 3302:23
**supposed** [2] - 3199:22, 3255:23
**surrounded** [1] - 3182:20
**sustained** [1] - 3259:11, 3285:18
**sweat** [1] - 3248:12
**sweating** [1] - 3222:10
**Sworn** [1] - 3177:21
**sympathetic** [2] - 3175:14, 3301:23
**systems** [3] - 3201:21, 3204:9, 3268:9

## T

**T-I-E-G-E-N** [1] - 3178:3
**T-I-G** [1] - 3178:4
**T-shirt** [1] - 3231:2
**tactical** [1] - 3193:7
**tailgate** [1] - 3229:8
**tall** [1] - 3269:15
**tanks** [1] - 3201:11
**taxied** [1] - 3279:15
**teach** [1] - 3294:3
**teaching** [1] - 3264:15
**team** [51] - 3181:2, 3181:25, 3187:5, 3187:6, 3190:10, 3195:24, 3199:7, 3199:20, 3200:3, 3200:4, 3200:14, 3200:15, 3201:17, 3201:19, 3203:7, 3204:5, 3205:2, 3205:23, 3207:7, 3211:5, 3212:11, 3225:14, 3228:14, 3228:25, 3229:4, 3230:18, 3230:20, 3233:2, 3236:4, 3236:17, 3241:14, 3242:23, 3248:18, 3248:23, 3249:13, 3255:15, 3255:16, 3256:1, 3256:21, 3257:21, 3258:2, 3258:8, 3259:16, 3260:11, 3260:19, 3262:15, 3266:10, 3267:18, 3268:18, 3279:18, 3299:22
**team's** [1] - 3259:20
**teams** [2] - 3258:16, 3272:8

**ten** [10] - 3183:17, 3183:18, 3201:22, 3210:8, 3222:23, 3223:4, 3245:12, 3247:16, 3296:14, 3296:24
**tennis** [1] - 3260:15
**terrorists** [1] - 3218:8
**testified** [4] - 3254:24, 3275:9, 3282:8, 3283:24
**testify** [4] - 3175:11, 3259:12, 3292:9, 3301:12
**testifying** [4] - 3284:10, 3285:21, 3300:15, 3300:16
**testimony** [5] - 3202:13, 3206:10, 3274:4, 3286:14, 3294:13
**THE** [113] - 3169:1, 3169:1, 3169:10, 3172:2, 3172:5, 3172:9, 3172:20, 3172:24, 3173:2, 3173:7, 3173:11, 3173:14, 3173:20, 3173:24, 3174:1, 3174:5, 3174:21, 3174:24, 3175:21, 3176:8, 3176:11, 3176:19, 3176:21, 3177:2, 3177:5, 3177:7, 3177:9, 3177:11, 3177:14, 3177:18, 3177:20, 3188:22, 3188:25, 3191:23, 3195:15, 3195:17, 3195:19, 3195:20, 3195:21, 3199:10, 3199:12, 3202:9, 3206:7, 3237:5, 3237:8, 3237:11, 3239:3, 3252:17, 3252:19, 3252:22, 3253:3, 3253:18, 3253:20, 3253:25, 3254:3, 3254:14, 3254:17, 3254:19, 3259:11, 3274:17, 3274:20, 3280:18, 3280:20, 3280:24, 3282:17, 3283:2, 3283:6, 3283:16, 3283:18, 3284:6, 3285:18, 3287:16, 3287:18, 3287:21, 3288:1, 3288:15, 3290:25,

