IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )    CR No. 14-141
                                     )
                                     )    Washington, D.C.
       vs.                           )    October 25, 2017
                                     )    1:20 p.m.
AHMED SALIM FARAJ ABU KHATALLAH,     )
                                     )    Day 16
            Defendant.               )    Afternoon Session
_____)


                TRANSCRIPT OF JURY TRIAL
        BEFORE THE HONORABLE CHRISTOPHER R. COOPER
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          John Crabb, Jr.
                             Michael C. DiLorenzo
                             Opher Shweiki
                             U.S. ATTORNEY'S OFFICE
                             Judiciary Center Building
                             555 Fourth Street, NW
                             Room 11-844
                             Washington, D.C. 20530
                             (202) 252-1794
                             John.D.Crabb@usdoj.gov
                             julieanne.himelstein@usdoj.gov
                             michael.dilorenzo@usdoj.gov
                             opher.shweiki@usdoj.gov


For the Defendant:           Mary M. Petras
                             Michelle M. Peterson
                             FEDERAL PUBLIC DEFENDER
                             FOR D.C.
                             625 Indiana Avenue, NW
                             Suite 550
                             Washington, D.C. 20004
                             (202) 208-7500 Ext. 109
                             mary_petras@fd.org
                             shelli_peterson@fd.org

APPEARANCES CONTINUED

For the Defendant:              Eric Leslie Lewis
                                Jeffrey D. Robinson
                                Waleed Elsayed Nassar
                                LEWIS BAACH
                                KAUFMANN MIDDLEMISS PLLC
                                1899 Pennsylvania Avenue, NW
                                Suite 600
                                Washington, D.C. 20006
                                (202) 833-8900
                                eric.lewis@lbkmlaw.com
                                Jeffrey.Robinson@lbkmlaw.com
                                waleed.nassar@lbkmlaw.com


Interpreter:                    Sara Kamel
                                Ghada Attieh

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                U.S. District Court
                                for the District of Columbia
                                333 Constitution Avenue, NW
                                Room 6511
                                Washington, D.C. 20001
                                (202)354-3249

                                WilliamPZaremba@gmail.com


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

WITNESSES            DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

JONATHAN TIEGEN             3350    3380
MICHAEL CLARKE        3398

1                P R O C E E D I N G S

2           DEPUTY CLERK:  All rise.  This court is again in

3      session.  Please be seated and come to order.

4           THE COURT:  All right.  Welcome back.

5           MS. PETERSON:  Thank you, Your Honor.

6           THE COURT:  Just for the record, that clunk you

7      heard was inadvertent.  It was not the intentional, in case

8      there was any doubt.

9           MS. PETERSON:  Your Honor, I don't know what order

10     the Court wants to do things.  But I wanted to just alert

11     the Court that over the lunch break, we were able to find,

12     it's not a D.C. Circuit case; it's a middle District of

13     Tennessee case, but *Brumley* versus --

14          THE COURT:  Close.

15          MS. PETERSON:  I figured you would like that.

16          *Brumley versus Brumley & Sons*, 2010

17     Westlaw 274968, at pages 4 and 5, from the Middle District

18     of Tennessee in 2010.  It was reversed in part on other

19     grounds but not on the ground I'm about to tell the Court,

20     which is that the Court said opposing party had made a weak

21     argument on the admissibility of a co-author's -- of a

22     statement about a co-author because, and their argument was

23     that be didn't write it; he merely corroborated on it.

24          And the second argument they made was he couldn't

25     tell which statements were attributed to that co-author

1   versus the other co-author.  And the Court -- that Court

2   said, "Too bad."

3           THE COURT:  Could I see the book, please?

4           MS. PETERSON:  See the book?  Sure.

5           THE COURT:  Yeah.

6           You know, I avoided reading this book so as not to

7   taint any opinion I might have about the case, but I'm now

8   regretting that decision.

9           Okay.  Here's how I've come out on this.

10          If there's a statement in the book, I think

11  there's a good-faith basis for Ms. Peterson to inquire about

12  it.

13          As to relevance, I don't know what all you plan on

14  asking him about; but at least with respect to the line of

15  questioning that you pursued before lunch, questioning

16  regarding the proliferation of weapons in Benghazi is

17  relevant, at least to the issue of access to mortars, which

18  is obviously an issue the government has raised in its

19  404(b) notice.

20          I think subjects covered in the book are subject

21  to hearsay objections.  My understanding, which is confirmed

22  by the cover of the book, is that this was written by

23  someone, Mitchell Zuckoff, with the collaboration of this

24  gentleman and several other people on the team.

25          I think it's a fair assumption that even if this

```
1    fellow does not have reason to doubt what's in the book,
2    there still could be information that is not based on his
3    personal knowledge but what other people saw and told
4    Mr. Zuckoff, who wrote the book.
5              So I'm not going to let him testify about things
6    that are beyond his personal knowledge, either during the
7    September 10th through September 12th time period or when he
8    may be been in Benghazi prior to that.
9              With respect to the scope objection, I will give
10   the defense some leeway to explore pertinent, relevant
11   matters that are within Mr. Tiegen's personal knowledge.
12   And we'll just see where that goes beyond the weapons issue.
13             MS. PETERSON:  Your Honor, I believe that this,
14   most of the rest of my questions that come out of the book
15   have to do with what happened that night.  So I think --
16             THE COURT:  Okay.
17             MS. PETERSON:  -- we're fine.
18             THE COURT:  Well, good.
19             MS. PETERSON:  There is -- I'm sorry.
20             There's one other issue that I think we should
21   approach to put on the record.
22             MR. DiLORENZO:  Sure.
23             (Bench conference)
24             MS. PETERSON:  On September 28th, the government
25   provided us a letter indicating that the Office --
```

```
1              THE COURT:  Which year?
2              MS. PETERSON:  -- of General Counsel --
3         Pardon?
4              THE COURT:  Which year?
5              MS. PETERSON:  Oh, I'm sorry.  2017.
6              THE COURT:  This year.
7              MR. DiLORENZO:  This isn't a discovery objection,
8    so I know you're --
9              MS. PETERSON:  This is just making a record of it
10   for how we'll have to tie it together later.
11             The -- provided notice that the Office of the
12   General Counsel for the CIA had referred Mark Geist, John
13   Tiegen, and Witness 199, who is D.B. Benton, to the
14   Department of Justice's National Security Division for
15   possible violations of federal criminal law for the
16   unauthorized disclosure of classified information in
17   connection with this book, which was published on
18   September 9th of 2014.
19             I am not going to ask the witness about it since
20   he said he doesn't -- since the government has represented
21   that he doesn't know about this investigation.  And I don't
22   have a good-faith basis to believe that he does; however,
23   the witness indicated that he thought the book had been --
24   that he had complied with the rules and the book had been
25   published.
```

1          Under auspices, I do intend to put the government

2    on notice that we intend to call someone to testify that, in

3    fact, he had violated that non-disclosure agreement by

4    publishing the book.  Both he and Mr. Geist and Mr. Benton

5    if he also testifies, violated their non-disclosure

6    agreements by publishing the book without the approval of

7    the CIA, because it goes to his credibility.

8          MR. DiLORENZO:  I think his testimony was he

9    thought the attorney handled that and he thought it was

10   fine.  That's what he said.

11         MS. PETERSON:  I can't say that if an attorney

12   takes care of something for me, I can just wash my hands of

13   it.

14         MR. DiLORENZO:  No, it doesn't --

15         MS. PETERSON:  He signed a non-disclosure

16   agreement saying he would not publish without approval.

17         MR. DiLORENZO:  Right.

18         But it's not relevant whether or not he violated

19   or whether he was subject to a referral.

20         What's relevant is his state of mind if he

21   believes that, because then his argument that he would

22   have -- that he would curry favor and check with his prior

23   employer that he was never notified by them.  We never

24   notified him as well.  He provided an explanation.  If

25   there's something that impeaches his explanation, that would

1  be admissible.

2          THE COURT:  Well, you can ask him on redirect

3  about that.

4          MR. DiLORENZO:  I mean, the government, I actually

5  see no reason to do any redirect.

6          Defense counsel covered that in her cross.  His

7  response was, "I don't know.  I thought the attorney covered

8  that."  And he didn't feel that he was at all placed in

9  jeopardy, so I have no intention to cover it in redirect.

10          MR. PETRAS:  It was the fact of the investigation.

11  And I'm not asking about that because the government has

12  made representations, and I trust that they're being

13  truthful, that he did not know about an investigation.

14          So I'm not going to ask him about that, because

15  that is simply a matter of bias and currying favor.

16          However, he is aware of the rules that he has to

17  get a non-disclosure agreement; he has to get prior

18  approval.  And he didn't do that.  And that goes to his

19  credibility.

20          THE COURT:  There was never a finding, correct?

21          MR. DiLORENZO:  In fact, there was a declaration.

22          MS. PETERSON:  They decided not to prosecute him

23  for it.  That doesn't mean he didn't do it.

24          THE COURT:  There was never a finding either way?

25          MS. PETERSON:  I think I should be -- I'm not

```
1    going to do it with this witness now because he doesn't
2    know.  But I think I'm entitled to call someone from the CIA
3    to say he did not get authorization from the CIA to disclose
4    the information that's contained in the book.
5              I mean, it's become obvious.  The government
6    indicated that in their CIPA proceedings.  This is not a
7    secret.
8              THE COURT:  We'll think about that.
9              MS. PETERSON:  Okay.
10             MR. DiLORENZO:  And just while we're here --
11   actually, I appreciate the Court's kind of analysis dealing
12   in a more structured way than we did in argument, the
13   different objections, like beyond the scope, the hearsay.
14             I would point out that looking at the book, a lot
15   of what is in the book, clearly the witness doesn't have
16   personal knowledge of.  In fact, there's events that
17   pre-dated his deployment and actually pre-dated his birth.
18             So a lot of the statements in there, which, one,
19   I don't believe can be directly attributed to him, he
20   certainly would have personal knowledge.
21             MS. PETERSON:  I don't intend to inquire about
22   those.  As I've indicated, the rest of my injury with
23   respect to the book is about what happened that night.
24             THE COURT:  I trust you, Ms. Peterson.
25             MS. PETERSON:  Yeah.
```

1            THE COURT:  Just be careful, because obviously if

2      you read from the book, isn't it true, and he was getting

3      all that information, and I would instruct them --

4            MS. PETERSON:  And the only reason I did that was

5      because the government said I had to stick with the back.

6      So I was trying to be careful.  But I won't refer to the

7      book unless he says something different.

8            MR. CRABB:  But I appreciate that.

9            But actually like leading with the book, it's --

10     what it's doing is injecting hearsay statements.  It's

11     saying like, Isn't it true that this book, when it was

12     written, that -- that's not relevant.  It becomes -- it's

13     hearsay.  That is an out-of-court statement.

14           Were that out-of-court statement to come into

15     evidence, there has to be a hearsay exception.  You know,

16     one of the most obvious would be a prior inconsistent

17     statement.

18           So really the proper question is, Isn't it true

19     this?

20           And then if there's a denial, Isn't it true that

21     you said in the past, you know -- you know, usually you're

22     looking at like an author.  Isn't it true that you said in

23     the book this?  And then you get his --

24           MS. PETERSON:  And I appreciate that.

25           THE COURT:  I agree.

1          MS. PETERSON:  I would have done it that way.

2          THE COURT:  I agree.  Ask him the affirmative

3    question and see what he says.

4          MS. PETERSON:  I would have done it that way had I

5    not been told to stick to the book.

6          THE COURT:  I understand.

7          On witnesses, how much longer do you think you're

8    going to need with Tiegan?

9          MS. PETERSON:  I don't think it's going to be a

10   very long cross, because there's -- I have a few clips that

11   I'm going to play that I've showed to Mr. DiLorenzo.  They

12   take about 30 seconds.

13         THE COURT:  So Geist is not here?

14         MR. DiLORENZO:  Well, can I respond to that and

15   then answer the Court's question?  Sorry.

16         So I'll answer the Court's question.

17         THE COURT:  Take it away.

18         MR. DiLORENZO:  What we have next on deck is

19   Clarke for this afternoon and Geist is available tomorrow

20   morning.  I think what we'll do is just wait until the end

21   of the day and then we talk and decide who -- we want to

22   break up our witnesses as little as possible.

23         One concern, I guess, defense had was possibly the

24   way things are going, I don't think we could get to

25   Clarke's -- Special Agent Clarke this week if we tried,

1    because we have Tiegan, who's going to take another hour or

2    so.

3              Our plan was to continue with Special Agent

4    Clarke.  Geist is available tomorrow morning.  I hate to

5    break it up.  But we could call Geist tomorrow, get him out,

6    and then continue with Clarke's direct or the ISR

7    authentication witnesses.  I think that actually takes us to

8    the end of the day, and that solves defense --

9              MS. PETERSON:  Well, it solves --

10             THE COURT:  We'll just have two hours of downtime

11   this afternoon.

12             MR. DiLORENZO:  I'm sorry?

13             THE COURT:  We would just have two hours of

14   downtime this afternoon.

15             MR. DiLORENZO:  And my preference would be, like

16   the Court said, is to move forward, at least get some of the

17   direct.

18             What I'm hoping is -- we foresee Clarke's

19   testimony coming in kind of two chunks.  The first chunk is

20   much what the Court saw during the motions hearing, the

21   voluntariness; and the second would be the substance.  So we

22   would try to get through the first part and then --

23             THE COURT:  And then take Geist out of order?

24             MR. DiLORENZO:  Yes.

25             We could do that.  It would be a logical break if

1   we were to do a break.

2            MS. PETERSON:  I'd have to consult with Ms. Petras

3   about this, but I think her concern remains breaking, giving

4   the jury Agent Clarke and then bringing on Geist in the

5   middle of Agent Clarke's testimony when he's clearly a

6   sympathetic witness.

7            THE COURT:  But that would be done --

8            MS. PETERSON:  I understand.  We'll consult.

9            THE COURT:  -- to satisfy her concern about having

10  the weekend.

11           MS. PETERSON:  We'll consult over the break.

12           THE COURT:  You can't have it both ways.

13           MR. DiLORENZO:  Oh, and then the second thing was,

14  the audios, Ms. Peterson shared with me some audios.  And

15  this is actually -- these are prior statements by the

16  witness, unlike the book.

17           However, a lot of them are clearly based on things

18  that have occurred.  They appeared for the most part to be

19  interviews.

20           And what he's doing in the interviews, he's

21  assessing who he thinks particular individuals are.  He

22  indicates one thing that's inconsistent with the defense

23  theory of the case, that he believes that some of -- in

24  these prior interviews, that some of the people that helped

25  return the body, he believed were associated with Gaddafi.

1            But he doesn't speak Arabic.  I mean, and I know

2    he has no basis.  It's something that's based on something

3    that he may have heard.

4            THE COURT:  Is there a non-hearsay basis for the

5    statements that were his prior statements?

6            MS. PETERSON:  Yeah.  These are his prior

7    statements.  If he confirms them --

8            THE COURT:  There's still two levels of hearsay.

9            MS. PETERSON:  I'm going to ask him if it's true

10   that Libya Shield -- he says on the statement that Libya

11   Shield escorted them here and there.  He said that again

12   today here.  So I probably wouldn't play that clip.  There's

13   a clip -- because he's already said it.

14           There's a clip that says -- all of these would

15   just be if he says something inconsistent.

16           There's a clip where he says that he believes that

17   February 17th had flipped on them and is shooting at them.

18   That is inconsistent with what he said here.  I still don't

19   know if I'll use it or not because it depends on how the

20   cross goes from here on out.  I'm only using these as prior

21   inconsistent statements if they're inconsistent.

22           Then there is one that is -- clearly goes to his

23   credibility, which is he believes that the Obama

24   Administration and Hillary Clinton personally set him up to

25   be killed in Benghazi.  And that goes to his credibility.

```
 1              THE COURT:  What's the relevance of that?
 2              MS. PETERSON:  Credibility.  It's as if I -- if I
 3   were to call a witness who believes in little green men, the
 4   jury is entitled to assess this witness' credibility.  He is
 5   on the talk show circuit.  He's telling people on the radio,
 6   talk radio, that he believes that these stand-down orders,
 7   which we're going to ask him about, came from the top, came
 8   from the Obama Administration and Hillary Clinton, and were
 9   designed to make sure that he didn't get out alive.
10              THE COURT:  Does this relate to the stand-down
11   order?
12              MS. PETERSON:  Yes, this is the stand-down order.
13              MR. DiLORENZO:  First of all, what I heard, that's
14   quite an overstatement, that he's attributed it to Obama,
15   the administration.  And what he's clearly doing, he's
16   speculating as to why help didn't come.
17              And he didn't do it at that level.  He basically
18   said -- and he voiced some frustration that help didn't
19   come.
20              And -- but he has no firsthand knowledge about
21   that.
22              MS. PETERSON:  Your Honor, it goes to his
23   credibility.  I could have played -- I could have played
24   20 hours of this guy saying these kind of crazy things all
25   over the country.
```

1        I picked one that I could easily segregate out the

2   other person who was talking so that it's not a problem of

3   the debate going back and forth between him and the radio

4   host.

5        I could play the whole hour-long interview, and

6   you'll get all kinds of great conspiracy theories.  But this

7   is the one that goes with his --

8        MR. DiLORENZO:  If the Court wants to hear it --

9   I just listened to five.  I listened to them just before the

10  Court came out, and I think it probably would be best if the

11  Court listened to it.

12       I don't see its relevance.  He's speculating as to

13  why --

14       MS. PETERSON:  They want the jury to believe

15  that --

16       THE COURT:  Why -- I mean, let's assume you're

17  right for the sake of argument, that it goes to his

18  credibility.  Why does it show that he is not testifying

19  truthfully today?

20       MS. PETERSON:  Because if you can't believe --

21       THE COURT:  Because he's mentally unstable in some

22  way?  Is that --

23       MS. PETERSON:  Because he is part of the political

24  maelstrom that came about as a result of this thing.  He is

25  out there testifying in Congress.  He's out there pushing

1    his book and his movie.  And he is out there in -- on

2    right-wing radio talk shows saying that everything that

3    happened there was the fault of the Obama administration and

4    Hillary Clinton.  He's done that throughout the election.

5    He's said that he testified --

6            THE COURT:  I'm not going to allow that.

7            It's --

8            MR. DiLORENZO:  It's very inflammatory.

9            THE COURT:  I think they're 403 issues, and

10   I don't think it's goes directly to his credibility.

11           MS. PETERSON:  Am I allowed to ask the witness

12   whether --

13           THE COURT:  You can ask him about pumping his book

14   and making money off of it and exploiting it and all that.

15           But I don't want to get into conspiracy theories

16   and Secretary Clinton.  That's not allowed, okay?

17           MS. PETERSON:  So I'm not allowed to ask him

18   whether he believes that the stand-down orders came from

19   Washington?  Because I'm going to talk to him about the

20   stand-down orders.  I just want to make sure how far I can

21   go.

22           MR. DiLORENZO:  I'm not sure --

23           THE COURT:  And the relevance again for that is --

24           MS. PETERSON:  It's his credibility.

25           There have been Senate reports saying that there

```
 1   were no stand-down orders, and he insists to this day that

 2   he was given three stand-down orders.

 3              THE COURT:  So the argument is that he has been

 4   untruthful in the past --

 5              MS. PETERSON:  Yes.

 6              THE COURT:  -- as shown by these Senate findings?

 7              MR. DiLORENZO:  Sure.

 8              THE COURT:  Let me think about it.

 9              With respect to the hearsay statements within

10   his -- so one more time.  He has made statements relaying

11   what other people have told him -- what's the hearsay

12   argument?

13              MS. PETERSON:  I don't think it's hearsay, because

14   it's more that.  I think their argument is that it's

15   speculation.

16              MR. DiLORENZO:  It is.

17              And it's very inflammatory.

18              There was some --

19              THE COURT:  I'm not talking about the political

20   stuff.

21              MR. DiLORENZO:  Sure.

22              THE COURT:  But the first thing that we started

23   talking about --

24              MS. PETERSON:  The first clips will only come up

25   if he says something different.  But he says that the people
```

1  who came to the airport were Gaddafi loyalists.  And then he

2  later refers to them as Libya Shield, which is who they are.

3        But whether he believed them to be Gaddafi

4  loyalists or not is irrelevant.  We're certainly not

5  offering that for the truth of the matter asserted because,

6  in fact, we believe it to not be true.

7        But we do believe it to be true that the Libya

8  Shield are the people who rescued --

9        THE COURT:  So it's a prior inconsistent

10 statement?

11        MS. PETERSON:  Well, only if he says he didn't, if

12 he says something different today.

13        But he said, and I'm going to ask him:  You have

14 said repeatedly on talk radio that but for Libya Shield

15 rescuing and -- rescuing you and doing this, you all would

16 have been dead.

17        That's what he said.

18        Libya Shield, the government has portrayed

19 these -- Wissam Bin Hamid, through other witnesses, as being

20 a bad guy.  Witness 234 said he was a terrorist that came to

21 our client.  He is the person who saved the Americans, got

22 them from the airport to the annex, stayed at the annex with

23 the Americans, got them back, and got the body.

24        Bilal has insisted that he is the person who

25 brought the body back.  That is completely inconsistent with

```
 1    what this gentleman says, and I'm entitled to bring that
 2    out.
 3              MR. DiLORENZO:  So, first, he's basically
 4    testified that this group -- I don't know if he testified
 5    this group provided the convoy and he may believe that it
 6    helped them.
 7              I guess his basis of knowledge as to who this
 8    group is, it would have been something that Americans told
 9    him.  He doesn't speak Arabic.
10              MS. PETERSON:  He's been -- that's why it was
11    relevant how long he's been in Benghazi and his experience
12    with these groups.  There is classified information that
13    would make it clear that he knows who these people --
14              THE COURT:  I'll let you ask him about that.  You
15    can clean that up on redirect, okay?
16              MR. DiLORENZO:  Sure.
17              (Open court)
18              MS. PETERSON:  Your Honor, I'm going to mark --
19              THE COURT:  Why don't we get started --
20              MS. PETERSON:  Yeah.
21              THE COURT:  -- and then at the next break, we can
22    deal with the remaining dates.
23              MS. PETERSON:  I just wanted to mark the letter I
24    referred to at the bench as 143 so it's part of the record.
25              THE COURT:  Very well.
```

```
 1              (Jury entered the courtroom.)

 2              THE COURT:  Why don't you all approach.

 3              (Bench conference off the record.)

 4              THE COURT:  All right.  Welcome back, ladies and

 5    gentlemen.  We just have one quick issue to deal with.

 6              (Bench conference)

 7              MS. PETERSON:  The interpreter is just asking for

 8    a better English definition.  So I don't know, it's -- he

 9    has --

10              MR. NASSAR:  She's just having a hard time finding

11    the Arabic.

12              THE COURT:  Oh, I understand.

13              Can you help her?

14              MR. NASSAR:  I could, yeah.

15              THE COURT:  Just tell her --

16              Okay.  The other thing is, I'll let you explore

17    with him findings that are adverse to his view that

18    stand-down orders came from Washington.  I think that is a

19    prior inconsistent statement.

20              MS. PETERSON:  So I can ask him whether he's

21    expressed the view that the stand-down orders came from

22    Washington?

23              THE COURT:  Right.  If he says "yes," you can ask

24    him --

25              MS. PETERSON:  And you're aware that the select
```

1    committee found out --

2              THE COURT:  -- about findings that are

3    contradictory to that, without going into Secretary Clinton

4    or Barack Obama or anything like that.

5              MR. DiLORENZO:  And, really --

6              THE COURT:  Because from what I understand, that

7    is a view that has not been credited or has been

8    discredited; is that fair?

9              MS. PETERSON:  It's certainly been discredited by

10   everyone except for the right-wing talk radio that he goes

11   to.

12             THE COURT:  Officially.  Any --

13             MR. DiLORENZO:  Right.

14             And the witness testified that, when he testified

15   today, he wanted to leave the chief of base -- you know, he

16   said, you know, they want to believe right away, the chief

17   of base said -- he used the word in his testimony "stand

18   down."  And I think it was just a matter of minutes --

19             THE COURT:  You can rehabilitate.

20             MR. DiLORENZO:  And he has firsthand on knowledge

21   about that.  Anything else, he does not have firsthand

22   knowledge.

23             THE COURT:  But let's see whether he said that.

24             MR. DiLORENZO:  Okay.

25             (Open court)

1          THE COURT:  All right.  Welcome back, everyone.

2     I hope you had a good lunch.  We will continue with

3     Mr. Tiegen's cross-examination.

4                              -  -  -

5     JONATHAN TIEGEN, WITNESS FOR THE GOVERNMENT, HAVING BEEN

6     PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

7     FOLLOWS:

8                              -  -  -

9               CROSS-EXAMINATION (CONTINUED)

10    BY MS. PETERSON:

11         Q    Good afternoon, Mr. Tiegen.

12         A    Good afternoon.

13         Q    You indicated that you had gone out earlier in the

14    evening, right?

15         A    Yes.

16         Q    And that you went past Fourth Ring Road.  Was that

17    between 8:30 and 9:00?

18         A    Yes, it was.

19         Q    And at that time, you didn't see signs of a lot of

20    people around in that area, right?

21         A    No, I did not.

22         Q    And you returned to the annex at around 9:00;

23    is that right?

24         A    We probably got there after 9:00, just a little

25    bit after.

3351

1    Q    Do you recall being interviewed by FBI agents
2    shortly after the attack?
3    A    I don't think it was until we got back to the
4    states.
5    Q    Right.  About September 25th, 2012 seem about
6    right?
7    A    It could have been right around there.
8    Q    Okay.  And do you think that your recollection was
9    sharper back in September 25th, 2012, about when things
10   happened or today?
11   A    I definitely say it's probably sharper back then.
12   Q    And do you recall telling the agents that
13   interviewed you that you returned to the annex around
14   9:00 p.m.?
15   A    Most likely I said that.
16   Q    And you think that's accurate?
17   A    Yes.
18   Q    And then it was about a half an hour later, around
19   9:30, when you got word that the mission was under attack;
20   is that right?
21   A    It was sometime around that.
22   Q    And you, yourself, heard gunfire and explosions
23   coming from that area, right?
24   A    Yes, I did.
25   Q    And you were concerned about your State Department

3352

```
 1   employees that were at the mission, right?
 2        A    Yes.  Once I found out they been overrun, I did,
 3   yes.
 4        Q    Right.
 5             And you wanted to respond immediately, right?
 6        A    Of course, yes.
 7        Q    And so you and your fellow GRS operatives got your
 8   stuff together and were ready to go within minutes of
 9   getting word that they needed help, right?
10        A    Yes, I would say within five, ten minutes.
11        Q    Five -- and you were told to stand down by the
12   CIA base chief, Bob, right?
13        A    Yes.
14        Q    And you got very frustrated by that, right?
15        A    Yes, I did.
16        Q    In fact, you were told to stand down on more than
17   one occasion, right?
18        A    I was not, no.  I was just one time --
19        Q    Just once for you?
20        A    -- directly.  Yes.
21        Q    Okay.
22             But a fair amount of time passed between when you
23   were told to stand down and when you decided to leave, even
24   though you hadn't been told you could leave, right?
25        A    Yes.
```

1        Q    And, again, that was frustrating for you,

2   I'm sure, right?

3        A    Yes, it was.

4        Q    And you were concerned, were you not, that that

5   stand-down order -- let's take a step back.

6             At the time you got the stand-down order, had you

7   been observing Bob on the phone?

8             MR. DiLORENZO:  I just object to the

9   characterization as an order.  I think he testified on

10  direct.

11  BY MS. PETERSON:

12       Q    Sir, would you consider what you heard to have

13  been an order to stand down?

14       A    From a military standpoint, I would say yes.

15       Q    Right.  You didn't go when you got the order to

16  stand down, right?

17       A    Yes.

18       Q    Right.  You obeyed it?

19       A    Yes.

20       Q    And you had some concern that that stand-down

21  order -- I'm sorry.  I've taken a step back.

22            Bob was on the phone, along with -- and the team

23  leader -- people were on the phone trying to figure out what

24  to do, right?

25       A    Yes.

1    Q    And you were concerned that the stand-down order

2  was coming from Washington, right?

3    A    No.

4    Q    Have you expressed on prior occasions that you

5  believed that the stand-down order was coming from Secretary

6  Clinton and President Obama?

7    A    No.

8    Q    You've never said that before?

9         MR. DiLORENZO:  Objection.

10         THE WITNESS:  Not the stand-down order that was

11  given to us that night in Benghazi.

12         THE COURT:  Hold on.

13         Counsel, approach.

14         (Bench conference)

15         THE COURT:  All right.  So that was precisely what

16  we wanted to avoid, okay?  Washington.  I said stay away

17  from Secretary Clinton; stay away from the President.

18         MS. PETERSON:  But I said -- I'll just -- I'll

19  move on.

20         MR. DiLORENZO:  Thank you.

21         I would make a motion to strike.

22         (Open court)

23         THE COURT:  All right.  Ladies and gentlemen, the

24  government has moved to strike the references to Secretary

25  Clinton and President Obama, and the Court is has granted

```
 1   that motion, okay?

 2          Move on.

 3   BY MS. PETERSON:

 4      Q    Okay.  Sir, when you decided to leave, despite

 5   what you you've characterized as an order to stand down, you

 6   were under the impression that February 17th was going to be

 7   meeting up with you at some point to assist, right?

 8      A    At the time we really didn't know, but assumed

 9   eventually they would show up, yes.

10      Q    And February -- you had prior experiences with

11   February 17, correct?  I don't want you to tell me what

12   those experiences were, because I don't want to get into

13   anything that we shouldn't get into.  But you had prior

14   dealings with members of February 17th, correct?

15      A    Yes.

16      Q    And the folks that belonged to the 17 February

17   didn't wear official military uniforms, right?

18      A    No, they did not.

19      Q    Right.

20          So they wore civilian clothes.  Some wore khakis.

21   Some wore -- I mean, they were all wearing different kinds

22   of clothes, right?

23      A    Yes.  Some of them would wear military uniforms,

24   but not all of them.

25      Q    Is it fair to say it's hard to tell who was
```

1    February 17 and who was not?

2         A    Yes.

3         Q    And throughout the night, you saw people and

4    weren't sure whether they were February 17 or not, right?

5         A    Correct.

6         Q    And throughout the night, you saw people with

7    weapons.  And you weren't sure whether they were friendly or

8    not friendly, right?

9         A    Correct.

10        Q    There was really no way to distinguish whether

11   people were friendly or not unless they shot at you, right?

12        A    Correct.

13        Q    And you were doing the best you could to make sure

14   you were only shooting at people who were shooting at you,

15   right?

16        A    Yes.

17        Q    I'm going to ask you, sir, to take a look at a

18   map, because the government had you do something on a map,

19   but we don't have any record of that.  So I'm going to ask

20   you to mark your route, what is presently marked as

21   Government's Exhibit 142.  And I will put a defendant's

22   sticker, 144, on it.

23             If I could ask you to just use that red pen and

24   draw the route you took from the annex to the mission that

25   night.

1     A     (Witness complies.)

2            Do you want me to draw a line where we went on

3     foot as well?

4     Q     I think just the car route is fine.

5     A     Okay.

6     Q     Actually, sir, could I ask you just to put your

7     name on that as well.

8     A     (Witness complies.)

9            MS. PETERSON:  Your Honor, may I publish it to the

10    jury, please?  I move to admit Defendant's Exhibit 144.

11           MR. DiLORENZO:  No objection.

12           THE COURT:  So moved.

13    BY MS. PETERSON:

14    Q     Sir, you've drawn this red mark; is that correct?

15    A     Yes, I did.

16    Q     And that's the mark that shows how you drove from

17    the annex to the special mission when you left sometime

18    after 9:30, right?

19    A     Yes.

20    Q     And then I take it when you said -- when you asked

21    whether you should draw how you walked in after that, this

22    is where the car was left?

23    A     Yes, it was.

24    Q     And then you made your way onto the mission from

25    there by foot?

1     A     Yes, we did.

2     Q     And, sir, I'm going to show you what's marked as

3 Government's Exhibit 103, and I'm going to mark it as

4 Defendant's Exhibit 145.

5           You indicated that at one point, you ran into a

6 roadblock, right, on your way to the mission?

7     A     It wasn't a roadblock.  There was one gun truck

8 and probably about five militiamen.

9     Q     Okay.  But you ran into a group of militia people

10 somewhere along that path, right?

11    A     Yes.

12    Q     I would just ask you to circle the area where you

13 ran into -- and this was the February 17th group, right?

14    A     That's what I was assuming, yes.

15    Q     The people who helped you that night?

16    A     Yes.

17    Q     Okay.  If you could just draw a circle in that

18 area and then again put your name on it.

19    A     (Witness complies.)

20          MS. PETERSON:  Your Honor, I would move

21 Defendant's Exhibit 145 and ask to publish it to the jury.

22          THE COURT:  So moved.

23 BY MS. PETERSON:

24    Q     So, sir, you circled this area; is that right?

25    A     Yes, ma'am.

1      Q    I see, because the annex is over -- it's actually

2  off the map?

3      A    Yes, it is.

4      Q    Got it.

5           And you took that back route because you weren't

6  sure if you were going to run into friendly fire from

7  February 17, if they were getting ready to come and assist,

8  right?

9      A    That was just one of the most direct route to that

10  location besides going towards the back gate.

11      Q    Right.

12           And you were trying to avoid going towards the

13  back gate?

14      A    Yes.

15      Q    Right.

16           And one of the concerns you had was whether you

17  might run into friendly fire or hostile fire, right?

18      A    More hostile fire than friendly fire.

19      Q    Well -- but you recall -- you were also concerned

20  about, throughout the night, about friendly fire, right?

21      A    Yes, we were.

22      Q    Because it's hard for people in this situation to

23  know who they're shooting at, I think you indicated, right?

24      A    Well, yes, and plus, you don't want to kill a

25  friendly, that next thing you know, everybody turns on you.

1    Q    Right.

2         So you were being cautious and trying to make

3    sure, given the chaotic situation, that that didn't

4    happen --

5    A    Correct.

6    Q    -- right?

7         Okay.  And you also were making sure that you

8    didn't go too fast, right?  I know you wanted to get there

9    quickly to save your colleagues; but you were also concerned

10   that if you went too fast, it would draw too much attention

11   to you, right?

12   A    Not really -- not really too worried about getting

13   attention drawn to us because that was our job; it was to

14   draw the attention to us, to relieve the pressure off the

15   consulate and make sure that those guys can adequately

16   defend the consulate.

17        Our job is to go over -- and pretty much at that

18   point was to draw the attention to us.  But we're also going

19   to move in a tactical manner to where our lives can be saved

20   and we're saving each other's lives as well.

21   Q    Right.

22        But obviously, you wanted to try -- you were

23   trying to get onto the compound without drawing more

24   unfriendly people with you, I assume, right?

25   A    Well, you don't want to draw any more people into

```
 1   the battle if you don't have to.
 2        Q    Right.
 3             And just before -- what was your experience --
 4   I don't want to ask about this if it's not personal.
 5             Do you have personal experience while you were in
 6   Benghazi with the Supreme Security Committee?
 7             MR. DiLORENZO:  Your Honor, beyond the scope.
 8             THE COURT:  Overruled.
 9             THE WITNESS:  Just mainly taking case officers to
10   meet with them, and that would be about it.
11   BY MS. PETERSON:
12        Q    Was -- the Supreme Security Council was in charge
13   of the local police, right?
14        A    I believe so.
15        Q    Yeah.  Okay.
16             Did you see any of the Supreme Security Council
17   vehicles in the area of the mission that night?
18        A    No, I did not.
19        Q    And when you went out the front gate, you tried to
20   spend as little time as possible on Fourth Ring Road, right?
21        A    Yeah.  I didn't spend any time on that road
22   whatsoever except for when we crossed it.
23        Q    Right, because that was where you were concerned
24   there might be some issues?
25        A    Yeah, because initially, we were told that the
```

3362

1    back gate was breached, not the front gate.

2        Q    And when you got to the area of gunfire and

3    Fourth Ring Road, that intersection -- do you know what I'm

4    talk about when I say that?

5        A    Yes.

6        Q    -- you saw cars and pedestrians milling around?

7        A    There was one car that actually had just driven

8    by, down towards the back gate.  And I think there might

9    have been one or two pedestrians that were standing --

10   there's actually a shop that was right there as well.

11   I believe it was like a coffee shop or something.

12       Q    And it was in that area that you also ran into a

13   group of people associated with February -- who you believed

14   to be associated with February 17?

15       A    Yes.

16       Q    Yeah.

17            And some of those people had weapons?

18       A    Yes.

19       Q    And some of those people were wearing masks or

20   balaclavas?

21       A    No.

22       Q    You don't remember anybody wearing balaclavas?

23       A    The guys that came down with us didn't have any

24   masks on.

25       Q    Do you recall seeing a group of Arab men wearing

1    black ski masks in that area?  Was that one of the reasons

2    why you had to wonder whether they were friendly or not

3    friendly?

4         A    I didn't see that, no.

5         Q    You didn't see that, okay.

6              And then the area where you stopped and got out,

7    is that the area that was close to the wall, to a cement

8    wall that you had to climb over?

9         A    I did not climb over.  That was Tonto and another

10   GRS agent, but yes.

11        Q    Okay.  But that's where you stopped the car and

12   they went over the wall?

13        A    Yes.

14        Q    And there were also a group of Arab men there,

15   right?

16             MR. DiLORENZO:  Objection.

17   BY MS. PETERSON:

18        Q    If you saw.

19             MR. DiLORENZO:  He's describing what other people

20   did.  Based on the testimony, I think he's a good distance

21   away.

22   BY MS. PETERSON:

23        Q    Did you see other Arab men in that area?

24        A    Just the ones that I described earlier, the two

25   guys by the truck, the one across the street with an RPG and

1    the three militia men that were shooting down towards the

2    consulate.

3         Q    Right.  Because this was actually two different

4    groups of Arab men shooting at each other at that point,

5    right?

6         A    Yes.

7         Q    And you couldn't -- you weren't able to identify

8    anyone that you saw that night, right?

9         A    No.  I didn't know any of them.

10        Q    But there were a lot of people out on the street,

11   right?

12        A    No, there was not a lot of people.  I only, like I

13   said, recognized -- there was probably maybe six guys that I

14   noticed from the militia, and I think there was just two

15   people on the street corner next to the coffee shop.  And I

16   saw one vehicle that drove past as we were coming up.

17        Q    So that's all you saw that evening?  I mean --

18        A    For that -- at that time, yes.

19        Q    At that particular time, okay.

20             And February -- this February 17 people or at

21   least the people you believe to be February 17 continued to

22   help you throughout that evening, right?

23        A    Yes, they did.

24        Q    And when you got to the -- onto site of the

25   compound, things had quieted down a fair amount in terms of

```
1    the gunfire on the compound itself, right?
2         A    It had stopped.
3         Q    It had stopped completely.
4              And Mr. Henderson at that point, was
5    DSS Agent Henderson was in the TOC?  Are you aware of that?
6         A    I'm not sure which agent was where.
7         Q    Okay.  All right.
8              And at that point, do you recall seeing several
9    dozen February 17 guys milling around the compound?
10        A    Not when I initially got on, no.  There was --
11   I just saw one individual coming from their barracks.  Then
12   I saw the one Blue Mountain guy that came out from the
13   field.  That's all I saw when we first got on the compound.
14        Q    But that's -- there you're talking about the guys
15   that were already there when you got there, right?
16        A    Yes.
17        Q    But other February 17 people came in with you and
18   in with your colleagues, right?
19        A    The three, the guys that initially came with me,
20   they actually stayed out.
21             When Dave Ubben had came up with the vehicle and
22   came around the corner, when I started walking up, that's
23   when I saw the guy that was shooting next to me come onto
24   the compound.  So it was a couple minutes later before they
25   came on.
```

1      Q     But there, during the course of the night, there

2  were a fair number of February 17 people there on the

3  grounds trying to help, right?

4      A     Yes.

5      Q     Right.  Okay.

6            And, again, the reason you assumed they were

7  February 17 was because they made no hostile actions towards

8  you?

9      A     Correct.

10      Q     Or your colleagues?

11      A     Correct.

12      Q     And I think you testified about having to shoot at

13  someone who had drawn an RPG; is that right?

14      A     Yes.

15      Q     And after you shot him, everything was pretty much

16  over, right?

17      A     Yes, for that assault, yes, it was.

18      Q     Right.  At the mission?

19      A     Yes.

20      Q     And then when you got there, the north gate was

21  secured open, right?

22      A     Yes, it was.

23      Q     And it wasn't damaged?

24      A     No, it was not.

25      Q     And the -- when you had to shoot at the person

1    with the RPG, that was after the agents had left, the DSS

2    agents had left?

3         A    I believe --

4         Q    Do you recall?

5         A    -- it was.  I really don't know.  I just know they

6    took off in the middle of the counterassaults.  I'm assuming

7    that they'd already been gone when they took him out.

8         Q    When you returned to the annex, you used that same

9    route; is that right?

10        A    Yes, we did.

11        Q    Okay.  So if I were to put up

12   Defendant's Exhibit 144 again, that's the same route you

13   took -- sorry -- back from the mission to the annex,

14   correct?

15        A    Yes, it is.

16        Q    And when you took that route back, you didn't

17   encounter any roadblocks or gunfire, right?

18        A    No.  The gun truck actually was still sitting

19   there.  There was a few militiamen that were still at that

20   corner as we drove out.

21        Q    But they didn't, nobody took any actions against

22   you?

23        A    No, they did not.

24        Q    Right.

25             So you saw bearded men, but -- and with weapons,

```
 1   but no one took any shots and no one tried to follow you?

 2        A    No one followed us.

 3        Q    And nobody took any shots?

 4        A    No, they did dut.

 5        Q    And you took a few detours on your way back just

 6   to make sure you weren't being followed?

 7        A    No.

 8        Q    You didn't?  You went straight back?

 9        A    We went straight back.

10        Q    Do you recall someone shouting, "Coming in hot,"

11   as you entered the annex?

12        A    That was Tonto.

13        Q    And then did he -- do you remember what he amended

14   that to?

15        A    "Coming in medium, medium hot," I believe.

16        Q    Because you weren't sure whether you were being

17   followed or not, but you didn't want them to think you

18   definitely knew you were being followed?

19        A    No.  We definitely knew we were not being

20   followed.  Myself and one of the other GRS agents was

21   looking directly in our back window.  No vehicle ever turned

22   with us or followed us.  It was just one of those little

23   humor things that we did.

24        Q    Oh, I see.  Okay.

25             So -- but "coming in hot" would have meant --
```

1       A     You're being followed.

2       Q     Right.  And so it was Tonto's --

3       A     Little humor.

4       Q     -- humor to say, "We're coming in lukewarm"?

5       A     Yes.

6       Q     But you didn't see anybody following you at that

7  point?

8       A     No.  There was nobody following us.

9       Q     And you indicated that there was -- you tell me.

10 Once you got back to the annex, there was a little bit of

11 time that passed before you took gunfire, right?

12      A     Yes, there was.

13      Q     But it wasn't very much time, right?  About a half

14 an hour?

15      A     I think it was closer to about an hour, I think.

16 That's what it felt like to me.  It was about an hour.

17      Q     It felt like an hour?

18      A     Yes.

19      Q     Would you agree -- one moment -- that when you're

20 talking about how much time things are taking, it's hard for

21 you to estimate that at this point?

22      A     Yes, it is.

23      Q     And do you remember back on September 25th being

24 asked about -- telling the agents that it took about 20 or

25 30 minutes after you got back to the annex before

1    gelatinized explosive was thrown over the wall?

2         A    That's what it kind -- that's what it felt like.

3    It seemed like it came fairly quick.  The more time I had to

4    think about it, it was definitely a little bit longer of a

5    gap.

6         Q    Okay.  But you would agree with me -- I think you

7    already did agree with me that your recollection was better

8    on September 25th, 2012, than it is today?

9         A    Yes, I did say that.

10        Q    Okay.  And you would still agree that that's true,

11   right?

12        A    Yes.  Still, I had no watch.  I had no idea what

13   time anything happened.

14        Q    Right.

15             And you also testified, I believe, on direct,

16   about seeing various people walking, I think, from the

17   little house that was in the area; is that right?

18        A    I did not see that.  I believe that was Tonto that

19   saw that.

20        Q    Tell me what you remember seeing that was

21   suspicious that night.

22        A    It was our next-door neighbor that came across the

23   street.  I was up in Tower 2.  And he was telling us to turn

24   our spotlights off because the guys were going to know where

25   we are.

1          And I responded back to him, through a linguist,

2     "How do you know who they are?"  And I mean, "How

3     do you know what's going on?"

4          Q     But you were concerned that things were going to

5     happen at the annex too?

6          A     Yes, I did.

7          Q     Right.  And that's part of your security training,

8     is to know that it could very well be happening here next?

9          A     Yes.

10         Q     And that's why you took up positions on the roofs

11    of the buildings?

12         A     Yes.

13         Q     And it was fairly soon after that that, in fact,

14    you started getting small gunfire?

15         A     I don't know if it was fairly soon, because I

16    still -- I went over and talked with the team leader.  And

17    then I got a set of NVGs and some water, and that takes a

18    little bit of time.  So it could have been probably within

19    20 minutes of the time I was talking with the team leader.

20         Q     Okay.  But you think it's fair to say that it was

21    within the first hour after you got back?

22         A     Yes.

23         Q     And then after that happened, you had another

24    attack not too long, like an hour later or half an hour

25    later?

1     A     I'd say about an hour later.

2     Q     Okay.  But, again, so within the first couple of

3  hours of being back at the annex, you were taking fire from

4  people in the area?

5     A     Yes.

6     Q     And do you recall seeing two men walking by and

7  thinking it was strange?

8     A     Yes.  I believe those were the two guys that I

9  shined my laser on.

10    Q     And you couldn't tell what they were doing, but

11 you found them suspicious, right?

12    A     Yes, because we had just been attacked twice.

13 Obviously, it didn't last for a long time; a lot of

14 explosions going on.  And here they come trotting down like

15 they're coming to work.  Still kind of weird.  They had no

16 weapons system on them, so that's why we shined a laser on

17 them.

18    Q     And then things were relatively quiet for a while?

19    A     Yeah.  It was quiet until the final attack.

20 Again, I could still hear people over in the bushes that we

21 were shooting at them earlier.  I could hear stuff moving

22 around in there.

23    Q     Right.  There were people in the area that, as a

24 security professional, you were concerned about?

25    A     Yes.

3373

1    Q    And you know that if somebody is going to have a

2    mortar attack, one way they can do that is to figure out

3    where the buildings are, right?

4    A    Yes.

5    Q    And one of the things they could do is use the GPS

6    coordinates on a cell phone to figure out the precise

7    location they wanted to hit?

8    A    Also, Google Map.

9    Q    But if there's somebody trying to do it that

10   night, a good way to do it would be to walk by with a cell

11   phone, right?

12   A    That is true.  But knowing what I know about how

13   to call in mortars, I'd probably use Google Map because it

14   gives you an exact pinpoint location where you want to hit.

15   Q    And somebody walking in the neighborhood could use

16   Google Map pretty easily to figure out where they were?

17   A    Yes.

18   Q    Right.

19        And the mortar attacks began -- correct me if I'm

20   misremembering what you said -- but shortly after the people

21   arrived there from the airport, right?

22   A    Yeah.  It seemed like maybe about 15 minutes,

23   maybe 20 minutes.

24   Q    Okay.

25        And you understood that those people, the

1    Americans who had come from Tripoli to respond, had been

2    escorted to the annex by Libya Shield; is that right?

3         A    Yes.

4         Q    And then those Libya Shield individuals remained

5    at the annex?

6         A    Only one came in, was there commander, I believe.

7    And the rest of them stayed outside in the vehicles.

8         Q    Did you learn the commander's name?

9         A    No, I did not.

10        Q    And in the meantime, between when the last gunfire

11   attack occurred and the mortar attacks, did you -- were you

12   able to personally observe people assembling in the parking

13   lot in the neighborhood?

14        A    No, I did not.

15        Q    You didn't see that?  Okay.

16             And, sir, you indicated then that the Libya Shield

17   folks also escorted you back to the airport the next --

18   when -- after the mortar attacks concluded, right?

19        A    Yes, they did.

20        Q    And it was the Libya Shield people that also

21   arranged for the Ambassador's body to be brought to the

22   airport?

23        A    Yes, it was.

24        Q    And it was them that brought the body to the

25   airport?

1         A     Yes, it was.

2         Q     And it's your view that the people who attacked

3    you were not Libyans, right?

4         A     At that, I have no idea who they were.

5         Q     But do you recall indicating on --

6               MR. DiLORENZO:  Objection.

7               MS. PETERSON:  Can we approach?

8               MR. DiLORENZO:  Yeah, if we could approach.

9               (Bench conference)

10              MS. PETERSON:  The only clips I have is him

11   indicating --

12              THE COURT:  What's the --

13              MR. DiLORENZO:  So he said he had no idea.  And

14   then she --

15              THE COURT:  All right.

16              MR. DiLORENZO:  His answer was, "I had no idea."

17   And she's going to ask a prior statement.  He heard things

18   after coming to the U.S., well after the incident,

19   suggesting who may have been responsible.  At this time,

20   he's saying that he didn't.  She's trying to elicit hearsay

21   statement.

22              MS. PETERSON:  There's nothing in the statement

23   that I'm using that's a prior inconsistent statement that

24   says, "I learned this later."

25              He says, "It wasn't Libyans who attacked us."

1           THE COURT:  Well, first of all, where did he make

2    the statements?

3           MS. PETERSON:  On a radio show.  I have a clip of

4    it.  On a radio show.  It's his voice.

5           THE COURT:  What does he say?

6           MS. PETERSON:  He says, "The Libyans didn't attack

7    us.  It was Ansar Al-Sharia, and they're made up of

8    Egyptians, Saudis, and Afghans."

9           And that is consistent with some of the

10   stipulations that will be offered at a later date.  So these

11   are outside people.

12          MR. DiLORENZO:  Right now she's trying to offer it

13   for the truth.  And his basis of knowledge for this is

14   clearly, is clearly -- it's hearsay.

15          He was asked, Did you know -- he learned something

16   later.  He learned something later.  The question is:  How

17   did he learn it?

18          He learned it because people told him that.  Maybe

19   make some statement about what people told him.  He can't be

20   impeached if it's not proper impeachment.

21          THE COURT:  I'll sustain it.

22          (Open court)

23   BY MS. PETERSON:

24      Q   Sir, you indicated on direct, in response to some

25   of the government's questions, that when -- you talked about

```
 1    when the Ambassador arrived at the hotel the night before.
 2            Do you remember that?
 3    A    Yes.
 4    Q    You weren't at that meeting, were you?
 5    A    No, I was not.
 6    Q    So the only thing you could have known about that
 7    is what other people told you?
 8    A    And what we saw on the TV.
 9    Q    Well, we'll get to that in a moment.
10            But you don't know -- have any firsthand knowledge
11    about what happened in the meeting --
12    A    No, I do not.
13    Q    -- itself?
14            MS. PETERSON:  Your Honor, I would move to strike
15    the answer that was given previously about what happened
16    there.  I'll get to the TV in a moment.
17            THE COURT:  Why don't you move forward, and then
18    well do that.
19    BY MS. PETERSON:
20    Q    Okay.  With respect to what you saw on TV,
21    you've -- this is the first time you've said that, right?
22    A    What's that?
23    Q    That you saw something on TV about the Ambassador?
24    A    It's probably the first time I've been asked about
25    it.
```

1        Q     You never -- when you met with the agents on

2   September 25th, 2012, you didn't make any statement about

3   having seen the Ambassador at this meeting on TV?

4        A     Probably not.

5        Q     And when you met with them again on -- do you

6   recall meeting with them again on, with Mr. Clarke, who's at

7   the table here, on June 10th, 2013?

8              Do you recall that?

9        A     If they don't ask me, I never told them.

10        Q     So you would agree with me that you didn't say

11   anything about having seen the Ambassador on TV?

12        A     I could say it's probably correct.

13        Q     And when you testified in front of the Select

14   Committee on Benghazi on May 22nd, 2015, you didn't tell

15   them anything about seeing the Ambassador on TV?

16        A     Correct.  They never asked.

17        Q     Well, they asked you about the meeting at the

18   hotel, right?

19        A     I'm not aware.  I think they were asking the team

20   leader all those questions.

21        Q     This is -- I'll show you.  I'm not talking

22   about -- I know you testified on a number of different

23   times, right?

24        A     Yes.

25        Q     I'm talking about the Select Committee on

1    Benghazi, which is where, I believe, you testified by

2    yourself, not the Permanent Select Committee?

3              MR. DiLORENZO:  Your Honor, she can --

4              THE COURT:  Sustained.

5    BY MS. PETERSON:

6        Q    Do you recall testifying in front of the Select

7    Committee -- do you recall testifying in front of the House

8    Permanent Select Committee on Intelligence with the team

9    leader on November 13th, 2013?

10       A    Yes, I do.

11       Q    Do you recall also testifying in front of a

12   different committee, a Select Committee on Benghazi, on

13   May 22nd, 2015?

14       A    I know -- I don't know what date it was, but yes.

15       Q    I want to direct your attention to this -- first,

16   to the May 22nd, 2015 interview.

17       A    The first one?  The second one?

18       Q    No.  The second one.

19       A    Okay.

20       Q    That at that testimony, they were asking you

21   questions directly, right?

22       A    Yes, they were.

23       Q    Right.

24            The first time when you went, you were with the

25   team leader?

3380

```
 1        A    Yes.
 2        Q    This time on May 22nd, 2015, you were not with the
 3   team leader?
 4        A    No.  I was alone.
 5        Q    Okay.
 6             And you were asked about the meeting that occurred
 7   at the hotel, right?
 8        A    I probably was.  I don't remember.
 9        Q    You did not say anything about having later
10   seen -- knowing that this was public information because you
11   later saw it on TV, right?
12        A    Correct.
13             MS. PETERSON:  If I could just have one moment,
14   Your Honor.
15             I believe that is all I have, Your Honor.
16             THE COURT:  Okay.  Mr. DiLorenzo.
17                            - - -
18                       REDIRECT EXAMINATION
19   BY MR. DiLORENZO:
20        Q    Defense counsel had asked a question about a book
21   that you and others had coauthored or provided some
22   consulting; is that right?
23        A    Yes.
24        Q    And do you recall the date that that was
25   published?
```

3381

1      A      No.

2      Q      Does September 2014 sound about right?

3      A      Yes.

4      Q      And there was a movie.  The movie came out

5  afterwards.

6      A      Yes it did.

7      Q      When you first spoke about this, this incident,

8  there was a question about it as well.  Was that to the

9  FBI -- or one of the first times you spoke about it was to

10  the FBI?

11          Let me rephrase that.  That was a pretty confusing

12  question.

13          Did you speak to the FBI about what occurred in

14  Benghazi when you were there that day in September of 2012?

15      A      Yes, I did.  Yes, I did.

16      Q      And when you spoke to them and you explained what

17  happened, you basically tell them the same thing that you're

18  telling the ladies and gentlemen of the jury today?

19      A      Yes.

20      Q      And after that, have you been asked additional

21  questions and spent more time with either law enforcement or

22  government officials?

23      A      Yes, I have.

24      Q      And during the course of that, the more -- does

25  more detail come out?

1          A     Yes, sometimes it would.

2                MR. DiLORENZO:  The Court's indulgence.

3    BY MR. DiLORENZO:

4          Q     It may be quicker if I just go to -- could I go to

5    the Government's Exhibit -- the mission.

6                Why don't we do 142.

7                So Government's Exhibit 142.

8                Location where you, you had testified on direct

9    and you were questioned on cross-examination about where you

10   first saw a vehicle.  The defense counsel characterized it

11   as a roadblock.  What was it?

12         A     It was just a gun truck.  It had a heavy machine

13   gun mounted on the back of it.

14         Q     And you attributed that to the February 17?

15         A     Yes, I did.

16         Q     Could you show us the location of that on

17   Government's Exhibit 142?

18         A     Approximately right here.  Maybe up, actually up a

19   little bit further than that, the actually dot.

20         Q     Maybe make a dot, please.

21         A     (Witness complies.)

22         Q     And that is on the road that you described as

23   Gunfighter Road, which runs north/south.  It's just south of

24   the dirt road?

25         A     Yes.

1      Q     That is the main, has the main gate of the

2    mission, the consulate, correct?

3      A     Yes, it was.

4      Q     And this group that you attributed being

5    February 17, did they in any way ever show any type of

6    hostility towards you or your other Americans?

7      A     No, that group did not.

8      Q     Did they follow, even if it was a minute or so

9    later, you and other GRS personnel into the mission to help

10   the State Department employees?

11     A     Yes.  One of them provided cover fire when we were

12   shooting fire from Andalus Road so I can move up to another

13   barrier.

14     Q     What were they doing within the mission as you and

15   the others were searching for the body of the

16   U.S. Ambassador?

17     A     Some of them were actually helping search.  Other

18   ones were securing the compound.  But I guess about as best

19   as they could.

20     Q     Now, you described a convoy helping you and the

21   others, the other Americans, to evacuate from the annex to

22   go to the airport?

23     A     Yes.

24     Q     Do you recall how many vehicles there were?

25     A     I think it was maybe about 20 vehicles, I would

1    say.

2         Q    And when you arrived at the airport, were there

3    other vehicle or militia-type vehicles as well?

4         A    There was another militia that was controlling the

5    airport, and our militia had to force our way on to the

6    airport.

7         Q    And then you were able to get on?

8         A    Yes.

9         Q    And there was some communication between these

10   militia -- was there communication between these militia

11   members and the Americans?

12        A    Yes.  We had a linguist that was with us.

13        Q    And that communication, was it in Arabic?

14        A    I'm assuming that's what it was.

15        Q    Did you personally hear the communication that was

16   going back and forth?

17        A    Not all of it --

18        Q    Okay.

19        A    -- because we were moving around, doing our own

20   thing, while they were talking with the militia.

21        Q    That would include security?

22        A    Yes.

23        Q    And based on some of the experience that

24   Ms. Peterson had talked to you about, you're aware that

25   there was oftentimes coordination between some of the

1  various militias?

2      A    Yes, there is.

3      Q    For instance, in this case, like February 17th

4  were good guys, and also Libya Shield was able to help you

5  as well?

6      A    Yes.

7      Q    And, again, your attention, when you're at the

8  airport after having gone through an attack at two

9  locations, was part of that security as well?

10     A    Yes, it was part of that.  And then, also, we were

11 trying to figure out how to get the Ambassador.  And that's

12 when the commander came up and said they can go get him.

13     Q    And there were some questions about whether or not

14 you had any personal knowledge that the Ambassador's

15 presence was known.  Did you have any personal knowledge

16 whether or not it was public?

17     A    Initially when he was first coming in, it was not

18 going to be public.  But after he had the meeting at the

19 hotel, it ended up becoming public that he was there.

20     Q    And you said you saw something on TV.  What is it

21 that you saw on TV personally that made you believe that it

22 was public?

23     A    They had a -- they were showing the hotel in the

24 camera view, and they were just saying that the U.S.

25 Ambassador is in Benghazi.  And they didn't -- I didn't

1    remember seeing him actually on the TV, but I remember

2    seeing the hotel.

3         Q    And did you or other GS -- are you aware of other

4    GSR -- GRS personnel that were concerned or who took some

5    steps based on the fact that the cat is out of the bag, that

6    he is, in fact, present?

7         A    We just kind of -- I mean, we treated it the same,

8    no matter if he was known or unknown.

9              I know when secondhand -- when Rone, when he got

10   back from there, he was definitely a little bit more nervous

11   about moving around with him after that.

12        Q    So there was some concern about you and the other

13   GRS members?

14        A    A lot more.  A lot more concern.

15        Q    Now, defense counsel asked you some questions

16   about the -- I think in your own words, you said it was the

17   counterassault at the mission.  And where was the

18   counterassault at the mission?

19        A    It came through the back gate that had gotten left

20   open off of Fourth Ring Road.

21        Q    Sure.

22             Let's see if we could do...

23             MR. DiLORENZO:  If we could please just expand the

24   area.  Thank you.

25

1    BY MR. DiLORENZO:

2        Q    And defense counsel asked you some questions about

3    you shooting -- seeing a threat and eliminating the threat

4    or shooting, basically, an individual who was about to fire

5    an RPG, right.

6        A    Yes, sir.

7        Q    Where were you when you did that?

8        A    I was on top of the consulate, right around this

9    corner right here.  And the individual was right there --

10       Q    Defense counsel --

11       A    -- in front of gate.

12            MR. DiLORENZO:  Your Honor, may the record reflect

13   that the witness has marked his position as being on top of

14   the west-side roof of Villa C, and the position of the

15   individual with the RPG was just outside the C3 gate.

16            THE WITNESS:  Yes, sir.

17   BY MR. DiLORENZO:

18       Q    And defense counsel had asked you about like what

19   occurred shortly after that shot being fired.  What happened

20   after you were able to eliminate the threat, the individual

21   with the RPG?

22       A    There was just a couple more quick, little pop

23   shots and then they stopped.

24       Q    But what was it that preceded this incident?

25       A    When the State Department left?

```
 1        Q    Right.
 2        A    Yeah.  They, so when the assault happened,
 3   sometime during the assault, they took off and went to the
 4   right.  They got ambushed on the way back to our compound.
 5        Q    And then as they were leaving, were you engaged
 6   and you and the other --
 7             MS. PETERSON:  Your Honor, objection; that's
 8   hearsay.  I'd move to strike.
 9             THE COURT:  There's no answer.
10             MR. DiLORENZO:  Excuse me, Your Honor?
11             THE COURT:  There's nothing to strike.  Why don't
12   you rephrase the question.
13   BY MR. DiLORENZO:
14        Q    Sure.  Just a follow-up on that point.  So when
15   you were on the roof, you were able to see the State
16   Department, the vehicle -- the State Department, the vehicle
17   left the mission compound?
18        A    I did not see it leave, no.  But I know when I was
19   up on the roof moving towards, I could hear the gunfire
20   technically coming from behind me because I was moving
21   towards the front of the roof.  And, again, one of the
22   reasons why I radioed the team leader, in case I get shot up
23   there or something happens while I'm up there, I informed
24   them that I was on the roof in case -- so I did hear gunfire
25   come from that location as I was moving towards the back
```

```
1    gate to the engage the guy with the RPG.

2         Q    Do you see on Government's Exhibit 102 the general

3    location where you heard this gunfire from behind you?

4         A    Yes.

5         Q    Could you circle the general area.

6         A    It was coming from right back over in this area

7    pretty much.  That's where I assumed it was coming from.

8         Q    And your attention was focused forward?

9         A    Yes.  I was focused on this area down there.

10        Q    And what was coming from the direction in which

11   you were focused?

12        A    The small-arms fire and RPGs.

13             MR. DiLORENZO:  I have nothing further.

14             Thank you.

15             THE COURT:  Okay.  Very well.

16             Mr. Tiegen, thank you for your testimony.  You're

17   excused.  Please don't discuss your testimony until the case

18   is over, okay?

19             THE WITNESS:  Yes, Your Honor.

20             THE COURT:  Thank you.  Have a good day.

21             MR. DiLORENZO:  Just before the witness leaves,

22   and he can leave the courtroom, we, defense counsel and the

23   government, have reached a stipulation.

24             Actually, Your Honor, just so maybe the jury is

25   not waiting and we're prepared to call another witness,
```

```
 1    would this be an appropriate time to take the afternoon

 2    break.

 3               THE COURT:  Why don't we defer for a few minutes.

 4    You all approach.

 5               (Bench conference)

 6               THE COURT:  We can do the stipulation.

 7               MS. PETERSON:  I just hadn't seen what he was

 8    going to say.

 9               MR. DiLORENZO:  I misplaced it.

10               THE COURT:  Or if you can write it out now.

11               MR. DiLORENZO:  That's what I'm doing.

12               THE COURT:  We're going to proceed with

13    Agent Clarke, okay?  I understand your objection.

14               MS. PETERSON:  That's fine.

15               THE COURT:  The government has offered to

16    interrupt his direct and call Mr. Geist tomorrow morning.

17    I would prefer not to break the witnesses up.  But in

18    consideration of the issues that the defense has raised,

19    I would be willing to permit that if the defense thinks that

20    that's a better alternative, than potentially getting into

21    Agent Clarke or beginning Agent Clarke's cross-examination

22    tomorrow.  So I will allow you to roulette which option you

23    would like.

24               Or you could make that election at the end of the

25    day.
```

 1              MS. PETRAS:  There are a couple issues we could --

 2              THE COURT:  I don't want to, you know, miss out on

 3    an afternoon's worth of testimony given the scheduling

 4    issues.

 5              MS. PETRAS:  So the record's clear, it's a quarter

 6    to 3:00.  We're talking about -- just so the record is

 7    clear, we're talking about two hours of time that we're

 8    asking for so that -- as a remedy for discovery violations.

 9              THE COURT:  Okay.  Your objection is noted but

10    overruled.  So let us know at the end of the day how you

11    think we should proceed.

12              MS. PETRAS:  And we have a couple issues with

13    Agent Clarke before he begins.

14              One is -- and I have the citations for a case that

15    I could get.  We had objected to the opening because the

16    government had referred to his notes and his, I think -- I

17    have it.  I can get it if the Court wants more specifics.

18    But they at least referred to the notes.  It might have been

19    a reference to the reports as well, which are prior

20    consistent statements of Agent Clarke.

21              We'd objected after opening, and I know that the

22    Court ruled.  But I have a citation for the Court that prior

23    consistent statements can come in only to rebut a claim of

24    recent fabrication.  And they only come in if they were made

25    before the time that the fabrication was.

1          Our point is, his motive to fabricate is from the
2    moment he's interrogating him.
3          So they do not get to bring out the fact that he
4    has notes or statements unless we attempt to impeach him or
5    unless there's some recent fabrication or some other basis
6    to do it.
7          But they cannot generally bring out from him that
8    he took notes and that he wrote reports.  Those are all
9    prior consistent statements that do not come in unless they
10   come in for some other reason.
11         MR. DiLORENZO:  So I mean, we don't have any
12   intention of introducing the substance of the notes unless
13   there's some reason.
14         We don't see any reason.
15         But we do, however, intend -- and it's prudent
16   because the defense made a big deal about the interviews not
17   being videotaped.  So what they did is they did take some
18   steps, and it shows they took some reasonable steps to
19   memorialize in the way they did that.  They did that with
20   contemporaneous.  That is -- it's relevant and it's
21   particularly relevant in light of the fact that --
22         THE COURT:  Okay.  Didn't the rule on prior
23   consistent statements change recently?  I was under the
24   impression that prior consistent statements can be elicited
25   without the -- or prior to the witness's credibility being

1   placed in issue, if that's anticipated.

2          I could be wrong.

3          MR. DiLORENZO:  I have to check the rule.  But

4   it's our intent not at this point to introduce a substance,

5   which would be a prior consistent statement.  It's just the

6   fact we took these reasonable steps to memorialize what took

7   place.

8          MS. PETRAS:  That -- the problem with that is --

9          THE COURT:  I'm not sure that's bolstering.

10  That's just talking about their process.

11         MS. PETRAS:  No.  It is.  It suggests a prior

12  consistent statement, because then he has notes; then the

13  jury has heard he has notes.  And this is why there are

14  cases that say you can't even hand over *Jencks* material in

15  front of the jury, because it suggests that there's a prior

16  consistent statement out there if we don't use to impeach

17  him.

18         It's the same thing -- it's worse to actually not

19  just hand it over in front of the jury, but to say that they

20  exist; they imply prior consistent statements.  It's

21  completely improper.

22         MR. DiLORENZO:  It's relevant.  It's even more

23  relevant, in fact, raising that issue in opening statement

24  that this was not videotaped, which leads to the

25  misimpression that this was just based on either just

1    pure -- just pure memory.

2            We're not getting into the substance.

3            And defense counsel is certainly going to look at

4    the notes and is certainly going to look at the 302s and are

5    going to cross-examine on that.

6            THE COURT:  I'll overrule the objection, but I'll,

7    we'll look at it at the break.  And if sort of instruction

8    is necessary as to what they can consider for or not --

9            MS. PETRAS:  I'm sorry.  I didn't hear that.

10           THE COURT:  If some sort of instruction is

11   permissible or is warranted, I will consider that.

12           MS. PETERSON:  It will be too late.  You will have

13   already told him.  So I'd ask the Court to at least have a

14   chance to present the issue to the Court before they elicit

15   that on direct.  It's completely improper.

16           THE COURT:  Can you start out on something else?

17           MR. DiLORENZO:  The intention is to start out on

18   the issue of voluntariness.  And that goes -- that goes to

19   that, you know, the circumstance and the like.

20           I mean --

21           MS. PETERSON:  It's not necessary to elicit that

22   he wrote things down, and they're eliciting involuntariness.

23   That can come later.  They can reserve on that issue until

24   everybody has a chance to address the issue.

25           THE COURT:  All right.  Well, let's -- you get

1   started.  We'll deal with it at the break.

2           MR. DiLORENZO:  And then how's the stipulation?

3           MS. PETERSON:  The stipulation is perfectly fine.

4           With respect to the substance of what the

5   government is talking about, voluntariness -- what I was

6   saying was, as long as the government is only talking about

7   voluntariness today, this is an issue that we can address

8   later.

9           But we have a witness whose name would come up in

10  the course of discussing what Mr. Abu Khatallah said, who

11  has asked to testify under a pseudonym if he testifies and

12  has asked that his name not be used in court.

13          So if the government is going to get into the

14  substance, then we need to give them a substitute name for

15  that witness.

16          MR. DiLORENZO:  I don't know who it is.

17          MS. PETERSON:  It's Witness 131, ██████████.

18  And he has as much of a right as the government's witnesses

19  and as much fear as the government's witness.

20          THE COURT:  Has he made a showing?  Where's the

21  declaration?  You've got to make a showing.

22          MS. PETERSON:  Well, Your Honor, we didn't --

23          THE COURT:  I made them make an evidentiary --

24          MS. PETERSON:  And we will give the Court that.

25  We didn't --

1          THE COURT:  -- showing on this very issue.

2          MS. PETERSON:  We will get that to the Court.  We

3    have spoken with him.  We can put it in writing if the Court

4    wants.  We have spoken with him.  He has indicated in no

5    uncertain terms that he does not want to come to testify,

6    but he is under subpoena.  He understands that a subpoena is

7    binding on him; he has no choice.  He asked if he could

8    testify in another room.

9          He has asked --

10         THE COURT:  What is -- are you going to get to him

11   before the next break?  Is the first question.

12         MR. DiLORENZO:  I don't believe so.

13         THE COURT:  Okay.  We'll deal with him later,

14   okay?

15         MR. DiLORENZO:  I think we've reached a

16   stipulation.

17         MS. PETERSON:  Yes.  The stipulation is fine.

18         MR. DiLORENZO:  Can we say something along that?

19   I don't want to publish it.  I don't know that there's a

20   need to publish it.  Should we say that, you know, you can't

21   answer that with "upon request," or something like that?

22         MS. PETERSON:  I would just -- you could say that

23   later.

24         MR. DiLORENZO:  Yeah.  So we've agreed to it.  I

25   have to show it to the Court.

```
1                    THE COURT:  If it's fine with you all, just read
2     it.
3                    (Open court)
4                    MR. DiLORENZO:  Your Honor, the parties agreed.
5                    THE COURT:  I'm sorry.
6                    Ladies and gentlemen, the government and the
7     defense have reached a stipulation, which I believe relates
8     to a photograph which the Court admitted into evidence, and
9     it was Government's Exhibit 330A, if I recall correctly.
10                   MR. DiLORENZO:  I believe, Your Honor, it's 310A.
11                   THE COURT:  310A.
12                   MR. DiLORENZO:  And the stipulation is the parties
13    agree and stipulate that the Government's Exhibit 310A is a
14    fair and accurate depiction of how the Ambassador -- how
15    Ambassador Christopher Stevens appeared on the morning of
16    September 12th, 2012.
17                   THE COURT:  Very well.  Okay.
18                   Is the government prepared to call its next
19    witness?
20                   MR. DiLORENZO:  We are.
21                   Your Honor, the government would call
22    Special Agent Michael Clarke.
23                   THE COURT:  Mr. Clarke.
24                   THE WITNESS:  Sir.
25                   THE COURT:  You know the drill.
```

```
 1                   THE WITNESS:  I do.

 2                   (Witness is placed under oath.)

 3                   THE WITNESS:  I do.

 4                   DEPUTY CLERK:  Thank you.  You may be seated.

 5                            - - -

 6   MICHAEL CLARKE, WITNESS FOR THE GOVERNMENT, SWORN

 7                      DIRECT EXAMINATION

 8                            - - -

 9   BY MR. DiLORENZO:

10        Q     Good afternoon.

11              Could you please introduce yourself to the ladies

12   and gentlemen of the jury.

13        A     Michael Clarke.  And my last name is spelled

14   C-l-a-r-k-e.

15        Q     And by whom are you employed?

16        A     The Federal Bureau of Investigation, the FBI.

17        Q     And how long have you been employed by the FBI?

18        A     29 years.

19        Q     And in what capacity are you currently assigned?

20        A     I'm a special agent assigned to the New York field

21   office.  I'm assigned to a counterterrorism squad, CT3.

22        Q     And what are your responsibilities as Special

23   Agent with CT3 in New York?

24        A     CT3 is what we call an extraterritorial squad.

25   We're responsible for violations of U.S. law that happened
```

1    outside the borders of the United States.

2            CT3 has an area of responsibility which includes

3    Africa and includes the country of Libya.

4        Q    And when did you begin working with the FBI and

5    where?

6        A    I began working with the FBI in 1988.

7            I was assigned to the Atlanta field office.

8        Q    What type of work did you do there?

9        A    I specialized in organized crime, gangs, violent

10   crimes, a variety of FBI work.  I was there for

11   approximately 12 years.

12       Q    And what was your next assignment?

13       A    I was transferred to the San Juan, Puerto Rico

14   division, where I was promoted to supervisory special agent.

15           In Puerto Rico, I was responsible for two FBI

16   resident agencies:  A Safe Streets Task Force, which

17   cooperated with the local police, and we focused on violent

18   crimes; a joint terrorism task force annex, which

19   concentrated on counterterrorism issues; and a foreign

20   liaison office, which focused on the West Indies.

21       Q    How long did you do that, did you work assigned to

22   the San Juan office?

23       A    It was a little over four years.

24       Q    What did you do next?

25       A    In 2005, I was selected by Then-Director Robert

```
1    Mueller to open a new FBI office overseas.  This office was
2    located at the United States embassy in Sofia, Bulgaria.
3    And it covered -- I had an area of responsibility of three
4    countries:  Albania, Macedonia, and Bulgaria.
5         Q    And could you explain what a Legat office is?
6         A    Yeah.  A Legat office is basically an FBI office
7    that's located overseas, and we concentrate on operational
8    leads and all FBI priority programs.
9              We also interact with the foreign governments and
10   do foreign police cooperation matters.  And over my three
11   years in that area, I handled hundreds of foreign police
12   cooperation matters and hundreds of operational leads in all
13   FBI priority programs.
14        Q    And while working in your capacity as a Legat or
15   in the Legat office, did you interact with foreign
16   government officials on a regular basis?
17        A    Yes, I did.
18        Q    And did that require the use of translators on a
19   regular basis?
20        A    Yeah.  I don't speak Albanian, Macedonian, or
21   Bulgarian.  So all of my interactions with foreign police
22   personnel and other people that did not speak English
23   required the use of a translator either provided by the host
24   country or provided by the FBI or the State Department.
25        Q    And what did you do after your tour in Sofia?
```

1    A    After Sofia, I returned from overseas duty and I
2  was assigned to the FBI's criminal investigative division.
3  I was promoted again and assigned as the senior FBI liaison
4  officer to the Joint Interagency Task Force South.  It's a
5  mouthful.
6         It's a DOD command out of the United States
7  Southern Command, and the command of Joint Interagency Task
8  Force South focused on DOD to support the inner agency
9  operations mostly in South America and Central America.
10   Q    And prior, how long did you do that, until when?
11   A    I left Southern Command in 2012, and I was
12 transferred to New York.
13   Q    And you've been there since?
14   A    I've been there since.
15   Q    And prior to working as an FBI agent, how were you
16 employed and for how long?
17   A    I was a police officer for just under seven years
18 in the state of New Jersey.
19   Q    Now, Special Agent Clarke, are you familiar with
20 an investigation into the September 11th and 12th attack on
21 the U.S. Special Mission and annex in Benghazi?
22   A    I am.
23   Q    How are you familiar with that case?
24   A    As soon as the case was initiated on
25 September 11th, 2012, I was assigned as the case agent.

1    Q    So you've been the case agent since the beginning

2   of the case?

3    A    I have.

4    Q    In your capacity as a case agent, did there come a

5   time when you became familiar or came in contact with an

6   individual by the name of Ahmed Abu Khatallah?

7    A    Yes, I was.

8    Q    How was that?

9    A    Through our investigation, Mr. Khatallah was

10  identified as a participant in the attack on the U.S.

11  Special Mission on September 11th through the 12th, 2012.

12       Mr. Khatallah was subsequently charged in,

13  I believe it was July of 2013.  He was arrested and captured

14  by the United States Government in June of 2014.

15       And I first met Mr. Khatallah onboard a U.S. Navy

16  ship in the Mediterranean on June 21st, 2014.

17   Q    So you indicated that you met him.  Would you

18  recognize him if you saw him today?

19   A    Yes, I would.

20   Q    And could you please identify him and identify him

21  by an article of clothing for the benefit of the record?

22   A    He's sitting at defense counsel table; long, white

23  beard; blue-collared shirt; buttoned down.

24       MR. DiLORENZO:  Your Honor, may the record reflect

25  the identification of the defendant?

1          THE COURT:  It may.

2    BY MR. DiLORENZO:

3          Q    Did there come a time when you had an opportunity

4    to interview the defendant?

5          A    We did.

6               Our interview team interviewed Mr. Khatallah over

7    a seven-day period, from June 21st to June 27th, aboard the

8    *USS New York*.

9          Q    What was the total number of interviews?

10         A    Well, we did six interviews over a seven-day

11   period with breaks taken each day.

12         Q    And when and how did you arrive on the ship?

13         A    The law enforcement team arrived on the

14   *USS New York* on June 19th.  We were coming by helicopter

15   from a foreign staging area in Europe.

16         Q    And I'm sorry.  Did you say the day that you

17   arrived?

18         A    June 19th.

19         Q    Thanks.  Sorry.  It's the afternoon.  I've been

20   talking a lot.

21              And were you aware -- you arrived on the 19th.

22   Were you aware that there had been an intel interview that

23   preceded?

24         A    I did.

25         Q    And did you have any contact with the intel team?

1        A    The law enforcement team and the intel team were

2   kept completely separate.

3        Q    And when you arrived, was the interview custodial

4   in nature?

5        A    It was.  It was custodial in nature, so it was

6   under *Miranda*.

7        Q    And approximately how many custodial interviews

8   have you personally conducted over your 29 years as an FBI

9   agent, seven years as a police officer?

10       A    Hundreds.

11       Q    And how many would you say involved the use of a

12  translator?

13       A    I would say around a dozen.

14       Q    And you mentioned an interview team.  Who was a

15  part of this interview team?

16       A    It was myself; my co-case agent, Justin O'Donnell,

17  from the New York field office; an FBI language analyst,

18  Mousa El Chear.

19       Q    And what language does the linguist speak?

20       A    He speaks Arabic.

21       Q    And you indicated that he was FBI.  Is he employed

22  by the FBI?

23       A    Yes.  He's employed by the FBI.

24       Q    Do you speak Arabic?

25       A    I do not.

1         Q    What about the other agent?

2         A    Yes.  Justin O'Donnell does speak Arabic.

3         Q    And this linguist that you mentioned, Mousa

4    El Chear --

5         A    Yes.

6         Q    -- could you spell his name?

7         A    Mousa, M-o-u-s-a.  El Chear, I believe it's

8    E-l S-a-r.  Is that right?  No.  It's C-h-e-a-r, I believe.

9    Mousa El Chear.

10        Q    Have you worked with Mr. El Chear before?

11        A    Yes.

12        Q    And have you worked with him specifically as a

13   linguist prior to interviewing the defendant --

14        A    Yes.

15        Q    -- in 2014?

16        A    Uh-huh.

17        Q    And how many times had you employed the services

18   of Mr. El Chear?

19        A    Yes.  We were deployed to Tripoli, Libya, on

20   numerous occasions.  All of the interactions and times

21   I worked with Mousa was on this investigation.

22        Q    And how many interviews did he assist you in?

23        A    Dozens and dozens and dozens.

24        Q    And the subjects of those interviews, of what

25   nationality were the majority of those?

1       A     Libyan, probably 70 percent from Eastern Libya.

2    But there were other countries involved also, where we would

3    interview people with Arabic language.

4       Q     And what, if any, protocol did you follow or was

5    there when conducting interviews that required an

6    interpreter, and specifically when utilizing Mr. El Chear?

7       A     Anytime we use a translator, and especially with

8    Mousa and in this investigation, we get together and have a

9    little game plan.  You know, we get together and talk about

10   the interview strategy.  And the two things that we always

11   stress is that the interview has to be verbatim.  That means

12   what I say is translated exactly to the person we're

13   interviewing, and what he says is translated back.

14            Mousa was very good at this.

15            And the second was if there was any -- ever any

16   misunderstanding, as sometimes even there is in English,

17   with the translation or with anything I was saying or the

18   witness was saying and there was a little bit of confusion,

19   we would clear it up right then.  So everybody participating

20   in the interview would ensure that everything was moving

21   smoothly and everybody understood what was going on.

22      Q     And the dozens of interviews that you had with

23   using Mr. El Chear as an Arab linguist, how would you

24   characterize his ability to communicate with those subjects?

25      A     Excellent.

1        Q    And then you indicated Special Agent O'Donnell can

2   speak Arabic as well?

3        A    He can, yes.

4        Q    And have you been present with he has used his

5   Arabic to communicate with --

6        A    Many times.

7        Q    And has that also involved Libyans?

8        A    Yes.

9        Q    And individuals from Eastern Libya?

10       A    Yes.

11       Q    And how would you characterize his ability to

12  communicate when he speaks?

13       A    Very well.

14       Q    Now, prior -- specifically, prior to the

15  interviews of the defendant, did you speak specifically with

16  members of your team about a plan or instruction concerning

17  the translations?

18       A    Yes.

19            As with the other interviews we've done, before we

20  went with Mr. Khatallah on the 21st, we got together and we

21  discussed how we were going to approach the interview.

22            And then all of us stressed, especially since we

23  were doing this with *Miranda* rights warnings and things like

24  that and legal process, that the -- two points:  One, it has

25  to be verbatim; and, two, that any misunderstandings,

1    anything at all that's unclear, we're going to resolve right

2    there in the interview room right then.

3         Q    I want to ask you some questions about the

4    physical layout of where the interviews took place.  So the

5    interviews were on the ship?

6         A    Yes, sir.

7         Q    And that's the *USS New York*?

8         A    Yes, sir.

9         Q    And where within the ship did the interviews take

10   place?

11        A    I don't know exactly where on the ship, but it was

12   below deck and in a specially designed area that was

13   arranged by the military to house detainees.

14        Q    And what I want to do is show you Government's

15   Exhibit 217, which has been admitted into evidence.

16             And while that's taking place, Your Honor, could I

17   approach the witness?  I would like to show the witness

18   Government's Exhibits.

19             THE COURT:  You may.

20             MR. DiLORENZO:  171, 176, and 177.

21   BY MR. DiLORENZO:

22        Q    So could you explain what we see in Government's

23   Exhibit 217.  First, do you recognize it?

24        A    I do.  This is a picture of the *USS New York*'s

25   interview rooms and living areas or -- and detention pods.

1      Q     And is it an accurate reflection of the layout of

2  the various pods?

3      A     Yes, it is.

4      Q     So there were five pods.

5      A     Five pods.  Four identical pods, and then one that

6  was a little different.  It was the latrine.

7      Q     And you indicated that you were aware that there

8  was an intel, an intelligence interview of the defendant.

9  What, if any, efforts did you or members of your team take

10  to change around the conditions?

11     A     When we came onto the boat, we asked that

12  Mr. Khatallah be moved to a new interview -- or new

13  interview room and a new sleeping quarters or sleeping pod.

14         Which one would you like me to start with?

15     Q     Well, actually, you said new quarters.  So when

16  you were on the boat, where were his quarters?

17     A     I don't know.

18         When I got to the boat, we had no contact with the

19  intel team.  So I didn't know where he was before.  I knew

20  where we asked for him to be put.

21     Q     And then -- so where was it when you were on the

22  boat?

23     A     So when we came on the boat, Mr. Khatallah's

24  sleeping quarters was marked D2.

25     Q     And that's on the right-hand side?

3410

1        A        Yeah.

2                If you walk into the area of the ship where the

3    pods are in front of you, the sleeping quarters, D2, would

4    be all the way to my right.

5        Q        And then where was the interview room?

6        A        Again, if you're walking in and you're looking at

7    the pods, you know, kind of walking in this way, his

8    interview pod would be all the way to the left, I1.

9        Q        And were steps taken to change the interior of

10   those rooms as well?

11       A        Yes, we did.

12       Q        And I'd like you to please look at Government's

13   Exhibits 171, 176, and 177, and those are photographs.

14                And just for the record, 171-1 to -5 has been

15   admitted into evidence.

16       A        171-1?

17       Q        Yes.

18       A        Okay.  Yes.

19       Q        Okay.

20       A        I see it.

21       Q        So I just want to quickly look at this.

22   Do you recognize what 171-1 is?

23       A        That's an outside view of the latrine.

24       Q        And then if we could just quickly scroll through

25   these and you could explain what these are as we're

3411

1    scrolling through 171-1 through -5.

2        A    That's as you walk into the latrine, you look into

3    it and that's where the bathroom area was.

4        Q    That was a bathroom.

5             Now, directing your attention to quickly -- if we

6    could go to the photographs in front of you.  If we look at

7    176-1 to -10 and 177-1 to -10, are those also photographs of

8    the pods when you were on the ship?  Take a second to look

9    at them.

10       A    Yes.

11       Q    And are they a fair and accurate depiction of the

12   pods when you were on the ship?

13       A    I didn't.

14            MR. DiLORENZO:  Your Honor, at this time, the

15   government would offer Government's Exhibit 176-1 to -10 and

16   177-1 to -10 into evidence.

17            MS. PETRAS:  No objection.

18            THE COURT:  So moved.

19   BY MR. DiLORENZO:

20       Q    So if we could just pull up Government's

21   Exhibit 177-1.

22       A    177-1.

23       Q    Yes.  It will be on the screen.

24            MR. DiLORENZO:  And now that they're in evidence,

25   will they please be published to the jury.

1    BY MR. DiLORENZO:

2         Q    So you had indicated that, looking at -- when we

3    were looking at Government's Exhibit 217, the pod to the

4    right, D2, was the defendant's living quarters?

5         A    Yes.

6         Q    So what did we see -- thank you.

7              So what did we see in Government's

8    Exhibit 171-1 -- and 176 -- 177-1.

9         A    That's the outside door of Mr. Khatallah's living

10   quarters marked D2.

11        Q    And what, if anything, did you or members of your

12   team do to modify or change the interior?

13        A    Yeah.  We made sure that he had a prayer rug.  We

14   made sure that he had a Quran in the room.  I believe he

15   already had one, but we ensured it was there.

16             We ensured there was something to keep the Quran

17   off the floor.  We give him a mattress, blankets, pillows; a

18   pad and either a pencil or a pen, something to write with.

19   Wanted him to be that.

20             And then we even put wallpaper up inside.

21        Q    And if we could go through looking at Government's

22   Exhibit 177-2, so what do we see in this picture?

23        A    Yes.  You see the rug that we put in there.  You

24   also see the prayer rug on top of the box.  I believe that

25   was already there.  You see the Quran.  You see the pen and

1    the notebook.  You see the mattress, pillows.

2              And then if you go up --

3              THE COURT:  Hold on, sir.  I'm sorry.

4              Okay.  Proceed.

5              THE WITNESS:  And then you see the wallpaper that

6    we put up in his living quarters or his living pod.

7    BY MR. DiLORENZO:

8         Q    And if we could scroll to -3.

9         A    Yeah.  You're walking, just kind of panning around

10   with the pictures, and that shows the base of his bed and

11   the wallpaper.

12        Q    And you see a ventilation vent as well?

13        A    I do, yeah.

14        Q     -4?

15        A    Same thing, wallpaper going around.

16        Q    -5?

17        A    Same.

18        Q    -6?

19        A    Same.

20        Q    And -- okay.  If we just continue to roll through

21   these.

22        A    Exactly.

23        Q    Look at -7.

24        A    Okay.  Now we're just kind of panning the other

25   way.  You see the rug, the mattress, the pillows, the Quran,

1    the prayer rug, the box, and the wallpaper.

2         Q    And then -9 and -10?

3         A    Now we're kind of panning out towards the door.

4         Q    Now, if we could go to Government's Exhibit 176-1.

5              MR. DiLORENZO:  And actually, Your Honor, should

6    we approach?

7              THE COURT:  Sure.

8              (Bench conference)

9              THE COURT:  Are you getting into the interviews?

10             MR. DiLORENZO:  I am.  So what we're going to do

11   is go through the interview room.  And one thing that I'm

12   going to ask and I'll point out, there's no camera in there.

13   And he explained that there is no camera, why there's no

14   camera.

15             But it really is here where I think it's prudent,

16   and I think it's prudent that the testimony here follow up:

17   Did you take any steps to memorialize things?

18             I'll also point out --

19             THE COURT:  Why don't we take our break now?

20             MR. DiLORENZO:  Okay.

21             THE COURT:  And then I'll frame the issue.  You

22   said you have some authority.  We'll look at that and take a

23   look on the break.

24             MR. DiLORENZO:  And there's --

25             THE COURT:  And then we'll move forward with the

3415

1    rest when we come back.

2              MR. DiLORENZO:  I'm sorry, Your Honor.  I really

3    apologize.

4              There is another piece.  There's one thing that I

5    intend to do in the course of the testimony, are there are

6    some things from the notes and the 302s which were created

7    close in time, as I intend to introduce information in there

8    as recorded recollection.

9              There are some things in there that he just

10   doesn't have the ability to remember.

11             So this puts that in some context.

12             THE COURT:  And the -- you have to get the

13   recorded recollection from the notes as opposed to the 302s?

14             MR. DiLORENZO:  It's from the 302s, but it's based

15   on the notes.  And, you know, I have to show that it's made

16   close in time and accurate.  And that's how I would do it.

17             MS. PETRAS:  Those are only for the issues that he

18   needs to be refreshed on.  So to suggest that he's written

19   notes and reports on the entire interviews is improper.

20             And same thing with prior consistent statements.

21   Even if he can get in prior consistent statements, they only

22   come in once he's been impeached as to the issue and on the

23   specific issue that he's been in peached on.

24             MR. DiLORENZO:  Not introducing substance.

25   I'm not introducing prior consistent statements.

1           MS. PETRAS:  It's suggests that it is.

2           THE COURT:  Let's go back.

3           MR. DiLORENZO:  Yes.

4           (Open court)

5           THE COURT:  All right.  Ladies and gentlemen,

6    we're going to take our afternoon break.  Let's be ready to

7    start up at 3:30, okay?

8           (Jury exited the courtroom.)

9           THE COURT:  All right.  Agent Clarke, you can step

10   down.

11          All right.  So it strikes me that there are a

12   couple of related evidentiary issues, right?  The first is

13   whether introduction of the fact that notes were taken as

14   part of the protocol, whether that is tantamount to the

15   introduction of a prior consistent statement.

16          And, Ms. Petras, if there is authority, as you

17   suggested, why don't you let me know that now on that

18   question, as opposed to -- and if, assuming the substance of

19   the statements will not be introduced, is the fact that

20   notes were taken tantamount to the introduction of a prior

21   inconsistent -- prior consistent statement?

22          MS. PETRAS:  Okay.

23          100 percent certain that the answer is yes.  I do

24   not have the authority with me.  I actually truly believed

25   we would not be getting to this witness today.  I would need

1    a couple minutes over the break to find some authority.

2            THE COURT:  Okay.  Very well.  We'll deal with

3    that.  We'll come back in ten minutes.  And if you have

4    that, we'll consider it, okay?

5            The second question is, assuming that you're

6    correct that introduction of the fact that notes were taken

7    is introduction of a prior consistent statement, has the

8    witnesses -- have you placed at issue motive or reasoned

9    fabrication or improper influence under the rule?

10           And do I hear the government to make that

11   argument, that there's a proper basis for the introduction

12   of a prior consistent statement?  Because either there's a

13   fabrication or there's motive to fabricate or influence to

14   fabricate from testimony.

15           MR. DiLORENZO:  So I haven't thought a lot about

16   that --

17           THE COURT:  Okay.

18           MR. DiLORENZO:  -- because the government didn't

19   intend at this point to introduce the substance.  But now

20   that the Court asked the question, there have been --

21           THE COURT:  She says she's 100 percent correct.

22           MR. DiLORENZO:  Yeah.

23           So the defense has, and even through the cross of

24   Bilal, has attacked the credibility of Special Agent Michael

25   Clarke through contacts that would have occurred certainly

```
 1    after this interview.
 2              So I think it has been put in play.  So I think
 3    that would be another reason to allow us to get into that
 4    area.
 5              I think -- I mean, my initial argument, which I do
 6    believe is --
 7              THE COURT:  Okay.  And then there's, which you may
 8    be getting to, there's a third issue, which is, is the fact
 9    that notes were created as part of the protocol admissible
10    to answer the defense's suggestion that the interviews were
11    not videotaped in order to conceal evidence of
12    involuntariness?
13              MR. DiLORENZO:  Correct.
14              THE COURT:  Okay.  And, Ms. Petras, address that.
15              With, perhaps, an instruction to the jury, if you
16    are 100 percent right on the "prior consistent statement"
17    issue --
18              MS. PETRAS:  I'm certain.
19              THE COURT:  -- with an instruction to the jury
20    that they are not to consider the fact that notes were taken
21    to bolster Agent Clarke's credibility regarding the --
22    bolster his trial testimony as to what the statements in the
23    notes are or bolster his trial testimony period.
24              MS. PETRAS:  Could I have a few minutes over the
25    break to discuss this issue with our team?
```

```
 1              THE COURT:  That's how I see the evidentiary
 2   issues before the Court.
 3              MS. PETRAS:  Understood.
 4              THE COURT:  Okay.  We'll see you in ten minutes.
 5              (Recess from 3:18 p.m. to 3:35 p.m.)
 6              DEPUTY CLERK:  All rise.  This Court is again in
 7   session.  Please be seated and come to order.
 8              THE COURT:  All right.  Ms. Petras, do you want to
 9   address the issues that the Court raised before the break?
10              I'm sorry.  The defendant is not here yet.
11              (Defendant entered.)
12              MR. PETRAS:  Oh, I didn't really see.  I'm sorry.
13   I apologize, Your Honor.
14              THE COURT:  That's okay.
15              MS. PETRAS:  Based on the case that we passed back
16   to the Court, the Gregory case, which now I've lost the cite
17   there.
18              THE COURT:  I have it.
19              MS. PETRAS:  It's a D.C. Circuit case --
20              THE COURT:  Yep.
21              MS. PETRAS:  -- Gregory, which indicates that even
22   handing prior statements over in front of the jury suggests
23   a prior consistent statement.  For that reason, we'd ask the
24   Court not to allow him to ask.
25              I know --
```

3420

1              THE COURT:  Okay.

2         Mr. DiLorenzo.

3         MR. DiLORENZO:  So the government's reading is

4    quite different.  This is a 1966 case and the defense

5    counsel says even handing.  There, the act of handing them

6    over has no relevance.  It wasn't something that was

7    substantive.

8              Here, the fact that something occurred, not in

9    court that could prejudice a jury but something that

10   happened during the interview of the defendant, something

11   that is substantive, an issue that is contested.

12             I believe it was Mr. Robinson stated in his

13   opening, he said, How are we to know?  He was attacking the

14   agent's credibility for not memorializing it.  It is

15   government's view, it's apples and oranges.

16             THE COURT:  Okay.  I've read *Gregory*.  I think it

17   implicates the principle that the defense raised, but it is

18   a somewhat different case, most particularly because the

19   prosecutor in that case highlighted the defense's failure to

20   impeach with the *Jencks* material.

21             But I understand the point.  And what I would

22   propose is the following instruction to the jury.  The fact

23   that Agent Clarke took notes during his interview is not

24   being offered to show that his trial testimony is more

25   credible than it would otherwise be.  You are not to -- and

1   you are not to consider it for that purpose.  You're also

2   not to speculate as to the content of the notes unless

3   specific notes are admitted or read to you.

4          Okay?

5          So that's what we're going to do.

6          MR. DiLORENZO:  With respect to the instruction,

7   it may be helpful to the jury if we actually instruct not

8   only the purpose -- if we instruct also the purpose that

9   they can consider it.

10         And I would suggest something along the lines of

11  they consider this for the purpose that the FBI -- maybe

12  something along the lines that the FBI took steps to

13  memorialize what, if anything, transpired or something along

14  those things.

15         MS. PETRAS:  That is exactly the problem.  They're

16  essentially telling the jury that everything he says -- and

17  all this is being done in front of the witness -- that

18  everything --

19         THE COURT:  Well, it's a legal issue.

20  I don't think it affects his testimony.

21         MS. PETRAS:  But everything -- by saying that,

22  they're saying that he's memorialized everything that he's

23  testified to, which, one, I doubt will be correct because

24  that's difficult; and, two, it suggests prior consistent

25  statement.  That's exactly what they can't do it for.

1          They should be very limited.  If the Court is

2    going to allow them to do it, it should be a very limited:

3    "We took notes."

4          THE COURT:  It's to show that notes were taken

5    pursuant to FBI protocol, period.  That's why they're being

6    offered.

7          They're not being offered to bolster credibility.

8    And I'm instructing them -- which is the concern with the

9    introduction of prior consistent statements.  I'm addressing

10   the concerns that you all have raised.

11         MS. PETRAS:  But I don't think the Court should be

12   telling the Court -- I think what's FBI protocol should come

13   from the witness and not from the Court.

14         THE COURT:  Okay.  All right.  Let's bring them

15   back.

16         MR. DiLORENZO:  Your Honor, it could be, the

17   Court -- I guess a potential, a suggestion would be --

18         THE COURT:  Simply to show that notes were taken.

19         MR. DiLORENZO:  Okay.

20         THE COURT:  Okay?

21         MR. PETRAS:  Just -- in front of the witness --

22   I just want to put on the record that the issue with the

23   disks, we double-checked and we never received them.

24   I think when the government counsel was representing that we

25   had them, we were given them yesterday, the difference

1    between the 10 minutes and the 4 hours and the 22 minutes

2    and the 4 hours.

3              THE COURT:  Mr. DiLorenzo, at some point, you may

4    want to make your record about Agent O'Donnell as well.

5              MR. DiLORENZO:  Actually -- thank you, Your Honor.

6              Actually, Special Agent O'Donnell has not been

7    present since the start of the testimony of Bilal Al-Ubydi,

8    which started over a week ago.  And he hasn't been in court

9    this week as well.

10             THE COURT:  Okay.

11             MS. PETERSON:  Since we have nothing else going

12   on, I would ask that we seal the bench conference at which I

13   inadvertently mentioned the name of Witness 131 --

14             THE COURT:  Very well.

15             MS. PETERSON:  -- or at least redact the name,

16   either way, whichever way the Court prefers.

17             THE COURT:  Why don't we redact the name.

18   Thank you, Ms. Peterson.

19             (Jury entered the courtroom.)

20             THE COURT:  All right, welcome back.

21             Mr. DiLorenzo.

22             MR. DiLORENZO:  Great.  Thank you, Your Honor.

23             THE COURT:  Please proceed.

24             MR. DiLORENZO:  When we broke, we were about to

25   look at Government's Exhibits 176-1, which has been admitted

```
1    into evidence.  Maybe if we could pull that up alongside
2    Government's Exhibit 217.
3    BY MR. DiLORENZO:
4        Q    And what do we see in the photograph to the left,
5    which is 276-1?
6        A    Yes.  The photograph is the outside door of the
7    interview room we used to interview Mr. Khatallah over a
8    7-day period in June of 2014.
9        Q    And what I'd like to do is move to -2?
10       A    Dash --
11       Q    And, actually, just before you explain -2, what,
12   if any, steps did you or other members of the interview
13   team, you as a team do to change the conditions in that pod?
14       A    Okay.  As you can see, we put some pictures on the
15   wall.  We did some wallpaper.  We put a tablecloth on the
16   table, a little table mat.
17       Q    And if we could toggle through -- I think if we
18   toggle through more slowly than we did with some of the
19   prior pictures looking at -3.
20       A    If you're standing in the door, you're looking in
21   and we're kind of panning to the right.  You can see two
22   chairs, the pictures, the wallpaper.
23       Q    And, again, you see a ventilation vent in
24   Government's Exhibit -3?
25       A    Yes, sir.
```

1    Q    And, please, to -4?

2    A    And still panning to the right, another chair.

3    Q    -5?

4    A    Same.

5    Q    -6?

6    A    Going back to the left now.

7    Q    And that shows some of the chairs?

8    A    It does.

9    Q    -7?

10   A    That's continuing to the left, and you see the

11   pictures, the chair, the wallpaper.

12   Q    And the wallpaper and the pictures, they were put

13   on by you and members of your team?

14   A    I don't recall exactly who put those in there, but

15   it was a member of the law enforcement team.

16   Q    And then continuing to -8.

17   A    Panning to the left.

18   Q    What do we see if you look to the left?  There

19   appears to be some writing.

20   A    Yeah.  The writing on the wall is a directional

21   towards Mecca for praying.

22   Q    But what's the purpose of that?

23   A    So anybody that was praying in that room would

24   know the correct way to pray if they were praying towards

25   Mecca based on the direction the boat was traveling.

3426

1      Q    Okay.  And boats, they move.  They change angles,
2   so --
3      A    They do.  It's approximate.
4      Q    Moving to the next exhibit, which is -9?
5      A    Still moving to the left, you see the wallpaper
6   and the Arabic writing with the arrow.
7      Q    And -10?
8      A    And moving again, panning to the left.  Now you
9   can see the exit of the interview room or interview pod.
10     Q    Now, within this pod, was there any type of video
11  recorder in the room?  And at the time, what was FBI policy?
12     A    No, there was no video recordings in the room
13  whatsoever, no cameras, no videos.  FBI policy at the time
14  was not to videotape custodial interviews.
15     Q    And what is the policy today?
16     A    The policy has changed.  But for the last, as long
17  as I've been in the Bureau, it was not the policy of the FBI
18  to videotape custodial interviews.
19     Q    And the policy today with respect to domestic
20  interviews, what are those?
21     A    It's domestic interviews that require the
22  custodial -- that are custodial that require the videotape.
23  There are certain exceptions for overseas and other extreme
24  situations.
25     Q    Did you have occasion -- or what, if any, steps

1  did you or other members of your interview team take to

2  memorialize what took place during the interview?

3       A    We took notes during the interviews.  And then --

4            MS. PETRAS:  Objection.

5            THE COURT:  Okay.  Your objection is overruled.

6            Ladies and gentlemen, the fact that Agent Clarke

7  took notes during his interviews is being offered to show

8  that the process that he undertook included the taking of

9  notes.

10           The fact that he took notes is not being offered

11 to show that Agent Clarke's trial testimony is more credible

12 than it would otherwise be, and you are not to consider it

13 for that purpose.

14           You're also not to speculate as to the content of

15 Agent Clarke's notes unless specific notes are admitted into

16 evidence or read to you.  Is that clear okay?

17           Okay.  Please proceed.

18           MR. DiLORENZO:  Sure.

19 BY MR. DiLORENZO:

20      Q    Was taking the notes consistent with FBI protocol?

21      A    Yes, it was.

22      Q    And are those -- when were those notes taken?

23      A    As we were conducting the interview, either myself

24 or Justin O'Donnell would take the notes as the interview

25 was going on.

1          Sometimes when I was asking questions and taking
2     notes, I would record it.  Sometimes Mr. O'Donnell would
3     record it.
4          But it was usually one agent consistent throughout
5     each interview.
6      Q    And what, if anything, was done after the
7     conclusion of each interview?
8          MS. PETRAS:  Objection.
9          THE COURT:  Overruled.
10         THE WITNESS:  So at the conclusion of every
11    interview day -- and we broke the interviews up each day --
12    myself, Mousa El Chear, the translator --
13         MS. PETRAS:  Objection.  Can we approach,
14    Your Honor?
15         THE COURT:  You may.
16         (Bench conference)
17         MS. PETRAS:  He's about to say that they then took
18    the notes and wrote a report, and that's another --
19         THE COURT:  I'm sorry?
20         MS. PETRAS:  He's about to say that they then took
21    the notes and all got together and wrote a report, which is
22    another prior consistent statement, which is discuss the
23    notes.
24         THE COURT:  They're the same.
25         MS. PETRAS:  Then why add two if they have what

1    they need?  If it's FBI protocol they took notes.  Why do

2    they get to add to that, we took a -- wrote a report?  It's

3    even further prejudiced.

4              THE COURT:  So why don't you just ask him if they

5    also wrote typed-up reports?

6              MR. DiLORENZO:  So -- and actually -- I will,

7    Your Honor.

8              But this actually gets to a point for the

9    recollection of recorded.  Again, I'm not getting into

10   substance of what the defendant said.  But, I mean, the

11   Court, from the motions hearing, is well aware that there

12   were six days of interviews.  There were multiple breaks,

13   multiple times.  And it's impossible for the agent to

14   remember all the times.

15             So what we did, like we did at the motions

16   hearing, is we created a summary, a summary document.  And

17   the summary document reflects that.

18             So here, there would be an exception.  We're not

19   introducing to show a prior consistent statement.  We're

20   introducing to show the summary document as a past

21   recollection recorded.

22             THE COURT:  What is the summary document?  It's a

23   compilation of facts from the 302s?

24             MR. DiLORENZO:  Correct, which is just date,

25   times, date and times when certain things occurred during

```
 1    the course of the interview.
 2              THE COURT:  Has he seen that?
 3              MR. DiLORENZO:  He has.  He testified to it at the
 4    motions hearing.
 5              THE COURT:  Why do you need to refer to the
 6    creation of 302s in order to refer him to that document?
 7              MR. DiLORENZO:  Right.  To show that it's
 8    accurate.  He has -- basically, I was going to show
 9    Government's Exhibit 219.  He'll look at it.
10              What is this?
11              It's a summary document.  I had the opportunity to
12    compare it to something that I made close in time to the
13    event.  That's how I know that this stuff is accurate.
14              He would testify to that, and I would offer that
15    as a demonstrative aid the jury.
16              MR. PETRAS:  Past recollection recorded is if a
17    witness cannot remember a specific fact.
18              The government cannot create past recollection
19    recorded and admit it as an exhibit.
20              The questions -- he can ask the questions.  If he
21    can't remember, he can refresh his recollection.
22              MR. DiLORENZO:  I mean, we are going to be back
23    and forth through these dates and times.  And I can ask the
24    question:  Do you remember all the dates and times that will
25    establish the foundation of did you create something or
```

1    review something that was created just in the creation of

2    something that accurately reflects?

3                MS. PETRAS:  I can shortcut this.

4                As to the summary arguments, I don't care about

5    them.  I will not object to the summary documents, the list

6    of that, but I object to him referring to him creating

7    reports for everything and going back.  And what I was just

8    objecting to was him about to say that the three of them got

9    together and talked about what happened and created a

10   report.  That's completely just for the purpose of prior

11   consistent statements, and we got it all right.

12               So these are two separate issues.

13               THE COURT:  I agree with you on the circumstances

14   of creating them, because that tends to be a bit more

15   credibility --

16               MR. DiLORENZO:  Right.

17               THE COURT:  -- and invites the jury to speculate

18   they were accurate.

19               But you have impeached the 302s.  We know that

20   302s are created.  That's no secret to the jury.  Right?

21               The fact that the interviews -- that you prepared

22   a summary document from the interview memoranda that you

23   prepared period without going into the circumstances of

24   their creation.

25               MS. PETRAS:  He doesn't have to even add in that

```
1    he prepared a summary document from the reports that he
2    created.  I prepared the summary document as to what our --
3              MR. DiLORENZO:  But if you reported -- if you
4    created the summary document last week for events four years
5    ago, it has less credibility.  If he created --
6              THE COURT:  Let's see if she's going to cross him
7    on that.
8              MS. PETRAS:  I'm not going to do that.
9              I'm going to say that his summary documents are
10   accurate from what he remembers.
11             MR. DiLORENZO:  So would you stipulate to their
12   admission, not challenge the authenticity and the accuracy
13   of those documents?  That's a case if I -- with a
14   stipulation, I could move on.
15             MS. PETRAS:  I'm not objecting to him using them.
16   I'm not stipulating to anything that Agent Clarke said.  How
17   could I -- I don't know if anything he says is true.
18             THE COURT:  I'll tell you what.  Just ask him if a
19   summary was prepared --
20             MR. DiLORENZO:  Okay.
21             THE COURT:  -- based on the information that he'll
22   say is close in time.
23             MR. DiLORENZO:  Just say close in time but without
24   saying the source.
25             THE COURT:  Without going into the accuracy or the
```

```
 1    circumstances surrounding the creation of the 302s, okay?

 2              MR. DiLORENZO:  Okay.

 3              THE COURT:  Okay.

 4              (Open court)

 5    BY MR. DiLORENZO:

 6         Q    So what I'd like to do is show you Government's

 7    Exhibit 219?

 8              MR. DiLORENZO:  And maybe it would be easier if

 9    I -- Your Honor, with the Court's permission?

10              THE COURT:  You may.

11              MR. DiLORENZO:  Thank you.

12    BY MR. DiLORENZO:

13         Q    Do you recognize Government's Exhibit 219?

14         A    I do.

15         Q    And is it -- what is it?

16         A    It's a summary of the times and some of the events

17    that occurred during the seven-day interview process.

18         Q    And have you had an occasion to review that?

19         A    I have.

20         Q    And do you know it to be accurate?

21         A    Yes.

22         Q    And is that based on information you had close in

23    time to the events occurring?

24         A    Yes, sir.

25              MR. DiLORENZO:  Your Honor, at this time, I would
```

1    offer Government's Exhibit 219 into evidence.

2              MS. PETRAS:  No objection.

3              THE COURT:  So moved.

4              MR. DiLORENZO:  Thank you.

5    BY MR. DiLORENZO:

6         Q    And if we could, how many pages is Government's

7    Exhibit 219?

8         A    It's seven pages, one page for each day of

9    interviews, from June 21st to June 27th.

10        Q    So, in other words, each day represents

11   information pertaining to an interview on a particular day?

12        A    Yes, sir.

13        Q    And what I would like to do is show you

14   Government's Exhibit, page 1 of Government's Exhibit 219.

15             MR. DiLORENZO:  And since this has been admitted,

16   I'd ask for permission to publish it to the jury.

17             THE COURT:  You may.

18   BY MR. DiLORENZO:

19        Q    And actually with all the objections, I had one

20   other question I wanted to ask you before we dive into this.

21   With the back-and-forth, I almost forgot something.

22             You talked about -- you explained to the jury how

23   the conditions within the rooms were changed.

24        A    Yes.

25        Q    What, if any, other changes were made regarding

1   the defendant from the point that the law enforcement team

2   got on the boat?

3       A    We increased his meal schedule, or we made it

4   three meals a day instead of two meals a day.

5            And we offered him a shower every day.

6            We also brought a change of clothing, a Champion

7   tracksuit.

8       Q    And when you interviewed him, was he wearing those

9   civilian clothes?

10      A    Yeah.  During the interview process, he was in

11  those clothes.

12      Q    Now, if you could please share with us the first

13  time you met the defendant and the circumstances around your

14  first meeting with him.

15      A    Okay.  The first time we met Mr. Abu Khatallah was

16  on June 21st, 2014.

17           The interview team, consisting of myself, Justin

18  O'Donnell, and Mousa El Chear, we go down to that specially

19  constructed area by the military to hold detainees below

20  deck on the ship.  And we tell the military guards who were

21  there that we'd be ready to see Mr. Khatallah.

22           We would then go into that interview pod, I1, and

23  we'd wait, sometimes outside the door, sometimes inside the

24  door.

25           On the first day, we told the military guards.

1    And shortly after we did, two military guards, with a

2    translator, brought Mr. Abu Khatallah down from his living

3    quarters down to the interview pod where we were.

4         Q    So were you and the other members of the law

5    enforcement interview team, were you within the pod?

6         A    Yeah.  On the first occasion, we were inside the

7    pod, yes.

8         Q    And would that have been I1, the interview pod?

9         A    It was I1, the interview pod.

10        Q    And did there come a time when you made contact

11   with the defendant?

12        A    Yeah.  As I recall, we were inside the pod, but

13   the door was opened.  He bought the -- the military guards

14   brought Mr. Khatallah to us.  He was blindfolded, and he was

15   handcuffed behind his back.

16             Their military translators walked him through like

17   getting into the pod interview, because there was a little

18   step up; still blindfolded and handcuffed.

19             He stood with his back towards the door and the

20   military guards.

21             We asked the military guards to remove his

22   handcuffs, remove his blindfold, which they did.

23             After they did that, they left.  We closed the

24   door, and we asked Mr. Khatallah to sit down in one of the

25   interview chairs.

1    Q    And did he to that?

2    A    He did, yeah.

3    Q    So what time did the interview commence?

4    A    The interview started at approximately 7:30 Zulu.

5    Q    And can you explain what 7:30 Zulu means?

6    A    Everybody has a problem with Zulu.

7         So 7:30 Zulu -- Zulu time is a time used by the

8    aviation community and the military to cross all time zones.

9         For example, if it's 3:30 a.m., in the morning,

10   at -- Zulu time is approximately four to five hours,

11   depending on daylights savings, ahead of that.

12        so on June 21st, 2014, 7:30 Zulu in New York

13   would be 3:30 a.m.

14        If you were in Libya, it would be plus 2 because

15   it's on Eastern European time.  So it would be 9:30 a.m.

16   Q    And do you know where Zulu time matches up on time

17   zones?

18   A    It's in Greenwich, England.

19   Q    And so when the interview commenced, who was

20   present in the interview room?

21   A    So after we asked Mr. Khatallah to sit down in the

22   chair -- and that's using translation.  I'm speaking, and

23   Mr. O'Donnell is speaking.  And Mousa El Chear is

24   translating.  It was 7:30 Zulu or 3:30 a.m. New York or 9:30

25   Libya time when we started the interview.

1    Q    So then all of your contact with him when you're

2 speaking to him, are you -- you're speaking English?

3    A    I'm speaking English.  Mousa El Chear is

4 translating into Arabic.  Mr. Khatallah is speaking Arabic

5 back to Mousa.  And Mousa is translating to English back to

6 Justin O'Donnell and myself.

7    Q    And what type of clothing were you and the other

8 members of the interview team wearing?

9    A    We were either in Dockers with a collared shirt or

10 a polo shirt or jeans and a polo shirt.

11   Q    And were you or the other members in the interview

12 team armed?

13   A    No.

14   Q    And did that -- was that consistent both not being

15 armed and wearing casual or business casual clothes

16 throughout your contact with the defendant?

17   A    Yes, it was.

18   Q    And you indicated that he, I guess, how he came

19 into the interview room and that he sat down.  If I could

20 just direct your attention to Government's Exhibit 176-5

21 and -6 -- that would be -5 and -6 -- and have them admitted

22 into evidence.

23        MR. DiLORENZO:  And if they could please be

24 published to the jury.

25

1    BY MR. DiLORENZO:

2        Q    So looking at these exhibits, if you can, please

3    refer to them by exhibit number.

4        A    Yeah.  I'll start with 176-6, which is the one to

5    the right of the screen.

6             This is looking into the interview pod.  If you

7    look at the chair, the white folding chair to the right of

8    the table, that's where Mr. Khatallah was seated.

9             If you look to the folding chair that is to the

10   left of the table, that's where I was seated.

11            And I kind of moved that chair out a little bit so

12   we were more facing each other.

13            If you go to 176-5, you'll see the chair that

14   Mr. Khatallah was sitting in directly to the right of the

15   table.

16            And then next to him, there's another chair, and

17   that's where the translator, Mousa El Chear, was sitting.

18       Q    And so as the defendant sat down, what, if

19   anything, happened?

20       A    And I'll just point out that across -- you can't

21   see it in the picture -- that's where Justin O'Donnell was

22   sitting.  So there were three of us plus the defendant in

23   the pod.

24       Q    And no one else in the room during the course of

25   the interview?

3440

```
1        A     No.

2        Q     And that was true throughout your contact --

3        A     Yes. sir.

4        Q     -- and interviews with the defendant.

5        A     Yes, sir.

6        Q     And when you saw him, how did he appear?

7        A     When we first saw Mr. Khatallah, he appeared aware

8    of what was going on.  He responded very well to the

9    translation.  He appeared coherent, engaged, and the

10   translation seemed to be working very well.

11       Q     And did you ask him any questions upon his entry?

12       A     We did.

13             The first thing we did is we asked him, how are

14   you feeling?  How are you being treated?

15             To which he responded that he was feeling fine.

16             He did tell us that he had a slight headache.  But

17   the doctors had given him some eye medication, and he felt

18   better.

19             We then asked him, Have you had enough to eat?

20   Have you had enough sleep?  Are you rested?

21             To which he replied he had.

22             We asked him if he had an opportunity to pray, and

23   he said he had.

24             And this is all through translation.  I was asking

25   the questions.  Mousa El Chear was translating.  And what
```

1    I'm looking for is the translation was working very well.

2    The responses were appropriate to the questions I was

3    asking.  And I was also making sure that he was physically

4    okay.  And to all these questions, he seemed fine.

5         Q    Let me just show you Government's Exhibit 163,

6    which has been admitted into evidence and you, in court,

7    have described as a picture taken upon his capture.

8              Did he look like that when you met with him on

9    June 21st, 2014?

10        A    Not exactly.  I mean, his hair was washed.  His

11   eyes were much clearer.  There wasn't as much bruising under

12   his left eye.  It was -- all the wounds were kind of

13   consistent with five or six days of healing.  And he looked

14   much better.

15        Q    What about the clothing?

16        A    Yeah.  It was a different clothing.

17             I believe the first day he was wearing the clothes

18   that we provided to him, but I'm not absolutely sure about

19   that.

20        Q    After checking on his welfare, what, if anything,

21   did you and the other agent, the other members of the team

22   do?

23        A    Immediately after we checked on how he was doing

24   and how he was feeling, we introduced ourselves.  I told

25   him, "I'm Mike Clarke.  I'm an FBI agent out of New York."

1          Mr. O'Donnell and Mousa, I believe they introduced

2     themselves, but I could have done the introductions.

3          We told them he was under arrest; that we were FBI

4     agents; and that he was on a U.S. Navy ship and that he was

5     traveling back to the United States.

6     Q    And how did he react to that?

7     A    He appeared engaged.  He appeared interested in

8     what we were saying.  But he didn't have any questions at

9     that time.

10    Q    Did there come a time when he was advised of his

11    *Miranda* rights?

12    A    Yeah, immediately after we introduced ourselves,

13    we -- I read him his *Miranda* rights verbally, using a

14    specific form that we had brought onto the boat with us.

15         MR. DiLORENZO:  What I'd like to do is, if I could

16    just -- the Court's permission to approach?

17         THE COURT:  You may.

18    BY MR. DiLORENZO:

19    Q    They have been provided to the defense.

20         So you've indicated that you immediately went into

21    advising the defendant of his rights.  Can you please share

22    with us -- explain to the members of the jury how it was

23    that the defendant was advised of his rights.

24    A    Okay.  The advice of rights we used on the boat

25    is, it's the regular advice of rights you see in America and

1    that maybe you've heard on television or whenever.  But it's

2    also enhanced to fit the unique circumstances that

3    Mr. Khatallah was on.

4         And this was the form that had all of the

5    information that we needed, and I read this to him verbatim.

6         The way I did it, because it was through

7    translation, is I read a phrase in English.  I read the

8    first phrase.  Mousa El Chear would translate it into Arabic

9    for him.

10        After the phrase was translated, we would ask

11   Mr. Khatallah, "Did you understand?"  And that's how we went

12   through the entire form.

13        So we read a phrase.  It was translated, asked if

14   he understood, and went through the form in that fashion.

15   Q    And you're using an English form; is that right?

16   A    I'm using an English form.

17        There's an Arabic form that Mousa El Chear had of

18   this English version that he had in his hand.  And when I'd

19   read the phrase, Mousa El Chear would read the Arabic

20   version off of his advice of rights form or notice of rights

21   form.

22   Q    And do you know if the defendant spoke English?

23   A    I didn't believe he spoke English, but -- no,

24   I don't think he spoke English.

25   Q    So even though you're reading it in English, the

1    actual advice of rights, he's getting it in Arabic from

2    Mr. El Chear?

3        A    Yes.  It's the Arabic version.  Even though I'm

4    speaking in English, the translator is using this Arabic

5    version of it to read him what I'm saying in English,

6    translated verbatim.

7        Q    And do you see Mr. El Chear reading from the

8    Arabic version?

9        A    Oh, yeah.  I mean, I'd read the phrase; then

10   Mousa El Chear would read the phrase in Arabic to him; and

11   we'd ask him if he understood.

12       Q    So the exhibits that we put in front of you, that

13   I handed you, Government's Exhibit 648, what is that?

14       A    648 is the advice of rights or notice of rights

15   that I read to Mr. Khatallah on the boat.

16       Q    And then what is 619?

17       A    619 is the Arabic version that Mousa El Chear used

18   while reading his -- reading the constitutional rights to

19   Mr. Khatallah.

20       Q    How do you recognize that?  Do you read Arabic?

21       A    See, no, I don't.  So I'm looking at something in

22   Arabic.  The only reason I know that this is the form is

23   because it's a copy of the one we filled out on the boat.

24            So it's dated.  This one here is dated June 21st,

25   2014.  I recognize Justin O'Donnell's signature.  I

1    recognize Mousa El Chear's signature.  And I even recognize

2    Mr. Khatallah's signature twice on the form.

3         Q    Okay.  And then just looking at Government's

4    Exhibit 620, do you see that?

5         A    I do.

6         Q    And what is that?

7         A    This is the English translation of the Arabic

8    version we used on the boat.

9              And I used -- this is -- I can tell it is the

10   English translation, because it's also filled out; but the

11   Arabic responses and the notes that Mr. Khatallah put on the

12   form as he was reading it and signing it are translated

13   here.

14             MR. DiLORENZO:  Okay.  Your Honor, at this time,

15   the government would offer Government's Exhibit 648, 619,

16   and 620 into evidence.

17             MS. PETRAS:  No objection.

18             THE COURT:  So moved.

19             Just for the record 648, 619, and 620;

20   is that right?

21             MR. DiLORENZO:  Correct, yes.

22             And if we could publish 619.

23   BY MR. DiLORENZO:

24        Q    You indicated that you read the rights in English

25   from Government's Exhibit 648.

1          MR. DiLORENZO:  And could we zoom in a little?

2    BY MR. DiLORENZO:

3      Q    You described reading in phrases.  Do you remember

4    exactly today the phrases that you read it in?

5      A    I do.

6      Q    When I say "exactly," I mean I remembered the

7    phrases because it's the natural breaks in the sentences and

8    paragraphs.

9      A    So as I do it, it's the same way we did it on the

10   boat.

11     Q    Okay.  So could you demonstrate to the jury how it

12   is that you read the defendant his rights.

13     A    I can.

14          So we started out -- and this is right after we

15   had introduced ourselves.  And I told Mr. Khatallah, "You

16   have certain rights, and this is a form that I'm going to

17   read to you, which is your advice of rights."

18          That was translated into Arabic.

19          We asked Mr. Khatallah, "Do you understand?"

20          That was translated back to me.  He said he did.

21          And to make -- there was never a time where I

22   asked him, "Do you understand?" and that -- after a phrase

23   where he said he did not understand.  So it went fairly

24   smoothly.

25          So I started off, "We are American law enforcement

1    agents."  Mousa El Chear would translate that into Arabic.

2              "Do you understand that?

3              "Yes.

4              "You have been arrested for violations of

5    United States criminal law related to the attack on the

6    American mission in Benghazi, Libya, on September 11th,

7    2012."

8              That would be translated.  We'd asked him if he

9    understood that.  He said he did.

10             "Because you're under arrest, United States law

11   provides you with certain rights in your dealings with us."

12             Again, the natural break.  It's translated.  Ask

13   him if he understands.  He says, "Yes."

14             "And before we ask you any questions, we want to

15   make sure that you understand your rights."

16             Translated.  We asked him if he understood.

17   He said he did.

18             "You have the right to remain silent."

19             Again, translated, and then acknowledgment.

20             "We know that you already have met with other

21   members of the United States Government."

22             Translated, acknowledgment.

23             "We do not know what, if anything, they said to

24   you or you said to them."

25             Translated, acknowledgment.

1          "Anything you previously said to other

2     United States Government officials was not for purposes of a

3     criminal proceedings against you in the United States and

4     likely will not be used against you in the United States

5     Court of Law."

6               And, again, Mousa El Chear is using the Arabic

7     version and reading the Arabic version after I say that.

8               Again, understand, acknowledge.

9               "We are starting anew.  You do not need to speak

10    with us today just because you have spoken with others in

11    the past."

12              That was translated.  We asked Mr. Khatallah if he

13    understood.  He said he did.

14              "If you decide to speak with us today, you should

15    know that anything you now say can be used against you in a

16    United States Court."

17              Again, that was translated by Mousa El Chear into

18    Arabic using this form, and we asked Mr. Khatallah if he

19    understood.  He said he did.

20              "You have the right to talk to a lawyer for advice

21    before we ask you any questions."

22              Translated by Mousa, and we asked him if he

23    understood.  He said he did.

24              "You have the right to have a lawyer with you

25    during questioning."

1            Translated.  Asked if he understood.  He said he

2       did.

3            "If you cannot afford a lawyer, one will be

4       appointed for you before any questioning, if you wish."

5            Translated.  He acknowledged that he understood.

6            "Before you decide whether you want to speak to us

7       today, we also want to explain to you that, because you have

8       been arrested on United States criminal charges, we are

9       bringing you without unnecessary delay to a courtroom in the

10      United States."

11           That was translated, and we may have broken that

12      up.  But translated, said he understood, and acknowledged

13      that he did understand.

14           "When you arrive in court, a judge will advise you

15      of the charges against you, give you an opportunity to hire

16      an attorney of your choice, or, if you cannot afford to hire

17      your own attorney, appoint an attorney to represent you."

18           Again, Mousa would translate that phrase or we

19      might have broken that one up to you, and we asked him after

20      each break in the translation if he understood.  And he

21      responded that he did.

22           "And determine whether you should be released on

23      bail pending indictment and/or trial of the case against

24      you."

25           Translated.  And then we asked if he understood.

3450

1    He said he did.

2            And then, "Do you have any questions about what

3    I have just explained to you?"

4            At this time, Mr. Khatallah told us that he wished

5    to talk to us, that he understood his rights, and he waived

6    his rights verbally to us.

7            After he waived his rights verbally to us, he

8    asked a question.  He said, "Is there a lawyer here?" to

9    which I replied, "No."

10           Mr. Khatallah then told us that he still wished to

11   talk to us, but he wanted to reserve his right to an

12   attorney should he change his mind and want one in the

13   future.  And we said, "That is absolutely fine."

14      Q    Sir, after verbally advising the defendant of his

15   rights under *Miranda*, as you said an enhanced *Miranda*, and

16   the defendant verbally indicating that he would agree to

17   speak with you, what happened next?

18      A    So then we did it all over again, but this time we

19   did it with Mr. Khatallah and in writing.

20      Q    And explain how that happened.

21      A    Yes.

22           So Mousa -- first, we asked Mr. Khatallah if he

23   could read or write Arabic, and he said he could.

24           Mousa El Chear took this Exhibit 619, and he

25   scooted over and he put it in front of Mr. Khatallah.

1           Mousa El Chear could see the paper and so could

2    Khatallah.

3           And then Mousa El Chear read this to him while

4    Mr. Khatallah followed along, reading the form with

5    Mousa El Chear.

6           So they did it in Arabic.

7    Q    And did you watch that?

8    A    I did.

9           They're speaking Arabic.  I don't understand

10   Arabic.  But I looked at Mr. Khatallah.  He was looking down

11   at the form as Mousa El Chear was reading it to him.  His

12   eyes were moving from right to left, because it's Arabic and

13   it's different.  And I noticed that he appeared to be

14   reading.

15   Q    And after he was advised a second time of his

16   *Miranda* rights, what happened next?

17   A    We then went to the Waiver of Rights form, the

18   written waiver of rights form.

19   Q    And then if you could just look at Government's

20   Exhibit 219, if we could go to page 2.

21   A    Uh-huh.

22   Q    So what -- thank you.  Government's Exhibit 619,

23   page 2.

24   A    Yeah.

25          So what this is is a copy of the exact thing we

```
 1   were using on the boat for the acknowledgment of rights and
 2   waiver of rights to have an attorney present and remain
 3   silent.  This is the Arabic version of it.
 4        Q    So then how did the waiver portion take place?
 5        A    We did, I did the exact same way.  I had the
 6   English version of it, and I would read the top, tell him
 7   what it was.  It was translated.  We asked him if he
 8   understood.
 9             So the first line is -- so the first line if you
10   look down at the bottom of the page --
11             MR. DiLORENZO:  One moment.
12             So what we've done is we've zoomed -- is it
13   possible to move that a little to the right?
14   BY MR. DiLORENZO:
15        Q    So he was advised.  Explain how he was advised.
16        A    Okay.  So, again, the form is in front of him in
17   Arabic.  Mousa El Chear, our translator, is sitting next to
18   him.  And I'm reading my version in English.
19             And I told him, "This is the waiver of rights.  If
20   you want to sign this, please do, and we're going to explain
21   it to you."
22             So we told him, "This is the acknowledgment of
23   rights, waiver of rights to attorney and remain silent
24   form."  Do you understand that?"
25             Mr. El Chear translated that, and he said he
```

1    understood.

2              The first -- went down to the first line, which

3    says, "I am willing to make a statement and answer

4    questions," and that was translated.

5              And then we asked -- he said he would, and we

6    asked him to initial.

7              Now, Mr. Khatallah asked us, he said, "Can I write

8    something here if I want to or on each line?  Do I just need

9    to initial, or can I write something?"

10             And I said, 'Write whatever you want.  You can

11   write what you want."

12             So, yeah, go ahead.

13   Q     And after being asked that question, did he write

14   something on Government's Exhibit 619?

15   A     He did.

16   Q     And do you see where it is that he wrote it?

17   A     He did.

18             So in Arabic, you read from right to left.

19   So this first line under the bold is, "I am willing to make

20   a statement and answer questions right here."

21             And I'm reading from my English-translated version

22   now, which is 620, which is the translation of what's here.

23             MR. DiLORENZO:  So why don't we do that.  Why

24   don't we put up Government's Exhibit 620 next to 619.

25             THE WITNESS:  Okay.  It well probably be easier.

```
1    BY MR. DiLORENZO:

2        Q    Okay.  And so you're advising him of his rights.

3    You're actually reading from Government's Exhibit 648,

4    correct?

5        A    I'm actually reading from Government's Exhibit

6    620.  I'm reading from 648.  But now for the translation,

7    I'm reading from 620.

8        Q    Just to be clear, because it's confusing, 648 is a

9    version that you had?

10       A    Yes.

11       Q    And then --

12       A    Okay.  So --

13       Q    -- what was presented was basically a blank

14   version of 619?

15       A    Exactly.

16            So when we started, this whole page here to the

17   left on your screen was blank.

18       Q    And then you had indicated he was asked questions

19   and --

20       A    Uh-huh.

21       Q    -- then he gave answers.  And it was the answers

22   or the portions to the left that are underlined?

23       A    Yes.

24            So for the first question, "I'm prepared to give

25   statements and answer questions," he wrote, "To the best of
```

1   my ability," and then he initialed.

2        Q    And then what was he asked?

3        A    We asked him -- obviously we read it.  It was

4   translated.  We asked him if he understood.  And then he

5   wrote what he wrote.

6        Q    So that's his handwriting?

7        A    Yes.

8             The next line, it's in Arabic.  It's right to

9   left, but it's on Exhibit 620.  It's, "I do not want an

10  attorney at the present time."  And Mr. Khatallah wrote,

11  "Due to an attorney not being available, but in the future,

12  yes," and then he initials.

13       Q    And then what?

14       A    "I understand my rights, and my decision is made

15  willfully and voluntarily," and he initials.

16            Again, each line, as I go through this, is

17  translated.  And then we ask him if he understands.  If he

18  does, we ask him to initial.

19            "No promises were given to me, nor were threats

20  directed at" -- I'm sorry.

21            "No promises were given to me, nor were threats

22  directed against me.  And I was not subjected to any

23  coercion or pressure of any type."  He wrote, "Yes," and

24  initialed.

25            He then, his name is there.  He signed under his

1    name.  The translator, Mousa El Chear, signed.  The name of

2    the witness is Justin O'Donnell.  He signed.  And he waived

3    his rights in writing to us on June 21st, 2014.

4         Q    And then the date is placed there at the time that

5    the waiver took place?

6         A    Yes, it is.

7         Q    Now, there appears to be some writing below that.

8    Do you recall the circumstances around that?

9         A    Yes.

10             We asked Mr. Khatallah if he would feel better if,

11   when he brought up the issue, "Is there a lawyer here?" and

12   then we understood what he meant.  I think everybody

13   understood what he meant.

14             But we asked him if he would feel more comfortable

15   if that were noted on the acknowledgment of rights and

16   Waiver of Rights, to have an attorney present on this form.

17             And we talked about it, and he said he would.

18             And so we just said, "Write what you want to

19   write," and he did.  And this is what he wrote.

20        Q    And, again, it was in Arabic, so you can't read

21   that.  But if you look at Government's Exhibit 620, what, if

22   anything, did he write?  What is the translation?

23        A    So Mr. Khatallah wrote, "I understood from the

24   conversation that I have the right to have an attorney

25   present at any time, but today, 6/21/2014, I have consented

```
 1   to talk without the attorney being present."
 2           And then he signed again and dated.
 3       Q    And that was in his handwriting?
 4       A    That's his handwriting.
 5       Q    And then below it, it has the date and his
 6   signature as well?
 7       A    Yes, sir.
 8       Q    I will just direct your attention back to
 9   Government's Exhibit 219, page 1.
10           When you were speaking to him, when you, what was
11   your tone throughout the time that you were speaking with
12   him?
13       A    Calm and conversational.
14       Q    And then what about the other members of the team?
15       A    Same.
16       Q    And that includes Mr. El Chear?
17       A    Yes.
18       Q    After advising the defendant of his rights,
19   Miranda rights, a second team, getting now the written
20   waiver after a verbal waiver --
21       A    Yeah.
22       Q    -- what, if anything, did you do?
23       A    Okay.
24           This took about a half an hour, the first day.
25   And so we decided to take a short break.  So we told
```

1    Mr. Khatallah, listen, we're going to take a short break,

2    we'll be back very soon; won't be long.

3            Then one of us left the interview pod, and we

4    notified the guards that Mr. Khatallah was ready to go back

5    to his living quarters.

6            Shortly thereafter, they came.  They asked Mr. --

7    we asked Mr. Khatallah to stand up and face away from the

8    door.  Handcuffs were put back on him.  Blindfold was put

9    back on him by the military personnel, and they escorted him

10   out of the interview pod and back to his D2.

11       Q    The restraints that you described, was that

12   requested by the FBI?

13       A    No.

14       Q    Do you know why the restraints were used?

15       A    It was for the safety of Mr. Khatallah and safety

16   for the military folks that were handling him.

17       Q    And it's your understanding that was pursuant to

18   DOD policy?

19            MS. PETRAS:  Objection.

20            THE COURT:  Sustained.

21   BY MR. DiLORENZO:

22       Q    So you had been with him for approximately an

23   hour?

24       A    Yes, approximately an hour.

25       Q    And how long was the break?

1      A      The break was an hour also.

2      Q      And did there come a time when you saw

3 Mr. Khatallah and the defendant again that day?

4      A      Yes.  We saw him again at 9:30 Zulu, so two hours

5 later or an hour later.

6      Q      And I'll just ask you this question once.  So when

7 we look at the time, we'll stick with the Zulu time.  So

8 9:30 Zulu, what time would that be for the defendant or an

9 individual from Libya?

10      A      All right.  So 9:30 Zulu, if the defendant were

11 still on Libya time in Benghazi, it would be plus two hours.

12 So 9:30 Zulu would be 11:30 a.m. for him.

13      Q      And then for you being from New York?

14      A      Four hours earlier.

15      Q      So if the interview began at 7:30 Zulu, it would

16 have been 9:30 for the defendant?

17      A      And 3:30 a.m. for me.

18      Q      So when the interview resumed at 9:30, please tell

19 us what happened.

20      A      After the interview resumed at 9:30, we started to

21 go into the interview.  But before we did anything, we

22 brought him back in, sat him down.

23            We didn't go through the whole *Miranda* again.  But

24 I asked him, I said, "So you remember this is voluntary,

25 that this is completely voluntary, that you are free to stop

1   at any time?"

2          And Mr. Khatallah, through the translator, told

3   me, "Yes, I know that this is voluntary."

4          And from my observations of him, he appeared

5   engaged.  He -- and he appeared very interested in what was

6   going on.  And he told us he wanted to continue the

7   conversation.

8      Q    And did the interview commence at this time?

9      A    We did.

10     Q    And what type of information did you learn at the

11  beginning of the interview?

12     A    We started back -- we started with background

13  information with Mr. Khatallah.

14     Q    And could you share with us some of the

15  biographical information you learned from the defendant?

16     A    Sure.

17         So after the interview started, Mr. Khatallah told

18  us that he was born and raised in Benghazi, Libya, was born

19  in May of 1971.

20         He had attended approximately nine years of formal

21  education in Benghazi.  And after those nine years, he went

22  to a specialized school to become a mechanic.

23         He said he graduated that school with what he

24  described as excellent honors.

25         After he graduated from mechanics school, he

1    started working for the government of Libya, I believe, for

2    the Department of Health, for a very short period of time --

3    or a short period of time.

4            He left that job and went into a private

5    construction company where he worked for a number of years.

6            And then finally after that, he opened up his own

7    business in Benghazi, his own small business in Benghazi.

8        Q    What, if any, contact did he say he had with the

9    Libyan authorities?

10       A    Yeah.

11           Mr. Khatallah told us that in approximately 1995,

12   so I guess he'd be kind of mid-20s, 24 or so, that he was

13   arrested by the Libyan government.

14           Mr. Khatallah said that he was arrested not for

15   any specific crime, but for his association with other

16   people and his beliefs.

17       Q    And did he then go on to detail some of his

18   further contacts with the Libyan authorities?

19       A    He did.

20           I mean, for the next 15 years, from 1995 to

21   approximately 2010, he spent the majority of that time in a

22   Libyan prison.

23           He was in three specific prisons.  There was

24   Yoruba Prison, sorry, in Benghazi.  Spent a short time

25   there.

1          He was later transferred to Ain Zara Prison in

2     Tripoli.

3          And then he finally ended up in Abu Salim prison

4     in Tripoli.

5          He was released -- so he's arrested in '95.

6     I believe he was released in '96.

7          Then he spent a number of years in prison and was

8     released again in 2003.

9          And then he was released -- was arrested again in

10    2004 and then released again in 2005; re-arrested in 2007;

11    and then finally made it out of prison sometime, I believe,

12    in 2010.

13    Q     Did he indicate to you why he was incarcerated?

14    A     He did.

15          He said he was -- in 2001, he was in prison.  And

16    I guess he was -- he told us he was scheduled to be

17    released.  And he was able to read the charges against him.

18    And all he told us was that when he read the charges against

19    him, they were completely fabricated and his signature was

20    forged.

21    Q     And how -- what type of prisoner did he refer to

22    himself as.

23    A     He described himself as a political prisoner.

24    Q     Did you ever ask him if he was mistreated in

25    Libyan prison or while in Libyan custody or if he was ever

3463

1  tortured?

2      A    We did.  We specifically asked him if he was

3  tortured.

4           So Mr. Khatallah told us that it was difficult in

5  prison; that it was overcrowded.  In the summertime, there

6  was no air conditioning, so it was not.  And in the

7  wintertime, there was limited heat, so it was cold.  And

8  very overcrowded.  The circulation was terrible, he said.

9           He said that when he first got to prison, that he

10  was beaten for the first few days; but after that, he was

11  never tortured or even interrogated.

12      Q    Now, after obtaining some of this basic

13  biographical information, were there any breaks that were

14  taken on June 21st, 2014?

15      A    Okay.  So --

16      Q    I'll maybe direct your attention to Government's

17  Exhibit 19.

18      A    Yes.

19           So we took the break from 8:30 to 9:30 Zulu, and

20  the interview resumed for two hours.

21      Q    During this interview portion, which is, like you

22  said, two hours, was anything offered to him?  Or did he

23  have any complaints?

24      A    Yeah.

25           During this two-hour period, we offered bathroom

1    and we offered him food, which he declined.

2             He did accept some tea that we gave him.

3             He then at one point he was a little cold, so we

4    gave him a sweatshirt.

5        Q    And after the two hours of interviewing the

6    defendant, what happened?

7        A    We took another break for about an hour and a

8    half, from 11:30 Zulu to 13:00 Zulu.

9        Q    And each time there was a break, whether -- you

10   described how the defendant was brought to you by guards and

11   how he left.  Was that done -- was the same -- was it done

12   in the same manner?

13       A    So we did.  We developed a routine with

14   everything.

15            So the way I described it in the morning that we

16   went and got him, notifying the military guards, we did that

17   every time we came back.

18            And this -- when we offered him a break, the same

19   way I described.  We'd say we're going to take a break.

20   We'd advise him how long we thought it was going to be.  One

21   of us would leave and tell the military guards, "Hey, we're

22   going to take a break."

23            They would show up.  He'd be asked to stand up,

24   face away from the door.  The military guards would handcuff

25   him behind his back, put blindfold back on, and lead him to

```
 1   his living pod.

 2           And that was consistent throughout the seven-day

 3   period.

 4       Q    Did there come a time when the interview resumed?

 5       A    Yeah.

 6       Q    And when was that?

 7       A    So after the 11:30 Zulu to 13:00 Zulu break, which

 8   he had a restroom, prayer, and medical check, at 13:00 Zulu,

 9   the interview continued.

10       Q    And what, if anything, did the defendant say about

11   any types of groups he was either associated with or he

12   formed?

13       A    Yeah.

14           I described the defendant saying, you know, the

15   conditions in the prison were difficult.

16           So he formed a group, in prison, of like-minded

17   individuals who believed in the same ideology that he did.

18   He described it as strict Sharia law.

19           And he turned to that faith as, you know, to cope

20   with the conditions at prison.

21           He said that this core group of people, the people

22   that were with him in Abu Salim Prison, they developed a

23   relationship.  And after they were released from prison,

24   that relationship continued.

25           And some of those members, even during the
```

1   revolution, joined the militia, the katiba, Ubaydah Bin

2   Jarrah, that Mr. Khatallah formed.

3           MR. DiLORENZO:  And what I'd like to do is just

4   offer, if I could show you Government's Exhibit 229-1.  This

5   has not yet been admitted.

6   BY MR. DiLORENZO:

7       Q    And you see that?

8       A    I do.

9       Q    And what is Government's Exhibit 229-1?

10      A    This is the name of the militia, the armed militia

11  that Mr. Khatallah --

12          MR. DiLORENZO:  Hold on.

13          THE COURT:  Counsel.

14          MR. DiLORENZO:  I'm having him just identify it.

15          THE COURT:  Oh, okay.  But no issues?

16          MR. DiLORENZO:  No.

17          I think there was a question.  The jury can't see

18  it, but I don't think I asked enough questions for the jury

19  to see it.

20          THE COURT:  Go ahead.

21  BY MR. DiLORENZO:

22      Q    Mr. Clarke, is it the name Ubaydah Bin Jarrah?

23      A    Yes, that's the name Ubaydah Bin Jarrah.

24          MR. DiLORENZO:  We'd offer if we could publish it

25  to the jury so the jury could see this.  We would do it for

1    demonstrative purposes.

2            THE COURT:  You may.

3    BY MR. DiLORENZO:

4        Q    Now, looking at Government's Exhibit 229-1, the

5    group that the defendant said he formed, is this it, Ubaydah

6    Bin Jarrah?

7        A    It is.

8        Q    And what did the defendant say about Ubaydah Bin

9    Jarrah?

10       A    The defendant told us that after he was released

11   from Abu Salim Prison, he returned to Benghazi.

12           Shortly after, he formed Ubaydah Bin Jarrah in

13   response to the Libyan revolution.

14           He founded the militia.  He was the commander of

15   the militia.  And he was the leader of the militia.

16       Q    Okay.  And I'll touch on some of the specifics in

17   a moment.

18           After discussing Ubaydah Bin Jarrah, you had

19   occasion to show the defendant some photographs?

20       A    Yes.

21       Q    And then what I'd like to do is show you

22   Government's Exhibits 634 and -- yeah, 634.  It's 1-91.  It

23   hasn't been published.

24           Let me get you a hard copy.

25           You indicated you showed some photographs to the

1    defendant.  Can you explain that?

2         A    We did.

3              Over the course of the interview period, we showed

4    him approximately 97 photographs.

5              We also showed him photographs taken from the

6    stills, from the surveillance cameras at the special mission

7    during the attack on September 11th, 2012.

8         Q    And what I'll do, since you mentioned it -- now,

9    the photographs were shown on June 21st, as well as on other

10   days?

11        A    Yes.

12        Q    And the still photographs were shown at some point

13   throughout the interviews?

14        A    Yes.

15        Q    And this is Government's Exhibit 644.

16             So I could just show you Government's Exhibit 634.

17             MR. DiLORENZO:  If I could approach, Your Honor?

18             THE COURT:  You may.

19   BY MR. DiLORENZO:

20        Q    Please look through that.

21        A    Yes, sir.

22             Yes.  This is the 97-page photo array that we used

23   during the interview process onboard the *USS New York* while

24   interviewing Mr. Khatallah.

25        Q    And during the course of that, did the defendant

3469

1    make some identifications based on that?

2        A    He did.  He identified, I guess, approximately 37

3    of the 97 photographs.

4             MR. DiLORENZO:  Okay.  At this time, Your Honor,

5    the government would offer Government's Exhibit 634 into

6    evidence.

7             MS. PETRAS:  No objection.

8             MR. DiLORENZO:  And we'll publish it at a later

9    point.  If I could retrieve it.

10            THE COURT:  So moved.

11   BY MR. DiLORENZO:

12       Q    And, actually, I had mentioned and you had

13   mentioned the stills, but I'll wait because it was

14   chronological.

15            So you indicated that you showed photographs from

16   the photo book, which is Government's Exhibit 634.

17            Were any other breaks taken?  And if I could maybe

18   direct your attention to Government's Exhibit 219.

19            THE COURT:  It's not up.

20            MR. DiLORENZO:  Thank you.

21   BY MR. DiLORENZO:

22       Q    So you said the interview continued.  This second

23   portion of the interview continued for how long?

24       A    If we're talking -- 13:00 Zulu to 13:58 Zulu, so

25   58 minutes.

3470

1    Q    And actually, I believe that we're right now --
2  yes.  Yes.  Okay.
3         So -- and then did the interview conclude, then,
4  at 13:58 Zulu.
5         I'm sorry.  I take that back.
6    A    No.
7    Q    We were talking about the second -- yes, it was a
8  break at 11:30 to 1:00, and then there was a second portion
9  that was 58 minutes?
10   A    Yes.  After the break ended at 13:00 Zulu, we did
11 another session from 13:00 Zulu to 13:58 Zulu, which took
12 approximately 58 minutes.
13   Q    Okay.  When this second interview session
14 occurred, what, if anything, started out?  We're not going
15 to go through the same process about how we arrived.  Was it
16 the same?
17   A    It's the same process.
18   Q    Okay.
19   A    Pretty much exactly every time we came to and from
20 the cell with the military and the process of getting him
21 into the interview room.
22   Q    What about any advice of rights?  Was any advice
23 of rights provided and returned after his hour-and-a-half
24 break?
25   A    Yes.

1          So anytime there was a longer break taken, like

2     the first day, I said it was a half-an-hour break or an hour

3     break, he came back and I just reminded him that it was

4     voluntary.

5          But when the breaks were longer, we would actually

6     read his constitutional rights to him again, using this

7     form, however, without the enhance -- so it made sense.

8     I didn't introduce myself again.  I didn't tell him about

9     the others that may have interviewed him.  I paraphrased

10    that to make the process move quicker.

11         But as far as the core *Miranda* -- "You have the

12    right to remain silent.  You have the right to an attorney.

13    Anything you say can and will be used against you" -- we

14    kept all of that in and made sure that that was translated

15    verbatim.

16    Q    Okay.  So, again, there was a third time that he

17    was advised of his rights on June 21st, 2014?

18    A    Yes, sir.

19    Q    In addition to that, after that first break, he

20    was -- there were some statements to indicate to the

21    defendant that this was voluntary?

22    A    Yes.

23    Q    And, again, how did the defendant respond when he

24    was, again, verbally *Mirandized* at 13:00 Zulu?

25    A    He was coherent.  He responded appropriately to

1    the questions.  And he seemed very interested in what we

2    were saying, even the legal issues.

3         Q    And then did the interview continue?

4         A    Yes, it did.

5         Q    And then, as you said, it continued for about

6    58 minutes?

7         A    Yes, sir.

8         Q    So it concluded when?

9         A    It concluded at 13:58 Zulu.

10        Q    And then how did it conclude?

11        A    Again, one of us left.  It was either myself or

12   Justin O'Donnell would leave.  We'd tell the military folks

13   that we were done for the day.

14             We'd also tell Mr. Khatallah, you know, "We're

15   done for the day.  We're not going to see you for a little

16   while."

17             The military guys would come.  They'd knock on the

18   door.  The door would open.  Mr. Khatallah would stand up

19   and be asked to face away.  The handcuffs went back on,

20   blindfold, and he was escorted out of the interview room and

21   back to his sleeping pod.

22        Q    How was your tone and the tone of the others

23   throughout this interview?

24        A    It's kind of like the way we're talking now, just

25   conversational, calm, same for all of us.

1    Q    And how did you and the other members of the
2    interview team address the defendant during this interview?
3    A    Yeah.  It was one of two ways.  I remember I
4    started out with Mr. Khatallah.  As the interviews
5    progressed, not sure exactly when, but then we started
6    calling him sheikh, a term of respect.  And we interchanged
7    those, depending on who was talking.  Sometimes we'd say
8    "sheikh," and sometimes we'd say "Mr. Khatallah."
9    Q    And what was his demeanor throughout this
10   interview?
11   A    Again, we were calm, conversational.
12        It was just a normal -- a good -- a conversation
13   where he seemed very interested in what was going on around
14   him.
15   Q    And did you or anyone on the interview team or
16   anyone in your presence make any threats or promises to the
17   defendant throughout your contact with him?
18   A    No.
19   Q    And then -- so this interview on June 21st, there
20   was an hour where there was a welfare check and *Miranda*.
21   That's between 7:30 and 8:30?
22   A    Yes.  The first part of the interview before the
23   break took about an hour.
24   Q    And then after an hour break, there was a two hour
25   period where there was substance?

1          A     Yes, sir.

2          Q     And then after an hour-and-a-half break, there was

3     approximately another hour of interview?

4          A     That's correct.

5          Q     So the day you spent four hours with him, about

6     three hours were actually conducting the interview?

7          A     Yes, sir.

8                MR. DiLORENZO:  Your Honor, I was going to move on

9     to the next day.  It might be a logical break.

10               THE COURT:  Very well.

11               So we've reached the end of the day.  We're going

12    to let you go for the night.

13               We'll see you back here ready to go at 9:30.  Have

14    a great night.  No communications about the case, no

15    research about the case.

16               (Jury exited the courtroom.)

17               THE COURT:  All right.

18               You can have a seat.

19               Mr. DiLorenzo, will Agent Clarke be your telephone

20    records summary witness, or is that Agent O'Donnell?

21               MR. DiLORENZO:  Yeah.  Actually, we have another

22    agent.  I believe Ms. Himelstein had identified the agent.

23    It's going to be an agent by the name Jessica Krueger.

24    She'll be testifying as a summary witness on the phones.

25               THE COURT:  Okay.  There's an objection to the

1   demonstrative that she intends to use.  I'm not sure --
2   there's a motion to strike her testimony as a summary
3   witness on the telephone records.  I'm not sure we've gotten
4   opposition.  If you're going to file one, file one.  If not,
5   we'll decide it straight-up.
6            MR. DiLORENZO:  Well, Your Honor, can we respond
7   by the morning?  We don't expect to call --
8            THE COURT:  Yeah.
9            MR. DiLORENZO:  The summary witness would be -- it
10  will be filed in the morning.
11           THE COURT:  Okay.  Perfect.
12           MS. PETRAS:  Just with regard to the cross, the
13  Court asked me to let you know by the end of the day.
14           THE COURT:  Yes.
15           MS. PETRAS:  Given that we've only gotten this
16  far, I would prefer to do the cross beginning on Monday
17  morning.  So whether we start with Geist and finish the
18  direct or vice versa, but I would like to do the cross on
19  Monday morning.
20           THE COURT:  All right.
21           Are you, will you need all day with him tomorrow?
22  No.
23           MR. DiLORENZO:  For who?
24           THE COURT:  For Agent Clarke?
25           MR. DiLORENZO:  I don't believe so.  I don't

1    believe so.

2            But I was thinking for scheduling it may -- if we

3    call Geist, it may be easier for scheduling purposes --

4    I mean, it's against what I want, but I think for scheduling

5    reasons, it may be best to call Geist.

6            THE COURT:  First thing?

7            MR. DiLORENZO:  Yes.

8            He has a scheduling conflict.

9            THE COURT:  Okay.  We'll call him first thing, get

10   him off, continue with Agent Clarke's direct after that,

11   okay?

12           MS. PETRAS:  And then the Court raised the issue

13   of the telephone records.  I do believe, I would expect that

14   the government intends to use them again like they used them

15   with Mr. Bilal.  We did file a motion to reconsider.  The

16   government filed an opposition this morning.  I have a

17   couple points in reply.  I can put them in writing tonight.

18           THE COURT:  Are you going to refer to them with

19   Agent Clarke?

20           MR. DiLORENZO:  We do expect to, yes.

21           THE COURT:  Okay.  Well, say what you like,

22   Ms. Petras.

23           MS. PETRAS:  Your Honor, first of all, we filed

24   the motion under seal.

25           So a couple points in response to the government's

3477

1    opposition.

2           THE COURT:  Well obviously, we filed the order

3    partially publicly and partially redacted.  So does your

4    argument go to the redacted material or the public material?

5           MS. PETRAS:  I think it goes to the public

6    material.  It does.

7           But I did -- a couple points I wanted to make with

8    regard to the government's opposition.

9           First of all, the government referred to the

10   declaration in support of our motion as anonymous.  It's not

11   anonymous.  I did redact the name of the investigator

12   because he has serious safety concerns and asked to do so.

13   And I indicated in the declaration he indicated he would be

14   willing to come here and testify if he could get here.  He's

15   in Libya.  That's difficult.

16          He would ask to use a pseudonym if he could

17   testify.

18          I do have unredacted versions of the declaration

19   with his name.  If the Court is entertaining the motion,

20   I would certainly provide that to the government and to the

21   Court.  I just did not want to disclose his name if the

22   Court was going to reject our argument, regardless of the

23   name.

24          Also, the government's arguments seem to be that

25   this is a paid investigator.  Every defense investigator is

1    paid by the hour for services.  Justin O'Donnell was paid by

2    the FBI.  He's no different than Justin O'Donnell testifying

3    about the circumstances.

4            Third, the government indicated that the

5    government never claimed that they received the records from

6    Mr. Ayad, but that's exactly what the problem is.  And

7    Mr. Ayad's statements to the investigator undercut the

8    trustworthiness of the records and undercut the

9    certification, because he indicates that Libyana would not

10   certify what we now know is what government -- what

11   Mr. O'Donnell provided to Mr. Ayad, which is what

12   Mr. O'Donnell says he provided to Mr. Ayad was an Excel

13   spreadsheet.

14           The government has argued that we knew that at the

15   time of the pretrial hearing, that it was a spreadsheet that

16   was certified and that it was a database.  I did not quite

17   understand that at the time.  Perhaps that was my mistake.

18           I understand that there was the Excel extension to

19   the documents.  But I would note in the documents that

20   Mr. Ayad sent back is a PDF.

21           The government's now provided us with PDFs of

22   both -- I mean Excel spreadsheets of both sets of records.

23           But what Mr. Ayad told the investigator was that

24   Libyana would not certify excel spreadsheets exactly for the

25   reasons why we said that an Excel spreadsheet is not

```
 1    something that should be trustworthy when it's not certified
 2    by the person who provided it.
 3            And that's because they can be easily manipulated.
 4    And even the documents that the government -- the files that
 5    the government sent me, I accidentally typed over something
 6    and had to go back and get the original.  Because it's an
 7    Excel spreadsheet, it's not trustworthy.
 8            And Mr. Ayad did not certify it because Libyana
 9    would not certify Excel spreadsheets because of the
10    possibility of falsification.
11            THE COURT:  I'd actually like the government to
12    address an argument that Ms. Petras did not raise, which is
13    this notion that 3505 requires that the certification be
14    made or sworn to in a country under the penalty of perjury
15    in that country, and how does that jibe with the fact that
16    this certification was made in Tunisia as opposed to Libya?
17            MR. CRABB:  Your Honor, I don't believe it
18    applies, because there are two certifications.  And the
19    certification at issue --
20            THE COURT:  I'm talking about the January
21    certification --
22            MR. CRABB:  First --
23            THE COURT:  -- which was made in Tunisia, correct?
24            MR. CRABB:  Correct.
25            Your Honor, we think the point of 3505 is that the
```

1    certification needs to be made under pain of perjury and

2    that that would be an overly formalistic way to interpret

3    the statute, that it requires it to be subject to the pain

4    of perjury in the country where the records were created.

5              Under that logic, if a Custodian of Records from

6    France, for instance, came to the United States and

7    certified records, even certified records under oath in this

8    court, under that logic, it wouldn't be a valid

9    certification.  So we don't believe that's an appropriate

10   interpretation of the statute.

11             But we'd also ask the Court to consider that the

12   second certification, the one that was relied upon, the one

13   that applies to the records that Mr. Ayad certified in July

14   of this year, was actually done in Tripoli, in Libya, where

15   the records were maintained.

16             So we don't believe that's an appropriate

17   interpretation of the statute; but to the extent it is, it

18   was satisfied.

19             THE COURT:  So the July cert supports the

20   Government's Exhibit 1100?

21             MR. CRABB:  Yes, Your Honor.  That's what, as we

22   pointed out in our brief filed this morning, that's what

23   Justin O'Donnell, subject to cross-examination, made crystal

24   career, that that certification from July of this year

25   applied to the records which have been admitted into court.

1          That's also what the email traffic, which was

2    admitted at the hearing as Government's Exhibit 1105

3    demonstrates, that Agents O'Donnell sent the electronic

4    version of Government's Exhibit 1100 to Mr. Ayad on

5    July 12th of this year; and six days later, on July 18th,

6    Mr. Ayad sent back in response to that correspondence and

7    with respect to those documents a certification.

8          What this declarant the defense has claims is just

9    not supported by the sworn testimony of Agent O'Donnell or

10   perhaps, even more importantly, the correspondence back and

11   forth between Agent O'Donnell and Mr. Ayad.

12         It makes no sense that Mr. Ayad, in July of this

13   year, was certifying documents that had been turned over to

14   Agent O'Donnell February of this year, six months earlier.

15         There were no discussion of these February

16   documents in July when Agent O'Donnell was talking to

17   Mr. Ayad about the January documents, Government's

18   Exhibit 1100.

19         THE COURT:  But the -- and I'll refresh my

20   recollection back in chambers.  But the January documents is

21   what was attached to the e-mail traffic, and that was

22   Government's Exhibit 1100, correct?

23         MR. CRABB:  Yes, Your Honor.

24         THE COURT:  The July documents are the 2012

25   records that didn't match up because they had been corrupted

1    in some fashion?

2              MR. CRABB:  No, Your Honor, I don't believe that's

3    correct.

4              What I believe that Agent O'Donnell testified to,

5    what the record is, is that in January of this year,

6    Agent O'Donnell met in person with Mr. Ayad in Tunisia and

7    showed him a printout of the defendant's telephone records,

8    which, if I may offer to Exhibit 1100 for clarity.

9              THE COURT:  Right.

10             MR. CRABB:  So a printout of those.

11             THE COURT:  And that's the exhibit that was

12   entered, and that was entered on the support of the

13   certification that he signed when he saw them.  And that was

14   signed in Tunisia, right?

15             MR. CRABB:  I don't believe that's what the record

16   is, Your Honor.

17             THE COURT:  Okay.

18             MR. CRABB:  If I may, the records were presented

19   in Tunisia in January, a hard copy.

20             THE COURT:  Okay.

21             MR. CRABB:  A certification was signed at that

22   point.

23             THE COURT:  Okay.

24             MR. CRABB:  Approximately a month later, I believe

25   it was February 7th of this year, Agent O'Donnell

1    corresponded with Mr. Ayad electronically, by email, trying

2    to find the actual records, which, as the Court knows how

3    these records were obtained.

4            THE COURT:  Yep.

5            MR. CRABB:  Trying to find the same records in the

6    Libyana system.

7            In the course of that discussion, when Mr. Ayad

8    explained that their system had somehow had a problem and

9    some archived documents were no longer available, it's in

10   February of this year, during that conversation, Mr. Ayad

11   provided additional records to Agent O'Donnell from,

12   I believe it's early 2014, but from a time after the attack,

13   not the records that I'm referring to as Government's

14   Exhibit 1100.

15           Then there is about a six-month period where

16   there's no contact between Agent O'Donnell and Mr. Ayad.

17           THE COURT:  Right.

18           MR. CRABB:  That's from February 7th of earlier

19   this year until approximately July 12th of this year.

20           It's on July 12th that Agent O'Donnell gets back

21   in touch with Mr. Ayad, references the January meeting, not

22   the February documents, and sends an electronic version of

23   the defendant's telephone records that had been presented to

24   Mr. Ayad in January, and a paper version.

25           So the July interaction between Agent O'Donnell

1    and Mr. Ayad, which was conducted by email, involved

2    electronic records, was in reference to the earlier January

3    meeting where they met in person and had hard copies.

4            And it was during that July interaction when the

5    electronic file of the defendant's telephone records were

6    sent to Mr. Ayad, where he reviewed them and in an email

7    told Agent O'Donnell they were, in fact, Libyana records and

8    executed a second certification with respect to those

9    records.

10           THE COURT:  Okay.  Got it.  Got it.

11           Ms. Petras.

12           MS. PETRAS:  On the issue of where the

13   certification was signed, Mr. Crabb said it wouldn't make

14   sense to require it where they were created.  It's not an

15   issue of where they were created.  It's where they're

16   maintained in the regular course of business.  And the

17   statute specifically says under the laws of that country.

18           THE COURT:  Okay.

19           MS. PETRAS:  And with regard to -- the bottom line

20   is that whatever was signed in January is not reliable

21   because of a couple of different reasons, including it

22   wasn't signed in Libya.

23           But what they're relying on and what Mr. Crabb

24   just indicated is they're not relying on what was signed in

25   January, in any event.  They're relying on what was signed

1    in July.

2              And this declaration specifically says, from

3    somebody who specifically talked to Mr. Ayad -- and, again,

4    the government has Mr. O'Donnell, who talked to Mr. Ayad.

5    But these are just competing versions, equally competing

6    versions of what Mr. Ayad said.  The statute only requires,

7    in order to not accept a certification, that we just

8    demonstrate that it's not trustworthy.

9              And this is enough to demonstrate that it's not

10   trustworthy, so the Court should not allow them to come in

11   as business records.

12             THE COURT:  Okay.  Thanks.

13             We will -- we'll rule either in the morning or

14   before then.  And if the pseudonym issue is relevant,

15   we will let you know.

16             Anything else?

17             MS. PETERSON:  No.  On the pseudonym issue,

18   Your Honor, the reason we hadn't filed it was because we

19   thought it was only going to come up when the witness had to

20   testify.

21             THE COURT:  Is this the phone records?

22             MS. PETERSON:  No, no.  I'm sorry.  This is a

23   different pseudonym.  This is the pseudonym issue with

24   Witness 131.  I hadn't filed it yet because it won't come up

25   unless and until he testifies, which will be in our case,

```
 1    which will be, according to the government, will be sometime

 2    after November 9th.

 3            So we hadn't realized it was going to come up with

 4    Agent Clarke's testimony; just it was an oversight.

 5            But I assume that the government's actually not

 6    going to oppose that, given that the reason the witness has

 7    concerns is because of his relationship with the government

 8    prior to September of 2012.

 9            MR. DiLORENZO:  I said I would think about it.

10    I had a few -- I'll address this.

11            I'll provide our position to Ms. Peterson.  I want

12    to consult with a few people before we do that.  You -- I

13    didn't agree.  I just -- it doesn't -- I'll get an answer,

14    and we'll have one for the Court.

15            There is one other --

16            THE COURT:  But we do expect the witness' name to

17    be referred to either by number or pseudonym or by name.

18            MR. DiLORENZO:  I mean, as of right now, the

19    intent would be to ask Special Agent Clarke about this one

20    individual.  I may have be able to avoid that and just

21    reference the individual generally.

22            The issue of whether or not the individual could

23    testify under a pseudonym, if the individual testifies, is a

24    different issue.  Meanwhile, we'll just kind of kick the

25    can.  And if the individual doesn't testify, it's a
```

1    non-issue.  If they do, we could deal with it then.

2            THE COURT:  Okay.  Well, let's see if we can avoid

3    naming him tomorrow.

4            MR. DiLORENZO:  Okay.

5            And then just a second.  We do have two other

6    witnesses.  They are from out of the area.  They flew in.

7    And they are witnesses who would authenticate some of the

8    drone feed.  And they would be available.  We could call

9    them as well.  And that would certainly push the cross of

10   Special Agent Clarke to Monday, and that would satisfy

11   Ms. Petras' concern.

12           THE COURT:  Will they be in town tomorrow?  Would

13   they have to stay over the weekend if we don't get to them?

14           MR. DiLORENZO:  Actually, one of them is scheduled

15   to leave tomorrow.  I think the other is scheduled to leave

16   Friday.

17           If the Court were inclined to allow us to call

18   them --

19           THE COURT:  If we were interrupting Agent Clarke's

20   direct anyway, we might as well get to folks who are here

21   and available tomorrow.

22           MR. DiLORENZO:  That's reasonable.

23           THE COURT:  Okay?

24           MS. PETERSON:  And, Your Honor, as long as that's

25   just to authenticate the ISR because we still have the issue

```
 1    of there may be additional portions of the ISR that we want

 2    to introduce and have to go through the classification

 3    process.

 4            But if this is just to authenticate that that's

 5    what this is, it's fine.  It will authenticate everything,

 6    I assume.  And then it will just be a question of

 7    admissibility of certain portions of it.

 8            MR. DiLORENZO:  So what I would represent is if

 9    the defense wishes to use other portions -- there may be

10    classification issues, and we will do our best to work

11    through those.  With respect to authentication, we would not

12    raise that as an objection.

13            THE COURT:  Very well.  Okay.

14            One more?

15            MR. CRABB:  Your Honor, may I briefly address

16    Ms. Petras' last point that her claim that the Court has two

17    equally valid versions of what happened here?

18            THE COURT:  You may.

19            MR. CRABB:  We would ask the Court, in considering

20    that, on the one hand, in support of the record that these

21    are actually authenticated, the Court has sworn testimony,

22    subject to cross-examination, from an FBI agent, which is

23    authenticated by emails between the FBI agent and the

24    witness.

25            Own the other hand, we have a declaration.
```

1    There's no testimony.  It's not under oath.  It's not

2    subject to cross-examination.  And as we pointed out in our

3    papers this morning, it's demonstrably false.

4            For example, in the declarations submitted by the

5    defense, Mr. -- their investigator says that Libyana would

6    never provide records in electronic format.  Well, we know

7    that's not true because of the February incident that the

8    Court just referred to.

9            We know that February of this year, Mr. Ayad did,

10   in fact, provide records in electronic format.  So clearly

11   the declaration is not true.

12           It's also interesting to note in the declaration

13   that this person listed much of things that they claim

14   Mr. Ayad said and then say that Mr. Ayad refused to sign a

15   document to that effect.

16           So the Court doesn't have two competing versions

17   here.  The Court has a strong version under oath subject to

18   cross and then a fully discredited declaration.

19           THE COURT:  Okay.  Last word, Ms. Petras, one

20   word.

21           MS. PETRAS:  First --

22           THE COURT:  I've read the pleadings, actually,

23   so --

24           MS. PETRAS:  But this is a prejudice notice.

25           You don't have testimony from this witness because

1   we didn't have these declarations in time.  It took us a

2   long time to get to Mr. Ayad and many efforts.  And to say

3   that there's not sworn testimony and not give us a chance to

4   get him here and have sworn testimony is not -- simply not

5   fair.

6              And --

7              THE COURT:  Sounds like he wasn't willing to do

8   that, right?

9              MS. PETRAS:  He is willing to do it.

10             THE COURT:  Okay.

11             MS. PETRAS:  He indicated in his declaration he's

12  willing to come here and testify under a pseudonym.

13             THE COURT:  Get him here in your case if you want

14  to call him.

15             MS. PETRAS:  We can't get him here in our case to

16  testify to hearsay.

17             This is the problem with allowing the government

18  to do this based on records that are overseas that we can't

19  challenge based on triple hearsay.

20             THE COURT:  All right.  We'll see you in the

21  morning.

22             If there are preliminary issues, alert

23  Ms. Jenkins.  And let's get in here at 9:15 so we can get

24  started at 9:30, okay?  See you in the morning.

25             DEPUTY CLERK:  All rise.

3491

1              This Court is now adjourned.  You may be

2    dismissed.

3              (Proceedings concluded at 5:08 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date: October 25, 2017_____    /S/__William P. Zaremba_____

William P. Zaremba, RMR, CRR

BY MR. DiLORENZO: [30]   3380/18 3382/2
3386/24 3387/16 3388/12 3398/8 3403/1
3408/20 3411/18 3411/25 3413/6 3424/2
3427/18 3433/4 3433/11 3434/4 3434/17
3438/24 3442/17 3445/22 3446/1 3452/13
3453/25 3458/20 3466/5 3466/20 3467/2
3468/18 3469/10 3469/20
BY MS. PETERSON: [11]   3350/9 3353/10
3355/2 3357/12 3358/22 3361/10 3363/16
3363/21 3376/22 3377/18 3379/4
DEPUTY CLERK: [4]   3330/1 3398/3 3419/5
3490/24
MR. CRABB: [16]   3337/7 3479/16 3479/21
3479/23 3480/20 3481/22 3482/1 3482/9
3482/14 3482/17 3482/20 3482/23 3483/4
3483/17 3488/14 3488/18
MR. DiLORENZO: [132]   3332/21 3333/6 3334/7
3334/13 3334/16 3335/3 3335/20 3336/9
3338/13 3338/17 3339/11 3339/14 3339/23
3340/12 3342/12 3343/7 3344/7 3344/21
3345/6 3345/15 3345/20 3347/2 3347/15
3349/4 3349/12 3349/19 3349/23 3353/7
3354/8 3354/19 3357/10 3361/6 3363/15
3363/18 3375/5 3375/7 3375/12 3375/15
3376/11 3379/2 3382/1 3386/22 3387/11
3388/9 3389/12 3389/20 3390/8 3390/10
3392/10 3393/2 3393/21 3394/16 3395/1
3395/15 3396/11 3396/14 3396/17 3396/23
3397/3 3397/9 3397/11 3397/19 3402/23
3408/19 3411/13 3411/23 3414/4 3414/9
3414/19 3414/23 3415/1 3415/13 3415/23
3416/2 3417/14 3417/17 3417/21 3418/12
3420/2 3421/5 3422/15 3422/18 3423/4
3423/21 3423/23 3427/17 3429/5 3429/23
3430/2 3430/6 3430/21 3431/15 3432/2
3432/10 3432/19 3432/22 3433/1 3433/7
3433/10 3433/24 3434/3 3434/14 3438/22
3442/14 3445/13 3445/20 3445/25 3452/10
3453/22 3466/2 3466/11 3466/13 3466/15
3466/23 3468/16 3469/3 3469/7 3469/19
3474/7 3474/20 3475/5 3475/8 3475/22
3475/24 3476/6 3476/19 3486/8 3486/17
3487/3 3487/13 3487/21 3488/7
MR. NASSAR: [2]   3348/9 3348/13
MR. PETRAS: [4]   3335/9 3419/11 3422/20
3430/15
MS. PETERSON: [77]   3330/4 3330/8 3330/14
3331/3 3332/12 3332/16 3332/18 3332/23
3333/1 3333/4 3333/8 3334/10 3334/14
3335/21 3335/24 3336/8 3336/20 3336/24
3337/3 3337/23 3337/25 3338/3 3338/8 3339/8
3340/1 3340/7 3340/10 3341/5 3341/8 3342/1
3342/11 3342/21 3343/13 3343/19 3343/22
3344/10 3344/16 3344/23 3345/4 3345/12
3345/23 3346/10 3347/9 3347/17 3347/19
3347/22 3348/6 3348/19 3348/24 3349/8
3354/17 3357/8 3358/19 3375/6 3375/9
3375/21 3376/2 3376/5 3377/13 3380/12
3388/6 3390/6 3390/13 3394/11 3394/20
3395/2 3395/16 3395/21 3395/23 3396/1
3396/16 3396/21 3423/10 3423/14 3485/16
3485/21 3487/23
MS. PETRAS: [45]   3390/25 3391/4 3391/11
3393/7 3393/10 3394/8 3411/16 3415/16
3415/25 3416/21 3418/17 3418/23 3419/2
3419/14 3419/18 3419/20 3421/14 3421/20
3422/10 3427/3 3428/7 3428/12 3428/16
3428/19 3428/24 3431/2 3431/24 3432/7
3432/14 3434/1 3445/16 3458/18 3469/6
3475/11 3475/14 3476/11 3476/22 3477/4
3484/11 3484/18 3489/20 3489/23 3490/8
3490/10 3490/14
THE COURT: [210]
THE WITNESS: [10]   3354/9 3361/8 3387/15
3389/18 3397/23 3397/25 3398/2 3413/4
3428/9 3453/24

'95 [1]   3462/5
'96 [1]   3462/6
'Write [1]   3453/10

—

-10 [6]   3411/7 3411/7 3411/15 3411/16
3414/2 3426/7
-2 [2]   3424/9 3424/11
-3 [3]   3413/8 3424/19 3424/24
-4 [2]   3413/14 3425/1
-5 [5]   3410/14 3411/1 3413/16 3425/3
3438/21
-6 [3]   3413/18 3425/5 3438/21
-7 [2]   3413/23 3425/9
-8 [1]   3425/16
-9 [2]   3414/2 3426/4

/

/S [1]   3492/7

1

1-91 [1]   3467/22
10 [7]   3411/7 3411/7 3411/15 3411/16 3414/2
3423/1 3426/7
100 [3]   3416/23 3417/21 3418/16
102 [1]   3389/2
103 [1]   3358/3
109 [1]   3327/23
10th [2]   3332/7 3378/7
11-844 [1]   3327/16
1100 [6]   3480/20 3481/4 3481/18 3481/22
3482/8 3483/14
1105 [1]   3481/2
11:30 [4]   3459/12 3464/8 3465/7 3470/8
11th [5]   3401/20 3401/25 3402/11 3447/6
3468/7
12 [1]   3399/11
12th [7]   3332/7 3397/16 3401/20 3402/11
3481/5 3483/19 3483/20
131 [3]   3395/17 3423/13 3485/24
13:00 [7]   3464/8 3465/7 3465/8 3469/24
3470/10 3470/11 3471/24
13:58 [4]   3469/24 3470/4 3470/11 3472/9
13th [1]   3379/9
14-141 [1]   3327/4
141 [1]   3327/4
142 [4]   3356/21 3382/6 3382/7 3382/17
143 [1]   3347/24
144 [3]   3356/22 3357/10 3367/12
145 [2]   3358/4 3358/21
15 [2]   3373/22 3461/20
16 [1]   3327/7
163 [1]   3441/5
17 [14]   3355/11 3355/16 3356/1 3356/4
3359/7 3362/14 3364/20 3364/21 3365/9
3365/17 3366/2 3366/7 3382/14 3383/5
171 [2]   3408/20 3410/13
171-1 [4]   3410/14 3410/16 3410/22 3411/1
176 [3]   3408/20 3410/13 3412/8
176-1 [4]   3411/7 3411/15 3414/4 3423/25
176-5 [2]   3438/20 3439/13
176-6 [1]   3439/4
177 [2]   3408/20 3410/13
177-1 [4]   3411/7 3411/16 3411/22 3412/8
177-2 [1]   3412/22
1794 [1]   3327/17
17th [5]   3341/17 3355/6 3355/14 3358/13
3385/3
1899 [1]   3328/4
18th [1]   3481/5
19 [1]   3463/17
1966 [1]   3420/4
1971 [1]   3460/19
1988 [1]   3399/6
199 [1]   3333/13
1995 [2]   3461/11 3461/20

## 1

19th [3]   3403/14 3403/18 3403/21
1:00 [1]   3470/8
1:20 [1]   3327/6

## 2

20 [4]   3369/24 3371/19 3373/23 3383/25
20 hours [1]   3342/24
20001 [1]   3328/14
20004 [1]   3327/23
20006 [1]   3328/5
2001 [1]   3462/15
2003 [1]   3462/8
2004 [1]   3462/10
2005 [2]   3399/25 3462/10
2007 [1]   3462/10
2010 [4]   3330/16 3330/18 3461/21 3462/12
2012 [13]   3351/5 3351/9 3370/8 3378/2
 3381/14 3397/16 3401/11 3401/25 3402/11
 3447/7 3468/7 3481/24 3486/8
2013 [3]   3378/7 3379/9 3402/13
2014 [15]   3333/18 3381/2 3402/14 3402/16
 3405/15 3424/8 3435/16 3437/12 3441/9
 3444/25 3456/3 3456/25 3463/14 3471/17
 3483/12
2015 [4]   3378/14 3379/13 3379/16 3380/2
2017 [3]   3327/6 3333/5 3492/7
202 [4]   3327/17 3327/23 3328/6 3328/15
20530 [1]   3327/16
208-7500 [1]   3327/23
20s [1]   3461/12
217 [4]   3408/15 3408/23 3412/3 3424/2
219 [9]   3430/9 3433/7 3433/13 3434/1 3434/7
 3434/14 3451/20 3457/9 3469/18
21st [13]   3402/16 3403/7 3407/20 3434/9
 3435/16 3437/12 3441/9 3444/24 3456/3
 3463/14 3468/9 3471/17 3473/19
22 [1]   3423/1
229-1 [3]   3466/4 3466/9 3467/4
22nd [4]   3378/14 3379/13 3379/16 3380/2
234 [1]   3346/20
24 [1]   3461/12
25 [2]   3327/6 3492/7
252-1794 [1]   3327/17
25th [5]   3351/5 3351/9 3369/23 3370/8
 3378/2
274968 [1]   3330/17
276-1 [1]   3424/5
27th [2]   3403/7 3434/9
28th [1]   3332/24
29 [2]   3398/18 3404/8

## 3

30 [2]   3338/12 3369/25
302s [9]   3394/4 3415/6 3415/13 3415/14
 3429/23 3430/6 3431/19 3431/20 3433/1
310A [3]   3397/10 3397/11 3397/13
3249 [1]   3328/15
330A [1]   3397/9
333 [1]   3328/13
3505 [2]   3479/13 3479/25
354-3249 [1]   3328/15
37 [1]   3469/2
3:00 [1]   3391/6
3:18 [1]   3419/5
3:30 [5]   3416/7 3437/9 3437/13 3437/24
 3459/17
3:35 [1]   3419/5

## 4

403 [1]   3344/9
404 [1]   3331/19

## 5

550 [1]   3327/22
555 [1]   3327/15
58 [3]   3469/25 3470/9 3470/12

## 5

5:08 [1]   3491/3

## 6

6/21/2014 [1]   3456/25
600 [1]   3328/5
619 [10]   3444/16 3444/17 3445/15 3445/19
 3445/22 3450/24 3451/22 3453/14 3453/24
 3454/14
620 [9]   3445/4 3445/16 3445/19 3453/22
 3453/24 3454/6 3454/7 3455/9 3456/21
625 [1]   3327/22
634 [5]   3467/22 3467/22 3468/16 3469/5
 3469/16
644 [1]   3468/15
648 [8]   3444/13 3444/14 3445/15 3445/19
 3445/25 3454/3 3454/6 3454/8
6511 [1]   3328/14

## 7

7-day [1]   3424/8
70 [1]   3406/1
7500 [1]   3327/23
7:30 [7]   3437/4 3437/5 3437/7 3437/12
 3437/24 3459/15 3473/21
7th [2]   3482/25 3483/18

## 8

833-8900 [1]   3328/6
844 [1]   3327/16
8900 [1]   3328/6
8:30 [3]   3350/17 3463/19 3473/21

## 9

91 [1]   3467/22
97 [2]   3468/4 3469/3
97-page [1]   3468/22
9:00 [3]   3350/17 3350/22 3350/24
9:00 p.m [1]   3351/14
9:15 [1]   3490/23
9:30 [14]   3351/19 3357/18 3437/15 3437/24
 3459/4 3459/8 3459/10 3459/12 3459/16
 3459/18 3459/20 3463/19 3474/13 3490/24
9th [2]   3333/18 3486/2

## A

a.m [6]   3437/9 3437/13 3437/15 3437/24
 3459/12 3459/17
ability [4]   3406/24 3407/11 3415/10 3455/1
able [9]   3330/11 3364/7 3374/12 3384/7
 3385/4 3387/20 3388/15 3462/17 3486/20
aboard [1]   3403/7
about [130]   3330/19 3330/22 3331/7 3331/11
 3331/14 3332/5 3333/19 3333/21 3335/3
 3335/11 3335/13 3335/14 3336/8 3336/21
 3336/23 3338/12 3340/3 3340/9 3342/7
 3342/20 3343/24 3344/13 3344/19 3345/8
 3345/19 3345/23 3347/14 3349/2 3349/21
 3351/5 3351/5 3351/9 3351/18 3351/25 3358/8
 3359/20 3359/20 3360/12 3361/4 3361/10
 3362/4 3365/14 3366/12 3369/13 3369/15
 3369/16 3369/20 3369/24 3369/24 3370/4
 3370/16 3372/1 3372/24 3373/12 3373/22
 3376/19 3376/25 3377/6 3377/11 3377/15
 3377/23 3377/24 3378/2 3378/11 3378/15
 3378/17 3378/22 3378/25 3380/6 3380/9
 3380/20 3381/2 3381/7 3381/8 3381/9 3381/13
 3382/9 3383/18 3383/25 3384/24 3385/13
 3386/11 3386/12 3386/16 3387/2 3387/4
 3387/18 3391/6 3391/7 3392/16 3393/10
 3395/5 3395/6 3405/1 3406/9 3407/16 3408/3
 3417/15 3423/4 3423/24 3428/17 3428/20
 3431/4 3431/8 3431/9 3434/22 3441/15
 3441/18 3450/2 3456/17 3457/14 3457/24
 3464/7 3465/10 3467/8 3470/7 3470/15
 3470/22 3471/8 3472/5 3473/23 3474/5
 3474/14 3474/15 3478/3 3479/20 3481/17

**A**

about... [3] 3483/15 3486/9 3486/19
above [1] 3492/4
above-titled [1] 3492/4
absolutely [2] 3441/18 3450/13
ABU [8] 3327/7 3395/10 3402/6 3435/15
 3436/2 3462/3 3465/22 3467/11
accept [2] 3464/2 3485/7
access [1] 3331/17
accidentally [1] 3479/5
according [1] 3486/1
accuracy [2] 3432/12 3432/25
accurate [10] 3351/16 3397/14 3409/1
 3411/11 3415/16 3430/8 3430/13 3431/18
 3432/10 3433/20
accurately [1] 3431/2
acknowledge [1] 3448/8
acknowledged [2] 3449/5 3449/12
acknowledgment [6] 3447/19 3447/22 3447/25
 3452/1 3452/22 3456/15
across [3] 3363/25 3370/22 3439/20
act [1] 3420/5
actions [2] 3366/7 3367/21
actual [2] 3444/1 3443/2
actually [42] 3335/4 3336/11 3336/17 3337/9
 3339/7 3340/15 3357/6 3359/1 3362/7 3362/10
 3364/3 3365/20 3367/18 3382/18 3382/19
 3383/17 3386/1 3389/24 3393/18 3409/15
 3414/5 3416/24 3421/7 3423/5 3423/6 3424/11
 3429/6 3429/8 3434/19 3454/3 3454/5 3469/12
 3470/1 3471/5 3474/6 3474/21 3479/11
 3480/14 3486/5 3487/14 3488/21 3489/22
add [3] 3428/25 3429/2 3431/25
addition [1] 3471/19
additional [3] 3381/20 3483/11 3488/1
address [8] 3394/24 3395/7 3418/14 3419/9
 3473/2 3479/12 3486/10 3488/15
addressing [1] 3422/9
adequately [1] 3360/15
adjourned [1] 3491/1
administration [4] 3341/24 3342/8 3342/15
 3344/3
admissibility [2] 3330/21 3488/7
admissible [2] 3335/1 3418/9
admission [1] 3432/12
admit [2] 3357/10 3430/19
admitted [12] 3397/8 3408/15 3410/15 3421/3
 3423/25 3427/15 3434/15 3438/21 3441/6
 3466/5 3480/25 3481/2
adverse [1] 3348/17
advice [9] 3442/24 3442/25 3443/20 3444/1
 3444/14 3446/17 3448/20 3470/22 3470/22
advise [2] 3449/14 3464/20
advised [6] 3442/10 3442/23 3451/15 3452/15
 3452/15 3471/17
advising [4] 3442/21 3450/14 3454/2 3457/18
affects [1] 3421/20
affirmative [1] 3338/2
afford [2] 3449/3 3449/16
Afghans [1] 3376/8
Africa [1] 3399/3
after [64] 3350/24 3350/25 3351/2 3357/18
 3357/21 3366/15 3367/1 3369/25 3371/13
 3371/21 3371/23 3373/20 3374/18 3375/18
 3375/18 3381/20 3385/8 3385/18 3386/11
 3387/19 3387/20 3391/21 3400/25 3401/1
 3418/1 3428/6 3436/1 3436/23 3437/21
 3441/20 3441/23 3442/12 3443/10 3446/14
 3446/22 3448/7 3449/19 3450/7 3450/14
 3451/15 3453/13 3457/18 3457/20 3459/20
 3460/17 3460/21 3460/25 3461/6 3463/10
 3463/12 3464/5 3465/7 3465/23 3467/10
 3467/12 3467/18 3470/10 3470/23 3471/19
 3473/24 3474/2 3476/10 3483/12 3486/2
afternoon [10] 3327/8 3338/19 3339/11
 3339/14 3350/11 3350/12 3390/1 3398/10
 3403/19 3416/6

afternoon... [1] 3390/3
afterwards [1] 3381/5
again [45] 3330/2 3341/11 3344/23 3353/1
 3358/18 3366/6 3367/12 3372/2 3372/20
 3378/5 3378/6 3385/7 3388/21 3401/3 3410/6
 3419/6 3424/23 3426/8 3429/9 3447/12
 3447/19 3448/6 3448/8 3448/17 3449/18
 3450/18 3452/16 3455/16 3456/20 3457/2
 3459/3 3459/4 3459/23 3462/8 3462/9 3462/10
 3471/6 3471/8 3471/16 3471/23 3471/24
 3472/11 3473/11 3476/14 3485/3
against [11] 3367/21 3448/3 3448/4 3448/15
 3449/15 3449/23 3455/22 3462/17 3462/18
 3471/13 3476/4
agencies [1] 3399/16
agency [1] 3401/8
agent [65] 3338/25 3339/3 3340/4 3340/5
 3363/10 3365/5 3365/6 3390/13 3390/21
 3390/21 3391/13 3391/20 3397/22 3398/20
 3398/23 3399/14 3401/15 3401/19 3401/25
 3402/1 3402/4 3404/9 3404/16 3405/1 3407/1
 3416/9 3417/24 3418/21 3420/23 3423/4
 3423/6 3427/6 3427/11 3427/15 3428/4
 3429/13 3432/16 3441/21 3441/25 3474/19
 3474/20 3474/22 3474/22 3474/23 3475/24
 3476/10 3476/19 3481/9 3481/11 3481/14
 3481/16 3482/4 3482/6 3482/25 3483/11
 3483/16 3483/20 3483/25 3484/7 3486/4
 3486/19 3487/10 3487/19 3488/22 3488/23
Agent Clarke [1] 3390/13
Agent O'Donnell [1] 3482/6
agent's [1] 3420/14
agents [10] 3351/1 3351/12 3367/1 3367/2
 3368/20 3369/24 3378/1 3442/4 3447/1 3481/3
ago [2] 3423/8 3432/5
agree [11] 3337/25 3338/2 3369/19 3370/6
 3370/7 3370/10 3378/10 3397/13 3431/13
 3450/16 3486/13
agreed [2] 3396/24 3397/4
agreement [3] 3334/3 3334/16 3335/17
agreements [1] 3334/6
ahead [3] 3437/11 3453/12 3466/20
AHMED [2] 3327/7 3402/6
aid [1] 3430/15
aided [1] 3328/18
Ain [1] 3462/1
Ain Zara [1] 3462/1
air [1] 3463/6
airport [11] 3346/1 3346/22 3373/21 3374/17
 3374/22 3374/25 3383/22 3384/2 3384/5
 3384/6 3385/8
Al [2] 3376/7 3423/7
Al-Sharia [1] 3376/7
Al-Ubydi [1] 3423/7
Albania [1] 3400/4
Albanian [1] 3400/20
alert [2] 3330/10 3490/22
alive [1] 3342/9
all [70] 3330/2 3330/4 3331/13 3335/8
 3337/3 3341/14 3342/13 3342/24 3343/6
 3344/14 3346/15 3348/2 3348/4 3350/1
 3354/15 3354/23 3355/21 3355/24 3364/17
 3365/7 3365/13 3375/15 3376/1 3378/20
 3380/15 3384/17 3390/4 3392/8 3394/25
 3397/1 3400/8 3400/12 3400/21 3405/20
 3407/22 3408/1 3410/4 3410/8 3416/5 3416/9
 3416/11 3419/6 3419/8 3421/17 3422/10
 3422/14 3423/20 3428/21 3429/14 3430/24
 3431/11 3434/19 3437/8 3438/1 3440/24
 3441/4 3441/12 3443/4 3450/18 3459/10
 3462/18 3471/14 3472/25 3474/17 3475/20
 3475/21 3476/23 3477/9 3490/20 3490/25
All right [7] 3330/4 3354/23 3394/25 3416/5
 3416/9 3423/20 3490/20
allow [7] 3344/6 3390/22 3418/3 3419/24
 3422/2 3485/10 3487/17
allowed [3] 3344/11 3344/16 3344/17
allowing [1] 3490/17

**A**

almost [1]   3434/21
alone [1]   3380/4
along [7]   3353/22 3358/10 3396/18 3421/10
  3421/12 3421/13 3451/4
alongside [1]   3424/1
already [8]   3341/13 3365/15 3367/7 3370/7
  3394/13 3412/15 3412/25 3447/20
also [36]   3334/5 3359/19 3360/7 3360/9
  3360/18 3362/12 3363/14 3370/15 3373/8
  3374/17 3374/20 3379/11 3385/4 3385/10
  3400/9 3406/2 3407/7 3411/7 3412/24 3414/18
  3421/1 3421/8 3427/14 3429/5 3435/6 3441/3
  3443/2 3445/10 3449/7 3459/1 3468/5 3472/14
  3477/24 3480/11 3481/1 3489/12
alternative [1]   3390/20
always [1]   3406/10
am [6]   3333/19 3344/11 3401/22 3414/10
  3453/3 3453/19
Ambassador [10]   3377/1 3377/23 3378/3
  3378/11 3378/15 3383/16 3385/11 3385/25
  3397/14 3397/15
Ambassador's [2]   3374/21 3385/14
ambushed [1]   3388/4
amended [1]   3368/13
AMERICA [4]   3327/3 3401/9 3401/9 3442/25
American [2]   3446/25 3447/6
Americans [7]   3346/21 3346/23 3347/8 3374/1
  3383/6 3383/21 3384/11
amount [2]   3352/22 3364/25
analysis [1]   3336/11
analyst [1]   3404/17
and −6 [1]   3438/21
and/or [1]   3449/23
Andalus [1]   3383/12
anew [1]   3448/9
angles [1]   3426/1
annex [19]   3346/22 3346/22 3350/22 3351/13
  3356/24 3357/17 3359/1 3367/8 3367/13
  3368/11 3369/10 3369/25 3371/5 3372/3
  3374/2 3374/5 3383/21 3399/18 3401/21
anonymous [2]   3477/10 3477/11
another [17]   3339/1 3363/9 3371/23 3383/12
  3384/4 3389/25 3396/8 3415/4 3418/3 3425/2
  3428/18 3428/22 3439/16 3464/7 3470/11
  3474/3 3474/21
Ansar [1]   3376/7
answer [12]   3338/15 3338/16 3375/16 3377/15
  3388/9 3396/21 3416/23 3418/10 3453/3
  3453/20 3454/25 3486/13
answers [2]   3454/21 3454/21
anticipated [1]   3393/1
any [53]   3330/8 3331/7 3335/5 3349/12
  3356/19 3360/25 3361/16 3361/21 3362/23
  3364/9 3367/17 3367/21 3368/1 3368/3
  3377/10 3378/2 3383/5 3383/5 3385/14
  3385/15 3392/11 3392/14 3403/25 3406/4
  3406/15 3406/15 3407/25 3409/9 3414/17
  3424/12 3426/10 3426/25 3434/25 3440/11
  3442/8 3447/14 3448/21 3449/4 3450/2
  3455/22 3455/23 3456/25 3460/1 3461/8
  3461/15 3463/13 3463/23 3465/11 3469/17
  3470/22 3470/22 3473/16 3484/25
anybody [3]   3362/22 3369/6 3425/23
anyone [3]   3364/8 3473/15 3473/16
anything [27]   3349/4 3349/21 3355/13
  3370/13 3378/11 3378/15 3380/9 3406/17
  3408/1 3412/11 3421/13 3428/6 3432/16
  3432/17 3439/19 3441/20 3447/23 3448/1
  3448/15 3456/22 3457/22 3459/21 3463/22
  3465/10 3470/14 3471/13 3485/16
anytime [2]   3406/7 3471/1
anyway [1]   3487/20
apologize [2]   3415/3 3419/13
appear [1]   3440/6
APPEARANCES [2]   3327/12 3328/1
appeared [9]   3340/18 3397/15 3440/7 3440/9

appears [2]   3425/19 3456/7
apples [1]   3420/15
applied [1]   3480/25
applies [2]   3479/18 3480/13
appoint [1]   3449/17
appointed [1]   3449/4
appreciate [3]   3336/11 3337/8 3337/24
approach [12]   3332/21 3348/2 3354/13 3375/7
  3375/8 3390/4 3407/21 3408/17 3414/6
  3428/13 3442/16 3468/17
appropriate [4]   3390/1 3441/2 3480/9
  3480/16
appropriately [1]   3471/25
approval [3]   3334/6 3334/16 3335/18
approximate [1]   3426/3
approximately [16]   3382/18 3399/11 3404/7
  3437/4 3437/10 3458/22 3458/24 3460/20
  3461/11 3461/21 3468/4 3469/2 3470/12
  3474/3 3482/24 3483/19
Arab [5]   3362/25 3363/14 3363/23 3364/4
  3406/23
Arabic [41]   3341/1 3347/9 3348/11 3384/13
  3404/20 3404/24 3405/2 3406/3 3407/2 3407/5
  3426/6 3438/4 3438/4 3443/8 3443/17 3443/19
  3444/1 3444/3 3444/4 3444/8 3444/10 3444/17
  3444/20 3444/22 3445/7 3445/11 3446/18
  3447/1 3448/6 3448/7 3448/18 3450/23 3451/6
  3451/9 3451/10 3451/12 3452/3 3452/17
  3453/18 3455/8 3456/20
archived [1]   3483/9
are [80]   3331/20 3332/6 3332/11 3338/24
  3340/15 3340/17 3340/21 3341/6 3346/2
  3346/8 3348/17 3349/2 3365/5 3369/20
  3370/25 3371/2 3373/3 3376/11 3386/3 3391/1
  3391/19 3392/8 3393/13 3394/3 3396/10
  3397/20 3398/15 3398/19 3398/22 3401/19
  3401/23 3410/3 3410/13 3410/25 3411/7
  3411/11 3414/9 3415/5 3415/5 3415/9 3415/17
  3416/11 3418/16 3418/20 3418/23 3420/13
  3420/25 3421/1 3421/3 3426/20 3426/22
  3426/23 3427/12 3427/15 3427/22 3430/22
  3431/12 3431/20 3432/9 3438/2 3440/13
  3440/14 3440/20 3445/12 3446/25 3448/9
  3449/8 3454/22 3459/25 3475/21 3476/18
  3479/18 3481/24 3485/5 3487/6 3487/7
  3487/20 3488/21 3490/10 3490/22
area [29]   3350/20 3351/23 3358/12 3358/18
  3358/24 3361/17 3362/2 3362/12 3363/1
  3363/6 3363/7 3363/23 3370/17 3372/4
  3372/23 3386/24 3389/5 3389/6 3389/9 3399/2
  3400/3 3400/11 3403/25 3408/12 3410/2
  3411/3 3418/4 3435/19 3487/6
areas [1]   3408/25
argued [1]   3478/14
argument [14]   3330/21 3330/22 3330/24
  3334/21 3336/12 3343/17 3345/3 3345/12
  3345/14 3417/11 3418/5 3477/4 3477/22
  3479/12
arguments [2]   3431/4 3477/24
armed [3]   3438/12 3438/15 3466/10
arms [1]   3389/12
around [20]   3350/20 3350/22 3351/7 3351/13
  3351/18 3351/21 3362/6 3365/9 3365/22
  3372/22 3384/19 3386/11 3387/8 3404/13
  3409/10 3413/9 3413/15 3413/5 3456/8
  3473/13
arranged [2]   3374/21 3408/13
array [1]   3468/22
arrest [2]   3442/3 3447/10
arrested [8]   3402/13 3447/4 3449/8 3461/13
  3461/14 3462/5 3462/9 3462/10
arrive [2]   3403/12 3449/14
arrived [8]   3373/21 3377/1 3384/2 3403/13
  3403/17 3403/21 3404/3 3470/15
arrow [1]   3426/6
article [1]   3402/21
as [134]   3331/6 3331/13 3334/24 3336/22

# A

**as...** [130]   3338/22 3338/22 3341/20 3342/2
3342/16 3343/12 3343/24 3345/6 3346/2
3346/19 3347/7 3347/24 3350/6 3353/9 3355/5
3356/20 3357/3 3357/7 3358/2 3358/3 3360/20
3361/20 3361/20 3362/10 3364/16 3367/20
3368/11 3372/23 3381/8 3382/11 3382/22
3383/14 3383/18 3383/19 3383/5 3385/5
3385/9 3387/13 3388/5 3388/25 3391/8
3391/19 3394/8 3395/6 3395/6 3395/18
3395/18 3395/19 3395/19 3398/22 3400/14
3401/3 3401/15 3401/24 3401/24 3401/25
3402/4 3402/10 3404/8 3404/9 3405/12
3406/16 3406/23 3407/2 3407/19 3410/10
3410/25 3411/2 3413/12 3415/7 3415/8
3415/13 3415/22 3416/13 3416/16 3416/18
3418/9 3418/22 3421/2 3423/4 3423/9 3424/13
3424/14 3426/16 3426/17 3427/14 3427/23
3427/24 3429/20 3430/15 3430/19 3431/4
3432/2 3436/12 3439/18 3441/7 3441/11
3445/12 3446/9 3450/15 3451/11 3455/16
3457/6 3460/24 3462/22 3462/23 3465/18
3465/19 3468/9 3468/9 3471/11 3471/11
3472/5 3473/4 3474/24 3475/2 3477/10
3479/16 3480/21 3481/2 3483/2 3483/13
3485/11 3486/18 3487/9 3487/20 3487/24
3487/24 3488/12 3489/2
**ask** [48]   3333/19 3335/2 3335/14 3338/2
3341/9 3342/7 3344/11 3344/13 3344/17
3346/13 3347/14 3348/20 3348/23 3356/17
3356/19 3356/23 3357/6 3358/12 3358/21
3361/4 3375/17 3378/9 3394/13 3408/3
3414/12 3419/23 3419/24 3423/12 3429/4
3430/20 3430/23 3432/18 3434/16 3434/20
3440/11 3443/10 3444/11 3447/12 3447/16
3448/21 3455/17 3455/18 3459/6 3462/24
3477/16 3480/11 3486/19 3488/19
**asked** [58]   3357/20 3369/24 3376/15 3377/24
3378/16 3378/17 3380/6 3380/20 3381/20
3386/15 3387/2 3387/18 3395/11 3395/12
3396/7 3396/9 3409/11 3409/20 3417/20
3436/21 3436/24 3437/21 3440/13 3440/19
3440/22 3443/13 3446/19 3446/22 3447/8
3447/16 3448/12 3448/18 3448/22 3449/1
3449/19 3449/25 3450/8 3450/22 3452/7
3453/5 3453/6 3453/7 3453/13 3454/18 3455/2
3455/3 3455/4 3456/10 3456/14 3458/6 3458/7
3459/24 3463/2 3464/23 3466/18 3472/19
3475/13 3477/12
**asking** [9]   3331/14 3335/11 3348/7 3378/19
3379/20 3391/8 3428/1 3440/24 3441/3
**assault** [3]   3366/17 3388/2 3388/3
**assembling** [1]   3374/12
**asserted** [1]   3346/5
**assess** [1]   3342/4
**assessing** [1]   3340/21
**assigned** [8]   3398/19 3398/20 3398/21 3399/7
3399/21 3401/2 3401/3 3401/25
**assignment** [1]   3399/12
**assist** [3]   3355/7 3359/7 3405/22
**associated** [4]   3340/25 3362/13 3362/14
3465/11
**association** [1]   3461/15
**assume** [4]   3343/16 3360/24 3486/5 3488/6
**assumed** [3]   3355/8 3366/6 3389/7
**assuming** [5]   3358/14 3367/6 3384/14 3416/18
3417/5
**assumption** [1]   3331/25
**Atlanta** [1]   3399/7
**attached** [1]   3481/21
**attack** [13]   3351/2 3351/19 3371/24 3372/19
3373/2 3374/11 3376/6 3385/8 3401/20
3402/10 3447/5 3468/7 3483/12
**attacked** [4]   3372/12 3375/2 3375/25 3417/24
**attacking** [1]   3420/13
**attacks** [3]   3373/19 3374/11 3374/18
**attempt** [1]   3392/4

**attention** [12]   3360/10 3360/13 3360/14
3360/18 3379/15 3385/7 3389/8 3411/5
3438/20 3457/8 3463/16 3469/18
**Attieh** [1]   3328/9
**attorney** [15]   3334/9 3334/11 3335/7 3449/16
3449/17 3449/17 3450/12 3452/2 3452/23
3455/10 3455/11 3456/16 3456/24 3457/1
3471/12
**ATTORNEY'S** [1]   3327/14
**attributed** [5]   3330/25 3336/19 3342/14
3382/14 3383/4
**audios** [2]   3340/14 3340/14
**auspices** [1]   3334/1
**authenticate** [4]   3487/7 3487/25 3488/4
3488/5
**authenticated** [2]   3488/21 3488/23
**authentication** [2]   3339/7 3488/11
**authenticity** [1]   3432/12
**author** [4]   3330/22 3330/25 3331/1 3337/22
**author's** [1]   3330/21
**authorities** [2]   3461/9 3461/18
**authority** [4]   3414/22 3416/16 3416/24
3417/1
**authorization** [1]   3336/3
**available** [6]   3338/19 3339/4 3455/11 3483/9
3487/8 3487/21
**Avenue** [3]   3327/22 3328/4 3328/13
**aviation** [1]   3437/8
**avoid** [4]   3354/16 3359/12 3486/20 3487/2
**avoided** [1]   3331/6
**aware** [11]   3335/16 3348/25 3365/5 3378/19
3384/24 3386/3 3403/21 3403/22 3409/7
3429/11 3440/7
**away** [8]   3338/17 3349/16 3354/16 3354/17
3363/21 3458/7 3464/24 3472/19
**Ayad** [28]   3478/6 3478/11 3478/12 3478/20
3478/23 3479/8 3480/13 3481/4 3481/6
3481/11 3481/12 3481/17 3482/6 3483/1
3483/7 3483/10 3483/16 3483/21 3483/24
3484/1 3484/6 3485/3 3485/4 3485/6 3489/9
3489/14 3489/14 3490/2
**Ayad's** [1]   3478/7

# B

**BAACH** [1]   3328/3
**back** [76]   3330/4 3337/5 3343/3 3346/23
3346/25 3348/4 3350/1 3351/3 3351/9 3351/11
3353/5 3353/21 3359/5 3359/10 3359/13
3362/1 3362/8 3367/13 3367/16 3368/5 3368/8
3368/9 3368/21 3369/10 3369/23 3369/25
3371/1 3371/21 3372/3 3374/17 3382/13
3384/16 3386/10 3386/19 3388/4 3388/25
3389/6 3406/13 3415/1 3416/2 3417/3 3419/15
3422/15 3423/20 3425/6 3430/22 3431/7
3434/21 3436/15 3436/19 3438/5 3438/5
3442/5 3446/20 3457/8 3458/2 3458/4 3458/8
3458/9 3458/10 3459/22 3460/12 3464/17
3464/25 3464/25 3470/5 3471/3 3472/19
3472/21 3474/13 3478/20 3479/6 3481/6
3481/10 3481/20 3483/20
**back-and-forth** [1]   3434/21
**background** [1]   3460/12
**bad** [2]   3331/2 3346/20
**bag** [1]   3386/5
**bail** [1]   3449/23
**balaclavas** [2]   3362/20 3362/22
**Barack** [1]   3349/4
**Barack Obama** [1]   3349/4
**barracks** [1]   3365/11
**barrier** [1]   3383/13
**base** [4]   3349/15 3349/17 3352/12 3413/10
**based** [15]   3332/2 3340/17 3341/2 3363/20
3384/23 3386/5 3393/25 3415/14 3419/15
3425/25 3432/21 3433/22 3469/1 3490/18
3490/19
**basic** [1]   3463/12
**basically** [7]   3342/17 3347/3 3381/17 3387/4

basically... [3]  3400/6 3430/8 3454/13
basis [10]  3331/11 3333/22 3341/2 3341/4
3347/7 3376/13 3392/5 3400/16 3400/19
3417/11
bathroom [3]  3411/3 3411/4 3463/25
battle [1]  3361/1
be [131]  3330/3 3330/23 3332/2 3332/8
3335/1 3335/25 3336/19 3337/1 3337/6
3337/15 3337/16 3338/9 3339/15 3339/21
3339/25 3340/7 3340/18 3341/15 3341/25
3343/10 3346/3 3346/6 3346/7 3355/6 3360/19
3361/10 3361/24 3362/14 3364/21 3371/8
3373/10 3374/21 3376/10 3376/19 3382/4
3385/18 3390/1 3390/19 3392/24 3393/2
3393/5 3394/12 3395/12 3398/4 3406/11
3407/25 3409/12 3409/20 3410/4 3410/8
3411/23 3411/25 3412/19 3415/18 3416/6
3416/19 3416/25 3418/3 3418/8 3419/7
3420/25 3421/7 3421/23 3422/1 3422/2
3422/11 3422/16 3422/17 3425/19 3427/12
3429/18 3430/22 3431/14 3433/8 3433/20
3435/21 3437/13 3437/14 3437/15 3438/21
3438/23 3440/10 3447/8 3448/4 3448/15
3449/3 3449/22 3451/13 3453/25 3454/8
3456/7 3458/2 3458/2 3459/8 3459/11 3459/12
3461/12 3462/16 3464/20 3464/23 3471/13
3472/19 3474/9 3474/19 3474/23 3474/24
3475/9 3475/10 3476/3 3476/5 3477/13
3477/24 3479/1 3479/3 3479/13 3480/1 3480/2
3480/3 3480/8 3485/25 3486/1 3486/1 3486/17
3486/19 3486/20 3487/8 3487/12 3488/1
3488/6 3488/9 3491/1
beard [1]  3402/23
bearded [1]  3367/25
beaten [1]  3463/10
became [1]  3402/5
because [74]  3330/22 3334/7 3334/21 3335/11
3335/14 3336/1 3337/1 3337/5 3338/10 3339/1
3341/13 3341/19 3343/20 3343/21 3343/23
3344/19 3345/13 3346/5 3349/6 3355/12
3356/18 3359/1 3359/5 3359/22 3360/13
3361/23 3361/25 3364/3 3366/7 3368/16
3370/24 3371/15 3372/12 3373/13 3376/18
3380/10 3384/19 3388/20 3391/15 3392/16
3393/12 3393/15 3417/12 3417/18 3420/18
3421/23 3431/14 3436/17 3437/14 3443/6
3444/23 3445/10 3446/7 3447/10 3448/10
3449/7 3451/12 3454/8 3469/13 3477/12
3478/9 3479/3 3479/6 3479/8 3479/9 3479/18
3481/25 3484/21 3485/18 3485/24 3486/7
3487/25 3489/7 3489/25
become [2]  3336/5 3460/22
becomes [1]  3337/12
becoming [1]  3385/19
bed [1]  3413/10
been [59]  3332/8 3333/23 3333/24 3338/5
3344/25 3345/3 3346/16 3347/8 3347/10
3347/11 3349/7 3349/7 3349/9 3350/5 3351/7
3352/2 3352/24 3353/7 3353/13 3362/9 3367/7
3371/18 3372/12 3374/1 3375/19 3377/24
3381/20 3391/18 3398/17 3401/13 3401/14
3402/1 3403/19 3403/22 3407/4 3408/15
3410/14 3415/22 3415/23 3417/20 3418/2
3423/6 3423/8 3423/25 3426/17 3434/15
3436/8 3441/6 3442/19 3447/4 3449/8 3458/22
3459/16 3466/5 3467/23 3480/25 3481/13
3481/25 3483/23
before [29]  3327/10 3331/15 3343/9 3354/8
3361/3 3365/24 3369/11 3369/25 3377/1
3389/21 3391/13 3391/25 3394/14 3396/11
3405/10 3407/19 3409/19 3419/2 3419/9
3424/11 3434/20 3447/14 3448/21 3449/4
3449/6 3459/21 3473/22 3485/14 3486/12
began [3]  3373/19 3399/6 3459/15
begin [1]  3399/4
beginning [4]  3390/21 3402/1 3460/11

begins [1]  3391/13
behind [4]  3388/20 3389/13 3436/15 3464/25
being [28]  3335/12 3346/19 3351/1 3360/2
3368/6 3368/16 3368/18 3368/19 3369/1
3369/23 3372/3 3383/4 3387/13 3387/19
3392/17 3392/25 3420/24 3421/17 3422/5
3422/7 3427/7 3427/10 3438/14 3440/14
3453/13 3455/11 3457/1 3459/13
beliefs [1]  3461/16
believe [50]  3332/13 3333/22 3336/19
3343/14 3343/20 3346/6 3346/7 3347/5
3349/16 3361/14 3362/11 3364/21 3367/3
3368/15 3370/15 3370/18 3372/8 3374/6
3379/1 3380/15 3385/21 3396/12 3397/7
3397/10 3402/13 3405/7 3405/8 3412/14
3412/24 3418/6 3420/12 3441/17 3442/1
3443/23 3461/1 3462/6 3462/11 3470/1
3474/22 3475/25 3476/1 3476/13 3479/17
3480/9 3480/16 3482/2 3482/4 3482/15
3482/24 3483/12
believed [6]  3340/25 3346/3 3354/5 3362/13
3416/24 3465/17
believes [7]  3334/21 3340/23 3341/16
3341/23 3342/3 3342/6 3344/18
belonged [1]  3355/16
below [4]  3408/12 3435/19 3456/7 3457/5
bench [10]  3332/23 3347/24 3348/3 3348/6
3354/14 3375/9 3390/5 3414/8 3423/12
3428/16
benefit [1]  3402/21
Benghazi [20]  3331/16 3332/8 3341/25
3347/11 3354/11 3361/6 3378/14 3379/1
3379/12 3381/14 3385/25 3401/21 3447/6
3459/11 3460/18 3460/21 3461/7 3461/7
3461/24 3467/11
Benton [2]  3333/13 3334/4
besides [1]  3359/10
best [6]  3343/10 3356/13 3383/18 3454/25
3476/5 3488/10
better [6]  3348/8 3370/7 3390/20 3440/18
3441/14 3456/10
between [13]  3343/3 3350/17 3352/22 3374/10
3384/9 3384/10 3384/25 3423/1 3473/21
3481/11 3483/16 3483/25 3488/23
beyond [4]  3332/6 3332/12 3336/13 3361/7
bias [1]  3335/15
big [1]  3392/16
Bilal [4]  3346/24 3417/24 3423/7 3476/15
Bin [8]  3346/19 3466/1 3466/22 3466/23
3467/6 3467/8 3467/12 3467/18
binding [1]  3396/7
biographical [2]  3460/15 3463/13
birth [1]  3336/17
bit [9]  3350/25 3369/10 3370/4 3371/18
3382/19 3386/10 3406/18 3431/14 3439/11
black [1]  3363/1
blank [2]  3454/13 3454/17
blankets [1]  3412/17
blindfold [4]  3436/22 3458/8 3464/25
3472/20
blindfolded [2]  3436/14 3436/18
blue [2]  3365/12 3402/23
blue-collared [1]  3402/23
boat [14]  3409/11 3409/16 3409/18 3409/22
3409/23 3425/25 3435/2 3442/14 3442/24
3444/15 3444/23 3445/8 3446/10 3452/1
boats [1]  3426/1
Bob [3]  3352/12 3353/7 3353/22
body [26]  3340/25 3346/23 3346/25 3374/21
3374/24 3383/15
bold [1]  3453/19
bolster [4]  3418/21 3418/22 3418/23 3422/7
bolstering [1]  3393/9
book [29]  3331/3 3331/4 3331/6 3331/10
3331/20 3331/22 3332/1 3332/4 3332/14
3333/17 3333/23 3333/24 3334/4 3334/6
3336/4 3336/14 3336/15 3336/23 3337/2

**B**

book... [10]   3337/7 3337/9 3337/11 3337/23
  3338/5 3340/16 3344/1 3344/13 3380/20
  3469/16
borders [1]   3399/1
born [2]   3460/18 3460/18
both [5]   3334/4 3340/12 3438/14 3478/22
  3478/22
bottom [2]   3452/10 3484/19
bought [1]   3436/13
box [2]   3412/24 3414/1
breached [1]   3362/1
break [42]   3330/11 3338/22 3339/5 3339/25
  3340/1 3340/11 3347/21 3390/2 3390/17
  3394/7 3395/1 3396/11 3414/19 3414/23
  3416/6 3417/1 3418/25 3419/9 3447/12
  3449/20 3457/25 3458/1 3458/25 3459/1
  3463/19 3464/7 3464/9 3464/18 3464/19
  3464/22 3465/7 3470/8 3470/10 3470/24
  3471/1 3471/2 3471/3 3471/19 3473/23
  3473/24 3474/2 3474/9
breaking [1]   3340/3
breaks [6]   3403/24 3429/12 3446/7 3463/13
  3469/17 3471/5
brief [1]   3480/22
briefly [1]   3488/15
bring [4]   3347/1 3392/3 3392/7 3422/14
bringing [2]   3340/4 3449/9
broke [2]   3423/24 3428/11
broken [2]   3449/11 3449/19
brought [10]   3346/25 3374/21 3374/24 3435/6
  3436/2 3436/14 3442/14 3456/11 3459/22
  3464/10
bruising [1]   3441/11
Brumley [3]   3330/13 3330/16 3330/16
Building [1]   3327/15
buildings [2]   3371/11 3373/3
Bulgaria [2]   3400/2 3400/4
Bulgarian [1]   3400/21
Bureau [2]   3398/16 3426/17
bushes [1]   3372/20
business [5]   3438/15 3461/7 3461/7 3484/16
  3485/11
buttoned [1]   3402/23

**C**

C-h-e-a-r [1]   3405/8
C-l-a-r-k-e [1]   3398/14
C3 [1]   3387/15
call [17]   3334/2 3336/2 3339/5 3342/3
  3373/13 3389/25 3390/16 3397/18 3397/21
  3398/24 3475/7 3476/3 3476/5 3476/9 3487/8
  3487/17 3490/14
calling [1]   3473/6
calm [3]   3457/13 3472/25 3473/11
came [31]   3342/7 3342/7 3343/10 3343/24
  3344/18 3346/1 3346/20 3348/18 3348/21
  3362/23 3365/12 3365/17 3365/19 3365/21
  3365/22 3365/25 3370/3 3370/22 3374/6
  3381/4 3385/12 3386/19 3402/5 3409/11
  3409/23 3438/18 3458/6 3464/17 3470/19
  3471/3 3480/6
camera [4]   3385/24 3414/12 3414/13 3414/14
cameras [2]   3426/13 3468/6
can [63]   3334/12 3335/2 3336/19 3338/14
  3344/13 3344/20 3347/15 3347/21 3348/13
  3348/20 3348/23 3349/19 3360/15 3360/19
  3373/2 3375/7 3379/3 3383/12 3385/12
  3389/22 3390/6 3390/10 3391/17 3391/23
  3392/24 3394/8 3394/16 3394/23 3394/23
  3395/7 3396/3 3396/18 3407/1 3407/3 3415/21
  3416/9 3421/9 3424/14 3424/21 3426/9
  3428/13 3430/20 3430/21 3430/23 3431/3
  3437/5 3439/2 3442/21 3445/9 3446/13
  3448/15 3453/7 3453/9 3453/10 3468/1
  3471/13 3474/18 3475/6 3476/17 3479/3
  3486/25 3487/2 3490/23
can't [13]   3334/11 3340/12 3343/20 3376/19
  3393/14 3396/20 3421/25 3430/21 3439/20
  3456/20 3466/17 3490/15 3490/18
cannot [5]   3392/7 3430/17 3430/18 3449/3
  3449/16
capacity [3]   3398/19 3400/14 3402/4
capture [1]   3441/7
captured [1]   3402/13
car [4]   3357/4 3357/22 3362/7 3363/11
care [2]   3334/12 3431/4
career [1]   3480/24
careful [2]   3337/1 3337/6
cars [1]   3362/6
case [31]   3330/7 3330/12 3330/13 3331/7
  3340/23 3361/9 3385/3 3388/22 3388/24
  3389/17 3391/14 3401/23 3401/24 3401/25
  3402/1 3402/2 3402/4 3404/16 3419/15
  3419/16 3419/19 3420/4 3420/18 3420/19
  3432/13 3449/23 3474/14 3474/15 3485/25
  3490/13 3490/15
cases [1]   3393/14
casual [2]   3438/15 3438/15
cat [1]   3386/5
cautious [1]   3360/2
cell [3]   3373/6 3373/10 3470/20
cement [1]   3363/7
Center [1]   3327/15
Central [1]   3401/9
cert [1]   3480/19
certain [7]   3416/23 3418/18 3426/23 3429/25
  3446/16 3447/11 3488/7
certainly [8]   3336/20 3346/4 3349/9 3394/3
  3394/4 3417/25 3477/20 3487/9
certification [15]   3478/9 3479/13 3479/16
  3479/19 3479/21 3480/1 3480/9 3480/12
  3480/24 3481/7 3482/13 3482/21 3484/8
  3484/13 3485/7
certifications [1]   3479/18
certified [6]   3328/11 3478/16 3479/1 3480/7
  3480/7 3480/13
certify [5]   3478/10 3478/24 3479/8 3479/9
  3492/2
certifying [1]   3481/13
chair [9]   3425/2 3425/11 3437/22 3439/7
  3439/7 3439/9 3439/11 3439/13 3439/16
chairs [3]   3424/22 3425/7 3436/25
challenge [2]   3432/12 3490/19
chambers [1]   3481/20
Champion [1]   3435/6
chance [3]   3394/14 3394/24 3490/3
change [8]   3392/23 3409/10 3410/9 3412/12
  3424/13 3426/1 3435/6 3450/12
changed [2]   3426/16 3434/23
changes [1]   3434/25
chaotic [1]   3360/3
characterization [1]   3353/9
characterize [2]   3406/24 3407/11
characterized [2]   3355/5 3382/10
charge [1]   3361/12
charged [1]   3402/12
charges [4]   3449/8 3449/15 3462/17 3462/18
Chear [33]   3404/18 3405/4 3405/7 3405/9
  3405/10 3405/18 3406/6 3406/23 3428/12
  3435/18 3437/23 3438/3 3439/17 3440/25
  3443/8 3443/17 3443/19 3444/2 3444/7
  3444/10 3444/17 3447/1 3448/6 3448/17
  3450/24 3451/1 3451/3 3451/5 3451/11
  3452/17 3452/25 3456/1 3457/16
Chear's [1]   3445/1
check [4]   3334/22 3393/3 3465/8 3473/20
checked [2]   3422/23 3441/23
checking [1]   3441/20
chief [3]   3349/15 3349/16 3352/12
choice [2]   3396/7 3449/16
CHRISTOPHER [2]   3327/10 3397/15
chronological [1]   3469/14
chunk [1]   3339/19

chunks [1]   3339/19
CIA [5]   3333/12 3334/7 3336/2 3336/3
3352/12
CIA base [1]   3352/12
CIPA [1]   3336/6
circle [3]   3358/12 3358/17 3389/5
circled [1]   3358/24
circuit [3]   3330/12 3342/5 3419/19
circulation [1]   3463/8
circumstance [1]   3394/19
circumstances [7]   3431/13 3431/23 3433/1
3435/13 3443/2 3456/8 3478/3
citation [1]   3391/22
citations [1]   3391/14
cite [1]   3419/16
civilian [2]   3355/20 3435/9
claim [3]   3391/23 3488/16 3489/13
claimed [1]   3478/5
claims [1]   3481/8
clarity [1]   3482/8
Clarke [26]   3338/19 3338/25 3339/4 3340/4
3378/6 3390/13 3390/21 3391/13 3391/20
3397/22 3397/23 3398/6 3398/13 3401/19
3416/9 3417/25 3420/23 3427/6 3432/16
3441/25 3466/22 3474/19 3475/24 3476/19
3486/19 3487/10
Clarke's [11]   3338/25 3339/6 3339/18 3340/5
3390/21 3418/21 3427/11 3427/15 3476/10
3486/4 3487/19
classification [2]   3488/2 3488/10
classified [2]   3333/16 3347/12
clean [1]   3347/15
clear [6]   3347/13 3391/5 3391/7 3406/19
3427/16 3454/8
clearer [1]   3441/11
clearly [8]   3336/15 3340/5 3340/17 3341/22
3342/13 3376/14 3376/14 3489/10
client [1]   3346/21
climb [2]   3363/8 3363/9
Clinton [8]   3341/24 3342/8 3344/4 3344/16
3349/3 3354/6 3354/17 3354/25
clip [5]   3341/12 3341/13 3341/14 3341/16
3376/3
clips [3]   3338/10 3345/24 3375/10
close [8]   3330/14 3363/7 3415/7 3415/16
3430/12 3432/22 3432/23 3433/22
closed [1]   3436/23
closer [1]   3369/15
clothes [6]   3355/20 3355/22 3435/9 3435/11
3438/15 3441/17
clothing [5]   3402/21 3435/6 3438/7 3441/15
3441/16
clunk [1]   3330/6
co [5]   3330/21 3330/22 3330/25 3331/1
3404/16
co-author [3]   3330/22 3330/25 3331/1
co-author's [1]   3330/21
co-case [1]   3404/16
coauthored [1]   3380/21
coercion [1]   3455/23
coffee [2]   3362/11 3364/15
coherent [2]   3440/9 3471/25
cold [2]   3463/7 3464/3
collaboration [1]   3331/23
collared [2]   3402/23 3438/9
colleagues [3]   3360/9 3365/18 3366/10
COLUMBIA [1]   3327/2 3328/13
come [38]   3330/3 3331/9 3332/14 3337/14
3342/16 3342/19 3345/24 3359/7 3365/23
3372/14 3374/1 3381/25 3388/25 3391/23
3391/24 3392/9 3392/10 3394/23 3395/9
3396/5 3402/4 3403/3 3415/1 3415/22 3417/3
3419/7 3422/12 3436/10 3442/10 3459/2
3465/4 3472/17 3477/14 3485/10 3485/19
3485/24 3486/3 3490/12
comfortable [1]   3456/14

coming [1]   3339/19
command [6]   3354/2 3354/5
3364/16 3365/11 3368/10 3368/15 3368/25
3369/4 3372/15 3375/18 3385/17 3388/20
3389/6 3389/7 3389/10 3403/14
command [4]   3401/6 3401/7 3401/7 3401/11
commander [3]   3374/6 3385/12 3467/14
commander's [1]   3374/8
commence [2]   3437/3 3460/8
commenced [1]   3437/19
committee [9]   3349/1 3361/6 3378/14 3378/25
3379/2 3379/7 3379/8 3379/12 3379/12
communicate [3]   3406/24 3407/5 3407/12
communication [4]   3384/9 3384/10 3384/13
3384/15
communications [1]   3474/14
community [1]   3437/8
company [1]   3461/5
compare [1]   3430/12
competing [3]   3485/5 3485/5 3489/16
compilation [1]   3429/23
complaints [1]   3463/23
completely [8]   3346/25 3365/3 3393/21
3394/15 3404/2 3431/10 3459/25 3462/19
complied [1]   3333/24
complies [4]   3357/1 3357/8 3358/19 3382/21
compound [9]   3360/23 3364/25 3365/1 3365/9
3365/13 3365/24 3383/18 3388/4 3388/17
computer [1]   3328/18
computer-aided [1]   3328/18
conceal [1]   3418/11
concentrate [1]   3400/7
concentrated [1]   3399/19
concern [8]   3338/23 3340/3 3340/9 3353/20
3386/12 3386/14 3422/8 3487/11
concerned [9]   3351/25 3353/4 3354/1 3359/19
3360/9 3361/23 3371/4 3372/24 3386/4
concerning [1]   3407/16
concerns [4]   3359/16 3422/10 3477/12 3486/7
conclude [2]   3470/3 3472/10
concluded [4]   3374/18 3472/8 3472/9 3491/3
conclusion [2]   3428/7 3428/10
conditioning [1]   3463/6
conditions [5]   3409/10 3424/13 3434/23
3465/15 3465/20
conducted [2]   3404/8 3484/1
conducting [3]   3406/5 3427/23 3474/6
conference [9]   3332/23 3348/3 3348/6
3354/14 3375/9 3390/5 3414/8 3423/12
3428/16
confirmed [1]   3331/21
confirms [1]   3341/7
conflict [1]   3476/8
confusing [2]   3381/11 3454/8
confusion [1]   3406/18
Congress [1]   3343/25
connection [1]   3333/17
consented [1]   3456/25
consider [10]   3353/12 3394/8 3394/11 3417/4
3418/20 3421/1 3421/9 3421/11 3427/12
3480/11
consideration [1]   3390/18
considering [1]   3488/19
consistent [29]   3376/9 3391/20 3391/23
3392/9 3392/23 3392/24 3393/5 3393/12
3393/16 3393/20 3415/20 3415/21 3415/25
3416/15 3416/21 3417/7 3417/12 3418/16
3419/23 3421/24 3422/9 3427/20 3428/4
3428/22 3429/19 3431/11 3438/14 3441/13
3465/2
consisting [1]   3435/17
conspiracy [2]   3343/6 3344/15
Constitution [1]   3328/13
constitutional [2]   3444/18 3471/6
constructed [1]   3435/19
construction [1]   3461/5
consulate [5]   3360/15 3360/16 3364/2 3383/2
3387/8
consult [4]   3340/2 3340/8 3340/11 3486/12

**C**

consulting [1]   3380/22
contact [10]   3402/5 3403/25 3409/18 3436/10
  3438/1 3438/16 3440/2 3461/8 3473/17
  3483/16
contacts [2]   3417/25 3461/16
contained [1]   3336/4
contemporaneous [1]   3392/20
content [2]   3421/2 3427/14
contested [1]   3420/11
context [1]   3415/11
continue [7]   3339/3 3339/6 3350/2 3413/20
  3460/6 3472/3 3476/10
continued [8]   3328/1 3350/9 3364/21 3465/9
  3465/24 3469/22 3469/23 3472/5
continuing [2]   3425/10 3425/16
contradictory [1]   3349/3
controlling [1]   3384/4
conversation [4]   3456/24 3460/7 3473/12
  3483/10
conversational [3]   3457/13 3472/15 3473/11
convoy [2]   3347/5 3383/20
COOPER [1]   3327/10
cooperated [1]   3399/17
cooperation [2]   3400/10 3400/12
coordinates [1]   3373/6
coordination [1]   3384/25
cope [1]   3465/19
copies [1]   3484/3
copy [4]   3444/23 3451/25 3467/24 3482/19
core [2]   3465/21 3471/11
corner [4]   3364/15 3365/22 3367/20 3387/9
correct [30]   3335/20 3355/11 3355/14 3356/5
  3356/9 3356/12 3357/14 3360/5 3366/9
  3366/11 3367/14 3373/19 3378/12 3378/16
  3380/12 3383/2 3417/6 3417/21 3418/13
  3421/23 3425/24 3429/24 3445/21 3454/4
  3474/4 3479/23 3479/24 3481/22 3482/3
  3492/3
correctly [1]   3397/9
corresponded [1]   3483/1
correspondence [2]   3481/6 3481/10
corroborated [1]   3330/23
corrupted [1]   3481/25
could [87]   3331/3 3332/2 3338/24 3339/5
  3339/25 3342/23 3342/23 3343/1 3343/5
  3348/14 3351/7 3352/24 3356/13 3356/23
  3357/6 3358/17 3371/8 3371/18 3372/20
  3372/21 3373/5 3373/15 3375/8 3377/6
  3378/12 3380/13 3382/4 3382/16 3383/19
  3386/22 3386/23 3388/19 3389/5 3390/24
  3391/1 3391/15 3393/2 3396/7 3396/22
  3398/11 3400/5 3402/20 3405/6 3408/16
  3408/22 3410/24 3410/25 3411/6 3411/20
  3412/21 3413/8 3414/4 3418/24 3420/9
  3422/16 3424/1 3424/17 3432/14 3432/17
  3434/6 3435/12 3438/19 3438/23 3442/2
  3442/15 3445/22 3446/1 3446/11 3450/23
  3450/23 3451/1 3451/1 3451/19 3451/20
  3460/14 3466/4 3466/24 3466/25 3468/16
  3468/17 3469/9 3469/17 3477/14 3477/16
  3486/22 3487/1 3487/8
couldn't [3]   3330/24 3364/7 3372/10
Council [2]   3361/12 3361/16
counsel [16]   3333/2 3333/12 3335/6 3354/13
  3380/20 3382/10 3386/15 3387/2 3387/10
  3387/18 3389/22 3394/3 3402/22 3420/5
  3422/24 3466/13
counterassault [2]   3386/17 3386/18
counterassaults [1]   3367/6
counterterrorism [2]   3398/21 3399/19
countries [2]   3400/4 3406/2
country [7]   3342/25 3399/3 3400/24 3479/14
  3479/15 3480/4 3484/17
couple [11]   3365/24 3372/2 3387/22 3391/1
  3391/12 3416/12 3417/1 3476/17 3476/25
  3477/7 3484/21

course [11]   3352/6 3366/1 3381/24 3395/10
  3415/5 3430/1 3439/24 3468/3 3468/25 3483/7
  3484/16
court [75]   3327/1 3328/10 3328/12 3328/12
  3330/2 3330/10 3330/11 3330/19 3330/20
  3331/1 3331/1 3337/13 3337/14 3339/16
  3339/20 3343/8 3343/10 3343/11 3347/17
  3349/25 3354/22 3354/25 3376/22 3391/17
  3391/22 3391/22 3394/13 3394/14 3395/12
  3395/24 3396/2 3396/3 3396/25 3397/3 3397/8
  3416/4 3417/20 3419/2 3419/6 3419/9 3419/16
  3419/24 3420/9 3422/1 3422/11 3422/12
  3422/13 3422/17 3423/8 3423/16 3429/11
  3433/4 3441/6 3448/5 3448/16 3449/14
  3475/13 3476/12 3477/19 3477/21 3477/22
  3480/8 3480/11 3480/25 3483/2 3485/10
  3486/14 3487/17 3488/16 3488/19 3488/21
  3489/8 3489/16 3489/17 3491/1
Court's [6]   3336/11 3338/15 3338/16 3382/2
  3433/9 3442/16
courtroom [6]   3348/1 3389/22 3416/8 3423/19
  3449/9 3474/16
cover [3]   3331/22 3335/9 3383/11
covered [4]   3331/20 3335/6 3335/7 3400/3
CR [1]   3327/4
Crabb [3]   3327/13 3484/13 3484/23
crazy [1]   3342/24
create [2]   3430/18 3430/25
created [12]   3415/6 3418/9 3429/16 3431/1
  3431/9 3431/20 3432/2 3432/4 3432/5 3480/4
  3484/14 3484/15
creating [2]   3431/6 3431/14
creation [4]   3430/6 3431/1 3431/24 3433/1
credibility [17]   3334/7 3335/19 3341/23
  3341/25 3342/2 3342/4 3342/23 3343/18
  3344/10 3344/24 3392/25 3417/24 3418/21
  3420/14 3422/7 3431/15 3432/5
credible [2]   3420/25 3427/11
credited [1]   3349/7
crime [2]   3399/9 3461/15
crimes [2]   3399/10 3399/18
criminal [5]   3333/15 3401/2 3447/5 3448/3
  3449/8
cross [20]   3329/4 3335/6 3338/10 3341/20
  3350/3 3350/9 3382/9 3390/21 3394/5 3417/23
  3432/6 3437/8 3475/12 3475/16 3475/18
  3480/23 3487/9 3488/22 3489/2 3489/19
cross-examination [7]   3350/3 3350/9 3382/9
  3390/21 3480/23 3488/22 3489/2
cross-examine [1]   3394/5
crossed [1]   3361/22
CRR [2]   3492/2 3492/8
crystal [1]   3480/23
CT3 [4]   3398/21 3398/23 3398/24 3399/2
currently [1]   3398/19
curry [1]   3334/22
currying [1]   3335/15
custodial [7]   3404/3 3404/5 3404/7 3426/14
  3426/18 3426/22 3426/22
Custodian [1]   3480/5
custody [1]   3462/25

**D**

D.B [1]   3333/13
D.C [6]   3327/5 3327/16 3327/21 3327/23
  3328/5 3328/14
D.C. [2]   3330/12 3419/19
D.C. Circuit [1]   3330/12 3419/19
D2 [5]   3409/24 3410/3 3412/4 3412/10
  3458/10
damaged [1]   3366/23
Dash [1]   3424/10
database [1]   3478/16
date [8]   3376/10 3379/14 3380/24 3429/24
  3429/25 3456/4 3457/5 3492/7
dated [5]   3336/17 3336/17 3444/24 3444/24
  3457/2
dates [3]   3347/22 3430/23 3430/24

D

Dave [1]   3365/21
day [35]   3327/7 3338/21 3339/8 3345/1
 3381/14 3389/20 3390/25 3391/10 3403/7
 3403/10 3403/11 3403/16 3424/8 3428/11
 3428/11 3433/17 3434/8 3434/10 3434/11
 3435/4 3435/4 3435/5 3435/25 3441/17
 3457/24 3459/3 3465/2 3471/2 3472/13
 3472/15 3474/5 3474/9 3474/11 3475/13
 3475/21
daylights [1]   3437/11
days [5]   3429/12 3441/13 3463/10 3468/10
 3481/5
dead [1]   3346/16
deal [7]   3347/22 3348/5 3392/16 3395/1
 3396/13 3417/2 3487/1
dealing [1]   3336/11
dealings [2]   3355/14 3447/11
debate [1]   3343/3
decide [4]   3338/21 3448/14 3449/6 3475/5
decided [4]   3335/22 3352/23 3355/4 3457/25
decision [2]   3331/8 3455/14
deck [3]   3338/18 3408/12 3435/20
declarant [1]   3481/8
declaration [11]   3335/21 3395/21 3477/10
 3477/13 3477/18 3485/2 3488/25 3489/11
 3489/12 3489/18 3490/11
declarations [2]   3489/4 3490/1
declined [1]   3464/1
defend [1]   3360/16
defendant [45]   3327/8 3327/20 3328/2
 3402/25 3403/4 3405/13 3407/15 3409/8
 3419/10 3419/11 3420/10 3429/10 3435/1
 3435/13 3436/11 3438/16 3439/18 3439/22
 3440/4 3442/21 3442/23 3443/22 3446/12
 3450/14 3450/16 3457/18 3459/3 3459/8
 3459/10 3459/16 3460/15 3464/6 3464/10
 3465/10 3465/14 3467/5 3467/8 3467/10
 3467/19 3468/1 3468/25 3471/21 3471/23
 3473/2 3473/17
defendant's [9]   3356/21 3357/10 3358/4
 3358/21 3367/22 3412/4 3482/7 3483/23
 3484/5
Defendant's Exhibit 144 [2]   3357/10 3367/12
Defendant's Exhibit 145 [2]   3358/4 3358/21
DEFENDER [1]   3327/21
defense [26]   3332/10 3335/6 3338/23 3339/8
 3340/22 3380/20 3382/10 3386/15 3387/2
 3387/10 3387/18 3389/22 3390/18 3390/19
 3392/16 3394/3 3397/7 3402/22 3417/23
 3420/4 3420/17 3442/19 3477/25 3481/8
 3488/9 3489/5
defense's [2]   3418/10 3420/19
defer [1]   3390/3
definitely [5]   3351/11 3368/18 3368/19
 3370/4 3386/10
definition [1]   3348/8
delay [1]   3449/9
demeanor [1]   3473/9
demonstrably [1]   3489/3
demonstrate [3]   3446/11 3485/8 3485/9
demonstrates [1]   3481/3
demonstrative [3]   3430/15 3467/1 3475/1
denial [1]   3337/20
Department [8]   3333/14 3351/25 3383/10
 3387/25 3388/16 3388/16 3400/24 3461/2
depending [2]   3437/11 3473/7
depends [1]   3341/19
depiction [2]   3397/14 3411/11
deployed [1]   3405/19
deployment [1]   3336/17
described [13]   3363/24 3382/22 3383/20
 3441/7 3446/3 3458/11 3460/24 3462/23
 3464/10 3464/15 3464/14 3465/14 3465/18
describing [1]   3363/19
designed [2]   3342/9 3408/12
despite [1]   3355/4

detect [1]   3381/25
detainees [2]   3408/13 3435/19
detention [1]   3408/25
determine [1]   3449/22
detours [1]   3368/5
developed [2]   3464/13 3465/22
did [175]
did you [22]   3374/8 3374/11 3381/13 3386/3
 3399/4 3400/15 3403/12 3403/16 3406/4
 3407/15 3409/9 3412/11 3414/17 3424/12
 3427/1 3430/25 3440/11 3441/21 3451/7
 3460/10 3473/1 3473/15
didn't [50]   3330/23 3335/8 3335/18 3335/23
 3342/9 3342/16 3342/17 3342/18 3346/11
 3350/19 3353/15 3355/8 3355/17 3360/3
 3360/8 3361/21 3362/23 3363/4 3363/5 3364/9
 3367/16 3367/21 3368/8 3368/17 3369/6
 3372/13 3374/15 3375/20 3376/6 3378/2
 3378/10 3378/14 3385/25 3385/25 3392/22
 3394/9 3395/22 3395/25 3409/19 3411/13
 3417/18 3419/12 3442/8 3443/23 3449/23
 3471/8 3471/8 3481/25 3486/13 3490/1
difference [1]   3422/25
different [17]   3336/13 3337/7 3345/25
 3346/12 3355/21 3364/3 3378/22 3379/12
 3409/6 3420/4 3420/18 3441/16 3451/13
 3478/2 3484/21 3485/23 3486/24
difficult [4]   3421/24 3463/4 3465/15
 3477/15
DiLorenzo [7]   3327/13 3338/11 3380/16
 3420/2 3423/3 3423/21 3474/19
direct [19]   3329/4 3339/6 3339/17 3353/10
 3359/9 3370/15 3376/24 3379/15 3382/8
 3390/16 3394/15 3398/7 3438/20 3457/8
 3463/16 3469/18 3475/18 3476/10 3487/20
directed [2]   3455/20 3455/22
directing [1]   3411/5
direction [2]   3389/10 3425/25
directional [1]   3425/20
directly [6]   3336/19 3344/10 3352/20
 3368/21 3379/21 3439/14
Director [1]   3399/25
dirt [1]   3382/24
disclose [2]   3336/3 3477/21
disclosure [5]   3333/16 3334/3 3334/5
 3334/15 3335/17
discovery [2]   3333/7 3391/8
discredited [3]   3349/8 3349/9 3489/18
discuss [3]   3389/17 3418/25 3428/22
discussed [1]   3407/21
discussing [2]   3395/10 3467/18
discussion [2]   3481/15 3483/7
disks [1]   3422/23
dismissed [1]   3491/2
distance [1]   3363/20
distinguish [1]   3356/10
DISTRICT [7]   3327/1 3327/2 3327/11 3328/12
 3328/13 3330/12 3330/17
dive [1]   3434/20
division [3]   3333/14 3399/14 3401/2
do [141]   3330/10 3332/15 3334/1 3335/5
 3335/18 3335/23 3336/1 3338/7 3338/20
 3339/25 3340/1 3342/17 3346/7 3351/1 3351/8
 3351/12 3353/24 3356/18 3357/2 3361/5
 3362/3 3362/25 3365/8 3367/4 3368/10
 3368/13 3369/23 3371/2 3371/3 3372/6 3373/2
 3373/5 3373/9 3373/10 3375/5 3377/2 3377/12
 3377/18 3378/5 3378/8 3379/6 3379/7 3379/10
 3379/11 3380/24 3382/6 3383/24 3386/22
 3389/2 3390/6 3392/3 3392/6 3392/9 3392/15
 3398/1 3398/3 3399/8 3399/21 3399/24
 3400/10 3400/25 3401/10 3404/24 3404/25
 3408/14 3408/23 3408/24 3410/22 3412/12
 3412/22 3413/13 3414/10 3415/5 3415/16
 3416/23 3417/10 3418/5 3419/8 3421/5
 3421/25 3422/2 3424/4 3424/9 3424/13
 3425/18 3426/3 3429/1 3430/5 3430/24 3432/8
 3433/6 3433/13 3433/14 3433/20 3434/13

**D**

do... [46]   3437/16 3441/22 3442/15 3443/22
  3444/7 3444/20 3444/20 3445/4 3445/5 3446/3
  3446/5 3446/9 3446/19 3446/22 3447/2
  3447/23 3448/9 3450/2 3452/20 3452/24
  3453/8 3453/16 3453/23 3455/9 3456/8
  3457/22 3458/14 3466/3 3466/8 3466/25
  3467/21 3468/8 3475/16 3475/18 3476/13
  3476/20 3477/12 3477/18 3486/12 3486/16
  3487/1 3487/5 3488/10 3490/7 3490/9 3490/18
do you [20]   3351/1 3351/12 3362/25 3365/8
  3368/10 3372/6 3375/5 3378/5 3378/8 3379/6
  3379/7 3379/11 3380/24 3383/24 3404/24
  3430/5 3444/20 3447/2 3452/24 3456/8
Do you have [2]   3361/5 3450/2
do you know [7]   3362/3 3371/2 3371/3
  3433/20 3437/16 3443/22 3458/14
do you recognize [4]   3408/23 3410/22
  3433/13 3444/20
do you remember [4]   3368/13 3369/23 3430/24
  3446/3
Do you remember that [1]   3377/2
do you see [4]   3389/2 3444/7 3445/4 3453/16
Do you understand [2]   3446/19 3446/22
Dockers [1]   3438/9
doctors [1]   3440/17
document [11]   3429/16 3429/17 3429/20
  3429/22 3430/6 3430/11 3431/22 3432/1
  3432/2 3432/4 3489/15
documents [14]   3431/5 3432/9 3432/13
  3478/18 3478/19 3479/4 3481/7 3481/13
  3481/16 3481/17 3481/20 3481/24 3483/9
  3483/22
DOD [3]   3401/6 3401/8 3458/18
does [16]   3332/1 3333/22 3342/10 3343/18
  3349/21 3376/5 3381/2 3381/24 3396/5
  3404/19 3405/2 3425/8 3455/18 3477/6
  3479/15
doesn't [13]   3333/20 3333/21 3334/14
  3335/23 3336/1 3336/15 3341/1 3347/9
  3415/10 3431/25 3486/13 3486/25 3489/16
doing [11]   3337/10 3340/20 3342/15 3346/15
  3356/13 3372/10 3383/14 3384/19 3390/11
  3407/23 3441/23
domestic [2]   3426/19 3426/21
don't [73]   3330/9 3331/13 3333/21 3335/7
  3336/19 3336/21 3338/9 3338/24 3341/18
  3343/12 3344/10 3344/15 3345/13 3347/4
  3347/19 3348/2 3348/8 3351/3 3355/11
  3355/12 3356/19 3359/24 3360/25 3361/1
  3361/4 3362/22 3367/5 3371/15 3377/10
  3377/17 3378/9 3379/14 3380/8 3382/6
  3388/11 3389/17 3390/3 3391/2 3392/11
  3392/14 3393/16 3395/16 3396/12 3396/19
  3396/19 3400/20 3408/11 3409/17 3414/19
  3416/17 3421/20 3422/11 3423/17 3425/14
  3429/4 3431/4 3432/17 3443/24 3444/21
  3451/9 3453/23 3453/24 3466/18 3475/7
  3475/25 3475/25 3479/17 3480/9 3480/16
  3482/2 3482/15 3487/13 3489/25
done [14]   3338/1 3338/4 3340/7 3344/4
  3407/19 3421/17 3428/6 3442/2 3452/12
  3464/11 3464/11 3472/13 3472/15 3480/14
door [14]   3370/22 3412/9 3414/3 3424/6
  3424/20 3435/23 3435/24 3436/13 3436/19
  3436/24 3458/8 3464/24 3472/18 3472/18
dot [2]   3382/19 3382/20
double [1]   3422/23
double-checked [1]   3422/23
doubt [3]   3330/8 3332/1 3421/23
down [42]   3342/6 3342/10 3342/12 3344/18
  3344/20 3345/1 3345/2 3348/18 3348/21
  3349/18 3352/11 3352/16 3352/23 3353/5
  3353/6 3353/13 3353/16 3353/20 3354/1
  3354/5 3354/10 3355/5 3362/8 3362/23 3364/1
  3364/25 3372/14 3389/9 3394/22 3402/23
  3416/10 3435/18 3436/2 3436/3 3436/24

downtime [2]   3339/10 3339/14
dozen [2]   3365/9 3404/13
dozens [4]   3405/23 3405/23 3405/23 3406/22
draw [8]   3356/24 3357/2 3357/21 3358/17
  3360/10 3360/14 3360/18 3360/25
drawing [1]   3360/23
drawn [3]   3357/14 3360/13 3366/13
drill [1]   3397/25
driven [1]   3362/7
drone [1]   3487/8
drove [3]   3357/16 3364/16 3367/20
DSS [2]   3365/5 3367/1
DSS Agent Henderson [1]   3365/5
Due [1]   3455/11
during [24]   3332/6 3339/20 3366/1 3381/24
  3388/3 3420/10 3420/23 3427/2 3427/3 3427/7
  3429/25 3433/17 3435/10 3439/24 3448/25
  3463/21 3463/25 3465/25 3468/7 3468/23
  3468/25 3473/2 3483/10 3484/4
dut [1]   3368/4
duty [1]   3401/1

**E**

E-1 S-a-r [1]   3405/8
e-mail [1]   3481/21
each [13]   3360/20 3364/4 3403/11 3428/5
  3428/7 3428/11 3434/8 3434/10 3439/12
  3449/20 3453/8 3455/16 3464/9
earlier [7]   3350/13 3363/24 3372/21 3459/14
  3481/14 3483/18 3484/2
early [1]   3483/12
easier [3]   3433/8 3453/25 3476/3
easily [3]   3343/1 3373/16 3479/3
Eastern [3]   3406/1 3407/9 3437/15
eat [1]   3440/19
education [1]   3460/21
effect [1]   3489/15
efforts [2]   3409/9 3490/2
Egyptians [1]   3376/8
either [14]   3332/6 3335/24 3381/21 3393/25
  3400/23 3412/18 3417/12 3423/16 3427/23
  3438/9 3465/11 3472/11 3485/13 3486/17
El [34]   3404/18 3405/4 3405/7 3405/9
  3405/10 3405/18 3406/6 3406/23 3428/12
  3435/18 3437/23 3438/3 3439/17 3440/25
  3443/8 3443/17 3443/19 3444/2 3444/7
  3444/10 3444/17 3445/1 3447/1 3448/6
  3448/17 3450/24 3451/1 3451/3 3451/5
  3451/11 3452/17 3452/25 3456/1 3457/16
El Chear [1]   3405/4
election [2]   3344/4 3390/24
electronic [6]   3481/3 3483/22 3484/2 3484/5
  3489/6 3489/10
electronically [1]   3483/1
elicit [3]   3375/20 3394/14 3394/21
elicited [1]   3392/24
eliciting [1]   3394/22
eliminate [1]   3387/20
eliminating [1]   3387/3
Elsayed [1]   3328/3
else [5]   3349/21 3394/16 3423/11 3439/24
  3485/16
email [4]   3481/1 3483/1 3484/1 3484/6
emails [1]   3488/23
embassy [1]   3400/2
employed [6]   3398/15 3398/17 3401/16
  3404/21 3404/23 3405/17
employees [2]   3352/1 3383/10
employer [1]   3334/23
encounter [1]   3367/17
end [6]   3338/20 3339/8 3390/24 3391/10
  3474/11 3475/13
ended [3]   3385/19 3462/3 3470/10
enforcement [7]   3381/21 3403/13 3404/1
  3425/15 3435/1 3436/5 3446/25
engage [1]   3389/1

## E

engaged [4]   3388/5 3440/9 3442/7 3460/5
England [1]   3437/18
English [22]   3348/8 3400/22 3406/16 3438/2 3438/3 3438/5 3443/7 3443/15 3443/16 3443/18 3443/22 3443/23 3443/24 3443/25 3444/4 3444/5 3445/7 3445/10 3445/24 3452/6 3452/18 3453/21
English-translated [1]   3453/21
enhance [1]   3471/7
enhanced [2]   3443/2 3450/15
enough [4]   3440/19 3440/20 3466/18 3485/9
ensure [1]   3406/20
ensured [2]   3412/15 3412/16
entered [6]   3348/1 3368/11 3419/11 3423/19 3482/12 3482/12
entertaining [1]   3477/19
entire [2]   3415/19 3443/12
entitled [3]   3336/2 3342/4 3347/1
entry [1]   3440/11
equally [2]   3485/5 3488/17
Eric [1]   3328/2
eric.lewis [1]   3328/6
escorted [5]   3341/11 3374/2 3374/17 3458/9 3472/20
especially [2]   3406/7 3407/22
essentially [1]   3421/16
establish [1]   3430/25
estimate [1]   3369/21
Europe [1]   3403/15
European [1]   3437/15
evacuate [1]   3383/21
even [22]   3331/25 3352/23 3383/8 3393/14 3393/22 3406/16 3412/20 3415/21 3417/23 3419/21 3420/5 3429/3 3431/25 3443/25 3444/3 3445/1 3463/11 3465/25 3472/2 3479/4 3480/7 3481/10
evening [3]   3350/14 3364/17 3364/22
event [2]   3430/13 3484/25
events [4]   3336/16 3432/4 3433/16 3433/23
eventually [1]   3355/9
ever [5]   3368/21 3383/5 3406/15 3462/24 3462/25
every [5]   3428/10 3435/5 3464/17 3470/19 3477/25
everybody [6]   3359/25 3394/24 3406/19 3406/21 3437/6 3456/12
everyone [2]   3349/10 3350/1
everything [10]   3344/2 3366/15 3406/20 3421/16 3421/18 3421/21 3421/22 3431/7 3464/14 3488/5
evidence [14]   3337/15 3397/8 3408/15 3410/15 3411/16 3411/24 3418/11 3424/1 3427/16 3434/1 3438/22 3441/6 3445/16 3469/6
evidentiary [3]   3395/23 3416/12 3419/1
exact [3]   3373/14 3451/25 3452/5
exactly [14]   3406/12 3408/11 3413/22 3421/15 3421/25 3425/14 3441/10 3446/4 3446/6 3454/15 3470/19 3473/5 3478/6 3478/24
examination [9]   3350/3 3350/9 3380/18 3382/9 3390/21 3398/7 3480/23 3488/22 3489/2
examine [1]   3394/5
example [2]   3437/9 3489/4
excel [7]   3478/12 3478/18 3478/22 3478/24 3478/25 3479/7 3479/9
excellent [2]   3406/25 3460/24
except [2]   3349/10 3361/22
exception [2]   3337/15 3429/18
exceptions [1]   3426/23
Excuse [1]   3388/10
excused [1]   3389/17
executed [1]   3484/8
exhibit [65]   3356/21 3357/10 3358/3 3358/4 3358/21 3367/12 3382/5 3382/7 3382/17

3389/21 3397/17 3397/23 3408/15 3408/23 3411/15 3411/21 3412/3 3412/8 3412/22 3414/4 3424/2 3424/24 3426/4 3430/9 3430/19 3433/7 3433/13 3434/1 3434/7 3434/14 3434/14 3438/20 3439/3 3441/5 3444/13 3445/4 3445/15 3445/25 3450/24 3451/20 3451/22 3453/14 3453/24 3454/2 3454/5 3455/9 3456/21 3457/9 3463/17 3466/4 3466/9 3467/4 3468/15 3468/16 3469/5 3469/16 3469/18 3480/20 3481/2 3481/4 3481/18 3481/22 3482/8 3482/11 3483/14
Exhibit 1100 [2]   3481/18 3482/8
Exhibit 171-1 [1]   3412/8
Exhibit 177-1 [1]   3411/21
exhibits [6]   3408/18 3410/13 3423/25 3439/2 3444/12 3467/22
exist [1]   3393/20
exit [1]   3426/9
exited [2]   3416/8 3474/16
expand [1]   3386/23
expect [4]   3475/7 3476/13 3476/20 3486/16
experience [4]   3347/11 3361/3 3361/5 3384/23
experiences [2]   3355/10 3355/12
explain [11]   3400/5 3408/22 3410/25 3424/11 3437/5 3442/22 3449/7 3450/20 3452/15 3452/20 3468/1
explained [5]   3381/16 3414/13 3434/22 3450/3 3483/8
explanation [2]   3334/24 3334/25
exploiting [1]   3344/14
explore [2]   3332/10 3348/18
explosions [2]   3351/22 3372/14
explosive [1]   3370/1
expressed [2]   3348/21 3354/4
Ext [1]   3327/23
extension [1]   3478/18
extent [1]   3480/17
extraterritorial [1]   3398/24
extreme [1]   3426/23
eye [2]   3440/17 3441/12
eyes [2]   3441/11 3451/12

## F

fabricate [3]   3392/1 3417/13 3417/14
fabricated [1]   3462/19
fabrication [5]   3391/24 3391/25 3392/5 3417/9 3417/13
face [3]   3458/7 3464/24 3472/19
facing [1]   3439/12
fact [27]   3334/3 3335/10 3335/21 3336/16 3346/6 3352/16 3371/13 3386/5 3386/6 3392/3 3392/21 3393/6 3393/23 3416/13 3416/19 3417/6 3418/8 3418/20 3420/8 3420/22 3427/6 3427/10 3430/17 3431/21 3479/15 3484/7 3489/10
facts [1]   3429/23
failure [1]   3420/19
fair [10]   3331/25 3349/8 3352/22 3355/25 3364/25 3366/2 3371/20 3397/14 3411/11 3490/5
fairly [4]   3370/3 3371/13 3371/15 3446/23
faith [3]   3331/11 3333/22 3465/19
false [1]   3489/3
falsification [1]   3479/10
familiar [3]   3401/19 3401/23 3402/5
far [3]   3344/20 3471/11 3475/16
FARAJ [1]   3327/7
fashion [2]   3443/14 3482/1
fast [2]   3360/8 3360/10
fault [1]   3344/3
favor [2]   3334/22 3335/15
FBI [37]   3351/1 3381/9 3381/10 3381/13 3398/16 3398/17 3399/4 3399/6 3399/10 3399/15 3400/1 3400/6 3400/8 3400/13 3400/24 3401/3 3401/15 3404/8 3404/17 3404/21 3404/22 3404/23 3421/11 3421/12 3422/5 3422/12 3426/11 3426/13 3426/17

## F

FBI... [8]   3427/20 3429/1 3441/25 3442/3 3458/12 3478/2 3488/22 3488/23
FBI's [1]   3401/2
fd.org [2]   3327/24 3327/24
fear [1]   3395/19
February [30]   3341/17 3355/6 3355/10 3355/11 3355/14 3355/16 3356/1 3356/4 3358/13 3359/7 3362/13 3362/14 3364/20 3364/20 3364/21 3365/9 3365/17 3366/2 3366/7 3382/14 3383/5 3385/3 3481/14 3481/15 3482/25 3483/10 3483/18 3483/22 3489/7 3489/9
February 17 [1]   3383/5
federal [3]   3327/21 3333/15 3398/16
feed [1]   3487/8
feel [3]   3335/8 3456/10 3456/14
feeling [3]   3440/14 3440/15 3441/24
fellow [2]   3332/1 3352/7
felt [4]   3369/16 3369/17 3370/2 3440/17
few [8]   3338/10 3367/19 3368/5 3390/3 3418/24 3463/10 3486/10 3486/12
field [4]   3365/13 3398/20 3399/7 3404/17
figure [5]   3353/23 3373/2 3373/6 3373/16 3385/11
figured [1]   3330/15
file [4]   3475/4 3475/4 3476/15 3484/5
filed [7]   3475/10 3476/16 3476/23 3477/2 3480/22 3485/18 3485/24
files [1]   3479/4
filled [2]   3444/23 3445/10
final [1]   3372/19
finally [3]   3461/6 3462/3 3462/11
find [4]   3330/11 3417/1 3483/2 3483/5
finding [3]   3335/20 3335/24 3348/10
findings [3]   3345/6 3348/17 3349/2
fine [11]   3332/17 3334/10 3357/4 3390/14 3395/3 3396/17 3397/1 3440/15 3441/4 3450/13 3488/5
finish [1]   3475/17
fire [11]   3359/6 3359/17 3359/17 3359/18 3359/18 3359/20 3372/3 3383/11 3383/12 3387/4 3389/12
fired [1]   3387/19
first [51]   3339/19 3339/22 3342/13 3345/22 3345/24 3347/3 3365/13 3371/21 3372/2 3376/1 3377/21 3377/24 3379/15 3379/17 3379/24 3381/7 3381/9 3382/10 3385/17 3396/11 3402/15 3408/23 3416/12 3435/12 3435/14 3435/15 3435/25 3436/6 3440/7 3440/13 3441/17 3443/8 3450/22 3452/9 3452/9 3453/2 3453/2 3453/19 3454/24 3457/24 3463/9 3463/10 3471/2 3471/19 3473/22 3476/6 3476/9 3476/23 3477/9 3479/22 3489/21
firsthand [4]   3342/20 3349/20 3349/21 3377/10
fit [1]   3443/2
five [8]   3343/9 3352/10 3352/11 3358/8 3409/4 3409/5 3437/10 3441/13
flew [1]   3487/6
flipped [1]   3341/17
floor [1]   3412/17
focused [6]   3389/8 3389/9 3389/11 3399/17 3399/20 3401/8
folding [2]   3439/7 3439/9
folks [5]   3355/16 3374/17 3458/16 3472/12 3487/20
follow [5]   3368/1 3383/8 3388/14 3406/4 3414/16
follow-up [1]   3388/14
followed [8]   3368/2 3368/6 3368/17 3368/18 3368/20 3368/22 3369/1 3451/4
following [3]   3369/6 3369/8 3420/22
FOLLOWS [1]   3350/7
food [1]   3464/1
foot [2]   3357/3 3357/25
force [5]   3384/5 3399/16 3399/18 3401/4 3401/8
foregoing [1]   3492/3
foreign [7]   3399/19 3400/9 3400/10 3400/11 3400/15 3400/21 3403/15
foresee [1]   3339/18
forged [1]   3462/20
forgot [1]   3434/21
form [22]   3442/14 3443/4 3443/12 3443/14 3443/15 3443/16 3443/17 3443/20 3443/21 3444/22 3445/2 3445/12 3446/16 3448/18 3451/4 3451/11 3451/17 3451/18 3452/16 3452/24 3456/16 3471/7
formal [1]   3460/20
formalistic [1]   3480/2
format [2]   3489/6 3489/10
formed [5]   3465/12 3465/16 3466/2 3467/5 3467/12
forth [5]   3343/3 3384/16 3430/23 3434/21 3481/11
forward [4]   3339/16 3377/17 3389/8 3414/25
found [3]   3349/1 3352/2 3372/11
foundation [1]   3430/25
founded [1]   3467/14
four [6]   3399/23 3409/5 3432/4 3437/10 3459/14 3474/5
Fourth [5]   3327/15 3350/16 3361/20 3362/3 3386/20
Fourth Ring [1]   3362/3
frame [1]   3414/21
France [1]   3480/6
free [1]   3459/25
Friday [1]   3487/16
friendly [10]   3356/7 3356/8 3356/11 3359/6 3359/17 3359/18 3359/20 3359/25 3363/2 3363/3
front [18]   3361/19 3362/1 3378/13 3379/6 3379/7 3379/11 3387/11 3388/21 3393/15 3393/19 3410/3 3411/6 3419/22 3421/17 3422/21 3444/12 3450/25 3452/16
frustrated [1]   3352/14
frustrating [1]   3353/1
frustration [1]   3342/18
fully [1]   3489/18
further [5]   3350/6 3382/19 3389/13 3429/2 3461/18
future [2]   3450/13 3455/11

## G

Gaddafi [3]   3340/25 3346/1 3346/3
game [1]   3406/9
gangs [1]   3399/9
gap [1]   3370/5
gate [12]   3359/10 3359/13 3361/19 3362/1 3362/1 3362/8 3366/20 3383/1 3386/19 3387/11 3387/15 3389/1
gave [3]   3454/21 3464/2 3464/4
Geist [12]   3333/12 3334/4 3338/13 3338/19 3339/4 3339/5 3339/23 3340/4 3390/16 3475/17 3476/3 3476/5
gelatinized [1]   3370/1
general [4]   3333/2 3333/12 3389/2 3389/5
generally [2]   3392/7 3486/21
gentleman [2]   3331/24 3347/1
gentlemen [7]   3348/5 3354/23 3381/18 3397/6 3398/12 3416/5 3427/6
get [48]   3335/17 3335/17 3336/3 3337/23 3338/24 3339/5 3339/16 3339/22 3342/9 3343/6 3344/15 3347/19 3355/12 3355/13 3360/8 3360/23 3377/9 3377/16 3384/7 3385/11 3385/12 3388/22 3391/15 3391/17 3392/3 3394/25 3395/13 3396/2 3396/10 3406/8 3406/9 3415/12 3415/21 3418/3 3429/2 3467/24 3476/9 3477/14 3479/6 3486/13 3487/13 3487/20 3490/2 3490/4 3490/13 3490/15 3490/23 3490/23
gets [2]   3429/8 3483/20
getting [15]   3337/2 3352/9 3359/7 3360/12

## G

getting... [11]   3371/14 3390/20 3394/2
 3414/9 3416/25 3418/8 3429/9 3436/17 3444/1
 3457/19 3470/20
Ghada [1]   3328/9
give [7]   3332/9 3395/14 3395/24 3412/17
 3449/15 3454/24 3490/3
given [11]   3345/2 3354/11 3360/3 3377/15
 3391/3 3422/25 3440/17 3455/19 3455/21
 3475/15 3486/6
gives [1]   3373/14
giving [1]   3340/3
gmail.com [1]   3328/16
go [32]   3344/21 3352/8 3353/15 3360/8
 3360/17 3382/4 3382/4 3383/22 3385/12
 3411/6 3412/21 3413/2 3414/4 3414/11 3416/2
 3435/18 3435/22 3439/13 3451/20 3453/12
 3455/16 3458/4 3459/21 3459/23 3461/17
 3466/20 3470/15 3474/12 3474/13 3477/4
 3479/6 3488/2
go ahead [2]   3453/12 3466/20
goes [14]   3332/12 3334/7 3335/18 3341/20
 3341/22 3341/25 3342/22 3343/7 3343/17
 3344/10 3349/10 3394/18 3394/18 3477/5
going [81]   3332/5 3333/19 3335/14 3336/1
 3338/8 3338/9 3338/11 3338/24 3339/1 3341/9
 3342/7 3343/3 3344/6 3344/19 3346/13
 3347/18 3349/3 3355/6 3356/17 3356/19
 3358/2 3358/3 3359/6 3359/10 3359/12
 3360/18 3370/24 3371/3 3371/4 3372/14
 3373/1 3375/17 3384/16 3385/18 3390/8
 3390/12 3394/3 3394/4 3394/5 3395/13
 3396/10 3406/21 3407/21 3408/1 3413/15
 3414/10 3414/12 3416/6 3421/5 3422/2
 3423/11 3425/6 3427/25 3430/8 3430/22
 3431/7 3431/23 3432/6 3432/8 3432/9 3432/25
 3440/8 3446/16 3452/20 3458/1 3460/6
 3464/19 3464/20 3464/22 3470/14 3472/15
 3473/13 3474/8 3474/11 3474/23 3475/4
 3476/18 3477/22 3485/19 3486/3 3486/6
gone [3]   3350/13 3367/7 3385/8
good [13]   3331/11 3332/18 3333/22 3350/2
 3350/11 3350/12 3363/20 3373/10 3385/4
 3389/20 3398/10 3406/14 3473/12
good-faith [2]   3331/11 3333/22
Google [3]   3373/8 3373/13 3373/16
got [35]   3346/21 3346/23 3346/23 3350/24
 3351/3 3351/19 3352/7 3352/14 3353/6
 3353/15 3359/4 3362/2 3363/6 3364/24
 3365/10 3365/13 3365/15 3366/20 3369/10
 3369/25 3371/17 3371/21 3386/9 3388/4
 3395/21 3407/20 3409/18 3428/21 3431/7
 3431/11 3435/2 3463/9 3464/16 3484/10
 3484/10
gotten [3]   3386/19 3475/3 3475/15
government [52]   3327/13 3331/18 3332/24
 3333/20 3334/1 3335/4 3335/11 3336/5 3337/5
 3346/18 3350/5 3354/24 3356/18 3381/22
 3389/23 3390/15 3391/16 3395/5 3396/5
 3395/13 3397/6 3397/18 3397/21 3398/6
 3400/16 3402/14 3411/15 3417/10 3417/18
 3422/24 3430/18 3445/15 3447/21 3448/2
 3461/1 3461/13 3469/5 3476/14 3476/16
 3477/9 3477/20 3478/4 3478/5 3478/10
 3478/14 3479/4 3479/5 3479/11 3485/4 3486/1
 3486/7 3490/17
government's [69]   3329/5 3356/21 3358/3
 3376/25 3382/5 3382/7 3382/17 3389/2
 3395/18 3395/19 3397/9 3397/13 3408/14
 3408/18 3408/22 3410/12 3411/15 3411/20
 3412/3 3412/7 3412/21 3414/4 3420/3 3420/15
 3423/25 3424/2 3424/24 3430/9 3433/6
 3433/13 3434/1 3434/6 3434/14 3434/14
 3438/20 3441/5 3444/13 3445/3 3445/15
 3445/25 3451/19 3451/22 3453/14 3453/24
 3454/3 3454/5 3456/21 3457/9 3463/16 3466/4
 3466/9 3467/4 3467/22 3468/15 3468/16

3469/5 3469/16 3469/19 3476/25 3477/8
 3477/24 3478/21 3480/20 3481/2 3481/4
 3481/17 3481/22 3483/13 3486/5
governments [1]   3400/9
GPS [1]   3373/5
graduated [2]   3460/23 3460/25
granted [1]   3354/25
great [3]   3343/6 3423/22 3474/14
green [1]   3342/3
Greenwich [1]   3437/18
Gregory [3]   3419/16 3419/21 3420/16
ground [1]   3330/19
grounds [2]   3330/19 3366/3
group [13]   3347/4 3347/5 3347/8 3358/9
 3358/13 3362/13 3362/25 3363/14 3383/4
 3383/7 3465/16 3465/21 3467/5
groups [3]   3347/12 3364/4 3465/11
GRS [6]   3352/7 3363/10 3368/20 3383/9
 3386/4 3386/13
GS [1]   3386/3
GSR [1]   3386/4
guards [11]   3435/20 3435/25 3436/1 3436/13
 3436/20 3436/21 3458/4 3464/10 3464/16
 3464/21 3464/24
guess [8]   3338/23 3347/7 3383/18 3422/17
 3438/18 3461/12 3462/16 3469/2
gun [4]   3358/7 3367/18 3382/12 3382/13
Gunfighter [1]   3382/23
gunfire [10]   3351/22 3362/2 3365/1 3367/17
 3369/11 3371/14 3374/10 3388/19 3388/24
 3389/3
guy [5]   3342/24 3346/20 3365/12 3365/23
 3389/1
guys [11]   3360/15 3362/23 3363/25 3364/13
 3365/9 3365/14 3369/19 3370/24 3372/8
 3385/4 3472/17

## H

had [101]   3330/20 3333/12 3333/23 3333/24
 3333/24 3334/3 3337/5 3338/4 3338/23
 3341/17 3350/2 3350/13 3353/6 3353/20
 3355/10 3355/13 3356/18 3359/16 3362/7
 3362/17 3363/2 3363/8 3364/25 3365/2 3365/3
 3365/21 3366/13 3366/25 3367/1 3367/2
 3370/3 3370/12 3370/12 3371/23 3372/12
 3372/15 3374/1 3374/1 3375/13 3375/16
 3380/20 3380/21 3382/8 3382/12 3384/5
 3384/12 3384/24 3385/14 3385/18 3385/23
 3386/19 3387/18 3391/15 3391/16 3400/3
 3403/3 3403/22 3405/17 3406/22 3409/18
 3412/2 3412/13 3412/14 3412/15 3422/25
 3430/11 3433/18 3433/22 3434/19 3440/16
 3440/17 3440/19 3440/20 3440/21 3440/22
 3440/23 3442/14 3443/4 3443/17 3443/18
 3446/15 3452/5 3454/9 3454/18 3458/22
 3460/20 3461/8 3465/8 3467/18 3469/12
 3469/12 3474/22 3479/6 3481/13 3481/25
 3483/8 3483/8 3483/23 3484/3 3485/19
 3486/10
hadn't [5]   3352/24 3390/7 3485/18 3485/24
 3486/3
hair [1]   3441/10
half [8]   3351/18 3369/13 3371/24 3457/24
 3464/8 3470/23 3471/2 3474/2
half-an-hour [1]   3471/2
Hamid [1]   3346/19
hand [6]   3393/14 3393/19 3409/25 3443/18
 3488/20 3488/25
handcuff [1]   3464/24
handcuffed [2]   3436/15 3436/18
handcuffs [3]   3436/22 3458/8 3472/19
handed [1]   3444/13
handing [3]   3419/22 3420/5 3420/5
handled [2]   3334/9 3400/11
handling [1]   3458/16
hands [1]   3334/12
handwriting [3]   3455/6 3457/3 3457/4
happen [2]   3360/4 3371/5

**H**

happened [21]   3332/15 3336/23 3344/3
  3351/10 3370/13 3371/23 3377/11 3377/15
  3381/17 3387/19 3388/2 3398/25 3420/10
  3431/9 3439/19 3450/17 3450/20 3451/16
  3459/19 3464/6 3488/17
happening [1]   3371/8
happens [1]   3388/23
hard [7]   3348/10 3355/25 3359/22 3369/20
  3467/24 3482/19 3484/3
has [67]   3331/18 3333/20 3335/11 3335/16
  3335/17 3337/15 3341/2 3342/20 3345/3
  3345/10 3346/18 3346/24 3348/9 3349/7
  3349/7 3349/20 3354/24 3354/25 3383/1
  3387/13 3390/15 3390/18 3392/4 3393/12
  3393/13 3393/13 3394/24 3395/11 3395/12
  3395/18 3395/20 3396/4 3396/7 3396/9 3399/2
  3406/11 3407/4 3407/7 3407/24 3408/15
  3410/14 3417/7 3417/23 3417/24 3418/2
  3420/6 3423/25 3426/16 3430/2 3430/3
  3430/8 3432/5 3434/15 3437/6 3441/6 3457/5
  3466/5 3476/8 3477/12 3478/14 3481/8 3485/4
  3486/6 3488/16 3488/21 3489/17
hasn't [2]   3423/8 3467/23
hate [1]   3339/4
have [143]   3331/7 3332/1 3332/15 3333/10
  3333/22 3334/22 3335/9 3336/15 3336/20
  3338/1 3338/4 3338/10 3338/18 3339/1
  3339/10 3339/13 3340/2 3340/12 3340/18
  3341/3 3342/23 3342/23 3344/25 3345/11
  3346/13 3346/16 3347/8 3348/5 3349/21
  3351/7 3353/12 3354/4 3356/19 3361/1 3361/5
  3362/9 3362/23 3368/25 3371/18 3373/1
  3375/4 3375/10 3375/19 3376/3 3377/6
  3377/10 3380/13 3380/15 3381/20 3381/23
  3385/15 3389/13 3389/20 3389/23 3391/12
  3391/14 3391/17 3391/18 3391/23 3392/11
  3393/3 3394/12 3394/13 3395/9 3396/3 3396/4
  3396/25 3397/7 3398/17 3402/3 3403/25
  3404/8 3405/10 3405/12 3406/8 3407/4
  3414/22 3415/10 3415/12 3415/15 3416/24
  3417/3 3417/8 3417/20 3417/25 3418/24
  3419/18 3422/10 3423/11 3426/25 3428/25
  3431/19 3431/25 3433/18 3433/19 3436/8
  3438/21 3440/19 3440/20 3441/7 3442/2
  3442/8 3442/19 3446/16 3447/4 3447/18
  3447/20 3448/10 3448/20 3448/24 3448/24
  3449/7 3449/11 3449/19 3450/2 3450/3 3452/2
  3456/16 3456/24 3456/24 3456/25 3459/16
  3463/23 3471/9 3471/11 3471/12 3474/13
  3474/18 3474/21 3476/16 3477/18 3480/25
  3486/14 3486/20 3487/5 3487/13 3487/25
  3488/2 3488/25 3489/16 3489/25 3490/1
  3490/4
haven't [1]   3417/15
having [9]   3340/9 3348/10 3350/5 3366/12
  3378/3 3378/11 3380/9 3385/8 3466/14
he [416]
he didn't [2]   3335/23 3342/9
he said [27]   3333/20 3334/10 3341/11
  3341/18 3346/13 3346/17 3349/23 3440/23
  3446/20 3446/23 3447/9 3447/17 3448/13
  3448/19 3448/23 3450/1 3450/8 3450/23
  3452/25 3453/5 3453/7 3456/17 3460/23
  3462/15 3463/8 3463/9 3465/21
he'd [2]   3461/12 3464/23
he'll [2]   3430/9 3432/21
he's [35]   3340/5 3340/20 3340/20 3341/13
  3342/5 3342/14 3342/15 3342/15 3343/12
  3343/21 3343/25 3344/4 3344/5 3347/3
  3347/10 3347/11 3348/20 3363/19 3363/20
  3375/20 3392/2 3402/22 3404/23 3415/18
  3415/22 3415/23 3421/22 3421/22 3428/17
  3428/20 3444/1 3462/5 3477/14 3478/2
  3490/11
headache [1]   3440/16
healing [1]   3441/13

Healen [1]   3461/22
hear [8]   3343/8 3372/20 3372/21 3384/15
  3388/19 3388/24 3394/9 3417/10
heard [9]   3330/7 3341/3 3342/13 3351/22
  3353/12 3375/17 3389/3 3393/13 3443/1
hearing [6]   3339/20 3429/11 3429/16 3430/4
  3478/15 3481/2
hearsay [15]   3331/21 3336/13 3337/10
  3337/13 3337/15 3341/4 3341/8 3345/9
  3345/11 3345/13 3375/20 3376/14 3388/8
  3490/16 3490/19
heat [1]   3463/7
heavy [1]   3382/12
helicopter [1]   3403/14
help [8]   3342/16 3342/18 3348/13 3352/9
  3364/22 3366/3 3383/9 3385/4
helped [3]   3340/24 3347/6 3358/15
helpful [1]   3421/7
helping [2]   3383/17 3383/20
Henderson [2]   3365/4 3365/5
her [7]   3335/6 3340/3 3340/9 3348/13
  3348/15 3475/2 3488/16
here [35]   3336/10 3338/13 3341/11 3341/12
  3341/18 3341/20 3371/8 3372/14 3378/7
  3382/18 3387/9 3414/15 3414/16 3419/10
  3420/8 3429/18 3444/24 3445/3 3450/8
  3453/8 3453/20 3453/22 3454/16 3456/11
  3474/13 3477/14 3477/14 3487/20 3488/17
  3489/17 3490/4 3490/12 3490/13 3490/15
  3490/23
Here's [1]   3331/9
Hey [1]   3464/21
highlighted [1]   3420/19
Hillary [3]   3341/24 3342/8 3344/4
Hillary Clinton [3]   3341/24 3342/8 3344/4
him [151]   3331/14 3332/5 3334/24 3335/2
  3335/14 3335/22 3336/19 3338/2 3339/5
  3341/9 3341/24 3342/7 3343/3 3344/13
  3344/17 3344/19 3345/11 3346/13 3347/9
  3347/14 3348/17 3348/20 3348/24 3366/15
  3367/7 3371/1 3375/10 3376/18 3376/19
  3385/12 3386/1 3386/11 3392/2 3392/4 3392/7
  3393/17 3394/13 3396/3 3396/4 3396/7
  3396/10 3396/13 3402/17 3402/18 3402/18
  3402/20 3402/20 3405/12 3409/20 3412/17
  3412/19 3419/24 3429/4 3430/6 3431/6 3431/6
  3431/8 3432/6 3432/15 3432/18 3435/5 3435/8
  3435/14 3436/16 3438/1 3438/2 3439/16
  3440/6 3440/11 3440/13 3440/17 3440/19
  3440/22 3441/8 3441/18 3441/25 3442/13
  3443/5 3443/9 3444/5 3444/10 3444/11
  3446/22 3447/8 3447/13 3447/16 3448/22
  3449/19 3451/3 3451/11 3452/6 3452/7
  3452/16 3452/18 3452/19 3452/22 3453/6
  3454/2 3455/3 3455/4 3455/17 3455/18
  3456/14 3457/10 3457/12 3458/8 3458/9
  3458/9 3458/16 3458/22 3459/4 3459/12
  3459/22 3459/22 3459/24 3460/4 3462/17
  3462/19 3462/24 3463/2 3463/22 3464/1
  3464/2 3464/4 3464/16 3464/18 3464/20
  3464/25 3464/25 3465/22 3466/14 3468/4
  3468/5 3470/20 3471/3 3471/6 3471/8 3471/9
  3473/6 3473/14 3473/17 3474/5 3475/21
  3476/9 3476/10 3482/7 3487/3 3490/4 3490/13
  3490/14 3490/15
Himelstein [1]   3474/22
himself [2]   3462/22 3462/23
hire [2]   3449/15 3449/16
his [113]   3332/2 3332/6 3334/7 3334/8
  3334/20 3334/21 3334/22 3334/25 3335/6
  3335/18 3336/17 3336/17 3337/23 3341/5
  3341/6 3341/22 3341/25 3342/22 3343/7
  3343/17 3344/1 3344/1 3344/10 3344/13
  3344/24 3345/10 3347/7 3347/11 3348/17
  3349/17 3375/16 3376/4 3376/13 3387/13
  3390/16 3391/16 3391/16 3392/1 3395/12
  3405/6 3406/24 3407/4 3407/11 3409/16
  3410/7 3413/6 3413/6 3413/10 3418/22

his... - I'll

# H

his... [64]   3418/23 3420/12 3420/23 3420/24
 3421/20 3427/7 3430/21 3432/9 3435/3 3436/2
 3436/15 3436/19 3436/21 3436/22 3440/11
 3441/7 3441/10 3441/10 3441/12 3441/20
 3442/10 3442/13 3442/21 3442/23 3443/18
 3443/20 3444/18 3446/12 3450/5 3450/6
 3450/7 3450/11 3450/12 3450/14 3451/11
 3451/15 3454/2 3455/6 3455/25 3455/25
 3456/3 3457/3 3457/4 3457/5 3457/18 3458/5
 3458/10 3461/6 3461/7 3461/15 3461/16
 3461/17 3462/19 3464/25 3465/1 3470/23
 3471/6 3471/17 3472/21 3473/9 3477/19
 3477/21 3486/7 3490/11
hit [2]   3373/7 3373/14
hold [4]   3354/12 3413/3 3435/19 3466/12
Honor [49]   3330/5 3330/9 3332/13 3342/22
 3347/18 3357/9 3358/20 3361/7 3377/14
 3379/3 3380/14 3380/15 3387/12 3388/7
 3388/10 3389/19 3389/24 3395/22 3397/4
 3397/10 3397/21 3402/24 3408/16 3411/14
 3414/5 3415/2 3419/13 3422/16 3423/5
 3423/22 3428/14 3429/7 3433/9 3433/25
 3445/14 3468/17 3469/4 3474/8 3475/6
 3476/23 3479/17 3479/25 3480/21 3481/23
 3482/2 3482/16 3485/18 3487/24 3488/15
HONORABLE [1]   3327/10
honors [1]   3460/24
hope [1]   3350/2
hoping [1]   3339/18
host [2]   3343/4 3400/23
hostile [3]   3359/17 3359/18 3366/7
hostility [1]   3383/6
hot [3]   3368/10 3368/15 3368/25
hotel [6]   3377/1 3378/18 3380/7 3385/19
 3385/23 3386/2
hour [28]   3339/1 3343/5 3351/18 3369/14
 3369/15 3369/16 3369/17 3371/21 3371/24
 3371/24 3372/1 3457/24 3458/23 3458/24
 3459/1 3459/5 3463/25 3464/7 3470/23 3471/2
 3471/2 3473/20 3473/23 3473/24 3473/24
 3474/2 3474/3 3478/1
hour-and-a-half [2]   3470/23 3474/2
hour-long [1]   3343/5
hours [16]   3339/10 3339/13 3342/24 3372/3
 3391/7 3423/1 3423/2 3437/10 3459/4 3459/11
 3459/14 3463/20 3463/22 3464/5 3474/5
 3474/6
house [3]   3370/17 3379/7 3408/13
how [67]   3331/9 3333/10 3338/7 3341/19
 3344/20 3347/11 3357/16 3357/21 3369/20
 3371/2 3371/2 3373/12 3376/16 3383/24
 3385/11 3391/10 3397/14 3397/14 3398/17
 3399/21 3401/10 3401/15 3401/16 3401/23
 3402/8 3403/12 3404/7 3404/11 3405/17
 3405/22 3406/23 3407/11 3407/21 3415/16
 3419/1 3420/13 3430/13 3432/16 3434/6
 3434/22 3438/18 3440/6 3440/13 3440/14
 3441/23 3441/24 3442/6 3442/22 3443/11
 3444/20 3446/11 3450/20 3452/4 3452/15
 3458/25 3462/21 3464/10 3464/11 3464/20
 3469/23 3470/15 3471/23 3472/10 3472/22
 3473/1 3479/15 3483/2
how's [1]   3395/2
however [5]   3333/22 3335/16 3340/17 3392/15
 3471/7
huh [3]   3405/16 3451/21 3454/20
humor [3]   3368/23 3369/3 3369/4
hundreds [3]   3400/11 3400/12 3404/10

# I

I actually [1]   3335/4
I am [4]   3333/19 3401/22 3453/3 3453/19
I assume [3]   3360/24 3486/5 3488/6
I believe [27]   3332/13 3362/11 3367/3
 3368/15 3370/15 3370/18 3372/8 3374/6
 3379/1 3380/15 3397/7 3402/13 3405/7 3405/8

I believe... [6]   3412/24 3429/12 3441/7 3442/1
 3461/1 3462/6 3462/11 3470/1 3474/22 3482/4
 3482/24 3483/12
I can [8]   3334/12 3344/20 3348/20 3383/12
 3431/3 3445/9 3446/13 3476/17
I did [11]   3337/4 3351/24 3352/2 3388/24
 3400/17 3403/24 3443/6 3452/5 3477/7
 3477/11 3478/16
I didn't [5]   3361/21 3394/9 3419/12 3471/8
 3471/8
I didn't know [1]   3409/19
I didn't see [1]   3363/4
I don't [13]   3336/19 3336/21 3380/8 3396/12
 3400/20 3431/4 3432/17 3444/21 3475/25
 3475/25 3479/17 3482/2 3482/15
I don't know [10]   3330/9 3331/13 3335/7
 3347/4 3348/8 3371/15 3379/14 3395/16
 3408/11 3409/17
I don't recall [1]   3425/14
I don't think [7]   3338/24 3344/10 3351/3
 3421/20 3422/11 3443/24 3466/18
I don't want [6]   3344/15 3355/11 3355/12
 3361/4 3391/2 3396/19
I guess [8]   3338/23 3347/7 3383/18 3422/17
 3438/18 3461/12 3462/16 3469/2
I had [9]   3337/5 3370/3 3370/12 3370/12
 3375/16 3400/3 3434/19 3452/5 3486/10
I have [16]   3335/9 3338/10 3375/4 3375/10
 3380/15 3389/13 3391/14 3402/3 3415/15
 3418/24 3419/18 3433/19 3450/3 3456/24
 3456/25 3476/16
I haven't [1]   3417/15
I hope [1]   3350/2
I just [12]   3343/9 3344/20 3347/23 3353/8
 3365/11 3367/5 3390/7 3410/21 3422/22
 3453/8 3471/3 3477/21
I know [9]   3341/1 3360/8 3379/14 3386/9
 3388/18 3391/21 3430/13 3444/22 3460/3
I mean [17]   3335/4 3336/5 3341/1 3343/16
 3364/17 3386/7 3392/11 3394/20 3418/5
 3429/10 3441/10 3444/9 3446/6 3461/20
 3476/4 3478/22 3486/18
I recall [1]   3436/12
I should [1]   3335/25
I think [39]   3331/10 3331/20 3331/25
 3332/20 3334/8 3335/25 3336/2 3338/20
 3339/7 3340/3 3341/10 3344/9 3345/14
 3348/18 3353/9 3357/4 3359/23 3362/8
 3363/20 3364/14 3366/12 3369/15 3369/15
 3370/6 3370/16 3378/19 3386/16 3391/16
 3396/15 3418/2 3418/5 3420/16 3422/12
 3422/24 3424/17 3456/12 3466/17 3476/4
 3477/5
I told [2]   3441/24 3446/15
I understand [7]   3338/6 3340/8 3349/6
 3390/13 3420/21 3455/14 3478/18
I want [5]   3379/15 3408/3 3408/14 3476/4
 3486/11
I wanted [2]   3330/10 3434/20
I was [28]   3337/6 3352/18 3352/18 3358/14
 3370/23 3371/19 3380/4 3387/8 3388/20
 3388/24 3388/25 3389/9 3392/23 3399/7
 3399/10 3399/13 3399/15 3399/25 3401/3
 3401/17 3406/17 3431/7 3439/10 3440/24
 3441/2 3441/3 3474/8 3476/2
I worked [1]   3405/21
I would [30]   3336/14 3337/3 3338/1 3338/4
 3352/10 3353/14 3354/21 3358/12 3358/20
 3377/14 3383/25 3390/17 3390/19 3404/13
 3408/17 3415/16 3416/25 3420/21 3423/12
 3428/2 3433/25 3434/13 3452/6 3475/16
 3475/18 3476/13 3477/20 3478/19 3486/9
 3488/8
I'd [15]   3340/2 3372/1 3373/13 3388/8
 3394/13 3410/12 3424/9 3433/6 3434/16
 3442/15 3443/18 3444/9 3466/3 3467/21
 3479/11
I'll [26]   3338/16 3341/19 3347/14 3348/16

I'll... - interview
Page 3509
Case 1:14-cr-00141-CRC   Document 431   Filed 10/27/17   Page 183 of 202

**I**

I'll... [22]  3354/18 3354/18 3376/21
 3377/16 3378/21 3394/6 3394/6 3414/12
 3414/18 3421/14 3432/18 3439/4 3439/20
 3459/6 3463/16 3467/16 3468/8 3469/13
 3481/19 3486/10 3486/11 3486/13
I'm [85]  3330/19 3331/7 3332/5 3332/19
 3333/5 3335/11 3335/14 3335/25 3336/2
 3338/11 3339/12 3339/18 3341/9 3341/20
 3344/6 3344/17 3344/19 3344/22 3345/19
 3346/13 3347/1 3347/18 3353/2 3353/21
 3356/17 3356/19 3358/2 3358/3 3362/3 3365/6
 3367/6 3373/19 3375/23 3378/19 3378/21
 3378/25 3384/14 3388/23 3390/11 3393/9
 3394/9 3397/5 3398/20 3398/21 3403/16
 3413/3 3414/11 3415/2 3415/25 3418/18
 3419/10 3419/12 3422/8 3422/9 3428/19
 3429/9 3432/8 3432/9 3432/15 3432/16
 3437/22 3438/3 3441/1 3441/18 3441/25
 3441/25 3443/16 3444/3 3444/5 3444/21
 3446/16 3452/18 3453/21 3454/5 3454/6
 3454/7 3454/24 3455/20 3466/14 3470/5
 3475/1 3475/3 3479/20 3483/13 3485/22
I'm assuming [1]  3367/6
I'm going [11]  3338/11 3341/9 3344/19
 3346/13 3347/18 3356/17 3356/19 3358/2
 3358/3 3432/9 3446/16
I'm not [16]  3332/5 3335/11 3335/14 3335/25
 3344/6 3344/17 3345/19 3378/19 3378/21
 3415/25 3429/9 3432/8 3432/15 3432/16
 3441/18 3475/1
I'm not sure [3]  3365/6 3393/9 3475/3
I'm sorry [10]  3339/12 3403/16 3413/3
 3415/2 3419/10 3419/12 3428/19 3455/20
 3470/5 3485/22
I'm sure [1]  3353/2
I've [11]  3331/9 3336/22 3338/11 3353/21
 3377/24 3401/14 3403/19 3419/16 3420/16
 3426/17 3489/22
I1 [4]  3410/8 3435/22 3436/8 3436/9
idea [4]  3370/12 3375/4 3375/13 3375/16
identical [1]  3409/5
identification [1]  3402/25
identifications [1]  3469/1
identified [3]  3402/10 3469/2 3474/22
identify [4]  3364/7 3402/20 3402/20 3466/14
ideology [1]  3465/17
if you [14]  3343/20 3360/10 3402/18 3410/2
 3425/18 3432/3 3432/3 3439/6 3439/9 3448/14
 3449/3 3449/16 3452/9 3456/21
immediately [4]  3352/5 3441/23 3442/12
 3442/20
impeach [3]  3392/4 3393/16 3420/20
impeached [3]  3376/20 3415/22 3431/19
impeaches [1]  3334/25
impeachment [1]  3376/20
implicates [1]  3420/17
imply [1]  3393/20
importantly [1]  3481/10
impossible [1]  3429/13
impression [2]  3355/6 3392/24
improper [4]  3393/21 3394/15 3415/19 3417/9
inadvertent [1]  3330/7
inadvertently [1]  3423/13
incarcerated [1]  3462/13
incident [4]  3375/18 3381/7 3387/24 3489/7
inclined [1]  3487/17
include [1]  3384/21
included [1]  3427/8
includes [3]  3399/2 3399/3 3457/16
including [1]  3484/21
inconsistent [11]  3337/16 3340/22 3341/15
 3341/18 3341/21 3341/21 3346/9 3346/25
 3348/19 3375/23 3416/21
increased [1]  3435/3
INDEX [1]  3329/2
Indiana [1]  3327/22

indicated [26]  3333/23 3336/6 3336/22
 3350/13 3358/5 3359/23 3369/9 3374/16
 3376/24 3396/4 3402/17 3404/21 3407/1
 3409/7 3412/2 3438/18 3442/20 3445/24
 3454/18 3467/25 3469/15 3477/13 3477/13
 3478/4 3484/24 3490/11
indicates [3]  3340/22 3419/21 3478/9
indicating [4]  3332/25 3375/5 3375/11
 3450/16
indictment [1]  3449/23
Indies [1]  3399/20
individual [12]  3365/11 3387/4 3387/9
 3387/15 3387/20 3402/6 3459/9 3486/20
 3486/21 3486/22 3486/23 3486/25
individuals [4]  3340/21 3374/4 3407/9
 3465/17
indulgence [1]  3382/2
inflammatory [2]  3344/8 3345/17
influence [2]  3417/9 3417/13
information [15]  3332/2 3333/16 3336/4
 3337/3 3347/12 3380/10 3415/7 3432/21
 3433/22 3434/11 3443/5 3460/10 3460/13
 3460/15 3463/13
informed [1]  3388/23
initial [6]  3418/5 3453/6 3453/9 3455/18
initialed [2]  3455/1 3455/24
initially [4]  3361/25 3365/10 3365/19
 3385/17
initials [2]  3455/12 3455/15
initiated [1]  3401/24
injecting [1]  3337/10
injury [1]  3336/22
inner [1]  3401/8
inquire [2]  3331/11 3336/21
inside [4]  3412/20 3435/23 3436/6 3436/12
insisted [1]  3346/24
insists [1]  3345/1
instance [2]  3385/3 3480/6
instead [1]  3435/4
instruct [3]  3337/3 3421/7 3421/8
instructing [1]  3422/8
instruction [7]  3394/7 3394/10 3407/16
 3418/15 3418/19 3420/22 3421/6
intel [5]  3403/22 3403/25 3404/1 3409/8
 3409/19
intelligence [2]  3379/8 3409/8
intend [7]  3334/1 3334/2 3336/21 3392/15
 3415/5 3415/7 3417/19
intends [2]  3475/1 3476/14
intent [2]  3393/4 3486/19
intention [3]  3335/9 3392/12 3394/17
intentional [1]  3330/7
interact [2]  3400/9 3400/15
interaction [2]  3483/25 3484/4
interactions [2]  3400/21 3405/20
Interagency [2]  3401/4 3401/7
interchanged [1]  3473/6
interested [4]  3442/7 3460/5 3472/1 3473/13
interesting [1]  3489/12
interior [2]  3410/9 3412/12
interpret [1]  3480/2
interpretation [2]  3480/10 3480/17
interpreter [3]  3328/9 3348/7 3406/6
interrogated [1]  3463/11
interrogating [1]  3392/2
interrupt [1]  3390/16
interrupting [1]  3487/19
intersection [1]  3362/3
interview [90]  3343/5 3379/16 3403/4 3403/6
 3403/22 3404/3 3404/14 3404/15 3406/3
 3406/10 3406/11 3406/20 3407/21 3408/2
 3408/25 3409/8 3409/12 3409/13 3410/5
 3410/8 3414/11 3418/1 3420/10 3420/23
 3424/7 3424/7 3424/12 3426/9 3426/9 3427/1
 3427/2 3427/23 3427/24 3428/5 3428/7
 3428/11 3430/1 3431/22 3433/17 3434/11
 3435/10 3435/17 3435/22 3436/3 3436/5

**I**

interview... [45]   3436/8 3436/9 3436/17
3436/25 3437/3 3437/4 3437/19 3437/20
3437/25 3438/18 3438/11 3438/19 3439/6
3439/25 3458/3 3458/10 3459/15 3459/18
3459/20 3459/21 3460/8 3460/11 3460/17
3463/20 3463/21 3465/4 3465/9 3468/3
3468/23 3469/22 3469/23 3470/3 3470/13
3470/21 3472/3 3472/20 3472/23 3473/2
3473/2 3473/10 3473/15 3473/19 3473/22
3474/3 3474/6

interviewed [5]   3351/1 3351/13 3403/6
3435/8 3471/9

interviewing [4]   3405/13 3406/13 3464/5
3468/24

interviews [32]   3340/19 3340/20 3340/24
3392/16 3403/9 3403/10 3404/7 3405/22
3405/24 3406/5 3406/22 3407/15 3407/19
3408/4 3408/5 3408/9 3414/9 3415/19 3418/10
3426/14 3426/18 3426/20 3426/21 3427/3
3427/7 3428/11 3429/12 3431/21 3434/9
3440/4 3468/13 3473/4

introduce [6]   3393/4 3398/11 3415/7 3417/19
3471/8 3488/2

introduced [5]   3416/19 3441/24 3442/1
3442/12 3446/15

introducing [5]   3392/12 3415/24 3415/25
3429/19 3429/20

introduction [7]   3416/13 3416/15 3416/20
3417/6 3417/7 3417/11 3422/9

introductions [1]   3442/2

investigation [8]   3333/21 3335/10 3335/13
3398/16 3401/20 3402/9 3405/21 3406/8

investigative [1]   3401/2

investigator [6]   3477/11 3477/25 3477/25
3478/7 3478/23 3489/5

invites [1]   3431/17

involuntariness [2]   3394/22 3418/12

involved [4]   3404/11 3406/2 3407/7 3484/1

irrelevant [1]   3346/4

is [326]

is that correct [1]   3357/14

is that fair [1]   3349/8

is that right [9]   3350/23 3351/20 3358/24
3366/13 3367/9 3370/17 3380/22 3405/8
3445/20

Is there [2]   3341/4 3456/11

isn't [6]   3333/7 3337/2 3337/11 3337/18
3337/20 3337/22

ISR [3]   3339/6 3487/25 3488/1

issue [35]   3331/17 3331/18 3332/12 3332/20
3348/5 3393/1 3393/23 3394/14 3394/18
3394/23 3394/24 3395/7 3396/1 3414/21
3415/22 3415/23 3417/8 3418/8 3418/17
3418/25 3420/11 3421/19 3422/22 3456/11
3476/12 3479/19 3484/12 3484/15 3485/14
3485/17 3485/23 3486/22 3486/24 3487/1
3487/25

issues [16]   3344/9 3361/24 3390/18 3391/1
3391/4 3391/12 3399/19 3415/17 3416/12
3419/2 3419/9 3431/12 3466/15 3472/2
3488/10 3490/22

it [368]

it would be [3]   3433/8 3437/14 3459/11

it's [124]   3330/12 3330/12 3331/25 3334/18
3336/5 3337/9 3337/10 3337/10 3337/12
3338/9 3341/2 3341/9 3342/2 3343/2 3344/7
3344/8 3344/10 3344/24 3345/13 3345/14
3345/14 3345/17 3346/9 3347/24 3348/8
3349/9 3351/11 3355/25 3359/1 3359/22
3361/4 3369/20 3371/20 3375/2 3376/4
3376/14 3376/20 3377/24 3378/12 3382/23
3391/5 3392/15 3392/20 3392/20 3393/4
3393/5 3393/18 3393/18 3393/20 3393/22
3393/22 3394/15 3394/21 3395/17 3397/1
3397/10 3401/4 3401/6 3403/19 3405/7 3405/8
3414/15 3414/16 3415/14 3415/15 3415/15

with... [49]   3420/5 3421/19 3422/4
3426/3 3426/21 3429/1 3429/2 3429/13
3429/22 3430/7 3430/11 3433/16 3434/8
3437/9 3437/15 3437/18 3442/25 3443/1
3444/3 3444/23 3444/24 3445/10 3446/7
3446/9 3447/12 3451/12 3451/13 3454/8
3455/8 3455/8 3455/9 3455/9 3458/17 3467/22
3469/19 3470/17 3472/24 3474/23 3476/4
3477/10 3479/1 3479/6 3479/7 3483/9 3483/12
3483/20 3484/14 3484/15 3485/8 3485/9
3486/25 3488/5 3489/1 3489/1 3489/3 3489/12

its [3]   3331/18 3343/12 3397/18

itself [2]   3365/1 3377/13

**J**

January [10]   3479/20 3481/17 3481/20 3482/5
3482/19 3483/21 3483/24 3484/2 3484/20
3484/25

Jarrah [7]   3466/2 3466/22 3466/23 3467/6
3467/9 3467/12 3467/18

jeans [1]   3438/10

Jeffrey [1]   3328/2

Jeffrey.Robinson [1]   3328/7

Jencks [2]   3393/14 3420/20

Jenkins [1]   3490/23

jeopardy [1]   3335/9

Jersey [1]   3401/18

Jessica [1]   3474/23

jibe [1]   3479/15

job [3]   3360/13 3360/17 3461/4

John [2]   3327/13 3333/12

John.D.Crabb [1]   3327/17

joined [1]   3466/1

joint [3]   3399/18 3401/4 3401/7

JONATHAN [1]   3350/5

Jr [1]   3327/13

Juan [2]   3399/13 3399/22

judge [2]   3327/11 3449/14

Judiciary [1]   3327/15

julieanne.himelstein [1]   3327/18

July [14]   3402/13 3480/13 3480/19 3480/24
3481/5 3481/5 3481/12 3481/16 3481/24
3483/19 3483/20 3483/25 3484/4 3485/1

July 12th [1]   3481/5

June [19]   3378/7 3402/14 3402/16 3403/7
3403/7 3403/14 3403/18 3424/8 3434/9 3434/9
3435/16 3437/12 3441/9 3444/24 3456/3
3463/14 3468/9 3471/17 3473/19

jury [36]   3327/10 3340/4 3342/4 3343/14
3348/1 3357/10 3358/21 3381/18 3389/24
3393/13 3393/15 3393/19 3398/12 3411/25
3416/8 3418/15 3418/19 3419/22 3420/9
3420/22 3421/7 3421/16 3423/19 3430/15
3431/17 3431/20 3434/16 3434/22 3438/24
3442/22 3446/11 3466/17 3466/18 3466/25
3466/25 3474/16

just [117]   3330/6 3330/10 3332/12 3333/9
3334/12 3336/10 3337/1 3338/20 3339/10
3339/13 3341/15 3343/9 3343/9 3344/20
3347/23 3348/5 3348/7 3348/10 3348/15
3349/18 3350/24 3352/18 3352/19 3353/8
3354/18 3356/23 3357/4 3357/6 3358/12
3358/17 3359/9 3361/3 3361/9 3362/7 3363/24
3364/14 3365/11 3367/5 3368/5 3368/22
3372/12 3380/13 3382/4 3382/12 3382/23
3385/24 3386/7 3386/23 3387/15 3387/22
3388/14 3389/21 3389/24 3390/7 3391/6
3393/5 3393/10 3393/19 3393/25 3393/25
3394/1 3396/22 3397/1 3401/17 3410/14
3410/21 3410/24 3411/20 3413/9 3413/20
3413/24 3415/9 3422/21 3422/22 3424/11
3429/4 3429/24 3431/1 3431/7 3431/10
3432/18 3432/23 3438/20 3439/20 3441/5
3442/16 3445/3 3445/19 3448/10 3450/3
3451/19 3453/8 3454/8 3456/18 3457/8 3459/6
3466/3 3466/14 3468/16 3471/3 3472/24
3473/12 3475/12 3477/21 3481/8 3484/24
3485/5 3485/7 3486/4 3486/13 3486/20

**J**

just... [6]   3486/24 3487/5 3487/25 3488/4
  3488/6 3489/8
Justice's [1]   3333/14
Justin [12]   3404/16 3405/2 3427/24 3435/17
  3438/6 3439/21 3444/25 3456/2 3472/12
  3478/1 3478/2 3480/23

**K**

Kamel [1]   3328/9
katiba [1]   3466/1
KAUFMANN [1]   3328/4
keep [1]   3412/16
kept [2]   3404/2 3471/14
khakis [1]   3355/20
KHATALLAH [59]   3327/7 3395/10 3402/6 3402/9
  3402/12 3402/15 3403/6 3407/20 3409/12
  3424/7 3435/15 3435/21 3436/2 3436/14
  3436/24 3437/21 3438/4 3439/8 3439/14
  3440/7 3443/3 3443/11 3444/15 3444/19
  3445/11 3446/15 3446/19 3448/12 3448/18
  3450/4 3450/10 3450/19 3450/22 3450/25
  3451/2 3451/4 3451/10 3453/7 3455/10
  3456/10 3456/23 3458/1 3458/4 3458/7
  3458/15 3459/3 3460/2 3460/13 3460/17
  3461/11 3461/14 3463/4 3466/2 3466/11
  3468/24 3472/14 3472/18 3473/4 3473/8
Khatallah's [3]   3409/23 3412/9 3445/2
kick [1]   3486/24
kill [1]   3359/24
killed [1]   3341/25
kind [16]   3336/11 3339/19 3342/24 3370/2
  3372/15 3386/7 3410/7 3413/9 3413/24 3414/3
  3424/21 3439/11 3441/12 3461/12 3472/24
  3486/24
kinds [2]   3343/6 3355/21
knew [4]   3368/18 3368/19 3409/19 3478/14
knock [1]   3472/17
know [77]   3330/9 3331/6 3331/13 3333/8
  3333/21 3335/7 3335/13 3336/2 3337/15
  3337/21 3337/21 3341/1 3341/19 3347/4
  3348/8 3349/15 3349/16 3355/8 3359/23
  3359/25 3360/8 3362/3 3364/9 3367/5 3367/5
  3370/24 3371/2 3371/3 3371/8 3371/15 3373/1
  3373/12 3376/15 3377/10 3378/22 3379/14
  3379/14 3386/9 3388/18 3391/2 3391/10
  3391/21 3394/19 3395/16 3396/19 3396/20
  3397/25 3406/9 3408/11 3409/17 3409/19
  3410/7 3415/15 3416/17 3419/25 3420/13
  3425/24 3430/13 3431/19 3432/17 3433/20
  3437/16 3443/22 3444/22 3447/20 3447/23
  3448/15 3458/14 3460/3 3465/14 3465/19
  3472/14 3475/13 3478/10 3485/15 3489/6
  3489/9
knowing [2]   3373/12 3380/10
knowledge [13]   3332/3 3332/6 3332/11
  3336/16 3336/20 3342/20 3347/7 3349/20
  3349/22 3376/13 3377/10 3385/14 3385/15
known [3]   3377/6 3385/15 3386/8
knows [2]   3347/13 3483/2
Krueger [1]   3474/23

**L**

ladies [7]   3348/4 3354/23 3381/18 3397/6
  3398/11 3416/5 3427/6
language [3]   3404/17 3404/19 3406/3
laser [2]   3372/9 3372/16
last [7]   3372/13 3374/10 3398/13 3426/16
  3432/4 3488/16 3489/19
late [1]   3394/12
later [24]   3333/10 3346/2 3351/18 3365/24
  3371/24 3371/25 3372/1 3375/24 3376/10
  3376/16 3376/16 3380/9 3380/11 3383/9
  3394/23 3395/8 3396/13 3396/23 3459/5
  3459/5 3462/1 3469/8 3481/5 3482/24
latrine [3]   3409/6 3410/23 3411/2
law [13]   3333/15 3381/21 3398/25 3403/13

3407/19 3423/13 3433/9 3446/24 3446/25 3447/5
  3447/10 3448/8 3465/18
laws [1]   3484/17
lawyer [5]   3448/20 3448/24 3449/3 3450/8
  3456/11
layout [2]   3408/4 3409/1
lbkmlaw.com [3]   3328/6 3328/7 3328/7
lead [1]   3464/25
leader [9]   3353/23 3371/16 3371/19 3378/20
  3379/9 3379/25 3380/3 3388/22 3467/15
leading [1]   3337/9
leads [3]   3393/24 3400/8 3400/12
learn [3]   3374/8 3376/17 3460/10
learned [5]   3375/24 3376/15 3376/16 3376/18
  3460/15
least [7]   3331/14 3331/17 3339/16 3364/21
  3391/18 3394/13 3423/15
leave [10]   3349/15 3352/23 3352/24 3355/4
  3388/18 3389/22 3464/21 3472/12 3487/15
  3487/15
leaves [1]   3389/21
leaving [1]   3388/5
leeway [1]   3332/10
left [28]   3357/17 3357/22 3367/1 3367/2
  3386/19 3387/25 3388/17 3401/11 3410/8
  3424/4 3425/6 3425/10 3425/17 3425/18
  3426/5 3426/8 3436/23 3439/10 3441/12
  3451/12 3453/18 3454/17 3454/22 3455/9
  3458/3 3461/4 3464/11 3472/11
legal [3]   3407/24 3421/19 3472/2
Legat [4]   3400/5 3400/6 3400/14 3400/15
Leslie [1]   3328/2
less [1]   3432/5
let [12]   3332/5 3345/8 3347/14 3348/16
  3381/11 3391/10 3416/17 3441/5 3467/24
  3474/12 3475/13 3485/15
let's [11]   3343/16 3349/23 3353/5 3386/22
  3394/25 3416/2 3416/6 3422/14 3432/6 3487/2
  3490/23
let's see [4]   3349/23 3386/22 3432/6 3487/2
letter [2]   3332/25 3347/23
level [1]   3342/17
levels [1]   3341/8
Lewis [2]   3328/2 3328/3
liaison [2]   3399/20 3401/3
Libya [26]   3341/10 3341/10 3346/2 3346/7
  3346/14 3346/16 3374/2 3374/4 3374/16
  3374/20 3385/4 3399/3 3405/19 3406/1 3407/9
  3437/14 3437/25 3447/6 3459/9 3459/11
  3460/18 3461/1 3477/15 3479/16 3480/14
  3484/22
Libyan [8]   3406/1 3461/9 3461/13 3461/18
  3461/22 3462/25 3462/25 3467/13
Libyana [6]   3478/9 3478/24 3479/8 3483/6
  3484/7 3489/5
Libyans [4]   3375/3 3375/25 3376/6 3407/7
light [1]   3392/21
like [43]   3330/15 3336/13 3337/9 3337/11
  3337/22 3339/15 3349/4 3362/11 3364/12
  3369/16 3369/17 3370/2 3370/3 3371/24
  3372/14 3373/22 3385/3 3387/18 3390/23
  3394/19 3396/21 3407/23 3408/17 3409/14
  3410/12 3424/9 3429/15 3433/6 3434/13
  3436/16 3441/8 3442/15 3463/21 3465/16
  3466/3 3467/21 3471/1 3472/24 3475/18
  3476/14 3476/21 3479/11 3490/7
like-minded [1]   3465/16
likely [2]   3351/15 3448/4
limited [3]   3422/1 3422/2 3463/7
line [10]   3331/14 3357/2 3452/9 3452/9
  3453/2 3453/8 3453/19 3455/8 3455/16
  3484/19
lines [2]   3421/10 3421/12
linguist [6]   3371/1 3384/12 3404/19 3405/3
  3405/3 3406/23
list [1]   3431/5
listed [1]   3489/13
listen [1]   3458/1

**L**

listened [3]   3343/9 3343/9 3343/11
little [24]   3338/22 3342/3 3350/24 3361/20
 3368/22 3369/3 3369/10 3370/4 3370/17
 3371/18 3382/19 3386/10 3387/22 3399/23
 3406/9 3406/18 3409/6 3424/16 3436/17
 3439/11 3446/1 3452/13 3464/3 3472/15
lives [2]   3360/19 3360/20
living [8]   3408/25 3412/4 3412/9 3413/6
 3413/6 3436/2 3458/5 3465/1
local [2]   3361/13 3399/17
located [2]   3400/2 3400/7
location [7]   3359/10 3373/7 3373/14 3382/8
 3382/16 3388/25 3389/3
locations [1]   3385/9
logic [2]   3480/5 3480/8
logical [2]   3339/25 3474/9
long [18]   3338/10 3343/5 3347/11 3371/24
 3372/13 3395/6 3398/17 3399/21 3401/10
 3401/16 3402/22 3426/16 3458/2 3458/25
 3464/20 3469/23 3487/24 3490/2
longer [5]   3338/7 3370/4 3471/1 3471/5
 3483/9
look [23]   3356/17 3394/3 3394/4 3394/7
 3410/12 3410/21 3411/2 3411/6 3411/8
 3413/23 3414/22 3414/23 3423/25 3425/18
 3430/9 3439/7 3439/9 3441/8 3451/19 3452/10
 3456/21 3459/7 3468/20
looked [2]   3441/13 3451/10
looking [16]   3336/14 3337/22 3368/21 3410/6
 3412/2 3412/3 3412/21 3424/19 3424/20
 3439/2 3439/6 3441/1 3444/21 3445/3 3451/10
 3467/4
lost [1]   3419/16
lot [12]   3336/14 3336/18 3340/17 3350/19
 3364/10 3364/12 3372/13 3374/13 3386/14
 3386/14 3403/20 3417/15
loyalists [2]   3346/1 3346/4
lukewarm [1]   3369/4
lunch [3]   3330/11 3331/15 3350/2

**M**

M-o-u-s-a [1]   3405/7
ma'am [1]   3358/25
Macedonia [1]   3400/4
Macedonian [1]   3400/20
machine [1]   3382/12
made [28]   3330/20 3330/24 3335/12 3345/10
 3357/24 3366/7 3376/7 3385/21 3391/24
 3392/16 3395/20 3395/23 3412/13 3412/14
 3415/15 3430/12 3434/25 3435/3 3436/10
 3455/14 3462/11 3471/7 3471/14 3479/14
 3479/16 3479/23 3480/1 3480/23
maelstrom [1]   3343/24
mail [1]   3481/21
main [2]   3383/1 3383/1
mainly [1]   3361/9
maintained [2]   3480/15 3484/16
majority [2]   3405/25 3461/21
make [26]   3342/9 3344/20 3347/13 3354/21
 3356/13 3360/2 3360/15 3368/6 3376/1
 3376/19 3378/2 3382/20 3390/24 3395/21
 3395/23 3417/10 3423/4 3446/21 3447/15
 3453/3 3453/19 3469/1 3471/10 3473/16
 3477/7 3484/13
makes [1]   3481/12
making [4]   3333/9 3344/14 3360/7 3441/3
manipulated [1]   3479/3
manner [2]   3360/19 3464/12
many [8]   3383/24 3404/7 3404/11 3405/17
 3405/22 3407/6 3434/6 3490/2
map [6]   3356/18 3356/18 3359/2 3373/8
 3373/13 3373/16
mark [7]   3333/12 3347/18 3347/23 3356/20
 3357/14 3357/16 3358/3
marked [5]   3356/20 3358/2 3387/13 3409/24
 3412/10

mary [2]   3331/20 3390/24
masks [3]   3362/19 3362/24 3363/1
mat [1]   3424/16
match [1]   3481/25
matches [1]   3437/16
material [5]   3393/14 3420/20 3477/4 3477/4
 3477/6
matter [5]   3335/15 3346/5 3349/18 3386/8
 3492/4
matters [3]   3332/11 3400/10 3400/12
mattress [3]   3412/17 3413/1 3413/25
may [38]   3332/8 3341/3 3347/5 3357/9
 3375/19 3378/14 3379/19 3379/16 3380/2
 3382/4 3387/12 3398/4 3402/24 3403/1
 3408/19 3418/7 3421/7 3423/3 3428/15
 3433/10 3434/17 3442/17 3449/11 3460/19
 3467/2 3468/18 3471/9 3476/2 3476/3 3476/5
 3482/8 3482/18 3486/20 3488/1 3488/9
 3488/15 3488/18 3491/1
May 22nd [1]   3379/13
maybe [14]   3364/13 3373/22 3373/23 3376/18
 3382/18 3382/20 3383/25 3389/24 3421/11
 3424/1 3433/8 3443/1 3463/16 3469/17
me [32]   3334/12 3340/14 3345/8 3355/11
 3357/2 3365/19 3365/23 3369/9 3369/16
 3370/6 3370/7 3370/20 3373/19 3378/9
 3378/10 3381/11 3388/10 3388/20 3409/14
 3416/11 3416/17 3416/24 3441/5 3446/20
 3455/19 3455/21 3455/22 3459/17 3460/3
 3467/24 3475/13 3479/5
meal [1]   3435/3
meals [2]   3435/4 3435/4
mean [21]   3335/4 3335/23 3336/5 3341/1
 3343/16 3355/21 3364/17 3371/2 3386/7
 3392/11 3394/20 3418/5 3429/10 3430/22
 3441/10 3444/9 3446/6 3461/20 3476/4
 3478/22 3486/18
means [2]   3406/11 3437/5
meant [3]   3368/25 3456/12 3456/13
meantime [1]   3374/10
Meanwhile [1]   3486/24
Mecca [2]   3425/21 3425/25
mechanic [1]   3460/22
mechanical [1]   3328/17
mechanics [1]   3460/25
medical [1]   3465/8
medication [1]   3440/17
Mediterranean [1]   3402/16
medium [2]   3368/15 3368/15
meet [1]   3361/10
meeting [11]   3355/7 3377/4 3377/11 3378/3
 3378/6 3378/17 3380/6 3385/18 3435/14
 3483/21 3484/3
member [1]   3425/15
members [18]   3355/14 3384/11 3386/13
 3407/16 3409/9 3412/11 3424/12 3425/13
 3427/1 3436/4 3438/8 3438/11 3441/21
 3442/22 3447/21 3457/14 3465/25 3473/1
memoranda [1]   3431/22
memorialize [5]   3392/19 3393/6 3414/17
 3421/13 3427/2
memorialized [1]   3421/22
memorializing [1]   3420/14
memory [1]   3394/1
men [8]   3342/3 3362/25 3363/14 3363/23
 3364/1 3364/4 3367/25 3372/6
mentally [1]   3343/21
mentioned [6]   3404/14 3405/3 3423/13 3468/8
 3469/12 3469/13
merely [1]   3330/23
Merit [1]   3328/11
met [10]   3378/1 3378/5 3402/15 3402/17
 3435/13 3435/15 3441/8 3447/20 3482/6
 3484/3
Michael [5]   3327/13 3397/22 3398/6 3398/13
 3417/24
michael.dilorenzo [1]   3327/18
Michelle [1]   3327/20

| | |
|---|---|
| **M** | 3440/23 3443/3 3438/6 3438/25 3439/17 |
| **mid** [1]   3461/12 | 3440/25 3442/1 3443/8 3443/17 3443/19 |
| **mid-20s** [1]   3461/12 | 3444/10 3444/17 3445/1 3447/1 3448/6 |
| **middle** [4]   3330/12 3330/17 3340/5 3367/6 | 3448/17 3448/22 3449/18 3450/22 3450/24 |
| **MIDDLEMISS** [1]   3328/4 | 3451/1 3451/3 3451/5 3451/19 3452/17 3456/1 |
| **might** [8]   3331/7 3359/17 3361/24 3362/8 | **Mousa El** [1]   3444/10 |
| 3391/18 3449/19 3474/9 3487/20 | **Mousa El Chear** [1]   3451/5 |
| **Mike** [1]   3441/25 | **mouthful** [1]   3401/5 |
| **military** [21]   3353/14 3355/17 3355/23 | **move** [17]   3339/16 3354/19 3355/2 3357/10 |
| 3408/13 3435/19 3435/20 3435/25 3436/1 | 3358/20 3360/19 3377/14 3377/17 3383/12 |
| 3436/13 3436/16 3436/20 3436/21 3437/8 | 3388/8 3414/25 3424/9 3426/1 3432/14 |
| 3458/9 3458/16 3464/16 3464/21 3464/24 | 3452/13 3471/10 3474/8 |
| 3470/20 3472/12 3472/17 | **moved** [9]   3354/24 3357/12 3358/22 3409/12 |
| **militia** [15]   3358/9 3364/1 3364/14 3384/3 | 3411/18 3434/3 3439/11 3445/18 3469/10 |
| 3384/4 3384/5 3384/10 3384/10 3384/20 | **movie** [3]   3344/1 3381/4 3381/4 |
| 3466/1 3466/10 3466/10 3467/14 3467/15 | **moving** [11]   3372/21 3384/19 3386/11 3388/19 |
| 3467/15 | 3388/20 3388/25 3406/20 3426/4 3426/5 |
| **militia-type** [1]   3384/3 | 3426/8 3451/12 |
| **militiamen** [2]   3358/8 3367/19 | **Mr** [5]   3338/11 3397/23 3436/14 3458/6 |
| **militias** [1]   3385/1 | 3489/5 |
| **milling** [2]   3362/6 3365/9 | **Mr.** [121]   3332/4 3332/11 3334/4 3334/4 |
| **mind** [2]   3334/20 3450/12 | 3350/3 3350/11 3365/4 3378/6 3380/16 |
| **minded** [1]   3465/16 | 3389/16 3390/16 3395/10 3402/9 3402/12 |
| **minute** [1]   3383/8 | 3402/15 3403/6 3405/10 3405/18 3406/6 |
| **minutes** [19]   3349/18 3352/8 3352/10 3365/24 | 3406/23 3407/20 3409/12 3409/23 3412/9 |
| 3369/25 3371/19 3373/22 3373/23 3390/3 | 3420/2 3420/12 3423/3 3423/21 3424/7 3428/2 |
| 3417/1 3417/3 3418/24 3419/4 3423/1 3423/1 | 3435/15 3435/21 3436/2 3436/24 3437/21 |
| 3469/25 3470/9 3470/12 3472/6 | 3437/23 3438/4 3439/8 3439/14 3440/7 3442/1 |
| **Miranda** [11]   3404/6 3407/23 3442/11 3442/13 | 3443/3 3443/11 3444/2 3444/7 3444/15 |
| 3450/15 3450/15 3451/16 3457/19 3459/23 | 3444/19 3445/2 3445/11 3446/15 3446/19 |
| 3471/11 3473/20 | 3448/12 3448/18 3450/4 3450/10 3450/19 |
| **Miranda rights** [3]   3442/13 3451/16 3457/19 | 3450/22 3450/25 3451/4 3451/10 3452/25 |
| **Mirandized** [1]   3471/24 | 3453/7 3455/10 3456/10 3456/23 3457/16 |
| **misimpression** [1]   3393/25 | 3458/1 3458/4 3458/7 3458/15 3459/3 3460/2 |
| **misplaced** [1]   3390/9 | 3460/13 3460/17 3461/11 3461/14 3463/4 |
| **misremembering** [1]   3373/20 | 3466/2 3466/11 3466/22 3468/24 3472/14 |
| **miss** [1]   3391/2 | 3472/18 3473/4 3473/8 3474/19 3476/15 |
| **mission** [20]   3351/19 3352/1 3356/24 3357/17 | 3478/6 3478/7 3478/11 3478/11 3478/12 |
| 3357/24 3358/6 3361/17 3366/18 3367/13 | 3478/12 3478/20 3478/23 3479/8 3480/13 |
| 3382/5 3383/2 3383/9 3383/14 3386/17 | 3481/4 3481/6 3481/11 3481/12 3481/17 |
| 3386/18 3388/17 3401/21 3402/11 3447/6 | 3482/6 3483/1 3483/7 3483/10 3483/16 |
| 3468/6 | 3483/21 3483/24 3484/1 3484/6 3484/13 |
| **mistake** [1]   3478/17 | 3484/23 3485/3 3485/4 3485/4 3485/6 3489/9 |
| **mistreated** [1]   3462/24 | 3489/14 3489/14 3490/2 |
| **misunderstanding** [1]   3406/16 | **Mr. Abu** [3]   3395/10 3435/15 3436/2 |
| **misunderstandings** [1]   3407/25 | **Mr. Ayad** [28]   3478/6 3478/11 3478/12 |
| **Mitchell** [1]   3331/23 | 3478/20 3478/23 3479/8 3480/13 3481/4 |
| **modify** [1]   3412/12 | 3481/6 3481/11 3481/12 3481/17 3482/6 |
| **moment** [7]   3369/19 3377/9 3377/16 3380/13 | 3483/1 3483/7 3483/10 3483/16 3483/21 |
| 3392/2 3452/11 3467/17 | 3483/24 3484/1 3484/6 3485/3 3485/4 3485/6 |
| **Monday** [3]   3475/16 3475/19 3487/10 | 3489/9 3489/14 3489/14 3490/2 |
| **money** [1]   3344/14 | **Mr. Ayad's** [1]   3478/7 |
| **month** [2]   3482/24 3483/15 | **Mr. Benton** [1]   3334/4 |
| **months** [1]   3481/14 | **Mr. Bilal** [1]   3476/15 |
| **more** [25]   3336/12 3345/10 3345/14 3352/16 | **Mr. Clarke** [2]   3378/6 3466/22 |
| 3359/18 3360/23 3360/25 3370/3 3381/21 | **Mr. Crabb** [2]   3484/13 3484/23 |
| 3381/24 3381/25 3386/10 3386/14 3386/14 | **Mr. DiLorenzo** [5]   3380/16 3420/2 3423/3 |
| 3387/22 3391/17 3393/22 3420/24 3424/18 | 3423/21 3474/19 |
| 3427/11 3431/14 3439/12 3456/14 3481/10 | **Mr. El** [8]   3405/10 3405/18 3406/6 3406/23 |
| 3488/14 | 3444/2 3444/7 3452/25 3457/16 |
| **morning** [16]   3338/20 3339/4 3390/16 3397/15 | **Mr. Geist** [2]   3334/4 3390/16 |
| 3437/9 3464/15 3475/7 3475/10 3475/17 | **Mr. Henderson** [1]   3365/4 |
| 3475/19 3476/16 3480/22 3485/13 3489/3 | **Mr. Khatallah** [52]   3402/9 3402/12 3402/15 |
| 3490/21 3490/24 | 3403/6 3407/20 3409/12 3424/7 3435/21 |
| **mortar** [4]   3373/2 3373/19 3374/11 3374/18 | 3436/24 3437/21 3438/4 3439/8 3439/14 |
| **mortars** [2]   3331/17 3373/13 | 3440/7 3443/3 3443/11 3444/15 3444/19 |
| **most** [6]   3332/14 3337/16 3340/18 3351/15 | 3445/11 3446/15 3446/19 3448/12 3448/18 |
| 3359/9 3420/18 | 3450/4 3450/10 3450/19 3450/22 3450/25 |
| **mostly** [1]   3401/9 | 3451/4 3451/10 3453/7 3455/10 3456/10 |
| **motion** [7]   3354/21 3355/1 3475/2 3476/15 | 3456/23 3458/1 3458/4 3458/7 3458/15 3459/3 |
| 3476/24 3477/10 3477/19 | 3460/2 3460/13 3460/17 3461/11 3461/14 |
| **motions** [4]   3339/20 3429/11 3429/15 3430/4 | 3463/4 3466/2 3466/11 3468/24 3472/14 |
| **motive** [3]   3392/1 3417/8 3417/13 | 3472/18 3473/4 3473/8 |
| **Mountain** [1]   3365/12 | **Mr. Khatallah's** [1]   3409/23 3412/9 3445/2 |
| **mounted** [1]   3382/13 | **Mr. O'Donnell** [6]   3428/2 3437/23 3442/1 |
| **Mousa** [35]   3404/18 3405/3 3405/7 3405/9 | 3478/11 3478/12 3485/4 |
| 3405/21 3406/8 3406/14 3428/12 3435/18 | **Mr. Robinson** [1]   3420/12 |
| | **Mr. Tiegen** [2]   3350/11 3389/16 |

## M

Mr. Tiegen's [2]   3332/11 3350/3
Mr. Zuckoff [1]   3332/4
Ms. [18]   3331/11 3336/24 3340/2 3340/14
  3384/24 3416/16 3418/14 3419/8 3423/18
  3474/22 3476/22 3479/12 3484/11 3486/11
  3487/11 3488/16 3489/19 3490/23
Ms. Himelstein [1]   3474/22
Ms. Jenkins [1]   3490/23
Ms. Peterson [6]   3331/11 3336/24 3340/14
  3384/24 3423/18 3486/11
Ms. Petras [8]   3340/2 3416/16 3418/14
  3419/8 3476/22 3479/12 3484/11 3489/19
Ms. Petras' [2]   3487/11 3488/16
much [15]   3338/7 3339/20 3360/10 3360/17
  3366/15 3369/13 3369/20 3389/7 3395/18
  3395/19 3441/11 3441/11 3441/14 3470/19
  3489/13
Mueller [1]   3400/1
multiple [2]   3429/12 3429/13
my [20]   3331/21 3332/14 3334/12 3336/22
  3339/15 3372/9 3398/13 3400/10 3400/21
  3404/16 3410/4 3418/5 3452/18 3453/21
  3455/1 3455/14 3455/14 3460/4 3478/17
  3481/19
myself [8]   3368/20 3404/16 3427/23 3428/12
  3435/17 3438/6 3471/8 3472/11

## N

name [25]   3357/7 3358/18 3374/8 3395/9
  3395/12 3395/14 3398/13 3402/6 3405/6
  3423/13 3423/15 3423/17 3455/25 3456/1
  3456/1 3466/10 3466/22 3466/23 3474/23
  3477/11 3477/19 3477/21 3477/23 3486/16
  3486/17
naming [1]   3487/3
Nassar [1]   3328/3
National [1]   3333/14
nationality [1]   3405/25
natural [2]   3446/7 3447/12
nature [2]   3404/4 3404/5
Navy [2]   3402/15 3442/4
necessary [2]   3394/8 3394/21
need [9]   3338/8 3395/14 3396/20 3416/25
  3429/1 3430/5 3448/9 3453/8 3475/21
needed [2]   3352/9 3443/5
needs [2]   3415/18 3480/1
neighbor [1]   3370/22
neighborhood [2]   3373/15 3374/13
nervous [1]   3386/10
never [13]   3334/23 3334/23 3335/20 3335/24
  3354/8 3378/1 3378/9 3378/16 3422/23
  3446/21 3463/11 3478/5 3489/6
new [19]   3398/20 3398/23 3400/1 3401/12
  3401/18 3403/8 3403/14 3404/17 3408/7
  3408/24 3409/12 3409/12 3409/13 3409/15
  3437/12 3437/24 3441/25 3459/13 3468/23
New Jersey [1]   3401/18
New York [11]   3398/20 3398/23 3401/12
  3403/8 3404/17 3408/7 3437/12 3437/24
  3441/25 3459/13 3468/23
New York's [1]   3408/24
next [21]   3338/18 3347/21 3359/25 3364/15
  3365/23 3370/22 3371/8 3374/17 3396/11
  3397/18 3399/12 3399/24 3426/4 3439/16
  3450/17 3451/16 3452/17 3453/24 3455/8
  3461/20 3474/9
next-door [1]   3370/22
night [16]   3332/15 3336/23 3354/11 3356/3
  3356/6 3356/25 3358/15 3359/20 3361/17
  3364/8 3366/1 3370/21 3373/10 3377/1
  3374/12 3474/14
nine [2]   3460/20 3460/21
no [94]   3327/4 3334/14 3335/5 3335/9 3341/2
  3342/20 3345/1 3350/21 3352/18 3354/3
  3354/7 3355/18 3356/10 3357/11 3361/18
  3362/21 3363/4 3364/9 3364/12 3365/10

3366/19 3366/24 3366/25 3366/25 3368/1
3368/1 3368/2 3368/4 3368/7 3368/19 3368/21
3369/8 3370/12 3370/12 3372/15 3374/9
3374/14 3375/4 3375/13 3375/16 3377/5
3377/12 3379/18 3380/4 3381/1 3383/7 3386/8
3388/9 3388/18 3393/11 3396/4 3396/7 3405/8
3409/18 3411/17 3414/12 3414/13 3414/13
3420/6 3426/12 3426/12 3426/13 3426/13
3431/20 3434/2 3438/13 3439/24 3440/1
3443/23 3444/21 3445/17 3450/9 3455/19
3455/21 3458/13 3463/6 3466/15 3466/16
3469/7 3470/6 3473/18 3474/14 3474/14
3475/22 3478/2 3481/12 3481/15 3482/2
3483/9 3483/16 3485/17 3485/22 3485/22
3489/1
nobody [3]   3367/21 3368/3 3369/8
non [6]   3334/3 3334/5 3334/15 3335/17
  3341/4 3487/1
non-disclosure [4]   3334/3 3334/5 3334/15
  3335/17
non-hearsay [1]   3341/4
non-issue [1]   3487/1
normal [1]   3473/12
north [2]   3366/20 3382/23
north/south [1]   3382/23
not [178]
note [2]   3478/19 3489/12
notebook [1]   3413/1
noted [2]   3391/9 3456/15
notes [39]   3391/16 3391/18 3392/4 3392/8
  3392/12 3393/12 3393/13 3394/4 3415/6
  3415/13 3415/15 3415/19 3416/13 3416/20
  3417/6 3418/9 3418/20 3418/23 3420/23
  3421/2 3421/3 3422/3 3422/4 3422/18 3427/3
  3427/7 3427/9 3427/10 3427/15 3427/15
  3427/20 3427/22 3427/24 3428/2 3428/19
  3428/21 3428/23 3429/1 3445/11
nothing [4]   3375/22 3388/11 3389/13 3423/11
notice [6]   3331/19 3333/11 3334/2 3443/20
  3444/14 3489/24
noticed [2]   3364/14 3451/13
notified [3]   3334/23 3334/24 3458/4
notifying [1]   3464/16
notion [1]   3479/13
November [2]   3379/9 3486/2
now [36]   3331/7 3336/1 3376/12 3383/20
  3386/15 3390/10 3401/19 3407/14 3411/5
  3411/24 3413/24 3414/3 3414/4 3414/19
  3416/17 3417/19 3419/16 3425/6 3426/8
  3426/10 3435/12 3448/15 3453/7 3463/22
  3454/6 3456/7 3457/19 3463/12 3467/4 3468/8
  3470/1 3472/24 3478/10 3478/21 3486/18
  3491/1
number [7]   3366/2 3378/22 3403/9 3439/3
  3461/5 3462/7 3486/17
numerous [1]   3405/20
NVGs [1]   3371/17
NW [4]   3327/15 3327/22 3328/4 3328/13

## O

O'Donnell [34]   3404/16 3405/2 3407/1 3423/4
  3423/6 3427/24 3428/2 3435/18 3437/23
  3438/6 3439/21 3442/1 3456/2 3472/12
  3474/20 3478/1 3478/2 3478/11 3478/12
  3480/23 3481/3 3481/9 3481/11 3481/14
  3481/16 3482/4 3482/6 3482/25 3483/11
  3483/16 3483/20 3483/25 3484/7 3485/4
O'Donnell's [1]   3444/25
oath [4]   3398/2 3480/7 3489/1 3489/17
Obama [7]   3341/23 3342/8 3342/14 3344/3
  3349/4 3354/6 3354/25
obeyed [1]   3353/18
object [3]   3353/8 3431/5 3431/6
objected [2]   3391/15 3391/21
objecting [2]   3431/8 3432/15
objection [21]   3332/9 3333/7 3354/9 3357/11
  3363/16 3375/4 3388/7 3390/13 3391/9 3394/6
  3411/17 3427/4 3427/5 3428/8 3428/13 3434/2

O

objection... [5]   3445/17 3458/19 3469/7
 3474/25 3488/12
objections [3]   3331/21 3336/13 3434/19
observations [1]   3460/4
observe [1]   3374/12
observing [1]   3353/7
obtained [1]   3483/3
obtaining [1]   3463/12
obvious [2]   3336/5 3337/16
obviously [6]   3331/18 3337/1 3360/22
 3372/13 3455/3 3477/2
occasion [5]   3352/17 3426/25 3433/18 3436/6
 3467/19
occasions [2]   3354/4 3405/20
occurred [10]   3340/18 3374/11 3380/6
 3381/13 3387/19 3417/25 3420/8 3429/25
 3433/17 3470/14
occurring [1]   3433/23
October [2]   3327/6 3492/7
off [12]   3344/14 3348/3 3359/2 3360/14
 3367/6 3370/24 3386/20 3388/3 3412/17
 3443/20 3446/25 3476/10
offer [9]   3376/12 3411/15 3430/14 3434/1
 3445/15 3466/4 3466/24 3469/5 3482/8
offered [12]   3376/10 3390/15 3420/24 3422/6
 3422/7 3427/7 3427/10 3435/5 3463/22
 3463/25 3464/1 3464/18
offering [1]   3346/5
office [14]   3327/14 3332/25 3333/11 3398/21
 3399/7 3399/20 3399/22 3400/1 3400/1 3400/5
 3400/6 3400/8 3400/15 3404/17
officer [3]   3401/4 3401/17 3404/9
officers [1]   3361/9
official [2]   3328/12 3355/17
Officially [1]   3349/12
officials [3]   3381/22 3400/16 3448/2
oftentimes [1]   3384/25
Oh [7]   3333/5 3340/13 3348/12 3368/24
 3419/12 3444/9 3466/15
okay [111]   3331/9 3332/16 3336/9 3344/16
 3347/15 3348/16 3349/24 3351/8 3352/21
 3354/16 3355/1 3355/4 3357/5 3358/9 3358/17
 3360/7 3361/15 3363/5 3363/11 3364/19
 3365/7 3366/5 3367/11 3368/24 3370/6
 3370/10 3371/20 3372/2 3373/24 3374/15
 3377/20 3379/19 3380/5 3380/16 3384/18
 3389/15 3389/18 3390/13 3391/9 3392/22
 3396/13 3396/14 3397/17 3410/18 3410/19
 3413/4 3413/20 3413/24 3414/20 3416/7
 3416/22 3417/2 3417/4 3417/17 3418/7
 3418/14 3419/4 3419/14 3420/1 3420/16
 3421/4 3422/14 3422/19 3422/20 3423/10
 3424/14 3426/1 3427/5 3427/16 3427/17
 3432/20 3433/1 3433/2 3433/3 3435/15 3441/4
 3442/24 3445/3 3445/14 3446/11 3452/16
 3453/25 3454/2 3454/12 3457/23 3463/15
 3466/15 3467/16 3469/4 3470/2 3470/13
 3470/18 3471/16 3474/25 3475/11 3476/9
 3476/11 3476/21 3482/17 3482/20 3482/23
 3484/10 3484/18 3485/12 3487/2 3487/4
 3487/23 3488/13 3489/19 3490/10 3490/24
onboard [2]   3402/15 3468/23
once [5]   3352/2 3352/19 3369/10 3415/22
 3459/6
one [75]   3332/20 3336/18 3337/16 3338/23
 3340/22 3341/22 3343/1 3343/7 3345/10
 3348/5 3352/17 3352/18 3358/5 3358/7 3359/9
 3359/16 3362/7 3362/9 3363/1 3363/25
 3364/16 3365/11 3365/12 3368/1 3368/1
 3368/2 3368/20 3368/22 3369/19 3373/2
 3373/5 3374/6 3379/17 3379/17 3379/18
 3380/13 3381/9 3383/11 3388/21 3391/14
 3407/24 3409/5 3409/14 3412/15 3414/11
 3415/4 3421/23 3428/4 3434/8 3434/19
 3436/24 3439/4 3439/24 3444/23 3444/24
 3449/3 3449/19 3450/12 3452/11 3458/3

3460/3 3464/10 3472/1 3473/3 3475/4 3475/4
 3480/12 3480/12 3486/14 3486/15 3486/19
 3487/14 3488/14 3488/20 3489/19
ones [2]   3363/24 3383/18
only [19]   3337/4 3341/20 3345/24 3346/11
 3356/14 3364/12 3374/6 3375/10 3377/6
 3391/23 3391/24 3395/6 3415/17 3415/21
 3421/8 3444/22 3475/15 3485/6 3485/19
open [11]   3347/17 3349/25 3354/22 3366/21
 3376/22 3386/20 3397/3 3400/1 3416/4 3433/4
 3472/18
opened [2]   3436/13 3461/6
opening [4]   3391/15 3391/21 3393/23 3420/13
operational [2]   3400/7 3400/12
operations [1]   3401/9
operatives [1]   3352/7
Opher [1]   3327/14
opher.shweiki [1]   3327/19
opinion [1]   3331/7
opportunity [4]   3403/3 3430/11 3440/22
 3449/15
oppose [1]   3486/6
opposed [3]   3415/13 3416/18 3479/16
opposing [1]   3330/20
opposition [4]   3475/4 3476/16 3477/1 3477/8
option [1]   3390/22
oranges [1]   3420/15
order [20]   3330/3 3330/9 3339/23 3342/11
 3342/12 3353/5 3353/6 3353/9 3353/13
 3353/15 3353/21 3354/1 3354/5 3354/10
 3355/5 3418/11 3419/7 3430/6 3477/2 3485/7
orders [7]   3342/6 3344/18 3344/20 3345/1
 3345/2 3348/18 3348/21
organized [1]   3399/9
original [1]   3479/6
other [55]   3330/18 3331/1 3331/24 3332/3
 3332/20 3343/2 3345/11 3346/19 3348/16
 3363/19 3363/23 3364/4 3365/17 3368/20
 3377/7 3383/6 3383/9 3383/17 3383/21 3384/3
 3386/3 3386/3 3386/12 3388/6 3392/5 3392/10
 3400/22 3405/1 3406/2 3407/19 3413/24
 3424/12 3426/23 3427/1 3434/10 3434/20
 3434/25 3436/4 3438/7 3438/11 3439/12
 3441/21 3441/21 3447/20 3448/1 3457/14
 3461/15 3468/9 3469/17 3473/1 3486/15
 3487/5 3487/15 3488/9 3488/25
other's [1]   3360/20
others [6]   3380/21 3383/15 3383/21 3448/10
 3471/9 3472/22
otherwise [2]   3420/25 3427/12
our [30]   3338/22 3339/3 3346/21 3360/13
 3360/17 3360/19 3368/21 3370/22 3370/24
 3384/5 3384/5 3384/19 3388/4 3392/1 3393/4
 3402/9 3403/6 3414/19 3416/6 3418/25 3432/2
 3452/17 3477/10 3477/22 3480/22 3485/25
 3486/11 3488/10 3489/2 3490/15
ourselves [3]   3441/24 3442/12 3446/15
out [58]   3331/9 3332/14 3336/14 3337/13
 3337/14 3339/5 3339/23 3341/20 3342/9
 3343/1 3343/10 3343/25 3343/25 3344/1
 3347/2 3349/1 3350/13 3352/2 3353/23
 3361/19 3363/6 3364/10 3365/12 3365/20
 3367/7 3367/20 3373/2 3373/6 3373/16 3381/4
 3381/25 3385/11 3386/5 3390/10 3391/2
 3392/3 3392/7 3393/16 3394/16 3394/17
 3401/6 3414/3 3414/12 3414/18 3439/11
 3439/20 3441/25 3444/23 3445/10 3446/14
 3458/10 3462/11 3470/14 3472/20 3473/4
 3480/22 3487/6 3489/2
out-of-court [2]   3337/13 3337/14
outside [8]   3374/7 3376/11 3387/15 3399/1
 3410/23 3412/9 3424/6 3435/23
over [33]   3330/11 3340/11 3342/25 3359/1
 3360/17 3363/8 3363/9 3363/12 3366/16
 3370/1 3371/16 3372/20 3389/6 3389/18
 3393/14 3393/19 3399/23 3400/10 3403/6
 3403/10 3404/8 3417/1 3418/24 3419/22
 3420/6 3423/8 3424/7 3450/18 3450/25 3468/3

**O**

over... [3]   3479/5 3481/13 3487/13
overcrowded [2]   3463/5 3463/8
overly [1]   3480/2
overrule [1]   3394/6
overruled [4]   3361/8 3391/10 3427/5 3428/9
overrun [1]   3352/2
overseas [5]   3400/1 3400/7 3401/1 3426/23
 3490/18
oversight [1]   3486/4
overstatement [1]   3342/14
own [6]   3384/19 3386/16 3449/17 3461/4
 3461/7 3488/25

**P**

p.m [5]   3327/6 3351/14 3419/5 3419/5 3491/3
pad [1]   3412/18
page [8]   3434/8 3434/14 3451/20 3451/23
 3452/10 3454/6 3457/9 3468/22
pages [3]   3330/17 3434/6 3434/8
paid [3]   3477/25 3478/1 3478/1
pain [2]   3480/1 3480/3
panning [7]   3413/9 3413/24 3414/3 3424/21
 3425/2 3425/17 3426/8
paper [2]   3451/1 3483/24
papers [1]   3489/3
paragraphs [1]   3446/8
paraphrased [1]   3471/9
Pardon [1]   3333/3
parking [1]   3374/12
part [12]   3330/18 3339/22 3340/18 3343/23
 3347/24 3371/7 3385/9 3385/10 3404/15
 3416/14 3418/9 3473/22
partially [2]   3477/3 3477/3
participant [1]   3402/10
participating [1]   3406/19
particular [3]   3340/21 3364/19 3434/11
particularly [2]   3392/21 3420/18
parties [2]   3397/4 3397/12
party [1]   3330/20
passed [3]   3352/22 3369/11 3419/15
past [8]   3337/21 3345/4 3350/16 3364/16
 3429/20 3430/16 3430/18 3448/11
path [1]   3358/10
PDF [1]   3478/20
PDFs [1]   3478/21
peached [1]   3415/23
pedestrians [2]   3362/6 3362/9
pen [3]   3356/23 3412/18 3412/25
penalty [1]   3479/14
pencil [1]   3412/18
pending [1]   3449/23
Pennsylvania [1]   3328/4
people [49]   3331/24 3332/3 3340/24 3342/5
 3345/11 3345/25 3346/8 3347/13 3350/20
 3353/23 3356/3 3356/6 3356/11 3356/14
 3358/9 3358/15 3359/22 3360/24 3360/25
 3362/13 3362/17 3362/19 3363/19 3364/10
 3364/12 3364/15 3364/20 3364/21 3365/17
 3366/2 3370/16 3372/4 3372/20 3372/23
 3373/20 3373/25 3374/12 3374/20 3375/2
 3376/11 3376/18 3376/19 3377/7 3400/22
 3406/3 3461/16 3465/21 3465/21 3486/12
percent [4]   3406/1 3416/23 3417/21 3418/16
Perfect [1]   3475/11
perfectly [1]   3395/3
perhaps [3]   3418/15 3478/17 3481/10
period [14]   3332/7 3403/7 3403/11 3418/23
 3422/5 3424/8 3431/23 3461/2 3461/3 3463/25
 3465/3 3468/3 3473/25 3483/15
perjury [3]   3479/14 3480/1 3480/4
Permanent [2]   3379/2 3379/8
permissible [1]   3394/11
permission [3]   3433/9 3434/16 3442/16
permit [1]   3390/19
person [9]   3343/2 3346/21 3346/24 3366/25
 3406/12 3479/2 3482/6 3484/3 3489/13

personal [3]   3333/22 3357/6 3352/11 3336/16
 3336/20 3361/4 3361/5 3385/14 3385/15
personally [5]   3341/24 3374/12 3384/15
 3385/21 3404/8
personnel [4]   3383/9 3386/4 3400/22 3458/9
pertaining [1]   3434/11
pertinent [1]   3332/10
peterson [8]   3327/20 3327/24 3331/11
 3336/24 3340/14 3384/24 3423/18 3486/11
petras [10]   3327/20 3327/24 3340/2 3416/16
 3418/14 3419/8 3476/22 3479/12 3484/11
 3489/19
Petras' [2]   3487/11 3488/16
phone [6]   3353/7 3353/22 3353/23 3373/6
 3373/11 3485/21
phones [1]   3474/24
photo [2]   3468/22 3469/16
photograph [3]   3397/8 3424/4 3424/6
photographs [11]   3410/13 3411/6 3411/7
 3467/19 3467/25 3468/4 3468/5 3468/9
 3468/12 3469/3 3469/15
phrase [9]   3443/7 3443/8 3443/10 3443/13
 3443/19 3444/9 3444/10 3446/22 3449/18
phrases [3]   3446/3 3446/4 3446/7
physical [1]   3408/4
physically [1]   3441/3
picked [1]   3343/1
picture [4]   3408/24 3412/22 3439/21 3441/7
pictures [6]   3413/10 3424/14 3424/19
 3424/22 3425/11 3425/12
piece [1]   3415/4
pillows [3]   3412/17 3413/1 3413/25
pinpoint [1]   3373/14
place [7]   3393/7 3408/4 3408/10 3408/16
 3427/2 3452/4 3456/5
placed [5]   3335/8 3393/1 3398/2 3417/8
 3456/4
Plaintiff [1]   3327/4
plan [4]   3331/13 3339/3 3406/9 3407/16
play [4]   3338/11 3341/12 3343/5 3418/2
played [2]   3342/23 3342/23
pleadings [1]   3489/22
please [21]   3330/3 3331/3 3357/10 3382/20
 3386/23 3389/17 3398/11 3402/20 3410/12
 3411/25 3419/7 3423/23 3425/1 3427/17
 3435/12 3438/23 3439/2 3442/21 3452/20
 3459/18 3468/20
PLLC [1]   3328/4
plus [4]   3359/24 3437/14 3439/22 3459/11
pod [21]   3409/13 3410/8 3412/3 3413/6
 3424/13 3426/9 3426/10 3435/22 3436/3
 3436/5 3436/7 3436/8 3436/9 3436/12 3436/17
 3439/6 3439/23 3458/3 3458/10 3465/1
 3472/21
pods [9]   3408/25 3409/2 3409/4 3409/5
 3409/5 3410/3 3410/7 3411/8 3411/12
point [26]   3336/14 3355/7 3358/5 3360/18
 3364/4 3365/4 3365/8 3369/7 3369/21 3388/14
 3392/1 3393/4 3414/12 3414/18 3417/19
 3420/21 3423/3 3429/8 3435/1 3439/20 3464/3
 3468/12 3469/9 3479/25 3482/22 3488/16
pointed [2]   3480/22 3489/2
points [4]   3407/24 3476/17 3476/25 3477/7
police [7]   3361/13 3399/17 3400/10 3400/11
 3400/21 3401/17 3404/9
policy [7]   3426/11 3426/13 3426/15 3426/16
 3426/17 3426/19 3458/18
political [3]   3343/23 3345/19 3462/23
polo [2]   3438/10 3438/10
pop [1]   3387/22
portion [4]   3452/4 3463/21 3469/23 3470/8
portions [4]   3454/22 3488/1 3488/7 3488/9
portrayed [1]   3346/18
position [3]   3387/13 3387/14 3486/11
positions [1]   3371/10
possibility [1]   3479/10
possible [4]   3333/15 3338/22 3361/20
 3452/13

# P

possibly [1]   3338/23
potential [1]   3422/17
potentially [1]   3390/20
pray [2]   3425/24 3440/22
prayer [4]   3412/13 3412/24 3414/1 3465/8
praying [3]   3425/21 3425/23 3425/24
pre [2]   3336/17 3336/17
pre-dated [2]   3336/17 3336/17
preceded [2]   3387/24 3403/23
precise [1]   3373/6
precisely [1]   3354/15
prefer [2]   3390/17 3475/16
preference [1]   3339/15
prefers [1]   3423/16
prejudice [2]   3420/9 3489/24
prejudiced [1]   3429/3
preliminary [1]   3490/22
prepared [8]   3389/25 3397/18 3431/21
  3431/23 3432/1 3432/2 3432/19 3454/24
presence [2]   3385/15 3473/16
present [10]   3386/6 3394/14 3407/4 3423/7
  3437/20 3452/2 3455/10 3456/16 3456/25
  3457/1
presented [3]   3454/13 3482/18 3483/23
presently [1]   3356/20
President [3]   3354/6 3354/17 3354/25
pressure [2]   3360/14 3455/23
pretrial [1]   3478/15
pretty [6]   3360/17 3366/15 3373/16 3381/11
  3389/7 3470/19
previously [3]   3350/6 3377/15 3448/1
principle [1]   3420/17
printout [2]   3482/7 3482/10
prior [49]   3332/8 3334/22 3335/17 3337/16
  3340/15 3340/24 3341/5 3341/6 3341/20
  3346/9 3348/19 3354/4 3355/10 3355/13
  3375/17 3375/23 3391/19 3391/22 3392/9
  3392/22 3392/24 3392/25 3393/5 3393/11
  3393/15 3393/20 3401/10 3401/15 3405/13
  3407/14 3407/14 3415/20 3415/21 3415/25
  3416/15 3416/20 3416/21 3417/7 3417/12
  3418/16 3419/22 3419/23 3421/24 3422/9
  3424/19 3428/22 3429/19 3431/10 3486/8
priority [2]   3400/8 3400/13
prison [16]   3461/22 3461/24 3462/1 3462/3
  3462/7 3462/11 3462/15 3462/25 3463/5
  3463/9 3465/15 3465/16 3465/20 3465/22
  3465/23 3467/11
prisoner [2]   3462/21 3462/23
prisons [1]   3461/23
private [1]   3461/4
probably [14]   3341/12 3343/10 3350/24
  3351/11 3358/8 3364/13 3371/18 3373/13
  3377/24 3378/4 3378/12 3380/8 3406/1
  3453/25
problem [7]   3343/2 3393/8 3421/15 3437/6
  3478/6 3483/8 3490/17
proceed [5]   3390/12 3391/11 3413/4 3423/23
  3427/17
proceedings [5]   3328/17 3336/6 3448/3
  3491/3 3492/4
process [11]   3393/10 3407/24 3427/8 3433/17
  3435/10 3468/23 3470/15 3470/17 3470/20
  3471/10 3488/3
produced [1]   3328/18
professional [1]   3372/24
programs [2]   3400/8 3400/13
progressed [1]   3473/5
proliferation [1]   3331/16
promises [3]   3455/19 3455/21 3473/16
promoted [2]   3399/14 3401/3
proper [3]   3337/18 3376/20 3417/11
propose [1]   3420/22
prosecute [1]   3335/22
prosecutor [1]   3420/19
protocol [7]   3406/4 3416/14 3418/9 3422/5

provide [4]   3477/20 3486/11 3489/6 3489/10
provided [16]   3332/25 3333/11 3334/24
  3347/5 3380/21 3383/11 3400/23 3400/24
  3441/18 3442/19 3470/23 3478/11 3478/12
  3478/21 3479/2 3483/11
provides [1]   3447/11
prudent [3]   3392/15 3414/15 3414/16
pseudonym [9]   3395/11 3477/16 3485/14
  3485/17 3485/23 3485/23 3486/17 3486/23
  3490/12
public [8]   3327/21 3380/10 3385/16 3385/18
  3385/19 3385/22 3477/4 3477/5
publicly [1]   3477/3
publish [9]   3334/16 3357/9 3358/21 3396/19
  3396/20 3434/16 3445/22 3466/24 3469/8
published [6]   3333/17 3333/25 3380/25
  3411/25 3438/24 3467/23
publishing [2]   3334/4 3334/6
Puerto [2]   3399/13 3399/15
pull [2]   3411/20 3424/1
pumping [1]   3344/13
pure [2]   3394/1 3394/1
purpose [7]   3421/1 3421/8 3421/8 3421/11
  3425/22 3427/13 3431/10
purposes [3]   3448/2 3467/1 3476/3
pursuant [2]   3422/5 3458/17
pursued [1]   3331/15
push [1]   3487/9
pushing [1]   3343/25
put [25]   3332/21 3334/1 3356/21 3357/6
  3358/18 3367/11 3396/3 3409/20 3412/20
  3412/23 3413/6 3418/2 3422/22 3424/14
  3424/15 3425/12 3425/14 3444/12 3445/11
  3450/25 3453/24 3458/8 3458/8 3464/25
  3476/17
puts [1]   3415/11

# Q

quarter [1]   3391/5
quarters [10]   3409/13 3409/15 3409/16
  3409/24 3410/3 3412/4 3412/10 3413/6 3436/3
  3458/5
question [21]   3337/18 3338/3 3338/15
  3338/16 3376/16 3380/20 3381/8 3381/12
  3388/12 3396/11 3416/18 3417/5 3417/20
  3430/24 3434/20 3450/8 3453/13 3454/24
  3459/6 3466/17 3488/6
questioned [1]   3382/9
questioning [4]   3331/5 3331/15 3448/25
  3449/4
questions [26]   3332/14 3376/25 3378/20
  3379/21 3381/21 3385/13 3386/15 3387/2
  3408/3 3428/1 3430/20 3430/20 3440/11
  3440/25 3441/2 3441/4 3442/8 3447/14
  3448/21 3450/2 3453/4 3453/20 3454/18
  3454/25 3466/18 3472/1
quick [3]   3348/5 3370/3 3387/22
quicker [2]   3382/4 3417/10
quickly [4]   3360/9 3410/21 3410/24 3411/5
quiet [2]   3372/18 3372/19
quieted [1]   3364/25
quite [3]   3342/14 3420/4 3478/16
Quran [4]   3412/14 3412/16 3412/25 3413/25

# R

radio [8]   3342/5 3342/6 3343/3 3344/2
  3346/14 3349/10 3376/3 3376/4
radioed [1]   3388/22
raise [2]   3479/12 3488/12
raised [7]   3331/18 3390/18 3419/9 3420/17
  3422/10 3460/18 3476/12
raising [1]   3393/23
ran [4]   3358/5 3358/9 3358/13 3362/12
re [1]   3462/10
re-arrested [1]   3462/10
reached [4]   3389/23 3396/15 3397/7 3474/11

**R**

react [1]   3442/6
read [31]   3337/2 3397/1 3420/16 3421/3
  3427/16 3442/13 3443/5 3443/7 3443/7
  3443/13 3443/19 3443/19 3444/5 3444/9
  3444/10 3444/15 3444/20 3445/24 3446/4
  3446/12 3446/17 3450/23 3451/3 3452/6
  3453/18 3455/3 3456/20 3462/17 3462/18
  3471/6 3489/22
reading [18]   3331/6 3420/3 3443/25 3444/7
  3444/18 3444/18 3445/12 3446/3 3448/7
  3451/4 3451/11 3451/14 3452/18 3453/21
  3454/3 3454/5 3454/6 3454/7
ready [6]   3352/8 3359/7 3416/6 3435/21
  3458/4 3474/13
realized [1]   3486/3
really [10]   3337/18 3349/5 3355/8 3356/10
  3360/12 3360/12 3367/5 3414/15 3415/2
  3419/12
Realtime [1]   3328/11
reason [12]   3332/1 3335/5 3337/4 3366/6
  3392/10 3392/13 3392/14 3418/3 3419/23
  3444/22 3485/18 3486/6
reasonable [3]   3392/18 3393/6 3487/22
reasoned [1]   3417/8
reasons [5]   3363/1 3388/22 3476/5 3478/25
  3484/21
rebut [1]   3391/23
recall [20]   3351/1 3351/12 3359/19 3362/25
  3365/8 3367/4 3368/10 3372/6 3375/5 3378/6
  3378/8 3379/6 3379/7 3379/11 3380/24
  3383/24 3397/9 3425/14 3436/12 3456/8
received [2]   3422/23 3478/5
recent [2]   3391/24 3392/5
recently [1]   3392/23
Recess [1]   3419/5
recognize [8]   3402/18 3408/23 3410/22
  3433/13 3444/20 3444/25 3445/1 3445/1
recognized [1]   3364/13
recollection [10]   3351/8 3370/7 3415/8
  3415/13 3429/9 3429/21 3430/16 3430/18
  3430/21 3481/20
reconsider [1]   3476/15
record [20]   3330/6 3332/21 3333/9 3347/24
  3348/3 3356/19 3387/12 3391/6 3402/21
  3402/24 3410/14 3422/22 3423/4 3428/2
  3428/3 3445/19 3482/5 3482/15 3488/20
  3492/3
record's [1]   3391/5
recorded [7]   3328/17 3415/8 3415/13 3429/9
  3429/21 3430/16 3430/19
recorder [1]   3426/11
recordings [1]   3426/12
records [31]   3474/20 3475/3 3476/13 3478/5
  3478/8 3478/22 3480/4 3480/5 3480/7 3480/7
  3480/13 3480/15 3480/25 3481/25 3482/7
  3482/18 3483/2 3483/3 3483/5 3483/11
  3483/13 3483/23 3484/2 3484/9 3484/7 3484/9
  3485/11 3485/21 3489/6 3489/10 3490/18
RECROSS [1]   3329/4
red [2]   3356/23 3357/14
redact [3]   3423/15 3423/17 3477/11
redacted [2]   3477/3 3477/4
redirect [6]   3329/4 3335/2 3335/5 3335/9
  3347/15 3380/18
refer [6]   3337/6 3430/5 3430/6 3439/3
  3462/21 3476/18
reference [3]   3391/19 3484/2 3486/21
references [2]   3354/24 3483/21
referral [1]   3334/19
referred [7]   3333/12 3347/24 3391/16
  3391/18 3477/9 3486/17 3489/8
referring [2]   3431/6 3483/13
refers [1]   3346/2
reflect [2]   3387/12 3402/24
reflection [1]   3409/1
reflects [2]   3429/17 3431/2

refresh [2]   3430/20 3461/10
refreshed [1]   3415/18
refused [1]   3489/14
regard [3]   3475/12 3477/8 3484/19
regarding [3]   3331/16 3418/21 3434/25
regardless [1]   3477/22
Registered [1]   3328/11
regretting [1]   3331/8
regular [4]   3400/16 3400/19 3442/25 3484/16
rehabilitate [1]   3349/19
reject [1]   3477/22
relate [1]   3342/10
related [2]   3416/12 3447/5
relates [1]   3397/7
relationship [3]   3465/23 3465/24 3486/7
relatively [1]   3372/18
relaying [1]   3345/10
released [9]   3449/22 3462/5 3462/6 3462/8
  3462/9 3462/10 3462/17 3465/23 3467/10
relevance [5]   3331/13 3342/1 3343/12
  3344/23 3420/6
relevant [11]   3331/17 3332/10 3334/18
  3334/20 3337/12 3347/11 3392/20 3392/21
  3393/22 3393/23 3485/14
reliable [1]   3484/20
relied [1]   3480/12
relieve [1]   3360/14
relying [3]   3484/23 3484/24 3484/25
remain [4]   3447/18 3452/2 3452/23 3471/12
remained [1]   3374/4
remaining [1]   3347/22
remains [1]   3340/3
remedy [1]   3391/8
remember [16]   3362/22 3368/13 3369/23
  3370/20 3377/2 3380/8 3386/1 3386/1 3415/10
  3429/14 3430/17 3430/21 3430/24 3446/3
  3459/24 3473/3
remembered [1]   3446/6
remembers [1]   3432/10
reminded [1]   3471/3
remove [2]   3436/21 3436/22
repeatedly [1]   3346/14
rephrase [2]   3381/11 3388/12
replied [2]   3440/21 3450/9
reply [1]   3476/17
report [4]   3428/18 3428/21 3429/2 3431/10
reported [1]   3432/3
Reporter [4]   3328/10 3328/11 3328/11
  3328/12
reports [7]   3344/25 3391/19 3392/8 3415/19
  3429/5 3431/7 3432/1
represent [2]   3449/17 3488/8
representations [1]   3335/12
represented [1]   3333/20
representing [1]   3422/24
represents [1]   3434/10
request [1]   3396/21
requested [1]   3458/12
require [4]   3400/18 3426/21 3426/22 3484/14
required [2]   3400/23 3406/5
requires [3]   3479/13 3480/3 3485/6
rescued [1]   3346/8
rescuing [2]   3346/15 3346/15
research [1]   3474/15
reserve [2]   3394/23 3450/11
resident [1]   3399/16
resolve [1]   3408/1
respect [12]   3331/14 3332/9 3336/23 3345/9
  3377/20 3395/4 3421/6 3426/19 3473/6 3481/7
  3484/8 3488/11
respond [5]   3338/14 3352/5 3374/1 3471/23
  3475/6
responded [5]   3371/1 3440/8 3440/15 3449/21
  3471/25
response [5]   3335/7 3376/24 3467/13 3476/25
  3481/6
responses [2]   3441/2 3445/11
responsibilities [1]   3398/22

# R

responsibility [2]   3399/2 3400/3
responsible [3]   3375/19 3398/25 3399/15
rest [4]   3332/14 3336/22 3374/7 3415/1
rested [1]   3440/20
restraints [2]   3458/11 3458/14
restroom [1]   3465/8
result [1]   3433/24
resumed [5]   3350/6 3459/18 3459/20 3463/20
 3465/4
retrieve [1]   3469/9
return [1]   3340/25
returned [6]   3350/22 3351/13 3367/8 3401/1
 3467/11 3470/23
reversed [1]   3330/18
review [2]   3431/1 3433/18
reviewed [1]   3484/6
revolution [2]   3466/1 3467/13
Rico [2]   3399/13 3399/15
right [169]
right-hand [1]   3409/25
right-wing [2]   3344/2 3349/10
rights [42]   3407/23 3442/11 3442/13 3442/21
 3442/23 3442/24 3442/25 3443/20 3443/20
 3444/1 3444/14 3444/18 3445/24
 3446/12 3446/16 3446/17 3447/11 3447/15
 3450/5 3450/6 3450/7 3450/15 3451/16
 3451/17 3451/18 3452/1 3452/2 3452/19
 3452/3 3452/23 3454/2 3455/14 3456/3
 3456/15 3456/16 3457/18 3457/19 3470/22
 3470/23 3471/6 3471/17
Ring [4]   3350/16 3361/20 3362/3 3386/20
rise [3]   3330/2 3419/6 3490/25
RMR [2]   3492/2 3492/8
road [9]   3350/16 3361/20 3361/21 3362/3
 3382/22 3382/23 3382/24 3383/12 3386/20
roadblock [3]   3358/6 3358/7 3382/11
roadblocks [1]   3367/17
Robert [1]   3399/25
Robinson [2]   3328/2 3420/12
roll [1]   3413/20
Rone [1]   3386/9
roof [5]   3387/14 3388/15 3388/19 3388/21
 3388/24
roofs [1]   3371/10
room [18]   3327/16 3328/14 3396/8 3408/2
 3409/13 3410/5 3412/14 3414/11 3424/7
 3425/23 3426/9 3426/11 3426/12 3437/20
 3438/19 3439/24 3470/21 3472/20
rooms [3]   3408/25 3410/10 3434/23
roulette [1]   3390/22
route [8]   3356/20 3356/24 3357/4 3359/5
 3359/9 3367/9 3367/12 3367/16
routine [1]   3464/13
RPG [7]   3363/25 3366/13 3367/1 3387/5
 3387/15 3387/21 3389/1
RPGs [1]   3389/12
rug [5]   3412/13 3412/23 3412/24 3413/25
 3414/1
rule [4]   3392/22 3393/3 3417/9 3485/13
ruled [1]   3391/22
rules [2]   3333/24 3335/16
run [2]   3359/6 3359/17
runs [1]   3382/23

# S

Safe [1]   3399/16
safety [3]   3458/15 3458/15 3477/12
said [79]   3330/20 3331/2 3333/20 3334/10
 3337/5 3337/21 3337/22 3339/16 3341/11
 3341/13 3341/18 3342/18 3344/5 3346/13
 3346/14 3346/17 3346/20 3349/16 3349/17
 3349/23 3351/15 3354/8 3354/16 3354/18
 3357/20 3364/13 3373/20 3375/13 3377/21
 3385/12 3385/20 3386/16 3395/10 3409/15
 3414/22 3420/13 3429/10 3432/16 3440/23
 3446/20 3446/23 3447/9 3447/17 3447/23

said... [1]   3448/1
SALIM [4]   3327/7 3462/3 3465/22 3467/11
same [23]   3367/8 3367/12 3381/17 3386/7
 3393/18 3413/15 3413/17 3413/19 3415/20
 3425/4 3428/24 3446/9 3452/5 3457/15
 3464/11 3464/12 3464/18 3465/17 3470/15
 3470/16 3470/17 3472/25 3483/5
San [2]   3399/13 3399/22
Sara [1]   3328/9
sat [3]   3438/19 3439/18 3459/22
satisfied [1]   3480/18
satisfy [2]   3340/9 3487/10
Saudis [1]   3376/8
save [1]   3360/9
saved [2]   3346/21 3360/19
saving [1]   3360/20
savings [1]   3437/11
saw [28]   3332/3 3339/20 3356/3 3356/6
 3362/6 3363/18 3364/8 3364/16 3364/17
 3365/11 3365/12 3365/13 3365/23 3367/25
 3370/19 3377/8 3377/20 3377/23 3380/11
 3382/10 3385/20 3385/21 3402/18 3440/6
 3440/7 3459/2 3459/4 3482/13
say [45]   3334/11 3336/3 3351/11 3352/10
 3353/14 3355/25 3362/4 3369/4 3370/9
 3371/20 3372/1 3376/5 3378/10 3378/12
 3380/9 3384/1 3390/8 3393/14 3393/19
 3396/18 3396/20 3396/22 3403/16 3404/11
 3404/13 3406/12 3428/17 3428/20 3431/8
 3432/9 3432/22 3432/23 3446/6 3448/7
 3448/15 3461/8 3464/19 3465/10 3467/8
 3471/13 3473/7 3473/8 3476/21 3489/14
 3490/2
saying [17]   3334/16 3337/11 3342/24 3344/2
 3344/25 3375/20 3385/24 3395/6 3406/17
 3406/18 3421/21 3421/22 3432/24 3442/8
 3444/5 3465/14 3472/2
says [26]   3337/7 3338/3 3341/10 3341/14
 3341/15 3341/16 3345/25 3345/25 3346/11
 3346/12 3347/1 3348/23 3375/24 3375/25
 3376/6 3406/13 3417/21 3420/5 3421/16
 3432/17 3447/13 3453/3 3478/12 3484/17
 3485/2 3489/5
schedule [1]   3435/3
scheduled [3]   3462/16 3487/14 3487/15
scheduling [5]   3391/3 3476/2 3476/3 3476/4
 3476/8
school [3]   3460/22 3460/23 3460/25
scooted [1]   3450/25
scope [3]   3332/9 3336/13 3361/7
screen [3]   3411/23 3439/5 3454/17
scroll [2]   3410/24 3413/8
scrolling [1]   3411/1
seal [2]   3423/12 3476/24
search [1]   3383/17
searching [1]   3383/15
seat [1]   3474/18
seated [5]   3330/3 3398/4 3419/7 3439/8
 3439/10
second [17]   3330/24 3339/21 3340/13 3379/17
 3379/18 3406/15 3411/8 3417/5 3451/15
 3457/19 3469/22 3470/7 3470/8 3470/13
 3480/12 3484/8 3487/5
secondhand [1]   3386/9
seconds [1]   3338/12
secret [2]   3336/7 3431/20
Secretary [5]   3344/16 3349/3 3354/5 3354/17
 3354/24
secured [1]   3366/21
securing [1]   3383/18
security [8]   3333/14 3361/6 3361/12 3361/16

security... [4]  3371/7 3372/24 3384/21
 3385/9
see [65]  3331/3 3331/4 3332/12 3335/5
 3338/3 3343/12 3349/23 3350/19 3359/1
 3361/16 3363/4 3363/5 3363/23 3368/24
 3369/6 3370/18 3374/15 3386/22 3388/15
 3388/18 3389/2 3392/14 3408/22 3410/20
 3412/6 3412/7 3412/22 3412/23 3412/24
 3412/25 3412/25 3413/1 3413/5 3413/12
 3413/25 3419/1 3419/4 3419/12 3424/4
 3424/14 3424/21 3424/23 3425/10 3425/18
 3426/5 3426/9 3432/6 3435/21 3439/13
 3439/21 3442/25 3444/7 3444/21 3445/4
 3451/1 3453/16 3466/7 3466/17 3466/19
 3466/25 3472/15 3474/13 3487/2 3490/20
 3490/24
seeing [9]  3362/25 3365/8 3370/16 3370/20
 3372/6 3378/15 3386/1 3386/2 3387/3
seem [2]  3351/5 3477/24
seemed [6]  3370/3 3373/22 3440/10 3441/4
 3472/1 3473/13
seen [5]  3378/3 3378/11 3380/10 3390/7
 3430/2
segregate [1]  3343/1
select [7]  3348/25 3378/13 3378/25 3379/2
 3379/6 3379/8 3379/12
selected [1]  3399/25
Senate [2]  3344/25 3345/6
sends [1]  3483/22
senior [1]  3401/3
sense [3]  3471/7 3481/12 3484/14
sent [5]  3478/20 3479/5 3481/3 3481/6
 3484/6
sentences [1]  3446/7
separate [2]  3404/2 3431/12
September [18]  3332/7 3332/7 3332/24
 3333/18 3351/5 3351/9 3369/23 3370/8 3378/2
 3381/2 3381/14 3397/16 3401/20 3401/25
 3402/11 3447/16 3468/7 3486/8
September 11th [1]  3401/25
September 9th [1]  3333/18
serious [1]  3477/12
services [2]  3405/17 3478/1
session [5]  3327/8 3330/3 3419/7 3470/11
 3470/13
set [2]  3341/24 3371/17
sets [1]  3478/22
seven [7]  3401/17 3403/7 3403/10 3404/9
 3433/17 3434/8 3465/2
seven-day [4]  3403/7 3403/10 3433/17 3465/2
several [2]  3331/24 3365/8
share [3]  3435/12 3442/21 3460/14
shared [1]  3340/14
Sharia [2]  3376/7 3465/18
sharper [2]  3351/9 3351/11
she [4]  3375/14 3379/3 3417/21 3475/1
She'll [1]  3474/24
she's [6]  3348/10 3375/17 3375/20 3376/12
 3417/21 3432/6
sheikh [2]  3473/6 3473/8
shelli [1]  3327/24
Shield [11]  3341/10 3341/11 3346/2 3346/8
 3346/14 3346/18 3374/2 3374/4 3374/16
 3374/20 3385/4
shined [2]  3372/9 3372/16
ship [10]  3402/16 3403/12 3408/5 3408/9
 3408/11 3410/2 3411/8 3411/12 3435/20
 3442/4
shirt [4]  3402/23 3438/9 3438/10 3438/10
shoot [2]  3366/12 3366/25
shooting [11]  3341/17 3356/14 3356/14
 3359/23 3364/1 3364/4 3365/23 3372/21
 3383/12 3387/3 3387/4
shop [3]  3362/10 3362/11 3364/15
short [5]  3457/25 3458/1 3461/2 3461/3
 3461/24

shootout [1]  3437/12
shortly [6]  3351/2 3373/20 3387/19 3436/1
 3458/6 3467/12
shot [4]  3356/11 3366/15 3387/19 3388/22
shots [3]  3368/1 3368/3 3387/23
should [15]  3332/20 3335/25 3357/21 3391/11
 3396/20 3414/5 3422/1 3422/2 3422/11
 3422/12 3448/14 3449/22 3450/12 3479/1
 3485/10
shouldn't [1]  3355/13
shouting [1]  3368/10
show [30]  3342/5 3343/18 3355/9 3358/2
 3376/3 3376/4 3378/21 3382/16 3383/5
 3396/25 3408/14 3408/17 3415/15 3420/24
 3422/4 3422/18 3427/7 3427/11 3429/19
 3429/20 3430/7 3430/8 3433/6 3434/13 3441/5
 3464/23 3466/4 3467/19 3467/21 3468/16
showed [6]  3338/11 3467/25 3468/3 3468/5
 3469/15 3482/7
shower [1]  3345/5
showing [4]  3385/23 3395/20 3395/21 3396/1
shown [3]  3345/6 3468/9 3468/12
shows [5]  3344/2 3357/16 3392/18 3413/10
 3425/7
Shweiki [1]  3327/14
side [2]  3387/14 3409/25
sign [2]  3452/20 3489/14
signature [5]  3444/25 3445/1 3445/2 3457/6
 3462/19
signed [13]  3334/15 3455/25 3456/1 3456/2
 3457/2 3482/13 3482/14 3482/21 3484/13
 3484/20 3484/22 3484/24 3484/25
signing [1]  3445/12
signs [1]  3350/19
silent [4]  3447/18 3452/3 3452/23 3471/12
simply [3]  3335/15 3422/18 3490/4
since [10]  3333/19 3333/20 3401/13 3401/14
 3402/1 3407/22 3423/7 3423/11 3434/15
 3468/8
sir [27]  3353/12 3355/4 3356/17 3357/6
 3357/14 3358/2 3358/24 3374/16 3376/24
 3387/6 3387/16 3397/24 3408/6 3408/8 3413/3
 3424/25 3433/24 3434/12 3440/3 3440/5
 3450/14 3457/7 3468/21 3471/18 3472/7
 3474/1 3474/7
sit [2]  3436/24 3437/21
site [1]  3364/24
sitting [6]  3367/18 3402/22 3439/14 3439/17
 3439/22 3452/17
situation [2]  3359/22 3360/3
situations [1]  3426/24
six [7]  3364/13 3403/10 3429/12 3441/13
 3481/5 3481/14 3483/15
six-month [1]  3483/15
ski [1]  3363/1
sleep [1]  3440/20
sleeping [5]  3409/13 3409/13 3409/24 3410/3
 3472/21
slight [1]  3440/16
slowly [1]  3424/18
small [3]  3371/14 3389/12 3461/7
small-arms [1]  3389/12
smoothly [2]  3406/21 3446/24
so [212]
So I think [2]  3332/15 3418/2
so it's [2]  3347/24 3444/24
so that [1]  3343/2
So this first [1]  3453/19
so this interview [1]  3473/19
So this puts [1]  3415/11
Sofia [3]  3400/2 3400/25 3401/1
solves [2]  3339/8 3339/9
some [66]  3332/10 3339/16 3340/14 3340/23
 3340/24 3342/18 3343/21 3345/18 3353/20
 3355/7 3355/20 3355/21 3355/23 3361/24
 3362/17 3362/19 3371/17 3376/9 3376/19
 3376/24 3380/21 3383/17 3384/9 3384/23
 3384/25 3385/13 3386/4 3386/12 3386/15

some... [37]   3387/2 3392/5 3392/5 3392/10
 3392/13 3392/17 3392/18 3394/10 3408/3
 3414/22 3415/6 3415/9 3415/11 3417/1 3423/3
 3424/14 3424/15 3424/18 3425/7 3425/19
 3433/16 3440/17 3456/7 3460/14 3461/17
 3463/12 3464/2 3465/25 3467/16 3467/19
 3467/25 3468/12 3469/1 3471/20 3482/1
 3483/9 3487/7
somebody [4]   3373/1 3373/9 3373/15 3485/3
somehow [1]   3483/8
someone [5]   3331/23 3334/2 3336/2 3366/13
 3368/10
something [39]   3334/12 3334/25 3337/7
 3341/2 3341/2 3341/15 3345/25 3346/12
 3347/8 3356/18 3362/11 3376/15 3376/16
 3377/23 3385/20 3388/23 3394/16 3396/18
 3396/21 3412/16 3412/18 3420/6 3420/8
 3420/9 3420/10 3421/10 3421/12 3421/13
 3430/12 3430/25 3431/1 3431/2 3434/21
 3444/21 3453/8 3453/9 3453/14 3479/1 3479/5
sometime [5]   3351/21 3357/17 3388/3 3462/11
 3486/1
sometimes [8]   3382/1 3406/16 3428/1 3428/2
 3435/23 3435/23 3473/7 3473/8
somewhat [1]   3420/18
somewhere [1]   3358/10
Sons [1]   3330/16
soon [4]   3371/13 3371/15 3401/24 3458/2
sorry [19]   3332/19 3333/5 3338/15 3339/12
 3353/21 3367/13 3394/9 3397/5 3403/16
 3403/19 3413/3 3415/2 3419/10 3419/12
 3428/19 3455/20 3461/24 3470/5 3485/22
sort [2]   3394/7 3394/10
sound [1]   3381/2
Sounds [1]   3490/7
source [1]   3432/24
south [5]   3382/23 3382/23 3401/4 3401/8
 3401/9
Southern [2]   3401/7 3401/11
speak [14]   3341/1 3347/9 3381/13 3400/20
 3400/22 3404/19 3404/24 3405/2 3407/2
 3407/15 3448/9 3448/14 3449/6 3450/17
speaking [10]   3437/22 3437/23 3438/2 3438/2
 3438/3 3438/4 3444/4 3451/9 3457/10 3457/11
speaks [2]   3404/20 3407/12
special [16]   3338/25 3339/3 3357/17 3397/22
 3398/20 3398/22 3399/14 3401/19 3401/21
 3402/11 3407/1 3417/24 3423/6 3468/6
 3486/19 3487/10
Special Agent [1]   3397/22
specialized [2]   3399/9 3460/22
specially [2]   3408/12 3435/18
specific [7]   3415/23 3421/3 3427/15 3430/17
 3442/14 3461/15 3461/23
specifically [8]   3405/12 3406/6 3407/14
 3407/15 3463/2 3484/17 3485/2 3485/3
specifics [2]   3391/17 3467/16
speculate [3]   3421/2 3427/14 3431/17
speculating [2]   3342/16 3343/12
speculation [1]   3345/15
spell [1]   3405/6
spelled [1]   3398/13
spend [2]   3361/20 3361/21
spent [5]   3381/21 3461/21 3461/24 3462/7
 3474/5
spoke [6]   3381/7 3381/9 3381/16 3443/22
 3443/23 3443/24
spoken [3]   3396/3 3396/4 3448/10
spotlights [1]   3370/24
spreadsheet [4]   3478/13 3478/15 3478/25
 3479/7
spreadsheets [3]   3478/22 3478/24 3479/9
squad [2]   3398/21 3398/24
staging [1]   3403/15
stand [26]   3342/6 3342/10 3342/12 3344/18
 3344/20 3345/1 3345/2 3348/18 3348/21

stand... [13]   3348/21 3353/6 3353/20 3352/23
 3353/5 3353/6 3353/13 3353/16 3353/20
 3354/1 3354/5 3354/10 3355/5 3458/7 3464/23
 3472/18
stand-down [15]   3342/6 3342/10 3342/12
 3344/18 3344/20 3345/1 3345/2 3348/18
 3348/21 3353/5 3353/6 3353/20 3354/1 3354/5
 3354/10
standing [2]   3362/9 3424/20
standpoint [1]   3353/14
start [7]   3394/16 3394/17 3409/14 3416/7
 3423/7 3439/4 3475/17
started [20]   3345/22 3347/19 3365/22
 3371/14 3395/1 3423/8 3437/4 3437/25
 3446/14 3446/25 3454/16 3459/20 3460/12
 3460/12 3460/17 3461/1 3470/14 3473/4
 3473/5 3490/24
starting [1]   3448/9
state [8]   3334/20 3351/25 3383/10 3387/25
 3388/15 3388/16 3400/24 3401/18
stated [1]   3420/12
statement [29]   3330/22 3331/10 3337/13
 3337/14 3337/17 3341/10 3346/10 3348/19
 3375/17 3375/21 3375/22 3375/23 3376/19
 3378/2 3393/5 3393/12 3393/16 3393/23
 3416/15 3416/21 3417/7 3417/12 3418/16
 3419/23 3421/25 3428/22 3429/19 3453/3
 3453/20
statements [29]   3330/25 3336/18 3337/10
 3340/15 3341/5 3341/5 3341/7 3341/21 3345/9
 3345/10 3376/2 3391/20 3391/23 3392/4
 3392/9 3392/23 3392/24 3393/20 3415/20
 3415/21 3415/25 3416/19 3418/22 3419/22
 3422/9 3431/11 3454/25 3471/20 3478/7
states [19]   3327/1 3327/3 3327/11 3351/4
 3399/1 3400/2 3401/6 3402/14 3442/5 3447/5
 3447/10 3447/21 3448/2 3448/3 3448/4
 3448/16 3449/8 3449/10 3480/6
statute [5]   3480/3 3480/10 3480/17 3484/17
 3485/6
stay [3]   3354/16 3354/17 3487/13
stayed [3]   3346/22 3365/20 3374/7
stenography [1]   3328/17
step [4]   3353/5 3353/21 3416/9 3436/18
steps [9]   3386/5 3392/18 3392/18 3393/6
 3410/9 3414/17 3421/12 3424/12 3426/25
Stevens [1]   3397/15
stick [3]   3337/5 3338/5 3459/7
sticker [1]   3356/22
still [17]   3332/2 3341/8 3341/18 3367/18
 3367/19 3370/10 3370/12 3371/16 3372/15
 3372/20 3425/2 3426/5 3436/18 3450/10
 3459/11 3468/12 3487/25
stills [2]   3468/6 3469/13
stipulate [2]   3397/13 3432/11
stipulating [1]   3432/16
stipulation [9]   3389/23 3390/6 3395/2
 3395/3 3396/16 3396/17 3397/7 3397/12
 3432/14
stipulations [1]   3376/10
stood [1]   3436/19
stop [1]   3459/25
stopped [5]   3363/6 3363/11 3365/2 3365/3
 3387/23
straight [3]   3368/8 3368/9 3475/5
straight-up [1]   3475/5
strange [1]   3372/7
strategy [1]   3406/10
street [5]   3327/15 3363/25 3364/10 3364/15
 3370/23
Streets [1]   3399/16
stress [1]   3406/11
stressed [1]   3407/22
strict [1]   3465/18
strike [6]   3354/21 3354/24 3377/14 3388/8
 3388/11 3475/2
strikes [1]   3416/11
strong [1]   3489/17

structured [1]   3336/12
stuff [4]   3345/20 3352/8 3372/21 3430/13
subject [7]   3331/20 3334/19 3480/3 3480/23
  3488/22 3489/2 3489/17
subjected [1]   3455/22
subjects [3]   3331/20 3405/24 3406/24
submitted [1]   3489/4
subpoena [2]   3396/6 3396/6
subsequently [1]   3402/12
substance [11]   3339/21 3392/12 3393/4
  3394/2 3395/4 3395/14 3415/24 3416/18
  3417/19 3429/10 3473/25
substantive [2]   3420/7 3420/11
substitute [1]   3395/14
suggest [2]   3415/18 3421/10
suggested [1]   3416/17
suggesting [1]   3375/19
suggestion [2]   3418/10 3422/17
suggests [5]   3393/11 3393/15 3416/1 3419/22
  3421/24
Suite [2]   3327/22 3328/5
summary [19]   3429/16 3429/16 3429/17
  3429/20 3429/22 3430/11 3431/4 3431/5
  3431/22 3432/1 3432/2 3432/4 3432/9 3432/19
  3433/16 3474/20 3474/24 3475/2 3475/9
summertime [1]   3463/5
supervisory [1]   3399/14
support [4]   3401/8 3477/10 3482/12 3488/20
supported [1]   3481/9
supports [1]   3480/19
Supreme [3]   3361/6 3361/12 3361/16
sure [34]   3331/4 3332/22 3342/9 3344/20
  3344/22 3345/7 3345/21 3347/16 3353/2
  3356/4 3356/7 3356/13 3359/6 3360/3 3360/7
  3360/15 3365/6 3368/6 3368/16 3386/21
  3388/14 3393/9 3412/13 3412/14 3414/7
  3427/18 3441/3 3441/18 3447/15 3460/16
  3471/14 3473/5 3475/1 3475/3
surrounding [1]   3433/1
surveillance [1]   3468/6
suspicious [2]   3370/21 3372/11
sustain [1]   3376/21
Sustained [2]   3379/4 3458/20
sweatshirt [1]   3464/4
sworn [7]   3350/6 3398/6 3479/14 3481/9
  3488/21 3490/3 3490/4
sympathetic [1]   3340/6
system [3]   3372/16 3483/6 3483/8

T

table [7]   3378/7 3402/22 3424/16 3424/16
  3439/8 3439/10 3439/15
tablecloth [1]   3424/15
tactical [1]   3360/19
taint [1]   3331/7
take [24]   3338/12 3338/17 3339/1 3339/23
  3353/5 3356/17 3357/20 3390/1 3392/17
  3408/9 3409/9 3411/8 3414/17 3414/19
  3414/22 3416/6 3427/1 3427/24 3452/4
  3457/25 3458/1 3464/19 3464/22 3470/5
taken [15]   3353/21 3403/11 3410/9 3416/13
  3416/20 3417/6 3418/20 3422/4 3422/18
  3427/22 3441/7 3463/14 3468/5 3469/17
  3471/1
takes [3]   3334/12 3339/7 3371/17
taking [7]   3361/9 3369/20 3372/3 3408/16
  3427/8 3427/20 3428/1
talk [13]   3338/21 3342/5 3342/6 3344/2
  3344/19 3346/14 3349/10 3362/4 3406/9
  3448/20 3450/5 3450/11 3457/1
talked [8]   3371/16 3376/25 3384/24 3431/9
  3434/22 3456/17 3485/3 3485/4
talking [21]   3343/2 3345/19 3345/23 3365/14
  3369/20 3371/19 3378/21 3378/25 3384/20
  3391/6 3391/7 3393/10 3395/5 3395/6 3403/20
  3469/24 3470/7 3472/24 3473/7 3479/20

tantamount [2]   3416/14 3416/20
task [4]   3399/16 3399/18 3401/4 3401/7
tea [1]   3464/2
team [36]   3331/24 3353/22 3371/16 3371/19
  3378/19 3379/8 3379/25 3380/3 3388/22
  3403/6 3403/13 3403/25 3404/1 3404/1
  3404/14 3404/15 3407/16 3409/9 3409/19
  3412/12 3418/25 3424/13 3424/13 3425/13
  3425/15 3427/1 3435/1 3435/17 3436/5 3438/8
  3438/12 3441/21 3457/14 3457/19 3473/2
  3473/15
technically [1]   3388/20
telephone [6]   3474/19 3475/3 3476/13 3482/7
  3483/23 3484/5
television [1]   3443/1
tell [20]   3330/19 3330/25 3348/15 3355/11
  3355/25 3369/9 3370/20 3372/10 3378/14
  3381/17 3432/18 3435/20 3440/16 3445/9
  3452/6 3459/18 3464/21 3471/8 3472/12
  3472/14
telling [7]   3342/5 3351/12 3369/24 3370/23
  3381/18 3421/16 3422/12
ten [3]   3352/10 3417/3 3419/4
tends [1]   3431/14
Tennessee [2]   3330/13 3330/18
term [1]   3473/6
terms [2]   3364/25 3396/5
terrible [1]   3463/8
terrorism [1]   3399/18
terrorist [1]   3346/20
testified [16]   3344/5 3347/4 3347/4 3349/14
  3349/14 3350/6 3353/9 3366/12 3370/15
  3378/13 3378/22 3379/1 3382/8 3421/23
  3430/3 3482/4
testifies [4]   3334/5 3395/11 3485/25
  3486/23
testify [13]   3332/5 3334/2 3395/11 3396/5
  3396/8 3430/14 3477/14 3477/17 3485/20
  3486/23 3486/25 3490/12 3490/16
testifying [7]   3343/18 3343/25 3379/6
  3379/7 3379/11 3474/24 3478/2
testimony [26]   3334/8 3339/19 3340/5
  3349/17 3363/20 3379/20 3389/16 3389/17
  3391/3 3414/16 3415/5 3417/14 3418/22
  3418/23 3420/24 3421/20 3423/7 3427/11
  3475/2 3481/9 3486/4 3488/21 3489/1 3489/25
  3490/3 3490/4
than [10]   3336/12 3352/16 3359/18 3370/8
  3382/19 3390/20 3420/25 3424/18 3427/12
  3478/2
thank [15]   3330/5 3354/20 3386/24 3389/14
  3389/16 3389/20 3398/4 3412/6 3423/5
  3423/18 3423/22 3433/11 3434/4 3451/22
  3469/20
thank you [8]   3330/5 3386/24 3389/14 3412/6
  3423/18 3433/11 3451/22 3469/20
Thanks [2]   3403/19 3485/12
that [831]
that's [85]   3334/10 3336/4 3337/12 3340/22
  3341/2 3342/13 3344/16 3346/17 3347/10
  3351/16 3357/16 3358/14 3363/11 3364/17
  3365/13 3365/14 3365/22 3367/12 3369/16
  3370/2 3370/2 3370/10 3371/7 3371/10
  3372/16 3375/23 3384/14 3385/11 3388/7
  3389/7 3390/11 3390/14 3390/20 3393/1
  3393/9 3393/10 3400/7 3408/1 3408/7 3408/16
  3409/25 3410/23 3411/2 3411/3 3412/9
  3415/16 3419/1 3419/14 3421/5 3421/24
  3421/25 3422/5 3425/10 3428/18 3430/13
  3431/10 3431/20 3432/13 3437/22 3439/8
  3439/10 3439/17 3439/21 3443/11 3455/6
  3457/4 3466/23 3473/21 3474/4 3477/15
  3478/6 3479/3 3480/9 3480/16 3480/25
  3480/22 3481/1 3482/2 3482/11 3482/15
  3483/18 3487/22 3487/24 3488/4 3489/7
their [11]   3330/22 3334/5 3336/6 3345/14
  3365/11 3393/10 3431/24 3432/11 3436/16

**their... [2]**   3483/8 3489/5
**them [62]**   3334/23 3337/3 3340/17 3341/7
3341/11 3341/17 3343/9 3346/2
3346/3 3346/22 3346/23 3347/6 3355/23
3355/24 3361/10 3364/9 3368/17 3372/11
3372/16 3372/17 3372/21 3374/7 3374/24
3378/5 3378/6 3378/9 3378/15 3381/16
3381/17 3383/11 3383/17 3388/24 3395/14
3395/23 3411/9 3420/5 3422/2 3422/8 3422/14
3422/23 3422/25 3422/25 3431/5 3431/8
3431/14 3432/15 3438/21 3439/3 3442/3
3447/24 3476/14 3476/14 3476/17 3476/18
3482/13 3484/6 3485/10 3487/9 3487/13
3487/14 3487/18
**themselves [1]**   3442/2
**then [119]**   3334/21 3337/20 3337/23 3338/15
3338/21 3339/6 3339/22 3339/23 3340/4
3340/13 3341/22 3346/1 3347/21 3351/11
3351/18 3357/20 3357/24 3358/18 3363/6
3365/11 3366/20 3368/13 3371/17 3371/23
3372/18 3374/4 3374/16 3375/14 3377/17
3384/7 3385/10 3387/23 3388/5 3393/12
3393/12 3395/2 3395/14 3399/25 3406/19
3407/1 3407/22 3408/2 3409/5 3409/21 3410/5
3410/24 3412/20 3413/2 3413/5 3414/2
3414/21 3414/25 3418/7 3425/16 3427/3
3428/17 3428/20 3428/25 3435/22 3438/1
3439/16 3440/19 3444/9 3444/16 3445/3
3447/19 3449/25 3450/2 3450/10 3450/18
3451/3 3451/17 3451/19 3452/4 3453/5
3454/11 3454/18 3454/21 3455/1 3455/2
3455/4 3455/12 3455/13 3455/17 3455/25
3456/4 3456/12 3457/2 3457/5 3457/14 3458/3
3459/13 3461/6 3461/17 3462/3 3462/7 3462/9
3462/10 3462/11 3464/3 3467/21 3470/3
3470/3 3470/8 3472/3 3472/5 3472/10 3473/5
3473/19 3473/24 3474/2 3476/12 3483/15
3485/14 3487/1 3487/5 3488/6 3489/14
3489/18
**Then-Director [1]**   3399/25
**theories [2]**   3343/6 3344/15
**theory [1]**   3340/23
**there [153]**   3330/8 3332/2 3332/19 3335/20
3335/21 3335/24 3336/18 3337/15 3341/4
3341/11 3341/22 3343/25 3343/25 3344/1
3344/3 3344/25 3344/25 3345/18 3347/12
3350/24 3351/7 3356/10 3357/25 3358/7
3360/8 3361/24 3362/7 3362/8 3362/10
3363/14 3363/14 3364/10 3364/12 3364/13
3364/14 3365/10 3365/14 3365/15 3365/15
3366/1 3366/1 3366/2 3366/20 3367/19
3367/19 3369/8 3369/9 3369/10 3369/12
3372/22 3372/23 3373/21 3374/6 3377/16
3381/4 3381/8 3381/14 3383/24 3384/2 3384/4
3384/9 3384/10 3384/25 3385/2 3385/13
3385/19 3386/10 3386/12 3387/9 3387/22
3388/23 3388/23 3389/9 3391/1 3393/13
3393/16 3399/8 3399/10 3401/13 3401/14
3402/4 3403/3 3403/22 3406/2 3406/5 3406/15
3406/16 3406/18 3408/2 3409/4 3409/7
3412/15 3412/16 3412/23 3412/25 3414/12
3414/13 3415/4 3415/5 3415/7 3415/9 3415/9
3416/11 3416/16 3417/20 3419/17 3420/5
3425/14 3425/18 3426/10 3426/12 3426/23
3429/11 3429/12 3429/18 3435/21 3436/10
3436/17 3439/22 3441/11 3442/10 3446/21
3450/8 3455/25 3456/4 3456/7 3456/11 3459/2
3461/23 3461/25 3463/5 3463/7 3463/13
3464/9 3465/4 3466/17 3470/8 3471/1 3471/16
3471/20 3473/19 3473/20 3473/24 3473/25
3474/2 3478/18 3479/18 3481/15 3483/15
3486/15 3488/1 3488/9 3490/22
**there's [36]**   3331/10 3331/11 3332/20
3334/25 3336/16 3337/20 3338/10 3341/8
3341/12 3341/14 3341/16 3362/10 3373/9
3375/22 3388/9 3388/11 3392/5 3392/13

3390/10 3396/19 3409/15 3414/15 3414/24
3415/4 3417/11 3417/12 3417/13 3418/7
3418/8 3439/16 3443/17 3474/25 3475/2
3483/16 3489/1 3490/3
**thereafter [1]**   3458/6
**these [27]**   3340/15 3340/24 3341/6 3341/14
3341/20 3342/6 3342/24 3345/6 3346/19
3347/12 3347/13 3376/10 3384/9 3384/10
3393/6 3410/25 3410/25 3413/21 3430/23
3431/12 3439/2 3441/4 3481/15 3483/3 3485/5
3488/20 3490/1
**they [128]**   3330/24 3335/22 3338/11 3340/18
3343/14 3346/2 3349/16 3352/2 3352/9 3355/9
3355/18 3355/20 3355/21 3356/4 3356/7
3356/11 3359/7 3363/2 3363/12 3364/23
3365/20 3365/24 3366/6 3366/7 3367/5 3367/7
3367/21 3367/23 3368/4 3371/2 3372/10
3372/14 3372/15 3373/2 3373/5 3373/7
3373/16 3374/19 3375/4 3378/9 3378/16
3378/17 3378/19 3379/20 3379/22 3383/5
3383/8 3383/14 3383/19 3384/20 3385/12
3385/23 3385/23 3385/24 3385/25 3387/23
3388/2 3388/3 3388/4 3388/5 3391/18 3391/24
3391/24 3392/3 3392/7 3392/9 3392/17
3392/17 3392/18 3392/19 3392/19 3393/19
3393/20 3394/8 3394/14 3394/23 3411/11
3411/25 3415/21 3418/20 3421/9 3421/11
3421/25 3422/1 3425/12 3425/24 3426/1
3426/1 3426/3 3428/17 3428/20 3428/25
3429/1 3429/1 3429/2 3429/4 3431/18 3436/22
3436/23 3436/23 3438/23 3442/1 3442/19
3447/23 3451/6 3458/6 3458/6 3458/9 3462/19
3464/23 3465/22 3465/23 3476/14 3478/5
3479/3 3481/25 3484/3 3484/7 3484/14
3484/15 3487/1 3487/6 3487/6 3487/7 3487/8
3487/12 3487/13 3489/13
**they'd [2]**   3367/7 3472/17
**they're [18]**   3335/12 3341/21 3344/9 3359/23
3372/15 3376/7 3394/22 3411/24 3421/15
3421/22 3422/5 3422/7 3428/24 3451/9
3484/15 3484/23 3484/24 3484/25
**thing [18]**   3340/13 3340/22 3343/24 3345/22
3348/16 3359/25 3377/6 3381/17 3384/20
3393/18 3413/15 3414/11 3415/4 3415/20
3440/13 3451/25 3476/6 3476/9
**things [22]**   3330/10 3332/5 3338/24 3340/17
3342/24 3351/9 3364/25 3368/23 3369/20
3371/4 3372/18 3373/5 3375/17 3394/22
3406/10 3407/23 3414/17 3415/6 3415/9
3421/14 3429/25 3489/13
**think [66]**   3331/10 3331/20 3331/25 3332/15
3332/20 3334/8 3335/25 3336/2 3336/8 3338/7
3338/9 3338/20 3338/24 3339/7 3340/3
3343/10 3344/9 3344/10 3345/8 3345/11
3345/14 3348/18 3349/18 3351/3 3351/8
3351/16 3353/9 3357/4 3359/23 3362/8
3363/20 3364/14 3366/12 3368/17 3369/15
3369/15 3370/4 3370/6 3370/16 3371/20
3378/19 3383/25 3386/16 3391/11 3391/16
3396/15 3414/15 3414/16 3418/2 3418/2
3418/5 3420/16 3421/20 3422/11 3422/12
3422/24 3424/17 3443/24 3456/12 3466/17
3466/18 3476/4 3477/5 3479/25 3486/9
3487/15
**thinking [2]**   3372/7 3476/2
**thinks [2]**   3340/21 3390/19
**third [3]**   3418/8 3471/16 3478/4
**this [188]**
**those [33]**   3336/22 3355/12 3360/15 3362/17
3362/19 3368/22 3372/8 3373/25 3374/4
3378/20 3392/8 3405/24 3405/25 3406/24
3410/10 3410/13 3411/7 3415/17 3421/14
3425/14 3426/20 3427/22 3427/22 3432/13
3435/8 3435/11 3460/21 3465/25 3473/7
3481/7 3482/10 3484/8 3488/11
**though [3]**   3352/24 3443/25 3444/3
**thought [7]**   3333/23 3334/9 3334/9 3335/7
3417/15 3464/20 3485/19

**T**

threat [3]   3387/3 3387/3 3387/20
threats [3]   3455/19 3455/21 3473/16
three [10]   3345/2 3364/1 3365/19 3400/3
  3400/10 3431/8 3435/4 3439/22 3461/23
  3474/6
through [31]   3332/7 3339/22 3346/19 3371/1
  3385/8 3386/19 3402/9 3402/11 3410/24
  3411/1 3411/1 3412/21 3413/20 3414/11
  3417/23 3417/25 3424/17 3424/18 3430/23
  3436/16 3440/24 3443/6 3443/12 3443/14
  3455/16 3459/23 3460/2 3468/20 3470/15
  3488/2 3488/11
thrown [1]   3370/1
tie [1]   3333/10
Tiegan [2]   3338/8 3339/1
Tiegen [4]   3333/13 3350/5 3350/11 3389/16
Tiegen's [2]   3332/11 3350/3
time [86]   3332/7 3345/10 3348/10 3350/19
  3352/18 3352/22 3353/6 3355/8 3361/20
  3361/21 3364/18 3364/19 3369/11 3369/13
  3369/20 3370/3 3370/13 3371/18 3371/19
  3372/13 3375/19 3377/21 3377/24 3379/24
  3380/2 3381/21 3390/1 3391/7 3391/25 3402/5
  3403/3 3411/14 3415/7 3415/16 3426/11
  3426/13 3430/12 3432/22 3432/23 3433/23
  3433/25 3435/13 3435/15 3436/10 3437/3
  3437/7 3437/7 3437/8 3437/10 3437/15
  3437/16 3437/25 3442/9 3442/10
  3445/14 3446/21 3450/4 3450/18 3451/15
  3455/10 3456/4 3456/25 3457/11 3459/2
  3459/7 3459/7 3459/8 3459/11 3460/1 3460/8
  3461/2 3461/3 3461/21 3461/24 3464/9
  3464/17 3465/4 3469/4 3470/19 3471/16
  3478/15 3478/17 3483/12 3490/1 3490/2
times [12]   3378/23 3381/9 3405/17 3405/20
  3407/6 3429/13 3429/14 3429/25 3429/25
  3430/23 3430/24 3433/16
titled [1]   3492/4
TOC [1]   3365/5
today [17]   3341/12 3343/19 3346/12 3349/15
  3351/10 3370/8 3381/18 3395/7 3402/18
  3416/25 3426/15 3426/19 3446/4 3448/10
  3448/14 3449/7 3456/25
together [7]   3333/10 3352/8 3406/8 3406/9
  3407/20 3428/21 3431/9
toggle [2]   3424/17 3424/18
told [33]   3332/3 3338/5 3345/11 3347/8
  3352/11 3352/16 3352/23 3352/24 3361/25
  3376/18 3376/19 3377/7 3378/9 3394/13
  3435/25 3441/24 3442/3 3446/15 3450/4
  3450/10 3452/19 3452/22 3457/25 3460/2
  3460/6 3460/17 3461/11 3462/16 3462/18
  3463/4 3467/10 3478/23 3484/7
tomorrow [10]   3338/19 3339/4 3339/5 3390/16
  3390/22 3475/21 3487/3 3487/12 3487/15
  3487/21
tone [3]   3457/11 3472/22 3472/22
tonight [1]   3476/17
Tonto [3]   3363/9 3368/12 3370/18
Tonto's [1]   3369/2
too [8]   3331/2 3360/8 3360/10 3360/10
  3360/12 3371/5 3371/24 3394/12
took [39]   3356/24 3359/5 3367/6 3367/7
  3367/13 3367/16 3367/21 3368/1 3368/3
  3368/5 3369/11 3369/24 3371/10 3386/4
  3388/3 3392/8 3392/18 3393/6 3393/6 3408/4
  3420/23 3421/12 3422/3 3427/2 3427/3 3427/7
  3427/10 3428/17 3428/20 3429/1 3429/2
  3450/24 3456/5 3457/24 3463/19 3464/7
  3470/11 3473/23 3490/1
top [5]   3342/7 3387/8 3387/13 3412/24
  3452/6

total [1]   3403/9
touch [2]   3467/16 3483/21
tour [1]   3400/25
towards [13]   3359/10 3359/12 3362/8 3364/1
  3366/7 3383/6 3388/19 3388/21 3388/25
  3414/3 3425/21 3425/24 3436/19
Tower [1]   3370/23
town [1]   3487/12
tracksuit [1]   3435/7
traffic [2]   3481/1 3481/21
training [1]   3371/7
transcript [3]   3327/10 3328/17 3492/3
transcription [1]   3328/18
transferred [3]   3399/13 3401/12 3462/1
translate [3]   3443/8 3447/1 3449/18
translated [29]   3406/12 3406/13 3443/10
  3443/13 3444/6 3445/12 3446/18 3446/20
  3447/8 3447/12 3447/16 3447/19 3447/22
  3447/25 3448/12 3448/17 3448/22 3449/1
  3449/5 3449/11 3449/12 3449/25 3452/7
  3452/25 3453/4 3453/21 3455/4 3455/17
  3471/14
translating [4]   3437/24 3438/4 3438/5
  3440/25
translation [13]   3406/17 3437/22 3440/9
  3440/10 3440/24 3441/1 3443/7 3445/7
  3445/10 3449/20 3453/22 3454/6 3456/22
translations [1]   3407/17
translator [10]   3400/23 3404/12 3406/7
  3428/12 3436/2 3439/17 3444/4 3452/17
  3456/1 3460/2
translators [2]   3400/18 3436/16
transpired [1]   3421/13
traveling [2]   3425/25 3442/5
treated [2]   3386/7 3440/14
trial [6]   3327/10 3418/22 3418/23 3420/24
  3427/11 3449/23
tried [3]   3338/25 3361/19 3368/1
triple [1]   3490/19
Tripoli [5]   3374/1 3405/19 3462/2 3462/4
  3480/14
trotting [1]   3372/14
truck [4]   3358/7 3363/25 3367/18 3382/12
true [14]   3337/2 3337/11 3337/18 3337/20
  3337/22 3341/9 3346/6 3346/7 3370/10
  3373/12 3432/17 3440/2 3489/7 3489/11
truly [1]   3416/24
trust [2]   3335/12 3336/24
trustworthiness [1]   3478/8
trustworthy [4]   3479/1 3479/7 3485/8
  3485/10
truth [2]   3346/5 3376/13
truthful [1]   3335/13
truthfully [1]   3343/19
try [2]   3339/22 3360/22
trying [12]   3337/6 3353/23 3359/12 3360/2
  3360/23 3366/3 3373/9 3375/20 3376/12
  3385/11 3483/1 3483/5
Tunisia [5]   3479/16 3479/23 3482/6 3482/14
  3482/19
turn [1]   3370/23
turned [3]   3368/21 3465/19 3481/13
turns [1]   3359/25
TV [11]   3377/8 3377/16 3377/20 3377/23
  3378/3 3378/11 3378/15 3380/11 3385/20
  3385/21 3386/1
twice [2]   3372/12 3445/2
two [34]   3339/10 3339/13 3339/19 3341/8
  3362/9 3363/24 3364/3 3364/14 3372/6 3372/8
  3385/8 3391/7 3399/15 3406/10 3407/24
  3407/25 3421/24 3424/21 3428/25 3431/12
  3435/4 3436/1 3459/4 3459/11 3463/20
  3463/22 3463/25 3464/5 3473/3 3473/24
  3479/18 3487/5 3488/16 3489/16
two-hour [1]   3463/25
type [8]   3383/5 3384/3 3399/8 3426/10
  3438/7 3455/23 3460/10 3462/21

# T

typed [2]   3429/5 3479/5
typed-up [1]   3429/5
types [1]   3465/11

# U

U.S [9]   3327/14 3328/12 3375/18 3385/24
 3398/25 3401/21 3402/10 3402/15 3442/4
U.S. [1]   3383/16
U.S. Ambassador [1]   3383/16
Ubaydah [7]   3466/1 3466/22 3466/23 3467/5
 3467/8 3467/12 3467/18
Ubben [1]   3365/21
Ubydi [1]   3423/7
Uh [3]   3405/16 3451/21 3454/20
Uh-huh [3]   3405/16 3451/21 3454/20
unauthorized [1]   3333/16
uncertain [1]   3396/5
unclear [1]   3408/1
under [27]   3334/1 3351/19 3355/6 3392/23
 3395/11 3396/6 3398/2 3401/17 3404/6 3417/9
 3441/11 3442/3 3447/10 3450/15 3453/19
 3455/25 3476/24 3479/14 3480/1 3480/5
 3480/7 3480/8 3484/17 3486/23 3489/1
 3489/17 3490/12
undercut [2]   3478/7 3478/8
underlined [1]   3454/22
understand [19]   3338/6 3340/8 3348/12
 3349/6 3390/13 3420/21 3443/11 3446/19
 3446/22 3446/23 3447/2 3447/15 3448/8
 3449/13 3451/9 3452/24 3455/14 3478/17
 3478/18
understanding [2]   3331/21 3458/17
understands [3]   3396/6 3447/13 3455/17
understood [22]   3373/25 3406/21 3419/3
 3443/14 3444/11 3447/9 3447/16 3448/13
 3448/19 3448/23 3449/1 3449/5 3449/12
 3449/20 3449/25 3450/5 3452/8 3453/1 3455/4
 3456/12 3456/13 3456/23
undertook [1]   3427/8
unfriendly [1]   3360/24
uniforms [2]   3355/17 3355/23
unique [1]   3443/2
UNITED [18]   3327/1 3327/3 3327/11 3399/1
 3400/2 3401/6 3402/14 3442/5 3447/5 3447/10
 3447/21 3448/2 3448/3 3448/4 3448/16 3449/8
 3449/10 3480/6
United States [14]   3399/1 3400/2 3401/6
 3402/14 3442/5 3447/5 3447/10 3447/21
 3448/2 3448/4 3448/16 3449/8 3449/10 3480/6
unknown [1]   3386/8
unless [9]   3337/7 3356/11 3392/4 3392/5
 3392/9 3392/12 3421/2 3427/15 3485/25
unlike [1]   3340/16
unnecessary [1]   3449/9
unredacted [1]   3477/18
unstable [1]   3343/21
until [8]   3338/20 3351/3 3372/19 3389/17
 3394/23 3401/10 3483/19 3485/25
untruthful [1]   3345/4
up [53]   3338/22 3339/5 3341/24 3345/24
 3347/15 3355/7 3355/9 3364/16 3365/21
 3365/22 3367/11 3370/23 3371/10 3376/7
 3382/18 3382/18 3383/12 3385/12 3385/19
 3388/14 3388/19 3388/22 3388/23 3390/17
 3395/9 3406/19 3411/20 3412/20 3413/2
 3413/6 3414/16 3416/7 3424/1 3428/11 3429/5
 3436/18 3437/16 3449/12 3449/19 3453/24
 3456/11 3458/7 3461/6 3462/3 3464/23
 3464/23 3469/19 3472/18 3475/5 3481/25
 3485/19 3485/24 3486/3
upon [4]   3396/21 3440/11 3441/7 3480/12
us [54]   3332/25 3339/7 3354/11 3360/13
 3360/14 3360/18 3362/23 3368/2 3368/22
 3368/22 3369/8 3370/23 3375/25 3376/7
 3382/16 3384/12 3391/10 3407/22 3418/3
 3435/12 3436/14 3439/22 3440/16 3442/14

usdoj.gov [4]   3327/17 3327/18 3327/18
 3327/19
use [14]   3341/19 3356/23 3373/5 3373/13
 3373/15 3393/16 3400/18 3400/23 3404/11
 3406/7 3475/1 3476/14 3477/16 3488/9
used [16]   3349/17 3367/8 3395/12 3407/4
 3424/7 3437/7 3442/24 3444/17 3445/8 3445/9
 3448/4 3448/15 3458/14 3468/22 3471/13
 3476/14
using [13]   3341/20 3375/23 3406/23 3432/15
 3437/22 3442/13 3443/15 3443/16 3444/4
 3448/6 3448/18 3452/1 3471/6
USS [5]   3403/8 3403/14 3408/7 3408/24
 3468/23
USS New York [1]   3403/14
usually [2]   3337/21 3428/4
utilizing [1]   3406/6

# V

valid [2]   3480/8 3488/17
variety [1]   3399/10
various [3]   3370/16 3385/1 3409/2
vehicle [7]   3364/16 3365/21 3368/21 3382/10
 3384/3 3388/16 3388/16
vehicles [5]   3361/17 3374/7 3383/24 3383/25
 3384/3
vent [2]   3413/12 3424/23
ventilation [2]   3413/12 3424/23
verbal [1]   3457/20
verbally [6]   3442/13 3450/6 3450/7 3450/14
 3450/16 3471/24
verbatim [5]   3406/11 3407/25 3443/5 3444/6
 3471/15
versa [1]   3475/18
version [19]   3443/18 3443/20 3444/3 3444/5
 3444/8 3444/17 3445/8 3448/7 3448/7 3452/3
 3452/6 3452/18 3453/21 3454/9 3454/14
 3481/4 3483/22 3483/24 3489/17
versions [5]   3477/18 3485/5 3485/6 3488/17
 3489/16
versus [3]   3330/13 3330/16 3331/1
very [27]   3338/10 3344/8 3345/17 3347/25
 3352/14 3369/13 3371/8 3389/15 3396/1
 3397/17 3406/14 3407/13 3417/2 3422/2
 3422/2 3423/14 3440/8 3440/10 3441/1 3458/2
 3460/5 3461/2 3463/8 3472/1 3473/13 3474/10
 3488/13
vice [1]   3475/18
video [2]   3426/10 3426/12
videos [1]   3426/13
videotape [3]   3426/14 3426/18 3426/22
videotaped [3]   3392/17 3393/24 3418/11
view [7]   3348/17 3348/21 3349/7 3375/2
 3385/24 3410/23 3420/15
Villa [1]   3387/14
violated [3]   3334/3 3334/5 3334/18
violations [4]   3333/15 3391/8 3398/25
 3447/4
violent [2]   3399/9 3399/17
voice [1]   3376/4
voiced [1]   3342/18
voluntarily [1]   3455/15
voluntariness [4]   3339/21 3394/18 3395/5
 3395/7
voluntary [5]   3459/24 3459/25 3460/3 3471/4
 3471/21

# W

wait [3]   3338/20 3435/23 3469/13
waiting [1]   3389/25
waived [3]   3450/5 3450/7 3456/2

waiver [10]   3451/17 3451/18 3452/2 3452/4
 3452/19 3452/23 3456/5 3456/16 3457/20
 3457/22
Waleed [1]   3328/3
waleed.nassar [1]   3328/7
walk [3]   3373/10 3410/2 3411/2
walked [2]   3357/21 3436/16
walking [7]   3365/22 3370/16 3372/6 3373/15
 3410/6 3410/7 3413/9
wall [6]   3363/7 3363/8 3363/12 3370/1
 3424/15 3425/20
wallpaper [10]   3412/20 3413/5 3413/11
 3413/15 3414/1 3424/15 3424/22 3425/11
 3425/12 3426/5
want [38]   3338/21 3343/14 3344/15 3344/20
 3349/16 3355/11 3355/12 3357/2 3359/24
 3360/25 3361/4 3368/17 3373/14 3379/15
 3391/2 3396/5 3396/19 3408/3 3408/14
 3410/21 3419/8 3422/22 3423/4 3447/14
 3449/6 3449/7 3450/12 3452/20 3453/8
 3453/10 3453/11 3455/9 3456/18 3476/4
 3477/21 3486/11 3488/1 3490/13
wanted [13]   3330/10 3347/23 3349/15 3352/5
 3354/16 3360/8 3360/22 3373/7 3412/19
 3434/20 3450/11 3460/6 3477/7
wants [4]   3330/10 3343/8 3391/17 3396/4
warnings [1]   3407/23
warranted [1]   3394/11
was [458]
wash [1]   3334/12
washed [1]   3441/10
Washington [10]   3327/5 3327/16 3327/23
 3328/5 3328/14 3344/19 3348/18 3348/22
 3354/2 3354/16
wasn't [8]   3358/7 3366/23 3369/13 3375/25
 3420/6 3441/11 3484/22 3490/7
watch [2]   3370/12 3451/7
water [1]   3371/17
way [30]   3335/24 3336/12 3338/1 3338/4
 3338/24 3343/22 3356/10 3357/24 3358/6
 3368/5 3373/2 3373/10 3383/5 3384/5 3388/4
 3392/19 3410/4 3410/7 3410/8 3413/25
 3423/16 3423/16 3425/24 3443/6 3446/9
 3452/5 3464/15 3464/19 3472/24 3480/2
ways [2]   3340/12 3473/3
we [352]
we believe [1]   3346/6
We had [1]   3391/15
we will [5]   3350/2 3396/2 3485/13 3485/15
 3488/10
we would [10]   3339/13 3406/2 3406/19
 3416/25 3435/22 3443/10 3466/25 3471/5
 3488/11 3488/19
we'd [14]   3391/21 3419/23 3435/21 3435/23
 3444/11 3447/8 3464/19 3464/20 3466/24
 3472/12 3472/14 3473/7 3473/8 3480/11
we'll [27]   3332/12 3333/10 3336/8 3338/20
 3339/10 3340/8 3340/11 3377/9 3394/7 3395/1
 3396/13 3414/22 3414/25 3417/2 3417/3
 3417/4 3419/4 3458/2 3459/7 3469/8 3474/13
 3475/5 3476/9 3485/13 3486/14 3486/24
 3490/20
we're [36]   3332/17 3336/10 3342/7 3346/4
 3360/18 3360/20 3369/4 3389/25 3390/12
 3391/6 3391/7 3391/7 3394/2 3398/25 3406/12
 3408/1 3410/25 3413/24 3414/3 3414/10
 3416/6 3421/5 3424/21 3429/18 3429/19
 3452/20 3458/1 3464/19 3464/21 3469/24
 3470/1 3470/14 3472/14 3472/15 3472/24
 3474/11
we've [8]   3396/15 3396/24 3407/19 3452/12
 3452/12 3474/11 3475/3 3475/15
weak [1]   3330/20
weapons [6]   3331/16 3332/12 3356/7 3362/17
 3367/25 3372/16
wear [2]   3355/17 3355/23

wearing [10]   3355/23 3362/19 3362/22 3362/25
 3435/8 3438/8 3438/15 3441/17
week [4]   3338/25 3423/8 3423/9 3432/4
weekend [2]   3340/10 3487/13
weird [1]   3372/15
welcome [4]   3330/4 3348/4 3350/1 3423/20
welfare [2]   3441/20 3473/20
well [56]   3332/18 3334/24 3335/2 3338/14
 3339/9 3346/11 3347/25 3357/3 3357/7
 3359/19 3359/24 3360/20 3360/25 3362/10
 3371/8 3375/18 3376/1 3377/9 3377/18
 3378/17 3381/8 3384/3 3385/5 3385/9 3389/15
 3391/19 3394/25 3395/22 3397/17 3403/10
 3407/2 3407/13 3409/15 3410/10 3413/12
 3417/2 3421/19 3423/4 3423/9 3423/14
 3429/11 3440/8 3440/10 3441/1 3453/25
 3457/6 3468/9 3474/10 3475/6 3476/21 3477/2
 3487/2 3487/9 3487/20 3488/13 3489/6
went [21]   3350/16 3357/2 3360/10 3361/19
 3363/12 3368/8 3368/9 3371/16 3379/24
 3388/3 3407/20 3442/20 3443/11 3443/14
 3446/23 3451/17 3453/2 3460/21 3461/4
 3464/16 3472/19
were [201]
weren't [7]   3356/4 3356/7 3359/5 3364/7
 3368/6 3368/16 3377/4
west [2]   3387/14 3399/20
west-side [1]   3387/14
Westlaw [1]   3330/17
Westlaw 274968 [1]   3330/17
what [201]
what's [11]   3332/1 3334/20 3342/1 3345/11
 3358/2 3371/3 3375/12 3377/22 3422/12
 3425/22 3453/22
whatever [2]   3453/10 3484/20
whatsoever [2]   3361/22 3426/13
when [112]   3332/7 3337/11 3340/5 3349/14
 3351/9 3351/19 3352/22 3352/23 3353/15
 3355/4 3357/17 3357/20 3357/20 3361/19
 3361/22 3362/2 3362/4 3364/24 3365/10
 3365/13 3365/15 3365/21 3365/22 3365/23
 3366/20 3366/25 3367/7 3367/8 3367/16
 3369/19 3374/10 3374/18 3376/25 3377/1
 3378/1 3378/5 3378/13 3379/24 3381/7
 3381/14 3381/16 3383/11 3384/2 3385/7
 3385/12 3385/17 3386/9 3386/9 3386/9 3387/7
 3387/25 3388/2 3388/14 3388/18 3399/4
 3401/10 3402/5 3403/3 3403/12 3404/3 3406/5
 3406/6 3407/12 3409/11 3409/15 3409/18
 3409/21 3409/23 3411/8 3411/12 3412/2
 3415/1 3422/24 3423/24 3427/22 3428/1
 3429/25 3435/8 3436/10 3437/19 3437/25
 3438/1 3440/6 3440/7 3441/8 3442/10 3443/18
 3446/6 3449/14 3454/16 3456/11 3457/10
 3457/10 3459/2 3459/6 3459/18 3462/18
 3463/9 3464/18 3465/4 3465/6 3470/13 3471/5
 3471/23 3472/8 3473/5 3479/1 3481/16
 3482/13 3483/7 3484/4 3485/19
whenever [1]   3443/1
where [58]   3332/12 3341/16 3357/2 3357/22
 3358/12 3360/19 3361/23 3363/6 3363/11
 3365/6 3370/24 3373/3 3373/14 3373/16
 3376/1 3379/1 3382/8 3382/9 3386/17 3387/7
 3389/3 3389/7 3399/5 3399/14 3406/2 3408/4
 3408/9 3408/11 3409/16 3409/19 3409/20
 3409/21 3410/2 3410/5 3411/3 3414/15 3436/3
 3437/16 3439/8 3439/10 3439/17 3439/21
 3446/21 3446/23 3453/16 3461/5 3473/13
 3473/20 3473/25 3480/4 3480/14 3483/15
 3484/3 3484/6 3484/12 3484/14 3484/15
 3484/15
Where's [1]   3395/20
whether [23]   3334/18 3334/19 3344/12
 3344/18 3346/3 3348/20 3349/23 3356/4
 3356/7 3356/10 3357/21 3359/16 3363/2
 3368/16 3385/13 3385/16 3416/13 3416/14
 3449/6 3449/22 3464/9 3475/17 3486/22
which [69]   3330/20 3330/25 3331/17 3331/21

**W**

which... [65]   3333/1 3333/4 3333/17 3336/18
3341/23 3342/7 3346/2 3365/6 3379/1 3382/23
3389/10 3390/22 3391/19 3393/5 3393/24
3397/7 3397/8 3399/2 3399/16 3399/18
3399/20 3408/15 3409/14 3415/6 3418/5
3418/7 3418/8 3419/16 3419/21 3421/23
3422/8 3423/8 3423/12 3423/25 3424/5 3426/4
3428/21 3428/22 3429/24 3436/22 3439/4
3440/15 3440/21 3441/6 3446/17 3450/9
3453/2 3453/22 3453/22 3463/21 3464/1
3465/7 3469/16 3470/11 3478/11 3479/12
3479/23 3480/25 3481/1 3482/8 3483/2 3484/1
3485/25 3486/1 3488/22
whichever [1]   3423/16
while [12]   3336/10 3361/5 3372/18 3384/20
3388/23 3400/14 3408/16 3444/18 3451/3
3462/25 3468/23 3472/16
white [2]   3402/22 3439/7
who [42]   3332/4 3333/13 3338/21 3340/21
3342/3 3343/2 3346/1 3346/2 3346/8 3346/21
3346/24 3347/7 3347/13 3355/25 3356/1
3356/14 3358/15 3359/23 3362/13 3366/13
3371/2 3374/1 3375/2 3375/4 3375/19 3375/25
3386/4 3387/4 3395/10 3395/16 3404/14
3425/14 3435/20 3437/19 3465/17 3473/7
3475/23 3479/2 3485/3 3485/4 3487/7 3487/20
who's [2]   3339/1 3378/6
whole [3]   3343/5 3454/16 3459/23
whom [1]   3398/15
whose [1]   3395/9
why [30]   3342/16 3343/13 3343/16 3343/18
3347/10 3347/19 3348/2 3363/2 3371/10
3372/16 3377/17 3382/6 3388/11 3388/22
3390/3 3393/13 3414/13 3414/19 3416/17
3422/5 3423/17 3428/25 3429/1 3429/4 3430/5
3453/23 3453/23 3458/14 3462/13 3478/25
will [35]   3332/9 3345/24 3350/2 3356/21
3376/10 3390/22 3394/11 3394/12 3394/12
3395/24 3396/2 3411/23 3411/25 3416/19
3421/23 3429/6 3430/24 3431/5 3448/4 3449/3
3449/14 3457/8 3471/13 3474/19 3475/10
3475/21 3485/13 3485/15 3485/25 3486/1
3486/1 3487/12 3488/5 3488/6 3488/10
willfully [1]   3455/15
William [4]   3328/10 3492/2 3492/7 3492/8
WilliamPZaremba [1]   3328/16
willing [7]   3390/19 3453/3 3453/19 3477/14
3490/7 3490/9 3490/12
window [1]   3368/21
wing [2]   3344/2 3349/10
wintertime [1]   3463/7
wish [1]   3449/4
wished [2]   3450/4 3450/10
wishes [1]   3488/9
Wissam [1]   3346/19
within [12]   3332/11 3345/9 3352/8 3352/10
3371/18 3371/21 3372/2 3383/14 3408/9
3426/10 3434/23 3436/5
without [11]   3334/6 3334/16 3349/3 3360/23
3392/25 3431/23 3432/23 3432/25 3449/9
3457/1 3471/7
witness [46]   3329/2 3333/13 3333/19 3333/23
3336/1 3336/15 3340/6 3340/16 3342/3
3344/11 3346/20 3349/14 3350/5 3357/1
3357/8 3358/19 3382/21 3387/13 3389/21
3389/25 3395/9 3395/15 3395/17 3395/19
3397/19 3398/2 3398/6 3406/18 3408/17
3408/17 3416/25 3421/17 3422/13 3422/21
3423/13 3430/17 3456/2 3474/20 3474/24
3475/3 3475/9 3485/19 3485/24 3486/6
3488/24 3489/25
Witness 131 [1]   3485/24
witness' [2]   3342/4 3486/16
witness's [1]   3392/25
witnesses [10]   3329/4 3338/7 3338/22 3339/7
3346/19 3390/17 3395/18 3417/8 3487/6

won't [3]   3337/6 3458/2 3485/24
wonder [1]   3363/2
word [5]   3349/17 3351/19 3352/9 3489/19
3489/20
words [2]   3386/16 3434/10
wore [3]   3355/20 3355/20 3355/21
work [5]   3372/15 3399/8 3399/10 3399/21
3488/10
worked [4]   3405/10 3405/12 3405/21 3461/5
working [7]   3399/4 3399/6 3400/14 3401/15
3440/10 3441/1 3461/1
worried [1]   3360/12
worse [1]   3393/18
worth [1]   3391/3
would [143]   3330/15 3334/16 3334/21 3334/22
3334/25 3336/14 3336/20 3337/3 3337/16
3338/1 3338/4 3339/13 3339/15 3339/21
3339/22 3339/25 3340/7 3341/14 3343/10
3346/15 3347/8 3347/13 3352/10 3353/12
3353/14 3354/21 3355/9 3355/23 3358/12
3358/20 3360/10 3361/10 3368/25 3369/19
3370/6 3370/10 3373/10 3377/14 3378/10
3382/1 3383/25 3384/21 3390/1 3390/17
3390/19 3390/23 3393/5 3395/9 3396/22
3397/21 3402/17 3402/19 3404/11 3404/13
3406/2 3406/19 3406/20 3406/23 3407/11
3408/17 3409/14 3410/3 3410/8 3411/15
3415/16 3416/25 3416/25 3417/25 3418/3
3420/21 3420/25 3421/10 3422/17 3423/12
3425/23 3427/12 3427/24 3428/2 3428/2
3429/18 3430/14 3430/14 3432/11 3433/8
3433/25 3434/13 3435/22 3436/8 3437/13
3437/14 3437/15 3438/21 3443/8 3443/10
3443/19 3444/10 3445/15 3447/1 3447/8
3449/18 3450/16 3452/6 3453/5 3456/10
3456/14 3456/17 3459/8 3459/11 3459/12
3459/15 3464/21 3464/23 3464/24 3466/25
3469/5 3471/5 3472/12 3472/17 3472/18
3472/18 3475/9 3475/16 3475/18 3476/13
3477/13 3477/16 3477/20 3478/9 3478/19
3478/24 3479/9 3480/2 3486/9 3486/19 3487/7
3487/8 3487/9 3487/10 3487/12 3487/20
3488/11 3488/19 3489/5
wouldn't [3]   3341/12 3480/8 3484/13
wounds [1]   3441/12
write [11]   3330/23 3390/10 3412/18 3450/2
3453/7 3453/9 3453/11 3453/13 3456/18
3456/19 3456/22
writing [8]   3396/3 3425/19 3425/20 3426/6
3450/19 3456/3 3456/7 3476/17
written [5]   3331/2 3337/12 3415/18 3451/18
3457/19
wrong [1]   3393/2
wrote [15]   3332/4 3392/8 3394/22 3428/18
3428/21 3429/2 3429/5 3453/16 3454/25
3455/5 3455/5 3455/10 3455/23 3456/19
3456/23

**Y**

yeah [41]   3331/5 3336/25 3341/6 3347/20
3348/14 3361/15 3361/21 3361/25 3362/16
3372/19 3373/22 3375/8 3388/2 3396/24
3400/6 3400/20 3410/1 3412/13 3413/9
3413/13 3417/22 3425/10 3435/10 3436/6
3436/12 3437/2 3439/4 3441/16 3442/12
3444/9 3451/24 3453/12 3457/21 3461/10
3463/24 3465/5 3465/13 3467/22 3473/3
3474/21 3475/8
year [14]   3333/1 3333/4 3333/6 3480/14
3480/24 3481/5 3481/13 3481/14 3482/5
3482/25 3483/10 3483/19 3483/19 3489/9
years [13]   3398/18 3399/11 3399/23 3400/11
3401/17 3404/8 3404/9 3442/4 3460/20
3460/23 3461/5 3461/20 3462/7
Yep [2]   3419/20 3483/4
yes [183]
yesterday [1]   3422/25

**Y**

yet [3]   3419/10 3466/5 3485/24
York [12]   3398/20 3398/23 3401/12 3403/8
 3403/14 3404/17 3408/7 3437/12 3437/24
 3441/25 3459/13 3468/23
York's [1]   3408/24
Yoruba [1]   3461/24
you [675]
you know [3]   3391/2 3415/15 3465/14
you'll [2]   3343/6 3439/13
you're [28]   3333/8 3337/21 3338/7 3343/16
 3348/25 3365/14 3369/1 3369/19 3381/17
 3384/24 3385/7 3389/16 3410/6 3410/6 3413/9
 3417/5 3421/1 3424/20 3424/20 3427/14
 3438/1 3438/2 3443/15 3443/25 3447/10
 3454/2 3454/3 3475/4
you've [10]   3354/8 3355/5 3357/14 3377/21
 3377/21 3395/21 3401/13 3402/1 3442/20
 3443/1
your [111]   3330/5 3330/9 3332/13 3342/22
 3347/18 3351/8 3351/25 3352/7 3352/7
 3356/20 3357/6 3357/9 3357/24 3358/6
 3358/18 3358/20 3360/9 3361/3 3361/7
 3365/18 3366/10 3368/5 3370/7 3371/7 3375/2
 3377/14 3379/3 3379/15 3380/14 3380/15
 3383/6 3385/7 3386/16 3387/12 3388/7
 3388/10 3389/8 3389/16 3389/17 3389/19
 3389/24 3390/13 3391/9 3395/22 3397/4
 3397/10 3397/21 3398/22 3399/12 3400/14
 3400/25 3402/4 3402/24 3404/8 3407/16
 3408/16 3409/9 3411/5 3411/14 3412/11
 3414/5 3415/2 3419/13 3422/16 3423/4 3423/5
 3423/22 3425/13 3427/1 3427/5 3428/14
 3429/7 3433/9 3433/25 3435/13 3438/1
 3438/16 3438/20 3440/2 3445/14 3446/17
 3447/11 3447/15 3449/16 3449/17 3454/17
 3457/8 3457/11 3458/17 3463/16 3468/17
 3469/4 3469/18 3472/22 3473/16 3473/17
 3474/8 3474/19 3475/6 3476/23 3477/3
 3479/17 3479/25 3480/21 3481/23 3482/2
 3482/16 3485/18 3487/24 3488/15 3490/13
Your Honor [44]   3330/5 3330/9 3332/13
 3342/22 3347/18 3357/9 3358/20 3361/7
 3377/14 3379/3 3380/14 3380/15 3387/12
 3388/7 3388/10 3389/24 3397/4 3402/24
 3408/16 3414/5 3415/2 3419/13 3422/16
 3423/5 3423/22 3428/14 3429/7 3433/9
 3433/25 3445/14 3468/17 3469/4 3474/8
 3475/6 3476/23 3479/17 3479/25 3480/21
 3481/23 3482/2 3482/16 3485/18 3487/24
 3488/15
yourself [3]   3351/22 3379/2 3398/11

**Z**

Zara [1]   3462/1
Zaremba [4]   3328/10 3492/2 3492/7 3492/8
zones [2]   3437/8 3437/17
zoom [1]   3446/1
zoomed [1]   3452/12
Zuckoff [2]   3331/23 3332/4
Zulu [29]   3437/4 3437/5 3437/6 3437/7
 3437/7 3437/10 3437/12 3437/16 3437/24
 3459/4 3459/7 3459/8 3459/10 3459/12
 3459/15 3463/19 3464/8 3464/8 3465/7 3465/7
 3465/8 3469/24 3469/24 3470/4 3470/10
 3470/11 3470/11 3471/24 3472/9