IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   CR No. 14-141
                                    )
                                    )   Washington, D.C.
       vs.                          )   October 26, 2017
                                    )   1:45 p.m.
AHMED SALIM FARAJ ABU KHATALLAH,    )
                                    )   Day 17
            Defendant.              )   Afternoon Session
_____)


                 TRANSCRIPT OF JURY TRIAL
       BEFORE THE HONORABLE CHRISTOPHER R. COOPER
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          John Crabb, Jr.
                             Michael C. DiLorenzo
                             Opher Shweiki
                             U.S. ATTORNEY'S OFFICE
                             Judiciary Center Building
                             555 Fourth Street, NW
                             Room 11-844
                             Washington, D.C. 20530
                             (202) 252-1794
                             John.D.Crabb@usdoj.gov
                             julieanne.himelstein@usdoj.gov
                             michael.dilorenzo@usdoj.gov
                             opher.shweiki@usdoj.gov


For the Defendant:           Mary M. Petras
                             Michelle M. Peterson
                             FEDERAL PUBLIC DEFENDER
                             FOR D.C.
                             625 Indiana Avenue, NW
                             Suite 550
                             Washington, D.C. 20004
                             (202) 208-7500 Ext. 109
                             mary_petras@fd.org
                             shelli_peterson@fd.org

APPEARANCES CONTINUED

For the Defendant:            Eric Leslie Lewis
                             Jeffrey D. Robinson
                             Waleed Elsayed Nassar
                             LEWIS BAACH
                             KAUFMANN MIDDLEMISS PLLC
                             1899 Pennsylvania Avenue, NW
                             Suite 600
                             Washington, D.C. 20006
                             (202) 833-8900
                             eric.lewis@lbkmlaw.com
                             Jeffrey.Robinson@lbkmlaw.com
                             waleed.nassar@lbkmlaw.com


Interpreter:                 Sara Kamel
                             Ghada Attieh

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             U.S. District Court
                             for the District of Columbia
                             333 Constitution Avenue, NW
                             Room 6511
                             Washington, D.C. 20001
                             (202)354-3249

                             WilliamPZaremba@gmail.com


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

3676

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|
| GOVERNMENT'S: | | | | |
| WILLIAM BRIGHAM | 3680 | 3698 | 3720 | |
| KEITH DUGGAN | 3724 | 3764 | 3770 | |

```
 1                    P R O C E E D I N G S
 2          DEPUTY CLERK:  All rise.
 3          This court is again in session, the Honorable
 4  Judge Christopher Cooper presiding.
 5          Please be seated and come to order.
 6          MR. DiLORENZO:  Your Honor, just in terms of
 7  logistics --
 8          THE COURT:  Yes.  Why don't you all approach,
 9  just...
10          (Bench conference)
11          THE COURT:  Okay.  So there's going to be a fire
12  drill at 3:00.
13          MR. SHWEIKI:  Okay.
14          THE COURT:  I am -- I was sworn to secrecy.  So
15  you all are not sworn to secrecy.
16          Anyone within the well, I've gotten authorization
17  to shelter in place.  So we can stay.  But the marshals are
18  going to take the defendant down, and the jury can go back
19  in the jury room.  We'll take the jury out first and then
20  the defendant out second.
21          The audience will have to leave, but we can stay.
22          MR. SHWEIKI:  Any anticipation about how long that
23  process takes?
24          THE COURT:  It usually lasts 20 minutes or so.  So
25  I'm thinking that will just be our break today.
```

```
 1              MR. SHWEIKI:  Okay.

 2              THE COURT:  Okay?

 3              And this way y'all don't have to go out and back

 4  in.

 5              MR. SHWEIKI:  Great.

 6              THE COURT:  It just depends on sort of where we're

 7  going to be at 3:00.  They usually start pretty promptly.

 8              We may be -- you'll be finished with your direct.

 9              MR. SHWEIKI:  We should definitely be finished

10  with this witness, I think.

11              THE COURT:  And Robinson, how long --

12              MS. PETERSON:  Oh, that's mine.

13              THE COURT:  That's yours?  How long is your cross,

14  do you think?

15              MS. PETERSON:  About two and a half minutes.

16              MR. SHWEIKI:  That includes you walking up to

17  the --

18              MS. PETERSON:  Exactly.

19              THE COURT:  Redirect will be 15?

20              MR. SHWEIKI:  I'm not even going to say.

21              THE COURT:  So it sounds like we'll finish with

22  him before 3:00, and we'll call our next guy.

23              MR. DiLORENZO:  Sure.  Any other --

24              THE COURT:  It will probably be in his direct.

25              MR. DiLORENZO:  It will be similar direct.
```

1            THE COURT:  Sounds good.

2            MS. PETERSON:  Cross will be a lot longer there.

3    It will be three minutes.

4            THE COURT:  All right.

5            MR. DiLORENZO:  Or 20.

6            THE COURT:  I guess the witness can stay as well.

7            MR. DiLORENZO:  I'm sorry, Your Honor?

8            THE COURT:  The witness will be able to stay in

9    the courtroom as well.

10           MS. PETERSON:  The Court is going to tell the jury

11   to come back when the Clerk calls it --

12           THE COURT:  When the Clerk calls it.

13           MS. PETERSON:  -- as clear.  Okay.

14           MR. SHWEIKI:  Thank you.

15           (Open court)

16           (Jury entered the courtroom.)

17           THE COURT:  All right.  Welcome back.

18           Mr. Shweiki.

19           MR. SHWEIKI:  Thank you, Your Honor.

20           Mr. Crabb just went to go get back the witness.

21           THE COURT:  All right.  Welcome back, sir.  I'll

22   remind you that you're still under oath, okay?

23           THE WITNESS:  Yes, sir.

24           THE COURT:  Please proceed.

25                              - - -

1    WILLIAM BRIGHAM, WITNESS FOR THE GOVERNMENT, HAVING BEEN

2    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

3    FOLLOWS:

4                           - - -

5                  DIRECT EXAMINATION (CONTINUED)

6                           - - -

7    BY MR. SHWEIKI:

8        Q    Sergeant Brigham, before the break, we actually

9    were discussing Government's 304-2, which was video that you

10   said related to the annex on September 11th, 2012.  What I'd

11   like to do following its admission and publication now is

12   show it to you.  And if you could please orient the jury to

13   what exactly we're viewing.  And let me actually take it

14   back to the beginning.

15       A    Yes, sir.

16       Q    And what I'd like you to do is please orient the

17   jury as to, not just the matter of the subject matter that

18   we're viewing at this time, but also visually, what is the

19   data that's actually being shown, the formatting?

20       A    Yes, sir.

21            So right now we're actually following a group of

22   vehicles.  This is in Libya, in the Benghazi area.

23            The censor operator here is moving the crosshairs

24   on the camera, right?  So the controls, like I said before,

25   there's someone actually following those vehicles themselves

1    by hand.

2            What they're doing is they're doing what we call

3    overwatch on this convoy.  They're trying to see what

4    they're doing.  They may be directed to do that by other

5    entities.  What I mean by that is a support unit, maybe

6    military or other DOD operators.

7            And what they do is there's a go-between.

8    Basically, you're talking to that unit, figuring out what

9    your mission is, what your intent is.

10           So right here, they're basically just looking at

11   all these cars.  These are vehicles that you're looking at.

12           And the camera that we're using is the infrared

13   camera I referenced earlier, so it's heat vision.

14           You'll see them go around the corner here.  And,

15   again, we're just trying to -- the censor operator is trying

16   to maintain the visual target on this and kind of catch all

17   these vehicles as they're going.  So quite a large group of

18   vehicles.

19   Q    Sergeant Brigham, I see that there are some

20   numbers at the bottom.  Can you please explain what exactly

21   those are?

22   A    Yes, sir.  So that's Zulu Time.  And so we use

23   Zulu Time on aircraft, because you can fly other places in

24   the world.

25           And so this is a time that we use to kind of keep

1 everything straight as far as forms and documentation goes.

2 You don't change time zones ever with Zulu.

3         Also commonly known as GMT, if anyone's ever heard

4 of that before.

5     Q    And so to clarify that, if it actually says that

6 it is 3:01:57, is that Zulu Time?

7     A    Yes, sir.

8         So it would be about 05 in the morning in Libya.

9     Q    So would that be 5:00 a.m.?

10    A    05 -- yeah 5:00 a.m., in the morning.

11    Q    And the date stamp that's that related to it, is

12 it just that?

13    A    That's accurate.

14        Yeah.  It's the date that it's taking place.

15    Q    And would this be the continuously running time

16 that you referred to earlier?

17    A    Yes, sir.  That's your -- time stamp is what we

18 call it.  And that's basically, it maintained the integrity

19 of this video.

20    Q    And that's also the time that you said that it

21 runs constantly without actually any manual operation?

22    A    Yes, sir.

23    Q    With regard to actually the video itself as well,

24 can you please just direct us to the crosshairs in the

25 middle.  What exactly is that indicative of?

1      A    The crosshairs themselves here, the black
2  crosshairs that you're looking at, it's the center of the
3  camera.  So when you would zoom in or zoom out like I
4  referenced before, it's basically giving you a good idea of
5  where the middle of my camera is.  So if I had an item of
6  interest or I want to center in on something, see how it
7  zooms in and out like that, you actually --
8      Q    When you said "zooms in and out," was that the
9  flash type?
10     A    That's the censor operator actually actuating the
11 zoom lever itself.  It looks like the throttle on an
12 aircraft or like a boat.
13          And then you have the joystick over here, and
14 that's how they're moving it up and down.
15     Q    And with respect to the indication where it
16 actually has an N, near the right center at the point of the
17 actual hashtag, what exactly does that mean?
18     A    So the N that you're seeing on the screen --
19 I know it's kind of counterintuitive because the letter is
20 always facing up, but where the aircraft is in relation to
21 where you're looking, that is where that N is going to be.
22          So say we were to fly in a circle around this area
23 right here.  That N will actually rotate with the screen so
24 you always know which way is north.
25     Q    And now, actually moving to the subject matter of

1    the video itself, was this, if you could actually look to

2    the screen, is this particular area is that of any interest

3    on the evening that you actually were reviewing this

4    particular video?

5         A    So the annex that you circled right here is

6    actually the compound of interest to that particular mission

7    set that this aircraft is trying to complete.

8         Q    I'd like to move you to what is going to be 3:14,

9    approximately, Zulu Time.  And if you could please orient us

10   as to what exactly it is that we're looking to at that

11   point.

12        A    Yes, sir.

13             So right now -- all right.  So 03:14.  So you'll

14   notice that that group of vehicles actually kind of gathered

15   up; they parked on the side of the road.

16             It's really hard to see because of the zoom level.

17   The censor operator at this point is maintaining zoom out so

18   we can actually see the compound and we can actually see the

19   vehicles themselves.  Just a general overview of the area.

20             You don't want -- they call it looking through a

21   soda straw when we operate with these cameras because you

22   can zoom in very far, but you lose your situational

23   awareness on everything around you at that point.  So it's

24   not like I could look off to my left or off to my right like

25   I could in an actual aircraft.

1              So what we're doing is trying to get a general

2    overview of the area and look at all the hot spots, and just

3    kind of size up what's going on here.

4         Q    What is the purpose for you to size up what's

5    going on?  How is that information used?

6         A    So, again, we're providing overwatch for these

7    guys.  Preservation of human life is my number one goal on a

8    mission like this, to make sure that no one is getting hurt.

9    They need an eye in the sky.

10             It's the best thing we can provide through the

11   Air Force to maintain safety of our friendlies.

12        Q    And the video that you're actually receiving, are

13   you aware if this particular video actually was distributed

14   to others within the United States Government for review?

15        A    Yes, sir.  It's -- most of our video is.  It's

16   almost 100 percent -- I say "almost" -- disseminated to

17   another entity to -- for assessment.

18        Q    And that would be simultaneous as well?

19        A    Yes, sir.  I mean, as fast as a fiber cable sends

20   cable to your house.

21        Q    You mentioned earlier that you had the opportunity

22   to review this video previously; is that right?

23        A    Yes, sir.

24        Q    So we're at approximately a minute -- 3:15:09.

25   Based upon your previous review, was there any significant

1    item of interest that occurred around this particular time

2    period?

3         A    Are you referencing any events that took place

4    here.

5         Q    Yes.

6         A    So based off of what I saw and based off of our

7    operation here, there was an attack that took place at this

8    time.

9         Q    And can you please describe before reviewing the

10   videotape, what's the general nature of the attack that you

11   actually were able to identify?

12        A    The air crew and I assessed it to be a mortar

13   attack on our friendly troops.

14        Q    Let me continue with the video.  If you could

15   please tell me when there's a particular item of

16   significance that you'd like to further review.

17        A    Before we start it, I want to draw your guys'

18   attention to the right side of the screen here.  Focus up in

19   the upper corner.  That's generally where that stuff

20   happens.

21        Q    If you could actually use your touchscreen to help

22   orient the jury.

23        A    Yes, sir.

24             So while we play through this, you're going to

25   look up here.  And you're going to focus on these areas

1   right here.

2          MR. SHWEIKI:  So we can go ahead and play it.

3   BY MR. SHWEIKI:

4      Q    And is that a building within the compound itself?

5      A    Yes, sir.

6          Yeah, once everything takes place.

7          So right there, if you go back just a little bit,

8   I know, due to the redaction of the video, we actually had

9   to cut off part of the edge of it.  But you can see a single

10  impact over here, right about on this side.

11         (Video played)

12         THE WITNESS:  So you're going to see that impact

13  right there.  You're also going to see an additional impact

14  here in a couple seconds.

15  BY MR. SHWEIKI:

16     Q    And how are you able to tell that that's an impact

17  based upon the video itself?

18     A    Heat signature.  The explosion is going to have a

19  high-heat signature off of it.

20         You know, if someone is pouring water or something

21  like that, yeah, you can tell.  Explosions, obviously, is a

22  very high contrast on an infrared camera like this.

23     Q    And was there an additional item of interest that

24  occurred as well with regard to this particular video?

25     A    There's another impact slightly after that, and

1    you guys will see that very distinctly.

2         Q    Are we still looking to the same general area of

3    the screen?

4         A    Yes, sir.

5         Q    Before we actually go further, I'd like to direct

6    your attention to actually these cars right here.  Were you

7    able to determine whether there was any particular action

8    that occurred after that first impact?

9         A    Yeah.  If you go back a couple seconds, you'll

10   actually see members from that convoy departing the area.

11   So you'll see them -- obviously, if a mortar hits, you know,

12   we're looking at a 50-meter area away from that mortar.

13   You're going to hear it.  It's going to be really loud.

14            So you'll notice some of these guys, they have

15   their vehicles parked over here.  They're going to get

16   inside, and they're going to kind of depart the area.

17            And that would be for safety purposes, based off

18   of my experience.

19        Q    That the impact just occurred?

20        A    Yes, sir.

21        Q    And then are you trained to actually watch

22   vehicles as you're actually -- related to impacts or other

23   movement within the screen?

24        A    Yes, sir.  That's part of our training.

25            So you'll see these guys leave.  You'll see

1   another impact here shortly.

2       Q    Did you notice another impact on the screen at

3   that time?

4       A    Yes.  So if you look in this area right here,

5   go ahead and back it up just a little bit.  And I really

6   want to give people a look for how this actually -- you've

7   got to eye to train your eye to it, like I said.  But you'll

8   see it distinctly.

9            (Video played)

10           THE WITNESS:  So there's your second impact right

11  there.

12  BY MR. SHWEIKI:

13      Q    And where was that second impact in relation to

14  the first?  Was it close or far away?

15      A    Its closer to the buildings, the compound of

16  interest that we were looking at.

17           I would say, based off the unit of merit on this

18  and the measurement, less than 10 meters from that building.

19      Q    And now, what's happening with regard to the video

20  screen itself?

21      A    So at this point, I'm doing an over-the-shoulder

22  with one of my airmen.  They're following the direction that

23  they're given from the support unit.  So we're not always

24  allowed to just use our input and move the camera around.

25  That's not how that system works.  We have multiple entities

1    involved with this.

2            So in the vested interest of the commanding

3    officer, you're going to follow the directions.  And you're

4    going to make sure that you're satisfying those mission

5    objectives as good as you possibly can.

6            So what's happening here is those vehicles were

7    moving, so they're going to follow the vehicles for a little

8    bit.  And then they're going to end up moving back.

9            Now, it doesn't matter what I advise my airmen on.

10   Even if they're younger and less experienced, they have to

11   follow direction, right.

12   Q    With regard to this particular video, before the

13   camera moves away from the facility, are there other items

14   of interest that are noticeable in the actual video itself?

15   A    Yeah.  The team actually did engage with

16   suppressing fire off of this.  They engaged whoever was

17   attacking them, and they fired back.

18   Q    I'll continue with the video, and please let me

19   know when you actually see that.

20           (Video played)

21           THE WITNESS:  A little bit too much.

22           So look at this building up here as we go through

23   this.  I know we're going through it a couple times, but you

24   have to train your eye to it.

25           So that black spot up here, not the large one, but

1    the small one, that's actually a person.  This building has

2    one additionally.  We redacted some of this information on

3    the screen.  So we actually couldn't show that part.

4    BY MR. SHWEIKI:

5         Q    And that was the strike?

6         A    Yes, sir.  That's the second impact.

7              And so you'll look up here now.  So you see that

8    flashing right there?  That's a muzzle flash off of what we

9    assess to be a machine gun.

10        Q    How were you able to assess that being a machine

11   gun?

12        A    Just based off the rapid rate of fire and the

13   flash itself, how large it was.

14        Q    Does the fact that -- and is this daytime or

15   nighttime at the point?

16        A    This is still nighttime.

17             So you're stilling looking at -- well, 05 in the

18   morning.  So almost daybreak.  The sun is still not up, so

19   basically the darkest part of the morning.

20        Q    Is the camera in normal mode or in the infrared

21   remote and ready?

22        A    We're still in infrared here.  So I'm able to see

23   the heat signature off a weapon when it fires.

24        Q    I'm going to review it one more time for the

25   jury's benefit, and if you could please, again, direct the

1    jury's attention to where exactly was the heat signature

2    that you mentioned earlier.

3         A    Yes, sir.

4              So again, there's our explosion.

5              So they moved down the crosshairs, you're going to

6    see it right up here.  I'm going to clear it so you can

7    actually -- there you go, right there.

8              I know it's tough to see.  We're maintaining a

9    general overview.  So it's hard to see it, but that's what

10   it is.

11        Q    And exactly happening now, is this the camera

12   following the cars that you mentioned earlier?

13        A    So the censor operator's is following the convoy

14   vehicles.  Again, you could see they're moving at a very

15   high rate of speed, departing the area.

16             And they were directed to go back to the buildings

17   after a few moments.

18        Q    With regard to this particular video itself, are

19   you aware of whether or not the convoy actually -- you

20   said -- and eventually leaves the actual facility itself

21   later on during the course of the day?

22        A    These particular vehicles did leave the area.  We

23   actually -- well, I don't know if we can use that here, I'll

24   avoid that.

25        Q    And with regard to those particular convoy

1    vehicles, are you aware of actually they had an end

2    destination at a certain point in time during the course of

3    the day?

4         A    Yes, sir.  So we actually followed these vehicles

5    for a little bit.  I said that they slew the camera back to

6    the compound.  Eventually that entire convoy makes its way

7    to the airport as morning breaks out.

8         Q    That would be the airport outside of Benghazi,

9    Libya?

10        A    Yes, sir.

11        Q    And would the entirety of this particular video

12   have been disseminated to the United States Government

13   agencies that you mentioned earlier --

14        A    Yes, sir.

15        Q    -- for additional analysis?

16        A    Yes, sir.

17             MR. SHWEIKI:  The Court's indulgence.

18   BY MR. SHWEIKI:

19        Q    I'd like to direct your attention to what's going

20   to be marked as Government's Exhibit 304-2.  It's going to

21   be time-stamped 3:35 Zulu Time.  And tell me if you actually

22   recognize anything of significance based upon your review.

23             (Video played)

24   BY MR. SHWEIKI:

25        Q    If you could please orient us to what exactly

```
1    we're viewing at this time.
2        A    All right.  If you don't mind pausing it for a
3    second, sir.
4            So you'll see the aircraft is in a different
5    position, looking at the same compound.
6            MR. SHWEIKI:  Oh, can we please publish to the
7    jury?
8            DEPUTY CLERK:  It's admitted.
9            MR. SHWEIKI:  It's admitted.  It's part of the
10   seam 304-2.  Thank you.
11   BY MR. SHWEIKI:
12       Q    Please continue, Sergeant.
13       A    So this is going to be the same compound that we
14   were looking at earlier.  Aircraft is just in a different
15   location, different area.
16           Obviously, we can't pause the aircraft in space
17   and time.  It's got to fly to stay in the air.
18           So as we orbit this target, you're going to look
19   at this from a different angle here.
20           So can you move it forward just a little bit?
21   I want to orient everybody to the north arrow that we're
22   looking at here.
23           All right.  So if you stop right there.
24       Q    So can you circle -- when you said the "north
25   area," what is that exactly?
```

1    A    Right here, north arrow, just like the one we saw

2   before.  It was in a different location.  So as the north,

3   as the aircraft spins, the north arrow is going to do one of

4   these around the screen.

5    Q    And you're making the screen just like almost a

6   360 motion?

7    A    Yes, sir.

8         But if you're orbiting where the crosshairs are.

9   So that's all based off of relative target area.

10    Q    And looking at this particular video, sir, can you

11   orient us to where are the impacts that we actually saw

12   earlier?

13    A    So the impacts we saw earlier, you can actually

14   see a heat signature off of there and a heat signature

15   facility.  They're leftovers.  So it's not really going to

16   be a hot area, but that's where those respective rounds

17   impacted.

18         As we go through here --

19    Q    Do you see anything of interest there?

20    A    Yeah.  Go back just a little bit there.

21         And then go ahead and -- so if you look down in

22   this area, when we zoom in, you're going to see a fire team

23   of four.

24    Q    You said a fire team?

25    A    A fire team.  That's four individuals.

1              So right here you're going to see them go around
2    the corner.  We continue to play it.
3              (Video played)
4              THE WITNESS:  You're going to see them walk out
5    here.
6              At this point, I'm not able to discern what we
7    were looking at.
8              And then right about here when we zoom in, if you
9    look at that team right there.
10             So we'll go through this a couple times.  But
11   you'll actually see, it's a group of three people carrying
12   another individual.  They're kind of -- fireman's carrying
13   them.  So you can see them holding with one arm and actually
14   swinging their arm.  They're carrying something heavy.  It's
15   a human being.  And if they're carrying that person, it
16   means it's non-ambulatory.  It means the person is not
17   responsive.
18   BY MR. SHWEIKI:
19        Q    So with regard to this particular video, can you
20   actually just mark off the individuals with numbers that you
21   actually see.
22        A    So one -- I'm doing this with my hand.  Sorry.
23             Two.
24             And three right here.
25        Q    Where is the individual that's being carried?

1    A    So the individual being carried is this in the

2    middle here.  When we move it forward a little bit, I'll

3    give you a frame of reference on those actual vehicles and

4    kind of give you a size reference there so we can

5    actually -- so to use -- so for a unit of measure, there's a

6    tire up here, if you see that.  So everyone should be

7    familiar with the size of a tire on a vehicle.

8         So right here, you can actually see -- there you

9    go.  You can see them carrying that guy.  You can see their

10    arms hanging out.  And they're actually -- so that's --

11    basically when we saw that, then we had realized that some

12    of the guys that were trying to defend that area had been

13    impacted by some sort of attack, some sort of round.

14    Q    And subsequent to this time, you said that you

15    actually noticed that they were actually -- the individuals

16    were actually evacuated or deployed to the airport;

17    isn't that correct?

18    A    Yes, sir.

19    Q    What would happen to the aircraft that's actually

20    monitoring that particular feed of the annex?  It would

21    actually have directed itself to actually over the airport

22    itself as well?

23    A    Yes, sir.  Yeah.  The aircraft would relocate --

24    you know, request a new location for the aircraft through

25    the air traffic controllers at that time and get the

1    airspace clearance that we needed to get there.

2        Q    And, again, that entirety of the video would be

3    transmitted to other U.S. agencies?

4        A    That -- this is being disseminated at all times.

5    While that feed is live, it's being sent out to all kinds of

6    different agencies for all kinds of intel analysts and other

7    DOD agencies to assess.

8        Q    Thank you.

9             MR. SHWEIKI:  The Court's indulgence.

10            No further questions, Your Honor.  Thank you.

11            THE COURT:  Okay.  Ms. Peterson.

12                           - - -

13                     CROSS-EXAMINATION

14   BY MS. PETERSON:

15       Q    Good afternoon, sir.

16       A    Good afternoon.

17       Q    That was a lot of ado about nothing, but we'll get

18   right to it.

19            This aircraft you're frying, is that what is sort

20   of colloquially known as a drone?

21       A    Yes, ma'am.

22       Q    Okay.  So if there is -- that's what other people

23   would call it?

24       A    Correct.  The proper nomenclature for it would be

25   remotely piloted aircraft.  Or I'm sure you've heard it

```
1   referred to as a UAV before.
2        Q    And when this, the drone that -- you were involved
3   in both drones that were up that night, right?
4        A    Yes, ma'am.
5        Q    And so when the first drone went to the area, was
6   that about 11:00, sometime after 11:00 p.m., 11:10?
7        A    That's the first video.  I don't think we looked
8   at that video.
9        Q    Right.  But I'm just asking, you were involved in
10  both of them, right?
11       A    I would have to see it to get the time stamp off
12  of that again, ma'am.
13       Q    So you don't remember what time that arrived in
14  Benghazi?
15       A    We -- the time stamp's on the video itself.  So
16  based off of the times that we had and what the time stamp
17  said, that's what time we arrived, based off of what we
18  logged and my flight times.
19       Q    What time did you start working that day?
20       A    I could tell you what time I started local for
21  when I was stationed out there.
22       Q    I don't know what that means, but okay.
23            Can you tell be what time you started working
24  Zulu?
25       A    I don't recall.
```

1    Q    I'm just trying to get a sense of, there's been

2  testimony about when the attack started.  I take it that the

3  drone did not arrive at the beginning of the attack, right?

4    A    Understood.

5        I would have to see that video in order to tell

6  you the exact time.  So I can't go off of memory for all

7  this stuff.  I've got a lot of these videos back here in the

8  memory banks.

9    Q    Sure.  But you were involved in the video in the

10 memory banks?

11   A    Yes, ma'am.  If we're allowed to reference the

12 video that we saw, the other video that we saw, I was on

13 station until that aircraft RTVed.  I was in the seat, hands

14 on controls.  That was me.

15   Q    And when -- so you began -- there's a lot of

16 footage taken throughout the night and morning, right?

17   A    Yes, ma'am.

18   Q    And so what we're seeing here is just a small

19 portion of the video footage?

20   A    Yes, ma'am.

21       So the footage that we actually have, we cut that

22 down.  The entire time that aircraft is on station, I'm --

23 from the time it's flying over an ocean somewhere into

24 Libya, from the time it leaves, I'm in the seat.

25   Q    And when you say the video footage was being --

```
1    I think you said being simultaneously broadcast to a lot of

2    different people?

3         A    So it's sent to the aircraft control station, the

4    ground control station, realtime.  So there is a negligible

5    delay on it, right?

6         Q    Right.

7         A    As fast as -- as fast as you can get cable to a

8    television, that's about as fast as it makes it to me.

9              We then disseminate it through other sources to

10   other agencies, whether that be Internet, whether that be a

11   fiber cable like you'd have old-school cable TV kind of

12   thing.  So it's instantaneous.

13        Q    And that night, that was happening?

14        A    Yes, ma'am.  That happens -- there's no other way

15   to operate this aircraft.

16        Q    Even though you weren't shown the video here, you

17   know that earlier, because you were watching it, earlier in

18   the evening, they were capturing gunfire at the other

19   facility, right?

20        A    Yes, ma'am.

21        Q    And would have captured the footage of people

22   walking around?

23        A    Yes, ma'am.

24        Q    And earlier in the evening but at this facility,

25   at the annex --
```

1    A    Yes, ma'am.

2    Q    -- there was also additional footage of people

3  walking around the annex, right?

4    A    Yes, ma'am.

5    Q    You've just focused in on the mortar attacks?

6    A    Yes, ma'am.  I focused in on the mortar attacks.

7  You know, there's a lot of video here.  But there were

8  multiple firefights.

9    Q    Right.

10        And were you able to see when the gelatina bomb

11  was thrown over into the --

12    A    I'm sorry.  Say again.

13    Q    Were you able to see when the gelatina bomb was

14  thrown over the wall into the annex?

15    A    Refresh my memory what a gelatina bomb is.

16    Q    Well, I don't think I probably should do that.

17        Did you see the beginning of the first firefight?

18    A    Yes, ma'am.

19    Q    And were you able to see what started that first

20  firefight?

21    A    Okay.  Yes, I saw that.

22    Q    And could you tell what that was when you were

23  watching the video?

24    A    Absolutely.

25    Q    What was that?

1      A      That was -- are you talking about the rocket that

2   hit the compound?

3      Q      Well, you tell me.  What did you see hit the

4   compound as the first thing that started the initial

5   firefight?

6      A      We saw a couple of explosions.  And I saw an RPG

7   round impact that compound.

8      Q      So are you able to tell a difference between a

9   gelatina bomb and an RPG hit?

10      A      Yes, ma'am.

11      Q      So you didn't, so what you saw was gunfire and

12   RPG?

13      A      We saw multiple impacts from multiple rounds.

14          The RPG sticks out.  So I'm able to discern those,

15   and we were able to assess different rounds.  I think the

16   gelatina bomb is probably not the nomenclature I would

17   reference it as.  So that's why I had trouble with that

18   section.

19          But --

20      Q      But if it a gelatina bomb is something different

21   than an RPG, is that something you would recall seeing or

22   not?

23      A      Absolutely.

24      Q      But you didn't mention that as something you saw.

25   What did you see, if anything, that started the first

1    firefight?

2         A    So I saw multiple impacts, and then I saw --

3              MR. SHWEIKI:  Objection, Your Honor.  I would just

4    ask for some sort of frame of reference with regard to -- he

5    just referenced a firefight.  And it's unclear as to what

6    exact time frame Ms. Peterson is referring to.

7              THE COURT:  Sustained.  We're just focusing.

8    BY MS. PETERSON:

9         Q    Let me focus you in on, what -- do you remember

10   what time the first firefight was at the annex?

11        A    Would you like to reference the video from the

12   first firefight?  Because I'm not going to go off of memory

13   for that.

14        Q    Well, I don't know that I'm allowed to do that.

15        A    Yes, ma'am.  Okay.  Understood.

16        Q    So if the fire -- so I'll direct your attention to

17   around -- I believe it's around midnight or so.  Do you know

18   what time the drone shifted from the mission to the annex?

19        A    Those are two separate aircraft, ma'am.

20        Q    That's what I didn't understand.

21             So the mission --

22        A    Okay.  All right.  Yeah.

23        Q    So the mission aircraft actually goes back to get

24   gas, and then you send a different one to the annex?

25        A    So we have what's called 24/7 ISR coverage.  ISR

```
1    stands for intelligence, surveillance, and reconnaissance.
2    So there's an aircraft always on station watching.
3            So that aircraft that we saw that -- I didn't see
4    that video in here, and I haven't looked at it in probably
5    about a day and a half now.  That aircraft leaves.  That's
6    the one I was in the seat for.  I was actually --
7    Q    Right.
8    A    -- hands on controls.  We had to leave because we
9    were short on gas.  We stayed as long as we possibly could.
10   Q    That's the one that was focused over the mission?
11   A    That was the one we referenced the back brief, and
12   I sat down and talked to the other crew that was coming on
13   the station to say, "This is what's going on, and this is
14   what you should expect."
15   Q    So that -- but the first drone was over the
16   mission, right?
17   A    Yes, ma'am.
18   Q    And then when that one, so that's over the mission
19   until it runs out of gas or almost runs out of gas?
20   A    Exactly.
21   Q    And then you send a second one, and that one goes
22   directly to the annex?
23   A    So the way that it works is we're tasked by
24   individuals on the ground where to look, where to put our
25   censors.  Right?  So if that aircraft is on the way out
```

1    there and I get orders to go look at something else, that's
2    what I'm going to do.
3         Q    Okay.
4         A    So I have to do that in order to meet our mission
5    objectives and in order to satisfy the intent of what the
6    ground commander is looking for.
7         Q    When you refer to the ground commander, are you
8    talking about people who are actually at the annex telling
9    you where to go?
10        A    I can't -- so I can't tell you who was on the
11   ground.  And I can't tell you who exactly the direction
12   comes from, because we're going to get into hot water on
13   that real quick if we start talking about that stuff.
14        Q    Okay.  I mean, I expect the government will object
15   if I'm wrong, but can you just tell me generally?  Was it
16   people who were on the ground in Benghazi?
17        A    It was people on the ground someplace.
18             THE COURT:  Counsel, approach.
19             (Bench conference)
20             MR. SHWEIKI:  I'm not sure where this is going.
21             THE COURT:  You can step down, please.  Thanks.
22             MR. SHWEIKI:  Yeah.
23             MS. PETERSON:  I'm just referring -- I'm just
24   trying to understand whether he's being told by the folks at
25   the annex what to focus on and that's what he's focusing on.

1    And that's in the book, so I don't really think it was

2    classified.

3             THE COURT:  Why is it relevant what he told them

4    was on the book?

