1               IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2

     - - - - - - - - - - - - - - - x
3    THE UNITED STATES OF AMERICA,
                                         Criminal Action No.
4                    Plaintiff,          1:14-cr-00141-CRC-1
                                         Monday, November 6, 2017
5    vs.                                 9:31 a.m.

6    AHMED SALIM FARAJ ABU KHATALLAH,

7                    Defendant.
     - - - - - - - - - - - - - - - x
8                    **MORNING SESSION**

9    _____

10                    TRANSCRIPT OF JURY TRIAL
            HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                  UNITED STATES DISTRICT JUDGE
     _____

12   APPEARANCES:

13   For the United States:    **JOHN CRABB, JR., ESQ.**
                               **MICHAEL C. DiLORENZO, ESQ.**
14                             **JULIEANNE HIMELSTEIN, ESQ.**
                               U.S. ATTORNEY'S OFFICE
15                             Judiciary Center Building
                               555 Fourth Street, NW
16                             Washington, DC 20530
                               (202) 252-1794
17                             John.D.Crabb@usdoj.gov

18   For the Defendant:        **MICHELLE M. PETERSON, ESQ.**
                               **MARY MANNING PETRAS, ESQ.**
19                             FEDERAL PUBLIC DEFENDER FOR D.C.
                               625 Indiana Avenue, NW, Suite 550
20                             Washington, DC 20004
                               (202) 208-7500
21                             shelli_peterson@fd.org
                               mary_petras@fd.org
22

23   (Continued on Next Page)

24   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription
25

```
 1     APPEARANCES (CONTINUED):

 2     For the Defendant:      JEFFREY D. ROBINSON, ESQ.
                               WALEED ELSAYED NASSAR, ESQ.
 3                             LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                               1899 Pennsylvania Avenue, NW
 4                             Suite 600
                               Washington, DC 20006
 5                             (202) 833-8900
                               jeffrey.robinson@lbkmlaw.com
 6
       Interpreters:          Naime Lean
 7                            Sara Kamel

 8                             Mustafa Sayid
                               Toufic Maged
 9                             Raad Flanary

10     Court Reporter:         Lisa A. Moreira, RDR, CRR
                               Official Court Reporter
11                             U.S. Courthouse, Room 6718
                               333 Constitution Avenue, NW
12                             Washington, DC  20001
                               202-354-3187
13

14

15

16

17

18

19

20

21

22

23

24

25
```

4867

1              I N D E X

2

WITNESS                                    PAGE
3

SALEM MASOUD, Resumed
4        (By Mr. Robinson)................................. 4875
         (By Ms. Himelstein).............................. 4891
5

ALI MAJRISI
6        (By Mr. Crabb)................................... 4909

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Can you all approach briefly, please,
 3      Mr. Crabb and Ms. Petras and Ms. Peterson.  Ms. Himelstein,
 4      you, too.
 5                   (The following is a conference held at the
 6                    bench outside the hearing of the jury)
 7              THE COURT:  Okay.  On the email that you sent
 8      yesterday --
 9              MR. CRABB:  With respect to a classified filing?
10              THE COURT:  Yes.
11              MR. CRABB:  Yes, Your Honor.
12              THE COURT:  When should we expect that?
13              MR. CRABB:  I apologize, Your Honor.  I thought it
14      would be here now.  I left it with one of our paralegals to
15      package and prepare.
16              THE COURT:  Okay.
17              MR. CRABB:  I thought they were on their way out
18      the door, so it should be here any minute.
19              THE COURT:  And will it resolve the issue that the
20      defense raised in its motion to compel?
21              MR. CRABB:  I don't believe it will resolve it
22      from the defense's perspective.  It's an opposition.
23              THE COURT:  We'll take a look at that and then
24      we'll probably have to spend some time at the break, okay?
25      Let's get started.
```

```
1              MR. CRABB:  Your Honor, this has to do with
2     witnesses and the issue raised, I believe, Thursday
3     afternoon and Friday morning about witnesses' entry into the
4     courtroom.  We understand what the Court said about
5     witnesses not coming from here, but we had understood the
6     Court to still allow us to bring witnesses who have security
7     concerns in the courthouse itself through a nonpublic
8     entrance.
9              THE COURT:  That's fine.
10             MR. CRABB:  But there seems to have been a
11    miscommunication perhaps between the Court and the Marshal
12    Service.  And the witness we have later today, Ali,
13    certainly has security concerns and is testifying under a
14    pseudonym, and we ask the Court clarify with the Marshals
15    Service so he can be brought in the courthouse, not the
16    courtroom, through a nonpublic entrance.
17             THE COURT:  Lauren.  Ms. Jenkins, can you make
18    sure the Marshals Service -- they can bring him through the
19    basement into the building, but just put him in the witness
20    room before he enters the courtroom.
21             THE COURTROOM DEPUTY:  Okay.  I sent an email.
22             MR. CRABB:  Thank you, Your Honor.
23             MR. PETERSON:  Your Honor, with respect to -- I
24    understand the government's order this morning is they're
25    going to finish Masoud, and then they're going to call a
```

1    Department of Defense witness to testify about some of the

2    money that was paid to Ali, and then Ali would be called.  I

3    don't know, if the government provided the documents to the

4    Court in camera for review, where we are on that.

5         THE COURT:  Right.  The government did provide the

6    documents.  As I've indicated to both sides, the Court did

7    not review the entire set of unredacted 302s but did review

8    the 302s -- they're not 302s, but the materials in light of

9    the specific concerns that the defense has raised and has

10   concluded that -- you know, I don't see any -- the

11   redactions were appropriate, and the Court did not

12   understand any of the redacted material to contain *Jencks*

13   information that the defense is entitled to.  Okay?

14        MR. CRABB:  Your Honor, may I just --

15        MR. PETERSON:  Can we ask that the Court mark as

16   an exhibit and retain for the record the unredacted

17   documents or that the government do so, but that they can

18   preserve it for the record?

19        MR. CRABB:  Of course.

20        And could I just also say one thing.  I had

21   advised the defense yesterday that we planned to call a DOD

22   official with respect to the reward payment for Ali.  As it

23   turns out, he's not available this morning, so we'll have to

24   deal with him later this week, and our intention is, after

25   the current witness completes his testimony, we would call

```
 1    Ali.
 2              MR. PETERSON:  Does the government anticipate
 3    Ali's direct remaining for the rest of the day, because it
 4    would have been nice to get a heads up that things were
 5    changed.
 6              MR. CRABB:  We didn't know about the witness's
 7    schedule until this morning, and yes, we don't anticipate
 8    finishing Ali's direct today.
 9              (This is the end of the bench conference)
10              MS. HIMELSTEIN:  Your Honor, may the witness take
11    the witness stand, please?
12              THE COURT:  He may.
13              MR. CRABB:  Your Honor, with respect to the
14    classified filing the Court asked about, my understanding is
15    it has arrived at the court, and Ms. Peterson has it.
16              MR. PETERSON:  Not this Ms. Peterson.
17              MR. CRABB:  That Ms. Peterson.
18              MR. ROBINSON:  Your Honor, there is one issue with
19    respect to the witness that I just want to clarify
20    beforehand.  May we approach?
21              (The following is a conference held at the
22               bench outside the hearing of the jury)
23              MR. ROBINSON:  There was --
24              THE COURT:  First of all, remind me of his name.
25              MS. HIMELSTEIN:  Salem, S-a-l-e-m, Masoud, M-a-s-
```

```
 1    o-u-d.
 2              MR. ROBINSON:  There was -- as Your Honor will
 3    recall, there was an issue as to whether we had opened the
 4    door to questions about his motivation, and I just wanted to
 5    be clear here and now if the Court has determined that what
 6    we did to date has opened that door, because it will affect
 7    how I do the cross-examination.
 8              THE COURT:  So I thought about this over the
 9    weekend, and this is a -- it's a tricky issue.  I went back
10    and I read his 302, and the only reference to his
11    motivations is to him learning through a press article that
12    the defendant is a terrorist, okay, and so absent -- and I
13    think that that is not only hearsay, but it would be
14    prejudicial, and so as long as you don't go into
15    motivations --
16              MR. ROBINSON:  Okay.
17              THE COURT:  -- I'm not going to let his views
18    about helping combat terrorism in Libya in because, as far
19    as the record suggests, the only basis for that is what he
20    read in the newspaper.
21              MR. ROBINSON:  Okay.  I just wanted --
22              MS. HIMELSTEIN:  Your Honor, if I may just say my
23    peace about this?
24              THE COURT:  I know.  I know.
25              MS. HIMELSTEIN:  I believe that --
```

1          THE COURT:  I mean, ordinarily, you know, you

2     could ask him, you know, "Why are you doing this?"

3          MS. HIMELSTEIN:  Right, which is what I tried to

4     do.

5          THE COURT:  But the only thing in the record that

6     suggests why he's doing this, based on his explanation, is a

7     hearsay press report.  That's the limit.

8          MS. HIMELSTEIN:  Except that -- well, two things.

9     One, it's not hearsay because it goes to his state of mind;

10    and two, I believe that the witness testified and the Court

11    struck his testimony, I believe, four times that the reason

12    that he did it was to fight terrorism.  It had nothing to do

13    with the defendant.

14          He didn't mention anything about the article.  He

15    just said, "I came here to fight terrorism," and the Court

16    struck that testimony four times.  And I believe that even

17    based on the process --

18          THE COURT:  I think it was twice, but who's

19    counting?

20          MS. HIMELSTEIN:  It may have been twice.  But

21    based on the cross-examination, you know, he should be able

22    to explain himself and explain why he risked his job, his

23    life, his safety of his family to come all the way here to

24    testify about this one phone number.

25          THE COURT:  Mr. Robinson.

4874

1          MR. ROBINSON:  Yes.  As Your Honor said, it

2    didn't -- it did not come out during my cross-examination,

3    and so in addition to being prejudicial and all the other

4    things, unless I do something now that opens up motivation,

5    it would be far beyond the scope of the cross.

6          THE COURT:  All right.  I'm going to stick -- your

7    objection's noted, Ms. Himelstein, but I'm going to stick

8    with my ruling.

9          MS. HIMELSTEIN:  Thank you.

10          MR. CRABB:  And is there another issue the Court

11    wanted to raise?

12          THE COURT:  No, just his name.

13          (This is the end of the bench conference)

14          (Jury enters courtroom)

15          THE COURT:  Good morning, everyone.

16          THE JURY:  Good morning.

17          THE COURT:  Did you have a nice weekend?  Good.

18    Rested?  Ready?

19          (Laughter)

20          JUROR NO. 8:  As ready as we're going to be.

21          THE COURT:  Juror No. 1, you even wore your

22    burgundy shirt today.

23          JUROR NO. 1:  Yes, sir.

24          THE COURT:  It was a good win.

25          Okay.  As you'll recall, Mr. Masoud is on cross-

```
1     examination by Mr. Robinson, so please proceed.

2               MR. ROBINSON:  Thank you, Your Honor.

3                    SALEM MASOUD, Resumed

4                  CROSS-EXAMINATION, Continued

5     BY MR. ROBINSON:

6     Q.  Good morning, Mr. Masoud.

7     A.  Good morning.

8     Q.  You didn't work for Libyana in 2012, did you?

9     A.  Yes.

10    Q.  You did not work for Libyana in 2013, correct?

11    A.  Yes.

12    Q.  And you didn't work for any -- for Libyana any time

13    before 2012 and 2013, did you?

14    A.  Yes.

15    Q.  When you first started working for Libyana in 2015,

16    photo identification was not required to open an account,

17    correct?

18    A.  I didn't understand you.

19    Q.  You started working at Libyana in 2015, correct?

20    A.  Yes.

21    Q.  When you first started working, it was not a requirement

22    that a customer show photo ID to open an account, correct?

23    A.  Yes.

24    Q.  Right.  The requirement for -- you told the FBI that the

25    requirement for photo identification to open an account was
```

1    something which had only happened recently, correct?

2    A.   They used to present their ID without a photograph, but

3    then later on, in 2015/2016, they started asking for the

4    photo also to appear on the ID.

5    Q.   Right.  Before that you didn't have to have a photo on

6    your ID in order to open an account, correct?

7    A.   They used to know they had a picture, but they didn't

8    take any photograph of the picture.  They just took the data

9    that was on the ID or on the passport.

10              They compare the ID with the passport.  They make

11   sure that this is the person, the right person, and they

12   proceed.

13   Q.   Libyana maintains records for subscribers and records

14   for users, and those are two different things, correct?

15   A.   Yes.

16   Q.   And for two of the accounts that the FBI asked you to

17   look at, there were different users and subscribers,

18   correct?

19   A.   Yes.  Among the numbers, yes, there were two numbers.

20   Q.   Right.  Different -- the subscriber was different than

21   the person who was the user who actually uses the phone,

22   correct?

23   A.   In regard to two numbers, yes.

24   Q.   Right.  And the photographs that you took of information

25   off the computer screen, two of which are Exhibits 586 and

1    586E, those are the subscriber information, correct?

2    A.  It was for both -- the information that appeared was for

3    the subscriber and the user except for two numbers.

4    Q.  Right.  And for those two numbers you got the subscriber

5    information, but not the user number, correct?

6    A.  The subscriber and the user, both.

7    Q.  For all?  Including the two where the subscriber and the

8    user were different?

9    A.  I checked the ten numbers to find out who is the

10   subscriber and who is the user.  I found that on the record

11   it was all the same people using and subscribing except for

12   two numbers.

13   Q.  All right.  Libyana's services are prepaid, correct?

14   A.  How do you mean?  You open a credit account?

15   Q.  You have to pay before you can use -- before your

16   service is activated, correct?

17   A.  Once you buy an account with them, you -- immediately

18   they open the account for you.

19   Q.  Right, but Libyana -- you pay for the minutes before you

20   use it.  Libyana doesn't send a bill.  Correct?

21   A.  Yes.  They recharge the card for you.

22   Q.  After you pay, after you give them the money to pay

23   them?

24   A.  Yes.  You buy the SIM card from them only.

25   Q.  You first spoke with the FBI person you call Adel by

1    telephone, correct?

2    A.  Yes.

3    Q.  And a friend in New York had put you in touch with him,

4    correct?

5    A.  Yes.

6    Q.  Have you ever seen or met Adel?

7    A.  Yes.

8    Q.  Could you please describe what Adel looks like for the

9    Court.

10   A.  For me they all look alike.  I saw him once so I don't

11   remember exactly how to describe him.

12   Q.  Did he have a beard?

13   A.  Most of the young men are clean-shaven so I don't

14   remember, no.

15   Q.  You don't remember whether Adel had a beard or not?

16   A.  In the FBI they all look alike.  You know, they all

17   have -- wear the same thing and look alike.

18   Q.  I understand.  Where was that meeting?  Where were you

19   when you met Adel?

20   A.  In a hotel.

21   Q.  In the United States or somewhere else?

22   A.  In Washington.

23   Q.  And was that meeting before the first time you had an

24   interview with FBI agents and the U.S. Attorney's Office?

25   A.  No, it was afterwards.  And prior to that there were

1    contacts between us.

2    Q.   Okay.  What were the contacts between you prior to that?

3    A.   He asked about my comfort.  Am I comfortable in the

4    hotel where I'm staying?  Everything's okay?  And that, you

5    know, "You're going to be appearing in court."

6    Q.   So I want to go back a little bit.  You said Adel first

7    contacted you by telephone, correct?

8    A.   In Libya.

9    Q.   Right.

10   A.   Yes.

11   Q.   And he asked you if you could get records for him,

12   correct?

13   A.   Yes.

14   Q.   You told him your job was as a security guard, correct?

15   A.   Yes.

16   Q.   And that you, in your normal part of your job, didn't

17   access records, correct?

18   A.   That's right.  When he told me that we are -- we need

19   this to fight terrorism, I said, "I'm willing to do anything

20   for" -- "to fight terrorism."

21   Q.   You told him you were a security guard.

22   A.   Yes.

23   Q.   You told him that as part of your job you don't normally

24   have access to records, correct?

25   A.   I said, "As a security guard, I am able to do anything."

1    Q.  You told him that as part of your regular job you did

2    not access records, correct?

3              MS. HIMELSTEIN:  Objection; asked and answered,

4    Your Honor.

5              THE COURT:  Overruled.

6    Q.  Would you repeat the answer.

7    A.  Yes.

8    Q.  He asked you to get the records anyway, correct?

9    A.  He said, "If you can't or if it causes any trouble for

10   you, do not do it."

11   Q.  Right.  But even though it's not part of your regular

12   job to get it, he asked you to get the records, correct?

13   A.  He said if it is possible.

14   Q.  You're not authorized by Libyana to access records and

15   give them to the United States, are you?

16   A.  Right, yes.

17   Q.  How many times did you speak with Adel before you

18   obtained the records?

19   A.  I don't remember precisely.  Maybe two or three times.

20   Q.  Okay.  Did you speak with anyone else at the FBI or the

21   U.S. government before you obtained the records?

22   A.  Only Adel.  Only Adel.

23   Q.  No one else?

24   A.  No.

25   Q.  Did you tell your friend in New York who had put you in

1    touch with Adel what you were doing for Adel?

2    A.   No.  He just introduced me to Adel, and he said,

3    "Provide some services in the interest of the country," and

4    that's all.

5    Q.   Now, you obtained the records, and then you left Libya.

6    After you obtained the records, did you speak with anyone at

7    the FBI before you got to the United States?

8    A.   After I got the records?

9    Q.   After you got the records.

10   A.   I did call Adel, yes, and provided him the data.

11   Q.   Did you talk with anyone other than Adel after you

12   obtained the records but before you got to the United

13   States, anyone at the FBI?

14   A.   No.  Until I reached the United States, my only contact

15   was Adel.

16   Q.   You told Adel that -- while you were still in Libya you

17   told Adel that you were concerned that your boss had found

18   out what you did because he was asking about you with other

19   employees, correct?

20   A.   Yes.

21   Q.   Now, after you come to the United States -- these next

22   questions are about after you're in the United States.

23   Understand?

24   A.   No.  Repeat.

25   Q.   I'm going to ask you questions that are about after you

1   have arrived in the United States.  Do you understand that?

2   A.  Yes.

3   Q.  Okay.  You had a meeting on October 28, 2017, with FBI

4   agents and people from the U.S. Attorney's Office, correct?

5   A.  Yes.

6   Q.  And Agent Clarke was there, correct?

7   A.  Yes.

8   Q.  And Ms. Jackson?

9   A.  Yes.

10  Q.  And there was another FBI agent named Andrew Ver Steegh?

11  A.  I know the face, but I don't know the description.

12  Q.  Okay.  There was another FBI agent there, correct?

13  A.  I know their faces.  I don't know what his title was,

14  what his position is.

15  Q.  Okay.  So there was another person there, correct?

16  A.  Who?  What do you mean?  Yes, those were the people, the

17  ones that I spoke with.

18  Q.  Right.  And Mr. DiLorenzo was there, right?

19  A.  The people who are present, I met, yes.

20  Q.  Right.  And there was another person there who's not at

21  the table, correct?

22  A.  I don't remember that.

23  Q.  Okay.  And you told the people who you met with how you

24  had obtained Exhibits 586 and 586E, the subscription

25  information that you photographed, correct?

1    A.  Yes, I explained.

2    Q.  Okay.  And then you had another meeting sort of two days

3    later on October 30, 2017, correct?

4    A.  I don't remember the precise date, but we did meet twice

5    or three times.

6    Q.  Okay.  And at this second meeting, Ms. Himelstein was

7    there, correct?

8    A.  Who is who?  Which person?

9    Q.  In the black dress who questioned you.

10    A.  Julieanne, you mean?

11    Q.  Yes.

12              MR. ROBINSON:  I'm sorry, I missed in the

13    translation back and forth.

14    Q.  You said that Ms. Himelstein was there?

15              THE INTERPRETER:  (To the Court) Can I tell him?

16              He said, "I don't know the name 'Himelstein.'"

17    And you pointed her out, and he said, "If that's the person,

18    I know her as Julieanne."

19    Q.  All right.  And she was at this second meeting?

20    A.  Yes.

21    Q.  Okay.  And there were two other men there who you

22    understood to be FBI agents, correct?

23    A.  Yes.  In the meeting, you mean?

24    Q.  Yes.

25    A.  Yes.  That's the group that used to be in the meeting.

1    Q.   Okay.  And, again, in that meeting you told them how you

2    had obtained the records, correct?

3    A.   Yes.

4    Q.   And then you had another meeting which was on November

5    1st, the day before you testified, correct?

6    A.   I don't remember.  Yes, there was one before -- a

7    meeting before the testimony, and there were other meetings

8    before that.

9    Q.   Right.  There weren't any meetings after the testimony,

10   correct?

11   A.   No.

12   Q.   In this third meeting the day before the testimony,

13   Ms. Himelstein, Julieanne, was there as well, correct?

14   A.   If my memory doesn't, you know, serve me right, I think

15   she was, yes.

16   Q.   Yes.  And Agent Clarke was also in this third meeting?

17   A.   The second or the third?  I don't remember.  Is he the

18   person here sitting at this table on the right?

19   Q.   Not the first person, but the second person.

20   A.   I don't remember.  If I knew that I was going to be

21   asked about that, I would have taken a photograph maybe or

22   written it down.

23   Q.   Right.  You don't remember.  You remember that

24   Ms. Himelstein was there, correct?

25   A.   Yes, yes.

1    Q.  This was the meeting where the government first showed

2    you Exhibit 1100A, the log of phone calls, correct?

3    A.  Yes.

4    Q.  All right.  They hadn't shown you that before, correct?

5    A.  What do you mean?  I don't --

6    Q.  This was the first time they showed it to you.

7    A.  Yes.  In the meeting, yes.

8    Q.  Yes.  And you had already told them before how you had

9    disabled the security cameras and taken the other records,

10   correct?

11   A.  Yes.  I explained that to them.

12   Q.  Right.  And you also told them that when you accessed

13   the system to get the subscriber information, you couldn't

14   get toll records because that required a password, correct?

15   A.  Yes.  That's right, yes.

16   Q.  Right.  You told them that, and then they asked you to

17   look at what's been marked as 1100A, the list of phone

18   numbers, correct?

19   A.  It is me who brought it with me.  That's the one who

20   I -- that I provided them with.  I took pictures of the

21   mobile, and then they took a copy of it.

22   Q.  Right.  So I'm not asking now about the things that you

23   took a picture of.  I'm asking about the longer document.

24            MR. ROBINSON:  May I approach, Your Honor?

25            THE COURT:  You may.

1    A.  Yes.  That was the first time I see it.

2    Q.  Right.  You didn't bring that with you?

3    A.  No.  No, I did not.

4    Q.  All right.  In fact, you told the people in this third

5    meeting that you rarely saw toll records during your job at

6    Libyana, correct?

7    A.  When there are complaints, I do see them.

8    Q.  Right.  So you told them about one time when someone had

9    a complaint about stalking where you saw the toll records,

10   correct?

11   A.  That's one case.  And the other case is when a security

12   agency of the government comes and asks for records, I did

13   see that again.

14   Q.  You weren't the person who got the records from the

15   system to give to the person who had a complaint, correct?

16   A.  The first picture or the second document?

17   Q.  We're not talking about the pictures.  We're talking

18   about -- you said that sometimes -- rarely in your job you

19   see toll records, correct?

20   A.  I said -- yes, I said only if there is a request from

21   the prosecutor's office or a security agency of the

22   government.

23   Q.  Right.  And when there is a request like that, you're

24   not the person who goes and gets the records off of

25   Libyana's system, correct?

1    A.   That's right, yes.

2    Q.   It's high-level Libyana people who have access to those

3    kind of records, correct?

4    A.   Yes.   They are specialized and according to instructions

5    from the boss.

6    Q.   Right.   But it's not you?

7    A.   Of course.

8    Q.   All right.   You just saw the records when somebody else

9    got them and turned them over, correct?

10   A.   I see it when they go into a room that's locked.   And

11   they go in there, a secure room; they bring out this data,

12   this information; and they hand it over to the person who

13   requested it.

14   Q.   Right.   When they do that, you don't read what they're

15   handing over, do you?

16   A.   I see on the system, but I don't see the details and the

17   names.

18   Q.   Right.   You don't read them.   You're not -- it's not

19   part of your job to actually go over and look at and read

20   the records, correct?

21   A.   In Libya, you know, the system is so loose, you know.

22   We have friends and so on.   Everybody is a friend with the

23   other.   And, you know, when they do that, you can actually

24   access them or see them.

25   Q.   Right.   But as part of your job as a security guard, you

1    did not read the records that were handed over when there

2    were government and security office requests, correct?

3    A.  No.  That's not part of my job.

4    Q.  Right.  And you didn't do it?

5    A.  Which documents?  The one you were just pointing at?

6    Q.  Right, the document that has a list of what looks like

7    phone numbers.

8    A.  Can you repeat that?

9             MR. ROBINSON:  Your Honor, may I approach?

10            THE COURT:  You may.  Let's move on, okay?  I

11   think we get the point.

12   Q.  When documents that had phone numbers on them like this

13   were turned over to security officials and others, you

14   didn't read those documents before they were turned over,

15   correct?

16   A.  Only once when there was a person who came to complain

17   about harassment, and we helped him ascertain who these

18   telephone numbers -- some of the telephone numbers belonged

19   to.

20   Q.  So during your testimony on direct with Ms. Himelstein

21   there was a page towards the end of 1100A that had the

22   purple and had the Libyana information on it.  Do you

23   remember that page?

24   A.  Yes.

25            MR. ROBINSON:  Your Honor, may I approach?

1   Q.  This isn't in color, but this is the page that you're

2   talking about?

3   A.  That's right.  That's it.

4   Q.  You didn't provide that information to the government,

5   did you?

6   A.  Yes.

7   Q.  You don't know who did provide that information to the

8   government, do you?

9   A.  Yes.

10  Q.  And you don't know if the same person who provided the

11  rest of the information in 1100A provided that information

12  to the government, do you?

13  A.  I don't know anything about this subject.

14  Q.  Right.  Do you know that Exhibit 1100A is the printout

15  of a spreadsheet?

16  A.  Yes.  From experience, yes, this is what they are.

17  Q.  Right.  You're familiar with Excel spreadsheets,

18  correct?

19  A.  DCL.  We retrieve them through a DCL system.

20  Q.  Okay.  But you're familiar with computer-generated

21  spreadsheets, correct?

22  A.  I saw it maybe twice.

23  Q.  Setting aside the particular document, in your work

24  either -- in your work and schooling before Libyana, did you

25  work with Excel or other computer spreadsheets?

1   A.  It is a very simple matter.  Students all deal with

2   these issues.

3   Q.  Right.  And as a student you dealt with those issues

4   yourself?

5   A.  I don't know what you mean by "Excel" exactly.

6   Q.  As a student, you dealt with computer-program-generated

7   spreadsheets, correct?

8   A.  Our system is all Arabized.

9   Q.  Okay.  And in the Arabized systems, you dealt with those

10  kind of spreadsheets, correct?

11  A.  For simple issues.  Maybe I type a number, I get a name.

12  That's all.

13  Q.  And so you don't know that Libyana -- you know that

14  Libyana doesn't keep its records in a spreadsheet format,

15  correct?

16  A.  Well, Excel spreadsheets, there is no Arabic.

17          THE INTERPRETER:  He said explain to me Excel.

18  He's not familiar with Excel.

19          MR. ROBINSON:  I don't think my question said

20  Excel.

21          THE INTERPRETER:  Spreadsheets.

22          MR. ROBINSON:  Sorry.

23  Q.  You don't know what electronic format or kind of

24  spreadsheets that Libyana keeps its toll records?

25  A.  Libyana, you know, keeps all records from the time the

1    number is entered.

2    Q.  Right.  But you don't know the format that they're kept

3    in?

4    A.  No, but -- you know, all I know is that once you enter

5    the telephone number or the name, you get the other out.

6             MR. ROBINSON:  One moment, Your Honor.

7    A.  You can retrieve it.

8             MR. ROBINSON:  Nothing further, Your Honor.

9             THE COURT:  Ms. Himelstein.

10            Good morning.

11            MS. HIMELSTEIN:  Good morning.

12                         REDIRECT EXAMINATION

13   BY MS. HIMELSTEIN:

14   Q.  Good morning.

15   A.  Good morning.

16   Q.  Let's talk about the phone records that you were just

17   telling us about.  I want to show you what the defense

18   attorney was talking about when he said 1100A.

19            MS. HIMELSTEIN:  Can we show the jury as well,

20   please?

21   Q.  And Mr. Salem, are these the records that we showed you

22   the last time we met for the first time?

23   A.  Yes.

24   Q.  And are these the records that you believe are Libyana

25   records?

