IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )      CR No. 14-141
                                    )
                                    )      Washington, D.C.
        vs.                         )      November 6, 2017
                                    )      1:20 p.m.
AHMED SALIM FARAJ ABU KHATALLAH,    )
                                    )      Day 20
            Defendant.              )      Afternoon Session
_____    )


              TRANSCRIPT OF JURY TRIAL
    BEFORE THE HONORABLE CHRISTOPHER R. COOPER
          UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:           John Crabb, Jr.
                              Julieanne Himelstein
                              Michael C. DiLorenzo
                              Opher Shweiki
                              U.S. ATTORNEY'S OFFICE
                              Judiciary Center Building
                              555 Fourth Street, NW
                              Room 11-844
                              Washington, D.C. 20530
                              (202) 252-1794
                              John.D.Crabb@usdoj.gov
                              julieanne.himelstein@usdoj.gov
                              michael.dilorenzo@usdoj.gov
                              opher.shweiki@usdoj.gov


For the Defendant:            Mary M. Petras
                              Michelle M. Peterson
                              FEDERAL PUBLIC DEFENDER
                              FOR D.C.
                              625 Indiana Avenue, NW
                              Suite 550
                              Washington, D.C. 20004
                              (202) 208-7500 Ext. 109
                              mary_petras@fd.org
                              shelli_peterson@fd.org

4967

APPEARANCES CONTINUED

For the Defendant:          Eric Leslie Lewis
                            Jeffrey D. Robinson
                            Waleed Elsayed Nassar
                            LEWIS BAACH
                            KAUFMANN MIDDLEMISS PLLC
                            1899 Pennsylvania Avenue, NW
                            Suite 600
                            Washington, D.C. 20006
                            (202) 833-8900
                            eric.lewis@lbkmlaw.com
                            Jeffrey.Robinson@lbkmlaw.com
                            waleed.nassar@lbkmlaw.com


Interpreter:                Sara Kamel
                            Ghada Attieh

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            U.S. District Court
                            for the District of Columbia
                            333 Constitution Avenue, NW
                            Room 6511
                            Washington, D.C. 20001
                            (202)354-3249

                            WilliamPZaremba@gmail.com


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

4968

```
 1                          -  -  -

 2                     WITNESS INDEX

 3                          -  -  -

 4   WITNESSES            DIRECT CROSS REDIRECT RECROSS

 5   GOVERNMENT'S:

 6   ALI MAJRISI          4969

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S

2              DEPUTY CLERK:  All rise.

3              This court is again in session, the Honorable

4    Judge Christopher R. Cooper presiding.  Please be seated and

5    come to order.

6              (Defendant entered)

7              (Jury entered the courtroom.)

8              THE COURT:  All right.  Welcome back, ladies and

9    gentlemen.

10             My apologies for the delay, but I think we're

11   ready to go.

12             Mr. Crabb.

13             MR. CRABB:  May I begin, Your Honor?

14             THE COURT:  You may.

15                         -  -  -

16   ALI MAJRISI, WITNESS FOR THE GOVERNMENT, HAVING BEEN

17   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

18   FOLLOWS THROUGH THE INTERPRETER, TOUFIC MAGED, MUSTAFA

19   SAYID, RAAD FANARY:

20                  DIRECT EXAMINATION (CONTINUED)

21                         -  -  -

22   BY MR. CRABB:

23        Q    Good afternoon, Mr. Ali.

24        A    Good afternoon.

25        Q    Mr. Ali, I believe before we broke for lunch, you
```

1    were describing in general the conditions in Benghazi

2    following the revolution.

3            I want to go forward from that and ask you, in

4    September of 2012, did you learn of an attack on the

5    U.S. Special Mission in Benghazi?

6    A    Yes, I learned about it.  Likewise, everybody in

7    Benghazi did.

8    Q    Is that something you witnessed firsthand or

9    learned about through the news or other means?

10   A    The whole city, the news, everybody.

11   Q    Mr. Ali, had you ever met or seen U.S. Ambassador

12   Christopher Stevens before then?

13   A    Yes.

14   Q    How many times?

15   A    Two times.

16   Q    Where was the first time you saw Ambassador

17   Stevens?

18           MS. PETERSON:  Objection; relevance, Your Honor.

19           THE COURT:  Overruled.

20           THE WITNESS:  The first meeting with the

21   U.S. Ambassador was in Juliana, yeah, Juliana Port in

22   Benghazi.  That was at the beginning of the revolution.  He

23   was like supervising the relief, goods and stuff being

24   offered to the Libyan people.

25           So he was helping unloading the stuff, hand to

1   hand with the other people, and people told me then that

2   this is the U.S. Ambassador.

3           MS. PETERSON:  Objection, Your Honor; hearsay.

4           THE COURT:  I'll sustain it.

5           MS. PETERSON:  Move to strike the entire answer as

6   it's all based on hearsay.

7           MR. CRABB:  Your Honor, may I ask a follow-up?

8           THE COURT:  You may.

9   BY MR. CRABB:

10      Q    Mr. Ali, were you present when you saw this person

11  helping with the relief efforts in Benghazi?

12      A    Yes.

13      Q    And did you learn the identity of that person

14  eventually?

15          MS. PETERSON:  Objection, Your Honor.  It's based

16  on hearsay.

17          THE COURT:  Approach.

18          (Bench conference)

19          MR. CRABB:  Your Honor, one can learn the identity

20  of a public person.  For instance, I could identify

21  President Trump, and I've never met him in my life.  One can

22  identify a public official without meeting him firsthand,

23  but he did see his actions firsthand.

24          MS. PETERSON:  Your Honor, I would also renew my

25  objection on relevance on the grounds that he just testified

```
1    that this was at the beginning of the revolution at a time
2    that presumably pre-dates the government's assertion --
3          THE COURT:  What was his position in the beginning
4    with relation to this?
5          MR. CRABB:  He was the United States Envoy to the
6    revolutionaries.
7          MS. PETERSON:  He was not the Ambassador, and it
8    pre-dates the government's allegation that our client had
9    formed a hatred for the United States.  It wouldn't have
10   been formed prior to the revolution or the beginning of the
11   revolution.  They were on the same side.
12         THE COURT:  If it goes to anything, it goes to the
13   questions of whether the American diplomatic presence in
14   Benghazi was the public face.  Okay?  And if there was an
15   Envoy that later became the Ambassador that was out there
16   being the public face of America in this city, which isn't
17   that big, it seems to undercut your position or your
18   client's position that there was no diplomatic capability or
19   presence in Benghazi.  If everyone --
20         MS. PETERSON:  The point is that --
21         THE COURT:  Isn't that clear?
22         MS. PETERSON:  The point is there was no mission.
23   And at this time, there was none.  He was just visiting
24   Benghazi.  No one has said that the client --
25         THE COURT:  Whether there was a mission or not,
```

```
 1    whether the Americans were providing diplomatic services,
 2    which include humanitarian services, in an open and
 3    notorious way goes to the whole point of whether he had no
 4    idea of that.  It doesn't prove it.  It's not dispositive.
 5    But it's relevant.
 6              MS. PETERSON:  It's two different things.  The
 7    client -- there's been no evidence that he didn't think that
 8    there was an embassy in Tripoli.  But you can have an
 9    embassy --
10              THE COURT:  We're talking about Benghazi.
11              MS. PETERSON:  Right.  But you can have --
12              THE COURT:  An envoy is one who is openly and
13    notoriously handing out the supplies in a port.  Isn't that
14    American diplomatic presence, regardless of whether it's in
15    a mission or what its title is?
16              MS. PETERSON:  But the whole point of this whole
17    question of whether he knew there was a diplomatic mission
18    in Benghazi is he didn't go there to do -- he didn't plan to
19    attack the mission because he didn't know it existed.
20              THE COURT:  I'm going to overrule the relevance
21    objection for all those reasons.
22              On the hearsay objection, you want to cover the
23    public official exception?  I'm not sure -- is there a
24    public official exception?
25              MR. CRABB:  I knew you'd say the exception, but
```

1    I think that it's fair to say that people can learn the

2    identity of people, in other words.

3                THE COURT:  It's otherwise reliable.

4                MR. CRABB:  And also, I don't mean to belabor it,

5    but he did eventually meet Ambassador Stevens in person

6    while he was at a coffee shop and Ambassador Stevens was out

7    jogging.  So that is further basis for his identification of

8    the individual.

9                THE COURT:  Okay.  I'll allow it.

10                MR. CRABB:  Thank you.

11                (Open court)

12   BY MR. CRABB:

13        Q    Mr. Ali, I believe I was asking you whether this

14   person who you saw at the Port of Benghazi assisting with

15   the distribution of relief supplies, if you eventually

16   learned that that person was Christopher Stevens of the

17   United States State Department.

18        A    Yes.

19        Q    And was it, in fact, Christopher Stevens?

20        A    He was the Ambassador, the U.S. Ambassador.

21             Yeah, he was in the port in Benghazi.

22        Q    And, Mr. Ali, I believe you said that you had an

23   opportunity to see Mr. Stevens in person two times?

24        A    Yes.

25        Q    Tell us what happened the second time.

4975

```
 1      A    I met him the second time; he was like exercising,
 2  jogging.
 3           Then after that, met him the same day in a coffee
 4  shop.
 5           That was the second time.
 6      Q    Was that the same man you'd seen at the Port of
 7  Benghazi distributing the relief supplies?
 8      A    Yes.
 9      Q    Mr. Ali, after the attack on the U.S. Mission
10  occurred in September of 2012, were you approached by
11  representatives of the American government to assist with
12  the investigation of that crime?
13      A    Yes.
14      Q    In general, what were you initially asked to do to
15  assist the United States?
16      A    They asked me to help in the investigation on
17  the -- about the attack on the compound.
18      Q    Did you immediately agree to help the
19  United States?
20      A    Not immediately.  It took me some time.
21      Q    Why did you have reservations?
22      A    There was lot of dangers in that thing.
23           It was really a hard decision to take, because on
24  one side you have the U.S. Embassy and the people
25  investigating that incident; and on the other side, there
```

4976

```
1    were other people, very well-known throughout Benghazi as
2    being extremist.
3         Q    Did you eventually agree to help the United States
4    on this issue?
5         A    Yes, after that, I agreed to.
6         Q    Why did you decide to help?
7         A    Because I'm against terrorism and against
8    extremism.
9              And I try and do every way to help my city,
10   Benghazi.
11             And also, on the other hand, to help the
12   United States.
13             Because United States did us a favor; it helped us
14   through the revolution.
15        Q    Mr. Ali, before you began to assist these
16   United States officials, did they offer you any money?
17        A    At the beginning, no.
18        Q    Once you agreed to help, what were you asked to
19   do?
20        A    They asked me to help find out about the location
21   of Ahmed Abu Khatallah because he was the first accused in
22   the case.
23             And for -- ask for some information about him.
24        Q    Prior to the United States officials asking you to
25   do that, were you a close associate of Mr. Khatallah's?
```

1    A    No, never.

2    Q    Well, then please explain to the jury how you were

3    able to collect information about Mr. Khatallah.

4    A    In the beginning, it was through a third person

5    that's known by Mr. Abu Khatallah and myself.  I asked that

6    person to introduce me to him, Abu Khatallah, and to me to

7    them.  That third person agreed.  He contacted him and asked

8    him that there's a person who's willing to meet you and to

9    be introduced to you.

10         So he introduced me to him, and then the

11   relationship started from there.

12   Q    When you were introduced to Mr. Khatallah, what

13   did you tell him the reason for your meeting was?

14   A    It was then, me as a successful businessman, and

15   he knew prior to that about me and my position in the

16   revolution and as a successful businessman also.

17        And he was always like requiring the kind of

18   support, financial support and other efforts.

19        So I used this as a way to enter, to get to the

20   relationship with him.

21   Q    Mr. Ali, the first time you met with

22   Mr. Khatallah, where did that happen?

23   A    At his house.

24   Q    Where is Mr. Khatallah's house located?

25   A    His house is located at Al-Laithi neighborhood,

1    Al-Yamen Street.

2        Q    Mr. Ali, I'd like to show you a page from

3    Government's Exhibit 1100A, which has already been admitted

4    into evidence.

5            MS. PETERSON:  Objection, Your Honor.  I don't

6    know if he's trying to refresh his recollection.  He hasn't

7    established that he doesn't know it.

8            THE COURT:  Hold on.

9            Approach.

10           (Bench conference)

11           MR. CRABB:  I'm not trying to refresh his

12   recollection.

13           THE COURT:  Are you trying to draw his attention

14   to the address?

15           MR. CRABB:  I'm going to ask him to compare the

16   address of those cargo records to the address he understands

17   to be Mr. Khatallah's home.  I believe it's one and the

18   same.

19           I'm going to also ask him if he knows the person

20   listed as the subscriber.  And I believe he's going to say,

21   "Yes.  That's Mr. Khatallah's brother."

22           MS. PETERSON:  If the witness has said a street

23   that he lives on, he hasn't given an address.  I don't know

24   if the government is trying to give him -- to show him what

25   the address is, if the only address on that document is the

```
 1   same street, what we're trying to do with it.

 2            THE COURT:  I'll overrule it.

 3            MS. PETERSON:  But he can't allow him to testify

 4   through a document.

 5            THE COURT:  Overruled.

 6            (Open court)

 7            MR. CRABB:  Could we make this visible to the

 8   jury, please?

 9   BY MR. CRABB:

10       Q    Mr. Ali, can you see this document in front of

11   you?

12       A    Yes.

13       Q    Do you see this entry right here?

14       A    Yes.

15       Q    What does that entry say?

16       A    Should I read the whole line?

17       Q    Yes, please.

18       A    At the top is the name.  It says "Bubakar Salim

19   Faraj.  It's personal ID.  This is a personal ID number.

20       Q    Let me interrupt you before you go any further.

21            You just said a name.  Do you know who that person

22   is?

23       A    Yes.

24       Q    Who is it?

25       A    Brother Ahmed Abu Khatallah.
```

1    Q    I'm sorry?

2    A    Mr. Ahmed Abu Khatallah.

3         Oh, his brother, brother of Ahmed Abu Khatallah.

4    Q    To be clear, did you say that name is

5    Mr. Khatallah's brother?

6    A    Yes.

7         Yes, Bubakar Salim Faraj.

8    Q    I'm sorry.  I interrupted.  Please continue.

9    A    It's a personal ID, and there's a number next to

10   it.

11        And then the address Al-Laithi, Al-Yamen Street.

12   Q    I'm sorry.  Are you familiar with that address you

13   just mentioned?

14   A    This is the same house where Ahmed Abu Khatallah

15   lives.

16   Q    Is this the location you just mentioned where you

17   met with him the first time?

18   A    Yes.

19   Q    Over the next year or so, did you meet with

20   Mr. Khatallah at that location again?

21   A    Yes.

22   Q    Could you estimate for the jury approximately how

23   many times you met Mr. Khatallah at that location?

24   A    I can't remember; a lot of times.

25   Q    Mr. Ali, do you see this entry right here?

1      A    Yes.  Are you talking about the middle part, the

2  white part at the bottom?

3      Q    Yes.  Do you see this red number?

4      A    Yes.

5      Q    Do you recognize that number?

6      A    Yeah.  This is a phone number of Ahmed Abu

7  Khatallah, 0532.

8      Q    During the time that you knew Mr. Khatallah, did

9  you ever call him on that number?

10     A    At the beginning of our relationship, yes, I

11  called him on that number.

12     Q    Did you ever receive calls for Mr. Khatallah on

13  that number?

14     A    Yes.

15     Q    Mr. Ali, I believe you said that you had your

16  first meeting with Mr. Khatallah at his house?

17     A    Yes.

18     Q    Did you meet with him again after that?

19     A    Yes; several times.

20     Q    Explain to the jury how these next meetings came

21  about.

22     A    It was just kind of normal meetings, just to

23  strengthen our relationship.

24          I go to visit him at his house, and we talk about

25  general topics.

4982

1          And then we meet other friends there and try to

2     collect some information about him.

3          Q    Did there come a time when Mr. Khatallah was

4     willing to meet with just you alone?

5          A    Yes, he did, but it was just kind of normal

6     meetings.

7          Q    During this time when you began to meet with

8     Mr. Khatallah, did the representatives of the United States

9     that you were working with ask you to give anything to

10    Mr. Khatallah?

11          THE INTERPRETER:  Would you repeat the question,

12    please.

13    BY MR. CRABB:

14          Q    Yes.

15          During this time after you had made contact with

16    Mr. Khatallah, did the American representatives you were

17    working with ask you to give anything to Mr. Khatallah?

18          A    Yes.

19          Q    Please tell the jury what types or what things you

20    were asked to give to Mr. Khatallah.

21          A    Money and a car.

22          Q    Do you remember approximately when you gave

23    Mr. Khatallah the car?

24          A    It's really hard for me to remember dates.

25    I can't.

1        Q      Was that something that the American officials

2   asked you to do?

3        A      Yes.

4        Q      How did Mr. Khatallah react when you gave him the

5   automobile?

6        A      He received it.  He was happy.

7        Q      Were you asked to give Khatallah anything else?

8        A      As far as I remember, two laptops.

9        Q      Were the laptop computers also something the

10  American officials asked you to give to Mr. Khatallah?

11       A      Yes.  They give them to me; and I give them,

12  handed them to Abu Khatallah.

13       Q      Did you actually give those laptop computers to

14  Mr. Khatallah?

15       A      Yes, I did.

16       Q      Do you know what he used them for?

17       A      He had people working with him, people working on

18  computers, so he gave them these laptops.

19       Q      While you were working with these American

20  officials and meeting with Mr. Khatallah, did you incur any

21  expenses for your activity?

22       A      Yes.

23       Q      Tell us in general what types of expenses you

24  incurred.

25       A      So there was like a fixed amount as a salary for

1    me and some expenses related to the kind of operation we've

2    been doing.

3            At the beginning, it was a fixed amount,

4    2500 U.S. dollars.

5            And then, after some time, they doubled the amount

6    to become 5,000.

7            So they were giving me money, an extra money for

8    the operations and expenses related to the operation, plus

9    some extra monies like gift for me.

10       Q    In general, what were some of the operational

11   expenses you incurred?

12       A    It's like buying cars, equipment.  That's all.

13       Q    And you mentioned that you received a salary of

14   $2500?

15       A    Yes; at the beginning.

16       Q    And then it was doubled to 5,000?

17       A    Yes, it did.

18       Q    What period of time was that salary for -- a

19   week? a month? a year?

20            THE INTERPRETER:  I want to clarify the question,

21   if you don't mind.

22            You're asking for like every month they were

23   paying him?  Or how long did it -- they kept paying him the

24   salary?  If you rephrase the question, please.

25            MR. CRABB:  I'll try.

```
1              THE INTERPRETER:  Thank you.
2    BY MR. CRABB:
3        Q    When you received a salary of $2500, eventually
4    5,000, what period of time would that payment cover?
5        A    It's like a month.  It's like a fixed monthly
6    payment.
7        Q    Mr. Ali, when you had your dealings with
8    Mr. Khatallah, did you meet some of his associates?
9        A    Yes.
10       Q    Did you also go to locations that Mr. Khatallah
11   either owned or controlled?
12       A    Yes.
13       Q    Did you ever go to a garage in Benghazi that
14   Mr. Khatallah controlled?
15       A    What do you mean by "controlled by Abu Khatallah."
16       Q    That it was his premises, that he either owned it
17   or had some interest in the premises.
18       A    Yeah.  He owned -- he owns a property in
19   Al-Qawarishah, at the industrial neighborhood.
20       Q    Where in Benghazi was this located?
21       A    In Al-Qawarishah neighborhood in Benghazi.
22       Q    Did you ever go with Mr. Khatallah to any
23   locations where he stored weapons?
24       A    Yes.  On some of these locations was that garage.
25       Q    What kind of weapons did Mr. Khatallah store at
```

4986

1    that garage?

2        A    A variety of arms really.  It's between heavy and

3    light arms and weapons.  And ammunition also.

4        Q    Tell us which types of weapons you remember,

5    whether they be light or heavy.

6        A    It's a mortar, DShK, 14-and-a-half-caliber, and

7    RPG ammunition.  And SAM missiles.  And, yeah, and he has

8    some TNT, which is like mines against tanks.

9             That's all I remember.

10       Q    Did you mention a SAM missile?

11       A    Yes.

12       Q    Is that an anti-aircraft missile?

13       A    Yes.  The one you carry on the shoulder.

14            Its color is green.

15            It's a Russian kind of weapon.

16       Q    Mr. Ali, I'm going to show you what's previously

17   been admitted as Government's Exhibit 188-18A.

18            Can you see that okay?

19       A    Yes.

20       Q    Did you ever see this man, Al-Imam, with

21   Mr. Khatallah?

22       A    Yeah.  He's one of the closest person to

23   Khatallah.

24       Q    Tell us why you say that.

25       A    They were in prison, in Abu Salim Prison,

```
 1   together.  And he is to trust him a lot.  And he was there
 2   regularly, on a daily basis at his house.  That's all.
 3        Q    Mr. Ali, do you ever remember a time when Mr. Imam
 4   had problems with his teeth?
 5        A    Yes, I remember.
 6        Q    Did he make plans to travel outside of Libya for
 7   dental treatment?
 8        A    He was wishing to do so, hoping to do so.
 9        Q    Were you present when he discussed this and
10   Mr. Khatallah was also present?
11        A    Yes.
12        Q    Did Mr. Imam have any concerns about traveling
13   outside of Libya?
14             MS. PETERSON:  Objection, Your Honor; hearsay.
15             MR. CRABB:  Your Honor, it's not for the truth of
16   the matter asserted.
17             THE COURT:  Overruled.
18   BY MR. CRABB:
19        Q    Did Mr. Imam have any concerns about traveling
20   outside of Libya for his dental treatment?
21        A    Yes.  Yes, he had.
22        Q    What did he say?
23        A    After some time, the FBI put pictures and images
24   of those accused of the attack on the compound, and his
25   picture was among those wanted images.
```

```
 1              So I offered him to travel outside of the country.
 2    And he said, "No, I cannot do that, because of, there's a
 3    problem.  My picture is among those wanted list.  I cannot
 4    do it."
 5              So Ahmed Abu Khatallah was laughing at him for
 6    saying so.
 7              "You don't have the right skills on how to make
 8    yourself disappear in front of the cameras and camouflage
 9    yourself."
10              That was part of the conversation that was taking
11    place among us.
12       Q    Who said, "You don't have the right skills," about
13    not being captured on camera?
14       A    Ahmed Abu Khatallah say so.
15       Q    Did Mr. Khatallah say anything about whether or
16    not he thought the FBI had pictures of him?
17              MS. PETERSON:  Objection, Your Honor; leading.
18              THE COURT:  Overruled.
19              THE INTERPRETER:  Can you repeat the question.
20    BY MR. CRABB:
21       Q    During this conversation with Mr. Imam, did
22    Mr. Khatallah say anything about whether he thought the FBI
23    had pictures of him?
24       A    No.  He was kind of first queue, had no problem.
25       Q    Mr. Ali, are you familiar with the Bab Al-Salam
```

1   Mosque?

2        A    Yes.

3        Q    Where's that mosque?

4        A    Al-Salam neighborhood.

5        Q    What neighborhood is that city in?

6        A    In Benghazi.

7        Q    Did you ever go to a meeting at that mosque with

8   Mr. Khatallah?

9        A    Yes.

10       Q    Who organized that meeting?

11       A    A sheikh called Ahmed Al-Fitori, or maybe Muhammad

12  Fitori.

13       Q    Mr. Ali, I'm going to show you what's been

14  admitted as Government's Exhibit 188-12A.

