5148

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )    CR No. 14-141
                                   )
                                   )    Washington, D.C.
          vs.                      )    November 7, 2017
                                   )    1:45 p.m.
AHMED SALIM FARAJ ABU KHATALLAH,   )
                                   )    Day 21
          Defendant.               )    Afternoon Session
_____  )


                TRANSCRIPT OF JURY TRIAL
     BEFORE THE HONORABLE CHRISTOPHER R. COOPER
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          John Crabb, Jr.
                             Michael C. DiLorenzo
                             U.S. ATTORNEY'S OFFICE
                             Judiciary Center Building
                             555 Fourth Street, NW
                             Room 11-844
                             Washington, D.C. 20530
                             (202) 252-1794
                             John.D.Crabb@usdoj.gov
                             julieanne.himelstein@usdoj.gov
                             michael.dilorenzo@usdoj.gov


For the Defendant:           Mary M. Petras
                             Michelle M. Peterson
                             FEDERAL PUBLIC DEFENDER
                             FOR D.C.
                             625 Indiana Avenue, NW
                             Suite 550
                             Washington, D.C. 20004
                             (202) 208-7500 Ext. 109
                             mary_petras@fd.org
                             shelli_peterson@fd.org

```
APPEARANCES CONTINUED

For the Defendant:          Eric Leslie Lewis
                            Jeffrey D. Robinson
                            Waleed Elsayed Nassar
                            LEWIS BAACH
                            KAUFMANN MIDDLEMISS PLLC
                            1899 Pennsylvania Avenue, NW
                            Suite 600
                            Washington, D.C. 20006
                            (202) 833-8900
                            eric.lewis@lbkmlaw.com
                            Jeffrey.Robinson@lbkmlaw.com
                            waleed.nassar@lbkmlaw.com


Interpreter:                Sara Kamel
                            Mustafa El-Suqi

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            U.S. District Court
                            for the District of Columbia
                            333 Constitution Avenue, NW
                            Room 6511
                            Washington, D.C. 20001
                            (202)354-3249

                            WilliamPZaremba@gmail.com


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

5150

```
1                        -  -  -

2                    WITNESS INDEX

3                        -  -  -

4  WITNESSES          DIRECT CROSS REDIRECT RECROSS

5  GOVERNMENT'S:

6  ALI MAJRISI                5156    5198

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2              THE COURT:  Welcome back.
3              (Defendant entered)
4              MS. PETERSON:  Your Honor, before the witness is
5    brought in, we have one preliminary matter.
6              THE COURT:  Okay.  Hold on one second.
7              All right.
8              MS. PETERSON:  In the set of cables that the
9    government gave us last week, after having been -- ordered
10   them to give them to us weeks earlier, there is a reference
11   to that this witness positively identified some individuals,
12   but he failed to identify a person who the government had
13   identified as Jihani.  This is one of the people who was
14   previously charged under a John Doe, I believe.  He was
15   shown pictures, and said that this person -- the government
16   asserted that this person was Jihani and Abu Khatallah's
17   right-hand man.
18             They showed him pictures from the consulate attack
19   footage and other photos provided by the FBI to the Defense
20   Department.  And the witness explained that he's never seen
21   this individual before and that he is not
22   Mr. Abu Khatallah's right-hand man.  We need these photos to
23   be able to complete our questions of him of his
24   identifications and his failure to identify.  This would be
25   Brady material, Your Honor, and we would request the
```

1    government provide it.

2              MR. CRABB:  Good afternoon, Your Honor.

3              This issue was just raised with us as we came into

4    court.  We'll check on it.  I have no idea if the Department

5    of Defense maintained it or not.  They're not a law

6    enforcement agency.  And lots of times they wouldn't keep

7    materials like this, but we'll look into it.

8              THE COURT:  Well, do so.

9              MS. PETERSON:  Well, Your Honor, I would suspect

10   that since the records show it was given by the FBI to the

11   Department of Defense, even if the Department of Defense

12   doesn't have it, the FBI should have a record.

13             This was a joint operation, law enforcement and

14   Department of Defense.  And it should not be that difficult

15   to track down what they showed this witness.

16             MR. CRABB:  In fact, Your Honor, it was not a

17   joint operation.  The FBI had nothing to do with the source

18   until after the capture.  DOD didn't allow law enforcement

19   access.

20             THE COURT:  Okay.  Just check to see whether --

21             MR. CRABB:  Yes, Your Honor.

22             THE COURT:  -- either or both agencies have the

23   photos, okay?

24             MR. CRABB:  We will check.

25             THE COURT:  And he hasn't been identified in any

1    of the other photos that --

2            MS. PETERSON:  Well, we're not sure, because

3    Jihani isn't --

4            THE COURT:  Well, was the defendant shown his

5    photo on the boat?

6            MS. PETERSON:  We don't know what the photo is.

7            THE COURT:  Well, is there a reference in the 302

8    as to this person, in your client's 302s?  He was shown a

9    bunch of photographs.  Right?  He was shown 97 photographs?

10           MS. PETERSON:  Right, Your Honor.  He --

11           THE COURT:  Was that one of the ones he was shown?

12           MS. PETERSON:  We don't know because we don't have

13   the photograph.  That's the point is we don't know what he

14   was shown that he failed, that he said is not --

15           THE COURT:  But did --

16           MS. PETERSON:  Can I pass this on to Ms. Petras,

17   who understands how the criminal complaints interweave

18   better than I do?

19           THE COURT:  I just recall from his own 302s that

20   he identified numerous people.  And if Jihani was one of

21   those, then you have the photos that way.  I'm just asking.

22           MR. PETRAS:  Except we need confirmation as to

23   what the FBI gave to the DOD to show this witness so that we

24   know that when we show this witness and say, "They asked you

25   to identify this and you couldn't identify him," that we

1    know we're talking about the same thing.

2              I know what I believe it to be based on the fact

3    that they had charged a John Doe Jihani and then -- and had

4    it identified as his person.  And based on what they -- the

5    questions they asked Mr. Abu Khatallah, I do know what

6    I believe it to be.  I just asked Mr. --

7              THE COURT:  So did they show him a photograph of

8    this person on the ship?

9              MS. PETRAS:  Did they show Mr. Abu --

10             THE COURT:  Did they show a photograph of the

11   person you believe is Jihani on the ship?

12             MS. PETRAS:  Yeah.

13             The person I believe that they believe to be

14   Jihani at the time, yes.

15             And I actually just showed this to Agent Clarke

16   just to confirm that I was correct.  And they didn't seem to

17   want to confirm without court intervention, so we're asking

18   them to confirm that that's the photo that was shown or one

19   of the stills.

20             I know who I believe they believed was Jihani at

21   the time because they've now dismissed that complaint and

22   charged it as someone else.

23             THE COURT:  Did the client identify him as the

24   person the government believed him to be on the ship?

25             MR. PETRAS:  No.  This is the one that they -- he

```
 1   misidentified.  They thought he was somebody else.  He

 2   misidentified.

 3            But the word "Jihani" was not used, so no.

 4            THE COURT:  I'm trying to solve the problem.

 5            MR. PETRAS:  I am too.  I think it's the photo.

 6            THE COURT:  Please ask the agency, whichever

 7   agency, if they have the photograph that they showed this

 8   witness.

 9            MR. CRABB:  We will, Your Honor.

10            THE COURT:  We're ready.

11            Before we start, I had a relevance question about

12   the last line of questioning regarding Haftar.

13            MS. PETERSON:  Your Honor, I'm going to come back

14   to Haftar later because I found the cite to the transcript,

15   and I'll make the argument when it's clear that it's

16   relevant.

17            THE COURT:  Okay.

18            (Jury entered the courtroom.)

19            THE COURT:  All right.  Welcome back.  I hope

20   everyone had a nice lunch.

21            Ms. Peterson.

22            MS. PETERSON:  Thank you, Your Honor.

23                           - - -

24   ALI MAJRISI, WITNESS FOR THE GOVERNMENT, HAVING BEEN

25   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
```

```
 1   FOLLOWS, THROUGH THE INTERPRETERS, TOUFIC MAGED, MUSTAFA

 2   SAYID:

 3                   CROSS-EXAMINATION (CONTINUED)

 4                           - - -

 5                     CROSS-EXAMINATION

 6   BY MS. PETERSON:

 7       Q    Sir, do you remember being asked by Mr. Crabb

 8   about -- sorry.  I thought I was being called back to the

 9   table -- about some phone numbers?

10       A    Yes.

11       Q    And in fact, you had, over the course of working

12   with the folks at this table, you had provided a lot of

13   phone numbers, hadn't you?

14       A    Yes.

15       Q    Probably over 30 phone numbers; is that right?

16       A    I don't remember.

17       Q    But you remember giving him lot of phone numbers,

18   right?

19       A    Yes.

20       Q    And do you remember giving him a phone number for

21   Wissam Bin Hamid?

22       A    Many telephone numbers and many names.

23            He could have been one of those.

24       Q    All right.  Do you remember giving him the phone

25   number 218 (092) 532-1916 for Wissam Bin Hamid?
```

1      A    We have to write this down.

2           218, go ahead.

3      Q    092.

4      A    092.

5      Q    532.

6      A    532.

7      Q    1916.

8      A    1916.

9           Yes, it was one of the numbers.

10     Q    And you also gave them phone numbers for Birnawi,

11 right?

12     A    Who is Birnawi.

13     Q    Walid Birnawi?

14     A    He could have been one of them, but what I have is

15 the brother of Walid Birnawi.

16     Q    Well, do you remember telling the government the

17 phone number for Walid Birnawi was 218 (091) 740-7704 or --

18 and another number, 218 (092) 449-6995?

19     A    They could have been because these are Libyan

20 numbers, so...

21     Q    And do you remember giving them a phone number for

22 Abdullah Rahman Rahman Blayblu?

23     A    Which Blayblu.

24     Q    Abdullah Rahman Blayblu?

25     A    Possibly one of those numbers.

```
 1      Q     Does it sound like 218 (092) 636-6220?

 2      A     Can you repeat the last few?

 3            Repeat it, please.

 4      Q     Yes, I will.

 5      A     218.

 6      Q     218 (092) 636-6220?

 7      A     The same way, possibly.  It is a Libyan number, so

 8   it's possibly one of them.

 9      Q     And those are not numbers that they asked you to

10   write down on the piece of paper that they gave you when

11   they were meeting before coming to court, right?

12      A     No.

13      Q     Right.  Because when they gave you this piece of

14   paper --

15            MS. PETERSON:  I don't think we were given one

16   with an exhibit number so I'll put a number on ours.

17            I'll mark it as Defendant's Exhibit 170.

18   BY MS. PETERSON:

19      Q     The government gave you that piece of paper when

20   they were meeting with you on October 29th, 2017, right?

21      A     Yes.

22      Q     And they asked you to write those phone numbers

23   down, right?

24      A     Yes.  And my pseudonym and the date.

25      Q     Right.
```

1          MS. PETERSON:  Your Honor, I would move to admit

2    Defendant's Exhibit 170 and publish to the jury.

3          MR. CRABB:  No objection, Your Honor.

4          THE COURT:  So moved.

5    BY MS. PETERSON:

6      Q    So this is the piece of paper they asked you to

7    write these phone numbers down on, right?

8      A    Yes.  That's my handwriting.

9      Q    Right.  And that happened on October 29th, 2017,

10   right?

11     A    Yes.  As it is within the year.

12     Q    Right.  And that was during one of the many

13   meetings you had with folks sitting at this table to prepare

14   for your testimony here today, right?

15     A    To prepare me for testifying?

16     Q    Yes.

17     A    No.  Nobody prepares me for testifying, because I

18   say the truth only.

19     Q    Well, but they met with you on many occasions over

20   the last month, right?

21     A    Yes.  As representatives of the U.S. Government,

22   yes.

23          And me, myself as a civilian, I represent myself.

24   I helped the U.S. Government obtain information about a

25   certain person whose name is Ahmed Khatallah.

1    Q    All right.  I'm just asking you about the meetings
2  you've had.  How many meetings have you had with these folks
3  in September and October and November?
4    A    I don't remember exactly how many.  Possibly five
5  or six in an American government building to look over some
6  information.  That's it.
7         And I remember the longest meeting lasted four
8  hours.  It was quite tiresome.
9    Q    Right.  That's when they were going over the
10 things they were going to ask you in court, right?
11   A    No.
12   Q    They didn't -- did they go over the videos they
13 were going to show you?
14   A    They showed me those videos from the first time we
15 met in Libya, in Tripoli, all the way until now.
16   Q    Right.  You've seen those videos a lot of times,
17 haven't you?
18   A    The information that I'm going to share with the
19 group, I mean the group representing the U.S. Government,
20 just like I was dealing -- just in the same fashion that I
21 was dealing with the U.S. representatives in Tripoli, I
22 dealt with this group of people who represent the American
23 government in September and October.
24         The same videos and information that I reviewed
25 with the group here in the U.S., I did the same thing

```
 1   exactly with the representatives of the American government
 2   in Tripoli.
 3           The information that I have provided today and
 4   yesterday, of course, is part of a lot of other body of
 5   information.
 6           They represent work that we've done over the
 7   period of two years.
 8       Q    And, sir, all I was asking you about was the
 9   meetings that you've had to prepare for your testimony here
10   and whether you had reviewed the videos.
11       A    And whether?
12       Q    You had reviewed the videos in preparation for
13   your testimony.
14       A    Yes.
15       Q    And they also showed you the photographs that they
16   were going to ask you to identify in court, right?
17       A    Yes, and a lot more.
18       Q    Right, because you've spent lot of time with them
19   over the last few months preparing for your testimony,
20   right?
21       A    Not really long.
22       Q    And, sir, when I referred you to
23   Defendant's Exhibit 170 that was written on October 29th,
24   2017, is that the four- or five-hour meeting you had, or was
25   that a different one?
```

```
1        A    Is that the what?

2        Q    Is that the date, the October 29th, 2017, the date

3   you had the four --

4        A    Yes.  That's my pseudonym, my handwriting.

5        Q    Wait.  All I'm asking is -- we've already

6   established that you met with the government on many

7   occasions.  I'm asking you, is this the date that you had

8   the long meeting with the government?

9        A    I don't think there was it, no.

10       Q    So that was a different day?

11       A    There were many meetings.

12       Q    Many meetings?

13       A    Yes.

14            I don't know how many, but, yes, many meetings.

15       Q    Okay.  Sir, you identified, I'm going to show --

16            MS. PETERSON:  This has already been in evidence,

17   188-6A, so I'd ask that it be published to the jury.

18            Do you recall identifying this gentleman?

19       A    Yes.

20       Q    And he was a member of the Zintan Martyrs Brigade;

21   is that right?

22            He was a member of the Zintan Martyrs Brigade,

23   right?

24       A    Yes.

25       Q    And I'm going to show you what is already in
```

1    evidence as 188-1, Government's 188-1, so it's published to

2    the jury.

3             When did you meet this gentleman?

4        A    No.  I ran into him.  I did not have a real

5    meeting with him.

6             Yes, I ran into him.

7        Q    So you don't know him?

8        A    I met him -- I mean, I ran into him in Ahmed Abu

9    Khatallah's home.  I don't know him.

10       Q    Right.  And when was that?  Was that before or

11   after September of 2013?

12       A    We didn't call it a meeting.

13            I don't remember the date.  I know that I met him

14   in the home of Abu Khatallah.

15       Q    When you met him in the home of Abu Khatallah, was

16   it before or after September of 2013?

17       A    I cannot answer that.  I don't remember.

18       Q    Was it before or after you gave Mr. Abu Khatallah

19   the computers?

20            MR. CRABB:  Objection, your Honor; asked and

21   answered.  He said he doesn't remember when.

22            MS. PETERSON:  I'm not asking about a date now.

23   I'm asking about an incident.

24            THE COURT:  I'll overrule it.

25            THE WITNESS:  Before or after?

5164

BY MS. PETERSON:

Q    Right.  Do you remember if it was before or after
you gave Mr. Abu Khatallah the computers?

A    No, I don't remember.

Q    Do you know if it was after or before you gave
Mr. Abu Khatallah the car?

A    I don't remember.

Q    Sir, you've testified on direct that you first saw
Ambassador Stevens at the beginning of the revolution,
right?

A    Yes.

Q    At the Port of Benghazi, right?

A    Yes.

Q    But that that was at the very beginning of the
revolution?

A    Yes.

Q    Before there was a mission in Benghazi, right?

A    Yes; before there was an American Mission.

Q    And Mr. Abu Khatallah was not present with you at
the time, was he?

A    No.

Q    And you didn't even know Mr. Abu Khatallah at the
time, did you?

A    No.

Q    But the government asked you to tell this story

```
 1    when you came in here yesterday, didn't they?
 2            MR. CRABB:  Objection to the form of that
 3    question.
 4    BY MS. PETERSON:
 5        Q    Did the government ask you about that story when
 6    you were sitting on the stand?
 7            THE COURT:  I'll overrule it.
 8            MS. PETERSON:  He overruled it.
 9    BY MS. PETERSON:
10        Q    Did you ask the question?
11            MS. PETERSON:  "Overruled" means --
12            THE COURT:  You can ask him the question.
13            THE INTERPRETER:  Ask the question.
14    BY MS. PETERSON:
15        Q    The government asked you to tell this story,
16    didn't they?
17        A    What do you mean, "this story"?
18        Q    They asked you -- I'm not suggesting it's not
19    true.  I'm just asking you, did they ask you to tell about
20    that when you came in here to testify?
21        A    No.
22        Q    They didn't ask you questions about that
23    yesterday?
24            THE INTERPRETER:  What do you mean?  Can you
25    repeat with whom.  I think we lost that.
```

1   BY MS. PETERSON:

2       Q    Do you remember, the government asked you

3   yesterday to tell the jury about meeting the Ambassador for

4   the first time when he was at the port in Benghazi, right.

5       A    Are you saying that they forced me to say this

6   story?

7       Q    No.  I just asked if they told --

8            THE COURT:  Sir, did the government ask you that

9   question yesterday?

10           THE WITNESS:  I said "no."

11  BY MS. PETERSON:

12      Q    The government didn't ask you to tell that story?

13      A    Yes, yes, they did ask me.  They asked me.

14           THE COURT:  Move on.

15           MS. PETERSON:  I'm ready to move on.

16  BY MS. PETERSON:

17      Q    Sir, the government asked you about -- I'm going

18  to show you what is the last page of 1100A.

19           MR. CRABB:  Your Honor, I'm just stating for the

20  record that's not the last page of that exhibit.

21           MS. PETERSON:  All right.  Do you want to tell

22  me -- do you want to give me -- the second-to-the-last page?

23  Are we happy with that?

24           THE COURT:  Sustained.  Unless it matters one way

25  or the other, he testified to it on direct.  Just reference

5167

```
1    it ask him what --
2    BY MS. PETERSON:
3         Q    I'm going to show you a page about 1100A.  Do you
4    recall testifying about that?
5         A    Yes.
6         Q    And you recall saying that that address is on
7    Yamen Street, right?
8         A    Yes.  In Laithi, the Yamen Street.
9         Q    But Al-Yamen Street is actually almost two
10   kilometers long, right?
11        A    I did not measure it.  I don't know.
12        Q    All right.  But there's -- it's true, is it not,
13   that there's not just one house on Yamen Street?
14        A    Of course.
15        Q    Right.  There's lots of houses on Yamen Street,
16   right?
17        A    Yes.
18        Q    Because it runs through the City of Benghazi?
19        A    No, it doesn't.
20        Q    Or through the section?
21        A    It is one of the streets in the Laithi district.
22        Q    Right.  But it's a street that's fairly long in
23   the Al-Laithi district, right?
24        A    No.  There are other streets that are longer.
25        Q    Okay.  Well, I didn't ask if it was the longest
```

1  street.  How about this?  How about if I mark as

2  Defendant's Exhibit No. 171 -- you see Al-Yamen Street on

3  there?

4       A     It is not a clear map.

5             Yes, I think I saw it.

6       Q     Would you like me to highlight it for you?  Would

7  that make it easier?

8       A     No.  I found it.

9       Q     So you see that Al-Yamen Street runs a distance,

10 right?

11      A     Yes.

12      Q     And there's a number of, quite a few houses along

13 that street, right?

14      A     Yes.  Yes, it is quite a few, yes.

15            MS. PETERSON:  All right.  Your Honor, I would

16 move to introduce Exhibit Number 171.

17            MR. CRABB:  No objection.

18            THE COURT:  So moved.

19            MS. PETERSON:  And I'll publish it to the jury.

20            Thank you, sir.

21 BY MS. PETERSON:

22      Q     This is Al-Yamen Street right in here, correct?

23      A     Yes.

24      Q     All right.

25      A     That's not all Yamen Street.

1          There's on this -- there is a main street that

2    runs across it perpendicular to it.  So it is two parts

3    actually.  This square and -- there are two squares here.

4          Q    I don't mean --

5          A    He's in the one on the right.

6          Q    Okay.  I'm not -- I don't mean to interrupt you,

7    but I should not have marked it myself.  I'm going to give

8    you a green highlighter and ask you to mark it.

9          A    The Yamen Street where Abu Khatallah lives.  The

10   part of the Yamen Street where Abu Khatallah lives.

11         Q    No.  Sir, I'm asking you to mark all of Yamen

12   Street.

13         A    Even with the intersection?

14         Q    Well, anything that would be identified as all

15   Yamen Street, yes.

16         A    (Witness complies.)

17              MS. PETERSON:  And I'll republish that to the

18   jury.

19   BY MS. PETERSON:

20         Q    So, sir, this area in green is Al-Yamen Street;

21   is that correct?

22         A    Yes.

23         Q    Okay.  And you would agree with me, would you not,

24   that this page of 1100A only says Yamen Street.  It has no

25   house address, right?

1      A      There are no street numbers in Libya.

2      Q      You would agree with me that this -- all this

3  document says is "Al-Yamen Street," right?

4      A      Yes.

5      Q      Okay.

6            Sir, I'm going to show you what I'll mark as

7  Defendant's Exhibit 161.

8            It's already in evidence, I believe, so I will ask

9  to publish it to the jury.

10           Sir, you were shown -- in September of 2013 when

11 you met with the U.S. Government representatives in Libya,

12 did they show you this picture?

13     A      Through September of 2013?

14     Q      Right.  In September of 2013, did they ask you if

15 this was Jihani?  And by "this," I mean the --

16     A      No.

17     Q      Did they ask you if this gentleman here circled in

18 yellow was Jihani?

19     A      No.

20     Q      And did they ask you if this gentleman circled in

21 yellow was Abu Khatallah's right-hand man?

22     A      Who told me?

23     Q      Did you tell the United States Government in

24 September of 2013 in Libya that that was not Mr. Abu

25 Khatallah's right-hand man?