3291:6, 3291:15, 3291:22, 3292:10, 3292:13, 3292:19, 3292:21, 3292:23, 3293:21, 3294:13, 3294:20, 3295:5, 3295:8, 3296:2, 3296:7, 3297:4, 3297:11, 3297:16, 3298:9, 3298:25, 3299:3, 3299:5, 3299:24, 3300:10, 3300:14, 3300:25, 3301:10, 3301:21, 3302:3, 3302:5, 3302:10, 3302:16, 3302:21, 3303:4, 3303:8, 3303:13
**theirs** [2] - 3296:23, 3296:25
**therefore** [2] - 3295:1, 3295:20
**they've** [5] - 3215:11, 3271:20, 3283:14, 3301:8, 3301:15
**thick** [1] - 3224:5
**thicker** [1] - 3230:8
**thinking** [9] - 3218:7, 3226:21, 3255:21, 3259:22, 3265:12, 3271:19, 3271:21, 3272:18, 3272:19
**Third** [1] - 3198:17
**third** [7] - 3249:14, 3257:8, 3261:14, 3262:6, 3266:16, 3277:7, 3296:14
**thirds** [1] - 3237:6
**threat** [4] - 3192:21, 3192:22, 3210:17, 3211:2
**three** [33] - 3172:16, 3172:17, 3189:9, 3189:15, 3189:20, 3189:22, 3190:9, 3205:13, 3208:2, 3208:15, 3209:16, 3209:17, 3211:25, 3212:2, 3213:4, 3222:6, 3224:21, 3226:16, 3227:4, 3229:7, 3231:6, 3236:24, 3237:22, 3241:11, 3246:22, 3249:20, 3265:23, 3279:3, 3296:10, 3296:11, 3297:13, 3297:14, 3298:4
**three-quarters** [1] - 3189:9

**threw** [2] - 3216:3, 3241:8
**throat** [1] - 3266:21
**throughout** [2] - 3289:15, 3293:24
**throw** [2] - 3225:18, 3290:19
**thump** [3] - 3260:13, 3261:10, 3261:22
**Thursday** [2] - 3173:25, 3182:18
**tie** [1] - 3284:14
**tie-gen** [1] - 3284:14
**TIEGEN** [2] - 3171:3, 3177:21
**Tiegen** [10] - 3173:5, 3173:11, 3173:12, 3175:5, 3177:17, 3178:3, 3178:5, 3284:13, 3284:15, 3284:17
**Tig** [4] - 3178:4, 3228:14, 3265:25, 3288:12
**tires** [1] - 3273:4
**TOC** [2] - 3193:6, 3227:1
**today** [11] - 3173:8, 3173:23, 3174:2, 3175:5, 3176:3, 3206:11, 3274:4, 3284:10, 3285:21, 3300:6, 3302:3
**together** [2] - 3215:12, 3258:16
**tomorrow** [9] - 3173:8, 3173:17, 3173:19, 3173:23, 3175:5, 3176:5, 3176:7, 3194:13, 3194:15
**tone** [2] - 3204:16, 3204:20
**Tonto** [18] - 3205:23, 3212:12, 3212:19, 3225:21, 3226:9, 3226:25, 3234:2, 3236:1, 3243:6, 3243:12, 3243:13, 3243:16, 3244:12, 3244:14, 3244:23, 3257:25, 3261:11, 3278:23
**took** [23] - 3190:2, 3197:4, 3205:5, 3205:11, 3205:13, 3207:9, 3225:13, 3228:8, 3229:7, 3234:9, 3235:4, 3241:12, 3242:17, 3247:23, 3251:3,

3272:14, 3274:10, 3276:23, 3278:17, 3278:21, 3279:2, 3279:22, 3289:11
**toothbrush** [1] - 3257:17
**toothpaste** [1] - 3257:16
**top** [23] - 3183:2, 3197:2, 3202:8, 3217:18, 3227:25, 3232:4, 3232:5, 3234:20, 3236:7, 3244:7, 3244:11, 3244:13, 3244:15, 3261:22, 3262:7, 3263:2, 3269:6, 3269:13, 3269:25, 3270:2, 3270:15, 3271:6, 3277:15
**topic** [1] - 3295:12
**tore** [1] - 3226:17
**total** [1] - 3297:19
**touch** [1] - 3183:25
**touched** [1] - 3293:9
**tour** [2] - 3293:8, 3295:9
**tourniquet** [3] - 3264:13, 3266:4, 3266:12
**tourniquets** [3] - 3263:16, 3264:10, 3268:17
**toward** [2] - 3195:13, 3244:21
**towards** [21] - 3183:18, 3194:18, 3201:2, 3204:6, 3208:3, 3208:21, 3210:22, 3212:9, 3212:18, 3213:4, 3214:8, 3215:2, 3216:6, 3218:10, 3233:6, 3233:14, 3233:15, 3262:9, 3269:20, 3289:16, 3299:13
**Tower** [24] - 3183:20, 3184:6, 3184:21, 3185:1, 3185:17, 3185:21, 3185:23, 3185:24, 3186:1, 3186:13, 3240:11, 3242:5, 3242:6, 3242:7, 3243:18, 3243:22, 3244:21, 3245:23, 3245:25, 3250:2, 3256:2, 3256:9, 3259:10, 3259:22