5             MS. PETERSON:  I just think it tells us -- there's

6    a whole lot of video out there, and the government is only

7    showing us small snippets of it.  And if we understand why

8    they're focusing on what where they're focusing on --

9    I don't think it's classified.

10            MR. SHWEIKI:  Right.  I think the question really

11   is, what does the video show?  And if there's particular

12   aspects of the video that they'd also like show, they can do

13   so.  And also one other related point, I think the jury is

14   actually getting confused now between like the first mission

15   video which they're going to hear about next versus this

16   particular annex video.

17            So I think this is really just further confusing

18   the issue.  And we're just talking in abstract about various

19   video without orienting them.  And, also, I think it's just

20   really -- needs to be directed toward what did he see, what

21   did he actually view during the course of that night, which

22   is what actually the direct was about.  So I think also this

23   would be beyond the scope as well.

24            MS. PETERSON:  Except the government, that's why

25   we're so confused over on our side, because the government

1    put him on and talked about the first drone that he was in

2    the seat for.  And then they put the video on on the second

3    drone.

4             MR. SHWEIKI:  Right.

5             THE COURT:  I'm confused.

6             MS. PETERSON:  As am I.

7             THE COURT:  And if I'm confused, then I'm sure the

8    jury is confused.  So let's just, if there's something that

9    you want to ask him about --

10            MS. PETERSON:  I'm trying to understand it.

11            THE COURT:  What does it -- first of all, is it

12   classified, the location of the direction that he received?

13            MR. SHWEIKI:  I don't know if that's classified,

14   but I think it's classified in terms of like an operative on

15   the ground or if you actually have an operative that's

16   actually someplace stationed another direction.

17            And to tell you, Judge, I think the reason we

18   actually didn't explore it really is because it's really

19   irrelevant in terms of what they're looking at for the

20   purposes of this video.

21            MS. PETERSON:  There's a fair amount of

22   back-and-forth in 13 hours about the guys on the ground

23   saying the guys up -- and I'm not getting into this, but I'm

24   trying to understand.  That's what makes me ask the

25   questions, is saying, The guys up there don't know what

1    they're doing; they're not focusing on the right things.

2    Why aren't they telling us these people are shooting at us?

3    Why aren't they telling us this is going on.

4            So I'm just trying to figure out whether they have

5    the capability of doing that, first, and whether the people

6    on the ground are telling them what to focus on.

7            MR. SHWEIKI:  But I just don't know what the

8    relevance is really going to be for that.

9            THE COURT:  You can ask him about the drone that

10   he has directed and generally how he is getting his

11   direction.

12           MS. PETERSON:  That's what I thought I was doing.

13   Right now, it's unclear to me whether people in Washington

14   are telling him what to do.

15           THE COURT:  Let's try to clarify things, not muddy

16   things.

17           I know you're not trying to do that, but that's

18   the -- you can clean it up.

19           MR. SHWEIKI:  I can, Your Honor.  I just think

20   that once we, in order to get -- I think we need a little

21   bit more direction as far as talking about the first video,

22   the mission, which is going to come next, through the next

23   witness.  We just had a little bit of out of order because

24   of logistical difficulties to keep things moving.

25           And the other thing is just being able to direct

1  him as to what exactly you're referring to.  Is it actually

2  this particular video in particular or is it just abstract?

3          THE COURT:  Let's stick to the annex video.  You

4  can ask him how it is that you were -- how did you know what

5  to look at?  And were you being directed by someone else to

6  look at it, what to look at?

7          MS. PETERSON:  Right.

8          THE COURT:  Frankly, I don't think it matters that

9  it's from Benghazi.

10         MR. SHWEIKI:  And, also, at a certain point, Your

11  Honor, you're getting into a hearsay issue.  It doesn't

12  really matter why he's actually being directed.  He says he

13  has to follow orders.  He does that.

14         So I think once you start getting into what the

15  guys in the book say and what do they actually -- I think

16  we're starting to really stray far afield from both the

17  direct and also from what's admissible.

18         THE COURT:  Let's ask him about what we saw on the

19  video that was played and then why he focused on that.

20         MS. PETERSON:  Okay.

21         (Open court)

22         MS. PETERSON:  Okay.

23         THE COURT:  Sir, have a seat.

24         MS. PETERSON:  I'm sorry.

25  BY MS. PETERSON:

1      Q    Let's try it this way, with respect to just the

2  video of the second facility, the annex.

3      A    Yes, ma'am.

4      Q    Okay.  You were shown just a very small piece of

5  that here, right?

6      A    Here, yes.

7           Here, I was shown --

8           THE COURT:  Sir, just let her ask the questions.

9  And then hopefully, it will be clear as we go along, okay?

10          THE WITNESS:  Yes, sir.

11  BY MS. PETERSON:

12     Q    So what you were shown here was a small portion of

13  it?

14     A    Yes, ma'am.

15     Q    You saw it all that night.

16     A    Yes, ma'am.  And.

17     Q    Okay.  And even -- I'm not going to ask you about

18  the first drone, other than to say you were involved in

19  that, correct?

20     A    Yes, ma'am.

21     Q    And you do -- if they showed it to you, you know

22  everything that was happening there?

23     A    Yes, ma'am.

24     Q    But the second drone that went up and went to the

25  annex, do you know what time that arrived at the annex?

1       A    Yes, ma'am.

2       Q    What time did that arrive at the annex?

3       A    We would have to revisit the video.  But it

4  actually, when we come on station, the extended video has

5  it.

6       Q    Was there a gap of time between when the first

7  drone had to leave and go back to get gas and the second

8  drone arrived over the annex?

9       A    I don't know.  I would have to go back and I would

10  have to look at the time stamps on both of them.

11      Q    And at the time that you're watching the video

12  feed, are you making any record of what you're seeing and

13  what's going on there?

14      A    Yes, ma'am.

15      Q    Is that a written record or an oral record?  What

16  kind of record are you making?

17      A    There is a written record of all of it.

18           And so not only do we have that; but the other

19  agencies that get that, they also document it as well.

20      Q    Okay.  I only want to know about your

21  documentation.

22      A    Yes, ma'am.

23      Q    Did you personally document what you were seeing

24  that night?

25      A    We have a way of documenting all that stuff

```
1    in-house, if that's what you're asking.

2         Q    Well, it's actually a little more pointed than

3    that.

4         A    Okay.

5         Q    I'm only asking because it is whether you

6    personally were documenting anything that you saw that

7    night.

8         A    So it's all -- so I guess to answer your question,

9    ma'am, it's all digital.  So we actually do document all

10   that digitally.

11            We have a database for all of it that we use.  So

12   not only do I document stuff, but other people can document

13   their missions too.  But none of them can be -- the

14   integrity is not sacrificed in any of it, because we need to

15   make sure, especially for our records, that if something

16   gets messed up, you know what I mean, there's no -- we

17   maintain the records.

18        Q    I don't mean to interrupt you, but I don't want us

19   to get too far afield.

20            All I'm asking you is whether while you were

21   watching it, you were creating any record, either orally,

22   like an audio, or written record of what you were seeing

23   that night.

24        A    Yes, ma'am.

25        Q    You were?
```

1          A     So when I was on headset, that's all recorded.

2     So, yes.

3                MS. PETERSON:  Okay.  Your Honor, can we approach?

4                (Bench conference)

5                MS. PETERSON:  It seems to me that that's *Jencks*

6     material.

7                MR. SHWEIKI:  Your Honor, I think that he was

8     actually talking about the annex material.  I don't think he

9     was -- like when he was over the shoulder, I don't believe

10    that he actually was creating the same time in his digital

11    records.  We can follow up with him to actually see.

12               THE COURT:  Follow up on redirect, all right?

13               MS. PETERSON:  Okay.

14               (Open court)

15    BY MS. PETERSON:

16         Q     And, sir, I think this is my last question for

17    you, depending on the answer, but were the -- were you

18    getting instructions from people who knew what was going on

19    at the scene of the annex?

20         A     I can't answer that.

21               THE COURT:  Approach.

22               (Bench conference)

23               MS. PETERSON:  That's a simple question.

24               MR. SHWEIKI:  I think what he's referring --

25    I think he's concerned about getting into like who he was

1    getting directions from and the classification level.

2         MS. PETERSON:  I think you can ask it on redirect.

3         THE COURT:  I'm sorry?

4         MS. PETERSON:  If the government wants to ask it

5    on redirect and tell him he's approved to ask that question,

6    I don't care.  I just would like to --

7         THE COURT:  No, you don't want to know who.

8         MS. PETERSON:  No, I don't want --

9         THE COURT:  You just want to know whether.

10        MS. PETERSON:  Whether the guys on the ground were

11   able to tell them.

12        THE COURT:  Can you ask him that on redirect?

13        MR. SHWEIKI:  Sure.  I'm happy to -- I think I can

14   do that.  I'm just trying to ask for clarification.  He was

15   receiving direction from others that were nearby.

16        MS. PETERSON:  Yeah, that the people on the ground

17   were able to say, "There's a suspicious-looking guy in a

18   machine in "Zombieland."  Can you tell us what's going on?"

19   Because that's what I understand from the book was able to

20   happen, and that's not what's coming out.  And I don't think

21   it's classified.  I think he's concerned it is.

22        THE COURT:  Why is that relevant?

23        MS. PETERSON:  Because the idea is, if we have

24   other pieces of this -- we haven't completed our review --

25   that we want to put in where they're focusing on one area or

1 focusing on another area, it's for a reason.  It's because

2 the guys on, I don't think --

3          MR. SHWEIKI:  I don't think it's really for this

4 witness.  It doesn't really make a difference for him.

5          THE COURT:  How is it relevant to your defense?

6          MS. PETERSON:  If they're capturing on drone

7 footage what they think is suspicious that's going on in the

8 area, because the guys on the ground are saying, "Hey, look

9 over there.  There's a whole bunch of guys on the Assudan

10 parking lot.  Can you tell us what's going on?"  Then that's

11 going to be an area that we can say there were people there

12 prior to the mortar attacks.

13          THE COURT:  And because you didn't focus on them

14 or weren't told to focus on them, they didn't view them as a

15 threat on the ground?  Is that the idea?

16          MS. PETERSON:  Well, it's really more sure that

17 they were there.  I expect there will be footage of that,

18 because our position is that -- and they'll make a big to-do

19 about this map that was -- I'm not trying -- tying our

20 client into the annex attacks because of the map; and,

21 therefore, everybody, after they seized the map, they all

22 went back and planned this attack.

23          THE COURT:  Why don't you ask him on redirect,

24 okay, in a way that --

25          MR. SHWEIKI:  Your Honor, I think we're getting a

1  little far afield, I understand.  I think what I'm happy to

2  do is, I think he's already testified to, that he is

3  directed to particular items of interest, items of interest

4  with regard to what, as he talked about, to go down -- he

5  actually simply wanted to stay in the facility.  He actually

6  already talked about on direct, about how he actually was

7  told to move the camera.

8        I think that level of generality, I'm happy to ask

9  it again because he's already answered those type of

10  questions.

11        MS. PETERSON:  All I want -- the only thing I want

12  is if that's from the people on the ground, not from

13  somebody in Washington.

14        THE COURT:  Well, how would people in Washington

15  know if they weren't in contact with people in there?

16  Obviously, the implication is if he's being directed to move

17  the camera, it's by somebody who's there.

18        MS. PETERSON:  Right.  I just want that to be

19  clear to the jury, that it's coming from Benghazi; it's not

20  coming from Washington or even Tripoli.

21        THE COURT:  I'll ask him.  Is it classified?

22        MR. SHWEIKI:  Your Honor, what I think we can do,

23  if it's okay, maybe the testimony would be classified.

24  I think if we can ask it as a generality, when it comes to

25  particular situations:  "Are you both directed by people

1    that are in the vicinity?"  Right?

2            I think that he can answer that particular

3    question.  I think he's concerned about if he answers it,

4    especially right now, having not further researched it, by

5    disclosing a potential operative in the area or like

6    sensitive information about who actually might have been

7    providing him orders.

8            THE COURT:  We know that the CIA is in Benghazi.

9    That's the annex.  We know there's a lead case agent.  We

10   know there's a base chief.

11           MR. SHWEIKI:  That's true, Your Honor.  I think

12   that, in his mind, he's concerned about sensitivity

13   surrounding where he's getting the direction from and not

14   having specifically reviewed the fact of where he actually

15   was getting that direction, if there was some sensitivity

16   behind it.  I think it may be more the unknown at this point

17   for him to be a little specific.

18           THE COURT:  I'll take the chance.

19           MR. DiLORENZO:  I think earlier in the direct, he

20   talked about how you can get direction from multiple people

21   who are watching.  So anybody -- he gets firsthand

22   knowledge.  If there's someone in his room at his offices

23   providing some direction, it's firsthand knowledge.  If

24   there's someone who's on a phone, someone who's on a radio

25   or whatever, he has no firsthand knowledge.  So to talk

1      about where they are would be based on pure hearsay.

2              In addition to that --

3              MS. PETERSON:  If he is getting directions from

4      someone in Benghazi to turn his camera that way because they

5      think there's somebody in a field and that's why he does it,

6      that that's hearsay.

7              THE COURT:  It's effect on the listener.  That's

8      not hearsay.

9              MR. DiLORENZO:  But Ms. Peterson is seeking to

10     introduce it for the truth of the matter asserted.  And the

11     truths is, there's more than likely, so it is hearsay.

12     There are multiple layers that -- I mean, I can't say

13     everything in the book is accurate.

14             We keep hearing about the book.  This is one

15     witness who's not a co-author, consultant, or collaborator

16     on the book.  This is someone who's receiving orders from

17     either someone in his office or some other way, other

18     communication.

19             Ms. Peterson seems to be introducing it for the

20     truth of the matter asserted, it's hearsay, and that should

21     be the end of it.

22             MS. PETERSON:  It's not for the truth.  It's why

23     he focused on those areas and why he didn't focus on other

24     areas.  It's because someone on the ground in Benghazi

25     says --

 1            THE COURT:  Okay.  We're going to cut.  I'm going

 2  to ask him, okay?

 3            (Open court)

 4            THE COURT:  Okay.  Sir, sorry for the delay.

 5            Let me ask you a question, okay?

 6            THE WITNESS:  Yes, sir.

 7            THE COURT:  Without identifying anyone by name or

 8  position or specific location, when you were manipulating

 9  the camera, was it your understanding that -- you know, at

10  direction of others, was it your understanding that some of

11  those directions at least were coming from the location?

12            THE WITNESS:  Yes, sir.

13            THE COURT:  Thank you.

14            MS. PETERSON:  Thank you, Your Honor.  I have no

15  further questions.

16            THE COURT:  All right.

17            Mr. Shweiki.

18            MR. SHWEIKI:  Thank you, Your Honor.

19                            - - -

20                    REDIRECT EXAMINATION

21  BY MR. SHWEIKI:

22     Q    There was discussion of two video feeds, one both

23  from the mission and one from the annex facility.

24  Is that right?

25     A    Yes, sir.

1    Q    And with respect to the mission, you actually were

2  in the seat for those particular video feeds?

3    A    Yes, sir.  I was in control of the aircraft at

4  that time.

5    Q    And you were talking about an RPG attack.

6    A    Yes, sir.

7    Q    Was that RPG attack at the annex facility that you

8  viewed or at the mission facility?

9    A    That was at the mission facility, the first video.

10    Q    That would be the -- and so you actually did not

11  view that as part of the video related to the annex itself?

12    A    No, sir.

13    Q    All right.  And also with regard to the

14  recordation of like memorializing, is that something that's

15  done by the individual in the seat?

16    A    That's actually -- so that's a part of a checklist

17  item.  When we take control of the aircraft, we actually

18  turn those recorders on and records our video.  It's --

19  again, it's also disseminated other ways.  So there are

20  multiple fail-safes, I would say probably about five or six,

21  that record all that.

22    Q    And so that's being recorded contemporaneously,

23  correct?

24    A    Yes, sir.

25    Q    Would that information be recorded -- if you're

1    the shift lead, is that your responsibility or is that

2    actually the person that's driving it?

3         A    That's the air crew member's responsibility.

4    That's actually the sensor operator's responsibility to make

5    sure that those recording devices are activated and that all

6    that stuff is getting sent.

7         Q    And that would be recording the information that

8    the censor operator is actually conducting at the time?

9         A    That -- so not only does it record that, but it

10   records all the aircraft parameters, what it's doing, any --

11   basically, anything that, any censor on that aircraft from

12   engine to landing gear, everything, is getting recorded on

13   that.

14        Q    And that would be recording both what the aircraft

15   does and also what the censor operator does themselves?

16        A    And the pilot.

17        Q    And the pilot?

18        A    Yes, sir.

19        Q    Thank you.

20             And also with regard to the annex video itself,

21   with respect to the annex video that you viewed, you had an

22   opportunity to review that annex video in preparation for

23   today?

24        A    Yes, sir.

25        Q    Did we provide you -- based upon your review, were

```
1    they significant items of interest, in your mind, to

2    actually review today as part of that particular analysis?

3         A    Yes, sir.

4         Q    Okay.  Thank you.

5              MR. SHWEIKI:  No further questions, Your Honor.

6              THE COURT:  Okay.  Sir, thank you very much for

7    your testimony.

8              THE WITNESS:  Thank you, sir.

9              THE COURT:  You're excused.  Please don't discuss

10   your testimony until the case is over.

11             THE WITNESS:  Yes, sir.

12             THE COURT:  Have a good day.

13             MR. DiLORENZO:  Your Honor, may the government

14   call Keith Duggan.

15             THE COURT:  Good morning, sir.

16             THE WITNESS:  Good afternoon.

17             THE COURT:  How are you?  Please stand and raise

18   your right hand.

19             (Witness is placed under oath.)

20

21             DEPUTY CLERK:  Thank you.  You may be seated.

22             THE COURT:  All right.  Please have a seat.  Feel

23   free to pour yourself a cup of water.  Get another cup.  We

24   don't want you to go home sick.

25             MR. DiLORENZO:  Your Honor, may I proceed?
```

```
 1              THE COURT:  You may.

 2              MR. DiLORENZO:  Thank you.

 3                         - - -

 4  KEITH DUGGAN, WITNESS FOR THE GOVERNMENT, SWORN

 5                         - - -

 6                    DIRECT EXAMINATION

 7  BY MR. DiLORENZO:

 8      Q     Thank you.  Good afternoon.

 9      A     Good afternoon.

10      Q     Could you please -- I'll wait till you're finished

11  with the water.

12      A     Thank you.

13      Q     Could you please introduce yourself to the ladies

14  and gentlemen of the jury.

15      A     Yes.  My name is Keith Duggan.

16      Q     And are you currently employed?

17      A     Yes, sir, I am.

18      Q     And how are you employed?

19      A     I'm employed as a Department of Defense civilian

20  for the Air Force.

21      Q     And how long have you been working for the

22  Department of Defense as a civilian employee?

23      A     As a civilian employee, since 2011; and prior to

24  that, two years as a contractor for the Air Force.

25      Q     And prior to that, how were you employed?
```

1      A      I was a master sergeant in the United States Air

2  Force for 20 years.

3      Q      For 20 years.  And did you retire from the Air

4  Force?

5      A      I did.

6      Q      And when you were working in the Air Force, in

7  what capacity were you working?  I was an intelligence

8  operations specialist.

9             So when you separated from the Air Force, you were

10  a master sergeant?

11      A      That is correct.

12      Q      What does that correspond to --

13      A      It's an E-7.

14      Q      Currently in your civilian capacity, what is your

15  role?  What is your job?

16      A      My role is as a full-motion video analyst and a

17  geospatial intelligence analyst for the Air Force.

18      Q      Could you please explain what that is.

19      A      Sure.  It's my job to basically watch drone feed

20  or remotely piloted aircraft feed and make assessments on

21  what I see at any given moment at anyplace in the world,

22  assessments on weapons, assessments on adult males versus

23  females versus children, enemy threats, those -- things of

24  that nature.

25      Q      And you said drone feed.  Could you explain what a

1    drone is?  And please explain what you mean by feed.

2         A    Sure.

3              A drone is the vernacular term for remotely

4    piloted aircraft, basically an aircraft that is flown from a

5    different part of the world than the one, than the area in

6    which it is flying.

7              The feed is basically sent live to a different

8    part of the world.  And analysts can watch that feed, make

9    assessments on the feed live, and we also record the feed so

10   that we can rewind it and make decisions based on -- if we

11   think something is different than what we initially saw, we

12   can rewind it and review it and make different assessments.

13   So it's basically recorded and stored locally.

14        Q    As a part of your job, are you reviewing this feed

15   live?

16        A    That is correct.

17        Q    And as a part of your analysis, you indicated some

18   of the things that you looked for and try to make analysis

19   on.  Is one of those things also to determine the location?

20        A    That is correct.

21        Q    How is that done?

22        A    Okay.  As a geospatial analyst, sometimes we'll

23   have a customer direct the aircraft to a certain place in

24   the world, using either an MGRS, a military grid reference

25   system grid, or a geocoord, geographic coordinate.

1    Q    Slow down a little bit.

2    A    Oh, I'm sorry about that.

3    Q    Thank you.

4    A    They'll provide us a grid coordinate for us to --

5  where the aircraft will basically work out of or work at.

6  And we are basically assigned to look at that place on the

7  ground.

8         When I receive that coordinate, I can plot the

9  coordinate on a mapping system.  And I can compare that with

10  the live feed that I received to make the assessment and

11  confirm that we are indeed looking at the correct location.

12    Q    Is there information -- so are you looking at

13  basically a screen?

14    A    That is correct.

15    Q    Is there information contained in the screen that

16  assists you in determining location?

17    A    That is correct.

18         So when I plot the grid or the coordinate, that is

19  on a mapping system.  And I can see either compounds or

20  residences or certain locations on the ground, on the map,

21  and visually compare those to what I see on the live feed

22  from the drone or remotely piloted aircraft.

23    Q    And that allows you to confirm the location?

24    A    That is correct.

25    Q    Is there any information contained in what you're

1    viewing to determine date and time of the feed?

2          A    Yes, there is.

3                On our feed, there is a running Zulu clock at the

4    bottom of the feed, as well as the date.  And they fluctuate

5    back and forth generally to show the time and the date, and

6    it flips back and forth.

7          Q    And where does that appear on the screen?

8          A    That appears at the bottom center of the screen.

9          Q    And do you have the ability to compare that to any

10   type of clock from your work station to corroborate the fact

11   that it's accurate?

12         A    That is correct.

13               We have the Zulu clocks along with local time

14   clocks for places around the world stationed in our bays

15   where we are doing our work, so we can compare that Zulu

16   clock with the clock on the feed and determine that it is

17   indeed live.

18         Q    And you mentioned your base.  Without divulging

19   the specific location, where are you based?

20         A    At an Air Force base in the United States.

21         Q    Now, what I'd like to do is show you Government's

22   Exhibits 304-1.

23               So what I'd like to do is show you Government's

24   Exhibits 304-1 and 304-1, A and B.

25               MR. DiLORENZO:  Could I approach, Your Honor?

```
1    BY MR. DiLORENZO:
2        Q    And do you recognize -- what I've handed you is
3    two disks.  Do you recognize those two disks?
4        A    I do.
5        Q    And could you please explain what they are, and
6    please -- how is it that you recognize those disks?
7        A    I recognize these disks because I've reviewed both
8    of these disks.
9             The first disk is -- has two videos on it.
10   They're both five-minute videos, the first starting at
11   21:15 Zulu and ending at 21:20 Zulu and the second file on
12   that first disk starting at 21:20 Zulu and ending at
13   21:25 Zulu.
14            The second disk begins at 21:25 Zulu and then runs
15   to approximately 22:15 Zulu.
16       Q    And what is that?  What is that footage of?
17       A    These are both -- both these disks contain videos
18   that are footage of the consulate in Benghazi as it relates
19   to the asset that I was an analyst on September 11th, 2012.
20       Q    And do they fairly and accurately depict the drone
21   footage that you've described?
22       A    It does.
23            MR. DiLORENZO:  Your Honor, at this point, the
24   government would offer Government's Exhibit 304-1 and 304-1A
25   and 1B into evidence.
```

```
 1                 THE COURT:  Any objection?

 2                 MS. PETRAS:  So Your Honor.

 3                 THE COURT:  So moved.

 4    BY MR. DiLORENZO:

 5         Q    For clarity's sake, the runtime, you gave three

 6    times.  Is it essentially 21:15 Zulu Time all the way

 7    through 22:15 Zulu Time?

 8         A    That's correct.

 9         Q    So it's an hour?

10         A    Correct.

11         Q    And it's broken into three videos?

12         A    That is correct.

13              MR. DiLORENZO:  And for the record, the first

14    video, which would be five minutes, is 21:15 to 21:20; that

15    would be A.

16              And then B would be 21:20 to 21:25; that's B.

17              And then the longer one would be 21:25 through

18    22:15.

19    BY MR. DiLORENZO:

20         Q    I can clarify it for you later if you need to.

21              And if I could retrieve the disks.

22         A    Certainly.

23         Q    Now, on September 11th of 2012, you were working

24    in your capacity as a full-motion video analyst and also a

25    geospatial intelligence analyst?
```

1        A      That is correct.

2        Q      And did there come a time when you were called to

3    the U.S. mission in Benghazi, Libya?

4        A      That is correct.

5        Q      And the videos that you just described and have

6    been admitted into evidence, those are redacted versions?

7        A      That is correct.

8        Q      And what I'm going to do is I'm going to pull up

9    on the screen, there is some information that is redacted.

10   Could you share with us generally what information is

11   redacted?

12       A      Sure.  There's information on the screen that

13   is -- that may reveal aircraft capabilities, censor

14   capabilities, and then as well as target position and

15   aircraft position as well.

16       Q      And prior to today, you've had occasion to review

17   the redacted version from the unredacted version.  And they

18   appear to be the same video other than the redactions?

19       A      That is correct.

20       Q      Do you recall what time the asset arrived at the

21   U.S. Special Mission?

22       A      Yes, sir, I do.

23              The asset was called on target at 21:16 Zulu.

24              MR. DiLORENZO:  And if we could start by playing

25   Government's Exhibit 304-1A.  And what I'd like to do is

1    play this.

2    BY MR. DiLORENZO:

3        Q    Could you please just explain to the jury what it

4    is that we see at this point?

5        A    Certainly.

6             At this point, we're not quite on target.  The

7    censor is still panning.

8        Q    If we could just pause it for a second.

9        A    Sure.

10       Q    So you indicate you're not on target.  What is the

11   target?  Where are you going?

12       A    So we were given a grid coordinate.  And, again, I

13   plotted that grid coordinate.  And the grid coordinate

14   plotted at the U.S. consulate building.  So we were almost

15   there at this point.

16       Q    Thank you.

17            MR. DiLORENZO:  Please continue.

18            (Video played)

19            THE WITNESS:  So the crosshair in the center of

20   the screen is currently on the consulate building.

21            MR. DiLORENZO:  And then if we could just stop so

22   we see some area that's black.

23   BY MR. DiLORENZO:

24       Q    And is that the redacted portion?

25       A    That is correct.  The blacked-out portions of the

1    video are the redacted portions.

2        Q    And then a moment ago I saw an N that may be

3    covered by something.

4            MR. DiLORENZO:  If we could just let it run for

5    about a second or two.

6            Yes.

7    BY MR. DiLORENZO:

8        Q    Do you see anything to indicate the direction?

9        A    I do.

10           So right above the Zulu clock that I mentioned

11   earlier that is roughly in the center in the bottom of the

12   screen, which shows 21:15:22 at this time, directly above

13   the 21, there is an N.  And that is the north arrow to

14   indicate the sensor position.

15       Q    Great.

16           And then just to aid the jury, could you just

17   touch the screen; circle the N that you talked about.

18       A    (Witness complies.)

19       Q    So that would indicate that north would be in that

20   direction?

21       A    Correct.  An arrow passes straight through the

22   screen.  So at the bottom of the screen would be south.

23       Q    And does that shift as the drone shifts?

24       A    That is correct.  As the asset moves around and

25   the censor moves around, the north arrow will shift as well.

1      Q    And earlier on direct, you discussed, you

2  mentioned a clock that would shift with date.

3           Do you see that, and could you explain what we

4  see?

5      A    So at the bottom of the screen right now, you are

6  looking at the Zulu Time, which is 21:15:22.

7           MR. DiLORENZO:  And then if we could play it.

8           (Video played)

9           THE WITNESS:  And now you see the date -- well, if

10 you could pause it when it switches.

11          MR. DiLORENZO:  Okay.  We could stop it for a

12 second?

13          THE WITNESS:  There you go.

14          Well, it's a little blurry, but it does say

15 9/11/2012.

16          MR. DiLORENZO:  If you could just back up about

17 three or four seconds.

18 BY MR. DiLORENZO:

19      Q    So what do we see?  You indicated that you came

20 upon the consulate.

21          MR. DiLORENZO:  Pause it here.

22 BY MR. DiLORENZO:

23      Q    So this appears to be -- this is a zoomed-in

24 image?

25      A    That is correct.

1    Q    And what are we seeing?

2    A    So upon first glance, there are two sport utility

3  vehicles parked facing in different directions.  Both appear

4  to have their engines running as seen by the heat at the

5  front of the vehicles.

6    Q    Now, you indicate heat.  What type of camera is

7  being operated on the drone at this time?

8    A    So right now, you're looking at an infrared

9  camera.  So it's showing different capabilities of heat,

10  thermal, to be shown.

11        So hot, any hot items that you'll see on screen

12  will appear as black; and anything that would be very cold

13  would appear as white on the screen.

14    Q    So does the intensity of the color reflect the

15  heat?

16    A    That is basically correct.

17        There are items that might show, if they're so

18  hot, they might actually have a halo effect around them if

19  they're hot enough.  So even though hot things generally

20  show as black, it might have a halo effect.

21        And it can be temporary.

22    Q    So what types of things can you see that would

23  show heat or a heat signature?

24    A    So if something was on fire, you would certainly

25  see indications of that on infrared.  And if there was

1    gunfire, you would certainly see a muzzle flash in infrared.

2          There may also be lighting, certain types of

3    lighting that give off heat more than other types of

4    lighting.  That would certainly show on infrared as well.

5    Q    Okay.  And just one question going back to the

6    clock.  We talked about Zulu, heard a lot about Zulu in this

7    trial.  Do you know what the local time was in Benghazi

8    right now when we're seeing 21:15 Zulu Time?  What is the

9    local time?

10   A    I believe Benghazi local time would have been two

11   hours ahead of Zulu time.

12   Q    And would that -- so that would be 11:15.  Would

13   that be a.m. or p.m.?

14   A    That would be p.m.

15   Q    Now, one other question about the heat signature.

16   You indicated you can see muzzle flashes.  What does a

17   muzzle flash look like from the drone footage when you're

18   looking through an infrared camera?

19   A    Well, it will be very, very small, and it will be

20   a very quick flash.

21         You have to look for certain other indicators,

22   perhaps.  If you see someone walking along, you wouldn't

23   generally see a muzzle flash just by itself.  If you see a

24   person and then you see a muzzle flash near them, that's

25   certainly an indicator that a weapon has been fired.

1       Q    You indicated you see muzzle flashes.  Can you see

2    bullets flying?

3       A    Negative.  You would not be able to see bullets

4    flying or necessarily impacting it either.

5       Q    Is that because a muzzle flash, there's more heat?

6       A    That is correct.

7       Q    Looking back at the screen where we're looking at

8    the time of 21:15 --

9            THE COURT:  All right.  Ladies and gentlemen, this

10   is a fire drill, okay?

11           The jury will exit with Ms. Jenkins, and we will

12   use this as our break.  We will see you after the fire drill

13   is over, okay?

14           (Jury exited the courtroom.)

15           (Recess from 3:00 p.m. to 3:23 p.m.)

16           DEPUTY CLERK:  All rise.  This court is again in

17   session.  Please be seated come to order.

18           (Defendant entered)

19           THE COURT:  Mr. DiLorenzo, do you think you have

20   about 45 minutes?

21           MR. DiLORENZO:  That's about right.

22           I think cross will be about three days.

23           MS. PETERSON:  I will stand by the three minutes.

24           MR. PETRAS:  Did she think she was three minutes?

25   I don't think so.

```
 1                (Jury entered the courtroom.)
 2                THE COURT:  All right.  I told you at the
 3   beginning you would have to roll with the punches a little
 4   bit, okay?  I didn't have that in mind.
 5                So where were we?
 6   BY MR. DiLORENZO:
 7        Q    Sir, if we could continue, what we're doing is
 8   we're looking at Government's Exhibits 304-1A, which is one
 9   of the five-minute clips.
10                So we just moved off of two cars you'd identified.
11        A    Sure.
12        Q    What type of vehicles were those?
13        A    Those were sport utility vehicles.
14        Q    And could you circle where it is that you see
15   those, ones we -- there we go.  Stop, please.
16        A    Sure.
17        Q    Thank you.
18        A    There are two individual sport utility vehicles
19   one is pointed roughly to the east, and one is pointed
20   roughly to the west.
21        Q    And then what do we see?  There appears to be a
22   structure to the left of what you circled?
23        A    That is correct.
24        Q    What is that?
25        A    That is the consulate.
```

1        Q    You were talking about different colors when you

2    were talking through the infrared camera.  What, if any --

3    what would that say about the area that I just circled?

4        A    It would appear that the consulate building is on

5    fire.

6        Q    Why do you that?

7        A    Because there are plumes of heat coming out of the

8    windows.  And there is -- it's indicated as black, through

9    that open window as well.

10            MR. DiLORENZO:  And then if we could play it,

11   please.