```
 1              MR. ROBINSON:  Objection, Your Honor.

 2              THE COURT:  Overruled.

 3   A.  For sure.

 4   Q.  And I would like to show you and the jury the subscriber

 5   page that was just talked about in cross-examination from

 6   Mr. Robinson.  Do you see that?

 7              MS. HIMELSTEIN:  Can the ladies and gentlemen?

 8   A.  Yes.

 9   Q.  On direct examination you testified that you knew that

10   these were Libyana records, and one of the reasons you knew

11   was because of this page, correct?

12   A.  Yes.

13   Q.  And did you say before to us on direct that you

14   recognized the color of these records?

15   A.  Yes.

16   Q.  And what color is that?

17   A.  Mauve, more of a purplish kind of color.

18   Q.  And is that the color of Libyana?

19   A.  Yes.  Everything they do is in that color.

20   Q.  And on direct examination you read us the name of the

21   subscriber that was the subscriber for these telephone

22   records.  Can you please tell us again what that name is.

23              MR. ROBINSON:  Objection, Your Honor; beyond the

24   scope.

25              THE COURT:  Overruled.
```

1    A.  Bubaker Salim Faraj.

2    Q.  And is there a space on that form which asks or which

3    provides the address of the subscriber?

4    A.  Yes.

5    Q.  Could you please tell the ladies and gentlemen what the

6    address of the subscriber is.

7    A.  Al-Laithi, Yamen Street.

8    Q.  Could you please translate again.

9    A.  Al-Laithi -- Al-Laithi is the region, the district.

10   Yamen Street.

11   Q.  And is that in Benghazi?

12   A.  Yes.

13   Q.  I'm showing you what is already in evidence.

14         MS. HIMELSTEIN:  Please publish for the jury.

15   This is Government's Exhibit 586.

16   Q.  And you testified on direct examination that this is one

17   of the records that you accessed at Libyana in Benghazi; is

18   that correct?

19   A.  Yes.

20   Q.  And I just want to clarify for the ladies and gentlemen

21   of the jury, you said that before 2015 customers were

22   required to present identification; is that right?

23         MR. ROBINSON:  Objection, Your Honor.

24         THE COURT:  What's the objection?

25         MR. ROBINSON:  Your Honor, it misstates the

1    witness's testimony with respect to anything happening

2    before 2015.

3                    THE COURT:  Approach.

4                    (The following is a conference held at the

5                     bench outside the hearing of the jury)

6                    THE COURT:  He wasn't there before 2015.

7                    MS. HIMELSTEIN:  But he was cross-examined on the

8    identification procedure.

9                    THE COURT:  I understand, but I thought the

10   procedure changed during his tenure.

11                   MR. ROBINSON:  I asked about the procedure in 2015

12   and forward, but not about before.  I couldn't because I

13   didn't have any basis.

14                   THE COURT:  Right.

15                   MS. HIMELSTEIN:  Okay.

16                   THE COURT:  Yes.  So let's talk about the

17   procedures since he started working there.

18                   MS. HIMELSTEIN:  Okay.

19                   THE COURT:  Okay?

20                   (This is the end of the bench conference)

21   BY MS. HIMELSTEIN:

22   Q.  Mr. Salem, let me clarify.  From the time that you began

23   working at Libyana, do you know what identification

24   customers had to present in order to subscribe to Libyana?

25   A.  Personal identification card or passport.

1   Q.  And when you say "a personal identification card," is

2   that the national identification card that is given out to

3   Libyans?

4   A.  Yes.

5   Q.  And does that national identification card have

6   photographs on it?

7   A.  Yes.

8   Q.  And you said the other piece of identification that

9   would have been required or is required is a passport

10  identification; is that correct?

11  A.  Yes.

12  Q.  And do passports in Libya have photographs of the

13  individual on them?

14          THE INTERPRETER:  Could you repeat the question?

15  I'm sorry.

16          MS. HIMELSTEIN:  Yes.

17  Q.  Do passports in Libya, Libyan passports, have the

18  individual's photograph on them?

19  A.  For sure, yes.

20  Q.  And so you testified that there was a change in

21  procedure recently with the photographs; is that correct?

22  A.  Yes.

23  Q.  Could you tell us what that change was.

24  A.  Yes.  Since the events that happened in Benghazi a

25  heightened level of security was added, so what they did was

1    that the procedures stayed the same when it came to applying

2    for a phone line.  They would require ID.  What they added

3    to it was that they would take a personal photograph of the

4    person using a digital camera while applying for the line.

5    Q.  Now, you were asked questions on cross-examination about

6    the subscriber records that you obtained for us at Libyana.

7    A.  Yes.

8    Q.  Could you please look at Government's Exhibit 586.

9    A.  Yes.

10   Q.  And could you tell us again who is the subscriber for --

11   first of all, could you please tell us again the phone

12   number of the subscriber on this exhibit.

13   A.  92-642-9338.

14   Q.  And could you please tell us the name of the subscriber.

15   A.  Yes, Aymen Shahat al-Daif Dijawi.

16   Q.  And you were asked about other records which provided

17   different subscriber information and user information.

18   A.  Yes.

19   Q.  Was this subscriber the name of the user on Exhibit 586?

20   A.  Yes.

21              MS. HIMELSTEIN:  The Court's indulgence.

22              (Pause)

23              MS. HIMELSTEIN:  Thank you, sir.  Nothing further.

24              THE COURT:  Okay, sir.  Thank you very much for

25   your testimony.  You're dismissed.

```
1              MR. ROBINSON:  Your Honor, may we approach?

2              THE COURT:  You may.

3              (The following is a conference held at the

4               bench outside the hearing of the jury)

5              MR. ROBINSON:  Mine relates to the witness and the

6    evidence that we just had so I don't know if Ms. Himelstein

7    should be here.

8              THE COURT:  Let's take up Mr. Crabb's issue first

9    then.  Ms. Himelstein, I think, left the courtroom briefly.

10             MR. CRABB:  Your Honor, I was going to ask if we

11   could please take a short break, one, so we can get the

12   witness -- it's unclear to me precisely where he is -- and

13   also, I apologize, but I need to go to the men's room.

14             THE COURT:  We'll take a break.

15             MR. PETERSON:  And that's fine, Your Honor.

16   Before we conclude that break I do have a preliminary issue

17   with respect to this witness so we can do that while the

18   jury's out, if the Court wishes.

19             (This is the end of the bench conference)

20             THE COURT:  Okay.  The government is prepared to

21   call its next witness but needs to locate the witness in the

22   courthouse apparently, so we will take a short break and

23   then proceed with the government's next witness.  Okay?  So

24   you all should go back to the jury room.

25             (Jury exits courtroom)
```

1                THE COURT:  All right.  Mr. Robinson.

2                MR. ROBINSON:  Yes, Your Honor.  Defense renews

3      its motion to -- with respect to the Exhibits 586 and 586E.

4      While the Court has found that the witness's testimony was

5      sufficient to establish the record itself as a business

6      record -- we disagree, but the Court made that ruling -- the

7      record also contains double hearsay, and as the witness now

8      testified with respect to this is the name of the person who

9      was involved, given the witness's testimony today about his

10     lack of any knowledge concerning what the process and the

11     procedures were at the time that these records were

12     created -- not just how they were stored, but at the time

13     that they were created -- there is no basis for that

14     information, that hearsay testimonial information to be --

15     come out, and we'd ask that the records and the testimony

16     regarding them be stricken.

17                And we point the Court to --

18                THE COURT:  Well, there was no objection on direct

19     when the witness testified essentially to the information on

20     the form.

21                MR. ROBINSON:  We didn't have the basis.  Until

22     the witness testified that he didn't have a basis for

23     establishing what it is, we couldn't, so we had to wait

24     until we'd established it.

25                I would direct you to *U.S. v. Patrick*, 959 F. 2d

1    991.  It talks about the double hearsay and the problem and

2    what's required in terms of knowledge and information

3    regarding the underlying information or process before that

4    second level of hearsay can come in.

5              We had already objected to the records --

6              THE COURT:  So what is the specific testimony that

7    you're objecting to?

8              MR. ROBINSON:  His testimony that the person who

9    subscribed are the two names that were given.

10             THE COURT:  All right.  We'll take a look at the

11   case.

12             Ms. Himelstein or Mr. Crabb, do you want to

13   address it?

14             MR. CRABB:  Your Honor, what the evidence shows

15   from this witness is the process by which Libyana maintains

16   subscriber records, and the Court found on Thursday that he

17   had a sufficient basis to provide that information.

18             What the witness testified to is after the attack

19   in Benghazi the -- Libyana began to take a photograph of the

20   actual customer.  He didn't say that there was any other

21   change in the process.

22             So there is a basis that the process for the

23   subscriber records is as he set out.  The arguments the

24   defense are making would simply go to the weight and not to

25   the admissibility.  There's nothing in the record that

1    suggests that the process that the witness set forth was not

2    the process in use at the time that the subscriber record in

3    question was created.

4              THE COURT:  Mr. Robinson, what is the statement on

5    the record?  What is the second level of hearsay?

6              MR. ROBINSON:  That the person whose name is

7    written here was the subscriber.  It can't come in for

8    that --

9              THE COURT:  Doesn't the record say "Subscriber"

10   and then "Name"?

11             MR. ROBINSON:  Right, but there's -- there is --

12   the record has it, but that the statement -- the testimonial

13   statement is that this is the person who actually presented

14   the ID number and card and was the subscriber.  That's the

15   second level of hearsay.  That can't come in for the truth

16   of the matter that this was the person who actually

17   subscribed.  That's the second level of hearsay.

18             You can say that's what it says on the record, but

19   it can't come in for the truth that, in fact, it was the two

20   people who on the specific records were the people who

21   actually did it because that's a level of -- second level of

22   hearsay, as you will see from *Patrick*.

23             If the witness could testify -- if someone could

24   testify that at the time the records were created this

25   was -- not could have been or might have been, but this

1    was -- the process, you might be able to get through the

2    steps to allow it to come in for that, but there is no

3    testimony, and this witness is not competent to testify to

4    that.

5              So that's why.  So it doesn't come in for the

6    truth that, in fact, this -- the two individuals on the

7    respective records were the people who were actually the

8    subscribers.

9              THE COURT:  All right.  We'll take that under

10   advisement.  If the government wants to renew its argument

11   over lunch or at some point later today, feel free.  Okay?

12             MR. ROBINSON:  Thank you, Your Honor.

13             THE COURT:  You're welcome.

14             MR. PETERSON:  Does the Court want to address the

15   issues with respect to the next witness now or --

16             THE COURT:  Sure.  He's coming.

17             MR. PETERSON:  First, Your Honor, this is a

18   preliminary matter.  The government, in its opening

19   statement, said that Ali was at the port of Benghazi where

20   relief supplies were coming in after the revolution.

21   Ambassador Stevens was on the dock helping unload the ships

22   and feed the hungry people, and then the government went on

23   to say the reason Mr. Abu Khatallah did what he did was

24   because Ambassador Stevens did all these wonderful things.

25             They should not be allowed to elicit this.  It's

1    clearly designed, as is much of their case, simply to

2    inflame the jury's prejudices to paint Ambassador Stevens as

3    the wonderful person that we all suspect he was, but it's

4    not relevant to the charges.  There's nothing in any of the

5    statements by Mr. Ali suggesting that that is the reason

6    Mr. Abu Khatallah took the actions that the government is

7    alleging he took, and it's improper, and I would ask the

8    Court to admonish the government not to elicit that

9    testimony.

10           Second, the government has provided what I assume

11   to be a revised benefits chart, but it appears to be wrong,

12   so unless they can double-check the chart, I will assume

13   that we're using both charts.  They provided a chart on --

14   earlier in the case that showed a total of $90,440 paid to

15   this witness.  Then they provided a revised one today that

16   added, which makes sense, additional money that they found,

17   but they changed an entry from $17,100 to $1,710, and it

18   doesn't make any sense because it was lodging for three

19   months, and we know from his prior other entries that he was

20   living in a very expensive home.

21           So I would ask the government to correct its

22   benefits chart and ensure that all of the payments made to

23   this witness are reflected on the chart.

24           THE COURT:  Take that up with the government.

25   This won't come up until cross, right?

1          MR. PETERSON:  And then finally, Your Honor, in

2     the materials that we were belatedly provided on Thursday

3     night last week after the Court had ordered the government

4     to produce them several weeks ago, there are references in

5     there.  The cables contain -- we've finally been able to

6     figure out contact numbers, meaning it appears to be --

7     Contact 1 would be the first meeting they had with this

8     person, and Contact 2 would be the second meeting they had

9     with this person.  It includes -- Contacts 15 and 16 are the

10    first ones.  It is missing Contacts 1 through 14, 18 through

11    20, 22, 24 through 32, and 44 through 49, and any contacts

12    after the 52nd contact with this witness.

13          I would ask that the government ensure that all of

14    the materials have been produced.  I have every reason to

15    believe that they have not.

16          THE COURT:  Okay.  Mr. Crabb, why don't we start

17    with the first issue.  We dealt with this issue when the

18    initial photographs were introduced showing Ambassador

19    Stevens interacting with every-day Libyans, and I believe we

20    made a ruling that you could elicit limited information

21    consistent with anti-American motivations because the

22    ambassador was the personification of American presence in

23    Libya.

24          Do you intend to elicit the information that

25    Ms. Peterson raised?

1          MR. CRABB:  Yes, Your Honor.  We do intend to

2     elicit the information that Ali saw Ambassador Stevens at

3     the port of Benghazi working to provide relief.  We believe

4     it's relevant for two reasons.

5          First of all, there has been testimony from

6     several different sources that the defendant insisted that

7     the United States had no diplomatic presence in Benghazi,

8     that the only United States presence in Benghazi was related

9     to spying.  This directly goes to that issue where the

10    defendant, in both the things he said to Agent Clarke and I

11    believe this has come up from other witnesses, that -- and

12    it will come up for Ali itself -- that the defendant

13    insisted the United States had no diplomatic presence in

14    Benghazi.  This directly goes to that point.

15         It also goes, as the Court alluded to, to the

16    motivation for this crime and the anti-American animus.  It

17    puts the lie to the defendant's statement that America is

18    the route of all evil.  And someone who puts the lie to that

19    undermines the defendant's authority and his ability to

20    control his men and have influence over them, so it's

21    relevant for that purpose, too.  It shows a motive to

22    eliminate someone like this who flies in the face of the

23    defendant's world view and the way that he rallies and

24    encourages his troops.

25         THE COURT:  All right.  I think it's probably more

1    relevant to the first point than the second.  We'll allow

2    limited reference to it, but if it goes over the line, I

3    won't hesitate to cut it off.  Okay?

4         MR. CRABB:  Your Honor, I have no intention of

5    belaboring it.

6         THE COURT:  Okay.

7         MR. CRABB:  With respect to the last point

8    Ms. Peterson raised about references to contacts and the

9    materials that we provided to the defense on Thursday, that

10   issue, as to whether or not the 18 documents that we

11   provided to the defense and to the Court covers all of that

12   particular government entity's contacts with Ali, has been

13   examined carefully by my office in conjunction with that

14   particular entity, and we have confirmed that the 18

15   documents produced to the Court and to the defense are the

16   totality of the records regarding contacts with this

17   witness.

18        MR. PETERSON:  Your Honor, with respect to the

19   suggestion that somehow -- because Ambassador Stevens

20   visited Benghazi and helped unload humanitarian relief, that

21   somehow makes it more likely that Mr. Abu Khatallah knew

22   that there was a Mission in Benghazi is absurd.  You can

23   visit a place.  In fact, for many years people visited

24   Benghazi and stayed at a hotel because there was no Mission

25   place.

```
 1            It has absolutely no relevance.  It is
 2   prejudicial.  It -- the government cannot continue to try to
 3   simply get the jury to dislike Mr. Abu Khatallah as their
 4   evidence in the case.
 5            THE COURT:  Okay.
 6            MR. PETERSON:  There's nothing tying -- there's no
 7   suggestion that Mr. Abu Khatallah had any knowledge that the
 8   ambassador was unloading humanitarian relief at the docks.
 9   This is their -- their witness saw it, and somehow that is
10   transferred into that Mr. Abu Khatallah must have somehow
11   known about it and therefore developed an anti-American
12   animus because the United States was trying to help people
13   in Libya.  It is so far beyond the pale of relevant that it
14   should not be allowed.
15            THE COURT:  Okay.  Thank you.
16            Are we ready?
17            MR. CRABB:  I'm sorry, Your Honor.  May I still
18   have my bathroom break?
19            THE COURT:  You may.
20            (Recess taken)
21            THE COURTROOM DEPUTY:  Counsel, we're back on the
22   record.
23            MR. PETERSON:  Your Honor, this doesn't address --
24   this is not an issue for the witness that's on right now,
25   but because it involves materials that may have to be
```

1    subject to CIPA, I had asked the government yesterday, after

2    they produced an action memo regarding the rewards program,

3    to provide us the tabs that are attached to that document.

4         The government advised, via email last night, that

5    they would do so and that they would bring them to court

6    this morning.  They did not bring them to court this

7    morning.  Because -- and they also advised that those are

8    still classified.  If we do not get them in a timely

9    fashion, we will have a delay in the trial.

10        THE COURT:  Okay.  What -- an action memo, I take

11   it, is a request to pay rewards?

12        MR. PETERSON:  Yes, exactly.  This has to do with

13   the DOD rewards program, the request for the $4 million

14   rewards from the Department of Defense.

15        In it it refers to the various reasons why they

16   were giving the money and how -- the implementation

17   guidelines, the approval and everything else, and the

18   government agreed to give them to us but said they would be

19   classified, and they would give them to us this morning.

20   Obviously, if there's nothing in there that we need, it

21   won't be an issue, but if there is something that we want to

22   use for the cross-examination of that individual, it will

23   delay the process if we do not get it until the morning that

24   individual testifies.

25        THE COURT:  So you need to make a Section 5

```
 1   notification, and then we have to move to Section 6 if --
 2            MR. PETERSON:  Right.
 3            THE COURT:  Is that going to be an issue?  Is
 4   this --
 5            MR. CRABB:  I don't believe so, Your Honor.  As I
 6   advised Ms. Peterson yesterday, the materials to which she's
 7   referring to are derivative of the primary documents which
 8   were turned over in an unclassified fashion on Thursday.
 9   She still asked for the materials.
10            As the Court knows, my colleague Ken Kohl has been
11   working on a lot of these DOD issues.  I didn't personally
12   have the tabs.  I asked him to collect them.  He said he
13   would.  Unfortunately, when I left for court this morning,
14   he was not yet around.
15            THE COURT:  Okay.
16            MR. CRABB:  I asked him if he would please either
17   bring them or send them over, and as soon as that's done,
18   we'll make them available to the defense.
19            THE COURT:  Okay.  Thank you.
20            MR. CRABB:  Should the witness take the stand,
21   Your Honor?
22            THE COURT:  Yes.
23            Good morning, sir.
24            THE WITNESS:  Good morning.
25            (Jury enters courtroom)
```

4909

```
1              THE COURT:  All right.  Mr. Crabb, please call
2      your next witness.
3              MR. CRABB:  Your Honor, we call Ali Majrisi.
4              THE COURT:  Excuse me, sir, if you could move back
5      so that the last juror can see the witness.
6              THE INTERPRETER:  Sorry.  It's my first day here.
7              THE COURT:  Thank you very much.
8              MR. CRABB:  May I begin, Your Honor?
9              THE COURT:  You may.
10                      ALI MAJRISI, Sworn
11                      DIRECT EXAMINATION
12     BY MR. CRABB:
13     Q.  Good morning, sir.
14     A.  Good morning.
15     Q.  Would you please introduce yourself to the ladies and
16     gentlemen of the jury.
17     A.  My name is Ali Majrisi.  I was born in Benghazi, Libya.
18     I'm 40 years old.
19              Anything else would you like me to say?
20     Q.  There will be a few more questions.
21              MR. CRABB:  Your Honor, may I show the jury a
22     spelling of the witness's name?
23              THE COURT:  You may.
24     Q.  Mr. Ali, my first question has to do with your name.  My
25     first question has to do with your name.  Is Ali Majrisi
```

1    your actual name?

2    A.  No, it's not.

3    Q.  Are you testifying under a pseudonym in court today?

4    A.  Yes.

5    Q.  Mr. Ali, do you speak some English?

6    A.  Yes.

7    Q.  For formal proceedings like this, are you more

8    comfortable testifying in Arabic?

9    A.  Yes.  I feel more comfortable speaking in my mother

10   tongue.

11   Q.  Is Arabic your first language?

12   A.  Yes, it is.

13   Q.  Now, Mr. Ali, let's go back a step.  Where were you

14   born?

15   A.  In Benghazi, Libya.

16   Q.  When was that?

17   A.  May 19, 1977.

18   Q.  Do you have a family?

19   A.  Yes.

20   Q.  Do you currently live in Benghazi?

21   A.  Not now.

22   Q.  What country do you currently live in?

23   A.  In the U.S.

24   Q.  When you were in Libya, did you go to school?

25   A.  Yes.

1    Q.  What did you study?

2    A.  I graduated from university.

3    Q.  What did you study at the university?

4    A.  Business administration.

5    Q.  After you graduated from the university in Benghazi, did

6    you study at a school in North America?

7    A.  Yes, I did.

8    Q.  What did you study there?

9    A.  IT, information technology.

10   Q.  After you completed your studies in information

11   technology, did you return to Benghazi?

12   A.  Yes, I did.

13   Q.  When you went back to Benghazi, please explain to the

14   ladies and gentlemen of the jury in general how you earned a

15   living.

16   A.  So when I went back to Benghazi, I was -- I had my

17   private business.  I was a successful businessman, and I had

18   some dealings, successful dealings, in Benghazi.

19            MR. CRABB:  May I have just a moment, Your Honor?

20            THE COURT:  You may.

21            (Pause)

22            MR. CRABB:  Thank you, Your Honor.

23   Q.  Mr. Ali, before we go any further, I'd like to show you

24   some photographs.

25            MR. CRABB:  And, Your Honor, I'm showing the

1    defense what's been previously admitted as Government's

2    Exhibit 188-1, and I'm also showing what's marked as 188-1A.

3    Q.  Mr. Ali, I'm going to show you what's been admitted as

4    Government's Exhibit 188-1.  Can you see that photograph on

5    your monitor okay?

6    A.  Yes.

7    Q.  Do you recognize the person depicted in that photograph?

8    A.  Yes.

9    Q.  Tell us how you're able to recognize that person.

10   A.  I met him through Mr. Ahmed Abu Khatallah.

11   Q.  Have you seen this person in person?

12   A.  Yes.

13   Q.  What's this man's name?

14   A.  Zakaria Barghathi, and his nickname is Jutuf.

15            MR. CRABB:  Your Honor, we ask that Government's

16   Exhibit 188-1A, which has the name the witness just

17   mentioned, be admitted.

18            MR. PETERSON:  Objection, Your Honor.  It can be

19   used as a demonstrative, but not admitted.

20            MR. CRABB:  May we approach, Your Honor?

21            (The following is a conference held at the

22             bench outside the hearing of the jury)

23            MR. PETERSON:  It's akin to admitting a portion of

24   the transcript.  This is his testimony that this person is

25   this person.  You can't do that.  You can't admit this court

```
1    statement.
2              THE COURT:  All right.  Display it as a
3    demonstrative.
4              MR. CRABB:  May I respond?
5              THE COURT:  You may.  I was going to defer.  I
6    think you're right, but...
7              MR. CRABB:  Your Honor, the witnesses in this very
8    trial have written on exhibits.  This is the same thing.
9              If the defense wants, we can have him write in
10   Arabic and go to the trouble of having it translated here --
11   it would take a lot longer -- but there's nothing
12   inappropriate about a witness writing on an exhibit.  It's
13   happened in this very trial.  This is just a streamlined
14   way.
15             I can mention in the last case in this courthouse
16   that involved a number of witnesses, the Blackwater case,
17   this is precisely how Judge Lamberth did it.
18             MR. PETERSON:  If they want to have the witness
19   write his name on the exhibit so that it's clear to the
20   jury, then take it back and say it's this person's
21   testimony, and that's all it is, then that's another issue.
22             This is saying to the Court so that they can use
23   it in closing argument that this is this person.
24             THE COURT:  Well, a compromise would be to have
25   the witness put his name on this exhibit so that they'd know
```

1      that he made the identification.

2              MR. PETERSON:  The only thing it can be used for

3      is to say that that is what this witness said.

4              THE COURT:  I'll explain that to them, okay?

5              MR. CRABB:  Yes, Your Honor.

6              (This is the end of the bench conference)

7              MR. CRABB:  Your Honor, may I please approach the

8      witness?

9              THE COURT:  You may.

10     BY MR. CRABB:

11     Q.  Mr. Ali, do you see this photograph which is marked as

12     Government's Exhibit 188-1A?

13     A.  Yes.

14     Q.  Is this the person whose name you just told the ladies

15     and gentlemen of the jury about?

16     A.  Yes.

17     Q.  Would you please use this pen and write your name, "Ali

18     Majrisi," on this photo.

19     A.  Anywhere?

20     Q.  Maybe up here where it's lighter so it can be seen.

21     A.  (Witness complies)

22     Q.  Thank you, sir.  You might want to hang onto the pen.

23             THE COURT:  All right.  Ladies and gentlemen, the

24     purpose of having the witness identify himself on this

25     particular exhibit which has a name on it is to indicate

1    that he has identified that person as being -- as having

2    that name, okay?

3              MR. CRABB:  Your Honor, may I please now show to

4    the jury Government's Exhibit 188-1A?

5              THE COURT:  You may.

6              MR. CRABB:  Thank you.

7    Q.  Can you see that on your screen, Mr. Ali?

8    A.  Yes.

9    Q.  Please tell the jury what this is right there.

10   A.  Ali Al-Majrisi.

11   Q.  Is that the name you're testifying under today?

12   A.  Yes.

13   Q.  Mr. Ali, I'd now like to show you what's previously been

14   admitted as Government's Exhibit 188-5.  Can you see that

15   photograph on your video monitor okay?

16   A.  Yes.

17   Q.  Do you recognize this person?

18   A.  Yes.

19   Q.  How are you able to know who this person is?

20   A.  I met him through Ahmed Abu Khatallah.

21   Q.  Did you meet this individual in person?

22   A.  Yes.

23   Q.  Please tell the ladies and gentlemen of the jury what

24   his name is.

25   A.  His name is Aymen Dijawi.