15            Can you see that okay?

16       A    Yes.

17       Q    Is that the Mr. Fitori you're referring to?

18       A    No.  Another person.

19       Q    A different Fitori?

20       A    Yes.

21       Q    What was the purpose of the meeting?

22       A    The reason is to get this different armed

23  factions, get them unified.  And, of course, among them,

24  there were the federalists and the separatists, Libyans.

25            And as a matter of fact, almost all of the forces

```
 1    and factions controlling Benghazi were invited to that
 2    meeting.
 3              Among those invited to that meeting, it was me and
 4    Mr. Abu Khatallah.
 5       Q    Let me go back a step.  Did you mention
 6    federalists being present at the meeting?
 7       A    Yes.
 8       Q    Please tell us what you mean when you refer to
 9    federalists.
10       A    Yeah.  This is a group, we call them the federals.
11    They were trying to divide the country, to divide Libya into
12    three regions:  west, south, and east regions.
13       Q    Did you also mention separatists attending the
14    meeting?
15       A    I meant the same people, the federalists.
16       Q    Are federalists and separatists the same?
17       A    Yes.  It's the same meaning, and I meant the same
18    people.
19       Q    Are you familiar with an organization called Ansar
20    Al-Sharia?
21       A    Yes.
22       Q    Was it represented at this meeting?
23       A    Yes.
24       Q    Please tell the ladies and gentlemen of the jury
25    what Ansar Al-Sharia is.
```

1        A    As a matter of fact, at the beginning of the

2   Libyan revolution, there was nothing called Ansar Al-Sharia

3   group.

4              But then after the revolution, after the end of

5   the revolution, then we started to hear a lot of names and

6   groups.

7              We used to know Al-Qaeda, which is the fighting

8   Libyan group.

9              Then we started to hear kind of weird and strange

10  names.  One of them was Ansar Al-Sharia group.

11             That -- the Ansar Al-Sharia organization is an

12  organization calling for applying the Sharia law, the

13  Islamic law.

14             But from the outside, there was like a group;

15  people learned that -- they tried to show themselves as a

16  group trying to help people, giving, distributing them foods

17  and assistance and do kind of philanthropy kind of work.

18             But as a matter of fact and actually there were --

19  they had their camps, training camps.  And they have armed

20  vehicles also they be using.  And they collected large, huge

21  amount of weapon.

22             This is in brief what I know about Ansar Al-Sharia

23  as a group.

24             MR. CRABB:  Your Honor, with respect to

25  Ansar Al-Sharia, may I display what's been admitted as a

```
 1   demonstrative exhibit, Government's Exhibit 225-16?

 2            THE COURT:  You may.

 3   BY MR. CRABB:

 4       Q    Mr. Ali, let's go back to the meeting at the

 5   mosque.

 6            Approximately how many people attended this

 7   meeting?

 8       A    It is really hard to tell you exactly.

 9            I would say somewhere between 35 to 50.

10       Q    During this meeting, did there come a time where

11   the different participants introduced themselves?

12       A    Sheikh Muhammad Fitori was the person, like the

13   coordinator.  He was the one, the organizer, and allowing

14   people to stand up and introduce themselves and the group

15   they represent.

16       Q    Were you there when the people stood and made

17   their introductions?

18       A    Yes, I was there.

19       Q    Did that man, Abu Khatallah, stand up and make an

20   introduction?

21       A    Yes.

22       Q    What did he say?

23       A    He introduced himself as Ahmed Abu Khatallah.

24            He was born in Benghazi and lived in Benghazi.

25            And he said that he does not represent any entity.
```

1          He represents himself.

2          And I know that all of you there, you hate to walk

3     along and be with me because I've been accused of several

4     cases.  Among them was this U.S. Embassy case.  I'm wanted

5     for the Americans, for the U.S. Embassy.

6          And there's no use of me saying anything, and then

7     he took -- he sat down.

8     Q    During the meeting, did Mr. Khatallah say anything

9     about coordination among these different groups?

10    A    Yes.

11    Q    What did he say?

12    A    He didn't say it when he stood up to introduce

13    himself; but after the end of or the conclusion of the

14    meeting, he was trying to get closer to the federalists and

15    that he was working with them.  And he's asking for their

16    support.

17    Q    What did he say?

18    A    I can't remember exactly.

19    Q    Mr. Ali, do you know a man named -- I'm sorry.

20         MR. CRABB:  May I have a moment, Your Honor?

21         THE COURT:  You may.

22    BY MR. CRABB:

23    Q    Do you know a man named Shuaib Mushayti?

24         THE INTERPRETER:  What's that again, please?

25         THE WITNESS:  Yes.  Shuaib Mushayti.

1          THE INTERPRETER:  Okay.  I got it from him.

2    BY MR. CRABB:

3        Q    Do you know a man with that name?

4        A    Yes.

5        Q    Were you ever at Mr. Khatallah's house when that

6    man was present?

7        A    Yes; almost always.

8        Q    Was there ever a time that you, Mr. Mushayti and

9    the defendant were there where Mr. Khatallah talked about

10   the night of the attack on the U.S. Mission in Benghazi?

11       A    Yes.

12       Q    What did Mr. Khatallah say?

13       A    That day, I remember it was me, Ahmed Abu

14   Khatallah, and Shuaib Mushayti and Rafat Budabus.  We were

15   in a gathering for the Ansar Sharia group.  So after that

16   gathering concluded, we came back to Ahmed Abu Khatallah's

17   house.  And we were like standing in front of the house.

18   And Mr. Budabus was kind of enthusiastic and talking.  And

19   he was talking about Al-Zarquawi and what he has done in

20   Iraq.

21          So Rafat was telling Abu Khatallah that we have to

22   do something to prove ourself, something strong to show

23   ourself.

24          Ahmed Abu Khatallah replied, he told him, "How

25   could you do such thing?  It would be kind of impossible,

1    because every time you try to do such a thing, other groups
2    and people would interfere and be in the middle, whether
3    revolutionaries or others.  Like I remember when we were
4    attacking the compound Wissam Bin Hamid was there and
5    interfered to stop part of the operation.  I intended then
6    to kill everybody there, even those who were at the airport,
7    if it was not for Wissam, who stopped me from doing so."
8         Q    Mr. Ali, who said they intended to kill everyone
9    there, including at the airport, if not for Wissam?
10        A    Ahmed Abu Khatallah.
11        Q    When Mr. Khatallah mentioned a compound,
12   do you know what he was referring to?
13        A    Yeah.  He meant the Embassy.  He never called it
14   the Embassy.  Always used the word "compound."
15        Q    Is that a location in Benghazi?
16        A    Yes.
17        Q    Mr. Ali, during the time that you spent with
18   Mr. Khatallah, did he ever express concerns about the
19   United States spying in Benghazi?
20        A    He's always used to talk that in a location called
21   Fuwayhat in a Venezia neighborhood.  We called it
22   specifically Venezia neighborhood.  He used to describe that
23   location as an intelligence point and where there are a lot
24   of spying taking place about us, Libyans and Muslims.
25        Q    Did he ever say what country he thought was doing

1  the spying?

2      A    Yeah.  He was very specific.  He used to say the

3  United States.

4      Q    Mr. Ali, did Mr. Khatallah have a farm?

5      A    Yes.

6      Q    Was that outside Benghazi?

7      A    Yes.

8      Q    Did he ever express to you concerns he had about

9  traveling to the farm?

10      A    Yes.  It's a long distance.  He was afraid of

11  taking that trip.

12      Q    What was he afraid of?

13      A    That maybe the American forces, anytime on the

14  way, they may stop him, apprehend him.

15      Q    Mr. Ali, do you know a man named Nassar Muqasbi?

16      A    Nasser Maqasbi.  Yeah, I know him.

17      Q    Who's that?

18      A    One of the rebels and one of the closest people to

19  Wissam Bin Hamid.

20      Q    Was he ever injured?

21      A    Yes.

22      Q    Did you ever visit him when he was recovering from

23  his injuries?

24      A    Yes.  I visited him together with Mr. Ahmed Abu

25  Khatallah.

1    Q    After the visit was over, did you and
2  Mr. Khatallah leave together?
3    A    Yes.  We left together in my private car.
4    Q    About what time of day was it?
5    A    It was late at night after 12:00, I would say,
6  after midnight.
7    Q    Who was driving?
8    A    I was driving.
9    Q    While you were driving, did Mr. Khatallah say
10 anything?
11   A    Yeah.  We were just talking.  And the place where
12 we visited is called Sabri, and it was quite empty.
13 Especially after midnight, the streets, they are so empty.
14 In Benghazi.  That's part of Benghazi.
15        He opened a conversation with me.  And he said
16 specifically, There's a person called Hassan Al-Hamar
17 contacted him and told him that you have a big file about
18 the U.S. Embassy.  He said, I'm so tired and depressed of
19 this case.
20   Q    Sorry.  Let me ask you, who said he was tired and
21 depressed?
22   A    Ahmed Abu Khatallah was talking, and that he's so
23 tired of that case; and there are lot of entities or groups
24 after him.  One of them is those after the U.S. Embassy
25 case.

1          And if it happened and they apprehended me,

2     I'm going to say everything.  I'm going to talk about

3     everything, all of these people involved in the case of the

4     U.S. Embassy.

5          That was the end of the conversation.

6          Then we started talking about a different topic,

7     which changed the conversation -- I changed the topic

8     myself.

9     Q    Did he say anything about these other people, what

10    his role was and what the other people's role was?

11    A    No, he did not.

12    Q    Mr. Ali, you mentioned earlier that you went to

13    Mr. Khatallah's house?

14    A    Several times.

15    Q    Was there a section of the house that was private

16    or an apartment?

17    A    Yes.  He had like a private apartment on the

18    higher level.

19    Q    Did you ever go to that part of Mr. Khatallah's

20    house?

21    A    Yes; the last place.  He used to invite me to go

22    there and --

23    Q    Why did he invite you to go there?

24    A    I guess there was a trust between both of us and

25    everything was going -- getting along together finally.

 1      Q    In that private area of Mr. Khatallah's house, did
 2   you see any items or objects?
 3      A    Yes.
 4      Q    What kind of things did you see?
 5      A    Piles of papers and folders and old computers,
 6   units, boxes.
 7      Q    Did you ask Mr. Khatallah about the papers and the
 8   computers?
 9      A    It was a kind of spontaneous question.  I just
10   asked him, "Oh, gosh, why do you have these piles of papers
11   and folders and the computers?"
12           He said, "All of these field leaders who visited
13   the U.S. Ambassador, and now I know them by name
14   personally."
15      Q    I'm sorry.  Did he say anything about where these
16   materials came from?
17      A    No.
18      Q    Mr. Ali, do you know a man named Al-Libi?
19      A    Only Al-Libi, does he have a first name.
20      Q    Anas Al-Libi?
21      A    Abu Anas Al-Libi.
22      Q    Do you know of that person?
23      A    Yeah.  I've learned about him through the news,
24   and I learned also that the --
25           MS. PETERSON:  Objection, Your Honor.

1              THE COURT:  Sustained.

2              MR. CRABB:  Your Honor, may we approach?

3              THE COURT:  Maybe this is a good time for our

4     afternoon break.  We'll see you back here at 3:30.

5              (Jury exited the courtroom.)

6              THE COURT:  All right.  Why don't we escort the

7     witness to the witness room.

8              MR. CRABB:  Your Honor, with respect to the last

9     questions I was about to ask about Mr. Al-Libi.  It's not

10    hearsay.  There's -- the truth of the matter doesn't matter.

11             The point is he understood that Al-Libi was

12    captured by the Americans, and then he would explain how

13    Mr. Khatallah reacted to that.  It doesn't matter whether

14    it's true or not that Al-Libi was captured by the Americans.

15    It is, in fact, true.  The point is how Mr. Khatallah

16    reacted in the aftermath of that.

17             THE COURT:  Okay.  I'll overrule the objection.

18             See you in 13 minutes.

19             (Recess from 3:17 p.m. to 3:28 p.m.)

20             DEPUTY CLERK:  The court is again in session.

21    Please be seated and come to order.

22             (Defendant entered)

23             THE COURT:  We'll break hard and fast at 4:30

24    today.

25             MR. CRABB:  In light of that, Your Honor, could we

5001

1    approach briefly on the issue that was discussed during

2    lunchtime?

3            THE COURT:  Sure.

4            (Sealed bench conference)

5            MR. CRABB:

6            THE COURT:

7            MR. CRABB:

8

9            THE COURT:

10           MR. CRABB:

11

12

13

14

15           THE COURT:

16           MR. CRABB:

17           THE COURT:

18

19           MR. CRABB:

20           THE COURT:

21           MR. CRABB:

22

23

24           THE COURT:

25           MS. PETRAS:

5002

1   ███████████████████████

2         THE COURT:  ████████████████

3         MS. PETRAS:  ███████████████████████████

4   ████████████████████████████████████████████████

5   ███████████████████████████████████████████

6   ████████████████████████████████

7            ████████████████████████████████████████

8   ███████████████████████████████████████████████

9   ██████████████████

10         THE COURT:  ████████████████████████

11  ██████████████████████████████████████████

12  ██████████████████████████████████████████

13  ██████████████████████████████████████████

14  ██████████████████████████████████████

15  ███████████████████

16         MS. PETRAS:  ███████████████████████

17  ████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ███████████████████████████████

20  ██████████████████████████████████████████

21  ██████████████████████████████████████████

22  ████████████████████████████████████████████████

23  ███████████████████████████████████████████

24  █████████████████

25         THE COURT:  ████████████████████████

5003

```
1          MS. PETRAS:  ██████████████████████████████
2     ████████████████████████
3          THE COURT:  ███████████████████████████████
4     ██████████████████████████████
5          MS. PETRAS:  ██████████
6          THE COURT:  ███
7          MS. PETRAS:  █████████████████████████
8     ████████████████████████████████
9     ███████████████████████
10         THE COURT:  ███████████
11         MS. PETRAS:  ██████████
12         THE COURT:  ██████████
13         MS. PETRAS:  █████████████████████████
14    ████████████████████████████████████
15    █████████████
16         THE COURT:  ████████████████
17    ██████████████████████
18         MS. PETRAS:  ██
19         THE COURT:  █████████████
20         MR. CRABB:  ████████████████
21    █████████████████████████████████████
22    █████████████████████████████
23    ████████████████████████████████████
24    ██████████████████████████████████
25    ██
```

1           MS. PETRAS:  ████████

2           (Open court)

3           (Jury entered the courtroom.)

4           THE COURT:  All right.  Mr. Crabb, please

5    continue.

6           MR. CRABB:  Thank you, Your Honor.

7    BY MR. CRABB:

8      Q    Good afternoon again, Mr. Ali.

9      A    Good afternoon.

10     Q    I believe before the break I was asking if you

11   knew someone named Abu Ali -- I'm sorry, Al-Libi?

12     A    Abu Anas Al-Libi.

13     Q    Thank you.

14          Do you know whether or not that person was

15   apprehended by the United States from Libya?

16     A    Yes.

17     Q    Was he, in fact, apprehended by United States

18   forces in Libya?

19     A    Yes.

20     Q    Did that happen during the period of time that you

21   had your relationship with Mr. Khatallah?

22     A    Yes.

23     Q    Please tell the ladies and gentlemen of the jury

24   how Mr. Khatallah reacted to that event.

25     A    He appeared to be fearful, nervous, and he showed

1  a desire not to leave, go outside very often.

2        He often changed vehicles and wanted a large group

3  of people to be around him.

4        And changing his telephone number.  He was

5  worried, obviously, a lot.

6     Q    When you say he appeared to be -- was it fearful

7  and nervous?

8     A    Yes.

9     Q    Tell us what things he said or did that gave you

10  that impression.

11    A    He changed his meeting times when he met with

12  people.

13        He reduced the number of times he went out.

14        He stayed most -- a lot more at home in the

15  Al-Laithi neighborhood.

16        Basically, these are the signs that I saw.

17        THE COURT:  And just to be clear, Mr. Al-Libi's

18  apprehension has nothing to do with this case, correct,

19  Mr. Crabb?

20        MR. CRABB:  Correct, Your Honor.

21  BY MR. CRABB:

22    Q    Mr. Ali, forgive me, but I'm going to attempt to

23  ask you about another Libyan individual.

24    A    Please go ahead.

25    Q    Do you know a man named Ahmed Shaltami?

5006

```
1        A     Shaltami?  Yes, I do.

2        Q     Tell us in general who that is.

3        A     A field commander.  He belongs to the

4    17th of February Brigade.  He is one of the people that --

5    the group, larger group that is Sharia Al -- the

6    consolidation of revolutionary brigade.

7              He used to work in a joint operations room with

8    the Army with, with the police.

9              They were in charge of protecting government

10   installations and foreign missions.

11       Q     Was there a time when Mr. Shaltami received a

12   position with the Libyan government?

13       A     Yes.  He was nominated to be head of intelligence.

14       Q     Did you ever hear Mr. Khatallah express any view

15   about Mr. Shaltami receiving that position?

16       A     Yes.  He praised him.

17             He said, "This is one of the people who stood by

18   me.  He was one of the people that -- whom I asked to

19   withdraw from the -- around the American Mission.  He was

20   one of the first to respond and withdraw.  And if he should

21   take that position, it would be a positive thing for us.  It

22   will be good for us."

23       Q     Mr. Ali, I want to make sure I understand.  Who

24   said they asked Mr. Shaltami to withdraw from the position

25   of the American Mission?
```

5007

1     A     That was -- I was told that by Ahmed Abu

2    Khatallah.

3     Q     And did Mr. Khatallah say what Mr. Shaltami did

4    after Mr. Khatallah gave him that direction to withdraw?

5     A     Yes.

6     Q     What did he say?

7     A     He obeyed him and withdrew.

8           MR. CRABB:  May I have just a moment, Your Honor?

9           THE COURT:  You may.

10   BY MR. CRABB:

11    Q     Mr. Ali --

12    A     Yes.

13    Q     -- while you were working with the American

14   officials, did they ask you to try to collect information

15   about Mr. Khatallah and his associates?

16    A     Yes.

17    Q     Was that in an effort to try to capture

18   Mr. Khatallah?

19    A     Yes.

20    Q     Please tell the jury how you went about trying to

21   collect information about both Mr. Khatallah and his

22   associates.

23    A     By most -- a lot of it or most of it was in his

24   house, and some of it by meeting with him and being around

25   him.

1    Q    Did you spend time with him?

2    A    Yes.

3    Q    Did you ever say something like, I'm here to

4  collect information for the Americans?

5    A    I would not be here today.

6    Q    Did you try to hide what you were doing?

7    A    As much as possible.

8    Q    Let me show you again, Mr. Ali, what was

9  previously admitted as Government's Exhibit 188-15A.

10        Do you remember this as one of the photographs you

11  saw this morning.

12    A    Yes, Salah Al-Ammari.

13    Q    During the time that you spent with Mr. Khatallah,

14  was Mr. Al-Ammari ever around?

15    A    He was his shadow, actually.

16    Q    What do you mean by that?

17    A    He was very, very close to him, always present

18  with him.

19    Q    Did he have any types of tasks or jobs he would do

20  for Mr. Khatallah?

21    A    He was with him as his bodyguard, so to speak.

22    Q    During the time when you were around

23  Mr. Al-Ammari, did he ever say anything about the

24  September 11 attack on the U.S. Mission?

25    A    Once we were standing waiting for Ahmed in front

```
 1    of his house with a vehicle, and Salah Al-Ammari was with me
 2    in the vehicle.
 3              We were talking about leaders in general and the
 4    roles and what they do, generally speaking.
 5              MS. PETERSON:  Your Honor, objection; hearsay.
 6              May we approach?
 7              THE COURT:  You may.
 8              (Bench conference)
 9              THE COURT:  So it's after the events, obviously.
10    What's the "in furtherance"?
11              MR. CRABB:  As the Court's already identified, the
12    co-conspirator statement, it's in furtherance of the broader
13    conspiracy, which I can elicit more details about that,
14    Mr. Khatallah's ongoing criminal conspiracy he was
15    conducting in Benghazi.  And it's in furtherance of -- and I
16    could -- I've got some cases for the Court -- when
17    co-conspirators talk to others to try to either recruit them
18    or explain the circumstances.  That's considered a
19    co-conspirator's statement.
20              And it's been clear from the witness that he was
21    there acting as though he was part of the group.  So when
22    the co-conspirator says things to explain how the conspiracy
23    works or to encourage others to join, that's considered in
24    furtherance of the conspiracy.
25              MS. PETERSON:  That's not the statement.
```

1          THE COURT:  What is the broader conspiracy apart

2    from the conspiracy that he's been charged with?  And what

3    evidence is there that there was a broader conspiracy beyond

4    the Embassy attacks?