```
1          A     No, I did not say such a thing.

2          Q     You told the government in 2013 in Libya that that

3    gentleman -- that you had never seen him before, right?

4          A     No.  I've seen him before.

5          Q     I'm not asking you if you now say you've seen him.

6    I'm asking you if in September of 2013 you told the U.S.

7    representatives in Libya that you had never seen him before.

8          A     No, I don't remember.

9          Q     And, sir, when Mr. Crabb was asking you about

10   things that you gave Mr. Abu Khatallah on behalf of the

11   United States Government, you mentioned computers and a car,

12   right?

13         A     And money.

14         Q     Well, you didn't mention the money on direct,

15   did you?

16               MR. CRABB:  Objection, Your Honor.  He actually

17   did.

18   BY MS. PETERSON:

19         Q     All right.  If I misstate it, how much money

20   did you give him?

21         A     I think it was 30,000 Libyan dinars in two

22   installments.

23         Q     And that was at the request of the United States

24   Government, right?

25         A     Yes.
```

5172

1      Q     And you also gave him weapons at the request of

2   the United States government, right?

3      A     No.

4      Q     Do you remember telling these gentleman over here,

5   Mr. Clarke and other people at the table, that you gave

6   Mr. Abu Khatallah weapons on behalf of United States

7   Government?

8      A     I don't remember that.  Slip of the tongue maybe?

9      Q     So on March 11th -- I'm sorry.  Hold on.  I think

10  that's the wrong date.

11          I'm sorry.  On August 30th of 2014,

12  do you remember meeting with Mr. Clarke, sitting here, and

13  Justin O'Donnell in the United States?

14     A     In 2013?

15     Q     This is 2014.

16     A     '14.

17     Q     So after the capture of Mr. Abu Khatallah?

18     A     Yes.

19     Q     You met with them for several days that week,

20  right?

21     A     Yes.  Many, many meetings that were very tiresome.

22     Q     Right.  And during those many, many meetings, you

23  told the United States Government that you had provided

24  Khatallah with 30,000 Libyan dollars and weapons, right?

25     A     I did tell them that I gave him 30,000 Libyan

1    dinars, but I do not remember giving them any weapons.  He

2    didn't need any weapons.

3         Q    And, sir, you don't have any special training in

4    the recognition of faces on grainy videos, do you?

5         A    What do you mean an expert?

6         Q    You're no more capable than anyone else of looking

7    at a video and figuring out whether you can tell who someone

8    is by the back of their head, right?

9         A    People that I have seen many times, I can

10   recognize easily, even from the -- even if I had met them

11   once, I have a very strong memory.  I recognize those people

12   that came to see me from the defense table, and I can tell

13   from the general figure that I see and the way they're

14   walking and so on.

15        Q    Well, there was one person you said you could tell

16   by the way he walked.  Everyone else you simply said you

17   could identify them, right?

18        A    That's his luck that I saw him from the back

19   walking.

20        Q    Right.  But you've identified an awful lot of

21   other people from their backs.

22             MR. CRABB:  Objection, Your Honor.

23             THE COURT:  Sustained.

24   BY MS. PETERSON:

25        Q    And, sir, when you were talking about the money

1    that they gave you when you were in Libya, you indicated

2    that they also gave you gifts; remember that?

3          A    Yes.

4          Q    And they also gave you bonuses, right?

5          A    Yes.

6          Q    We were talking about some of the money that the

7    government paid you while you were in Libya earlier.

8          A    Yes.

9          Q    When you were meeting with the government and

10   getting paid in Libya, you frequently expressed your

11   displeasure with the amount of money you were getting,

12   didn't you?

13         A    Yes.

14         Q    And you started talking to the government about a

15   specific plan to capture Mr. Abu Khatallah on a beach in

16   September of 2013; is that right?

17         A    Yes.

18         Q    And you -- that was at a meeting that you shared a

19   meal with the three members of the U.S. Government who had

20   come to talk to you, right?

21         A    Who do you mean, the representatives?  Which ones?

22         Q    Well, when you were meeting with the

23   U.S. Government representatives in Libya in 2013, do you

24   recall in September of 2013 meeting with three team members

25   over a meal at which they expressed their appreciation and

1 gratitude for your efforts?

2      A     To what year exactly?

3      Q     September of 2013.

4      A     There were so many meetings, I don't remember.

5      Q     So many meetings and so much money, right?

6      A     It's the generosity of the American government.

7      Q     And you met with them again in October of 2013,

8 right?

9      A     The month I cannot remember precisely, but 2013,

10 yes.

11      Q     Well, do you remember a meeting at which you

12 discussed giving him several computers?  And by "him,"

13 I mean Mr. Abu Khatallah.

14      A     Yes, I did discuss that.

15      Q     And at that meeting, you tried to explain to the

16 government that you didn't think it was going to work to

17 lure Mr. Abu Khatallah to the beach.

18            Do you remember that?

19      A     No.

20      Q     Do you remember telling the U.S. Government that

21 part of the problem was that Mr. Abu Khatallah had made

22 arrangements to meet with BBC interviews and representatives

23 of the United States Government himself?

24      A     What day is that?

25      Q     October 7th or 9th -- between October 7th and 9th

```
1    of 2013.
2         A    Two thousand, you said, thirteen.
3         Q    Yes.
4         A    I don't know.  I don't remember.  There were --
5    events were going very fast, fast developing.  And I don't
6    remember that.
7         Q    All right.  Well, setting aside whether you
8    remember the date, do you remember telling the government
9    that it wasn't going to work to lure Mr. Abu Khatallah to
10   the beach because he was trying to set up a meeting with BBC
11   interviews and the United States Government representatives?
12        A    I don't remember.
13        Q    Do you remember him discussing with the
14   United States Government that a Libyan residing in the
15   United States, Abdul Salam Igtet, was involved in trying to
16   set this meeting up?
17        A    What was the last name?
18        Q    Was involved in trying to set up the meeting
19   between Mr. Abu Khatallah, the BBC, and the United States
20   Government?
21             THE INTERPRETER:  What was the last name of Abdul
22   Salam?
23             MS. PETERSON:  Igtet.  Igtet.
24             THE INTERPRETER:  I can't -- you know -- okay.
25             THE WITNESS:  I don't remember that, no.
```

```
1    BY MS. PETERSON:
2        Q    Do you know who I'm talking about when I say
3    Abdul -- sir, do you know who I'm talking about when I say
4    Abdul Salam Basit Igtet?
5             THE INTERPRETER:  I wish you would write it down
6    because -- I'm sorry, Your Honor, the pronunciation is --
7             THE COURT:  She'll help you.
8             THE INTERPRETER:  -- is impossible.
9             THE COURT:  She'll help you.
10   BY MS. PETERSON:
11       Q    We'll start with just the last name and see if
12   that's good enough.  And if it's not, I'll get you the rest
13   of it.
14       A    Abdul Basit Igtet.
15       Q    Okay.  So you know who I'm talking about?
16       A    Yes.  He's a famous personality.
17       Q    And does that refresh your recollection as to
18   whether you told the government that Mr. Abu Khatallah would
19   not come to the beach because he was trying to set up a
20   meeting with this gentleman, with the United States
21   Government representatives and the BBC?
22       A    Yes.  I do now recall specifically that
23   discussion.  And the thing is that Abdul Basit Igtet is a
24   person who has a good relationship with Abu Khatallah and is
25   in continuous contact with him.
```

```
1              But the part of it where he had actually arranged

2     a meeting with the BBC or anything else of that,

3     I don't recall that.

4              He's a well-known figure.  Right now, he's

5     actually running for the position of president.

6         Q    Are you done?  Okay.

7              Let me ask you about the -- you recall being told

8     by the government that -- actually, let me take a step back.

9              You got paid in October $8500, October of 2013,

10    right?  Do you remember that?

11             THE INTERPRETER:  Two thousand -- I'm sorry?

12    BY MS. PETERSON:

13        Q    2013?

14        A    It's within the payments that were pertaining to

15    the operation.

16        Q    Right.  Within the payments of salaries, plus

17    bonuses, plus gifts, plus expenses, right?

18        A    Could be a part of them, within them.

19        Q    And to get, when you got paid this money, it was

20    always in person when you were meeting with the

21    U.S. Government representatives, right?

22        A    How do you mean "personal."

23        Q    Meaning they handed the money to you.

24        A    Yes.

25        Q    And it was always cash?
```

5179

1      A      That is how it's done in Libya.

2      Q      Then you met again in November and were paid

3  another $6030 or so, plus were given a gift; is that right?

4      A      Possible.  Possible.  Within the numbers.

5      Q      And then you remember having a meeting where you

6  complained that you weren't being sufficiently compensated,

7  right?

8      A      Yes.

9      Q      And then the next time they came to meet with you,

10 they gave you $72,000, right?

11     A      A number within numbers.

12     Q      Pardon?

13     A      A number within numbers.

14     Q      I understand it's numbers, but do you remember a

15 meeting in December of 2013 where they handed you $72,000?

16     A      One of many meetings in 2013.

17     Q      Right.  Do you remember being handed a pile of

18 money equating to $72,000 at one of those meetings?

19     A      Yes.

20     Q      And that was after you complained in no uncertain

21 terms that you were not being taken care of financially

22 right?

23     A      I don't believe so.

24     Q      And you -- in addition to the meeting we talked

25 about earlier about Mr. Igtet, you raised his name again

1    later when you met with the government, right?

2           THE INTERPRETER:  Could you repeat the question?

3    I'm sorry.

4    BY MS. PETERSON:

5      Q    You also -- at the meeting where they paid you

6    $72,000, do you remember telling the United States

7    Government that Igtet wanted to help Mr. Abu Khatallah clear

8    his name and that he was going to meet with him in December

9    of 2013?

10          THE INTERPRETER:  I'm sorry.  His name?  What was

11   his name?

12   BY MS. PETERSON:

13     Q    Wanted to help Mr. Abu Khatallah to clear his

14   name.

15          THE INTERPRETER:  Clear his name how?

16   BY MS. PETERSON:

17     Q    You don't remember telling the government that?

18          THE INTERPRETER:  The question was --

19          MS. PETERSON:  Oh, I'm sorry.

20          THE INTERPRETER:  -- clear his name how?  Clear

21   his name?  If you could rephrase.

22   BY MS. PETERSON:

23     Q    Wanted to help Mr. Abu Khatallah convince the

24   United States government that he didn't commit the attack on

25   the mission.

1        A     Yes.   He did tell me -- Ahmed Abu Khatallah did

2   tell me that he has a good relationship with Abdul Basit

3   Igtet and he has a strong relationship with the Americans.

4        Q     And then I want to go back over, Mr. Crabb asked

5   you if you might have suggested that you would kill

6   Mr. Abu Khatallah, right?

7        A     Yeah, I remember that.

8        Q     And that's -- Mr. Crabb suggested that that was

9   sort of a one-time thing, right?

10            MR. CRABB:   Objection to the form of the question,

11  Your Honor.   I was suggesting nothing.

12            THE COURT:   Sustained.

13  BY MS. PETERSON:

14       Q     Sir, you suggested to the United States Government

15  on more than one occasion that you would kill Mr. Abu

16  Khatallah, didn't you?

17       A     In moments of pressure and fury, one might say

18  anything.

19            But I did confess that I did say that, because I'm

20  transparent and work under the sun.

21       Q     Right.   And you were very transparent when you

22  offered to kill Mr. Abu Khatallah on behalf of the

23  United States Government, weren't you?

24       A     Yes, yes, under pressure, mental pressure and

25  anger.

1      Q    You suggested, not just that you would kill him,

2  but you actually suggested how you should kill him, didn't

3  you?

4      A    I don't recall.

5      Q    Do you remember telling the government, We should

6  kill him -- or that the government should kill him or they

7  should help you kill him safely by giving you drugs to put

8  in his food or drink?

9      A    I don't recall.

10     Q    And the government in Libya -- so I'm not talking

11  about the FBI.  I'm talking about the other representatives

12  of the United States Government -- told you about the

13  potential significant reward you could get but that it would

14  depend upon your testifying, right?

15     A    No.

16     Q    And as you said, originally, you said there are

17  some things more important than money, like your family's

18  honor, right?

19     A    Yes.

20     Q    And they told you you were going to have to meet

21  with the FBI, right?

22     A    I do not recall.

23     Q    And over time, do you remember on October --

24  I'm sorry, in September of 2013, they told you that you

25  could receive $150,000 for facilitating the capture of

5183

```
 1   Mr. Abu Khatallah?
 2        A    No.
 3        Q    And do you remember them at that time, again,
 4   talking to you about the need for you to talk to the FBI and
 5   provide witness testimony?
 6        A    To work with the FBI and give testimony?
 7        Q    Right.
 8        A    No.
 9        Q    And they told you if you did that, you could get a
10   reward of around $1 million, right?
11             THE INTERPRETER:  Could you repeat the amount.
12   BY MS. PETERSON:
13        Q    A million, around a million.
14        A    No.
15        Q    Well, they told you that you could receive around
16   a million dollars and the option to move your family to the
17   United States; but you, again, said there's more important
18   things than money, right?
19        A    No.
20        Q    And at that point, you also, despite not wanting
21   to testify, you reiterated that you could kill him, right?
22             THE INTERPRETER:  Could you repeat the question.
23   I'm sorry.
24   BY MS. PETERSON:
25        Q    You reiterated -- you repeated at that time that
```

```
 1    you could just kill Mr. Abu Khatallah instead of having to
 2    testify, right?
 3         A    I don't recall.
 4         Q    All right.  And do you remember having a
 5    conversation, then, with the United States Government in
 6    Libya in November of 2013?
 7         A    Yes, in 2013.
 8         Q    Where you told the United States Government that
 9    you knew about the $10 million reward?
10         A    No.
11         Q    And you told the United States Government that
12    while you're not doing this for money, the money is
13    embarrassingly or insultingly little in light of the number
14    that the Rewards for Justice Program was offering, the
15    $10 million?
16         A    I don't recall.
17         Q    And do you remember the United States Government
18    telling you, "Don't worry.  You'll get your portion of
19    that"?
20         A    No, not at all.  They never promised me anything.
21         Q    Well, they told you that you deserved your share
22    of that money, right?
23         A    I still stand by my words when I say I thanked the
24    government for their generosity.
25         Q    And then you arranged for, with -- working with
```

```
 1    the United States Government, arranged for Mr. Abu Khatallah
 2    to be captured at a beach house, right?
 3         A    Yes.
 4         Q    And Mr. Abu Khatallah, I believe you said, but
 5    correct me if I am wrong, that you and Mr. Abu Khatallah
 6    went to that beach house, just the two of you;
 7    is that right?
 8         A    Yes.
 9         Q    Yes?
10         A    Yes.
11         Q    So he didn't have a driver with him?
12         A    I was the driver.
13         Q    You were driving.
14              And he didn't have any bodyguards with him?
15         A    On that day, no.
16         Q    All right.  And he told you he was interested in
17    going to that location because he needed a hideout from
18    Haftar, right?
19         A    Yes.
20         Q    He told you that he needed a place to hide from
21    Haftar's forces?
22         A    Not just him alone but from all of his enemies.
23         Q    Well, do you remember testifying just yesterday
24    that he was -- this is page 5024, that he was looking for a
25    safe haven where he can run to in case Haftar's forces go
```

5186

1    after him?

2        A    Yes.

3        Q    That's because you know that Mr. Abu Khatallah was

4    on the other side of a conflict from General Haftar, right?

5        A    Yes.

6        Q    I want to take you back to just one thing that I

7    forgot to ask you about.

8            You said that Shaltami was one of the people

9    that -- never mind.  I'll withdraw the question.

10           The -- after the capture of Mr. Abu Khatallah, you

11   continued to work with the U.S. Government, right?

12       A    As a person who just helps in regards to

13   information, with no official description, as a civilian,

14   only.

15       Q    Right.  But they arranged for -- they gave you

16   money on the night that you were captured, right --

17   I'm sorry.

18           On the night that Mr. Abu Khatallah was captured,

19   the United States Government, in Libya, gave you money?

20       A    No.

21       Q    Do you remember -- maybe I'm wrong.  Hold on.

22           I thought you said on direct that you were given

23   money -- that they took your pistol, and they gave you money

24   and you traveled to Tunisia.  Am I wrong?

25       A    No.

1    Q    All right.  I'll find it at a break, Your Honor.

2   It referenced to money.

3            We'll come back to that.

4            After you -- after Mr. Abu Khatallah was captured,

5   you continued to work for the United States Government, but

6   the people you were working for changed, right?

7    A    Changed how?

8    Q    Well, now you were working for the FBI?

9    A    I work with U.S. Government, the representatives

10  of the U.S. Government.  Doesn't matter to me who they are.

11   Q    Well, you know that you've been paid money by a

12  lot of different organizations from the United States

13  Government, right?

14   A    This is the first I hear of that.

15   Q    You're not aware that you got a $4 million reward

16  from the defense department?

17   A    I received the 4 million; but from who,

18  I don't know.  From the U.S. Government was my

19  understanding.

20   Q    And you received that $4 million in March of 2015,

21  right?

22   A    Yes.  In 2015, I remember that.

23   Q    And then you received the next year another

24  $3 million from the State Department, right?

25   A    Once again, I mean, it was an amount of money from

1    the U.S. Government, no name connected to it.

2         Q    I'll mark for the Defendant's Exhibit No. 172.

3              Do you recognize this document, sir?

4         A    Yes.

5         Q    It's got your signature on it, right?

6         A    Yes.

7         Q    And that says it's from the State Department,

8    right?

9         A    Yes.

10        Q    And that's the reward of $3 million that you got

11   after the $4 million reward, right?

12        A    Yes; from the U.S. Government.

13             MS. PETERSON:  Move to admit Defendant's

14   Exhibit 172.

15             Publish to the jury?

16             MR. CRABB:  May we approach, Your Honor?

17             THE COURT:  You may.

18             (Bench conference)

19             MR. CRABB:  We have no objection to the document.

20   Okay.  I just want to make the name -- actually, the name

21   has been redacted.

22             MS. PETERSON:  It's just got a pseudonym

23   substituted.

24             THE COURT:  Okay.

25             (Open court)

1           MR. CRABB:  No objection, Your Honor.

2           THE COURT:  So moved.

3           MS. PETERSON:  I'll publish that to jury.

4    BY MS. PETERSON:

5       Q    Sir, you see where it says "signed, signature"?

6       A    Yes.

7       Q    That's where you signed it, right?

8       A    Yes.

9       Q    It's been substituted with your pseudonym.  But

10   you did sign that document, right?

11      A    Yes.

12      Q    And, sir, I want to direct your --

13          MS. PETERSON:  Well, for the government's sake,

14   page 5026.

15   BY MS. PETERSON:

16      Q    Do you recall being asked, The force -- "After the

17   forces apprehended Mr. Abu Khatallah, what did you do?"

18          And saying, "They searched me, and they recognized

19   me in that house.  They took away my personal gun, handgun.

20   They said, Go your way" -- I'm sorry.  This is going to be

21   way too long.

22          THE COURT:  Break it up.

23          MS. PETERSON:  I'll break it up.

24          MR. CRABB:  Your Honor, may we approach?

25          THE COURT:  You may.

1           (Bench conference)

2           MR. CRABB:  This is improper impeachment.  The

3    defense is asking really sloppy questions.  The witness is

4    giving precise answers.  The defense asked if he got money

5    the night of the capture.  He said, "No."

6           This answer doesn't say the money was on the night

7    of the capture.  This says it was later.  This is not

8    impeaching what he said previously.

9           THE COURT:  Ask it again.

10          MS. PETERSON:  It's the next morning.  I'll

11   rephrase it.

12          (Open court)

13   BY MS. PETERSON:

14      Q    Sir, when I asked you earlier about whether you

15   got money the night that Mr. Abu Khatallah was captured,

16   do you remember that?

17      A    The same night.

18      Q    Let me clarify it.  Did you get money the next

19   day?

20      A    They gave me an amount.

21      Q    Right.  The United States Government gave you a

22   sum of money the day after Mr. Abu Khatallah was captured,

23   right?

24      A    Yes.  For my travel from Tripoli to Tunisia.

25      Q    How much money did they give you?

5191

```
1        A      It was $40,000.