**tower** [16] - 3184:11, 3184:18, 3184:23, 3186:17, 3186:19, 3240:19, 3240:23, 3241:16, 3243:21, 3245:8, 3249:3, 3249:19, 3257:4, 3262:1, 3268:21, 3268:24
**towers** [11] - 3183:11, 3183:13, 3183:15, 3184:2, 3184:3, 3184:5, 3184:17, 3185:4, 3185:5, 3185:18, 3262:2
**town** [2] - 3182:18, 3192:24
**tracers** [1] - 3261:19
**traffic** [5] - 3189:15, 3197:24, 3198:3, 3199:3
**trail** [1] - 3205:5
**training** [7] - 3180:25, 3189:25, 3190:2, 3190:6, 3190:12, 3190:18, 3264:14
**TRANSCRIPT** [1] - 3169:9
**transcript** [3] - 3169:24, 3304:5, 3304:6
**transcription** [1] - 3169:24
**translate** [1] - 3241:1
**translation** [1] - 3202:10
**transpired** [2] - 3204:10, 3241:17
**transportation** [1] - 3255:25
**transported** [1] - 3278:11
**transporting** [2] - 3278:8, 3278:9
**travel** [1] - 3189:11
**traveled** [1] - 3196:19
**traveling** [1] - 3289:8
**tree** [1] - 3252:8
**trial** [2] - 3297:5, 3298:10
**TRIAL** [1] - 3169:9
**tried** [6] - 3227:12, 3230:12, 3232:3, 3250:17, 3267:25, 3268:13
**trip** [2] - 3281:19, 3288:12
**Tripoli** [13] - 3255:16, 3255:17, 3256:21, 3257:21, 3260:12,

3267:18, 3278:16, 3279:18, 3279:21, 3280:7, 3280:8, 3280:9, 3280:12
**trouble** [1] - 3297:25
**truck** [11] - 3208:4, 3208:19, 3272:1, 3272:2, 3272:4, 3272:10, 3272:15, 3277:11, 3278:9, 3278:24, 3279:3
**trucks** [3] - 3271:20, 3273:20, 3275:21
**true** [5] - 3284:13, 3285:8, 3295:1, 3304:4, 3304:6
**trunks** [1] - 3290:20
**truth** [1] - 3295:6
**try** [3] - 3212:13, 3217:12, 3237:18
**trying** [23] - 3193:2, 3214:14, 3222:24, 3225:11, 3225:14, 3230:13, 3230:15, 3230:17, 3245:6, 3255:18, 3255:24, 3263:12, 3266:20, 3266:23, 3267:22, 3268:12, 3291:13, 3296:13, 3297:22, 3299:10, 3302:10, 3302:11
**tucked** [1] - 3245:6
**turn** [3] - 3206:19, 3241:2, 3252:5
**turned** [12] - 3194:8, 3214:6, 3218:10, 3218:11, 3237:20, 3240:13, 3251:23, 3252:6, 3272:4, 3273:16, 3279:16
**turning** [1] - 3198:11
**TV** [3] - 3192:5, 3286:25, 3294:17
**twice** [1] - 3223:16
**two** [25] - 3183:15, 3189:21, 3200:19, 3208:5, 3208:18, 3210:25, 3212:12, 3216:25, 3222:6, 3224:21, 3225:3, 3225:4, 3226:15, 3226:19, 3227:24, 3233:7, 3236:24, 3237:6, 3240:18, 3245:10, 3251:18, 3255:10, 3271:23, 3283:3, 3296:10
**two-thirds** [1] - 3237:6
**type** [4] - 3190:11,

3198:4, 3201:3, 3261:5
**typically** [1] - 3189:14
**Tyrone** [3] - 3187:3, 3196:1, 3280:3