12            And then if we could stop, please.

13   BY MR. DiLORENZO:

14       Q    And this is at 21:15:42.

15            What do we see in this portion right now, which

16   would be the center of the screen?

17       A    That's actually a fairly intense heat right there.

18   That's probably a hotter area of the fire at that point.

19       Q    And how can you tell?

20       A    Well, it's basically, it's so hot that it's

21   actually causing a star effect right there.

22       Q    And what does that mean?

23       A    It's just, it's hot enough that it's causing an

24   error, essentially, in the infrared.

25            And then further indicated, there's a dome at the

1    top of the building.  And you can see that the very top of

2    the dome, which is in an octagon or stop sign pattern, you

3    can see that that is actually black and very hot as well.

4    And there are also -- there's actually heat coming out of

5    the small windows around this, that dome as well.

6        Q    And for the record, that appears to be in the

7    center just to the right of the screen?

8        A    Yes, sir.

9             MR. DiLORENZO:  And then if we could please

10   continue to play.

11            (Video played)

12   BY MR. DiLORENZO:

13       Q    Is that what we see?  We see smoke coming from the

14   window as you described?

15       A    That is correct.

16            MR. DiLORENZO:  Can we stop it for a second.

17   BY MR. DiLORENZO:

18       Q    So there's -- you see little movement here.  What

19   is that, what I see?

20       A    Those are personnel outside of the consulate

21   building itself, moving about, back and forth.

22            There were personnel near the SUVs, personnel

23   moving in and out of the consulate as well.

24            MR. DiLORENZO:  And then if we could please

25   continue.

3741

```
 1              (Video played)
 2    BY MR. DiLORENZO:
 3         Q    Again, we see the two vehicles at 21:16:06.
 4    Is that right?
 5         A    That's correct.
 6              MR. DiLORENZO:  Stop it, please.
 7    BY MR. DiLORENZO:
 8         Q    So what do we see now?  It's 21:16:13.
 9         A    This building is northwest of the consulate.
10    I believe it's known as the QRF building.
11              MR. DiLORENZO:  And maybe as an aid, can we pull
12    up one of the -- pull up the mission.  I think it's one --
13    more than one, but it's on an easel.
14              Thank you.
15    BY MR. DiLORENZO:
16         Q    So -- and what, if any, indication -- what are the
17    indications of dark-black spots on there?
18         A    This building is also on fire.
19         Q    That's indicated by these two black spots?
20              THE COURT:  Mr. DiLorenzo, why don't you put on a
21    mic if you're going to --
22              THE WITNESS:  That's correct.
23              THE COURT:  -- wander from the mic.
24              MR. DiLORENZO:  Oh, sure.  Thanks.
25
```

1    BY MR. DiLORENZO:

2        Q    And that's indicated by the black spots that I've

3    circled?

4        A    That is correct.

5             MR. DiLORENZO:  And if we could please continue.

6             (Video played)

7    BY MR. DiLORENZO:

8        Q    So it appears the camera has gone back to the main

9    complex within the mission; is that right?

10       A    That is correct.

11       Q    And, again, you still see smoke.  And maybe you

12   could describe what it is that you see.

13       A    So you can still see smoke plumes, smoke pouring

14   out of these windows and heat pretty much coming from all

15   the windows, at least on the eastern side of the building.

16            MR. DiLORENZO:  I'll stay stationary.

17            All right.  If we could just back up to 21:16:48,

18   maybe a few seconds before that.

19            THE WITNESS:  So while we were zoomed in, we had

20   one of the SUVs reposition and one of the SUVs actually

21   departed.

22   BY MR. DiLORENZO:

23       Q    And is that vehicle that we see here the one that

24   was moving?

25       A    That is correct.

1          That's the one that is repositioned.

2     Q    And can you tell where it goes or does the camera

3  move off to --

4     A    The camera moves off.  And this is speculation,

5  but the light gleams --

6          MS. PETERSON:  Objection to speculation.

7          THE COURT:  Sustained.

8  BY MR. DiLORENZO:

9     Q    When you return, is the vehicle gone?

10    A    It is.

11    Q    So we see it move at 21:16.  And then when you

12 return, it's gone.

13    A    That is correct.

14         MR. DiLORENZO:  Then we continue to play.

15         (Video played)

16 BY MR. DiLORENZO:

17    Q    Now, some of those figures, is that personnel that

18 appears to be moving quickly.

19    A    It does.  The personnel that are outside of the

20 consulate and near the SUV do appear to be moving quickly.

21         If we could pause right here.  So one adult male

22 has walked down to this roundabout.

23    Q    Right.

24    A    And in a few seconds, you will see like a very

25 brief IR flash of gunfire.

1      Q    You say "IR flash."  What's an IR flash?  What do
2  you mean by that?
3      A    It's basically you're going to see a very small,
4  white circle for just a split second.
5           And that person is firing a weapon to the south.
6      Q    And would the south be -- could you point the
7  direction that south would be?
8           So looking at Government's Exhibit 101, that would
9  be in the downward direction?
10          MR. DiLORENZO:  If we could play it now.
11          (Video played)
12  BY MR. DiLORENZO:
13     Q    You could tell us when you see it, the IR flash.
14     A    Now.
15          MR. DiLORENZO:  If we could pause.
16  BY MR. DiLORENZO:
17     Q    There also appear to be other figures moving in a
18  northern direction.  Do you see that?  What is that?
19     A    If you could rewind just a couple seconds.
20          So those are personnel that are moving from the
21  south into what looks like cover around the building.
22          So here, the camera has switched back to basically
23  daylight electro-optical, and you can see a glow.  You can't
24  really pin down the exact spot on the compound where that
25  light is coming from.

1        Q    So what you mean is it moved from the infrared --

2        A    It switched from the infrared back to natural

3    light.

4        Q    Okay.  And because it's nighttime, things aren't

5    as visible?

6        A    That is correct.

7        Q    And the glowing would be consistent with what?

8        A    It could be fire.  It could be a light.  But

9    I wouldn't -- I couldn't be certain either way.

10            And then what I would like you to do, we're coming

11    up at 21:20, if you could stop it just before then.

12            And I'd ask if you could focus your attention

13    to -- I'm going to walk over and circle.

14            Sure.  So what you'll see here is basically a

15    U shape, and that's commonly known as a defensive fighting

16    position.  So in all likelihood, these are sandbags that

17    have been stacked up in a U shape with the intent of it

18    being a defensive position that would normally fire any

19    direction out from that defensive fighting position.

20            But we, in fact, have -- may I press the clear

21    button there?

22            Okay.  Thank you.

23            You've seen two adult males actually moved into

24    position on the south side or, excuse me, the north side of

25    that defensive fighting position.  They're not inside it,

1    but they are actually on the north side.  There are two

2    adult males, as indicated by the red circle.

3        Q    And what do they appear to be?  You said defensive

4    position.  What do they appear to be taking cover from?

5        A    If they're taking cover on the north side of that

6    DFP, that would indicate they are taking cover from fire

7    from the south.

8        Q    And please continue.  And if we could move on to

9    304-1B.

10       A    All right.  This video picks up right where that

11   other video left off.  We still have the adult males on the

12   north side of the defensive fighting position.

13            And now, a third adult male has joined them there.

14       Q    And does that third individual appear to be taking

15   cover, protecting himself from something from the south?

16       A    He is, it's a little difficult to say with the

17   redacted version of this.  But I believe he -- there, we

18   just saw one of the adult males fired a weapon towards the

19   south.

20       Q    Okay.  If we'd stop that.  What I'd like you to do

21   is -- we'll back it up.  And if you could just kind of point

22   out.  You said fire?

23       A    Sure.

24       Q    What are we looking for and where should we be

25   looking?

1      A    Sure.  Right about -- stand by.

2      Q    We'll back it up, first.  How about, about 20

3  seconds, 10 seconds?

4      A    If we could play it in slow motion, that would

5  help too.

6           Now, right before the third adult male runs back

7  towards the building itself, he'll fire a weapon right

8  there.

9           There was a slight IR flash pointing in that

10  direction.

11      Q    Maybe just, I mean, you have a trained eye.

12      A    Sure.

13      Q    Maybe just look at it one more time and go just

14  before 21:20:01.

15      A    Absolutely.

16      Q    Just, I believe 21:20.  Yes, 21:20.  Go a little

17  bit before 21:20.

18      A    It almost looks like the weapon extends itself out

19  for a split second and then is gone and that's all there is.

20  That's the indication that the weapon is fired.

21      Q    And does that appear to be in the southern

22  direction?

23      A    It does.

24           MR. DiLORENZO:  And if we take it off the slow-mo,

25  please, and continue to play.

1          And if we could maybe move up about a minute, go

2   to 21:22:00, we can actually stop it there, this is fine.

3   BY MR. DiLORENZO:

4      Q    So what we do we see?

5          MR. DiLORENZO:  Stop, please.

6          THE WITNESS:  There are two adult males standing

7   right here with their weapons, and I just drew right over

8   the top of it.  Let me try that again.

9          There are two adult males standing or leaning

10  against the defensive fighting position with their weapons

11  leaning over the top of the defensive fighting position.

12  BY MR. DiLORENZO:

13     Q    What direction are they pointing their weapons?

14     A    Those weapons are both pointed south.

15     Q    And then what about to the right of those

16  individuals that you've circled?

17     A    I believe this is one adult male that is lying

18  prone.

19     Q    What do you mean by "prone"?

20     A    He is laying on his belly.

21          And then there's a fourth adult male kneeling

22  right there.

23     Q    And if you could please continue.

24     A    And now he, right there, that -- the one that was

25  laying prone, just extended his weapon over the top of the

1    defensive fighting position and then pulled it back down.

2            And now two of them have run back towards the

3    consulate building.  And two remain at the defensive

4    fighting position, with only one weapon over the top of the

5    defensive fighting position.

6            There's an adult male on top of the roof.

7    Q    And you still see some of the heat signature

8    coming from the building?

9    A    That is correct.

10           And now, a third adult male has joined the two at

11   the defensive fighting position again.

12   Q    And where is it that you see the individual on the

13   roof?

14   A    Yes, sir, right there.

15           Now we have four.  If we could go back a few

16   seconds, you see one adult male run out to the defensive

17   fighting position, drop down, and actually drops his weapon

18   on the ground.

19           So right before this, he actually -- there is his

20   weapon laying on the ground.

21           And you can see repeated fire right after that to

22   the south.

23   Q    And in what -- to the south?

24   A    Small-arms fire.

25   Q    What do you mean by that?

1       A     So assault rifle, firing to the south.

2             If you want to back up a few, probably about ten

3       seconds, you could probably see it again.

4       Q     And then, please, if you could like circle where

5       we're going to see it --

6       A     Sure.

7       Q     -- where you see it.

8       A     In the same location that the adult males had

9       their weapons propped over the top of the defensive fighting

10      position, the one on the left, or the eastern-most one, will

11      actually fire his weapon repeatedly.

12      Q     Can you circle it?

13      A     Sure.

14            MR. DiLORENZO:  Please pause just for a second.

15            THE WITNESS:  It's going to be right here.

16      BY MR. DiLORENZO:

17      Q     And then we're looking for flashes?

18      A     Repeated flashes, yes, sir.

19      Q     Right there?

20      A     There were two.

21      Q     And, again, looking at the Zulu clock, what is the

22      local time?

23      A     The local time would have been 11:22 p.m.

24      Q     Now, did you see -- when watching this live, did

25      you see any evidence of fire coming from the south?

```
 1        A    Yes.

 2             At 21:23:34.  Unfortunately, on this redacted

 3   video in the bottom right corner of the screen, in the

 4   unredacted version of this video right now --

 5             MR. DiLORENZO:  Pause it.

 6             THE WITNESS:  -- an RPG actually crosses through

 7   the field of view right through this area here.

 8   BY MR. DiLORENZO:

 9        Q    And if you could, just looking at the structure,

10   do you see any individuals on top of the structure, of the

11   building there?

12        A    We had the one up there earlier.  But I believe

13   right after the RPG, what we're going to see is individuals

14   move to this corner here and fire towards the south.

15        Q    And, again, what are we looking for when you say

16   that you see this individual fire?

17        A    We're going to see the same indications with the

18   very brief IR flashes to the south.

19             MR. DiLORENZO:  And if we could please play it.

20             THE WITNESS:  Sure.

21             Okay.  So there we have a weapon being repeatedly

22   fired from the corner of that rooftop to the south.

23             MR. DiLORENZO:  Then if we just stop.

24             And just play it quickly just one more time.  Just

25   back it up a few seconds.
```

1    BY MR. DiLORENZO:

2        Q    There appear to be flashes.  Is that what you're

3    talking about?

4        A    That is correct.

5        Q    And, again, then those are in which direction?

6        A    Towards the south.

7        Q    And looking on the top of the roof, do you see

8    anything noteworthy on top of the roof of the structure, the

9    building there?

10       A    I see more adult males moving towards the

11   individual that fired the weapon, but I don't --

12   I'm not sure we went back far enough to see the weapon

13   actually fire.

14            MR. DiLORENZO:  If we could just go back to

15   21:23:35.

16            THE WITNESS:  There it is.

17   BY MR. DiLORENZO:

18       Q    And you continued to view this?

19       A    Yes, sir.

20       Q    Did there come a time when the second vehicle

21   departed?

22       A    There is.

23       Q    And what I'd like to do is close this out and go

24   to Government's Exhibit 304-1.

25            And this is a longer video that you described.

1    I believe this would be the 50-minute video?

2        A    That is correct.

3        Q    And, again, this shows the same view of the

4    building?

5        A    Sure.

6            MR. DiLORENZO:  If we could move to 21:31.

7            THE WITNESS:  If we could pause for a second,

8    I just want to indicate, these -- you're going to see

9    relatively evenly spaced bright IR dots, and I believe what

10   those are is, perhaps, propane lamps or some sort of

11   lighting, but they're spaced evenly.

12           And they did not give the indication of anything

13   beyond just normal lighting that there was in the field and

14   along the consulate, along the roads.

15           I'm sorry.

16   BY MR. DiLORENZO:

17       Q    Sure.  And they were stationary throughout your --

18       A    That is correct.

19           MR. DiLORENZO:  And if we can move to 21:31.

20           THE WITNESS:  And that is the second sport utility

21   vehicle leaving the compound and departing to the north.

22           MR. DiLORENZO:  And if we could just get back to

23   up to 21:31 so we can start of that.

24           That's fine.

25

```
 1    BY MR. DiLORENZO:

 2         Q    So what do we see now?

 3         A    There, you see the sport utility vehicle departing

 4    the consulate building.

 5         Q    And then what time is this?

 6         A    And this is 21:30.

 7         Q    And then local time, what would that be?

 8         A    That would be 23:30, or 11:30 p.m.

 9         Q    Now, did the drone continue to hover over the

10    mission and the mission compound?

11         A    For a short time, it did.  But we also received

12    direction to shift over to the annex and place eyes there.

13         Q    Did you have occasion to see when other people

14    next -- and here we see the vehicle leaving, at 21:31 --

15         A    Uh-huh.

16         Q    -- 25.

17              Did you have occasion to see people enter or

18    re-enter the mission compound at some point?

19         A    Yes.

20         Q    And when was that?

21         A    I believe it was 21:30.  I'd have to check my

22    notes, to be honest with you, on that.

23              MR. DiLORENZO:  And if I could approach?

24              THE WITNESS:  Sure.

25              THE COURT:  You may.
```

1  BY MR. DiLORENZO:

2      Q    If you could please just take a second and look at

3  those, does that refresh your recollection.  That does.

4           Okay.  And if I could retrieve that item?

5      A    Sure.

6           At about 21:43:49, the first individual started

7  making their way back into the compound from the south field

8  of view.

9      Q    And is it the same area where the RPG came from?

10     A    Yes, sir.

11          MR. DiLORENZO:  And if we could move to 21:43.

12          THE WITNESS:  Right there is the first individual

13 making his way back, making their way back into the --

14 BY MR. DiLORENZO:

15     Q    That at about 21:43:40 or 38?

16     A    Correct.

17     Q    And then can you circle the individual so we --

18     A    Right there.

19          MR. DiLORENZO:  Okay.  Can we pause it for a

20 second.

21 BY MR. DiLORENZO:

22     Q    So this individual that you've circled is coming

23 from what direction?

24     A    From the south.

25     Q    And headed north?

1     A     Headed north.

2     Q     And what direction does this individual go?

3     A     After initially moving north, they turn east,

4  along with a second person right there.

5     Q     Can you tell where these individuals go?

6     A     There are some individuals that come from the

7  south that actually walk closer to the consulate itself, and

8  some actually make their way north of the consulate.

9            But by and large, the movement was along this

10  trail here.

11     Q     And where does -- when you say "the movement,"

12  these individuals, where do they go?

13     A     Most of them -- and here's a group right here, but

14  most of this, these individuals walk down this trail and

15  then cut through here and walk either in front of or into

16  this building right there.

17            MR. DiLORENZO:  And if I could move to, say,

18  21:48, which would be 11:48 local time.

19            Again, just stop for a second so we can orient

20  ourselves.

21  BY MR. DiLORENZO:

22     Q     So if you're going to -- which way is north?

23     A     Right here is your north arrow.  So that's north,

24  and then this way is south.

25     Q     And do you see the many consulate building?

1      A    I do.

2      Q    Is that the structure that's in the center just to

3 the top?

4      A    That is correct.

5      Q    And then are you familiar with the location of the

6 office?

7      A    I am.

8      Q    Where is that?

9      A    In this building here.

10     Q    And when we last looked, it was flipped.  Is that

11 the building that you see most of these individuals head

12 toward?

13     A    That's correct.  They came down this trail here,

14 and then they cross down through here.

15          MR. DiLORENZO:  And if we could play it.

16          THE WITNESS:  Now, you see a larger group of

17 approximately 20 individuals, all walking, again, towards

18 that office building.

19 BY MR. DiLORENZO:

20     Q    And what buildings are they walking past?

21     A    They are walking past the consulate.  This is the

22 consulate.

23     Q    And the build described is a QRF or the guard

24 building.  Are they walking past that as well?

25     A    They are.  That is off to the northwest, and out

1    of the field of view would be generally in that direction up

2    there.

3         Q    And, again, where does it appear that this group

4    goes, the majority of this group goes?

5         A    The majority of the group either walks into or in

6    front of and just kind of just mingles in front of this

7    building.  But most of them, quite a few of them go into

8    this building.

9              MR. DiLORENZO:  And then if we could move to

10   toward 21:51.  Maybe just stop it for a second.  Back it up

11   a little, please.

12             And then we'll orient ourselves.

13             THE WITNESS:  At this point, we've now flipped

14   again.  Here's our north arrow.  And so this is north, and

15   this is south.

16   BY MR. DiLORENZO:

17        Q    And then where is the office?

18        A    The office building would be right here.

19        Q    And then where is the alleyway going to the

20   office?

21        A    Here's the alley.

22        Q    What do we see headed down the alleyway now at

23   what appears to be --

24        A    Here's another large group of -- and I think I've

25   used too much drawing -- another large group of individuals

1  walking towards the same direction.

2      Q    And that, according to this Zulu clock, it's

3  21:52, which would be about 11:52 local time.

4           And where does this group go?

5      A    The large group that just walked over to the

6  office?

7      Q    Yes.

8      A    They stay there for quite a while.

9           Eventually, we'll see -- and you can still see

10  individual personnel making their way that direction.  But

11  eventually you'll see a group walk out and another group

12  walk in, and then they start just sort of mingling past each

13  other along that same path.

14           MR. DiLORENZO:  And if I could move to 21:58:35,

15  which would be just before midnight or at about midnight

16  local time.

17           If you could pause it for a second.

18  BY MR. DiLORENZO:

19      Q    And I just circled an area.  What, if anything,

20  will we see in that area?

21      A    There will be what looks like a white SUV.  We

22  don't actually know the color because we're in infrared.

23  But an SUV from the north field of view.  Again, here's your

24  north arrow.  From the north field of view, will drive into

25  the picture.

1          MR. DiLORENZO:  And then please play it.

2   BY MR. DiLORENZO:

3      Q    And then what we see in front of the office area,

4   we see a number of individuals outside in the office area?

5      A    That is correct.

6          MR. DiLORENZO:  And then pause it for a second.

7   BY MR. DiLORENZO:

8      Q    Do you see the vehicle that you described?

9      A    I do.

10     Q    Could you circle it?

11     A    (Witness complies.)

12     Q    Thank you.

13         MR. DiLORENZO:  And then clear for a second.

14  BY MR. DiLORENZO:

15     Q    And where is the location of the office?

16     A    (Witness complies.)

17         MR. DiLORENZO:  And then please clear that.

18  BY MR. DiLORENZO:

19     Q    In front of the office, there appear to be two

20  structures.

21     A    Those are additional vehicles.  They're two SUVs

22  parked in front of the building.

23     Q    And they appear to be parked?

24     A    That is correct.

25     Q    And in looking at their hoods, do they have any

1    indication that they've been running?

2        A    They do not.

3            MR. DiLORENZO:  Please play.

4    BY MR. DiLORENZO:

5        Q    And what do we see the one vehicle, the first one

6    you circled, the one that was moving, what do we see that

7    do?

8        A    It is now stopped.

9            This vehicle also does not appear to be hot,

10   so it's probably just very recently started.

11       Q    And does it appear that that vehicle that you

12   described, the one that's moving, did it appear to have

13   stopped in front of the office and then backed up?

14       A    That's correct.

15           It repositioned in front of the building and then

16   backed into a position closer to the building.

17           There are still personnel walking towards the

18   office.

19       Q    And the majority of the personnel that you've seen

20   up to this time appear to be going to what location?

21       A    Towards the office or towards an area near the

22   office, with a few individuals walking back out of -- in the

23   opposite direction.

24       Q    And this being about midnight, is at this point

25   about 30 minutes after that second SUV is -- was seen

```
1  leaving?

2      A    That's correct.

3      Q    And then what do we see now about that one vehicle

4  in front of the office?

5      A    The SUV that was from the north field of view that

6  came down here and repositioned has now repositioned again

7  closer to these other two vehicles.

8          And now, the front left door is open on that

9  vehicle.

10      Q    And do you see individuals around that vehicle?

11      A    I do.

12          And as I described earlier, there are now multiple

13  individuals that are making their way towards the office.

14  And there are also individuals that are making their way

15  back.  So basically, they're passing by each other along the

16  path.

17      Q    Does there come a time when you see the vehicle

18  move away from the office?

19      A    It eventually does move away from the office, yes,

20  sir.

21      Q    Now, did you continue to stay over the mission

22  compound for a while?

23      A    We received direction to shift to the annex, and

24  we came back and forth for a few times.  And then eventually

25  we shifted to the airport and followed the Tripoli team
```

1   back.

2        Q    And here at 22:01, we see the vehicle begin to

3   move?

4        A    That's correct.  It is just slowly moving along

5   the path.

6             It's now moving towards the west.

7             MR. DiLORENZO:  Okay.  If we could stop it for a

8   second.

9   BY MR. DiLORENZO:

10        Q    Now, you indicated that, at some point, you then

11   moved it over to the annex.  Was that a nearby facility?

12        A    I don't remember the straight-line distance on the

13   ground, but it wasn't very far away.

14        Q    And then there was a point where you had moved to

15   an airport.  What airport was that?

16        A    I believe it was the Benghazi airport.

17        Q    And what was the purpose of you going up to the

18   Benghazi Airport?

19        A    We were sent to follow the Tripoli team back from

20   the airport to the annex.

21        Q    And did you follow that team back to the annex?

22        A    That is correct.

23        Q    Do you recall about what time that was?

24        A    It was nearing the end of our on-station time.  So

25   I believe it was very early in the morning, 3:00, 4:00 in

1    the morning.

2         Q    And do you know what time that would be?

3              Actually, a better question, because you indicated

4    you don't remember the exact time.

5              Did you follow the convoy back to a facility known

6    as the annex?

7         A    We did.  And then very shortly after that, we

8    reached the end of our on-station time; and we had to return

9    to base.

10        Q    Was that for refueling purposes?

11        A    Basically, yes.

12        Q    And did you see any activity at the annex after

13   escorting the convoy to --

14        A    No, I did not.

15             MR. DiLORENZO:  Okay.  The Court's indulgence.

16             All right.  Your Honor, I have no further

17   questions.

18             THE COURT:  Thank you.  Ms. Petras.

19                              - - -

20                       CROSS-EXAMINATION

21   BY MS. PETRAS:

22        Q    Good afternoon.

23        A    Good afternoon, ma'am.

24        Q    Okay.  So the exhibit that the government showed

25   you was from, I believe it was 304, Exhibit No. 304?

1          MS. PETRAS:  Could I have a moment, please.

2    BY MS. PETRAS:

3          Q    Okay.  They gave you Exhibit 304 that had the

4    hour-long video on it, correct?

5          A    That had the hour-long what, ma'am?

6          Q    Video.

7          A    Correct.

8          Q    And that was from 21:15 Zulu to 22:15 Zulu,

9    correct?

10         A    21 -- we have three separate videos.  One was

11   15 minutes from 21:15 to 21 -- 21:15 to 21:20, 21:20 to

12   21:25 Zulu, and then 21:25 Zulu to 22:15 Zulu.

13         Q    Okay.  I'm sorry.  Can you do that a little slower

14   for me, please?

15         A    Sure.

16              21:15 Zulu to 21:20 Zulu was this first video.

17              21:20 Zulu to 21:25 Zulu was this second video.

18              And then 21:25 Zulu to 22:15 Zulu was this third

19   video.

20         Q    When you first got over the mission -- you were

21   watching all of this in realtime, correct?

22         A    That is correct.

23         Q    So when the drone that you were watching the feed

24   from got over the mission, it was 21:15, approximately,

25   correct?

1      A     Approximately.  The official on-station time was

2   21:16.

3      Q     And that was really that would be 21:16 Zulu, so

4   21 -- so 11:16 p.m. Benghazi time?

5      A     Correct.

6      Q     And then you continued to watch what was going on

7   until about 21:23 -- no.  I'm sorry -- 12:23 a.m. Benghazi

8   time, correct?

9      A     Roughly, yes, ma'am.

10      Q     And it was at 12:23 a.m. Benghazi time that the

11   drone moved from over the mission, correct?

12      A     We were directed to place eyes on the annex/and

13   then occasionally, we were sent back to the actual

14   consulate.  So back and forth several times.

15      Q     So the video that we, I think, Mr. DiLorenzo

16   stopped on was about two minutes after midnight, correct?

17      A     I believe so.

18      Q     But it continues on for, at least till 23 minutes

19   after, correct?

20      A     I believe so, yes, ma'am.

21      Q     And you indicated a couple times that what we were

22   seeing were adult males.  Is there a way to tell if it's an

23   adult male or an adult female?

24      A     There is an -- and if we zoom in on them and we

25   see certain body movements, certain indicators, we can make

1    that determination.

2             This feed is a little rough, and there are times

3    when you can't necessarily determine whether it's all adult

4    males or it's just personnel.

5        Q    Okay.  So you're trained to identify specific

6    things, but you can't identify specific people, correct?

7        A    That is correct.

8        Q    So when you said that you, at some point --

9    I think you said it was 21:43 Zulu that you saw people

10   re-entering.  You don't know if it was people that had been

11   on the mission property before or going on for the first

12   time?

13       A    That's correct.

14       Q    There's no way to tell if those little, black dots

15   are the same black dots or different black dots?

16       A    That is correct.

17            MS. PETRAS:  And then if we could play it again

18   from where Mr. DiLorenzo stopped at 22:02 Zulu.

19            Thank you.

20   BY MS. PETRAS:

21       Q    Okay.  It's playing now, which is Government's

22   Exhibit, I believe, 304, that at 22:02 -- and that's the

23   point where you stopped.

24            Now, that particular feed, you indicated, as it --

25   just as it continues to play, on the left-hand side is the

```
 1   road that leads -- can you just put on there, what's south?
 2        A    Okay.  So this is -- south would be down in this
 3   direction here.
 4        Q    And you indicated that you see people coming from
 5   the south and mostly going over towards the mission.
 6   Can you do an arrow?  I mean towards the office, correct?
 7        A    Uh-huh.
 8        Q    Thank you.
 9             But you also saw a few people going towards the
10   main building, correct?
11        A    Yes, ma'am.
12        Q    And I guess like up in this corner, you could see
13   some of them now going towards the main building, correct?
14        A    Which corner is that, ma'am.
15        Q    I'm sorry.  The upper left-hand corner.
16        A    I see a few individuals.  There's, looks like
17   three personnel.  And then there's one that's actually
18   moving away from, and then there's probably two right there.
19        Q    So it's fair to say, as we watch this, all the
20   little black dots you see are humans moving around?
21        A    That is correct.
22        Q    And at this point -- and I think you were watching
23   it with Mr. DiLorenzo at a little bit before midnight,
24   because right now, it's two -- it just turned into three
25   minutes after midnight, correct?
```

1        A    That is correct.

2        Q    That's Benghazi time, right?

3        A    Three minutes after midnight, yes, ma'am.

4        Q    Yes.

5             So at that point, the main building is still, that

6   was the building that was on fire, correct?

7        A    It's not the only one that was on fire, but it

8   certainly is still showing effects of a fire, yes, ma'am.

9        Q    In that view.

10            The building that you identified as the office and

11   the building across from the office were not on fire,

12   correct?

13        A    That is correct.

14        Q    And now as the video continues past three minutes,

15   almost four minutes past midnight, you can still see a large

16   group of people heading towards the office, correct?

17        A    Yes, ma'am.  These individuals are all walking

18   towards the office.

19        Q    And it's fair to say, if we continued to watch

20   this from what is now 4 minutes after midnight to at least

21   the 23 minutes after midnight, that it continues to?

22        A    That's correct.

23        Q    You'd see people, large groups, small groups,

24   single groups, streaming on and off?

25        A    Yes, ma'am.

1    Q    Sometimes you see a couple of people, correct?

2    A    That is correct.

3    Q    And sometimes you see a larger group, correct?

4    A    That is correct.

5    Q    And they're all sort of milling around?

6    A    I would say that the vast majority of the movement

7    was either towards the office or away from the office from

8    that point on.  So it's people walking back and forth along

9    this path and then out towards the south.

10   Q    Yes.  For as long as you were observing, there

11   were people walking on and off?

12   A    That is correct.

13   Q    I think we can stop the video.

14        MS. PETRAS:  May I have the Court's indulgence.

15        Nothing further.  Thank you.

16        MR. DiLORENZO:  Brief redirect.

17                          - - -

18                   REDIRECT EXAMINATION

19   BY MR. DiLORENZO:

20   Q    So basically, from 21:43, which is 11:43 local

21   time, is the first time you indicated to the jury that you

22   saw people entering the mission compound after the SUV, the

23   last SUV departed?

24   A    That is correct.

25   Q    The bulk of the individuals that you saw coming --

1    or the individuals that you saw entering the mission, where
2    were they coming from?
3        A    The vast majority of those individuals all came
4    from the south field of view.  And when I say "field of
5    view," I mean from the south of what we can actually see
6    with the sensor.
7             If they came from south and suddenly appear on our
8    screen, that is what I'm referring to when I say the south
9    field of view.  So anything south and out beyond what we can
10   see with a sensor, that's the field of view.
11       Q    And that's the same direction of the RPG that you
12   described in the scene?
13       A    That is correct.
14       Q    And the majority of that group went where?
15       A    The majority of those individuals, of all of those
16   personnel, the vast majority went towards that office and
17   walked to that office.
18       Q    Was that directly to the office?
19       A    The vast majority of them, yes.
20            MR. DiLORENZO:  Nothing further.
21            THE COURT:  Okay.
22            Mr. Duggan, thank you very much for your
23   testimony.  You're dismissed.  Don't talk about your
24   testimony until the case is over, okay?
25            THE WITNESS:  Yes, sir.

1          (Bench conference)

2          THE COURT:  So Clarke for Monday, or we're done

3    today?

4          MR. DiLORENZO:  I think we're done.

5          THE COURT:  Clarke on Monday or Bilal?

6          MR. DiLORENZO:  So that interesting.  We're going

7    to reach out to Ms. Himelstein.  I was thinking we'd just

8    continue with Clarke.

9          We also have the interpreter who testified at the

10   motions hearing.  He's flown in.  Remember his father passed

11   away last week.  But it's my understanding he's coming in

12   this weekend.