```
1              MR. CRABB:  Your Honor, may I please approach the

2     witness?

3              THE COURT:  You may.

4     Q.  Mr. Ali, would you please look at what's been marked for

5     identification as Government's Exhibit 188-5A.  Is that the

6     person you just identified as Aymen Dijawi?

7     A.  Aymen Dijawi, yes.

8     Q.  Excuse my pronunciation.

9              Like you did with the last photo, would you please

10    write your name perhaps down here in the corner where it's

11    light?

12    A.  (Witness complies)

13    Q.  Thank you.

14             MR. CRABB:  Your Honor, we ask that Government's

15    Exhibit 188-5A be admitted.

16             MR. PETERSON:  Subject to the same instruction,

17    Your Honor.

18             THE COURT:  So moved.

19             What's the number?

20             MR. CRABB:  188-5A, like apple.

21             THE COURT:  Yes.  188-1A is also admitted.  I'm

22    not sure I ruled.

23             MR. CRABB:  I apologize, Your Honor.  What was the

24    question?

25             THE COURT:  The last one.
```

```
 1              MR. CRABB:  The last one is 188-1A.
 2              THE COURT:  That, too, is admitted.
 3              MR. CRABB:  Thank you.
 4    Q.  Can you see this photograph okay, Mr. Ali?
 5    A.  Yes.
 6    Q.  Again, is this your name on the exhibit?
 7    A.  Yes.
 8    Q.  Mr. Ali, did I understand you correctly that you met
 9    this individual through Ahmed Khatallah?
10    A.  Yes.
11    Q.  Do you know if Mr. Dijawi is currently alive or dead?
12    A.  He's dead.
13    Q.  Do you know approximately when he died?
14              MR. PETERSON:  Your Honor, can we get a
15    foundation?
16              THE COURT:  Sustained.
17    Q.  Mr. Ali, would you please describe for the ladies and
18    gentlemen of the jury the nature of your contacts and
19    relationships with Mr. Dijawi.
20    A.  I used to meet him at Mr. Abu Khatallah's house several
21    times.  That's the distance of my relationship with him.  I
22    have no personal relationship with him other than what I
23    said.
24    Q.  Did you mention a moment ago that your understanding is
25    that Mr. Dijawi's dead?
```

1   A.  Yes.

2   Q.  Did Mr. Khatallah ever say anything to you about

3   Mr. Dijawi's death?

4   A.  No.

5           MR. PETERSON:  Your Honor, I would move to strike

6   the references.  It's obviously hearsay.

7           THE COURT:  I'll grant the motion.

8   Q.  Mr. Ali, before we go to another photograph, you

9   mentioned someone named Ahmed Khatallah.

10  A.  Yes.

11  Q.  Would you take a moment to look around the courtroom and

12  see if you see that man here this morning.

13  A.  Yes, I see him here.

14  Q.  Would you please tell us where he is by identifying --

15  let me go back a step.

16          Would you please identify him by where he is and

17  something he's wearing.

18  A.  He's right in front of me on the left side of the table

19  there in front of me, and he's wearing a light blue shirt.

20          MR. CRABB:  Your Honor, may the record reflect

21  that Mr. Ali has identified the defendant?

22          THE COURT:  It may.

23  Q.  Mr. Ali, I'm going to now show you what's been

24  previously admitted as Government's Exhibit 188-6.  Can you

25  see that photograph okay?

```
1    A.  Yes.

2    Q.  Do you recognize this person?

3    A.  Yes.

4    Q.  Tell us how you're able to recognize this person.

5    A.  I met him at the beginning of the revolution.

6    Q.  What's this person's name?

7    A.  Walid Al-Birnawi.

8              MR. CRABB:  Your Honor, may I approach the witness

9    to show him what's been marked as Government's Exhibit

10   188-6A?

11             THE COURT:  You may.

12   Q.  Mr. Ali, do you see 188-6A?

13   A.  Yes.

14   Q.  Is that the person you just identified as Mr. Birnawi?

15   A.  Yes.

16   Q.  Would you then again, please, write your name on this

17   photograph.

18   A.  (Witness complies)

19             MR. CRABB:  Your Honor, we ask that Government's

20   Exhibit 188-6A be admitted.

21             THE COURT:  So moved.

22   Q.  Can you see the photograph okay, Mr. Ali?

23   A.  Yes.

24   Q.  First of all, is this the person you just identified as

25   Mr. Birnawi?
```

```
1    A.  Yes.

2    Q.  Is this your signature in the corner?

3    A.  Yes.

4    Q.  Mr. Ali, I'd now like to show you what's previously been

5    admitted as Government's Exhibit 188-8.  Can you see this

6    photograph on your monitor?

7    A.  Yes.

8    Q.  Do you recognize this face right here?

9    A.  Yes.

10   Q.  How are you able to recognize that individual?

11   A.  I know him very well.

12   Q.  What's his name?

13   A.  Al-Zubayr Al-Bakoush.

14           MR. CRABB:  Your Honor, may I approach the witness

15   to show him what's been marked for identification as

16   Government's Exhibit 188-8A?

17           THE COURT:  Yes.

18   Q.  Mr. Ali, is that a photograph that you just identified

19   as Mr. Bakoush?

20   A.  Yes.

21   Q.  Would you, again, please write your name on that

22   exhibit.

23   A.  (Witness complies)

24   Q.  Thank you.

25           MR. CRABB:  Your Honor, we ask that Government's
```

1    Exhibit 188-8A be admitted.

2            THE COURT:  So moved.

3    Q.  Can you see that okay, Mr. Ali?

4    A.  Yes.

5    Q.  Is this the person you just identified as Mr. Bakoush?

6    A.  Yes.

7    Q.  And, again, is this your name right here?

8    A.  Yes.

9            MR. CRABB:  Your Honor, I'm showing the defense

10   what's been marked, but not yet admitted, as Government's

11   Exhibit 188-16 and 188-16A.

12   Q.  Mr. Ali, first I'd like to show you Government's Exhibit

13   188-16.  Can you see that photograph okay?

14   A.  Yes.

15   Q.  Do you recognize the person depicted in that photograph?

16   A.  Yes.

17   Q.  How are you able to recognize this person?

18   A.  I met him through -- at the beginning of the revolution,

19   Libyan Revolution.

20   Q.  What's his name?

21   A.  Abdel Rahman Blablu.

22           MR. CRABB:  Your Honor, we ask that Government's

23   Exhibit 188-16 be admitted.

24           MR. PETERSON:  No objection.

25           THE COURT:  So moved.

1            MR. CRABB:  And may I please approach the witness

2    to show him 188-16A?

3            THE COURT:  You may.

4    Q.  Mr. Ali, is that a photograph of the person you just

5    identified as Mr. Blablu?

6    A.  Yes.

7    Q.  As we've done before, would you please write your name

8    on that exhibit.

9    A.  (Witness complies)

10    Q.  Thank you.

11           MR. CRABB:  Your Honor, we ask that Government's

12    Exhibit 188-16A be admitted.

13           MR. PETERSON:  No objection.

14           THE COURT:  So moved.

15    Q.  Mr. Ali, do you see this okay?

16    A.  Yes.

17    Q.  Is this the individual you just identified as

18    Mr. Blablu?

19    A.  Yes.

20    Q.  And, again, is this your name on the document?

21    A.  Yes.

22           MR. CRABB:  Your Honor, I'm showing the defense

23    what's been marked for identification as Government's

24    Exhibits 188-17 and 188-17A.

25    Q.  Mr. Ali, I'm going to show you first what's been marked

1    for identification as 188-17.  Can you see that photograph?

2    A.  Yes.

3    Q.  Do you recognize the person in that photograph?

4    A.  Yes.

5    Q.  How are you able to recognize that person?

6    A.  I met him in Mr. Abu Khatallah's house.

7    Q.  What's this person's name?

8    A.  Khalid Naihum, Khalid Al-Naihum.

9           MR. CRABB:  Your Honor, we ask that Government's

10   Exhibit 188-17 be admitted.

11          MR. PETERSON:  No objection.

12          THE COURT:  So moved.

13          MR. CRABB:  And may I please approach the witness

14   with 188-17A?

15          THE COURT:  You may.

16   Q.  Mr. Ali, is that the photograph of Mr. Naihum that you

17   just identified?

18   A.  Yes.

19   Q.  Again, would you please write your name somewhere on

20   that exhibit.

21   A.  (Witness complies)

22   Q.  Thank you.

23          MR. CRABB:  Your Honor, we ask that Government's

24   Exhibit 188-17A be admitted.

25          MR. PETERSON:  No objection.

```
 1              THE COURT:  So moved.
 2    Q.  Mr. Ali, can you see that photograph okay?
 3    A.  Yes.
 4    Q.  First, is this the person you just identified as
 5    Mr. Naihum?
 6    A.  Yes.
 7    Q.  And do you see a name written on the upper left corner?
 8    A.  Yes.
 9    Q.  Is that where you wrote your name?
10    A.  Yes.
11    Q.  Mr. Ali, I'd now like to show you what's previously been
12    admitted as Government's Exhibit 1000.  Can you see that
13    photograph?
14    A.  Yes.
15    Q.  Do you recognize this person?
16    A.  Yes.
17    Q.  Is this the person you previously identified as
18    Mr. Khatallah?
19    A.  Yes.
20              MR. CRABB:  Your Honor, I'm showing the defense
21    what's been marked for identification as Government's
22    Exhibits 188-18 and 188-18A.
23    Q.  Mr. Ali, I'm going to first show you Exhibit 188-18.
24    Can you see those two photographs okay?
25    A.  Yes.
```

1    Q.  Do you recognize the person depicted in those

2    photographs?

3    A.  Yes.

4    Q.  Is it two different people or two photographs of the

5    same person?

6    A.  Both of the same person.

7    Q.  How are you able to recognize the person depicted in

8    those photographs?

9    A.  Through Mr. Ahmed Abu Khatallah.

10   Q.  Did you actually meet this person?

11   A.  Yes.

12   Q.  What's his name?

13   A.  Mustafa Al-Imam.

14          MR. CRABB:  Your Honor, we ask that Government's

15   Exhibit 188-18 be admitted.

16          MR. PETERSON:  No objection.

17          THE COURT:  So moved.

18          MR. CRABB:  And may I approach the witness,

19   please, with 188-18A?

20          THE COURT:  You may.

21   Q.  Mr. Ali, is that the photographs of Mr. Al-Imam that you

22   just identified?

23   A.  Yes.

24   Q.  Again, would you please write your name on that exhibit.

25   A.  (Witness complies)

1          MR. CRABB:  Your Honor, we ask that Government's

2     Exhibit 188-18A be admitted.

3          MR. PETERSON:  No objection.

4          THE COURT:  So moved.

5     Q.  Mr. Ali, can you see that photograph okay?

6     A.  Yes.

7     Q.  Is this the person you just identified as Mr. Al-Imam?

8     A.  Yes.

9     Q.  And did you write your name on the upper left corner of

10    this photograph?

11    A.  Yes.

12         MR. CRABB:  Your Honor, I'm showing the defense

13    what's been marked for identification as Government's

14    Exhibit 188-19 and 188-19A.

15    Q.  Mr. Ali, I'm going to start by showing you what's been

16    marked as 188-19.  Can you see that okay on your monitor?

17    A.  Yes.

18    Q.  Do you recognize the person depicted in these photos?

19    A.  Yes.

20    Q.  And let me ask you, like the last one, is it the same

21    person depicted in both photos or two different people?

22    A.  Yes.

23    Q.  Is it the same person or two different people?

24    A.  One person.

25    Q.  Do you recognize this person?

```
 1    A.  Yes.

 2    Q.  How are you able to recognize him?

 3    A.  I met him once before, but he's a very well-known person

 4    in Benghazi.

 5    Q.  What's his name?

 6    A.  Yahya Al-Zway, and his nickname is Jamaica.

 7            MR. CRABB:  Your Honor, we ask that Government's

 8    Exhibit 188-19 be admitted.

 9            MR. PETERSON:  No objection.

10            THE COURT:  So moved.

11            MR. CRABB:  And may I approach the witness with

12    188-19A?

13            THE COURT:  You may.

14    Q.  Mr. Ali, is that the photographs of the person known as

15    Jamaica you just identified?

16    A.  Yes.

17    Q.  Again, would you please write your name on that exhibit.

18    A.  (Witness complies)

19    Q.  Thank you.

20            MR. CRABB:  Your Honor, we ask that Government's

21    Exhibit 188-19A be admitted.

22            MR. PETERSON:  No objection.

23            THE COURT:  So moved.

24    Q.  Can you see that okay, Mr. Ali?

25    A.  Yes.
```

1    Q.  Are those the photographs of the person known as Jamaica

2    you just identified?

3    A.  Yes.

4    Q.  And, again, is that your name on the upper left corner?

5    A.  Yes.  This is what I've been using today.

6    Q.  Mr. Ali, I'd like to show you what's previously been

7    admitted as Government's Exhibit 188-15.  Can you see that

8    photograph okay?

9    A.  Yes.

10   Q.  Do you recognize this man?

11   A.  Yes.

12   Q.  Tell us how you're able to recognize him.

13   A.  I also met him through Mr. Abu Khatallah.

14   Q.  What's his name?

15   A.  His name is Salah Al-Amari.

16        MR. CRABB:  Your Honor, may I approach the witness

17   with Government's Exhibit 188-15A?

18        THE COURT:  You may.

19   Q.  Mr. Ali, is that the photograph you just identified as

20   Mr. Al-Amari?

21   A.  Yes.

22   Q.  Again, would you please write your name on that exhibit.

23   A.  (Witness complies)

24   Q.  Thank you.

25        MR. CRABB:  Your Honor, we ask that Government's

1    Exhibit 188-15A be admitted.

2              MR. PETERSON:  No objection.

3              THE COURT:  So moved.

4    Q.  Mr. Ali, can you see that okay?

5    A.  Yes.

6    Q.  Is this the person you just identified as Mr. Al-Amari?

7    A.  Yes.

8    Q.  And, again, did you write your name -- the name you're

9    using today -- in the upper left corner?

10   A.  Yes.

11             MR. CRABB:  May I have a moment, Your Honor?

12             (Pause)

13             MR. CRABB:  Thank you, Your Honor.

14   Q.  Mr. Ali, I'm now going to show you what's been

15   previously admitted as Government's Exhibit 634-14.  Can you

16   see that photograph okay?

17   A.  Yes.

18   Q.  Do you recognize that man?

19   A.  Yes.

20   Q.  How are you able to recognize him?

21   A.  I met him -- knew him a long time before.

22   Q.  What's his name?

23   A.  Khalid Saglusi.

24             MR. CRABB:  Your Honor, may I approach the witness

25   with what's been marked for identification as Government's

1    Exhibit 634-14A?

2              THE COURT:  You may.

3    Q.  Mr. Ali, is that the photograph that you just identified

4    and named the individual in?

5    A.  Yes.

6    Q.  Would you, again, please write your name on it.

7    A.  (Witness complies)

8    Q.  Thank you.

9              MR. CRABB:  Your Honor, we ask that Government's

10   Exhibit 634-14A be admitted.

11             MR. PETERSON:  No objection.

12             THE COURT:  So moved.

13   Q.  Can you see that okay, Mr. Ali?

14   A.  Yes.

15   Q.  Is this the person you just identified as Mr. Saglusi?

16   A.  Yes, Khalid Saglusi.

17   Q.  And, again, what is this right here?

18   A.  This is the name I've been using today.

19   Q.  Did you just write that on there now?

20   A.  Yes.

21   Q.  Mr. Ali, I'd like to show you --

22             THE COURT:  Mr. Crabb, please approach, and

23   Ms. Peterson.

24             (The following is a conference held at the

25              bench outside the hearing of the jury)

```
 1              THE COURT:  How many more of these?
 2              MR. CRABB:  Two.
 3              THE COURT:  Two.  And are any of them contested?
 4              MS. PETERSON:  Pardon?
 5              THE COURT:  Are any of the identifications
 6    contested?
 7              MR. PETERSON:  I have not taken the time to go
 8    back to check to make sure any of the other witnesses have
 9    identified them differently.
10              THE COURT:  Let's get through these two.
11              MR. CRABB:  Yes, Your Honor.
12              (This is the end of the bench conference)
13              MR. CRABB:  May I proceed, Your Honor?
14              THE COURT:  You may.
15    BY MR. CRABB:
16    Q.  Mr. Ali, I'd like to show you what's been previously
17    admitted as Government's Exhibit 188-12.  Mr. Ali, can you
18    see that photograph okay?
19    A.  Yes.
20    Q.  Do you recognize this person?
21    A.  Yes.
22    Q.  Tell the jury, please, how you are able to recognize
23    this person.
24    A.  The same -- by the same -- in the same way that I met
25    him at the beginning of the Libyan Revolution.
```

```
1              MR. CRABB:  Your Honor -- I'm sorry.

2    Q.  What's his name?

3    A.  Ahmed Al-Fitori.

4              MR. CRABB:  Now, Your Honor, may I please approach

5    the witness with what's been marked for identification as

6    Government's Exhibit 188-12A?

7              THE COURT:  You may.

8    Q.  Mr. Ali, is that the photograph you just identified as

9    Mr. Al-Fitori?

10   A.  Yes.

11   Q.  In one of the lighter parts of the photograph, would you

12   please write the name you're using today on it.

13   A.  (Witness complies)

14   Q.  Thank you.

15             MR. CRABB:  Your Honor, we ask that Government's

16   Exhibit 188-12A be admitted.

17             MR. PETERSON:  No objection.

18             THE COURT:  So moved.

19   Q.  Mr. Ali, can you see that okay?

20   A.  Yes.

21   Q.  Is this the person you just identified as Mr. Al-Fitori?

22   A.  Yes.

23   Q.  And here on the projector it's somewhat faint, but can

24   you see what's right there?

25   A.  Yes, I can see.
```

```
1    Q.  Is that where you wrote the name you're using today?

2    A.  Yes.

3    Q.  Mr. Ali, now I'd like to show you what's been previously

4    admitted as Government's Exhibit 188-14.  Can you see that

5    photograph okay?

6    A.  Yes.

7    Q.  Do you recognize the person depicted in the photograph?

8    A.  Yes.

9    Q.  How do you know this person?

10   A.  In the same fashion, that I met him at the beginning of

11   the Libyan Revolution.

12   Q.  What's his name?

13   A.  Mukhtar Bruzayza.

14           MR. CRABB:  Your Honor, may I approach the witness

15   with what's been marked for identification as Government's

16   Exhibit 188-14A?

17           THE COURT:  You may.

18   Q.  Mr. Ali, is that the photograph you just identified as

19   Mr. Bruzayza?

20   A.  Yes.

21   Q.  Again, would you please write the name you're using

22   today on it.