5          MR. CRABB:  I will elicit that I believe that what

6    the witness will say was that there was ongoing criminal

7    activity, some of which the Court has already admitted under

8    a 404(b) notice.  So I'll elicit that first, is that

9    conspiracy of the Court has already allowed us -- I haven't

10   gotten there yet -- to elicit information about the ongoing

11   violence that Mr. Khatallah was committing and showing the

12   relationship among these individuals.  So I can do that and

13   go back to this.

14          THE COURT:  What 404(b)?  Give me some specifics.

15   I'm not following.

16          MR. CRABB:  Could I have a moment to grab the

17   Court's order?

18          THE COURT:  Sure.

19          And do you want to, can we defer this until

20   tomorrow?

21          MR. CRABB:  We could.

22          THE COURT:  Okay.  Why don't we do that?

23          MR. CRABB:  Okay.

24          (Open court)

25   BY MR. CRABB:

1    Q    Mr. Ali, are you familiar with a city in Libya

2  called Dharna?

3    A    Yes.

4    Q    Approximately where is Dharna in relation to

5  Benghazi?

6    A    To the east of Benghazi.

7    Q    During times that you were at Mr. Khatallah's

8  house, did you ever see people from Dharna come to visit?

9    A    Yes.

10   Q    How were you able to recognize these people as

11 being from Dharna?

12   A    Their accent is different than ours.

13   Q    There's a different accent in Dharna than

14 Benghazi?

15   A    All different areas of Libya have different

16 dialects.

17   Q    Were you familiar with the accent of people from

18 Dharna?

19   A    Yes.

20   Q    And did you hear that accent being spoken by some

21 of the men you saw at Mr. Khatallah's house?

22   A    Yes.

23   Q    Mr. Ali, earlier I believe you talked about

24 certain weapons and ammunition that you saw Mr. Khatallah

25 store.

1      A     Yes.

2      Q     And I believe one of the weapons you mentioned

3 seeing in that garage was a mortar?

4      A     Yes.  The mortar and the ammunition.

5      Q     During the time that you spent with Mr. Khatallah,

6 did you ever hear him say anything about mortars or using

7 mortars?

8      A     Yes.

9      Q     Please tell us what you remember him saying.

10      A     That he's an expert in the mortar and that other

11 groups that came to him asking him actually to train, to get

12 training in the use of the mortar.

13           And used to brag that he can manipulate the mortar

14 to the point where even if the car is moving, he can still

15 fire it.

16           That's all.

17      Q     Did you ever actually see Mr. Khatallah practicing

18 with a mortar, firing it?

19      A     No.  But before he was apprehended, he was

20 thinking of training in Ganfouda.  Two or three weeks before

21 he was apprehended, he was talking about training in

22 Ganfouda.

23           MR. CRABB:  May I have just a moment, Your Honor?

24           THE COURT:  You may.

25           MR. CRABB:  Your Honor, I'm showing the defense

1    what's been marked for identification as

2    Government's Exhibit 588.

3    BY MR. CRABB:

4        Q    Mr. Ali, I'd like to show you what was admitted

5    this morning as Government's Exhibit 188-8(a).

6             Can you see that okay?

7        A    Yes.

8        Q    Remind us who that is.

9        A    Zubyr Bakoush.

10       Q    Was there a time when you knew Mr. Bakoush's

11   telephone number?

12       A    Yes.

13       Q    Do you currently have it memorized?

14       A    I have it on my phone, actually stored in my

15   phone.  With the new age of technology, we don't have to

16   memorize telephone numbers anymore.  We only know the four

17   last digits.

18       Q    Which -- I'm sorry.

19       A    It ended in 7337, as far as I remember.

20       Q    When you stored it in your telephone, did you do

21   it accurately?

22       A    Yes.

23       Q    Did you recently look in your telephone and then

24   write down Mr. Bakoush's number on a piece of paper?

25             MS. PETERSON:  Your Honor, may we approach?

1           THE COURT:  Yep.

2           (Bench conference)

3           MS. PETERSON:  That's not a past recollection

4    recorded.  That's a "look something up and write it down and

5    hand it to the government so they can use it."

6           He didn't know it when it was in his phone.  He

7    just said he didn't know it when it was in his phone.  We

8    went through this with the last witness, and they managed to

9    squeeze it in by skirting -- the witness wasn't honest and

10   didn't say he didn't know it.

11          This witness has said he doesn't know it.  It's in

12   his phone.  If they want to bring in his phone and have him

13   open up his phone --

14          THE COURT:  Have him bring in his phone?

15          MS. PETERSON:  It's not a recollection recorded.

16          MR. CRABB:  Your Honor, that's misstatement of the

17   testimony.  He said he did know the phone number, and he

18   accurately recorded it in his telephone.  And if he doesn't

19   remember it now, that's precisely what a past recollection

20   recorded is for.

21          For convenience, which we bring in his phone,

22   which we could do.

23          THE COURT:  Yeah.  This is overly technical.  He

24   clearly said he wrote it down in his phone.  He could open

25   up his phone and do it.  But just have him say, is this the

1    number you remember putting into your phone?

2              MR. CRABB:  That's what I intended to do, Your

3    Honor.

4              THE COURT:  I get it, Ms. Peterson.

5              MS. PETERSON:  It would be more appropriate to do

6    if it refreshes his recollection that this is the phone

7    number, if it refreshes his recollection.

8              But if all they're doing is having him essentially

9    bring in other facts that he -- from his phone, it doesn't

10   meet the rules.

11             MR. CRABB:  Your Honor, that is what a past

12   recollection recorded is.  We can't refresh his

13   recollection.  He doesn't remember it.  But at one time he

14   knew it, and he wrote it down correctly.  That's precisely

15   what a past recollection recorded is all about.

16             MS. PETERSON:  But -- well, he wrote down --

17   I would like a proffer from the government when he wrote

18   these notes because my guess is he wrote these notes on his

19   way into court this week, just like Bilal did.

20             The government said to him, Hey, this is the

21   number we would like you to remember.  You don't remember

22   it, so look in your phone and write it down.

23             That's not what the refresh -- past recollection

24   recorded is supposed to be about.  They're manipulating the

25   rules to get the evidence in.

1          THE COURT:  Couldn't he ask him, Is this number in

2    your phone?  Did you recently look at your phone?  Do you

3    remember the number that you saw when you looked at your

4    phone?

5          No.

6          Would this refresh your recollection as to the

7    number that you saw when you looked at your phone?

8          And have him refresh him.

9          MR. CRABB:  I believe, Your Honor, that -- so if

10   we do that, I think most likely his answer would be he does

11   remember looking at his phone and writing it down.  But

12   I don't think it truly refreshes his recollection as to what

13   the number is.  That's why it's appropriate as a past

14   recollection recorded.

15          THE COURT:  Do it as a past recollection recorded.

16          MS. PETERSON:  Your Honor, we would also ask the

17   government to bring in his phone so that we could have a

18   look at it to see what other phone numbers are in there that

19   the government is not asking him to write down and bring in

20   because they're not found on the record.

21          THE COURT:  I don't think his phone was

22   discovered.

23          MS. PETERSON:  We could subpoena his phone if

24   that's what the Court wants us to do.

25          THE COURT:  Past recollection recorded.

1          MR. CRABB:  Yep.

2          (Open court)

3          MR. CRABB:  May I approach the witness,

4    Your Honor?

5          THE COURT:  You may.

6    BY MR. CRABB:

7      Q    Mr. Ali, would you please take a moment to look at

8    what's marked as Government's Exhibit 588.

9      A    Yes.

10     Q    On that piece of paper, are there telephone

11   numbers that you personally wrote down?

12     A    Yes.

13     Q    Did I understand you correctly to say a moment ago

14   that you had the accurate number for Mr. Bakoush in your

15   telephone?

16     A    Yes.

17     Q    Did you consult your telephone and then accurately

18   write the number that's contained in your telephone on that

19   sheet of paper marked as Government's Exhibit 588?

20     A    Yes.

21     Q    Would you please tell the ladies and gentlemen of

22   the jury what phone number you had for Mr. Bakoush?

23     A    (092) 250-3773.

24     Q    Thank you.

25          Mr. Ali, I'd like to show you what was admitted

5018

1    this morning as Government's Exhibit 188-15A.

2        A    Yes.

3        Q    Can you see that photo okay?

4        A    Yes.

5        Q    Please remind us who that is.

6        A    Salah Al-Ammari.

7        Q    Was there a time when you knew Mr. Ammari's

8    telephone number?

9        A    Yes.

10       Q    Much like Mr. Bakoush's number, can you recite

11   Mr. Al-Ammari's number right now from memory?

12       A    It's very hard, but I think it ends in 8891.

13            But I have it on my phone.

14       Q    Was it accurately recorded in your telephone?

15       A    Yes.

16            MR. CRABB:  Your Honor, may I approach the witness

17   again, please?

18            THE COURT:  You may.

19   BY MR. CRABB:

20       Q    Mr. Ali, I'm showing you again what's been marked

21   for identification as Government's Exhibit 588.

22            After consulting your telephone, did you write

23   down Mr. Ammari's telephone number on that piece of paper?

24       A    Yes.

25       Q    Did you write it down accurately?

1      A    Yes.

2      Q    Would you please tell the ladies and gentlemen of

3 the jury what Mr. Al-Ammari's telephone number is.

4      A    (091) 874-8891.

5      Q    Thank you.

6           Mr. Ali --

7      A    Yes.

8      Q    -- did I understand you earlier to say that you

9 were working with American officials to try to have

10 Mr. Khatallah captured?

11     A    Yes.

12     Q    About how long did that process of working to

13 effect Mr. Khatallah's capture last?

14     A    I don't remember precisely, but I would say we

15 started in the end of -- toward the end of 2012 through

16 2013.  And then it was accomplished in 2014.

17     Q    What type of information did you collect for the

18 American representatives to help with the capture of

19 Mr. Khatallah?

20     A    Everything.

21     Q    Did you think the process took too long?

22     A    Yes.  And it wore me out.

23     Q    What do you mean?

24     A    It was, it took too long, and it wore me out and

25 accompanying him put me under suspicion.

1      Q     Suspicion by whom?

2      A     From the people -- my family and people who know

3  me, my acquaintances.

4      Q     In light of your view that this process took too

5  long, did you ever suggest to the American representatives

6  that they take a different approach instead of a capture?

7      A     Yes.

8      Q     What did you suggest?

9      A     Killing him, and this will put us at ease and they

10  at ease.

11      Q     Who did you suggest could kill him?

12      A     Myself.

13      Q     Why were you willing to do that?

14      A     So I can be at rest finally and my city would be

15  at rest, because this person is a murderer.

16           MS. PETERSON:  Objection, Your Honor.

17           THE COURT:  Sustained.

18           MS. PETERSON:  Objection.  Can we approach?

19           (Bench conference)

20           MS. PETERSON:  They're eliciting that he's a

21  murderer.

22           THE COURT:  Just explain.

23           MS. PETERSON:  I'm sorry.

24           THE COURT:  It's reported down, so let's talk.

25           MS. PETERSON:  What I'm told he's saying right now

```
 1   is that he's a murderer; he's killed lot of people.  That
 2   was precisely what the government --
 3            THE COURT:  Let's take the "murderer" out.
 4            He's explaining why he was willing to kill
 5   someone.  You've got to have a reason to do that.
 6            MR. CRABB:  Correct, Your Honor.  And I think our
 7   suggestion would be the Court give an instruction that this
 8   is being elicited, as the Court said, to explain his mindset
 9   and what he's willing to do, but is not being elicited as
10   evidence of Mr. Khatallah's guilt.
11            MS. PETERSON:  We also have a further objection,
12   which is that apparently what he said was "a criminal."  And
13   what it was interpreted as by the interpreter was "a
14   murderer," because the interpreter, once again, is working
15   for the government and those are the answers they want.
16            THE COURT:  That's a different point, okay?  Let's
17   assume it was either one, okay?
18            I think if it's being offered to show why he was
19   willing to take the step that I'm sure you're going to cross
20   him on, that they can elicit that.  Whether it's a murderer
21   or a criminal, I'm going to instruct the interpreter to
22   carefully interpret what he has said.
23            MS. PETERSON:  The government filed a 404(b)
24   motion in which it asked to be allowed to elicit this kind
25   of stuff.  And the Court ruled that it could not.  They
```

1    wanted to bring out all of the other alleged murderers.  The

2    Court said they could bring out associations with people,

3    but that they could not bring out assassinations and the

4    like.

5            THE COURT:  I assume he's referring to the

6    conspiracy that's on trial.

7            MS. PETERSON:  I don't believe so.  I believe he's

8    referring to that he's got hitmen out there killing people,

9    having nothing to do -- if he was talking about the four

10   people at the Embassy, that's a different issue.

11           THE COURT:  Well, he hasn't gotten there yet.

12           MS. PETERSON:  Well, we have the 302, so we know

13   what he's -- that's what he's talking about.

14           THE COURT:  You could direct him not to go into

15   events that the Court has excluded.

16           Do you understand?

17           MR. CRABB:  Yes, Your Honor.

18           MS. PETERSON:  I understand it.  But the Court is

19   saying that it's because he thought he killed four Americans

20   at the mission.  That's a different issue.  That's not what

21   he's eliciting.  He's trying to elicit that he's out killing

22   people; and, therefore, it's okay for him to kill him.

23           THE COURT:  If the Court has excluded something

24   based on a 404(b) ruling, I won't let him get into it.

25           MR. CRABB:  Yes, Your Honor.  We're not seeking to

1  elicit other-crimes evidence.

2          What we're seeking to do is what the Court said

3  when we first came the bench:  Let this witness explain why

4  he was willing to kill Mr. Khatallah.

5          We're not seeking to admit other-crimes evidence

6  which would be used to prove Mr. Khatallah's guilt.

7          This is coming in to explain this witness's

8  motivation.  And what we ask the Court to do is to give the

9  jury an instruction as to what this evidence is coming in

10  for and how they can't use it.

11          MS. PETERSON:  And they need to be --

12          THE COURT:  I'll overrule your objection, and I'll

13  issue an instruction along the lines that these statements

14  --

15          MS. PETERSON:  But, Your Honor, it needs to be

16  more than just plain vanilla.

17          THE COURT:  I'll be vigilant as to whether 404(b)

18  evidence that's been excluded comes in.

19          MS. PETERSON:  Or not noticed.  That's the other

20  issue, is they didn't say they were going to do this.

21          THE COURT:  Well, they haven't gotten into any

22  specific evidence yet.

23          MS. PETERSON:  And I think that the Court's

24  instructions should be that there is no evidence of any

25  murders, outside the charged murders that he's being tried

1   on here.

2          THE COURT:  I'm not going to instruct -- there's

3   been no reference to other murders or any specific murders.

4          (Open court)

5          THE COURT:  All right.  Ladies and gentlemen, the

6   witness' last answer may be considered as explanation for

7   the witness's motivation for doing what he did or offering

8   to do what he did with respect to killing Mr. Abu Khatallah.

9   You may not consider it as evidence that the defendant has

10  committed any particular crimes.  Okay?

11         MR. CRABB:  Thank you, Your Honor.

12  BY MR. CRABB:

13     Q    Mr. Ali --

14     A    Yes.

15     Q    -- despite your concerns and frustrations, did the

16  capture operation go forward?

17     A    Yes.

18     Q    Please explain to the jury what the plan was for

19  you working with the American representatives to capture

20  Mr. Khatallah.

21     A    The plan was to buy a house on the coast.  And Abu

22  Khatallah was in the Ganfouda area, which is close to the

23  coastline, in a camp that belongs to Wissam Bin Hamid.

24         This -- he was actually looking for a safe haven

25  where he can run to in case of Haftar's forces go after him.

1      Q     Let me interrupt to ask you a couple questions.

2            First, who's Haftar?

3      A     He's a commander in the Libyan Army.  He is

4   actually organizing the Libyan Army right now.

5      Q     And you mentioned a house on the coast?

6      A     Yes.

7      Q     Is this in Libya?

8      A     Yes.

9      Q     More specifically, where?

10     A     In the area called Abu Fakhr.

11           Abu Fakhr.

12     Q     Where is that area in relation to Benghazi?

13     A     To the southwest of Benghazi.

14     Q     About how far away?

15     A     From what?

16     Q     From the area where, on the coast to Benghazi?

17   How far apart?

18     A     From anywhere between 25 to 35 kilometers.

19     Q     Okay.  Please go ahead explaining the plan.

20     A     The plan was to buy a house, as I said, on the

21   coastline.  And the plan was put together by the Americans.

22           And entice him to come to this house on the beach.

23           The operation took place at night.

24           And I told him before that I'm going to give him a

25   house as a resort place that he can resort to.

1              And the night he was apprehended, I took him from

2    Wissam camp in Ganfouda.  We went in my car.  And we went to

3    that house on the seaside that we have bought.

4              The American forces were awaiting us as soon as we

5    enter -- opened the door and entered, we were both arrested.

6              That's briefly what happened.

7        Q    Did you know that American forces would be waiting

8    in that house for you and Mr. Khatallah?

9        A    Yes.  It was a comprehensive plan.

10       Q    After the forces apprehended Mr. Khatallah, what

11   did you do?

12       A    They searched me, and they recognized me in that

13   house.

14             They took away my personal gun, handgun.  And they

15   said, "Go your way."  I got back in my car.  I went to

16   another location.  I went slept in it until 4:30 in the

17   morning.  I left that location to Tripoli by car.  I met up

18   with the American officials.  They gave me a sum of money to

19   travel overseas.  And I went to Tunisia by land.

20             After Tunis -- Tunisia, when I got to Tunisia that

21   same day, I went to a different country.

22             MR. CRABB:  Your Honor, may we approach?

23             THE COURT:  You may.

24             (Bench conference)

25             THE COURT:  Good stopping point?

1          MR. CRABB:  I was going to ask especially if we

2     had the hard stop at 4:30, if we could just stop now.

3          MS. PETERSON:  That's fine.

4          (Open court)

5          THE COURT:  All right, ladies and gentlemen, we're

6     going to break for the day, and Mr. Crabb will continue his

7     direct examination starting at 9:30 tomorrow morning.

8          Have a good evening.

9          (Jury exited the courtroom.)

10         THE COURT:  Okay.  We can escort him to the

11    witness room, please.

12         All right, Mr. Crabb, on the Al-Ammari statement,

13    what is the statement that you anticipate the witness will

14    convey?

15         MR. CRABB:  I'm sorry, Your Honor?

16         THE COURT:  The Al-Ammari statement that we had

17    the sidebar on and you've --

18         MR. CRABB:  Yes.

19         THE COURT:  -- moved to admit it under the

20    co-conspirator statement exception, the first question is,

21    what will he say Ammari said?

22         MR. CRABB:  I believe that Mr. Ali would say

23    Mr. Ammari said something to the effect of:  During the

24    attack on the U.S. Mission, that the defendant was on the

25    outside giving orders, while Al-Ammari and others did his

1   dirty work.

2         THE COURT:  That's what the defendant will say.

3   I thought we were -- he was describing a statement by

4   Mr. Al-Ammari regarding the leadership of various groups.

5   And Ms. Peterson raised an objection.

6         You said that it was within the co-conspirator

7   hearsay exception.

8         You indicated -- and my question was:  Well, this

9   was after the fact.

10         Your response was:  It's a different, broader

11   conspiracy.

12         And so my question questions are:  One, what is

13   the statement that Mr. Al-Ammari allegedly made?  And, two,

14   what is the broader conspiracy that it is purportedly in

15   furtherance of?

16         MR. CRABB:  Your Honor, with respect to the first

17   question is a statement, that is what I believe

18   Mr. Al-Ammari's statement was and what I was intending to

19   elicit, a statement Mr. Al-Ammari made --

20         THE COURT:  Okay.

21         MR. CRABB:  -- to Mr. Ali about, which comparative

22   roles of different people in Mr. Khatallah's organization --

23         THE COURT:  Okay.

24         MR. CRABB:  -- at the time of the attack.

25         THE COURT:  And what conspiracy is that during and

1    in furtherance of?

2            MR. CRABB:  Your Honor, specifically, we believe

3    it would fall within a conspiracy in the Court's 404(b)

4    order issued on September 7th of this year on page 7.  The

5    Court said, "The evidence that the defendant's alleged

6    co-conspirators worked as hitmen for the defendant and that

7    the defendant stockpiled weapons at the residence of his

8    alleged co-conspirator, and that the defendant was a leader

9    of both UBJ and AAS, two groups that were heavily involved

10   in the attack."  And some other information, but the Court

11   found it was highly probative and said that that was

12   admissible.

13           It's our position that this evidence about

14   Mr. Khatallah's involvement with and being a leader of UBJ

15   and working with certain co-conspirators, including

16   Mr. Al-Ammari as, quote, hitmen, that the Court has already

17   allowed this evidence to come in as appropriate other-crimes

18   evidence.

19           And it's that conspiracy that was ongoing at the

20   time that Mr. Al-Ammari made this comment to Mr. Ali, which

21   we believe it's a statement in furtherance of that

22   conspiracy.

23           And the reasons it's in furtherance of that

24   conspiracy is that, as Mr. Ali explained, he was clearly

25   there in an undercover, secret capacity trying to pass as

1   another bad guy.  And for a co-conspirator to say things to

2   people to explain how the conspiracy works and to urge them

3   or to try to encourage them to join is a statement that

4   would have been made both during and in furtherance of that

5   conspiracy.

6           THE COURT:  So the conspiracy is -- the purported

7   conspiracy is UBJ's continued extremist activities vis-à-vis

8   the transitional government?

9           MR. CRABB:  Correct.

10          And specifically, what the Court's already allowed

11  in, that the defendant's -- quote, the defendant's alleged

12  co-conspirators worked as hitmen for the defendant.

13          THE COURT:  Okay.

14          Ms. Peterson, do you want to briefly address that?

15          MS. PETERSON:  Your Honor, this is hearsay within

16  hearsay.

17          This is him saying that Mr. Abu Khatallah told me

18  something back then, and it's not in any way connected to

19  the conspiracy.  It's not -- there's been no evidence that

20  there was a suggestion that they were trying to recruit Ali

21  to a conspiracy or were saying this for any purpose of

22  recruiting or anything else.  It's an off-the-cuff remark

23  allegedly made by Salah Ammari attributing something to

24  Mr. Abu Khatallah for no purpose other than to say it.  He

25  cannot possibly assert the reason behind Salah Ammari's

1    having said this statement.