2        Q      And you traveled to Tunisia by land?

3        A      Yes.

4               THE COURT:  Is this a good place for a break?

5               MS. PETERSON:  Sure.

6               THE COURT:  Let's take our afternoon break.

7     Ladies and gentlemen, we'll see you back ready to go at

8     3:15.

9               (Jury exited the courtroom.)

10              THE COURT:  All right.  Do you want to approach

11    briefly?

12              (Bench conference)

13              THE COURT:  How much longer are you thinking?

14              MS. PETERSON:  I'm almost done.

15              THE COURT:  Almost done?

16              MS. PETERSON:  Yeah.  Just a few more minutes.

17              THE COURT:  Okay.

18              (Open court)

19              MS. PETERSON:  Can we approach just one moment?

20              (Bench conference)

21              MS. PETERSON:  On a personal matter that I'll get

22    in trouble if I don't do, well before the continuance in

23    this case and when we thought this case would be over by

24    now, I purchased tickets to take my daughter to see "The

25    Book of Mormon."
```

5192

1          THE COURT:  To see the?

2          MS. PETERSON:  "*The Book of Mormon*" at the Kennedy

3   Center on Wednesday night.  So if I could inquire as to

4   whether it would be possible to have a hard stop at 4:30 on

5   Wednesday -- tomorrow, that is.

6          THE COURT:  Tomorrow?

7          MS. PETERSON:  Yes.

8          MR. CRABB:  No objection from us.

9          MS. PETERSON:  Thanks.

10          THE COURT:  That's fine.

11          (Open court)

12          (Recess from 3:01 p.m. to 3:16 p.m.)

13          DEPUTY CLERK:  This Court is again in session, the

14   Honorable Judge Christopher R. Cooper presiding.  Please be

15   seated and come to order.

16          (Defendant entered)

17          (Jury entered the courtroom.)

18          THE COURT:  Ms. Peterson.

19          MS. PETERSON:  Thank you, Your Honor.

20   BY MS. PETERSON:

21     Q    Just a few more questions, sir.

22          When -- after you moved to the United States,

23   that's when you began meeting with the members of the

24   United States Government that are sitting at this table,

25   right?

1          A     Yes.

2          Q     Did you ever meet with any of them in Libya?

3          A     None of them.

4          Q     And once you got to the United States Government

5     and started meeting with this part -- I'm sorry.

6                Once you got to the United States, you started

7     meeting with this part of the United States Government?

8          A     Not all of them.

9          Q     Right, but various members of this table and other

10     people, right?

11         A     I met some of them at the beginning, and I got to

12     meet the rest later.

13         Q     Right.

14         A     For example, the lady on this table, I met her --

15     I forgot her name -- I met her more recently.

16         Q     Okay.

17         A     Only two weeks ago.

18         Q     Okay.

19               But let me try to get back to the question.

20         A     The lady on the table, because you told me the

21     people on -- sitting at the table; that's why -- so I'm

22     explaining to you when did I meet these people.

23         Q     Okay.  What I want to know, sir, is you started

24     meeting with people in the -- members of the United States

25     Government in the United States in about August of 2014,

1   right?

2         A    Yes.  In 2014.

3         Q    And in August of 2014 when you started meeting

4   with the United States Government in the United States, they

5   gave you a check for -- or cash for $29,160, right?

6         A    A check, 29,000?

7         Q    Well, I probably misspoke.  Did they give you

8   cash?

9         A    29,000?

10        Q    Yes.

11        A    No.

12        Q    Do you remember getting paid for 60 days' lodging

13  and expenses on August 20th of 2014, getting paid $8,000 for

14  travel -- you know, there's probably an easier way to do

15  this.

16             I'm going to show you what I'll mark as

17  Defendant's Exhibit 173.

18             Do you see that?

19             And it's hard to read.

20        A    What is that?

21        Q    Well, do you have any recollection of how much

22  money the government paid you for lodging and expenses once

23  you were in the United States, before you received your

24  reward money?

25        A    This all of the -- I don't remember.

1          In America, I don't remember, because most of

2   this, they took care of the expenses, my accommodations, my

3   daughter's medical bills, and so on.  They took care of them

4   directly.

5          This is the first time I see this piece of paper.

6     Q    Okay.  Do you, did they pay your rent or your

7   mortgage directly, or did they pay it to you to pay?

8     A    No.  They took -- they took care of it.  I just

9   resided there.  They took care of those bills.

10    Q    So they paid your mortgage each month or your

11  rent?

12    A    Why don't you ask them.

13    Q    Well, sir, did you have to pay for your rent or

14  your -- did you own a house or were you renting?

15    A    No.

16    Q    Did you own a house or were you renting?

17    A    What period are you talking about?

18    Q    In August of 2014.

19    A    No, I did not own.

20          I used to live in a rental apartment in a --

21  rented by the U.S. Government.

22    Q    And in August of 2014, that was a home the

23  U.S. Government was renting on your behalf; is that right?

24    A    No.  It was a building, a high-rise.

25    Q    Do you know how much money the government paid for

1  60 days' lodging?

2      A    You can ask the government or the building itself;

3  it's not very far from here.

4      Q    Well, sir, the government was paying all of the

5  expenses for you living in that building, correct?

6      A    Yes.

7      Q    And they were also paying you a per diem, right?

8      A    In cash, you mean?

9      Q    Yes.

10     A    Yes.

11     Q    So they -- in August of 2014, in addition to

12 paying your rent, did they -- they gave you $4,264 in cash;

13 is that right?

14     A    I don't remember that.

15     Q    And they also paid for the 120-day English

16 language program in the amount of about 3,500;

17 is that right?

18     A    Ask the American government and the school.

19     Q    And they paid, again, in September, on September

20 30th of 2014, they gave you $19,596 in per diem, right?

21     A    I don't remember.

22     Q    Was that in cash?

23     A    I don't remember.

24     Q    And despite the fact that they had paid for the

25 lodging for 60 days in August, they also paid $17,480

5197

```
1   lodging in September, right?

2        A    I don't know.  They know.

3        Q    Pardon?

4        A    I don't know.  They know.

5        Q    They know.  Okay.

6             But they also give you cash.  In addition to the

7   cash they gave you on September 30th, on December 19th, they

8   gave you another $19,170 cash, right?

9        A    I don't remember.

10            MS. PETERSON:  I'm going to move to admit

11  Defendant's Exhibit 173.

12            MR. CRABB:  May I see it?

13            MS. PETERSON:  Oh, sorry.

14            MR. CRABB:  No objection, Your Honor.

15            THE COURT:  So moved.

16  BY MS. PETERSON:

17       Q    I move to publish it, please.

18            You see the total there on the bottom, sir,

19  $113,660?

20       A    The total outside the graph here?

21       Q    Yes.

22       A    Yes.  Yes.

23       Q    Does that sound about right for the amount of

24  money they paid between all the money they paid you in Libya

25  and the reward money that you received?
```

1    A    As I told you at the beginning, you can ask the
2  American government.

3         They were in charge of taking care of all my needs
4  here.

5    Q    All you know is they paid you well, right?

6    A    They respected me, and I'm thankful to them.

7    Q    And they paid you well, right?

8    A    Because they are very generous.

9         MS. PETERSON:  No further questions, Your Honor.

10        THE COURT:  Mr. Crabb.

11        MR. CRABB:  May I begin, Your Honor?

12        THE COURT:  You may.

13                        - - -

14                   REDIRECT EXAMINATION

15  BY MR. CRABB:

16   Q    Good afternoon, Mr. Ali.

17   A    Hello.

18   Q    Mr. Ali, let me start by showing you the
19  subscriber page from Government's Exhibit 1100A that the
20  defense showed you a few minutes ago.

21   A    Yes.

22   Q    Can you see that on your screen?

23   A    Yes.

24   Q    Do you remember seeing this page before?

25   A    That's the fourth time.

```
 1        Q    Is there a name listed here as a subscriber?

 2        A    Yes.

 3        Q    Which line is that on?

 4        A    The first line.

 5        Q    What's the name listed there?

 6        A    Bubakar Salim Faraj.

 7        Q    Please remind us who that is.

 8        A    The brother of Ahmed Abu Khatallah.

 9        Q    What's listed on this line?

10        A    Al-Laithi, Yamen Street.

11        Q    Where did Mr. Khatallah live when you knew him?

12        A    In Laithi, Yamen Street.

13        Q    Do you see the number listed on this line?

14        A    Yes.

15        Q    Is that a number you used to call Mr. Khatallah

16   on?

17        A    Yes.

18        Q    Did you receive calls from Mr. Khatallah on that

19   line?

20        A    Yes.

21        Q    Mr. Ali, do you remember a few minutes ago being

22   asked about whether there was a conflict between Haftar and

23   his forces on one side and the defendant, Mr. Khatallah on

24   the other?

25        A    Yes.
```

1     Q    Please explain to the ladies and gentlemen of the

2    jury what that conflict is about.

3     A    This conflict was between a group of military

4    people, headed by Khalifa Haftar.

5          This was a reaction to the people who were being

6    killed and injured on the streets by the terrorist

7    organizations.  So they united around this military leader,

8    Haftar.  There were some officers.

9          They became the nucleus of the Army.

10          They based themselves, located themselves on

11    Benina base.  And he was heading them.  His name was Khalifa

12    Haftar.  So there were two battlefronts in Benghazi.  One

13    group was fighting in an area called Sifarish.  One -- and

14    the other was fighting on the airport road in Benina.

15          The day that Abu Khatallah was captured, there

16    were battles ongoing at that time.

17          There was the beginning of the battles, and no

18    side had the upper hand in that battle.

19          At that time, Haftar was just one of the officers.

20    He was not the leader and the commander that is famous right

21    now.

22          After we captured Ahmed, it was the beginning of

23    the battle.

24     Q    Let me ask you, was Khatallah on Haftar's side or

25    the other side.

1          Was Mr. Khatallah on Haftar's side or the other

2   side?

3       A    He was against Haftar.

4       Q    Mr. Ali, do you remember being asked a number of

5   questions about money you received from the U.S. Government?

6       A    Yes.

7       Q    When you were working with the U.S. Government in

8   Libya, were you in any danger?

9       A    I was -- yes, in extreme danger every minute,

10  every hour.

11      Q    Did those operations you did with the

12  U.S. Government affect the rest of your life?

13      A    Yes.

14      Q    Did that have anything to do with the frustrations

15  you had and why you asked for more money?

16      A    Yes, it was, because I felt so frustrated and that

17  I could die anytime I wanted to -- I wanted money for my

18  children.

19      Q    Now, Mr. Ali, did you say that eventually, you

20  received $7 million in reward money?

21      A    Yes.

22      Q    Now, in addition to that, while you were working

23  with U.S. Government in Libya, did you receive salary and

24  expenses?

25      A    Yes.

5202

1        Q    Do you remember exactly how much?

2        A    It is very hard for me to remember.  It was a very

3    long period of time.

4        Q    And, Mr. Ali, once you got to the United States

5    and before you received your reward money, did you get money

6    from the FBI for expenses for you and your family?

7        A    Yes; the American government.

8        Q    Do you remember exactly how much?

9        A    No.

10        Q    Mr. Ali, based on all the money you've received

11    from the U.S. Government, please take a moment and think

12    real hard and tell the jury what part of your testimony over

13    the last two days you said because you've gotten money from

14    the U.S. Government.

15        A    I don't have to think.  None of it.

16             MR. CRABB:  Thank you, Your Honor.  No further

17    questions.

18             THE COURT:  Okay.

19             All right, sir, thank you for your testimony.

20    You're dismissed.

21             Please don't discuss your testimony with anyone

22    until the case is over.

23             THE WITNESS:  Of course.

24             MR. CRABB:  Your Honor, may we approach?

25             THE COURT:  You may.

5203

1                 (Bench conference)

2           MR. DiLORENZO:  So, Your Honor, there's good news

3     and bad news.  I'll start with the Government news.  The

4     government is pretty confident we will finish within our

5     estimate.  We believe we'll finish certainly by Thursday,

6     maybe sooner.  And what I'll do is give the Court a read-out

7     of who we see as the next couple witnesses.

8           The bad news is we anticipated Ali going to the

9     end of the day, so we don't have another witness.

10          THE COURT:  So we have our rewards person?

11          MR. DiLORENZO:  Actually, I think what we'll do

12    tomorrow, just for some scheduling reasons, we're planning

13    on starting with O'Donnell.  We'd like -- tomorrow we'd

14    likely start with him.

15          MS. PETERSON:  Who?

16          MR. DiLORENZO:  Special Agent O'Donnell.

17          MS. PETERSON:  Your Honor, the last time they

18    raised calling Special Agent O'Donnell, they indicated that

19    that night they would provide us with a list of the prior

20    consistent statements he had made that they intended to try

21    elicit, and we still haven't received that.

22          THE COURT:  Well, get those to them if the you're

23    going to call him tomorrow.

24          MR. DiLORENZO:  And then there's actually two

25    reward witnesses.  They would basically be brief witnesses.

```
1    One would be within the Department of Defense; one would be

2    from the Department of State.

3              And then during the day, we've had some success

4    with respect to stipulations.  We had planned on calling a

5    witness from the Department of State regarding a lease.  It

6    sounds like we've reached a stipulation on that.

7              THE COURT:  So --

8              MR. DiLORENZO:  We will not need a witness on

9    that.

10             There's a second stipulation that I believe that

11   we're close on.  It's the search warrant data.  I got kind

12   of a counteroffer.  And I'm going to propose something this

13   evening, but I believe that we can do that by way of a

14   stipulation.  If not, we would be required to call one or

15   two witnesses.

16             And then --

17             THE COURT:  What's the search warrant data?

18             MS. PETERSON:  This is the phones, the phones that

19   they actually searched, the phones that were recovered, not

20   the phone that is the phone number that we've been talking

21   about.

22             MR. DiLORENZO:  Three phones were recovered from

23   the defendant at the time of his capture.  It's just -- it's

24   actually just the address book information and the phone

25   numbers.  And the information in there cuts both ways,
```

1    so I think that we should be able to reach a stipulation on

2    that.

3           And then the final thing is, we planned on calling

4    two summary witnesses.  I think that we're just going to

5    call one summary witness based on really how today went, and

6    that would be the summary witness on the phones.  That's

7    Jessica Krueger.

8           We could wrap up tomorrow.  I think that takes

9    us --

10          THE COURT:  So no summary witness on the videos?

11          MR. DiLORENZO:  (Shakes head.)

12          We possibly may cover just a piece of that with

13   Special Agent O'Donnell.  But based on today, I don't know

14   that we need to go through it again.  I would like to, but

15   we don't need to.

16          THE COURT:  Will there be a demonstrative in

17   closing on the video evidence?  Or --

18          MR. DiLORENZO:  There will be.

19          THE COURT:  All right.  So we'll get them the

20   information overnight about the prior consistent statements.

21          MS. PETERSON:  And is there -- are they calling

22   Agent O'Donnell for anything other than that issue?

23          THE COURT:  Than what issue?

24          MS. PETERSON:  The issue of the prior consistent

25   statements.

1          That's, I believe, the last time we were told that

2    that's the issue they were calling him on.  I just want to

3    make sure that that's the only issue they're calling him

4    for.

5          MR. CRABB:  Your Honor, I'll be asking Agent

6    O'Donnell questions.  I don't believe I've ever had a

7    discussion with the defense about the subject matter of his

8    testimony.

9          I expect him to testify about benefits given to

10   witnesses and something about the process of handling

11   witnesses.  And I will check.  Whether there are already

12   prior consistent statements or not is an open question.

13         THE COURT:  Okay.

14         So we'll let them go, and we'll see you at 9:30.

15         MS. PETERSON:  And we have something to raise

16   after the jury is gone.  They might as well leave first.

17         (Open court)

18         THE COURT:  All right.  Ladies and gentlemen,

19   we're going to knock off for the day.  We will see you back

20   ready to go at 9:30.

21         I am still confident that we're going to get the

22   government's case in this week.  It may be close, but we're

23   going to push forward, consistent with the schedule that

24   we've given you, okay?

25         Have a great night.

1                    (Jury exited the courtroom.)

2              THE COURT:  All right.  What do we got?

3              MS. PETERSON:  Your Honor, we would alert the

4    Court and the government that we will need the, a witness to

5    the cables provided by the defense department.

6              THE COURT:  I'm sorry.  What does that mean?

7              MS. PETERSON:  The cables that were provided by

8    the --

9              THE COURT:  You will need a witness --

10             MS. PETERSON:  -- government.

11             I will need a witness to be able to complete the

12   impeachment of this particular witness who just left, Ali,

13   through things that he said and they said to him during the

14   course of the conversations, just like when we were going to

15   call Agent Clarke to complete the impeachment of Bilal and

16   Ali.  We will need one to complete the impeachment of Ali --

17   I'm sorry, of -- yes, Ali.

18             And the only person that that could be is the

19   person who prepared the cables.

20             THE COURT:  Okay.

21             Well, assuming the government provides a witness,

22   there are going to be security issues, I take it?

23             Well, let's hear from the government.

24             MR. CRABB:  Your Honor, to the extent there is any

25   proper impeachment, which there's probably not, we'll

```
 1    stipulate to the parts of that classified material using

 2    Section 6(c) under CIPA to complete any impeachment that's

 3    appropriate.