---

## U

**U.S** [15] - 3169:14, 3170:9, 3187:20, 3188:15, 3189:4, 3190:5, 3190:6, 3192:20, 3200:18, 3211:6, 3215:15, 3276:24, 3277:3, 3277:23, 3280:10
**U5** [1] - 3179:1
**Ubben** [11] - 3218:13, 3218:15, 3229:4, 3244:7, 3263:4, 3265:21, 3267:21, 3268:14, 3269:17, 3270:3, 3270:12
**Ubben's** [1] - 3268:7
**under** [10] - 3172:13, 3174:5, 3202:3, 3232:3, 3281:23, 3284:10, 3285:21, 3288:7, 3294:9, 3294:14
**underneath** [1] - 3248:8
**underwear** [1] - 3257:14
**unexpected** [1] - 3222:8
**uniform** [1] - 3217:22
**uniforms** [1] - 3224:22
**UNISON** [3] - 3177:8, 3177:10, 3237:10
**UNITED** [3] - 3169:1, 3169:3, 3169:10
**United** [3] - 3169:13, 3172:3, 3304:11
**unknown** [1] - 3226:6
**unless** [2] - 3176:13, 3191:19
**unload** [1] - 3265:6
**unloaded** [1] - 3265:13
**unusual** [1] - 3251:7
**up** [202] - 3175:16, 3175:17, 3176:15, 3183:7, 3185:6, 3185:10, 3186:10, 3189:21, 3190:4, 3190:5, 3190:14, 3191:1, 3192:2, 3192:3, 3192:23, 3194:7, 3196:24,

3197:22, 3199:24, 3200:16, 3202:14, 3203:15, 3203:16, 3203:18, 3204:6, 3205:11, 3207:6, 3207:11, 3207:12, 3207:19, 3207:20, 3208:5, 3208:7, 3208:20, 3210:19, 3212:2, 3212:4, 3212:9, 3212:14, 3212:17, 3213:14, 3213:18, 3213:24, 3214:2, 3214:4, 3214:11, 3214:12, 3214:15, 3214:19, 3215:1, 3215:13, 3215:18, 3215:23, 3215:25, 3216:1, 3216:3, 3217:17, 3217:18, 3217:19, 3218:12, 3218:18, 3218:19, 3219:11, 3219:12, 3219:17, 3219:23, 3220:14, 3221:12, 3221:13, 3222:16, 3223:12, 3225:12, 3225:25, 3226:13, 3226:14, 3226:16, 3226:25, 3227:3, 3227:9, 3227:13, 3227:25, 3228:2, 3228:9, 3229:2, 3229:3, 3229:14, 3229:22, 3230:23, 3231:4, 3232:6, 3232:12, 3232:16, 3233:1, 3233:2, 3234:3, 3234:19, 3234:21, 3235:25, 3236:1, 3236:2, 3236:3, 3236:4, 3236:11, 3237:21, 3237:24, 3239:18, 3240:22, 3241:1, 3241:9, 3241:18, 3241:21, 3242:4, 3242:24, 3243:14, 3243:19, 3243:20, 3244:8, 3244:23, 3245:8, 3245:25, 3246:17, 3248:8, 3249:3, 3249:4, 3249:5, 3249:19, 3251:5, 3251:8, 3251:9, 3252:3, 3255:11, 3255:24, 3256:13, 3257:2, 3257:6, 3257:9, 3257:10, 3257:25, 3258:1,

3258:5, 3258:7, 3258:16, 3259:5, 3259:10, 3260:1, 3260:10, 3261:9, 3261:11, 3261:17, 3262:3, 3262:7, 3262:13, 3262:19, 3262:22, 3262:24, 3263:2, 3263:4, 3263:9, 3263:11, 3263:23, 3264:2, 3264:12, 3264:25, 3265:15, 3265:20, 3265:25, 3266:12, 3267:9, 3267:13, 3267:14, 3267:18, 3267:25, 3268:6, 3268:24, 3269:6, 3269:14, 3271:25, 3272:1, 3273:1, 3273:8, 3273:12, 3273:16, 3275:17, 3275:21, 3276:12, 3276:13, 3277:10, 3278:19, 3278:24, 3279:20, 3279:21, 3280:7, 3280:8, 3281:7, 3290:11, 3302:14
**up-armored** [1] - 3228:2
**up/down** [2] - 3195:11, 3195:14
**upcoming** [1] - 3260:9
**urgent** [2] - 3200:4, 3200:10