13         So our intent is to call the two of them on

14   Monday.  I think Clarke would take the day, certainly direct

15   and cross.  If the Court would like after we reach out to

16   Ms. Himelstein -- I believe that she'll be back next week.

17   We can confirm.  But that's the way we'd like to proceed.

18         MS. PETERSON:  Yeah.  We could do this later.  But

19   I think we need to get a sense, because we still have 22

20   witnesses on the government's witness list.  We have

21   witnesses to get here from out of the country and from out

22   of the area and arrangements to be made with the Marshals

23   Service.

24         So if we can get a sense of -- I just don't want

25   to be in a position where even if we don't believe it to be

```
 1   after November 9th, suddenly they announce that they're done
 2   and we don't have anyone here.
 3              MR. DiLORENZO:  So, I mean, as a team, we're going
 4   to get together, because I believe, based on some of the
 5   testimony -- for example, we've had the two GRS members
 6   testify.  I don't think there's a need to call the remaining
 7   one that we were going to call because a lot of it would
 8   just be repetitive.  There's no need to do that.
 9              So I think we wanted to make that decision
10   collectively, and I think we could slash some of the
11   witnesses.
12              THE COURT:  Let's release the jury.  And then we
13   can talk about the trial.
14              (Open court)
15              THE COURT:  All right, ladies and gentlemen, we
16   have reached the end of our trial week.  We're going to
17   dismiss you for the weekend.  Have a great weekend.
18              Please resist the urge to talk about the case or
19   do any research about the case.  You're going to hear that
20   in your sleep, if you don't already.
21              We will see you at 9:30 on Monday morning for what
22   I believe will be the continuation of Agent Clarke's
23   testimony, okay?
24              Have a great weekend.
25              (Jury exited the courtroom.)
```

```
 1              THE COURT:  All right.  So we think Agent Clarke
 2   on Monday, then the interpreter.  Have we come to ground on
 3   the intelligence interview witnesses?  I know there were
 4   some issues from last week.
 5              MR. DiLORENZO:  We haven't.  Some of that may be
 6   impacted by the testimony of Special Agent Clarke.
 7              THE COURT:  Okay.
 8              MR. DiLORENZO:  So, I mean, what we're going to do
 9   is we're going to forge ahead as if we are going to call him
10   next week.  I'm not saying we are, but I think a lot of it
11   will depend on how some of the other -- some of the other
12   witnesses.
13              THE COURT:  Okay.  Well, I'll tell you what.  Why
14   don't you reassess this weekend, be prepared to give us a
15   status report on Monday as to your time estimate,
16   approximately how many more witnesses you think you're going
17   to call.
18              MR. DiLORENZO:  Okay.
19              THE COURT:  And then over the weekend, get the
20   defense the Tuesday lineup.
21              MR. DiLORENZO:  Sure.
22              THE COURT:  Okay.  I think we're set for Monday.
23   Get them the Tuesday lineup.
24              Ms. Petras, you've got -- you've had plenty of
25   time to prepare this cross, so I'm looking forward to it.
```

```
 1              All right.  Have a great weekend everybody.

 2              MR. ROBINSON:  Your Honor, just one point.  And I

 3    know the Court's orders required the 36 hours for the

 4    Tuesday lineup.  But I think our experience of last week in

 5    particular, that some witnesses end up presenting issues

 6    about materials to be produced and otherwise.

 7              And to the extent that the government can give a

 8    larger sense of what's in the week earlier, we can use the

 9    weekend to address those kinds of issues so that they don't

10    end up interrupting things as we come forward.

11              And I know that's an expansion on the court's

12    order.  But I do think that given the needs and the

13    experience today, that would be helpful in making sure

14    things move smoothly.

15              THE COURT:  Can we, as soon as you can get them

16    the Tuesday lineup, let's do that, particularly if there are

17    folks who you anticipate will present the kinds of issues

18    that we've had to deal with with a number of other

19    witnesses.

20              MR. DiLORENZO:  Absolutely.

21              THE COURT:  Okay.

22              All right.  See you Monday.

23              (Proceedings concluded at 4:18 p.m.)

24

25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: October 26, 2017_____   /S/__William P. Zaremba_____

                              William P. Zaremba, RMR, CRR

BY MR. DiLORENZO: [45]  3724/6 3728/25
3730/3 3730/18 3732/1 3732/22 3733/6
3734/17 3734/21 3738/5 3739/12 3740/11
3740/16 3741/1 3741/6 3741/14 3741/24
3742/6 3742/21 3743/7 3743/15 3744/11
3744/15 3748/2 3748/11 3750/15 3751/7
3751/25 3752/16 3753/15 3753/24 3754/25
3755/13 3755/20 3756/20 3757/18 3758/15
3759/17 3760/1 3760/6 3760/13 3760/17
3761/3 3763/8 3770/18
BY MR. SHWEIKI: [10]  3680/6 3687/2 3687/14
3689/11 3691/3 3693/17 3693/23 3694/10
3696/17 3720/20
BY MS. PETERSON: [5]  3698/13 3704/7
3710/24 3711/10 3714/14
BY MS. PETRAS: [3]  3764/20 3765/1 3767/19
DEPUTY CLERK: [4]  3677/1 3694/7 3723/19
3737/15
MR. DiLORENZO: [68]  3677/5 3678/22 3678/24
3679/4 3679/6 3718/18 3719/8 3723/12
3723/24 3724/1 3728/24 3729/22 3730/12
3731/23 3732/16 3732/20 3733/3 3734/6
3734/10 3734/15 3734/20 3737/20 3739/9
3740/8 3740/15 3740/23 3741/5 3741/10
3741/23 3742/4 3742/15 3743/13 3744/9
3744/14 3747/23 3748/4 3750/13 3751/4
3751/18 3751/22 3752/13 3753/5 3753/18
3753/21 3754/22 3755/10 3755/18 3756/16
3757/14 3758/8 3759/13 3759/25 3760/5
3760/12 3760/16 3761/2 3763/6 3764/14
3770/15 3771/19 3772/3 3772/5 3773/2 3774/4
3774/7 3774/17 3774/20 3775/19
MR. PETRAS: [1]  3737/23
MR. ROBINSON: [1]  3775/1
MR. SHWEIKI: [32]  3677/12 3677/21 3677/25
3678/4 3678/8 3678/15 3678/19 3679/13
3679/18 3687/1 3693/16 3694/5 3694/8 3698/8
3704/2 3706/19 3706/21 3707/9 3708/3
3708/12 3709/6 3709/18 3710/9 3714/6
3714/23 3715/12 3716/2 3716/24 3717/21
3718/10 3720/17 3723/4
MS. PETERSON: [37]  3678/11 3678/14 3678/17
3679/1 3679/9 3679/12 3706/22 3707/4
3707/23 3708/5 3708/9 3708/20 3709/11
3710/6 3710/19 3710/21 3710/23 3714/2
3714/4 3714/12 3714/22 3715/1 3715/3 3715/7
3715/9 3715/15 3715/22 3716/5 3716/15
3717/10 3717/17 3719/2 3719/21 3720/13
3737/22 3743/5 3772/17
MS. PETRAS: [4]  3730/1 3764/25 3767/16
3770/13
THE COURT: [83]  3677/7 3677/10 3677/13
3677/23 3678/1 3678/5 3678/10 3678/12
3678/18 3678/20 3678/23 3678/25 3679/3
3679/5 3679/7 3679/11 3679/16 3679/20
3679/23 3698/10 3704/6 3706/17 3706/20
3707/2 3708/4 3708/6 3708/10 3709/8 3709/14
3710/2 3710/7 3710/17 3710/22 3711/7
3714/11 3714/20 3715/2 3715/6 3715/8
3715/11 3715/21 3716/4 3716/12 3716/22
3717/13 3717/20 3718/7 3718/17 3719/6
3719/25 3720/3 3720/6 3720/12 3720/15
3723/5 3723/8 3723/11 3723/14 3723/16
3723/21 3723/25 3729/25 3730/2 3737/8
3737/18 3738/1 3741/19 3741/22 3743/6
3754/24 3764/17 3771/20 3772/1 3772/4
3773/11 3773/14 3773/25 3774/6 3774/12
3774/18 3774/21 3775/14 3775/20
THE WITNESS: [28]  3679/22 3687/11 3689/9
3690/20 3696/3 3711/9 3720/5 3720/11 3723/7
3723/10 3723/15 3732/18 3734/8 3734/12
3741/21 3742/18 3748/5 3750/14 3751/5
3751/19 3752/15 3753/6 3753/19 3754/23
3755/13 3757/15 3758/12 3771/24

/S [1]  3776/7

0

03:14 [1]  3684/13
05 [3]  3682/8 3682/10 3691/17

1

10 [2]  3689/18 3747/3
100 [1]  3685/16
101 [1]  3744/8
109 [1]  3674/23
11-844 [1]  3674/16
11:00 [2]  3699/6 3699/6
11:10 [1]  3699/6
11:15 [1]  3736/12
11:16 [1]  3766/4
11:22 [1]  3750/23
11:30 [1]  3754/8
11:43 [1]  3770/20
11:48 [1]  3756/18
11:52 [1]  3759/3
11th [3]  3680/10 3729/19 3730/23
12:23 [2]  3766/7 3766/10
13 [1]  3708/22
14-141 [1]  3674/4
141 [1]  3674/4
15 [1]  3678/19
15 minutes [1]  3765/11
17 [1]  3674/7
1794 [1]  3674/17
1899 [1]  3675/4
1:45 [1]  3674/6
1A [3]  3729/24 3731/25 3738/8
1B [2]  3729/25 3746/9

2

20 [6]  3677/24 3679/5 3725/2 3725/3 3747/2
3757/17
20001 [1]  3675/14
20004 [1]  3674/23
20006 [1]  3675/5
2011 [1]  3724/23
2012 [4]  3680/10 3729/19 3730/23 3734/15
2017 [2]  3674/6 3776/7
202 [4]  3674/17 3674/23 3675/6 3675/15
20530 [1]  3674/16
208-7500 [1]  3674/23
21 [4]  3733/13 3765/10 3765/11 3766/4
21:15 [9]  3730/6 3730/14 3736/8 3737/8
3765/8 3765/11 3765/11 3765/16 3765/24
21:15 Zulu [1]  3729/11
21:15:22 [2]  3733/12 3734/6
21:15:42 [1]  3739/14
21:16 [4]  3731/23 3743/11 3766/2 3766/3
21:16:06 [1]  3741/3
21:16:13 [1]  3741/8
21:16:48 [1]  3742/17
21:20 [12]  3729/11 3729/12 3730/14 3730/16
3745/11 3747/16 3747/16 3747/17 3765/11
3765/11 3765/16 3765/17
21:20:01 [1]  3747/14
21:22:00 [1]  3748/2
21:23 [1]  3766/7
21:23:34 [1]  3751/2
21:23:35 [1]  3752/15
21:25 [7]  3729/14 3730/16 3730/17 3765/12
3765/12 3765/17 3765/18
21:25 Zulu [1]  3729/13
21:30 [2]  3754/6 3754/21
21:31 [4]  3753/6 3753/19 3753/23 3754/14
21:43 [3]  3755/11 3767/9 3770/20
21:43:40 [1]  3755/15
21:43:49 [1]  3755/6
21:48 [1]  3756/18
21:51 [1]  3758/10
21:52 [1]  3759/3

## 2

21:58:35 [1]  3759/14
22 [1]  3772/19
22:01 [1]  3763/2
22:02 [2]  3767/18 3767/22
22:15 [6]  3729/15 3730/7 3730/18 3765/8
 3765/12 3765/18
23 [2]  3766/18 3769/21
23:30 [1]  3754/8
24/7 [1]  3704/25
25 [1]  3754/16
252-1794 [1]  3674/17
26 [2]  3674/6 3776/7

## 3

30 [1]  3761/25
304 [4]  3764/25 3764/25 3765/3 3767/22
304-1 [5]  3728/22 3728/24 3728/24 3729/24
 3752/24
304-1A [3]  3729/24 3731/25 3738/8
304-1B [1]  3746/9
304-2 [3]  3680/9 3693/20 3694/10
3249 [1]  3675/15
333 [1]  3675/13
354-3249 [1]  3675/15
36 [1]  3775/3
360 [1]  3695/6
38 [1]  3755/15
3:00 [5]  3677/12 3678/7 3678/22 3737/15
 3763/25
3:01:57 [1]  3682/6
3:14 [1]  3684/8
3:15:09 [1]  3685/24
3:23 [1]  3737/15
3:35 [1]  3693/21

## 4

45 [1]  3737/20
4:00 [1]  3763/25
4:18 [1]  3775/23

## 5

50-meter [1]  3688/12
50-minute [1]  3753/1
550 [1]  3674/22
555 [1]  3674/15
5:00 [2]  3682/9 3682/10

## 6

600 [1]  3675/5
625 [1]  3674/22
6511 [1]  3675/14

## 7

7500 [1]  3674/23

## 8

833-8900 [1]  3675/6
844 [1]  3674/16
8900 [1]  3675/6

## 9

9/11/2012 [1]  3734/15
9:30 [1]  3773/21
9th [1]  3773/1

## A

a.m [5]  3682/9 3682/10 3736/13 3766/7
 3766/10
ability [1]  3728/9
able [18]  3679/8 3686/11 3687/16 3688/7
 3691/10 3691/22 3696/6 3702/10 3702/13
 3702/19 3703/8 3703/14 3703/15 3709/25
 3715/11 3715/17 3715/19 3737/3
about [73]  3677/22 3678/15 3682/8 3687/10
 3696/8 3698/17 3699/6 3700/2 3701/8 3703/1
 3705/5 3706/8 3706/13 3707/15 3707/18

3708/23 3708/11 3708/9 3708/21 3709/9
3709/21 3710/18 3711/17 3712/20 3714/8
3714/25 3716/19 3717/4 3717/6 3717/6 3718/3
3718/6 3718/12 3718/20 3719/1 3719/14
3721/5 3721/20 3727/2 3733/5 3733/17
3734/16 3736/6 3736/6 3736/15 3737/20
3737/21 3737/22 3739/1 3739/3 3740/21
3747/1 3747/2 3747/2 3748/1 3748/15 3750/2
3752/3 3755/6 3755/15 3759/3 3759/15
3761/24 3761/25 3762/3 3763/23 3766/7
3766/16 3771/23 3773/13 3773/18 3773/19
3775/6
above [3]  3733/10 3733/12 3776/4
above-titled [1]  3776/4
Absolutely [4]  3702/24 3703/23 3747/15
 3775/20
abstract [2]  3707/18 3710/2
ABU [1]  3674/7
according [1]  3759/2
accurate [3]  3682/13 3719/13 3728/11
accurately [1]  3729/20
across [1]  3769/11
action [1]  3688/7
activated [1]  3722/5
activity [1]  3764/12
actual [6]  3683/17 3684/25 3690/14 3692/20
 3697/3 3766/13
actually [107]
actuating [1]  3683/10
addition [1]  3719/2
additional [5]  3687/13 3687/23 3693/15
 3702/2 3760/21
additionally [1]  3691/2
address [1]  3775/9
admissible [1]  3710/17
admission [1]  3680/11
admitted [3]  3694/8 3694/9 3731/6
ado [1]  3698/17
adult [21]  3725/22 3743/21 3745/23 3746/2
 3746/11 3746/13 3746/18 3747/6 3748/6
 3748/9 3748/17 3748/21 3749/6 3749/10
 3749/16 3750/8 3752/10 3766/22 3766/23
 3766/23 3767/3
advise [1]  3690/9
afield [3]  3710/16 3713/19 3717/1
after [21]  3687/25 3688/8 3692/17 3699/6
 3716/21 3737/12 3749/21 3751/13 3756/3
 3761/25 3764/7 3764/12 3766/16 3766/19
 3768/25 3769/3 3769/20 3769/21 3770/22
 3772/15 3773/1
afternoon [8]  3674/8 3698/15 3698/16
 3723/16 3724/8 3724/9 3764/22 3764/23
again [29]  3677/3 3681/15 3685/6 3691/25
 3692/4 3692/14 3698/2 3699/12 3702/12
 3717/9 3721/19 3732/12 3737/16 3741/3
 3742/11 3748/8 3749/11 3750/3 3750/21
 3751/15 3752/5 3753/3 3756/19 3757/17
 3758/3 3758/14 3759/23 3762/6 3767/17
against [1]  3748/10
agencies [6]  3693/13 3698/3 3698/6 3698/7
 3701/10 3712/19
agent [4]  3718/9 3773/22 3774/1 3774/6
ago [1]  3733/2
ahead [5]  3687/2 3689/5 3695/21 3736/11
 3774/9
AHMED [1]  3674/7
aid [2]  3733/16 3741/11
aided [1]  3675/18
air [13]  3685/11 3686/12 3694/17 3697/25
 3722/3 3724/20 3724/24 3725/1 3725/3 3725/6
 3725/9 3725/17 3728/20
Air Force [1]  3685/11
aircraft [37]  3681/23 3683/12 3683/20
 3684/7 3684/25 3694/4 3694/14 3694/16
 3695/3 3697/19 3697/23 3697/24 3698/19
 3698/25 3700/13 3700/22 3701/3 3701/15
 3704/19 3704/23 3705/2 3705/3 3705/5
 3705/25 3721/3 3721/17 3722/10 3722/11

**A**

aircraft... [9] 3722/14 3725/20 3726/4 3726/4 3726/23 3727/5 3727/22 3731/13 3731/15
airmen [2] 3689/22 3690/9
airport [10] 3693/7 3693/8 3697/16 3697/21 3762/25 3763/15 3763/15 3763/16 3763/18 3763/20
airspace [1] 3698/1
all [59] 3677/2 3677/8 3677/15 3679/4 3679/17 3679/21 3681/11 3681/16 3684/13 3685/2 3694/2 3694/23 3695/9 3698/4 3698/5 3698/6 3700/6 3704/22 3708/11 3711/15 3712/17 3712/25 3713/8 3713/9 3713/9 3713/11 3713/20 3714/1 3714/12 3716/21 3717/11 3720/16 3721/13 3721/21 3722/5 3722/10 3723/22 3730/6 3737/9 3737/16 3738/2 3742/14 3742/17 3745/16 3746/10 3747/19 3757/17 3764/16 3765/21 3767/3 3768/19 3769/17 3770/5 3771/3 3771/15 3773/15 3774/1 3775/1 3775/22
All right [12] 3679/4 3694/2 3704/22 3720/16 3723/22 3737/9 3742/17 3764/16 3773/15 3774/1 3775/1 3775/22
alley [1] 3758/21
alleyway [2] 3758/19 3758/22
allowed [3] 3689/24 3700/11 3704/14
allows [1] 3727/23
almost [8] 3685/16 3685/16 3691/18 3695/5 3705/19 3732/14 3747/18 3769/15
along [11] 3711/9 3728/13 3736/22 3753/14 3753/14 3756/4 3756/9 3759/13 3762/15 3763/4 3770/8
already [4] 3717/2 3717/6 3717/9 3773/20
also [28] 3680/18 3682/3 3682/20 3687/13 3702/2 3707/12 3707/13 3707/19 3707/22 3710/10 3710/17 3712/19 3721/13 3721/19 3722/15 3722/20 3726/9 3726/19 3730/24 3736/2 3740/4 3741/18 3744/17 3754/11 3761/9 3762/14 3768/9 3772/9
always [4] 3683/20 3683/24 3689/23 3705/2
am [4] 3677/14 3708/6 3724/17 3757/7
ambulatory [1] 3696/16
AMERICA [1] 3674/3
amount [1] 3708/21
analysis [4] 3693/15 3723/2 3726/17 3726/18
analyst [6] 3725/16 3725/17 3726/22 3729/19 3730/24 3730/25
analysts [2] 3698/6 3726/8
angle [1] 3694/19
annex [37] 3680/10 3684/5 3697/20 3701/25 3702/3 3702/14 3704/10 3704/18 3704/24 3705/22 3706/8 3706/25 3707/16 3710/3 3711/2 3711/25 3711/25 3712/2 3712/8 3714/8 3714/19 3716/20 3718/9 3720/23 3721/7 3721/11 3722/20 3722/21 3722/22 3754/12 3762/23 3763/11 3763/20 3763/21 3764/6 3764/12 3766/12
annex/and [1] 3766/12
announce [1] 3773/1
another [11] 3685/17 3687/25 3689/1 3689/2 3696/12 3708/16 3716/1 3723/23 3758/24 3758/25 3759/11
answer [4] 3713/8 3714/17 3714/20 3718/2
answered [1] 3717/9
answers [1] 3718/3
anticipate [1] 3775/17
anticipation [1] 3677/22
any [25] 3677/22 3678/23 3682/21 3684/2 3685/25 3686/3 3688/7 3712/12 3713/14 3713/21 3722/10 3722/11 3725/21 3727/25 3728/9 3730/1 3735/11 3739/2 3741/16 3745/18 3750/25 3751/10 3760/25 3764/12 3773/19
anybody [1] 3718/21
anyone [3] 3677/16 3720/7 3773/2
anyone's [1] 3682/3

anyplace [1] 3725/20
anything [11] 3693/22 3695/19 3703/25 3713/6 3723/22 3711 3733/8 3735/12 3752/8 3753/12 3759/19 3771/9
appear [21] 3728/7 3731/18 3735/3 3735/12 3735/13 3739/4 3743/20 3744/17 3746/3 3746/4 3746/14 3747/21 3752/2 3758/3 3760/19 3760/23 3761/9 3761/11 3761/12 3761/20 3771/7
APPEARANCES [2] 3674/12 3675/1
appears [7] 3728/8 3734/23 3738/21 3740/6 3742/8 3743/18 3758/23
approach [6] 3677/8 3706/18 3714/3 3714/21 3728/25 3754/23
approved [1] 3715/5
approximately [7] 3684/9 3685/24 3729/15 3757/17 3765/24 3766/1 3774/16
are [92] 3677/15 3677/17 3681/11 3681/19 3681/21 3685/12 3686/3 3687/16 3688/2 3688/21 3690/13 3690/14 3692/18 3693/1 3695/8 3695/11 3703/1 3703/8 3704/19 3706/7 3706/8 3709/2 3709/6 3709/14 3712/12 3712/16 3716/8 3717/25 3718/1 3718/21 3719/1 3719/12 3721/19 3722/5 3723/17 3724/16 3724/18 3726/14 3727/6 3727/11 3727/12 3728/15 3728/19 3729/5 3729/17 3729/18 3731/6 3732/11 3733/1 3734/5 3735/1 3735/2 3735/17 3738/18 3739/7 3740/4 3740/20 3741/16 3743/19 3744/20 3744/20 3745/16 3746/1 3746/1 3746/6 3746/24 3748/6 3748/9 3748/13 3748/14 3751/15 3752/5 3753/10 3756/6 3757/5 3757/20 3757/21 3757/24 3757/25 3760/21 3761/17 3762/12 3762/13 3762/14 3762/14 3767/2 3767/15 3768/20 3769/17 3774/9 3774/10 3775/16
area [36] 3680/22 3683/22 3684/2 3684/19 3685/2 3688/2 3688/10 3688/12 3688/16 3689/4 3692/15 3692/22 3694/15 3694/25 3695/9 3695/16 3695/22 3697/12 3699/5 3715/25 3716/1 3716/8 3716/11 3718/5 3726/5 3732/22 3739/3 3739/18 3751/7 3755/9 3759/19 3759/20 3760/3 3760/4 3761/21 3772/22
areas [3] 3686/25 3719/23 3719/24
aren't [3] 3709/2 3709/3 3745/4
arm [2] 3696/13 3696/14
arms [2] 3697/10 3749/24
around [20] 3681/14 3683/22 3684/23 3686/1 3689/24 3695/4 3696/1 3701/22 3702/3 3704/17 3704/17 3728/14 3733/24 3733/25 3735/18 3740/5 3744/21 3762/10 3768/20 3770/5
arrangements [1] 3772/22
arrive [2] 3700/3 3712/2
arrived [5] 3699/13 3699/17 3711/25 3712/8 3731/20
arrow [10] 3694/21 3695/1 3695/3 3733/13 3733/21 3733/25 3756/23 3758/14 3759/24 3768/6
as [103] 3679/6 3679/9 3679/13 3680/2 3680/17 3681/17 3682/1 3682/1 3682/3 3682/23 3684/10 3685/18 3685/19 3685/19 3687/24 3688/22 3690/5 3690/9 3690/22 3693/7 3693/20 3694/18 3695/2 3695/3 3695/18 3697/22 3698/20 3699/1 3701/7 3701/7 3701/7 3701/7 3701/8 3701/8 3703/4 3703/17 3703/24 3704/5 3705/9 3705/9 3707/23 3708/6 3709/21 3709/21 3710/1 3711/9 3712/19 3716/14 3717/4 3717/24 3721/11 3723/2 3724/19 3724/22 3724/23 3724/24 3725/16 3726/14 3726/17 3726/22 3728/4 3728/4 3729/18 3730/24 3731/14 3731/14 3731/15 3733/23 3733/24 3733/25 3735/4 3735/12 3735/13 3735/20 3736/4 3737/12 3739/8 3739/9 3740/3 3740/5 3740/14 3740/23 3741/10 3741/11 3745/15 3745/15 3746/2 3757/24 3762/12 3764/6 3767/24 3767/25 3768/19 3769/10 3769/14 3770/10

# A

as... [7]   3770/10 3773/3 3774/9 3774/15
 3775/10 3775/15 3775/15
ask [20]   3704/4 3708/9 3708/24 3709/9
 3710/4 3710/18 3711/8 3711/17 3715/2 3715/4
 3715/5 3715/12 3715/14 3716/23 3717/8
 3717/21 3717/24 3720/2 3720/5 3745/12
asking [4]   3699/9 3713/1 3713/5 3713/20
aspects [1]   3707/12
assault [1]   3750/1
asserted [2]   3719/10 3719/20
assess [4]   3691/9 3691/10 3698/7 3703/15
assessed [1]   3686/12
assessment [2]   3685/17 3727/10
assessments [5]   3725/20 3725/22 3725/22
 3726/9 3726/12
asset [4]   3729/19 3731/20 3731/23 3733/24
assigned [1]   3727/6
assists [1]   3727/16
Assudan [1]   3716/9
attack [9]   3686/7 3686/10 3686/13 3697/13
 3700/2 3700/3 3716/22 3721/5 3721/7
attacking [1]   3690/17
attacks [4]   3702/5 3702/6 3716/12 3716/20
attention [6]   3686/18 3688/6 3692/1 3693/19
 3704/16 3745/12
Attieh [1]   3675/9
ATTORNEY'S [1]   3674/14
audience [1]   3677/21
audio [1]   3713/22
author [1]   3719/15
authorization [1]   3677/16
Avenue [3]   3674/22 3675/4 3675/13
avoid [1]   3692/24
aware [3]   3685/13 3692/19 3693/1
awareness [1]   3684/23
away [9]   3688/12 3689/14 3690/13 3762/18
 3762/19 3763/13 3768/10 3770/7 3772/11

# B

BAACH [1]   3675/3
back [58]   3677/18 3678/3 3679/11 3679/17
 3679/20 3679/21 3680/14 3687/7 3688/9
 3689/5 3690/8 3690/17 3692/16 3693/5
 3695/20 3700/7 3704/23 3705/11 3708/22
 3712/7 3712/9 3716/22 3728/5 3728/6 3734/16
 3736/5 3737/7 3740/21 3742/8 3742/17
 3744/22 3745/2 3746/21 3747/2 3747/6 3749/1
 3749/2 3749/15 3750/2 3751/25 3752/12
 3752/14 3753/22 3755/7 3755/13 3755/13
 3758/10 3761/22 3762/15 3762/24 3763/1
 3763/19 3763/21 3764/5 3766/13 3766/14
 3770/8 3772/16
back-and-forth [1]   3708/22
backed [2]   3761/13 3761/16
banks [2]   3700/8 3700/10
base [4]   3718/10 3728/18 3728/20 3764/9
based [16]   3685/25 3686/6 3686/6 3687/17
 3688/17 3689/17 3691/12 3693/22 3695/9
 3699/16 3699/17 3719/1 3722/25 3726/10
 3728/19 3773/4
basically [22]   3681/8 3681/10 3682/18
 3683/4 3691/19 3697/11 3722/11 3725/19
 3726/4 3726/7 3726/13 3727/5 3727/6 3727/13
 3735/16 3739/20 3744/3 3744/22 3745/14
 3762/15 3764/11 3770/20
bays [1]   3728/14
be [123]
because [33]   3681/23 3683/19 3684/16
 3684/21 3701/17 3704/12 3705/8 3706/12
 3707/25 3708/18 3709/23 3713/5 3713/14
 3715/19 3715/23 3716/1 3716/8 3716/13
 3716/18 3716/20 3717/9 3719/4 3719/24
 3729/7 3737/5 3739/7 3745/4 3759/22 3764/3
 3768/24 3772/19 3773/4 3773/7
been [13]   3680/1 3693/12 3697/12 3700/1
 3718/6 3724/21 3731/6 3736/10 3736/25

before [21]   3674/10 3678/22 3680/8 3680/24
 3682/4 3683/4 3686/9 3686/17 3688/5 3690/12
 3695/2 3699/1 3742/18 3745/11 3747/6
 3747/14 3747/17 3749/19 3759/15 3767/11
 3768/23
began [1]   3700/15
begin [1]   3763/2
beginning [4]   3680/14 3700/3 3702/17 3738/3
begins [1]   3729/14
behind [1]   3718/16
being [19]   3680/19 3691/10 3696/15 3696/25
 3697/1 3698/4 3698/5 3700/25 3701/1 3706/24
 3709/25 3710/5 3710/12 3717/16 3721/22
 3735/7 3745/18 3751/21 3761/24
believe [21]   3704/17 3714/9 3736/10 3741/10
 3746/17 3747/16 3748/17 3751/12 3753/1
 3753/9 3754/21 3763/16 3763/25 3764/25
 3766/17 3766/20 3767/22 3772/16 3772/25
 3773/4 3773/22
belly [1]   3748/20
Bench [5]   3677/10 3706/19 3714/4 3714/22
 3772/1
benefit [1]   3691/25
Benghazi [19]   3680/22 3693/8 3699/14
 3706/16 3710/9 3717/19 3718/8 3719/4
 3719/24 3729/18 3731/3 3736/7 3736/10
 3763/16 3763/18 3766/4 3766/7 3766/10
 3769/2
best [1]   3685/10
better [1]   3764/3
between [4]   3681/7 3703/8 3707/14 3712/6
beyond [3]   3707/23 3753/13 3771/9
big [1]   3716/18
Bilal [1]   3772/5
bit [14]   3687/7 3689/5 3690/8 3690/21
 3693/5 3694/20 3695/20 3697/2 3709/21
 3709/23 3727/1 3738/4 3747/17 3768/23
black [14]   3683/1 3690/25 3732/22 3735/12
 3735/20 3739/8 3740/3 3741/17 3741/19
 3742/2 3767/14 3767/15 3767/15 3768/20
blacked [1]   3732/25
blacked-out [1]   3732/25
blurry [1]   3734/14
boat [1]   3683/12
body [1]   3766/25
bomb [6]   3702/10 3702/13 3702/15 3703/9
 3703/10 3703/20
book [7]   3707/1 3707/4 3710/15 3715/19
 3719/13 3719/14 3719/16
both [13]   3699/3 3699/10 3710/16 3712/10
 3717/25 3720/22 3722/14 3729/7 3729/10
 3729/17 3729/17 3735/3 3748/14
bottom [7]   3681/20 3728/4 3728/8 3733/11
 3733/22 3734/5 3751/3
break [3]   3677/25 3680/8 3737/12
breaks [1]   3693/7
brief [4]   3705/11 3743/25 3751/18 3770/14
BRIGHAM [3]   3680/1 3680/8 3681/19
bright [1]   3753/9
broadcast [1]   3701/1
broken [1]   3730/11
build [1]   3757/23
building [40]   3674/15 3687/4 3689/18
 3690/22 3691/1 3732/14 3732/20 3739/4
 3740/1 3740/21 3741/9 3741/10 3741/18
 3742/15 3744/21 3747/7 3749/3 3749/8
 3751/11 3752/9 3753/4 3754/4 3756/16
 3756/25 3757/9 3757/11 3757/18 3757/24
 3758/7 3758/8 3758/18 3760/22 3761/15
 3761/16 3768/10 3768/13 3769/5 3769/6
 3769/10 3769/11
buildings [3]   3689/15 3692/16 3757/20
bulk [1]   3770/25
bullets [2]   3737/2 3737/3
bunch [1]   3716/9
button [1]   3745/21

call [11]   3678/22 3681/2 3682/18 3684/20
3698/23 3723/14 3772/13 3773/6 3773/7
3774/9 3774/17
called [3]   3704/25 3731/2 3731/23
calls [2]   3679/11 3679/12
came [7]   3734/19 3755/9 3757/13 3762/6
3762/24 3771/3 3771/7
camera [23]   3680/24 3681/12 3681/13 3683/3
3683/5 3687/22 3689/24 3690/13 3691/20
3692/11 3693/5 3717/7 3717/17 3719/4 3720/9
3735/6 3735/9 3736/18 3739/2 3742/8 3743/2
3743/4 3744/22
cameras [1]   3684/21
can [97]   3677/17 3677/18 3677/21 3679/6
3681/20 3681/23 3682/24 3684/18 3684/18
3684/22 3685/10 3686/9 3687/2 3687/9
3687/21 3690/5 3692/6 3692/23 3694/6
3694/20 3694/24 3695/10 3695/13 3696/13
3696/19 3697/4 3697/8 3697/9 3697/9 3699/23
3701/7 3706/15 3706/21 3707/12 3709/9
3709/18 3709/19 3710/4 3713/12 3713/13
3714/3 3714/11 3715/2 3715/12 3715/13
3715/18 3716/10 3716/11 3717/22 3717/24
3718/2 3718/20 3726/8 3726/10 3726/12
3727/8 3727/9 3727/19 3728/15 3730/20
3735/21 3735/22 3736/16 3737/1 3739/19
3740/1 3740/3 3740/16 3741/11 3742/13
3743/2 3744/23 3748/2 3749/21 3750/12
3753/19 3753/23 3755/17 3755/19 3756/5
3756/19 3759/9 3765/13 3766/25 3768/1
3768/6 3769/15 3770/13 3771/5 3771/9
3772/17 3772/24 3773/13 3775/7 3775/8
3775/15 3775/15
can you [11]   3694/20 3694/24 3695/10
3696/19 3706/15 3715/12 3750/12 3755/17
3765/13 3768/1 3768/6
can't [10]   3694/16 3700/6 3706/10 3706/10
3706/11 3714/20 3719/12 3744/23 3767/3
3767/6
capabilities [3]   3731/13 3731/14 3735/9
capability [1]   3709/5
capacity [3]   3725/7 3725/14 3730/24
captured [1]   3701/21
capturing [2]   3701/18 3716/6
care [1]   3715/6
carried [2]   3696/25 3697/1
carrying [5]   3696/11 3696/12 3696/14
3696/15 3697/9
cars [4]   3681/11 3688/6 3692/12 3738/10
case [5]   3718/9 3723/10 3771/24 3773/18
3773/19
catch [1]   3681/16
causing [2]   3739/21 3739/23
censor [11]   3680/23 3681/15 3683/10 3684/17
3692/13 3722/8 3722/11 3722/15 3731/13
3732/7 3733/25
censors [1]   3705/25
center [10]   3674/15 3683/2 3683/6 3683/16
3728/8 3732/19 3733/11 3739/16 3740/7
3757/2
certain [9]   3693/2 3710/10 3726/23 3727/20
3736/2 3736/21 3745/9 3766/25 3766/25
certainly [8]   3730/22 3732/5 3735/24 3736/1
3736/4 3736/25 3769/8 3772/14
Certified [1]   3675/11
certify [1]   3776/2
chance [1]   3718/18
change [1]   3682/2
check [1]   3754/21
checklist [1]   3721/16
chief [1]   3718/10
children [1]   3725/23
CHRISTOPHER [2]   3674/10 3677/4
CIA [1]   3718/8
circle [11]   3683/22 3694/24 3733/17 3738/14
3744/4 3745/13 3746/2 3750/4 3750/12

circled [8]   3684/5 3738/22 3739/3 3742/3
3748/16 3755/22 3759/19 3761/6
civilian [4]   3724/19 3724/22 3724/23
3725/14
clarification [1]   3715/14
clarify [3]   3682/5 3709/15 3730/20
clarity's [1]   3730/5
Clarke [6]   3772/2 3772/5 3772/8 3772/14
3774/1 3774/6
Clarke's [1]   3773/22
classification [1]   3715/1
classified [8]   3707/2 3707/9 3708/12
3708/13 3708/14 3715/21 3717/21 3717/23
clean [1]   3709/18
clear [7]   3679/13 3692/6 3711/9 3717/19
3745/20 3760/13 3760/17
clearance [1]   3698/1
Clerk [2]   3679/11 3679/12
client [1]   3716/20
clips [1]   3738/9
clock [9]   3728/3 3728/10 3728/16 3728/16
3733/10 3734/2 3736/6 3750/21 3759/2
clocks [2]   3728/13 3728/14
close [2]   3689/14 3752/23
closer [4]   3689/15 3756/7 3761/16 3762/7
co [1]   3719/15
co-author [1]   3719/15
cold [1]   3735/12
collaborator [1]   3719/15
collectively [1]   3773/10
colloquially [1]   3698/20
color [2]   3735/14 3759/22
colors [1]   3739/1
COLUMBIA [2]   3674/2 3675/13
come [11]   3677/5 3679/11 3709/22 3712/4
3731/2 3737/17 3752/20 3756/6 3762/17
3774/2 3775/10
comes [2]   3706/12 3717/24
coming [18]   3705/12 3715/20 3717/19 3717/20
3720/11 3739/7 3740/4 3740/13 3742/14
3744/25 3745/10 3749/8 3750/25 3755/22
3768/4 3770/25 3771/2 3772/11
commander [2]   3706/6 3706/7
commanding [1]   3690/2
commonly [2]   3682/3 3745/15
communication [1]   3719/18
compare [4]   3727/9 3727/21 3728/9 3728/15
complete [1]   3684/7
completed [1]   3715/24
complex [1]   3742/9
complies [3]   3733/18 3760/11 3760/16
compound [17]   3684/6 3684/18 3687/4 3689/15
3693/6 3694/5 3694/13 3703/2 3703/4 3703/7
3744/24 3753/21 3754/10 3754/18 3755/7
3762/22 3770/22
compounds [1]   3727/19
computer [1]   3675/18
computer-aided [1]   3675/18
concerned [4]   3714/19 3715/21 3718/3
3718/12
concluded [1]   3775/23
conducting [1]   3722/8
conference [5]   3677/10 3706/19 3714/4
3714/22 3772/1
confirm [3]   3727/11 3727/23 3772/17
confused [5]   3707/14 3707/25 3708/5 3708/7
3708/8
confusing [1]   3707/17
consistent [1]   3745/7
constantly [1]   3682/21
Constitution [1]   3675/13
consulate [19]   3729/18 3732/14 3732/20
3734/20 3738/25 3739/4 3740/20 3740/23
3741/9 3743/20 3749/3 3753/14 3754/4 3756/7
3756/8 3756/25 3757/21 3757/22 3766/14
consultant [1]   3719/15
contact [1]   3717/15

**C**

contain [1]   3729/17
contained [2]   3727/15 3727/25
contemporaneously [1]   3721/22
continuation [1]   3773/22
continue [16]   3686/14 3690/18 3694/12
   3696/2 3732/17 3738/7 3740/10 3740/25
   3742/5 3743/14 3746/8 3747/25 3748/23
   3754/9 3762/21 3772/8
continued [5]   3675/1 3680/5 3752/18 3766/6
   3769/19
continues [4]   3766/18 3767/25 3769/14
   3769/21
continuously [1]   3682/15
contractor [1]   3724/24
contrast [1]   3687/22
control [4]   3701/3 3701/4 3721/3 3721/17
controllers [1]   3697/25
controls [3]   3680/24 3700/14 3705/8
convoy [8]   3681/3 3688/10 3692/13 3692/19
   3692/25 3693/6 3764/5 3764/13
COOPER [2]   3674/10 3677/4
coordinate [8]   3726/25 3727/4 3727/8 3727/9
   3727/18 3732/12 3732/13 3732/13
corner [9]   3681/14 3686/19 3696/2 3751/3
   3751/14 3751/22 3768/12 3768/14 3768/15
correct [81]   3697/17 3698/24 3711/19
   3721/23 3725/11 3726/16 3726/20 3727/11
   3727/14 3727/17 3727/24 3728/12 3730/8