23   A.  (Witness complies)

24   Q.  Thank you.

25           MR. CRABB:  Your Honor, we ask that Government's
```

1    Exhibit 188-14A be admitted.

2         MR. PETERSON:  No objection.

3         THE COURT:  So moved.

4    Q.  Mr. Ali, can you see that okay?

5    A.  Yes.

6    Q.  Is this the person you just identified as Mr. Bruzayza?

7    A.  Yes.

8    Q.  What's that in the upper left corner?

9    A.  The name that I use today.

10   Q.  Mr. Ali, in the last few minutes when you described how

11   you knew certain people, a number of times you mentioned

12   meeting them in the revolution.

13   A.  Yes.

14   Q.  Are you referring to a revolution that occurred in

15   Libya?

16   A.  Yes.

17   Q.  First of all, please tell the jury approximately when

18   that revolution occurred.

19   A.  This is a famous international -- you know,

20   internationally famous revolution.  Most people know it as

21   having began on 11th of February 2017 [sic]; however, a lot

22   of Libyans say that it had started on the 15th of February

23   2011.

24   Q.  Approximately how long did that revolution last?

25   A.  As far as I know, about eight months.

1    Q.   Prior to this revolution, who was the leader of Libya?

2    A.   Muammar Gaddafi.

3    Q.   Had he been elected to that position?

4    A.   No.  He claimed that position because he led the

5    revolution.

6    Q.   For approximately how long was Mr. Gaddafi the leader of

7    Libya?

8    A.   42 years.

9    Q.   In general, how did Mr. Gaddafi run the country during

10   that 42 years?

11   A.   He was a dictator.  He was very oppressive to the Libyan

12   people.  He was very strict with them throughout the period.

13   We can say that he was a dictator.

14   Q.   Mr. Ali, when the Libyan Revolution began, did you

15   eventually take part in the revolution?

16   A.   Yes, as did all Libyans who love their country.

17   Q.   When you took part in the revolution, were you on the

18   side that supported Gaddafi or the side that was trying to

19   overthrow him?

20   A.   Of course with those who wanted to topple the regime.

21   Q.   In what city did the Libyan Revolution begin?

22   A.   It started in Benghazi.

23   Q.   Were you in Benghazi at the time?

24   A.   Yes.  That was the city where I was always living.

25   Q.   Were you present when some of the events that led to the

1    revolution happened?

2    A.  Yes, right from the start.

3    Q.  Would you explain to us in general how the revolution

4    began.

5    A.  It's a revolution that was started by the people.

6    Without any preplanning, they just rose up against the -- a

7    dictator, a very oppressive dictator.  And it was a

8    successful revolution because it started from the popular

9    base from the people, and it was an honest revolution.  And

10   many people paid the price with their blood.

11          The only thing that the revolution achieved so far

12   is that it rid Libya of the dictator; however, we are still

13   suffering until now.  And another thing that the revolution

14   pointed out to us is it divided the Libyans into different

15   camps according to how they believe to their ideology.

16          That's briefly the -- this is briefly a general

17   idea about the Libyan Revolution.  Of course, there are many

18   incidents.  It was a long revolution, but that's what it

19   was.

20   Q.  Let me ask you, in February of 2011 were there any

21   protests in Benghazi at the beginning of the revolution?

22   A.  Yes.

23   Q.  Were you present for some of those protests?

24          THE INTERPRETER:  If I may tell him to stop

25   because I have to?

1     A.   Yes.   I participated in the February 15th demonstration

2     in front of the directorate of security in Benghazi because

3     we were demonstrating against the release of certain

4     prisoners from Abu Salim Prison, a lawyer named Fateh

5     Turban.   There was -- this was a person who dealt with a

6     massacre that happened during the Libyan -- the Gaddafi

7     regime where 1,200 people were killed.

8     Q.   Let me interrupt you for a moment.   Did you say this was

9     a protest against the release of prisoners or for the

10    release of prisoners?

11    A.   This is the release of one lawyer whose name is Fateh

12    Turban.   He was held by the security directorate, and there

13    was a protest by the people on why was this person, Fateh

14    Turban, held in the directorate of security.

15         This was the beginning; maybe not completely the

16    beginning, but it was the spark that started the revolution.

17    Q.   Let me ask you, Mr. Ali, when these events began in

18    Benghazi did one of Mr. Gaddafi's sons come to Benghazi?

19    A.   His son Al-Saadi.

20    Q.   After Gaddafi's son arrived, was there bloodshed?

21    A.   Yes.

22    Q.   Tell us in general, please, what happened.

23    A.   It's a long story, but I will shorten it.

24         After the incident in front of the directorate of

25    security, Gaddafi was sent many warnings that the people of

1    Benghazi were on fire.  You know, things are going to boil

2    over.  So he came the night of the 16th, and he spoke on an

3    FM station that we have in Benghazi.

4    Q.  Let me just ask you.  When you say "he," are you

5    referring to Gaddafi's son?

6    A.  Yes, Saadi, the son of Muammar Gaddafi.  He spoke on the

7    radio.  He asked for calm, that there is no reason for this

8    extremism or an upheaval, that they're going to take care of

9    things.  And he said that he's going to be in the Hotel

10   Tibesti in Benghazi.

11          A small group went to meet with him, and, however,

12   the revolting families, there was a joke that was said about

13   them.  At that time there was a revolution in Egypt and

14   Tunisia, on both sides of Libya, so they were saying,

15   "Libyans, lay low.  We want to see what's happening in

16   Tunisia."

17          However, people were insisting on carrying out the

18   revolution, and all the assistance that Gaddafi offered was

19   rejected by the revolution because the people insisted on

20   the revolution.

21          It was a people's revolution against cruelty.  Not

22   for any political -- specific political reasons.

23   Q.  Let me ask you this, Mr. Ali:  Did Mr. Gaddafi's son

24   eventually leave Benghazi?

25          THE INTERPRETER:  I didn't get that.

1    A.   After he carried out a complete massacre.

2    Q.   What do you mean when you say he carried out a massacre?

3    A.   The people were -- of course, felt oppressed and

4    suppressed, and they felt the cruelty of the regime.  There

5    was an area in Birka.  Gaddafi had a brigade that used to be

6    called Al-Fadhil.

7            And Gaddafi's son was present in that brigade, and

8    after people congregated around the brigade asking for their

9    rights, he opened fire on them and shot a lot of people.

10   Q.   What did the people do?

11   A.   So the reaction -- of course, this is the reaction of

12   people who are civilians, unarmed.  They responded by

13   throwing stones and objects like that.

14           Things deteriorated.

15           Of course, in Libya, weapons were illegal, but

16   people used to hide some of their hunting rifles, and we had

17   a certain type of bomb.  It was famous in Benghazi.  They

18   call it gelatina, gelatin.

19           This they used to make out of -- they used to make

20   it out of unexploded ordnances from the second world war

21   that they used to find in the ocean, in the sea.  They take

22   it out, and they take the TNT out of it and make these

23   bombs.

24   Q.   Mr. Ali, let me ask you, did the people eventually take

25   over Gaddafi's military base that you just mentioned?

1    A.  Yes, they took it over.  Yes, occupied it.

2    Q.  Do you know where Gaddafi's son went when that happened?

3    A.  He went to the airport.  He escaped to the airport.

4    Q.  How do you know that?

5    A.  Because we followed him.

6    Q.  What do you mean?

7    A.  We wanted to apprehend him because he killed innocent

8    people.

9    Q.  Did you personally follow Gaddafi's son to the airport?

10             MR. PETERSON:  Your Honor, can we approach?

11             THE COURT:  You may.

12             (The following is a conference held at the

13              bench outside the hearing of the jury)

14             MR. PETERSON:  I just like a proffer as to what

15   the relevance of any of this is and how long we're going to

16   do it.

17             THE COURT:  Motivation?

18             MR. CRABB:  It's both motivation, Your Honor --

19   I'll answer her second question first.  I'm not through with

20   how the revolution began.  I expect to ask some questions

21   about his role in the revolution which both goes to his

22   motivation and it's how he began to meet many of the

23   important players here, including the defendant and the

24   Ubaydah Bin Jarrah.

25             THE COURT:  Okay.  Just try to get through it.

1    We're going to be here awhile otherwise.

2             MR. CRABB:  I'm sorry?

3             THE COURT:  We're going to be here awhile

4    otherwise.

5             MR. PETERSON:  I'll put the government on fair

6    notice that means it's all open for me for cross.  They've

7    opened a huge door for me.

8             THE COURT:  We'll deal with that later, okay?

9             (This is the end of the bench conference)

10   BY MR. CRABB:

11   Q.  Mr. Ali, did you and the others capture Gaddafi's son,

12   or did he escape?

13   A.  He escaped because we were weak, and he was more

14   powerful.

15   Q.  Now, Mr. Ali, prior to the revolution that you just

16   described beginning, were you involved in the military?

17   A.  Never.

18   Q.  Once the revolution began, did you take part in it?

19   A.  Just like any other, I did.  Just like any other Libyan

20   citizen.

21   Q.  With respect to yourself, please tell us how you

22   personally became involved in the revolution and what your

23   role was.

24   A.  My role was like any -- the role of any other Libyan

25   citizen.  Not more or less.  Like any other Libyan who loves

1    his country, we wanted to -- we love Libya, and we wanted

2    for the revolution to succeed.

3            That's my role.  That was the only role I had.  I

4    cannot say that I was in a leadership position or any other

5    thing like that, just a regular Libyan.

6    Q.  Mr. Ali, did you personally take up arms?

7    A.  Yes.

8    Q.  Did you fight alone or with a group of others?

9    A.  Of course with others.

10   Q.  Explain to us how you became involved with a particular

11   group.

12   A.  At the beginning, we used to try to secure our

13   neighborhoods in Benghazi.  At the beginning, we were a

14   group of residents of a neighborhood with our friends, our

15   families.

16           Our knowledge of weapons was negligible.  For

17   example, as far as I was concerned, when I carried the

18   machine gun, the Kalashnikov, I used to reload every time I

19   fired a shot.  They used to make fun of me and say, "No,

20   this is an automatic weapon.  Just one time only."

21           And then in the camp that used to be called 7th of

22   April that changed names to 17th of February, there were

23   people who are experts in the army and military, and they

24   trained us.

25   Q.  Mr. Ali, did you eventually engage in combat against

1    Gaddafi's forces?

2    A.  Yes.

3    Q.  In what part of Libya did you fight?

4    A.  At the beginning in Benghazi and then Ajdabiya, Brega,

5    and other areas until Sirte.

6    Q.  Were those just cities in Benghazi you listed?

7    A.  Yes.

8    Q.  Are those cities in the eastern or western part of

9    Libya?

10   A.  The western part of Libya.

11   Q.  When you were fighting, did you become familiar with any

12   other groups that were part of the revolution?

13   A.  Yes.

14   Q.  Were there a variety of groups that came together for

15   the revolution?

16   A.  Yes.

17   Q.  Eventually did you learn about a group that was called

18   Ubaydah Bin Jarrah?

19   A.  Yes.

20   Q.  Approximately when did you first learn about Ubaydah Bin

21   Jarrah?

22   A.  In Ajdabiya.

23   Q.  Is that a place?

24   A.  City.

25   Q.  Do you remember approximately when that was?

4944

1    A.   The beginning of the revolution; maybe the third month,

2    the fourth month of the revolution.  Because events of the

3    revolution were racing, you know, one event after another,

4    it's very difficult to remember.

5    Q.   Was Ubaydah Bin Jarrah similar to the group that you

6    were a member of?

7              THE INTERPRETER:  Repeat that.

8    Q.   Was Ubaydah Bin Jarrah similar to the group you were a

9    member of?

10   A.   Never.

11   Q.   How was it different?

12   A.   They were people that had their own points of view.

13   They had their own ways of getting together, and they had

14   tactical knowledge.  They know how to fight.  They didn't

15   really mix much with us because they considered us very

16   average people.

17              They had their --

18              MR. PETERSON:  Your Honor, I'd like to object for

19   lack of foundation.

20              THE COURT:  I'll overrule it.

21   A.   They had their own ideas and points of view.  They were

22   distinctive in the sense of wearing some different dress and

23   also carrying a black flag.

24   Q.   What do you mean by a black flag?

25   A.   It was a black flag that had the (Arabic saying) on it,

1    which means, you know, there's only one God, and Muhammad is

2    his prophet.  They used to wave it on the vehicles they used

3    to drive, or they would put it on the front of the car, so

4    it was something strange for us to see.

5    Q.  Mr. Ali, you mentioned that Ubaydah Bin Jarrah had its

6    own ideas.  What were those ideas?

7              MR. PETERSON:  Objection, Your Honor.

8              THE COURT:  Sustained, foundation.  Rephrase.

9              MR. CRABB:  Yes, Your Honor.

10   Q.  Mr. Ali, while you were involved in the revolution, did

11   you have an opportunity to see any of the members of Ubaydah

12   Bin Jarrah?

13   A.  Yes.

14   Q.  Did you have an opportunity to talk to any of the

15   members of Ubaydah Bin Jarrah?

16   A.  No.  It was hard.

17   Q.  Did the group that you fought with also fight in the

18   same areas as Ubaydah Bin Jarrah?

19   A.  At the beginning, in Ajdabiya, all of them worked

20   together.  There was chaos.  There was no special tactics.

21   They were there in Ajdabiya with us.

22   Q.  Was there any coordination amongst the different groups

23   in the fighting?

24   A.  Never.

25   Q.  Mr. Ali, while you were in the area where Ubaydah Bin

1    Jarrah was fighting, did you learn who the leader of Ubaydah

2    Bin Jarrah was?

3              MR. PETERSON:  Objection; foundation.

4              THE COURT:  Overruled.

5    A.  Yes.  After a while, I asked who is their leader, and

6    they --

7              MR. PETERSON:  Objection, Your Honor; hearsay.

8              THE COURT:  Sustained.

9    Q.  Who told you who the leader was?

10   A.  A gentleman that I knew and who knew Ahmed Abu

11   Khatallah.

12             MR. PETERSON:  Objection, Your Honor.

13             THE COURT:  Sustained.

14             MR. PETERSON:  Move to strike.

15             THE COURT:  The Court will strike the last answer.

16   Q.  Mr. Ali, did you ever see Mr. Khatallah interacting with

17   members of Ubaydah Bin Jarrah?

18   A.  During the fighting in the front in Ajdabiya.

19   Q.  At any time during the revolution?

20   A.  Yes.

21   Q.  Based on what you saw, what did his position appear to

22   be?

23   A.  The leader of the group.

24   Q.  Why do you say that?

25   A.  Because of the orders he was issuing and because of the

1    people that were close to him and because it was very hard

2    to get close to him.  Leaders such as him were not easily

3    approachable.

4    Q.  Mr. Ali, do you know if Ubaydah Bin Jarrah had members

5    who were from countries other than Libya?

6            MR. PETERSON:  Objection; lack of foundation.

7            MR. CRABB:  Your Honor, I'm simply asking if he

8    knows or not.  I haven't asked what the answer is.

9            THE COURT:  Overruled.

10   A.  I don't know.  It's hard to say.

11   Q.  Mr. Ali, approximately when did the Libyan Revolution

12   end?

13   A.  August 20.  After the liberation of Tripoli, the 20th of

14   August 2011.

15   Q.  Which side won, yours or Gaddafi's?

16   A.  The Libyans won.

17   Q.  Mr. Ali, once the revolution concluded with the ousting

18   of Gaddafi, what did you do?

19   A.  I went back to my work, my -- and left the -- and

20   dropped my arms, my weapons.

21   Q.  Did you stay involved at all with any of the groups that

22   had been part of the revolution?

23   A.  Yes.

24   Q.  Explain to us what your role was.

25   A.  As an educated person who has knowledge of management,

1    it was always the people who were part of the revolution who

2    were given certain priorities.

3              Many bodies or entities were formed after the

4    revolution.  One of them was called the Coalition of

5    Revolutionary Groups.  I was in charge of the administration

6    or the management of that entity.

7    Q.  What was that entity's role or purpose?

8    A.  They tried to organize things in the country because

9    after the revolution there was no organization.  The people

10   that came back from the revolution still had their arms.

11   They were still armed.  So there was a feeling that, among

12   the fighting groups, they should go get together, unite, and

13   try to take care of the revolutionaries, the injured, the

14   casualties, the sick that fought during the revolution.

15             That was its main purpose.

16   Q.  When you were involved with this, were you in Benghazi

17   or some other city?

18   A.  In Benghazi.

19   Q.  Were you and this group able to restore order?

20   A.  We tried, but we failed.

21   Q.  What were conditions like in Benghazi after the

22   revolution?

23   A.  Chaos.

24   Q.  What do you mean?

25   A.  Because each armed group saw itself as the one that is

1    in control and that it is the one that is governing.

2              And some of these groups, such as the brigade of

3    Ahmed Abu Khatallah, had an extremist ideology.  They felt

4    that they are the only ones who are right, and that they are

5    in control of the city, and each one behaved the way he saw

6    fit.

7              The victims were the average citizens of the city.

8              MR. CRABB:  Your Honor, may we approach?

9              THE COURT:  Sure.

10             (The following is a conference held at the

11              bench outside the hearing of the jury)