2              THE COURT:  Okay.  So that's an in-furtherance

3    argument?

4              MS. PETERSON:  It's an in-furtherance argument,

5    absolutely.

6              THE COURT:  All right.

7              MS. PETERSON:  And I'll go one further.  To quote

8    the 302, Al-Ammari joked, stating words to the effect,

9    "Khatallah's men did all the dirty work during the attack

10   while Khatallah sat outside in the car and gave the orders."

11             It's my understanding that that's the statement

12   that they're going to try to elicit on direct examination.

13   It's a joke, according to their own 302.

14             MR. CRABB:  Your Honor, if I could clarify, it's

15   not our understanding, as the defense said, that this is,

16   quote/unquote, hearsay within hearsay.  It's not our

17   understanding that Mr. Al-Ammari was repeating something

18   Mr. Khatallah said.

19             Mr. Al-Ammari was telling Mr. Ali, he,

20   Mr. Al-Ammari's, impression of what happened.  He was not

21   repeating something that Mr. Khatallah had said to him.

22             And, again --

23             THE COURT:  But how is Mr. Al-Ammari conveying

24   that information to the witness furthering the broader

25   conspiracy of UBJ's continuing extremist activity?

 1          MR. CRABB:  It goes to explain how the conspiracy

 2   operates; namely, that Mr. Khatallah is the leader and that

 3   others do the dirty work for him.  And explaining to others

 4   how the conspiracy works has been held to be in furtherance

 5   of the conspiracy.

 6          MS. PETERSON:  Your Honor, just one -- very

 7   briefly, I would simply note that if one is trying to

 8   recruit members, one doesn't say, "The guy that's leading us

 9   makes us do all the dirty work while he sits in the car."

10   That's hardly said in a manner in which one would be

11   furthering a conspiracy.

12          THE COURT:  Okay.  We'll take a look and rule in

13   the morning, okay?

14          All right.  Have a good night.  We'll see you at

15   9:30.  If there are preliminary matters, let me know

16   beforehand, and I'll be available starting at 9:00, okay?

17          (Proceedings concluded at 4:27 p.m.)

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date: November 6, 2017_____    /S/__William P. Zaremba_____

                          William P. Zaremba, RMR, CRR

BY MR. CRABB: [19]  4969/21 4971/8 4974/11
 4979/8 4982/12 4985/1 4987/17 4988/19
 4992/2 4993/21 4994/1 5004/6 5005/20 5007/9
 5010/24 5013/2 5017/5 5018/18 5024/11
DEPUTY CLERK: [2]  4969/1 5000/19
MR. CRABB: [57]  4969/12 4971/6 4971/18
 4972/4 4973/24 4974/3 4974/9 4978/10
 4978/14 4979/6 4984/24 4987/14 4991/23
 4993/19 5000/1 5000/7 5000/24 5001/4 5001/4
 5001/4 5001/4 5001/4 5001/4 5001/4 5004/5
 5005/19 5007/7 5009/10 5010/4 5010/15
 5010/20 5010/22 5012/22 5012/24 5014/15
 5015/1 5015/10 5016/8 5016/25 5017/2
 5018/15 5021/5 5022/16 5022/24 5024/10
 5026/21 5026/25 5027/14 5027/17 5027/21
 5028/15 5028/20 5028/23 5029/1 5030/8
 5031/13 5031/25
MS. PETERSON: [45]  4970/17 4971/2 4971/4
 4971/14 4971/23 4972/6 4972/19 4972/21
 4973/5 4973/10 4973/15 4978/4 4978/21
 4979/2 4987/13 4988/16 4999/24 5009/4
 5009/24 5013/24 5014/2 5014/14 5015/4
 5015/5 5016/15 5016/22 5020/15 5020/17
 5020/19 5020/22 5020/24 5021/10 5021/22
 5022/6 5022/11 5022/17 5023/10 5023/14
 5023/18 5023/22 5027/2 5030/14 5031/3
 5031/6 5032/5
MS. PETRAS: [10]  5001/4 5001/4 5001/4
 5001/4 5001/4 5001/4 5001/4 5001/4 5001/4
 5001/4
THE COURT: [94]
THE INTERPRETER: [6]  4982/10 4984/19
 4984/25 4988/18 4993/23 4993/25
THE WITNESS: [2]  4970/19 4993/24

## $

$2500 [2]  4984/14 4985/3

## /

/S [1]  5033/7

## 0

0532 [1]  4981/7
091 [1]  5019/4
092 [1]  5017/23

## 1

109 [1]  4966/24
11 [1]  5008/24
11-844 [1]  4966/16
1100A [1]  4978/3
12:00 [1]  4997/5
12A [1]  4989/14
13 [1]  5000/18
14-141 [1]  4966/4
14-and-a-half-caliber [1]  4986/6
141 [1]  4966/4
15A [2]  5008/9 5018/1
16 [1]  4992/1
1794 [1]  4966/17
17th of February [1]  5006/4
188-12A [1]  4989/14
188-15A [2]  5008/9 5018/1
188-18A [1]  4986/17
188-8 [1]  5013/5
1899 [1]  4967/4
18A [1]  4966/17
1:20 [1]  4966/6

## 2

20 [1]  4966/7
20001 [1]  4967/14
20004 [1]  4966/23
20006 [1]  4967/5
2012 [3]  4970/4 4975/10 5019/15
2013 [1]  5019/16

2014 [1]  5019/16
2017 [2]  4966/6 5033/7
202 [4]  4966/17 4966/24 4967/6 4967/15
20530 [1]  4966/17
208-7500 [1]  4966/24
225-16 [1]  4992/1
25 [1]  5025/18
250-3773 [1]  5017/23
2500 U.S. dollars [1]  4984/4
252-1794 [1]  4966/17

## 3

302 [3]  5022/12 5031/8 5031/13
3249 [1]  4967/15
333 [1]  4967/13
35 [2]  4992/9 5025/18
354-3249 [1]  4967/15
3773 [1]  5017/23
3:17 [1]  5000/19
3:28 [1]  5000/19
3:30 [1]  5000/4

## 4

404 [6]  5010/8 5010/14 5021/23 5022/24
 5023/17 5029/3
4:27 [1]  5032/17
4:30 [3]  5000/23 5026/16 5027/2

## 5

5,000 [3]  4984/6 4984/16 4985/4
50 [1]  4992/9
550 [1]  4966/23
555 [1]  4966/16
588 [4]  5013/2 5017/8 5017/19 5018/21

## 6

600 [1]  4967/5
625 [1]  4966/22
6511 [1]  4967/14

## 7

7337 [1]  5013/19
7500 [1]  4966/24
7th [1]  5029/4

## 8

833-8900 [1]  4967/6
844 [1]  4966/16
874-8891 [1]  5019/4
8891 [2]  5018/12 5019/4
8900 [1]  4967/6

## 9

9:00 [1]  5032/16
9:30 [2]  5027/7 5032/15

## A

AAS [1]  5029/9
able [2]  4977/3 5011/10
about [54]  4970/6 4970/9 4973/10 4975/17
 4976/20 4976/23 4977/3 4977/15 4981/1
 4981/21 4981/24 4982/2 4987/12 4987/19
 4988/12 4988/15 4988/22 4991/22 4993/9
 4994/9 4994/19 4995/18 4995/24 4996/8
 4997/4 4997/17 4998/2 4998/6 4998/9 4999/7
 4999/15 4999/23 5000/9 5000/9 5005/23
 5006/15 5007/15 5007/20 5007/21 5008/23
 5009/3 5009/13 5010/10 5011/23 5012/6
 5012/21 5015/15 5015/24 5019/12 5022/9
 5022/13 5025/14 5028/21 5029/13
above [1]  5033/4
above-titled [1]  5033/4
absolutely [1]  5031/5
ABU [34]  4966/7 4976/21 4977/5 4977/6
 4979/25 4980/2 4980/3 4980/14 4981/6
 4983/12 4985/15 4986/25 4988/5 4988/14
 4990/4 4992/19 4992/23 4994/13 4994/16

**A**

ABU... [15]  4994/21 4994/24 4995/10 4996/24
  4997/22 4999/21 5004/11 5004/12 5007/1
  5024/8 5024/21 5025/10 5025/11 5030/17
  5030/24
accent [4]  5011/12 5011/13 5011/17 5011/20
accompanying [1]  5019/25
accomplished [1]  5019/16
according [1]  5031/13
accurate [1]  5017/14
accurately [5]  5013/21 5014/18 5017/17
  5018/14 5018/25
accused [3]  4976/21 4987/24 4993/3
acquaintances [1]  5020/3
acting [1]  5009/21
actions [1]  4971/23
activities [1]  5030/7
activity [3]  4983/21 5010/7 5031/25
actually [8]  4983/13 4991/18 5008/15
  5012/11 5012/17 5013/14 5024/24 5025/4
address [9]  4978/14 4978/16 4978/16 4978/23
  4978/25 4978/25 4980/11 4980/12 5030/14
admissible [1]  5029/12
admit [2]  5023/5 5027/19
admitted [8]  4978/3 4986/17 4989/14 4991/25
  5008/9 5010/7 5013/4 5017/25
afraid [2]  4996/10 4996/12
after [24]  4975/3 4975/9 4976/5 4981/18
  4982/15 4984/5 4987/23 4991/4 4991/4
  4993/13 4994/15 4997/1 4997/5 4997/6
  4997/13 4997/24 4997/24 5007/4 5009/9
  5018/22 5024/10 5026/10 5026/20 5028/9
aftermath [1]  5006/16
afternoon [6]  4966/8 4969/23 4969/24 5000/4
  5004/8 5004/9
again [11]  4969/3 4980/20 4981/18 4993/24
  5000/20 5004/8 5008/8 5018/17 5018/20
  5021/14 5031/22
against [3]  4976/7 4976/7 4986/8
age [1]  5013/15
ago [1]  5017/13
agree [2]  4975/18 4976/3
agreed [3]  4975/6 4976/18 4977/7
ahead [2]  5005/24 5025/19
AHMED [20]  4966/7 4976/21 4979/25 4980/2
  4980/3 4980/14 4981/6 4988/5 4988/14
  4989/11 4992/23 4994/13 4994/16 4994/24
  4995/10 4996/24 4997/22 5005/25 5007/1
  5008/25
aided [1]  4967/18
aircraft [1]  4986/12
airport [2]  4995/6 4995/9
Al [53]  4977/25 4978/1 4980/11 4980/11
  4985/19 4985/21 4986/20 4988/25 4989/4
  4989/11 4990/20 4990/25 4991/2 4991/7
  4991/10 4991/11 4991/22 4991/25 4994/19
  4997/16 4999/18 4999/19 4999/20 4999/21
  5000/9 5000/11 5000/14 5004/11 5004/12
  5005/15 5005/17 5006/5 5008/12 5008/14
  5008/23 5009/1 5018/6 5018/11 5019/3
  5027/12 5027/16 5027/25 5028/4 5028/13
  5028/18 5028/19 5029/16 5029/20 5031/8
  5031/17 5031/19 5031/20 5031/23
Al-Ammari [7]  5008/12 5009/1 5018/6 5027/12
  5027/16 5027/25 5031/8
Al-Fitori [1]  4989/11
Al-Hamar [1]  4997/16
Al-Imam [1]  4986/20
Al-Laithi [3]  4977/25 4980/11 5005/15
Al-Libi [8]  4999/18 4999/19 4999/20 4999/21
  5000/11 5000/14 5004/11 5004/12
Al-Qaeda [1]  4991/7
Al-Qawarishah [2]  4985/19 4985/21
Al-Salam [2]  4988/25 4989/4
Al-Sharia [6]  4990/20 4990/25 4991/2
  4991/10 4991/11 4991/22
Al-Yamen [2]  4978/1 4980/11

ALI [47]  4969/16 4969/23 4969/25 4970/11
  4971/10 4974/13 4974/22 4975/9 4976/15
  4977/21 4978/2 4979/10 4980/25 4981/15
  4985/7 4986/16 4987/3 4988/25 4989/13
  4992/4 4993/19 4995/8 4995/17 4996/4
  4996/15 4998/12 4999/18 5004/8 5004/11
  5005/22 5006/23 5007/11 5008/8 5011/1
  5011/23 5013/4 5017/7 5017/25 5018/20
  5019/6 5024/13 5027/22 5028/21 5029/20
  5029/24 5030/20 5031/19
all [25]  4969/2 4969/8 4971/6 4973/12
  4984/12 4986/9 4987/2 4989/25 4993/2 4998/3
  4999/12 5000/6 5004/4 5011/15 5012/16
  5015/8 5015/15 5022/1 5024/5 5027/5 5027/12
  5031/6 5031/9 5032/9 5032/14
All right [6]  5000/6 5004/4 5027/5 5027/12
  5031/6 5032/14
allegation [1]  4972/8
alleged [4]  5022/1 5029/5 5029/8 5030/11
allegedly [2]  5028/13 5030/23
allow [2]  4974/9 4979/3
allowed [5]  5010/9 5021/24 5029/17 5030/10
allowing [1]  4992/13
almost [2]  4989/25 4994/7
alone [1]  4982/4
along [3]  4993/3 4998/25 5023/13
already [6]  4978/3 5009/11 5010/7 5010/9
  5029/16 5030/10
also [14]  4971/24 4974/4 4976/11 4977/16
  4978/19 4983/9 4985/10 4986/3 4987/10
  4990/13 4991/20 4999/24 5016/16 5021/11
always [5]  4977/17 4994/7 4995/14 4995/20
  5008/17
Ambassador [11]  4970/11 4970/16 4970/21
  4971/2 4972/7 4972/15 4974/5 4974/6 4974/20
  4974/20 4999/13
AMERICA [2]  4966/3 4972/16
American [18]  4972/13 4973/14 4975/11
  4982/16 4983/1 4983/10 4983/19 4996/13
  5006/19 5006/25 5007/13 5019/9 5019/18
  5020/5 5024/19 5026/4 5026/7 5026/18
Americans [7]  4973/1 4993/5 5000/12 5000/14
  5008/4 5022/19 5025/21
Ammari [20]  5008/12 5008/14 5008/23 5009/1
  5018/6 5027/12 5027/16 5027/21 5027/23
  5027/25 5028/4 5028/13 5028/19 5029/16
  5029/20 5030/23 5031/8 5031/17 5031/19
  5031/23
Ammari's [7]  5018/7 5018/11 5018/23 5019/3
  5028/18 5030/25 5031/22
ammunition [4]  4986/3 4986/7 5011/24 5012/4
among [8]  4987/25 4988/3 4988/11 4989/23
  4990/3 4993/4 4993/9 5010/12
amount [4]  4983/25 4984/3 4984/5 4991/21
Anas [3]  4999/20 4999/21 5004/12
another [4]  4989/18 5005/23 5026/16 5030/1
Ansar [8]  4990/19 4990/25 4991/2 4991/10
  4991/11 4991/22 4991/25 4994/15
Ansar Al-Sharia [1]  4991/25
answer [3]  4971/5 5016/10 5024/6
answers [1]  5021/15
anti [1]  4986/12
anti-aircraft [1]  4986/12
anticipate [1]  5027/13
any [16]  4976/16 4979/20 4983/20 4985/22
  4987/12 4987/19 4992/25 4999/2 5006/14
  5008/19 5023/21 5023/24 5024/3 5024/10
  5030/18 5030/21
anymore [1]  5013/16
anything [14]  4972/12 4982/9 4982/17 4983/7
  4988/15 4988/22 4993/6 4993/8 4997/10
  4998/9 4999/15 5008/23 5012/6 5030/22
anytime [1]  4996/13
anywhere [1]  5025/18
apart [2]  5010/1 5025/17
apartment [2]  4998/16 4998/17
apologies [1]  4969/10

**A**

apparently [1]  5021/12
APPEARANCES [2]  4966/12 4967/1
appeared [2]  5004/25 5005/6
applying [1]  4991/12
apprehend [1]  4996/14
apprehended [7]  4998/1 5004/15 5004/17
 5012/19 5012/21 5026/1 5026/10
apprehension [1]  5005/18
approach [11]  4971/17 4978/9 5000/2 5001/1
 5009/6 5013/25 5017/3 5018/16 5020/6
 5020/18 5026/22
approached [1]  4975/10
appropriate [3]  5015/5 5016/13 5029/17
approximately [4]  4980/22 4982/22 4992/6
 5011/4
are [16]  4978/13 4980/12 4981/1 4988/25
 4990/16 4990/19 4995/23 4997/13 4997/23
 5005/16 5011/1 5016/18 5017/10 5021/15
 5028/12 5032/15
area [5]  4999/1 5024/22 5025/10 5025/12
 5025/16
areas [1]  5011/15
argument [1]  5031/3 5031/4
armed [2]  4989/22 4991/19
arms [2]  4986/2 4986/3
Army [3]  5006/8 5025/3 5025/4
around [5]  5005/3 5006/19 5007/24 5008/14
 5008/22
arrested [1]  5026/5
as [58]  4969/17 4971/5 4976/1 4977/14
 4977/16 4977/19 4978/20 4983/8 4983/8
 4983/25 4986/17 4989/14 4989/25 4991/1
 4991/15 4991/18 4991/23 4991/25 4992/23
 4995/23 5008/7 5008/7 5008/8 5008/10
 5008/21 5009/11 5009/21 5011/10 5013/1
 5013/5 5013/19 5013/19 5016/6 5016/12
 5016/13 5016/15 5017/8 5017/19 5018/1
 5018/21 5021/8 5021/9 5021/13 5023/9
 5023/17 5024/6 5024/9 5025/20 5025/25
 5026/4 5026/4 5029/6 5029/16 5029/17
 5029/24 5029/25 5030/12 5031/15
ask [17]  4970/3 4971/7 4976/23 4978/15
 4978/19 4982/9 4982/17 4997/20 4999/7
 5000/9 5005/23 5007/14 5016/1 5016/16
 5023/8 5025/1 5027/1
asked [14]  4975/14 4975/16 4976/18 4976/20
 4977/5 4977/7 4982/20 4983/2 4983/7 4983/10
 4999/10 5006/18 5006/24 5021/24
asking [7]  4974/13 4976/24 4984/22 4993/15
 5004/10 5012/11 5016/19
assassinations [1]  5022/3
assert [1]  5030/25
asserted [1]  4987/16
assertion [1]  4972/2
assist [3]  4975/11 4975/15 4976/15
assistance [1]  4991/17
assisting [1]  4974/14
associate [1]  4976/25
associates [3]  4985/8 5007/15 5007/22
associations [1]  5022/2
assume [2]  5021/17 5022/5
attack [11]  4970/4 4973/19 4975/9 4975/17
 4987/24 4994/10 5008/24 5027/24 5028/24
 5029/10 5031/9
attacking [1]  4995/4
attacks [1]  5010/4
attempt [1]  5005/22
attended [1]  4992/6
attending [1]  4990/13
attention [1]  4978/13
Attieh [1]  4967/9
ATTORNEY'S [1]  4966/15
attributing [1]  5030/23
automobile [1]  4983/5
available [1]  5032/16
Avenue [3]  4966/22 4967/4 4967/13

awaiting [1]  5026/24
away [2]  5025/14 5026/14

**B**

BAACH [1]  4967/3
Bab [1]  4988/25
back [8]  4969/8 4990/5 4992/4 4994/16
 5000/4 5010/13 5026/15 5030/18
bad [1]  5030/1
Bakoush [3]  5013/9 5017/14 5017/22
Bakoush's [3]  5013/10 5013/24 5018/10
based [3]  4971/6 4971/15 5022/24
Basically [1]  5005/16
basis [2]  4974/7 4987/2
be [35]  4969/4 4977/9 4978/17 4980/4 4986/5
 4991/20 4993/3 4994/25 4995/2 5000/21
 5004/25 5005/3 5005/6 5005/17 5006/13
 5006/21 5006/22 5008/5 5015/5 5015/24
 5016/10 5020/14 5020/14 5021/7 5021/24
 5023/6 5023/11 5023/15 5023/17 5023/24
 5024/6 5026/7 5032/4 5032/10 5032/16
beach [1]  5025/22
became [1]  4972/5
because [13]  4973/19 4975/23 4976/7 4976/13
 4976/21 4988/2 4993/3 4995/1 5015/18
 5016/20 5020/15 5021/14 5022/19
become [1]  4984/6
been [18]  4969/16 4972/10 4973/7 4978/3
 4984/2 4986/17 4989/13 4991/25 4993/3
 5009/20 5010/2 5013/1 5018/20 5023/18
 5024/3 5030/4 5030/19 5032/4
before [9]  4966/10 4969/25 4970/12 4976/15
 4979/20 5004/10 5012/19 5012/20 5025/24
beforehand [1]  5032/16
began [2]  4976/15 4982/7
begin [1]  4969/13
beginning [10]  4970/22 4972/1 4972/3
 4972/10 4976/17 4977/4 4981/10 4984/3
 4984/15 4991/1
behind [1]  5030/25
being [13]  4970/23 4972/16 4976/2 4988/13
 4990/6 5007/24 5011/11 5011/20 5021/8
 5021/9 5021/18 5023/25 5029/14
belabor [1]  4974/4
believe [17]  4969/25 4974/13 4974/22
 4978/17 4978/20 4981/15 5004/10 5010/5
 5011/23 5012/2 5016/9 5022/7 5022/7 5027/22
 5028/17 5029/2 5029/21
belongs [2]  5006/3 5024/23
bench [8]  4971/18 4978/10 5001/4 5009/8
 5014/2 5020/19 5023/3 5026/24
Benghazi [35]  4970/1 4970/5 4970/7 4970/22
 4971/11 4972/14 4972/19 4972/24 4973/10
 4973/18 4974/14 4974/21 4975/7 4976/1
 4976/10 4985/13 4985/20 4985/21 4989/6
 4990/1 4992/24 4992/24 4994/10 4995/15
 4995/19 4996/6 4997/14 4997/14 5009/15
 5011/5 5011/6 5011/14 5025/12 5025/13
 5025/16
between [4]  4986/2 4992/9 4998/24 5025/18
beyond [1]  5010/3
big [2]  4972/17 4997/17
Bilal [1]  5015/19
Bin [3]  4995/4 4996/19 5024/23
bodyguard [1]  5008/21
born [1]  4992/24
both [5]  4998/24 5007/21 5026/5 5029/9
 5030/4
bottom [1]  4981/2
bought [1]  5026/3
boxes [1]  4999/6
brag [1]  5012/13
break [4]  5000/4 5000/23 5004/10 5027/6
brief [1]  4991/22
briefly [4]  5001/1 5026/6 5030/14 5032/7
brigade [2]  5006/4 5006/6
bring [9]  5014/12 5014/14 5014/21 5015/9
 5016/17 5016/19 5022/1 5022/2 5022/3