 4            THE COURT:  So the government was told the

 5    government has information, as we've done with other

 6    impeachment or Brady that the government has in its

 7    possession through classified sources?

 8            MR. CRABB:  Correct, Your Honor.

 9            THE COURT:  Okay.

10            MS. PETERSON:  And, Your Honor, we'll write

11    something up, but that would obviously include the things

12    that the government told Ali during the course of their

13    meetings as is reflected in the cables.  Those are the

14    statements of this witness.

15            THE COURT:  Okay.  We'll litigate this one just

16    like we have numerous other stipulations in the past, okay?

17            All right.  Anything else?

18            MR. DiLORENZO:  No, Your Honor.

19            THE COURT:  See you in the morning.

20            (Proceedings concluded at 3:50 p.m.)

21

22

23

24

25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date: November 7, 2017_____   /S/__William P. Zaremba_____

                          William P. Zaremba, RMR, CRR

BY MR. CRABB: [1]   5198/14
BY MS. PETERSON: [30]   5156/5 5158/17
5159/4 5163/25 5165/3 5165/8 5165/13
5165/25 5166/10 5166/15 5167/1 5168/20
5169/18 5171/17 5173/23 5176/25 5177/9
5178/11 5180/3 5180/11 5180/15 5180/21
5181/12 5183/11 5183/23 5189/3 5189/14
5190/12 5192/19 5197/15
DEPUTY CLERK: [1]   5192/12
MR. CRABB: [27]   5152/1 5152/15 5152/20
5152/23 5155/8 5159/2 5163/19 5165/1
5166/18 5168/16 5171/15 5173/21 5181/9
5188/15 5188/18 5188/25 5189/23 5190/1
5192/7 5197/11 5197/13 5198/10 5202/15
5202/23 5206/4 5207/23 5208/7
MR. DiLORENZO: [9]   5203/1 5203/10 5203/15
5203/23 5204/7 5204/21 5205/10 5205/17
5208/17
MR. PETRAS: [3]   5153/21 5154/24 5155/4
MS. PETERSON: [51]   5151/3 5151/7 5152/8
5153/1 5153/5 5153/9 5153/11 5153/15
5155/12 5155/21 5158/14 5158/25 5162/15
5163/21 5165/7 5165/10 5166/14 5166/20
5168/14 5168/18 5169/16 5176/22 5180/18
5188/12 5188/21 5189/2 5189/12 5189/22
5190/9 5191/4 5191/13 5191/15 5191/18
5191/20 5192/1 5192/6 5192/8 5192/18 5197/9
5197/12 5198/8 5203/14 5203/16 5204/17
5205/20 5205/23 5206/14 5207/2 5207/6
5207/9 5208/9
MS. PETRAS: [2]   5154/8 5154/11
THE COURT: [70]
THE INTERPRETER: [14]   5165/12 5165/23
5176/20 5176/23 5177/4 5177/7 5178/10
5180/1 5180/9 5180/14 5180/17 5180/19
5183/10 5183/21
THE WITNESS: [4]   5163/24 5166/9 5176/24
5202/22

## $

$1 [1]   5183/10
$10 [2]   5184/9 5184/15
$10 million [1]   5184/15
$113,660 [1]   5197/19
$150,000 [1]   5182/25
$17,480 [1]   5196/25
$19,170 [1]   5197/8
$19,596 [1]   5196/20
$29,160 [1]   5194/5
$3 [2]   5187/24 5188/10
$3 million [1]   5187/24
$4 [3]   5187/15 5187/20 5188/11
$4,264 [1]   5196/12
$40,000 [1]   5191/1
$6030 [1]   5179/3
$7 [1]   5201/20
$72,000 [4]   5179/10 5179/15 5179/18 5180/6
$8,000 [1]   5194/13
$8500 [1]   5178/9

## '

'14 [1]   5172/16

## /

/S [1]   5209/7

## 0

091 [1]   5157/17
092 [6]   5156/25 5157/3 5157/4 5157/18
 5158/1 5158/6

## 1

109 [1]   5148/22
11-844 [1]   5148/15
1100A [4]   5166/18 5167/3 5169/24 5198/19
11th [1]   5172/9

14-141 [1]   5148/4
141 [1]   5148/4
161 [1]   5170/7
170 [3]   5158/17 5159/2 5161/23
171 [2]   5168/2 5168/16
172 [2]   5188/2 5188/14
173 [2]   5194/17 5197/11
1794 [1]   5148/16
188-1 [2]   5163/1 5163/1
188-6A [1]   5162/17
1899 [1]   5149/4
1916 [3]   5156/25 5157/7 5157/8
19th [1]   5197/7
1:45 [1]   5148/6

## 2

20001 [1]   5149/14
20004 [1]   5148/22
20006 [1]   5149/5
2013 [24]   5163/11 5163/16 5170/10 5170/13
 5170/14 5170/24 5171/2 5171/6 5172/14
 5174/16 5174/23 5174/24 5175/3 5175/7
 5175/9 5176/1 5178/9 5178/13 5179/15
 5179/16 5180/9 5182/24 5184/6 5184/7
2014 [10]   5172/11 5172/15 5193/25 5194/2
 5194/3 5194/13 5195/18 5195/22 5196/11
 5196/20
2015 [2]   5187/20 5187/22
2017 [6]   5148/6 5158/20 5159/9 5161/24
 5162/2 5209/7
202 [4]   5148/16 5148/22 5149/6 5149/15
20530 [1]   5148/16
208-7500 [1]   5148/22
20th [1]   5194/13
21 [1]   5148/7
218 [7]   5156/25 5157/2 5157/17 5157/18
 5158/1 5158/5 5158/6
252-1794 [1]   5148/16
29,000 [2]   5194/6 5194/9
29th [4]   5158/20 5159/9 5161/23 5162/2

## 3

3,500 [1]   5196/16
30 [1]   5156/15
30,000 [3]   5171/21 5172/24 5172/25
302 [1]   5153/7
302s [2]   5153/8 5153/19
30th [3]   5172/11 5196/20 5197/7
3249 [1]   5149/15
333 [1]   5149/13
354-3249 [1]   5149/15
3:01 [1]   5192/12
3:15 [1]   5191/8
3:16 [1]   5192/12
3:50 [1]   5208/20

## 4

449-6995 [1]   5157/18
4:30 [1]   5192/4

## 5

5024 [1]   5185/24
5026 [1]   5189/14
532 [2]   5157/5 5157/6
532-1916 [1]   5156/25
550 [1]   5148/21
555 [1]   5148/15

## 6

60 [3]   5194/12 5196/1 5196/25
600 [1]   5149/5
6220 [2]   5158/1 5158/6
625 [1]   5148/21
636-6220 [2]   5158/1 5158/6
6511 [1]   5149/14
6995 [1]   5157/18

| 6 | |
|---|---|

**6A** [1]   5162/17

| 7 | |
|---|---|

**740-7704** [1]   5157/17
**7500** [1]   5148/22
**7704** [1]   5157/17
**7th** [2]   5175/25 5175/25

| 8 | |
|---|---|

**833-8900** [1]   5149/6
**844** [1]   5148/15
**8900** [1]   5149/6

| 9 | |
|---|---|

**97** [1]   5153/9
**9:30** [2]   5206/14 5206/20
**9th** [2]   5175/25 5175/25

| A | |
|---|---|

**Abdul** [7]   5176/15 5176/21 5177/3 5177/4
 5177/14 5177/23 5181/2
**Abdullah** [2]   5157/22 5157/24
**able** [3]   5151/23 5205/1 5207/11
**about** [47]   5154/1 5155/11 5156/8 5156/9
 5159/24 5160/1 5161/8 5163/22 5163/23
 5165/5 5165/19 5165/22 5166/3 5166/17
 5167/3 5167/4 5168/1 5168/1 5171/9 5173/25
 5174/6 5174/14 5177/2 5177/3 5177/15 5178/7
 5179/25 5179/25 5182/11 5182/11 5182/12
 5183/4 5184/9 5186/7 5190/14 5193/25
 5195/17 5196/16 5197/23 5199/22 5200/2
 5201/5 5204/21 5205/20 5206/7 5206/9
 5206/10
**above** [1]   5209/4
**above-titled** [1]   5209/4
**ABU** [49]   5148/7 5151/16 5151/22 5154/5
 5154/9 5163/8 5163/14 5163/15 5163/18
 5164/3 5164/6 5164/19 5164/22 5169/9
 5169/10 5170/21 5170/24 5171/10 5172/6
 5172/17 5174/15 5175/13 5175/17 5175/21
 5176/9 5176/19 5177/18 5177/24 5180/7
 5180/13 5180/23 5181/1 5181/6 5181/15
 5181/22 5183/1 5184/1 5185/1 5185/4 5185/5
 5186/3 5186/10 5186/18 5187/4 5189/17
 5190/15 5190/22 5199/18 5200/15
**access** [1]   5152/19
**accommodations** [1]   5195/2
**across** [1]   5169/2
**actually** [13]   5154/15 5167/9 5169/3 5171/16
 5178/1 5178/5 5178/8 5182/2 5188/20 5203/11
 5203/24 5204/19 5204/24
**addition** [4]   5179/24 5196/11 5197/6 5201/22
**address** [3]   5167/6 5169/25 5204/24
**admit** [3]   5159/1 5188/13 5197/10
**affect** [1]   5201/12
**after** [20]   5151/9 5152/18 5163/11 5163/16
 5163/18 5163/25 5164/2 5164/5 5172/17
 5179/20 5186/1 5186/10 5187/4 5187/4
 5188/11 5189/16 5190/22 5192/22 5200/22
 5206/16
**afternoon** [4]   5148/8 5152/2 5191/6 5198/16
**again** [10]   5175/7 5179/2 5179/25 5183/3
 5183/17 5187/25 5190/9 5192/13 5196/19
 5205/14
**against** [1]   5201/3
**agencies** [1]   5152/22
**agency** [3]   5152/6 5155/6 5155/7
**Agent** [7]   5154/15 5203/16 5203/18 5205/13
 5205/22 5206/5 5207/15
**ago** [3]   5193/17 5198/20 5199/21
**agree** [2]   5169/23 5170/2
**ahead** [1]   5157/2
**AHMED** [6]   5148/7 5159/25 5163/8 5181/1
 5199/8 5200/22
**aided** [1]   5149/18
**airport** [1]   5200/14

**Al** [8]   5167/9 5167/23 5168/2 5168/9 5168/22
 5169/20 5170/3 5199/10
**Al-Laithi** [2]   5167/23 5199/10
**Al-Yamen** [6]   5167/9 5168/2 5168/9 5168/22
 5169/20 5170/3
**alert** [1]   5207/3
**ALI** [14]   5155/24 5198/16 5198/18 5199/21
 5201/4 5201/19 5202/4 5202/10 5203/8
 5207/12 5207/16 5207/16 5207/17 5208/12
**all** [35]   5151/7 5155/19 5156/24 5160/1
 5160/15 5161/8 5162/5 5166/21 5167/12
 5168/15 5168/24 5168/25 5169/11 5169/14
 5170/2 5171/19 5176/7 5184/4 5184/20
 5185/16 5185/22 5187/1 5191/10 5193/8
 5194/25 5196/4 5197/24 5198/3 5198/5
 5202/10 5202/19 5205/19 5206/18 5207/2
 5208/17
**All right** [6]   5151/7 5171/19 5191/10
 5202/19 5205/19 5208/17
**allow** [1]   5152/19
**almost** [3]   5167/9 5191/14 5191/15
**alone** [1]   5185/22
**along** [1]   5168/12
**already** [5]   5162/5 5162/16 5162/25 5170/8
 5206/11
**also** [11]   5157/10 5161/15 5172/1 5174/2
 5174/4 5180/5 5183/20 5196/7 5196/15
 5196/25 5197/6
**always** [2]   5178/20 5178/25
**am** [4]   5155/5 5185/5 5186/24 5206/21
**Ambassador** [2]   5164/9 5166/3
**AMERICA** [2]   5148/3 5195/1
**American** [8]   5160/5 5160/22 5161/1 5164/18
 5175/6 5196/18 5198/22 5202/7
**Americans** [1]   5181/3
**amount** [6]   5174/11 5183/11 5187/25 5190/20
 5196/16 5197/23
**anger** [1]   5181/25
**another** [5]   5157/18 5179/3 5187/25 5197/8
 5203/9
**answer** [2]   5163/17 5190/6
**answered** [1]   5163/21
**answers** [1]   5190/4
**anticipated** [1]   5203/8
**any** [10]   5152/25 5173/1 5173/2 5173/3
 5185/14 5193/2 5194/21 5201/8 5207/24
 5208/2
**anyone** [2]   5173/6 5202/21
**anything** [7]   5169/14 5178/2 5181/18 5184/20
 5201/14 5205/22 5208/17
**anytime** [1]   5201/17
**apartment** [1]   5195/20
**APPEARANCES** [2]   5148/12 5149/1
**appreciation** [1]   5174/25
**apprehended** [1]   5189/17
**approach** [5]   5188/16 5189/24 5191/10
 5191/19 5202/24
**appropriate** [1]   5208/3
**are** [19]   5157/19 5158/9 5166/5 5166/23
 5167/24 5167/24 5169/3 5170/1 5178/6
 5182/16 5187/10 5191/13 5192/24 5195/17
 5198/8 5205/21 5206/11 5207/22 5208/13
**area** [2]   5169/20 5200/13
**argument** [1]   5155/15
**Army** [1]   5200/9
**around** [4]   5183/10 5183/13 5183/15 5200/7
**arranged** [4]   5178/1 5184/25 5185/1 5186/15
**arrangements** [1]   5175/22
**as** [28]   5151/3 5152/3 5153/8 5153/22
 5154/4 5154/22 5154/23 5155/25 5158/17
 5159/11 5159/21 5159/23 5163/1 5168/1
 5169/14 5170/6 5177/17 5182/16 5186/12
 5186/13 5192/3 5194/16 5198/1 5199/1 5203/7
 5206/16 5208/5 5208/13
**aside** [1]   5176/7
**ask** [28]   5155/6 5160/10 5161/16 5162/17
 5165/5 5165/10 5165/12 5165/13 5165/19
 5165/22 5166/8 5166/12 5166/13 5167/1

**A**

ask... [14]   5167/25 5169/8 5170/8 5170/14
5170/17 5170/20 5178/7 5186/7 5190/9
5195/12 5196/2 5196/18 5198/1 5200/24
asked [22]   5153/24 5154/5 5154/6 5156/7
5158/9 5158/22 5159/6 5163/20 5164/25
5165/15 5165/18 5166/2 5166/7 5166/13
5166/17 5181/4 5189/16 5190/4 5190/14
5199/22 5201/4 5201/15
asking [15]   5153/21 5154/17 5160/1 5161/8
5162/5 5162/7 5163/22 5163/23 5165/19
5169/11 5171/5 5171/6 5171/9 5190/3 5206/5
asserted [1]   5151/16
assuming [1]   5207/21
attack [2]   5151/18 5180/24
ATTORNEY'S [1]   5148/14
August [8]   5172/11 5193/25 5194/3 5194/13
5195/18 5195/22 5196/11 5196/25
Avenue [3]   5148/21 5149/4 5149/13
aware [1]   5187/15
away [1]   5189/19
awful [1]   5173/20

**B**

BAACH [1]   5149/3
back [13]   5151/2 5155/13 5155/19 5156/8
5173/8 5173/18 5178/8 5181/4 5186/6 5187/3
5191/7 5193/19 5206/19
backs [1]   5173/21
bad [2]   5203/3 5203/8
base [1]   5200/11
based [6]   5154/2 5154/4 5200/10 5202/10
5205/5 5205/13
basically [1]   5203/25
Basit [4]   5177/4 5177/14 5177/23 5181/2
battle [2]   5200/18 5200/23
battlefronts [1]   5200/12
battles [2]   5200/16 5200/17
BBC [5]   5175/22 5176/10 5176/19 5177/21
5178/2
be [28]   5151/23 5151/24 5152/14 5154/2
5154/6 5154/13 5154/24 5162/17 5169/14
5178/18 5185/2 5189/20 5191/23 5192/4
5192/14 5203/25 5204/1 5204/1 5204/14
5205/1 5205/6 5205/16 5205/18 5206/5
5206/22 5207/11 5207/18 5207/22
beach [6]   5174/15 5175/17 5176/10 5177/19
5185/2 5185/6
became [1]   5200/9
because [20]   5153/2 5153/12 5154/21 5155/14
5157/19 5158/13 5159/17 5161/18 5167/18
5176/10 5177/6 5177/19 5181/19 5185/17
5186/3 5193/20 5195/1 5198/8 5201/16
5202/13
been [11]   5151/9 5152/25 5155/24 5156/23
5157/14 5157/19 5162/16 5187/11 5188/21
5189/9 5204/20
before [20]   5148/10 5151/4 5151/21 5155/11
5158/11 5163/10 5163/16 5163/18 5163/25
5164/2 5164/5 5164/17 5164/18 5171/4 5171/4
5171/7 5191/22 5194/23 5198/24 5202/5
began [1]   5192/23
begin [1]   5198/11
beginning [6]   5164/9 5164/14 5193/11 5198/1
5200/17 5200/22
behalf [4]   5171/10 5172/6 5181/22 5195/23
being [10]   5156/7 5156/8 5178/7 5179/6
5179/17 5179/21 5189/16 5199/21 5200/5
5201/4
believe [15]   5151/14 5154/2 5154/6 5154/11
5154/13 5154/13 5154/20 5170/8 5179/23
5185/4 5203/5 5204/10 5204/13 5206/1 5206/6
believed [2]   5154/20 5154/24
Bench [5]   5188/18 5190/1 5191/12 5191/20
5203/1
benefits [1]   5206/9
Benghazi [5]   5164/12 5164/17 5166/4 5167/18
Benina [2]   5200/11 5200/14
better [1]   5153/18
between [5]   5175/25 5176/19 5197/24 5199/22
5200/3
Bilal [1]   5207/15
bills [2]   5195/3 5195/9
Bin [2]   5156/21 5156/25
Birnawi [5]   5157/10 5157/12 5157/13 5157/15
5157/17
Blayblu [3]   5157/22 5157/23 5157/24
boat [1]   5153/5
body [1]   5161/4
bodyguards [1]   5185/14
bonuses [2]   5174/4 5178/17
book [3]   5191/25 5192/2 5204/24
both [2]   5152/22 5204/25
bottom [1]   5197/18
Brady [2]   5151/25 5208/6
break [5]   5187/1 5189/22 5189/23 5191/4
5191/6
brief [1]   5203/25
briefly [1]   5191/11
Brigade [2]   5162/20 5162/22
brother [2]   5157/15 5199/8
brought [1]   5151/5
Bubakar [1]   5199/6
building [5]   5148/14 5160/5 5195/24 5196/2
5196/5
bunch [1]   5153/9

**C**

cables [5]   5151/8 5207/5 5207/7 5207/19
5208/13
call [6]   5163/12 5199/15 5203/23 5204/14
5205/5 5207/15
called [2]   5156/8 5200/13
calling [6]   5203/18 5204/4 5205/3 5205/21
5206/2 5206/3
calls [1]   5199/18
came [5]   5152/3 5165/1 5165/20 5173/12
5179/9
can [13]   5153/16 5158/2 5165/12 5165/24
5173/7 5173/9 5173/12 5185/25 5191/19
5196/2 5198/1 5198/22 5204/13
can't [1]   5176/24
cannot [2]   5163/17 5175/9
capable [1]   5173/6
capture [8]   5152/18 5172/17 5174/15 5182/25
5186/10 5190/5 5190/7 5204/23
captured [8]   5185/2 5186/16 5186/18 5187/4
5190/15 5190/22 5200/15 5200/22
car [2]   5164/6 5171/11
care [6]   5179/21 5195/2 5195/3 5195/8
5195/9 5198/3
case [5]   5185/25 5191/23 5191/23 5202/22
5206/22
cash [9]   5178/25 5194/5 5194/8 5196/8
5196/12 5196/22 5197/6 5197/7 5197/8
Center [2]   5148/14 5192/3
certain [1]   5159/25
certainly [1]   5203/5
Certified [1]   5149/11
certify [1]   5209/2
changed [2]   5187/6 5187/7
charge [1]   5198/3
charged [3]   5151/14 5154/3 5154/22
check [6]   5152/4 5152/20 5152/24 5194/5
5194/6 5206/11
children [1]   5201/18
CHRISTOPHER [2]   5148/10 5192/14
CIPA [1]   5208/2
circled [2]   5170/17 5170/20
cite [1]   5155/14
City [1]   5167/18
civilian [2]   5159/23 5186/13
clarify [1]   5190/18
Clarke [4]   5154/15 5172/5 5172/12 5207/15