### V

**Valley** [1] - 3231:12
**vehicle** [66] - 3199:3, 3201:21, 3202:7, 3202:15, 3202:17, 3202:21, 3202:23, 3203:3, 3203:23, 3203:24, 3204:7, 3204:8, 3204:11, 3205:3, 3205:4, 3205:5, 3205:23, 3206:18, 3206:20, 3208:5, 3210:18, 3212:8, 3217:4, 3218:4, 3218:8, 3218:13, 3218:23, 3219:5, 3219:6, 3230:20, 3230:23, 3234:4, 3234:6, 3234:7, 3236:18, 3236:21, 3238:18, 3238:19, 3239:15, 3240:11, 3242:24,

3250:3, 3250:8, 3272:23, 3273:10, 3273:11, 3276:21, 3276:22, 3277:3, 3277:7, 3277:10, 3277:11, 3277:19, 3277:22, 3278:1, 3278:4, 3278:6, 3278:12
**vehicles** [32] - 3197:20, 3201:20, 3202:1, 3203:2, 3207:14, 3207:22, 3208:7, 3209:24, 3216:25, 3227:24, 3228:1, 3234:3, 3242:12, 3247:23, 3247:25, 3250:5, 3250:7, 3251:2, 3272:12, 3272:14, 3273:21, 3275:15, 3275:16, 3275:17, 3275:18, 3276:14, 3276:17, 3277:22, 3282:9, 3283:24
**venues** [1] - 3180:14
**versions** [2] - 3297:16, 3297:17
**versus** [1] - 3240:16
**vest** [1] - 3231:2
**vicinity** [2] - 3208:10, 3251:15
**video** [2] - 3172:13, 3172:16, 3172:17, 3177:2, 3238:8, 3245:18, 3254:23, 3276:5, 3276:13, 3277:2, 3296:7, 3296:16, 3296:18, 3297:23, 3298:18, 3300:9, 3300:10, 3300:21, 3301:13, 3301:24, 3302:6
**Video** [13] - 3205:19, 3206:21, 3238:7, 3238:10, 3239:20, 3273:25, 3276:19, 3277:6, 3277:9, 3277:18, 3277:21, 3277:25, 3278:3
**videos** [2] - 3300:25, 3301:18
**view** [11] - 3186:14, 3206:11, 3213:19, 3235:9, 3235:10, 3244:17, 3261:16, 3261:23, 3292:16, 3296:16, 3300:4
**viewpoint** [1] - 3235:7
**villa** [5] - 3215:4,

3219:10, 3219:14, 3221:5, 3227:5
**Villa** [9] - 3216:10, 3218:20, 3219:2, 3221:5, 3221:11, 3227:5, 3229:19, 3229:24, 3232:20
**violating** [1] - 3287:22
**vision** [6] - 3214:13, 3240:20, 3243:10, 3243:11, 3244:22, 3247:4
**visit** [1] - 3189:18
**voice** [3] - 3202:4, 3204:17, 3204:18
**volley** [1] - 3234:23
**vs** [2] - 3169:5, 3172:4
**vu** [1] - 3292:24

### W

**wait** [6] - 3194:12, 3194:15, 3203:12, 3237:9, 3237:10, 3300:10
**waiting** [1] - 3192:2, 3203:13, 3218:3, 3245:7, 3256:1, 3256:20, 3260:11, 3260:13, 3272:11, 3272:21, 3274:22
**WALEED** [1] - 3170:2
**walk** [3] - 3185:10, 3266:13
**walked** [10] - 3208:21, 3212:7, 3213:13, 3216:19, 3230:2, 3241:16, 3249:2, 3256:23, 3265:16, 3272:25
**walking** [10] - 3194:21, 3217:9, 3251:10, 3251:19, 3255:13, 3261:24, 3261:25, 3262:5, 3262:9, 3263:11
**wall** [18] - 3182:20, 3182:24, 3183:2, 3184:14, 3185:3, 3185:6, 3185:17, 3186:6, 3215:23, 3223:12, 3240:23, 3244:25, 3246:18, 3261:23, 3263:10, 3270:13, 3271:3, 3276:7
**walls** [3] - 3183:8, 3212:13, 3226:17
**wants** [2] - 3292:8, 3293:11