   3730/10 3730/12 3731/1 3731/4 3731/7
   3731/19 3732/25 3733/21 3733/24 3734/25
   3735/16 3737/6 3738/23 3740/15 3741/5
   3741/22 3742/4 3742/10 3742/25 3743/13
   3745/6 3749/9 3752/4 3753/2 3753/18 3755/16
   3757/4 3757/13 3760/5 3760/24 3761/14
   3762/2 3763/4 3763/22 3765/4 3765/7 3765/9
   3765/21 3765/22 3765/25 3766/5 3766/8
   3766/11 3766/16 3766/19 3767/6 3767/7
   3767/13 3767/16 3768/6 3768/10 3768/13
   3768/21 3768/25 3769/1 3769/6 3769/12
   3769/13 3769/16 3769/22 3770/1 3770/2
   3770/3 3770/4 3770/12 3770/24 3771/13
   3776/3
correspond [1]   3725/12
corroborate [1]   3728/10
could [81]   3680/12 3684/1 3684/9 3684/24
   3684/25 3686/14 3686/21 3691/25 3692/14
   3693/25 3699/20 3702/22 3705/9 3724/10
   3724/13 3725/18 3725/25 3728/25 3729/5
   3730/21 3731/10 3731/24 3732/3 3732/8
   3732/21 3733/4 3733/16 3734/3 3734/7
   3734/10 3734/11 3734/16 3738/7 3738/14
   3739/10 3739/12 3740/9 3740/24 3742/5
   3742/12 3742/17 3743/21 3744/6 3744/10
   3744/13 3744/15 3744/19 3745/8 3745/8
   3745/11 3745/12 3746/8 3746/21 3747/4
   3748/1 3748/23 3749/15 3750/3 3750/4 3751/9
   3751/19 3752/14 3753/6 3753/7 3753/22
   3754/23 3755/2 3755/4 3755/11 3756/17
   3757/15 3758/9 3759/14 3759/17 3760/10
   3763/7 3765/1 3767/17 3768/12 3772/18
   3773/10
Could you [1]   3731/10
couldn't [2]   3691/3 3745/9
Counsel [1]   3706/18
counterintuitive [1]   3683/19
country [1]   3772/21
couple [8]   3687/14 3688/9 3690/23 3696/10
   3703/6 3744/19 3766/21 3770/1
course [3]   3692/21 3693/2 3707/21
court [13]   3674/1 3675/10 3675/12 3675/12
   3677/3 3679/10 3679/15 3710/21 3714/14
   3720/3 3737/16 3772/15 3773/14
court's [6]   3693/17 3698/9 3764/15 3770/14
   3775/3 3775/11
courtroom [5]   3679/9 3679/16 3737/14 3738/1
   3773/25

cover [5]   3714/21 3716/4 3746/6 3746/6
   3746/15
coverage [1]   3704/25
covered [1]   3733/3
CR [1]   3674/4
Crabb [2]   3674/13 3679/20
creating [2]   3713/21 3714/10
crew [3]   3686/12 3705/12 3722/3
cross [9]   3676/4 3678/13 3679/2 3698/13
   3737/22 3757/14 3764/20 3772/15 3774/25
CROSS-EXAMINATION [2]   3698/13 3764/20
crosses [1]   3751/6
crosshair [1]   3732/19
crosshairs [6]   3680/23 3682/24 3683/1
   3683/2 3692/5 3695/8
CRR [2]   3776/2 3776/8
cup [2]   3723/23 3723/23
currently [3]   3724/16 3725/14 3732/20
customer [1]   3726/23
cut [4]   3687/9 3700/21 3720/1 3756/15

**D**

D.C [6]   3674/5 3674/16 3674/21 3674/23
   3675/5 3675/14
dark [1]   3741/17
dark-black [1]   3741/17
darkest [1]   3691/19
data [1]   3680/19
database [1]   3713/11
date [8]   3682/11 3682/14 3728/1 3728/4
   3728/5 3734/2 3734/9 3776/7
day [7]   3674/7 3692/21 3693/3 3699/19
   3705/5 3723/12 3732/14
daybreak [1]   3691/18
daylight [1]   3744/23
days [1]   3737/22
daytime [1]   3691/14
deal [1]   3775/18
decision [1]   3773/9
decisions [1]   3726/10
defend [1]   3697/12
defendant [6]   3674/8 3674/20 3675/2 3677/18
   3677/20 3737/18
DEFENDER [1]   3674/21
defense [4]   3716/5 3724/19 3724/22 3774/20
defensive [14]   3745/15 3745/18 3745/19
   3745/25 3746/3 3746/12 3748/10 3748/11
   3749/1 3749/3 3749/5 3749/11 3749/16 3750/9
definitely [1]   3678/9
delay [2]   3701/5 3720/4
depart [1]   3688/16
departed [3]   3742/21 3752/16 3770/23
departing [4]   3688/10 3692/15 3753/21
   3754/3
Department [2]   3724/19 3724/22
depend [1]   3774/11
depending [1]   3714/17
depends [1]   3678/6
depict [1]   3729/20
deployed [1]   3697/16
describe [2]   3686/9 3742/12
described [9]   3729/23 3731/5 3740/14
   3752/25 3757/23 3760/8 3761/12 3762/12
   3771/12
destination [1]   3693/2
determination [1]   3767/1
determine [5]   3688/7 3726/19 3728/1 3728/16
   3767/3
determining [1]   3727/16
devices [1]   3722/5
DFP [1]   3746/6
did [34]   3689/2 3690/15 3692/22 3699/19
   3700/3 3702/17 3703/3 3703/25 3707/20
   3707/21 3710/4 3712/2 3712/23 3721/10
   3722/25 3725/3 3725/5 3731/2 3737/24
   3750/24 3750/24 3752/20 3753/12 3754/9
   3754/11 3754/13 3754/17 3761/12 3762/21
   3763/21 3764/5 3764/7 3764/12 3764/14

**D**

did you [5]   3699/19 3725/3 3762/21 3763/21
 3764/5
didn't [9]   3703/11 3703/24 3704/20 3705/3
 3708/18 3716/13 3716/14 3719/23 3738/4
difference [2]   3703/8 3716/4
different [18]   3694/4 3694/14 3694/15
 3694/19 3695/2 3698/6 3701/2 3703/15
 3703/20 3704/24 3726/5 3726/7 3726/11
 3726/12 3735/3 3735/9 3739/1 3767/15
difficult [1]   3746/16
difficulties [1]   3709/24
digital [2]   3713/9 3714/10
digitally [1]   3713/10
DiLorenzo [6]   3674/13 3737/19 3741/20
 3766/15 3767/18 3768/23
direct [19]   3676/4 3678/8 3678/24 3678/25
 3680/5 3682/24 3688/5 3691/25 3693/19
 3704/16 3707/22 3709/25 3710/17 3717/6
 3718/19 3724/6 3726/23 3734/1 3772/14
directed [11]   3681/4 3692/16 3697/21
 3707/20 3709/10 3710/5 3710/12 3717/3
 3717/16 3717/25 3766/12
direction [33]   3689/22 3690/11 3706/11
 3708/12 3708/16 3709/11 3709/21 3715/15
 3718/13 3718/15 3718/20 3718/23 3720/10
 3733/8 3733/20 3744/7 3744/9 3744/18
 3745/19 3747/10 3747/22 3748/13 3752/5
 3754/12 3755/23 3756/2 3758/1 3759/1
 3759/10 3761/23 3762/23 3768/3 3771/11
directions [5]   3690/3 3715/1 3719/3 3720/11
 3735/3
directly [3]   3705/22 3733/12 3771/18
discern [2]   3696/6 3703/14
disclosing [1]   3718/5
discuss [1]   3723/9
discussed [1]   3734/1
discussing [1]   3680/9
discussion [1]   3720/22
disk [3]   3729/9 3729/12 3729/14
disks [7]   3729/3 3729/3 3729/6 3729/7
 3729/8 3729/17 3730/21
dismiss [1]   3773/11
dismissed [1]   3771/23
disseminate [1]   3701/9
disseminated [4]   3685/16 3693/12 3698/4
 3721/19
distance [1]   3763/12
distinctly [2]   3688/1 3689/8
distributed [1]   3685/13
DISTRICT [5]   3674/1 3674/2 3674/11 3675/12
 3675/13
divulging [1]   3728/18
do [85]   3678/14 3680/11 3680/16 3681/4
 3681/7 3695/3 3695/19 3702/16 3704/9
 3704/14 3704/17 3706/2 3706/4 3707/12
 3709/14 3709/17 3710/15 3711/21 3711/25
 3712/18 3713/9 3713/12 3715/14 3716/18
 3717/2 3717/22 3728/9 3728/21 3728/23
 3729/2 3729/3 3729/4 3729/20 3731/8 3731/20
 3731/22 3731/25 3733/8 3733/9 3734/3
 3734/19 3736/7 3737/19 3738/21 3739/6
 3739/15 3741/8 3743/20 3744/1 3744/18
 3745/10 3746/3 3746/4 3746/20 3748/4
 3748/19 3749/25 3751/10 3752/7 3752/23
 3754/2 3756/12 3756/25 3757/1 3758/22
 3760/8 3760/9 3760/25 3761/2 3761/5 3761/6
 3761/7 3762/3 3762/10 3762/11 3763/23
 3764/2 3765/13 3768/6 3772/18 3773/8
 3773/19 3774/8 3775/12 3775/16
do you [2]   3731/20 3739/6
do you have [1]   3728/9
do you know [4]   3704/17 3711/25 3736/7
 3764/2
do you recognize [2]   3729/2 3729/3
do you remember [1]   3704/9
do you see [9]   3695/19 3733/8 3734/3

3740/13 3751/10 3763/7 3756/23 3760/8
 3762/10
document [5]   3712/19 3712/23 3713/9 3713/12
 3713/12
documentation [2]   3682/1 3712/21
documenting [2]   3712/25 3713/6
DOD [2]   3681/6 3698/7
does [32]   3683/17 3691/14 3707/11 3708/11
 3710/13 3719/5 3722/9 3722/15 3722/15
 3725/12 3728/7 3729/22 3733/23 3734/14
 3735/14 3736/16 3739/22 3743/2 3743/19
 3746/14 3747/21 3747/23 3755/3 3755/3
 3756/2 3756/11 3758/3 3759/4 3761/9 3761/11
 3762/17 3762/19
doesn't [3]   3690/9 3710/11 3716/4
doing [12]   3681/2 3681/2 3681/4 3685/1
 3689/21 3696/22 3709/1 3709/5 3709/12
 3722/10 3728/15 3738/7
dome [3]   3739/25 3740/2 3740/5
don't [47]   3677/8 3678/3 3682/2 3684/20
 3692/23 3694/2 3699/7 3699/13 3699/22
 3699/25 3702/16 3704/14 3707/1 3707/9
 3708/13 3708/25 3709/7 3710/8 3712/9
 3713/18 3713/18 3714/8 3714/9 3715/6 3715/7
 3715/8 3715/20 3716/2 3716/3 3716/23 3723/9
 3723/24 3737/25 3741/20 3752/11 3759/22
 3763/12 3764/4 3767/10 3771/23 3772/24
 3772/25 3773/2 3773/6 3773/20 3774/14
 3775/9
done [5]   3721/15 3726/21 3772/2 3772/4
 3773/1
door [1]   3762/8
dots [5]   3753/9 3767/14 3767/15 3767/15
 3768/20
down [19]   3677/18 3683/14 3692/5 3695/21
 3700/22 3705/12 3706/21 3717/4 3727/1
 3743/22 3744/24 3749/1 3749/17 3756/14
 3757/13 3757/14 3758/22 3762/6 3768/2
downward [1]   3744/9
draw [1]   3686/17
drawing [1]   3758/25
drew [1]   3748/7
drill [3]   3677/12 3737/10 3737/12
drive [1]   3759/24
driving [1]   3722/2
drone [26]   3698/20 3699/2 3699/5 3700/3
 3704/18 3705/15 3708/1 3708/3 3709/9
 3711/18 3711/24 3712/7 3712/8 3716/6
 3725/19 3725/25 3726/1 3726/3 3727/22
 3729/20 3733/23 3735/7 3736/17 3754/9
 3765/23 3766/11
drones [1]   3699/3
drop [1]   3749/17
drops [1]   3749/17
due [1]   3687/8
Duggan [4]   3723/14 3724/4 3724/15 3771/22
during [3]   3692/21 3693/2 3707/21

**E**

E-7 [1]   3725/13
each [2]   3759/12 3762/15
earlier [18]   3681/13 3682/16 3685/21 3692/2
 3692/12 3693/13 3694/14 3695/12 3695/13
 3701/17 3701/17 3701/24 3718/19 3733/11
 3734/1 3751/12 3762/12 3775/8
early [1]   3763/25
easel [1]   3741/13
east [2]   3738/19 3756/3
eastern [2]   3742/15 3750/10
eastern-most [1]   3750/10
edge [1]   3687/9
effect [4]   3719/7 3735/18 3735/20 3739/21
effects [1]   3769/8
either [9]   3713/21 3719/17 3726/24 3727/19
 3737/4 3745/9 3756/15 3758/5 3770/7
electro [1]   3744/23
electro-optical [1]   3744/23
Elsayed [1]   3675/3

**E**

else [2]   3706/1 3710/5
employed [4]   3724/16 3724/18 3724/19
 3724/25
employee [2]   3724/22 3724/23
end [8]   3690/8 3693/1 3719/21 3763/24
 3764/8 3773/16 3775/5 3775/10
ending [2]   3729/11 3729/12
enemy [1]   3725/23
engage [1]   3690/15
engaged [1]   3690/16
engine [1]   3722/12
engines [1]   3735/4
enough [3]   3735/19 3739/23 3752/12
enter [2]   3754/17 3754/18
entered [3]   3679/16 3737/18 3738/1
entering [3]   3767/10 3770/22 3771/1
entire [2]   3693/6 3700/22
entirety [2]   3693/11 3698/2
entities [2]   3681/5 3689/25
entity [1]   3685/17
Eric [1]   3675/2
eric.lewis [1]   3675/6
error [1]   3739/24
escorting [1]   3764/13
especially [2]   3713/15 3718/4
essentially [2]   3730/6 3739/24
estimate [1]   3774/15
evacuated [1]   3697/16
even [7]   3678/20 3690/10 3701/16 3711/17
 3717/20 3735/19 3772/25
evening [3]   3684/3 3701/18 3701/24
evenly [2]   3753/9 3753/11
events [1]   3686/3
eventually [6]   3692/20 3693/6 3759/9
 3759/11 3762/19 3762/24
ever [2]   3682/2 3682/3
everybody [3]   3694/21 3716/21 3775/1
everyone [1]   3697/6
everything [6]   3682/1 3684/23 3687/6
 3711/22 3719/13 3722/12
evidence [3]   3729/25 3731/6 3750/25
exact [4]   3700/6 3704/6 3744/24 3764/4
exactly [13]   3678/18 3680/13 3681/20
 3682/25 3683/17 3684/10 3692/1 3692/11
 3693/25 3694/25 3705/20 3706/11 3710/1
EXAMINATION [6]   3680/5 3698/13 3720/20
 3724/6 3764/20 3770/18
example [1]   3773/5
Except [1]   3707/24
excuse [1]   3745/24
excused [1]   3723/9
exhibit [9]   3693/20 3729/24 3731/25 3744/8
 3752/24 3764/24 3764/25 3765/3 3767/22
Exhibits [3]   3728/22 3728/24 3738/8
exit [1]   3737/11
exited [2]   3737/14 3773/25
expansion [1]   3775/11
expect [3]   3705/14 3706/14 3716/17
experience [3]   3688/18 3775/4 3775/13
experienced [1]   3690/10
explain [7]   3681/20 3725/18 3725/25 3726/1
 3729/5 3732/3 3734/3
explore [1]   3708/18
explosion [2]   3687/18 3692/4
explosions [2]   3687/21 3703/6
Ext [1]   3674/23
extended [2]   3712/4 3748/25
extends [1]   3747/18
extent [1]   3775/7
eye [5]   3685/9 3689/7 3689/7 3690/24
 3747/11
eyes [2]   3754/12 3766/12

**F**

facility [13]   3690/13 3692/20 3695/15
 3701/19 3701/24 3711/2 3717/5 3720/23

facing [2]   3683/20 3735/3
fact [4]   3691/14 3718/14 3728/10 3745/20
fail [1]   3721/20
fail-safes [1]   3721/20
fair [3]   3708/21 3768/19 3769/19
fairly [2]   3729/20 3739/17
familiar [2]   3697/7 3757/5
far [9]   3682/1 3684/22 3689/14 3709/21
 3710/16 3713/19 3717/1 3752/12 3763/13
FARAJ [1]   3674/7
fast [4]   3685/19 3701/7 3701/7 3701/8
father [1]   3772/10
fd.org [2]   3674/24 3674/24
FEDERAL [1]   3674/21
feed [21]   3697/20 3698/5 3712/12 3725/19
 3725/20 3725/25 3726/1 3726/7 3726/8 3726/9
 3726/9 3726/14 3727/10 3727/21 3728/1
 3728/3 3728/4 3728/16 3765/23 3767/2
 3767/24
feeds [2]   3720/22 3721/2
Feel [1]   3723/22
female [1]   3766/23
females [1]   3725/23
few [11]   3692/17 3742/18 3743/24 3749/15
 3750/2 3751/25 3758/7 3761/22 3762/24
 3768/9 3768/16
fiber [2]   3685/19 3701/11
field [12]   3719/5 3751/7 3753/13 3755/7
 3758/1 3759/23 3759/24 3762/5 3771/4 3771/4
 3771/9 3771/10
fighting [12]   3745/15 3745/19 3745/25
 3746/12 3748/10 3748/11 3749/1 3749/4
 3749/5 3749/11 3749/17 3750/9
figure [1]   3709/4
figures [2]   3743/17 3744/17
figuring [1]   3681/8
file [1]   3729/11
fine [2]   3748/2 3753/24
finish [1]   3678/21
finished [3]   3678/8 3678/9 3724/10
fire [29]   3677/11 3690/16 3691/12 3695/22
 3695/24 3695/25 3704/16 3735/24 3737/10
 3737/12 3739/5 3739/18 3741/18 3745/8
 3745/18 3746/6 3746/22 3747/7 3749/21
 3749/24 3750/11 3750/25 3751/14 3751/16
 3752/13 3769/6 3769/7 3769/8 3769/11
fired [6]   3690/17 3736/25 3746/18 3747/20
 3751/22 3752/11
firefight [7]   3702/17 3702/20 3703/5 3704/1
 3704/5 3704/10 3704/24
firefights [1]   3702/8
fireman's [1]   3696/12
fires [1]   3691/23
firing [2]   3744/5 3750/1
first [33]   3677/19 3688/8 3689/14 3699/5
 3699/7 3702/17 3702/19 3703/4 3703/25
 3704/10 3704/12 3705/15 3707/14 3708/1
 3708/11 3709/5 3709/21 3711/18 3712/6
 3721/9 3729/9 3729/10 3729/12 3730/13
 3735/2 3747/2 3755/6 3755/12 3761/5 3765/16
 3765/20 3767/11 3770/21
firsthand [3]   3718/21 3718/23 3718/25
five [4]   3721/20 3729/10 3730/14 3738/9
five-minute [2]   3729/10 3738/9
flash [14]   3683/9 3691/8 3691/13 3736/1
 3736/17 3736/20 3736/23 3736/24 3737/5
 3743/25 3744/1 3744/1 3744/13 3747/9
flashes [6]   3736/16 3737/1 3750/17 3750/18
 3751/18 3752/2
flashing [1]   3691/8
flight [1]   3699/18
flipped [2]   3757/10 3758/13
flips [1]   3728/6
flown [2]   3726/4 3772/10
fluctuate [1]   3728/4
fly [3]   3681/23 3683/22 3694/17
flying [4]   3700/23 3726/6 3737/2 3737/4

**F**

focus [9]   3686/18 3686/25 3704/9 3706/25
  3709/6 3716/13 3716/14 3719/23 3745/12
focused [5]   3702/5 3702/6 3705/10 3710/19
  3719/23
focusing [7]   3704/7 3706/25 3707/8 3707/8
  3709/1 3715/25 3716/1
folks [2]   3706/24 3775/17
follow [9]   3690/3 3690/7 3690/11 3710/13
  3714/11 3714/12 3763/19 3763/21 3764/5
followed [2]   3693/4 3762/25
following [6]   3680/11 3680/21 3680/25
  3689/22 3692/12 3692/13
FOLLOWS [1]   3680/3
footage [12]   3700/16 3700/19 3700/21
  3700/25 3701/21 3702/2 3716/7 3716/17
  3729/16 3729/18 3729/21 3736/17
Force [9]   3685/11 3724/20 3724/24 3725/2
  3725/4 3725/6 3725/9 3725/17 3728/20
foregoing [1]   3776/3
forge [1]   3774/9
formatting [1]   3680/19
forms [1]   3682/1
forth [7]   3708/22 3728/5 3728/6 3740/21
  3762/24 3766/14 3770/8
forward [4]   3694/20 3697/2 3774/25 3775/10
four [5]   3695/23 3695/25 3734/17 3749/15
  3769/15
fourth [2]   3674/15 3748/21
frame [3]   3697/3 3704/4 3704/6
Frankly [1]   3710/8
free [1]   3723/23
friendlies [1]   3685/11
friendly [1]   3686/13
front [11]   3735/5 3756/15 3758/6 3758/6
  3760/3 3760/19 3760/22 3761/13 3761/15
  3762/4 3762/8
frying [1]   3698/19
full [2]   3725/16 3730/24
full-motion [2]   3725/16 3730/24
further [12]   3680/2 3686/16 3688/5 3698/10
  3707/17 3718/4 3720/15 3723/5 3739/25
  3764/16 3770/15 3771/20

**G**

gap [1]   3712/6
gas [5]   3704/24 3705/9 3705/19 3705/19
  3712/7
gathered [1]   3684/14
gave [2]   3730/5 3765/3
gear [1]   3722/12
gelatina [6]   3702/10 3702/13 3702/15 3703/9
  3703/16 3703/20
general [5]   3684/19 3685/1 3686/10 3688/2
  3692/9
generality [2]   3717/8 3717/24
generally [8]   3686/19 3706/15 3709/10
  3728/5 3731/10 3735/19 3736/23 3758/1
gentlemen [3]   3724/14 3737/9 3773/15
geocoord [1]   3726/25
geographic [1]   3726/25
geospatial [3]   3725/17 3726/22 3730/25
get [26]   3679/20 3685/1 3688/15 3697/25
  3698/1 3698/17 3699/11 3700/1 3701/7
  3704/23 3706/1 3706/12 3709/20 3712/7
  3712/19 3713/19 3718/20 3723/23 3753/22
  3772/19 3772/21 3772/24 3773/4 3774/19
  3774/23 3775/15
gets [2]   3713/16 3718/21
getting [15]   3685/8 3707/14 3708/23 3709/10
  3710/11 3710/14 3714/18 3714/25 3715/1
  3716/25 3718/13 3718/15 3719/3 3722/6
  3722/12
Ghada [1]   3675/9
give [7]   3689/6 3697/3 3697/4 3736/3
  3753/12 3774/14 3775/7
given [4]   3689/23 3725/21 3732/12 3775/12

giving [1]   3683/4
glance [1]   3735/2
gleams [1]   3743/5
glow [1]   3744/23
glowing [1]   3745/7
gmail.com [1]   3675/16
GMT [1]   3682/3
go [41]   3677/18 3678/3 3679/20 3681/7
  3681/14 3687/2 3687/7 3688/5 3688/9 3689/5
  3690/22 3692/7 3692/16 3695/18 3695/20
  3695/21 3696/1 3696/10 3697/9 3700/6
  3704/12 3706/1 3706/9 3711/9 3712/7 3712/9
  3717/4 3723/24 3734/13 3738/15 3747/13
  3747/16 3748/1 3749/15 3752/14 3752/23
  3756/2 3756/5 3756/12 3758/7 3759/4
go ahead [3]   3687/2 3689/5 3695/21
go-between [1]   3681/7
goal [1]   3685/7
goes [6]   3682/1 3704/23 3705/21 3743/2
  3758/4 3758/4
going [84]   3677/11 3677/18 3678/7 3678/20
  3679/10 3683/17 3683/21 3684/8 3685/3
  3685/5 3686/24 3686/25 3687/12 3687/13
  3687/18 3688/13 3688/13 3688/15 3688/16
  3690/3 3690/4 3690/7 3690/8 3690/23 3691/24
  3692/5 3692/6 3693/19 3693/20 3694/13
  3694/18 3695/3 3695/15 3695/22 3696/1
  3696/4 3704/12 3705/13 3706/2 3706/12
  3706/20 3707/15 3709/3 3709/8 3709/22
  3711/17 3712/13 3714/18 3715/18 3716/7
  3716/10 3716/11 3720/1 3720/1 3731/8 3731/8
  3732/11 3736/5 3741/21 3744/3 3745/13
  3750/5 3750/15 3751/13 3751/17 3753/8
  3756/22 3758/19 3761/20 3763/17 3766/6
  3767/11 3768/5 3768/9 3768/13 3772/6 3773/3
  3773/7 3773/16 3773/19 3774/8 3774/9 3774/9
  3774/16
gone [4]   3742/8 3743/9 3743/12 3747/19
good [12]   3679/1 3683/4 3690/5 3698/15
  3698/16 3723/12 3723/15 3723/16 3724/8
  3724/9 3764/22 3764/23
got [6]   3689/7 3694/17 3700/7 3765/20
  3765/24 3774/24
gotten [1]   3677/16
government [14]   3674/13 3680/1 3685/14
  3693/12 3706/14 3707/6 3707/24 3707/25
  3715/4 3723/13 3724/4 3729/24 3764/24
  3775/7
government's [12]   3676/5 3680/9 3693/20
  3728/21 3728/23 3729/24 3731/25 3738/8
  3744/8 3752/24 3767/21 3772/20
great [5]   3678/5 3733/15 3773/17 3773/24
  3775/1
grid [7]   3726/24 3726/25 3727/4 3727/18
  3732/12 3732/13 3732/13
ground [22]   3701/4 3705/24 3706/6 3706/7
  3706/16 3706/16 3706/17 3708/15 3708/22
  3709/6 3715/10 3715/16 3716/8 3716/15
  3717/12 3719/24 3727/7 3727/20 3749/18
  3749/20 3763/13 3774/2
group [18]   3680/21 3681/17 3684/14 3696/11
  3756/13 3757/16 3758/3 3758/4 3758/5
  3758/24 3758/25 3759/4 3759/5 3759/11
  3759/11 3769/16 3770/3 3771/14
groups [3]   3769/23 3769/23 3769/24
GRS [1]   3773/5
guard [1]   3757/23
guess [3]   3679/6 3713/8 3768/12
gun [2]   3691/9 3691/11
gunfire [4]   3701/18 3703/11 3736/1 3743/25
guy [3]   3678/22 3697/9 3715/17
guys [13]   3685/7 3688/14 3688/25
  3697/12 3708/22 3708/23 3708/25 3710/15
  3715/10 3716/2 3716/8 3716/9
guys' [1]   3686/17

**H**

had [24]   3683/5 3685/21 3687/8 3693/1

# H

**had...** [20]   3697/11 3697/12 3699/16 3703/17
3705/8 3709/23 3712/7 3722/21 3731/16
3742/19 3750/8 3751/12 3763/14 3764/8
3765/3 3765/5 3767/10 3773/5 3774/24
3775/18
**half** [2]   3678/15 3705/5
**halo** [2]   3735/18 3735/20
**hand** [5]   3681/1 3696/22 3723/18 3767/25
3768/15
**handed** [1]   3729/2
**hands** [2]   3700/13 3705/8
**hanging** [1]   3697/10
**happen** [2]   3697/19 3715/20
**happening** [5]   3689/19 3690/6 3692/11
3701/13 3711/22
**happens** [2]   3686/20 3701/14
**happy** [3]   3715/13 3717/1 3717/8
**hard** [2]   3684/16 3692/9
**has** [14]   3683/16 3691/1 3709/10 3710/13
3712/4 3718/25 3729/9 3736/25 3742/8
3743/22 3744/22 3746/13 3749/10 3762/6
**hashtag** [1]   3683/17
**have** [70]   3677/21 3678/3 3683/13 3687/18
3688/14 3689/25 3690/10 3690/24 3693/12
3697/21 3699/11 3700/5 3700/21 3701/11
3701/21 3704/25 3706/4 3708/15 3709/4
3710/23 3712/3 3712/9 3712/10 3712/18
3712/25 3713/11 3715/23 3718/6 3720/14
3723/12 3723/22 3724/21 3726/23 3728/9
3728/13 3731/5 3735/4 3735/18 3735/20
3736/10 3736/21 3737/19 3738/3 3738/4
3745/17 3745/20 3746/11 3747/11 3749/2
3749/15 3750/23 3751/21 3754/13 3754/17
3754/21 3760/25 3761/12 3764/16 3765/1
3765/10 3770/14 3772/9 3772/19 3772/20
3773/2 3773/16 3773/17 3773/24 3774/2
3775/1
**haven't** [3]   3705/4 3715/24 3774/5
**having** [3]   3680/1 3718/4 3718/14
**he** [38]   3704/4 3707/3 3707/20 3707/21
3708/1 3708/12 3709/10 3709/10 3710/12
3710/12 3710/13 3710/19 3714/7 3714/8
3714/9 3714/10 3714/25 3715/14 3717/2
3717/4 3717/4 3717/5 3717/6 3718/2 3718/3
3718/14 3718/19 3718/21 3718/25 3719/3
3719/5 3719/23 3719/23 3746/16 3746/17
3748/20 3748/24 3749/19
**he'll** [1]   3747/7
**he's** [15]   3706/24 3706/25 3710/12 3714/24
3714/25 3715/5 3715/21 3717/2 3717/9
3717/16 3718/3 3718/12 3718/13 3772/10
3772/11
**head** [1]   3757/11
**headed** [3]   3755/25 3756/1 3758/22
**heading** [1]   3769/16
**headset** [1]   3714/1
**hear** [3]   3688/13 3707/15 3773/19
**heard** [3]   3682/3 3698/25 3736/6
**hearing** [2]   3719/14 3772/10
**hearsay** [6]   3710/11 3719/1 3719/6 3719/8
3719/11 3719/20
**heat** [21]   3681/13 3687/18 3687/19 3691/23
3692/1 3695/14 3695/14 3735/4 3735/6 3735/9
3735/15 3735/23 3735/23 3736/3 3736/15
3737/5 3739/7 3739/17 3740/4 3742/14 3749/7
**heavy** [1]   3696/14
**help** [2]   3686/21 3747/5
**helpful** [1]   3775/13
**her** [1]   3711/8
**here** [70]   3680/23 3681/10 3681/14 3683/1
3683/13 3683/23 3684/5 3685/3 3686/4 3686/7
3686/18 3686/25 3687/1 3687/10 3687/14
3688/6 3688/15 3689/1 3689/4 3690/6 3690/22
3690/25 3691/7 3691/22 3692/6 3692/23
3694/19 3694/22 3695/1 3695/18 3696/1
3696/5 3696/8 3696/24 3697/2 3697/6 3697/8

**here...** [50]   3697/19 3700/18 3701/6 3701/12
3705/4 3711/5 3711/6 3711/7 3711/12 3734/21 3740/18
3742/23 3743/21 3744/22 3745/14 3748/7
3750/15 3751/7 3751/14 3754/14 3756/10
3756/13 3756/15 3756/23 3757/9 3757/13
3757/14 3758/18 3762/6 3763/2 3768/3
3772/21 3773/7
**here's** [5]   3756/13 3758/14 3758/21 3758/24
3759/23
**Hey** [1]   3716/8
**high** [3]   3687/19 3687/22 3692/15
**high-heat** [1]   3687/19
**him** [18]   3678/22 3708/1 3708/9 3709/9
3709/14 3710/1 3710/4 3710/18 3714/11
3715/5 3715/12 3716/4 3716/23 3717/21
3718/7 3718/17 3720/2 3774/9
**Himelstein** [2]   3772/7 3772/16
**himself** [1]   3746/15
**his** [15]   3678/24 3709/10 3714/10 3718/12
3718/22 3718/22 3719/4 3719/17 3748/20
3748/25 3749/17 3749/19 3750/11 3755/13
3772/10
**hit** [3]   3703/2 3703/3 3703/9
**hits** [1]   3688/11
**holding** [1]   3696/13
**home** [1]   3723/24
**honest** [1]   3754/22
**Honor** [22]   3677/6 3679/7 3679/19 3698/10
3704/3 3709/19 3710/11 3714/3 3714/7
3716/25 3717/22 3718/11 3720/14 3720/18
3723/5 3723/13 3723/25 3728/25 3729/23
3730/2 3764/16 3775/2
**HONORABLE** [2]   3674/10 3677/3
**hoods** [1]   3760/25
**hopefully** [1]   3711/9
**hot** [12]   3685/2 3695/16 3706/12 3735/11
3735/11 3735/18 3735/19 3735/19 3739/20
3739/23 3740/3 3761/9
**hotter** [1]   3739/18
**hour** [3]   3730/9 3765/4 3765/5
**hour-long** [2]   3765/4 3765/5
**hours** [3]   3708/22 3736/11 3775/3
**house** [2]   3685/20 3713/1
**hover** [1]   3754/9
**how** [28]   3677/22 3678/11 3678/13 3683/6
3683/14 3685/5 3687/16 3689/6 3689/25
3691/10 3691/13 3709/10 3710/4 3710/4
3716/5 3717/6 3717/14 3718/20 3723/17
3724/18 3724/21 3724/25 3726/21 3729/6
3739/19 3747/2 3774/11 3774/16
**huh** [2]   3754/15 3768/7
**human** [2]   3685/7 3696/15
**humans** [1]   3768/20
**hurt** [1]   3685/8

# I

**I am** [2]   3677/14 3757/7
**I believe** [15]   3704/17 3736/10 3741/10
3746/17 3748/17 3751/12 3753/1 3753/9
3754/21 3763/25 3764/25 3767/22 3772/16
3773/4 3773/22
**I can** [4]   3715/13 3727/8 3727/19 3730/20
**I can't** [5]   3700/6 3706/10 3706/10 3706/11
3714/20
**I did** [1]   3725/5
**I didn't see** [1]   3705/3
**I don't** [4]   3714/9 3715/6 3752/11 3763/12
**I don't know** [5]   3692/23 3699/22 3704/14
3708/13 3712/9
**I don't recall** [1]   3699/25
**I don't think** [9]   3699/7 3702/16 3707/9
3710/8 3714/8 3715/20 3716/2 3716/3 3773/6
**I don't want** [2]   3713/18 3715/8
**I guess** [3]   3676/6 3713/8 3768/12
**I had** [1]   3703/17
**I have** [4]   3720/14 3764/16 3765/1 3770/14
**I just** [10]   3707/5 3709/7 3709/19 3715/6
3717/18 3739/3 3748/7 3753/8 3759/19

**I**

I just... [1]   3772/24
I know [5]   3683/19 3687/8 3690/23 3692/8
3709/17
I mean [7]   3681/5 3685/19 3713/16 3747/11
3768/6 3771/5 3773/3
I probably [1]   3702/16
I think [43]   3678/10 3701/1 3703/15 3707/10
3707/13 3707/17 3707/19 3707/22 3708/14
3708/17 3709/20 3710/14 3710/15 3714/7
3714/16 3714/24 3714/25 3715/2 3715/13
3715/21 3716/25 3717/8 3717/22 3717/24
3718/2 3718/3 3718/11 3718/16 3718/19
3737/22 3741/12 3766/15 3767/9 3768/22
3770/13 3772/4 3772/14 3772/19 3773/9
3773/10 3774/10 3774/22 3775/4
I thought [1]   3709/12
I told [1]   3738/2
I understand [2]   3715/19 3717/1
I want [4]   3683/6 3686/17 3694/21 3717/11
I was [8]   3677/14 3700/12 3705/6 3705/6
3709/12 3711/7 3725/1 3725/7
I would [10]   3689/17 3699/11 3700/5 3703/16
3704/3 3712/9 3712/9 3721/20 3745/10 3770/6
I wouldn't [1]   3745/9
I'd [12]   3680/10 3680/16 3684/8 3688/5
3693/19 3728/21 3728/23 3731/25 3745/12
3746/20 3752/23 3754/21
I'll [10]   3679/21 3690/18 3692/23 3697/2
3704/16 3717/21 3718/18 3724/10 3742/16
3774/13
I'm [54]   3677/25 3678/20 3679/7 3689/21
3691/22 3691/24 3692/6 3696/6 3696/22
3698/25 3699/9 3700/1 3700/22 3700/24
3702/12 3703/14 3704/12 3704/14 3706/2
3706/15 3706/20 3706/23 3706/23 3708/5
3708/7 3708/7 3708/10 3708/23 3708/23
3709/4 3710/24 3711/17 3713/5 3713/20
3715/3 3715/13 3715/14 3716/19 3717/1
3717/8 3720/1 3724/19 3727/2 3731/8 3731/8
3745/13 3752/12 3753/15 3765/13 3766/7
3768/15 3771/8 3774/10 3774/25
I'm going [5]   3692/6 3706/2 3720/1 3731/8
3745/13
I'm just [4]   3699/9 3706/23 3709/4 3715/14
I'm not [6]   3678/20 3696/6 3704/12 3708/23
3711/17 3774/10
I'm not sure [2]   3706/20 3752/12
I'm sorry [8]   3702/12 3710/24 3715/3 3727/2
3753/15 3765/13 3766/7 3768/15
I'm sure [2]   3698/25 3708/7
I'm thinking [1]   3677/25
I've [6]   3677/16 3700/7 3729/2 3729/7
3742/2 3758/24
idea [3]   3683/4 3715/23 3716/15
identified [2]   3738/10 3769/10
identify [3]   3686/11 3767/5 3767/6
identifying [1]   3720/7
if you [4]   3693/21 3696/8 3708/15 3730/20
image [1]   3734/24
impact [13]   3687/10 3687/12 3687/13 3687/16
3687/25 3688/8 3688/19 3689/1 3689/2
3689/10 3689/13 3691/6 3703/7
impacted [3]   3695/17 3697/13 3774/6
impacting [1]   3737/4
impacts [5]   3688/22 3695/11 3695/13 3703/13
3704/2
implication [1]   3717/16
in-house [1]   3713/1
includes [1]   3678/16
indeed [2]   3727/11 3728/17
INDEX [1]   3676/2
Indiana [1]   3674/22
indicate [7]   3732/10 3733/8 3733/14 3733/19
3735/6 3746/6 3753/8
indicated [15]   3726/17 3734/19 3736/16
3737/1 3739/8 3739/25 3741/19 3742/2 3746/2

3780/10 3764/13 3768/21 3768/24 3768/4
3770/21
indication [5]   3683/15 3741/16 3747/20
3753/12 3761/1
indications [3]   3735/25 3741/17 3751/17
indicative [1]   3682/25
indicator [1]   3736/25
indicators [2]   3736/21 3766/25
individual [15]   3696/12 3696/25 3697/1
3721/15 3738/18 3746/14 3749/12 3751/16
3752/11 3755/6 3755/12 3755/17 3755/22
3756/2 3759/10
individuals [25]   3695/25 3696/20 3697/15
3705/24 3748/16 3751/10 3751/13 3756/5
3756/6 3756/12 3756/14 3757/11 3757/17
3758/25 3760/4 3761/22 3762/10 3762/13
3762/14 3768/16 3769/17 3770/25 3771/1
3771/3 3771/15
indulgence [4]   3693/17 3698/9 3764/15
3770/14
information [11]   3685/5 3691/2 3718/6
3721/25 3722/7 3727/12 3727/15 3727/25
3731/9 3731/10 3731/12
infrared [14]   3681/12 3687/22 3691/20
3691/22 3735/8 3735/25 3736/1 3736/4
3736/18 3739/2 3739/24 3745/1 3745/2
3759/22
initial [1]   3703/4
initially [2]   3726/11 3756/3
input [1]   3689/24
inside [2]   3688/16 3745/25
instantaneous [1]   3701/12
instructions [1]   3714/18
integrity [2]   3682/18 3713/14
intel [1]   3698/6
intelligence [5]   3705/1 3725/7 3725/17
3730/25 3774/3
intense [1]   3739/17
intensity [1]   3735/14
intent [4]   3681/9 3706/5 3745/17 3772/13
interest [12]   3683/6 3684/2 3684/6 3686/1
3687/23 3689/16 3690/2 3690/14 3695/19
3717/3 3717/3 3723/1
interesting [1]   3772/6
Internet [1]   3701/10
interpreter [3]   3675/9 3772/9 3774/2
interrupt [1]   3713/18
interrupting [1]   3775/10
interview [1]   3774/3
introduce [2]   3719/10 3724/13
introducing [1]   3719/19
involved [5]   3690/1 3699/2 3699/9 3700/9
3711/18
IR [7]   3743/25 3744/1 3744/1 3744/13 3747/9
3751/18 3753/9
irrelevant [1]   3708/19
is [318]
is that [3]   3682/6 3703/21 3716/15
is that right [4]   3685/22 3720/24 3741/4
3742/9
Is there [4]   3727/12 3727/15 3727/25
3766/22
isn't [1]   3697/17
isn't that correct [1]   3697/17
ISR [2]   3704/25 3704/25
issue [2]   3707/18 3710/11
issues [4]   3774/4 3775/5 3775/9 3775/17
it [232]
it's [93]   3681/13 3682/14 3682/14 3683/2
3683/4 3683/19 3684/16 3684/23 3685/10
3685/15 3685/15 3688/13 3692/8 3692/9
3693/20 3694/8 3694/9 3694/9 3694/17
3695/15 3696/11 3696/14 3696/16 3698/5
3700/23 3701/3 3701/12 3704/5 3704/17
3707/9 3707/19 3708/14 3708/18 3709/13
3710/9 3713/2 3713/8 3713/9 3715/21 3716/1
3716/1 3716/3 3716/16 3717/17 3717/19
3717/19 3717/23 3718/23 3719/7 3719/20

**I**

it's... [43]  3719/22 3719/22 3719/24
 3721/18 3721/19 3722/10 3725/13 3725/19
 3726/13 3728/11 3730/9 3730/11 3734/14
 3735/9 3739/8 3739/20 3739/20 3739/20
 3739/23 3739/23 3739/23 3741/8 3741/10
 3741/12 3741/13 3743/12 3744/3 3745/4