12             THE COURT:  Is this a good stopping point?

13             MR. CRABB:  Yes.

14             THE COURT:  All right.

15             MR. CRABB:  Thank you.

16             (This is the end of the bench conference)

17             THE COURT:  Okay.  We're going to take our lunch

18   break.  No discussions about the case.  No research about

19   the case.  Avoid any press about the case.  We'll be ready

20   to go at 1:45.

21             (Jury exits courtroom)

22             MS. PETRAS:  Your Honor, I did have a moment to

23   review the pleading that the government filed this morning,

24   and since we need the information sooner rather than later I

25   would ask for permission, when we return from lunch, to

1    address it orally rather than respond in writing so the

2    Court can be prepared and can issue an order so that we can

3    get the information and do what we need to do with it.

4            THE COURT:  Well, if we're going to be in

5    classified setting, we need to go some place else.  Right?

6            MS. PETRAS:  I think that's correct.  I can

7    consult with Ms. Peterson, Maura Peterson, over the break.

8            THE COURT:  Why don't we meet in chambers, if

9    possible, at 1:30.

10           MS. PETRAS:  Thank you, Your Honor.

11           THE COURT:  Okay.

12           MR. CRABB:  Your Honor, also, I don't know if the

13   Court's had a chance to review the pleading --

14           THE COURT:  I have.

15           MR. CRABB:  -- but as we mentioned, we do expect

16   to, in the very short term, submit an additional classified

17   declaration in support of our position.

18           THE COURT:  Okay.  So I'm -- it's on a motion to

19   compel, but I'm construing this as a motion for a protective

20   order under CIPA 3 to withhold classified information from

21   the defense.  I have -- I'd like a very brief ex parte with

22   the government prior to the hearing with the defense

23   present, so if we can do that at about 1:25, that would be

24   great.

25           MR. CRABB:  Yes, Your Honor.

4951

1          (Lunch recess taken at 12:36 p.m.)

2

3          **CERTIFICATE OF OFFICIAL COURT REPORTER**

4

5          I, LISA A. MOREIRA, RDR, CRR, do hereby

6    certify that the above and foregoing constitutes a true and

7    accurate transcript of my stenographic notes and is a full,

8    true and complete transcript of the proceedings to the best

9    of my ability.

10        Dated this 6th day of November, 2017.

11

12                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
13                              United States Courthouse
                                Room 6718
14                              333 Constitution Avenue, NW
                                Washington, DC 20001
15

16

17

18

19

20

21

22

23

24

25

## $

**$1,710** [1] - 4902:17
**$17,100** [1] - 4902:17
**$90,440** [1] - 4902:14

## '

**'Himelstein** [1] - 4883:16

## /

**/s/Lisa** [1] - 4951:12

## 1

**1** [4] - 4874:21, 4874:23, 4903:7, 4903:10
**1,200** [1] - 4937:7
**1000** [1] - 4924:12
**1100A** [6] - 4885:2, 4885:17, 4888:21, 4889:11, 4889:14, 4891:18
**11th** [1] - 4934:21
**12:36** [1] - 4951:1
**14** [1] - 4903:10
**15** [1] - 4903:9
**15th** [2] - 4934:22, 4937:1
**16** [1] - 4903:9
**16th** [1] - 4938:2
**17th** [1] - 4942:22
**18** [3] - 4903:10, 4905:10, 4905:14
**188-1** [2] - 4912:2, 4912:4
**188-12** [1] - 4931:17
**188-12A** [2] - 4932:6, 4932:16
**188-14** [1] - 4933:4
**188-14A** [2] - 4933:16, 4934:1
**188-15** [1] - 4928:7
**188-15A** [2] - 4928:17, 4929:1
**188-16** [3] - 4921:11, 4921:13, 4921:23
**188-16A** [3] - 4921:11, 4922:2, 4922:12
**188-17** [3] - 4922:24, 4923:1, 4923:10
**188-17A** [3] - 4922:24, 4923:14, 4923:24
**188-18** [3] - 4924:22, 4924:23, 4925:15
**188-18A** [3] - 4924:22, 4925:19, 4926:2
**188-19** [3] - 4926:14,

**188-19A** [3] - 4926:14, 4927:12, 4927:21
**188-1A** [6] - 4912:2, 4912:16, 4914:12, 4915:4, 4916:21, 4917:1
**188-5** [1] - 4915:14
**188-5A** [3] - 4916:5, 4916:15, 4916:20
**188-6** [1] - 4918:24
**188-6A** [3] - 4919:10, 4919:12, 4919:20
**188-8** [1] - 4920:5
**188-8A** [2] - 4920:16, 4921:1
**1899** [1] - 4866:3
**19** [1] - 4910:17
**1977** [1] - 4910:17
**1:14-cr-00141-CRC-1** [1] - 4865:4
**1:25** [1] - 4950:23
**1:30** [1] - 4950:9
**1:45** [1] - 4949:20
**1st** [1] - 4884:5

## 2

**2** [1] - 4903:8
**20** [2] - 4903:11, 4947:13
**20001** [2] - 4866:12, 4951:14
**20004** [1] - 4865:20
**20006** [1] - 4866:4
**2011** [3] - 4934:23, 4936:20, 4947:14
**2012** [2] - 4875:8, 4875:13
**2013** [2] - 4875:10, 4875:13
**2015** [6] - 4875:15, 4875:19, 4893:21, 4894:2, 4894:6, 4894:11
**2015/2016** [1] - 4876:3
**2017** [5] - 4865:4, 4882:3, 4883:3, 4934:21, 4951:10
**202** [3] - 4865:16, 4865:20, 4866:5
**202-354-3187** [1] - 4866:12
**20530** [1] - 4865:16
**208-7500** [1] - 4865:20
**20th** [1] - 4947:13
**22** [1] - 4903:11
**24** [1] - 4903:11
**252-1794** [1] - 4865:16
**28** [1] - 4882:3

**2d** [1] - 4898:25

## 3

**3** [1] - 4950:20
**30** [1] - 4883:3
**302** [1] - 4872:10
**302s** [2] - 4870:7, 4870:8
**32** [1] - 4903:11
**333** [2] - 4866:11, 4951:14

## 4

**4** [1] - 4907:13
**40** [1] - 4909:18
**42** [2] - 4935:8, 4935:10
**44** [1] - 4903:11
**4875** [1] - 4867:4
**4891** [1] - 4867:4
**49** [1] - 4903:11
**4909** [1] - 4867:6

## 5

**5** [1] - 4907:25
**52nd** [1] - 4903:12
**550** [1] - 4865:19
**555** [1] - 4865:15
**586** [6] - 4876:25, 4882:24, 4893:15, 4896:8, 4896:19, 4898:3
**586E** [3] - 4877:1, 4882:24, 4898:3

## 6

**6** [2] - 4865:4, 4908:1
**600** [1] - 4866:4
**625** [1] - 4865:19
**634-14** [1] - 4929:15
**634-14A** [2] - 4930:1, 4930:10
**6718** [2] - 4866:11, 4951:13
**6th** [1] - 4951:10

## 7

**7th** [1] - 4942:21

## 8

**8** [1] - 4874:20
**833-8900** [1] - 4866:5

## 9

**92-642-9338** [1] -

4896:13
**959** [1] - 4898:25
**991** [1] - 4899:1
**9:31** [1] - 4865:5

## A

**a.m** [1] - 4865:5
**Abdel** [1] - 4921:21
**ability** [2] - 4904:19, 4951:9
**able** [16] - 4873:21, 4879:25, 4901:1, 4903:5, 4912:9, 4915:19, 4919:4, 4920:10, 4921:17, 4923:5, 4925:7, 4927:2, 4928:12, 4929:20, 4931:22, 4948:19
**absent** [1] - 4872:12
**absolutely** [1] - 4906:1
**absurd** [1] - 4905:22
**Abu** [15] - 4901:23, 4902:6, 4905:21, 4906:3, 4906:7, 4906:10, 4912:10, 4915:20, 4917:20, 4923:6, 4925:9, 4928:13, 4937:4, 4946:10, 4949:3
**ABU** [1] - 4865:6
**access** [6] - 4879:17, 4879:24, 4880:2, 4880:14, 4887:2, 4887:24
**accessed** [2] - 4885:12, 4893:17
**according** [2] - 4887:4, 4936:15
**account** [7] - 4875:16, 4875:22, 4875:25, 4876:6, 4877:14, 4877:17, 4877:18
**accounts** [1] - 4876:16
**accurate** [1] - 4951:7
**achieved** [1] - 4936:11
**action** [2] - 4907:2, 4907:10
**Action** [1] - 4865:3
**actions** [1] - 4902:6
**activated** [1] - 4877:16
**actual** [2] - 4899:20, 4910:1
**added** [3] - 4895:25, 4896:2, 4902:16
**addition** [1] - 4874:3
**additional** [2] - 4902:16, 4950:16
**address** [6] - 4893:3,

4893:6, 4899:13, 4901:14, 4906:23, 4950:1
**Adel** [17] - 4877:25, 4878:6, 4878:8, 4878:15, 4878:19, 4879:6, 4880:17, 4880:22, 4881:1, 4881:2, 4881:10, 4881:11, 4881:15, 4881:16, 4881:17
**administration** [2] - 4911:4, 4948:5
**admissibility** [1] - 4899:25
**admit** [1] - 4912:25
**admitted** [30] - 4912:1, 4912:3, 4912:17, 4912:19, 4915:14, 4916:15, 4916:21, 4917:2, 4918:24, 4919:20, 4920:5, 4921:1, 4921:10, 4921:23, 4922:12, 4923:10, 4923:24, 4924:12, 4925:15, 4926:2, 4927:8, 4927:21, 4928:7, 4929:1, 4929:15, 4930:10, 4931:17, 4932:16, 4933:4, 4934:1
**admitting** [1] - 4912:23
**admonish** [1] - 4902:8
**advised** [4] - 4870:21, 4907:4, 4907:7, 4908:6
**advisement** [1] - 4901:10
**affect** [1] - 4872:6
**afternoon** [1] - 4869:3
**afterwards** [1] - 4878:25
**agency** [2] - 4886:12, 4886:21
**Agent** [3] - 4882:6, 4884:16, 4904:10
**agent** [2] - 4882:10, 4882:12
**agents** [3] - 4878:24, 4882:4, 4883:22
**ago** [2] - 4903:4, 4917:24
**agreed** [1] - 4907:18
**Ahmed** [8] - 4912:10, 4915:20, 4917:9, 4918:9, 4925:9, 4932:3, 4946:10, 4949:3

**AHMED** [1] - 4865:6
**aided** [1] - 4865:24
**airport** [3] - 4940:3, 4940:9
**Ajdabiya** [5] - 4943:4, 4943:22, 4945:19, 4945:21, 4946:18
**akin** [1] - 4912:23
**Al** [19] - 4893:7, 4893:9, 4915:10, 4919:7, 4920:13, 4923:8, 4925:13, 4925:21, 4926:7, 4927:6, 4928:15, 4928:20, 4929:6, 4932:3, 4932:9, 4932:21, 4937:19, 4939:6
**al** [2] - 4896:15, 4920:13
**Al-Amari** [3] - 4928:15, 4928:20, 4929:6
**Al-Bakoush** [1] - 4920:13
**Al-Birnawi** [1] - 4919:7
**al-Daif** [1] - 4896:15
**Al-Fadhil** [1] - 4939:6
**Al-Fitori** [3] - 4932:3, 4932:9, 4932:21
**Al-Imam** [3] - 4925:13, 4925:21, 4926:7
**Al-Laithi** [3] - 4893:7, 4893:9
**Al-Majrisi** [1] - 4915:10
**Al-Naihum** [1] - 4923:8
**Al-Saadi** [1] - 4937:19
**al-Zubayr** [1] - 4920:13
**Al-Zway** [1] - 4927:6
**Ali** [78] - 4869:12, 4870:2, 4870:22, 4871:1, 4901:19, 4902:5, 4904:2, 4904:12, 4905:12, 4909:3, 4909:17, 4909:24, 4909:25, 4910:5, 4910:13, 4911:23, 4912:3, 4914:11, 4914:17, 4915:7, 4915:10, 4915:13, 4916:4, 4917:4, 4917:8, 4917:17, 4918:8, 4918:21, 4918:23, 4919:12, 4919:22, 4920:4, 4920:18, 4921:3, 4921:12, 4922:4, 4922:15,

4922:25, 4923:16, 4924:2, 4924:11, 4924:23, 4925:21, 4926:5, 4926:15, 4927:14, 4927:24, 4928:6, 4928:19, 4929:4, 4929:14, 4930:3, 4930:13, 4930:21, 4931:16, 4931:17, 4932:8, 4932:19, 4933:3, 4933:18, 4934:4, 4934:10, 4935:14, 4937:17, 4938:23, 4939:24, 4941:11, 4941:15, 4942:6, 4942:25, 4945:6, 4945:10, 4945:25, 4946:16, 4947:4, 4947:11, 4947:17
**ALI** [2] - 4867:5, 4909:10
**Ali's** [2] - 4871:3, 4871:8
**alike** [1] - 4878:10, 4878:16, 4878:17
**alive** [1] - 4917:11
**alleging** [1] - 4902:7
**allow** [3] - 4869:6, 4901:2, 4905:1
**allowed** [2] - 4901:25, 4906:14
**alluded** [1] - 4904:15
**alone** [1] - 4942:8
**Amari** [3] - 4928:15, 4928:20, 4929:6
**Ambassador** [6] - 4901:21, 4901:24, 4902:2, 4903:18, 4904:2, 4905:19
**ambassador** [2] - 4903:22, 4906:8
**AMERICA** [1] - 4865:3
**America** [2] - 4904:17, 4911:6
**American** [4] - 4903:21, 4903:22, 4904:16, 4906:11
**Andrew** [1] - 4882:10
**animus** [2] - 4904:16, 4906:12
**answer** [4] - 4880:6, 4940:19, 4946:15, 4947:8
**answered** [1] - 4880:3
**anti** [3] - 4903:21, 4904:16, 4906:11
**anti-American** [3] - 4903:21, 4904:16, 4906:11

**anticipate** [2] - 4871:2, 4871:7
**anyway** [1] - 4880:8
**apologize** [3] - 4868:13, 4897:13, 4916:23
**appear** [2] - 4876:4, 4946:21
**APPEARANCES** [2] - 4865:12, 4866:1
**appeared** [1] - 4877:2
**appearing** [1] - 4879:5
**apple** [1] - 4916:20
**applying** [1] - 4896:1, 4896:4
**apprehend** [1] - 4940:7
**approach** [23] - 4868:2, 4871:20, 4885:24, 4888:9, 4888:25, 4894:3, 4897:1, 4912:20, 4914:7, 4916:1, 4919:8, 4920:14, 4922:1, 4923:13, 4925:18, 4927:11, 4928:16, 4929:24, 4930:22, 4932:4, 4933:14, 4940:10, 4949:8
**approachable** [1] - 4947:3
**appropriate** [1] - 4870:11
**approval** [1] - 4907:17
**April** [1] - 4942:22
**Arabic** [5] - 4890:16, 4910:8, 4910:11, 4913:10, 4944:25
**Arabized** [2] - 4890:8, 4890:9
**area** [2] - 4939:5, 4945:25
**areas** [2] - 4943:5, 4945:18
**argument** [2] - 4901:10, 4913:23
**arguments** [1] - 4899:23
**armed** [2] - 4948:11, 4948:25
**arms** [3] - 4942:6, 4947:20, 4948:10
**army** [1] - 4942:23
**arrived** [3] - 4871:15, 4882:1, 4937:20
**article** [2] - 4872:11, 4873:14
**ascertain** [1] - 4888:17
**aside** [1] - 4889:23

**assistance** [1] - 4938:18
**assume** [2] - 4902:10, 4902:12
**attached** [1] - 4907:3
**attack** [1] - 4899:18
**attorney** [1] - 4891:18
**ATTORNEY'S** [1] - 4865:14
**Attorney's** [2] - 4878:24, 4882:4
**August** [2] - 4947:13, 4947:14
**authority** [1] - 4904:19
**authorized** [1] - 4880:14
**automatic** [1] - 4942:20
**available** [2] - 4870:23, 4908:18
**Avenue** [4] - 4866:3, 4866:11, 4951:14
**average** [2] - 4944:16, 4949:7
**avoid** [1] - 4949:19
**awhile** [2] - 4941:1, 4941:3
**Aymen** [4] - 4896:15, 4915:25, 4916:6, 4916:7

**B**

**BAACH** [1] - 4866:3
**Bakoush** [3] - 4920:13, 4920:19, 4921:5
**Barghathi** [1] - 4912:14
**base** [2] - 4936:9, 4939:25
**based** [4] - 4873:6, 4873:17, 4873:21, 4946:21
**basement** [1] - 4869:19
**basis** [7] - 4872:19, 4894:13, 4898:13, 4898:21, 4898:22, 4899:17, 4899:22
**bathroom** [1] - 4906:18
**beard** [2] - 4878:12, 4878:15
**became** [2] - 4941:22, 4942:10
**become** [1] - 4943:11
**BEFORE** [1] - 4865:10
**beforehand** [1] -

4871:20
**began** [9] - 4894:22, 4899:19, 4934:21, 4935:14, 4936:4, 4937:17, 4940:20, 4940:22, 4941:18
**begin** [2] - 4909:8, 4935:21
**beginning** [13] - 4919:5, 4921:18, 4931:25, 4933:10, 4936:21, 4937:15, 4937:16, 4941:16, 4942:12, 4942:13, 4943:4, 4944:1, 4945:19
**behaved** [1] - 4949:5
**belaboring** [1] - 4905:5
**belatedly** [1] - 4903:2
**belonged** [1] - 4888:18
**bench** [16] - 4868:6, 4871:9, 4871:22, 4874:13, 4894:5, 4894:20, 4897:4, 4897:19, 4912:22, 4914:6, 4930:25, 4931:12, 4940:13, 4941:9, 4949:11, 4949:16
**benefits** [2] - 4902:11, 4902:22
**Benghazi** [38] - 4893:11, 4893:17, 4895:24, 4899:19, 4901:19, 4904:3, 4904:7, 4904:8, 4904:14, 4905:20, 4905:22, 4905:24, 4909:17, 4910:15, 4910:20, 4911:5, 4911:11, 4911:13, 4911:16, 4911:18, 4927:4, 4935:22, 4935:23, 4936:21, 4937:2, 4937:18, 4938:1, 4938:3, 4938:10, 4938:24, 4939:17, 4942:13, 4943:4, 4943:6, 4948:16, 4948:18, 4948:21
**best** [1] - 4951:8
**between** [3] - 4869:11, 4879:1, 4879:2
**beyond** [3] - 4874:5, 4892:23, 4906:13
**bill** [1] - 4877:20
**Bin** [13] - 4940:24,

4943:18, 4943:20,
4944:5, 4944:8,
4945:5, 4945:12,
4945:15, 4945:18,
4945:25, 4946:2,
4946:17, 4947:4
**Birka** [1] - 4939:5
**Birnawi** [3] - 4919:7,
4919:14, 4919:25
**bit** [1] - 4879:6
**Blablu** [3] - 4921:21,
4922:5, 4922:18
**black** [4] - 4883:9,
4944:23, 4944:24,
4944:25
**Blackwater** [1] -
4913:16
**blood** [1] - 4936:10
**bloodshed** [1] -
4937:20
**blue** [1] - 4918:19
**bodies** [1] - 4948:3
**boil** [1] - 4938:1
**bomb** [1] - 4939:17
**bombs** [1] - 4939:23
**born** [2] - 4909:17,
4910:14
**boss** [2] - 4881:17,
4887:5
**break** [8] - 4868:24,
4897:11, 4897:14,
4897:16, 4897:22,
4906:18, 4949:18,
4950:7
**Brega** [1] - 4943:4
**brief** [1] - 4950:21
**briefly** [4] - 4868:2,
4897:9, 4936:16
**brigade** [4] - 4939:5,
4939:7, 4939:8,
4949:2
**bring** [7] - 4869:6,
4869:18, 4886:2,
4887:11, 4907:5,
4907:6, 4908:17
**brought** [2] - 4869:15,
4885:19
**Bruzayza** [3] -
4933:13, 4933:19,
4934:6
**Bubaker** [1] - 4893:1
**Building** [1] - 4865:15
**building** [1] - 4869:19
**burgundy** [1] -
4874:22
**business** [3] - 4898:5,
4911:4, 4911:17
**businessman** [1] -
4911:17
**but..** [1] - 4913:6

**buy** [2] - 4877:17,
4877:24
**BY** [7] - 4875:5,
4891:13, 4894:21,
4909:12, 4914:10,
4931:15, 4941:10

# C

**cables** [1] - 4903:5
**calm** [1] - 4938:7
**camera** [2] - 4870:4,
4896:4
**cameras** [1] - 4885:9
**camp** [1] - 4942:21
**camps** [1] - 4936:15
**cannot** [2] - 4906:2,
4942:4
**capture** [1] - 4941:11
**car** [1] - 4945:3
**card** [7] - 4877:21,
4877:24, 4894:25,
4895:1, 4895:2,
4895:5, 4900:14
**care** [2] - 4938:8,
4948:13
**carefully** [1] - 4905:13
**carried** [3] - 4939:1,
4939:2, 4942:17
**carrying** [2] - 4938:17,
4944:23
**case** [11] - 4886:11,
4899:11, 4902:1,
4902:14, 4906:4,
4913:15, 4913:16,
4949:18, 4949:19
**casualties** [1] -
4948:14
**causes** [1] - 4880:9
**Center** [1] - 4865:15
**certain** [4] - 4934:11,
4937:3, 4939:17,
4948:2
**certainly** [1] - 4869:13
**CERTIFICATE** [1] -
4951:3
**certify** [1] - 4951:6
**chambers** [1] - 4950:8
**chance** [1] - 4950:13
**change** [3] - 4895:20,
4895:23, 4899:21
**changed** [4] - 4871:5,
4894:10, 4902:17,
4942:22
**chaos** [2] - 4945:20,
4948:23
**charge** [1] - 4948:5
**charges** [1] - 4902:4
**chart** [5] - 4902:11,
4902:12, 4902:13,

4902:22, 4902:23
**charts** [1] - 4902:13
**check** [2] - 4902:12,
4931:8
**checked** [1] - 4877:9
**CHRISTOPHER** [1] -
4865:10
**CIPA** [2] - 4907:1,
4950:20
**cities** [2] - 4943:6,
4943:8
**citizen** [2] - 4941:20,
4941:25
**citizens** [1] - 4949:7
**city** [6] - 4935:21,
4935:24, 4943:24,
4948:17, 4949:5,
4949:7
**civilians** [1] - 4939:12
**claimed** [1] - 4935:4
**clarify** [4] - 4869:14,
4871:19, 4893:20,
4894:22
**Clarke** [3] - 4882:6,
4884:16, 4904:10
**classified** [7] - 4868:9,
4871:14, 4907:8,
4907:19, 4950:5,
4950:16, 4950:20
**clean** [1] - 4878:13
**clean-shaven** [1] -
4878:13
**clear** [2] - 4872:5,
4913:19
**clearly** [1] - 4902:1
**close** [2] - 4947:1,
4947:2
**closing** [1] - 4913:23
**Coalition** [1] - 4948:4
**colleague** [1] -
4908:10
**collect** [1] - 4908:12
**color** [6] - 4889:1,
4892:14, 4892:16,
4892:17, 4892:18,
4892:19
**COLUMBIA** [1] -
4865:1
**combat** [2] - 4872:18,
4942:25
**comfort** [1] - 4879:3
**comfortable** [3] -
4879:3, 4910:8,
4910:9
**coming** [3] - 4869:5,
4901:16, 4901:20
**compare** [1] - 4876:10
**compel** [2] - 4868:20,
4950:19
**competent** [1] -

4901:3
**complain** [1] - 4888:16
**complaint** [2] -
4886:9, 4886:15
**complaints** [1] -
4886:7
**complete** [2] - 4939:1,
4951:8
**completed** [1] -
4911:10
**completely** [1] -
4937:15
**completes** [1] -
4870:25
**complies** [12] -
4914:21, 4916:12,
4919:18, 4920:23,
4922:9, 4923:21,
4925:25, 4927:18,
4928:23, 4930:7,
4932:13, 4933:23
**compromise** [1] -
4913:24
**computer** [5] -
4865:24, 4876:25,
4889:20, 4889:25,
4890:6
**computer-aided** [1] -
4865:24
**computer-generated**
[1] - 4889:20
**computer-program-
generated** [1] -
4890:6
**concerned** [2] -
4881:17, 4942:17
**concerning** [1] -
4898:10
**concerns** [3] - 4869:7,
4869:13, 4870:9
**conclude** [1] - 4897:16
**concluded** [2] -
4870:10, 4947:17
**conditions** [1] -
4948:21
**conference** [16] -
4868:5, 4871:9,
4871:21, 4874:13,
4894:4, 4894:20,
4897:3, 4897:19,
4912:21, 4914:6,
4930:24, 4931:12,
4940:12, 4941:9,
4949:10, 4949:16
**confirmed** [1] -
4905:14
**congregated** [1] -
4939:8
**conjunction** [1] -
4905:13

**considered** [1] -
4944:15
**consistent** [1] -
4903:21
**constitutes** [1] -
4951:6
**Constitution** [2] -
4866:11, 4951:14
**construing** [1] -
4950:19
**consult** [1] - 4950:7
**Contact** [2] - 4903:7,
4903:8
**contact** [3] - 4881:14,
4903:6, 4903:12
**contacted** [1] - 4879:7
**Contacts** [2] - 4903:9,
4903:10
**contacts** [7] - 4879:1,
4879:2, 4903:11,
4905:8, 4905:12,
4905:16, 4917:18
**contain** [2] - 4870:12,
4903:5
**contains** [1] - 4898:7
**contested** [2] -
4931:3, 4931:6
**continue** [1] - 4906:2
**Continued** [2] -
4865:23, 4875:4
**CONTINUED** [1] -
4866:1
**control** [3] - 4904:20,
4949:1, 4949:5
**COOPER** [1] - 4865:10
**coordination** [1] -
4945:22
**copy** [1] - 4885:21
**corner** [7] - 4916:10,
4920:2, 4924:7,
4926:9, 4928:4,
4929:9, 4934:8
**correct** [65] - 4875:10,
4875:17, 4875:19,
4875:22, 4876:1,
4876:6, 4876:14,
4876:18, 4876:22,
4877:1, 4877:5,
4877:13, 4877:16,
4877:20, 4878:1,
4878:4, 4879:7,
4879:12, 4879:14,
4879:17, 4879:24,
4880:2, 4880:8,
4880:12, 4881:19,
4882:4, 4882:6,
4882:12, 4882:15,
4882:21, 4882:25,
4883:3, 4883:7,
4883:22, 4884:2,

4884:5, 4884:10, 4884:13, 4884:24, 4885:2, 4885:4, 4885:10, 4885:14, 4885:18, 4886:6, 4886:10, 4886:15, 4886:19, 4886:25, 4887:3, 4887:9, 4887:20, 4888:2, 4888:15, 4889:18, 4889:21, 4890:7, 4890:10, 4890:15, 4892:11, 4893:18, 4895:10, 4895:21, 4902:21, 4950:6