**B**

broader [6]   5009/12 5010/1 5010/3 5028/10
 5028/14 5031/24
broke [1]   4969/25
brother [5]   4978/21 4979/25 4980/3 4980/3
 4980/5
Bubakar [2]   4979/18 4980/7
Budabus [2]   4994/14 4994/18
Building [1]   4966/15
businessman [2]   4977/14 4977/16
buy [2]   5024/24 5025/20
buying [1]   4984/12

**C**

caliber [1]   4986/6
call [2]   4981/9 4990/10
called [11]   4981/11 4989/11 4990/19 4991/2
 4995/13 4995/20 4995/21 4997/12 4997/16
 5011/2 5025/10
calling [1]   4991/12
calls [1]   4981/12
came [5]   4981/20 4994/16 4999/16 5012/11
 5023/3
camera [1]   4988/13
cameras [1]   4988/8
camouflage [1]   4988/8
camp [2]   5024/23 5026/2
camps [2]   4991/19 4991/19
can [24]   4971/19 4971/21 4973/8 4973/11
 4974/1 4979/10 4986/18 4988/19 4989/15
 5009/13 5010/12 5010/19 5012/13 5012/14
 5013/6 5014/5 5018/3 5018/10 5020/14
 5020/18 5021/20 5024/25 5025/25 5027/10
can you [3]   4988/19 5018/3 5018/10
can't [6]   4979/3 4980/24 4982/25 4993/18
 5015/12 5023/10
cannot [3]   4988/2 4988/3 5030/25
capability [1]   4972/18
capacity [1]   5029/25
capture [6]   5007/17 5019/13 5019/18 5020/6
 5024/16 5024/19
captured [4]   4988/13 5000/12 5000/14
 5019/10
car [9]   4982/21 4982/23 4997/3 5012/14
 5026/2 5026/15 5026/17 5031/10 5032/9
carefully [1]   5021/22
cargo [1]   4978/16
carry [1]   4986/13
cars [1]   4984/12
case [8]   4976/22 4993/4 4997/19 4997/23
 4997/25 4998/3 5005/18 5024/25
cases [2]   4993/4 5009/16
Center [1]   4966/15
certain [2]   5011/24 5029/15
Certified [1]   4967/11
certify [1]   5033/2
changed [4]   4998/7 4998/7 5005/2 5005/11
changing [1]   5005/4
charge [1]   5006/9
charged [2]   5010/2 5023/25
CHRISTOPHER [5]   4966/10 4969/4 4970/12
 4974/16 4974/19
circumstances [1]   5009/18
city [6]   4970/10 4972/16 4976/9 4989/5
 5011/1 5020/14
clarify [2]   4984/20 5031/14
clear [4]   4972/21 4980/4 5005/17 5009/20
clearly [2]   5014/24 5029/24
client [3]   4972/8 4972/24 4973/7
client's [1]   4972/18
close [3]   4976/25 5008/17 5024/22
closer [1]   4993/14
closest [2]   4986/22 4996/18
co [5]   5009/12 5009/17 5009/19 5009/22
 5027/20 5028/6 5029/6 5029/15 5030/1
 5030/12
co-conspirator [6]   5009/12 5009/22 5027/20

co-conspirator's [1]   5009/19
co-conspirators [4]   5009/17 5029/6 5029/15
 5030/12
coast [3]   5024/21 5025/5 5025/16
coastline [2]   5024/23 5025/21
coffee [2]   4974/6 4975/3
collect [6]   4977/3 4982/2 5007/14 5007/21
 5008/4 5009/17
collected [1]   4991/20
color [1]   4986/14
COLUMBIA [2]   4966/2 4967/13
come [7]   4969/5 4982/3 4992/10 5000/21
 5011/8 5025/22 5029/17
comes [1]   5023/18
coming [2]   5023/7 5023/9
commander [2]   5006/3 5025/3
comment [1]   5029/20
committed [1]   5024/10
committing [1]   5010/11
comparative [1]   5028/21
compare [1]   4978/15
compound [5]   4975/17 4987/24 4995/4 4995/11
 4995/14
comprehensive [1]   5026/9
computer [1]   4967/18
computer-aided [1]   4967/18
computers [4]   4983/9 4983/13 4983/18 4999/5
 4999/8 4999/11
concerns [5]   4987/12 4987/19 4995/18 4996/8
 5024/15
concluded [2]   4994/16 5032/17
conclusion [1]   4993/13
conditions [1]   4970/1
conducting [1]   5009/15
conference [7]   4971/18 4978/10 5001/4
 5009/8 5014/2 5020/19 5026/24
connected [1]   5030/18
consider [1]   5024/9
considered [3]   5009/18 5009/23 5024/6
consolidation [1]   5006/6
conspiracy [27]   5009/13 5009/14 5009/22
 5009/24 5010/1 5010/2 5010/3 5010/9 5022/6
 5028/11 5028/14 5028/25 5029/3 5029/19
 5029/22 5029/24 5030/2 5030/5 5030/6 5030/7
 5030/19 5030/21 5031/25 5032/1 5032/4
 5032/5 5032/11
conspirator [6]   5009/12 5009/22 5027/20
 5028/6 5029/8 5030/11
conspirator's [1]   5009/19
conspirators [4]   5009/17 5029/6 5029/15
 5030/12
Constitution [1]   4967/13
consult [1]   5017/17
consulting [1]   5018/22
contact [1]   4982/15
contacted [2]   4977/7 4997/17
contained [1]   5017/18
continue [3]   4980/8 5004/5 5027/6
continued [3]   4967/1 4969/20 5030/7
continuing [1]   5031/25
controlled [3]   4985/11 4985/14 4985/15
controlling [1]   4990/1
convenience [1]   5014/21
conversation [5]   4988/10 4988/21 4997/15
 4998/5 4998/7
convey [1]   5027/14
conveying [1]   5031/23
COOPER [2]   4966/10 4969/4
coordination [1]   4993/9
coordinator [1]   4992/13
correct [5]   5005/18 5005/20 5021/6 5030/9
 5033/3
correctly [2]   5015/14 5017/13
could [19]   4971/20 4979/7 4980/22 4994/25
 5000/25 5009/16 5010/16 5010/21 5014/22
 5014/24 5016/17 5016/23 5020/11 5021/25
 5022/2 5022/3 5022/14 5027/2 5031/14

## C

Couldn't [1]  5016/1
country [4]  4988/1 4990/11 4995/25 5026/21
couple [1]  5025/1
course [1]  4989/23
court [30]  4966/1 4967/10 4967/12 4967/12
  4969/3 4974/11 4979/6 5000/20 5004/2
  5009/16 5010/7 5010/9 5010/24 5015/19
  5016/24 5017/2 5021/7 5021/8 5021/25 5022/2
  5022/15 5022/18 5022/23 5023/2 5023/8
  5024/4 5027/4 5029/5 5029/10 5029/16
Court's [5]  5009/11 5010/17 5023/23 5029/3
  5030/10
courtroom [4]  4969/7 5000/5 5004/3 5027/9
cover [2]  4973/22 4985/4
CR [1]  4966/4
Crabb [6]  4966/13 4969/12 5004/4 5005/19
  5027/6 5027/12
crime [1]  4975/12
crimes [4]  5023/1 5023/5 5024/10 5029/17
criminal [4]  5009/14 5010/6 5021/12 5021/21
cross [2]  4968/4 5021/19
CRR [2]  5033/2 5033/8
cuff [1]  5030/22
currently [1]  5013/13

## D

D.C [6]  4966/5 4966/17 4966/22 4966/23
  4967/5 4967/14
daily [1]  4987/2
dangers [1]  4975/22
Date [1]  5033/7
dates [3]  4972/2 4972/8 4982/24
day [6]  4966/7 4975/3 4994/13 4997/4
  5026/21 5027/6
dealings [1]  4985/7
decide [1]  4976/6
decision [1]  4975/23
defendant [13]  4966/8 4966/20 4967/2 4969/6
  4994/9 5000/22 5024/9 5027/24 5028/2 5029/6
  5029/7 5029/8 5030/12
defendant's [3]  5029/5 5030/11 5030/11
DEFENDER [1]  4966/21
defense [2]  5012/25 5031/15
defer [1]  5010/19
delay [1]  4969/10
demonstrative [1]  4992/1
dental [2]  4987/7 4987/20
Department [1]  4974/17
depressed [2]  4997/18 4997/21
describe [1]  4995/22
describing [2]  4970/1 5028/3
desire [1]  5005/1
despite [1]  5024/15
details [1]  5009/13
Dharna [6]  5011/2 5011/4 5011/8 5011/11
  5011/3 5011/18
dialects [1]  5011/16
did [105]
did you [15]  4970/4 4971/13 4976/6 4980/19
  4983/20 4985/8 4990/5 4997/1 5008/1 5011/20
  5016/2 5018/22 5019/17 5020/8 5020/11
didn't [10]  4973/7 4973/18 4973/18 4973/19
  4993/12 5014/6 5014/7 5014/10 5014/10
  5023/20
different [17]  4973/6 4989/19 4989/22
  4992/11 4993/9 4998/6 5011/12 5011/13
  5011/15 5011/15 5020/6 5021/16 5022/10
  5022/20 5026/21 5028/10 5028/22
digits [1]  5013/17
DiLorenzo [1]  4966/14
diplomatic [5]  4972/13 4972/18 4973/1
  4973/14 4973/17
direct [5]  4968/4 4969/20 5022/14 5027/7
  5031/12
direction [1]  5007/4
dirty [4]  5028/1 5031/9 5032/3 5032/9

disappear [1]  4988/8
discovered [1]  5016/22
discussed [2]  4987/9 5001/1
display [1]  4991/25
dispositive [1]  4973/4
distance [1]  4996/10
distributing [2]  4975/7 4991/16
distribution [1]  4974/15
DISTRICT [5]  4966/1 4966/2 4966/11 4967/12
  4967/13
divide [2]  4990/11 4990/11
do [67]  4973/18 4975/14 4976/9 4976/19
  4976/25 4979/1 4979/13 4979/21 4980/25
  4981/3 4981/5 4982/22 4983/2 4983/16
  4985/15 4987/3 4987/8 4987/8 4988/2 4988/4
  4991/17 4993/19 4993/23 4994/3 4994/22
  4994/25 4995/1 4995/12 4996/15 4999/10
  4999/18 4999/22 5004/14 5005/18 5005/25
  5006/1 5008/10 5008/16 5008/19 5009/4
  5010/12 5010/19 5010/22 5013/13 5013/20
  5014/22 5014/25 5015/2 5015/5 5016/2
  5016/10 5016/15 5016/24 5019/23 5020/13
  5021/5 5021/9 5022/9 5022/16 5023/2 5023/8
  5023/20 5024/8 5026/11 5030/14 5032/3
  5032/9
Do you [1]  5013/13
do you know [5]  4979/21 4995/12 4996/15
  4999/18 5004/14
Do you recognize [1]  4981/5
Do you remember [2]  4982/22 5008/10
do you see [3]  4979/13 4980/25 4981/3
document [3]  4978/25 4979/4 4979/10
does [4]  4979/15 4992/25 4999/19 5016/10
doesn't [9]  4973/4 4978/7 5000/10 5000/13
  5014/11 5014/18 5015/9 5015/13 5032/8
doing [6]  4984/2 4995/7 4995/25 5008/6
  5015/8 5024/7
dollars [1]  4984/4
don't [14]  4974/4 4978/5 4978/23 4984/21
  4988/7 4988/12 5000/6 5010/22 5013/15
  5015/21 5016/12 5016/21 5019/14 5022/7
done [1]  4994/19
door [1]  5026/5
doubled [2]  4984/5 4984/16
down [13]  4993/7 5013/24 5014/4 5014/24
  5015/14 5015/16 5015/22 5016/11 5016/19
  5017/11 5018/23 5018/25 5020/24
draw [1]  4978/13
driving [3]  4997/7 4997/8 4997/9
DShK [1]  4986/6
during [17]  4981/8 4982/7 4982/15 4988/21
  4992/10 4993/8 4995/17 5001/1 5004/20
  5008/13 5008/22 5011/7 5012/5 5027/23
  5028/25 5030/4 5031/9

## E

earlier [3]  4998/12 5011/23 5019/8
ease [2]  5020/9 5020/10
east [2]  4990/12 5011/6
effect [3]  5019/13 5027/23 5031/8
effort [1]  5007/17
efforts [2]  4971/11 4977/18
either [4]  4985/11 4985/16 5009/17 5021/17
elicit [10]  5009/13 5010/5 5010/8 5010/10
  5021/20 5021/24 5022/21 5023/1 5028/19
  5031/12
elicited [2]  5021/8 5021/9
eliciting [2]  5020/20 5022/21
Elsayed [1]  4967/3
else [2]  4983/7 5030/22
embassy [12]  4973/8 4973/9 4975/24 4993/4
  4993/5 4995/13 4995/14 4997/18 4997/24
  4998/4 5010/4 5022/10
empty [2]  4997/12 4997/13
encourage [2]  5009/23 5030/3
end [5]  4991/4 4993/13 4998/5 5019/15
  5019/15
ended [1]  5013/19

# E

ends [1]   5018/12
enter [2]   4977/19 5026/5
entered [5]   4969/6 4969/7 5000/22 5004/3
  5026/5
enthusiastic [1]   4994/18
entice [1]   5025/22
entire [1]   4971/5
entities [1]   4997/23
entity [1]   4992/25
entry [3]   4979/13 4979/15 4980/25
envoy [3]   4972/5 4972/15 4973/12
equipment [1]   4984/12
Eric [1]   4967/2
eric.lewis [1]   4967/6
escort [2]   5000/6 5027/10
especially [2]   4997/13 5027/1
essentially [1]   5015/8
established [1]   4978/7
estimate [1]   4980/22
even [2]   4995/6 5012/14
evening [1]   5027/8
event [1]   5004/24
events [2]   5009/9 5022/15
eventually [5]   4971/14 4974/5 4974/15
  4976/3 4985/3
ever [24]   4970/11 4981/9 4981/12 4985/13
  4985/22 4986/20 4987/3 4989/7 4994/5 4994/8
  4995/18 4995/25 4996/8 4996/20 4996/22
  4998/19 5006/14 5008/3 5008/14 5008/23
  5011/8 5012/6 5012/17 5020/5
every [3]   4976/9 4984/22 4995/1
everybody [3]   4970/6 4970/10 4995/6
everyone [2]   4972/19 4995/8
everything [4]   4998/2 4998/3 4998/25
  5019/20
evidence [17]   4973/7 4978/4 5010/3 5015/25
  5021/10 5023/1 5023/5 5023/9 5023/18
  5023/22 5023/24 5024/9 5029/5 5029/13
  5029/17 5029/18 5030/19
exactly [2]   4992/8 4993/18
examination [3]   4969/20 5027/7 5031/12
exception [5]   4973/23 4973/24 4973/25
  5027/20 5028/7
excluded [3]   5022/15 5022/23 5023/18
exercising [1]   4975/1
exhibit [12]   4978/3 4986/17 4989/14 4992/1
  4992/1 5008/9 5013/2 5013/5 5017/8 5017/19
  5018/1 5018/21
existed [1]   4973/19
exited [2]   5000/5 5027/9
expenses [5]   4983/21 4983/23 4984/1 4984/1
  4984/11
expert [1]   5012/10
explain [12]   4977/2 4981/20 5000/12 5009/18
  5009/22 5020/22 5021/8 5023/3 5023/7
  5024/18 5030/2 5032/1
explained [1]   5029/24
explaining [3]   5021/4 5025/19 5032/3
explanation [1]   5024/6
express [3]   4995/18 4996/8 5006/14
Ext [1]   4966/24
extra [2]   4984/7 4984/9
extremism [1]   4976/8
extremist [3]   4976/2 5030/7 5031/25

# F

face [2]   4972/14 4972/16
fact [7]   4974/19 4989/25 4991/1 4991/18
  5000/15 5004/17 5028/9
factions [2]   4989/23 4990/1
facts [1]   5015/9
fair [1]   4974/1
Fakhr [2]   5025/10 5025/11
fall [1]   5029/3
familiar [5]   4980/12 4988/25 4990/19 5011/1
  5011/17

family [1]   5012/2
FANARY [1]   4969/19
far [4]   4983/8 5013/19 5025/14 5025/17
FARAJ [3]   4966/7 4979/19 4980/7
farm [2]   4996/4 4996/9
fast [1]   5000/23
favor [1]   4976/13
FBI [3]   4987/23 4988/16 4988/22
fd.org [2]   4966/24 4966/25
fearful [2]   5004/25 5005/6
February [1]   5006/4
FEDERAL [1]   4966/21
federalists [6]   4989/24 4990/6 4990/9
  4990/15 4990/16 4993/14
federals [1]   4990/10
field [2]   4999/12 5006/3
fighting [1]   4991/7
file [1]   4997/17
filed [1]   5021/23
finally [2]   4998/25 5020/14
financial [1]   4977/18
find [1]   4976/20
fine [1]   5027/3
fire [1]   5012/15
firing [1]   5012/18
first [14]   4970/16 4970/20 4976/21 4977/21
  4980/17 4981/16 4988/24 4999/19 5006/20
  5010/8 5023/3 5025/2 5027/20 5028/16
firsthand [3]   4970/8 4971/22 4971/23
Fitori [5]   4989/11 4989/12 4989/17 4989/19
  4992/12
fixed [3]   4983/25 4984/3 4985/5
folders [2]   4999/5 4999/11
follow [1]   4971/7
follow-up [1]   4971/7
following [2]   4970/2 5010/15
FOLLOWS [1]   4969/18
foods [1]   4991/16
forces [7]   4989/25 4996/13 5004/18 5024/25
  5026/4 5026/7 5026/10
foregoing [1]   5033/3
foreign [1]   5006/10
forgive [1]   5005/22
formed [2]   4972/9 4972/10
forward [2]   4970/3 5024/16
found [2]   5016/20 5029/11
four [3]   5013/16 5022/9 5022/19
Fourth [1]   4966/16
friends [1]   4982/1
front [4]   4979/10 4988/8 4994/17 5008/25
frustrations [1]   5024/15
further [5]   4969/17 4974/7 4979/20 5021/11
  5031/7
furtherance [12]   5009/10 5009/12 5009/15
  5009/24 5028/15 5029/1 5029/21 5029/23
  5030/4 5031/2 5031/4 5032/4
furthering [2]   5031/24 5032/11
Fuwayhat [1]   4995/21

# G

Ganfouda [4]   5012/20 5012/22 5024/22 5026/2
garage [4]   4985/13 4985/24 4986/1 5012/3
gathering [2]   4994/15 4994/16
gave [7]   4982/22 4983/4 4983/18 5005/9
  5007/4 5026/18 5031/10
general [7]   4970/1 4975/14 4981/25 4983/23
  4984/10 5006/2 5009/3
generally [1]   5009/4
gentlemen [7]   4969/9 4990/24 5004/23
  5017/21 5019/2 5024/5 5027/5
get [8]   4977/19 4989/22 4989/23 4993/14
  5012/11 5015/4 5015/25 5022/24
getting [1]   4998/25
Ghada [1]   4967/9
gift [1]   4984/9
give [13]   4978/24 4982/9 4982/17 4982/20
  4983/7 4983/10 4983/11 4983/11 4983/13
  5010/14 5021/7 5023/8 5025/24

**G**

given [1]   4978/23
giving [3]   4984/7 4991/16 5027/25
gmail.com [1]   4967/16
go [23]   4969/11 4970/3 4973/18 4979/20
 4981/24 4985/10 4985/13 4985/22 4989/7
 4990/5 4992/4 4998/19 4998/21 4998/23
 5005/1 5005/24 5010/13 5022/14 5024/16
 5024/25 5025/19 5026/15 5031/7
go ahead [2]   5005/24 5025/19
goes [4]   4972/12 4972/12 4973/3 5032/1
going [18]   4973/20 4978/15 4978/19 4978/20
 4986/16 4989/13 4998/2 4998/2 4998/25
 5005/22 5021/19 5021/21 5023/20 5024/2
 5025/24 5027/1 5027/6 5031/12
good [9]   4969/23 4969/24 5000/3 5004/8
 5004/9 5006/22 5026/25 5027/8 5032/14
goods [1]   4970/23
gosh [1]   4999/10
got [6]   4994/1 5009/16 5021/5 5022/8
 5026/15 5026/20
gotten [3]   5010/10 5022/11 5023/21
government [15]   4966/13 4969/16 4975/11
 4978/24 5006/9 5006/12 5014/5 5015/17
 5015/20 5016/17 5016/19 5021/2 5021/15
 5021/23 5030/8
government's [14]   4968/5 4972/2 4972/8
 4978/3 4986/17 4989/14 4992/1 5008/9 5013/2
 5013/5 5017/8 5017/19 5018/1 5018/21
Government's Exhibit 588 [3]   5013/2 5017/8
 5018/21
grab [1]   5010/16
green [1]   4986/14
grounds [1]   4971/25
group [13]   4990/10 4991/3 4991/8 4991/10
 4991/14 4991/16 4991/23 4992/14 4994/15
 5005/2 5006/5 5006/5 5009/21
groups [7]   4991/6 4993/9 4995/1 4997/23
 5012/11 5028/4 5029/9
guess [2]   4998/24 5015/18
guilt [2]   5021/10 5023/6
gun [1]   5026/14
guy [2]   5030/1 5032/8