**C**

classified [2]   5208/1 5208/7
clear [7]   5155/15 5168/4 5180/7 5180/13
 5180/15 5180/20 5180/20
client [1]   5154/23
client's [1]   5153/8
close [2]   5204/11 5206/22
closing [1]   5205/17
COLUMBIA [2]   5148/2 5149/13
come [5]   5155/13 5174/20 5177/19 5187/3
 5192/15
coming [1]   5158/11
commander [1]   5200/20
commit [1]   5180/24
compensated [1]   5179/6
complained [2]   5179/6 5179/20
complaint [1]   5154/21
complaints [1]   5153/17
complete [5]   5151/23 5207/11 5207/15
 5207/16 5208/2
complies [1]   5169/16
computer [1]   5149/18
computer-aided [1]   5149/18
computers [4]   5163/19 5164/3 5171/11
 5175/12
concluded [1]   5208/20
conference [5]   5188/18 5190/1 5191/12
 5191/20 5203/1
confess [1]   5181/19
confident [2]   5203/4 5206/21
confirm [3]   5154/16 5154/17 5154/18
confirmation [1]   5153/22
conflict [4]   5186/4 5199/22 5200/2 5200/3
connected [1]   5188/1
consistent [5]   5203/20 5205/20 5205/24
 5206/12 5206/23
Constitution [1]   5149/13
consulate [1]   5151/18
contact [1]   5177/25
continuance [1]   5191/22
continued [4]   5149/1 5156/3 5186/11 5187/5
continuous [1]   5177/25
conversation [1]   5184/5
conversations [1]   5207/14
convince [1]   5180/23
COOPER [2]   5148/10 5192/14
correct [7]   5154/16 5168/22 5169/21 5185/5
 5196/5 5208/8 5209/3
could [20]   5156/23 5157/14 5157/19 5173/15
 5173/17 5178/18 5180/2 5180/21 5182/13
 5182/25 5183/9 5183/11 5183/15 5183/21
 5183/22 5184/1 5192/3 5201/17 5205/8
 5207/18
couldn't [1]   5153/25
counteroffer [1]   5204/12
couple [1]   5203/7
course [6]   5156/11 5161/4 5167/14 5202/23
 5207/14 5208/12
court [17]   5148/1 5149/10 5149/12 5149/12
 5152/4 5154/17 5158/11 5160/10 5161/16
 5188/25 5190/12 5191/18 5192/11 5192/13
 5203/6 5206/17 5207/4
courtroom [4]   5155/18 5191/9 5192/17 5207/1
cover [1]   5205/12
CR [1]   5148/4
Crabb [6]   5148/13 5156/7 5171/9 5181/4
 5181/8 5198/10
criminal [1]   5153/17
CROSS [3]   5150/4 5156/3 5156/5
CROSS-EXAMINATION [2]   5156/3 5156/5
CRR [2]   5209/2 5209/8
cuts [1]   5204/25

**D**

D.C [6]   5148/5 5148/16 5148/20 5148/22
 5149/5 5149/14
danger [2]   5201/8 5201/9

date [9]   5158/24 5162/2 5162/7
 5163/13 5163/22 5172/10 5176/8 5209/7
daughter [1]   5191/24
daughter's [1]   5195/3
day [11]   5148/7 5162/10 5175/24 5185/15
 5190/19 5190/22 5196/15 5200/15 5203/9
 5204/3 5206/19
days [3]   5172/19 5196/25 5202/13
days' [2]   5194/12 5196/1
dealing [2]   5160/20 5160/21
dealt [1]   5160/22
December [3]   5179/15 5180/8 5197/7
defendant [8]   5148/8 5148/19 5149/2 5151/3
 5153/4 5192/16 5199/23 5204/23
Defendant's [9]   5158/17 5159/2 5161/23
 5168/2 5170/7 5188/2 5188/13 5194/17
 5197/11
Defendant's Exhibit 161 [1]   5170/7
Defendant's Exhibit 170 [3]   5158/17 5159/2
 5161/23
Defendant's Exhibit 173 [2]   5194/17 5197/11
Defendant's Exhibit No. 171 [1]   5168/2
DEFENDER [1]   5148/20
defense [13]   5151/19 5152/5 5152/11 5152/11
 5152/14 5173/12 5187/16 5190/3 5190/4
 5198/20 5204/1 5206/7 5207/5
demonstrative [1]   5205/16
department [12]   5151/20 5152/4 5152/11
 5152/11 5152/14 5187/16 5187/24 5188/7
 5204/1 5204/2 5204/5 5207/5
depend [1]   5182/14
description [1]   5186/13
deserved [1]   5181/19
despite [2]   5183/20 5196/24
developing [1]   5176/5
did [54]   5153/15 5154/7 5154/9 5154/10
 5154/23 5160/12 5160/25 5163/3 5163/4
 5164/23 5165/5 5165/10 5165/19 5166/8
 5166/13 5167/11 5170/12 5170/14 5170/17
 5170/20 5170/23 5171/1 5171/15 5171/17
 5171/20 5172/25 5175/14 5181/1 5181/1
 5181/19 5181/19 5183/9 5189/17 5189/17
 5190/18 5190/25 5193/2 5193/22 5194/7
 5195/6 5195/7 5195/13 5195/14 5195/16
 5195/19 5196/12 5199/11 5199/18 5201/11
 5201/11 5201/14 5201/19 5201/23 5202/5
did you [9]   5163/3 5164/23 5170/23 5171/15
 5171/20 5190/18 5195/14 5201/23 5202/5
didn't [19]   5152/18 5154/16 5160/12 5163/12
 5164/22 5165/1 5165/16 5165/22 5166/12
 5167/25 5171/14 5173/2 5174/12 5175/16
 5180/24 5181/16 5182/22 5185/11 5185/14
die [1]   5201/17
diem [2]   5196/7 5196/20
different [3]   5161/25 5162/10 5187/12
difficult [1]   5152/14
DiLorenzo [1]   5148/13
dinars [2]   5171/21 5173/1
direct [6]   5150/4 5164/8 5166/25 5171/14
 5186/22 5189/12
directly [2]   5195/4 5195/7
discuss [2]   5175/14 5202/21
discussed [1]   5175/12
discussing [1]   5176/13
discussion [2]   5177/23 5206/7
dismissed [2]   5154/21 5202/20
displeasure [1]   5174/11
distance [1]   5168/9
district [7]   5148/1 5148/2 5148/11 5149/12
 5149/13 5167/21 5167/23
do [69]
do you [6]   5162/18 5167/3 5173/4 5174/23
 5189/16 5195/6
do you have [1]   5194/21
do you know [2]   5177/2 5177/3
Do you recognize [1]   5188/3
do you remember [28]   5156/7 5156/20 5156/24

**D**

do you remember... [25]   5157/16 5157/21
 5164/2 5172/4 5172/12 5175/11 5175/20
 5176/8 5176/13 5179/14 5179/17 5180/6
 5182/5 5182/23 5183/3 5184/4 5184/17
 5185/23 5186/21 5194/12 5198/24 5199/21
 5201/4 5202/1 5202/8
do you remember that [3]   5175/18 5178/10
 5190/16
Do you see [2]   5194/18 5199/13
document [4]   5170/3 5188/3 5188/19 5189/10
DOD [2]   5152/18 5153/23
Doe [2]   5151/14 5154/3
does [4]   5158/1 5177/17 5197/23 5207/6
doesn't [5]   5152/12 5163/21 5167/19 5187/10
 5190/6
doing [1]   5184/12
dollars [2]   5172/24 5183/16
don't [52]   5153/6 5153/12 5153/12 5153/13
 5156/16 5158/15 5160/4 5162/9 5162/14
 5163/7 5163/9 5163/13 5163/17 5164/4 5164/7
 5167/11 5169/4 5169/6 5171/8 5172/8 5173/3
 5175/4 5176/4 5176/4 5176/5 5176/12 5176/25
 5178/3 5179/23 5180/17 5182/4 5182/9 5184/3
 5184/16 5184/18 5187/18 5191/22 5194/25
 5195/1 5195/12 5196/14 5196/21 5196/23
 5197/2 5197/4 5197/9 5202/15 5202/21 5203/9
 5205/13 5205/15 5206/6
done [6]   5161/6 5178/6 5179/1 5191/14
 5191/15 5208/5
down [6]   5152/15 5157/1 5158/10 5158/23
 5159/7 5177/5
drink [1]   5182/8
driver [2]   5185/11 5185/12
driving [1]   5185/13
drugs [1]   5182/7
during [5]   5159/12 5172/22 5204/3 5207/13
 5208/12

**E**

each [1]   5195/10
earlier [4]   5151/10 5174/7 5179/25 5190/14
easier [2]   5168/7 5194/14
easily [1]   5173/10
efforts [1]   5175/1
either [1]   5152/22
El [1]   5149/9
El-Suqi [1]   5149/9
elicit [1]   5203/21
Elsayed [1]   5149/3
else [6]   5154/22 5155/1 5173/6 5173/16
 5178/2 5208/17
embarrassingly [1]   5184/13
end [1]   5203/9
enemies [1]   5185/22
enforcement [3]   5152/6 5152/13 5152/18
English [1]   5196/15
enough [1]   5177/12
entered [4]   5151/3 5155/18 5192/16 5192/17
equating [1]   5179/18
Eric [1]   5149/2
eric.lewis [1]   5149/6
established [1]   5162/6
estimate [1]   5203/5
even [5]   5152/11 5164/22 5169/13 5173/10
 5173/10
evening [1]   5204/13
events [1]   5176/5
eventually [1]   5201/19
ever [2]   5193/2 5206/6
every [2]   5201/9 5201/10
everyone [2]   5155/20 5173/16
evidence [4]   5162/16 5163/1 5170/8 5205/17
exactly [5]   5160/4 5161/1 5175/2 5202/1
 5202/8
EXAMINATION [3]   5156/3 5156/5 5198/14
example [1]   5193/14

**Except [1]   5153/22**

exhibit [13]   5158/16 5158/17 5159/2 5161/23
 5166/20 5168/2 5168/16 5170/7 5188/2
 5188/14 5194/17 5197/11 5198/19
Exhibit 172 [1]   5188/14
Exhibit No [1]   5188/2
exited [2]   5191/9 5207/1
expect [2]   5206/9
expenses [7]   5178/17 5194/13 5194/22 5195/2
 5196/5 5201/24 5202/6
expert [1]   5173/5
explain [2]   5175/15 5200/1
explained [1]   5151/20
explaining [1]   5193/22
expressed [2]   5174/10 5174/25
Ext [1]   5148/22
extent [1]   5207/24
extreme [1]   5201/9

**F**

faces [1]   5173/4
facilitating [1]   5182/25
fact [4]   5152/16 5154/2 5156/11 5196/24
failed [2]   5151/12 5153/14
failure [1]   5151/24
fairly [1]   5167/22
family [2]   5183/16 5202/6
family's [1]   5182/17
famous [2]   5177/16 5200/20
far [1]   5196/3
FARAJ [2]   5148/7 5199/6
fashion [1]   5160/20
fast [2]   5176/5 5176/5
FBI [11]   5151/19 5152/10 5152/12 5152/17
 5153/23 5182/11 5182/21 5183/4 5183/6
 5187/8 5202/6
fd.org [2]   5148/23 5148/23
FEDERAL [1]   5148/20
felt [1]   5201/16
few [8]   5158/2 5161/19 5168/12 5168/14
 5191/16 5192/21 5198/20 5199/21
fighting [2]   5200/13 5200/14
figure [2]   5173/13 5178/4
figuring [1]   5173/7
final [1]   5205/3
financially [1]   5179/21
find [1]   5187/1
fine [1]   5192/10
finish [2]   5203/4 5203/5
first [7]   5160/14 5164/8 5166/4 5187/14
 5195/5 5199/4 5206/16
five [2]   5160/4 5161/24
five-hour [1]   5161/24
folks [3]   5156/12 5159/13 5160/2
FOLLOWS [1]   5156/1
food [1]   5182/8
footage [1]   5151/19
force [1]   5189/16
forced [1]   5166/5
forces [4]   5185/21 5185/25 5189/17 5199/23
foregoing [1]   5209/3
forgot [2]   5186/7 5193/15
form [2]   5165/2 5181/10
forward [1]   5206/23
found [2]   5155/14 5168/8
four [3]   5160/7 5161/24 5162/3
fourth [2]   5148/15 5198/25
frequently [1]   5174/10
frustrated [1]   5201/16
frustrations [1]   5201/14
further [3]   5155/25 5198/9 5202/16
fury [1]   5181/17

**G**

gave [27]   5151/9 5153/23 5157/10 5158/10
 5158/13 5158/19 5163/18 5164/3 5164/5
 5171/10 5172/1 5172/5 5172/25 5174/1 5174/2

**G**

gave... [12]   5174/4 5179/10 5186/15 5186/19
  5186/23 5190/20 5190/21 5194/5 5196/12
  5196/20 5197/7 5197/8
general [2]   5173/13 5186/4
generosity [2]   5175/6 5184/24
generous [1]   5198/8
gentleman [7]   5162/18 5163/3 5170/17
  5170/20 5171/3 5172/4 5177/20
gentlemen [3]   5191/7 5200/1 5206/18
get [12]   5177/12 5178/19 5182/13 5183/9
  5184/18 5190/18 5191/21 5193/19 5202/5
  5203/22 5205/19 5206/21
getting [4]   5174/10 5174/11 5194/12 5194/13
gift [1]   5179/3
gifts [2]   5174/2 5178/17
give [9]   5151/10 5166/22 5169/7 5171/20
  5183/6 5190/25 5194/7 5197/6 5203/6
given [6]   5152/10 5158/15 5179/3 5186/22
  5206/9 5206/24
giving [8]   5156/17 5156/20 5156/24 5157/21
  5173/1 5175/12 5182/7 5190/4
gmail.com [1]   5149/16
go [9]   5157/2 5160/12 5181/4 5185/25
  5189/20 5191/7 5205/14 5206/14 5206/20
go ahead [1]   5157/2
going [30]   5155/13 5160/9 5160/10 5160/13
  5160/18 5161/16 5162/15 5162/25 5166/17
  5167/3 5169/7 5170/6 5175/16 5176/5 5176/9
  5180/8 5182/20 5185/17 5189/20 5194/16
  5197/10 5203/8 5203/23 5204/12 5205/4
  5206/19 5206/21 5206/23 5207/14 5207/22
gone [1]   5206/16
good [7]   5152/2 5177/12 5177/24 5181/2
  5191/4 5198/16 5203/2
got [14]   5178/9 5178/19 5187/15 5188/5
  5188/10 5188/22 5190/4 5190/15 5193/4
  5193/6 5193/11 5202/4 5204/11 5207/2
gotten [1]   5202/13
government [105]
government's [5]   5150/5 5163/1 5189/13
  5198/19 5206/22
grainy [1]   5173/4
graph [1]   5197/20
gratitude [1]   5175/1
great [1]   5206/25
green [2]   5169/8 5169/20
group [6]   5160/19 5160/19 5160/22 5160/25
  5200/3 5200/13
gun [1]   5189/19

**H**

had [31]   5151/12 5152/17 5154/3 5154/3
  5155/11 5155/20 5156/11 5156/12 5159/13
  5160/2 5160/2 5161/9 5161/10 5161/12
  5161/24 5162/3 5162/7 5171/3 5171/7 5172/23
  5173/10 5174/19 5175/21 5178/1 5196/24
  5200/18 5201/15 5203/20 5204/3 5204/4
  5206/6
hadn't [1]   5156/13
Haftar [10]   5155/12 5155/14 5185/18 5186/4
  5199/22 5200/4 5200/8 5200/12 5200/19
  5201/3
Haftar's [4]   5185/21 5185/25 5200/24 5201/1
Hamid [2]   5156/21 5156/25
hand [5]   5151/17 5151/22 5170/21 5170/25
  5200/18
handed [3]   5178/23 5179/15 5179/17
handgun [1]   5189/19
handling [1]   5206/10
handwriting [2]   5159/8 5162/4
happened [1]   5159/9
happy [1]   5166/23
hard [4]   5192/4 5194/19 5202/2 5202/12
has [8]   5162/16 5169/24 5177/24 5181/2
  5181/3 5188/21 5208/5 5208/6
hasn't [1]   5152/25

have [35]   5151/5 5152/4 5152/12 5152/12
  5152/22 5153/12 5153/21 5155/7 5156/23
  5157/1 5157/14 5157/14 5157/19 5160/2
  5161/3 5163/4 5169/7 5173/3 5173/9 5173/11
  5181/5 5182/20 5185/11 5185/14 5188/19
  5192/4 5194/21 5195/13 5201/14 5202/15
  5203/9 5203/10 5206/15 5206/25 5208/16
haven [1]   5185/25
haven't [2]   5160/17 5203/21
having [5]   5151/9 5155/24 5179/5 5184/1
  5184/4
he [54]   5151/12 5151/14 5151/21 5152/25
  5153/8 5153/9 5153/10 5153/11 5153/13
  5153/14 5153/14 5153/20 5154/25 5155/1
  5155/1 5156/23 5157/14 5162/20 5162/22
  5163/21 5163/21 5164/20 5165/8 5166/4
  5166/25 5171/16 5173/1 5173/16 5176/10
  5177/19 5178/1 5180/8 5180/24 5181/1 5181/2
  5181/3 5185/11 5185/14 5185/16 5185/16
  5185/17 5185/20 5185/20 5185/24 5185/24
  5185/25 5190/4 5190/5 5190/8 5200/11
  5200/20 5201/3 5203/20 5207/13
he didn't [2]   5180/24 5185/14
he said [4]   5153/14 5190/5 5190/8 5207/13
he's [5]   5151/20 5169/5 5177/16 5178/4
  5178/4
head [2]   5173/8 5205/11
headed [1]   5200/4
heading [1]   5200/11
hear [2]   5187/14 5207/23
Hello [1]   5198/17
help [6]   5177/7 5177/9 5180/7 5180/13
  5180/23 5182/7
helped [1]   5159/24
helps [1]   5186/12
her [3]   5193/14 5193/15 5193/15
here [14]   5159/14 5160/25 5161/9 5165/1
  5165/20 5168/22 5169/3 5170/17 5172/4
  5172/12 5196/3 5197/20 5198/4 5199/1
hide [1]   5185/20
hideout [1]   5185/17
high [1]   5195/24
high-rise [1]   5195/24
highlight [1]   5168/6
highlighter [1]   5169/8
him [50]   5151/18 5151/23 5153/25 5154/7
  5154/23 5154/24 5156/17 5156/20 5156/24
  5163/4 5163/5 5163/6 5163/7 5163/8 5163/8
  5163/9 5163/13 5163/15 5165/12 5167/1
  5171/3 5171/4 5171/5 5171/7 5171/20 5172/1
  5172/25 5173/18 5175/12 5175/12 5176/13
  5177/25 5180/8 5182/1 5182/2 5182/6 5182/6
  5182/7 5183/21 5185/11 5185/14 5185/22
  5186/1 5199/11 5203/14 5203/23 5206/2
  5206/3 5206/9 5207/13
himself [1]   5175/23
his [20]   5151/23 5151/24 5153/4 5153/19
  5154/4 5173/18 5179/25 5180/8 5180/10
  5180/11 5180/13 5180/15 5180/20 5180/21
  5182/8 5185/22 5199/23 5200/11 5204/23
  5206/7
Hold [3]   5151/6 5172/9 5186/21
home [4]   5163/9 5163/14 5163/15 5195/22
honor [38]   5151/4 5151/25 5152/2 5152/9
  5152/16 5152/21 5153/10 5155/9 5155/13
  5155/22 5159/1 5159/3 5163/20 5166/19
  5168/15 5171/16 5173/22 5177/6 5181/11
  5182/18 5187/1 5188/16 5189/1 5189/24
  5192/19 5197/14 5198/9 5198/11 5202/16
  5202/24 5203/2 5203/17 5206/5 5207/3
  5207/24 5208/8 5208/10 5208/18
HONORABLE [2]   5148/10 5192/14
hope [1]   5155/19
hour [2]   5161/24 5201/10
hours [1]   5160/8
house [7]   5167/13 5169/25 5185/2 5185/6
  5189/19 5195/14 5195/16
houses [2]   5167/15 5168/12