**War** [1] - 3290:1
**warrants** [1] - 3302:24
**Washington** [5] - 3169:16, 3169:20, 3170:4, 3170:10, 3304:12
**watch** [1] - 3254:25
**watching** [2] - 3225:3, 3279:17
**water** [3] - 3177:19, 3243:17, 3245:5
**weapon** [8] - 3201:20, 3204:9, 3208:21, 3212:7, 3214:18, 3260:23, 3260:24, 3268:9
**weapons** [23] - 3210:12, 3222:20, 3229:6, 3229:7, 3252:13, 3268:3, 3268:5, 3268:6, 3268:7, 3275:22, 3282:8, 3283:1, 3283:23, 3289:15, 3289:18, 3289:22, 3290:9, 3290:15, 3292:15, 3292:17, 3293:24, 3295:21, 3295:23
**wear** [1] - 3222:10
**wearing** [2] - 3222:11, 3222:12
**Wednesday** [1] - 3169:4
**week** [7] - 3173:8, 3174:7, 3176:9, 3190:4, 3254:5, 3297:21, 3302:19
**weekend** [2] - 3174:13, 3300:7
**weeks** [2] - 3189:21
**weight** [1] - 3278:17
**west** [2] - 3185:21, 3219:1
**western** [2] - 3184:13, 3185:3
**wet** [1] - 3248:12
**what-ifs** [1] - 3240:10
**whereabouts** [1] - 3288:2
**white** [1] - 3272:5
**whole** [14] - 3221:9, 3228:20, 3230:3, 3232:13, 3233:7, 3250:4, 3251:16, 3259:25, 3264:10, 3264:17, 3273:18, 3290:15, 3298:18, 3300:18
**wide** [4] - 3216:21,

3222:3, 3227:2, 3267:2
**wife** [1] - 3200:12
**willing** [1] - 3295:25
**window** [14] - 3219:18, 3220:3, 3220:14, 3222:1, 3229:15, 3229:16, 3229:20, 3229:25, 3230:9, 3232:13, 3232:18, 3232:21, 3247:5
**windows** [7] - 3215:5, 3215:6, 3227:1, 3227:19, 3230:13, 3273:2, 3273:3
**windshield** [1] - 3273:3
**wire** [1] - 3183:3
**WITNESS** [6] - 3171:2, 3177:20, 3195:15, 3195:19, 3195:21, 3199:12
**Witness** [1] - 3185:25
**witness** [18] - 3172:21, 3173:3, 3175:14, 3176:12, 3184:9, 3195:9, 3195:12, 3233:20, 3253:6, 3253:8, 3254:15, 3270:7, 3271:2, 3282:2, 3287:23, 3291:7, 3292:25, 3293:8
**witnesses** [4] - 3173:18, 3174:3, 3175:17, 3175:18
**Woods** [3] - 3187:3, 3196:1, 3280:4
**words** [1] - 3204:22
**workers** [1] - 3294:23
**World** [1] - 3289:25
**worry** [1] - 3266:11
**worse** [1] - 3266:3
**wound** [1] - 3205:11
**wounded** [1] - 3175:13
**wounds** [1] - 3264:6
**wrist** [1] - 3265:24
**write** [1] - 3189:1
**writing** [2] - 3291:24, 3294:8
**wrote** [3] - 3282:24, 3284:24, 3285:19

### Y

**yards** [1] - 3223:1
**year** [1] - 3281:9
**years** [3] - 3172:16, 3296:10, 3301:15
**yelled** [4] - 3203:13,

3213:11, 3223:16,
3224:8
**yelling** [9] - 3203:16,
3205:2, 3213:1,
3213:3, 3213:11,
3224:11, 3224:14,
3227:21, 3240:23
**yellow** [1] - 3180:9
**yesterday** [6] -
3172:16, 3296:15,
3297:2, 3297:15,
3297:24, 3301:9
**yourself** [5] - 3177:18,
3178:1, 3231:21,
3266:13, 3271:11

## Z

**zipping** [1] - 3246:16
**Zombie** [6] - 3180:7,
3186:7, 3242:25,
3243:2, 3251:7,
3255:13
**zone** [1] - 3246:7
**zoom** [1] - 3183:22