 3746/16 3750/15 3759/2 3761/10 3763/6
 3766/22 3767/3 3767/4 3767/21 3768/19
 3768/24 3769/7 3769/19 3770/8 3772/11
item [6]  3683/5 3686/1 3686/15 3687/23
 3721/17 3755/4
items [6]  3690/13 3717/3 3717/3 3723/1
 3735/11 3735/17
its [3]  3680/11 3689/15 3693/6
itself [20]  3682/23 3683/11 3684/1 3687/4
 3687/17 3689/20 3690/14 3691/13 3692/18
 3692/20 3697/21 3697/22 3699/15 3721/11
 3722/20 3736/23 3740/21 3747/7 3747/18
 3756/7

**J**

Jeffrey [1]  3675/2
Jeffrey.Robinson [1]  3675/7
Jencks [1]  3714/5
Jenkins [1]  3737/11
job [3]  3725/15 3725/19 3726/14
John [1]  3674/13
John.D.Crabb [1]  3674/17
joined [2]  3746/13 3749/10
joystick [1]  3683/13
Jr [1]  3674/13
JUDGE [3]  3674/11 3677/4 3708/17
Judiciary [1]  3674/15
julieanne.himelstein [1]  3674/18
jury [22]  3674/10 3677/18 3677/19 3677/19
 3679/10 3679/16 3680/12 3680/17 3686/22
 3694/7 3707/13 3708/8 3717/19 3724/14
 3732/3 3733/16 3737/11 3737/14 3738/1
 3770/21 3773/12 3773/25
jury's [2]  3691/25 3692/1
just [107]

**K**

Kamel [1]  3675/9
KAUFMANN [1]  3675/4
keep [3]  3681/25 3709/24 3719/14
Keith [3]  3723/14 3724/4 3724/15
KHATALLAH [1]  3674/7
kind [12]  3681/16 3681/25 3683/19 3684/14
 3685/3 3688/16 3696/12 3697/4 3701/11
 3712/16 3746/21 3758/6
kinds [4]  3698/5 3698/6 3775/9 3775/17
kneeling [1]  3748/21
knew [1]  3714/18
know [39]  3683/19 3683/24 3687/8 3687/20
 3688/11 3690/19 3690/23 3692/8 3692/23
 3697/24 3699/22 3701/17 3702/7 3704/14
 3704/17 3708/13 3708/25 3709/7 3709/17
 3710/4 3711/21 3711/25 3712/9 3712/20
 3713/16 3715/7 3715/9 3717/15 3718/8 3718/9
 3718/10 3720/9 3736/7 3759/22 3764/2
 3767/10 3774/3 3775/3 3775/11
knowledge [3]  3718/22 3718/23 3718/25
known [5]  3682/3 3698/20 3741/10 3745/15
 3764/5

**L**

ladies [3]  3724/13 3737/9 3773/15
lamps [1]  3753/10
landing [1]  3722/12
large [9]  3681/17 3690/25 3691/13 3756/9
 3758/24 3758/25 3759/5 3769/15 3769/23
larger [3]  3757/16 3770/3 3775/8
last [6]  3714/16 3757/10 3770/23 3772/11
 3774/4 3775/4
lasts [1]  3677/24

lately [1]  3692/21
layers [1]  3719/12
laying [3]  3748/20 3748/25 3749/20
lbkmlaw.com [3]  3675/6 3675/7 3675/7
lead [2]  3718/9 3722/1
leads [1]  3768/1
leaning [2]  3748/9 3748/11
least [4]  3720/11 3742/15 3766/18 3769/20
leave [5]  3677/21 3688/25 3692/22 3705/8
 3712/7
leaves [3]  3692/20 3700/24 3705/5
leaving [3]  3753/21 3754/14 3762/1
left [7]  3684/24 3738/22 3746/11 3750/10
 3762/8 3767/25 3768/15
left-hand [2]  3767/25 3768/15
leftovers [1]  3695/15
Leslie [1]  3675/2
less [2]  3689/18 3690/10
let [8]  3680/13 3686/14 3690/18 3704/9
 3711/8 3720/5 3733/4 3748/8
let's [7]  3708/4 3709/15 3710/3 3710/18
 3711/1 3773/12 3775/16
letter [1]  3683/19
level [3]  3684/16 3715/1 3717/8
lever [1]  3683/11
Lewis [2]  3675/2 3675/3
Libya [5]  3680/22 3682/8 3693/9 3700/24
 3731/3
life [1]  3685/7
light [4]  3743/5 3744/25 3745/3 3745/8
lighting [5]  3736/2 3736/3 3736/4 3753/11
 3753/13
like [47]  3678/21 3680/11 3680/16 3680/24
 3683/3 3683/7 3683/11 3683/12 3684/8
 3684/24 3684/24 3685/8 3686/16 3687/21
 3687/22 3688/5 3689/7 3693/19 3695/1 3695/5
 3701/11 3704/11 3707/12 3707/14 3708/14
 3713/22 3714/9 3714/25 3715/6 3718/5
 3721/14 3728/21 3728/23 3731/25 3736/17
 3743/24 3744/21 3745/10 3746/20 3747/18
 3750/4 3752/23 3759/21 3768/12 3768/16
 3772/15 3772/17
likelihood [1]  3745/16
likely [1]  3719/11
line [1]  3763/12
lineup [4]  3774/20 3774/23 3775/4 3775/16
list [1]  3772/20
listener [1]  3719/7
little [25]  3687/7 3689/5 3690/7 3690/21
 3693/5 3694/20 3695/20 3697/2 3709/20
 3709/23 3713/2 3717/1 3718/17 3727/1
 3734/14 3738/3 3740/18 3746/16 3747/16
 3758/11 3765/13 3767/2 3767/14 3768/20
 3768/23
live [8]  3698/5 3726/7 3726/9 3726/15
 3727/10 3727/21 3728/17 3750/24
local [12]  3699/20 3728/13 3736/7 3736/9
 3736/10 3750/22 3750/23 3754/7 3756/18
 3759/3 3759/16 3770/20
locally [1]  3726/13
location [15]  3694/15 3695/2 3697/24
 3708/12 3720/8 3720/11 3726/19 3727/11
 3727/16 3727/23 3728/19 3750/8 3757/5
 3760/15 3761/20
locations [1]  3727/20
logged [1]  3699/18
logistical [1]  3709/24
logistics [1]  3677/7
long [8]  3677/22 3678/11 3678/13 3705/9
 3724/21 3765/4 3765/5 3770/10
longer [3]  3679/2 3730/17 3752/25
look [23]  3684/1 3684/24 3685/2 3686/25
 3689/4 3689/6 3690/22 3691/7 3694/18
 3695/21 3696/9 3705/24 3706/1 3710/5 3710/6
 3710/6 3712/10 3716/8 3727/6 3736/17
 3736/21 3747/13 3755/2
looked [4]  3699/7 3705/4 3726/18 3757/10
looking [36]  3681/10 3681/11 3683/2 3683/21

## L

looking... [32]   3684/10 3684/20 3688/2
  3688/12 3689/16 3691/17 3694/5 3694/14
  3694/22 3695/10 3696/7 3706/6 3708/19
  3715/17 3727/11 3727/12 3734/6 3735/8
  3736/18 3737/7 3737/7 3738/8 3744/8 3746/24
  3746/25 3750/17 3750/21 3751/9 3751/15
  3752/7 3760/25 3774/25
looks [5]   3683/11 3744/21 3747/18 3759/21
  3768/16
lose [1]   3684/22
lot [11]   3679/2 3698/17 3700/7 3700/15
  3701/1 3702/7 3707/6 3716/10 3736/6 3773/7
  3774/10
loud [1]   3688/13
lying [1]   3748/17

## M

ma'am [37]   3698/21 3699/4 3699/12 3700/11
  3700/17 3700/20 3701/14 3701/20 3701/23
  3702/1 3702/4 3702/6 3702/18 3703/10
  3704/15 3704/19 3705/17 3711/3 3711/14
  3711/16 3711/20 3711/23 3712/1 3712/14
  3712/22 3713/9 3713/24 3764/23 3765/5
  3766/9 3766/20 3768/11 3768/14 3769/3
  3769/8 3769/17 3769/25
machine [1]   3691/9 3691/10 3715/18
made [1]   3772/22
main [4]   3742/8 3768/10 3768/13 3769/5
maintain [3]   3681/16 3685/11 3713/17
maintained [1]   3682/18
maintaining [2]   3684/17 3692/8
majority [9]   3758/4 3758/5 3761/19 3770/6
  3771/3 3771/14 3771/15 3771/16 3771/19
make [15]   3685/8 3690/4 3713/15 3716/4
  3716/18 3722/4 3725/20 3726/8 3726/10
  3726/12 3726/18 3727/10 3756/8 3766/25
  3773/9
makes [3]   3693/6 3701/8 3708/24
making [10]   3695/5 3712/12 3712/16 3755/7
  3755/13 3755/13 3759/10 3762/13 3762/14
  3775/13
male [9]   3743/21 3746/13 3747/6 3748/17
  3748/21 3749/6 3749/10 3749/16 3766/23
males [11]   3725/22 3745/23 3746/2 3746/11
  3746/18 3748/6 3748/9 3750/8 3752/10
  3766/22 3767/4
manipulating [1]   3720/8
manual [1]   3682/21
many [2]   3756/25 3774/16
map [4]   3716/19 3716/20 3716/21 3727/20
mapping [2]   3727/9 3727/19
mark [1]   3696/20
marked [1]   3693/20
marshals [2]   3677/17 3772/22
mary [2]   3674/20 3674/24
master [2]   3725/1 3725/10
material [2]   3714/6 3714/8
materials [1]   3775/6
matter [8]   3680/17 3680/17 3683/25 3690/9
  3710/12 3719/10 3719/20 3776/4
matters [1]   3710/8
may [14]   3678/8 3681/4 3718/16 3723/13
  3723/21 3723/25 3724/1 3731/13 3733/2
  3736/2 3745/20 3754/25 3770/14 3774/5
maybe [9]   3681/5 3717/23 3741/11 3742/11
  3742/18 3747/11 3747/13 3748/1 3758/10
me [17]   3680/13 3686/14 3686/15 3690/18
  3693/21 3700/14 3701/8 3703/3 3704/9
  3706/15 3708/24 3709/13 3714/5 3720/5
  3745/24 3748/8 3765/14
mean [18]   3681/5 3683/17 3685/19 3706/14
  3713/16 3713/18 3719/12 3726/1 3739/22
  3744/2 3745/1 3747/11 3748/19 3749/25
  3768/6 3771/5 3773/3 3774/8
means [3]   3696/16 3696/16 3699/22
measure [1]   3697/5

measurement [1]   3689/16
mechanical [1]   3675/17
meet [1]   3706/4
member's [1]   3722/3
members [2]   3688/10 3773/5
memorializing [1]   3721/14
memory [5]   3700/6 3700/8 3700/10 3702/15
  3704/12
mention [1]   3703/24
mentioned [7]   3685/21 3692/2 3692/12
  3693/13 3728/18 3733/10 3734/2
merit [2]   3675/11 3689/17
messed [1]   3713/16
meter [1]   3688/12
meters [1]   3689/18
MGRS [1]   3726/24
mic [2]   3741/21 3741/23
Michael [1]   3674/13
michael.dilorenzo [1]   3674/18
Michelle [1]   3674/20
middle [3]   3682/25 3683/5 3697/2
MIDDLEMISS [1]   3675/4
midnight [11]   3704/19 3759/15 3759/15
  3761/24 3766/16 3768/23 3768/25 3769/3
  3769/15 3769/20 3769/21
might [4]   3718/6 3735/17 3735/18 3735/20
military [2]   3681/6 3726/24
milling [1]   3770/5
mind [4]   3694/2 3718/12 3723/1 3738/4
mine [1]   3678/12
mingles [1]   3758/6
mingling [1]   3759/12
minute [5]   3685/24 3729/10 3738/9 3748/1
  3753/1
minutes [17]   3677/24 3678/15 3679/3 3730/14
  3737/20 3737/23 3737/24 3761/25 3765/11
  3766/16 3766/18 3768/25 3769/3 3769/14
  3769/15 3769/20 3769/21
mission [32]   3681/9 3684/6 3685/8 3690/4
  3704/18 3704/21 3704/23 3705/10 3705/16
  3705/18 3706/4 3707/14 3709/22 3720/23
  3721/1 3721/8 3721/9 3731/3 3731/21 3741/12
  3742/9 3754/10 3754/10 3754/18 3762/21
  3765/20 3765/24 3766/11 3767/11 3768/5
  3770/22 3771/1
missions [1]   3713/13
mo [1]   3747/24
mode [1]   3691/20
moment [3]   3725/21 3733/2 3765/1
moments [1]   3692/17
Monday [8]   3772/2 3772/5 3772/14 3773/21
  3774/2 3774/15 3774/22 3775/22
monitoring [1]   3697/20
more [13]   3691/24 3709/21 3713/2 3716/16
  3718/16 3719/11 3736/3 3737/5 3741/13
  3747/13 3751/24 3752/10 3774/16
morning [10]   3682/8 3682/10 3691/18 3691/19
  3693/7 3700/16 3723/15 3763/25 3764/1
  3773/21
mortar [6]   3686/12 3688/11 3688/12 3702/5
  3702/6 3716/12
most [6]   3685/15 3750/10 3756/13 3756/14
  3757/11 3758/7
mostly [1]   3768/5
motion [4]   3695/6 3725/16 3730/24 3747/4
motions [1]   3772/10
move [21]   3684/8 3689/24 3694/20 3697/2
  3717/7 3717/16 3743/3 3743/11 3746/8 3748/1
  3751/14 3753/6 3753/19 3755/11 3756/17
  3758/9 3759/14 3762/18 3762/19 3763/3
  3775/14
moved [8]   3692/5 3730/3 3738/10 3745/1
  3745/23 3763/11 3763/14 3766/11
movement [5]   3688/23 3740/18 3756/9 3756/11
  3770/6
movements [1]   3766/25
moves [4]   3690/13 3733/24 3733/25 3743/4
moving [22]   3680/23 3683/14 3683/25 3690/7

## M

moving... [18]   3690/8 3692/14 3709/24
  3740/21 3740/23 3742/24 3743/18 3743/20
  3744/17 3744/20 3752/10 3756/3 3761/6
  3761/12 3763/4 3763/6 3768/18 3768/20
Mr. [9]   3679/18 3679/20 3720/17 3737/19
  3741/20 3766/15 3767/18 3768/23 3771/22
Mr. Crabb [1]   3679/20
Mr. DiLorenzo [5]   3737/19 3741/20 3766/15
  3767/18 3768/23
Mr. Duggan [1]   3771/22
Mr. Shweiki [2]   3679/18 3720/17
Ms. [9]   3698/11 3704/6 3719/9 3719/19
  3737/11 3764/18 3772/7 3772/16 3774/24
Ms. Himelstein [2]   3772/7 3772/16
Ms. Jenkins [1]   3737/11
Ms. Peterson [4]   3698/11 3704/6 3719/9
  3719/19
Ms. Petras [2]   3764/18 3774/24
much [5]   3690/21 3723/6 3742/14 3758/25
  3771/22
muddy [1]   3709/15
multiple [9]   3689/25 3702/8 3703/13 3703/13
  3704/2 3718/20 3719/12 3721/20 3762/12
muzzle [8]   3691/8 3736/1 3736/16 3736/17
  3736/23 3736/24 3737/1 3737/5
my [16]   3683/5 3684/24 3684/24 3685/7
  3688/18 3689/22 3690/9 3696/22 3699/18
  3702/15 3714/16 3724/15 3725/16 3725/19
  3754/21 3772/11

## N

name [2]   3720/7 3724/15
Nassar [1]   3675/3
natural [1]   3745/2
nature [2]   3686/10 3725/24
near [5]   3683/16 3736/24 3740/22 3743/20
  3761/21
nearby [2]   3715/15 3763/11
nearing [1]   3763/24
necessarily [2]   3737/4 3767/3
need [7]   3685/9 3709/20 3713/14 3730/20
  3772/19 3773/6 3773/8
needed [1]   3698/1
needs [2]   3707/20 3775/12
Negative [1]   3737/3
negligible [1]   3701/4
new [1]   3697/24
next [7]   3678/22 3707/15 3709/22 3709/22
  3754/14 3772/16 3774/10
night [8]   3699/3 3700/16 3701/13 3707/21
  3711/15 3712/24 3713/7 3713/23
nighttime [3]   3691/15 3691/16 3745/4
no [17]   3674/4 3685/8 3698/10 3701/14
  3713/16 3715/7 3715/8 3718/25 3720/14
  3721/12 3723/5 3764/14 3764/16 3764/25
  3766/7 3767/14 3773/8
nomenclature [2]   3698/24 3703/16
non [1]   3696/16
non-ambulatory [1]   3696/16
none [1]   3713/13
normal [2]   3691/20 3753/13
normally [1]   3745/18
north [27]   3683/24 3694/21 3694/24 3695/1
  3695/2 3695/3 3733/13 3733/19 3733/25
  3745/24 3746/1 3746/5 3746/12 3753/21
  3755/25 3756/1 3756/3 3756/8 3756/22
  3756/23 3756/23 3758/14 3758/14 3759/23
  3759/24 3759/24 3762/5
northern [1]   3744/18
northwest [2]   3741/9 3757/25
not [48]   3677/15 3678/20 3680/17 3684/24
  3689/23 3689/25 3690/25 3691/18 3692/19
  3695/15 3696/6 3696/16 3700/3 3703/16
  3703/22 3704/12 3706/20 3708/23 3709/1
  3709/15 3709/17 3711/17 3712/18 3713/12
  3713/14 3715/20 3716/19 3717/12 3717/19

thought... [18]   3718/4 3748/13 3718/8 3719/6 3719/22
  3721/10 3722/9 3732/6 3732/10 3737/3
  3745/25 3752/12 3753/12 3761/2 3761/9
  3764/14 3769/7 3769/11 3774/10
notes [1]   3754/22
noteworthy [1]   3752/8
nothing [3]   3698/17 3770/15 3771/20
notice [3]   3684/14 3688/14 3689/2
noticeable [1]   3690/14
noticed [1]   3697/15
November [1]   3773/1
now [52]   3680/11 3680/21 3683/25 3684/13
  3689/19 3690/9 3691/7 3692/11 3705/5
  3707/14 3709/13 3718/4 3728/21 3730/23
  3734/5 3734/9 3735/6 3735/8 3736/8 3736/15
  3739/15 3741/8 3743/17 3744/10 3744/14
  3746/13 3747/6 3748/24 3749/2 3749/10
  3749/15 3750/24 3751/4 3754/2 3754/9
  3757/16 3758/13 3758/22 3761/8 3762/3
  3762/6 3762/8 3762/12 3762/21 3763/6
  3763/10 3767/21 3767/24 3768/13 3768/24
  3769/4 3769/20
number [3]   3685/7 3760/4 3775/18
numbers [2]   3681/20 3696/20
NW [4]   3674/15 3674/22 3675/4 3675/13

## O

oath [2]   3679/22 3723/19
object [1]   3706/14
objection [3]   3704/3 3730/1 3743/6
objectives [2]   3690/5 3706/5
observing [1]   3770/10
obviously [4]   3687/21 3688/11 3694/16
  3717/16
occasion [3]   3731/16 3754/13 3754/17
occasionally [1]   3766/13
occurred [4]   3686/1 3687/24 3688/8 3688/19
ocean [1]   3700/23
octagon [1]   3740/2
October [2]   3674/6 3776/7
off [29]   3684/24 3684/24 3686/6 3686/6
  3687/9 3687/19 3688/17 3689/17 3690/16
  3691/8 3691/12 3691/23 3695/9 3695/14
  3696/20 3699/11 3699/16 3699/17 3700/6
  3704/12 3736/3 3738/10 3743/3 3743/4
  3746/11 3747/24 3757/25 3769/24 3770/11
offer [1]   3729/24
office [30]   3674/14 3719/17 3757/6 3757/18
  3758/17 3758/18 3758/20 3759/6 3760/3
  3760/4 3760/15 3760/19 3761/13 3761/18
  3761/21 3761/22 3762/4 3762/13 3762/18
  3762/19 3768/6 3769/10 3769/11 3769/16
  3769/18 3770/7 3770/7 3771/16 3771/17
  3771/18
officer [1]   3690/3
offices [1]   3718/22
official [2]   3675/12 3766/1
Oh [4]   3678/12 3694/6 3727/2 3741/24
okay [59]   3677/11 3677/13 3678/1 3678/2
  3679/13 3679/22 3698/11 3698/22 3699/22
  3702/21 3704/15 3704/22 3706/3 3706/14
  3710/20 3710/22 3711/4 3711/9 3711/17
  3712/20 3713/4 3714/3 3714/13 3716/24
  3717/23 3720/1 3720/2 3720/4 3720/5 3723/4
  3723/6 3726/22 3734/11 3736/5 3737/10
  3737/13 3738/4 3745/4 3745/22 3746/20
  3751/21 3755/4 3755/19 3763/7 3764/15
  3764/24 3765/3 3765/13 3767/5 3767/21
  3768/2 3771/21 3771/24 3773/23 3774/7
  3774/13 3774/14 3775/21 3775/21
old [1]   3701/11
old-school [1]   3701/11
on-station [3]   3763/24 3764/8 3766/1
once [3]   3687/6 3709/20 3710/14
one [59]   3685/7 3685/8 3689/22 3690/25
  3691/1 3691/2 3691/24 3695/1 3695/3 3696/13
  3696/22 3704/24 3705/6 3705/10 3705/11
  3705/18 3705/21 3705/21 3707/13 3715/25

**O**

one... [39]   3719/14 3720/22 3720/23 3726/5
 3726/19 3730/17 3736/5 3736/15 3738/8
 3738/19 3738/19 3741/12 3741/12 3741/13
 3742/20 3742/20 3742/23 3743/1 3743/21
 3746/18 3747/13 3748/17 3748/24 3749/4
 3749/16 3750/10 3750/10 3751/12 3751/24
 3761/5 3761/5 3761/6 3761/12 3762/3 3765/10
 3768/17 3769/7 3773/7 3775/2
ones [1]   3738/15
only [9]   3707/6 3712/18 3712/20 3713/5
 3713/12 3717/11 3722/9 3749/4 3769/7
open [7]   3679/15 3710/21 3714/14 3720/3
 3739/9 3762/8 3773/14
operate [2]   3684/21 3701/15
operated [1]   3735/7
operation [2]   3682/21 3686/7
operations [1]   3725/8
operative [3]   3708/14 3708/15 3718/5
operator [6]   3680/23 3681/15 3683/10
 3684/17 3722/8 3722/15
operator's [2]   3692/13 3722/4
operators [1]   3681/6
Opher [1]   3674/14
opher.shweiki [1]   3674/19
opportunity [2]   3685/21 3722/22
opposite [1]   3761/23
optical [1]   3744/23
oral [1]   3712/15
orally [1]   3713/21
orbit [1]   3694/18
orbiting [1]   3695/8
order [8]   3677/5 3700/5 3706/4 3706/5
 3709/20 3709/23 3737/17 3775/12
orders [5]   3706/1 3710/13 3718/7 3719/16
 3775/3
orient [9]   3680/12 3680/16 3684/9 3686/22
 3693/25 3694/21 3695/11 3756/19 3758/12
orienting [1]   3707/19
other [38]   3678/23 3681/4 3681/6 3681/23
 3688/22 3690/13 3698/3 3698/6 3698/22
 3700/12 3701/9 3701/10 3701/14 3701/18
 3705/12 3707/13 3709/25 3711/18 3712/18
 3713/12 3715/24 3719/17 3719/17 3719/23
 3721/19 3731/18 3736/3 3736/15 3736/21
 3744/17 3746/11 3754/13 3759/13 3762/7
 3762/15 3774/11 3774/11 3775/18
others [3]   3685/14 3715/15 3720/10
otherwise [1]   3775/6
our [28]   3677/25 3678/22 3685/11 3685/15
 3686/6 3686/13 3688/24 3689/24 3692/4
 3705/24 3706/4 3707/25 3713/15 3715/24
 3716/18 3716/19 3721/18 3728/3 3728/14
 3728/15 3737/12 3758/14 3763/24 3764/8
 3771/7 3772/13 3773/16 3775/4
ourselves [2]   3756/20 3758/12
out [41]   3677/19 3677/20 3678/3 3681/8
 3683/3 3683/7 3683/8 3684/17 3693/7 3696/4
 3697/10 3698/5 3699/21 3703/14 3705/19
 3705/19 3705/25 3707/6 3709/4 3709/23
 3715/20 3727/5 3732/25 3739/7 3740/4
 3740/23 3742/14 3745/19 3746/22 3747/18
 3749/16 3752/23 3757/25 3759/11 3761/22
 3770/9 3771/9 3772/7 3772/15 3772/21
 3772/21
outside [4]   3693/8 3740/20 3743/19 3760/4
over [34]   3683/13 3687/10 3688/15 3689/21
 3697/21 3700/23 3702/11 3702/14 3705/10
 3705/15 3705/18 3707/25 3712/8 3714/9
 3716/9 3723/10 3737/13 3745/13 3748/7
 3748/11 3748/25 3749/4 3750/9 3754/9
 3754/12 3759/5 3762/21 3763/11 3765/20
 3765/24 3766/11 3768/5 3771/24 3774/19
over-the-shoulder [1]   3689/21
overview [3]   3684/19 3685/2 3692/9
overwatch [2]   3681/3 3685/6

**P**

p.m [10]   3674/6 3699/6 3736/13 3736/14
 3737/15 3737/15 3750/23 3754/8 3766/4
 3775/23
panning [1]   3732/7
parameters [1]   3722/10
parked [5]   3684/15 3688/15 3735/3 3760/22
 3760/23
parking [1]   3716/10
part [12]   3687/9 3688/24 3691/3 3691/19
 3694/9 3721/11 3721/16 3723/2 3726/5 3726/8
 3726/14 3726/17
particular [27]   3684/2 3684/4 3684/6
 3685/13 3686/1 3686/15 3687/24 3688/7
 3690/12 3692/18 3692/22 3692/25 3693/11
 3695/10 3696/19 3697/20 3707/11 3707/16
 3710/2 3710/2 3717/3 3717/25 3718/2 3721/2
 3723/2 3767/24 3775/5
particularly [1]   3775/16
passed [1]   3772/10
passes [1]   3733/21
passing [1]   3762/15
past [6]   3757/20 3757/21 3757/24 3759/12
 3769/14 3769/15
path [4]   3759/13 3762/16 3763/5 3770/9
pattern [1]   3740/2
pause [12]   3694/16 3732/8 3734/10 3734/21
 3743/21 3744/13 3750/14 3751/5 3753/7
 3755/19 3759/17 3760/6
pausing [1]   3694/2
Pennsylvania [1]   3675/4
people [34]   3689/6 3696/11 3698/22 3701/2
 3701/21 3702/2 3706/8 3706/16 3706/17
 3709/2 3709/5 3709/13 3713/12 3714/18
 3715/16 3716/11 3717/12 3717/14 3717/15
 3717/25 3718/20 3754/13 3754/17 3767/6
 3767/9 3767/10 3768/4 3768/9 3769/16
 3769/23 3770/1 3770/8 3770/11 3770/22
percent [1]   3685/16
perhaps [2]   3736/22 3753/10
period [1]   3686/2
person [7]   3691/1 3696/15 3696/16 3722/2
 3736/24 3744/5 3756/4
personally [2]   3712/23 3713/6
personnel [12]   3740/20 3740/22 3740/22
 3743/17 3743/19 3744/20 3759/10 3761/17
 3761/19 3767/4 3768/17 3771/16
peterson [6]   3674/20 3674/24 3698/11 3704/6
 3719/9 3719/19
petras [4]   3674/20 3674/24 3764/18 3774/24
phone [1]   3718/24
picks [1]   3746/10
picture [1]   3759/25
piece [1]   3711/4
pieces [1]   3715/24
pilot [2]   3722/16 3722/17
piloted [4]   3698/25 3725/20 3726/4 3727/22
pin [1]   3744/24
place [9]   3677/17 3682/14 3686/3 3686/7
 3687/6 3726/23 3727/6 3754/12 3766/12
placed [1]   3723/19
places [2]   3681/23 3728/14
Plaintiff [1]   3674/4
planned [1]   3716/22
play [18]   3686/24 3687/2 3696/2 3732/1
 3734/7 3739/10 3740/10 3743/14 3744/10
 3747/4 3747/25 3750/19 3751/24 3757/15
 3760/1 3761/3 3767/17 3767/25
played [13]   3687/11 3689/9 3690/20 3693/23
 3696/3 3710/19 3732/18 3734/8 3740/11
 3741/1 3742/6 3743/15 3744/11
playing [2]   3734/23 3767/21
please [49]   3677/5 3679/24 3680/12 3680/16
 3681/20 3682/24 3684/9 3686/9 3686/15
 3690/18 3691/25 3693/25 3694/6 3694/12
 3706/21 3723/9 3723/17 3723/22 3724/10
 3724/13 3725/18 3726/1 3729/5 3729/6 3732/3

## P

please... [24]   3732/17 3737/17 3738/15
3739/11 3739/12 3740/9 3740/24 3741/6
3742/5 3746/8 3747/25 3748/5 3748/23 3750/4
3750/14 3751/19 3755/2 3758/11 3760/1
3760/17 3761/3 3765/1 3765/14 3773/18
plenty [1]   3774/24
PLLC [1]   3675/4
plot [2]   3727/8 3727/18
plotted [2]   3732/13 3732/14
plumes [2]   3739/7 3742/13
point [29]   3683/16 3684/11 3684/17 3684/23
3689/21 3691/15 3693/2 3696/6 3707/13
3710/10 3718/16 3729/23 3732/4 3732/6
3732/15 3739/18 3744/6 3746/21 3754/18
3758/13 3761/24 3763/10 3763/14 3767/8
3767/23 3768/22 3769/5 3770/8 3775/2
pointed [4]   3713/2 3738/19 3738/19 3748/14
pointing [2]   3747/9 3748/13
portion [4]   3700/19 3711/12 3732/24 3739/15
portions [2]   3732/25 3733/1
position [3]   3694/5 3716/18 3720/8 3731/14
3731/15 3733/14 3745/16 3745/18 3745/19
3745/24 3745/25 3746/4 3746/12 3748/10
3748/11 3749/1 3749/4 3749/5 3749/11
3749/17 3750/10 3761/16 3772/25
possibly [2]   3690/5 3705/9
potential [1]   3718/5
pour [1]   3723/23
pouring [2]   3687/20 3742/13
preparation [1]   3722/22
prepare [1]   3774/25
prepared [1]   3774/14
present [1]   3775/17
presenting [1]   3775/5
Preservation [1]   3685/7
presiding [1]   3677/4
press [1]   3745/20
pretty [2]   3678/7 3742/14
previous [1]   3685/25
previously [2]   3680/2 3685/22
prior [4]   3716/12 3724/23 3724/25 3731/16
probably [10]   3678/24 3702/16 3703/16
3705/4 3721/20 3739/18 3750/2 3750/3
3761/10 3768/18
proceed [3]   3679/24 3723/25 3772/17
proceedings [3]   3675/17 3775/23 3776/4
process [1]   3677/23
produced [2]   3675/18 3775/6
promptly [1]   3678/7
prone [3]   3748/18 3748/19 3748/25
propane [1]   3753/10
proper [1]   3698/24
property [1]   3767/11
propped [1]   3750/9
protecting [1]   3746/15
provide [3]   3685/10 3722/25 3727/4
providing [3]   3685/6 3718/7 3718/23
PUBLIC [1]   3674/21
publication [1]   3680/11
publish [1]   3694/6
pull [3]   3731/8 3741/11 3741/12
pulled [1]   3749/1
punches [1]   3738/3
pure [1]   3719/1
purpose [2]   3685/4 3763/17
purposes [3]   3688/17 3708/20 3764/10
put [6]   3705/24 3708/1 3708/2 3715/25
3741/20 3768/21

## Q

QRF [2]   3741/10 3757/23
question [10]   3707/10 3713/8 3714/16
3714/23 3715/5 3718/3 3720/5 3736/5 3736/15
3764/3
questions [7]   3698/10 3708/25 3711/8
3717/10 3720/15 3723/5 3764/17

quickly [3]   3743/18 3743/20 3751/24
quite [4]   3681/17 3732/6 3758/7 3759/8

## R

radio [1]   3718/24
raise [1]   3723/17
rapid [1]   3691/12
rate [2]   3691/12 3692/15
re [2]   3754/18 3767/10
re-enter [1]   3754/18
re-entering [1]   3767/10
reach [2]   3772/7 3772/15
reached [2]   3764/8 3773/16
ready [1]   3691/21
real [1]   3706/13
realized [1]   3697/11
really [18]   3684/16 3688/13 3689/5 3695/15
3707/1 3707/10 3707/17 3707/20 3708/18
3708/18 3709/8 3710/12 3716/10 3716/3
3716/4 3716/16 3744/24 3766/3
realtime [3]   3675/11 3701/4 3765/21
reason [2]   3708/17 3716/1
reassess [1]   3774/14
recall [4]   3699/25 3703/21 3731/20 3763/23
receive [1]   3727/8
received [4]   3708/12 3727/10 3754/11
3762/23
receiving [3]   3685/12 3715/15 3719/16
recently [1]   3761/10
Recess [1]   3737/15
recognize [5]   3693/22 3729/2 3729/3 3729/6
3729/7
recollection [1]   3755/3
reconnaissance [1]   3705/1
record [13]   3712/12 3712/15 3712/16
3712/17 3713/21 3713/22 3721/21 3722/9
3726/9 3730/13 3740/6 3776/3
recordation [1]   3721/14
recorded [6]   3675/17 3714/1 3721/22 3721/25
3722/12 3726/13
recorders [1]   3721/18
recording [3]   3722/5 3722/7 3722/14
records [5]   3713/15 3713/17 3714/11 3721/18
3722/10
RECROSS [1]   3676/4
red [1]   3746/2
redacted [9]   3691/2 3731/6 3731/9 3731/11
3731/17 3732/24 3733/1 3746/17 3751/2
redaction [1]   3687/8
redactions [1]   3731/18
redirect [10]   3676/4 3678/19 3714/12 3715/2
3715/5 3715/12 3716/23 3720/20 3770/16
3770/18
refer [1]   3706/7
reference [7]   3697/3 3697/4 3700/11 3703/17
3704/4 3704/11 3726/24
referenced [4]   3681/13 3683/4 3704/5
3705/11
referencing [1]   3686/3
referred [2]   3682/16 3699/1
referring [5]   3704/6 3706/23 3710/1 3714/24
3771/8
reflect [1]   3735/14
refresh [2]   3702/15 3755/3
refueling [1]   3764/10
regard [11]   3682/23 3687/24 3689/19 3690/12
3692/18 3692/25 3696/19 3704/4 3717/4
3721/13 3722/20
Registered [1]   3675/11
related [5]   3680/10 3682/11 3688/22 3707/13
3721/11
relates [1]   3729/18
relation [2]   3683/20 3689/13
relative [1]   3695/9
relatively [1]   3753/9
release [1]   3773/12
relevance [1]   3709/8

# R

**relevant** [3]   3707/3 3715/22 3716/5
**relocate** [1]   3697/23
**remain** [1]   3749/3
**remaining** [1]   3773/6
**remember** [5]   3699/13 3704/9 3763/12 3764/4
  3772/10
**remind** [1]   3679/22
**remote** [1]   3691/21
**remotely** [4]   3698/25 3725/20 3726/3 3727/22
**repeated** [2]   3749/21 3750/18
**repeatedly** [2]   3750/11 3751/21
**repetitive** [1]   3773/8
**report** [1]   3774/15
**Reporter** [4]   3675/10 3675/11 3675/11
  3675/12
**reposition** [1]   3742/20
**repositioned** [4]   3743/1 3761/15 3762/6
  3762/6
**request** [1]   3697/24
**required** [1]   3775/3
**research** [1]   3773/19
**researched** [1]   3718/4
**residences** [1]   3727/20
**resist** [1]   3773/18
**respect** [4]   3683/15 3711/1 3721/1 3722/21
**respective** [1]   3695/16
**responsibility** [3]   3722/1 3722/3 3722/4
**responsive** [1]   3696/17
**RESUMED** [1]   3680/2
**retire** [1]   3725/3
**retrieve** [2]   3730/21 3755/4
**return** [3]   3743/9 3743/12 3764/8
**reveal** [1]   3731/13
**review** [12]   3685/14 3685/22 3685/25 3686/16
  3691/24 3693/22 3715/24 3722/22 3722/25
  3723/2 3726/12 3731/16
**reviewed** [2]   3718/14 3729/7
**reviewing** [3]   3684/3 3686/9 3726/14
**revisit** [1]   3712/3
**rewind** [3]   3726/10 3726/12 3744/19
**rifle** [1]   3750/1
**right** [114]
**rise** [2]   3677/2 3737/16
**RMR** [1]   3776/2 3776/8
**road** [2]   3684/15 3768/1
**roads** [1]   3753/14
**Robinson** [2]   3675/2 3678/11
**rocket** [1]   3703/1
**role** [2]   3725/15 3725/16
**roll** [1]   3738/3
**roof** [4]   3749/6 3749/13 3752/7 3752/8
**rooftop** [1]   3751/22
**room** [4]   3674/16 3675/14 3677/19 3718/22
**rotate** [1]   3683/23
**rough** [1]   3767/2
**roughly** [4]   3733/11 3738/19 3738/20 3766/9
**round** [2]   3697/13 3703/7
**roundabout** [1]   3743/22
**rounds** [3]   3695/16 3703/13 3703/15
**RPG** [11]   3703/6 3703/9 3703/12 3703/14
  3703/21 3721/5 3721/7 3751/6 3751/13 3755/9
  3771/11
**RTVed** [1]   3700/13
**run** [3]   3733/4 3749/2 3749/16
**running** [4]   3682/15 3728/3 3735/4 3761/1
**runs** [5]   3682/21 3705/19 3705/19 3729/14
  3747/6
**runtime** [1]   3730/5

# S

**sacrificed** [1]   3713/14
**safes** [1]   3721/20
**safety** [2]   3685/11 3688/17
**said** [17]   3680/10 3680/24 3682/20 3683/8
  3689/7 3692/20 3693/5 3694/24 3695/24
  3697/14 3699/17 3701/1 3725/25 3746/3

**sake** [1]   3730/5
**SALIM** [1]   3674/7
**same** [13]   3688/2 3694/5 3694/13 3714/10
  3731/18 3750/8 3751/17 3753/3 3755/9 3759/1
  3759/13 3767/15 3771/11
**sandbags** [1]   3745/16
**Sara** [1]   3675/9
**sat** [1]   3705/12
**satisfy** [1]   3706/5
**satisfying** [1]   3690/4
**saw** [27]   3686/6 3695/1 3695/11 3695/13
  3697/11 3700/12 3700/12 3702/21 3703/6
  3703/6 3703/11 3703/13 3703/24 3704/2
  3704/2 3705/3 3710/18 3711/15 3713/6
  3726/11 3733/2 3746/18 3767/9 3768/9
  3770/22 3770/25 3771/1
**say** [25]   3678/20 3683/22 3685/16 3689/17
  3700/25 3702/12 3705/13 3710/15 3711/18
  3715/17 3716/11 3719/12 3721/20 3734/14
  3739/3 3744/1 3746/16 3751/15 3756/11
  3756/17 3768/19 3769/19 3770/6 3771/4
  3771/8
**saying** [4]   3708/23 3708/25 3716/8 3774/10
**says** [3]   3682/5 3710/12 3719/25
**scene** [2]   3714/19 3771/12
**school** [1]   3701/11
**scope** [1]   3707/23
**screen** [30]   3683/18 3683/23 3684/2 3686/18
  3688/3 3688/23 3689/2 3689/20 3691/3 3695/4
  3695/5 3727/13 3727/15 3728/7 3728/8 3731/9
  3731/12 3732/20 3733/12 3733/17 3733/22
  3733/22 3734/5 3735/11 3735/13 3737/7
  3739/16 3740/7 3751/3 3771/8
**seam** [1]   3694/10
**seat** [8]   3700/13 3700/24 3705/6 3708/2
  3710/23 3721/2 3721/15 3723/22
**seated** [3]   3677/5 3723/21 3737/17
**second** [33]   3677/20 3689/10 3689/13 3691/6
  3694/3 3705/21 3708/2 3711/2 3711/24 3712/7
  3729/11 3729/14 3732/8 3733/5 3734/12
  3740/16 3744/4 3747/19 3750/14 3752/20
  3753/7 3753/20 3755/2 3755/20 3756/4
  3756/19 3758/10 3759/17 3760/6 3760/13
  3761/25 3763/8 3765/7
**seconds** [11]   3687/14 3688/9 3734/17 3742/18
  3743/24 3744/19 3747/3 3747/3 3749/16
  3750/3 3751/25
**secrecy** [2]   3677/14 3677/15
**section** [1]   3703/18
**see** [146]
**seeing** [9]   3683/18 3700/18 3703/21 3712/12
  3712/23 3713/22 3735/1 3736/8 3766/22
**seeking** [1]   3719/9
**seems** [2]   3714/5 3719/19
**seen** [4]   3735/4 3745/23 3761/19 3761/25
**seized** [1]   3716/21
**send** [2]   3704/24 3705/21
**sends** [1]   3685/19
**sense** [4]   3700/1 3772/19 3772/24 3775/8
**sensitive** [1]   3718/6
**sensitivity** [2]   3718/12 3718/15
**sensor** [4]   3722/4 3733/14 3771/6 3771/10
**sent** [6]   3698/5 3701/3 3722/6 3726/7
  3763/19 3766/13
**separate** [2]   3704/19 3765/10
**separated** [1]   3725/9
**September** [3]   3680/10 3729/19 3730/23
**sergeant** [5]   3680/8 3681/19 3694/12 3725/1
  3725/10
**Service** [1]   3772/23
**session** [3]   3674/8 3677/3 3737/17
**set** [2]   3684/7 3774/22
**several** [1]   3766/14
**shape** [2]   3745/15 3745/17
**share** [1]   3731/10
**she** [2]   3737/24 3737/24
**she'll** [1]   3772/16