**correctly** [1] - 4917:8
**counsel** [1] - 4906:21
**counting** [1] - 4873:19
**countries** [1] - 4947:5
**country** [6] - 4881:3, 4910:22, 4935:9, 4935:16, 4942:1, 4948:8
**course** [8] - 4870:19, 4887:7, 4935:20, 4936:17, 4939:3, 4939:11, 4939:15, 4942:9
**COURT** [139] - 4865:1, 4868:2, 4868:7, 4868:10, 4868:12, 4868:16, 4868:19, 4868:23, 4869:9, 4869:17, 4870:5, 4871:12, 4871:24, 4872:8, 4872:17, 4872:24, 4873:1, 4873:5, 4873:18, 4873:25, 4874:6, 4874:12, 4874:15, 4874:17, 4874:21, 4874:24, 4880:5, 4885:25, 4888:10, 4891:9, 4892:2, 4892:25, 4893:24, 4894:3, 4894:6, 4894:9, 4894:14, 4894:16, 4894:19, 4896:24, 4897:2, 4897:8, 4897:14, 4897:20, 4898:1, 4898:18, 4899:6, 4899:10, 4900:4, 4900:9, 4901:9, 4901:13, 4901:16, 4902:24, 4903:16, 4904:25, 4905:6, 4906:5, 4906:15, 4906:19, 4907:10, 4907:25, 4908:3,

4908:15, 4908:19, 4908:22, 4909:1, 4909:4, 4909:7, 4909:9, 4909:23, 4911:20, 4913:2, 4913:5, 4913:24, 4914:4, 4914:9, 4914:23, 4915:5, 4916:3, 4916:18, 4916:21, 4916:25, 4917:2, 4917:16, 4918:7, 4918:22, 4919:11, 4919:21, 4920:17, 4921:2, 4921:25, 4922:3, 4922:14, 4923:12, 4923:15, 4924:1, 4925:17, 4925:20, 4926:4, 4927:10, 4927:13, 4927:23, 4928:18, 4929:3, 4930:2, 4930:12, 4930:22, 4931:1, 4931:3, 4931:5, 4931:10, 4931:14, 4932:7, 4932:18, 4933:17, 4934:3, 4940:11, 4940:17, 4940:25, 4941:3, 4941:8, 4944:20, 4945:8, 4946:4, 4946:8, 4946:13, 4946:15, 4947:9, 4949:9, 4949:12, 4949:14, 4949:17, 4950:4, 4950:8, 4950:11, 4950:14, 4950:18, 4951:3
**court** [7] - 4871:15, 4879:5, 4907:5, 4907:6, 4908:13, 4910:3, 4912:25
**Court** [33] - 4866:10, 4866:10, 4869:4, 4869:6, 4869:11, 4869:14, 4870:4, 4870:6, 4870:11, 4870:15, 4871:14, 4872:5, 4873:10, 4873:15, 4874:10, 4878:9, 4883:15, 4897:18, 4898:4, 4898:6, 4898:17, 4899:16, 4901:14, 4902:8, 4903:3, 4904:15, 4905:11, 4905:15, 4908:10, 4913:22, 4946:15, 4950:2, 4951:12
**Court's** [2] - 4896:21, 4950:13

**courthouse** [4] - 4869:7, 4869:15, 4897:22, 4913:15
**Courthouse** [2] - 4866:11, 4951:13
**courtroom** [9] - 4869:4, 4869:16, 4869:20, 4874:14, 4897:9, 4897:25, 4908:25, 4918:11, 4949:21
**COURTROOM** [2] - 4869:21, 4906:21
**covers** [1] - 4905:11
**CRABB** [93] - 4865:13, 4868:9, 4868:11, 4868:13, 4868:17, 4868:21, 4869:1, 4869:10, 4869:22, 4870:14, 4870:19, 4871:6, 4871:13, 4871:17, 4874:10, 4897:10, 4899:14, 4904:1, 4905:4, 4905:7, 4906:17, 4908:5, 4908:16, 4908:20, 4909:3, 4909:8, 4909:12, 4909:21, 4911:19, 4911:22, 4911:25, 4912:15, 4912:20, 4913:4, 4913:7, 4914:5, 4914:7, 4914:10, 4915:3, 4915:6, 4916:1, 4916:14, 4916:20, 4916:23, 4917:1, 4917:3, 4918:20, 4919:8, 4919:19, 4920:14, 4920:25, 4921:9, 4921:22, 4922:1, 4922:11, 4922:22, 4923:9, 4923:13, 4923:23, 4924:20, 4925:14, 4925:18, 4926:1, 4926:12, 4927:1, 4927:11, 4927:20, 4928:16, 4928:25, 4929:11, 4929:13, 4929:24, 4930:9, 4931:2, 4931:11, 4931:13, 4931:15, 4932:1, 4932:4, 4932:15, 4933:14, 4933:25, 4940:18, 4941:2, 4941:10, 4945:9, 4947:7, 4949:8, 4949:13, 4949:15, 4950:12,

4950:15, 4950:25
**Crabb** [5] - 4868:3, 4899:12, 4903:16, 4909:1, 4930:22
**Crabb's** [1] - 4897:8
**Crabb).....................
............** [1] - 4867:6
**created** [4] - 4898:12, 4898:13, 4900:3, 4900:24
**credit** [1] - 4877:14
**crime** [1] - 4904:16
**Criminal** [1] - 4865:3
**CROSS** [1] - 4875:4
**cross** [11] - 4872:7, 4873:21, 4874:2, 4874:5, 4874:25, 4892:5, 4894:7, 4896:5, 4902:25, 4907:22, 4941:6
**CROSS-EXAMINATION** [1] - 4875:4
**cross-examination** [6] - 4872:7, 4873:21, 4874:2, 4892:5, 4896:5, 4907:22
**cross-examined** [1] - 4894:7
**CRR** [3] - 4866:10, 4951:5, 4951:12
**cruelty** [2] - 4938:21, 4939:4
**current** [1] - 4870:25
**customer** [2] - 4875:22, 4899:20
**customers** [2] - 4893:21, 4894:24
**cut** [1] - 4905:3

## D

**D.C** [1] - 4865:19
**Daif** [1] - 4896:15
**data** [3] - 4876:8, 4881:10, 4887:11
**date** [2] - 4872:6, 4883:4
**Dated** [1] - 4951:10
**days** [1] - 4883:2
**DC** [5] - 4865:16, 4865:20, 4866:4, 4866:12, 4951:14
**DCL** [2] - 4889:19
**dead** [3] - 4917:11, 4917:12, 4917:25
**deal** [3] - 4870:24, 4890:1, 4941:8
**dealings** [2] - 4911:18
**dealt** [5] - 4890:3,

4890:6, 4890:9, 4903:17, 4937:5
**death** [1] - 4918:3
**declaration** [1] - 4950:17
**Defendant** [3] - 4865:7, 4865:18, 4866:2
**defendant** [7] - 4872:12, 4873:13, 4904:6, 4904:10, 4904:12, 4918:21, 4940:23
**defendant's** [3] - 4904:17, 4904:19, 4904:23
**DEFENDER** [1] - 4865:19
**Defense** [2] - 4870:1, 4907:14
**defense** [19] - 4868:20, 4870:9, 4870:13, 4870:21, 4891:17, 4898:2, 4899:24, 4905:9, 4905:11, 4905:15, 4908:18, 4912:1, 4913:9, 4921:9, 4922:22, 4924:20, 4926:12, 4950:21, 4950:22
**defense's** [1] - 4868:22
**defer** [1] - 4913:5
**delay** [2] - 4907:9, 4907:23
**demonstrating** [1] - 4937:3
**demonstration** [1] - 4937:1
**demonstrative** [2] - 4912:19, 4913:3
**Department** [2] - 4870:1, 4907:14
**depicted** [7] - 4912:7, 4921:15, 4925:1, 4925:7, 4926:18, 4926:21, 4933:7
**DEPUTY** [2] - 4869:21, 4906:21
**derivative** [1] - 4908:7
**describe** [3] - 4878:8, 4878:11, 4917:17
**described** [2] - 4934:10, 4941:16
**description** [1] - 4882:11
**designed** [1] - 4902:1
**details** [1] - 4887:16
**deteriorated** [1] -

4939:14
**determined** [1] - 4872:5
**developed** [1] - 4906:11
**dictator** [5] - 4935:11, 4935:13, 4936:7, 4936:12
**died** [1] - 4917:13
**different** [14] - 4876:14, 4876:17, 4876:20, 4877:8, 4896:17, 4904:6, 4925:4, 4926:21, 4926:23, 4936:14, 4944:11, 4944:22, 4945:22
**differently** [1] - 4931:9
**difficult** [1] - 4944:4
**digital** [1] - 4896:4
**Dijawi** [6] - 4896:15, 4915:25, 4916:6, 4916:7, 4917:11, 4917:19
**Dijawi's** [2] - 4917:25, 4918:3
**DiLorenzo** [2] - 4865:13, 4882:18
**diplomatic** [2] - 4904:7, 4904:13
**DIRECT** [1] - 4909:11
**direct** [9] - 4871:3, 4871:8, 4888:20, 4892:9, 4892:13, 4892:20, 4893:16, 4898:18, 4898:25
**directly** [2] - 4904:9, 4904:14
**directorate** [4] - 4937:2, 4937:12, 4937:14, 4937:24
**disabled** [1] - 4885:9
**disagree** [1] - 4898:6
**discussions** [1] - 4949:18
**dislike** [1] - 4906:3
**dismissed** [1] - 4896:25
**display** [1] - 4913:2
**distance** [1] - 4917:21
**distinctive** [1] - 4944:22
**DISTRICT** [3] - 4865:1, 4865:1, 4865:10
**district** [1] - 4893:9
**divided** [1] - 4936:14
**dock** [1] - 4901:21
**docks** [1] - 4906:8
**document** [6] - 4885:23, 4886:16,

4888:6, 4889:23, 4907:3, 4922:20
**documents** [9] - 4870:3, 4870:6, 4870:17, 4888:5, 4888:12, 4888:14, 4905:10, 4905:15, 4908:7
**DOD** [3] - 4870:21, 4907:13, 4908:11
**done** [2] - 4908:17, 4922:7
**door** [4] - 4868:18, 4872:4, 4872:6, 4941:7
**double** [3] - 4898:7, 4899:1, 4902:12
**double-check** [1] - 4902:12
**down** [2] - 4884:22, 4916:10
**dress** [2] - 4883:9, 4944:22
**drive** [1] - 4945:3
**dropped** [1] - 4947:20
**during** [9] - 4874:2, 4886:5, 4888:20, 4894:10, 4935:9, 4937:6, 4946:18, 4946:19, 4948:14

## E

**earned** [1] - 4911:14
**easily** [1] - 4947:2
**eastern** [1] - 4943:8
**educated** [1] - 4947:25
**Egypt** [1] - 4938:13
**eight** [1] - 4934:25
**either** [2] - 4889:24, 4908:16
**elected** [1] - 4935:3
**electronic** [1] - 4890:23
**elicit** [5] - 4901:25, 4902:8, 4903:20, 4903:24, 4904:2
**eliminate** [1] - 4904:22
**ELSAYED** [1] - 4866:2
**email** [3] - 4868:7, 4869:21, 4907:4
**employees** [1] - 4881:19
**encourages** [1] - 4904:24
**end** [10] - 4871:9, 4874:13, 4888:21, 4894:20, 4897:19, 4914:6, 4931:12, 4941:9, 4947:12,

4949:16
**engage** [1] - 4942:25
**English** [1] - 4910:5
**ensure** [2] - 4902:22, 4903:13
**enter** [1] - 4891:4
**entered** [1] - 4891:1
**enters** [3] - 4869:20, 4874:14, 4908:25
**entire** [1] - 4870:7
**entities** [1] - 4948:3
**entitled** [1] - 4870:13
**entity** [2] - 4905:14, 4948:6
**entity's** [2] - 4905:12, 4948:7
**entrance** [2] - 4869:4, 4869:16
**entries** [1] - 4902:19
**entry** [2] - 4869:3, 4902:17
**escape** [1] - 4941:12
**escaped** [2] - 4940:3, 4941:13
**ESQ** [7] - 4865:13, 4865:13, 4865:14, 4865:18, 4865:18, 4866:2, 4866:2
**essentially** [1] - 4898:19
**establish** [1] - 4898:5
**established** [1] - 4898:24
**establishing** [1] - 4898:23
**event** [1] - 4944:3
**events** [4] - 4895:24, 4935:25, 4937:17, 4944:2
**eventually** [5] - 4935:15, 4938:24, 4939:24, 4942:25, 4943:17
**every-day** [1] - 4903:19
**evidence** [4] - 4893:13, 4897:6, 4899:14, 4906:4
**evil** [1] - 4904:18
**ex** [1] - 4950:21
**exactly** [3] - 4878:11, 4890:5, 4907:12
**EXAMINATION** [3] - 4875:4, 4891:12, 4909:11
**examination** [10] - 4872:7, 4873:21, 4874:2, 4875:1, 4892:5, 4892:9, 4892:20, 4893:16,

4896:5, 4907:22
**examined** [2] - 4894:7, 4905:13
**example** [1] - 4942:17
**Excel** [7] - 4889:17, 4889:25, 4890:5, 4890:16, 4890:17, 4890:18, 4890:20
**except** [3] - 4873:8, 4877:3, 4877:11
**excuse** [2] - 4909:4, 4916:8
**Exhibit** [44] - 4885:2, 4889:14, 4893:15, 4896:8, 4896:19, 4912:2, 4912:4, 4912:16, 4914:12, 4915:4, 4915:14, 4916:5, 4916:15, 4918:24, 4919:9, 4919:20, 4920:5, 4920:16, 4921:1, 4921:11, 4921:12, 4921:23, 4922:12, 4923:10, 4923:24, 4924:12, 4924:23, 4925:15, 4926:2, 4926:14, 4927:8, 4927:21, 4928:7, 4928:17, 4929:1, 4929:15, 4930:1, 4930:10, 4931:17, 4932:6, 4932:16, 4933:4, 4933:16, 4934:1
**exhibit** [13] - 4870:16, 4896:12, 4913:12, 4913:19, 4913:25, 4914:25, 4917:6, 4920:22, 4922:8, 4923:20, 4925:24, 4927:17, 4928:22
**exhibits** [1] - 4913:8
**Exhibits** [5] - 4876:25, 4882:24, 4898:3, 4922:24, 4924:22
**exits** [2] - 4897:25, 4949:21
**expect** [3] - 4868:12, 4940:20, 4950:15
**expensive** [1] - 4902:20
**experience** [1] - 4889:16
**experts** [1] - 4942:23
**explain** [8] - 4873:22, 4890:17, 4911:13, 4914:4, 4936:3, 4942:10, 4947:24
**explained** [2] - 4883:1,

4896:5, 4907:22

4885:11
**explanation** [1] - 4873:6
**extremism** [1] - 4938:8
**extremist** [1] - 4949:3

## F

**face** [3] - 4882:11, 4904:22, 4920:8
**faces** [1] - 4882:13
**fact** [4] - 4886:4, 4900:19, 4901:6, 4905:23
**Fadhil** [1] - 4939:6
**failed** [1] - 4948:20
**faint** [1] - 4932:23
**fair** [1] - 4941:5
**familiar** [4] - 4889:17, 4889:20, 4890:18, 4943:11
**families** [2] - 4938:12, 4942:15
**family** [2] - 4873:23, 4910:18
**famous** [3] - 4934:19, 4934:20, 4939:17
**far** [6] - 4872:18, 4874:5, 4906:13, 4934:25, 4936:11, 4942:17
**FARAJ** [1] - 4865:6
**Faraj** [1] - 4893:1
**fashion** [3] - 4907:9, 4908:8, 4933:10
**Fateh** [3] - 4937:4, 4937:11, 4937:13
**FBI** [12] - 4875:24, 4876:16, 4877:25, 4878:16, 4878:24, 4880:20, 4881:7, 4881:13, 4882:3, 4882:10, 4882:12, 4883:22
**February** [5] - 4934:21, 4934:22, 4936:20, 4937:1, 4942:22
**FEDERAL** [1] - 4865:19
**feed** [1] - 4901:22
**felt** [3] - 4939:3, 4939:4, 4949:3
**few** [2] - 4909:20, 4934:10
**fight** [8] - 4873:12, 4873:15, 4879:19, 4879:20, 4942:8, 4943:3, 4944:14,

4945:17
**fighting** [5] - 4943:11, 4945:23, 4946:1, 4946:18, 4948:12
**figure** [1] - 4903:6
**filed** [1] - 4949:23
**filing** [2] - 4868:9, 4871:14
**finally** [2] - 4903:1, 4903:5
**fine** [2] - 4869:9, 4897:15
**finish** [1] - 4869:25
**finishing** [1] - 4871:8
**fire** [2] - 4938:1, 4939:9
**fired** [1] - 4942:19
**first** [32] - 4871:24, 4875:15, 4875:21, 4877:25, 4878:23, 4879:6, 4884:19, 4885:1, 4885:6, 4886:1, 4886:16, 4891:22, 4896:11, 4897:8, 4901:17, 4903:7, 4903:10, 4903:17, 4904:5, 4905:1, 4909:6, 4909:24, 4909:25, 4910:11, 4919:24, 4921:12, 4922:25, 4924:4, 4924:23, 4934:17, 4940:19, 4943:20
**fit** [1] - 4949:6
**Fitori** [3] - 4932:3, 4932:9, 4932:21
**flag** [3] - 4944:23, 4944:24, 4944:25
**Flanary** [1] - 4866:9
**flies** [1] - 4904:22
**FM** [1] - 4938:3
**follow** [1] - 4940:9
**followed** [1] - 4940:5
**following** [8] - 4868:5, 4871:21, 4894:4, 4897:3, 4912:21, 4930:24, 4940:12, 4949:10
**FOR** [2] - 4865:1, 4865:19
**forces** [1] - 4943:1
**foregoing** [1] - 4951:6
**form** [2] - 4893:2, 4898:20
**formal** [1] - 4910:7
**format** [3] - 4890:14, 4890:23, 4891:2
**formed** [1] - 4948:3
**forth** [2] - 4883:13,

4900:1
**forward** [1] - 4894:12
**fought** [2] - 4945:17, 4948:14
**foundation** [5] - 4917:15, 4944:19, 4945:8, 4946:3, 4947:6
**four** [2] - 4873:11, 4873:16
**fourth** [1] - 4944:2
**Fourth** [1] - 4865:15
**free** [1] - 4901:11
**Friday** [1] - 4869:3
**friend** [3] - 4878:3, 4880:25, 4887:22
**friends** [2] - 4887:22, 4942:14
**front** [6] - 4918:18, 4918:19, 4937:2, 4937:24, 4945:3, 4946:18
**full** [1] - 4951:7
**fun** [1] - 4942:19

# G

**Gaddafi** [10] - 4935:2, 4935:6, 4935:9, 4935:18, 4937:6, 4937:25, 4938:6, 4938:18, 4939:5, 4947:18
**Gaddafi's** [11] - 4937:18, 4937:20, 4938:5, 4938:23, 4939:7, 4939:25, 4940:2, 4940:9, 4941:11, 4943:1, 4947:15
**gelatin** [1] - 4939:18
**gelatina** [1] - 4939:18
**general** [5] - 4911:14, 4935:9, 4936:3, 4936:16, 4937:22
**generated** [2] - 4889:20, 4890:6
**gentleman** [1] - 4946:10
**gentlemen** [9] - 4892:7, 4893:5, 4893:20, 4909:16, 4911:14, 4914:15, 4914:23, 4915:23, 4917:18
**given** [4] - 4895:2, 4898:9, 4899:9, 4948:2
**God** [1] - 4945:1
**governing** [1] - 4949:1

**government** [31] - 4870:3, 4870:5, 4870:17, 4871:2, 4880:21, 4885:1, 4886:12, 4886:22, 4888:2, 4889:4, 4889:8, 4889:12, 4897:20, 4901:10, 4901:18, 4901:22, 4902:6, 4902:8, 4902:10, 4902:21, 4902:24, 4903:3, 4903:13, 4905:12, 4906:2, 4907:1, 4907:4, 4907:18, 4941:5, 4949:23, 4950:22
**Government's** [42] - 4893:15, 4896:8, 4912:1, 4912:4, 4912:15, 4914:12, 4915:4, 4915:14, 4916:5, 4916:14, 4918:24, 4919:9, 4919:19, 4920:5, 4920:16, 4920:25, 4921:10, 4921:12, 4921:22, 4922:11, 4922:23, 4923:9, 4923:23, 4924:12, 4924:21, 4925:14, 4926:1, 4926:13, 4927:7, 4927:20, 4928:7, 4928:17, 4928:25, 4929:15, 4929:25, 4930:9, 4931:17, 4932:6, 4932:15, 4933:4, 4933:15, 4933:25
**government's** [2] - 4869:24, 4897:23
**graduated** [2] - 4911:2, 4911:5
**grant** [1] - 4918:7
**great** [1] - 4950:24
**group** [12] - 4883:25, 4938:11, 4942:8, 4942:11, 4942:14, 4943:17, 4944:5, 4944:8, 4945:17, 4946:23, 4948:19, 4948:25
**groups** [6] - 4943:12, 4943:14, 4945:22, 4947:21, 4948:12, 4949:2
**Groups** [1] - 4948:5
**guard** [4] - 4879:14, 4879:21, 4879:25, 4887:25

**guidelines** [1] - 4907:17
**gun** [1] - 4942:18

# H

**hand** [1] - 4887:12
**handed** [1] - 4888:1
**handing** [1] - 4887:15
**hang** [1] - 4914:22
**harassment** [1] - 4888:17
**hard** [3] - 4945:16, 4947:1, 4947:10
**heads** [1] - 4871:4
**hearing** [9] - 4868:6, 4871:22, 4894:5, 4897:4, 4912:22, 4930:25, 4940:13, 4949:11, 4950:22
**hearsay** [1] - 4872:13, 4873:7, 4873:9, 4898:7, 4898:14, 4899:1, 4899:4, 4900:5, 4900:15, 4900:17, 4900:22, 4918:6, 4946:7
**heightened** [1] - 4895:25
**HELD** [1] - 4865:10
**held** [10] - 4868:5, 4871:21, 4894:4, 4897:3, 4912:21, 4930:24, 4937:12, 4937:14, 4940:12, 4949:10
**help** [1] - 4906:12
**helped** [2] - 4888:17, 4905:20
**helping** [4] - 4872:18, 4901:21
**hereby** [1] - 4951:5
**hesitate** [1] - 4905:3
**hide** [1] - 4939:16
**high** [1] - 4887:2
**high-level** [1] - 4887:2
**HIMELSTEIN** [22] - 4865:14, 4871:10, 4871:25, 4872:22, 4872:25, 4873:3, 4873:8, 4873:20, 4874:9, 4880:3, 4891:11, 4891:13, 4891:19, 4892:7, 4893:14, 4894:7, 4894:15, 4894:18, 4894:21, 4895:16, 4896:21, 4896:23
**Himelstein** [11] -

4868:3, 4874:7, 4883:6, 4883:14, 4884:13, 4884:24, 4888:20, 4891:9, 4897:6, 4897:9, 4899:12
**Himelstein**...............
.............. [1] - 4867:4
**himself** [2] - 4873:22, 4914:24
**home** [1] - 4902:20
**honest** [1] - 4936:9
**Honor** [100] - 4868:11, 4868:13, 4869:1, 4869:22, 4869:23, 4870:14, 4871:10, 4871:13, 4871:18, 4872:2, 4872:22, 4874:1, 4875:2, 4880:4, 4885:24, 4888:9, 4888:25, 4891:6, 4891:8, 4892:1, 4892:23, 4893:23, 4893:25, 4897:1, 4897:10, 4897:15, 4898:2, 4899:14, 4901:12, 4901:17, 4903:1, 4904:1, 4905:4, 4905:18, 4906:17, 4906:23, 4908:5, 4908:21, 4909:3, 4909:8, 4909:21, 4911:19, 4911:22, 4911:25, 4912:15, 4912:18, 4912:20, 4913:7, 4914:5, 4914:7, 4915:3, 4916:1, 4916:14, 4916:17, 4916:23, 4917:14, 4918:5, 4918:20, 4919:8, 4919:19, 4920:14, 4920:25, 4921:9, 4921:22, 4922:11, 4922:22, 4923:9, 4923:23, 4924:20, 4925:14, 4926:1, 4926:12, 4927:7, 4927:20, 4928:16, 4928:25, 4929:11, 4929:13, 4929:24, 4930:9, 4931:11, 4931:13, 4932:1, 4932:4, 4932:15, 4933:14, 4933:25, 4940:10, 4940:18, 4944:18, 4945:7, 4945:9, 4946:7, 4946:12, 4947:7,

4958

4949:8, 4949:22, 4950:10, 4950:12, 4950:25
**HONORABLE** [1] - 4865:10
hotel [3] - 4878:20, 4879:4, 4905:24
Hotel [1] - 4938:9
house [2] - 4917:20, 4923:6
huge [1] - 4941:7
humanitarian [2] - 4905:20, 4906:8
hungry [1] - 4901:22
hunting [1] - 4939:16

## I

ID [8] - 4875:22, 4876:2, 4876:4, 4876:6, 4876:9, 4876:10, 4896:2, 4900:14
idea [1] - 4936:17
ideas [3] - 4944:21, 4945:6
identification [21] - 4875:16, 4875:25, 4893:22, 4894:8, 4894:23, 4894:25, 4895:1, 4895:2, 4895:5, 4895:8, 4895:10, 4914:1, 4916:5, 4920:15, 4922:23, 4923:1, 4924:21, 4926:13, 4929:25, 4932:5, 4933:15
identifications [1] - 4931:5
identified [25] - 4915:1, 4916:6, 4918:21, 4919:14, 4919:24, 4920:18, 4921:5, 4922:5, 4922:17, 4923:17, 4924:4, 4924:17, 4925:22, 4926:7, 4927:15, 4928:2, 4928:19, 4929:6, 4930:3, 4930:15, 4931:9, 4932:8, 4932:21, 4933:18, 4934:6
identify [2] - 4914:24, 4918:16
identifying [1] - 4918:14
ideology [2] - 4936:15, 4949:3

illegal [1] - 4939:15
Imam [3] - 4925:13, 4925:21, 4926:7
immediately [1] - 4877:17
implementation [1] - 4907:16
important [1] - 4940:23
improper [1] - 4902:7
IN [1] - 4865:1
inappropriate [1] - 4913:12
incident [1] - 4937:24
incidents [1] - 4936:18
includes [1] - 4903:9
including [2] - 4877:7, 4940:23
Indiana [1] - 4865:19
indicate [1] - 4914:25
indicated [1] - 4870:6
individual [8] - 4895:13, 4907:22, 4907:24, 4915:21, 4917:9, 4920:10, 4922:17, 4930:4
individual's [1] - 4895:18
individuals [1] - 4901:6
indulgence [1] - 4896:21
inflame [1] - 4902:2
influence [1] - 4904:20
information [29] - 4870:13, 4876:24, 4877:1, 4877:2, 4877:5, 4882:20, 4885:13, 4887:12, 4888:22, 4889:4, 4889:7, 4889:11, 4896:17, 4898:14, 4898:19, 4899:2, 4899:3, 4899:17, 4903:20, 4903:24, 4904:2, 4911:9, 4911:10, 4949:24, 4950:3, 4950:20
initial [1] - 4903:18
injured [1] - 4948:13
innocent [1] - 4940:7
insisted [3] - 4904:6, 4904:13, 4938:19
insisting [1] - 4938:17
instruction [1] - 4916:16
instructions [1] - 4887:4
intend [2] - 4903:24, 4904:1

intention [2] - 4870:24, 4905:4
interacting [2] - 4903:19, 4946:16
interest [1] - 4881:3
international [1] - 4934:19
internationally [1] - 4934:20
INTERPRETER [8] - 4883:15, 4890:17, 4890:21, 4895:14, 4909:6, 4936:24, 4938:25, 4944:7
Interpreters [1] - 4866:6
interrupt [1] - 4937:8
interview [1] - 4878:24
introduce [1] - 4909:15
introduced [2] - 4881:2, 4903:18
involved [8] - 4898:9, 4913:16, 4941:16, 4941:22, 4942:10, 4945:10, 4947:21, 4948:16
involves [1] - 4906:25
issue [17] - 4868:19, 4869:2, 4871:18, 4872:3, 4872:9, 4874:10, 4897:8, 4897:16, 4903:17, 4904:9, 4905:10, 4906:24, 4907:21, 4908:3, 4913:21, 4950:2
issues [5] - 4890:2, 4890:3, 4890:11, 4901:15, 4908:11
issuing [1] - 4946:25
IT [1] - 4911:9
itself [4] - 4897:6, 4898:5, 4904:12, 4948:25

## J

Jackson [1] - 4882:8
Jamaica [3] - 4927:6, 4927:15, 4928:1
Jarrah [13] - 4940:24, 4943:18, 4943:21, 4944:5, 4944:8, 4945:5, 4945:12, 4945:15, 4945:18, 4946:1, 4946:2, 4946:17, 4947:4
JEFFREY [1] - 4866:2
jeffrey.robinson@

lbkmlaw.com [1] - 4866:5
Jencks [1] - 4870:12
Jenkins [1] - 4869:17
job [11] - 4873:22, 4879:14, 4879:16, 4879:23, 4880:1, 4880:12, 4886:5, 4886:18, 4887:19, 4887:25, 4888:3
JOHN [1] - 4865:13
John.D.Crabb@ usdoj.gov [1] - 4865:17
joke [1] - 4938:12
JR [1] - 4865:13
Judge [1] - 4913:17