**H**

had [23]   4970/11 4972/8 4973/3 4974/22
 4981/15 4982/15 4983/17 4985/7 4985/17
 4987/4 4987/21 4988/16 4988/23 4988/24
 4991/19 4996/8 4998/17 5004/21 5017/14
 5017/22 5027/22 5027/16 5031/21
Haftar [1]   5025/2
Haftar's [1]   5024/25
half [1]   4986/6
Hamar [1]   4997/16
Hamid [3]   4995/4 4996/19 5024/23
hand [4]   4970/25 4971/1 4976/11 5014/5
handed [1]   4983/12
handgun [1]   5026/14
handing [1]   4973/13
happen [2]   4977/22 5004/20
happened [4]   4974/25 4998/1 5026/6 5031/20
happy [1]   4983/6
hard [6]   4975/23 4982/24 4992/8 5000/23
 5018/12 5027/2
hardly [1]   5032/10
has [15]   4972/24 4978/3 4978/22 4986/7
 4994/19 5005/18 5010/7 5010/9 5014/11
 5021/22 5022/15 5022/23 5024/9 5029/16
 5032/4
has already [1]   5029/16
hasn't [3]   4978/6 4978/23 5022/11
Hassan [1]   4997/16
hate [1]   4993/2
hatred [1]   4972/9
have [38]   4972/9 4973/8 4973/11 4975/21
 4975/24 4987/12 4987/19 4988/7 4988/12
 4991/19 4993/20 4994/21 4996/4 4997/17

4999/16 4999/17 5003/8 5008/19 5010/16
 5011/15 5012/23 5013/13 5013/14 5013/15
 5014/12 5014/14 5014/14 5016/8 5016/17
 5018/13 5019/9 5021/5 5021/11 5022/12
 5026/3 5027/8 5030/4 5032/14
haven [1]   5024/24
haven't [2]   5010/9 5023/21
having [4]   4969/16 5015/8 5022/9 5031/1
he [181]
he didn't [4]   4993/12 5014/6 5014/7 5014/10
he said [8]   4988/2 4992/25 4997/15 4997/18
 4999/12 5006/17 5014/17 5021/12
he's [24]   4978/6 4978/20 4986/22 4993/15
 4995/20 4997/22 5010/2 5012/10 5020/20
 5020/25 5021/1 5021/1 5021/4 5021/9 5022/5
 5022/7 5022/8 5022/13 5022/13 5022/21
 5022/21 5022/21 5023/25 5025/3
head [1]   5006/13
hear [5]   4991/5 4991/9 5006/14 5011/20
 5012/6
hearsay [12]   4971/3 4971/6 4971/16 4973/22
 4987/14 5000/10 5009/5 5028/7 5030/15
 5030/16 5031/16 5031/16
heavily [1]   5029/9
heavy [2]   4986/2 4986/5
held [1]   5032/4
help [10]   4975/16 4975/18 4976/3 4976/6
 4976/9 4976/11 4976/18 4976/20 4991/16
 5019/18
helped [1]   4976/13
helping [2]   4970/25 4971/11
here [6]   4979/13 4980/25 5000/4 5008/3
 5008/5 5024/1
Hey [1]   5015/20
hide [1]   5008/6
higher [1]   4998/18
highly [1]   5029/11
him [83]
Himelstein [1]   4966/13
himself [3]   4992/23 4993/1 4993/13
his [52]   4971/23 4972/3 4974/7 4977/23
 4977/25 4978/6 4978/11 4978/13 4980/3
 4981/16 4981/24 4985/8 4985/16 4987/2
 4987/4 4987/20 4987/24 4996/23 4998/10
 5005/4 5005/11 5007/15 5007/21 5007/23
 5008/15 5008/21 5009/1 5014/6 5014/7
 5014/12 5014/12 5014/13 5014/14 5014/18
 5014/21 5014/24 5014/25 5015/6 5015/7
 5015/9 5015/12 5015/18 5016/10 5016/11
 5016/12 5016/17 5016/21 5016/23 5021/8
 5027/6 5027/25 5029/7
hitmen [4]   5022/8 5029/6 5029/16 5030/12
Hold [1]   4978/8
home [2]   4978/17 5005/14
honest [1]   5014/9
Honor [44]   4969/13 4970/18 4971/3 4971/7
 4971/15 4971/19 4971/24 4978/5 4987/14
 4987/15 4988/17 4991/24 4993/20 4999/25
 5000/2 5000/8 5000/25 5004/6 5005/20 5007/8
 5009/5 5012/23 5012/25 5013/25 5014/16
 5015/3 5015/11 5016/9 5016/16 5017/4
 5018/16 5020/16 5021/6 5022/17 5022/25
 5023/15 5024/11 5026/22 5027/15 5028/16
 5029/2 5030/15 5031/14 5032/6
HONORABLE [2]   4966/10 4969/3
hoping [1]   4987/8
house [26]   4977/23 4977/24 4977/25 4980/14
 4981/16 4981/24 4987/2 4994/5 4994/17
 4994/17 4998/13 4998/15 4998/20 4999/1
 5007/24 5009/1 5011/8 5011/21 5024/21
 5025/5 5025/20 5022/25 5025/25 5026/3
 5026/8 5026/13
how [23]   4970/14 4977/2 4980/22 4981/20
 4983/4 4984/23 4988/7 4992/6 4994/24
 5000/12 5000/15 5004/24 5007/20 5009/22
 5011/10 5019/12 5023/10 5025/14 5025/17
 5030/2 5031/23 5032/1 5032/4
huge [1]   4991/20

**H**

humanitarian [1]   4973/2

**I**

I assume [1]   5022/5
I believe [12]   4969/25 4974/13 4974/22
 4978/17 4981/15 5004/10 5011/23 5012/2
 5016/9 5022/7 5027/22 5028/17
I can [2]   5010/12 5020/14
I can't [1]   4982/25
I cannot [2]   4988/2 4988/3
I don't [4]   4974/4 5016/12 5019/14 5022/7
I don't know [1]   4978/23
I don't think [1]   5016/21
I have [5]   4993/20 5007/8 5010/16 5012/23
 5013/14
I haven't [1]   5010/9
I know [4]   4991/22 4993/2 4996/16 4999/13
I think [5]   4969/10 4974/1 5018/12 5021/6
 5021/18
I thought [1]   5028/3
I told [1]   5025/24
I understand [4]   5006/23 5017/13 5019/8
 5022/18
I want [3]   4970/3 4984/20 5006/23
I was [7]   4974/13 4992/18 4997/8 5000/9
 5004/10 5007/1 5028/18
I would [7]   4971/24 4992/9 4997/5 5008/5
 5015/17 5019/14 5032/7
I'd [3]   4978/2 5013/4 5017/25
I'll [11]   4971/4 4974/9 4979/2 4984/25
 5000/17 5010/8 5023/12 5023/12 5023/17
 5031/7 5032/16
I'm [31]   4973/20 4973/23 4976/7 4978/11
 4978/15 4978/19 4980/1 4980/8 4980/12
 4986/16 4989/13 4993/4 4993/19 4997/18
 4998/2 4998/2 4999/15 5004/11 5005/22
 5008/3 5010/15 5012/25 5013/18 5018/20
 5020/23 5020/25 5021/19 5021/21 5024/2
 5025/24 5027/25
I'm going [6]   4978/15 4986/16 4989/13
 4998/2 5021/21 5025/24
I'm not [3]   4978/11 5010/15 5024/2
I'm not sure [1]   4973/23
I'm sorry [9]   4980/1 4980/8 4980/12 4993/19
 4999/15 5004/11 5013/18 5020/23 5027/15
I'm sure [1]   5021/19
I've [4]   4971/21 4993/3 4999/23 5009/16
ID [3]   4979/19 4979/19 4980/9
idea [1]   4973/4
identification [3]   4974/7 5013/1 5018/21
identified [1]   5009/11
identify [2]   4971/20 4971/22
identity [3]   4971/13 4971/19 4974/2
if you [3]   4974/15 4984/24 5004/10
images [2]   4987/23 4987/25
Imam [5]   4986/20 4987/3 4987/12 4987/19
 4988/21
immediately [2]   4975/18 4975/20
impossible [1]   4994/25
impression [2]   5005/10 5031/20
in-furtherance [2]   5031/2 5031/4
incident [1]   4975/25
include [1]   4973/2
including [2]   4995/9 5029/15
incur [1]   4983/20
incurred [2]   4983/24 4984/11
INDEX [1]   5008/2
Indiana [1]   4966/22
indicated [1]   5028/8
individual [2]   4974/8 5005/23
individuals [1]   5010/12
industrial [1]   4985/19
information [10]   4976/23 4977/3 4982/2
 5007/14 5007/21 5008/4 5010/10 5019/17
 5029/10 5031/24
initially [1]   4975/14

injuries [1]   4996/20
injuries [1]   4996/23
installations [1]   5006/10
instance [1]   4971/20
instead [1]   5020/6
instruct [2]   5021/21 5024/2
instruction [3]   5021/7 5023/9 5023/13
instructions [1]   5023/24
intelligence [2]   4995/23 5006/13
intended [3]   4995/5 4995/8 5015/2
intending [1]   5028/18
interest [1]   4985/17
interfere [1]   4995/2
interfered [1]   4995/5
interpret [1]   5021/22
interpreted [1]   5021/13
interpreter [5]   4967/9 4969/18 5021/13
 5021/14 5021/21
interrupt [2]   4979/20 5025/1
interrupted [1]   4980/8
introduce [3]   4977/6 4992/14 4993/12
introduced [5]   4977/9 4977/10 4977/12
 4992/11 4992/23
introduction [1]   4992/20
introductions [1]   4992/17
investigating [1]   4975/25
investigation [2]   4975/12 4975/16
invite [2]   4998/21 4998/23
invited [2]   4990/1 4990/3
involved [2]   4998/3 5029/9
involvement [1]   5029/14
Iraq [1]   4994/20
is [109]
is there [2]   4973/23 5010/3
Islamic [1]   4991/13
isn't [3]   4972/16 4972/21 4973/13
issue [6]   4976/4 5001/1 5022/10 5022/20
 5023/13 5023/20
issued [1]   5029/4
it [119]
it happened [1]   4998/1
it's [49]   4971/6 4971/15 4973/4 4973/5
 4973/6 4973/14 4974/1 4974/3 4978/17
 4979/19 4980/9 4982/24 4984/12 4985/5
 4985/5 4986/2 4986/6 4986/15 4987/15
 4990/17 4996/10 5000/9 5000/14 5009/9
 5009/12 5009/15 5009/20 5014/11 5014/15
 5016/13 5018/12 5020/24 5021/18 5021/20
 5022/19 5022/22 5028/10 5029/13 5029/19
 5029/21 5029/23 5030/18 5030/19 5030/22
 5031/4 5031/11 5031/13 5031/14 5031/16
It's like [3]   4984/12 4985/5 4985/5
items [1]   4999/2
its [2]   4973/15 4986/14

**J**

Jeffrey [1]   4967/2
Jeffrey.Robinson [1]   4967/7
jobs [1]   5008/19
jogging [2]   4974/7 4975/2
John [1]   4966/13
John.D.Crabb [1]   4966/18
join [2]   5009/23 5030/3
joint [1]   5006/7
joke [1]   5031/13
joked [1]   5031/8
Jr [1]   4966/13
JUDGE [2]   4966/11 4969/4
Judiciary [1]   4966/15
Juliana [2]   4970/21 4970/21
Julieanne [1]   4966/13
julieanne.himelstein [1]   4966/18
jury [17]   4966/10 4969/7 4977/2 4979/8
 4980/22 4981/20 4982/19 4990/24 5000/5
 5004/3 5004/23 5007/20 5017/22 5019/3
 5023/9 5024/18 5027/9
just [21]   4971/25 4972/23 4979/21 4980/13
 4980/16 4981/22 4981/22 4982/4 4982/5

**J**

just... [12]   4997/11 4999/9 5005/17 5007/8
  5012/23 5014/7 5014/25 5015/19 5020/22
  5023/16 5027/2 5032/6

**K**

Kamel [1]   4967/9
KAUFMANN [1]   4967/4
kept [1]   4984/23
KHATALLAH [93]
Khatallah's [19]   4976/25 4977/24 4978/17
  4978/21 4980/5 4994/5 4994/16 4998/13
  4998/19 4999/1 5009/14 5011/7 5011/21
  5019/13 5021/10 5023/6 5028/22 5029/14
  5031/9
kill [6]   4995/6 4995/8 5020/11 5021/4
  5022/22 5023/4
killed [2]   5021/1 5022/19
killing [4]   5020/9 5022/8 5022/21 5024/8
kilometers [1]   5025/18
kind [15]   4977/17 4981/22 4982/5 4984/1
  4985/25 4986/15 4988/24 4991/9 4991/17
  4991/17 4994/18 4994/25 4999/4 4999/9
  5021/24
knew [8]   4973/17 4973/25 4977/15 4981/8
  5004/11 5013/10 5015/14 5018/7
know [30]   4973/19 4978/6 4978/7 4978/23
  4979/21 4983/16 4991/7 4991/22 4993/2
  4993/19 4993/23 4994/3 4995/12 4996/15
  4996/16 4999/13 4999/18 4999/22 5004/14
  5005/25 5013/16 5014/6 5014/7 5014/10
  5014/11 5014/17 5020/2 5022/12 5026/7
  5032/15
known [2]   4976/1 4977/5
knows [1]   4978/19

**L**

ladies [7]   4969/8 4990/24 5004/23 5017/21
  5019/2 5024/5 5027/5
Laithi [3]   4977/25 4980/11 5005/15
land [1]   5026/19
laptop [2]   4983/9 4983/13
laptops [2]   4983/8 4983/18
large [2]   4991/20 5005/2
larger [1]   5006/5
last [6]   4998/21 5000/8 5013/17 5014/8
  5019/13 5024/6
late [1]   4997/5
later [1]   4972/15
laughing [1]   4988/5
law [2]   4991/12 4991/13
lbkmlaw.com [3]   4967/6 4967/7 4967/7
leader [3]   5029/8 5029/14 5032/2
leaders [2]   4999/12 5009/3
leadership [1]   5028/4
leading [2]   4988/17 5032/8
learn [4]   4970/4 4971/13 4971/19 4974/1
learned [6]   4970/6 4970/9 4974/16 4991/15
  4999/23 4999/24
leave [2]   4997/2 5005/1
left [2]   4997/3 5026/17
Leslie [1]   4967/2
let [8]   4979/20 4990/5 4997/20 5008/8
  5022/24 5023/3 5025/1 5032/15
let's [4]   4992/4 5020/24 5021/3 5021/16
level [1]   4998/18
Lewis [2]   4967/2 4967/3
Libi [9]   4999/18 4999/19 4999/20 4999/21
  5000/9 5000/11 5000/14 5004/11 5004/12
Libi's [1]   5005/17
Libya [9]   4987/6 4987/13 4987/20 4990/11
  5004/15 5004/18 5011/1 5011/15 5025/7
Libyan [7]   4970/24 4991/2 4991/8 5005/23
  5006/12 5025/3 5025/4
Libyans [2]   4989/24 4995/24
life [1]   4971/21
light [4]   4986/3 4986/5 5000/25 5020/4

**M**

like [24]   4970/23 4975/14 4977/17 4978/2
  4983/25 4984/9 4984/12 4984/22 4985/5
  4985/5 4986/8 4991/14 4994/17 4994/17
  4995/3 4998/17 5008/3 5013/4 5015/17
  5015/19 5015/21 5017/25 5018/10 5022/4
likely [1]   5016/10
Likewise [1]   4970/6
line [1]   4979/16
lines [1]   5023/13
list [1]   4988/3
listed [1]   4978/20
lived [1]   4992/24
lives [2]   4978/23 4980/15
located [3]   4977/24 4977/25 4985/20
location [9]   4976/20 4980/16 4980/20
  4980/23 4995/15 4995/20 4995/23 5026/16
  5026/17
locations [3]   4985/10 4985/23 4985/24
long [6]   4984/23 4996/10 5019/12 5019/21
  5019/24 5020/5
look [7]   5013/23 5014/4 5015/22 5016/2
  5016/18 5017/7 5032/12
looked [2]   5016/3 5016/7
looking [2]   5016/11 5024/24
lot [10]   4975/22 4980/24 4987/1 4991/5
  4995/23 4997/23 5005/5 5005/14 5007/23
  5021/1
lunch [1]   4969/25
lunchtime [1]   5001/2

**M**

made [7]   4982/15 4992/16 5028/13 5028/19
  5029/20 5030/4 5030/23
MAGED [1]   4969/18
MAJRISI [1]   4969/16
make [5]   4979/7 4987/6 4988/7 4992/19
  5006/23
makes [1]   5032/9
man [10]   4975/6 4986/20 4992/19 4993/19
  4993/23 4994/3 4994/6 4996/15 4999/18
  5005/25
managed [1]   5014/8
manipulate [1]   5012/13
manipulating [1]   5015/24
manner [1]   5032/10
many [3]   4970/14 4980/23 4992/6
Maqasbi [1]   4996/16
marked [4]   5013/1 5017/8 5017/19 5018/20
mary [2]   4966/20 4966/24
materials [1]   4999/16
matter [8]   4987/16 4989/25 4991/1 4991/18
  5000/10 5000/10 5000/13 5033/4
matters [1]   5032/15
may [25]   4969/13 4969/14 4971/7 4971/8
  4991/25 4992/2 4993/20 4993/21 4996/14
  5000/2 5007/8 5007/9 5009/6 5009/7 5012/23
  5012/24 5013/25 5017/3 5017/5 5018/16
  5018/18 5024/6 5024/9 5026/22 5026/23
maybe [3]   4989/11 4996/13 5000/3
me [40]   4971/1 4975/16 4975/20 4976/20
  4977/6 4977/6 4977/10 4977/14 4977/15
  4979/20 4982/24 4983/11 4984/1 4984/7
  4984/9 4990/3 4990/5 4993/3 4993/6 4994/13
  4995/7 4997/15 4997/20 4998/1 4998/21
  5019/22 5024/9 5019/25 5020/3 5025/1
  5026/12 5026/12 5026/18 5030/17 5032/15
mean [5]   4974/4 4985/15 4990/8 5008/16
  5019/23
meaning [1]   4990/17
means [1]   4970/9
meant [3]   4990/15 4990/17 4995/13
mechanical [1]   4967/17
meet [9]   4974/5 4977/8 4980/19 4981/18
  4982/1 4982/4 4982/7 4985/8 5015/10
meeting [20]   4970/20 4977/23 4980/13
  4981/16 4983/20 4989/7 4989/10 4989/21
  4990/2 4990/3 4990/6 4990/14 4990/22 4992/4

## M

meeting... [6]   4992/7 4992/10 4993/8
 4993/14 5005/11 5007/24
meetings [3]   4981/20 4982/1 4982/6
members [1]   5032/8
memorize [1]   5013/16
memorized [1]   5013/13
memory [1]   5018/11
men [2]   5011/21 5031/9
mention [3]   4986/10 4990/5 4990/13
mentioned [7]   4980/13 4980/16 4984/13
 4995/11 4998/12 5012/2 5025/5
Merit [1]   4967/11
met [9]   4970/11 4971/21 4975/1 4975/3
 4977/21 4980/17 4980/23 5005/11 5026/17
Michael [1]   4966/14
michael.dilorenzo [1]   4966/19
Michelle [1]   4966/21
middle [2]   4981/1 4995/2
MIDDLEMISS [1]   4967/4
midnight [2]   4997/6 4997/13
mind [1]   4984/21
mindset [1]   5021/8
mines [1]   4986/8
minutes [1]   5000/18
missile [2]   4986/10 4986/12
missiles [1]   4986/7
mission [13]   4970/5 4972/22 4972/25 4973/15
 4973/17 4973/19 4975/9 4994/10 5006/19
 5006/25 5008/24 5022/20 5027/24
missions [1]   5006/10
misstatement [1]   5014/16
moment [6]   4993/20 5007/8 5010/16 5012/23
 5017/7 5017/13
money [5]   4976/16 4982/21 4984/7 4984/7
 5026/18
monies [1]   4984/9
month [3]   4984/19 4984/22 4985/5
monthly [1]   4985/5
more [5]   5005/14 5009/13 5015/5 5023/16
 5025/9
morning [6]   5008/11 5013/5 5018/1 5026/17
 5027/7 5032/13
mortar [7]   4986/6 5012/3 5012/4 5012/10
 5012/12 5012/13 5012/18
mortars [2]   5012/6 5012/7
mosque [4]   4989/1 4989/3 4989/7 4992/5
most [4]   5005/14 5007/23 5007/23 5016/10
motion [1]   5021/24
motivation [2]   5023/8 5024/7
Move [1]   4971/5
moved [1]   5027/19
moving [1]   5012/14
Mr. [172]
Mr. Abu [5]   4977/5 4990/4 5024/8 5030/17
 5030/24
Mr. Ahmed [2]   4980/2 4996/24
Mr. Al-Ammari [10]   5008/14 5008/23 5028/4
 5028/13 5028/19 5029/16 5029/20 5031/17
 5031/19 5031/23
Mr. Al-Ammari's [4]   5018/11 5019/3 5028/18
 5031/20
Mr. Al-Libi [1]   5000/9
Mr. Al-Libi's [1]   5005/17
Mr. Ali [44]   4969/23 4969/25 4970/11
 4971/10 4974/13 4974/22 4975/9 4976/15
 4977/21 4978/2 4979/10 4980/25 4981/15
 4985/7 4986/16 4987/3 4988/25 4989/13
 4992/4 4993/19 4995/8 4995/17 4996/4
 4996/15 4998/12 4999/18 5004/8 5005/22
 5006/23 5007/11 5008/8 5011/1 5011/23
 5013/4 5017/7 5017/25 5018/20 5019/6
 5024/13 5027/22 5028/21 5029/20 5029/24
 5031/19
Mr. Ammari [1]   5027/23
Mr. Ammari's [2]   5018/7 5018/23
Mr. Bakoush [2]   5017/14 5017/22