## H

how [20]   5153/17 5160/2 5160/4 5162/14
5168/1 5168/1 5171/19 5178/22 5179/1
5180/15 5180/20 5182/2 5187/7 5190/25
5191/13 5194/21 5195/25 5202/1 5202/8
5205/5

## I

I am [2]   5155/5 5206/21
I believe [10]   5151/14 5154/2 5154/6
5154/13 5154/20 5170/8 5185/4 5204/10
5204/13 5206/1
I can [1]   5173/9
I can't [1]   5176/24
I cannot [2]   5163/17 5175/9
I did [4]   5160/25 5175/14 5181/19 5181/19
I didn't [1]   5167/25
I don't [18]   5156/16 5160/4 5163/13 5163/17
5164/7 5172/8 5175/4 5176/4 5176/5 5176/12
5176/25 5194/25 5195/1 5196/14 5196/21
5196/23 5197/9 5206/6
I don't have [1]   5202/15
I don't know [8]   5162/14 5163/9 5167/11
5176/4 5187/18 5197/2 5197/4 5205/13
I don't mean [1]   5169/6
I don't recall [5]   5178/3 5182/4 5182/9
5184/3 5184/16
I don't think [2]   5158/15 5162/9
I gave [1]   5172/25
I have [5]   5152/4 5157/14 5161/3 5173/9
5173/11
I hope [1]   5155/19
I just [5]   5153/19 5154/6 5188/20 5195/8
5206/2
I know [3]   5154/2 5154/20 5163/13
I mean [5]   5160/19 5163/8 5170/15 5175/13
5187/25
I should [1]   5169/7
I think [8]   5155/5 5165/25 5168/5 5171/21
5172/9 5203/11 5205/4 5205/8
I thought [2]   5156/8 5186/22
I told [1]   5198/1
I understand [1]   5179/14
I want [4]   5181/4 5186/6 5189/12 5193/23
I wanted [2]   5201/17 5201/17
I was [7]   5154/16 5156/8 5160/20 5161/8
5181/11 5185/12 5201/9
I work [1]   5187/9
I would [4]   5152/9 5159/1 5168/15 5205/14
I'd [1]   5162/17
I'll [20]   5155/15 5158/16 5158/17 5163/24
5165/7 5168/19 5169/17 5170/6 5177/12
5186/9 5187/1 5188/2 5189/3 5189/23 5190/10
5191/21 5194/16 5203/3 5206/3 5206/5
I'm [50]   5153/21 5155/4 5155/13 5160/1
5160/18 5162/5 5162/7 5162/15 5162/25
5163/22 5163/23 5165/18 5165/19 5166/15
5166/17 5166/19 5167/3 5169/6 5169/7
5169/11 5170/6 5171/5 5171/6 5172/9 5172/11
5177/2 5177/3 5177/6 5177/15 5178/11 5180/3
5180/10 5180/19 5181/19 5182/10 5182/11
5182/24 5183/23 5186/17 5186/21 5189/20
5191/14 5193/5 5193/21 5194/16 5197/10
5198/6 5204/12 5207/6 5207/17
I'm going [5]   5160/18 5162/15 5166/17
5169/7 5204/12
I'm just [4]   5153/21 5160/1 5165/19 5166/19
I'm not [4]   5163/22 5165/18 5169/6 5182/10
I'm sorry [13]   5172/9 5172/11 5177/6
5178/11 5180/10 5180/19 5182/24 5183/23
5186/17 5189/20 5193/5 5207/6 5207/17
I've [2]   5171/4 5206/6
idea [1]   5152/4
identifications [1]   5151/24
identified [8]   5151/11 5151/13 5152/25
5153/20 5154/4 5162/15 5169/14 5173/20
identify [7]   5151/12 5151/24 5153/25

identifying [1]   5162/18
Igtet [9]   5176/15 5176/23 5176/23 5177/4
5177/14 5177/23 5179/25 5180/7 5181/3
impeaching [1]   5190/8
impeachment [7]   5190/2 5207/12 5207/15
5207/16 5207/25 5208/2 5208/6
important [2]   5182/17 5183/17
impossible [1]   5177/8
improper [1]   5190/2
incident [1]   5163/23
include [1]   5208/11
INDEX [1]   5150/2
Indiana [1]   5148/21
indicated [2]   5174/1 5203/18
individual [1]   5151/21
individuals [1]   5151/11
information [11]   5159/24 5160/6 5160/18
5160/24 5161/3 5161/5 5186/13 5204/24
5204/25 5205/20 5208/5
injured [1]   5200/6
inquire [1]   5192/3
installments [1]   5171/22
instead [1]   5184/1
insultingly [1]   5184/13
intended [1]   5203/20
interested [1]   5185/16
Interpreter [1]   5149/9
INTERPRETERS [1]   5156/1
interrupt [1]   5169/6
intersection [1]   5169/13
intervention [1]   5154/17
interviews [2]   5175/22 5176/11
interweave [1]   5153/17
introduce [1]   5168/16
involved [2]   5176/15 5176/18
is [89]
is that correct [1]   5169/21
is that right [5]   5162/21 5179/3 5185/7
5196/13 5196/17
is there [3]   5153/7 5199/1 5205/21
isn't [1]   5153/3
issue [6]   5152/3 5205/22 5205/23 5205/24
5206/2 5206/3
issues [1]   5207/22
it [92]
it's [24]   5155/5 5155/15 5155/15 5158/8
5163/1 5165/18 5167/12 5167/22 5170/8
5175/6 5177/12 5178/14 5179/1 5179/24
5188/5 5188/7 5188/22 5189/9 5190/10
5194/19 5196/3 5204/11 5204/23 5204/23
its [1]   5208/6
itself [1]   5196/2

## J

Jeffrey [1]   5149/2
Jeffrey.Robinson [1]   5149/7
Jessica [1]   5205/7
Jihani [11]   5151/13 5151/16 5153/3 5153/20
5154/3 5154/11 5154/14 5154/20 5155/3
5170/15 5170/18
John [3]   5148/13 5151/14 5154/3
John.D.Crabb [1]   5148/17
joint [2]   5152/13 5152/17
Jr [1]   5148/13
JUDGE [2]   5148/11 5192/14
Judiciary [1]   5148/14
julieanne.himelstein [1]   5148/17
jury [17]   5148/10 5155/18 5159/2 5162/17
5163/2 5166/3 5168/19 5169/18 5170/9
5188/15 5189/3 5191/9 5192/17 5200/2
5202/12 5206/16 5207/1
just [39]   5152/3 5152/20 5153/19 5153/21
5154/6 5154/15 5154/16 5160/1 5160/20
5160/20 5165/19 5166/7 5166/19 5166/25
5167/13 5177/11 5182/1 5184/1 5185/6
5185/22 5185/23 5186/6 5186/12 5188/20
5188/22 5191/16 5191/19 5192/21 5195/8

**J**

just... [10]  5200/19 5203/12 5204/23
  5204/24 5205/4 5205/12 5206/2 5207/12
  5207/14 5208/15
Justice [1]  5184/14
Justin [1]  5172/13

**K**

Kamel [1]  5149/9
KAUFMANN [1]  5149/4
keep [1]  5152/6
Kennedy [1]  5192/2
Khalifa [2]  5200/4 5200/11
KHATALLAH [51]  5148/7 5154/5 5159/25
  5163/14 5163/15 5163/18 5164/3 5164/6
  5164/19 5164/22 5169/9 5169/10 5171/10
  5172/6 5172/17 5172/24 5174/15 5175/13
  5175/17 5175/21 5176/9 5176/19 5177/18
  5177/24 5180/7 5180/13 5180/23 5181/1
  5181/6 5181/16 5181/22 5183/1 5184/1
  5185/4 5185/5 5186/3 5186/10 5186/18 5187/4
  5189/17 5190/15 5190/22 5199/8 5199/11
  5199/15 5199/18 5199/23 5200/15 5200/24
  5201/1
Khatallah's [5]  5151/16 5151/22 5163/9
  5170/21 5170/25
kill [10]  5181/5 5181/15 5181/22 5182/1
  5182/2 5182/6 5182/6 5182/7 5183/21 5184/1
killed [1]  5200/6
kilometers [1]  5167/10
kind [1]  5204/11
knew [2]  5184/9 5199/11
knock [1]  5206/19
know [33]  5153/6 5153/12 5153/13 5153/24
  5154/1 5154/2 5154/5 5154/20 5162/14 5163/7
  5163/9 5163/13 5164/5 5164/22 5167/11
  5176/4 5176/24 5177/2 5177/3 5177/15 5186/3
  5187/11 5187/18 5193/23 5194/14 5195/25
  5197/2 5197/2 5197/4 5197/4 5197/5 5198/5
  5205/13
known [1]  5178/4
Krueger [1]  5205/7

**L**

ladies [3]  5191/7 5200/1 5206/18
lady [2]  5193/14 5193/20
Laithi [5]  5167/8 5167/21 5167/23 5199/10
  5199/12
land [1]  5191/2
language [1]  5196/16
last [14]  5151/9 5155/12 5158/2 5159/20
  5161/19 5166/18 5166/20 5166/22 5176/17
  5176/21 5177/11 5202/13 5203/17 5206/1
lasted [1]  5160/7
later [4]  5155/14 5180/1 5190/7 5193/12
law [2]  5152/5 5152/13 5152/18
lbkmlaw.com [3]  5149/6 5149/7 5149/7
leader [2]  5200/7 5200/20
lease [1]  5204/5
leave [1]  5206/16
left [1]  5207/12
Leslie [1]  5149/2
let [7]  5178/7 5178/8 5190/18 5193/19
  5198/18 5200/24 5206/14
let's [2]  5191/6 5207/23
Lewis [2]  5149/2 5149/3
Libya [18]  5160/15 5170/1 5170/11 5170/24
  5171/2 5171/7 5174/1 5174/7 5174/10 5174/23
  5179/1 5182/10 5184/6 5186/19 5193/2
  5197/24 5201/8 5201/23
Libyan [6]  5157/19 5158/7 5171/21 5172/24
  5172/25 5176/14
life [1]  5201/12
light [1]  5184/13
like [10]  5152/7 5158/1 5160/20 5168/6
  5182/17 5203/13 5204/6 5205/14 5207/14
  5208/16

likely [1]  5203/14
line [6]  5155/12 5199/3 5199/4 5199/9
  5199/13 5199/19
list [1]  5203/19
listed [4]  5199/1 5199/5 5199/9 5199/13
litigate [1]  5208/15
little [1]  5184/14
live [2]  5195/20 5199/11
lives [2]  5169/9 5169/10
living [1]  5196/5
located [1]  5200/10
location [1]  5185/17
lodging [5]  5194/12 5194/22 5196/1 5196/25
  5197/1
long [6]  5161/21 5162/8 5167/10 5167/22
  5189/21 5202/3
longer [2]  5167/24 5191/13
longest [2]  5160/7 5167/25
look [2]  5152/7 5160/5
looking [2]  5173/6 5185/24
lost [1]  5165/25
lot [8]  5156/12 5156/17 5160/16 5161/4
  5161/17 5161/18 5173/20 5187/12
lots [2]  5152/6 5167/15
luck [1]  5173/18
lunch [1]  5155/20
lure [2]  5175/17 5176/9

**M**

made [2]  5175/21 5203/20
MAGED [1]  5156/1
main [1]  5169/1
maintained [1]  5152/5
MAJRISI [1]  5155/24
make [4]  5155/14 5168/7 5188/20 5206/3
man [4]  5151/17 5151/22 5170/21 5170/25
many [19]  5156/22 5156/22 5159/12 5159/19
  5160/2 5160/4 5162/6 5162/11 5162/12
  5162/14 5162/14 5172/21 5172/21 5172/22
  5172/22 5173/9 5175/4 5175/5 5179/16
map [1]  5168/4
March [2]  5172/9 5187/20
mark [7]  5158/17 5168/1 5169/8 5169/11
  5170/6 5188/2 5194/16
marked [1]  5169/7
Martyrs [2]  5162/20 5162/22
mary [2]  5148/19 5148/23
material [2]  5151/25 5208/1
materials [1]  5152/7
matter [5]  5151/5 5187/10 5191/21 5206/7
  5209/4
matters [1]  5166/24
may [11]  5188/16 5188/17 5189/24 5189/25
  5197/12 5198/11 5198/12 5202/24 5202/25
  5205/12 5206/22
maybe [3]  5172/8 5186/21 5203/6
me [31]  5159/15 5159/17 5159/23 5160/14
  5166/5 5166/13 5166/13 5166/22 5166/22
  5168/6 5169/23 5170/2 5170/22 5173/12
  5178/7 5178/8 5181/1 5181/2 5184/20 5185/5
  5187/10 5189/18 5189/19 5190/18 5190/20
  5193/19 5193/20 5198/6 5198/18 5200/24
  5202/2
meal [2]  5174/19 5174/25
mean [14]  5160/19 5163/8 5165/17 5165/24
  5169/4 5169/6 5170/15 5173/5 5174/21
  5175/13 5178/22 5187/25 5196/8 5207/6
Meaning [1]  5178/23
means [1]  5165/11
measure [1]  5167/11
mechanical [1]  5149/17
medical [1]  5195/3
meet [8]  5163/3 5175/22 5179/9 5180/8
  5182/20 5193/2 5193/12 5193/22
meeting [30]  5158/11 5158/20 5160/7 5161/24
  5162/8 5163/5 5163/12 5166/3 5172/12 5174/9
  5174/18 5174/22 5174/24 5175/11 5175/15
  5176/10 5176/16 5176/18 5177/20 5178/2

# M

meeting... [10]   5178/20 5179/5 5179/15
5179/24 5180/5 5192/23 5193/5 5193/7
5193/24 5194/3
meetings [14]   5159/13 5160/1 5160/2 5161/9
5162/11 5162/12 5162/14 5172/21 5172/22
5175/4 5175/5 5179/16 5179/18 5208/13
member [2]   5162/20 5162/22
members [5]   5174/19 5174/24 5192/23 5193/9
5193/24
memory [1]   5173/11
mental [1]   5181/24
mention [1]   5171/14
mentioned [1]   5171/11
Merit [1]   5149/11
met [15]   5159/19 5160/15 5162/6 5163/8
5163/13 5163/15 5170/11 5172/19 5173/10
5175/7 5179/2 5180/1 5193/11 5193/14
5193/15
Michael [1]   5148/13
michael.dilorenzo [1]   5148/18
Michelle [1]   5148/19
MIDDLEMISS [1]   5149/4
might [3]   5181/5 5181/17 5206/16
military [2]   5200/3 5200/7
million [13]   5183/10 5183/13 5183/13
5183/16 5184/9 5184/15 5187/15 5187/17
5187/20 5187/24 5188/10 5188/11 5201/20
mind [1]   5186/9
minute [1]   5201/9
minutes [3]   5191/16 5198/20 5199/21
misidentified [2]   5155/1 5155/2
mission [3]   5164/17 5164/18 5180/25
misspoke [1]   5194/7
misstate [1]   5171/19
moment [2]   5191/19 5202/11
moments [1]   5181/17
money [42]   5171/13 5171/14 5171/19 5173/25
5174/6 5174/11 5175/5 5178/19 5178/23
5179/18 5182/17 5183/18 5184/12 5184/12
5184/22 5186/16 5186/19 5186/23 5186/23
5187/2 5187/11 5187/25 5190/4 5190/6
5190/15 5190/18 5190/22 5190/25 5194/22
5194/24 5195/25 5197/24 5197/24 5197/25
5201/5 5201/15 5201/17 5201/20 5202/5
5202/5 5202/10 5202/13
month [3]   5159/20 5175/9 5195/10
months [2]   5161/19
more [9]   5161/17 5173/6 5181/15 5182/17
5183/17 5191/16 5192/21 5193/15 5201/15
Mormon [2]   5191/25 5192/2
morning [2]   5190/10 5208/19
mortgage [2]   5195/7 5195/10
most [1]   5195/1
move [8]   5159/1 5166/14 5166/15 5168/16
5183/16 5188/13 5197/10 5197/17
moved [5]   5159/4 5168/18 5189/2 5192/22
5197/15
Mr [1]   5154/6
Mr. [57]   5151/22 5154/5 5154/9 5156/7
5163/18 5164/3 5164/6 5164/19 5164/22
5170/24 5171/9 5171/10 5172/5 5172/6
5172/12 5172/17 5174/15 5175/13 5175/17
5175/21 5176/9 5176/19 5177/18 5179/25
5180/7 5180/13 5180/23 5181/4 5181/6 5181/8
5181/15 5181/22 5183/1 5184/1 5185/1 5185/4
5185/5 5186/3 5186/10 5186/18 5187/4
5189/17 5190/15 5190/22 5198/10 5198/16
5198/18 5199/11 5199/15 5199/18 5199/21
5199/23 5201/1 5201/4 5201/19 5202/4
5202/10
Mr. Abu [35]   5154/5 5154/9 5163/18 5164/3
5164/6 5164/19 5164/22 5170/24 5171/10
5172/6 5172/17 5174/15 5175/13 5175/17
5175/21 5176/9 5176/19 5177/18 5180/7
5180/13 5180/23 5181/15 5181/22 5183/1
5184/1 5185/1 5185/4 5185/5 5186/3 5186/10

5186/18 5187/4 5189/17 5198/10 5190/22
Mr. Abu Khatallah [1]   5181/6
Mr. Abu Khatallah's [1]   5151/22
Mr. Ali [7]   5198/16 5198/18 5199/21 5201/4
5201/19 5202/4 5202/10
Mr. Clarke [2]   5172/5 5172/12
Mr. Crabb [5]   5156/7 5171/9 5181/4 5181/8
5198/10
Mr. Igtet [1]   5179/25
Mr. Khatallah [5]   5199/11 5199/15 5199/18
5199/23 5201/1
Ms. [3]   5153/16 5155/21 5192/18
Ms. Peterson [2]   5155/21 5192/18
Ms. Petras [1]   5153/16
much [8]   5151/9 5175/5 5190/25 5191/13
5194/21 5195/25 5202/1 5202/8
Mustafa [2]   5149/9 5156/1
my [13]   5158/24 5159/8 5162/4 5162/4
5184/23 5187/18 5189/19 5190/24 5191/24
5195/2 5195/2 5198/3 5201/17
myself [3]   5159/23 5159/23 5169/7