```
shelli [1]   3674/24
shelter [1]   3677/17
shift [6]   3722/1 3733/23 3733/25 3734/2
 3754/12 3762/23
shifted [2]   3704/18 3762/25
shifts [1]   3733/23
shooting [1]   3709/2
short [2]   3705/9 3754/11
shortly [2]   3689/1 3764/7
should [6]   3678/9 3697/6 3702/16 3705/14
 3719/20 3746/24
shoulder [2]   3689/21 3714/9
show [5]   3680/12 3691/3 3707/11 3707/12
 3728/5 3728/21 3728/23 3735/17 3735/20
 3735/23 3736/4
showed [2]   3711/21 3764/24
showing [3]   3707/7 3735/9 3769/8
shown [6]   3680/19 3701/16 3711/4 3711/7
 3711/12 3735/10
shows [2]   3733/12 3753/3
Shweiki [3]   3674/14 3679/18 3720/17
sick [1]   3723/24
side [11]   3684/15 3686/18 3687/10 3707/25
 3742/15 3745/24 3745/24 3746/1 3746/5
 3746/12 3767/25
sign [1]   3740/2
signature [9]   3687/18 3687/19 3691/23
 3692/1 3695/14 3695/14 3735/23 3736/15
 3749/7
significance [2]   3686/16 3693/22
significant [2]   3685/25 3723/1
similar [1]   3678/25
simple [1]   3714/23
simply [1]   3717/5
simultaneous [1]   3685/18
simultaneously [1]   3701/1
since [1]   3724/23
single [2]   3687/9 3769/24
sir [58]   3679/21 3679/23 3680/15 3680/20
 3681/22 3682/7 3682/17 3682/22 3684/12
 3685/15 3685/19 3685/23 3686/23 3687/5
 3688/4 3688/20 3688/24 3691/6 3692/3 3693/4
 3693/10 3693/14 3693/16 3694/3 3695/7
 3695/10 3697/18 3697/23 3698/15 3710/23
 3711/8 3711/10 3714/16 3720/4 3720/6
 3720/12 3720/25 3721/3 3721/6 3721/12
 3721/24 3722/18 3722/24 3723/3 3723/6
 3723/8 3723/11 3723/15 3724/17 3731/22
 3738/7 3740/8 3749/14 3750/18 3752/19
 3755/10 3762/20 3771/25
situational [1]   3684/22
situations [1]   3717/25
six [1]   3721/20
size [4]   3685/3 3685/4 3697/4 3697/7
sky [1]   3685/9
slash [1]   3773/10
sleep [1]   3773/20
slew [1]   3693/5
slight [1]   3747/9
slightly [1]   3687/25
slow [3]   3727/1 3747/4 3747/24
slow-mo [1]   3747/24
slower [1]   3765/13
slowly [1]   3763/4
small [10]   3691/1 3700/18 3707/7 3711/4
 3711/12 3736/19 3740/5 3744/3 3749/24
 3769/23
Small-arms [1]   3749/24
smoke [4]   3740/13 3742/11 3742/13 3742/13
smoothly [1]   3775/14
snippets [1]   3707/7
so [229]
so if you [3]   3689/4 3694/23 3695/21
so it's [12]   3681/13 3684/23 3692/9 3701/3
 3701/12 3713/8 3726/13 3730/9 3735/9
 3761/10 3768/19 3770/8
```