JUDGE [1] - 4865:10
Judiciary [1] - 4865:15
Julieanne [3] - 4883:10, 4883:18, 4884:13
JULIEANNE [1] - 4865:14
JUROR [2] - 4874:20, 4874:23
juror [1] - 4909:5
Juror [1] - 4874:21
jury [29] - 4868:6, 4871:22, 4874:14, 4891:19, 4892:4, 4893:14, 4893:21, 4894:5, 4897:4, 4897:24, 4897:25, 4906:3, 4908:25, 4909:16, 4909:21, 4911:14, 4912:22, 4913:20, 4914:15, 4915:4, 4915:9, 4915:23, 4917:18, 4930:25, 4931:22, 4934:17, 4940:13, 4949:11, 4949:21
JURY [2] - 4865:9, 4874:16
jury's [2] - 4897:18, 4902:2
Jutuf [1] - 4912:14

## K

Kalashnikov [1] - 4942:18
Kamel [1] - 4866:7
KAUFMANN [1] - 4866:3
keep [1] - 4890:14
keeps [2] - 4890:24, 4890:25
Ken [1] - 4908:10

kept [1] - 4891:2
Khalid [4] - 4923:8, 4929:23, 4930:16
KHATALLAH [1] - 4865:6
Khatallah [17] - 4901:23, 4902:6, 4905:21, 4906:3, 4906:7, 4906:10, 4912:10, 4915:20, 4917:9, 4918:2, 4918:9, 4924:18, 4925:9, 4928:13, 4946:11, 4946:16, 4949:3
Khatallah's [2] - 4917:20, 4923:6
killed [2] - 4937:7, 4940:7
kind [4] - 4887:3, 4890:10, 4890:23, 4892:17
knowledge [6] - 4898:10, 4899:2, 4906:7, 4942:16, 4944:14, 4947:25
known [4] - 4906:11, 4927:3, 4927:14, 4928:1
knows [2] - 4908:10, 4947:8
Kohl [1] - 4908:10

## L

lack [3] - 4898:10, 4944:19, 4947:6
ladies [9] - 4892:7, 4893:5, 4893:20, 4909:15, 4911:14, 4914:14, 4914:23, 4915:23, 4917:17
Laithi [3] - 4893:7, 4893:9
Lamberth [1] - 4913:17
language [1] - 4910:11
last [13] - 4891:22, 4903:3, 4905:7, 4907:4, 4909:5, 4913:15, 4916:9, 4916:25, 4917:1, 4926:20, 4934:10, 4934:24, 4946:15
laughter [1] - 4874:19
Lauren [1] - 4869:17
lawyer [2] - 4937:4, 4937:11
lay [1] - 4938:15
leader [6] - 4935:1,

4959

4935:6, 4946:1,
4946:5, 4946:9,
4946:23
**leaders** [1] - 4947:2
**leadership** [1] -
4942:4
**Lean** [1] - 4866:6
**learn** [3] - 4943:17,
4943:20, 4946:1
**learning** [1] - 4872:11
**leave** [1] - 4938:24
**led** [2] - 4935:4,
4935:25
**left** [11] - 4868:14,
4881:5, 4897:9,
4908:13, 4918:18,
4924:7, 4926:9,
4928:4, 4929:9,
4934:8, 4947:19
**less** [1] - 4941:25
**level** [8] - 4827:2,
4895:25, 4899:4,
4900:5, 4900:15,
4900:17, 4900:21
**LEWIS** [1] - 4866:3
**liberation** [1] -
4947:13
**Libya** [23] - 4872:18,
4879:8, 4881:5,
4881:16, 4887:21,
4895:12, 4895:17,
4903:23, 4906:13,
4909:17, 4910:15,
4910:24, 4934:15,
4935:1, 4935:7,
4936:12, 4938:14,
4939:15, 4942:1,
4943:3, 4943:9,
4943:10, 4947:5
**Libyan** [14] - 4895:17,
4921:19, 4931:25,
4933:11, 4935:11,
4935:14, 4935:21,
4936:17, 4937:6,
4941:19, 4941:24,
4941:25, 4942:5,
4947:11
**Libyana** [26] - 4875:8,
4875:10, 4875:12,
4875:15, 4875:19,
4876:13, 4877:19,
4877:20, 4880:14,
4886:6, 4887:2,
4888:22, 4889:24,
4890:13, 4890:14,
4890:24, 4890:25,
4891:24, 4892:10,
4892:18, 4893:17,
4894:23, 4894:24,
4896:6, 4899:15,

4899:19
**Libyana's** [2] -
4877:13, 4886:25
**Libyans** [7] - 4895:3,
4903:19, 4934:22,
4935:16, 4936:14,
4938:15, 4947:16
**lie** [2] - 4904:17,
4904:18
**life** [1] - 4873:23
**light** [3] - 4870:8,
4916:11, 4918:19
**lighter** [2] - 4914:20,
4932:11
**likely** [1] - 4905:21
**limit** [1] - 4873:7
**limited** [2] - 4903:20,
4905:2
**line** [3] - 4896:2,
4896:4, 4905:2
**LISA** [1] - 4951:5
**Lisa** [1] - 4866:10
**list** [2] - 4885:17,
4888:6
**listed** [1] - 4943:6
**live** [2] - 4910:20,
4910:22
**living** [3] - 4902:20,
4911:15, 4935:24
**locate** [1] - 4897:21
**locked** [1] - 4887:10
**lodging** [1] - 4902:18
**log** [1] - 4885:2
**look** [11] - 4868:23,
4876:17, 4878:10,
4878:16, 4878:17,
4885:17, 4887:19,
4896:8, 4899:10,
4916:4, 4918:11
**looks** [2] - 4878:8,
4888:6
**loose** [1] - 4887:21
**love** [2] - 4935:16,
4942:1
**loves** [1] - 4941:25
**low** [1] - 4938:15
**lunch** [4] - 4901:11,
4949:17, 4949:25,
4951:1

## M

**machine** [1] - 4942:18
**Maged** [1] - 4866:8
**main** [1] - 4948:15
**maintains** [2] -
4876:13, 4899:15
**MAJRISI** [2] - 4867:5,
4909:10
**Majrisi** [5] - 4909:3,

4909:17, 4909:25,
4914:18, 4915:10
**man** [3] - 4918:12,
4928:10, 4929:18
**man's** [1] - 4912:13
**management** [2] -
4947:25, 4948:6
**MANNING** [1] -
4865:18
**mark** [1] - 4870:15
**marked** [15] - 4885:17,
4912:2, 4914:11,
4916:4, 4919:9,
4920:15, 4921:10,
4922:23, 4922:25,
4924:21, 4926:13,
4926:16, 4929:25,
4932:5, 4933:15
**Marshal** [1] - 4869:11
**Marshals** [2] -
4869:14, 4869:18
**MARY** [1] - 4865:18
mary_petras@fd.org
   - 4865:21
**MAS** [1] - 4871:25
**MASOUD** [2] - 4867:3,
4875:3
**Masoud** [4] - 4869:25,
4871:25, 4874:25,
4875:6
**massacre** [3] - 4937:6,
4939:1, 4939:2
**material** [1] - 4870:12
**materials** [7] - 4870:8,
4903:2, 4903:14,
4905:9, 4906:25,
4908:6, 4908:9
**matter** [3] - 4890:1,
4900:16, 4901:18
**Maura** [1] - 4950:7
**mauve** [1] - 4892:17
**mean** [11] - 4873:1,
4877:14, 4882:16,
4883:10, 4883:23,
4885:5, 4890:5,
4939:2, 4940:6,
4944:24, 4948:24
**meaning** [1] - 4903:6
**means** [2] - 4941:6,
4945:1
**mechanical** [1] -
4865:24
**meet** [7] - 4883:4,
4915:21, 4917:20,
4925:10, 4938:11,
4940:22, 4950:8
**meeting** [19] -
4878:18, 4878:23,
4882:3, 4883:2,
4883:6, 4883:19,

4883:23, 4883:25,
4884:1, 4884:4,
4884:7, 4884:12,
4884:16, 4885:1,
4885:7, 4886:5,
4903:7, 4903:8,
4934:12
**meetings** [2] - 4884:7,
4884:9
**member** [2] - 4944:6,
4944:9
**members** [4] -
4945:11, 4945:15,
4946:17, 4947:4
**memo** [2] - 4907:2,
4907:10
**memory** [1] - 4884:14
**men** [3] - 4878:13,
4883:21, 4904:20
**men's** [1] - 4897:13
**mention** [3] - 4873:14,
4913:15, 4917:24
**mentioned** [6] -
4912:17, 4918:9,
4934:11, 4939:25,
4945:5, 4950:15
**met** [16] - 4878:6,
4878:19, 4882:19,
4882:23, 4891:22,
4912:10, 4915:20,
4917:8, 4919:5,
4921:18, 4923:6,
4927:3, 4928:13,
4929:21, 4931:24,
4933:10
**MICHAEL** [1] -
4865:13
**MICHELLE** [1] -
4865:18
**MIDDLEMISS** [1] -
4866:3
**might** [3] - 4900:25,
4901:1, 4914:22
**military** [3] - 4939:25,
4941:16, 4942:23
**million** [1] - 4907:13
**mind** [1] - 4873:9
**mine** [1] - 4897:5
**minute** [1] - 4868:18
**minutes** [2] - 4877:19,
4934:10
**miscommunication**
   [1] - 4869:11
**missed** [1] - 4883:12
**missing** [1] - 4903:10
**Mission** [2] - 4905:22,
4905:24
**misstates** [1] -
4893:25
**mix** [1] - 4944:15

**mobile** [1] - 4885:21
**moment** [7] - 4891:6,
4911:19, 4917:24,
4918:11, 4929:11,
4937:8, 4949:22
**Monday** [1] - 4865:4
**money** [4] - 4870:2,
4877:22, 4902:16,
4907:16
**monitor** [4] - 4912:5,
4915:15, 4920:6,
4926:16
**month** [2] - 4944:1,
4944:2
**months** [2] - 4902:19,
4934:25
**Moreira** [3] - 4866:10,
4951:12
**MOREIRA** [1] - 4951:5
**MORNING** [1] - 4865:8
**morning** [23] - 4869:3,
4869:24, 4870:23,
4871:7, 4874:15,
4874:16, 4875:6,
4875:7, 4891:10,
4891:11, 4891:14,
4891:15, 4907:6,
4907:7, 4907:19,
4907:23, 4908:13,
4908:23, 4908:24,
4909:13, 4909:14,
4918:12, 4949:23
**most** [2] - 4878:13,
4934:20
**mother** [1] - 4910:9
**motion** [5] - 4868:20,
4898:3, 4918:7,
4950:18, 4950:19
**motivation** [6] -
4872:4, 4874:4,
4904:16, 4940:17,
4940:18, 4940:22
**motivations** [3] -
4872:11, 4872:15,
4903:21
**motive** [1] - 4904:21
**move** [5] - 4888:10,
4908:1, 4909:4,
4918:5, 4946:14
**moved** [5] - 4916:18,
4919:21, 4921:2,
4921:25, 4922:14,
4923:12, 4924:1,
4925:17, 4926:4,
4927:10, 4927:23,
4929:3, 4930:12,
4932:18, 4934:3
**MR** [164] - 4868:9,
4868:11, 4868:13,
4868:17, 4868:21,

4869:1, 4869:10, 4869:22, 4869:23, 4870:14, 4870:15, 4870:19, 4871:2, 4871:6, 4871:13, 4871:16, 4871:17, 4871:18, 4871:23, 4872:2, 4872:16, 4872:21, 4874:1, 4874:10, 4875:2, 4875:5, 4883:12, 4885:24, 4888:9, 4888:25, 4890:19, 4890:22, 4891:6, 4891:8, 4892:1, 4892:23, 4893:23, 4893:25, 4894:11, 4897:1, 4897:5, 4897:10, 4897:15, 4898:2, 4898:21, 4899:8, 4899:14, 4900:6, 4900:11, 4901:12, 4901:14, 4901:17, 4903:1, 4904:1, 4905:4, 4905:7, 4905:18, 4906:6, 4906:17, 4906:23, 4907:12, 4908:2, 4908:5, 4908:16, 4908:20, 4909:3, 4909:8, 4909:12, 4909:21, 4911:19, 4911:22, 4911:25, 4912:15, 4912:18, 4912:20, 4912:23, 4913:4, 4913:7, 4913:18, 4914:2, 4914:5, 4914:7, 4914:10, 4915:3, 4915:6, 4916:1, 4916:14, 4916:16, 4916:20, 4916:23, 4917:1, 4917:3, 4917:14, 4918:5, 4918:20, 4919:8, 4919:19, 4920:14, 4920:25, 4921:9, 4921:22, 4921:24, 4922:1, 4922:11, 4922:13, 4922:22, 4923:9, 4923:11, 4923:13, 4923:23, 4923:25, 4924:20, 4925:14, 4925:16, 4925:18, 4926:1, 4926:3, 4926:12, 4927:7, 4927:9, 4927:11, 4927:20, 4927:22, 4928:16, 4928:25, 4929:2, 4929:11,

4929:13, 4929:24, 4930:9, 4930:11, 4931:2, 4931:7, 4931:11, 4931:13, 4931:15, 4932:1, 4932:4, 4932:15, 4932:17, 4933:14, 4933:25, 4934:2, 4940:10, 4940:14, 4940:18, 4941:2, 4941:5, 4941:10, 4944:18, 4945:7, 4945:9, 4946:3, 4946:7, 4946:12, 4946:14, 4947:6, 4947:7, 4949:8, 4949:13, 4949:15, 4950:12, 4950:15, 4950:25
**MS** [25] - 4871:10, 4871:25, 4872:22, 4872:25, 4873:3, 4873:8, 4873:20, 4874:9, 4880:3, 4891:11, 4891:13, 4891:19, 4892:7, 4893:14, 4894:7, 4894:15, 4894:18, 4894:21, 4895:16, 4896:21, 4896:23, 4931:4, 4949:22, 4950:6, 4950:10
**Muammar** [2] - 4935:2, 4938:6
**Muhammad** [1] - 4945:1
**Mukhtar** [1] - 4933:13
**must** [1] - 4906:10
**Mustafa** [2] - 4866:8, 4925:13

### N

**Naihum** [4] - 4923:8, 4923:16, 4924:5
**Naime** [1] - 4866:6
**name** [62] - 4871:24, 4874:12, 4883:16, 4890:11, 4891:5, 4892:20, 4892:22, 4896:14, 4896:19, 4898:8, 4900:6, 4909:17, 4909:22, 4909:24, 4909:25, 4910:1, 4912:13, 4912:16, 4913:19, 4913:25, 4914:14, 4914:17, 4914:25, 4915:2, 4915:11, 4915:24, 4915:25, 4916:10, 4917:6,

4919:6, 4919:16, 4920:12, 4920:21, 4921:7, 4921:20, 4922:7, 4922:20, 4923:7, 4923:19, 4924:7, 4924:9, 4925:12, 4925:24, 4926:9, 4927:5, 4927:17, 4928:4, 4928:14, 4928:15, 4928:22, 4929:8, 4929:22, 4930:6, 4930:18, 4932:2, 4932:12, 4933:1, 4933:12, 4933:21, 4934:9, 4937:11
**Name** [1] - 4900:10
**named** [4] - 4882:10, 4918:9, 4930:4, 4937:4
**names** [3] - 4887:17, 4899:9, 4942:22
**NASSAR** [1] - 4866:2
**national** [2] - 4895:2, 4895:5
**nature** [1] - 4917:18
**need** [7] - 4879:18, 4897:13, 4907:20, 4907:25, 4949:24, 4950:3, 4950:5
**needs** [1] - 4897:21
**negligible** [1] - 4942:16
**neighborhood** [1] - 4942:14
**neighborhoods** [1] - 4942:13
**never** [3] - 4941:17, 4944:10, 4945:24
**New** [2] - 4878:3, 4880:25
**newspaper** [1] - 4872:20
**Next** [1] - 4865:23
**next** [5] - 4881:21, 4897:21, 4897:23, 4901:15, 4909:2
**nice** [2] - 4871:4, 4874:17
**nickname** [2] - 4912:14, 4927:6
**night** [3] - 4903:3, 4907:4, 4938:2
**NO** [2] - 4874:20, 4874:23
**nonpublic** [2] - 4869:7, 4869:16
**normal** [1] - 4879:16
**normally** [1] - 4879:23
**North** [1] - 4911:6

**noted** [1] - 4874:7
**notes** [1] - 4951:7
**nothing** [8] - 4873:12, 4891:8, 4896:23, 4899:25, 4902:4, 4906:6, 4907:20, 4913:11
**notice** [1] - 4941:6
**notification** [1] - 4908:1
**November** [3] - 4865:4, 4884:4, 4951:10
**number** [10] - 4873:24, 4877:5, 4890:11, 4891:1, 4891:5, 4896:12, 4900:14, 4913:16, 4916:19, 4934:11
**numbers** [13] - 4876:19, 4876:23, 4877:3, 4877:4, 4877:9, 4877:12, 4885:18, 4888:7, 4888:12, 4888:18, 4903:6
**NW** [5] - 4865:15, 4865:19, 4866:3, 4866:11, 4951:14

### O

**o-u-d** [1] - 4872:1
**object** [1] - 4944:18
**objected** [1] - 4899:5
**objecting** [1] - 4899:7
**objection** [24] - 4880:3, 4892:1, 4892:23, 4893:23, 4893:24, 4898:18, 4912:18, 4921:24, 4922:13, 4923:11, 4923:25, 4925:16, 4926:3, 4927:9, 4927:22, 4929:2, 4930:11, 4932:17, 4934:2, 4945:7, 4946:3, 4946:7, 4946:12, 4947:6
**objection's** [1] - 4874:7
**objects** [1] - 4939:13
**obtained** [8] - 4880:18, 4880:21, 4881:5, 4881:6, 4881:12, 4882:24, 4884:2, 4896:6
**obviously** [2] - 4907:20, 4918:6
**occupied** [1] - 4940:1

**occurred** [2] - 4934:14, 4934:18
**ocean** [1] - 4939:21
**October** [2] - 4882:3, 4883:3
**OF** [4] - 4865:1, 4865:3, 4865:9, 4951:3
**offered** [1] - 4938:18
**office** [3] - 4886:21, 4888:2, 4905:13
**OFFICE** [1] - 4865:14
**Office** [2] - 4878:24, 4882:4
**Official** [1] - 4866:10
**OFFICIAL** [1] - 4951:3
**official** [2] - 4870:22, 4951:12
**officials** [1] - 4888:13
**old** [1] - 4909:18
**once** [7] - 4877:17, 4878:10, 4888:16, 4891:4, 4927:3, 4941:18, 4947:17
**one** [30] - 4868:14, 4870:20, 4871:18, 4873:9, 4873:24, 4880:23, 4884:6, 4885:19, 4886:8, 4886:11, 4888:5, 4891:6, 4892:10, 4893:16, 4897:11, 4902:15, 4916:25, 4917:1, 4926:20, 4926:24, 4932:11, 4937:11, 4937:18, 4942:20, 4944:3, 4945:1, 4948:4, 4948:25, 4949:1, 4949:5
**ones** [3] - 4882:17, 4903:10, 4949:4
**open** [7] - 4875:16, 4875:22, 4875:25, 4876:6, 4877:14, 4877:18, 4941:6
**opened** [4] - 4872:3, 4872:6, 4939:9, 4941:7
**opening** [1] - 4901:18
**opens** [1] - 4874:4
**opportunity** [2] - 4945:11, 4945:14
**opposition** [1] - 4868:22
**oppressed** [1] - 4939:3
**oppressive** [2] - 4935:11, 4936:7
**orally** [1] - 4950:1

**order** [6] - 4869:24, 4876:6, 4894:24, 4948:19, 4950:2, 4950:20
**ordered** [1] - 4903:3
**orders** [1] - 4946:25
**ordinarily** [1] - 4873:1
**ordnances** [1] - 4939:20
**organization** [1] - 4948:9
**organize** [1] - 4948:8
**otherwise** [2] - 4941:1, 4941:4
**ousting** [1] - 4947:17
**outside** [8] - 4868:6, 4871:22, 4894:5, 4897:4, 4912:22, 4930:25, 4940:13, 4949:11
**overrule** [1] - 4944:20
**overruled** [5] - 4880:5, 4892:2, 4892:25, 4946:4, 4947:9
**overthrow** [1] - 4935:19
**own** [4] - 4944:12, 4944:13, 4944:21, 4945:6

## P

**p.m** [1] - 4951:1
**package** [1] - 4868:15
**Page** [1] - 4865:23
**page** [5] - 4888:21, 4888:23, 4889:1, 4892:5, 4892:11
**PAGE** [1] - 4867:2
**paid** [2] - 4870:2, 4902:14, 4936:10
**paint** [1] - 4902:2
**pale** [1] - 4906:13
**paralegals** [1] - 4868:14
**pardon** [1] - 4931:4
**part** [16] - 4879:16, 4879:23, 4880:1, 4880:11, 4887:19, 4887:25, 4888:3, 4935:15, 4935:17, 4941:18, 4943:3, 4943:8, 4943:10, 4943:12, 4947:22, 4948:1
**parte** [1] - 4950:21
**participated** [1] - 4937:1
**particular** [5] - 4889:23, 4905:12,

4905:14, 4914:25, 4942:10
**parts** [1] - 4932:11
**passport** [4] - 4876:9, 4876:10, 4894:25, 4895:9
**passports** [3] - 4895:12, 4895:17
**password** [1] - 4885:14
**Patrick** [2] - 4898:25, 4900:22
**Pause** [3] - 4896:22, 4911:21, 4929:12
**pay** [5] - 4877:15, 4877:19, 4877:22, 4907:11
**payment** [1] - 4870:22
**payments** [1] - 4902:22
**peace** [1] - 4872:23
**pen** [2] - 4914:17, 4914:22
**Pennsylvania** [1] - 4866:3
**people** [41] - 4877:11, 4882:4, 4882:16, 4882:19, 4882:23, 4886:4, 4887:2, 4900:20, 4901:7, 4901:22, 4905:23, 4906:12, 4925:4, 4926:21, 4926:23, 4934:11, 4934:20, 4935:12, 4936:5, 4936:9, 4936:10, 4937:7, 4937:13, 4937:25, 4938:17, 4938:19, 4939:3, 4939:8, 4939:9, 4939:10, 4939:12, 4939:16, 4939:24, 4940:8, 4942:23, 4944:12, 4944:16, 4947:1, 4948:1, 4948:9
**people's** [1] - 4938:21
**perhaps** [2] - 4869:11, 4916:10
**period** [1] - 4935:12
**permission** [1] - 4949:25
**person** [77] - 4876:11, 4876:21, 4877:25, 4882:15, 4882:20, 4883:8, 4883:17, 4884:18, 4884:19, 4886:14, 4886:15, 4886:24, 4887:12, 4888:16, 4889:10,

4896:4, 4898:8, 4899:8, 4900:6, 4900:13, 4900:16, 4902:3, 4903:8, 4903:9, 4912:7, 4912:9, 4912:11, 4912:24, 4912:25, 4913:23, 4914:14, 4915:1, 4915:17, 4915:19, 4915:21, 4916:6, 4919:2, 4919:4, 4919:14, 4919:24, 4921:5, 4921:15, 4921:17, 4922:4, 4923:3, 4923:5, 4924:4, 4924:15, 4924:17, 4925:1, 4925:5, 4925:6, 4925:7, 4925:10, 4926:7, 4926:18, 4926:21, 4926:23, 4926:24, 4926:25, 4927:3, 4927:14, 4928:1, 4929:6, 4930:15, 4931:20, 4931:23, 4932:21, 4933:7, 4933:9, 4934:6, 4937:5, 4937:13, 4947:25
**person's** [3] - 4913:20, 4919:6, 4923:7
**personal** [4] - 4894:25, 4895:1, 4896:3, 4917:22
**personally** [4] - 4908:11, 4940:9, 4941:22, 4942:6
**personification** [1] - 4903:22
**perspective** [1] - 4868:22
**PETERSON** [45] - 4865:18, 4869:23, 4870:15, 4871:2, 4871:16, 4897:15, 4901:14, 4901:17, 4903:1, 4905:18, 4906:6, 4906:23, 4907:12, 4908:2, 4912:18, 4912:23, 4913:18, 4914:2, 4916:16, 4917:14, 4918:5, 4921:24, 4922:13, 4923:11, 4923:25, 4925:16, 4926:3, 4927:9, 4927:22, 4929:2, 4930:11, 4931:4, 4931:7, 4932:17,

4934:2, 4940:10, 4940:14, 4941:5, 4944:18, 4945:7, 4946:3, 4946:7, 4946:12, 4946:14, 4947:6
**Peterson** [10] - 4868:3, 4871:15, 4871:16, 4871:17, 4903:25, 4905:8, 4908:6, 4930:23, 4950:7
**PETRAS** [4] - 4865:18, 4949:22, 4950:6, 4950:10
**Petras** [1] - 4868:3
**phone** [9] - 4873:24, 4876:21, 4885:2, 4885:17, 4888:7, 4888:12, 4891:16, 4896:2, 4896:11
**photo** [7] - 4875:16, 4875:22, 4875:25, 4876:4, 4876:5, 4914:18, 4916:9
**photograph** [37] - 4876:2, 4876:8, 4884:21, 4895:18, 4896:3, 4899:19, 4912:4, 4912:7, 4914:11, 4915:15, 4917:4, 4918:8, 4918:25, 4919:17, 4919:22, 4920:6, 4920:18, 4921:13, 4921:15, 4922:4, 4923:1, 4923:3, 4923:16, 4924:2, 4924:13, 4926:5, 4926:10, 4928:8, 4928:19, 4929:16, 4930:3, 4931:18, 4932:8, 4932:11, 4933:5, 4933:7, 4933:18
**photographed** [1] - 4882:25
**photographs** [13] - 4876:24, 4895:6, 4895:12, 4895:21, 4903:18, 4911:24, 4924:24, 4925:2, 4925:4, 4925:8, 4925:21, 4927:14, 4928:1
**photos** [2] - 4926:18, 4926:21
**picture** [4] - 4876:7, 4876:8, 4885:23, 4886:16
**pictures** [2] - 4885:20,

4886:17
**piece** [1] - 4895:8
**place** [4] - 4905:23, 4905:25, 4943:23, 4950:5
**Plaintiff** [1] - 4865:4
**planned** [1] - 4870:21
**players** [1] - 4940:23
**pleading** [2] - 4949:23, 4950:13
**PLLC** [1] - 4866:3
**point** [7] - 4888:11, 4898:17, 4901:11, 4904:14, 4905:1, 4905:7, 4949:12
**pointed** [2] - 4883:17, 4936:14
**pointing** [1] - 4936:14
**points** [2] - 4944:12, 4944:21
**political** [2] - 4938:22
**popular** [1] - 4936:8
**port** [2] - 4901:19, 4904:3
**portion** [1] - 4912:23
**position** [6] - 4882:14, 4935:3, 4935:4, 4942:4, 4946:21, 4950:17
**possible** [2] - 4880:13, 4950:9
**powerful** [1] - 4941:14
**precise** [1] - 4883:4
**precisely** [3] - 4880:19, 4897:12, 4913:17
**prejudices** [1] - 4902:2
**prejudicial** [3] - 4872:14, 4874:3, 4906:2
**preliminary** [2] - 4897:16, 4901:18
**prepaid** [1] - 4877:13
**prepare** [1] - 4868:15
**prepared** [2] - 4897:20, 4950:2
**preplanning** [1] - 4936:6
**presence** [4] - 4903:22, 4904:7, 4904:8, 4904:13
**present** [8] - 4876:2, 4882:19, 4893:22, 4894:24, 4935:25, 4936:23, 4939:7, 4950:23
**presented** [1] - 4900:13
**preserve** [1] - 4870:18

4962