Mr. Bakoush [3]   5019/10 5019/24 5018/10
Mr. Budabus [1]   4994/18
Mr. Crabb [5]   4969/12 5004/4 5005/19 5027/6
 5027/12
Mr. Fitori [1]   4989/17
Mr. Imam [4]   4987/3 4987/12 4987/19 4988/21
Mr. Khatallah [63]   4977/3 4977/12 4977/22
 4980/20 4980/23 4981/8 4981/12 4981/16
 4982/3 4982/8 4982/10 4982/16 4982/17
 4982/20 4982/23 4983/4 4983/10 4983/14
 4983/20 4985/8 4985/10 4985/14 4985/22
 4985/25 4986/21 4987/10 4988/15 4988/22
 4989/8 4993/8 4994/9 4994/12 4995/11
 4995/18 4996/4 4997/2 4997/9 4999/7 5000/13
 5000/15 5004/21 5004/24 5006/14 5007/3
 5007/4 5007/15 5007/18 5007/21 5008/13
 5008/20 5010/11 5011/24 5012/5 5012/17
 5019/10 5019/19 5023/4 5024/20 5026/8
 5026/10 5031/18 5031/21 5032/2
Mr. Khatallah's [17]   4976/25 4977/24
 4978/17 4978/24 4980/5 4994/5 4998/13
 4998/19 4999/1 5009/14 5011/7 5011/21
 5019/13 5021/10 5023/6 5028/22 5029/14
Mr. Mushayti [1]   4994/8
Mr. Shaltami [4]   5006/11 5006/15 5006/24
 5007/3
Mr. Stevens [1]   4974/23
Ms. [3]   5015/4 5028/5 5030/14
Ms. Peterson [3]   5015/4 5028/5 5030/14
much [2]   5008/7 5018/10
Muhammad [2]   4989/11 4992/12
Muqasbi [1]   4996/15
murderer [6]   5020/15 5020/21 5021/1 5021/3
 5021/14 5021/20
murderers [1]   5022/1
murders [4]   5023/25 5023/25 5024/3 5024/3
Mushayti [4]   4993/23 4993/25 4994/8 4994/14
Muslims [1]   4995/24
MUSTAFA [1]   4969/18
my [20]   4969/10 4971/21 4971/24 4976/9
 4977/15 4988/3 4997/3 5013/14 5013/14
 5015/18 5018/13 5020/2 5020/3 5020/14
 5026/2 5026/14 5026/15 5028/8 5028/12
 5031/11
myself [3]   4977/5 4998/8 5020/12

## N

name [6]   4979/18 4979/21 4980/4 4994/3
 4999/13 4999/19
named [6]   4993/19 4993/23 4996/15 4999/18
 5004/11 5005/25
namely [1]   5032/2
names [2]   4991/5 4991/10
Nassar [2]   4967/3 4996/15
Nasser [1]   4996/16
need [1]   5023/11
needs [1]   5023/15
neighborhood [8]   4977/25 4985/19 4985/21
 4989/4 4989/5 4995/21 4995/22 5005/15
nervous [2]   5004/25 5005/7
never [3]   4971/21 4977/1 4995/13
new [1]   5013/15
news [3]   4970/9 4970/10 4999/23
next [3]   4980/9 4980/19 4981/20
night [5]   4994/10 4997/5 5025/23 5026/1
 5032/14
no [21]   4966/4 4972/18 4972/22 4972/24
 4973/3 4973/7 4976/17 4977/1 4988/2 4988/24
 4988/24 4989/18 4993/6 4998/11 4999/17
 5012/19 5016/5 5023/24 5024/3 5030/19
 5030/24
nominated [1]   5006/13
none [1]   4972/23
normal [2]   4981/22 4982/5
not [40]   4972/7 4972/25 4973/4 4973/23
 4975/20 4978/11 4987/15 4988/13 4988/16
 4992/25 4995/7 4995/9 4998/11 5000/9
 5000/14 5004/14 5005/1 5008/5 5009/25

**N**

not... [21]   5010/15 5014/3 5014/15 5015/23
5016/19 5016/20 5021/9 5021/25 5022/3
5022/14 5022/20 5022/25 5023/5 5023/19
5024/2 5024/9 5030/18 5030/19 5031/15
5031/16 5031/20
note [1]   5032/7
notes [2]   5015/18 5015/18
nothing [3]   4991/2 5005/18 5022/9
notice [1]   5010/8
noticed [1]   5023/19
notorious [1]   4973/3
notoriously [1]   4973/13
November [2]   4966/6 5033/7
now [6]   4999/13 5014/19 5018/11 5020/25
5025/4 5027/2
number [28]   4979/19 4980/9 4981/3 4981/5
4981/6 4981/9 4981/11 4981/13 5005/4
5005/13 5013/11 5013/24 5014/17 5015/1
5015/7 5015/21 5016/1 5016/3 5016/7 5016/13
5017/14 5017/18 5017/22 5018/8 5018/10
5018/11 5018/23 5019/3
numbers [3]   5013/16 5016/18 5017/11
NW [4]   4966/16 4966/22 4967/4 4967/13

**O**

obeyed [1]   5007/7
objection [17]   4970/18 4971/3 4971/15
4971/25 4973/21 4973/22 4978/5 4987/14
4988/17 4999/25 5000/17 5009/5 5020/16
5020/18 5021/11 5023/12 5028/5
objects [1]   4999/2
obviously [2]   5005/5 5009/9
occurred [1]   4975/10
off [1]   5030/22
off-the-cuff [1]   5030/22
offer [1]   4976/16
offered [3]   4970/24 4988/1 5021/18
offering [1]   5024/7
OFFICE [1]   4966/15
official [4]   4967/12 4971/22 4973/23
4973/24
officials [8]   4976/16 4976/24 4983/1
4983/10 4983/20 5007/14 5019/9 5026/18
often [2]   5005/1 5005/2
Oh [2]   4980/3 4999/10
okay [23]   4972/14 4974/9 4986/18 4989/15
4994/1 5000/17 5010/22 5010/23 5013/6
5018/3 5021/16 5021/17 5022/22 5024/10
5025/19 5027/10 5028/20 5028/23 5030/13
5031/2 5032/12 5032/13 5032/16
old [1]   4999/5
once [3]   4976/18 5008/25 5021/14
one [27]   4971/19 4971/21 4972/24 4973/12
4975/24 4978/17 4986/13 4986/22 4991/10
4992/13 4996/18 4996/18 4997/24 5006/4
5006/17 5006/18 5006/20 5008/10 5012/2
5015/13 5021/17 5028/12 5031/7 5032/6
5032/7 5032/8 5032/10
ongoing [4]   5009/14 5010/6 5010/10 5029/19
only [3]   4978/25 4999/19 5013/16
open [10]   4973/2 4974/11 4979/6 5004/2
5010/24 5014/13 5014/24 5017/2 5024/4
5027/4
opened [2]   4997/15 5026/5
openly [1]   4973/12
operates [1]   5032/2
operation [5]   4984/1 4984/8 4995/5 5024/16
5025/23
operational [1]   4984/10
operations [2]   4984/8 5006/7
Opher [1]   4966/14
opher.shweiki [1]   4966/19
opportunity [1]   4974/23
order [4]   4969/5 5000/21 5010/17 5029/4
orders [2]   5027/25 5031/10
organization [4]   4990/19 4991/11 4991/12

organized [1]   4989/10
organizer [1]   4992/13
organizing [1]   5025/4
other [22]   4970/9 4971/1 4974/2 4975/25
4976/1 4976/11 4977/18 4982/1 4995/1 4998/9
4998/10 5012/10 5015/9 5016/18 5022/1
5023/1 5023/5 5023/19 5024/3 5029/10
5029/17 5030/24
other-crimes [3]   5023/1 5023/5 5029/17
others [6]   4995/3 5009/17 5009/23 5027/25
5032/3 5032/3
otherwise [1]   4974/3
our [8]   4972/8 4981/10 4981/23 5000/3
5021/6 5029/13 5031/15 5031/16
ours [1]   5011/12
ourself [2]   4994/22 4994/23
out [13]   4972/15 4973/13 4974/6 4976/20
5005/13 5019/22 5019/24 5021/3 5022/1
5022/2 5022/3 5022/8 5022/21
outside [10]   4987/6 4987/13 4987/20 4988/1
4991/14 4996/6 5005/1 5023/25 5027/25
5031/10
over [2]   4980/19 4997/1
overly [1]   5014/23
overrule [1]   4973/20 4979/2 5000/17 5023/12
Overruled [4]   4970/19 4979/5 4987/17
4988/18
overseas [1]   5026/19
own [1]   5031/13
owned [3]   4985/11 4985/16 4985/18
owns [1]   4985/18

**P**

p.m [4]   4966/6 5000/19 5000/19 5032/17
page [2]   4978/2 5029/4
paper [4]   5013/24 5017/10 5017/19 5018/23
papers [3]   4999/5 4999/7 4999/10
part [7]   4981/1 4981/2 4988/10 4995/5
4997/14 4998/19 5009/21
participants [1]   4992/11
particular [1]   5024/10
pass [1]   5029/25
past [8]   5014/3 5014/19 5015/11 5015/15
5015/23 5016/13 5016/15 5016/25
paying [2]   4984/23 4984/23
payment [2]   4985/4 4985/6
Pennsylvania [1]   4967/4
people [37]   4970/24 4971/1 4971/1 4974/1
4974/2 4975/24 4976/1 4983/17 4983/17
4990/15 4990/18 4991/15 4991/16 4992/6
4992/14 4992/16 4995/2 4996/18 4998/3
4998/9 5005/3 5005/12 5006/4 5006/17
5006/18 5011/8 5011/10 5011/17 5020/2
5020/2 5021/1 5022/2 5022/8 5022/10 5022/22
5028/22 5030/2
people's [1]   4998/10
period [3]   4984/18 4985/4 5004/20
person [20]   4971/10 4971/13 4971/20 4974/5
4974/14 4974/16 4974/23 4977/4 4977/6
4977/7 4977/8 4978/19 4979/21 4986/22
4989/18 4992/12 4997/16 4999/22 5004/14
5020/15
personal [4]   4979/19 4979/19 4980/9 5026/14
personally [2]   4999/14 5017/11
peterson [5]   4966/21 4966/25 5015/4 5028/5
5030/14
petras [2]   4966/20 4966/24
philanthropy [1]   4991/17
phone [28]   4981/6 5013/14 5013/15 5014/6
5014/7 5014/12 5014/12 5014/13 5014/14
5014/17 5014/21 5014/24 5014/25 5015/1
5015/6 5015/9 5015/22 5016/2 5016/2 5016/4
5016/7 5016/11 5016/17 5016/18 5016/21
5016/23 5017/22 5018/13
photo [1]   5018/3
photographs [1]   5008/10
picture [2]   4987/25 4988/3

# P

**pictures** [3]   4987/23 4988/16 4988/23
**piece** [3]   5013/24 5017/10 5018/23
**piles** [2]   4999/5 4999/10
**place** [6]   4988/11 4995/24 4997/11 4998/21
 5025/23 5025/25
**plain** [1]   5023/16
**Plaintiff** [1]   4966/4
**plan** [7]   4973/18 5024/18 5024/21 5025/19
 5025/20 5025/21 5026/9
**plans** [1]   4987/6
**please** [25]   4969/4 4977/2 4979/8 4979/17
 4980/8 4982/12 4982/19 4984/24 4990/8
 4990/24 4993/24 5000/21 5004/4 5004/23
 5005/24 5007/20 5012/9 5017/7 5017/21
 5018/5 5018/17 5019/2 5024/18 5025/19
 5027/11
**PLLC** [1]   4967/4
**plus** [1]   4984/8
**point** [10]   4972/20 4972/22 4973/3 4973/16
 4995/23 5000/11 5000/15 5012/14 5021/16
 5026/25
**police** [1]   5006/8
**port** [5]   4970/21 4973/13 4974/14 4974/21
 4975/6
**position** [9]   4972/3 4972/17 4972/18 4977/15
 5006/12 5006/15 5006/21 5006/24 5029/13
**positive** [1]   5006/21
**possible** [1]   5008/7
**possibly** [1]   5030/25
**practicing** [1]   5012/17
**praised** [1]   5006/16
**pre** [2]   4972/2 4972/8
**pre-dates** [2]   4972/2 4972/8
**precisely** [4]   5014/19 5015/14 5019/14
 5021/2
**preliminary** [1]   5032/15
**premises** [2]   4985/16 4985/17
**presence** [3]   4972/13 4972/19 4973/14
**present** [6]   4971/10 4987/9 4987/10 4990/6
 4994/6 5008/17
**President** [1]   4971/21
**presiding** [1]   4969/4
**presumably** [1]   4972/2
**previously** [3]   4969/17 4986/16 5008/9
**prior** [3]   4972/10 4976/24 4977/15
**prison** [2]   4986/25 4986/25
**private** [4]   4997/3 4998/15 4998/17 4999/1
**probative** [1]   5029/11
**problem** [2]   4988/3 4988/24
**problems** [1]   4987/4
**proceedings** [3]   4967/17 5032/17 5033/4
**process** [3]   5019/12 5019/21 5020/4
**produced** [1]   4967/18
**proffer** [1]   5015/17
**property** [1]   4985/18
**protecting** [1]   5006/9
**prove** [3]   4973/4 4994/22 5023/6
**providing** [1]   4973/1
**public** [7]   4966/21 4971/20 4971/22 4972/14
 4972/16 4973/23 4973/24
**purported** [1]   5030/6
**purportedly** [1]   5028/14
**purpose** [3]   4989/21 5030/21 5030/24
**put** [4]   4987/23 5019/20 5020/9 5025/21
**putting** [1]   5015/1

# Q

**Qaeda** [1]   4991/7
**Qawarishah** [2]   4985/19 4985/21
**question** [10]   4973/17 4982/11 4984/20
 4984/24 4988/19 4999/9 5027/20 5028/8
 5028/12 5028/17
**questions** [4]   4972/13 5000/9 5025/1 5028/12
**queue** [1]   4988/24
**quite** [1]   4997/12
**quote** [4]   5029/16 5030/11 5031/7 5031/16

**quote/unquote** [1]   5031/16

# R

**RAAD** [1]   4969/19
**Rafat** [2]   4994/14 4994/21
**raised** [1]   5028/5
**react** [1]   4983/4
**reacted** [3]   5000/13 5000/16 5004/24
**read** [1]   4979/16
**ready** [1]   4969/11
**really** [4]   4975/23 4982/24 4986/2 4992/8
**Realtime** [1]   4967/11
**reason** [4]   4977/13 4989/22 5021/5 5030/25
**reasons** [2]   4973/21 5029/23
**rebels** [1]   4996/18
**receive** [1]   4981/12
**received** [4]   4983/6 4984/13 4985/3 5006/11
**receiving** [1]   5006/15
**recently** [2]   5013/23 5016/2
**Recess** [1]   5000/19
**recite** [1]   5018/10
**recognize** [2]   4981/5 5011/10
**recognized** [1]   5026/12
**recollection** [16]   4978/6 4978/12 5014/3
 5014/15 5014/19 5015/6 5015/7 5015/12
 5015/13 5015/15 5015/23 5016/6 5016/12
 5016/14 5016/15 5016/25
**record** [2]   5016/20 5033/3
**recorded** [12]   4967/17 5014/4 5014/15
 5014/18 5014/20 5015/12 5015/15 5015/24
 5016/14 5016/15 5016/25 5018/14
**records** [1]   4978/16
**recovering** [1]   4996/22
**RECROSS** [1]   4968/4
**recruit** [3]   5009/17 5030/20 5032/8
**recruiting** [1]   5030/22
**red** [1]   4981/3
**REDIRECT** [1]   4968/4
**reduced** [1]   5005/13
**refer** [1]   4990/8
**reference** [1]   5024/3
**referring** [4]   4989/17 4995/12 5022/5 5022/8
**refresh** [6]   4978/6 4978/11 5015/12 5015/23
 5016/6 5016/8
**refreshes** [3]   5015/6 5015/7 5016/12
**regarding** [1]   5028/4
**regardless** [1]   4973/14
**regions** [1]   4990/12
**regions:** [1]   4990/12
**regions:  west** [1]   4990/12
**Registered** [1]   4967/11
**regularly** [1]   4987/2
**related** [2]   4984/1 4984/8
**relation** [3]   4972/4 5011/4 5025/12
**relationship** [6]   4977/1 4977/20 4981/10
 4981/23 5004/21 5010/12
**relevance** [3]   4970/18 4971/25 4973/20
**relevant** [1]   4973/5
**reliable** [1]   4974/3
**relief** [4]   4970/23 4971/11 4974/15 4975/7
**remark** [1]   5030/22
**remember** [22]   4980/24 4982/22 4982/24
 4983/8 4986/4 4986/9 4987/3 4987/5 4993/18
 4994/13 4995/3 5008/10 5012/9 5013/19
 5014/19 5015/1 5015/13 5015/21 5015/21
 5016/3 5016/11 5019/14
**remind** [2]   5013/8 5018/5
**renew** [1]   4971/24
**repeat** [2]   4982/11 4988/19
**repeating** [2]   5031/17 5031/21
**rephrase** [1]   4984/24
**replied** [1]   4994/24
**reported** [1]   5020/24
**Reporter** [4]   4967/10 4967/11 4967/11
 4967/12
**represent** [2]   4992/15 4992/25
**representatives** [6]   4975/11 4982/8 4982/16
 5019/18 5020/5 5024/19

# R

represented [1]  4990/22
represents [1]  4993/1
requiring [1]  4977/17
reservations [1]  4975/21
residence [1]  5029/7
resort [2]  5025/25 5025/25
respect [4]  4991/24 5000/8 5024/8 5028/16
respond [1]  5006/20
response [1]  5028/10
rest [2]  5020/14 5020/15
RESUMED [1]  4969/17
revolution [10]  4970/2 4970/22 4972/1
  4972/10 4972/11 4976/14 4977/16 4991/2
  4991/4 4991/5
revolutionaries [2]  4972/6 4995/3
revolutionary [1]  5006/6
right [16]  4969/8 4973/11 4979/13 4980/25
  4988/7 4988/12 5000/6 5004/4 5018/11
  5020/25 5024/5 5025/4 5027/5 5027/12 5031/6
  5032/14
rise [1]  4969/2
RMR [2]  5033/2 5033/8
Robinson [1]  4967/2
role [2]  4998/10 4998/10
roles [2]  5009/4 5028/22
room [5]  4966/16 4967/14 5000/7 5006/7
  5027/11
RPG [1]  4986/7
rule [1]  5032/12
ruled [1]  5021/25
rules [2]  5015/10 5015/25
ruling [1]  5022/24
run [1]  5024/25
Russian [1]  4986/15

# S

Sabri [1]  4997/12
safe [1]  5024/24
said [38]  4972/24 4974/22 4978/22 4979/21
  4981/15 4988/2 4988/12 4992/25 4995/8
  4997/15 4997/18 4997/20 4999/12 5005/9
  5006/17 5006/24 5014/7 5014/11 5014/17
  5014/24 5015/20 5021/8 5021/12 5021/22
  5022/2 5023/2 5025/20 5026/15 5027/21
  5027/23 5028/6 5029/5 5029/11 5031/1
  5031/15 5031/18 5031/21 5032/10
Salah [5]  5008/12 5009/1 5018/6 5030/23
  5030/25
Salam [2]  4988/25 4989/4
salary [5]  4983/25 4984/13 4984/18 4984/24
  4985/3
SALIM [4]  4966/7 4979/18 4980/7 4986/25
SAM [2]  4986/7 4986/10
same [11]  4972/11 4975/3 4975/6 4978/18
  4979/1 4980/14 4990/15 4990/16 4990/17
  4990/17 5026/21
Sara [1]  4967/9
sat [2]  4993/7 5031/10
saw [9]  4970/16 4971/10 4974/14 5005/16
  5008/11 5011/21 5011/24 5016/3 5016/7
say [43]  4973/25 4974/1 4978/20 4979/15
  4980/4 4986/24 4987/22 4988/14 4988/15
  4988/22 4992/9 4992/22 4993/8 4993/11
  4993/12 4993/17 4994/12 4995/25 4996/2
  4997/5 4997/9 4998/2 4998/9 4999/15 5005/6
  5007/3 5007/6 5008/3 5008/23 5010/6 5012/6
  5014/10 5014/25 5017/13 5019/8 5019/14
  5023/20 5027/21 5027/22 5028/2 5030/1
  5030/24 5032/8
SAYID [1]  4969/19
saying [7]  4988/6 4993/6 5012/9 5020/25
  5022/19 5030/17 5030/21
says [2]  4979/18 5009/22
Sealed [1]  5001/4
searched [1]  5026/12
seaside [1]  5026/3

seated [1]  4969/4
second [3]  4974/25 4975/1 4975/5
secret [1]  5029/25
section [1]  4998/15
see [19]  4971/23 4974/23 4979/10 4979/13
  4980/25 4981/3 4986/18 4986/20 4989/15
  4999/2 4999/4 5000/4 5000/18 5011/8 5012/17
  5013/6 5016/18 5018/3 5032/14
seeing [1]  5012/3
seeking [3]  5022/25 5023/2 5023/5
seems [1]  4972/17
seen [2]  4970/11 4975/6
separatists [3]  4989/24 4990/13 4990/16
September [4]  4970/4 4975/10 5008/24 5029/4
September 11 [1]  5008/24
services [2]  4973/1 4973/2
session [3]  4966/8 4969/3 5000/20
several [3]  4981/19 4993/3 4998/14
shadow [1]  5008/15
Shaltami [6]  5005/25 5006/1 5006/11 5006/15
  5006/24 5007/3
Sharia [10]  4990/20 4990/25 4991/2 4991/10
  4991/11 4991/12 4991/22 4991/25 4994/15
  5006/5
sheet [1]  5017/19
sheikh [2]  4989/11 4992/12
shelli [1]  4966/25
shop [2]  4974/6 4975/4
should [3]  4979/16 5006/20 5023/24
shoulder [1]  4986/13
show [10]  4978/2 4978/24 4986/16 4989/13
  4991/15 4994/22 5008/8 5013/4 5017/25
  5021/18
showed [1]  5004/25
showing [3]  5010/11 5012/25 5018/20
Shuaib [3]  4993/23 4993/25 4994/14
Shweiki [1]  4966/14
side [3]  4972/11 4975/24 4975/25
sidebar [1]  5027/17
signs [1]  5005/16
simply [1]  5032/7
sits [1]  5032/9
skills [2]  4988/7 4988/12
skirting [1]  5014/9
slept [1]  5026/16
so [36]  4970/25 4974/7 4977/10 4977/19
  4980/19 4983/18 4983/25 4984/7 4987/8
  4987/8 4988/1 4988/5 4988/6 4988/14 4994/15
  4994/21 4995/7 4997/13 4997/18 4997/22
  5008/21 5009/9 5009/21 5010/8 5010/12
  5014/5 5015/22 5016/9 5016/17 5020/14
  5020/24 5022/7 5022/12 5028/12 5030/6
  5031/2
some [18]  4975/20 4976/23 4982/2 4984/1
  4984/5 4984/9 4984/10 4985/8 4985/17
  4985/24 4986/8 4987/23 5007/24 5009/16
  5010/7 5010/14 5011/20 5029/10
someone [2]  5004/11 5021/5
something [13]  4970/8 4983/1 4983/9 4994/22
  4994/22 5008/3 5014/4 5022/23 5027/23
  5030/18 5030/23 5031/17 5031/21
somewhere [1]  4992/9
soon [1]  5026/4
sorry [10]  4980/1 4980/8 4980/12 4993/19
  4997/20 4999/15 5004/11 5013/18 5020/23
  5027/15
south [1]  4990/12
southwest [1]  5025/13
speak [1]  5008/21
speaking [1]  5009/4
Special [1]  4970/5
specific [3]  4996/2 5023/22 5024/3
specifically [5]  4995/22 4997/16 5025/9
  5029/2 5030/10
specifics [1]  5010/14
spend [1]  5008/1
spent [3]  4995/17 5008/13 5012/5
spoken [1]  5011/20