# N

name [19]   5159/25 5176/17 5176/21 5177/11
5179/25 5180/8 5180/10 5180/11 5180/14
5180/15 5180/20 5180/21 5188/1 5188/20
5188/20 5193/15 5199/1 5199/5 5200/11
names [1]   5156/22
Nassar [1]   5149/3
need [11]   5151/22 5153/22 5173/2 5183/4
5204/8 5205/14 5205/15 5207/4 5207/9
5207/11 5207/16
needed [2]   5185/17 5185/20
needs [1]   5198/3
never [5]   5151/20 5171/3 5171/7 5184/20
5186/9
news [4]   5203/2 5203/3 5203/3 5203/8
next [5]   5179/9 5187/23 5190/10 5190/18
5203/7
nice [1]   5155/20
night [9]   5186/16 5186/18 5190/5 5190/6
5190/15 5190/17 5192/3 5203/19 5206/25
no [62]   5148/4 5152/4 5154/25 5155/3
5158/12 5159/3 5159/17 5160/11 5162/9
5163/4 5164/4 5164/21 5164/24 5165/21
5166/7 5166/10 5167/19 5167/24 5168/8
5168/17 5169/11 5169/24 5170/1 5170/16
5170/19 5171/1 5171/4 5171/8 5172/3 5173/6
5175/19 5176/25 5179/20 5182/15 5183/2
5183/8 5183/14 5183/19 5184/10 5184/20
5185/15 5186/13 5186/20 5186/25 5188/1
5188/2 5188/19 5189/1 5190/5 5192/8 5194/11
5195/8 5195/15 5195/19 5195/24 5197/14
5198/9 5200/17 5202/9 5202/16 5205/10
5208/18
No. [1]   5168/2
Nobody [1]   5159/17
None [2]   5193/3 5202/15
not [49]   5151/21 5152/5 5152/5 5152/14
5152/16 5153/2 5153/14 5155/3 5158/9
5161/21 5163/4 5163/22 5164/19 5165/18
5165/18 5166/20 5167/11 5167/12 5167/13
5168/4 5168/25 5169/6 5169/7 5169/23
5170/24 5171/1 5171/5 5173/1 5177/12
5177/19 5179/21 5182/1 5182/10 5182/22
5183/20 5184/12 5184/20 5185/22 5187/15
5190/7 5193/8 5195/19 5196/3 5200/20 5204/8
5204/14 5204/19 5206/12 5207/25
nothing [2]   5152/17 5181/11
November [5]   5148/6 5160/3 5179/2 5184/6
5209/7
now [11]   5154/21 5160/15 5163/22 5171/5
5177/22 5178/4 5187/8 5191/24 5200/21
5201/19 5201/22
nucleus [1]   5200/9
number [17]   5156/20 5156/25 5157/17 5157/18
5157/21 5158/7 5158/16 5158/16 5168/12
5168/16 5179/11 5179/13 5184/13 5199/13

**N**

number... [3]   5199/15 5201/4 5204/20
numbers [18]   5156/9 5156/13 5156/15 5156/17
 5156/22 5157/9 5157/10 5157/20 5157/25
 5158/9 5158/22 5159/7 5170/1 5179/4 5179/11
 5179/13 5179/14 5204/25
numerous [2]   5153/20 5208/16
NW [4]   5148/15 5148/21 5149/4 5149/13

**O**

O'Donnell [7]   5172/13 5203/13 5203/16
 5203/18 5205/13 5205/22 5206/6
objection [11]   5159/3 5163/20 5165/2
 5168/17 5171/16 5173/22 5181/10 5188/19
 5189/1 5192/8 5197/14
obtain [1]   5159/24
obviously [1]   5208/11
occasion [1]   5181/15
occasions [2]   5159/19 5162/7
October [12]   5158/20 5159/9 5160/3 5160/3
 5161/23 5162/2 5175/7 5175/25 5175/25
 5178/9 5178/9 5182/23
off [1]   5206/19
offered [1]   5181/22
offering [1]   5184/14
OFFICE [1]   5148/14
officers [2]   5200/8 5200/19
official [2]   5149/12 5186/13
Oh [2]   5180/19 5197/13
okay [27]   5151/6 5152/20 5152/23 5155/17
 5162/15 5167/25 5169/6 5169/23 5170/5
 5176/24 5177/15 5178/6 5188/20 5188/24
 5191/17 5193/16 5193/18 5193/23 5195/6
 5197/5 5202/18 5206/13 5206/24 5207/20
 5208/9 5208/15 5208/16
once [6]   5173/11 5187/25 5193/4 5193/6
 5194/22 5202/4
one [38]   5151/5 5151/6 5151/13 5153/11
 5153/20 5154/18 5154/25 5156/23 5157/9
 5157/14 5157/25 5158/8 5158/15 5159/12
 5161/25 5166/24 5167/13 5167/21 5169/5
 5173/15 5179/16 5179/18 5181/9 5181/15
 5181/17 5186/6 5186/8 5191/19 5199/23
 5200/12 5200/13 5200/19 5204/1 5204/1
 5204/14 5205/5 5207/16 5208/15
one-time [1]   5181/9
ones [2]   5153/11 5174/21
ongoing [1]   5200/16
only [6]   5159/18 5169/24 5186/14 5193/17
 5206/3 5207/18
open [6]   5188/25 5190/12 5191/18 5192/11
 5206/12 5206/17
operation [3]   5152/13 5152/17 5178/15
operations [1]   5201/11
option [1]   5183/16
order [1]   5192/15
ordered [1]   5151/9
organizations [2]   5187/12 5200/7
originally [1]   5182/16
other [17]   5151/19 5153/1 5161/4 5166/25
 5167/24 5172/5 5173/21 5182/11 5186/4
 5193/9 5199/24 5200/14 5200/25 5201/1
 5205/22 5208/5 5208/16
our [4]   5151/23 5191/6 5203/4 5203/10
ours [1]   5158/16
out [2]   5173/7 5203/6
outside [1]   5197/20
over [15]   5156/11 5156/15 5159/19 5160/5
 5160/9 5160/12 5161/6 5161/19 5172/4
 5174/25 5181/4 5182/23 5191/23 5202/12
 5202/22
overnight [1]   5205/20
overrule [2]   5163/24 5165/7
overruled [2]   5165/8 5165/11
own [4]   5153/19 5195/14 5195/16 5195/19

**P**

p.m [4]   5148/6 5192/12 5192/12 5208/20
page [9]   5166/18 5166/20 5166/22 5167/3
 5169/24 5185/24 5189/14 5198/19 5198/24
paid [20]   5174/7 5174/10 5178/9 5178/19
 5179/2 5180/5 5187/11 5194/12 5194/13
 5194/22 5195/10 5195/25 5196/15 5196/19
 5196/24 5196/25 5197/24 5197/24 5198/5
 5198/7
paper [5]   5158/10 5158/14 5158/19 5159/6
 5195/5
Pardon [2]   5179/12 5197/3
part [8]   5161/4 5169/10 5175/21 5178/1
 5178/18 5193/5 5193/7 5202/12
particular [1]   5207/12
parts [2]   5169/2 5208/1
pass [1]   5153/16
past [1]   5208/16
pay [4]   5195/6 5195/7 5195/7 5195/13
paying [3]   5196/4 5196/7 5196/12
payments [2]   5178/14 5178/16
Pennsylvania [1]   5149/4
people [15]   5151/13 5153/20 5160/22 5172/5
 5173/9 5173/11 5173/21 5186/8 5187/6
 5193/10 5193/21 5193/22 5193/24 5200/4
 5200/5
per [2]   5196/7 5196/20
period [3]   5161/7 5195/17 5202/3
perpendicular [1]   5169/2
person [17]   5151/12 5151/15 5151/16 5153/8
 5154/4 5154/8 5154/11 5154/13 5154/24
 5159/25 5173/15 5177/24 5178/20 5186/12
 5203/10 5207/18 5207/19
personal [3]   5178/22 5189/19 5191/21
personality [1]   5177/16
pertaining [1]   5178/14
peterson [4]   5148/19 5148/23 5155/21
 5192/18
petras [3]   5148/19 5148/23 5153/16
phone [14]   5156/9 5156/13 5156/15 5156/17
 5156/20 5156/24 5157/10 5157/17 5157/21
 5158/22 5159/7 5204/20 5204/20 5204/24
phones [5]   5204/18 5204/18 5204/19 5204/22
 5205/6
photo [4]   5153/5 5153/6 5154/18 5155/5
photograph [4]   5153/13 5154/7 5154/10
 5155/7
photographs [3]   5153/9 5153/9 5161/15
photos [5]   5151/19 5151/22 5152/23 5153/1
 5153/21
picture [1]   5170/12
pictures [2]   5151/15 5151/18
piece [6]   5158/10 5158/13 5158/19 5159/6
 5195/5 5205/12
pile [1]   5179/17
pistol [1]   5186/23
place [2]   5185/20 5191/4
Plaintiff [1]   5148/4
plan [1]   5174/15
planned [2]   5204/4 5205/3
planning [1]   5203/12
please [8]   5155/6 5158/3 5192/14 5197/17
 5199/7 5200/1 5202/11 5202/21
PLLC [1]   5149/4
plus [4]   5178/16 5178/17 5178/17 5179/3
point [2]   5153/13 5183/20
port [2]   5164/12 5166/4
portion [1]   5184/18
position [1]   5178/5
positively [1]   5151/11
possession [1]   5208/7
possible [3]   5179/4 5179/4 5192/4
possibly [5]   5157/25 5158/7 5158/8 5160/4
 5205/12
potential [1]   5182/13
precise [1]   5190/4
precisely [1]   5175/9

**P**

preliminary [1]   5151/5
preparation [1]   5161/12
prepare [3]   5159/13 5159/15 5161/9
prepared [1]   5207/19
prepares [1]   5159/17
preparing [1]   5161/19
present [1]   5164/19
president [1]   5178/5
presiding [1]   5192/14
pressure [3]   5181/17 5181/24 5181/24
pretty [1]   5203/4
previously [3]   5151/14 5155/25 5190/8
prior [4]   5203/19 5205/20 5205/24 5206/12
probably [4]   5156/15 5194/7 5194/14 5207/25
problem [2]   5155/4 5175/21
proceedings [3]   5149/17 5208/20 5209/4
process [1]   5206/10
produced [1]   5149/18
program [2]   5184/14 5196/16
promised [1]   5184/20
pronunciation [1]   5177/6
proper [1]   5207/25
propose [1]   5204/12
provide [3]   5152/1 5183/5 5203/19
provided [6]   5151/19 5156/12 5161/3 5172/23
 5207/5 5207/7
provides [1]   5207/21
pseudonym [4]   5158/24 5162/4 5188/22 5189/9
PUBLIC [1]   5148/20
publish [6]   5159/2 5168/19 5170/9 5188/15
 5189/3 5197/17
published [2]   5162/17 5163/1
purchased [1]   5191/24
push [1]   5206/23
put [2]   5158/16 5182/7

**Q**

question [13]   5155/13 5165/3 5165/10
 5165/12 5165/13 5166/9 5180/2 5180/18
 5181/10 5183/22 5186/9 5193/19 5206/12
questioning [1]   5155/12
questions [9]   5151/23 5154/5 5165/22 5190/3
 5192/21 5198/9 5201/5 5202/17 5206/6
quite [3]   5160/8 5168/12 5168/14

**R**

Rahman [3]   5157/22 5157/22 5157/24
raise [1]   5206/15
raised [3]   5152/3 5179/25 5203/18
ran [3]   5163/4 5163/6 5163/8
reach [1]   5205/1
reached [1]   5204/6
reaction [1]   5200/5
read [2]   5194/19 5203/6
read-out [1]   5203/6
ready [4]   5155/10 5166/15 5191/7 5206/20
real [2]   5163/4 5202/12
really [3]   5161/21 5190/3 5205/5
Realtime [1]   5149/11
reasons [1]   5203/12
recall [14]   5153/19 5162/18 5167/4 5167/6
 5174/24 5177/22 5178/3 5178/7 5182/4 5182/9
 5182/22 5184/3 5184/16 5189/16
receive [4]   5182/25 5183/15 5199/18 5201/23
received [10]   5187/17 5187/20 5187/23
 5194/23 5197/25 5201/5 5201/20 5202/5
 5202/10 5203/21
recently [1]   5193/15
Recess [1]   5192/12
recognition [1]   5173/4
recognize [3]   5173/10 5173/11 5188/3
recognized [1]   5189/18
recollection [2]   5177/17 5194/21
record [3]   5152/12 5166/20 5209/3
recorded [1]   5149/17
records [1]   5152/10

recovered [2]   5204/20 5204/22
RECROSS [1]   5150/4
redacted [1]   5188/21
REDIRECT [2]   5150/4 5198/14
reference [3]   5151/10 5153/7 5166/25
referenced [1]   5187/2
referred [1]   5161/22
reflected [1]   5208/13
refresh [1]   5177/17
regarding [2]   5155/12 5204/5
regards [1]   5186/12
Registered [1]   5149/11
reiterated [2]   5183/21 5183/25
relationship [3]   5177/24 5181/2 5181/3
relevance [1]   5155/11
relevant [1]   5155/16
remember [63]
remind [1]   5199/7
rent [4]   5195/6 5195/11 5195/13 5196/12
rental [1]   5195/20
rented [1]   5195/21
renting [3]   5195/14 5195/16 5195/23
repeat [6]   5158/2 5158/3 5165/25 5180/2
 5183/11 5183/22
repeated [1]   5183/25
rephrase [2]   5180/21 5190/11
Reporter [4]   5149/10 5149/11 5149/11
 5149/12
represent [3]   5159/23 5160/22 5161/6
representatives [13]   5159/21 5160/21 5161/1
 5170/11 5171/7 5174/21 5174/23 5175/22
 5176/11 5177/21 5178/21 5182/11 5187/9
representing [1]   5160/19
republish [1]   5169/17
request [3]   5151/25 5171/23 5172/1
required [1]   5204/14
resided [1]   5195/9
residing [1]   5176/14
respect [1]   5204/4
respected [1]   5198/6
rest [3]   5177/12 5193/12 5201/12
RESUMED [1]   5155/25
reviewed [3]   5160/24 5161/10 5161/12
revolution [2]   5164/9 5164/15
reward [11]   5182/13 5183/10 5184/9 5187/15
 5188/10 5188/11 5194/24 5197/25 5201/20
 5202/5 5203/25
rewards [2]   5184/14 5203/10
right [139]
right-hand [4]   5151/17 5151/22 5170/21
 5170/25
rise [1]   5195/24
RMR [2]   5209/2 5209/8
road [1]   5200/14
Robinson [1]   5149/2
Room [2]   5148/15 5149/14
run [1]   5185/25
running [1]   5178/5
runs [3]   5167/18 5168/9 5169/2

**S**

safe [1]   5185/25
safely [1]   5182/7
said [19]   5151/15 5153/14 5163/21 5166/10
 5173/15 5173/16 5176/2 5182/16 5182/16
 5183/17 5185/4 5186/8 5186/22 5189/20
 5190/5 5190/8 5202/13 5207/13 5207/13
sake [1]   5189/13
Salam [3]   5176/15 5176/22 5177/4
salaries [1]   5178/16
salary [1]   5201/23
SALIM [2]   5148/7 5199/6
same [6]   5154/1 5158/7 5160/20 5160/24
 5160/25 5190/17
Sara [1]   5149/9
saw [3]   5164/8 5168/5 5173/18
say [12]   5153/24 5159/18 5166/5 5171/1
 5171/5 5177/2 5177/3 5181/17 5181/19

say... — Suite

**say...** [3]   5184/23 5190/6 5201/19
**SAYID** [1]   5156/2
**saying** [3]   5166/5 5167/6 5189/18
**says** [5]   5169/24 5170/3 5188/7 5189/5
  5190/7
**schedule** [1]   5206/23
**scheduling** [1]   5203/12
**school** [1]   5196/18
**screen** [1]   5198/22
**search** [2]   5204/11 5204/17
**searched** [2]   5189/18 5204/19
**seated** [1]   5192/15
**second** [3]   5151/6 5166/22 5204/10
**second-to-the-last** [1]   5166/22
**section** [2]   5167/20 5208/2
**security** [1]   5207/22
**see** [20]   5152/20 5168/2 5168/9 5173/12
  5173/13 5177/11 5189/5 5191/7 5191/24
  5192/1 5194/18 5195/5 5197/12 5197/18
  5198/22 5199/13 5203/7 5206/14 5206/19
  5208/19
**seeing** [1]   5198/24
**seem** [1]   5154/16
**seen** [7]   5151/20 5160/16 5171/3 5171/4
  5171/5 5171/7 5173/9
**September** [17]   5160/3 5160/23 5163/11
  5163/16 5170/10 5170/13 5170/14 5170/24
  5171/6 5174/16 5174/24 5175/3 5182/24
  5196/19 5196/19 5197/1 5197/7
**session** [2]   5148/8 5192/13
**set** [5]   5151/8 5176/10 5176/16 5176/18
  5177/19
**setting** [1]   5176/7
**several** [2]   5172/19 5175/12
**Shakes** [1]   5205/11
**Shaltami** [1]   5186/8
**share** [2]   5160/18 5184/21
**shared** [1]   5174/18
**She'll** [2]   5177/7 5177/9
**shelli** [1]   5148/23
**ship** [3]   5154/8 5154/11 5154/24
**should** [8]   5152/12 5152/14 5169/7 5182/2
  5182/5 5182/6 5182/7 5205/1
**show** [14]   5152/10 5153/23 5153/24 5154/7
  5154/9 5154/10 5160/13 5162/15 5162/25
  5166/18 5167/3 5170/6 5170/12 5194/16
**showed** [7]   5151/18 5152/15 5154/15 5155/7
  5160/14 5161/15 5198/20
**showing** [1]   5198/18
**shown** [8]   5151/15 5153/4 5153/8 5153/9
  5153/11 5153/14 5154/18 5170/10
**side** [7]   5186/4 5199/23 5200/18 5200/24
  5200/25 5201/1 5201/2
**Sifarish** [1]   5200/13
**sign** [1]   5189/10
**signature** [2]   5188/5 5189/5
**signed** [2]   5189/5 5189/7
**significant** [1]   5182/13
**simply** [1]   5173/16
**since** [1]   5152/10
**sir** [27]   5156/7 5161/8 5161/22 5162/15
  5164/8 5166/8 5166/17 5168/20 5169/11
  5169/20 5170/6 5170/10 5171/9 5173/3
  5173/25 5177/3 5181/14 5188/3 5189/5
  5189/12 5190/14 5192/21 5193/23 5195/13
  5196/4 5197/18 5202/19
**sitting** [5]   5159/13 5165/6 5172/12 5192/24
  5193/21
**six** [1]   5160/5
**Slip** [1]   5172/8
**sloppy** [1]   5190/3
**so** [49]   5152/8 5153/23 5154/7 5154/17
  5155/3 5157/20 5158/7 5158/16 5159/4 5159/6
  5162/10 5162/17 5163/1 5163/7 5168/9
  5168/18 5169/2 5169/20 5170/8 5172/9
  5172/17 5173/14 5175/4 5175/5 5175/5