```
So this appears [1]   3734/23
So this individual [1]   3755/22
so this is [4]   3681/25 3694/13 3758/14
 3768/2
soda [1]   3684/21
some [30]   3681/19 3688/14 3691/2 3697/11
 3697/13 3697/13 3704/4 3718/15 3718/23
 3719/17 3720/10 3726/23 3739/2 3732/22
 3743/17 3749/7 3753/10 3754/18 3756/6
 3756/8 3763/10 3767/8 3768/13 3773/4
 3773/10 3774/4 3774/5 3774/11 3774/11
 3775/5
somebody [3]   3717/13 3717/17 3719/5
someone [1]   3680/25 3687/20 3710/5 3718/22
 3718/24 3718/24 3719/4 3719/16 3719/17
 3719/24 3736/22
someplace [2]   3706/17 3708/16
something [14]   3683/6 3687/20 3696/14
 3703/20 3703/21 3703/24 3706/1 3708/8
 3713/15 3721/14 3726/11 3733/3 3735/24
 3746/15
sometime [1]   3699/6
sometimes [3]   3726/22 3770/1 3770/3
somewhere [1]   3700/23
soon [1]   3775/15
sorry [11]   3679/7 3696/22 3702/12 3710/24
 3715/3 3720/4 3727/2 3753/15 3765/13 3766/7
 3768/15
sort [8]   3678/6 3697/13 3697/13 3698/19
 3704/4 3753/10 3759/12 3770/5
sounds [2]   3678/21 3679/1
sources [1]   3701/9
south [32]   3733/22 3744/5 3744/6 3744/7
 3744/21 3745/24 3746/7 3746/15 3746/19
 3748/14 3749/22 3749/23 3750/1 3750/25
 3751/14 3751/18 3751/22 3752/6 3755/7
 3755/24 3756/7 3756/24 3758/15 3768/1
 3768/2 3768/5 3770/9 3771/4 3771/5 3771/7
 3771/8 3771/9
southern [1]   3747/21
space [1]   3694/16
spaced [2]   3753/9 3753/11
Special [2]   3731/21 3774/6
specialist [1]   3725/8
specific [5]   3718/17 3720/8 3728/19 3767/5
 3767/6
specifically [1]   3718/14
speculation [2]   3743/4 3743/6
speed [1]   3692/15
spins [1]   3695/3
split [2]   3744/4 3747/19
sport [5]   3735/2 3738/13 3738/18 3753/20
 3754/3
spot [2]   3690/25 3744/24
spots [4]   3685/2 3741/17 3741/19 3742/2
stacked [1]   3745/17
stamp [4]   3682/11 3682/17 3699/11 3699/16
stamp's [1]   3699/15
stamped [1]   3693/21
stamps [1]   3712/10
stand [4]   3680/2 3723/17 3737/23 3747/1
standing [2]   3748/6 3748/9
stands [1]   3705/1
star [1]   3739/21
start [8]   3678/7 3686/17 3699/19 3706/13
 3710/14 3731/24 3753/23 3759/12
started [8]   3699/20 3699/23 3700/2 3702/19
 3703/4 3703/25 3755/6 3761/10
starting [3]   3710/16 3729/10 3729/12
STATES [7]   3674/1 3674/3 3674/11 3685/14
 3693/12 3725/1 3728/20
station [11]   3700/13 3700/22 3701/3 3701/4
 3705/2 3705/13 3712/4 3728/10 3763/24
 3764/8 3766/1
stationary [2]   3742/16 3753/17
stationed [3]   3699/21 3708/16 3728/14
status [1]   3774/15
```

| S | |
|---|---|

stay [9]   3677/17 3677/21 3679/6 3679/8
 3694/17 3717/5 3742/16 3759/8 3762/21
stayed [1]   3705/9
stenography [1]   3675/17
step [1]   3706/21
stick [1]   3710/3
sticks [1]   3703/14
still [16]   3679/22 3688/2 3691/16 3691/18
 3691/22 3732/7 3742/11 3742/13 3746/11
 3749/7 3759/9 3761/17 3769/5 3769/8 3769/15
 3772/19
stilling [1]   3691/17
stop [17]   3694/23 3732/21 3734/11 3738/15
 3739/12 3740/2 3740/16 3741/6 3745/11
 3746/20 3748/2 3748/5 3751/23 3756/19
 3758/10 3763/7 3770/13
stopped [5]   3761/8 3761/13 3766/16 3767/18
 3767/23
stored [1]   3726/13
straight [3]   3682/1 3733/21 3763/12
straight-line [1]   3763/12
straw [1]   3684/21
stray [1]   3710/16
streaming [1]   3769/24
Street [1]   3674/15
strike [1]   3691/5
structure [5]   3738/22 3751/9 3751/10 3752/8
 3757/2
structures [1]   3760/20
stuff [6]   3686/19 3700/7 3706/13 3712/25
 3713/12 3722/6
subject [2]   3680/17 3683/25
subsequent [1]   3697/14
suddenly [2]   3771/7 3773/1
Suite [2]   3674/22 3675/5
sun [1]   3691/18
support [2]   3681/5 3689/23
suppressing [1]   3690/16
sure [33]   3678/23 3685/8 3690/4 3698/25
 3700/9 3706/20 3708/7 3713/15 3715/13
 3716/16 3722/5 3725/19 3726/2 3731/12
 3732/9 3738/11 3738/16 3741/24 3745/14
 3746/23 3747/1 3747/12 3750/6 3750/13
 3751/20 3752/12 3753/5 3753/17 3754/24
 3755/5 3765/15 3774/21 3775/13
surrounding [1]   3718/13
surveillance [1]   3705/1
suspicious [2]   3715/17 3716/7
suspicious-looking [1]   3715/17
Sustained [2]   3704/7 3743/7
SUV [7]   3743/20 3759/21 3759/23 3761/25
 3762/5 3770/22 3770/23
SUVs [4]   3740/22 3742/20 3742/20 3760/21
swinging [1]   3696/14
switched [2]   3744/22 3745/2
switches [1]   3734/10
sworn [4]   3677/14 3677/15 3680/2 3724/4
system [4]   3689/23 3726/25 3727/9 3727/19

| T | |
|---|---|

take [9]   3677/18 3677/19 3680/13 3700/2
 3718/18 3721/17 3747/24 3755/2 3772/14
taken [1]   3700/16
takes [2]   3677/23 3687/6
taking [5]   3682/14 3746/4 3746/5 3746/6
 3746/14
talk [4]   3718/25 3771/23 3773/13 3773/18
talked [7]   3705/12 3708/1 3717/4 3717/6
 3718/20 3733/17 3736/6
talking [11]   3681/8 3703/1 3706/8 3706/13
 3707/18 3709/21 3714/8 3721/5 3739/1 3739/2
 3752/3
target [8]   3681/16 3694/18 3695/9 3731/14
 3731/23 3732/6 3732/10 3732/11
tasked [1]   3705/23
team [9]   3690/15 3695/22 3695/24 3695/25

3696/9 3762/23 3769/9 3769/12 3773/3
television [1]   3701/8
tell [26]   3679/10 3686/15 3687/16 3687/21
 3693/21 3699/20 3699/23 3700/5 3702/22
 3703/3 3703/8 3706/10 3706/11 3706/15
 3708/17 3715/5 3715/11 3715/18 3716/10
 3739/19 3743/2 3744/13 3756/5 3766/22
 3767/14 3774/13
telling [5]   3706/8 3709/2 3709/3 3709/6
 3709/14
tells [1]   3707/5
temporary [1]   3735/21
ten [1]   3750/2
term [1]   3726/3
terms [3]   3677/6 3708/14 3708/19
testified [3]   3680/2 3717/2 3772/9
testify [1]   3773/6
testimony [9]   3700/2 3717/23 3723/7 3723/10
 3771/23 3771/24 3773/5 3773/23 3774/6
than [11]   3689/18 3703/21 3711/18 3713/2
 3719/11 3726/5 3726/5 3726/11 3731/18
 3736/3 3741/13
thank [27]   3679/14 3679/19 3694/10 3698/8
 3698/10 3720/13 3720/14 3720/18 3722/19
 3723/4 3723/6 3723/8 3723/21 3724/2 3724/8
 3724/12 3727/3 3732/16 3738/17 3741/14
 3745/22 3760/12 3764/18 3767/19 3768/8
 3770/15 3771/22
Thank you [18]   3679/14 3679/19 3694/10
 3698/10 3720/13 3720/14 3720/18 3722/19
 3723/4 3723/21 3724/8 3724/12 3741/14
 3745/22 3760/12 3764/18 3768/8 3770/15
thank you very much [2]   3723/6 3771/22
Thanks [2]   3706/21 3741/24
that [552]
that's [96]   3678/12 3678/13 3680/19 3681/22
 3682/11 3682/13 3682/17 3682/18 3682/20
 3683/10 3683/14 3686/19 3687/16 3688/24
 3689/25 3691/1 3691/6 3691/8 3692/9 3695/9
 3695/16 3695/25 3696/25 3697/10 3697/19
 3698/22 3699/7 3699/17 3701/8 3703/17
 3704/20 3705/5 3705/10 3705/18 3706/1
 3706/25 3707/1 3707/24 3708/13 3708/15
 3708/24 3709/12 3709/17 3713/1 3714/1
 3714/5 3714/23 3715/19 3715/20 3716/7
 3716/10 3717/12 3718/9 3718/11 3719/5
 3719/6 3719/7 3721/14 3721/15 3721/16
 3721/22 3722/2 3722/3 3722/4 3730/8 3730/16
 3732/22 3736/24 3737/21 3739/17 3739/18
 3741/5 3741/19 3741/22 3742/2 3743/1
 3745/15 3747/19 3747/20 3753/24 3756/23
 3757/2 3757/13 3761/12 3761/14 3762/2
 3763/4 3767/13 3767/22 3768/17 3769/2
 3769/22 3771/10 3771/11 3772/17 3775/11
the strike [1]   3691/5
their [16]   3688/15 3696/14 3697/9 3713/13
 3735/4 3748/7 3748/10 3748/13 3750/9 3755/7
 3755/13 3756/8 3759/10 3760/25 3762/13
 3762/14
them [31]   3681/14 3688/11 3690/17 3696/1
 3696/4 3696/13 3696/13 3697/9 3699/10
 3707/3 3707/19 3709/6 3712/10 3713/13
 3715/11 3716/13 3716/14 3716/14 3716/18
 3736/24 3746/13 3749/2 3756/13 3758/7
 3758/7 3766/24 3768/13 3771/19 3772/13
 3774/23 3775/15
themselves [4]   3680/25 3683/1 3684/19
 3722/15
then [79]   3677/19 3683/13 3688/21 3690/8
 3695/21 3696/8 3697/11 3701/9 3704/2
 3704/24 3705/18 3705/21 3708/2 3708/7
 3710/19 3711/9 3716/10 3729/14 3730/16
 3730/17 3731/14 3732/21 3733/2 3733/16
 3734/7 3736/24 3738/21 3739/10 3739/12
 3739/25 3740/9 3740/24 3743/11 3743/14
 3745/10 3745/11 3747/19 3748/15 3748/21
 3749/1 3750/4 3750/17 3751/23 3752/5 3754/5
 3754/7 3755/17 3756/15 3756/24 3757/5

**then...** [29]   3757/14 3758/9 3758/12 3758/17
  3758/19 3759/12 3760/1 3760/3 3760/6
  3760/13 3760/17 3761/13 3761/15 3762/3
  3762/24 3763/10 3763/14 3764/7 3765/12
  3765/18 3766/6 3766/13 3767/17 3768/17
  3768/18 3770/9 3773/12 3774/2 3774/19
**there** [118]
**there's** [39]   3677/11 3680/25 3681/7 3686/15
  3687/25 3689/10 3692/4 3697/5 3700/1
  3700/15 3701/14 3702/7 3705/2 3707/5
  3707/11 3708/8 3708/21 3713/16 3715/17
  3716/9 3718/9 3718/10 3718/22 3718/24
  3719/5 3719/11 3731/12 3737/5 3739/25
  3740/4 3740/18 3748/21 3749/6 3767/14
  3768/16 3768/17 3768/18 3773/6 3773/8
**therefore** [1]   3716/21
**thermal** [1]   3735/10
**these** [28]   3681/11 3681/11 3681/17 3684/21
  3685/6 3686/25 3688/6 3688/14 3688/25
  3692/22 3693/4 3695/4 3700/7 3709/2 3729/7
  3729/8 3729/17 3729/17 3741/19 3742/14
  3745/16 3753/8 3756/5 3756/12 3756/14
  3757/11 3762/7 3769/17
**they** [63]   3678/7 3681/4 3681/7 3684/15
  3684/20 3685/9 3688/14 3690/10 3690/16
  3690/17 3692/5 3692/16 3693/1 3693/5
  3697/15 3701/18 3707/12 3708/2 3709/2
  3709/3 3709/4 3710/15 3711/21 3712/19
  3716/7 3716/14 3716/17 3716/21 3716/21
  3717/15 3719/1 3719/4 3723/1 3728/4 3729/5
  3729/20 3731/17 3735/18 3746/1 3746/3
  3746/4 3746/6 3748/13 3753/12 3753/17
  3756/3 3756/12 3757/13 3757/14 3757/20
  3757/21 3757/24 3757/25 3759/8 3759/12
  3760/23 3760/25 3761/2 3765/3 3771/2 3771/7
  3773/1 3775/9
**they'd** [1]   3707/12
**they'll** [2]   3716/18 3727/4
**they're** [38]   3681/2 3681/2 3681/3 3681/4
  3681/10 3681/17 3683/14 3688/15 3688/16
  3689/22 3689/23 3690/7 3690/8 3690/10
  3692/14 3695/15 3696/12 3696/14 3696/15
  3697/10 3707/8 3707/8 3707/15 3708/19
  3709/1 3709/1 3715/25 3716/6 3729/10
  3735/17 3735/19 3745/25 3746/5 3753/11
  3760/21 3762/15 3770/5 3773/1
**they've** [1]   3761/1
**thing** [5]   3685/10 3701/12 3703/4 3709/25
  3717/11
**things** [13]   3709/1 3709/15 3709/16 3709/24
  3725/23 3726/18 3726/19 3735/19 3735/22
  3745/4 3767/6 3775/10 3775/14
**think** [68]   3678/10 3678/14 3699/7 3701/1
  3702/16 3703/15 3707/1 3707/5 3707/9
  3707/10 3707/13 3707/17 3707/19 3707/22
  3708/14 3708/17 3709/19 3709/20 3710/8
  3710/14 3710/15 3714/7 3714/8 3714/16
  3714/24 3714/25 3715/2 3715/13 3715/20
  3715/21 3716/2 3716/3 3716/7 3716/25 3717/1
  3717/2 3717/8 3717/22 3717/24 3718/2 3718/3
  3718/11 3718/16 3718/19 3719/5 3726/11
  3737/19 3737/22 3737/24 3737/25 3741/12
  3758/24 3766/15 3767/9 3768/22 3770/13
  3772/4 3772/14 3772/19 3773/6 3773/9
  3773/10 3774/1 3774/10 3774/16 3774/22
  3775/4 3775/12
**thinking** [2]   3677/25 3772/7
**third** [5]   3746/13 3746/14 3747/6 3749/10
  3765/18
**this** [156]
**those** [38]   3680/25 3681/21 3690/4 3690/6
  3692/25 3695/16 3697/3 3703/14 3704/19
  3717/9 3719/23 3720/11 3721/2 3721/18
  3722/5 3725/23 3726/19 3727/21 3729/3
  3729/6 3731/6 3738/12 3738/13 3738/15
  3740/20 3743/17 3744/20 3748/14 3748/15

**though** [2]   3701/16 3735/19
**thought** [1]   3709/12
**threat** [1]   3716/15
**threats** [1]   3725/23
**three** [14]   3679/3 3696/11 3696/24 3730/5
  3730/11 3734/17 3737/22 3737/23 3737/24
  3765/10 3768/17 3768/24 3769/3 3769/14
**throttle** [1]   3683/11
**through** [20]   3684/20 3685/10 3686/24
  3690/22 3690/23 3695/18 3696/10 3697/24
  3701/9 3709/22 3730/7 3730/17 3733/21
  3736/18 3739/2 3739/8 3751/6 3751/7 3756/15
  3757/14
**throughout** [2]   3700/16 3753/17
**thrown** [2]   3702/11 3702/14
**till** [2]   3724/10 3766/18
**time** [88]   3680/18 3681/22 3681/23 3681/25
  3682/2 3682/6 3682/15 3682/17 3682/20
  3684/9 3686/1 3686/8 3689/3 3691/24 3693/2
  3693/21 3693/21 3694/1 3694/17 3697/14
  3697/25 3699/11 3699/13 3699/15 3699/16
  3699/17 3699/19 3699/20 3699/23 3700/6
  3700/22 3700/23 3700/24 3704/6 3704/10
  3704/18 3711/25 3712/2 3712/6 3712/10
  3712/11 3714/10 3721/4 3722/8 3728/1 3728/5
  3728/13 3730/6 3730/7 3731/2 3731/20
  3733/12 3734/6 3735/7 3736/7 3736/8 3736/9
  3736/10 3736/11 3737/8 3747/13 3750/22
  3750/23 3751/24 3752/20 3754/5 3754/7
  3754/11 3756/18 3759/3 3759/16 3761/20
  3762/17 3763/23 3763/24 3764/2 3764/4
  3764/8 3766/1 3766/4 3766/8 3766/10 3767/12
  3769/2 3770/21 3770/21 3774/15 3774/25
**time-stamped** [1]   3693/21
**times** [10]   3690/23 3696/10 3698/4 3699/16
  3699/18 3730/6 3762/24 3766/14 3766/21
  3767/2
**tire** [2]   3697/6 3697/7
**titled** [1]   3776/4
**to-do** [1]   3716/18
**today** [6]   3677/25 3722/23 3723/2 3731/16
  3772/3 3775/13
**together** [1]   3773/4
**told** [5]   3706/24 3707/3 3716/14 3717/7
  3738/2
**too** [5]   3690/21 3713/13 3713/19 3747/5
  3758/25
**took** [2]   3686/3 3686/7
**top** [12]   3740/1 3740/1 3748/8 3748/11
  3748/25 3749/4 3749/6 3750/9 3751/10 3752/7
  3752/8 3757/3
**touch** [1]   3733/17
**touchscreen** [1]   3686/21
**tough** [1]   3692/8
**toward** [3]   3707/20 3757/12 3758/10
**towards** [22]   3746/18 3747/7 3749/2 3751/14
  3752/6 3752/10 3757/17 3759/1 3761/17
  3761/21 3761/21 3762/13 3763/6 3768/5
  3768/6 3768/9 3768/13 3769/16 3769/18
  3770/7 3770/9 3771/16
**traffic** [1]   3697/25
**trail** [3]   3756/10 3756/14 3757/13
**train** [2]   3689/7 3690/24
**trained** [3]   3688/21 3747/11 3767/5
**training** [1]   3688/24
**transcript** [3]   3674/10 3675/17 3776/3
**transcription** [1]   3675/18
**transmitted** [1]   3698/3
**trial** [4]   3674/10 3736/7 3773/13 3773/16
**Tripoli** [3]   3717/20 3762/25 3763/19
**troops** [1]   3686/13
**trouble** [1]   3703/17
**true** [1]   3718/11
**truth** [3]   3719/10 3719/20 3719/22
**truths** [1]   3719/11
**try** [4]   3709/15 3711/1 3726/18 3748/8

**T**

trying [14]   3681/3 3681/15 3681/15 3684/7
  3685/1 3697/12 3700/1 3706/24 3708/10
  3708/24 3709/4 3709/17 3715/14 3716/19
Tuesday [4]   3774/20 3774/23 3775/4 3775/16
turn [2]   3719/4 3721/18 3756/3
turned [1]   3768/24
TV [1]   3701/11
two [31]   3678/15 3696/23 3704/19 3720/22
  3724/24 3729/3 3729/3 3729/9 3733/5 3735/2
  3736/10 3738/10 3738/18 3741/3 3741/19
  3745/23 3746/1 3748/6 3748/9 3749/2 3749/3
  3749/10 3750/20 3760/19 3760/21 3762/7
  3766/16 3768/18 3768/24 3772/13 3773/5
tying [1]   3716/19
type [5]   3683/9 3717/9 3728/10 3735/6
  3738/12
types [3]   3735/22 3736/2 3736/3

**U**

U shape [1]   3745/15
U.S [6]   3674/14 3675/12 3698/3 3731/3
  3731/21 3732/14
UAV [1]   3699/1
Uh [2]   3754/15 3768/7
Uh-huh [2]   3754/15 3768/7
unclear [2]   3704/5 3709/13
under [2]   3679/22 3723/19
understand [7]   3704/20 3706/24 3707/7
  3708/10 3708/24 3715/19 3717/1
understanding [3]   3720/9 3720/10 3772/11
Understood [2]   3700/4 3704/15
Unfortunately [1]   3751/2
unit [5]   3681/5 3681/8 3689/17 3689/23
  3697/5
UNITED [7]   3674/1 3674/3 3674/11 3685/14
  3693/12 3725/1 3728/20
United States [3]   3685/14 3693/12 3728/20
unknown [1]   3718/16
unredacted [2]   3731/17 3751/4
until [5]   3700/13 3705/19 3723/10 3766/7
  3771/24
up [47]   3678/16 3683/14 3683/20 3684/15
  3685/3 3685/4 3686/18 3686/25 3689/5 3690/8
  3690/22 3690/25 3691/7 3691/18 3692/6
  3697/6 3699/3 3708/23 3708/25 3709/18
  3711/24 3713/16 3714/11 3714/12 3731/8
  3734/16 3741/12 3741/12 3742/17 3745/11
  3745/17 3746/10 3746/21 3747/2 3748/1
  3750/2 3751/12 3751/25 3753/23 3758/1
  3758/10 3761/13 3761/20 3763/17 3768/12
  3775/5 3775/10
upon [6]   3685/25 3687/17 3693/22 3722/25
  3734/20 3735/2
upper [2]   3686/19 3768/15
urge [1]   3773/18
us [17]   3682/24 3684/9 3693/25 3695/11
  3707/5 3707/7 3709/2 3709/3 3713/18
  3715/18 3716/10 3727/4 3727/4 3731/10
  3744/13 3774/14
usdoj.gov [4]   3674/17 3674/18 3674/18
  3674/19
use [9]   3681/22 3681/25 3686/21 3689/24
  3692/23 3697/5 3713/11 3737/12 3775/8
used [2]   3685/5 3758/25
using [2]   3681/12 3726/24
usually [2]   3677/24 3678/7
utility [5]   3735/2 3738/13 3738/18 3753/20
  3754/3

**V**

various [1]   3707/18
vast [4]   3770/6 3771/3 3771/16 3771/19
vehicle [16]   3697/7 3742/23 3743/9 3752/20
  3753/21 3754/3 3754/14 3760/8 3761/5 3761/9
  3761/11 3762/3 3762/9 3762/10 3762/17
  3763/2

**V** (continued)

vehicles [24]   3680/22 3680/23 3681/11
  3681/17 3681/18 3684/14 3684/19 3688/15
  3688/22 3690/6 3690/7 3692/14 3692/22
  3693/1 3693/4 3697/3 3735/3 3735/5 3738/12
  3738/13 3738/18 3741/3 3760/21 3762/7
vernacular [1]   3726/3
version [4]   3731/17 3731/17 3746/17 3751/4
versions [1]   3731/6
versus [3]   3707/15 3725/22 3725/23
very [20]   3684/22 3687/22 3688/1 3692/14
  3711/4 3723/6 3735/12 3736/19 3736/19
  3736/20 3740/1 3740/3 3743/24 3744/3
  3751/18 3761/10 3763/13 3763/25 3764/7
  3771/22
vested [1]   3690/2
vicinity [1]   3718/1
video [91]   3680/9 3682/19 3682/23 3684/1
  3684/4 3685/12 3685/13 3685/15 3685/22
  3686/14 3687/8 3687/11 3687/17 3687/24
  3689/9 3689/19 3690/12 3690/14 3690/18
  3690/20 3692/18 3693/11 3693/23 3695/10
  3696/3 3696/19 3698/2 3699/7 3699/8 3699/15
  3700/5 3700/9 3700/12 3700/12 3700/19
  3700/25 3701/16 3702/7 3702/23 3704/11
  3705/4 3707/6 3707/11 3707/12 3707/15
  3707/16 3707/19 3708/2 3708/20 3709/21
  3710/2 3710/3 3710/19 3711/2 3712/3 3712/4
  3712/11 3720/22 3721/2 3721/9 3721/11
  3721/18 3722/20 3722/21 3722/22 3725/16
  3730/14 3730/24 3731/18 3732/18 3733/1
  3734/8 3740/11 3741/1 3742/6 3743/15
  3744/11 3746/10 3746/11 3751/3 3751/4
  3752/25 3753/1 3765/4 3765/6 3765/16
  3765/17 3765/19 3766/15 3769/14 3770/13
videos [7]   3700/7 3729/9 3729/10 3729/17
  3730/11 3731/5 3765/10
videotape [1]   3686/10
view [16]   3707/21 3716/14 3721/11 3751/7
  3752/18 3753/3 3755/8 3758/1 3759/23
  3759/24 3762/5 3769/9 3771/4 3771/5 3771/9
  3771/10
viewed [2]   3721/8 3722/21
viewing [4]   3680/13 3680/18 3694/1 3728/1
visible [1]   3745/5
vision [1]   3681/13
visual [1]   3681/16
visually [2]   3680/18 3727/21

**W**

wait [1]   3724/10
Waleed [1]   3675/3
waleed.nassar [1]   3675/7
walk [7]   3696/4 3745/13 3756/7 3756/14
  3756/15 3759/11 3759/12
walked [3]   3743/22 3759/5 3771/17
walking [14]   3678/16 3701/22 3702/3 3736/22
  3757/17 3757/20 3757/21 3757/24 3759/1
  3761/17 3761/22 3769/17 3770/8 3770/11
walks [1]   3758/5
wall [1]   3702/14
wander [1]   3741/23
want [19]   3683/6 3684/20 3686/17 3689/6
  3694/21 3708/9 3712/20 3713/18 3715/7
  3715/8 3715/9 3715/25 3717/11 3717/11
  3717/18 3723/24 3750/2 3753/8 3772/24
wanted [2]   3717/5 3773/9
wants [1]   3715/4
was [119]
Washington [9]   3674/5 3674/16 3674/23
  3675/5 3675/14 3709/13 3717/13 3717/14
  3717/20
wasn't [1]   3763/13
watch [6]   3688/21 3725/19 3726/8 3766/6
  3768/19 3769/19
watching [10]   3701/17 3702/23 3705/2
  3712/11 3713/21 3718/21 3750/24 3765/21
  3765/23 3768/22
water [4]   3687/20 3706/12 3723/23 3724/11

W

way [25]   3678/3 3683/24 3693/6 3701/14
3705/23 3705/25 3711/1 3712/25 3716/24
3719/4 3719/17 3730/6 3745/9 3755/7 3755/13
3755/13 3756/8 3756/22 3756/24 3759/10
3762/13 3762/14 3766/22 3767/14 3772/17
ways [1]   3721/19
we [243]
we will [3]   3737/11 3737/12 3773/21
We would [1]   3712/3
we'd [3]   3746/20 3772/7 3772/17
we'll [10]   3677/19 3678/21 3678/22 3696/10
3698/17 3726/22 3746/21 3747/2 3758/12
3759/9
we're [46]   3678/6 3680/13 3680/18 3680/21
3681/12 3681/15 3684/10 3685/1 3685/6
3685/24 3688/12 3689/23 3690/23 3691/22
3692/8 3694/1 3694/21 3700/11 3700/18
3704/7 3705/23 3706/12 3707/18 3707/25
3710/16 3716/25 3720/1 3732/6 3736/8 3737/7
3738/7 3738/8 3745/10 3750/5 3750/17
3751/13 3751/17 3759/22 3772/2 3772/4
3772/6 3773/3 3773/16 3774/8 3774/9 3774/22
we've [3]   3758/13 3773/5 3775/18
weapon [15]   3691/23 3736/25 3744/5 3746/18
3747/7 3747/18 3747/20 3748/25 3749/4
3749/17 3749/20 3750/11 3751/21 3752/11
3752/12
weapons [6]   3725/22 3748/7 3748/10 3748/13
3748/14 3750/9
week [7]   3772/11 3772/16 3773/16 3774/4
3774/10 3775/4 3775/8
weekend [8]   3772/12 3773/17 3773/17 3773/24
3774/14 3774/19 3775/1 3775/9
Welcome [2]   3679/17 3679/21
well [32]   3677/16 3679/6 3679/9 3682/23
3685/18 3687/24 3691/17 3692/23 3697/22
3702/16 3703/3 3704/14 3707/23 3712/19
3713/2 3716/16 3717/14 3728/4 3731/14
3731/15 3733/25 3734/9 3734/14 3736/4
3736/19 3739/9 3739/20 3740/3 3740/5
3740/23 3757/24 3774/13
went [8]   3679/20 3699/5 3711/24 3711/24
3716/22 3752/12 3771/14 3771/16
were [82]   3680/9 3683/22 3684/3 3686/11
3688/6 3689/16 3690/6 3691/10 3692/16
3694/14 3696/7 3697/12 3697/15 3697/16
3699/2 3699/3 3699/9 3700/9 3701/17 3701/18
3702/7 3702/10 3702/13 3702/19 3702/22
3703/15 3705/9 3706/16 3710/4 3710/5 3711/4
3711/12 3711/18 3712/23 3713/6 3713/20
3713/21 3713/22 3713/25 3714/17 3714/17
3715/10 3715/15 3715/17 3716/11 3716/17
3720/8 3720/11 3721/1 3721/5 3722/25
3724/25 3725/6 3725/7 3725/9 3730/23 3731/2
3732/12 3732/14 3738/5 3738/12 3738/13
3739/1 3739/2 3740/22 3742/19 3750/20
3753/17 3763/19 3765/20 3765/23 3766/12
3766/13 3766/21 3766/22 3768/22 3769/11
3770/10 3770/11 3771/2 3773/7 3774/3
weren't [3]   3701/16 3716/14 3717/15
west [2]   3738/20 3763/6
what [193]
what's [16]   3685/3 3685/4 3686/10 3689/19
3690/6 3693/19 3704/25 3705/13 3710/17
3712/13 3715/18 3715/20 3716/10 3744/1
3768/1 3775/8
whatever [1]   3718/25
when [57]   3679/11 3679/12 3683/3 3683/8
3684/21 3686/15 3690/19 3691/23 3694/24
3695/22 3696/8 3697/2 3697/11 3699/2 3699/5
3699/21 3700/2 3700/15 3700/25 3702/10
3702/13 3702/22 3705/18 3706/7 3712/4
3712/6 3714/1 3714/9 3717/24 3720/8 3721/17
3725/6 3725/9 3727/8 3727/18 3731/2 3734/10
3736/8 3736/17 3739/1 3743/9 3743/11
3744/13 3750/24 3751/15 3752/20 3754/13

where [53]   3678/6 3683/5 3683/15 3683/20
3683/21 3683/21 3686/19 3689/13 3692/1
3695/8 3695/11 3695/16 3696/25 3705/24
3705/24 3706/9 3706/20 3707/8 3715/25
3718/13 3718/14 3719/1 3727/5 3728/7
3728/15 3728/19 3732/11 3737/7 3738/5
3738/14 3743/2 3744/24 3746/10 3746/24
3749/12 3750/4 3750/7 3755/9 3756/5 3756/11
3756/12 3757/8 3758/3 3758/17 3758/19
3759/4 3760/15 3763/14 3767/18 3767/23
3771/1 3771/14 3772/25
whether [13]   3688/7 3692/19 3701/10 3701/10
3706/24 3709/4 3709/5 3709/13 3713/5
3713/20 3715/9 3715/10 3767/3
which [20]   3680/9 3683/24 3707/15 3707/21
3709/22 3726/6 3730/14 3733/12 3734/6
3738/8 3739/15 3740/2 3752/5 3756/18
3756/22 3759/3 3759/15 3767/21 3768/14
3770/20
while [6]   3686/24 3698/5 3713/20 3742/19
3759/8 3762/22
white [3]   3735/13 3744/4 3759/21
who [11]   3706/8 3706/10 3706/11 3706/16
3714/18 3714/25 3715/7 3718/6 3718/21
3772/9 3775/17
who's [5]   3717/17 3718/24 3718/24 3719/15
3719/16
whoever [1]   3690/16
whole [2]   3707/6 3716/9
why [17]   3677/8 3703/17 3707/3 3707/7
3707/24 3709/2 3709/3 3710/12 3710/19
3715/22 3716/23 3719/5 3719/22 3719/23
3739/6 3741/20 3774/13
will [32]   3677/21 3677/25 3678/19 3678/24
3678/25 3679/2 3679/3 3679/8 3683/23 3688/1
3706/14 3711/9 3716/17 3727/5 3733/25
3735/12 3736/19 3736/19 3737/11 3737/11
3737/12 3737/22 3737/23 3743/24 3750/10
3759/20 3759/21 3759/24 3773/21 3773/22
3774/11 3775/17
William [5]   3675/10 3680/1 3776/2 3776/7
3776/8
WilliamPZaremba [1]   3675/16
window [2]   3739/9 3740/14
windows [4]   3739/8 3740/5 3742/14 3742/15
within [5]   3677/16 3685/14 3687/4 3688/23
3742/9
without [4]   3682/21 3707/19 3720/7 3728/18
witness [15]   3676/2 3678/10 3679/6 3679/8
3679/20 3680/1 3709/23 3716/4 3719/15
3723/19 3724/4 3733/18 3760/11 3760/16
3772/20
witnesses [9]   3676/4 3772/20 3772/21
3773/11 3774/3 3774/12 3774/16 3775/5
3775/19
work [4]   3727/5 3727/5 3728/10 3728/15
working [6]   3699/19 3699/23 3724/21 3725/6
3725/7 3730/23
works [2]   3689/25 3705/23
world [6]   3681/24 3725/21 3726/5 3726/8
3726/24 3728/14
would [85]   3682/8 3682/9 3682/15 3683/3
3685/18 3688/17 3689/17 3693/8 3693/11
3697/19 3697/20 3697/23 3698/2 3698/23
3698/24 3699/11 3700/5 3701/21 3703/16
3703/21 3704/3 3704/11 3707/23 3712/3
3712/9 3712/9 3715/6 3717/14 3717/23 3719/1
3721/10 3721/20 3721/25 3722/7 3722/14
3729/24 3730/14 3730/15 3730/16 3730/17
3733/19 3733/19 3733/22 3734/2 3735/12
3735/13 3735/22 3735/24 3736/1 3736/4
3736/10 3736/12 3736/12 3736/12 3736/14
3737/3 3738/3 3739/3 3739/4 3739/16 3744/6
3744/7 3744/8 3745/7 3745/10 3745/18 3746/6
3747/4 3750/23 3753/1 3754/7 3754/8 3756/18
3758/1 3758/18 3759/3 3759/15 3764/2 3766/3

where [53]   3765/20
3765/23 3767/3 3767/8 3771/4 3771/8

**W**

would... [6]   3768/2 3770/6 3772/14 3772/15
 3773/7 3775/13
wouldn't [2]   3736/22 3745/9
written [3]   3712/15 3712/17 3713/22
wrong [1]   3706/15

**Y**

y'all [1]   3678/3
yeah [12]   3682/10 3682/14 3687/6 3687/21
 3688/9 3690/15 3695/20 3697/23 3704/22
 3706/22 3715/16 3772/18
years [3]   3724/24 3725/2 3725/3
yes [93]   3677/8 3679/23 3680/15 3680/20
 3681/22 3682/7 3682/17 3682/22 3684/12
 3685/15 3685/19 3685/23 3686/5 3686/23
 3687/5 3688/4 3688/20 3688/24 3689/4 3691/6
 3692/3 3693/4 3693/10 3693/14 3693/16
 3695/7 3697/18 3697/23 3698/21 3699/4
 3700/11 3700/17 3700/20 3701/14 3701/20
 3701/23 3702/1 3702/4 3702/6 3702/18
 3702/21 3703/10 3704/15 3705/17 3711/3
 3711/6 3711/10 3711/14 3711/16 3711/20
 3711/23 3712/1 3712/14 3712/22 3713/24
 3714/2 3720/6 3720/12 3720/25 3721/3 3721/6
 3721/24 3722/18 3722/24 3723/3 3723/11
 3724/15 3724/17 3728/2 3731/22 3733/6
 3740/8 3747/16 3749/14 3750/18 3751/1
 3752/19 3754/19 3755/10 3759/7 3762/19
 3764/11 3766/9 3766/20 3768/11 3769/3
 3769/4 3769/8 3769/17 3769/25 3770/10
 3771/19 3771/25
you [438]
you know [2]   3711/21 3720/9
you'd [4]   3686/16 3701/11 3738/10 3769/23
you'll [15]   3678/8 3681/14 3684/13 3688/9
 3688/11 3688/14 3688/25 3688/25 3689/7
 3691/7 3694/4 3696/11 3735/11 3745/14
 3759/11
you're [47]   3679/22 3681/8 3681/11 3683/2
 3683/18 3683/21 3685/12 3686/24 3686/25
 3687/12 3687/13 3688/13 3688/22 3690/3
 3690/3 3690/4 3691/17 3692/5 3694/18 3695/5
 3695/8 3695/22 3696/1 3696/4 3698/19
 3709/17 3710/1 3710/11 3712/11 3712/12
 3713/1 3721/25 3723/9 3724/10 3727/25
 3732/10 3735/8 3736/17 3741/21 3744/3
 3752/2 3753/8 3756/22 3767/5 3771/23
 3773/19 3774/16
you've [11]   3689/6 3698/25 3702/5 3729/21
 3731/16 3745/23 3748/16 3755/22 3761/19
 3774/24 3774/24
younger [1]   3690/10
your [67]   3677/6 3678/8 3678/13 3679/7
 3679/19 3681/9 3681/9 3682/17 3684/22
 3685/20 3685/25 3686/17 3686/21 3688/6
 3689/7 3689/10 3690/24 3693/19 3693/22
 3698/10 3704/3 3704/16 3709/19 3710/10
 3712/20 3713/8 3714/3 3714/7 3716/5 3716/25
 3717/22 3718/11 3720/9 3720/10 3720/14
 3720/18 3722/1 3722/25 3723/1 3723/5 3723/7
 3723/10 3723/13 3723/18 3723/25 3725/14
 3725/14 3725/15 3726/14 3726/17 3728/10
 3728/18 3728/25 3729/23 3730/2 3730/24
 3745/12 3753/17 3755/3 3756/23 3759/23
 3764/16 3771/22 3771/23 3773/20 3774/15
 3775/2
Your Honor [20]   3677/6 3679/7 3679/19
 3698/10 3704/3 3709/19 3714/3 3714/7
 3716/25 3717/22 3718/11 3720/14 3720/18
 3723/5 3723/25 3728/25 3729/23 3730/2
 3764/16 3775/2
yours [1]   3678/13
yourself [2]   3723/23 3724/13

**Z**

Zaremba [4]   3675/10 3776/2 3776/7 3776/8

zombieland [1]   3719/18
zones [1]   3682/2
zoom [9]   3683/3 3683/3 3683/11 3684/16
 3684/17 3684/22 3695/22 3696/8 3766/24
zoomed [2]   3734/23 3742/19
zoomed-in [1]   3734/23
zooms [2]   3683/7 3683/8
Zulu [41]   3681/22 3681/23 3682/2 3682/6
 3684/9 3693/21 3699/24 3728/3 3728/13
 3728/15 3729/11 3729/11 3729/12 3729/13
 3729/14 3729/15 3730/6 3730/7 3731/23
 3733/10 3734/6 3736/6 3736/6 3736/8 3736/11
 3750/21 3759/2 3765/8 3765/8 3765/12
 3765/12 3765/12 3765/16 3765/16 3765/17
 3765/17 3765/18 3765/18 3766/3 3767/9
 3767/18