**press** [3] - 4872:11, 4873:7, 4949:19
**previously** [10] - 4912:1, 4915:13, 4918:24, 4920:4, 4924:11, 4924:17, 4928:6, 4929:15, 4931:16, 4933:3
**price** [1] - 4936:10
**primary** [1] - 4908:7
**printout** [1] - 4889:14
**priorities** [1] - 4948:2
**Prison** [1] - 4937:4
**prisoners** [3] - 4937:4, 4937:9, 4937:10
**private** [1] - 4911:17
**problem** [1] - 4899:1
**procedure** [4] - 4894:8, 4894:10, 4894:11, 4895:21
**procedures** [3] - 4894:17, 4896:1, 4898:11
**proceed** [4] - 4875:1, 4876:12, 4897:23, 4931:13
**Proceedings** [1] - 4865:24
**proceedings** [2] - 4910:7, 4951:8
**process** [10] - 4873:17, 4898:10, 4899:3, 4899:15, 4899:21, 4899:22, 4900:1, 4900:2, 4901:1, 4907:23
**produce** [1] - 4903:4
**produced** [4] - 4865:24, 4903:14, 4905:15, 4907:2
**proffer** [1] - 4940:14
**program** [3] - 4890:6, 4907:2, 4907:13
**projector** [1] - 4932:23
**pronunciation** [1] - 4916:8
**prophet** [1] - 4945:2
**prosecutor's** [1] - 4886:21
**protective** [1] - 4950:19
**protest** [2] - 4937:9, 4937:13
**protests** [2] - 4936:21, 4936:23
**provide** [6] - 4870:5, 4889:4, 4889:7, 4899:17, 4904:3, 4907:3
**Provide** [1] - 4881:3

**provided** [12] - 4870:3, 4881:10, 4885:20, 4889:10, 4889:11, 4896:16, 4902:10, 4902:13, 4902:15, 4903:2, 4905:9, 4905:11
**provides** [1] - 4893:3
**pseudonym** [2] - 4869:14, 4910:3
**PUBLIC** [1] - 4865:19
**publish** [1] - 4893:14
**purple** [1] - 4888:22
**purplish** [1] - 4892:17
**purpose** [4] - 4904:21, 4914:24, 4948:7, 4948:15
**put** [6] - 4869:19, 4878:3, 4880:25, 4913:25, 4941:5, 4945:3
**puts** [2] - 4904:17, 4904:18

## Q

**questioned** [1] - 4883:9
**questions** [6] - 4872:4, 4881:22, 4881:25, 4896:5, 4909:20, 4940:20

## R

**Raad** [1] - 4866:9
**racing** [1] - 4944:3
**radio** [1] - 4938:7
**Rahman** [1] - 4921:21
**raise** [1] - 4874:11
**raised** [5] - 4868:20, 4869:2, 4870:9, 4903:25, 4905:8
**rallies** [1] - 4904:23
**rarely** [2] - 4886:5, 4886:18
**rather** [2] - 4949:24, 4950:1
**RDR** [3] - 4866:10, 4951:5, 4951:12
**reached** [1] - 4881:14
**reaction** [2] - 4939:11
**read** [8] - 4872:10, 4872:20, 4887:14, 4887:18, 4887:19, 4888:1, 4888:14, 4892:20
**ready** [4] - 4874:18, 4874:20, 4906:16, 4949:19
**really** [1] - 4944:15

**reason** [5] - 4873:11, 4901:23, 4902:5, 4903:14, 4938:7
**reasons** [4] - 4892:10, 4904:4, 4907:15, 4938:22
**recently** [2] - 4876:1, 4895:21
**recess** [1] - 4951:1
**Recess** [1] - 4906:20
**recharge** [1] - 4877:21
**recognize** [24] - 4912:7, 4912:9, 4915:17, 4919:2, 4919:4, 4920:8, 4920:10, 4921:15, 4921:17, 4923:3, 4923:5, 4924:15, 4925:1, 4925:7, 4926:18, 4926:25, 4927:2, 4928:10, 4928:12, 4929:18, 4929:20, 4931:20, 4931:22, 4933:7
**recognized** [1] - 4892:14
**record** [16] - 4870:16, 4870:18, 4872:19, 4873:5, 4877:10, 4898:5, 4898:6, 4898:7, 4899:25, 4900:2, 4900:5, 4900:9, 4900:12, 4900:18, 4906:22, 4918:20
**recorded** [1] - 4865:24
**records** [51] - 4876:13, 4879:11, 4879:17, 4879:24, 4880:2, 4880:8, 4880:12, 4880:14, 4880:18, 4880:21, 4881:5, 4881:6, 4881:8, 4881:9, 4881:12, 4884:2, 4885:9, 4885:14, 4886:5, 4886:9, 4886:12, 4886:14, 4886:19, 4886:24, 4887:3, 4887:8, 4887:20, 4888:1, 4890:14, 4890:24, 4890:25, 4891:16, 4891:21, 4891:24, 4891:25, 4892:10, 4892:14, 4892:22, 4893:17, 4896:6, 4896:16, 4898:11, 4898:15, 4899:5, 4899:16, 4899:23, 4900:20,

4900:24, 4901:7, 4905:16
**redacted** [1] - 4870:12
**redactions** [1] - 4870:11
**REDIRECT** [1] - 4891:12
**reference** [2] - 4872:10, 4905:2
**references** [3] - 4903:4, 4905:8, 4918:6
**referring** [3] - 4908:7, 4934:14, 4938:5
**refers** [1] - 4907:15
**reflect** [1] - 4918:20
**reflected** [1] - 4902:23
**regard** [1] - 4876:23
**regarding** [4] - 4898:16, 4899:3, 4905:16, 4907:2
**regime** [4] - 4935:20, 4937:7, 4939:4
**region** [1] - 4893:9
**regular** [3] - 4880:1, 4880:11, 4942:5
**rejected** [1] - 4938:19
**related** [1] - 4904:8
**relates** [1] - 4897:5
**relationship** [2] - 4917:21, 4917:22
**relationships** [1] - 4917:19
**release** [4] - 4937:3, 4937:9, 4937:10, 4937:11
**relevance** [2] - 4906:1, 4940:15
**relevant** [5] - 4902:4, 4904:4, 4904:21, 4905:1, 4906:13
**relief** [4] - 4901:20, 4904:3, 4905:20, 4906:8
**reload** [1] - 4942:18
**remaining** [1] - 4871:3
**remember** [14] - 4878:11, 4878:14, 4878:15, 4880:19, 4882:22, 4883:4, 4884:6, 4884:17, 4884:20, 4884:23, 4888:23, 4943:25, 4944:4
**remind** [1] - 4871:24
**renew** [1] - 4901:10
**renews** [1] - 4898:2
**repeat** [5] - 4880:6, 4881:24, 4888:8, 4895:14, 4944:7

**rephrase** [1] - 4945:8
**report** [1] - 4873:7
**REPORTER** [1] - 4951:3
**Reporter** [3] - 4866:10, 4866:10, 4951:12
**request** [4] - 4886:20, 4886:23, 4907:11, 4907:13
**requested** [1] - 4887:13
**requests** [1] - 4888:2
**require** [1] - 4896:2
**required** [6] - 4875:16, 4885:14, 4893:22, 4895:9, 4899:2
**requirement** [3] - 4875:21, 4875:24, 4875:25
**research** [1] - 4949:18
**residents** [1] - 4942:14
**resolve** [2] - 4868:19, 4868:21
**respect** [5] - 4868:9, 4869:23, 4870:22, 4871:13, 4871:19, 4894:1, 4897:17, 4898:3, 4898:8, 4901:15, 4905:7, 4905:18, 4941:21
**respective** [1] - 4901:7
**respond** [2] - 4913:4, 4950:1
**responded** [1] - 4939:12
**rest** [2] - 4871:3, 4889:11
**rested** [1] - 4874:18
**restore** [1] - 4948:19
**Resumed** [2] - 4867:3, 4875:3
**retain** [1] - 4870:16
**retrieve** [2] - 4889:19, 4891:7
**return** [2] - 4911:11, 4949:25
**review** [5] - 4870:4, 4870:7, 4949:23, 4950:13
**revised** [2] - 4902:11, 4902:15
**revolting** [1] - 4938:12
**Revolution** [7] - 4921:19, 4931:25, 4933:11, 4935:14, 4935:21, 4936:17, 4947:11
**revolution** [48] -

4901:20, 4919:5,
4921:18, 4934:12,
4934:14, 4934:18,
4934:20, 4934:24,
4935:1, 4935:5,
4935:15, 4935:17,
4936:1, 4936:3,
4936:5, 4936:8,
4936:9, 4936:11,
4936:13, 4936:18,
4936:21, 4937:16,
4938:13, 4938:18,
4938:19, 4938:20,
4938:21, 4940:20,
4940:21, 4941:15,
4941:18, 4941:22,
4942:2, 4943:12,
4943:15, 4944:1,
4944:2, 4944:3,
4945:10, 4946:19,
4947:17, 4947:22,
4948:1, 4948:4,
4948:9, 4948:10,
4948:14, 4948:22
**revolutionaries** [1] -
4948:13
**Revolutionary** [1] -
4948:5
**reward** [1] - 4870:22
**rewards** [4] - 4907:2,
4907:11, 4907:13,
4907:14
**rid** [1] - 4936:12
**rifles** [1] - 4939:16
**rights** [1] - 4939:9
**risked** [1] - 4873:22
**ROBINSON** [30] -
4866:2, 4871:18,
4871:23, 4872:2,
4872:16, 4872:21,
4874:1, 4875:2,
4875:5, 4883:12,
4885:24, 4888:9,
4888:25, 4890:19,
4890:22, 4891:6,
4891:8, 4892:1,
4892:23, 4893:23,
4893:25, 4894:11,
4897:1, 4897:5,
4898:2, 4898:21,
4899:8, 4900:6,
4900:11, 4901:12
**Robinson** [5] -
4873:25, 4875:1,
4892:6, 4898:1,
4900:4
**Robinson)**................
..............[1] - 4867:4
**role** [8] - 4940:21,
4941:23, 4941:24,

4942:3, 4947:24,
4948:7
**Room** [2] - 4866:11,
4951:13
**room** [5] - 4869:20,
4887:10, 4887:11,
4897:13, 4897:24
**rose** [1] - 4936:6
**route** [1] - 4904:18
**ruled** [1] - 4916:22
**ruling** [3] - 4874:8,
4898:6, 4903:20
**run** [1] - 4935:9

# S

**Saadi** [2] - 4937:19,
4938:6
**safety** [1] - 4873:23
**Saglusi** [3] - 4929:23,
4930:15, 4930:16
**Salah** [1] - 4928:15
**Salem** [3] - 4871:25,
4891:21, 4894:22
**SALEM** [3] - 4867:3,
4871:25, 4875:3
**SALIM** [1] - 4865:6
**Salim** [2] - 4893:1,
4937:4
**Sara** [1] - 4866:7
**saw** [10] - 4878:10,
4886:5, 4886:9,
4887:8, 4889:22,
4904:2, 4906:9,
4946:21, 4948:25,
4949:5
**Sayid** [1] - 4866:8
**schedule** [1] - 4871:7
**school** [2] - 4910:24,
4911:6
**schooling** [1] -
4889:24
**scope** [2] - 4874:5,
4892:24
**screen** [2] - 4876:25,
4915:7
**sea** [1] - 4939:21
**second** [15] - 4883:6,
4883:19, 4884:17,
4884:19, 4886:16,
4899:4, 4900:5,
4900:15, 4900:17,
4900:21, 4902:10,
4903:8, 4905:1,
4939:20, 4940:19
**Section** [2] - 4907:25,
4908:1
**secure** [2] - 4887:11,
4942:12
**security** [16] - 4869:6,

4869:13, 4879:14,
4879:21, 4879:25,
4885:9, 4886:11,
4886:21, 4887:25,
4888:2, 4888:13,
4895:25, 4937:2,
4937:12, 4937:14,
4937:25
**see** [49] - 4870:10,
4886:1, 4886:7,
4886:13, 4886:19,
4887:10, 4887:16,
4887:24, 4892:6,
4900:22, 4909:5,
4912:4, 4914:11,
4915:7, 4915:14,
4917:4, 4918:12,
4918:13, 4918:25,
4919:12, 4919:22,
4920:5, 4921:3,
4921:13, 4922:15,
4923:1, 4924:2,
4924:7, 4924:12,
4924:24, 4926:5,
4926:16, 4927:24,
4928:7, 4929:4,
4929:16, 4930:13,
4931:18, 4932:19,
4932:24, 4932:25,
4933:4, 4934:4,
4938:15, 4945:4,
4945:11, 4946:16
**send** [2] - 4877:20,
4908:17
**sense** [3] - 4902:16,
4902:18, 4944:22
**sent** [3] - 4868:7,
4869:21, 4937:25
**serve** [1] - 4884:14
**Service** [3] - 4869:12,
4869:15, 4869:18
**service** [1] - 4877:16
**services** [2] - 4877:13,
4881:3
**SESSION** [1] - 4865:8
**set** [3] - 4870:7,
4899:23, 4900:1
**setting** [2] - 4889:23,
4950:5
**several** [3] - 4903:4,
4904:6, 4917:20
**Shahat** [1] - 4896:15
**shaven** [1] - 4878:13
**shelli_peterson@fd.
org** [1] - 4865:21
**ships** [1] - 4901:21
**shirt** [2] - 4874:22,
4918:19
**short** [3] - 4897:11,
4897:22, 4950:16

**shorten** [1] - 4937:23
**shot** [2] - 4939:9,
4942:19
**show** [23] - 4875:22,
4891:17, 4891:19,
4892:4, 4909:21,
4911:23, 4912:3,
4915:3, 4915:13,
4918:23, 4919:9,
4920:4, 4920:15,
4921:12, 4922:2,
4922:25, 4924:11,
4924:23, 4928:6,
4929:14, 4930:21,
4931:16, 4933:3
**showed** [4] - 4885:1,
4885:6, 4891:21,
4902:14
**showing** [9] - 4893:13,
4903:18, 4911:25,
4912:2, 4921:9,
4922:22, 4924:20,
4926:12, 4926:15
**shown** [1] - 4885:4
**shows** [2] - 4899:14,
4904:21
**sic** [1] - 4934:21
**sick** [1] - 4948:14
**side** [4] - 4918:18,
4935:18, 4947:15
**sides** [2] - 4870:6,
4938:14
**signature** [1] - 4920:2
**SIM** [1] - 4877:24
**similar** [2] - 4944:5,
4944:8
**simple** [2] - 4890:1,
4890:11
**simply** [4] - 4899:24,
4902:1, 4906:3,
4947:7
**Sirte** [1] - 4943:5
**sitting** [1] - 4884:18
**small** [1] - 4938:11
**someone** [5] - 4886:8,
4900:23, 4904:18,
4904:22, 4918:9
**sometimes** [1] -
4886:18
**somewhat** [1] -
4932:23
**somewhere** [2] -
4878:21, 4923:19
**son** [9] - 4937:19,
4937:20, 4938:5,
4938:6, 4938:23,
4939:7, 4940:2,
4940:9, 4941:11
**sons** [1] - 4937:18
**soon** [1] - 4908:17

**sooner** [1] - 4949:24
**sorry** [7] - 4883:12,
4890:22, 4895:15,
4906:17, 4909:6,
4932:1, 4941:2
**sort** [1] - 4883:2
**sources** [1] - 4904:6
**space** [1] - 4893:2
**spark** [1] - 4937:16
**speaking** [1] - 4910:9
**special** [1] - 4945:20
**specialized** [1] -
4887:4
**specific** [4] - 4870:9,
4899:6, 4900:20,
4938:22
**spelling** [1] - 4909:22
**spend** [1] - 4868:24
**spreadsheet** [2] -
4889:15, 4890:14
**spreadsheets** [8] -
4889:17, 4889:21,
4889:25, 4890:7,
4890:10, 4890:16,
4890:21, 4890:24
**spying** [1] - 4904:9
**stalking** [1] - 4886:9
**stand** [2] - 4871:11,
4908:20
**start** [3] - 4903:16,
4926:15, 4936:2
**started** [11] - 4868:25,
4875:15, 4875:19,
4875:21, 4876:3,
4894:17, 4934:22,
4935:22, 4936:5,
4936:8, 4937:16
**state** [1] - 4873:9
**statement** [6] -
4900:4, 4900:12,
4900:13, 4901:19,
4904:17, 4913:1
**statements** [1] -
4902:5
**STATES** [3] - 4865:1,
4865:3, 4865:10
**States** [14] - 4865:13,
4878:21, 4880:15,
4881:7, 4881:13,
4881:14, 4881:21,
4881:22, 4882:1,
4904:7, 4904:8,
4904:13, 4906:12,
4951:13
**station** [1] - 4938:3
**stay** [1] - 4947:21
**stayed** [2] - 4896:1,
4905:24
**staying** [1] - 4879:4
**Steegh** [1] - 4882:10

4964

**stenographic** [1] - 4951:7
**stenography** [1] - 4865:24
**step** [2] - 4910:13, 4918:15
**steps** [1] - 4901:2
**Stevens** [6] - 4901:21, 4901:24, 4902:2, 4903:19, 4904:2, 4905:19
**stick** [2] - 4874:6, 4874:7
**still** [8] - 4869:6, 4881:16, 4906:17, 4907:8, 4908:9, 4936:12, 4948:10, 4948:11
**stones** [1] - 4939:13
**stop** [1] - 4936:24
**stopping** [1] - 4949:12
**stored** [1] - 4898:12
**story** [1] - 4937:23
**strange** [1] - 4945:4
**streamlined** [1] - 4913:13
**Street** [3] - 4865:15, 4893:7, 4893:10
**stricken** [1] - 4898:16
**strict** [1] - 4935:12
**strike** [3] - 4918:5, 4946:14, 4946:15
**struck** [2] - 4873:11, 4873:16
**student** [2] - 4890:3, 4890:6
**students** [1] - 4890:1
**studies** [1] - 4911:10
**study** [4] - 4911:1, 4911:3, 4911:6, 4911:8
**subject** [3] - 4889:13, 4907:1, 4916:16
**submit** [1] - 4950:16
**subscribe** [1] - 4894:24
**subscribed** [2] - 4899:9, 4900:17
**subscriber** [24] - 4876:20, 4877:1, 4877:3, 4877:4, 4877:6, 4877:7, 4877:10, 4885:13, 4892:4, 4892:21, 4893:3, 4893:6, 4896:6, 4896:10, 4896:12, 4896:14, 4896:17, 4896:19, 4899:16, 4899:23, 4900:2, 4900:7,

4900:14
**Subscriber** [1] - 4900:9
**subscribers** [3] - 4876:13, 4876:17, 4901:8
**subscribing** [1] - 4877:11
**subscription** [1] - 4882:24
**succeed** [1] - 4942:2
**successful** [3] - 4911:17, 4911:18, 4936:8
**suffering** [1] - 4936:13
**sufficient** [2] - 4898:5, 4899:17
**suggesting** [1] - 4902:5
**suggestion** [2] - 4905:19, 4906:7
**suggests** [3] - 4872:19, 4873:6, 4900:1
**Suite** [2] - 4865:19, 4866:4
**supplies** [1] - 4901:20
**support** [1] - 4950:17
**supported** [1] - 4935:18
**suppressed** [1] - 4939:4
**suspect** [1] - 4902:3
**sustained** [4] - 4917:16, 4945:8, 4946:8, 4946:13
**Sworn** [7] - 4909:10
**system** [7] - 4885:13, 4886:15, 4886:25, 4887:16, 4887:21, 4889:19, 4890:8
**systems** [1] - 4890:9

---

# T

**table** [3] - 4882:21, 4884:18, 4918:18
**tabs** [2] - 4907:3, 4908:12
**tactical** [1] - 4944:14
**tactics** [1] - 4945:20
**talks** [1] - 4899:1
**technology** [2] - 4911:9, 4911:11
**telephone** [6] - 4878:1, 4879:7, 4888:18, 4891:5, 4892:21
**ten** [1] - 4877:9
**tenure** [1] - 4894:10

**term** [1] - 4950:16
**terms** [1] - 4899:2
**terrorism** [5] - 4872:18, 4873:12, 4873:15, 4879:19, 4879:20
**terrorist** [1] - 4872:12
**testified** [9] - 4873:10, 4884:5, 4892:9, 4893:16, 4895:20, 4898:8, 4898:19, 4898:22, 4899:18
**testifies** [1] - 4907:24
**testify** [5] - 4870:1, 4873:24, 4900:23, 4900:24, 4901:3
**testifying** [4] - 4869:13, 4910:3, 4910:8, 4915:11
**testimonial** [2] - 4898:14, 4900:12
**testimony** [19] - 4870:25, 4873:11, 4873:16, 4884:7, 4884:9, 4884:12, 4888:20, 4894:1, 4896:25, 4898:4, 4898:9, 4898:15, 4899:6, 4899:8, 4901:3, 4902:9, 4904:5, 4912:24, 4913:21
**THE** [152] - 4865:1, 4865:1, 4865:10, 4868:2, 4868:7, 4868:10, 4868:12, 4868:16, 4868:19, 4868:23, 4869:9, 4869:17, 4869:21, 4870:5, 4871:12, 4871:24, 4872:8, 4872:17, 4872:24, 4873:1, 4873:5, 4873:18, 4873:25, 4874:6, 4874:12, 4874:15, 4874:16, 4874:17, 4874:21, 4874:24, 4880:5, 4883:15, 4885:25, 4888:10, 4890:17, 4890:21, 4891:9, 4892:2, 4892:25, 4893:24, 4894:3, 4894:6, 4894:9, 4894:14, 4894:16, 4894:19, 4895:14, 4896:24, 4897:2, 4897:8, 4897:14, 4897:20, 4898:1, 4898:18, 4899:6,

4899:10, 4900:4, 4900:9, 4901:9, 4901:13, 4901:16, 4902:24, 4903:16, 4904:25, 4905:6, 4906:5, 4906:15, 4906:19, 4906:21, 4907:10, 4907:25, 4908:3, 4908:15, 4908:19, 4908:22, 4908:24, 4909:1, 4909:4, 4909:6, 4909:7, 4909:9, 4909:23, 4911:20, 4913:2, 4913:5, 4913:24, 4914:4, 4914:9, 4914:23, 4915:5, 4916:3, 4916:18, 4916:21, 4916:25, 4917:2, 4917:16, 4918:7, 4918:22, 4919:11, 4919:21, 4920:17, 4921:2, 4921:25, 4922:3, 4922:14, 4923:12, 4923:15, 4924:1, 4925:17, 4925:20, 4926:4, 4927:10, 4927:13, 4927:23, 4928:18, 4929:3, 4930:2, 4930:12, 4930:22, 4931:1, 4931:3, 4931:5, 4931:10, 4931:14, 4932:7, 4932:18, 4933:17, 4934:3, 4936:24, 4938:25, 4940:11, 4940:17, 4940:25, 4941:3, 4941:8, 4944:7, 4944:20, 4945:8, 4946:4, 4946:8, 4946:13, 4946:15, 4947:9, 4949:9, 4949:12, 4949:14, 4949:17, 4950:4, 4950:8, 4950:11, 4950:14, 4950:18
**therefore** [1] - 4906:11
**they've** [1] - 4941:6
**third** [5] - 4884:12, 4884:16, 4884:17, 4886:4, 4944:1
**three** [3] - 4880:19, 4883:5, 4902:18
**throughout** [1] - 4935:12
**throwing** [1] - 4939:13
**Thursday** [5] - 4869:2,

4899:16, 4903:2, 4905:9, 4908:8
**Tibesti** [1] - 4938:10
**timely** [1] - 4907:8
**title** [1] - 4882:13
**TNT** [1] - 4939:22
**today** [15] - 4869:12, 4871:8, 4874:22, 4898:9, 4901:11, 4902:15, 4910:3, 4915:11, 4928:5, 4929:9, 4930:18, 4932:12, 4933:1, 4933:22, 4934:9
**together** [4] - 4943:14, 4944:13, 4945:20, 4948:12
**toll** [5] - 4885:14, 4886:5, 4886:9, 4886:19, 4890:24
**tongue** [1] - 4910:10
**took** [9] - 4876:8, 4876:24, 4885:20, 4885:21, 4885:23, 4902:6, 4902:7, 4935:17, 4940:1
**topple** [1] - 4935:20
**total** [1] - 4902:14
**totality** [1] - 4905:16
**touch** [2] - 4878:3, 4881:1
**Toufic** [1] - 4866:8
**towards** [1] - 4888:21
**trained** [1] - 4942:24
**TRANSCRIPT** [1] - 4865:9
**transcript** [4] - 4865:24, 4912:24, 4951:7, 4951:8
**transcription** [1] - 4865:24
**transferred** [1] - 4906:10
**translate** [1] - 4893:8
**translated** [1] - 4913:10
**translation** [1] - 4883:13
**TRIAL** [1] - 4865:9
**trial** [3] - 4907:9, 4913:8, 4913:13
**tricky** [1] - 4872:9
**tried** [3] - 4873:3, 4948:8, 4948:20
**Tripoli** [1] - 4947:13
**troops** [1] - 4904:24
**trouble** [2] - 4880:9, 4913:10
**true** [2] - 4951:6, 4951:8

truth [3] - 4900:15, 4900:19, 4901:6
try [4] - 4906:2, 4940:25, 4942:12, 4948:13
trying [2] - 4906:12, 4935:18
Tunisia [2] - 4938:14, 4938:16
Turban [3] - 4937:5, 4937:12, 4937:14
turned [4] - 4887:9, 4888:13, 4888:14, 4908:8
turns [1] - 4870:23
twice [4] - 4873:18, 4873:20, 4883:4, 4889:22
two [26] - 4873:8, 4873:10, 4876:14, 4876:16, 4876:19, 4876:23, 4876:25, 4877:3, 4877:4, 4877:7, 4877:12, 4880:19, 4883:2, 4883:21, 4899:9, 4900:19, 4901:6, 4904:4, 4924:24, 4925:4, 4926:21, 4926:23, 4931:2, 4931:3, 4931:10
tying [1] - 4906:6
type [2] - 4890:11, 4939:17

## U

U.S [7] - 4865:14, 4866:11, 4878:24, 4880:21, 4882:4, 4898:25, 4910:23
Ubaydah [13] - 4940:24, 4943:18, 4943:20, 4944:5, 4944:8, 4945:5, 4945:11, 4945:15, 4945:18, 4945:25, 4946:1, 4946:17, 4947:4
unarmed [1] - 4939:12
unclassified [1] - 4908:8
unclear [1] - 4897:12
under [5] - 4869:13, 4901:9, 4910:3, 4915:11, 4950:20
underlying [1] - 4899:3
undermines [1] - 4904:19

understood [2] - 4869:5, 4883:22
unexploded [1] - 4939:20
unfortunately [1] - 4908:13
unite [1] - 4948:12
UNITED [3] - 4865:1, 4865:3, 4865:10
United [14] - 4865:13, 4878:21, 4880:15, 4881:7, 4881:12, 4881:14, 4881:21, 4881:22, 4882:1, 4904:7, 4904:8, 4904:13, 4906:12, 4951:13
university [3] - 4911:2, 4911:3, 4911:5
unless [2] - 4874:4, 4902:12
unload [2] - 4901:21, 4905:20
unloading [1] - 4906:8
unredacted [2] - 4870:7, 4870:16
up [10] - 4871:4, 4874:4, 4897:8, 4902:24, 4902:25, 4904:11, 4904:12, 4914:20, 4936:6, 4942:6
upheaval [1] - 4938:8
upper [5] - 4924:7, 4926:9, 4928:4, 4929:9, 4934:8
user [8] - 4876:21, 4877:3, 4877:5, 4877:6, 4877:8, 4877:10, 4896:17, 4896:19
users [2] - 4876:14, 4876:17
uses [1] - 4876:21

## V

variety [1] - 4943:14
various [1] - 4907:15
vehicles [1] - 4945:2
Ver [1] - 4882:10
via [1] - 4907:4
victims [1] - 4949:7
video [1] - 4915:15
view [3] - 4904:23, 4944:12, 4944:21
views [1] - 4872:17
visit [1] - 4905:23
visited [2] - 4905:20, 4905:23

vs [1] - 4865:5

## W

wait [1] - 4898:23
WALEED [1] - 4866:2
Walid [1] - 4919:7
wants [2] - 4901:10, 4913:9
war [1] - 4939:20
warnings [1] - 4937:25
Washington [6] - 4865:16, 4865:20, 4866:4, 4866:12, 4878:22, 4951:14
wave [1] - 4945:2
ways [1] - 4944:13
weak [1] - 4941:13
weapon [1] - 4942:20
weapons [3] - 4939:15, 4942:16, 4947:20
wear [1] - 4878:17
wearing [3] - 4918:17, 4918:19, 4944:22
week [2] - 4870:24, 4903:3
weekend [2] - 4872:9, 4874:17
weeks [1] - 4903:4
weight [1] - 4899:24
welcome [1] - 4901:13
well-known [1] - 4927:3
western [2] - 4943:8, 4943:10
willing [1] - 4879:19
win [1] - 4874:24
wishes [1] - 4897:18
withhold [1] - 4950:20
Witness [12] - 4914:21, 4916:12, 4919:18, 4920:23, 4922:9, 4923:21, 4925:25, 4927:18, 4928:23, 4930:7, 4932:13, 4933:23
WITNESS [2] - 4867:2, 4908:24
witness [50] - 4869:12, 4869:19, 4870:1, 4870:25, 4871:10, 4871:11, 4871:19, 4873:10, 4897:5, 4897:12, 4897:17, 4897:21, 4897:23, 4898:7, 4898:19, 4898:22, 4899:15, 4899:18, 4900:1, 4900:23, 4901:3,

4901:15, 4902:15, 4902:23, 4903:12, 4905:17, 4906:9, 4906:24, 4908:20, 4909:2, 4909:5, 4912:16, 4913:12, 4913:18, 4913:25, 4914:3, 4914:8, 4914:24, 4916:2, 4919:8, 4920:14, 4922:1, 4923:13, 4925:18, 4927:11, 4928:16, 4929:24, 4932:5, 4933:14
witness's [5] - 4871:6, 4894:1, 4898:4, 4898:9, 4909:22
witnesses [7] - 4869:2, 4869:5, 4869:6, 4904:11, 4913:7, 4913:16, 4931:8
witnesses' [1] - 4869:3
won [2] - 4947:15, 4947:16
wonderful [2] - 4901:24, 4902:3
wore [1] - 4874:21
world [2] - 4904:23, 4939:20
write [17] - 4913:9, 4913:19, 4914:17, 4916:10, 4919:16, 4920:21, 4922:7, 4923:19, 4925:24, 4926:9, 4927:17, 4928:22, 4929:8, 4930:6, 4930:19, 4932:12, 4933:21
writing [2] - 4913:12, 4950:1
written [4] - 4884:22, 4900:7, 4913:8, 4924:7
wrote [2] - 4924:9, 4933:1

## Y

Yahya [1] - 4927:6
Yamen [2] - 4893:7, 4893:10
years [4] - 4905:23, 4909:18, 4935:8, 4935:10
yesterday [4] - 4868:8, 4870:21, 4907:1, 4908:6
York [2] - 4878:3, 4880:25

young [1] - 4878:13
yourself [3] - 4890:4, 4909:15, 4941:21

## Z

Zakaria [1] - 4912:14
Zubayr [1] - 4920:13
Zway [1] - 4927:6