**S**

spontaneous [1]   4999/9
spying [3]   4995/19 4995/24 4996/1
squeeze [1]   5014/9
stand [3]   4969/17 4992/14 4992/19
standing [2]   4994/17 5008/25
started [5]   4977/11 4991/5 4991/9 4998/6
 5019/15
starting [2]   5027/7 5032/16
State [1]   4974/17
statement [16]   5009/12 5009/19 5009/25
 5027/12 5027/13 5027/16 5027/20 5028/3
 5028/13 5028/17 5028/18 5028/19 5029/21
 5030/3 5031/1 5031/11
statements [1]   5023/13
STATES [18]   4966/1 4966/3 4966/11 4972/5
 4972/9 4974/17 4975/16 4975/19 4976/3
 4976/12 4976/13 4976/16 4976/24 4982/8
 4995/19 4996/3 5004/15 5004/17
stating [1]   5031/8
stayed [1]   5005/14
stenography [1]   4967/17
step [2]   4990/5 5021/19
Stevens [7]   4970/12 4970/17 4974/5 4974/6
 4974/16 4974/19 4974/23
still [1]   5012/14
stockpiled [1]   5029/7
stood [3]   4992/16 4993/12 5006/17
stop [4]   4995/5 4996/14 5027/2 5027/2
stopped [1]   4995/7
stopping [1]   5026/25
store [2]   4985/25 5011/25
stored [3]   4985/23 5013/14 5013/20
strange [1]   4991/9
street [5]   4966/16 4978/1 4978/22 4979/1
 4980/11
streets [1]   4997/13
strengthen [1]   4981/23
strike [1]   4971/5
strong [1]   4994/22
stuff [3]   4970/23 4970/25 5021/25
subpoena [1]   5016/23
subscriber [1]   4978/20
successful [2]   4977/14 4977/16
such [2]   4994/25 4995/1
suggest [3]   5020/5 5020/8 5020/11
suggestion [2]   5021/7 5030/20
Suite [2]   4966/23 4967/5
sum [1]   5026/18
supervising [1]   4970/23
supplies [3]   4973/13 4974/15 4975/7
support [3]   4977/18 4977/18 4993/16
supposed [1]   5015/24
sure [5]   4973/23 5001/3 5006/23 5010/18
 5021/19
suspicion [2]   5019/25 5020/1
sustain [1]   4971/4
Sustained [2]   5000/1 5020/17
SWORN [1]   4969/17

**T**

take [7]   4975/23 5006/21 5017/7 5020/6
 5021/3 5021/19 5032/12
taking [3]   4988/10 4995/24 4996/11
talk [5]   4981/24 4995/20 4998/2 5009/17
 5020/24
talked [2]   4994/9 5011/23
talking [11]   4973/10 4981/1 4994/18 4994/19
 4997/11 4997/22 4998/6 5009/3 5012/21
 5022/9 5022/13
tanks [1]   4986/8
tasks [1]   5008/19
technical [1]   5014/23
technology [1]   5013/15
teeth [1]   4987/4
telephone [15]   5005/4 5013/11 5013/16
 5013/20 5013/23 5014/18 5017/10 5017/15

tell [16]   4974/25 4977/13 4982/19 4983/23
 4986/4 4986/24 4990/8 4990/24 4992/8
 5004/23 5005/9 5006/2 5007/20 5012/9
 5017/21 5019/2
telling [2]   4994/21 5031/19
terrorism [1]   4976/7
testified [2]   4969/17 4971/25
testify [1]   4979/3
testimony [1]   5014/17
than [4]   5011/12 5011/13 5023/16 5030/24
Thank [7]   4974/10 4985/1 5004/6 5004/13
 5017/24 5019/5 5024/11
Thank you [7]   4974/10 4985/1 5004/6 5004/13
 5017/24 5019/5 5024/11
that [252]
that's [35]   4977/5 4978/21 4984/12 4986/9
 4987/2 4997/14 5009/18 5009/23 5009/25
 5012/16 5014/3 5014/4 5014/16 5014/19
 5015/2 5015/14 5015/23 5016/13 5016/24
 5017/18 5021/16 5022/2 5022/10 5022/13
 5022/20 5022/20 5023/18 5023/19 5026/6
 5027/3 5028/2 5031/2 5031/11 5032/8 5032/10
their [5]   4991/19 4992/17 4993/15 5011/12
 5031/13
them [18]   4977/7 4983/11 4983/11 4983/12
 4983/16 4983/18 4989/23 4989/23 4990/10
 4991/10 4991/16 4993/4 4993/15 4997/24
 4999/13 5009/17 5030/2 5030/3
themselves [3]   4991/15 4992/11 4992/14
then [21]   4970/12 4971/1 4975/3 4977/2
 4977/10 4977/14 4980/11 4982/1 4984/5
 4984/16 4991/4 4991/5 4991/9 4993/6 4995/5
 4998/6 5000/12 5013/23 5017/17 5019/16
 5030/18
there [52]   4972/14 4972/15 4972/18 4972/22
 4972/23 4972/25 4973/8 4973/17 4973/18
 4973/23 4975/22 4975/25 4977/11 4982/1
 4982/3 4983/25 4987/1 4989/24 4991/2
 4991/14 4991/18 4992/10 4992/16 4992/18
 4993/2 4994/8 4994/9 4995/4 4995/6 4995/9
 4995/23 4997/23 4998/15 4998/22 4998/23
 4998/24 5006/11 5009/21 5010/3 5010/3
 5010/6 5010/10 5013/10 5016/18 5017/10
 5018/7 5022/8 5022/11 5023/24 5029/25
 5030/20 5032/15
there's [10]   4973/7 4977/8 4980/9 4988/2
 4993/6 4997/16 5000/10 5011/13 5024/2
 5030/19
therefore [1]   5022/22
these [17]   4976/15 4981/20 4983/18 4983/19
 4985/24 4993/9 4998/3 4998/9 4999/10
 4999/12 4999/15 5005/16 5010/12 5011/10
 5015/18 5015/18 5023/13
they [47]   4972/11 4975/16 4976/16 4976/20
 4983/11 4984/5 4984/7 4984/22 4984/23
 4986/5 4986/25 4990/11 4991/15 4991/19
 4991/19 4991/20 4991/20 4992/15 4995/8
 4996/14 4997/13 4998/1 5006/9 5006/24
 5007/14 5009/4 5014/5 5014/8 5014/12 5020/6
 5020/9 5021/15 5021/20 5021/25 5022/2
 5022/3 5023/10 5023/11 5023/20 5023/20
 5023/21 5026/12 5026/12 5026/14 5026/14
 5026/18 5030/20
they're [5]   5015/8 5015/24 5016/20 5020/20
 5031/12
thing [4]   4975/22 4994/25 4995/1 5006/21
things [6]   4973/6 4982/19 4999/4 5005/9
 5009/22 5030/1
think [11]   4969/10 4973/7 4974/1 5016/10
 5016/12 5016/21 5018/12 5019/21 5021/6
 5021/18 5023/23
thinking [1]   5012/20
third [2]   4977/4 4977/7
this [75]
those [10]   4973/21 4978/16 4983/13 4987/24
 4987/25 4988/3 4990/3 4995/6 4997/24

# T

those... [1]  5021/15
though [1]  5009/21
thought [5]  4988/16 4988/22 4995/25 5022/19
 5028/3
three [2]  4990/12 5012/20
through [8]  4969/18 4970/9 4976/14 4977/4
 4979/4 4999/23 5014/8 5019/15
throughout [1]  4976/1
time [35]  4970/16 4972/1 4972/23 4974/25
 4975/1 4975/5 4975/20 4977/21 4980/17
 4981/8 4982/3 4982/7 4982/15 4984/5 4984/18
 4985/4 4987/3 4987/23 4992/10 4994/8 4995/1
 4995/17 4997/4 5000/3 5004/20 5006/11
 5008/1 5008/13 5008/22 5012/5 5013/10
 5015/13 5018/7 5028/24 5029/20
times [10]  4970/14 4970/15 4974/22 4980/23
 4980/24 4981/19 4998/14 5005/11 5005/13
 5011/7
tired [3]  4997/18 4997/20 4997/23
title [1]  4973/15
titled [1]  5033/4
TNT [1]  4986/8
today [2]  5000/24 5008/5
together [6]  4987/1 4996/24 4997/2 4997/3
 4998/25 5025/21
told [7]  4971/1 4994/24 4997/17 5007/1
 5020/25 5025/24 5030/17
tomorrow [2]  5010/20 5027/7
too [3]  5019/21 5019/24 5020/4
took [8]  4975/20 4993/7 5019/21 5019/24
 5020/4 5025/23 5026/1 5026/14
top [1]  4979/18
topic [2]  4998/6 4998/7
topics [1]  4981/25
TOUFIC [1]  4969/18
toward [1]  5019/15
train [1]  5012/11
training [4]  4991/19 5012/12 5012/20
 5012/21
transcript [3]  4966/10 4967/17 5033/3
transcription [1]  4967/18
transitional [1]  5030/8
travel [3]  4987/6 4988/1 5026/19
traveling [3]  4987/12 4987/19 4996/9
treatment [2]  4987/7 4987/20
trial [2]  4966/10 5022/6
tried [2]  4991/15 5023/25
trip [1]  4996/11
Tripoli [2]  4973/8 5026/17
true [2]  5000/14 5000/15
truly [1]  5016/12
Trump [1]  4971/21
trust [2]  4987/1 4998/24
truth [2]  4987/15 5000/10
try [11]  4976/9 4982/1 4984/25 4995/1
 5007/14 5007/17 5008/6 5009/17 5019/9
 5030/3 5031/12
trying [13]  4978/6 4978/11 4978/13 4978/24
 4979/1 4990/11 4991/16 4993/14 5007/20
 5022/21 5029/25 5030/20 5032/7
Tunis [1]  5026/20
Tunisia [3]  5026/19 5026/20 5026/20
two [7]  4970/15 4973/6 4974/23 4983/8
 5012/20 5028/13 5029/9
type [1]  5019/17
types [4]  4982/19 4983/23 4986/4 5008/19

# U

U.S [10]  4966/15 4967/12 4970/11 4971/2
 4974/20 4975/9 4994/10 4999/13 5008/24
 5027/24
U.S. [9]  4970/5 4970/21 4975/24 4984/4
 4993/4 4993/5 4997/18 4997/24 4998/4
U.S. Ambassador [1]  4970/21
U.S. Embassy [6]  4975/24 4993/4 4993/5
 4997/18 4997/24 4998/4

U.S. Special [1]  4970/5
UBJ [2]  5029/9 5029/14
UBJ's [2]  5030/7 5031/25
under [3]  5010/7 5019/25 5027/19
undercover [1]  5029/25
undercut [1]  4972/17
understand [5]  5006/23 5017/13 5019/8
 5022/16 5022/18
understanding [3]  5031/11 5031/15 5031/17
understands [1]  4978/16
understood [1]  5000/11
unified [1]  4989/23
UNITED [18]  4966/1 4966/3 4966/11 4972/5
 4972/9 4974/17 4975/15 4975/19 4976/3
 4976/12 4976/13 4976/16 4976/24 4982/8
 4995/19 4996/3 5004/15 5004/17
United States [15]  4972/5 4972/9 4974/17
 4975/15 4975/19 4976/3 4976/12 4976/13
 4976/16 4976/24 4982/8 4995/19 4996/3
 5004/15 5004/17
units [1]  4999/6
unloading [1]  4970/25
unquote [1]  5031/16
until [2]  5010/19 5026/16
up [8]  4971/7 4992/14 4992/19 4993/12
 5014/4 5014/13 5014/25 5026/17
urge [1]  5030/2
us [23]  4974/25 4976/13 4976/13 4983/23
 4986/4 4986/24 4988/11 4990/8 4995/24
 4998/24 5005/9 5006/2 5006/21 5006/22
 5010/9 5012/9 5013/8 5016/24 5018/5 5020/9
 5026/4 5032/8 5032/9
usdoj.gov [4]  4966/18 4966/18 4966/19
 4966/19
use [4]  4993/6 5012/12 5014/5 5023/10
used [11]  4977/19 4983/16 4991/7 4995/14
 4995/20 4995/22 4996/2 4998/21 5006/7
 5012/13 5023/6
using [2]  4991/20 5012/6

# V

vanilla [1]  5023/16
variety [1]  4986/2
various [1]  5028/4
vehicle [2]  5009/1 5009/2
vehicles [2]  4991/20 5005/2
Venezia [2]  4995/21 4995/22
very [7]  4976/1 4996/2 5005/1 5008/17
 5008/17 5018/12 5032/6
view [2]  5006/14 5020/4
vigilant [1]  5023/17
violence [1]  5010/11
vis [2]  5030/7 5030/7
vis-à-vis [1]  5030/7
visible [1]  4979/7
visit [4]  4981/24 4996/22 4997/1 5011/8
visited [3]  4996/24 4997/12 4999/12
visiting [1]  4972/23

# W

waiting [2]  5008/25 5026/7
Waleed [1]  4967/3
waleed.nassar [1]  4967/7
walk [1]  4993/2
want [8]  4970/3 4973/22 4984/20 5006/23
 5010/19 5014/12 5021/15 5030/14
wanted [5]  4987/25 4988/3 4993/4 5005/2
 5022/1
wants [1]  5016/24
was [181]
Washington [5]  4966/5 4966/17 4966/23
 4967/5 4967/14
wasn't [1]  5014/9
way [7]  4973/3 4976/9 4977/19 4996/14
 5015/19 5026/15 5030/18
we [59]  4969/25 4979/7 4981/24 4982/1
 4990/10 4991/5 4991/7 4991/9 4994/14

**W**

we... [50]   4994/16 4994/17 4994/21 4995/3
4995/21 4997/3 4997/11 4997/12 4998/6
5000/2 5000/6 5000/25 5008/25 5009/3 5009/6
5010/19 5010/21 5010/22 5013/15 5013/16
5013/25 5014/7 5014/21 5014/22 5015/12
5015/21 5016/10 5016/16 5016/17 5016/23
5019/14 5020/18 5021/11 5022/12 5022/12
5023/3 5023/8 5026/2 5026/2 5026/3 5026/4
5026/5 5026/22 5027/1 5027/2 5027/10
5027/16 5028/3 5029/2 5029/21
we believe [2]   5029/2 5029/21
we would [1]   5016/16
We'll [4]   5000/4 5000/23 5032/12 5032/14
we're [7]   4969/10 4973/10 4979/1 5022/25
5023/2 5023/5 5027/5
we've [1]   4984/1
weapon [2]   4986/15 4991/21
weapons [7]   4985/23 4985/25 4986/3 4986/4
5011/24 5012/2 5029/7
week [2]   4984/19 5015/19
weeks [1]   5012/20
weird [1]   4991/9
Welcome [1]   4969/8
well [7]   4976/1 4977/2 5015/16 5022/11
5022/12 5023/21 5028/8
well-known [1]   4976/1
went [10]   4998/12 5005/13 5007/20 5014/8
5026/2 5026/2 5026/15 5026/16 5026/19
5026/21
were [53]   4970/1 4971/10 4972/11 4973/1
4975/10 4975/14 4976/1 4976/18 4976/25
4977/2 4977/12 4982/9 4982/16 4982/20
4983/7 4983/9 4983/19 4984/7 4984/10
4984/22 4986/25 4987/9 4989/24 4990/1
4990/11 4991/18 4992/16 4994/5 4994/9
4994/14 4994/17 4995/3 4995/6 4997/9
4997/11 5006/9 5007/13 5008/6 5008/22
5008/25 5009/3 5011/7 5011/10 5011/17
5019/9 5020/13 5023/20 5026/4 5026/5 5028/3
5029/9 5030/20 5030/21
west [1]   4990/12
what [92]
what's [8]   4986/16 4989/13 4991/25 4993/24
5009/10 5013/1 5017/8 5018/20
when [33]   4971/10 4977/12 4982/3 4982/7
4982/22 4983/4 4985/3 4985/7 4987/3 4987/9
4990/8 4992/16 4993/12 4994/5 4995/3
4995/11 4996/22 5005/6 5005/11 5006/11
5008/22 5009/16 5009/21 5013/10 5013/20
5014/6 5014/7 5015/17 5016/3 5016/7 5018/7
5023/3 5026/20
where [18]   4970/16 4977/22 4977/24 4980/14
4980/16 4985/20 4985/23 4992/10 4994/9
4995/23 4997/11 4999/15 5011/4 5012/14
5024/25 5025/9 5025/12 5025/16
Where's [1]   4989/3
whether [15]   4972/13 4972/25 4973/1 4973/3
4973/14 4973/17 4974/13 4986/5 4988/15
4988/22 4995/2 5000/13 5004/14 5021/20
5023/17
which [33]   4972/16 4973/2 4978/3 4986/4
4986/8 4991/7 4998/7 5009/13 5010/7 5013/18
5014/21 5014/22 5021/12 5021/24 5023/6
5024/22 5028/21 5029/20 5032/10
while [7]   4974/6 4983/19 4997/9 5007/13
5027/25 5031/10 5032/9
white [1]   4981/2
who [19]   4973/12 4974/14 4979/21 4979/24
4988/12 4989/10 4995/6 4995/7 4995/8 4997/7
4997/20 4999/12 5006/2 5006/17 5006/23
5013/8 5018/5 5020/2 5020/11
who's [3]   4977/8 4996/17 5025/2
whole [5]   4970/10 4973/3 4973/16 4973/16
4979/16
whom [2]   5006/18 5020/1
why [12]   4975/21 4976/6 4986/24 4998/23

4999/16 5006/6 5016/22 5016/23 5020/13
5021/4 5021/18 5023/3
will [8]   5006/22 5010/5 5016/6 5020/9
5027/6 5027/13 5027/21 5028/2
William [4]   4967/10 5033/2 5033/7 5033/8
WilliamPZaremba [1]   4967/16
willing [7]   4977/8 4982/4 5020/13 5021/4
5021/9 5021/19 5023/4
wishing [1]   4987/8
Wissam [6]   4995/4 4995/7 4995/9 4996/19
5024/23 5026/2
withdraw [4]   5006/19 5006/20 5006/24 5007/4
withdrew [1]   5007/7
within [4]   5028/6 5029/3 5030/15 5031/16
without [1]   4971/22
witness [16]   4968/2 4969/16 4978/22 5000/7
5000/7 5009/20 5010/6 5014/8 5014/9 5014/11
5017/3 5018/16 5023/3 5027/11 5027/13
5031/24
witness' [1]   5024/6
witness's [2]   5023/7 5024/7
witnessed [1]   4970/8
WITNESSES [1]   4968/4
won't [1]   5022/24
word [1]   4995/14
words [2]   4974/2 5031/8
wore [2]   5019/22 5019/24
work [6]   4991/17 5006/7 5028/1 5031/9
5032/3 5032/9
worked [2]   5029/6 5030/12
working [12]   4982/9 4982/17 4983/17 4983/17
4983/19 4993/15 5007/13 5019/9 5019/12
5021/14 5024/19 5029/15
works [3]   5009/23 5030/2 5032/4
worried [1]   5005/5
would [30]   4971/24 4982/11 4985/4 4992/9
4994/25 4995/2 4997/5 5000/12 5006/21
5008/5 5008/19 5015/5 5015/17 5015/21
5016/6 5016/10 5016/16 5017/7 5017/21
5019/2 5019/14 5020/14 5021/7 5023/6 5026/7
5027/22 5029/3 5030/4 5032/7 5032/10
wouldn't [1]   4972/9
write [7]   5013/24 5014/4 5015/2 5016/19
5017/18 5018/22 5018/25
writing [1]   5016/11
wrote [6]   5014/24 5015/14 5015/16 5015/17
5015/18 5017/11

**Y**

Yamen [2]   4978/1 4980/11
yeah [13]   4970/21 4974/21 4981/6 4985/18
4986/7 4986/22 4990/10 4995/13 4996/2
4996/16 4997/11 4999/23 5014/23
year [3]   4980/19 4984/19 5029/4
Yep [2]   5014/1 5017/1
yes [113]
yet [3]   5010/10 5022/11 5023/22
you [255]
you'd [2]   4973/25 4975/6
you're [3]   4984/22 4989/17 5021/19
you've [2]   5021/5 5027/17
your [70]
Your Honor [42]   4969/13 4970/18 4971/3
4971/7 4971/15 4971/19 4971/24 4978/5
4987/14 4987/15 4988/17 4991/24 4993/20
4999/25 5000/2 5000/8 5000/25 5004/6
5005/20 5007/8 5009/5 5012/23 5012/25
5013/25 5014/16 5015/11 5016/9 5017/4
5018/16 5020/16 5021/6 5022/17 5022/25
5023/15 5024/11 5026/22 5027/15 5028/16
5029/2 5030/15 5031/14 5032/6
yourself [2]   4988/8 4988/9

**Z**

Zaremba [4]   4967/10 5033/2 5033/7 5033/8
Zarquawi [1]   4994/19
Zubyr [1]   5013/9