**so...** [15]   5176/11 5179/3 5179/23 5182/10 5185/11
  5189/2 5192/3 5193/21 5195/3 5195/10
  5196/11 5197/15 5200/7 5200/12 5201/16
  5203/2 5203/9 5203/10 5204/7 5205/1 5205/10
  5205/19 5206/14 5208/4
**so I think** [1]   5205/1
**So this is** [1]   5159/6
**solve** [1]   5155/4
**some** [9]   5151/11 5156/9 5160/5 5174/6
  5182/17 5193/11 5200/8 5203/12 5204/3
**somebody** [1]   5155/1
**someone** [2]   5154/22 5173/7
**something** [4]   5204/12 5206/10 5206/15
  5208/11
**sooner** [1]   5203/6
**sorry** [16]   5156/8 5172/9 5172/11 5177/6
  5178/11 5180/3 5180/10 5180/19 5182/24
  5183/23 5186/17 5189/20 5193/5 5197/13
  5207/6 5207/17
**sort** [1]   5181/9
**sound** [2]   5158/1 5197/23
**sounds** [1]   5204/6
**source** [1]   5152/17
**sources** [1]   5208/7
**special** [4]   5173/3 5203/16 5203/18 5205/13
**specific** [1]   5174/15
**specifically** [1]   5177/22
**spent** [1]   5161/18
**square** [1]   5169/3
**squares** [1]   5169/3
**stand** [3]   5155/25 5165/6 5184/23
**start** [5]   5155/11 5177/11 5198/18 5203/3
  5203/14
**started** [5]   5174/14 5193/5 5193/6 5193/23
  5194/3
**starting** [1]   5203/13
**State** [4]   5187/24 5188/7 5204/2 5204/5
**statements** [5]   5203/20 5205/20 5205/25
  5206/12 5208/14
**STATES** [42]   5148/1 5148/3 5148/11 5170/23
  5171/11 5171/23 5172/2 5172/6 5172/13
  5172/23 5175/23 5176/11 5176/14 5176/15
  5176/19 5177/20 5180/6 5180/24 5181/14
  5181/23 5182/12 5183/17 5184/5 5184/8
  5184/11 5184/17 5185/1 5186/19 5187/5
  5187/12 5190/21 5192/22 5192/24 5193/4
  5193/6 5193/7 5193/24 5193/25 5194/4 5194/4
  5194/23 5202/4
**stating** [1]   5166/19
**stenography** [1]   5149/17
**step** [1]   5178/8
**Stevens** [1]   5164/9
**still** [3]   5184/23 5203/21 5206/21
**stills** [1]   5154/19
**stipulate** [1]   5208/1
**stipulation** [4]   5204/6 5204/10 5204/14
  5205/1
**stipulations** [2]   5204/4 5208/16
**stop** [1]   5192/4
**story** [6]   5164/25 5165/5 5165/15 5165/17
  5166/6 5166/12
**street** [24]   5148/15 5167/7 5167/8 5167/9
  5167/13 5167/15 5167/22 5168/1 5168/2
  5168/9 5168/13 5168/22 5168/25 5169/1
  5169/9 5169/10 5169/12 5169/15 5169/20
  5169/24 5170/1 5170/3 5199/10 5199/12
**streets** [3]   5167/21 5167/24 5200/6
**strong** [2]   5173/11 5181/3
**subject** [1]   5206/7
**subscriber** [2]   5198/19 5199/1
**substituted** [2]   5188/23 5189/9
**success** [1]   5204/3
**such** [1]   5171/1
**sufficiently** [1]   5179/6
**suggested** [5]   5181/5 5181/8 5181/14 5182/1
  5182/2
**suggesting** [2]   5165/18 5181/11
**Suite** [2]   5148/21 5149/5

S

sum [1]   5190/22
summary [4]   5205/4 5205/5 5205/6 5205/10
sun [1]   5181/20
Suqi [1]   5149/9
sure [3]   5153/2 5191/5 5206/3
suspect [1]   5152/9
Sustained [3]   5166/24 5173/23 5181/12
SWORN [1]   5155/25

T

table [10]   5156/9 5156/12 5159/13 5172/5
 5173/12 5192/24 5193/9 5193/14 5193/20
 5193/21
take [6]   5178/8 5186/6 5191/6 5191/24
 5202/11 5207/22
taken [1]   5179/21
takes [1]   5205/8
taking [1]   5198/3
talk [2]   5174/20 5183/4
talked [1]   5179/24
talking [12]   5154/1 5173/25 5174/6 5174/14
 5177/2 5177/3 5177/15 5182/10 5182/11
 5183/4 5195/17 5204/20
team [1]   5174/24
telephone [1]   5156/22
tell [14]   5164/25 5165/15 5165/19 5166/3
 5166/12 5166/21 5170/23 5172/25 5173/7
 5173/12 5173/15 5181/1 5181/2 5202/12
telling [8]   5157/16 5172/4 5175/20 5176/8
 5180/6 5180/17 5182/5 5184/18
terms [1]   5179/21
terrorist [1]   5200/6
testified [3]   5155/25 5164/8 5166/25
testify [4]   5165/20 5183/21 5184/2 5206/9
testifying [5]   5159/15 5159/17 5167/4
 5182/14 5185/23
testimony [10]   5159/14 5161/9 5161/13
 5161/19 5183/5 5183/6 5202/12 5202/19
 5202/21 5206/8
than [7]   5153/18 5173/6 5181/15 5182/17
 5183/18 5205/22 5205/23
thank [5]   5155/22 5168/20 5192/19 5202/16
 5202/19
thank you [4]   5155/22 5192/19 5202/16
 5202/19
thanked [1]   5184/23
thankful [1]   5198/6
Thanks [1]   5192/9
that [256]
that's [25]   5153/13 5154/18 5159/8 5160/6
 5160/9 5162/4 5166/20 5167/22 5168/25
 5172/10 5173/18 5177/12 5181/8 5186/3
 5188/10 5189/7 5192/10 5192/23 5193/21
 5198/25 5205/6 5206/1 5206/2 5206/3 5208/2
their [5]   5173/8 5173/21 5174/25 5184/24
 5208/12
them [28]   5151/10 5151/10 5154/18 5157/10
 5157/14 5157/21 5158/8 5161/18 5172/19
 5172/25 5173/1 5173/10 5173/17 5175/7
 5178/18 5178/18 5183/3 5193/2 5193/3 5193/8
 5193/11 5195/3 5195/12 5198/6 5200/11
 5203/22 5205/19 5206/14
themselves [2]   5200/10 5200/10
then [13]   5153/21 5154/3 5179/2 5179/5
 5179/9 5181/4 5184/5 5184/25 5187/23
 5203/24 5204/3 5204/16 5205/3
there [31]   5151/10 5153/7 5162/9 5162/11
 5164/17 5164/18 5167/24 5168/3 5169/1
 5169/3 5170/1 5173/15 5175/4 5176/4 5182/16
 5195/9 5197/18 5199/1 5199/5 5199/22 5200/8
 5200/12 5200/15 5200/17 5204/25 5205/16
 5205/18 5205/21 5206/11 5207/22 5207/24
there's [11]   5167/12 5167/13 5167/15
 5168/12 5169/1 5183/17 5194/14 5203/2
 5203/24 5204/10 5207/25
these [6]   5151/22 5157/19 5159/7 5160/2

they [120]
they're [3]   5152/5 5173/13 5206/3
they've [1]   5154/21
thing [7]   5154/1 5160/25 5171/1 5177/23
 5181/9 5186/6 5205/3
things [6]   5160/10 5171/10 5182/17 5183/18
 5207/13 5208/11
think [14]   5155/5 5158/15 5162/9 5165/25
 5168/5 5171/21 5172/9 5175/16 5202/11
 5202/15 5203/11 5205/1 5205/4 5205/8
thinking [1]   5191/13
thirteen [1]   5176/2
this [85]
those [14]   5153/21 5156/23 5157/25 5158/9
 5158/22 5160/14 5160/16 5172/22 5173/11
 5179/18 5195/9 5201/11 5203/22 5208/13
thought [4]   5155/1 5156/8 5186/22 5191/23
thousand [2]   5176/2 5178/11
three [3]   5174/19 5174/24 5204/22
through [7]   5156/1 5167/18 5167/20 5170/13
 5205/14 5207/13 5208/7
Thursday [1]   5203/5
tickets [1]   5191/24
time [20]   5154/14 5154/21 5160/14 5161/18
 5164/20 5164/23 5166/4 5179/9 5181/9
 5182/23 5183/3 5183/25 5195/5 5198/25
 5200/16 5200/19 5202/3 5203/17 5204/23
 5206/1
times [3]   5152/6 5160/16 5173/9
tiresome [2]   5160/8 5172/21
titled [1]   5209/4
today [4]   5159/14 5161/3 5205/5 5205/13
told [22]   5166/7 5170/22 5171/2 5171/6
 5172/23 5177/18 5178/7 5182/12 5182/20
 5182/24 5183/9 5183/15 5184/8 5184/11
 5184/21 5185/16 5185/20 5193/20 5198/1
 5206/1 5208/4 5208/12
tomorrow [6]   5192/5 5192/6 5203/12 5203/13
 5203/23 5205/8
tongue [1]   5172/8
too [2]   5155/5 5189/21
took [7]   5186/23 5189/19 5195/2 5195/3
 5195/8 5195/8 5195/9
total [2]   5197/18 5197/20
TOUFIC [1]   5156/1
track [1]   5152/15
training [1]   5173/3
transcript [4]   5148/10 5149/17 5155/14
 5209/3
transcription [1]   5149/18
transparent [2]   5181/20 5181/21
travel [2]   5190/24 5194/14
traveled [2]   5186/24 5191/2
TRIAL [1]   5148/10
tried [1]   5175/15
Tripoli [4]   5160/15 5160/21 5161/2 5190/24
trouble [1]   5191/22
true [2]   5165/19 5167/12
truth [1]   5159/18
try [2]   5193/19 5203/20
trying [5]   5155/4 5176/10 5176/15 5176/18
 5177/19
Tunisia [3]   5186/24 5190/24 5191/2
two [14]   5161/7 5167/9 5169/2 5169/3
 5171/21 5176/2 5178/11 5185/6 5193/17
 5200/12 5202/13 5203/24 5204/15 5205/4

U

U.S [6]   5148/14 5149/12 5159/21 5160/21
 5160/25 5171/6
U.S. [21]   5159/24 5160/19 5170/11 5174/19
 5174/23 5175/20 5178/21 5186/11 5187/9
 5187/10 5187/18 5188/1 5188/12 5195/21
 5195/23 5201/5 5201/7 5201/12 5201/23
 5202/11 5202/14
U.S. Government [21]   5159/24 5160/19
 5170/11 5174/19 5174/23 5175/20 5178/21

## U

U.S. Government... [14]   5186/11 5187/9
 5187/10 5187/18 5188/1 5188/12 5195/21
 5195/23 5201/5 5201/7 5201/12 5201/23
 5202/11 5202/14
uncertain [1]   5179/20
under [4]   5151/14 5181/20 5181/24 5208/2
understand [1]   5179/14
understanding [1]   5187/19
understands [1]   5153/17
united [43]   5148/1 5148/3 5148/11 5170/23
 5171/11 5171/23 5172/2 5172/6 5172/13
 5172/23 5175/23 5176/11 5176/14 5176/15
 5176/19 5177/20 5180/6 5180/24 5181/14
 5181/23 5182/12 5183/17 5184/5 5184/8
 5184/11 5184/17 5185/1 5186/19 5187/5
 5187/12 5190/21 5192/22 5192/24 5193/4
 5193/6 5193/7 5193/24 5193/25 5194/4 5194/4
 5194/23 5200/7 5202/4
United States [38]   5170/23 5171/11 5171/23
 5172/6 5172/13 5172/23 5175/23 5176/11
 5176/14 5176/15 5176/19 5177/20 5180/6
 5180/24 5181/14 5181/23 5182/12 5183/17
 5184/5 5184/8 5184/11 5184/17 5185/1
 5186/19 5187/5 5187/12 5190/21 5192/22
 5192/24 5193/4 5193/6 5193/7 5193/24
 5193/25 5194/4 5194/4 5194/23 5202/4
Unless [1]   5166/24
until [3]   5152/18 5160/15 5202/22
up [8]   5176/10 5176/16 5176/18 5177/19
 5189/22 5189/23 5205/8 5208/11
upon [1]   5182/14
upper [1]   5200/18
us [7]   5151/9 5151/10 5152/3 5192/8 5199/7
 5203/19 5205/9
usdoj.gov [3]   5148/17 5148/17 5148/18
used [3]   5155/3 5195/20 5199/15
using [1]   5208/1

## V

various [1]   5193/9
very [9]   5164/14 5172/21 5173/11 5176/5
 5181/21 5196/3 5198/8 5202/2 5202/2
video [2]   5173/7 5205/17
videos [8]   5160/12 5160/14 5160/16 5160/24
 5161/10 5161/12 5173/4 5205/10

## W

Wait [1]   5162/5
Waleed [1]   5149/3
waleed.nassar [1]   5149/7
Walid [3]   5157/13 5157/15 5157/17
walked [1]   5173/16
walking [2]   5173/14 5173/19
want [10]   5154/17 5166/21 5166/22 5181/4
 5186/6 5188/20 5189/12 5191/10 5193/23
 5206/2
wanted [5]   5180/7 5180/13 5180/23 5201/17
 5201/17
wanting [1]   5183/20
warrant [2]   5204/11 5204/17
was [112]
Washington [5]   5148/5 5148/16 5148/22
 5149/5 5149/14
wasn't [1]   5176/9
way [10]   5153/21 5158/7 5160/15 5166/24
 5173/13 5173/16 5189/20 5189/21 5194/14
 5204/13
ways [1]   5204/25
we [57]   5151/5 5151/22 5151/25 5152/3
 5152/24 5153/6 5153/12 5153/12 5153/13
 5153/22 5153/23 5153/24 5153/25 5155/9
 5155/11 5157/1 5158/15 5160/14 5163/12
 5165/25 5166/23 5174/6 5179/24 5182/5
 5188/16 5188/19 5189/24 5191/19 5191/23
 5200/22 5202/24 5203/4 5203/5 5203/7 5203/8
 5203/9 5203/10 5203/21 5204/4 5204/8

U.S. Government

 5205/12 5205/14 5205/15 5206/1 5206/15
 5206/19 5207/2 5207/3 5207/4 5207/14
 5207/16 5208/16
We believe [1]   5203/5
we will [7]   5152/24 5155/9 5203/4 5204/8
 5206/19 5207/4 5207/16
we would [3]   5151/25 5204/14 5207/3
we'd [2]   5203/13 5203/13
we'll [13]   5152/4 5152/7 5177/11 5187/3
 5191/7 5203/5 5203/11 5205/19 5206/14
 5206/14 5207/25 5208/10 5208/15
we're [10]   5153/2 5154/1 5154/17 5155/10
 5203/12 5204/11 5205/4 5206/19 5206/21
 5206/22
we've [7]   5161/6 5162/5 5204/3 5204/6
 5204/20 5206/24 5208/5
weapons [5]   5172/1 5172/6 5172/24 5173/1
 5173/2
Wednesday [2]   5192/3 5192/5
week [3]   5151/9 5172/19 5206/22
weeks [2]   5151/10 5193/17
Welcome [2]   5151/2 5155/19
well [32]   5152/8 5152/9 5153/2 5153/4
 5153/7 5157/16 5159/19 5167/25 5169/14
 5171/14 5173/15 5174/22 5175/11 5176/7
 5178/4 5183/15 5184/21 5185/23 5187/8
 5187/11 5189/13 5191/22 5194/7 5194/21
 5195/13 5196/4 5198/5 5198/7 5203/22
 5206/16 5207/21 5207/23
well-known [1]   5178/4
went [2]   5185/6 5205/5
were [51]   5158/11 5158/15 5158/20 5160/9
 5160/10 5160/13 5161/16 5162/11 5165/6
 5170/10 5172/21 5173/25 5174/1 5174/6
 5174/7 5174/9 5174/11 5174/22 5175/4 5176/4
 5176/5 5178/14 5178/20 5179/2 5179/3
 5179/21 5181/21 5182/20 5185/13 5186/16
 5186/22 5187/6 5187/8 5194/23 5195/14
 5195/16 5196/7 5198/3 5200/5 5200/8 5200/12
 5200/16 5201/7 5201/8 5201/22 5204/19
 5204/22 5206/1 5206/2 5207/7 5207/14
weren't [2]   5179/6 5181/23
what [34]   5152/15 5153/6 5153/13 5153/23
 5154/2 5154/4 5154/5 5157/14 5162/1 5162/25
 5165/17 5165/24 5166/18 5167/1 5170/6
 5173/5 5175/2 5175/24 5176/17 5176/21
 5180/10 5189/17 5190/8 5193/23 5194/16
 5194/20 5195/17 5200/2 5202/12 5203/6
 5203/11 5205/23 5207/2 5207/6
What's [3]   5199/5 5199/9 5204/17
when [37]   5153/24 5155/15 5158/10 5158/13
 5158/19 5160/9 5161/22 5163/3 5163/10
 5163/15 5163/21 5165/1 5165/5 5165/20
 5166/4 5170/10 5171/9 5173/25 5174/1 5174/9
 5174/22 5177/2 5177/3 5178/19 5178/20
 5180/1 5181/21 5184/23 5190/14 5191/23
 5192/22 5192/23 5193/22 5194/3 5199/11
 5201/7 5207/14
where [11]   5169/9 5169/10 5178/1 5179/5
 5179/15 5180/5 5184/8 5185/25 5189/5 5189/7
 5199/11
whether [10]   5152/20 5161/10 5161/11 5173/7
 5176/7 5177/18 5190/14 5192/4 5199/22
 5206/11
which [6]   5157/23 5174/21 5174/25 5175/11
 5199/3 5207/25
whichever [1]   5155/6
while [3]   5174/7 5184/12 5201/22
who [23]   5151/12 5151/13 5153/17 5154/20
 5157/12 5160/22 5170/22 5173/7 5174/19
 5174/21 5177/2 5177/3 5177/15 5177/24
 5186/12 5187/10 5187/17 5199/7 5200/5
 5203/7 5203/15 5207/12 5207/19
whom [1]   5165/25
whose [1]   5159/25
why [3]   5193/21 5195/12 5201/15
will [14]   5152/24 5155/9 5158/4 5170/8

**W**

will... [10]   5203/4 5204/8 5205/16 5205/18
 5206/11 5206/19 5207/4 5207/9 5207/11
 5207/16
William [4]   5149/10 5209/2 5209/7 5209/8
WilliamPZaremba [1]   5149/16
wish [1]   5177/5
Wissam [2]   5156/21 5156/25
withdraw [1]   5186/9
within [9]   5159/11 5178/14 5178/16 5178/18
 5179/4 5179/11 5179/13 5203/4 5204/1
without [1]   5154/17
witness [24]   5150/2 5151/4 5151/11 5151/20
 5152/15 5153/23 5153/24 5155/8 5155/24
 5169/16 5183/5 5190/3 5203/9 5204/5 5204/8
 5205/5 5205/6 5205/10 5207/4 5207/9 5207/11
 5207/12 5207/21 5208/14
witnesses [8]   5150/4 5203/7 5203/25 5203/25
 5204/15 5205/4 5206/10 5206/11
word [1]   5155/3
words [1]   5184/23
work [8]   5161/6 5175/16 5176/9 5181/20
 5183/6 5186/11 5187/5 5187/9
working [6]   5156/11 5184/25 5187/6 5187/8
 5201/7 5201/22
worry [1]   5184/18
would [28]   5151/24 5151/25 5152/9 5159/1
 5168/6 5168/6 5168/15 5169/14 5169/23
 5169/23 5170/2 5177/5 5177/18 5181/5
 5181/15 5182/1 5182/13 5191/23 5192/4
 5203/19 5203/25 5204/1 5204/1 5204/14
 5205/6 5205/14 5207/3 5208/11
wouldn't [1]   5152/6
wrap [1]   5205/8
write [6]   5157/1 5158/10 5158/22 5159/7
 5177/5 5208/10
written [1]   5161/23
wrong [4]   5172/10 5185/5 5186/21 5186/24

**Y**

Yamen [18]   5167/7 5167/8 5167/9 5167/13
 5167/15 5168/2 5168/9 5168/22 5168/25
 5169/9 5169/10 5169/11 5169/15 5169/20
 5169/24 5170/3 5199/10 5199/12
Yeah [3]   5154/12 5181/7 5191/16
year [3]   5159/11 5175/2 5187/23
years [1]   5161/7
yellow [2]   5170/18 5170/21
yes [103]
yesterday [6]   5161/4 5165/1 5165/23 5166/3
 5166/9 5185/23
you [383]
you know [1]   5194/14
You'll [1]   5184/18
you're [5]   5173/6 5184/12 5187/15 5202/20
 5203/22
you've [10]   5160/2 5160/16 5161/9 5161/18
 5164/8 5171/5 5173/20 5187/11 5202/10
 5202/13
your [71]
your Honor [35]   5151/4 5152/2 5152/9
 5152/16 5152/21 5155/9 5155/13 5155/22
 5159/1 5159/3 5163/20 5166/19 5168/15
 5171/16 5173/22 5177/6 5181/11 5187/1
 5188/16 5189/1 5189/24 5192/19 5197/14
 5198/9 5198/11 5202/16 5202/24 5203/2
 5203/17 5206/5 5207/3 5207/24 5208/8
 5208/10 5208/18

**Z**

Zaremba [4]   5149/10 5209/2 5209/7 5209/8
Zintan [2]   5162/20 5162/22