```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

   UNITED STATES OF AMERICA,          .
                                      .
            Plaintiff,                .    CR No. 14-0141 (CRC)
                                      .
        v.                            .
                                      .    Washington, D.C.
   AHMED SALIM FARAJ ABU KHATALLAH,.       Thursday, November 16, 2017
                                      .    1:02 p.m.
            Defendant.                .
   . . . . . . . . . . . . . . . .    .    Afternoon Session

                    TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                  UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

```
For the Government:         JOHN CRABB, JR., AUSA
                           MICHAEL C. DILORENZO, AUSA
                           JULIANNE HIMELSTEIN, AUSA
                           OPHER SHWEIKI, AUSA
                           U.S. Attorney's Office
                           555 Fourth Street, NW
                           Washington, DC 20530
                           (202) 252-7566

For the Defendant:         MICHELLE M. PETERSON, AFPD
                           MARY M. PETRAS, AFPD
                           Federal Public Defender Office
                           625 Indiana Avenue, NW
                           Suite 550
                           Washington, DC 20004
                           (202) 208-7500

                           JEFFREY D. ROBINSON, ESQ.
                           WALEED E. NASSAR, ESQ.
                           Lewis Baach Kaufmann Middlemiss PLLC
                           1899 Pennsylvania Avenue, NW
                           Suite 600
                           Washington, DC 20006
                           (202) 833-8900

Court Reporter:            BRYAN A. WAYNE, RPR, CRR
                           U.S. Courthouse, Room 4704-A
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3186
```

```
 1                      P R O C E E D I N G S
 2          MS. PETERSON:  Your Honor, just while we're
 3     reassembling -- we don't want to take the time now, because I
 4     fear we won't finish with closings if we do -- but we do have
 5     some objections to put on the record when we have time.
 6          THE COURT:  Also, just for the record, we added the
 7     omitted object of the conspiracy that was inadvertently omitted
 8     from the jury instructions that the government pointed out
 9     yesterday, I believe.
10          (Jury in at 1:07 p.m.)
11          THE COURT:  All right.  How was lunch?  That's good,
12     because it doesn't get any better, whatever it was.
13          (Laughter.)
14          THE COURT:  Ms. Peterson?
15          MS. PETERSON:  Thank you, Your Honor.
16          CLOSING ARGUMENT BY COUNSEL FOR DEFENDANT
17          MS. PETERSON:  They want you to hate him.  That's what
18     this case has been about.  They want you to hate him enough that
19     you disregard the holes in the evidence that they've presented.
20     That's what they've been doing throughout trial, presenting
21     evidence in a way designed to get you to hate Mr. Abu Khatallah.
22          They talked a lot about Mr. Abu Khatallah hating America,
23     but it was really all talk, in the opening statements and the
24     closing arguments.  There was no evidence that he hates America.
25     He doesn't hate America.  There's no evidence of that.  But they
```

said it to get you to feel comfortable hating him.

Mr. DiLorenzo's closing argument.  He just concluded by essentially saying to you, hate him.  Find him guilty of all counts.  Hate him.  That's not what this case is supposed to be about.  It's supposed to be about whether the government has proven beyond a reasonable doubt that he committed these crimes.

Where is their evidence?  Let's take a step back.  What was reason that they presented, for example, a medical examiner to testify at length about the causes of death?  We have a stipulation on cause of death for all four of the victims. There was no need for that.  It was designed to play at your emotions.  The autopsy photos, the same thing.  There was no need for that.  We stipulated to the cause of death.

There's no issue as to whether this was a tragic and terrible event that never should have happened.  The question is whether the government has proven beyond a reasonable doubt that Mr. Abu Khatallah committed those acts.

Over and over again throughout this trial they have tried to play with your emotions.  From the little things, like Ms. Himelstein repeatedly referring to it as our mission, our consulate, our ambassador -- it doesn't matter how much emotion you put into it.  It doesn't make it evidence.

And Mr. DiLorenzo just did the same thing in his closing, by taking pieces of what someone said -- for instance, Agent Clarke said, when he was telling you that Mr. Abu Khatallah made

1    statements on the ship, that Mr. Abu Khatallah said, when he was

2    asked about his reaction to the deaths of the Americans, well,

3    it didn't really affect him; it was like watching something on

4    TV.  That's how Agent Clarke portrayed it.

5         Mr. DiLorenzo stepped it up a notch and made it into a huge

6    anti-American sentiment.  That's not what it was.  Even if it

7    was said -- and we have no actual evidence that it was said

8    because -- why? -- I think you heard this a few times -- they

9    didn't tape it.  There is no videotape of those interrogation

10   sessions.  There's no written-down words about what was said in

11   Arabic or verbatim on that ship.  What we have is Agent Clarke's

12   best effort at summarizing what was said after the fact.

13        And even -- I'm not asking you to disparage Agent Clarke.

14   But even he, when he said on direct, when he described this

15   statement, told you that Mr. Abu Khatallah said just that it was

16   like watching something on TV.

17        Then Mr. DiLorenzo came around and asked him again on

18   cross-examination, and he said he didn't regret the deaths.  He

19   wasn't quite good enough to say it was like watching something

20   on TV.  We don't know what was said, because there is no tape,

21   there is nothing that tells us the precise words that Mr. Abu

22   Khatallah said, and you heard from the expert from Columbia that

23   that's what you would need to be able to say with any certainty

24   what was said.

25        There are translation issues, there's transcription issues,

there's just, frankly, memory issues if you have to go back and
create a record of what was said after the fact.  So we don't
know what he said.  But even setting that aside, that's the
evidence of what he said to any American that suggests any
animus towards America.

It's just not fair to put all of that supposed meaning into
those words, especially when you think about, if those words
were said, what was the setting?  Mr. Abu Khatallah had just
been clunked over the head, abducted from his country, hoisted
up like a slab of meat onto a Navy ship, blindfolded -- you'll
see the mask in a minute -- gagged, headphones over his ears so
he couldn't hear what was going on, put in an interrogation room
and a cell off and on every day for almost two weeks, not
allowed to talk to anyone except the people interrogating him,
woken up every two hours -- you'll see that in the summary
exhibit when you take a look at it -- and interrogated at
length.  He wasn't allowed to talk to the guards other than to
say two words: bathroom and water.  That was it.

Can you understand if he did express a little bit of
dissatisfaction with the way he was being treated?  Yeah.  But,
you know what?  Agent Clarke told you he was polite, he never
said anything back -- talked back to them, didn't say anything
that would suggest an anti-American animus.  It's just not true.
And they can't make it true by saying it.

So they want you to hate him, and to do that, they have to

1    give you some other reason.

2          One of the things I want to point you to is a story that

3    they had Ali tell you.  When he took the stand, he talked about

4    Ambassador Stevens, who is undeniably a wonderful man.  No one

5    is questioning that.  But he had Ali tell you a story about how

6    he went down to the docks at the beginning of the revolution,

7    and he saw Ambassador Stevens unloading relief supplies for the

8    revolutionaries.  And somehow, in his opening statement,

9    Mr. Crabb told you that Mr. Abu Khatallah couldn't abide that

10   because he had this view that America was bad, so he couldn't

11   abide Ambassador Stevens doing something good for the

12   revolutionaries.

13         That doesn't make sense in so many ways.  First, Ali didn't

14   even know Abu Khatallah when this happened.  This was in early

15   2011, at the start of the revolution.  You heard the start of

16   the revolution was in February of 2011.  Right?  This happened

17   at the beginning of the revolution.

18         Ali didn't meet Mr. Abu Khatallah until the government sent

19   him in to meet Mr. Abu Khatallah after the attacks.  He didn't

20   say he saw Mr. Abu Khatallah down there.  He didn't say he ever

21   talked to Mr. Abu Khatallah about this incident.  And yet the

22   government wants you to look at that incident and say somehow

23   Mr. Abu Khatallah was upset that the ambassador was bringing

24   America's goodwill to Benghazi.  There's no evidence of it

25   whatsoever.

1        And that little story -- there's also no evidence that

2   Mr. Abu Khatallah was aware that there was a diplomatic presence

3   in Benghazi.  That's the other theory.

4        It happened in early 2011 -- right -- the beginning of the

5   revolution.  You'll see it in your stipulations -- and you may

6   remember this -- the Mission that we've been talking about

7   didn't open until August of 2011.  So he can't use that as

8   justification for understanding that Mr. Abu Khatallah was upset

9   that there was a Mission or knew that there was a Mission in

10  Benghazi.  The two have nothing to do with each other.

11       America had a presence in Tripoli.  The ambassador visited

12  Benghazi, according to Mr. Ali's statement, and that's what was

13  going on here.  He wasn't staying at a mission in Benghazi.

14  There was no American presence at this Mission at the beginning

15  of the revolution.  So none of that makes any sense.

16       So you're left with the only reason they told you this

17  story was to play at your heart strings, to say Ambassador

18  Stevens was a wonderful man, helping the revolutionaries, and

19  Mr. Abu Khatallah couldn't abide by that.

20       That also doesn't make sense, because Mr. Abu Khatallah was

21  one of the revolutionaries.  He was one of the people fighting

22  against Gaddafi.  That is undisputable.  He was one of the

23  people that Ali talked to you about and said, all of the people

24  of Libya rose up against Muammar Gaddafi.  He was one of the

25  people that suffered at Gaddafi's hands.  He was imprisoned for

up to a decade, or the better part of a decade, solely because
of his religious beliefs and associations.  As were many.
Gaddafi was a brutal dictator.

Does it then make sense that Mr. Abu Khatallah would hate
America at the time America was helping him, helping his people,
helping his revolutionary comrades fight Gaddafi?  The story
just makes no sense whatsoever.  It was thrown in as a way to
try to get you to hate Mr. Abu Khatallah, to try to convince you
that he hates America.  And there's just no evidence of that.

Mr. DiLorenzo also referred to -- and I have to touch on
this a minute -- a fanatical agenda.  He claimed that Mr. Abu
Khatallah has a fanatical agenda and that's why he hates
America.  Everyone has been very upfront that Mr. Abu Khatallah
believes in Sharia law.  But, you know, Sharia law is not the
equivalent of terrorism.  It's not a fanatical agenda in the
Muslim world.

Wanting Sharia law in your own country is not a crime.
Wanting Sharia law does not equate to hating America.  There's
no evidence that he was trying to export Sharia law anywhere
else.  He is a Benghazi man through and through.  He wanted
Sharia law in Libya.  That is a political, religious choice.
It is something he believed in, believes in.  It's not a reason
to convict him.

The government is throwing these things at you to try to
get you to avoid or ignore the holes in their evidence, and

we're going to talk a lot about where those holes are in a moment.

First, let me start with Mr. Abu Khatallah is not guilty of these charges.  The government has essentially conceded, if you will, that he didn't start the fire, he didn't shoot the mortars.  There's no evidence that he was the mastermind behind anything.  There's no evidence that he planned this attack.  The government said -- you know, tried to tell you that there were some preplanning stages going on, but it's completely inconsistent with any credible evidence.

What do we know about what Mr. Abu Khatallah knew?  We know that on the night of September 11, he was at the home of Mr. Ahmed Salim, who you heard from, when the attack began.  He got a call while he was there, and Mr. Salim could tell that he didn't know there was a mission.  You can't plan to attack some place you don't know exists.  And you don't go to someone else's house on the night you have something planned wearing slippers and casual clothes, by yourself, with no weapons.  And that's what Ahmed Salim told you.

And I know that the government is going to tell you you can't believe him.  But you know what?  He's one of the few civilian witnesses, non-government witnesses, who came into this courtroom without being given a bag of cash.  I would submit to you, ladies and gentlemen, that he is one of the most credible witnesses you heard from.  He wasn't paid.  He was forced to

1    come.

2         The government seems to want him to have two different

3    motives.  He's either a friend of Mr. Abu Khatallah or he's

4    afraid of him.

5         He's neither.  He's a Libyan who is in this country

6    studying.  He's here -- we found out about him.  We got a

7    subpoena.  He had to come.  He came out of obligation, not

8    because he wanted to be here, and I think that was pretty

9    obvious.  All he did was come in and answer the questions posed

10   to him.

11        He wasn't a part of it, unlike the other witnesses you saw.

12   He freely admitted that, yes, he had seen Jutuf driving Mr. Abu

13   Khatallah.  Jutuf drove Mr. Abu Khatallah to a media interview.

14   He didn't hide that.  If he was our partisan witness, why would

15   he give you something the government wants?  That's not what was

16   going on.

17        Ahmed Salim is, I would submit to you, the most credible

18   witness you can find, one who doesn't have a reason to lie, one

19   who doesn't have a motive to curry favor with the person who is

20   calling him as a witness.

21        Did he acknowledge that when he first went to the

22   government, he might have been wrong on the times?  He said to

23   you he knows it was after dark, and, yes, he estimated the time,

24   according to him, possibly wrong.  When Bob confronted him, the

25   person he reported this to initially, and scared him because he

thought the time was wrong, he now was less certain about what
time it was when this event occurred.  But the one thing he is
certain of, and has never wavered from, is that this happened.
Ahmed Salim told you that Mr. Abu Khatallah came to his house on
the night of September 11.

I want to take a step back for a minute to the reasons why
I don't -- why you're not going to be able to find beyond a
reasonable doubt that Mr. Abu Khatallah committed these attacks.
And I know the government wants to lump it all together and
say -- that's the great thing about conspiracy law, and it might
be why some people, like Mr. Abu Khatallah, don't think it's a
fair law, according to Agent Clarke -- and there's probably a
lot of people in this country that don't think it's a fair law
either.

Under the theory of conspiracy law, yes, you can be held
accountable for other people's actions, but only if you join
with them for that purpose.  You have to look back at the
Court's instructions.  I'm not going to take my time, which is
limited, to instruct you on the law.

But it's not enough to say that he was there and bad things
happened.  It's not enough to say, because people attacked the
Mission and he was, according to the government, at the Mission,
that he somehow is also responsible for everything that happened
at the Annex as well.  There is no evidence connecting him to
the Annex at all.

1          But you'll see the stipulation -- and we'll talk about it

2     in a minute -- that says the government agrees that this phone

3     number that they keep saying is Mr. Abu Khatallah's, the one

4     that ends in 0532, was at his house no later than around two

5     o'clock in the morning on September 12, meaning the night of

6     September 11, and stayed there until sometime after 10 o'clock

7     the next morning.

8          So the notion that he was somehow in charge of things but

9     then I guess got sleepy and went home -- it doesn't make any

10    sense.  If this was some huge concerted effort to attack the

11    Mission and the Annex, he wasn't planning it, he wasn't in

12    charge of it.  There's just no evidence of that.

13         This whole thing started because the government thought

14    they were getting this man, Khalid Nayhum.  That's who they

15    thought they were getting when they captured Mr. Khatallah.  The

16    leader of Ansar Al-Sharia.  That's what they were going for.

17    And we're going to talk about in a minute the affidavit that

18    Agent Clarke signed saying that this guy was in charge.

19         They were showing deference to this guy.  Not this

20    particular picture of him -- we'll look at the video still.  But

21    you'll remember on the video that there's the two different

22    people that kind of look a little bit similar, with long beards.

23    That's not enough to convict you of a crime.  It's really hard

24    to tell who's who on those videos.  On anyone.

25         And I would submit to you that you ought to be awfully,

awfully cautious about believing the identifications by the
witnesses who came in and said they could identify on those
grainy videos.  It's one thing to look at this picture and say,
this is Khalid Nayhum.  It's another thing altogether to look at
those videos and say you can identify people.

I know some of you may have been wondering -- I think we
saw some expressions on faces that were puzzled -- as to why we
didn't call more witnesses.  So I wanted to take a minute to
talk about that.

We don't have any burden in this case whatsoever.  You
heard that yesterday, right?  The burden rests solely at this
table to prove Mr. Abu Khatallah guilty beyond a reasonable
doubt.  It never shifts to us.  We don't have to do a single
thing.  We could sit there throughout the entire trial and say
nothing if our egos let us, but we don't have to prove anything.
And even if we put a witness on, that doesn't shift the burden
to us, right?

And I want to talk to you for a minute about why we didn't
have a lot of witnesses, just so you understand it.  Let's talk
about who the government called as witnesses.  They called five
DS agents to talk about the attacks on the Mission, all
honorable men who went through a harrowing experience.

We're not saying the attack didn't happen.  That would be
the reason to call someone to counter what they're saying.
We're not disputing that the attack happened.  So there was no

reason to call witnesses to dispute the things that those five DS agents said.  The DS agents didn't say they saw Mr. Abu Khatallah.  Not a single American witness who came into this courtroom said that they had ever met, heard, seen Mr. Abu Khatallah, with the exception, of course, of Agent Clarke during the time on the boat, and the other people who were on the boat.  But before and after the attack, before his capture.

The government called the same number of witnesses to prove how much money Ali got.  To explain how much money Ali, the $7 million man, got, they called three witnesses to do that.  And they called three witnesses who had never each spoken to Mr. Abu Khatallah before his capture.  That's why there wasn't a whole lot for us to counter.  And those three witnesses all had an axe to grind.  We'll talk about them, but they all come with some very serious baggage.

I want -- and the government also, of course, called the family members.  Again, we don't have any reason to doubt the sincerity of any family member who came in here and spoke.  We don't deny their loss.  We regret their loss.  We sympathize with them.  But this case is about whether Mr. Abu Khatallah had anything to do with the incidents that happened.

I want to mention then also the GRS agents.  There were -- you heard from Mr. Tiegen, Agent Tiegen, that there was a whole bunch of them that responded from the Annex to the Mission that night.  We just -- the only person we heard from was

1    Mr. Tiegen -- I think I've said it wrong -- and he sort of told

2    that whole story for everyone.  But again, that had nothing to

3    do with Mr. Abu Khatallah.  No one said they saw him.  No one

4    said they talked to him.  No one said he did anything.

5         And this is probably as good a point as any for me to

6    remind you that -- I'm pretty sure Mr. DiLorenzo didn't mean to

7    do this, but when he suggested maybe -- there was a car that

8    came towards somebody; maybe Mr. Abu Khatallah was driving it.

9    That's -- if that's what he meant to do, that's outrageous.  But

10   I'm pretty sure he didn't really mean to suggest that.  There is

11   no evidence from anyone who was there that night that saw

12   Mr. Abu Khatallah do anything.  Zero.

13        They also, of course, called an arson expert to say that

14   when fire happens, it burns.  And they called explosives and,

15   you know, ballistics experts to say weapons shoot.  We learned a

16   lot about those issues.  We don't have any -- there's no contest

17   there.  Nobody is saying that this wasn't a fire.  Nobody is

18   saying that the events that occurred weren't tragic.

19        But that's part of the reason why you didn't hear a lot

20   of witnesses from us.  We only had to counter the things that

21   actually implicate Mr. Abu Khatallah.  And that's where we get

22   into the really difficult piece of this, which is we couldn't

23   call the witnesses who could say these guys -- Khalid, Ali,

24   Bilal -- were lying, and that's why you got all those

25   stipulations yesterday.  You have to understand that, because

that information was classified, we weren't allowed to present
it to you through live witnesses.

And I'm not suggesting that there's anything that the
government or anybody did that's wrong about that.  I'm simply
saying to you, you can't hold that against us that we couldn't
give you those live witnesses.  We had to settle for something
else, the stipulations.  But you have them.  And you have the
Court's instruction that those stipulations are just as valid,
just as important as the testimony you heard, and we'll go
through some of those stipulations when we get to them.  But I
just think it's really important for you understand the
predicament we were in on those issues.

You heard the cross-examination of the Libyan witnesses,
and in particular Bilal, about his changing stories and about
his asking for money, and he denied it all.  We didn't have the
ability to call a live witness on much of it.  We were able to
call Agent Clarke on a little piece of it, but a lot of things
he lied about was stuff we couldn't call a live witness for.
But now you know, based on the stipulations, that he was lying.

They also called, of course, the folks who were on the boat
talking to Mr. Abu Khatallah, notably not a lawyer who talked
to him, because he didn't have a lawyer.  We called Sergeant
Peterson to fill in some pieces there because, without him, you
didn't have any idea what was happening to Mr. Abu Khatallah
during the time that he wasn't in the interrogation room.

1    So, with that, we got the summary exhibit that shows you

2    how they're waking him up every two hours, how, even before

3    Agent Clarke started the interrogations that he did, he was

4    brought to that interrogation room for hours on end -- I think

5    it's six days before he got there -- and we'll go through that a

6    little bit as well.

7    And, of course, you heard from Dr. Amor about the

8    linguistics issues, and that goes to whether you can rely on the

9    statements that Mr. Abu Khatallah allegedly made.  And this is

10   the one exception to the "we didn't pay our witnesses" rule.

11   He's an expert.  Experts get paid.  The Federal Public

12   Defender's Office doesn't have a slew of full-time experts like

13   the FBI and the Justice Department do.  We actually have to go

14   out and hire somebody and pay them.

15   So there's nothing wrong with that.  It's not out of the

16   ordinary.  We didn't bring him a bag of cash and ask him to say

17   particular things.  We paid him for his expertise to be able to

18   come in and tell you what he believed, what he knew, what he was

19   experienced in.  We didn't, as I said, bring a bag of cash to

20   anyone else.

21   I want to talk for a minute about Khalid Abdullah.  That's

22   Khalid Abdullah, if you don't remember who he is.  He is the

23   witness who testified from Egypt, and he fought with me

24   throughout the entire deposition.  I'm sure it was as painful

25   for you as it was for me.

It started from the very beginning when I asked him if he had been meeting with the representatives of the government all week, and he said -- and I want to -- I asked him -- well, first he said they weren't representatives of the government.  Then he said, when I asked him how many hours total he had spent with them all week, he said a couple of hours in one very informal meeting.

Then, when I asked him about how many hours total all week, he said, just an hour and a half to two hours.  After a bunch of back and forth, I think this is where he ended up: The first day was about an hour and a half; the second day, about two hours.  But with respect to any substantive testimony, he still insisted that it was only a total of two hours.

But we know that that's just false, and we know he knew it was false when he said it because it had just happened.  It wasn't a month ago.  It wasn't even a week ago.  It was that week.  The deposition was on Friday.  He met with them Monday, Tuesday, Wednesday, and Thursday, and had discussions with them on those dates.  So this wasn't just a confusion.

And does it really matter?  No.  I mean, the question wasn't that important.  It was a background question, right off the bat.  But the point is, if you're willing to lie about little things, you lie about big things too.

He was adamant that he was not going to answer the questions I was asking him, and that's where we ran into

trouble, because then the next thing he did was he said -- he had said on direct examination that he had gotten reimbursed for his expenses from the government.  And there's nothing wrong with getting his expenses reimbursed for coming to the deposition.  I wasn't trying to suggest that there was.  But he said, when he got mad at me, "I paid my own way."

I'm sorry.  I forgot to do these.  This is the reason you know that it's a lie that he only met with them for two days, one-and-a-half and two hours.  This is the admission by the government that, in fact, they met with him for the four-day period in Cairo for one or two hours each day, for approximately four hours, discussing the substance of his testimony.

So we know at a minimum they talked to him that much, because that's  a government admission.  And there's a follow-up letter in October that says basically the same thing.  It also breaks out the expenses that he got, and you'll have these exhibits back with you.

He said he had paid his own way.  And I said, well, wait a minute.  Didn't you just say on direct that you had -- your expenses were getting paid, and you signed this receipt?  And he wanted to fight with me on that too.  It just -- he denied that he was getting a witness fee, he denied that he was getting a per diem.  The letter tells you the payments he got.  But he had also signed a receipt, and that's in evidence as well, for the money they gave him up front.

And he settled -- we went back and forth about what they were paying him, they weren't paying him. Back and forth. He said he came at his own expense, and then he settled down in the very end with -- this was in redirect -- when the government asked him to explain what was going on, he said he was planning to return the expense amount that they had given him. How do we know that's not true? Ms. Petras asked Agent O'Donnell if they had gotten the money back, and the answer to that was no.

I think it's a fair inference that, since this happened in July and he hasn't sent the money back, he had no intention of paying that money back. And again, there's nothing wrong with it. What's wrong with it is that he felt at liberty to lie in front of two FBI agents and two prosecutors who were sitting there in the deposition. Nobody said anything about it. You saw some of the dates of the letters. We didn't learn about it until months after we returned from Egypt. So I guess he was right. He could lie with impunity and there would be no repercussions.

And then, ladies and gentlemen, that's which he turned to the big lies. The first one is the lie about the revolutionaries' meetings. He claims that he went to a meeting of revolutionaries in 2011 and that Abu Khatallah and Wissam Bin Hamid were at this meeting. He says that -- this is the meeting where he claimed that Mr. Abu Khatallah said something about a U.S. facility and the Red Cross being spy-based facilities.

1      That's what Khalid Abdullah wants you to believe.  But
2  what he told when he's describing how this meeting transpired
3  is, we tried to get into the meeting; they tried to stop us.
4  They didn't want to let us in.  We had to fight our way in,
5  essentially, to this meeting.
6      Then Mr. -- and Khalid was very clear.  He and Mr. Abu
7  Khatallah are enemies.  They are not on the same side of what's
8  going on in Libya right now.  And he fought -- he has to fight
9  his way into this meeting, and yet Abu Khatallah is going to
10  stand up and say something like this?  That doesn't make any
11  sense at all.
12      It also doesn't have any probative value because, again,
13  he said this was during the revolutionary time.  These were the
14  revolutionaries.  Early on.  We know the Mission didn't open
15  till August of 2011.  We don't have any sense of whether this is
16  something that transpired before the Mission or not.
17      I believe Mr. DiLorenzo placed this meeting in the middle
18  of 2011.  I don't remember other than he didn't.  I don't think
19  he had a date on it other than saying it was the beginning of
20  the revolution.
21      So none of this makes a lot of sense.  And even if it did
22  make sense, standing up in a meeting and saying that you don't
23  believe Americans should be spying in your country isn't really
24  all that controversial.  I suspect there are people who have
25  stood up in town halls here and said, I don't believe Russia

should be spying in our country.  It's not really that
controversial.

The second big lie was the meeting at his house.  This is
where he claims -- and this is one of the things the government
wants to put its hat on as preplanning.  Even though Mr. Abu
Khatallah didn't know about the Mission, they point to three or
four things and say, that proves he was planning this.

But this really is a house of cards, because if you don't
believe Khalid, if you don't believe Bilal, if you don't believe
Ali, they have nothing, because everything else comes from them.
Everything else comes from them.  Without them, you don't have
the identifications of the people they say are co-conspirators.
That's where you get those shady identifications of people
walking through alleys.  You don't get any of the preplanning.
You don't get anyone who ever met Mr. Abu Khatallah.  Their case
rises and falls on the credibility of those three people.

And just looking at Khalid to start with, he said -- when
he talked about this meeting, he said a couple of things.
First, he said he never travels alone.  But then he said, he
came into my house alone; it was just the two of us.  So there's
no corroboration of the meeting; it's just the two of them.

Then he said that he came to him sometime before the attack
and asked for armored vehicles.  He himself says that they're on
the opposite sides of things.  Why would a man go to his enemy
to ask for weapons to attack a facility that, according to

Khalid, he had some responsibility -- well, we went back and
forth about whether he was responsible for protecting it or not.
Because when he wanted Abu Khatallah to be saying, you know,
don't step in and protect the Mission, then he wanted to be in
charge of it.  When he wanted to try to explain why he didn't
report it to anybody, he didn't want to be in charge of it.  But
his story doesn't make any sense.

     If he was in charge of the Mission and could have responded
to protect it, then why didn't he report this threat?  Why
didn't he report that some militia member had come to him and
said, I need armored vehicles because I want to attack the
Mission?  It didn't happen, and that's why he didn't report it.
It simply didn't happen.

     He also said -- the other thing that didn't make any sense
is he said, Abu Khatallah had quite a force, implying that he
had all kinds of weapons, he had all kinds of people.  If he had
quite a force and was able to carry this out himself, then why
did he have to come?  Well, that's when he sort of said, well, I
don't think he really wanted those vehicles he was asking me
for; he was just giving me a message to not come, and that's why
the government is calling it the first stand-down order.

     It's not a stand-down order if you're going to somebody
who's saying they never would have responded.  And it's also not
a stand-down order because you can't expect people to read
between the lines, that I'm asking you for vehicles to do this

attack, but what I really want is for you to not respond, and I'm not going to tell you when the attack is going to happen, but please don't respond when it does.

And you don't go to your enemy and say, don't respond to the Mission when I attack it.  It just doesn't make sense.

It is interesting that Khalid is in charge of an organization that did not respond.  Now, he didn't say he didn't respond because Mr. Abu Khatallah told him not to.  But he didn't respond.

Who responded?  One of the militias.  Not the Libyan National Army that he was associated with.  One of the militias, led by Wissam Bin Hamid, a friend of Mr. Abu Khatallah.  That's who responded to help the Americans, not the Libyan National Army.

The third big lie is that there was some sort of inability to report this, that he couldn't tell anybody about the planned attack.  He is high-level in the military intelligence, the way he described it, but he said he couldn't report it to anyone:

"We in the intelligence" -- this is his quote:  "We in the intelligence, military intelligence, collect information and give out information."  That would be one thing he failed to do.  He didn't tell anyone about this supposed attack.

And then we go on to the map.  You'll remember this map has gotten a lot of attention.  I think the government may be stepping away from it somewhat now, from Mr. DiLorenzo's

1    closing, but I don't know if it's going to come up again, so I

2    still need to talk about it.  This is that map.  I don't have a

3    copy here, but you'll have it in the jury room.

4        This is the map that Khalid says his people, his men,

5    recovered from Rafallah al-Sahati's camp in 2016.  Right?

6    Doesn't have a whole lot of probative value, given that it was

7    four years after the attack, two years after Abu Khatallah was

8    captured and imprisoned in this country, but this is the map

9    that the government wants you to think leads you to the Annex.

10       I ask you to take a very close look at this map, because

11   despite the government's assertions to the contrary -- DSS Agent

12   Ubben told you the Annex is not marked on this map.  And the --

13   you saw the videos and they pointed out to you a guy and said,

14   he's carrying the map under his arm.

15       It is a really big stretch to suggest that you can tell

16   what's under that guy's arm is this map as opposed to any of the

17   other maps that Agent Ubben told you were in his office.  He

18   said there were lots of maps.  He also told you they took out

19   all the sensitive stuff when they left.  Or they tried to.  They

20   might have missed some things, but they tried to take out the

21   sensitive items.

22       We also know that that site was not secured.  It's not a

23   crime scene like we would have here where they would put up the

24   yellow police tape around it and keep people out.  The FBI

25   didn't get back to that site for -- I think it was three weeks.

1    Your recollection will control, but it was several weeks.  And I
2    think you have the reports in evidence of when they went back
3    there.  It was several weeks later.  And during that time, the
4    place was looted.  I don't remember if it was the Annex or the
5    Mission, but one of them was actually being lived in by the
6    locals.
7        So this was not a crime scene that was protected.  This
8    map, if it was taken from the Mission, could have been taken at
9    any time.  It could have also been taken from the Annex.  At
10   least one of the DSS agents told you they brought back -- I
11   think it was to the Annex -- all of the classified materials
12   they could find.
13       And then other people told you, anything that was
14   sensitive, they tried to destroy before they left.  I'm not
15   suggesting that they could have -- maybe didn't get it all.
16   Obviously, this came from somewhere.  But there's nothing
17   connecting this map to Mr. Abu Khatallah.
18       And why that matters is because Khalid Abdullah wanted to
19   connect this map to Mr. Abu Khatallah.  He wants so bad to
20   eliminate Mr. Abu Khatallah one way or the other that he wants
21   to tie this to him.  And he told you through that deposition,
22   that Rafallah al-Sahati -- RAS, if you want to do it the easy
23   way -- is led by Wissam Bin Hamid and Abu Khatallah.  He's the
24   only person that ever said anything about Mr. Abu Khatallah
25   being connected to Rafallah al-Sahati.

In fact, we have this gentleman.  Bilal says this is Muhammad Al-Gharabi, who is the head of Rafallah al-Sahati. But because Khalid said the map was in a camp that they raided and the camp belonged to Rafallah al-Sahati, suddenly, Mr. Abu Khatallah was a leader of Rafallah al-Sahati.  Never mind that he had been in a U.S. prison for two years, never mind that it was four years after the attack occurred, he was bound and determined to connect Mr. Abu Khatallah to that map.

And it's also interesting that he tells you that Wissam Bin Hamid, who is one of the biggest terrorists in Libya -- Wissam Bin Hamid is the man who the Americans told you -- at least three of them -- rescued them from the airport.  Wissam Bin Hamid is not a terrorist, as Khalid wanted you to believe.  But he's on the other side of the war and, therefore, in his mind, he's a terrorist.  It shows you his bias.

When you are assessing witnesses and looking at their credibility, you have to think about what their biases are. The judge has given you an instruction, and you'll have this in full -- this is just one piece of it -- that you can consider their demeanor and their behavior on the witness stand, their manner of testifying, and whether they impress you as a truthful person.  You can also consider whether anything they say makes sense.

But I submit to you that just this picture tells you an awful lot about his demeanor.  On the left, you have him

testifying for the government.  On the right, you have him

testifying in response to my questions.  That is the demeanor of

this witness.

He told you that he had never left Libya during the time

that we were trying to arrange for him to come to the

United States to testify.  And then he backed off on that and

said he went to Egypt, but not for a very long time, because

he's a very, very busy man.

But then, when I confronted him with the photos of his trip

to Mecca, he acknowledged -- and wanted to fight with me because

that was an important event -- I never said it wasn't; I was

just trying to establish that he wasn't being truthful when he

said he couldn't leave Libya for a period of time.

This shows you -- he admitted that this was his Facebook

page, and admitted he posted these photos:  August 2016,

September 10 and September 20-something -- if you can see it

better.  But in any event, it's about a month that he is gone on

his pilgrimage.  Again, I wasn't suggesting there was anything

wrong with that.  I was just trying to establish whether he had

left Libya.

This becomes more interesting because we then confronted

him with other evidence that he had posted derogatory things

that would have demonstrated his bias towards Mr. Abu Khatallah

on his Facebook page.  And even though he admitted this was his

Facebook page, he then said he didn't post those things -- he

had a whole number of different explanations, including that his

Facebook page was hacked.  And you've seen no evidence that that

is true.

We talked a little bit -- and he got a little fed up with

me -- about whether he had gotten benefits, and we had the whole

discussion about his family versus him.  And he received -- his

family, his extended family -- his brother, his brother's

family, received about $170,000 in resettlement money, if you

will.  And there was a lot of back and forth with that about

whether or not that was truly a benefit for him, he wasn't

responsible for his family.  But the reason that mattered was

because it was tied to when he started talking to the

government.

The first time he tells anyone associated with the

United States government that Mr. Abu Khatallah had said the

anti-American things he supposedly said, or had made remarks

that suggested he was planning an attack on the Mission, was in

April of 2015.

And, ladies and gentlemen, if you really are the good guy

and you really are in charge of disseminating information, don't

you make some sort of effort to pass along the information that

you have?  He made no such effort.  And we know that had he done

so -- this is a photo of him that Bilal identified.  According

to Bilal, he knows him.  He knows this man.  He could have

picked up the phone and called Bilal and said, hey, sir, you're

in charge of the joint operations room?  That guy Abu Khatallah came to visit a couple of days ago and he said he was going to attack the Mission.  Who should we tell?  What should we do?  He didn't do that.  He told you he couldn't tell anyone because the people running the place were terrorists.

Bilal and he know each other.  Bilal told you that.  That's why we had him identify that picture.  He could have called the joint operations room.  He could have gone -- he said he was just down the road from the Mission.  He could have warned someone, and he did not.

All right.  So I want to leave Khalid Abdullah for a moment and go to Bilal.  In Khalid, you have sort of the guy that is just plain an enemy of Mr. Abu Khatallah and is biased for that reason.  And then you go to Bilal, who is, for want of a better word, a bit of a con man, right?

Here's a guy who says he has information, but he's not giving it to you until it's the right time.  Then he tries to sell you a car that he bought using government money, because he says he wants to get reimbursed for it, but he's already been reimbursed for it from the government -- the government of Libya, according to him.  And then he asks for a $10 million.  But most importantly, he comes in here and says none of that happened.  None of that happened.  Absolutely not.

Well, ladies and gentlemen, you know he did.  We know in June -- you've got the stipulation, and I won't suggest that you

can read it off of there -- that he went to the United States
government -- and again, this is the information that we
couldn't put a witness on, but the government is agreeing is
true.  The government witness would say that in June of 2013
Bilal came to them and said that he had information about the
attack on the Mission, but he would only share it when the time
was right.

They had an extended discussion where the agents reminded
him that he was a security official, committed to justice, and
he that said he was surprised that the government of the
United States had never thanked him for his assistance and that
the United States' request now, in June of 2013, was coming a
little late in the game.  Right?  He denied that.  I asked him
about all of those aspects, and he denied them all.  He said it
didn't happen.

He did admit to having one meeting with William.  And we
can assume that at least one of these three meetings that you
have stipulations on is the meeting he's talking about.  But he
denied the substance.  And he also said at that meeting that
Ansar Al-Sharia is peaceful and focused on social improvement.

Again, that's -- I'm not suggesting that I know if that's
true or that's not true.  I'm simply saying he said it, and then
he sat here and he told you he didn't say it.  That's what
matters.

Secondly, on September 2nd, 2013, he told the United States

government that he was storing an armored vehicle at his residence, that he had purchased it for 16,000 Euros and paid 6,000 Euros to repair it.  He would bring it wherever the United States government wanted him to bring it if they would pay him that 26,000 Euros.

I don't know if this is the same car that he talked about having -- that the Libyan government had paid him for or not. Maybe he's got multiple cars.  I don't know.  But he denied this altogether.  He said this never happened.  And we have a United States government witness who would say it did, if we were allowed to call that witness.

Again, at that meeting on September 2, 2013, he provided no information about the attacks.  Didn't get his money; he provided no information.

Then the next stipulation is November 25, 2013.  This is the one he was so adamant about.  I gave him a few times to, you know, maybe think about it again before he answered.  He was adamant that he never asked for $10 million.

There you have it, ladies and gentlemen.  On November 25, 2013, he asked -- said he was willing to provide information in return for the $10 million offered under the Rewards for Justice Program, and he provided no information.

I'm not suggesting to you, ladies and gentlemen, that he got the $10 million.  I suspect, if he had gotten the $10 million, he would have come up with all kinds of stories.

The point is he asked for the $10 million, they didn't give it to him, he provided them no information.

Then he leaves Libya and goes -- he says he travels throughout Europe and then ultimately settles in Hungary.  I think there's one more stipulation.  This is the one just about the Farkash family.  I don't know if it's the same vehicle or a different vehicle, but I asked him about -- he talked to you about the Farkash family -- somebody named Farkash had given him a vehicle that he gave to the Preventive Security Group and got paid for and blah, blah, blah.  I asked him if he handed it over to his cousin Ibrahim, and he denied it.

He did admit to me that he -- first, he said, oh, you know, there's lots of guys named Ibrahim.  Then, finally, he admitted that he had told Agent Clarke about his cousin Ibrahim who was an extremist.  But he still denied having given him that car when he couldn't -- if it's the same one -- when he couldn't get the money from the United States, or, if it's the other car, he gave it to Ibrahim after he got reimbursed with Libyan government money.  I don't know which car it is, or if there's a third car.

Then we have -- so he goes to Hungary, and the FBI gets in contact with him at some point.  What did -- what did he say to us?  This is one of my favorites:  Everyone wants and likes money.  Couldn't be closer to the truth with Mr. Bilal Al-Ubydi.  Everyone wants and likes money.

Now he's got it indefinitely.  We put in that benefits chart showing how much they had paid him.  Remember, it started off with the government exhibit sticker.  We marked it with our sticker.  And it comes to a total of a lot of money.  305, I think, or something.  Whatever it says there on the bottom.  The government actually introduced a different version of this chart that didn't include his October payment.

I don't know why, but Agent O'Donnell told you this is accurate.  They did pay him in October.  So this is the one you should look at, the one that's got both a government exhibit number and a defense exhibit number.  That's the one that's accurate, because it goes through October and it shows you that he's still on the United States government payroll.

Agent Clarke told you that he was living and supporting himself in Hungary until the government came around.  So this is not a situation where they had to remove him, as it may have sounded, from Libya because of the terrible things that were happening to him in Libya and, therefore, they had to pay for his expenses.

He left Libya on his own, under bad circumstances, yes. I don't quibble with that at all.  But he took his family and left Libya, traveled around Europe, and then settled in Hungary. The government found him and started paying him at the same meetings they were collecting information from him.  They met with him on March 11, they met with him on March 12.  They

didn't bring a bag of money on March 11.  Which they met with
him on March 12, they told him at the beginning of that
meeting -- he denied it, but they told him at the beginning of
the meeting how they were going to start paying him, that he
could meet with Matt.  He gave them his bank account number.
Again, he denied it, but it's there.  Agent Clarke confirmed it.

They didn't actually use his bank account number, because
they decided to just bring him bags of cash instead.  And every
meeting thereafter when they met in Hungary, at every single one
of the meetings they brought a bag of cash.

Agent Clarke, I believe it was, wanted you to believe that
this is normal, that there's nothing unusual -- or maybe it was
Agent O'Donnell; I can't remember which one of them talked about
this -- said it was -- you know, it's no different than the
State Department employee getting a per diem.

Any of you who are government employees know that that's
not exactly the way it works.  He meets with the government five
days while he's in Hungary, and they put him and his entire
family on a per diem for all of those months.  He met five days
over that March -- however many months it was.  Five days he
met, and he got $75,000, paid installments of cash every time he
met with them.

I am not trying to suggest -- because I do not believe that
the United States government openly pays witnesses to testify,
openly buys lies.  I'm not suggesting that.  What I'm saying to

you is when you offer those kinds of financial incentives to
people who are otherwise untrustworthy, that's what you get.
I'm not impugning their integrity.  I'm not saying that's what
they intended to do.  But that's the effect you get when you
bring a bag of cash to a meeting to someone you need information
from.  And that's the result -- not the intent but the result.

They got from Mr. Bilal someone who was willing to make
identifications from shady, shady, grainy video footage, and was
willing to embellish his stories as he went along to make them
better for the government.  And that's what happened.

The first day he met with the government, he said that
Mr. Abu Khatallah -- I'm sorry.  The first time he met with the
government, he didn't tell them anything about this Mukhtar
Bruzayza incident that he later testified to.  And that's sort
of the biggest piece of his testimony, is that Mr. Abu Khatallah
and his men came to the February 17 camp and got weapons in the
days or weeks leading up to the attack.

The timing was a little off here and there.  It was either
two weeks or -- in the questions that were posed to him from
government counsel, it was a few days.  But in any event, it was
during the time period leading up to the attack he said that --
at trial he said that Abu Khatallah and his guys came to the
camp and loaded up weapons and that Mukhtar Bruzayza gave him
these weapons.

First of all, from a general standpoint, again, it doesn't

make a lot of sense that February 17 -- Mukhtar Bruzayza would give him the weapons, and then would be out there as the good guys fighting against the people who are attacking the Mission just a few days later, that we would have this call that the government tells you happened where Mukhtar Bruzayza and Abu Khatallah are saying -- you know, where Abu Khatallah is saying, don't shoot at me to Mukhtar Bruzayza if he got the weapons from him.  This whole thing doesn't make a lot of sense.

        But more importantly, if you break it down to how the story developed, you know it's just a lie.  He meets with them on March 11.  He doesn't mention it at all.  He meets with them again on March 12 and doesn't mention it at all.  He had already met with the government three times in 2013 when he was trying to get money, trying to sell a car, and didn't tell them anything about this.

        I would have thought that it would have been a good idea, if you're asking the government for $10 million, to tell them what you had, but I guess he wanted to make sure he had the check before he told them anything.

        So on -- oh.  He also at trial said -- and this is important because the government wants so desperately to tie Mr. Abu Khatallah to the Annex.  So Bilal adds in that there were mortars in this warehouse and that Abu Khatallah was loading up mortars.  That's the first time he ever said that.

        Even at the meeting where he said there were six or seven

vehicles, there were all these guys, all this stuff was going
on, he didn't say anything about mortars.  But they want so
desperately to tie Mr. Abu Khatallah to the mortars and to the
Annex -- and they have nothing.  So Bilal offers them up, oh,
yeah, in that warehouse there were also mortars at trial for the
first time.

He doesn't mention any of this incident at all when they
meet on March 11.  And it's not because they didn't get to it.
They talked about Jutuf, who was his driver, according to Bilal.
They talked about Bruzayza and his role.  But he says nothing
about this incident?

And it's not simply that he didn't get to it, because that
is the singularly most important story he tells.  It's not
plausible that he just didn't get to it.

Then, when they meet on March 27, which is the sixth
meeting, if you count the three in Libya, or the third meeting
if you just count the three with the FBI -- that's the first
time he mentions anything about this Mukhtar Bruzayza incident
at all.  And that's after he's handed a pile of $16,830 in cash.

And he tells them his first version of the story.  And that
story is there was a truck; Abu Khatallah came to the camp with
a truck.  Doesn't mention Jutuf.  Doesn't mention Al-Farsi.
Doesn't mention the other guy -- I've forgotten who the three
guys were, but they're the three guys that he later says came
with him to the camp.  Doesn't mention them as being involved in

this incident at all.

And he says at trial -- how many cars pulled up?  Four.
What does he say on March 27 at that first meeting?  "A truck."
And that's the picture he drew.  We had a little fun with the
picture, but you take a look at it yourselves.  If this was all
they had, maybe it wouldn't be as good of an argument.  A truck,
there's two people, or, if you want to be clever, maybe
two-and-a-half.  It looks like a pen scratch to me.  But that
would seem to be representing a truck picking up weapons, and
two people, meaning Mukhtar Bruzayza and Abu Khatallah, standing
over there by the warehouse where he says the weapons are.

If that's all we had, then maybe you wouldn't think it was
a different story.  But in addition to that, Agent Clarke
admitted that what -- his notes and the 302 and the recollection
is is it was a truck.  Then he tried to, you know, be a little
bit creative -- I'll give him credit for that -- and said, well,
maybe when I wrote down a truckload of weapons, I meant a lot of
weapons.  But he kind of backed off that pretty fast.

A truckload of weapons means what you see in the picture, a
truckload of weapons.  It doesn't mean four or five truckloads
of weapons.  It doesn't mean six or seven truckloads of weapons.
It means a truckload of weapons.  That's what he drew.  That's
what's in the notes.  That's what Agent Clarke remembers.
That's what Bilal said.  And he denied it.  When he came and
testified, he said he never said that.  He always said the same

thing, according to him.  Not that his recollection changed.  He just flat-out denied it.

And at the third meeting they had, he again did not say anything about other people coming with Abu Khatallah.

Then they met in July.  They didn't discuss this at all, so that I can understand.  I wouldn't suggest, having discussed it once, and they come in July and don't discuss it, that there's anything suspicious about that meeting.  They didn't talk about it at that meeting.

But then they come back to it -- and let me just say this too.  Agent Clarke is obviously an incredibly experienced FBI agent.  I have no doubt but that if Bilal was telling him about this story of a truckload coming and picking up weapons, he wouldn't have asked the follow-up questions:  Was there anybody else there?  How many weapons?  How many trucks?  What kind of weapons?  He would have gotten the information.  He just didn't forget.  He's been doing this for 29 years.  It's not Agent Clarke that's misleading you; it's Bilal who's lying about this.

So then he goes -- on November 12 he comes in and he tells a story that's at least somewhat consistent.  This is when he brings up, after he gets -- I think by this time he's got about $75,000.  Now he says there were six or seven vehicles.  And this is when he first says that, with Mr. Abu Khatallah, were these other three individuals.  Hadn't said any of that before.  But even then, even in November he doesn't say anything about

mortars.  That comes up at trial only.

I want to move on, because I don't want to take up more of your time than I have to here.

The next big lie he tells is this lie about the call that he got from Abu Khatallah on the night of the attack.  And there are so many ways that this doesn't make sense, not the least of which is -- we'll talk more about these, what the government keeps referring to as phone records, and we keep says spreadsheets, and I'm about to explain to you why there's a difference there, why what we're talking about matters.

But he says at trial that he claimed to have heard gunfire at 9:30, received a call over the radio from Faraj Shaku, 17 February -- works under Mukhtar Bruzayza.  So Faraj Shaku is working at -- and is getting shot at or hearing shots at the Mission.  Faraj Shaku works for Mukhtar Bruzayza.  I just point that out because it goes back to the whole thing, does any of this make any sense?

So then he sends two officers to go find out what's going on:  Jabril Al-Agori and Sharif Mouraja.  He gets a call from Jabril and Sharif saying they're being fired on at the embassy.  He says the gate is open, there's smoke coming out, and he tells them to take cover, keep an open line and stay in communication.

He said on direct that Sharif had been shot and then I think later, either on cross or redirect, he said both Sharif and Jabril had been shot.

1    If you just for one moment -- there's something kind of

2    interesting here.  You will remember -- or you probably won't,

3    because it was a minor point at the time -- his name was spelled

4    A-G-O-R-I when the government put it up.  And then we had the

5    little exchange where we said -- tried to explain that, when you

6    write a name in Arabic and then try to translate it into

7    English, it can be spelled any number of different ways because

8    it's not -- the letters aren't there, so you're basically

9    spelling it the way it sounds.  And he agreed with me that this

10   would be another way to say the same name, Akuri.  And I point

11   that out because we have a stipulation that you have with you

12   that says that the government has information that Jabril

13   Al-Agori participated in the attack on the Mission.

14       All right.  Let's go back to the story.  What he is -- it's

15   kind of telling about what he does is he doesn't send the

16   reinforcements.  So all the government has talked about, how

17   Mr. Abu Khatallah's call to him stops first responders, doesn't

18   hold water because he wasn't sending any.

19       He wasn't sending any responders.  He was not responding to

20   the Mission.  He sends no one.  And he told you -- I asked him,

21   did you send reinforcements?  You have two guys down there

22   saying they're getting shot at -- at least one, if not both of

23   them, have been shot.  Do you send reinforcements?

24       "Of course I didn't" was his response to me.  "Of course I

25   did not."  He's in charge of security, and he sent no help

whatsoever.  But suddenly, it's Mr. Abu Khatallah's fault when,
nearly an hour later, he says Mr. Abu Khatallah called him and
said, pull back your men.

Well, we know the most he's got there, that he thinks he's
got there, is two men: Jabril and Sharif.  So that's not much of
a "pull back your men."  It turns out that there were two other
guys that he was actually talking about pulling back, and it was
-- if you believe this story, and that's Hamza and Hassan that
we heard about.

But you heard that Hamza and Hassan were just getting
dinner.  There is no evidence that they were responding to the
Mission.  I'm sure, again, that Mr. DiLorenzo didn't intend to
suggest otherwise when he said they're security officials; maybe
they were responding to the Mission.  That's not what the
evidence is.  The evidence is they were going out to get dinner
and they happened by there.  That's what the evidence is.

But the only reason that matters is because the government
would like to build up the notion that somehow Bilal was sending
people to the Mission to do good and that they were stopped by
Mr. Abu Khatallah.  That's not the case.

And the other reason you know now that this doesn't make
any sense is because you hear -- the Americans are telling you
they're calling everybody to get reinforcements during the early
parts of the attack.  Starting right away, right off the bat, at
9:40 or whatever time the attack starts, the Americans are

1    calling all around looking for someone to come to their aid.

2    And Bilal tells you -- who was in charge of the joint

3    operations; he is in charge of security in Benghazi that night.

4    And he says the only calls he's getting are from the media.

5    Those are the only calls he's entertaining are the media.

6         And then he says he gets a call from Mr. Abu Khatallah.

7    Oh, and this is about an hour after he gets -- hears the attack

8    starting -- or 45 minutes, I think he says.  He says he was

9    trying -- he thought it was Jabril and Sharif, so he was trying

10   to prolong the discussion, right?  Trying to keep them on the

11   phone.  He's gotten questions, who and where, trying to

12   understand what he's talking about.  He claims they're sitting

13   right there with him.  He says -- Mr. Abu Khatallah says, your

14   guys are sitting right here with me.  He describes the vehicle

15   they're in.

16        And then he, according to what Agent Clarke told you later,

17   he says he puts them on hold, there's another discussion,

18   there's back and forth.  And this -- so it clearly goes on for a

19   while.  But when he's testifying in court -- and you'll see the

20   phone records that -- well, the document that the government

21   wants you to believe are phone records -- the spreadsheet, and,

22   you know, seeing that that call is 36 seconds long.

23        So despite the fact that he had previously talked about how

24   this conversation went on much earlier and had told Agent Clarke

25   specifically that the conversation lasted over 10 minutes, he

1    now wants, because he sees these phone records, that

2    conversation to have lasted very little time at all, 36 seconds.

3         You know, I don't know what to say because, frankly, I

4    think that there's absolutely now foundation for you to believe

5    that those -- what they keep calling phone records are, in fact,

6    phone records.  It's a spreadsheet.  The summary witness they

7    brought in to testify to you about how she, you know, looked

8    through it and made some comparisons, tried to tell you that

9    that -- or admitted to you that that is, in fact, an Excel

10   spreadsheet that could be manipulated by anyone.

11        We weren't suggesting she had manipulated it, but she

12   admitted to you that it could be changed by anyone.  This isn't

13   a hard printed-out copy of some phone records from a phone

14   company someplace.  This is a Microsoft Excel spreadsheet.

15   That's all that is.  You cannot rely on that and -- the way the

16   government has been doing, and act like, because it's on this

17   spreadsheet, it is automatically true.  And the reason you have

18   to know it can't be is because the government's own evidence

19   contradicts what's on that spreadsheet.

20        You can't believe both, what their witnesses say and this

21   spreadsheet.  You can't believe both.

22        So he tells him that this conversation happened over 10

23   minutes.  Ms. Himelstein shows him the spreadsheet.  He looks at

24   line 1608, and that's where you see it.  If this is, in fact, a

25   phone call between Bilal and Mr. Abu Khatallah, when the

government says it happened, it's 36 seconds long.  And I don't want you to take that I think that that means that is actually the phone call that he's talking about.  I have no idea, because these are simply a spreadsheet.

Mr. DiLorenzo characterized this conversation that Mr. Abu Khatallah allegedly had with Bilal as a stand-down order.  You know -- he called a few things a stand-down order.  But it's hard to believe -- you could take -- even if you took Bilal at his word, and there's every reason not to -- what he said was pull your guys, pull your group, pull your men out of here -- and he's talking about two guys that are there getting lunch, or dinner -- I guess it was dinnertime.

Two guys are there getting dinner, and he tells them they're going to get hurt; pull these guys out of here.  It could as easily be, they're going to get shot, what are they doing down here in this mess, as a stand-down order.  The only actual stand-down order you heard about was what GRS Operator Tiegen told you.  He got a stand-down order is what he calls it.

Mr. DiLorenzo told you the response was delayed because of the actions of Mr. Abu Khatallah.  The response was delayed by the actions of the supervisors of Mr. Tiegen, according to him.

I don't know the truth there.  There's been a lot of political controversy about whether there was a stand-down order there or not.  I'm not purporting to know the truth.  I'm just telling you what Mr. Tiegen said.

        Mr. Abu Khatallah did nothing that interfered with the
ability of the Americans to get to the Mission.

        And he also says that he puts -- he says he's talking to
Mr. Abu Khatallah and he has stopped Hamza and Hassan, and this
is where they were, down here where he put the H+H.  It's on
Defendant's Exhibit 130.

        If that's where this happens, it's nowhere near where the
government wants to put Mr. Abu Khatallah.  Even if the story
had an ounce of truth, down there -- he wasn't sending away
first responders from the February Camp.  That's over here.  You
can't see where I'm pointing, can you?  I forget that this isn't
a touch screen.

        All right.  Where you see February 17 on the left side,
that's where the camp is.  You can't -- if that's where it
happened, he's not turning anybody away.

        The next big lie is not as important, perhaps, but it's an
example of why you cannot trust what he tells you.  Bilal said,
I was the one who brought the ambassador's body to the Americans
at the airport, and that's -- frankly, that's why he thought he
should have been paid $10 million, because of everything he had
done.

        He didn't do it.  That's not consistent with what the
evidence is in the case.  What were you told repeatedly about
who brought -- who arranged to have the ambassador's body
returned to the airport?  Wissam Bin Hamid of Libya Shield.  Roy

Edwards, Charles Alexander and John Tiegen all told you this.
Libya Shield -- not the Libyan army, not the Libyan government
and not Bilal -- rescued the ambassador's body, returned the
ambassador's body to the Americans.  He took the Helix to the
hospital and brought the ambassador's body back.

Again, this is a small point, except for the fact that it
illustrates the con man side of him.  He wanted to get some
money out of this tragic circumstances, and that was how he
chose to do it.

The other way you know the Mukhtar Bruzayza thing doesn't
make any sense and didn't happen is because Bilal says a few
days after the attack -- I think he said a couple of days --
probably September 13, 14 time period -- he goes to a meeting at
the February 17 camp called by, I think he said, the chief of
staff to talk about what had happened.  And he says Mukhtar
Bruzayza was at that meeting.

Mukhtar Bruzayza is at the meeting and, according to him,
he says -- he tells them about Abu Khatallah calling him and
essentially participating in the attack, saying, get your men
out of here.  He says he raises that the day or two after the
attack in front of Mukhtar Bruzayza, who he just told you he saw
giving the weapons to Mr. Abu Khatallah to carry out the attack.

It's either the stupidest thing in the world to do, or it's
just a big lie.  It doesn't make sense.  It didn't strike me so
much as stupid, as untruthful.  It doesn't make sense.

1         And just like -- oh, I want to go back to one thing.  He

2    also says, after this meeting, that -- after the occurred, I

3    said, you continued to have contact with Mr. Abu Khatallah.

4    Right?  "He didn't contact me.  I didn't contact him."

5         Then we went through -- and I'm not going to go through all

6    of them with you.  We went through what the government calls

7    phone records, the spreadsheet.  If they're phone records, they

8    show you that he had ongoing communications with Mr. Abu

9    Khatallah after the meeting, after the incident.  So he's either

10   lying about that or these aren't actually phone records.  Can't

11   have it both ways.

12        And I thought it was also interesting that, even though he

13   is in charge of the joint operations room and sends no one,

14   other than Jabril and Sharif to see what's going on -- and then

15   what -- did he tell why he didn't he send anybody?  Because an

16   incorrect shooting might happen.  That's remarkably similar to

17   what Mr. Abu Khatallah was telling Agent Clarke on the ship.

18   People were trying to make sure there wasn't friendly fire, if

19   you will; people weren't getting shot.

20        What did Bilal do after the attack?  He looked for a way to

21   make a quick buck.  Because, as we heard, everybody wants and

22   needs -- everybody wants and likes money.

23        I want to shift now to the third Libyan witness, Ali

24   Majrisi.  Here's a guy that got a really good deal.  He is the

25   one who got $7 million.  And that's after he was getting the

kind of money that Bilal and others were getting.  He got, in
addition to that, $7 million.

He was on the government payroll from 2013 until the time
he got his $7 million.  And, boy, did he get paid well.  As he
told you, he got, for a while, $2500 a month, and then they
bumped it up to $5,000 a month.  But that didn't include all the
extra money he got and -- he said for expenses, as well as
bonuses as well as gifts.  And there's no accounting of how much
that money is.  But we got some window into it in discussing
things with him.

He was very upfront about the fact that he got a lot of
money.  He wasn't trying to deny that.  He declared -- thanked
the generosity of the United States government on many
occasions.  And they took very good care of him.  He couldn't
keep track of how much money they were giving him.

When he complained that he wasn't getting enough, they gave
him $72,000.  He said -- I think this was even in response to
the government's question; maybe mine -- you frequently
expressed your displeasure with the amount of money you were
getting, didn't you?  And he answered, yes.

And that's when they gave him $72,000.  And -- but the big
thing was they also held out the promise of much more.  Was what
he was doing dangerous?  Yes.  But that's really not the issue
now.  The issue for you is whether you can rely on the testimony
he gave as being truthful or whether he had a reason to lie, a

reason to embellish, a reason to curry favor with government, a reason to show his appreciation back to the government that treated him so well.  And he got that big payout -- and I know the government said in their opening statement, and I'm sure they'll try to say it in rebuttal too, it had nothing to do with his testimony.

But you know what?  We found out during the trial that it actually -- even if the government didn't intend, and I'm sure they didn't -- the FBI didn't intend for that to be a direct correlation to his testimony, that's not what he was told by the people working with him in Libya.  And you'll have to assess this on the basis of what he thought, not what the Department of Defense and State Department people who hand out the reward money ultimately intended.

They told you, oh, it would be against the law to pay for witness testimony.  Nobody is disputing that.  What matters is what was Ali told at the time he was working with the government representative in Libya.  And he was told repeatedly that he would be paid if he provided testimony.  And I don't want to misstate it, so let me pull it out for you.

In September of 2013 -- and this is, again, an example where we don't have a witness to call because it's classified, so we can't, but you are to believe that this is true; there is no dispute that this is true.  He was told by a U.S. government agent in September of 2013 that he -- they talked to him about

the possibility of a significant financial reward in exchange for his subsequent testimony.

He was told he would receive $150,000 for facilitating the capture of Mr. Abu Khatallah.  And then they revisited the issue of talking to the FBI and providing testimony and subsequently receiving a reward of about a million dollars and the option to move his family to the United States.

He said no.  And I'm sure the government will point you to the fact that he said there were things that are more important than money.  And by that he meant he didn't want to be labeled a snitch, if you will.  He mentioned the importance of family name and family history.

Then in 2013 we have an interesting development.  He told you about this, because the government asked him about it first. He said, yeah, at a moment of weakness, I offered to kill him. What?  If you are willing to kill for the United States government, if you're willing to get rid of someone by actually yourself physically killing them, is it that much of a stretch to say you'd be willing to lie for them?

I'm not sure which commandment is which, but I'm pretty sure killing them is worse than lying when you come to court. And he was willing and offered to kill Mr. Abu Khatallah for the government.  You know that that is true.

He then -- you know, and the government will point out that a couple of times they offered him -- they told him he could get

1    this, you know, up to a million dollars if he testified.  Again,

2    I don't really want to do that.

3        But then in November 2013, he comes back to the government

4    and he says -- he's heard about the $10 million reward and he

5    thinks the money they're paying him is embarrassingly or

6    insultingly little, in light of that number.  Of course, even

7    though the government will tell you that he was never told he

8    would get money for testifying, the agent told him that he

9    deserved his share of that money.  And we all know what happens

10   next.

11       It's also important to look at -- well, we'll come back to

12   that.

13       He tells this -- his gratitude is quite palpable, if you

14   will, after he gets all of this money.  He is willing to help

15   the government prosecute Mr. Abu Khatallah because it's --

16   frankly, it's a lot easier and a lot cleaner to prosecute him

17   and to come in here and testify that he was willing to do; he

18   was willing to kill him.

19       So, instead, he comes in here and he gives you the words

20   that the government needs to hear, puts those words in Mr. Abu

21   Khatallah's mouth.

22       You don't have the words from Mr. Abu Khatallah.  He was

23   working essentially undercover, if you will, for the

24   United States government.  But they didn't see fit to get

25   recordings of anything that Mr. Abu Khatallah said, photographs,

anything documenting the things he was telling them.  There is
nothing you have but the words of Mr. Ali Majrisi himself.

You don't have the people working with him that you heard
from.  You don't have anything to verify what he told you.  All
you have is his word.

He said he went to a meeting -- it was some sort of
political rally -- where he claims that Mr. Abu Khatallah stood
up and declared, I was born in Benghazi, lived in Benghazi,
don't represent anyone but myself, been accused of being
involved in the attack on the embassy, and then he sat down.

Well, that's kind of a big nothing burger, if you will:
I've been accused of committing a crime.  Well, yes.  He had
been accused.  He didn't say he did it.  There's nothing very
significant about that.

And then he claims -- the one that the government is
jumping on now is he claims to have heard Abu Khatallah say, I
intended to kill everybody there, even those at the airport, if
it wasn't for Wissam who stopped me from doing so.

Well, that's very convenient, now that we've figured out
that his friend, Wissam, is the hero.  Now we have to figure out
a way to separate Mr. Abu Khatallah from Wissam Bin Hamid.

He's got his phone number in the contacts, he talks about
him on the ship.  We have to figure out a way to not have
Mr. Abu Khatallah in the good guys' camp.

Lo and behold, the $7 million man gives you, I told Wissam

1    Bin Hamid -- I would have killed all the Americans if it hadn't

2    been for Wissam Bin Hamid.

3        He told you he was standing next to Wissam Bin Hamid

4    outside the Mission earlier in the evening.  We know that

5    there's no evidence that he ever went to the airport or the

6    Annex.  The government got his phone number from one of the

7    witnesses.  I don't remember if it was Bilal or Ali.  We brought

8    that out.

9        The witness didn't remember it because the government

10   didn't ask him to re-create the writing down of that phone

11   number.  And you can draw your reasonable inferences as to why

12   they didn't have him write down that phone number.  Probably

13   because it's not on their spreadsheet.

14       But there is no evidence that he tried to communicate

15   anything to Wissam Bin Hamid about not helping the Americans.

16   By the time that's going on, that cell phone stipulation that we

17   have tells you that he's home; he's nowhere around.

18       Ali also gives the government this statement that Dijawi

19   was a hit man for Abu Khatallah.  There is absolutely no

20   evidence to support that other than the words of a $7 million

21   man.  Zero.  Zero.

22       And it's really important that you think about these

23   conversations also in this context.  He said that Mr. Abu

24   Khatallah said there was lots of spying going on.  That's how

25   they bring in that he doesn't like Americans here.  All of the

conversations he had allegedly, according to him, with Mr. Abu

Khatallah, happened after the fact, after the attack on the

mission, months later when the government sent him in to talk to

Mr. Abu Khatallah, when he was on their payroll and doing their

investigation.  That's when these conversations allegedly

happened.  Nothing he offered you was contemporaneous with the

attack or preceded the attack.

One of the interesting things he did tell you about on

cross-examination was a guy by the name of Abdel Basit Igtet,

who you then met.  We had some discussions about it because --

and I don't blame him for this one; this was my fault.  He

couldn't understand tho I was talking about because I couldn't

get the pronunciation down.  I had seen it as Abdul Basit Igtet.

Apparently, it's another one of those where you can spell it

many different ways.

But once he figured out who I was talking about, he did

recall that discussion.  He recalled having talked to Mr. Abu

Khatallah about Abdul Basit Igtet, and Mr. Abu Khatallah trying

to arrange a meeting to talk to the Americans.  That was while

they were -- and the reason it came up, because it was while the

agents in Libya who were working with Mr. Majrisi, Ali Majrisi,

were trying to get him to lure Mr. Abu Khatallah to his beach

house.

And while that's going on, he tells the agents, I don't

think that plan is going to work because he's meeting with Abdul

Basit Igtet and he says they're trying to get a meeting set up with the Americans.

Then in comes -- and I'm just going to take a break from Majrisi for a moment to talk about Abdul Basit Igtet.  Because now we know that what Mr. Abu Khatallah was telling Ali Majrisi was true.  According to Abdul Basit Igtet, they were trying to set that meeting up.

Mr. Abu Khatallah told Abdul Basit Igtet he was willing to meet with the government, the United States government.  Abdul Basit Igtet is a gentleman who is running for office in Libya.  They don't have any elections scheduled right now because of how chaotic Libya is, but that is his plan, to try to form a more perfect union, if you will, in Libya, to try to get a coalition government in place to stop all the fighting.  And that is how he knows Mr. Abu Khatallah.

And he went to his home.  They talked for several hours, and he asked Mr. Abu Khatallah if he would be willing to meet with the FBI.  And Mr. Abu Khatallah told him yes.  I'm sorry.  I said the FBI.  I don't know that he said that.  He said the United States government.  I don't know that he specified what agency.

And unfortunately -- well, actually, Mr. Igtet, I think, did tell you that he then was in contact with the FBI after that.  But from Mr. Igtet's perspective, they didn't get it arranged in time.  I don't know if that's because -- I mean, we

know, from what we know from Ali Majrisi, that the FBI and Ali Majrisi were already well underway planning the capture of Abu Khatallah, so I suspect they didn't have any great interest in arranging a meeting.  But I don't know.  It's possible that it just didn't get set up.

But what we know is the government wants you to believe, through Ali, that Mr. Abu Khatallah was in hiding, that he had increased his bodyguards after the capture of Al-Libi, and he was hiding because he was afraid he was going to get captured.

So this evidence was offered to show you that was simply not true, that he wasn't in hiding; he was actually willing to meet -- told Mr. Igtet that he was willing to meet with the United States government.

You also have a stipulation that says he was willing to meet with the Libyan minister of justice regarding the allegations of the attacks on the Mission and Annex.  So that is -- it's not the same issue, but it's a related issue.  He was not in hiding.

I know that the government tried to impugn, if you will, the character of Mr. Igtet by somehow suggesting that he was an al-Qaeda supporter, which is more than a little bit offensive to a man of Mr. Igtet's stature.  He is a very well-known, very well-respected gentleman running for political office in Libya. He retweeted, as he told you, a tweet by an Irish journalist named Mary Fitzgerald about something al-Qaeda was doing.  There

was no suggestion that he was advancing the goals of al-Qaeda. That's crazy.

He did admit to you that he doesn't believe the United States should be coming into his country, into Libya, and abducting citizens, that they ought to find a way to do this without abducting people from inside without the permission of the government of Libya.

That's his belief as a politician, as a person. That doesn't impugn his character in any way. I dare say the United States government would not look favorably upon other governments coming into our country and abducting citizens and bringing them to another country. There is nothing wrong with having that political view. And again, you didn't hear any evidence that Mr. Abdel Basit Igtet had to get paid to come and testify. None.

Now, I want to go back to Ali for a moment. The government claims that he talked to -- that Ali told you that Abu Khatallah told him that he had spoken with Shaltami and that was the government's next version of a stand-down order.

But the problem with that story is there's nothing to verify it. Bilal was the one on duty at the joint operations center on the night of the attack, not Shaltami. There's -- no one gave you any testimony that Shaltami had any role on September 11 or that anyone actually said anything to Shaltami or that Shaltami took any actions to stand down or not send

responders.

We don't know anything about Shaltami other than Ali saying
that -- after the fact that he heard Abu Khatallah claim to have
given this information.  It doesn't make any sense.  Just
another example of the $7 million man being available to fill
holes.

And of course, some of the stipulations that you're going
to see -- and I'm not going to run through them because it will
take too long -- are going to refer to the people who were
involved in this attack.  It's the ones we read yesterday, if
you recall.  And you'll have all of them, and I would ask you to
please read through them carefully because I would submit to you
that those stipulations are reasonable doubt in and of
themselves.

One of the things I wanted to point out to you is that a
couple of those stipulations refer to guys from Dharna.  And you
may or may not remember, but Ali offered another little tidbit
at trial.  He said, oh, yes, and sometimes when I was at Mr. Abu
Khatallah's house, I heard people with a Dharna accent.  Dharna
is just up the street from Benghazi.  The suggestion that he
could tell that people were from Dharna because of an accent was
made simply to try to thwart the impact of the stipulations that
you're going to read.  It makes no sense.

Now -- and, of course, he also threw in for them as an
added bonus that Mr. Abu Khatallah told him he knew something

1    about mortars.  Again, after the fact, and not tied to the

2    actual attack on the Mission, but just trying to somehow tighten

3    up that story about the mortars.

4         He said that he had never seen Mr. Abu Khatallah practice

5    with mortars, but he had told him he was an expert.  It's not

6    worth much.  Maybe it's a little piece of that $7 million.

7         He told you that Khatallah agreed to go to that beach house

8    because he was looking for a safe haven, not to hide from the

9    United States.  What did he tell you?  To hide from General

10   Haftar because of the war that's going on in Libya.  That's what

11   he told you.

12        And I would submit to you that his willingness to identify

13   people from those videos is also tied to his gratitude to the

14   United States.  And how do we know that?  There was a very

15   telling moment in the trial when government played a video for

16   him and said, please stop when you recognize someone.  And he

17   stopped it, he recognized someone.  Then they played the rest of

18   it.  Nope, don't recognize anybody else.

19        So what did we do?  We took a break, five-minute break at

20   the government's request.  And we came back after that five

21   minutes and we replayed the video.  And suddenly he could

22   identify a second person.  Couldn't identify him before the

23   break, but now he did.

24        And -- point you to Defendant's Exhibit 194, which is

25   another stipulation which says that, in September of 2013, a

1    government agent met with him, showed him an image taken from

2    that footage, and that image depicted the person that he had

3    identified at trial as Jutuf.  That's the person we're talking

4    about here.  And he said he had never seen that individual

5    before, and that individual is not Mr. Abu Khatallah's

6    right-hand man.

7         He claimed to be able to identify Abu Khatallah in that

8    alley shot where -- I mean, I would welcome you to look at that.

9    We have this interesting thing here where we've got two guys

10   that various people think look like Mr. Abu Khatallah.  Right?

11   We've even got the government believing the other guy was Abu

12   Khatallah first.  We've come to refer to him as the first

13   Khatallah.  And then we got the second Khatallah.

14        And I would submit to you, ladies and gentlemen, that if

15   Mr. Abu Khatallah is anywhere, he is on the video when -- after

16   all of this happens.  He's the third Khatallah, if you will.

17   This is not an unusual look, the way this person is dressed, and

18   the beard in Benghazi.

19        When you see this -- watch this video.  This is the alley

20   where he claims to be able to identify Abu Khatallah.  I submit

21   to you, ladies and gentlemen, that that's quality of video we're

22   talking about.  That's what we're talking about.  That is not

23   proof beyond a reasonable doubt:  An identification by a man paid

24   a whole lot of money where you cannot see people's faces; you

25   cannot distinguish them.  And there's no evidence to support it.

And, obviously, as I said, we have the problem where he's both biased on behalf of the government, because he got all that money and he's very grateful for it, but he's also -- he considers them brothers.  He told you that.  He's on a first name basis with the government, and he considers them his brothers.

He didn't think quite as favorably about the guys from my side of the table that went down to try to talk to him after he spoke with the government and then told him he was going to call the police on them.  First he tried to pretend like it was because they misrepresented who they were, but then he acknowledged that, in fact, they gave him business cards.

So there was no misrepresenting who they were.  He just knew which side of the bread the butter was on, and it was not on ours, so he refused to talk, as is his right.  But it does go to his bias.

The government wants you to believe that Mr. Abu Khatallah planned the attack.  And we've already talked about a number of reasons why that doesn't make any sense.  The biggest one, of course, is that he didn't know the facility existed, and you cannot plan an attack on something you don't know exists.  And that comes from Ahmed Salim.  As I mentioned, he was here without being paid, without a desire to be here.  He was here because he was subpoenaed.

And he had -- he told you he had met with the government,

United States government, on a lot of occasions prior to coming in here to testify.  And those occasions, as he told you, preceded -- preceded this case.  That's how he knew who to talk to when everything broke and he wanted to tell them what he knew was going on.  Not because he was trying to do something for Mr. Abu Khatallah.  He had been working with the United States government representatives for a long time.  He told you from the beginning of the revolution he was arranging meetings and assisting the United States government in Libya.

So when things broke loose and he heard what was going on, he went not as a partisan, not as a friend -- he told you he wasn't Mr. Abu Khatallah's friend -- but he also wasn't afraid of him when it came time to doing what he needed to do.  He went to the person he referred to as Bob and told him what had transpired.  Again, he might have gotten some facts wrong, but he did his best.  And that's what he did when he came in here and testified as well.

This man did not look like a liar.  He didn't have that demeanor.  He answered the questions of the government and the questions of the defense in the same manner, even though the questions from the government's side of the table were coming at quite a different tone at him and, as a result, he might have had a little bit of -- been a little bit taken aback as to what was going on, but he tried to be as honest as he could.

You'll remember there was a moment when the government

accused him of saying that the deaths of four Americans was
irrelevant.  He didn't say that.  You heard what he was saying.
He said he thought -- the one thing he did not tell the FBI
about when they talked to him after the attack was something he
didn't want to talk about involving his father, and he said it
was irrelevant.  That's what he said was irrelevant.  Not the
death of four Americans.  No one in this courtroom believes the
death of four Americans is irrelevant.  And it was really unfair
for the government to suggest that he said that.

He said that Mr. Abu Khatallah, as I've already said, was
there in slippers, didn't know about -- got the call, asked him,
is there a U.S. facility in Benghazi?  Because he was hearing
from somebody who was upset on the phone about the video -- and
I'm not, again, suggesting that that means that the video had
something to do with the attack or didn't have something to do
with the attack.  He's simply reacting in time to what is being
told to him and what Mr. Salim is hearing and seeing and what
he's observing.  And to him, he sees Mr. Abu Khatallah trying to
calm down the person on the other end of the line.

He's clearly not on his way to an organized attack that he
is behind when he then finishes his tea and finishes his
conversation and then leaves.  Mr. Ahmed Salim told you he
didn't seem to be in any great hurry.  He wasn't upset.  He did
ask, is there a U.S. facility?  So that's probably a pretty good
explanation that he was planning to go see what was going on.

Nobody is suggesting that he didn't want to go see what was going on.  But that doesn't mean he was planning an attack.  It doesn't mean that he was involved in any way, shape, or form.

I think I've already covered this quite a -- that the government seems to be implying that there's two different motives for this attack, one being the anti-American bias that he has, and one that he was concerned about spying.  And the problem with that is -- with the first one is that there's just no proof.

There's nothing that has demonstrated an anti-American bias.  He wasn't hostile to his captors.  He wasn't hostile to the interrogators.  He wasn't disrespectful in this courtroom.  You have seen nothing to suggest a hatred or animosity towards the United States.

He lived his entire live in Benghazi.  His concerns are local concerns.  Does he want Sharia law?  Yeah.  Does he care what law we have?  No, except that perhaps he might have suggested that he thought conspiracy seemed like not fair when he was asked by -- when it was explained to him by Agent Clarke.

Then he also claimed again -- the other motive is something about him being against the spying.  And what we have -- might have gotten off track here.  Sorry.  Here we go.  We have a number of photos that suggest that -- and the government -- this really comes down to this.  I'll try to speed this up a little bit.  They gave you this very, I'm sure, very expensive model.

1    No expenses were spared on this case, with the exception of

2    going to Radio Shack and picking up a video recorder to figure

3    out what was going on on that ship.

4         But they made this really big fancy model, and they put

5    this flag over here high up in the air, right at the border,

6    making it appear that anybody walking past here would see this

7    American flag and know exactly what they were looking at.

8    Right?  All right.  That's kind of what it looks like on the

9    model.  But what did we do?  These are just the pictures that

10   sort of show you around it.  Right?

11        But here is the photo of the -- if you remember -- I forget

12   which witness we did this through, but we had someone -- one of

13   the DS agents show us what's missing on the model.  Right?  They

14   didn't make a model of all of the compound.  They just made a

15   model -- and it probably, you know, cost a little bit more.

16   They just made a model of part of it, that was important to

17   their story.

18        But the problem is, is that this is in the center of the

19   compound.  This flag -- no one is saying there wasn't a flag

20   someplace within the compound, but it wasn't visible from

21   outside the compound.  This isn't the edge of the compound.  It

22   keeps going over here.  And that's what this photo shows you.

23   If you take a look at -- and that's what the witnesses admitted.

24   That's what Defendant's Exhibit 115 is designed to illustrate.

25        It's also important to note that even Salim, who lives just

1    a couple of miles away, told you he had no idea there was a U.S.

2    facility in Benghazi.  And he's been meeting with people from

3    the United States there since before -- during the revolution.

4    But he didn't know there was a facility.

5         Again, this goes to the fact that there is a presence in

6    Tripoli.  There's an embassy in Tripoli.  And people come from

7    Tripoli to Benghazi to conduct business and to do things.  But

8    that doesn't mean that the facility is known to people.

9         They tried -- all of the agents told you they tried to keep

10   a very low footprint.  Right?  They didn't want to be known in

11   the neighborhood because of security issues.  There's no sign

12   outside the Mission that says welcome to the United States

13   Mission.  The only flag is interior.  It's surrounded by a high

14   wall.  And Scott Wickland told you repeatedly that we tried not

15   to be obvious.

16        And there was a little bit of testimony about whether the

17   ambassador's trip there would have been known to people.  And

18   again, the agents who came in told you, we tried to keep a very

19   low proposal.  We didn't want it known.  Is it possible some

20   people learned about it?

21        Yes.  Because the ambassador went the night before to a

22   meeting at a hotel, and according to at least a couple of the

23   agents, the DSS agents, some members of the press tried to come

24   to that, because everyone in Libya loved the ambassador.  He was

25   well-loved and well-respected.  There's no dispute about that.

So people came to see him, and they were largely turned away.
But could some people have learned about his visit because of
that?  Yes.  Is that evidence that Mr. Abu Khatallah knew
anything about it?  No.

Somebody said it was reported on social media.  There's no
evidence that Mr. Abu Khatallah has any social media accounts.
One person -- I believe it was Tiegen -- said that he said he
thought he saw it on TV that night.  But there's no evidence
that it was widely reported or that Mr. Abu Khatallah would have
known anything about it.  Certainly, nobody suggested that they
had had a conversation with Mr. Abu Khatallah and he said he
knew anything about it.

I want to talk for just a second, because Mr. DiLorenzo
accused us of going after February 17 when we cross-examined
some of the agents, and that somehow we were calling this an
inside job.  If you remember back to the opening statements,
Mr. Crabb is the one who first said that February 17 was playing
the 50s.  I didn't know what that meant.  So I was a little bit
clueless.  But somebody on our team looked it up and discovered
that playing the 50s means playing both sides.

So they suggested that February 17 wasn't necessarily on
the up-and-up, and we were simply exploring that with the
witnesses.  Okay?  I mean, we were following the evidence that
they said they were going to present.  They said the evidence
will be that February 17 was playing the 50s.

1    I want to talk to you -- again, just to close the loop on

2    this one, the government started this whole case because they

3    believed that this guy -- well, now they tell you that this guy

4    right in the center here -- I wish I could point to things.  All

5    right.  I'm going to do it this way.  No, I'll probably break

6    it.

7        The guy right there in the middle with the AK-47 -- I don't

8    want to break any more equipment.  The government said that that

9    is Abu Khatallah.  Right?  But it's not the first person they

10   identified as Abu Khatallah.  That's the first person they

11   thought was Abu Khatallah.  That guy and that guy were both

12   identified as Abu Khatallah at different times.

13       When the government first invaded Libya to capture the

14   person they were looking for, they were looking for this guy.

15   And they thought that guy was Abu Khatallah.  And do you know

16   how we know that?  We have the government's admission in the

17   affidavit in support of the criminal complaint that was filed --

18   you're going to get a redacted copy, because there's still

19   information that's not there, but if you look at one page of

20   that exhibit, it says that the man later identified as Khatallah

21   approaches the office.  And then the interesting part is, it

22   says, he stands out because of his white beard, and he's

23   surrounded by a group of men, several of whom are armed; they

24   appear to show him deference.

25       And if you look at the next page -- oh, we don't have it,

1    but when you get the exhibit, the next page -- this is a signed

2    affidavit by Agent Clarke.  And again, that's what Agent Clarke

3    believed to be true.  I'm not suggesting he lied in this

4    affidavit.  What I'm suggesting to you is that the government

5    believed this guy was Abu Khatallah.  And they set this whole

6    thing in motion to get him.

7        And -- now, Mr. DiLorenzo, when he played that video, told

8    you the man to whom everyone was paying deference, including

9    that guy, including the guy they've now identified as Khalid

10   Nayhum, was showing deference to the second Abu Khatallah, the

11   guy with the AK-47.

12       You can't have it both ways.  Whenever you want to get

13   somebody, whenever you want to say somebody is in charge, that's

14   the person everybody is paying deference to.  And more

15   importantly, they didn't -- this undercuts all of the other

16   identifications that are made.

17       And you know that this is a problem because Mr. Abu

18   Khatallah himself was shown the photo from the still of Khalid

19   Nayhum and, according to the government, looked at it and

20   thought it looked like him.  And I think they said -- they said

21   something about reacted despondently, or some -- had some

22   physical reaction to that photo.

23       Well, if the government can get Mr. Abu Khatallah to say

24   it's him when it's not, how hard is it to get the guy you pay

25   $7 million to say someone is Abu Khatallah or someone is someone

1    else?

2         Again, I'm not suggesting that the government, Agent

3    Clarke, who I respect very much, is lying to you.  I'm simply

4    saying he got it wrong.  He got it wrong.

5         And, ladies and gentlemen, you can't assume, because the

6    second one is identified now as Abu Khatallah, that that's right

7    either.  The reason we have this issue come up is because Agent

8    Clarke also told you that Mr. Abu Khatallah says that he went on

9    the compound after midnight.  Both of these guys are on the

10   compound before midnight.  Right?  And then we have -- is this

11   the video?  Yes, this one.  Play this video.

12        I want to you to watch the time here.  You see it says two

13   minutes and 47 seconds after midnight there?  And we're seeing

14   people walking around the Mission.  I want you to watch very

15   carefully when we come to 3 minutes and 17 seconds after

16   midnight.  Watch carefully.

17        (Video played.)

18        MS. PETERSON:  Do you see that?  There is 30 minutes

19   missing right after midnight when Mr. Abu Khatallah says he was

20   on the Mission.  So you have first Khatallah, who's the guy

21   without the AK-47, second Khatallah, who's the guy with the

22   AK-47, or possibly third Khatallah, who's on the Mission

23   compound when he says he was there after midnight.  We don't

24   have video of it.

25        What do we have is we have this video.  The government had

1    put in the drone footage up until this time.  We added the rest
2    so you can see that, even though we don't have the Mission
3    video -- and that was never explained to you why we don't have
4    the Mission video.  It's -- we just -- you don't have it.  There
5    is a gap in the video.  There's missing video.

6        But this shows you -- this drone footage shows you -- and
7    I'm not going to play the whole thing, but you can see that
8    there's still a whole lot of people walking around the Mission,
9    and for all we know, one of those people is actually Mr. Abu
10   Khatallah.

11       I'm not going to play the whole video, because it's going
12   to take too long.  I do want, though -- the government made much
13   ado about roadblocks.  And we heard from Edward, I believe it
14   was, about how roadblocks -- he's the person who came in from
15   Tripoli -- are a common occurrence in Benghazi.

16       When something goes on, everybody comes out and sets up
17   their own little roadblocks, the militias.  It isn't necessarily
18   a nefarious thing.  In fact, when they were trying to get from
19   the airport to the Mission, there was a roadblock.  The militia
20   got out, talked to the other militia, and then they went through
21   it.  So roadblock doesn't mean what you might think it means.

22       And more importantly is Mr. Abu Khatallah didn't say he set
23   up a roadblock.  He said he parked -- even according to the
24   statements that Agent Clarke told you, he said he parked his car
25   and directed traffic.  That has been turned into "created a

1    roadblock."

2        The evidence about roadblocks is kind of all over the map,

3    about where people ran into what.  The State Department guys

4    were -- had a fair amount of disagreement about whether they

5    turned right or left, or right and left and right and left or

6    left and right.  But none of that really matters when it comes

7    down to determining whether the government has proven its case

8    against Mr. Abu Khatallah, because he was not there.  Right?  He

9    was not where any of that stuff was going on.

10       We have -- there's no evidence at all that he was involved

11   in any sort of roadblock.  The government's best evidence on

12   that is what Agent Clarke says that Mr. Abu Khatallah said on

13   the ship after six or seven days of -- six, I believe it was,

14   days of interrogation.  And that's interrogation by Mr. Clarke.

15       If you look at the summary exhibit we gave you, or the

16   underlying guard logs, you'll see he was brought to the

17   interrogation room for the six days, or however many days it

18   was, preceding that as well.  And those are reflected on the

19   guard logs.

20       So the only thing we have is that Agent Clarke told you

21   that he stopped -- that he said he stopped a militia truck.  One

22   of them, I think he said, was Libya Shield and the other one was

23   from Rafallah al-Sahati.  Well, according to the government's

24   witnesses, Rafallah al-Sahati is a terrorist brigade.  So I'm

25   not sure -- is he stopping people from doing bad things or is he

stopping people from doing good things?  I would submit to you,
ladies and gentlemen, that the real answer is there's no
evidence he stopped anyone from doing anything, period.

Bilal.  He reports that there's two guys there and they --
Hamza and Hassan, who weren't going to respond.  Shaltami.
There's no evidence other than Ali saying that he told them well
after -- months and months and months after the fact, he said
something about having told Shaltami to stand down.

It's just incredible, because we have no evidence that
Shaltami was even in Libya on the night of.  There's no evidence
about Shaltami, other than that conversation.  So there's no
evidence of a roadblock.  There is no evidence of stopping any
first responders whatsoever.

I want to talk to you for a minute about --

THE COURT:  Ms. Peterson, how much longer?

MS. PETERSON:  Well -- 45 minutes, maybe.  You need to
take a break?

THE COURT:  Approach.

(Bench conference.)

MS. PETERSON:  I skipped some things.  The government
took three hours.

THE COURT:  Do you want Ms. Himelstein to have the
last word Monday?

MS. PETERSON:  No, Your Honor.  I want to get this
finished today.

1            THE COURT:  Okay.

2            MS. PETERSON:  But I think the government should --

3            THE COURT:  I understand what --

4            MS. PETERSON:  -- restricted somewhat because --

5            THE COURT:  I understand what the time limitations

6      are.  Both of you have taken longer than you had estimated.

7            MS. PETERSON:  I'm only at two hours, and I said

8      three.

9            THE COURT:  I said both of you have taken longer than

10     the estimates.  Why don't we take a 10-minute break now, and

11     then Julianne should be ready to go without a break.

12            MS. PETERSON:  I will go through what I need to --

13            THE COURT:  Because I don't want to come back on --

14            MS. PETERSON:  I'll try to --

15            THE COURT:  -- Monday.  We have a child care issue.

16            MS. PETERSON:  Okay.

17          (End of bench conference.)

18            THE COURT:  Ladies and gentlemen, we're going to take

19     about a 10-minute break and come back at 3:30.  Okay?

20          (Recess from 3:18 p.m. to 3:34 p.m.)

21            THE COURT:  All right.  Ms. Peterson?

22            MS. PETERSON:  All right.  You'll be happy to know I'm

23     going to try to do my last three hours of this show in about 15

24     minutes, so let's see if we can do that.

25          I'm going to do a couple of things that I just forgot to

1   tell you -- and to talk about, and that is I wanted to draw your

2   attention back to the Annex for a minute.  We didn't talk very

3   much it because Mr. Abu Khatallah -- as I said all along, there

4   was very little evidence tying him in any way to that Annex

5   attack.

6       The phone stipulation that you'll see when you go back

7   there tells you that, if you believe that the phone number that

8   the government says is his is his, he's at home at the time of

9   the Annex attack.  And the government had focused on the map.

10      The one thing I forgot to remind you is that John Tiegen

11  told you, if you recall, that you don't need a map to find the

12  Annex if you have a cell phone; you can look it up on Google

13  Maps and get anything you need to know to be able to target that

14  mortar attack.

15      So when they talked about the suspicious people walking

16  around in the neighborhood from 12 o'clock on, there's no magic

17  to any of the maps or MGRS coordinates or whatever it was they

18  were referring to.  So I think that that was really just a red

19  herring.

20      I want to talk for a moment about what the -- about what

21  happened on the boat.  You saw this picture during the trial.

22  This is what Mr. Abu Khatallah looked like when he got on the

23  boat.  I know that the government characterized that as a few

24  cuts and bruises, but that's what he looked like when he was

25  first brought to the boat.

1        Then he was on the boat from June 18 through June 28.  And

2   what this document -- and I'm not going to go through it in

3   detail; you'll have it with you in the back -- is a summary of

4   the guard logs and the duty officer logs for that time period.

5   And it shows you -- and you'll have the actual logs, too, so

6   that you can -- even though there was no cross-examination that

7   suggested it was inaccurate, you can verify it for yourself

8   using the underlying documents.

9        But it shows when he gets to the detention cell, when he's

10  taken to the interrogation room, when he goes to the latrine,

11  when he has medical visits.  And it's all out there for you.  It

12  also shows the two-hour checks we talked about which shows the

13  sleep deprivation that someone in his position would be

14  encountering.  So I want you to just take a look at that on your

15  own time.

16       This is the map that the government showed Mr. Abu

17  Khatallah when he was on the ship towards -- where they talked

18  to him about where he says he was.  And I think it's important

19  because it actually shows you that he was nowhere near where all

20  of the activity was going on, where they -- they talked about

21  roadblocks and gunfire and everything else.  This is consistent

22  with what he has said all along about where he is.

23       He parks at that second circle, sees a police car at the

24  first circle, and shooting coming from down that area.  That's

25  the same area where John Tiegen heard the gunfire.  And the

1    interesting point there is that that's -- when John Tiegen is

2    engaged in that gunfire battle, down in same area that Mr. Abu

3    Khatallah talks about, it is after 10 o'clock.  I think he said

4    he left the -- I think they left the Annex for the Mission [sic]

5    at 10:03, if I'm not mistaken.  You can see the video where it

6    showed when they leave.  So we know that that's later in the

7    evening.

8         And then he moves to the next corner, and that's where he

9    meets up with Wissam Bin Hamid.  And later you'll hear that he

10   meets Anwar Aldos.  And that's because the only evidence you had

11   of Anwar Aldos was what Mr. -- what Agent Clarke told you

12   Mr. Abu Khatallah said.  That was introduced to show you that

13   Anwar Aldos is actually a real person, and Mr. Abu Khatallah

14   told Agent Clarke while he was on the ship that the reason he

15   went into the Mission, onto the grounds of the Mission, was

16   because this gentleman, Anwar Aldos, asked him to check about

17   the guards that were on the compound.

18        Now, the government has made much about these guys that

19   they say they see going on there don't go to the QRF to check it

20   out.  Well, that's easy to explain.  The guys they pointed out

21   to you are not Mr. Abu Khatallah.  We know that he was gone

22   after midnight.  That's not him.  And also I think by this time

23   of night, if you look at the Mission, I believe there was

24   testimony that the QRF was actually already on fire at that

25   point as well.

1        I also wanted to draw your attention quickly to a couple of

2   loose ends before I jump into -- well, let's do this first.

3   These records that the government has referred to as telephone

4   records.  I'm going to use -- remind you what they look like in

5   total.  You'll have a copy of these back with you.  And what we

6   know about this is it's a printout of an Excel spreadsheet.

7   That's all you know about it.  You don't know where it came

8   from.  You don't know who possessed it.  You don't know what it

9   means other than someone read to you the Arabic headings on the

10  top of it.

11       And you know that Salem Masoud came in and told you it

12  looked like phone records.  He is a guy who works for a phone

13  company as a security guard, not as the custodian of records,

14  not somebody who actually got these records, not someone who

15  knows anything about this spreadsheet -- just as a security

16  guard who worked at a phone company.  And he says it looks like

17  records.

18       Ladies and gentlemen, "looks like records" is not

19  sufficient to convict someone in America.  That is not proof

20  beyond a reasonable doubt.  These are not records.  This is a

21  spreadsheet that could be manipulated by anyone at any time.

22  That's what the government witness told you.  That's all you

23  know.  You don't know where they came from, you don't know what

24  they mean, and you don't know whether these, if these are calls

25  that are represented in this spreadsheet, whether they were

1    answered, whether they went to voice mail.  You don't know

2    anything about this.  So you cannot give this the weight the

3    government wants you to give it, because without this, all they

4    have is the word of their three witnesses that can't be

5    believed.

6         So that's why you keep seeing, on all of their slides, data

7    that is taken off of this spreadsheet and hear them saying it's

8    phone records.  But think to yourselves, did you hear any

9    evidence in this case that these are actually phone records as

10   opposed to an Excel spreadsheet?  That's what they said it was,

11   an Excel spreadsheet.

12        You had Masoud who said that, even though it wasn't part of

13   his job, a couple of days before he testified, he told the

14   lawyers for the government that he had never seen Libyana toll

15   records.  He claimed that he saw a clerk -- then he claimed that

16   he had seen a clerk give them to a customer one time.  There's

17   no phone company logo on these.  There's no phone company

18   address on these.  There's nothing on this to tell you that

19   these can be relied upon.

20        And what -- while Masoud talked about that page that he

21   said was a subscriber -- said it was in purple, and that's how

22   he could tell -- I have the wrong copy; you will have one that's

23   actually in purple.  But he claimed that he could tell that that

24   was the subscriber information because it was in purple.  That's

25   the only thing that in any way tries to tie the information

1    that's contained in the spreadsheet to a particular phone

2    number.  And there's no evidence whatsoever about how that sheet

3    got put with the Excel spreadsheet.  Right?  Do you understand

4    what I'm saying?  This is just on the back of the Excel

5    spreadsheet.

6        You cannot rely on this document.  And you also know you

7    can't rely on it because it's not consistent with the

8    government's evidence.  So you can't rely on it both because you

9    have no idea what it is or where it came from, but also because

10   it's completely inconsistent with what the government has told

11   you.  Just one example.

12       Can you play the one that's got the guy who --

13       (Video played.)

14       MS. PETERSON:  The government says that this is

15   Mr. Abu Khatallah coming out.  Right?  And Mr. DiLorenzo just

16   said, he put some sort of communications device by his ear.

17   Okay.  I'm pretty sure that what a communications device is, if

18   you're not trying to hide the fact that there's no cell phone

19   call on your spreadsheet that matches up the time the guy you

20   said had that phone number is, is a cell phone.

21       Take a look at the next page.  They say that that is

22   Mr. Abu Khatallah and that he is using the phone number that

23   ends in 02532.  Look at the time of that video and look at that

24   time on the spreadsheet.  And you will see that there are no

25   phone calls on the spreadsheet that match the time that the guy

1    they say is Abu Khatallah -- when you look at the time down

2    here, and then you look at that spreadsheet, they don't match.

3        So either this spreadsheet is not what the government

4    purports it to be, or that is not Mr. Abu Khatallah, or both.

5    And just calling it a communications device doesn't make it not

6    a telephone.

7        I want to talk to you for just a really quick minute about

8    the jury instructions.  The government seems to sort of be

9    coming back to its aiding and abetting theory, perhaps because

10   they realize that there are some significant holes in their

11   case.  The judge instructed you about those concepts, and I'm

12   not going to spend a lot of time, but I would just ask you to

13   pay particular attention to these sections where it talks about

14   mere presence at the scene of the agreement of the crime or the

15   crime does not show that he has knowingly joined in an

16   agreement.

17       You have to find that he actually joined into a conspiracy

18   before you can find him guilty of conspiracy.  You've also got

19   to find, with respect to the aiding and abetting on page 31 --

20   I'm sorry.  That's the presumption of innocence.  I'd like you

21   to spend a little time on presumption of innocence and burden of

22   proof as well, but I was trying to find you the one that talks

23   about aiding and abetting.

24       But, basically, it says it's not enough that he merely

25   associated with the person committing the crime.  The evidence

1    must show beyond a reasonable doubt that he acted with the

2    intent of helping that person commit the specific and entire

3    crime charged in the indictment.

4         So take a look at those instructions and consider whether

5    or not the government has proven beyond a reasonable doubt with

6    the witnesses it has brought you and the evidence it has put

7    before you, that Mr. Abu Khatallah has done any of these things.

8    I submit, ladies and gentlemen, that they have not.

9         I want to talk to you for a minute about reasonable doubt.

10   You have the standard, and it uses a lot of sort of legal

11   terminology.  I like to think of it -- and again, you're

12   governed by the way the instructions read.  And that's what

13   reasonable doubt means.  But if you're taking a step back and

14   trying to think, what does it mean in my mind when I'm trying to

15   figure out, do I have a reasonable doubt, it's a concept of, do

16   you have a reason to doubt the evidence that is not fanciful?

17   Do you have a reason to doubt what you have seen?

18        And I would submit to you that there are many, many reasons

19   to doubt in this case.  And you don't -- you have to find your

20   verdict unanimously, but you don't have to find your reasonable

21   doubt unanimously.  One juror may say, I didn't believe anything

22   Ali said, and that's my reasonable doubt.  Another juror may

23   say, I didn't believe anything Bilal said.  He seemed like a con

24   man to me.  That's my reasonable doubt.  Another juror may say,

25   I heard what Dr. Ben-Amor said, and I don't trust that they got

reasonably accurate statements of what Mr. Abu Khatallah said on that boat.  That's my reasonable doubt.

Each and every one of you could have a different reason to doubt.  But if you have a reason to doubt, the government has not proven its case.  Do not forget that we don't have to prove anything.  If there's something missing, it's not on us.  If your reasonable doubt is those things they're calling phone records don't look accurate to me, that's a reason to doubt.  There are any number of reasons to doubt in this case.

You also received no physical evidence that ties Mr. Abu Khatallah to anything that occurred.  You heard from experts, ballistics experts, arson experts, medical examiner experts, but you didn't hear any evidence of physical evidence, meaning DNA, fingerprints, anything that tied Mr. Abu Khatallah to this case.  That's reasonable doubt.

No amount of supposing makes it so.  The government talked to you a number of times about using your common sense.  I would invite you to use your common sense too.  But common sense can't substitute for evidence.  It only tells you how to interpret evidence.  If the evidence is not there, you cannot suppose it so.  Common sense doesn't substitute for evidence.

Mr. Abu Khatallah did not plan the attack.  He didn't participate in the attack.  He didn't aid and abet anybody in the attack.  You have heard that he didn't know the Mission existed until September 11, and that he went to see what was

1     going on and he ended up going onto the compound after midnight.

2     He did not participate in either the attack on the Mission or

3     the Annex.

4          When I sit down, Ms. Himelstein is going to get one more

5     opportunity to talk to you.  And she's very good at what she

6     does.  I'm sure she will be very impassioned in her pleas.  But

7     I don't get an opportunity to respond.  So I would ask you to

8     think critically about what you hear and to make sure that what

9     you're listening to is evidence as opposed to appeals to your

10    sympathies.

11         Let me take this final opportunity to say that we don't

12    mean in any way to diminish the loss that the families of these

13    victims suffered.  Not it any way.  The government will ask you

14    to honor them, I'm sure.  We too ask you to honor Ambassador

15    Chris Stevens and Sean Smith and Tyrone Woods and Glen Doherty.

16    But we ask you to honor them by putting the government to its

17    burden of proof, by saying, we know what the standards are in

18    this country and we're going to abide by them.

19         Don't make your decisions based on anything other than the

20    evidence that is presented to you.  That's how you honor the

21    brave Americans that lost their lives.  Thank you.

22              THE COURT:  Ms. Himelstein?

23              MS. HIMELSTEIN:  Thank you, Your Honor.

24         **CLOSING ARGUMENT BY COUNSEL FOR THE GOVERNMENT**

25              MS. HIMELSTEIN:  At this moment, I cannot tell you how

1    proud I am to represent the United States of America and how

2    honored I am to call the United States Mission in Benghazi ours.

3    Yes, it is ours.  And Ambassador -- Ambassador Christopher

4    Stevens is our son.  And brave American Sean Smith is an

5    American son.  And Glen Doherty and Tyrone Woods, Navy Seals,

6    are our American sons.

7         And I cannot tell you how proud I am.  And yes, they are

8    ours.  And the consulate and the other United States facility,

9    the CIA Annex, that's ours too.  And I will take that to the

10   bank, and I will take full responsibility for saying that that

11   is ours.

12        Ladies and gentlemen, there's no innocent presence here.

13   The defendant is guilty as sin.  And he is a stone cold

14   terrorist.  Innocent presence?  Innocent presence?

15        First of all, they are arguing that he was on the compound

16   innocently, and they just spent an hour and a half telling you

17   that he wasn't there, that he was misidentified, and they don't

18   know if that's him or that's him or that's him.  Which one is

19   it?  Is he there innocently or is he not there?  He is guilty

20   as sin.

21        His hit squad was searing through the United States

22   Mission, searing violently with rage -- his rage against

23   America, brandishing AK-47s, RPGs and all sorts of weapons to

24   destroy us, those innocent men who are on the compound.

25   Ambassador Stevens, who was the son of Benghazi, who was so

1    beloved that his family received thousands and thousands of

2    letters from Libyans who --

3               MS. PETERSON:  Objection, Your Honor.

4               MS. HIMELSTEIN:  -- absolutely adored him.

5               THE COURT:  Overruled.

6               MS. HIMELSTEIN:  They were innocent on that Mission.

7    And his hit squad, Aymen Dijawi, Yahya Al-Sayyid, Jamaica,

8    Zakaria Jutuf, his driver, Walid Birnawi, part of his hit squad,

9    all of his men, up front and center at 9:45 attacking us.  Why?

10   All we did was produce this beautiful humanitarian, Chris

11   Stevens, who is beloved.  Why?  Why are you attacking us?

12       Because he hated, despised, could not stand, was so angry

13   about the fact that there were American facilities in Benghazi,

14   which were intelligence bases.  And you know there were, and he

15   was mad about that.  Not only did he not like that, he spoke

16   about it at that meeting that Khalid Abdullah was there for.

17   Nothing dramatic.  Just saying, ladies and gentlemen, I know

18   that the American facilities are here, and I don't like it.

19   I detest that Americans are spying on us.  He really was

20   obsessed with it.

21               MS. PETERSON:  Objection, Your Honor.  Lack of evidence.

22               THE COURT:  We'll deal with it at the bench afterwards.

23   Proceed.

24               MS. HIMELSTEIN:  And that was in 2011.

25       By the way, it doesn't matter if the defendant knew or did

1    not know that the consulate was on Venezia Street at a certain

2    date to certain date.  It does not matter.  What matters is that

3    he did not want the Americans there.  He did not want an

4    intelligence base there.  And that was his mission.

5         Did he find out the night of September 11 where it was and

6    what it was?  Maybe.  But it doesn't matter.  The fact is, he

7    and his men, he and his hit squad went there.

8         And an attack that was so full of rage against us.  Did you

9    see the stomping of an American flag?  The kicking of our -- I

10   mean, violent rage which shows hatred, his hatred.  Why?  How

11   dare you?  How dare he?

12        This running around our facility, damaging properties,

13   burning, burning, burning innocent Americans.  He's guilty,

14   ladies and gentlemen.  He is guilty.  Because you know that what

15   his object was, was to get rid of the American facilities, to

16   destroy the American facilities, which he thought were spy

17   bases.  That's what he wanted, and he succeeded.

18        You know, when he walked onto the Mission when we saw him

19   on video -- and by the way, they wanted the statement on the

20   boat to be videotaped.  Yes, of course that would have been

21   better, because you would have been able to see it.  But if you

22   want videotape, we have videotape.  Thank goodness there was a

23   video running.  There was a camera running in all corners of

24   that mission showing us what happened.  Thank goodness.  Because

25   we saw in black and white what happened.  That video told you

1    what happened.

2        Yes, the witnesses came in here and told you other things

3    which corroborated much evidence in the case.  But the video --

4    the video showed you what happened.  You know, they talked about

5    the credibility of Bilal Al-Ubydi and Ali Majrisi and Khalid

6    Abdullah.  Let me talk about that for one moment one by one.

7        Ladies and gentlemen, the judge told you, you are the

8    finders of fact.  You are the people who assess credibility.

9    And the judge gave you things to think about when you're

10   assessing credibility.  Is there other evidence to corroborate

11   their believability?  Does that person have a motive to lie?

12       But you know what?  We're all people.  We're all human

13   beings.  We know how to assess whether or not somebody is

14   telling the truth.  We do it a million times a day, when we're

15   talking to our friends, our family, our coworkers.  You know

16   when somebody is telling the truth and somebody is not.  You

17   know here whether or not somebody is telling the truth and you

18   know -- and I'm pointing to my gut -- when somebody's telling

19   the truth.

20       Bilal Al-Ubydi, man without a country.  Somebody who was

21   born and raised in Libya.  His entire family is there.  He has

22   25 nieces and nephews still there.  He had a huge, important job

23   there.  He was in charge of a whole Preventive Security Group

24   with lots and lots of men underneath him.  A very prestigious,

25   important job.  Until he did something that we didn't know

wasn't done when Abu Khatallah was in Benghazi.  What he did was he stood up.

You know, it's interesting.  So many people were told to stand down.  By the way, you know Khalid Abdullah was told, don't interfere.  A military commander.  Don't interfere.  And you know what?  He didn't.  A military commander.  Bilal did.  And you know what he said?  "That was the biggest mistake of my life."  That was the biggest mistake in my life.  He stood up in front of people, and he told them what happened, what Khatallah did to him -- not to him, what he said to him, which was two words, or three words: "Withdraw your men."  That's all.

Now they're saying that that didn't happen, that phone call didn't happen, "Withdraw your men."  But think about it.  Is there other evidence to corroborate that, or are you just hearing that out of thin air?

Well, number one, we know that that's the way he works.  That's what he does.  People are terrified of him.  If he says, withdraw your men, you better withdraw your men.  If he says --

MS. PETERSON:  Objection, Your Honor.

MS. HIMELSTEIN:  -- to not interfere, you better not interfere.

THE COURT:  Overruled.

MS. HIMELSTEIN:  If he says to stand down, you better stand down.  And the people of Benghazi, unlike all of us who are just hearing it, knew that then.

1        Remember Khalid Abdullah?  He's the government.  I couldn't

2   tell anybody because he's the government.  Who am I going to

3   tell?

4        And you know, I have to say, Abu Khatallah and his lawyers

5   just spent about -- almost an hour talking about the money that

6   Bilal Al-Ubydi got from the government and that, because he got

7   that money, you know that he's not telling the truth.  Isn't

8   that ironic?

9        He flees.  He doesn't leave Libya and travel around Europe.

10  How dare you say that?  He flees --

11            THE COURT:  Counsel, approach.

12            MS. PETERSON:  This is --

13        (Bench conference.)

14            MS. PETERSON:  That's what the witness said.  He

15  traveled to Europe and settled in Hungary.

16            THE COURT:  Stick to the evidence.  Okay?  And the

17  reasonable inferences from the evidence.

18            MS. HIMELSTEIN:  Yes, sir.

19        (End of bench conference.)

20            MS. HIMELSTEIN:  It's ironic because he didn't

21  voluntarily leave his home.  He didn't voluntary leave his 25

22  nieces and nephews and his wife's family and his house, which

23  was burned down.  He didn't voluntarily do it.  He ended up in

24  Hungary, and the FBI provided expenses, living expenses, for his

25  family.  A man without a country.  A Libyan who fought in the

1    revolution to make his country better.  A Libyan who loves Libya

2    so much that he's willing to give his life in a war.  His

3    brother was martyred in that war.  And he's not there, and who

4    knows if he'll ever return.  How ironic that because he was

5    forced to leave because he spoke the truth, he stood up, he's

6    punished -- punished, really, for being paid by the government

7    for his family's expenses.

8         And don't forget.  Every single thing he told you, every

9    single thing was corroborated by other evidence.  Everything.

10   The phone call that Khatallah made is corroborated by the phone

11   records.  And let me just say something about the phone records.

12   I don't know what they're saying that people manipulated the

13   phone records, but you know those phone records are authentic.

14   Those phone numbers have subscriber information showing the

15   defendant's brother as a subscriber, showing his address as the

16   person who has that phone.

17        Multiple witnesses identified that phone number.  The first

18   two numbers of the prefix is 92, which is Libyana.  What else do

19   they think that we want?  And it's so interesting, because they

20   use those phone numbers when they want to, but then when the

21   evidence is against their client and shows that Abu Khatallah is

22   guilty, all of a sudden they're not real.  Use your common sense

23   about that.

24        He told you about the call.  The call is in the phone

25   records, and Abu Khatallah [sic] said that there was a phone

call that night.  He identified the defendant's co-conspirators:
Aymen Dijawi, Salah Al-Ammari, Zakaria Jutuf, Jamaica, Walid
Birnawi, Khalid -- I don't believe he identified Salid
Saglusi -- Ahmed Al-Fitori, Khalid Nayhum, Zubayr Al-Bakoush.
All of the young men from Al-Laithi, who is Khatallah's foot
soldiers.  Mohammed Marzuqa, Ibrahim Al-Farsi, Zakaria Al-Zway,
Ziad Al-Ubaydi, Nasir Al-Shairi.  You saw all these guys on the
videotape.  They're all from Al-Laithi.  Bilal is from
Al-Laithi.  The defendant is from Al-Laithi.  They're connected
to Ubaydah Bin Jarrah, his militia.

     Most of these identifications were corroborated by other
evidence.  You heard Ali Majrisi not only identify them, but
also explain to you in more detail what their relationship was,
the fact that he saw them with Abu Khatallah on many occasions.

     You know that Zakaria Jutuf, who Bilal told you was there
at the 17 February Camp when Khatallah and Aymen Dijawi arrived
to get weapons was there too.  He was driving.  That's
corroborated by other evidence.  Other people have told you.
Ali Majrisi told you that.  The defendant even identified
Zakaria Jutuf.  The defendant identified Aymen Dijawi.  The
defendant identified Mustafa Al-Imam.  Remember?

     Agent Clarke said, The first time I even knew who Mustafa
Al-Imam was was when the defendant identified Mustafa Al-Imam.
The defendant identified Zubayr Bakoush.  The defendant
identified many of these people.  Other evidence corroborated

when Bilal Al-Ubydi said.  There's lots of other layers of corroboration.

Motive to lie.  What motive does Bilal have to make up what he said to you?  Really.  To walk in here using a pseudonym for the fear of his life and the life of his family?  Why?  He could have stayed in Hungary.  He could have gone somewhere else.  Why is he here telling you things?  What does it do for him?  He can never go back to Benghazi.

Ali Majrisi.  They made a half hour's worth of argument about $7 million that Ali Majrisi received.  Why did he receive it?  Because he helped us, the United States of America, capture a terrorist.  That's why he got it.  Is there any deal that anybody made with him that said that he had do anything else except help capture the defendant?  Absolutely not.

After receiving that money, he could have gone to -- anywhere.  He could have gone to the Caribbean.  He could have gone to somewhere worry-free, not Libya, not here, somewhere very far away from us.  But he chose not to.  He chose to come in here and precisely and exactly and without exaggerating anything tell you what happened.

Remember when he told you about -- when he was looking at the screen for identifications, you know that he was precise, you know that he was careful.  He did not want to make a mistake.  When he talked about what Khatallah said to him, he never exaggerated.  When he talked about things that Khatallah

1    said to other people, he did not exaggerate.  Even when he said

2    that he stood up at that meeting and said, I am Abu Khatallah

3    and accused of attacking the consulate, Ali Majrisi didn't come

4    in here and say, I am -- he said, I am Abu Khatallah, I

5    committed the attack on the consulate.

6         I mean, what he said was true.  And you know that because

7    what he said is corroborated by other evidence, and it is

8    corroborated by other witnesses.  And there is absolutely no

9    motive for him to say anything other than what is true and what

10   happened.  No motive whatsoever.

11        And I just want to go back to Khalid Abdullah for a second.

12   He was the witness who testified from Cairo, and who told you

13   about the meeting that he witnessed, and also Abu Khatallah

14   coming to his house.

15        First of all, what does he get out of anything?  Do you

16   remember when he was sitting there in Cairo when he saw Abu

17   Khatallah on the screen, and he looked up and he said, is that

18   Abu Khatallah?  I don't want him to know me.  What does he get

19   out of traveling over land from Benghazi to Cairo with four

20   security guards for his security, and testifying there about Abu

21   Khatallah?  During -- in September 2012, there was no war that

22   there is now in Libya.

23        There's no reason for him to testify and tell us what

24   happened.  He doesn't get anything out of it.  Expenses?  Yes.

25   Of course we're going to pay for his living expenses and his

1    travel expenses.

2         You know, the arguments that Abu Khatallah and his lawyers

3    made to you about the things that they believe make the

4    witnesses that I just described not credible?  A phone call that

5    we know lasted for 37 seconds?  Bilal said he thought it lasted

6    for 10 minutes?  The fact that Ali Majrisi received a $7 million

7    reward, we shouldn't believe him and find that he's not telling

8    the truth?  The fact that Khalid Abdullah did not report the

9    fact that Abu Khatallah came to his house and asked for weapons

10   and told him to do not interfere?

11        Think about it, ladies and gentlemen.  If this was a bank

12   robbery case and you saw on the video a bank robber with a gun

13   in the teller's face, robbing the bank, and you saw it with your

14   own eyes in black and white, and then at the trial you heard

15   that the teller testified that the bank robber was in there for

16   10 minutes, but it turned out it was just 37 seconds -- you

17   still know the bank robber is guilty.

18        You saw it with your own eyes.  And then you heard that

19   somebody who caught the bank robber who you just saw robbing the

20   bank with your own eyes got a reward.  You still know the bank

21   robber is guilty.  And then you know that a witness who actually

22   saw the bank robbery didn't tell anyone about it.

23        Those are their arguments against Bilal Al-Ubydi, Khalid

24   Abdullah, and Ali Majrisi.  Do any of those things make you

25   believe that the bank robbery didn't happen?  Do any of those

things make you believe that the defendant is not guilty of
attacking our facilities and killing -- and resulting in the
death of four Americans?  Of course not.

And let me tell you one more thing.  They say that he is
not guilty of attacking the Annex because he wasn't there and
because his phone was in the vicinity of his residence?  First
of all, you know that he's guilty of attacking the Annex.  How
do you know that?  You know that because the Annex, the CIA
Annex, is the spy base.  You know that because at the time that
he arrived on the Mission grounds, everything was over at the
Mission.  Right?

The two Americans -- one we know was dead, Sean Smith.  And
the ambassador was either dead or still gasping for air when he
arrived.  But what we do know is that the buildings are already
destroyed, and there are no more Americans left on the compound.
No one.  It's completely empty.  There is nobody there.

The CIA people who came, the GRS guys, went back to the
Annex.  The Americans who were left on the compound went to the
Annex.  So when Abu Khatallah and the other people he walked in
with walked in at 11:54 p.m. onto the Mission from Venezia
Street where they were, it was empty.  There were no more
Americans to kill.  There were no other buildings to destroy.
They had already been destroyed.

Except one.  He walks in, the leader, the commander, with
other leaders.  Remember, he walked in with Nayhum -- Khalid

Nayhum, who's a leader of Ansar al-Sharia.  He walked in with
Ahmed Al-Fitori.  The foot soldiers had done the dirty work.  He
walks in with the leaders when all is done.  They're victors.
They won.  They absolutely won.  They are victors.

Now, is there any reason why a commander of his militia,
after his men have already done the dirty work, killed the
Americans, destroy the buildings, to go onto the compound?  Any
reason?  Any business left there?  Of course there is.  He needs
to find where the real spy base is.

And you know that his men had tried to get into that office
several times, kicking, pounding, running up against it.  They
could not get in.  By the time they got back, by the time
Khatallah and his men got there, they were able to get into that
Annex.  And what is there?  It's an office.  Papers, documents,
maps.  Dave Ubben told us that the map on the wall had the MGRS
coordinates on it.  There were other papers which, by the way,
Ali Majrisi saw in the defendant's presence at his house.  There
were other pieces of intelligence.

You know that the military coordinates for the Annex was
there.  You know that the evacuation map for the Annex was
there.  Dave Ubben told you.  No one ever told you that the map
that was found at that camp is the map that they took.  We know
that that wasn't the map that had the MGRS coordinates.  It was
probably one of the maps on the wall that Dave Ubben described
that had the evacuation route and the precise MGRS coordinates.

1          That's why Khatallah was there then.  No more Americans to

2     kill, no more buildings to destroy.  And look who took out all

3     of that intelligence.  It was Mustafa Al-Imam, the guy he

4     brought to the Mission from the Ubaydah Bin Jarrah headquarters

5     earlier in the evening.  The guy he brought is the one who we

6     see carrying out all those maps and intelligence.

7          And we see Khatallah.  And remember how he leaves.  It's

8     not just walking out.  It's going somewhere else.  You know he

9     is.  And the defendant himself told you where he went -- told

10    the FBI where he went.  They went to an Ansar Al-Sharia camp, an

11    extremist camp.  And that was a little bit after midnight.

12         And at 12:30, around that time, is the first time that the

13    Annex was attacked with small arms fire.  That's the spy base.

14    That's what he wanted.  That's why he went onto the Mission

15    compound after his men had already done the dirty work.

16         And you know that the attack on the Annex was a precision

17    attack:  Boom, boom, boom.  In an area just a little bit bigger

18    than that table, that's how precision it was, resulting in the

19    deaths of two more Americans.

20         Ladies and gentlemen, I want to talk to you about

21    something.  Any of these things, any of these things that show

22    that he is -- that Abu Khatallah is in the conspiracy or aiding

23    and abetting is enough to find him guilty.  The meeting with

24    Khalid Abdullah.  That's all he had to do.  And he's guilty for

25    everything that resulted.  He's guilty for all four murders of

1    the Americans.

2         Going to 17 February Camp and getting weapons for the

3    attack with his two co-conspirators, Aymen Dijawi and Zakaria

4    Jutuf.  Just that in itself all alone, with nothing else, under

5    the law that the Court just talked to you about, he's guilty of

6    everything that happened:  The destruction of the buildings, the

7    destruction of our American facilities, and all four murders.

8         Contact between his co-conspirators on the phone -- Aymen

9    Dijawi, Zakaria Jutuf, Mustafa Al-Imam -- all through the

10   night -- you saw them on the tape, you saw them on the video

11   attacking our Mission.  He's responsible for all four murders.

12        Giving stand-down orders over and over and over and over

13   again to the head of Preventive Security, to a military

14   commander, to 17 February, to the militias that he told to go

15   away.  The defendant admitted he told the police to go away.  He

16   admitted that to the FBI.  And they all listened to him.

17        No one was there to rescue Chris Stevens because he told

18   them to stay away.  He created this perimeter with his

19   stand-down orders and his power and his command and the fear.

20        Very quickly I want to talk to you about the stipulations.

21   You received stipulations -- and this is what you're going to

22   see.  There are two types of stipulations that you're going to

23   see.  One is you're going to see a whole list of other

24   individuals who participated in the attack.  You know that other

25   individuals participated in the attack because you saw them with

1    your own eyes.  It wasn't just these people who have been

2    identified.

3         And we have no burden to identify every single person who's

4    there, and we have no burden to say that every single -- or

5    prove that every single person who's there is connected to the

6    defendant.  None whatsoever.  You know that they were all acting

7    in concert.  They were all doing the same things.  They were all

8    searing through the compound together.  So there are other

9    individuals there, and we embrace that.  They're all

10   co-conspirators.

11        Then there's another type of information that you received.

12   And the Court is going to tell you -- or it has told you that

13   that is information that is classified.  Now, the first thing

14   that you have to realize is, it is -- with that portion of the

15   information, it is words on a piece of paper.

16             MS. PETERSON:  Objection, Your Honor.

17             THE COURT:  Let her finish.  Let her finish.

18             MS. HIMELSTEIN:  And unlike what the defense attorney

19   told you, you do not have to conclude that those words are true.

20             MS. PETERSON:  Objection, Your Honor.

21             THE COURT:  Afterwards.  Okay?

22             MS. HIMELSTEIN:  You are the finders of fact.  You are

23   the ones who are assessing credibility of witnesses who you can

24   see, who you can -- who have been cross-examined, who have been

25   challenged.  They are words on pieces of paper.

1           Oh.  I did want to say something that the defense pointed

2    out.  In a video they showed the defendant on a phone, the

3    defendant who said may not be the defendant, because they won't

4    say that he was there -- but we all know he was there -- on the

5    phone.  And they said, look at the phone records and you'll see

6    the time that you saw the defendant, you won't see a phone call.

7           Well, that's true.  And the reason is -- and you know that

8    the defendant was captured with three phones.  He had multiple

9    phones.  He wasn't just using the number that you saw, 0532.  He

10   was using many other phones that night.  And in fact, this whole

11   notion that because his phone was in the vicinity of his

12   residence means he was in the vicinity of his residence is just

13   not true.  One, he had multiple phones, and two, you know that

14   the Annex is where he really wanted to be.

15          And three, even if you believe that he was in the vicinity

16   of his residence with one of his phones, there is no requirement

17   under the law that the defendant be physically present at the

18   Annex when the attack took place, because he has already set the

19   plan in motion.  He has already joined the conspiracy.  He has

20   already taken so many steps and is so deep in it that

21   everything, all of the death, all of the destruction, everything

22   that happened that you have seen he is guilty for.

23          The defense attorneys are so right about something.  They

24   have absolutely no burden of proof, none whatsoever.  They do

25   not have to provide any witnesses.  They do not have to provide

1   any evidence.  We have all the burden.  We embrace that burden,

2   but that is our job.

3       But who did they choose to bring into this courtroom and

4   present to you?  They chose a man who -- I can't even think of

5   the word.  I'm thinking of "endorsing."  The terrorist who

6   bombed our embassy in Africa.

7               MS. PETERSON:  Objection, Your Honor.

8               THE COURT:  Counsel, approach.

9       (Bench conference.)

10              THE COURT:  Is this the -- we talked about this.

11  They explained it.  It's in evidence.

12              MS. PETERSON:  No, it's not.  The questions asked of

13  him isn't evidence.  The tweet isn't in evidence.  It wasn't

14  introduced in evidence.  It was a newspaper article he forwarded

15  to Mary Fitzgerald.  She cannot turn that into --

16              THE COURT:  You addressed this in your -- in your

17  cross.

18              MS. PETERSON:  She can't then turn --

19              THE COURT:  And you criticized Mr. Crabb's implication

20  from it.  If she wants to --

21              MS. PETERSON:  But she can't then say that his

22  question is evidence.  That's what she's doing.  Mr. Crabb said,

23  you're endorsing al-Qaeda.  He said, no, I'm not.  She is now

24  saying, Mr. Crabb told you he endorsed al-Qaeda.  She's making

25  his question evidence.

1          THE COURT:  They have an instruction that the

2    statements and questions of counsel are not evidence.

3          Let's get this over.  Proceed.

4          (End of bench conference.)

5          THE COURT:  Ms. Himelstein, let's wrap it up.

6          MS. HIMELSTEIN:  Yes, Your Honor.

7          Mr. Igtet.  Remember what me said?  He sat -- he's running

8    for prime minister of Libya.  So what does he do?  He goes to

9    Abu Khatallah's house and sits with him for three hours to get

10   his approval, to get his endorsement?  This person who they

11   described in their opening statement as a lowly construction

12   worker?

13         No.  He went to his house, the head of the militia,

14   somebody who knows -- who has lots of power, and sat with him

15   for three hours.  And Salem, the alibi -- the alibi guy, who

16   gave his friend, his father's codefendant, an alibi and said

17   that he was with him at 10:30 and then tells the FBI 7:00 or

18   8:00, and admits that he lied to the FBI multiple times?

19         You're going to believe him?  That's who they chose to

20   bring in here.  Somebody who traveled from Benghazi to Tripoli

21   to give his friend an alibi, when all of us know -- and even the

22   defendant himself says that he was at the Mission way earlier

23   than 10:30.  He said that he arrived at 9:30.

24         And just one more word about the stipulations.  You're

25   going to see that they're even internally inconsistent.  One

1    person it will say was the leader, and then it will say another

2    person was the leader.  I just tell you that to caution you they

3    are words on a piece of paper.  You do not know the reliability

4    of them whatsoever.  You do not know where they came from.  They

5    are words.

6         Your Honor, I'm going to wrap up.

7         Ladies and gentlemen, you've seen terrible things.  You've

8    seen frightening things.  You've seen death.  You've seen

9    terrible things in this trial.  But you also saw heroes.  And

10   those heroes who survived the attacks you saw.  And they, along

11   with the four Americans who were killed, not only are heroes,

12   but they did their duty.  They did their duty as Americans.

13   They were courageous.  They fought.  They stood up.

14        You also saw Libyan patriots.  They're not perfect.  Nobody

15   is.  But at least they had courage.  At least they did something

16   that a lot of people that night in Benghazi didn't do.  They

17   stood up.  They stood up to him, despite everything that they

18   knew about him, and despite what situation they were in now

19   because they did.

20        And for me, one of the most important moments in this trial

21   was when you first arrived the first day and we're in the

22   ceremonial courtroom.  And you were with all the other jurors

23   before you were chosen.  And the Honorable Christopher Cooper,

24   Judge Cooper, said something that I will never forget, because

25   even though I've been in these courtrooms for my whole career,

1    it made such an impression on me.  He told you that one of the

2    best things about his job as a federal judge is to conduct

3    citizenship ceremonies, to see fresh, excited people become

4    United States citizens.  And he said the thing that he tells

5    them that is one of the most important rights or privileges that

6    they have is to sit on a jury.  And I'll never forget that.

7         Because Christopher Stevens, the beautiful, the

8    humanitarian, did his duty.  And Sean Smith, American, an

9    innocent -- Sean Smith did his duty.  And Glen Doherty, Navy

10   SEAL, American son, did his duty.  And Ty, Tyrone Woods, Navy

11   SEAL, American son, did his duty.  And so did Dave Ubben and

12   Mark Geist and Scott Wickland and Ray Burt and Zach Harrison and

13   Alec Henderson -- all of them did their duty.

14        Ladies and gentlemen, it is now time for you to do your

15   duty as jurors, and based on the overwhelming evidence in this

16   case, find the defendant guilty of all counts.

17             THE COURT:  Thank you.  Counsel, approach briefly.

18        (Bench conference.)

19             THE COURT:  Do you want to lodge your objections?

20             MS. PETERSON:  There are so many, Your Honor.

21             MR. ROBINSON:  Your Honor, we start by moving for --

22   we seek a mistrial, although we ask that the Court reserve until

23   after a verdict, because repeatedly, apparently intentionally,

24   but I don't know why, counsel during the rebuttal argument

25   called the defendant a terrorist, mischaracterized the evidence.

1    She referred to people as being members of the hit squad when

2    there was no evidence.  In the case of Birnawi, I think what she

3    said was one of the terrorists -- he was a stone cold terrorist.

4    She began by inviting the -- by suggesting that the people had a

5    patriotic duty --

6         THE COURT:  Well, I'll tell you what.  If you're going

7    to ask me to reserve, I'll do that, and why don't you --

8         MR. ROBINSON:  Okay.  Then we'll come --

9         THE COURT:  -- come back later with that, because I

10   don't want to do that now.  But is there anything you want me to

11   do now?

12        MR. ROBINSON:  There were a couple of issues that we

13   raised in the beginning, but only one of which is even

14   potentially curable by an instruction.  And so during the

15   initial summation, the jury was asked to speculate that

16   Mr. Khatallah was in a car that tried to run into DS agents as

17   they were going to the Annex.  And there was no evidence --

18        MR. DILORENZO:  Actually, that was during closing.

19   There was no objection.  That's absolutely incorrect.  What I

20   said, and what the evidence was, is Scott Wickland said that he

21   was leaving the Annex, he was --

22        THE COURT:  I remember that.  I'll overrule that.

23   What I'm inclined to do, okay, is to tell the jury that argument

24   of counsel is not evidence, and that counsel is -- summations

25   are designed to focus on the evidence, and that if, in the heat

1    of battle, or because of a long trial, there were extra

2    evidence -- there were arguments made based on things that were

3    not in evidence -- and there were a couple of examples from the

4    defense as well as the prosecution -- that they should let their

5    memory control as to what is in evidence and what is not.  But

6    if you want to make your specific objections in support of a

7    mistrial, I will allow you to do that.

8         The only other thing is that, on the stipulation, I thought

9    the reference to reliability was contrary to what we made you

10   all remove from the preamble.  What I would propose to do is

11   basically just focus them on the language in the preamble, and

12   say that they are to -- you know, these were negotiated, this is

13   what both sides agreed to, and that they are to assess the

14   stipulations based on what is said in the stipulations, nothing

15   more, nothing less.

16         MR. ROBINSON:  And I think, Your Honor, when counsel

17   said, these are simply words on a piece of paper, that's

18   directly contrary to the instruction that you gave -- the

19   judge -- that said they must be treated as uncontested evidence.

20   The whole point --

21         THE COURT:  What is uncontested is the words on the

22   paper, okay, not that these things are true or false.  And I

23   think that's where counsel was going.

24         MR. ROBINSON:  But that's not what -- I don't know

25   where counsel was going, but that's not what counsel said.  She

1    said, these are just words on a piece of paper, which is --

2              THE COURT:  I understand.  Okay.

3              MS. PETERSON:  It was a personal attack, how dare you,

4    when I quoted their witness as saying, "I went and traveled,

5    I like Europe.  I went and visited all the countries in Europe.

6    I was then able to obtain a visa to come here."  On page 2718.

7    And that personal attack on me, "How dare you," when I was

8    quoting the witness, was really the objection.

9              THE COURT:  Your objection is noted.  I'm not sure

10   what I can do about that.  Okay.

11         (End of bench conference.)

12             THE COURT:  All right, ladies and gentlemen.  Before

13   I give you your closing -- or concluding instructions, just a

14   couple of notes about the summations, about the closing

15   arguments that you heard today.  You will get an instruction --

16   or you got an instruction yesterday which was consistent with

17   the preliminary instructions that you got before the trial

18   started, and that is that the arguments of counsel and

19   statements of counsel and questions by counsel are not evidence

20   in the case.  The rules of closing argument are essentially that

21   counsel can make arguments, but it has to be based on evidence

22   that has been admitted at trial.  Okay?

23        There were a couple of instances, I think on both sides,

24   where counsel made arguments based on things that I'm not sure

25   what were actually in evidence.  And it's been a long eight

1    weeks, but it is up to you to determine what's in evidence and

2    to disregard arguments of counsel as evidence.  Is that clear?

3         (Jury indicates.)

4         THE COURT:  Okay.  The second point about the closing

5    arguments is on the stipulations.  And you heard Ms. Himelstein

6    refer to the stipulations.  These were agreements that were

7    negotiated between the defense and the government very

8    carefully.  And in assessing the meaning of the stipulation, I

9    would advise you to read them carefully -- okay? -- and to take

10   them as they are written.  No more, no less.

11        All right.  So I'm going to start with where I leave off

12   virtually every day, which is to remind you that there will

13   likely be reports in the newspaper or on the radio or on the

14   Internet or on television concerning this case.  And you may be

15   tempted to read, listen to, or watch them, but you must not do

16   that.  You mustn't read, listen to, or watch any such reports,

17   because you must decide the case based solely on the evidence

18   presented in this courtroom.  If any publicity about this trial

19   inadvertently comes to your attention, do not discuss it with

20   other jurors or anyone else.  Just let me or Ms. Jenkins know as

21   soon after it happens as you can, and I will bring you in and

22   discuss it with you.

23        You'll probably agree that it's too late in the day to

24   start your deliberations, so we're going to bring you back on

25   Monday morning to start deliberations.  But as you retire to

1    deliberate, I also wish to remind you of an instruction I gave

2    at the beginning of trial.

3         During deliberations, you may not communicate with anyone

4    not on the jury about this case.  This includes any electronic

5    communications, such as e-mail or texts, or any blogging about

6    the case.  In addition, you may not conduct any independent

7    investigation during your deliberations.  This means you may not

8    conduct any research in person or electronically via the

9    Internet or in any other way.

10        We will be sending into the jury room with you the exhibits

11   that have been admitted into evidence.  You may examine any and

12   all of them as you consider your verdict.  Please keep in mind

13   that the exhibits that were -- that exhibits that were only

14   marked for identification but were not admitted into evidence

15   will not be given to you to examine or consider in reaching your

16   verdict.

17        When you come back on Monday morning, the first thing that

18   you will need to do is to select a foreperson to preside over

19   your deliberations and to be your spokesperson here in court.

20   There are no specific rules regarding how you should select a

21   foreperson.  That is up to you.  However, as you go about your

22   task, be mindful of your mission to reach a fair and just

23   verdict based on the evidence.

24        Consider selecting a foreperson who will be able to

25   facilitate your discussions and who can help you organize the

evidence, who will encourage civility and mutual respect amongst all of you, who will invite each juror to speak up regarding his or her views about the evidence, and who will promote a full and fair consideration of the evidence.

If it becomes necessary during your deliberations to communicate with me, you may send me a note through Ms. Jenkins or one of the marshals signed by your foreperson or by one or more members of the jury.  No member of the jury should try to communicate with me about the case except by a signed note, and I will never communicate with any member of the jury on any matter concerning the merits of the case except in writing or orally here in open court.

Bear in mind also that you are never, under any circumstances, to reveal to any person -- not Ms. Jenkins, not the marshals, nor to me -- how you all are voting until after you all have reached a unanimous verdict.  That means you should never tell me in writing or in open court how the jury is divided on any matter, 6 to 6 or 7 to 5 or 11 to 1, anything like that, whether the vote is for a conviction or for an acquittal or on any other issue in the case.

The attitude and the conduct of jurors at the beginning of their deliberations are matters of considerable importance.  It may not useful for a juror, upon entering the jury room, to voice a strong expression of an opinion on the case or to announce a determination to stand for a certain verdict.  When

one does that at the outset, a sense of pride may cause that juror to hesitate to back down from an announced position after a discussion of the case.

Furthermore, many jurors find it useful to avoid an initial vote upon retiring to the jury room.  Calmly reviewing and discussing the case at the beginning of deliberations is often a more useful way to proceed.

Remember that you are not partisans or advocates in this matter, but you are the judges of the facts.

The question of possible punishment of the defendant in the event of a conviction is not a concern of yours and should not enter into or influence your deliberations in any way.  The duty of imposing a sentence in the event of a conviction rests solely with me.  Your verdict should be based solely on the evidence in the case, and you should not consider the matter of punishment in any way.

The last thing I must do -- it is a duty that I don't relish at all -- is to excuse the alternate jurors.  As I told you before, the selection of alternates was an entirely random process.  We selected three seats to be the alternate seats before any of you entered the courtroom.  Since the rest of you have remained healthy and attentive, I can now excuse those jurors in Seats No. 2, No. 4, and No. 13.

But I want all of you, before you are excused, to make sure that Ms. Jenkins has your current contact information.  And I do

1    this because it's possible that we will need to summon one of

2    you -- one or more of you back to rejoin the jury in case

3    something happens to a regular juror.  Since that possibility

4    exists, I'm also going to instruct you not to discuss the case

5    with anyone until we call you.  My earlier instruction on the

6    use of the Internet also still applies.  Do not research this

7    case or communicate about it in any way.

8         If you are needed -- if you are not needed, we will be

9    calling you to tell you that a verdict has been reached.  There

10   is, however, a chance that we will need to bring you back to the

11   jury.  Thank you very, very much for your service.  I very much

12   appreciate it.  And you can return back to the jury room, and if

13   the jury office is still open, you can return your badges there.

14   Okay?

15        (Alternate jurors exit the courtroom.)

16             THE COURT:  All right.  So Monday morning, report

17   directly to the jury room.  We'll set breakfast up for you.  The

18   exhibits should be there by then.  And get started with your

19   deliberations.  When you have reached a verdict, you should send

20   me a note informing me that you've reached a verdict.  Have your

21   foreperson sign the note.  Don't tell me what the verdict is.

22   Your foreperson should fill out and sign the verdict form that

23   will be provided with the jury instructions.  I'll call you in

24   and examine the verdict form and then ask your foreperson to

25   deliver the verdict in open court.  Okay?

1          Juror No. 1 has a pre-arranged medical procedure tomorrow,

2     so we will not be sitting.  So we're going to bring you back at

3     nine o'clock to begin your deliberations.  So you're dismissed

4     for tomorrow and over the weekend.  Have a great weekend, and

5     come back ready to get going Monday morning.  Okay?

6          And Juror 10, if you could come to the bench briefly.

7          (Jury out at 4:56 p.m.)

8          (Bench conference.)

9          THE COURT:  So you've probably guessed that you were

10    not an alternate.

11          JUROR:  I guessed that.

12          THE COURT:  Here's a letter that you might be able to

13    use with United.  Ms. Jenkins will send you a PDF of it.

14          JUROR:  Oh, perfect.

15          THE COURT:  This has happened before, and the airline

16    has honored a flight change without a change fee.

17          JUROR:  Okay.

18          THE COURT:  I think it was Delta the last time.  I'm

19    not sure if United will honor this, but give it a try and --

20          JUROR:  Okay.

21          THE COURT:  -- let us know what happens.  Okay?

22          JUROR:  And if it comes to it, would I be able to give

23    the airline her contact information --

24          THE COURT:  Yes.

25          JUROR:  -- to talk with her about it if they need more

```
 1    information?
 2              THE COURT:  Yes.  And there's also a chambers e-mail
 3    address --
 4              JUROR:  Okay.
 5              THE COURT:  -- in the letter.  They should feel free
 6    to contact chambers by e-mail, or Ms. Jenkins.
 7              JUROR:  Okay.  Thank you.
 8              THE COURT:  Okay.  Have a good weekend.
 9         (Juror exits the courtroom.)
10              THE COURT:  Counsel, one more thing.  I'm not sure I
11    put it on the record, but in discussing the wording for the
12    stipulation about where the cell phone was located on the night
13    of the 11th and 12th, the government requested an *ex parte* at
14    the bench.  That brief *ex parte* did take place before the Court
15    ruled on the language of the stipulation, just so the record is
16    clear.
17              MS. PETERSON:  I assume that that's all on the record
18    for appellate purposes?
19              THE COURT:  And it's on the record.
20              MS. PETERSON:  Okay.  Thank you, Your Honor.
21              MR. DILORENZO:  Thank you.
22         (End of bench conference.)
23              THE COURT:  Okay, folks.  Congratulations.  Well tried
24    on both sides.  It was a pleasure.  Okay.
25         (Proceedings adjourned at 4:58 p.m.)
```

6166

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


*Bryan A Wayne*
BRYAN A. WAYNE

## $

**$10** [9] - 6078:21,
6080:18, 6080:21,
6080:24, 6080:25,
6081:1, 6085:17,
6095:20, 6101:4
**$150,000** [1] - 6100:3
**$16,830** [1] - 6086:19
**$170,000** [1] - 6077:8
**$2500** [1] - 6098:5
**$5,000** [1] - 6098:6
**$72,000** [2] - 6098:17,
6098:21
**$75,000** [2] - 6083:21,
6088:22

## 0

**02532** [1] - 6130:23
**0532** [2] - 6060:4,
6151:9

## 1

**1** [2] - 6161:18, 6164:1
**10** [8] - 6060:6,
6076:16, 6092:25,
6093:22, 6127:3,
6145:6, 6145:16,
6164:6
**10-minute** [2] -
6124:10, 6124:19
**10:03** [1] - 6127:5
**10:30** [2] - 6153:17,
6153:23
**11** [11] - 6057:12,
6059:5, 6060:6,
6082:25, 6083:1,
6085:11, 6086:8,
6107:24, 6133:25,
6137:5, 6161:18
**115** [1] - 6115:24
**11:54** [1] - 6146:20
**11th** [1] - 6165:13
**12** [6] - 6060:5,
6082:25, 6083:2,
6085:12, 6088:19,
6125:16
**12:30** [1] - 6148:12
**12th** [1] - 6165:13
**13** [2] - 6096:13,
6162:23
**130** [1] - 6095:6
**14** [1] - 6096:13
**14-0141** [1] - 6049:3
**15** [1] - 6124:23
**16** [1] - 6049:5

**16,000** [1] - 6080:2
**1608** [1] - 6093:24
**17** [13] - 6084:16,
6085:1, 6089:12,
6095:13, 6096:14,
6117:14, 6117:17,
6117:21, 6117:25,
6120:15, 6142:16,
6149:2, 6149:14
**18** [1] - 6126:1
**1899** [1] - 6097:8
**194** [1] - 6109:24
**1:02** [1] - 6049:6
**1:07** [1] - 6050:10

## 2

**2** [2] - 6080:12,
6162:23
**20-something** [1] -
6076:16
**20001** [1] - 6049:25
**20004** [1] - 6049:18
**20006** [1] - 6049:22
**2011** [8] - 6054:15,
6054:16, 6055:4,
6055:7, 6068:22,
6069:15, 6069:18,
6136:24
**2012** [1] - 6144:21
**2013** [13] - 6079:4,
6079:12, 6079:25,
6080:12, 6080:15,
6080:20, 6085:13,
6098:3, 6099:21,
6099:25, 6100:13,
6101:3, 6109:25
**2015** [1] - 6077:18
**2016** [2] - 6073:5,
6076:15
**2017** [1] - 6049:5
**202** [4] - 6049:14,
6049:18, 6049:22,
6049:25
**20530** [1] - 6049:14
**208-7500** [1] - 6049:18
**25** [4] - 6080:15,
6080:19, 6138:22,
6140:21
**252-7566** [1] - 6049:14
**26,000** [1] - 6080:5
**27** [2] - 6086:15,
6087:3
**2718** [1] - 6158:6
**28** [1] - 6126:1
**29** [1] - 6088:17
**2nd** [1] - 6079:25

## 3

**3** [1] - 6120:15
**30** [1] - 6120:18
**302** [1] - 6087:14
**305** [1] - 6082:4
**31** [1] - 6131:19
**333** [1] - 6049:24
**354-3186** [1] - 6049:25
**36** [3] - 6092:22,
6093:2, 6094:1
**37** [2] - 6145:5,
6145:16
**3:18** [1] - 6124:20
**3:30** [1] - 6124:19
**3:34** [1] - 6124:20

## 4

**4** [1] - 6162:23
**45** [2] - 6092:8,
6123:16
**47** [1] - 6120:13
**4704-A** [1] - 6049:24
**4:56** [1] - 6164:7
**4:58** [1] - 6165:25

## 5

**5** [1] - 6161:18
**50s** [3] - 6117:18,
6117:20, 6117:25
**550** [1] - 6049:17
**555** [1] - 6049:13

## 6

**6** [2] - 6161:18
**6,000** [1] - 6080:3
**600** [1] - 6049:21
**625** [1] - 6049:17

## 7

**7** [12] - 6062:10,
6097:25, 6098:2,
6098:4, 6102:25,
6103:20, 6108:5,
6109:6, 6119:25,
6143:10, 6145:6,
6161:18
**7:00** [1] - 6153:17

## 8

**833-8900** [1] - 6049:22

**8:00** [1] - 6153:18

## 9

**92** [1] - 6141:18
**9:30** [2] - 6089:12,
6153:23
**9:40** [1] - 6091:25
**9:45** [1] - 6136:9

## A

**aback** [1] - 6112:23
**Abdel** [2] - 6104:9,
6107:14
**abducted** [1] - 6053:9
**abducting** [3] -
6107:5, 6107:6,
6107:11
**Abdul** [7] - 6104:13,
6104:18, 6104:25,
6105:4, 6105:6,
6105:8, 6105:9
**Abdullah** [13] -
6065:21, 6065:22,
6069:1, 6074:18,
6078:11, 6136:16,
6138:6, 6139:4,
6140:1, 6144:11,
6145:8, 6145:24,
6148:24
**abet** [1] - 6133:23
**abetting** [4] - 6131:9,
6131:19, 6131:23,
6148:23
**abide** [4] - 6054:9,
6054:11, 6055:19,
6134:18
**ability** [2] - 6064:16,
6095:2
**able** [14] - 6052:23,
6059:7, 6064:16,
6065:17, 6071:17,
6110:7, 6110:20,
6125:13, 6137:21,
6147:13, 6158:6,
6160:24, 6164:12,
6164:22
**above-entitled** [1] -
6166:5
**absolutely** [9] -
6078:23, 6093:4,
6103:19, 6136:4,
6143:14, 6144:8,
6147:4, 6151:24,
6156:19
**ABU** [1] - 6049:5
**Abu** [189] - 6050:21,
6050:22, 6051:17,

6051:25, 6052:1,
6052:15, 6052:21,
6053:8, 6054:9,
6054:14, 6054:18,
6054:19, 6054:20,
6054:21, 6054:23,
6055:2, 6055:8,
6055:19, 6055:20,
6056:4, 6056:8,
6056:11, 6056:13,
6057:3, 6057:11,
6058:3, 6058:12,
6058:13, 6059:4,
6059:8, 6059:11,
6060:3, 6061:12,
6062:2, 6062:4,
6062:12, 6062:20,
6063:3, 6063:8,
6063:12, 6063:21,
6064:21, 6064:24,
6065:9, 6068:22,
6068:24, 6069:6,
6069:9, 6070:5,
6070:15, 6071:3,
6071:15, 6072:8,
6072:12, 6073:7,
6074:17, 6074:19,
6074:20, 6074:23,
6074:24, 6075:4,
6075:8, 6076:23,
6077:15, 6078:1,
6078:13, 6084:12,
6084:15, 6084:22,
6085:5, 6085:6,
6085:22, 6085:23,
6086:3, 6086:21,
6087:10, 6088:4,
6088:23, 6089:5,
6090:17, 6091:1,
6091:2, 6091:20,
6092:6, 6092:13,
6093:25, 6094:5,
6094:20, 6095:1,
6095:4, 6095:8,
6096:18, 6096:22,
6097:3, 6097:8,
6097:17, 6100:4,
6100:22, 6101:15,
6101:20, 6101:22,
6101:25, 6102:7,
6102:16, 6102:21,
6102:24, 6103:19,
6103:23, 6104:1,
6104:4, 6104:17,
6104:18, 6104:22,
6105:5, 6105:8,
6105:15, 6105:17,
6105:18, 6106:2,
6106:7, 6107:17,
6108:3, 6108:18,
6108:25, 6109:4,

6110:5, 6110:7, 6110:10, 6110:11, 6110:15, 6110:20, 6111:17, 6112:6, 6112:12, 6113:10, 6113:18, 6117:3, 6117:6, 6117:9, 6117:11, 6118:9, 6118:10, 6118:11, 6118:12, 6118:15, 6119:5, 6119:10, 6119:17, 6119:23, 6119:25, 6120:6, 6120:8, 6120:19, 6121:9, 6121:22, 6122:8, 6122:12, 6125:3, 6125:22, 6126:16, 6127:2, 6127:12, 6127:13, 6127:21, 6130:15, 6130:22, 6131:1, 6131:4, 6132:7, 6133:1, 6133:10, 6133:14, 6133:22, 6139:1, 6140:4, 6141:21, 6141:25, 6142:14, 6144:2, 6144:4, 6144:13, 6144:16, 6144:18, 6144:20, 6145:2, 6145:9, 6146:19, 6148:22, 6153:9

**accent** [2] - 6108:19, 6108:21

**according** [18] - 6055:12, 6058:24, 6059:12, 6059:22, 6070:25, 6077:23, 6078:21, 6086:9, 6088:1, 6092:16, 6094:21, 6096:17, 6104:1, 6105:6, 6116:22, 6119:19, 6121:23, 6122:23

**account** [2] - 6083:5, 6083:7

**accountable** [1] - 6059:16

**accounting** [1] - 6098:8

**accounts** [1] - 6117:6

**accurate** [4] - 6082:9, 6082:12, 6133:1, 6133:8

**accused** [6] - 6102:9, 6102:12, 6102:13, 6113:1, 6117:14, 6144:3

**acknowledge** [1] - 6058:21

**acknowledged** [2] - 6076:10, 6111:12

**acquittal** [1] - 6161:20

**act** [1] - 6093:16

**acted** [1] - 6132:1

**acting** [1] - 6150:6

**actions** [4] - 6059:16, 6094:20, 6094:21, 6107:25

**activity** [1] - 6126:20

**acts** [1] - 6051:17

**actual** [4] - 6052:7, 6094:17, 6109:2, 6126:5

**adamant** [3] - 6066:24, 6080:16, 6080:18

**added** [3] - 6050:6, 6108:25, 6121:1

**addition** [3] - 6087:13, 6098:2, 6160:6

**address** [3] - 6129:18, 6141:15, 6165:3

**addressed** [1] - 6152:16

**adds** [1] - 6085:22

**adjourned** [1] - 6165:25

**admission** [3] - 6067:9, 6067:14, 6118:16

**admit** [3] - 6079:16, 6081:12, 6107:3

**admits** [1] - 6153:18

**admitted** [14] - 6058:12, 6076:14, 6076:15, 6076:24, 6081:13, 6087:14, 6093:9, 6093:12, 6115:23, 6149:15, 6149:16, 6158:22, 6160:11, 6160:14

**ado** [1] - 6121:13

**adored** [1] - 6136:4

**advancing** [1] - 6107:1

**advise** [1] - 6159:9

**advocates** [1] - 6162:8

**affect** [1] - 6052:3

**affidavit** [4] - 6060:17, 6118:17, 6119:2, 6119:4

**AFPD** [2] - 6049:15, 6049:16

**afraid** [3] - 6058:4, 6106:9, 6112:12

**Africa** [1] - 6152:6

**Afternoon** [1] - 6049:7

**afterwards** [2] - 6136:22, 6150:21

**agency** [1] - 6105:21

**agenda** [3] - 6056:11, 6056:12, 6056:15

**agent** [4] - 6088:12, 6099:25, 6101:8, 6110:1

**Agent** [38] - 6051:24, 6052:4, 6052:11, 6052:13, 6053:21, 6059:12, 6060:18, 6062:5, 6062:22, 6064:17, 6065:3, 6068:7, 6073:11, 6073:17, 6081:14, 6082:8, 6082:14, 6083:6, 6083:11, 6083:13, 6087:13, 6087:23, 6088:11, 6088:17, 6092:16, 6092:24, 6097:17, 6114:19, 6119:2, 6120:2, 6120:7, 6121:24, 6122:12, 6122:20, 6127:11, 6127:14, 6142:22

**agents** [16] - 6061:21, 6062:2, 6062:22, 6068:13, 6074:10, 6079:8, 6104:21, 6104:24, 6115:13, 6116:9, 6116:18, 6116:23, 6117:15, 6156:16

**ago** [3] - 6066:16, 6078:2

**Agori** [2] - 6089:19, 6090:13

**AGORI** [1] - 6090:4

**agree** [1] - 6159:23

**agreed** [3] - 6090:9, 6109:7, 6157:13

**agreeing** [1] - 6079:3

**agreement** [2] - 6131:14, 6131:16

**agreements** [1] - 6159:6

**agrees** [1] - 6060:2

**AHMED** [1] - 6049:5

**Ahmed** [8] - 6057:13, 6057:19, 6058:17, 6059:4, 6111:22, 6113:22, 6142:4, 6147:2

**aid** [2] - 6092:1, 6133:23

**aiding** [4] - 6131:9, 6131:19, 6131:23, 6148:22

**air** [3] - 6115:5, 6139:15, 6146:13

**airline** [2] - 6164:15, 6164:23

**airport** [6] - 6075:12, 6095:19, 6095:25, 6102:17, 6103:5, 6121:19

**AK-47** [4] - 6118:7, 6119:11, 6120:21, 6120:22

**AK-47s** [1] - 6135:23

**Akuri** [1] - 6090:10

**Al** [32] - 6060:16, 6075:2, 6079:20, 6081:24, 6086:22, 6089:19, 6090:13, 6106:8, 6136:7, 6138:5, 6138:20, 6140:6, 6142:2, 6142:4, 6142:5, 6142:6, 6142:7, 6142:8, 6142:9, 6142:21, 6142:23, 6143:1, 6145:23, 6147:2, 6148:3, 6148:10, 6149:9

**al** [14] - 6073:5, 6074:22, 6074:25, 6075:2, 6075:4, 6075:5, 6106:21, 6106:25, 6107:1, 6122:23, 6122:24, 6147:1, 6152:23, 6152:24

**Al-Agori** [2] - 6089:19, 6090:13

**Al-Ammari** [1] - 6142:2

**Al-Bakoush** [1] - 6142:4

**Al-Farsi** [2] - 6086:22, 6142:6

**Al-Fitori** [2] - 6142:4, 6147:2

**Al-Gharabi** [1] - 6075:2

**Al-Imam** [5] - 6142:21, 6142:23, 6148:3, 6149:9

**Al-Laithi** [4] - 6142:5, 6142:8, 6142:9

**Al-Libi** [1] - 6106:8

**al-Qaeda** [5] - 6106:21, 6106:25, 6107:1, 6152:23, 6152:24

**al-Sahati** [7] - 6074:22, 6074:25, 6075:2, 6075:4, 6075:5, 6122:23, 6122:24

**al-Sahati's** [1] - 6073:5

**Al-Sayyid** [1] - 6136:7

**Al-Shairi** [1] - 6142:7

**al-Sharia** [1] - 6147:1

**Al-Sharia** [3] - 6060:16, 6079:20, 6148:10

**Al-Ubaydi** [1] - 6142:7

**Al-Ubydi** [6] - 6081:24, 6138:5, 6138:20, 6140:6, 6143:1, 6145:23

**Al-Zway** [1] - 6142:6

**Aldos** [4] - 6127:10, 6127:11, 6127:13, 6127:16

**Alec** [1] - 6155:13

**Alexander** [1] - 6096:1

**Ali** [34] - 6054:3, 6054:5, 6054:13, 6054:18, 6055:23, 6062:9, 6063:23, 6070:10, 6097:23, 6099:17, 6102:2, 6103:7, 6103:18, 6104:21, 6105:5, 6106:1, 6106:7, 6107:16, 6107:17, 6108:2, 6108:17, 6123:6, 6132:22, 6138:5, 6142:12, 6142:19, 6143:9, 6143:10, 6144:3, 6145:6, 6145:24, 6147:17

**Ali's** [1] - 6055:12

**alibi** [4] - 6153:15, 6153:16, 6153:21

**allegations** [1] - 6106:16

**allegedly** [4] - 6065:9, 6094:6, 6104:1, 6104:5

**alley** [2] - 6110:8, 6110:19

**alleys** [1] - 6070:14

**allow** [1] - 6157:7

**allowed** [4] - 6053:14, 6053:17, 6064:1, 6080:11

**almost** [2] - 6053:13, 6140:5

**alone** [3] - 6070:19, 6070:20, 6149:4

**alternate** [4] - 6162:18, 6162:20, 6163:15, 6164:10

**alternates** [2] - 6162:19

**altogether** [2] -
6061:4, 6080:9
**ambassador** [6] -
6051:21, 6054:23,
6055:11, 6116:21,
6116:24, 6146:13
**Ambassador** [8] -
6054:4, 6054:7,
6054:11, 6055:17,
6134:14, 6135:3,
6135:25
**ambassador's** [6] -
6095:18, 6095:24,
6096:3, 6096:4,
6096:5, 6116:17
**AMERICA** [1] - 6049:2
**America** [15] -
6050:22, 6050:24,
6050:25, 6053:5,
6054:10, 6055:11,
6056:5, 6056:9,
6056:13, 6056:18,
6128:19, 6135:1,
6135:23, 6143:11
**America's** [1] -
6054:24
**American** [21] -
6052:6, 6053:4,
6053:23, 6055:14,
6062:3, 6077:19,
6114:6, 6114:10,
6115:7, 6135:4,
6135:5, 6135:6,
6136:13, 6136:18,
6137:9, 6137:15,
6137:16, 6149:7,
6155:8, 6155:10,
6155:11
**Americans** [32] -
6052:2, 6069:23,
6072:13, 6075:11,
6091:22, 6091:25,
6095:2, 6095:18,
6096:4, 6103:1,
6103:15, 6103:25,
6104:19, 6105:2,
6113:1, 6113:7,
6113:8, 6134:21,
6136:19, 6137:3,
6137:13, 6146:3,
6146:12, 6146:15,
6146:18, 6146:22,
6147:7, 6148:1,
6148:19, 6149:1,
6154:11, 6154:12
**Ammari** [1] - 6142:2
**Amor** [2] - 6065:7,
6132:25
**amount** [4] - 6068:24,
6098:19, 6122:4,

6133:16
**angry** [1] - 6136:12
**animosity** [1] -
6114:13
**animus** [2] - 6053:5,
6053:23
**Annex** [35] - 6059:24,
6059:25, 6060:11,
6062:24, 6073:9,
6073:12, 6074:4,
6074:9, 6074:11,
6085:22, 6086:4,
6103:6, 6106:16,
6125:2, 6125:4,
6125:9, 6125:12,
6127:4, 6134:3,
6135:9, 6146:5,
6146:7, 6146:8,
6146:9, 6146:18,
6146:19, 6147:14,
6147:19, 6147:20,
6148:13, 6148:16,
6151:14, 6151:18,
6156:17, 6156:21
**announce** [1] -
6161:25
**announced** [1] -
6162:2
**Ansar** [4] - 6060:16,
6079:20, 6147:1,
6148:10
**answer** [4] - 6058:9,
6066:24, 6068:8,
6123:2
**answered** [4] -
6080:17, 6098:20,
6112:19, 6129:1
**anti** [6] - 6052:6,
6053:23, 6077:16,
6114:6, 6114:10
**anti-American** [5] -
6052:6, 6053:23,
6077:16, 6114:6,
6114:10
**Anwar** [4] - 6127:10,
6127:11, 6127:13,
6127:16
**appeals** [1] - 6134:9
**appear** [2] - 6115:6,
6118:24
**APPEARANCES** [1] -
6049:10
**appellate** [1] -
6165:18
**applies** [1] - 6163:6
**appreciate** [1] -
6163:12
**appreciation** [1] -
6099:2
**approach** [4] -

6123:18, 6140:11,
6152:8, 6155:17
**approaches** [1] -
6118:21
**approval** [1] - 6153:10
**April** [1] - 6077:18
**Arabic** [3] - 6052:11,
6090:6, 6128:9
**area** [4] - 6126:24,
6126:25, 6127:2,
6148:17
**arguing** [1] - 6135:15
**ARGUMENT** [2] -
6050:16, 6134:24
**argument** [8] - 6051:2,
6087:6, 6143:9,
6155:24, 6156:23,
6158:20
**arguments** [10] -
6050:24, 6145:2,
6145:23, 6157:2,
6158:15, 6158:18,
6158:21, 6158:24,
6159:2, 6159:5
**arm** [2] - 6073:14,
6073:16
**armed** [1] - 6118:23
**armored** [3] - 6070:23,
6071:11, 6080:1
**arms** [1] - 6148:13
**army** [1] - 6096:2
**Army** [2] - 6072:11,
6072:14
**arrange** [2] - 6076:5,
6104:19
**arranged** [3] -
6095:24, 6105:25,
6164:1
**arranging** [2] -
6106:4, 6112:8
**arrived** [5] - 6142:16,
6146:10, 6146:14,
6153:23, 6154:21
**arson** [2] - 6063:13,
6133:12
**article** [1] - 6152:14
**aside** [1] - 6053:3
**aspects** [1] - 6079:14
**assertions** [1] -
6073:11
**assess** [4] - 6099:11,
6138:8, 6138:13,
6157:13
**assessing** [4] -
6075:16, 6138:10,
6150:23, 6159:8
**assistance** [1] -
6079:11
**assisting** [1] - 6112:9
**associated** [3] -

6072:11, 6077:14,
6131:25
**associations** [1] -
6056:2
**assume** [3] - 6079:17,
6120:5, 6165:17
**attack** [64] - 6057:7,
6057:13, 6057:15,
6060:10, 6061:23,
6061:25, 6062:7,
6070:22, 6070:25,
6071:11, 6072:1,
6072:2, 6072:5,
6072:17, 6072:22,
6073:7, 6075:7,
6077:17, 6078:3,
6079:6, 6084:17,
6084:21, 6089:5,
6090:13, 6091:24,
6091:25, 6092:7,
6096:12, 6096:19,
6096:21, 6096:22,
6097:20, 6102:10,
6104:2, 6104:7,
6107:22, 6108:10,
6109:2, 6111:18,
6111:21, 6113:4,
6113:15, 6113:16,
6113:20, 6114:2,
6114:6, 6125:5,
6125:9, 6125:14,
6133:22, 6133:23,
6133:24, 6134:2,
6137:8, 6144:5,
6148:16, 6148:17,
6149:3, 6149:24,
6149:25, 6151:18,
6158:3, 6158:7
**attacked** [2] - 6059:21,
6148:13
**attacking** [8] - 6085:3,
6136:9, 6136:11,
6144:3, 6146:2,
6146:5, 6146:7,
6149:11
**attacks** [6] - 6054:19,
6059:8, 6061:21,
6080:13, 6106:16,
6154:10
**attention** [5] -
6072:24, 6125:2,
6128:1, 6131:13,
6159:19
**attentive** [1] - 6162:22
**attitude** [1] - 6161:21
**attorney** [1] - 6150:18
**Attorney's** [1] -
6049:13
**attorneys** [1] -
6151:23

6072:11, 6077:14,
6131:25
**August** [3] - 6055:7,
6069:15, 6076:15
**AUSA** [4] - 6049:11,
6049:11, 6049:12,
6049:12
**authentic** [1] -
6141:13
**automatically** [1] -
6093:17
**autopsy** [1] - 6051:12
**available** [1] - 6108:5
**Avenue** [3] - 6049:17,
6049:21, 6049:24
**avoid** [2] - 6056:25,
6162:4
**aware** [1] - 6055:2
**awful** [1] - 6075:25
**awfully** [2] - 6060:25,
6061:1
**axe** [1] - 6062:14
**Aymen** [6] - 6136:7,
6142:2, 6142:16,
6142:20, 6149:3,
6149:8

**B**

**Baach** [1] - 6049:20
**backed** [2] - 6076:6,
6087:18
**background** [1] -
6066:21
**bad** [5] - 6054:10,
6059:20, 6074:19,
6082:20, 6122:25
**badges** [1] - 6163:13
**bag** [6] - 6057:23,
6065:16, 6065:19,
6083:1, 6083:10,
6084:5
**baggage** [1] - 6062:15
**bags** [1] - 6083:8
**Bakoush** [2] - 6142:4,
6142:24
**ballistics** [2] -
6063:15, 6133:12
**bank** [13] - 6083:5,
6083:7, 6135:10,
6145:11, 6145:12,
6145:13, 6145:15,
6145:17, 6145:19,
6145:20, 6145:22,
6145:25
**base** [4] - 6137:4,
6146:9, 6147:9,
6148:13
**based** [1] - 6064:19,
6068:25, 6134:19,
6155:15, 6157:2,

6157:14, 6158:21, 6158:24, 6159:17, 6160:23, 6162:14
**bases** [2] - 6136:14, 6137:17
**basis** [2] - 6099:12, 6111:5
**Basit** [9] - 6104:9, 6104:13, 6104:18, 6105:1, 6105:4, 6105:6, 6105:8, 6105:10, 6107:14
**bat** [2] - 6066:22, 6091:24
**bathroom** [1] - 6053:18
**battle** [2] - 6127:2, 6157:1
**beach** [2] - 6104:22, 6109:7
**bear** [1] - 6161:13
**beard** [2] - 6110:18, 6118:22
**beards** [1] - 6060:22
**beautiful** [2] - 6136:10, 6155:7
**become** [1] - 6155:3
**becomes** [2] - 6076:21, 6161:5
**BEFORE** [1] - 6049:8
**began** [2] - 6057:13, 6156:4
**begin** [1] - 6164:3
**beginning** [13] - 6054:6, 6054:17, 6055:4, 6055:14, 6066:1, 6069:19, 6083:2, 6083:3, 6112:8, 6156:13, 6160:2, 6161:21, 6162:6
**behalf** [1] - 6111:2
**behavior** [1] - 6075:20
**behind** [2] - 6057:6, 6113:21
**behold** [1] - 6102:25
**beings** [1] - 6138:13
**belief** [1] - 6107:8
**beliefs** [1] - 6056:2
**believability** [1] - 6138:11
**believes** [3] - 6056:14, 6056:22, 6113:7
**belonged** [1] - 6075:4
**beloved** [2] - 6136:1, 6136:11
**Ben** [1] - 6132:25
**Ben-Amor** [1] - 6132:25
**Bench** [5] - 6123:19,

6140:13, 6152:9, 6155:18, 6164:8
**bench** [8] - 6124:17, 6136:22, 6140:19, 6153:4, 6158:11, 6164:6, 6165:14, 6165:22
**benefit** [1] - 6077:10
**benefits** [2] - 6077:5, 6082:1
**Benghazi** [25] - 6054:24, 6055:3, 6055:10, 6055:12, 6055:13, 6056:20, 6092:3, 6102:8, 6108:20, 6110:18, 6113:12, 6114:15, 6116:2, 6116:7, 6121:15, 6135:2, 6135:25, 6136:13, 6139:1, 6139:24, 6143:8, 6144:19, 6153:20, 6154:16
**best** [4] - 6052:12, 6112:16, 6122:11, 6155:2
**better** [10] - 6050:12, 6056:1, 6076:17, 6078:14, 6084:10, 6137:21, 6139:18, 6139:20, 6139:23, 6141:1
**between** [4] - 6071:25, 6093:25, 6149:8, 6159:7
**beyond** [8] - 6051:6, 6051:16, 6059:7, 6061:12, 6110:23, 6128:20, 6132:1, 6132:5
**bias** [5] - 6075:15, 6076:23, 6111:16, 6114:6, 6114:11
**biased** [2] - 6078:13, 6111:2
**biases** [1] - 6075:17
**big** [12] - 6066:23, 6068:20, 6070:3, 6072:15, 6073:15, 6089:4, 6095:16, 6096:24, 6098:21, 6099:3, 6102:11, 6115:4
**bigger** [1] - 6148:17
**biggest** [5] - 6075:10, 6084:15, 6111:19, 6139:7, 6139:8
**Bilal** [44] - 6063:24, 6064:14, 6070:9, 6075:1, 6077:23,

6077:24, 6077:25, 6078:6, 6078:12, 6078:14, 6079:5, 6081:24, 6084:7, 6085:22, 6086:4, 6086:9, 6087:24, 6088:12, 6088:18, 6091:18, 6092:2, 6093:25, 6094:6, 6094:8, 6095:17, 6096:3, 6096:11, 6097:20, 6098:1, 6103:7, 6107:21, 6123:4, 6132:23, 6138:5, 6138:20, 6139:6, 6140:6, 6142:8, 6142:15, 6143:1, 6143:3, 6145:5, 6145:23
**Bin** [15] - 6068:22, 6072:12, 6074:23, 6075:9, 6075:11, 6075:12, 6095:25, 6102:21, 6103:1, 6103:2, 6103:3, 6103:15, 6127:9, 6142:10, 6148:4
**Birnawi** [3] - 6136:8, 6142:3, 6156:2
**bit** [15] - 6053:19, 6060:22, 6065:6, 6077:4, 6078:15, 6087:16, 6106:21, 6112:23, 6114:25, 6115:15, 6116:16, 6117:18, 6148:11, 6148:17
**black** [2] - 6137:25, 6145:14
**blah** [3] - 6081:10
**blame** [1] - 6104:11
**blindfolded** [1] - 6053:10
**blogging** [1] - 6160:5
**boat** [9] - 6062:6, 6064:20, 6125:21, 6125:23, 6125:25, 6126:1, 6133:2, 6137:20
**Bob** [2] - 6058:24, 6112:14
**body** [5] - 6095:18, 6095:24, 6096:3, 6096:4, 6096:5
**bodyguards** [1] - 6106:8
**bombed** [1] - 6152:6
**bonus** [1] - 6108:25
**bonuses** [1] - 6098:8
**boom** [3] - 6148:17

**border** [1] - 6115:5
**born** [2] - 6102:8, 6138:21
**bottom** [2] - 6082:5
**bought** [1] - 6078:18
**bound** [1] - 6087:24
**boy** [1] - 6098:4
**brandishing** [1] - 6135:23
**brave** [2] - 6134:21, 6135:4
**bread** [1] - 6111:14
**break** [11] - 6085:9, 6105:3, 6109:19, 6109:23, 6118:5, 6118:8, 6123:17, 6124:10, 6124:11, 6124:19
**breakfast** [1] - 6163:17
**breaks** [1] - 6067:16
**brief** [1] - 6165:14
**briefly** [2] - 6155:17, 6164:6
**brigade** [1] - 6122:24
**bring** [14] - 6065:16, 6065:19, 6080:3, 6080:4, 6083:1, 6083:8, 6084:5, 6103:25, 6152:3, 6153:20, 6159:2, 6159:24, 6163:10, 6164:2
**bringing** [2] - 6054:23, 6107:12
**brings** [1] - 6088:21
**broke** [2] - 6112:4, 6112:10
**brother** [3] - 6077:7, 6141:3, 6141:15
**brother's** [1] - 6077:7
**brothers** [2] - 6111:4, 6111:6
**brought** [13] - 6065:4, 6074:10, 6083:10, 6093:7, 6095:18, 6095:24, 6096:5, 6103:7, 6122:16, 6125:25, 6132:6, 6148:4, 6148:5
**bruises** [1] - 6125:24
**brutal** [1] - 6056:3
**Bruzayza** [14] - 6084:14, 6084:23, 6085:1, 6085:5, 6085:7, 6086:10, 6086:18, 6087:10, 6089:13, 6089:15, 6096:10, 6096:16, 6096:17, 6096:21

**BRYAN** [3] - 6049:23, 6166:3, 6166:8
**buck** [1] - 6097:21
**build** [1] - 6091:18
**buildings** [5] - 6146:14, 6146:22, 6147:7, 6148:2, 6149:6
**bumped** [1] - 6098:6
**bunch** [2] - 6062:24, 6066:9
**burden** [10] - 6061:10, 6061:11, 6061:16, 6131:21, 6134:17, 6150:3, 6150:4, 6151:24, 6152:1
**burger** [1] - 6102:11
**burned** [1] - 6140:23
**burning** [3] - 6137:13
**burns** [1] - 6063:14
**Burt** [1] - 6155:12
**business** [3] - 6111:12, 6116:7, 6147:8
**busy** [1] - 6076:8
**butter** [1] - 6111:14
**buys** [1] - 6083:25
**BY** [2] - 6050:16, 6134:24

## C

**Cairo** [4] - 6067:11, 6144:12, 6144:16, 6144:19
**calm** [1] - 6113:19
**calmly** [1] - 6162:5
**camera** [1] - 6137:23
**camp** [13] - 6073:5, 6075:3, 6075:4, 6084:16, 6084:23, 6086:21, 6086:25, 6095:14, 6096:14, 6102:24, 6147:22, 6148:10, 6148:11
**Camp** [3] - 6095:10, 6142:16, 6149:2
**cannot** [11] - 6093:15, 6095:17, 6110:24, 6110:25, 6111:21, 6129:2, 6130:6, 6133:20, 6134:25, 6135:7, 6152:15
**captors** [1] - 6114:11
**capture** [8] - 6062:7, 6062:12, 6100:4, 6106:2, 6106:8, 6118:13, 6143:11, 6143:14

**captured** [4] - 6060:15, 6073:8, 6106:9, 6151:8
**car** [11] - 6063:7, 6078:18, 6080:6, 6081:15, 6081:17, 6081:19, 6081:20, 6085:14, 6121:24, 6126:23, 6156:16
**cards** [2] - 6070:8, 6111:12
**care** [3] - 6098:14, 6114:16, 6124:15
**career** [1] - 6154:25
**careful** [1] - 6143:23
**carefully** [5] - 6108:12, 6120:15, 6120:16, 6159:8, 6159:9
**Caribbean** [1] - 6143:16
**carry** [2] - 6071:17, 6096:22
**carrying** [2] - 6073:14, 6148:6
**cars** [2] - 6080:8, 6087:2
**case** [36] - 6050:18, 6051:4, 6061:10, 6062:20, 6070:15, 6091:20, 6095:23, 6112:3, 6115:1, 6118:2, 6122:7, 6129:9, 6131:11, 6132:19, 6133:5, 6133:9, 6133:14, 6138:3, 6145:12, 6155:16, 6156:2, 6158:20, 6159:14, 6159:17, 6160:4, 6160:6, 6161:9, 6161:11, 6161:20, 6161:24, 6162:3, 6162:6, 6162:15, 6163:2, 6163:4, 6163:7
**cash** [8] - 6057:23, 6065:16, 6065:19, 6083:8, 6083:10, 6083:21, 6084:5, 6086:19
**casual** [1] - 6057:18
**caught** [1] - 6145:19
**causes** [1] - 6051:9
**caution** [1] - 6154:2
**cautious** [1] - 6061:1
**cell** [7] - 6053:13, 6103:16, 6125:12, 6126:9, 6130:18, 6130:20, 6165:12

**center** [4] - 6107:22, 6115:18, 6118:4, 6136:9
**ceremonial** [1] - 6154:22
**ceremonies** [1] - 6155:3
**certain** [5] - 6059:1, 6059:3, 6137:1, 6137:2, 6161:25
**certainly** [1] - 6117:10
**certainty** [1] - 6052:23
**CERTIFICATE** [1] - 6166:2
**certify** [1] - 6166:3
**challenged** [1] - 6150:25
**chambers** [2] - 6165:2, 6165:6
**chance** [1] - 6163:10
**change** [2] - 6164:16
**changed** [2] - 6088:1, 6093:12
**changing** [1] - 6064:14
**chaotic** [1] - 6105:12
**character** [2] - 6106:20, 6107:9
**characterized** [2] - 6094:5, 6125:23
**charge** [15] - 6060:8, 6060:12, 6060:18, 6071:5, 6071:6, 6071:8, 6072:6, 6077:20, 6078:1, 6090:25, 6092:2, 6092:3, 6097:13, 6119:13, 6138:23
**charged** [1] - 6132:3
**charges** [1] - 6057:4
**Charles** [1] - 6096:1
**chart** [2] - 6082:2, 6082:6
**check** [3] - 6085:19, 6127:16, 6127:19
**checks** [1] - 6126:12
**chief** [1] - 6096:14
**child** [1] - 6124:15
**choice** [1] - 6056:21
**choose** [1] - 6152:3
**chose** [5] - 6096:9, 6143:18, 6152:4, 6153:19
**chosen** [1] - 6154:23
**Chris** [3] - 6134:15, 6136:10, 6149:17
**CHRISTOPHER** [1] - 6049:8
**Christopher** [3] - 6135:3, 6154:23,

6155:7
**CIA** [3] - 6135:9, 6146:8, 6146:17
**circle** [2] - 6126:23, 6126:24
**circumstances** [3] - 6082:20, 6096:8, 6161:14
**citizens** [3] - 6107:5, 6107:11, 6155:4
**citizenship** [1] - 6155:3
**civilian** [1] - 6057:22
**civility** [1] - 6161:1
**claim** [1] - 6108:3
**claimed** [8] - 6056:11, 6068:23, 6089:11, 6110:7, 6114:20, 6129:15, 6129:23
**claims** [8] - 6068:21, 6070:4, 6092:12, 6102:7, 6102:15, 6102:16, 6107:17, 6110:20
**Clarke** [32] - 6051:25, 6052:4, 6052:13, 6053:21, 6059:12, 6060:18, 6062:5, 6064:17, 6065:3, 6081:14, 6082:14, 6083:6, 6083:11, 6087:13, 6087:23, 6088:11, 6088:18, 6092:16, 6092:24, 6097:17, 6114:19, 6119:2, 6120:3, 6120:8, 6121:24, 6122:12, 6122:14, 6122:20, 6127:11, 6127:14, 6142:22
**Clarke's** [1] - 6052:11
**classified** [4] - 6064:1, 6074:11, 6099:22, 6150:13
**cleaner** [1] - 6101:16
**clear** [3] - 6069:6, 6159:2, 6165:16
**clearly** [2] - 6092:18, 6113:20
**clerk** [2] - 6129:15, 6129:16
**clever** [1] - 6087:7
**client** [1] - 6141:21
**close** [2] - 6073:10, 6118:1
**closer** [1] - 6081:24
**closing** [9] - 6050:24, 6051:2, 6051:23, 6073:1, 6156:18, 6158:13, 6158:14,

6158:20, 6159:4
**CLOSING** [2] - 6050:16, 6134:24
**closings** [1] - 6050:4
**clothes** [1] - 6057:18
**clueless** [1] - 6117:19
**clunked** [1] - 6053:9
**co** [5] - 6070:12, 6142:1, 6149:3, 6149:8, 6150:10
**co-conspirators** [5] - 6070:12, 6142:1, 6149:3, 6149:8, 6150:10
**coalition** [1] - 6105:13
**codefendant** [1] - 6153:16
**cold** [2] - 6135:13, 6156:3
**collect** [1] - 6072:20
**collecting** [1] - 6082:24
**Columbia** [1] - 6052:22
**COLUMBIA** [1] - 6049:1
**comfortable** [1] - 6051:1
**coming** [3] - 6067:4, 6079:12, 6088:4, 6088:13, 6089:21, 6107:4, 6107:11, 6112:1, 6112:21, 6126:24, 6130:15, 6131:9, 6144:14
**command** [1] - 6149:19
**commander** [5] - 6139:5, 6139:6, 6146:24, 6147:5, 6149:14
**commandment** [1] - 6100:20
**commit** [1] - 6132:2
**committed** [5] - 6051:6, 6051:17, 6059:8, 6079:9, 6144:5
**committing** [2] - 6102:12, 6131:25
**common** [6] - 6121:15, 6133:17, 6133:18, 6133:21, 6141:22
**communicate** [6] - 6103:14, 6160:3, 6161:6, 6161:9, 6161:10, 6163:7
**communication** [1] - 6089:22

**communications** [5] - 6097:8, 6130:16, 6130:17, 6131:5, 6160:5
**company** [5] - 6093:14, 6128:13, 6128:16, 6129:17
**comparisons** [1] - 6093:8
**complained** [1] - 6098:16
**complaint** [1] - 6118:17
**completely** [3] - 6057:9, 6130:10, 6146:16
**compound** [17] - 6115:14, 6115:19, 6115:20, 6115:21, 6120:9, 6120:10, 6120:23, 6127:17, 6134:1, 6135:15, 6135:24, 6146:15, 6146:18, 6147:7, 6148:15, 6150:8
**comrades** [1] - 6056:6
**con** [3] - 6078:15, 6096:7, 6132:23
**conceded** [1] - 6057:4
**concept** [1] - 6132:15
**concepts** [1] - 6131:11
**concern** [1] - 6162:11
**concerned** [1] - 6114:7
**concerning** [2] - 6159:14, 6161:11
**concerns** [2] - 6114:15, 6114:16
**concert** [1] - 6150:7
**concerted** [1] - 6060:10
**conclude** [1] - 6150:19
**concluded** [1] - 6051:2
**concluding** [1] - 6158:13
**conduct** [5] - 6116:7, 6155:2, 6160:6, 6160:8, 6161:21
**conference** [10] - 6123:19, 6124:17, 6140:13, 6140:19, 6152:9, 6153:4, 6155:18, 6158:11, 6164:8, 6165:22
**confirmed** [1] - 6083:6
**confronted** [3] - 6058:24, 6076:9,

6076:21
confusion [1] - 6066:19
congratulations [1] - 6165:23
connect [2] - 6074:19, 6075:8
connected [3] - 6074:25, 6142:9, 6150:5
connecting [2] - 6059:24, 6074:17
consider [7] - 6075:19, 6075:22, 6132:4, 6160:12, 6160:15, 6160:24, 6162:15
considerable [1] - 6161:22
consideration [1] - 6161:4
considers [2] - 6111:4, 6111:5
consistent [5] - 6088:20, 6095:22, 6126:21, 6130:7, 6158:16
conspiracy [8] - 6050:7, 6059:10, 6059:15, 6114:18, 6131:17, 6131:18, 6148:22, 6151:19
conspirators [2] - 6070:12, 6142:1, 6149:3, 6149:8, 6150:10
Constitution [1] - 6049:24
construction [1] - 6153:11
consulate [5] - 6051:21, 6135:8, 6137:1, 6144:3, 6144:5
contact [9] - 6081:22, 6097:3, 6097:4, 6105:23, 6149:8, 6162:25, 6164:23, 6165:6
contacts [1] - 6102:22
contained [1] - 6130:1
contemporaneous [1] - 6104:6
contest [1] - 6063:16
context [1] - 6103:23
continued [1] - 6097:3
contradicts [1] - 6093:19
contrary [3] - 6073:11, 6157:9, 6157:18

control [2] - 6074:1, 6157:5
controversial [2] - 6069:24, 6070:2
controversy [1] - 6094:23
convenient [1] - 6102:19
conversation [8] - 6092:24, 6092:25, 6093:2, 6093:22, 6094:5, 6113:22, 6117:11, 6123:11
conversations [3] - 6103:23, 6104:1, 6104:5
convict [3] - 6056:23, 6060:23, 6128:19
conviction [3] - 6161:19, 6162:11, 6162:13
convince [1] - 6056:8
COOPER [1] - 6049:8
Cooper [2] - 6154:23, 6154:24
coordinates [5] - 6125:17, 6147:16, 6147:19, 6147:23, 6147:25
copy [5] - 6073:3, 6093:13, 6118:18, 6128:5, 6129:22
corner [1] - 6127:8
corners [1] - 6137:23
correct [1] - 6166:4
correlation [1] - 6099:10
corroborate [2] - 6138:10, 6139:14
corroborated [8] - 6138:3, 6141:9, 6141:10, 6142:11, 6142:18, 6142:25, 6144:7, 6144:8
corroboration [2] - 6070:21, 6143:2
cost [1] - 6115:15
COUNSEL [2] - 6050:16, 6134:24
counsel [19] - 6084:20, 6140:11, 6152:8, 6153:2, 6155:17, 6155:24, 6156:24, 6157:16, 6157:23, 6157:25, 6158:18, 6158:19, 6158:21, 6158:24, 6159:2, 6165:10
count [2] - 6086:16, 6086:17

counter [3] - 6061:24, 6062:13, 6063:20
countries [1] - 6158:5
country [14] - 6053:9, 6056:17, 6058:5, 6059:13, 6069:23, 6070:1, 6073:8, 6107:4, 6107:11, 6107:12, 6134:18, 6138:20, 6140:25, 6141:1
counts [2] - 6051:4, 6155:16
couple [15] - 6066:6, 6070:18, 6078:2, 6096:12, 6100:25, 6108:16, 6116:1, 6116:22, 6124:25, 6128:1, 6129:13, 6156:12, 6157:3, 6158:14, 6158:23
courage [1] - 6154:15
courageous [1] - 6154:13
course [15] - 6062:5, 6062:16, 6063:13, 6064:20, 6065:7, 6090:24, 6101:6, 6108:7, 6108:24, 6111:20, 6137:20, 6144:25, 6146:3, 6147:8
COURT [52] - 6049:1, 6050:6, 6050:11, 6050:14, 6123:15, 6123:18, 6123:22, 6124:5, 6124:9, 6124:13, 6124:15, 6124:18, 6124:21, 6134:22, 6136:5, 6136:22, 6139:22, 6140:11, 6140:16, 6150:17, 6150:21, 6152:8, 6152:10, 6152:16, 6152:19, 6153:1, 6153:5, 6155:17, 6155:19, 6156:6, 6156:9, 6156:22, 6157:21, 6158:2, 6158:9, 6158:12, 6159:4, 6163:16, 6164:9, 6164:12, 6164:15, 6164:18, 6164:21, 6164:24, 6165:2, 6165:5, 6165:8, 6165:10, 6165:19, 6165:23
Court [6] - 6049:23,

6149:5, 6150:12, 6155:22, 6165:14, 6166:3
court [6] - 6092:19, 6100:21, 6160:19, 6161:12, 6161:17, 6163:25
Court's [2] - 6059:18, 6064:8
Courthouse [1] - 6049:24
courtroom [10] - 6057:23, 6062:4, 6113:7, 6114:12, 6152:3, 6154:22, 6159:18, 6162:21, 6163:15, 6165:9
courtrooms [1] - 6154:25
cousin [2] - 6081:11, 6081:14
cover [1] - 6089:22
covered [1] - 6114:4
coworkers [1] - 6138:15
CR [1] - 6049:3
Crabb [4] - 6054:9, 6117:17, 6152:22, 6152:24
CRABB [1] - 6049:11
Crabb's [1] - 6152:19
crazy [1] - 6107:2
CRC [1] - 6049:3
create [2] - 6053:2, 6103:10
created [2] - 6121:25, 6149:18
creative [1] - 6087:16
credibility [6] - 6070:16, 6075:17, 6138:5, 6138:8, 6138:10, 6150:23
credible [4] - 6057:10, 6057:24, 6058:17, 6145:4
credit [1] - 6087:16
crime [9] - 6056:17, 6060:23, 6073:23, 6074:7, 6102:12, 6131:14, 6131:15, 6131:25, 6132:3
crimes [1] - 6051:6
criminal [1] - 6118:17
critically [1] - 6134:8
criticized [1] - 6152:19
Cross [1] - 6068:25
cross [8] - 6052:18, 6064:13, 6089:24, 6104:9, 6117:14,

6126:6, 6150:24, 6152:17
cross-examination [4] - 6052:18, 6064:13, 6104:9, 6126:6
cross-examined [2] - 6117:14, 6150:24
CRR [1] - 6049:23
curable [1] - 6156:14
current [1] - 6162:25
curry [2] - 6058:19, 6099:1
custodian [1] - 6128:13
customer [1] - 6129:16
cuts [1] - 6125:24

D

D.C [1] - 6049:5
damaging [1] - 6137:12
dangerous [1] - 6098:23
dare [6] - 6107:9, 6137:11, 6140:10, 6158:3, 6158:7
dark [1] - 6058:23
data [1] - 6129:6
date [3] - 6069:19, 6137:2
dates [2] - 6066:19, 6068:15
Dave [4] - 6147:15, 6147:21, 6147:24, 6155:11
days [16] - 6065:5, 6067:8, 6078:2, 6083:18, 6083:19, 6083:20, 6084:17, 6084:20, 6085:4, 6096:12, 6122:13, 6122:14, 6122:17, 6129:13
DC [4] - 6049:14, 6049:18, 6049:22, 6049:25
dead [2] - 6146:12, 6146:13
deal [3] - 6097:24, 6136:22, 6143:12
death [8] - 6051:9, 6051:10, 6051:13, 6113:7, 6113:8, 6146:3, 6151:21, 6154:8
deaths [4] - 6052:2, 6052:18, 6113:1,

6148:19
**decade** [2] - 6056:1
**decide** [1] - 6159:17
**decided** [1] - 6083:8
**decisions** [1] - 6134:19
**declared** [2] - 6098:12, 6102:8
**deep** [1] - 6151:20
**Defendant** [2] - 6049:6, 6049:15
**defendant** [24] - 6135:13, 6136:25, 6142:9, 6142:19, 6142:20, 6142:21, 6142:23, 6142:24, 6143:14, 6146:1, 6148:9, 6149:15, 6150:6, 6151:2, 6151:3, 6151:6, 6151:8, 6151:17, 6153:22, 6155:16, 6155:25, 6162:10
**DEFENDANT** [1] - 6050:16
**Defendant's** [3] - 6095:6, 6109:24, 6115:24
**defendant's** [3] - 6141:15, 6142:1, 6147:17
**Defender** [1] - 6049:16
**Defender's** [1] - 6065:12
**defense** [7] - 6082:11, 6112:20, 6150:18, 6151:1, 6151:23, 6157:4, 6159:7
**Defense** [1] - 6099:13
**deference** [5] - 6060:19, 6118:24, 6119:8, 6119:10, 6119:14
**delayed** [2] - 6094:19, 6094:20
**deliberate** [1] - 6160:1
**deliberations** [11] - 6159:24, 6159:25, 6160:3, 6160:7, 6160:19, 6161:5, 6161:22, 6162:6, 6162:12, 6163:19, 6164:3
**deliver** [1] - 6163:25
**Delta** [1] - 6164:18
**demeanor** [4] - 6075:20, 6075:25, 6076:2, 6112:19
**demonstrated** [2] - 6076:23, 6114:10

**denied** [13] - 6064:15, 6067:21, 6067:22, 6079:13, 6079:14, 6079:19, 6080:8, 6081:11, 6081:15, 6083:3, 6083:6, 6087:24, 6088:2
**deny** [2] - 6062:19, 6098:12
**Department** [5] - 6065:13, 6083:15, 6099:12, 6099:13, 6122:3
**depicted** [1] - 6110:2
**deposition** [5] - 6065:24, 6066:17, 6067:5, 6068:14, 6074:21
**deprivation** [1] - 6126:13
**derogatory** [1] - 6076:22
**described** [5] - 6052:14, 6072:18, 6145:4, 6147:24, 6153:11
**describes** [1] - 6092:14
**describing** [1] - 6069:2
**deserved** [1] - 6101:9
**designed** [4] - 6050:21, 6051:11, 6115:24, 6156:25
**desire** [1] - 6111:23
**desperately** [2] - 6085:21, 6086:3
**despised** [1] - 6136:12
**despite** [4] - 6073:11, 6092:23, 6154:17, 6154:18
**despondently** [1] - 6119:21
**destroy** [6] - 6074:14, 6135:24, 6137:16, 6146:22, 6147:7, 6148:2
**destroyed** [2] - 6146:15, 6146:23
**destruction** [3] - 6149:6, 6149:7, 6149:8
**detail** [2] - 6126:3, 6142:13
**detention** [1] - 6126:9
**determination** [1] - 6161:25
**determine** [1] - 6159:1
**determined** [1] -

6075:8
**determining** [1] - 6122:7
**detest** [1] - 6136:19
**developed** [1] - 6085:10
**development** [1] - 6100:13
**device** [3] - 6130:16, 6130:17, 6131:5
**Dharna** [3] - 6108:16, 6108:19, 6108:21
**dictator** [1] - 6056:3
**diem** [3] - 6067:23, 6083:15, 6083:19
**difference** [1] - 6089:10
**different** [13] - 6058:2, 6060:21, 6077:1, 6081:7, 6082:6, 6083:14, 6087:13, 6090:7, 6104:15, 6112:22, 6114:5, 6118:12, 6133:3
**difficult** [1] - 6063:22
**Dijawi** [7] - 6103:18, 6136:7, 6142:2, 6142:16, 6142:20, 6149:3, 6149:9
**DILORENZO** [3] - 6049:11, 6156:18, 6165:21
**DiLorenzo** [12] - 6051:23, 6052:5, 6052:17, 6056:10, 6063:6, 6069:17, 6091:12, 6094:5, 6094:19, 6117:13, 6119:7, 6130:15
**DiLorenzo's** [2] - 6051:2, 6072:25
**diminish** [1] - 6134:12
**dinner** [4] - 6091:11, 6091:15, 6094:12, 6094:13
**dinnertime** [1] - 6094:12
**diplomatic** [1] - 6055:2
**direct** [5] - 6052:14, 6067:2, 6067:19, 6089:23, 6099:9
**directed** [1] - 6121:25
**directly** [2] - 6157:18, 6163:17
**dirty** [3] - 6147:2, 6147:6, 6148:15
**disagreement** [1] - 6122:4
**discovered** [1] -

6117:19
**discuss** [5] - 6088:5, 6088:7, 6159:19, 6159:22, 6163:4
**discussed** [1] - 6088:6
**discussing** [4] - 6067:12, 6098:9, 6162:6, 6165:11
**discussion** [6] - 6077:6, 6079:8, 6092:10, 6092:17, 6104:17, 6162:3
**discussions** [3] - 6066:18, 6104:10, 6160:25
**dismissed** [1] - 6164:3
**disparage** [1] - 6052:13
**displeasure** [1] - 6098:19
**dispute** [3] - 6062:1, 6099:24, 6116:25
**disputing** [2] - 6061:25, 6099:16
**disregard** [2] - 6050:19, 6159:2
**disrespectful** [1] - 6114:12
**dissatisfaction** [1] - 6053:20
**disseminating** [1] - 6077:20
**distinguish** [1] - 6110:25
**DISTRICT** [3] - 6049:1, 6049:1, 6049:9
**divided** [1] - 6161:18
**DNA** [1] - 6133:13
**docks** [1] - 6054:6
**document** [3] - 6092:20, 6126:2, 6130:6
**documenting** [1] - 6102:1
**documents** [2] - 6126:8, 6147:14
**Doherty** [3] - 6134:15, 6135:5, 6155:9
**dollars** [2] - 6100:6, 6101:1
**done** [8] - 6077:22, 6095:21, 6132:7, 6139:1, 6147:2, 6147:3, 6147:4, 6147:6, 6148:15
**doubt** [27] - 6051:6, 6051:16, 6059:8, 6061:13, 6062:17,

6088:12, 6108:13, 6110:23, 6128:20, 6132:1, 6132:5, 6132:9, 6132:13, 6132:15, 6132:16, 6132:17, 6132:19, 6132:21, 6132:22, 6132:24, 6133:2, 6133:4, 6133:7, 6133:8, 6133:9, 6133:15
**down** [42] - 6052:10, 6054:6, 6054:20, 6068:3, 6071:21, 6071:22, 6071:24, 6078:9, 6085:9, 6087:17, 6090:21, 6094:6, 6094:7, 6094:16, 6094:17, 6094:18, 6094:23, 6095:5, 6095:9, 6102:10, 6103:10, 6103:12, 6104:13, 6107:19, 6107:25, 6111:8, 6113:19, 6114:24, 6122:7, 6123:8, 6126:24, 6127:2, 6131:1, 6134:4, 6139:4, 6139:23, 6139:24, 6140:23, 6149:12, 6149:19, 6162:2
**Dr** [2] - 6065:7, 6132:25
**dramatic** [1] - 6136:17
**draw** [3] - 6103:11, 6125:1, 6128:1
**dressed** [1] - 6110:17
**drew** [2] - 6087:4, 6087:22
**driver** [2] - 6086:9, 6136:8
**driving** [3] - 6058:12, 6063:8, 6142:17
**drone** [2] - 6121:1, 6121:6
**drove** [1] - 6058:13
**DS** [5] - 6061:21, 6062:2, 6115:13, 6156:16
**DSS** [3] - 6073:11, 6074:10, 6116:23
**during** [17] - 6062:5, 6064:25, 6069:13, 6074:3, 6076:4, 6084:21, 6091:23, 6099:7, 6116:3, 6125:21, 6144:21, 6155:24, 6156:14, 6156:18, 6160:3,

6160:7, 6161:5
**duty** [13] - 6107:21,
6126:4, 6154:12,
6155:8, 6155:9,
6155:10, 6155:11,
6155:13, 6155:15,
6156:5, 6162:12,
6162:17

# E

**e-mail** [3] - 6160:5,
6165:2, 6165:6
**ear** [1] - 6130:16
**early** [4] - 6054:14,
6055:4, 6069:14,
6091:23
**ears** [1] - 6053:11
**easier** [1] - 6101:16
**easily** [1] - 6094:15
**easy** [2] - 6074:22,
6127:20
**edge** [1] - 6115:21
**Edward** [1] - 6121:13
**Edwards** [1] - 6096:1
**effect** [1] - 6084:4
**effort** [4] - 6052:12,
6060:10, 6077:21,
6077:22
**egos** [1] - 6061:15
**Egypt** [3] - 6065:23,
6068:16, 6076:7
**eight** [1] - 6158:25
**either** [10] - 6058:3,
6059:14, 6084:18,
6089:24, 6096:23,
6097:9, 6120:7,
6131:3, 6134:2,
6146:13
**elections** [1] -
6105:11
**electronic** [1] - 6160:4
**electronically** [1] -
6160:8
**eliminate** [1] -
6074:20
**embarrassingly** [1] -
6101:5
**embassy** [4] -
6089:20, 6102:10,
6116:6, 6152:6
**embellish** [2] -
6084:9, 6099:1
**embrace** [2] - 6150:9,
6152:1
**emotion** [1] - 6051:21
**emotions** [2] -
6051:12, 6051:19
**employee** [1] -

6083:15
**employees** [1] -
6083:16
**empty** [2] - 6146:16,
6146:21
**encountering** [1] -
6126:14
**encourage** [1] -
6161:1
**end** [3] - 6065:4,
6068:4, 6113:19
**End** [5] - 6124:17,
6140:19, 6153:4,
6158:11, 6165:22
**ended** [3] - 6066:10,
6134:1, 6140:23
**endorsed** [1] -
6152:24
**endorsement** [1] -
6153:10
**endorsing** [2] -
6152:5, 6152:23
**ends** [3] - 6060:4,
6128:2, 6130:23
**enemies** [1] - 6069:7
**enemy** [3] - 6070:24,
6072:4, 6078:13
**engaged** [1] - 6127:2
**English** [1] - 6090:7
**enter** [1] - 6162:12
**entered** [1] - 6162:21
**entering** [1] - 6161:23
**entertaining** [1] -
6092:5
**entire** [6] - 6061:14,
6065:24, 6083:18,
6114:15, 6132:2,
6138:21
**entirely** [1] - 6162:19
**entitled** [1] - 6166:5
**equate** [1] - 6056:18
**equipment** [1] -
6118:8
**equivalent** [1] -
6056:15
**especially** [1] - 6053:7
**ESQ** [2] - 6049:19,
6049:20
**essentially** [6] -
6051:3, 6057:4,
6069:5, 6096:19,
6101:23, 6158:20
**establish** [2] -
6076:12, 6076:19
**estimated** [2] -
6058:23, 6124:6
**estimates** [1] -
6124:10
**Europe** [6] - 6081:4,
6082:22, 6140:9,

6140:15, 6158:5
**Euros** [3] - 6080:2,
6080:3, 6080:5
**evacuation** [2] -
6147:20, 6147:25
**evening** [3] - 6103:4,
6127:7, 6148:5
**event** [7] - 6051:15,
6059:2, 6076:11,
6076:17, 6084:20,
6162:11, 6162:13
**events** [1] - 6063:18
**evidence** [110] -
6050:19, 6050:21,
6050:24, 6050:25,
6051:7, 6051:22,
6052:7, 6053:4,
6054:24, 6055:1,
6056:9, 6056:19,
6056:25, 6057:6,
6057:7, 6057:10,
6059:24, 6060:12,
6063:11, 6067:24,
6074:2, 6076:22,
6077:2, 6091:11,
6091:15, 6091:16,
6093:18, 6095:23,
6103:5, 6103:14,
6103:20, 6106:10,
6107:14, 6110:25,
6117:3, 6117:6,
6117:8, 6117:23,
6117:24, 6122:2,
6122:10, 6122:11,
6123:3, 6123:6,
6123:9, 6123:10,
6123:12, 6125:4,
6127:10, 6129:9,
6130:2, 6130:8,
6131:25, 6132:6,
6132:16, 6133:10,
6133:13, 6133:19,
6133:20, 6133:21,
6134:9, 6134:20,
6136:21, 6138:3,
6138:10, 6139:14,
6140:16, 6140:17,
6141:9, 6141:21,
6142:12, 6142:18,
6142:25, 6144:7,
6152:1, 6152:11,
6152:13, 6152:14,
6152:22, 6152:25,
6153:2, 6155:15,
6155:25, 6156:2,
6156:17, 6156:20,
6156:24, 6156:25,
6157:2, 6157:3,
6157:5, 6157:19,
6158:19, 6158:21,

6158:25, 6159:1,
6159:2, 6159:17,
6160:11, 6160:14,
6160:23, 6161:1,
6161:3, 6161:4,
6162:14
**ex** [2] - 6165:13,
6165:14
**exactly** [3] - 6083:17,
6115:7, 6143:19
**exaggerate** [1] -
6144:1
**exaggerated** [1] -
6143:25
**exaggerating** [1] -
6143:19
**examination** [5] -
6052:18, 6064:13,
6067:2, 6104:9,
6126:6
**examine** [3] - 6160:11,
6160:15, 6163:24
**examined** [2] -
6117:14, 6150:24
**examiner** [2] - 6051:8,
6133:12
**example** [5] - 6051:8,
6095:17, 6099:21,
6108:5, 6130:11
**examples** [1] - 6157:3
**Excel** [7] - 6093:9,
6093:14, 6128:6,
6129:10, 6129:11,
6130:3, 6130:4
**except** [7] - 6053:14,
6096:6, 6114:17,
6143:14, 6146:24,
6161:9, 6161:11
**exception** [3] -
6062:5, 6065:10,
6115:1
**exchange** [2] -
6090:5, 6100:1
**excited** [1] - 6155:3
**excuse** [2] - 6162:18,
6162:22
**excused** [1] - 6162:24
**Exhibit** [8] - 6095:6,
6109:24, 6115:24
**exhibit** [8] - 6053:16,
6065:1, 6082:3,
6082:10, 6082:11,
6118:20, 6119:1,
6122:15
**exhibits** [5] - 6067:17,
6160:10, 6160:13,
6163:18
**existed** [2] - 6111:20,
6133:25
**exists** [3] - 6057:16,

6111:21, 6163:4
**exit** [1] - 6163:15
**exits** [1] - 6165:9
**expect** [1] - 6071:24
**expense** [2] - 6068:3,
6068:6
**expenses** [13] -
6067:3, 6067:4,
6067:16, 6067:20,
6082:19, 6098:7,
6115:1, 6140:24,
6141:7, 6144:24,
6144:25, 6145:1
**expensive** [1] -
6114:25
**experience** [1] -
6061:22
**experienced** [2] -
6065:19, 6088:11
**expert** [4] - 6052:22,
6063:13, 6065:11,
6109:5
**expertise** [1] -
6065:17
**experts** [7] - 6063:15,
6065:11, 6065:12,
6133:11, 6133:12
**explain** [7] - 6062:9,
6068:5, 6071:5,
6089:9, 6090:5,
6127:20, 6142:13
**explained** [3] -
6114:19, 6121:3,
6152:11
**explanation** [1] -
6113:25
**explanations** [1] -
6077:1
**exploring** [1] -
6117:22
**explosives** [1] -
6063:14
**export** [1] - 6056:19
**express** [1] - 6053:19
**expressed** [1] -
6098:19
**expression** [1] -
6161:24
**expressions** [1] -
6061:7
**extended** [2] - 6077:7,
6079:8
**extra** [2] - 6098:7,
6157:1
**extremist** [2] -
6081:15, 6148:11
**eyes** [4] - 6145:14,
6145:18, 6145:20,
6150:1

# F

face [1] - 6145:13
Facebook [4] - 6076:14, 6076:24, 6076:25, 6077:2
faces [2] - 6061:7, 6110:24
facilitate [1] - 6160:25
facilitating [1] - 6100:3
facilities [7] - 6068:25, 6136:13, 6136:18, 6137:15, 6137:16, 6146:2, 6149:7
facility [10] - 6068:24, 6070:25, 6111:20, 6113:12, 6113:24, 6116:2, 6116:4, 6116:8, 6135:8, 6137:12
fact [28] - 6052:12, 6053:2, 6067:10, 6075:1, 6092:23, 6093:5, 6093:9, 6093:24, 6096:6, 6098:11, 6100:9, 6104:2, 6108:3, 6109:1, 6111:12, 6116:5, 6121:18, 6123:7, 6130:18, 6136:13, 6137:6, 6138:8, 6142:14, 6145:6, 6145:8, 6145:9, 6150:22, 6151:10
facts [2] - 6112:15, 6162:9
failed [1] - 6072:21
fair [8] - 6053:6, 6059:12, 6059:13, 6068:9, 6114:18, 6122:4, 6160:22, 6161:4
falls [1] - 6070:16
false [3] - 6066:14, 6066:15, 6157:22
families [1] - 6134:12
family [20] - 6062:17, 6062:18, 6077:6, 6077:7, 6077:8, 6077:11, 6081:6, 6081:8, 6082:21, 6083:19, 6100:7, 6100:11, 6100:12, 6136:1, 6138:15, 6138:21, 6140:22, 6140:25, 6143:5
family's [1] - 6141:7

fanatical [3] - 6056:11, 6056:12, 6056:15
fanciful [1] - 6132:16
fancy [1] - 6115:4
far [1] - 6143:18
Faraj [3] - 6089:12, 6089:13, 6089:15
FARAJ [1] - 6049:5
Farkash [3] - 6081:6, 6081:8
Farsi [2] - 6086:22, 6142:6
fast [1] - 6087:18
father [1] - 6113:5
father's [1] - 6153:16
fault [2] - 6091:1, 6104:11
favor [2] - 6058:19, 6099:1
favorably [2] - 6107:10, 6111:7
favorites [1] - 6081:23
FBI [18] - 6065:13, 6068:13, 6073:24, 6081:21, 6086:17, 6088:11, 6099:9, 6100:5, 6105:18, 6105:19, 6105:23, 6106:1, 6113:3, 6140:24, 6148:10, 6149:16, 6153:17, 6153:18
fear [3] - 6050:4, 6143:5, 6149:19
February [14] - 6054:16, 6084:16, 6085:1, 6089:13, 6095:10, 6095:13, 6096:14, 6117:14, 6117:17, 6117:21, 6117:25, 6142:16, 6149:2, 6149:14
fed [1] - 6077:4
Federal [2] - 6049:16, 6065:11
federal [1] - 6155:2
fee [2] - 6067:22, 6164:16
felt [1] - 6068:12
few [8] - 6052:8, 6057:21, 6080:16, 6084:20, 6085:4, 6094:7, 6096:11, 6125:23
fight [5] - 6056:6, 6067:21, 6069:4, 6069:8, 6076:10
fighting [3] - 6055:21, 6085:3, 6105:14

figure [4] - 6102:20, 6102:23, 6115:2, 6132:15
figured [2] - 6102:19, 6104:16
filed [1] - 6118:17
fill [3] - 6064:23, 6108:5, 6163:22
final [1] - 6134:11
finally [1] - 6081:13
financial [2] - 6084:1, 6100:1
finders [2] - 6138:8, 6150:22
fingerprints [1] - 6133:14
finish [3] - 6050:4, 6150:17
finished [1] - 6123:25
finishes [2] - 6113:21
fire [6] - 6057:5, 6063:14, 6063:17, 6097:18, 6127:24, 6148:13
fired [1] - 6089:20
first [46] - 6054:13, 6057:3, 6058:21, 6066:3, 6066:10, 6068:20, 6070:19, 6071:21, 6077:14, 6081:12, 6084:11, 6084:12, 6084:25, 6085:24, 6086:6, 6086:17, 6086:20, 6087:3, 6088:23, 6090:17, 6095:10, 6100:14, 6110:12, 6111:4, 6111:10, 6114:8, 6117:17, 6118:9, 6118:10, 6118:13, 6120:20, 6123:13, 6125:25, 6126:24, 6128:2, 6135:15, 6141:17, 6142:22, 6144:15, 6146:6, 6148:12, 6150:13, 6154:21, 6160:17
fit [1] - 6101:24
Fitori [2] - 6142:4, 6147:2
Fitzgerald [2] - 6106:25, 6152:15
five [8] - 6061:20, 6062:1, 6083:17, 6083:19, 6083:20, 6087:20, 6109:19, 6109:20
five-minute [1] - 6109:19

flag [6] - 6115:5, 6115:7, 6115:19, 6116:13, 6137:9
flat [1] - 6088:2
flat-out [1] - 6088:2
flees [2] - 6140:9, 6140:10
flight [1] - 6164:16
focus [2] - 6156:25, 6157:11
focused [2] - 6079:20, 6125:9
folks [2] - 6064:20, 6165:23
follow [2] - 6067:14, 6088:14
follow-up [2] - 6067:14, 6088:14
following [1] - 6117:23
foot [2] - 6142:5, 6147:2
footage [4] - 6084:8, 6110:2, 6121:1, 6121:6
footprint [1] - 6116:10
FOR [3] - 6049:1, 6050:16, 6134:24
force [2] - 6071:15, 6071:17
forced [2] - 6057:25, 6141:5
foregoing [1] - 6166:4
foreperson [7] - 6160:18, 6160:21, 6160:24, 6161:7, 6163:21, 6163:22, 6163:24
forget [7] - 6088:17, 6095:11, 6115:11, 6133:5, 6141:8, 6154:24, 6155:6
forgot [3] - 6067:7, 6124:25, 6125:10
forgotten [1] - 6086:23
form [4] - 6105:12, 6114:3, 6163:22, 6163:24
forth [6] - 6066:10, 6068:1, 6068:2, 6071:2, 6077:9, 6092:18
forwarded [1] - 6152:14
fought [4] - 6065:23, 6069:8, 6140:25, 6154:13
foundation [1] - 6093:4

four [17] - 6051:10, 6067:10, 6067:12, 6070:7, 6073:7, 6075:7, 6087:2, 6087:20, 6113:1, 6113:7, 6113:8, 6144:19, 6146:3, 6148:25, 6149:7, 6149:11, 6154:11
four-day [1] - 6067:10
Fourth [1] - 6049:13
frankly [4] - 6053:1, 6093:3, 6095:19, 6101:16
free [3] - 6143:17, 6165:5
freely [1] - 6058:12
frequently [1] - 6098:18
fresh [1] - 6155:3
Friday [1] - 6066:17
friend [7] - 6058:3, 6072:12, 6102:20, 6112:11, 6112:12, 6153:16, 6153:21
friendly [1] - 6097:18
friends [1] - 6138:15
frightening [1] - 6154:8
front [5] - 6067:25, 6068:13, 6096:21, 6136:9, 6139:9
full [5] - 6065:12, 6075:19, 6135:10, 6137:8, 6161:3
full-time [1] - 6065:12
fun [1] - 6087:4
furthermore [1] - 6162:4

# G

Gaddafi [4] - 6055:22, 6055:24, 6056:3, 6056:6
Gaddafi's [1] - 6055:25
gagged [1] - 6053:11
game [1] - 6079:13
gap [1] - 6121:5
gasping [1] - 6146:13
gate [1] - 6089:21
Geist [1] - 6155:12
general [1] - 6084:25
General [1] - 6109:9
generosity [1] - 6098:13
gentleman [4] - 6075:1, 6105:10,

6106:23, 6127:16
**gentlemen** [22] -
6057:24, 6068:19,
6077:19, 6078:24,
6080:19, 6080:23,
6110:14, 6110:21,
6120:5, 6123:2,
6124:18, 6128:18,
6132:8, 6135:12,
6136:17, 6137:14,
6138:7, 6145:11,
6148:20, 6154:7,
6155:14, 6158:12
**Gharabi** [1] - 6075:2
**gifts** [1] - 6098:8
**given** [8] - 6057:23,
6068:6, 6073:6,
6075:18, 6081:8,
6081:15, 6108:4,
6160:15
**Glen** [3] - 6134:15,
6135:5, 6155:9
**goals** [1] - 6107:1
**goodness** [2] -
6137:22, 6137:24
**goodwill** [1] - 6054:24
**Google** [1] - 6125:12
**governed** [1] -
6132:12
**government** [159] -
6050:8, 6051:5,
6051:16, 6054:18,
6054:22, 6056:24,
6057:4, 6057:8,
6057:20, 6057:22,
6058:2, 6058:15,
6058:22, 6059:9,
6059:22, 6060:2,
6060:13, 6061:20,
6062:8, 6062:16,
6064:4, 6066:2,
6066:4, 6067:3,
6067:10, 6067:14,
6068:4, 6070:4,
6071:21, 6072:24,
6073:9, 6076:1,
6077:13, 6077:15,
6078:18, 6078:20,
6079:2, 6079:3,
6079:4, 6079:10,
6080:1, 6080:4,
6080:7, 6080:10,
6081:19, 6082:3,
6082:6, 6082:10,
6082:13, 6082:15,
6082:23, 6083:16,
6083:17, 6083:24,
6084:10, 6084:11,
6084:13, 6084:20,
6085:5, 6085:13,

6085:17, 6085:21,
6089:7, 6090:4,
6090:12, 6090:16,
6091:17, 6092:20,
6093:16, 6094:1,
6095:8, 6096:2,
6097:6, 6098:3,
6098:13, 6099:1,
6099:2, 6099:4,
6099:8, 6099:17,
6099:24, 6100:8,
6100:14, 6100:17,
6100:23, 6100:24,
6101:3, 6101:7,
6101:15, 6101:20,
6101:24, 6102:15,
6103:6, 6103:9,
6103:18, 6104:3,
6105:9, 6105:14,
6105:20, 6106:6,
6106:13, 6106:19,
6107:7, 6107:10,
6107:16, 6109:15,
6110:1, 6110:11,
6111:2, 6111:5,
6111:9, 6111:17,
6111:25, 6112:1,
6112:7, 6112:9,
6112:19, 6112:25,
6113:9, 6114:5,
6114:23, 6118:2,
6118:8, 6118:13,
6118:14, 6119:19,
6119:23, 6120:2,
6120:25, 6121:12,
6122:7, 6123:20,
6124:2, 6125:8,
6125:9, 6125:23,
6126:16, 6127:18,
6128:3, 6128:22,
6129:3, 6129:14,
6130:10, 6130:14,
6131:3, 6131:8,
6132:5, 6133:4,
6133:16, 6134:13,
6134:16, 6140:1,
6140:2, 6140:6,
6141:6, 6159:7,
6165:13
**GOVERNMENT** [1] -
6134:24
**Government** [1] -
6049:11
**government's** [10] -
6073:11, 6093:18,
6098:18, 6107:19,
6109:20, 6112:21,
6118:16, 6122:11,
6122:23, 6130:8
**governments** [1] -
6107:11

**grainy** [2] - 6061:3,
6084:8
**grateful** [1] - 6111:3
**gratitude** [2] -
6101:13, 6109:13
**great** [4] - 6059:10,
6106:3, 6113:23,
6164:4
**grind** [1] - 6062:14
**grounds** [2] - 6127:15,
6146:10
**Group** [2] - 6081:9,
6138:23
**group** [2] - 6094:10,
6118:23
**GRS** [3] - 6062:22,
6094:17, 6146:17
**guard** [5] - 6122:16,
6122:19, 6126:4,
6128:13, 6128:16
**guards** [3] - 6053:17,
6127:17, 6144:20
**guess** [4] - 6060:9,
6068:16, 6085:18,
6094:12
**guessed** [2] - 6164:9,
6164:11
**guilty** [20] - 6051:3,
6057:3, 6061:12,
6131:18, 6135:13,
6135:19, 6137:13,
6137:14, 6141:22,
6145:17, 6145:21,
6146:1, 6146:5,
6146:7, 6148:23,
6148:24, 6148:25,
6149:5, 6151:22,
6155:16
**gun** [1] - 6145:12
**gunfire** [4] - 6089:11,
6126:21, 6126:25,
6127:2
**gut** [1] - 6138:18
**guy** [32] - 6060:18,
6060:19, 6073:13,
6077:19, 6078:1,
6078:12, 6078:16,
6086:23, 6097:24,
6104:9, 6110:11,
6118:3, 6118:7,
6118:11, 6118:14,
6118:15, 6119:5,
6119:9, 6119:11,
6119:24, 6120:20,
6120:21, 6128:12,
6130:12, 6130:19,
6130:25, 6148:3,
6148:5, 6153:15
**guys** [24] - 6063:23,
6081:13, 6084:22,

6085:3, 6086:1,
6086:24, 6090:21,
6091:7, 6092:14,
6094:10, 6094:11,
6094:13, 6094:14,
6108:16, 6110:9,
6111:7, 6120:9,
6122:3, 6123:4,
6127:18, 6127:20,
6142:7, 6146:17
**guys'** [1] - 6102:24

## H

**H+H** [1] - 6095:5
**hacked** [1] - 6077:2
**Haftar** [1] - 6109:10
**half** [6] - 6066:9,
6066:11, 6067:9,
6087:8, 6135:16,
6143:9
**halls** [1] - 6069:25
**Hamid** [13] - 6068:22,
6072:12, 6074:23,
6075:10, 6075:11,
6075:13, 6095:25,
6102:21, 6103:1,
6103:2, 6103:3,
6103:15, 6127:9
**Hamza** [4] - 6091:8,
6091:10, 6095:4,
6123:5
**hand** [2] - 6099:13,
6110:6
**handed** [2] - 6081:10,
6086:19
**hands** [1] - 6055:25
**happy** [1] - 6124:22
**hard** [4] - 6060:23,
6093:13, 6094:8,
6119:24
**Harrison** [2] - 6155:12
**harrowing** [1] -
6061:22
**Hassan** [4] - 6091:8,
6091:10, 6095:4,
6123:5
**hat** [1] - 6070:5
**hate** [9] - 6050:17,
6050:18, 6050:21,
6050:25, 6051:3,
6051:4, 6053:25,
6056:4, 6056:8
**hated** [1] - 6136:12
**hates** [3] - 6050:24,
6056:9, 6056:12
**hating** [3] - 6050:22,
6051:1, 6056:18
**hatred** [3] - 6114:13,

6137:10
**haven** [1] - 6109:8
**head** [4] - 6053:9,
6075:2, 6149:13,
6153:13
**headings** [1] - 6128:9
**headphones** [1] -
6053:11
**headquarters** [1] -
6148:4
**healthy** [1] - 6162:22
**hear** [10] - 6053:12,
6063:19, 6091:22,
6101:20, 6107:13,
6127:9, 6129:7,
6129:8, 6133:13,
6134:8
**heard** [34] - 6052:8,
6052:22, 6054:15,
6057:13, 6057:25,
6061:11, 6062:4,
6062:23, 6062:25,
6064:9, 6064:13,
6065:7, 6089:11,
6091:9, 6091:10,
6094:17, 6097:21,
6101:4, 6102:3,
6102:16, 6108:3,
6108:19, 6112:10,
6113:2, 6121:13,
6126:25, 6132:25,
6133:11, 6133:24,
6142:12, 6145:14,
6145:18, 6158:15,
6159:5
**hearing** [5] - 6089:14,
6113:12, 6113:17,
6139:15, 6139:25
**hears** [1] - 6092:7
**heart** [1] - 6055:17
**heat** [1] - 6156:25
**held** [2] - 6059:15,
6098:22
**Helix** [1] - 6096:4
**help** [5] - 6072:13,
6090:25, 6101:14,
6143:14, 6160:25
**helped** [1] - 6143:11
**helping** [6] - 6055:18,
6056:5, 6056:6,
6103:15, 6132:2
**Henderson** [1] -
6155:13
**hero** [1] - 6102:20
**heroes** [3] - 6154:9,
6154:10, 6154:11
**herring** [1] - 6125:19
**hesitate** [1] - 6162:2
**hide** [4] - 6058:14,
6109:8, 6109:9,

6130:18
**hiding** [4] - 6106:7,
6106:9, 6106:11,
6106:18
**high** [3] - 6072:17,
6115:5, 6116:13
**high-level** [1] -
6072:17
**Himelstein** [7] -
6051:20, 6093:23,
6123:22, 6134:4,
6134:22, 6153:5,
6159:5
**HIMELSTEIN** [13] -
6049:12, 6134:23,
6134:25, 6136:4,
6136:6, 6136:24,
6139:20, 6139:23,
6140:18, 6140:20,
6150:18, 6150:22,
6153:6
**himself** [7] - 6070:23,
6071:17, 6082:15,
6102:2, 6119:18,
6148:9, 6153:22
**hire** [1] - 6065:14
**history** [1] - 6100:12
**hit** [6] - 6103:19,
6135:21, 6136:7,
6136:8, 6137:7,
6156:1
**hoisted** [1] - 6053:9
**hold** [3] - 6064:5,
6090:18, 6092:17
**holes** [5] - 6050:19,
6056:25, 6057:1,
6108:6, 6131:10
**home** [6] - 6057:12,
6060:9, 6103:17,
6105:16, 6125:8,
6140:21
**honest** [1] - 6112:24
**honor** [5] - 6134:14,
6134:16, 6134:20,
6164:19
**Honor** [16] - 6050:2,
6050:15, 6123:24,
6134:23, 6136:3,
6136:21, 6139:19,
6150:16, 6150:20,
6152:7, 6153:6,
6154:6, 6155:20,
6155:21, 6157:16,
6165:20
**HONORABLE** [1] -
6049:8
**Honorable** [1] -
6154:23
**honorable** [1] -
6061:22

**honored** [2] - 6135:2,
6164:16
**hospital** [1] - 6096:5
**hostile** [2] - 6114:11
**hotel** [1] - 6116:22
**hour** [7] - 6066:9,
6066:11, 6091:2,
6092:7, 6126:12,
6135:16, 6140:5
**hour's** [1] - 6143:9
**hours** [18] - 6053:15,
6065:2, 6065:4,
6066:5, 6066:6,
6066:8, 6066:9,
6066:11, 6066:13,
6067:9, 6067:11,
6067:12, 6105:16,
6123:21, 6124:7,
6124:23, 6153:9,
6153:15
**house** [5] - 6057:17,
6059:4, 6060:4,
6070:3, 6070:8,
6070:20, 6104:23,
6108:19, 6109:7,
6140:22, 6144:14,
6145:9, 6147:17,
6153:9, 6153:13
**huge** [3] - 6052:5,
6060:10, 6138:22
**human** [1] - 6138:12
**humanitarian** [2] -
6136:10, 6155:8
**Hungary** [9] - 6081:4,
6081:21, 6082:15,
6082:22, 6083:9,
6083:18, 6140:15,
6140:24, 6143:6
**hurry** [1] - 6113:23
**hurt** [1] - 6094:14

**I**

**Ibrahim** [5] - 6081:11,
6081:13, 6081:14,
6081:18, 6142:6
**idea** [5] - 6064:24,
6085:16, 6094:3,
6116:1, 6130:9
**identification** [2] -
6110:23, 6160:14
**identifications** [7] -
6061:1, 6070:12,
6070:13, 6084:8,
6119:16, 6142:11,
6143:22
**identified** [17] -
6077:23, 6110:3,
6118:10, 6118:12,

6118:20, 6119:9,
6120:6, 6141:17,
6142:1, 6142:3,
6142:19, 6142:20,
6142:21, 6142:23,
6142:24, 6142:25,
6150:2
**identify** [10] - 6061:2,
6061:5, 6078:7,
6109:12, 6109:22,
6110:7, 6110:20,
6142:12, 6150:3
**ignore** [1] - 6056:25
**Igtet** [13] - 6104:9,
6104:13, 6104:18,
6105:1, 6105:4,
6105:6, 6105:8,
6105:10, 6105:22,
6106:12, 6106:20,
6107:14, 6153:7
**Igtet's** [2] - 6105:24,
6106:22
**illustrate** [1] - 6115:24
**illustrates** [1] - 6096:7
**image** [2] - 6110:1,
6110:2
**Imam** [5] - 6142:21,
6142:23, 6148:3,
6149:9
**impact** [1] - 6108:22
**impassioned** [1] -
6134:6
**implicate** [1] -
6063:21
**implication** [1] -
6152:19
**implying** [2] -
6071:15, 6114:5
**importance** [2] -
6100:11, 6161:22
**important** [17] -
6064:9, 6064:11,
6066:21, 6076:11,
6085:21, 6086:13,
6095:16, 6100:9,
6101:11, 6103:22,
6115:16, 6115:25,
6126:18, 6138:22,
6138:25, 6154:20,
6155:5
**importantly** [4] -
6078:22, 6085:9,
6119:15, 6121:22
**imposing** [1] -
6162:13
**impress** [1] - 6075:21
**impression** [1] -
6155:1
**imprisoned** [2] -
6055:25, 6073:8

**improvement** [1] -
6079:20
**impugn** [2] - 6106:19,
6107:9
**impugning** [1] -
6084:3
**impunity** [1] - 6068:17
**inability** [1] - 6072:15
**inaccurate** [1] -
6126:7
**inadvertently** [2] -
6050:7, 6159:19
**incentives** [1] - 6084:1
**incident** [8] - 6054:21,
6054:22, 6084:14,
6086:7, 6086:11,
6086:18, 6087:1,
6097:9
**incidents** [1] -
6062:21
**inclined** [1] - 6156:23
**include** [2] - 6082:7,
6098:6
**includes** [1] - 6160:4
**including** [3] - 6077:1,
6119:8, 6119:9
**inconsistent** [3] -
6057:10, 6130:10,
6153:25
**incorrect** [2] -
6097:16, 6156:19
**increased** [1] - 6106:8
**incredible** [1] - 6123:9
**incredibly** [1] -
6088:11
**indefinitely** [1] -
6082:1
**independent** [1] -
6160:6
**Indiana** [1] - 6049:17
**indicates** [1] - 6159:3
**indictment** [1] -
6132:3
**individual** [2] -
6110:4, 6110:5
**individuals** [4] -
6088:24, 6149:24,
6149:25, 6150:9
**inference** [1] - 6068:9
**inferences** [2] -
6103:11, 6140:17
**influence** [1] -
6162:12
**informal** [1] - 6066:6
**information** [28] -
6064:1, 6072:20,
6072:21, 6077:20,
6077:21, 6078:16,
6079:2, 6079:5,
6080:13, 6080:14,

6080:20, 6080:22,
6081:2, 6082:24,
6084:5, 6088:16,
6090:12, 6108:4,
6118:19, 6129:24,
6129:25, 6141:14,
6150:11, 6150:13,
6150:15, 6162:25,
6164:23, 6165:1
**informing** [1] -
6163:20
**initial** [2] - 6156:15,
6162:4
**innocence** [2] -
6131:20, 6131:21
**innocent** [7] -
6135:12, 6135:14,
6135:24, 6136:6,
6137:13, 6155:9
**innocently** [2] -
6135:16, 6135:19
**inside** [2] - 6107:6,
6117:16
**insisted** [1] - 6066:12
**installments** [1] -
6083:21
**instance** [1] - 6051:24
**instances** [1] -
6158:23
**instead** [2] - 6083:8,
6101:19
**instruct** [2] - 6059:19,
6163:4
**instructed** [1] -
6131:11
**instruction** [9] -
6064:8, 6075:18,
6153:1, 6156:14,
6157:18, 6158:15,
6158:16, 6160:1,
6163:5
**instructions** [8] -
6050:8, 6059:18,
6131:8, 6132:4,
6132:12, 6158:13,
6158:17, 6163:23
**insultingly** [1] -
6101:6
**integrity** [1] - 6084:3
**intelligence** [9] -
6072:17, 6072:19,
6072:20, 6136:14,
6137:4, 6147:18,
6148:3, 6148:6
**intend** [3] - 6091:12,
6099:8, 6099:9
**intended** [3] - 6084:4,
6099:14, 6102:17
**intent** [2] - 6084:6,
6132:2

**intention** [1] - 6068:10
**intentionally** [1] -
6155:23
**interest** [1] - 6106:3
**interesting** [12] -
6072:6, 6075:9,
6076:21, 6090:2,
6097:12, 6100:13,
6104:8, 6110:9,
6118:21, 6127:1,
6139:3, 6141:19
**interfere** [5] - 6139:5,
6139:20, 6139:21,
6145:10
**interfered** [1] - 6095:1
**interior** [1] - 6116:13
**internally** [1] -
6153:25
**Internet** [3] - 6159:14,
6160:9, 6163:6
**interpret** [1] - 6133:19
**interrogated** [1] -
6053:16
**interrogating** [1] -
6053:14
**interrogation** [8] -
6052:9, 6053:12,
6064:25, 6065:4,
6122:14, 6122:17,
6126:10
**interrogations** [1] -
6065:3
**interrogators** [1] -
6114:12
**interview** [1] - 6058:13
**introduced** [3] -
6082:6, 6127:12,
6152:14
**invaded** [1] - 6118:13
**investigation** [2] -
6104:5, 6160:7
**invite** [2] - 6133:18,
6161:2
**inviting** [1] - 6156:4
**involved** [5] - 6086:25,
6102:10, 6108:10,
6114:3, 6122:10
**involving** [1] - 6113:5
**Irish** [1] - 6106:24
**ironic** [3] - 6140:8,
6140:20, 6141:4
**irrelevant** [4] - 6113:2,
6113:6, 6113:8
**issue** [9] - 6051:14,
6098:23, 6098:24,
6100:4, 6106:17,
6120:7, 6124:15,
6161:20
**issues** [8] - 6052:25,
6053:1, 6063:16,

6064:12, 6065:8,
6116:11, 6156:12
**items** [1] - 6073:21
**itself** [1] - 6149:4

## J

**Jabril** [7] - 6089:19,
6089:20, 6089:25,
6090:12, 6091:5,
6092:9, 6097:14
**Jamaica** [2] - 6136:7,
6142:2
**Jarrah** [2] - 6142:10,
6148:4
**JEFFREY** [1] -
6049:19
**Jenkins** [6] - 6159:20,
6161:6, 6161:14,
6162:25, 6164:13,
6165:6
**job** [6] - 6117:16,
6129:13, 6138:22,
6138:25, 6152:2,
6155:2
**JOHN** [1] - 6049:11
**John** [4] - 6096:1,
6125:10, 6126:25,
6127:1
**join** [1] - 6059:16
**joined** [3] - 6131:15,
6131:17, 6151:19
**joint** [5] - 6078:1,
6078:8, 6092:2,
6097:13, 6107:21
**journalist** [1] -
6106:24
**JR** [1] - 6049:11
**Judge** [1] - 6154:24
**judge** [6] - 6075:18,
6131:11, 6138:7,
6138:9, 6155:2,
6157:19
**JUDGE** [1] - 6049:9
**judges** [1] - 6162:9
**Julianne** [1] - 6124:11
**JULIANNE** [1] -
6049:12
**July** [3] - 6068:10,
6088:5, 6088:7
**jump** [1] - 6128:2
**jumping** [1] - 6102:16
**June** [5] - 6078:25,
6079:4, 6079:12,
6126:1
**Juror** [2] - 6164:1,
6164:6
**juror** [8] - 6132:21,
6132:22, 6132:24,

6161:2, 6161:23,
6162:2, 6163:3,
6165:9
**JUROR** [8] - 6164:11,
6164:14, 6164:17,
6164:20, 6164:22,
6164:25, 6165:4,
6165:7
**jurors** [8] - 6154:22,
6155:15, 6159:20,
6161:21, 6162:4,
6162:18, 6162:23,
6163:15
**jury** [23] - 6050:8,
6050:10, 6073:3,
6131:8, 6155:6,
6156:15, 6156:23,
6159:3, 6160:4,
6160:10, 6161:8,
6161:10, 6161:17,
6161:23, 6162:5,
6163:2, 6163:11,
6163:12, 6163:13,
6163:17, 6163:23,
6164:7
**JURY** [1] - 6049:8
**Justice** [2] - 6065:13,
6080:21
**justice** [2] - 6079:9,
6106:15
**justification** [1] -
6055:8
**Jutuf** [11] - 6058:12,
6058:13, 6086:9,
6086:22, 6110:3,
6136:8, 6142:2,
6142:15, 6142:20,
6149:4, 6149:9

## K

**Kaufmann** [1] -
6049:20
**keep** [11] - 6060:3,
6073:24, 6089:8,
6089:22, 6092:10,
6093:5, 6098:15,
6116:9, 6116:18,
6129:6, 6160:12
**keeps** [2] - 6089:8,
6115:22
**Khalid** [30] - 6060:14,
6061:4, 6063:23,
6065:21, 6065:22,
6069:1, 6069:6,
6070:9, 6070:17,
6071:1, 6072:6,
6073:4, 6074:18,
6075:3, 6075:13,
6078:11, 6078:12,

6119:9, 6119:18,
6136:16, 6138:5,
6139:4, 6140:1,
6142:3, 6142:4,
6144:11, 6145:8,
6145:23, 6146:25,
6148:24
**KHATALLAH** [1] -
6049:5
**Khatallah** [199] -
6050:21, 6050:22,
6051:17, 6051:25,
6052:1, 6052:15,
6052:22, 6053:8,
6054:9, 6054:14,
6054:18, 6054:19,
6054:20, 6054:21,
6054:23, 6055:2,
6055:8, 6055:19,
6055:20, 6056:4,
6056:8, 6056:12,
6056:13, 6057:3,
6057:11, 6058:3,
6058:13, 6059:4,
6059:8, 6059:11,
6060:15, 6061:12,
6062:3, 6062:5,
6062:12, 6062:20,
6063:3, 6063:8,
6063:12, 6063:21,
6064:21, 6064:24,
6065:9, 6068:22,
6068:24, 6069:7,
6069:9, 6070:6,
6070:15, 6071:3,
6071:15, 6072:8,
6072:12, 6073:7,
6074:17, 6074:19,
6074:20, 6074:23,
6074:24, 6075:5,
6075:8, 6076:23,
6077:15, 6078:1,
6078:13, 6084:12,
6084:15, 6084:22,
6085:6, 6085:22,
6085:23, 6086:3,
6086:21, 6087:10,
6088:4, 6088:23,
6089:5, 6091:2,
6091:20, 6092:6,
6092:13, 6093:25,
6094:6, 6094:20,
6095:1, 6095:4,
6095:8, 6096:18,
6096:22, 6097:3,
6097:9, 6097:17,
6100:4, 6100:22,
6101:15, 6101:22,
6101:25, 6102:7,
6102:16, 6102:21,
6102:24, 6103:19,

6103:24, 6104:2,
6104:4, 6104:18,
6104:22, 6105:5,
6105:8, 6105:15,
6105:17, 6105:18,
6106:3, 6106:7,
6107:17, 6108:3,
6108:25, 6109:4,
6109:7, 6110:7,
6110:10, 6110:12,
6110:13, 6110:15,
6110:16, 6110:20,
6111:17, 6112:6,
6113:10, 6113:18,
6117:3, 6117:6,
6117:9, 6117:11,
6118:9, 6118:10,
6118:11, 6118:12,
6118:15, 6118:20,
6119:5, 6119:10,
6119:18, 6119:23,
6119:25, 6120:6,
6120:8, 6120:19,
6120:20, 6120:21,
6120:22, 6121:10,
6121:22, 6122:8,
6122:12, 6125:3,
6125:22, 6126:17,
6127:3, 6127:12,
6127:13, 6127:21,
6130:15, 6130:22,
6131:1, 6131:4,
6132:7, 6133:1,
6133:11, 6133:14,
6133:22, 6139:1,
6139:9, 6140:4,
6141:10, 6141:21,
6141:25, 6142:14,
6142:16, 6143:24,
6143:25, 6144:2,
6144:4, 6144:13,
6144:17, 6144:18,
6144:21, 6145:2,
6145:9, 6146:19,
6147:13, 6148:1,
6148:7, 6148:22,
6156:16
**Khatallah's** [9] -
6060:3, 6090:17,
6091:1, 6101:21,
6108:19, 6110:5,
6112:12, 6142:5,
6153:9
**kicking** [2] - 6137:9,
6147:11
**kill** [7] - 6100:15,
6100:16, 6100:22,
6101:18, 6102:17,
6146:22, 6148:2
**killed** [3] - 6103:1,
6147:6, 6154:11

**killing** [3] - 6100:18, 6100:21, 6146:2
**kind** [9] - 6060:22, 6087:18, 6088:15, 6090:1, 6090:15, 6098:1, 6102:11, 6115:8, 6122:2
**kinds** [4] - 6071:16, 6080:25, 6084:1
**knowingly** [1] - 6131:15
**known** [6] - 6106:22, 6116:8, 6116:10, 6116:17, 6116:19, 6117:10
**knows** [7] - 6058:23, 6077:24, 6105:15, 6128:15, 6141:4, 6153:14

### L

**labeled** [1] - 6100:10
**lack** [1] - 6136:21
**ladies** [22] - 6057:24, 6068:19, 6077:19, 6078:24, 6080:19, 6080:23, 6110:14, 6110:21, 6120:5, 6123:2, 6124:18, 6128:18, 6132:8, 6135:12, 6136:17, 6137:14, 6138:7, 6145:11, 6148:20, 6154:7, 6155:14, 6158:12
**Laithi** [3] - 6142:5, 6142:8, 6142:9
**land** [1] - 6144:19
**language** [2] - 6157:11, 6165:15
**largely** [1] - 6117:1
**last** [4] - 6123:23, 6124:23, 6162:17, 6164:18
**lasted** [4] - 6092:25, 6093:2, 6145:5
**late** [2] - 6079:13, 6159:23
**latrine** [1] - 6126:10
**Laughter** [1] - 6050:13
**law** [16] - 6056:14, 6056:17, 6056:18, 6056:19, 6056:21, 6059:10, 6059:12, 6059:13, 6059:15, 6059:19, 6099:15, 6114:16, 6114:17, 6149:5, 6151:17

**lawyer** [2] - 6064:21, 6064:22
**lawyers** [3] - 6129:14, 6140:4, 6145:2
**layers** [1] - 6143:1
**leader** [6] - 6060:16, 6075:5, 6146:24, 6147:1, 6154:1, 6154:2
**leaders** [2] - 6146:25, 6147:3
**leading** [2] - 6084:17, 6084:21
**leads** [1] - 6073:9
**learn** [1] - 6068:15
**learned** [3] - 6063:15, 6116:20, 6117:2
**least** [9] - 6074:10, 6075:11, 6079:17, 6088:20, 6089:6, 6090:22, 6116:22, 6154:15
**leave** [8] - 6076:13, 6078:11, 6127:6, 6140:9, 6140:21, 6141:5, 6159:11
**leaves** [3] - 6081:3, 6113:22, 6148:7
**leaving** [1] - 6156:21
**led** [2] - 6072:12, 6074:23
**left** [18] - 6055:16, 6073:19, 6074:14, 6075:25, 6076:4, 6076:20, 6082:20, 6082:22, 6095:13, 6122:5, 6122:6, 6127:4, 6146:15, 6146:18, 6147:8
**legal** [1] - 6132:10
**length** [2] - 6051:9, 6053:17
**less** [3] - 6059:1, 6157:15, 6159:10
**letter** [4] - 6067:15, 6067:23, 6164:12, 6165:5
**letters** [3] - 6068:15, 6090:8, 6136:2
**level** [1] - 6072:17
**Lewis** [1] - 6049:20
**liar** [1] - 6112:18
**liberty** [1] - 6068:12
**Libi** [1] - 6106:8
**Libya** [37] - 6055:24, 6056:21, 6069:8, 6075:10, 6076:4, 6076:13, 6076:20, 6078:21, 6081:3, 6082:17, 6082:18,

6082:20, 6082:22, 6086:16, 6095:25, 6096:2, 6099:11, 6099:18, 6104:21, 6105:10, 6105:12, 6105:13, 6106:23, 6107:4, 6107:7, 6109:10, 6112:9, 6116:24, 6118:13, 6122:22, 6123:10, 6138:21, 6140:9, 6141:1, 6143:17, 6144:22, 6153:8
**Libyan** [13] - 6058:5, 6064:13, 6072:10, 6072:13, 6080:7, 6081:18, 6096:2, 6097:23, 6106:15, 6140:25, 6141:1, 6154:14
**Libyana** [2] - 6129:14, 6141:18
**Libyans** [1] - 6136:2
**lie** [18] - 6058:18, 6066:22, 6066:23, 6067:8, 6068:12, 6068:17, 6068:20, 6070:3, 6072:15, 6085:10, 6089:4, 6095:16, 6096:24, 6098:25, 6100:19, 6138:11, 6143:3
**lied** [3] - 6064:18, 6119:3, 6153:18
**lies** [2] - 6068:20, 6083:25
**life** [5] - 6139:8, 6141:2, 6143:5
**light** [1] - 6101:6
**likely** [1] - 6159:13
**limitations** [1] - 6124:5
**limited** [1] - 6059:19
**line** [3] - 6089:22, 6093:24, 6113:19
**lines** [1] - 6071:25
**linguistics** [1] - 6065:8
**list** [1] - 6149:23
**listen** [2] - 6159:15, 6159:16
**listened** [1] - 6149:16
**listening** [1] - 6134:9
**live** [5] - 6064:2, 6064:6, 6064:16, 6064:18, 6114:15
**lived** [2] - 6074:5, 6102:8, 6114:15
**lives** [2] - 6115:25, 6134:21

**living** [3] - 6082:14, 6140:24, 6144:25
**lo** [1] - 6102:25
**loaded** [1] - 6084:23
**loading** [1] - 6085:24
**local** [1] - 6114:16
**locals** [1] - 6074:6
**located** [1] - 6165:12
**lodge** [1] - 6155:19
**logo** [1] - 6129:17
**logs** [5] - 6122:16, 6122:19, 6126:4, 6126:5
**look** [33] - 6053:16, 6054:22, 6059:17, 6060:20, 6060:22, 6061:3, 6061:4, 6073:10, 6082:10, 6087:5, 6101:11, 6107:10, 6110:8, 6110:10, 6110:17, 6112:18, 6115:23, 6118:19, 6118:25, 6122:15, 6125:12, 6126:14, 6127:23, 6128:4, 6130:21, 6130:23, 6131:1, 6131:2, 6132:4, 6133:8, 6148:2, 6151:5
**looked** [9] - 6093:7, 6097:20, 6117:19, 6119:19, 6119:20, 6125:22, 6125:24, 6128:12, 6144:17
**looking** [8] - 6070:17, 6075:16, 6092:1, 6109:8, 6115:7, 6118:14, 6143:21
**looks** [5] - 6087:8, 6093:23, 6115:8, 6128:16, 6128:18
**loop** [1] - 6118:1
**loose** [2] - 6112:10, 6128:2
**looted** [1] - 6074:4
**loss** [3] - 6062:19, 6134:12
**lost** [1] - 6134:21
**loved** [2] - 6116:24, 6116:25
**loves** [1] - 6141:1
**low** [2] - 6116:10, 6116:19
**lowly** [1] - 6153:11
**lump** [1] - 6059:9
**lunch** [2] - 6050:11, 6094:11
**lure** [1] - 6104:22
**lying** [6] - 6063:24,

6064:19, 6088:18, 6097:10, 6100:21, 6120:3

### M

**mad** [2] - 6067:6, 6136:15
**magic** [1] - 6125:16
**mail** [4] - 6129:1, 6160:5, 6165:2, 6165:6
**Majrisi** [17] - 6097:24, 6102:2, 6104:21, 6105:4, 6105:5, 6106:1, 6106:2, 6138:5, 6142:12, 6142:19, 6143:9, 6143:10, 6144:3, 6145:6, 6145:24, 6147:17
**man** [25] - 6054:4, 6055:18, 6056:20, 6060:14, 6062:10, 6070:24, 6075:11, 6076:8, 6077:24, 6078:15, 6096:7, 6102:25, 6103:19, 6103:21, 6106:22, 6108:5, 6110:6, 6110:23, 6112:18, 6118:20, 6119:8, 6132:24, 6138:20, 6140:25, 6152:4
**manipulated** [4] - 6093:10, 6093:11, 6128:21, 6141:12
**manner** [2] - 6075:21, 6112:20
**map** [23] - 6072:23, 6073:2, 6073:4, 6073:8, 6073:10, 6073:12, 6073:14, 6073:16, 6074:8, 6074:17, 6074:19, 6075:3, 6075:8, 6122:2, 6125:9, 6125:11, 6126:16, 6147:15, 6147:20, 6147:21, 6147:22, 6147:23
**Maps** [1] - 6125:13
**maps** [6] - 6073:17, 6073:18, 6125:17, 6147:15, 6147:24, 6148:6
**March** [10] - 6082:25, 6083:1, 6083:2, 6083:20, 6085:11, 6085:12, 6086:8,

6086:15, 6087:3
**Mark** [1] - 6155:12
**marked** [3] - 6073:12,
6082:3, 6160:14
**marshals** [2] - 6161:7,
6161:15
**martyred** [1] - 6141:3
**MARY** [1] - 6049:16
**Mary** [2] - 6106:25,
6152:15
**Marzuqa** [1] - 6142:6
**mask** [1] - 6053:11
**Masoud** [3] - 6128:11,
6129:12, 6129:20
**mastermind** [1] -
6057:6
**match** [2] - 6130:25,
6131:2
**matches** [1] - 6130:19
**materials** [1] -
6074:11
**Matt** [1] - 6083:5
**matter** [10] - 6051:21,
6066:20, 6136:25,
6137:2, 6137:6,
6161:11, 6161:18,
6162:9, 6162:15,
6166:5
**mattered** [1] - 6077:11
**matters** [8] - 6074:18,
6079:24, 6089:10,
6091:17, 6099:16,
6122:6, 6137:2,
6161:22
**mean** [17] - 6063:6,
6063:10, 6066:20,
6087:20, 6087:21,
6105:25, 6110:8,
6114:2, 6114:3,
6116:8, 6117:23,
6121:21, 6128:24,
6132:14, 6134:12,
6137:10, 6144:6
**meaning** [5] - 6053:6,
6060:5, 6087:10,
6133:13, 6159:8
**means** [11] - 6087:19,
6087:22, 6094:2,
6113:14, 6117:20,
6121:21, 6128:9,
6132:13, 6151:12,
6160:7, 6161:16
**meant** [4] - 6063:9,
6087:17, 6100:10,
6117:18
**meat** [1] - 6053:10
**Mecca** [1] - 6076:10
**media** [5] - 6058:13,
6092:4, 6092:5,
6117:5, 6117:6

**medical** [4] - 6051:8,
6126:11, 6133:12,
6164:1
**meet** [10] - 6054:18,
6054:19, 6083:5,
6086:8, 6086:15,
6105:9, 6105:17,
6106:12, 6106:15
**meeting** [46] - 6066:2,
6066:7, 6068:21,
6068:23, 6069:2,
6069:3, 6069:5,
6069:9, 6069:17,
6069:22, 6070:3,
6070:18, 6070:21,
6079:16, 6079:18,
6079:19, 6080:12,
6083:3, 6083:4,
6083:9, 6084:5,
6085:25, 6086:16,
6087:3, 6088:3,
6088:8, 6088:9,
6096:13, 6096:16,
6096:17, 6097:2,
6097:9, 6102:6,
6104:19, 6104:25,
6105:1, 6105:7,
6106:4, 6116:2,
6116:22, 6136:16,
6144:2, 6144:13,
6148:23
**meetings** [5] -
6068:21, 6079:17,
6082:24, 6083:10,
6112:8
**meets** [5] - 6083:17,
6085:10, 6085:11,
6127:9, 6127:10
**member** [4] - 6062:18,
6071:10, 6161:8,
6161:10
**members** [4] -
6062:17, 6116:23,
6156:1, 6161:8
**memory** [2] - 6053:1,
6157:5
**men** [22] - 6061:22,
6073:4, 6084:16,
6091:3, 6091:5,
6091:6, 6094:10,
6096:19, 6118:23,
6135:24, 6136:9,
6137:7, 6138:24,
6139:11, 6139:13,
6139:18, 6142:5,
6147:6, 6147:10,
6147:13, 6148:15
**mention** [8] - 6062:22,
6085:11, 6085:12,
6086:7, 6086:22,

6086:23, 6086:25
**mentioned** [2] -
6100:11, 6111:22
**mentions** [1] -
6086:18
**mere** [1] - 6131:14
**merely** [1] - 6131:24
**merits** [1] - 6161:11
**mess** [1] - 6094:16
**message** [1] - 6071:20
**met** [19] - 6062:4,
6066:17, 6067:8,
6067:10, 6070:15,
6082:24, 6082:25,
6083:1, 6083:9,
6083:19, 6083:21,
6083:22, 6084:11,
6084:12, 6085:13,
6088:5, 6104:10,
6110:1, 6111:25
**MGRS** [4] - 6125:17,
6147:15, 6147:23,
6147:25
**MICHAEL** [1] -
6049:11
**MICHELLE** [1] -
6049:15
**Microsoft** [1] -
6093:14
**middle** [2] - 6069:17,
6118:7
**Middlemiss** [1] -
6049:20
**midnight** [9] - 6120:9,
6120:10, 6120:13,
6120:16, 6120:19,
6120:23, 6127:22,
6134:1, 6148:11
**might** [10] - 6058:22,
6059:10, 6073:20,
6097:16, 6112:15,
6112:22, 6114:17,
6114:21, 6121:21,
6164:12
**miles** [1] - 6116:1
**military** [6] - 6072:17,
6072:20, 6139:5,
6139:6, 6147:19,
6149:13
**militia** [7] - 6071:10,
6121:19, 6121:20,
6122:21, 6142:10,
6147:5, 6153:13
**militias** [4] - 6072:10,
6072:11, 6121:17,
6149:14
**million** [23] - 6062:10,
6078:21, 6080:18,
6080:21, 6080:24,
6080:25, 6081:1,

6085:17, 6095:20,
6097:25, 6098:2,
6098:4, 6100:6,
6101:1, 6101:4,
6102:25, 6103:20,
6108:5, 6109:6,
6119:25, 6138:14,
6143:10, 6145:6
**mind** [6] - 6075:5,
6075:6, 6075:14,
6132:14, 6160:12,
6161:13
**mindful** [1] - 6160:22
**mine** [1] - 6098:18
**minimum** [1] -
6067:13
**minister** [2] - 6106:15,
6153:8
**minor** [1] - 6090:3
**minute** [14] - 6053:11,
6056:11, 6059:6,
6060:2, 6060:17,
6061:8, 6061:18,
6065:21, 6067:19,
6109:19, 6123:14,
6125:2, 6131:7,
6132:9
**minutes** [11] - 6092:8,
6092:25, 6093:23,
6109:21, 6120:13,
6120:15, 6120:18,
6123:16, 6124:24,
6145:6, 6145:16
**mischaracterized** [1] -
6155:25
**misidentified** [1] -
6135:17
**misleading** [1] -
6088:18
**misrepresented** [1] -
6111:11
**misrepresenting** [1] -
6111:13
**missed** [1] - 6073:20
**missing** [4] - 6115:13,
6120:19, 6121:5,
6133:6
**Mission** [59] - 6055:6,
6055:9, 6055:14,
6059:22, 6060:11,
6061:21, 6062:24,
6069:14, 6069:16,
6070:6, 6071:4,
6071:8, 6071:12,
6072:5, 6074:5,
6074:8, 6077:17,
6078:3, 6078:9,
6079:6, 6085:3,
6089:15, 6090:13,
6090:20, 6091:12,

6091:14, 6091:19,
6095:2, 6103:4,
6106:16, 6109:2,
6116:12, 6116:13,
6120:14, 6120:20,
6120:22, 6121:2,
6121:4, 6121:8,
6121:19, 6127:4,
6127:15, 6127:23,
6133:24, 6134:2,
6135:2, 6135:22,
6136:6, 6137:18,
6146:10, 6146:11,
6146:20, 6148:4,
6148:14, 6149:11,
6153:22
**mission** [7] - 6051:20,
6055:13, 6057:15,
6104:3, 6137:4,
6137:24, 6160:22
**misstate** [1] - 6099:20
**mistake** [3] - 6139:7,
6139:8, 6143:24
**mistaken** [1] - 6127:5
**mistrial** [2] - 6155:22,
6157:7
**model** [7] - 6114:25,
6115:4, 6115:9,
6115:13, 6115:14,
6115:15, 6115:16
**Mohammed** [1] -
6142:6
**moment** [11] - 6057:2,
6078:11, 6090:1,
6100:15, 6105:4,
6107:16, 6109:15,
6112:25, 6125:20,
6134:25, 6138:6
**moments** [1] -
6154:20
**Monday** [7] - 6066:17,
6123:23, 6124:15,
6159:25, 6160:17,
6163:16, 6164:5
**money** [36] - 6062:9,
6064:15, 6067:25,
6068:8, 6068:10,
6068:11, 6077:8,
6078:18, 6080:13,
6081:17, 6081:19,
6081:24, 6081:25,
6082:4, 6083:1,
6085:14, 6096:8,
6097:22, 6098:1,
6098:7, 6098:9,
6098:12, 6098:15,
6098:19, 6099:14,
6100:10, 6101:5,
6101:8, 6101:9,
6101:14, 6110:24,

6111:3, 6140:5, 6140:7, 6143:15

**month** [4] - 6066:16, 6076:17, 6098:5, 6098:6

**months** [7] - 6068:16, 6083:19, 6083:20, 6104:3, 6123:7

**morning** [6] - 6060:5, 6060:7, 6159:25, 6160:17, 6163:16, 6164:5

**mortar** [1] - 6125:14

**mortars** [10] - 6057:6, 6085:23, 6085:24, 6086:2, 6086:3, 6086:5, 6089:1, 6109:1, 6109:3, 6109:5

**most** [8] - 6057:24, 6058:17, 6078:22, 6086:13, 6091:4, 6142:11, 6154:20, 6155:5

**motion** [2] - 6119:6, 6151:19

**motive** [7] - 6058:19, 6114:20, 6138:11, 6143:3, 6144:9, 6144:10

**motives** [2] - 6058:3, 6114:6

**Mouraja** [1] - 6089:19

**mouth** [1] - 6101:21

**move** [2] - 6089:2, 6100:7

**moves** [1] - 6127:8

**moving** [1] - 6155:21

**MR** [7] - 6155:21, 6156:8, 6156:12, 6156:18, 6157:16, 6157:24, 6165:21

**MS** [42] - 6050:2, 6050:15, 6050:17, 6120:18, 6123:16, 6123:20, 6123:24, 6124:2, 6124:4, 6124:7, 6124:12, 6124:14, 6124:16, 6124:22, 6130:14, 6134:23, 6135:25, 6136:3, 6136:4, 6136:6, 6136:21, 6136:24, 6139:19, 6139:20, 6139:23, 6140:12, 6140:14, 6140:18, 6140:20, 6150:16, 6150:18, 6150:20, 6150:22, 6152:7, 6152:12,

6152:18, 6152:21, 6153:6, 6155:20, 6158:3, 6165:17, 6165:20

**Muammar** [1] - 6055:24

**Muhammad** [1] - 6075:2

**Mukhtar** [13] - 6084:13, 6084:23, 6085:1, 6085:5, 6085:7, 6086:18, 6087:10, 6089:13, 6089:15, 6096:10, 6096:15, 6096:17, 6096:21

**multiple** [5] - 6080:8, 6141:17, 6151:8, 6151:13, 6153:18

**murders** [3] - 6148:25, 6149:7, 6149:11

**Muslim** [1] - 6056:16

**must** [5] - 6132:1, 6157:19, 6159:15, 6159:17, 6162:17

**Mustafa** [5] - 6142:21, 6142:22, 6142:23, 6148:3, 6149:9

**mustn't** [1] - 6159:16

**mutual** [1] - 6161:1

## N

**name** [6] - 6090:3, 6090:6, 6090:10, 6100:11, 6104:9, 6111:5

**named** [3] - 6081:8, 6081:13, 6106:25

**Nasir** [1] - 6142:7

**NASSAR** [1] - 6049:20

**National** [2] - 6072:11, 6072:13

**Navy** [4] - 6053:10, 6135:5, 6155:9, 6155:10

**Nayhum** [7] - 6060:14, 6061:4, 6119:10, 6119:19, 6142:4, 6146:25, 6147:1

**near** [2] - 6095:7, 6126:19

**nearly** [1] - 6091:2

**necessarily** [2] - 6117:21, 6121:17

**necessary** [1] - 6161:5

**need** [14] - 6051:11, 6051:13, 6052:23, 6071:11, 6073:2,

6084:5, 6123:16, 6124:12, 6125:11, 6125:13, 6160:18, 6163:1, 6163:10, 6164:25

**needed** [2] - 6112:13, 6163:8

**needs** [3] - 6097:22, 6101:20, 6147:8

**nefarious** [1] - 6121:18

**negotiated** [2] - 6157:12, 6159:7

**neighborhood** [2] - 6116:11, 6125:16

**nephews** [2] - 6138:22, 6140:22

**never** [27] - 6051:15, 6053:21, 6059:3, 6061:13, 6062:11, 6070:19, 6071:23, 6075:5, 6075:6, 6076:4, 6076:11, 6079:11, 6080:9, 6080:18, 6087:25, 6101:7, 6109:4, 6110:4, 6121:3, 6129:14, 6143:8, 6143:25, 6154:24, 6155:6, 6161:10, 6161:13, 6161:17

**newspaper** [2] - 6152:14, 6159:13

**next** [12] - 6060:7, 6067:1, 6080:15, 6089:4, 6095:16, 6101:10, 6103:3, 6107:19, 6118:25, 6119:1, 6127:8, 6130:21

**nieces** [2] - 6138:22, 6140:22

**night** [19] - 6057:12, 6057:17, 6059:5, 6060:5, 6062:25, 6063:11, 6089:5, 6092:3, 6107:22, 6116:21, 6117:8, 6123:10, 6127:23, 6137:5, 6142:1, 6149:10, 6151:10, 6154:16, 6165:12

**nine** [1] - 6164:3

**nobody** [8] - 6063:17, 6068:14, 6099:16, 6114:1, 6117:10, 6146:16, 6154:14

**non** [1] - 6057:22

**non-government** [1] - 6057:22

**none** [8] - 6055:15, 6069:21, 6078:22, 6078:23, 6107:15, 6122:6, 6150:6, 6151:24

**normal** [1] - 6083:12

**notably** [1] - 6064:21

**notch** [1] - 6052:5

**note** [5] - 6115:25, 6161:6, 6161:9, 6163:20, 6163:21

**noted** [1] - 6158:9

**notes** [3] - 6087:14, 6087:23, 6158:14

**nothing** [27] - 6052:21, 6055:10, 6061:15, 6063:2, 6065:15, 6067:3, 6068:11, 6070:10, 6074:16, 6083:12, 6086:4, 6086:10, 6095:1, 6099:5, 6102:2, 6102:11, 6102:13, 6104:6, 6107:12, 6107:20, 6114:10, 6114:13, 6129:18, 6136:17, 6149:4, 6157:14, 6157:15

**notion** [3] - 6060:8, 6091:18, 6151:11

**November** [6] - 6049:5, 6080:15, 6080:19, 6088:19, 6088:25, 6101:3

**nowhere** [3] - 6095:7, 6103:17, 6126:19

**number** [24] - 6060:3, 6062:8, 6077:1, 6082:11, 6083:5, 6083:7, 6090:7, 6101:6, 6102:22, 6103:6, 6103:11, 6103:12, 6111:18, 6114:23, 6125:7, 6130:2, 6130:20, 6130:22, 6133:9, 6133:17, 6139:16, 6141:17, 6151:9

**numbers** [3] - 6141:14, 6141:18, 6141:20

**NW** [4] - 6049:13, 6049:17, 6049:21, 6049:24

## O

**o'clock** [5] - 6060:5, 6060:6, 6125:16,

6127:3, 6164:3

**O'Donnell** [3] - 6068:7, 6082:8, 6083:13

**object** [2] - 6050:7, 6137:15

**objection** [9] - 6136:3, 6136:21, 6139:19, 6150:16, 6150:20, 6152:7, 6156:19, 6158:8, 6158:9

**objections** [3] - 6050:5, 6155:19, 6157:6

**obligation** [1] - 6058:7

**observing** [1] - 6113:18

**obsessed** [1] - 6136:20

**obtain** [1] - 6158:6

**obvious** [2] - 6058:9, 6116:15

**obviously** [5] - 6074:16, 6088:11, 6111:1

**occasions** [4] - 6098:14, 6112:1, 6112:2, 6142:14

**occurred** [5] - 6059:2, 6063:18, 6075:7, 6097:2, 6133:11

**occurrence** [1] - 6121:15

**October** [4] - 6067:15, 6082:7, 6082:9, 6082:12

**OF** [3] - 6049:1, 6049:2, 6049:8

**offensive** [1] - 6106:21

**offer** [1] - 6084:1

**offered** [7] - 6080:21, 6100:15, 6100:22, 6100:25, 6104:6, 6106:10, 6108:17

**offers** [1] - 6086:4

**Office** [3] - 6049:13, 6049:16, 6065:12

**office** [7] - 6073:17, 6105:10, 6106:23, 6118:21, 6147:10, 6147:14, 6163:13

**officer** [1] - 6126:4

**officers** [1] - 6089:18

**official** [1] - 6079:9

**Official** [1] - 6166:3

**officials** [1] - 6091:13

**often** [1] - 6162:6

**omitted** [1] - 6050:7

**once** [2] - 6088:7,

6104:16
**one** [112] - 6054:2, 6054:4, 6055:21, 6055:22, 6055:24, 6057:21, 6057:24, 6058:18, 6059:2, 6060:3, 6061:3, 6063:3, 6063:4, 6065:10, 6066:6, 6067:9, 6067:11, 6068:20, 6070:4, 6072:10, 6072:11, 6072:21, 6074:5, 6074:10, 6074:20, 6075:10, 6075:19, 6079:16, 6079:17, 6080:16, 6081:5, 6081:16, 6081:23, 6082:9, 6082:10, 6082:11, 6083:9, 6083:13, 6090:1, 6090:20, 6090:22, 6095:18, 6097:1, 6097:13, 6097:25, 6102:15, 6103:6, 6104:8, 6104:11, 6104:14, 6107:21, 6107:23, 6108:15, 6111:19, 6113:3, 6113:7, 6114:6, 6114:7, 6114:8, 6115:12, 6115:19, 6117:7, 6117:17, 6118:2, 6118:19, 6120:6, 6120:11, 6121:9, 6122:21, 6122:22, 6125:10, 6129:16, 6129:22, 6130:11, 6130:12, 6131:22, 6132:21, 6133:3, 6134:4, 6135:18, 6138:6, 6139:16, 6146:4, 6146:12, 6146:16, 6146:24, 6147:21, 6147:24, 6148:5, 6149:17, 6149:23, 6151:13, 6151:16, 6153:24, 6153:25, 6154:20, 6155:1, 6155:5, 6156:3, 6156:13, 6161:7, 6162:1, 6163:1, 6163:2, 6165:10
**one-and-a-half** [1] - 6067:9
**ones** [2] - 6108:10, 6150:23
**ongoing** [1] - 6097:8
**open** [8] - 6055:7,

6069:14, 6089:21, 6089:22, 6161:12, 6161:17, 6163:13, 6163:25
**opening** [5] - 6050:23, 6054:8, 6099:4, 6117:16, 6153:11
**openly** [2] - 6083:24, 6083:25
**operations** [5] - 6078:1, 6078:8, 6092:3, 6097:13, 6107:21
**Operator** [1] - 6094:17
**OPHER** [1] - 6049:12
**opinion** [1] - 6161:24
**opportunity** [3] - 6134:5, 6134:7, 6134:11
**opposed** [3] - 6073:16, 6129:10, 6134:9
**opposite** [1] - 6070:24
**option** [1] - 6100:6
**orally** [1] - 6161:12
**order** [10] - 6071:21, 6071:22, 6071:24, 6094:6, 6094:7, 6094:16, 6094:17, 6094:18, 6094:23, 6107:19
**orders** [2] - 6149:12, 6149:19
**ordinary** [1] - 6065:16
**organization** [1] - 6072:7
**organize** [1] - 6160:25
**organized** [1] - 6113:20
**otherwise** [2] - 6084:2, 6091:13
**ought** [2] - 6060:25, 6107:5
**ounce** [1] - 6095:9
**outrageous** [1] - 6063:9
**outset** [1] - 6162:1
**outside** [3] - 6103:4, 6115:21, 6116:12
**overrule** [1] - 6156:22
**overruled** [2] - 6136:5, 6139:22
**overwhelming** [1] - 6155:15
**own** [12] - 6056:17, 6067:6, 6067:18, 6068:3, 6082:20, 6093:18, 6121:17, 6126:15, 6145:14, 6145:18, 6145:20,

6150:1

---

## P

---

**p.m** [7] - 6049:6, 6050:10, 6124:20, 6146:20, 6164:7, 6165:25
**page** [11] - 6076:15, 6076:24, 6076:25, 6077:2, 6118:19, 6118:25, 6119:1, 6129:20, 6130:21, 6131:19, 6158:6
**pages** [1] - 6166:4
**paid** [18] - 6057:25, 6065:11, 6065:17, 6067:6, 6067:18, 6067:20, 6080:2, 6080:7, 6081:10, 6082:2, 6083:21, 6095:20, 6098:4, 6099:19, 6107:14, 6110:23, 6111:23, 6141:6
**painful** [1] - 6065:24
**palpable** [1] - 6101:13
**paper** [6] - 6150:15, 6150:25, 6154:3, 6157:17, 6157:22, 6158:1
**papers** [2] - 6147:14, 6147:16
**parked** [2] - 6121:23, 6121:24
**parks** [1] - 6126:23
**part** [7] - 6056:1, 6058:11, 6063:19, 6115:16, 6118:21, 6129:12, 6136:8
**parte** [2] - 6165:13, 6165:14
**participate** [2] - 6133:23, 6134:2
**participated** [3] - 6090:13, 6149:24, 6149:25
**participating** [1] - 6096:19
**particular** [5] - 6060:20, 6064:14, 6065:17, 6130:1, 6131:13
**partisan** [2] - 6058:14, 6112:11
**partisans** [1] - 6162:8
**parts** [1] - 6091:24
**pass** [1] - 6077:21
**past** [1] - 6115:6

**patriotic** [1] - 6156:5
**patriots** [1] - 6154:14
**pay** [9] - 6065:10, 6065:14, 6080:5, 6082:9, 6082:18, 6099:15, 6119:24, 6131:13, 6144:25
**paying** [8] - 6068:2, 6068:11, 6082:23, 6083:4, 6101:5, 6119:8, 6119:14
**payment** [1] - 6082:7
**payments** [1] - 6067:23
**payout** [1] - 6099:3
**payroll** [3] - 6082:13, 6098:3, 6104:4
**pays** [1] - 6083:24
**PDF** [1] - 6164:13
**peaceful** [1] - 6079:20
**pen** [1] - 6087:8
**Pennsylvania** [1] - 6049:21
**people** [70] - 6053:14, 6055:21, 6055:23, 6055:25, 6056:5, 6059:11, 6059:13, 6059:21, 6060:22, 6061:5, 6062:6, 6070:12, 6070:13, 6070:16, 6071:16, 6071:24, 6073:4, 6073:24, 6074:13, 6078:5, 6084:2, 6085:3, 6087:7, 6087:10, 6088:4, 6091:19, 6097:18, 6097:19, 6099:11, 6099:13, 6102:3, 6107:6, 6108:9, 6108:19, 6108:21, 6109:13, 6110:10, 6116:2, 6116:6, 6116:8, 6116:17, 6116:20, 6117:1, 6117:2, 6120:14, 6121:8, 6121:9, 6122:3, 6122:25, 6123:1, 6125:15, 6138:8, 6138:12, 6139:3, 6139:9, 6139:17, 6139:24, 6141:12, 6142:18, 6142:25, 6144:1, 6146:17, 6146:19, 6150:1, 6154:16, 6155:3, 6156:1, 6156:4
**people's** [2] - 6059:16, 6110:24

**per** [3] - 6067:23, 6083:15, 6083:19
**perfect** [3] - 6105:13, 6154:14, 6164:14
**perhaps** [3] - 6095:16, 6114:17, 6131:9
**perimeter** [1] - 6149:18
**period** [6] - 6067:11, 6076:13, 6084:21, 6096:13, 6123:3, 6126:4
**permission** [1] - 6107:6
**person** [30] - 6058:19, 6058:25, 6062:25, 6074:24, 6075:22, 6107:8, 6109:22, 6110:2, 6110:3, 6110:17, 6112:14, 6113:19, 6117:7, 6118:9, 6118:10, 6121:14, 6119:14, 6121:14, 6127:13, 6131:25, 6132:2, 6138:11, 6141:16, 6150:3, 6150:5, 6153:10, 6154:1, 6154:2, 6160:8, 6161:14
**personal** [2] - 6158:3, 6158:7
**perspective** [1] - 6105:24
**Peterson** [4] - 6050:14, 6064:23, 6123:15, 6124:21
**PETERSON** [31] - 6049:15, 6050:2, 6050:15, 6050:17, 6120:18, 6123:16, 6123:20, 6123:24, 6124:2, 6124:4, 6124:7, 6124:12, 6124:14, 6124:16, 6124:22, 6130:14, 6136:3, 6136:21, 6139:19, 6140:12, 6140:14, 6150:16, 6150:20, 6152:7, 6152:12, 6152:18, 6152:21, 6155:20, 6158:3, 6165:17, 6165:20
**Petras** [1] - 6068:7
**PETRAS** [1] - 6049:16
**phone** [60] - 6060:2, 6077:25, 6089:8, 6092:11, 6092:20, 6092:21, 6093:1,

6093:5, 6093:6, 6093:13, 6093:25, 6094:3, 6097:7, 6097:10, 6102:22, 6103:6, 6103:10, 6103:12, 6103:16, 6113:13, 6125:6, 6125:7, 6125:12, 6128:12, 6128:16, 6129:8, 6129:9, 6129:17, 6130:1, 6130:18, 6130:20, 6130:22, 6130:25, 6133:7, 6139:12, 6141:10, 6141:11, 6141:13, 6141:14, 6141:16, 6141:17, 6141:20, 6141:24, 6141:25, 6145:4, 6146:6, 6149:8, 6151:2, 6151:5, 6151:6, 6151:11, 6165:12

**phones** [5] - 6151:8, 6151:9, 6151:10, 6151:13, 6151:16

**photo** [5] - 6077:23, 6115:11, 6115:22, 6119:18, 6119:22

**photographs** [1] - 6101:25

**photos** [4] - 6051:12, 6076:9, 6076:15, 6114:23

**physical** [3] - 6119:22, 6133:10, 6133:13

**physically** [2] - 6100:18, 6151:17

**picked** [1] - 6077:25

**picking** [3] - 6087:9, 6088:13, 6115:2

**picture** [8] - 6060:20, 6061:3, 6075:24, 6078:7, 6087:4, 6087:5, 6087:19, 6125:21

**pictures** [1] - 6115:9

**piece** [9] - 6063:22, 6064:17, 6075:19, 6084:15, 6109:6, 6150:15, 6154:3, 6157:17, 6158:1

**pieces** [4] - 6051:24, 6064:23, 6147:18, 6150:25

**pile** [1] - 6086:19

**pilgrimage** [1] - 6076:18

**place** [6] - 6057:16, 6074:4, 6078:5,

6105:14, 6151:18, 6165:14

**placed** [1] - 6069:17

**plain** [1] - 6078:13

**Plaintiff** [1] - 6049:3

**plan** [6] - 6057:15, 6104:25, 6105:12, 6111:21, 6133:22, 6151:19

**planned** [4] - 6057:7, 6057:17, 6072:16, 6111:18

**planning** [7] - 6060:11, 6068:5, 6070:7, 6077:17, 6106:2, 6113:25, 6114:2

**plausible** [1] - 6086:14

**play** [7] - 6051:11, 6051:19, 6055:17, 6120:11, 6121:7, 6121:11, 6130:12

**played** [5] - 6109:15, 6109:17, 6119:7, 6120:17, 6130:13

**playing** [4] - 6117:17, 6117:20, 6117:18, 6122:18

**pleas** [1] - 6134:6

**pleasure** [1] - 6165:24

**PLLC** [1] - 6049:20

**point** [19] - 6054:2, 6063:5, 6066:22, 6070:6, 6081:1, 6081:22, 6089:15, 6090:3, 6090:10, 6096:6, 6100:8, 6100:24, 6108:15, 6109:24, 6118:4, 6127:1, 6127:25, 6157:20, 6159:4

**pointed** [4] - 6050:8, 6073:13, 6127:20, 6151:1

**pointing** [2] - 6095:11, 6138:18

**police** [4] - 6073:24, 6111:10, 6126:23, 6149:15

**polite** [1] - 6053:21

**political** [5] - 6056:21, 6094:23, 6102:7, 6106:23, 6107:13

**politician** [1] - 6107:8

**portion** [1] - 6150:14

**portrayed** [1] - 6052:4

**posed** [2] - 6058:9, 6084:19

**position** [2] - 6126:13, 6162:2

**possessed** [1] - 6128:8

**possibility** [2] - 6100:1, 6163:3

**possible** [4] - 6106:4, 6116:19, 6162:10, 6163:1

**possibly** [2] - 6058:24, 6120:22

**post** [1] - 6076:25

**posted** [2] - 6076:15, 6076:22

**potentially** [1] - 6156:14

**pounding** [1] - 6147:11

**power** [2] - 6149:19, 6153:14

**practice** [1] - 6109:4

**pre** [1] - 6164:1

**pre-arranged** [1] - 6164:1

**preamble** [2] - 6157:10, 6157:11

**preceded** [3] - 6104:7, 6112:3

**preceding** [1] - 6122:18

**precise** [3] - 6052:21, 6143:22, 6147:25

**precisely** [1] - 6143:19

**precision** [2] - 6148:16, 6148:18

**predicament** [1] - 6064:12

**prefix** [1] - 6141:18

**preliminary** [1] - 6158:17

**preplanning** [3] - 6057:9, 6070:5, 6070:14

**presence** [9] - 6055:2, 6055:11, 6055:14, 6116:5, 6131:14, 6135:12, 6135:14, 6147:17

**present** [4] - 6064:1, 6117:24, 6151:17, 6152:4

**presented** [4] - 6050:19, 6051:8, 6134:20, 6159:18

**presenting** [1] - 6050:20

**preside** [1] - 6160:18

**press** [1] - 6116:23

**prestigious** [1] - 6138:24

**presumption** [2] - 6131:20, 6131:21

**pretend** [1] - 6111:10

**pretty** [7] - 6058:8, 6063:6, 6063:10, 6087:18, 6100:20, 6113:24, 6130:17

**Preventive** [3] - 6081:9, 6138:23, 6149:13

**previously** [1] - 6092:23

**pride** [1] - 6162:1

**prime** [1] - 6153:8

**printed** [1] - 6093:13

**printed-out** [1] - 6093:13

**printout** [1] - 6128:6

**prison** [1] - 6075:6

**privileges** [1] - 6155:5

**probative** [2] - 6069:12, 6073:6

**problem** [5] - 6107:20, 6111:1, 6114:8, 6115:18, 6119:17

**procedure** [1] - 6164:1

**proceed** [3] - 6136:23, 6153:3, 6162:7

**proceedings** [2] - 6165:25, 6166:5

**process** [1] - 6162:20

**produce** [1] - 6136:10

**Program** [1] - 6080:22

**prolong** [1] - 6092:10

**promise** [1] - 6098:22

**promote** [1] - 6161:3

**pronunciation** [1] - 6104:13

**proof** [6] - 6110:23, 6114:9, 6128:19, 6131:22, 6134:17, 6151:24

**properties** [1] - 6137:12

**proposal** [1] - 6116:19

**propose** [1] - 6157:10

**prosecute** [2] - 6101:15, 6101:16

**prosecution** [1] - 6157:4

**prosecutors** [1] - 6068:13

**protect** [2] - 6071:4, 6071:9

**protected** [1] - 6074:7

**protecting** [1] - 6071:2

**proud** [2] - 6135:1, 6135:7

**prove** [5] - 6061:12, 6061:15, 6062:9, 6133:5, 6150:5

**proven** [5] - 6051:6, 6051:16, 6122:7, 6132:5, 6133:5

**proves** [1] - 6070:7

**provide** [3] - 6080:20, 6151:25

**provided** [7] - 6080:12, 6080:14, 6080:22, 6081:2, 6099:19, 6140:24, 6163:23

**providing** [1] - 6100:5

**pseudonym** [1] - 6143:4

**Public** [2] - 6049:16, 6065:11

**publicity** [1] - 6159:18

**pull** [7] - 6091:3, 6091:6, 6094:10, 6094:14, 6099:20

**pulled** [1] - 6087:2

**pulling** [1] - 6091:7

**punished** [2] - 6141:6

**punishment** [2] - 6162:10, 6162:15

**purchased** [1] - 6080:2

**purple** [3] - 6129:21, 6129:23, 6129:24

**purporting** [1] - 6094:24

**purports** [1] - 6131:4

**purpose** [1] - 6059:17

**purposes** [1] - 6165:18

**put** [19] - 6050:5, 6051:22, 6053:6, 6053:12, 6061:16, 6070:5, 6073:23, 6079:3, 6082:1, 6083:18, 6090:4, 6095:5, 6095:8, 6115:4, 6121:1, 6130:3, 6130:16, 6132:6, 6165:11

**puts** [3] - 6092:17, 6095:3, 6101:20

**putting** [1] - 6134:16

**puzzled** [1] - 6061:7

## Q

**Qaeda** [5] - 6106:21, 6106:25, 6107:1, 6152:23, 6152:24

**QRF** [2] - 6127:19, 6127:24

**quality** [1] - 6110:21

**questioning** [1] -

6054:5
**questions** [12] -
6058:9, 6066:25,
6076:2, 6084:19,
6088:14, 6092:11,
6112:19, 6112:20,
6112:21, 6152:12,
6153:2, 6158:19
**quibble** [1] - 6082:21
**quick** [2] - 6097:21,
6131:7
**quickly** [2] - 6128:1,
6149:20
**quite** [7] - 6052:19,
6071:15, 6071:17,
6101:13, 6111:7,
6112:22, 6114:4
**quote** [1] - 6072:19
**quoted** [1] - 6158:4
**quoting** [1] - 6158:8

## R

**radio** [1] - 6089:12,
6159:13
**Radio** [1] - 6115:2
**Rafallah** [8] - 6073:5,
6074:22, 6074:25,
6075:2, 6075:4,
6075:5, 6122:23,
6122:24
**rage** [4] - 6135:22,
6137:8, 6137:10
**raided** [1] - 6075:3
**raised** [2] - 6138:21,
6156:13
**raises** [1] - 6096:20
**rally** [1] - 6102:7
**ran** [2] - 6066:25,
6122:3
**random** [1] - 6162:19
**RAS** [1] - 6074:22
**Ray** [1] - 6155:12
**re** [1] - 6103:10
**re-create** [1] - 6103:10
**reach** [1] - 6160:22
**reached** [4] - 6161:16,
6163:9, 6163:19,
6163:20
**reaching** [1] - 6160:15
**reacted** [1] - 6119:21
**reacting** [1] - 6113:16
**reaction** [2] - 6052:2,
6119:22
**read** [10] - 6071:24,
6079:1, 6108:10,
6108:12, 6108:23,
6128:9, 6132:12,
6159:9, 6159:15,

6159:16
**ready** [2] - 6124:11,
6164:5
**real** [4] - 6123:2,
6127:13, 6141:22,
6147:9
**realize** [2] - 6131:10,
6150:14
**really** [30] - 6050:23,
6052:3, 6060:23,
6063:10, 6063:22,
6064:11, 6066:20,
6069:23, 6070:1,
6070:8, 6071:19,
6072:1, 6073:15,
6077:19, 6077:20,
6097:24, 6098:23,
6101:2, 6103:22,
6113:8, 6114:24,
6115:4, 6122:6,
6125:18, 6131:7,
6136:19, 6141:6,
6143:4, 6151:14,
6158:3
**reason** [32] - 6051:8,
6054:1, 6055:16,
6056:22, 6058:18,
6061:24, 6062:1,
6062:17, 6063:19,
6067:7, 6077:11,
6078:14, 6091:17,
6091:21, 6093:17,
6094:9, 6098:25,
6099:1, 6099:2,
6104:20, 6120:7,
6127:14, 6132:16,
6132:17, 6133:3,
6133:4, 6133:8,
6144:23, 6147:5,
6147:8, 6151:7
**reasonable** [20] -
6051:6, 6051:16,
6059:8, 6061:12,
6103:11, 6108:13,
6123:3, 6128:20,
6132:1, 6132:5,
6132:9, 6132:13,
6132:15, 6132:20,
6132:22, 6132:24,
6133:2, 6133:7,
6133:15, 6140:17
**reasonably** [1] -
6133:1
**reasons** [4] - 6059:6,
6111:19, 6132:18,
6133:9
**reassembling** [1] -
6050:3
**rebuttal** [2] - 6099:5,
6155:24

**recalled** [1] - 6104:17
**receipt** [2] - 6067:20,
6067:24
**receive** [2] - 6100:3,
6143:10
**received** [9] - 6077:6,
6077:8, 6089:12,
6133:10, 6136:1,
6143:10, 6145:6,
6149:21, 6150:11
**receiving** [2] - 6100:6,
6143:15
**Recess** [1] - 6124:20
**recognize** [2] -
6109:16, 6109:18
**recognized** [1] -
6109:17
**recollection** [3] -
6074:1, 6087:14,
6088:1
**record** [8] - 6050:5,
6050:6, 6053:2,
6165:11, 6165:15,
6165:17, 6165:19,
6166:5
**recorder** [1] - 6115:2
**recordings** [1] -
6101:25
**records** [28] - 6089:8,
6092:20, 6092:21,
6093:1, 6093:5,
6093:6, 6093:13,
6097:7, 6097:10,
6128:3, 6128:4,
6128:12, 6128:13,
6128:14, 6128:17,
6128:18, 6128:20,
6129:8, 6129:9,
6129:15, 6133:8,
6141:11, 6141:13,
6141:25, 6151:5
**recovered** [1] - 6073:5
**Red** [1] - 6068:25
**red** [1] - 6125:18
**redacted** [1] - 6118:18
**redirect** [2] - 6068:4,
6089:24
**refer** [4] - 6108:9,
6108:16, 6110:12,
6159:6
**reference** [1] - 6157:9
**referred** [4] - 6056:10,
6112:14, 6128:3,
6156:1
**referring** [3] -
6051:20, 6089:8,
6125:18
**reflected** [1] - 6122:18
**refused** [1] - 6111:15
**regarding** [3] -

6106:15, 6160:20,
6161:2
**regret** [2] - 6052:18,
6062:19
**regular** [1] - 6163:3
**reimbursed** [5] -
6067:2, 6067:4,
6078:19, 6078:20,
6081:18
**reinforcements** [4] -
6090:16, 6090:21,
6090:23, 6091:23
**rejoin** [1] - 6163:2
**related** [1] - 6106:17
**relationship** [1] -
6142:13
**reliability** [2] - 6154:3,
6157:9
**relied** [1] - 6129:19
**relief** [1] - 6054:7
**religious** [2] - 6056:2,
6056:21
**relish** [1] - 6162:18
**rely** [6] - 6065:8,
6093:15, 6098:24,
6130:6, 6130:7,
6130:8
**remained** [1] -
6162:22
**remarkably** [1] -
6097:16
**remarks** [1] - 6077:16
**remember** [24] -
6055:6, 6060:21,
6065:22, 6069:18,
6072:23, 6074:4,
6082:2, 6083:13,
6090:2, 6103:7,
6103:9, 6108:17,
6112:25, 6115:11,
6117:16, 6140:1,
6142:21, 6143:21,
6144:16, 6146:25,
6148:7, 6153:7,
6156:22, 6162:8
**remembers** [1] -
6087:23
**remind** [5] - 6063:6,
6125:10, 6128:4,
6159:12, 6160:1
**reminded** [1] - 6079:8
**remove** [2] - 6082:16,
6157:10
**repair** [1] - 6080:3
**repeatedly** [5] -
6051:20, 6095:23,
6099:18, 6116:14,
6155:23
**repercussions** [1] -
6068:18

**replayed** [1] - 6109:21
**report** [8] - 6071:6,
6071:9, 6071:10,
6071:12, 6072:16,
6072:18, 6145:8,
6163:16
**reported** [3] - 6058:25,
6117:5, 6117:9
**Reporter** [2] -
6049:23, 6166:3
**reports** [4] - 6074:2,
6123:4, 6159:13,
6159:16
**represent** [2] - 6102:9,
6135:1
**representative** [1] -
6099:18
**representatives** [3] -
6066:2, 6066:4,
6112:7
**represented** [1] -
6128:25
**representing** [1] -
6087:9
**request** [2] - 6079:12,
6109:20
**requested** [1] -
6165:13
**requirement** [1] -
6151:16
**rescue** [1] - 6149:17
**rescued** [2] - 6075:12,
6096:3
**research** [2] - 6160:8,
6163:6
**reserve** [2] - 6155:22,
6156:7
**resettlement** [1] -
6077:8
**residence** [5] -
6080:2, 6146:6,
6151:12, 6151:16
**respect** [4] - 6066:12,
6120:3, 6131:19,
6161:1
**respected** [2] -
6106:23, 6116:25
**respond** [8] - 6072:1,
6072:3, 6072:4,
6072:7, 6072:8,
6072:9, 6123:5,
6134:7
**responded** [5] -
6062:24, 6071:8,
6071:23, 6072:10,
6072:13
**responders** [5] -
6090:17, 6090:19,
6095:10, 6108:1,
6123:13

**responding** [3] -
6090:19, 6091:11,
6091:14
**response** [5] - 6076:2,
6090:24, 6094:19,
6094:20, 6098:17
**responsibility** [2] -
6071:1, 6135:10
**responsible** [4] -
6059:23, 6071:2,
6077:11, 6149:11
**rest** [3] - 6109:17,
6121:1, 6162:21
**restricted** [1] - 6124:4
**rests** [2] - 6061:11,
6162:13
**result** [3] - 6084:6,
6112:22
**resulted** [1] - 6148:25
**resulting** [2] - 6146:2,
6148:18
**retire** [1] - 6159:25
**retiring** [1] - 6162:5
**return** [5] - 6068:6,
6080:21, 6141:4,
6163:12, 6163:13
**returned** [3] - 6068:16,
6095:25, 6096:3
**retweeted** [1] -
6106:24
**reveal** [1] - 6161:14
**reviewing** [1] - 6162:5
**revisited** [1] - 6100:4
**revolution** [10] -
6054:6, 6054:15,
6054:16, 6054:17,
6055:5, 6055:15,
6069:20, 6112:4,
6116:3, 6141:1
**revolutionaries** [6] -
6054:8, 6054:12,
6055:18, 6055:21,
6068:21, 6069:14
**revolutionaries'** [1] -
6068:20
**revolutionary** [2] -
6056:6, 6069:13
**reward** [6] - 6099:13,
6100:1, 6100:6,
6101:4, 6145:7,
6145:20
**Rewards** [1] - 6080:21
**rid** [2] - 6100:17,
6137:15
**right-hand** [1] -
6110:6
**rights** [1] - 6155:5
**rises** [1] - 6070:16
**road** [1] - 6078:9
**roadblock** [6] -

6121:19, 6121:21,
6121:23, 6122:1,
6122:11, 6123:12
**roadblocks** [5] -
6121:13, 6121:14,
6121:17, 6122:2,
6126:21
**robber** [5] - 6145:12,
6145:15, 6145:17,
6145:19, 6145:21
**robbery** [3] - 6145:12,
6145:22, 6145:25
**robbing** [2] - 6145:13,
6145:19
**ROBINSON** [6] -
6049:19, 6155:21,
6156:8, 6156:12,
6157:16, 6157:24
**role** [2] - 6086:10,
6107:23
**Room** [1] - 6049:24
**room** [14] - 6053:12,
6064:25, 6065:4,
6073:3, 6078:1,
6078:8, 6097:13,
6122:17, 6126:10,
6160:10, 6161:23,
6162:5, 6163:12,
6163:17
**rose** [1] - 6055:24
**route** [1] - 6147:25
**Roy** [1] - 6095:25
**RPGs** [1] - 6135:23
**RPR** [1] - 6049:23
**rule** [1] - 6065:10
**ruled** [1] - 6165:15
**rules** [2] - 6158:20,
6160:20
**run** [2] - 6108:8,
6156:16
**running** [8] - 6078:5,
6105:10, 6106:23,
6137:12, 6137:23,
6147:11, 6153:7
**Russia** [1] - 6069:25

---

# S

**safe** [1] - 6109:8
**Saglusi** [1] - 6142:4
**Sahati** [7] - 6074:22,
6074:25, 6075:2,
6075:4, 6075:5,
6122:23, 6122:24
**Sahati's** [1] - 6073:5
**Salah** [1] - 6142:2
**Salem** [2] - 6128:11,
6153:15
**Salid** [1] - 6142:3

**SALIM** [1] - 6049:5
**Salim** [9] - 6057:13,
6057:14, 6057:19,
6058:17, 6059:4,
6111:22, 6113:17,
6113:22, 6115:25
**sat** [4] - 6079:23,
6102:10, 6153:7,
6153:14
**saw** [32] - 6054:7,
6054:20, 6058:11,
6061:7, 6062:2,
6063:3, 6063:11,
6068:15, 6073:13,
6096:21, 6117:8,
6125:21, 6129:15,
6137:18, 6137:25,
6142:7, 6142:14,
6144:16, 6145:12,
6145:13, 6145:18,
6145:19, 6145:22,
6147:17, 6149:10,
6149:25, 6151:6,
6151:9, 6154:9,
6154:10, 6154:14
**Sayyid** [1] - 6136:7
**scared** [1] - 6058:25
**scene** [3] - 6073:23,
6074:7, 6131:14
**scheduled** [1] -
6105:11
**Scott** [3] - 6116:14,
6155:12, 6156:20
**scratch** [1] - 6087:8
**screen** [3] - 6095:12,
6143:22, 6144:17
**SEAL** [2] - 6155:10,
6155:11
**Seals** [1] - 6135:5
**Sean** [5] - 6134:15,
6135:4, 6146:12,
6155:8, 6155:9
**searing** [3] - 6135:21,
6135:22, 6150:8
**Seats** [1] - 6162:23
**seats** [2] - 6162:20
**second** [11] - 6066:11,
6070:3, 6109:22,
6110:13, 6117:13,
6119:10, 6120:6,
6120:21, 6126:23,
6144:11, 6159:4
**secondly** [1] - 6079:25
**seconds** [7] -
6092:22, 6093:2,
6094:1, 6120:13,
6120:15, 6145:5,
6145:16
**sections** [1] - 6131:13
**secured** [1] - 6073:22

**security** [9] - 6079:9,
6090:25, 6091:13,
6092:3, 6116:11,
6128:13, 6128:15,
6144:20
**Security** [3] - 6081:9,
6138:23, 6149:13
**see** [42] - 6053:11,
6053:15, 6055:5,
6060:1, 6076:16,
6087:19, 6092:19,
6093:24, 6095:11,
6095:13, 6097:14,
6101:24, 6108:8,
6110:19, 6110:24,
6113:25, 6114:1,
6115:6, 6117:1,
6120:12, 6120:18,
6121:2, 6121:7,
6122:16, 6124:24,
6125:6, 6127:5,
6127:19, 6130:24,
6133:25, 6137:9,
6137:21, 6148:6,
6148:7, 6149:22,
6149:23, 6150:24,
6151:5, 6151:6,
6153:25, 6155:3
**seeing** [4] - 6092:22,
6113:17, 6120:13,
6129:6
**seek** [1] - 6155:22
**seem** [2] - 6087:9,
6113:23
**sees** [3] - 6093:1,
6113:18, 6126:23
**select** [2] - 6160:18,
6160:20
**selected** [1] - 6162:20
**selecting** [1] -
6160:24
**selection** [1] -
6162:19
**sell** [2] - 6078:18,
6085:14
**send** [8] - 6090:15,
6090:21, 6090:23,
6097:15, 6107:25,
6161:6, 6163:19,
6164:13
**sending** [5] - 6090:18,
6090:19, 6091:18,
6095:9, 6160:10
**sends** [3] - 6089:18,
6090:20, 6097:13
**sense** [31] - 6054:13,
6055:15, 6055:20,
6056:4, 6056:7,
6060:10, 6069:11,
6069:15, 6069:21,

6069:22, 6071:7,
6071:14, 6072:5,
6075:23, 6085:1,
6085:8, 6089:6,
6089:17, 6091:22,
6096:11, 6096:24,
6096:25, 6108:4,
6108:23, 6111:19,
6133:17, 6133:18,
6133:21, 6141:22,
6162:1
**sensitive** [3] -
6073:19, 6073:21,
6074:14
**sent** [4] - 6054:18,
6068:10, 6090:25,
6104:3
**sentence** [1] - 6162:13
**sentiment** [1] - 6052:6
**separate** [1] - 6102:21
**September** [16] -
6057:12, 6059:5,
6060:5, 6060:6,
6076:16, 6079:25,
6080:12, 6096:13,
6099:21, 6099:25,
6107:24, 6109:25,
6133:25, 6137:5,
6144:21
**Sergeant** [1] - 6064:22
**serious** [1] - 6062:15
**service** [1] - 6163:11
**Session** [1] - 6049:7
**sessions** [1] - 6052:10
**set** [7] - 6105:1,
6105:7, 6106:5,
6119:5, 6121:22,
6151:18, 6163:17
**sets** [1] - 6121:16
**setting** [2] - 6053:3,
6053:8
**settle** [1] - 6064:6
**settled** [4] - 6068:1,
6068:3, 6082:22,
6140:15
**settles** [1] - 6081:4
**seven** [4] - 6085:25,
6087:21, 6088:22,
6122:13
**several** [5] - 6074:1,
6074:3, 6105:16,
6118:23, 6147:11
**Shack** [1] - 6115:2
**shady** [3] - 6070:13,
6084:8
**Shairi** [1] - 6142:7
**Shaku** [3] - 6089:12,
6089:13, 6089:15
**Shaltami** [10] -
6107:18, 6107:22,

6107:23, 6107:24, 6107:25, 6108:2, 6123:5, 6123:8, 6123:10, 6123:11
**shape** [1] - 6114:3
**share** [2] - 6079:6, 6101:9
**Sharia** [11] - 6056:14, 6056:17, 6056:18, 6056:19, 6056:21, 6060:16, 6079:20, 6114:16, 6147:1, 6148:10
**Sharif** [7] - 6089:19, 6089:20, 6089:23, 6089:24, 6091:5, 6092:9, 6097:14
**sheet** [1] - 6130:2
**Shield** [3] - 6095:25, 6096:2, 6122:22
**shift** [2] - 6061:16, 6097:23
**shifts** [1] - 6061:13
**ship** [9] - 6052:1, 6052:11, 6053:10, 6097:17, 6102:23, 6115:3, 6122:13, 6126:17, 6127:14
**shoot** [3] - 6057:5, 6063:15, 6085:7
**shooting** [2] - 6097:16, 6126:24
**shot** [8] - 6089:14, 6089:23, 6089:25, 6090:22, 6090:23, 6094:15, 6097:19, 6110:8
**shots** [1] - 6089:14
**show** [11] - 6097:8, 6099:2, 6106:10, 6115:10, 6115:13, 6118:24, 6124:23, 6127:12, 6131:15, 6132:1, 6148:21
**showed** [5] - 6110:1, 6126:16, 6127:6, 6138:4, 6151:2
**showing** [6] - 6060:19, 6082:2, 6119:10, 6137:24, 6141:14, 6141:15
**shown** [1] - 6119:18
**shows** [15] - 6065:1, 6075:15, 6076:14, 6082:12, 6093:23, 6115:22, 6121:6, 6126:5, 6126:9, 6126:12, 6126:19, 6137:10, 6141:21
**SHWEIKI** [1] - 6049:12

**sic** [2] - 6127:4, 6141:25
**side** [7] - 6069:7, 6075:14, 6095:13, 6096:7, 6111:8, 6111:14, 6112:21
**sides** [5] - 6070:24, 6117:20, 6157:13, 6158:23, 6165:24
**sign** [3] - 6116:11, 6163:21, 6163:22
**signed** [6] - 6060:18, 6067:20, 6067:24, 6119:1, 6161:7, 6161:9
**significant** [3] - 6100:1, 6102:14, 6131:10
**similar** [2] - 6060:22, 6097:16
**simply** [11] - 6064:4, 6071:13, 6079:22, 6086:12, 6094:4, 6106:10, 6108:22, 6113:16, 6117:22, 6120:3, 6157:17
**sin** [2] - 6135:13, 6135:20
**sincerity** [1] - 6062:18
**single** [8] - 6061:13, 6062:3, 6083:9, 6141:8, 6141:9, 6150:3, 6150:4, 6150:5
**singularly** [1] - 6086:13
**sit** [3] - 6061:14, 6134:4, 6155:6
**site** [2] - 6073:22, 6073:25
**sits** [1] - 6153:9
**sitting** [5] - 6068:13, 6092:12, 6092:14, 6144:16, 6164:2
**situation** [2] - 6082:16, 6154:18
**six** [7] - 6065:5, 6085:25, 6087:21, 6088:22, 6122:13, 6122:17
**sixth** [1] - 6086:15
**skipped** [1] - 6123:20
**slab** [1] - 6053:10
**sleep** [1] - 6126:13
**sleepy** [1] - 6060:9
**slew** [1] - 6065:12
**slides** [1] - 6129:6
**slippers** [2] - 6057:17, 6113:11
**small** [2] - 6096:6,

6148:13
**Smith** [5] - 6134:15, 6135:4, 6146:12, 6155:8, 6155:9
**smoke** [1] - 6089:21
**snitch** [1] - 6100:11
**social** [3] - 6079:20, 6117:5, 6117:6
**soldiers** [2] - 6142:6, 6147:2
**solely** [5] - 6056:1, 6061:11, 6159:17, 6162:13, 6162:14
**someone** [18] - 6051:24, 6057:16, 6061:24, 6078:10, 6084:5, 6084:7, 6092:1, 6100:17, 6109:16, 6109:17, 6115:12, 6119:25, 6126:13, 6128:6, 6128:14, 6128:19
**someplace** [2] - 6093:14, 6115:20
**sometime** [2] - 6060:6, 6070:22
**sometimes** [1] - 6108:18
**somewhat** [3] - 6072:25, 6088:20, 6124:4
**somewhere** [5] - 6074:16, 6143:6, 6143:17, 6148:8
**son** [5] - 6135:4, 6135:5, 6135:25, 6155:10, 6155:11
**sons** [1] - 6135:6
**soon** [1] - 6159:21
**sorry** [5] - 6067:7, 6084:12, 6105:18, 6114:22, 6131:20
**sort** [12] - 6063:1, 6071:18, 6072:15, 6077:21, 6078:12, 6084:14, 6102:6, 6115:10, 6122:11, 6130:16, 6131:8, 6132:10
**sorts** [1] - 6135:23
**sounded** [1] - 6082:17
**sounds** [1] - 6090:9
**spared** [1] - 6115:1
**specific** [3] - 6132:2, 6157:6, 6160:20
**specifically** [1] - 6092:25
**specified** [1] - 6105:20
**speculate** [1] -

6156:15
**speed** [1] - 6114:24
**spell** [1] - 6104:14
**spelled** [2] - 6090:3, 6090:7
**spelling** [1] - 6090:9
**spend** [2] - 6131:12, 6131:21
**spent** [2] - 6066:5, 6135:16, 6140:5
**spoken** [2] - 6062:11, 6107:18
**spokesperson** [1] - 6160:19
**spreadsheet** [26] - 6092:21, 6093:6, 6093:10, 6093:14, 6093:17, 6093:19, 6093:21, 6093:23, 6094:4, 6097:7, 6103:13, 6128:6, 6128:15, 6128:21, 6128:25, 6129:7, 6129:10, 6129:11, 6130:1, 6130:3, 6130:5, 6130:19, 6130:24, 6130:25, 6131:2, 6131:3
**spreadsheets** [1] - 6089:9
**spy** [5] - 6068:25, 6137:16, 6146:9, 6147:9, 6148:13
**spy-based** [1] - 6068:25
**spying** [6] - 6069:23, 6070:1, 6103:24, 6114:7, 6114:21, 6136:19
**squad** [5] - 6135:21, 6136:7, 6136:8, 6137:7, 6156:1
**staff** [1] - 6096:15
**stages** [1] - 6057:9
**stand** [22] - 6135:2, 6069:10, 6071:21, 6071:22, 6071:24, 6075:20, 6094:6, 6094:7, 6094:16, 6094:17, 6094:18, 6094:23, 6107:19, 6107:25, 6123:8, 6136:12, 6139:4, 6139:23, 6139:24, 6149:12, 6149:19, 6161:25
**stand-down** [12] - 6071:21, 6071:22, 6071:24, 6094:6, 6094:7, 6094:16,

6094:17, 6094:18, 6094:23, 6107:19, 6149:12, 6149:19
**standard** [1] - 6132:10
**standards** [1] - 6134:17
**standing** [3] - 6069:22, 6087:10, 6103:3
**standpoint** [1] - 6084:25
**stands** [1] - 6118:22
**start** [10] - 6054:15, 6057:3, 6057:5, 6070:17, 6083:4, 6155:21, 6159:11, 6159:24, 6159:25
**started** [9] - 6060:13, 6065:3, 6066:1, 6077:12, 6082:2, 6082:23, 6118:2, 6158:18, 6163:18
**starting** [2] - 6091:24, 6092:8
**starts** [1] - 6091:25
**State** [3] - 6083:15, 6099:13, 6122:3
**statement** [7] - 6052:15, 6054:8, 6055:12, 6099:4, 6103:18, 6137:19, 6153:11
**statements** [8] - 6050:23, 6052:1, 6065:9, 6117:16, 6121:24, 6133:1, 6153:2, 6158:19
**STATES** [3] - 6049:1, 6049:2, 6049:9
**States** [33] - 6076:6, 6077:15, 6079:1, 6079:11, 6079:25, 6080:4, 6080:10, 6081:17, 6082:13, 6083:24, 6098:13, 6100:7, 6100:16, 6101:24, 6105:9, 6105:20, 6106:13, 6107:4, 6107:10, 6109:9, 6109:14, 6112:1, 6112:6, 6112:9, 6114:14, 6116:3, 6116:12, 6135:1, 6135:2, 6135:8, 6135:21, 6143:11, 6155:4
**States'** [1] - 6079:12
**stature** [1] - 6106:22
**stay** [2] - 6089:22, 6149:18

**stayed** [2] - 6060:6, 6143:6
**staying** [1] - 6055:13
**step** [4] - 6051:7, 6059:6, 6071:4, 6132:13
**stepped** [1] - 6052:5
**stepping** [1] - 6072:25
**steps** [1] - 6151:20
**Stevens** [10] - 6054:4, 6054:7, 6054:11, 6055:18, 6134:15, 6135:4, 6135:25, 6136:11, 6149:17, 6155:7
**stick** [1] - 6140:16
**sticker** [2] - 6082:3, 6082:4
**still** [14] - 6060:20, 6066:12, 6073:2, 6081:15, 6082:13, 6118:18, 6119:18, 6121:8, 6138:22, 6145:17, 6145:20, 6146:13, 6163:6, 6163:13
**stipulated** [1] - 6051:13
**stipulation** [14] - 6051:10, 6060:1, 6078:25, 6080:15, 6081:5, 6090:11, 6103:16, 6106:14, 6109:25, 6125:6, 6157:8, 6159:8, 6165:12, 6165:15
**stipulations** [19] - 6055:5, 6063:25, 6064:7, 6064:8, 6064:10, 6064:19, 6079:18, 6108:7, 6108:13, 6108:16, 6108:22, 6149:20, 6149:21, 6149:22, 6153:24, 6157:14, 6159:5, 6159:6
**stomping** [1] - 6137:9
**stone** [2] - 6135:13, 6156:3
**stood** [9] - 6069:25, 6102:7, 6139:2, 6139:8, 6141:5, 6144:2, 6154:13, 6154:17
**stop** [3] - 6069:3, 6105:14, 6109:16
**stopped** [7] - 6091:19, 6095:4, 6102:18, 6109:17, 6122:21, 6123:3

**stopping** [3] - 6122:25, 6123:1, 6123:12
**stops** [1] - 6090:17
**stories** [3] - 6064:14, 6080:25, 6084:9
**storing** [1] - 6080:1
**story** [20] - 6054:2, 6054:5, 6055:1, 6055:17, 6056:6, 6063:2, 6071:7, 6085:9, 6086:13, 6086:20, 6086:21, 6087:13, 6088:13, 6088:20, 6090:14, 6091:8, 6095:8, 6107:20, 6109:3, 6115:17
**street** [1] - 6108:20
**Street** [3] - 6049:13, 6137:1, 6146:21
**stretch** [2] - 6073:15, 6100:18
**strike** [1] - 6096:24
**strings** [1] - 6055:17
**strong** [1] - 6161:24
**studying** [1] - 6058:6
**stuff** [4] - 6064:18, 6073:19, 6086:1, 6122:9
**stupid** [1] - 6096:25
**stupidest** [1] - 6096:23
**submit** [11] - 6057:23, 6058:17, 6060:25, 6075:24, 6108:12, 6109:12, 6110:14, 6110:20, 6123:1, 6132:8, 6132:18
**subpoena** [1] - 6058:7
**subpoenaed** [1] - 6111:24
**subscriber** [4] - 6129:21, 6129:24, 6141:14, 6141:15
**subsequent** [1] - 6100:2
**subsequently** [1] - 6100:5
**substance** [2] - 6067:12, 6079:19
**substantive** [1] - 6066:12
**substitute** [2] - 6133:19, 6133:21
**succeeded** [1] - 6137:17
**sudden** [1] - 6141:22
**suddenly** [3] - 6075:4, 6091:1, 6109:21

**suffered** [2] - 6055:25, 6134:13
**sufficient** [1] - 6128:19
**suggest** [11] - 6053:23, 6063:10, 6067:5, 6073:15, 6078:25, 6083:23, 6088:6, 6091:13, 6113:9, 6114:13, 6114:23
**suggested** [6] - 6063:7, 6077:17, 6114:18, 6117:10, 6117:21, 6126:7
**suggesting** [14] - 6064:3, 6074:15, 6076:18, 6079:21, 6080:23, 6083:25, 6093:11, 6106:20, 6113:14, 6114:1, 6119:3, 6119:4, 6120:2, 6156:4
**suggestion** [2] - 6107:1, 6108:20
**suggests** [1] - 6053:4
**Suite** [2] - 6049:17, 6049:21
**summarizing** [1] - 6052:12
**summary** [5] - 6053:15, 6065:1, 6093:6, 6122:15, 6126:3
**summation** [1] - 6156:15
**summations** [2] - 6156:24, 6158:14
**summon** [1] - 6163:1
**supervisors** [1] - 6094:21
**supplies** [1] - 6054:7
**support** [4] - 6103:20, 6110:25, 6118:17, 6157:6
**supporter** [1] - 6106:21
**supporting** [1] - 6082:14
**suppose** [1] - 6133:20
**supposed** [4] - 6051:4, 6051:5, 6053:6, 6072:22
**supposedly** [1] - 6077:16
**supposing** [1] - 6133:16
**surprised** [1] - 6079:10
**surrounded** [2] -

6116:13, 6118:23
**survived** [1] - 6154:10
**suspect** [3] - 6069:24, 6080:24, 6106:3
**suspicious** [2] - 6088:8, 6125:15
**sympathies** [1] - 6134:10
**sympathize** [1] - 6062:19

---

## T

**table** [4] - 6061:12, 6111:8, 6112:21, 6148:18
**talks** [4] - 6102:22, 6127:3, 6131:13, 6131:22
**tape** [4] - 6052:9, 6052:20, 6073:24, 6149:10
**target** [1] - 6125:13
**task** [1] - 6160:22
**tea** [1] - 6113:21
**team** [1] - 6117:19
**telephone** [2] - 6128:3, 6131:6
**television** [1] - 6159:14
**teller** [1] - 6145:15
**teller's** [1] - 6145:13
**tempted** [1] - 6159:15
**terminology** [1] - 6132:11
**terrible** [4] - 6051:15, 6082:17, 6154:7, 6154:9
**terrified** [1] - 6139:17
**terrorism** [1] - 6056:15
**terrorist** [8] - 6075:13, 6075:15, 6122:24, 6135:14, 6143:12, 6152:5, 6155:25, 6156:3
**terrorists** [3] - 6075:10, 6078:5, 6156:3
**testified** [8] - 6065:23, 6084:14, 6087:25, 6101:1, 6112:17, 6129:13, 6144:12, 6145:15
**testify** [8] - 6051:9, 6076:6, 6083:24, 6093:7, 6101:17, 6107:15, 6112:2, 6144:23

**testifying** [6] - 6075:21, 6076:1, 6076:2, 6092:19, 6101:8, 6144:20
**testimony** [14] - 6064:9, 6066:12, 6067:12, 6084:15, 6098:24, 6099:6, 6099:10, 6099:16, 6099:19, 6100:2, 6100:5, 6107:23, 6116:16, 6127:24
**texts** [1] - 6160:5
**thanked** [2] - 6079:11, 6098:12
**THE** [54] - 6049:1, 6049:8, 6050:6, 6050:11, 6050:14, 6123:15, 6123:18, 6123:22, 6124:1, 6124:3, 6124:5, 6124:9, 6124:13, 6124:15, 6124:18, 6124:21, 6134:22, 6134:24, 6136:5, 6136:22, 6139:22, 6140:11, 6140:16, 6150:17, 6150:21, 6152:8, 6152:10, 6152:16, 6152:19, 6153:1, 6153:5, 6155:17, 6155:19, 6156:6, 6156:9, 6156:22, 6157:21, 6158:2, 6158:9, 6158:12, 6159:4, 6163:16, 6164:9, 6164:12, 6164:15, 6164:18, 6164:21, 6164:24, 6165:2, 6165:5, 6165:8, 6165:10, 6165:19, 6165:23
**themselves** [1] - 6108:14
**theory** [3] - 6055:3, 6059:15, 6131:9
**thereafter** [1] - 6083:9
**therefore** [2] - 6075:14, 6082:18
**they've** [3] - 6050:19, 6050:20, 6119:9
**thin** [1] - 6139:15
**thinking** [1] - 6152:5
**thinks** [2] - 6091:4, 6101:5
**third** [7] - 6072:15, 6081:20, 6086:16, 6088:3, 6097:23, 6110:16, 6120:22

tho [1] - 6104:12
thousands [2] -
6136:1
threat [1] - 6071:9
three [24] - 6062:10,
6062:11, 6062:13,
6070:6, 6070:16,
6073:25, 6075:12,
6079:17, 6085:13,
6086:16, 6086:17,
6086:23, 6086:24,
6088:24, 6123:21,
6124:8, 6124:23,
6129:4, 6139:11,
6151:8, 6151:15,
6153:9, 6153:15,
6162:20
threw [1] - 6108:24
throughout [5] -
6050:20, 6051:18,
6061:14, 6065:24,
6081:4
throwing [1] - 6056:24
thrown [1] - 6056:7
Thursday [2] - 6049:5,
6066:18
thwart [1] - 6108:22
tidbit [1] - 6108:17
tie [4] - 6074:21,
6085:21, 6086:3,
6129:25
tied [4] - 6077:12,
6109:1, 6109:13,
6133:14
Tiegen [11] - 6062:23,
6063:1, 6094:18,
6094:21, 6094:25,
6096:1, 6117:7,
6125:10, 6126:25,
6127:1
ties [1] - 6133:10
tighten [1] - 6109:2
timing [1] - 6084:18
today [2] - 6123:25,
6158:15
together [2] - 6059:9,
6150:8
toll [1] - 6129:14
tomorrow [2] -
6164:1, 6164:4
tone [1] - 6112:22
took [12] - 6054:3,
6073:18, 6082:21,
6094:8, 6096:4,
6098:14, 6107:25,
6109:19, 6123:21,
6147:22, 6148:2,
6151:18
top [1] - 6128:10
total [5] - 6066:5,

6066:8, 6066:13,
6082:4, 6128:5
touch [2] - 6056:10,
6095:12
towards [5] - 6053:5,
6063:8, 6076:23,
6114:13, 6126:17
town [1] - 6069:25
track [2] - 6098:15,
6114:22
traffic [1] - 6121:25
tragic [3] - 6051:14,
6063:18, 6096:8
transcript [1] - 6166:4
TRANSCRIPT [1] -
6049:8
transcription [1] -
6052:25
translate [1] - 6090:6
translation [1] -
6052:25
transpired [3] -
6069:2, 6069:16,
6112:15
travel [2] - 6140:9,
6145:1
traveled [4] - 6082:22,
6140:15, 6153:20,
6158:4
traveling [1] - 6144:19
travels [2] - 6070:19,
6081:3
treated [3] - 6052:10,
6099:3, 6157:19
trial [22] - 6050:20,
6051:18, 6061:14,
6084:22, 6085:20,
6086:5, 6087:2,
6089:1, 6089:11,
6099:7, 6108:18,
6110:5, 6110:3,
6125:21, 6145:14,
6154:9, 6154:20,
6157:1, 6158:17,
6158:22, 6159:18,
6160:2
TRIAL [1] - 6049:8
tried [22] - 6051:18,
6057:8, 6069:3,
6073:19, 6073:20,
6074:14, 6087:15,
6090:5, 6093:8,
6103:14, 6106:19,
6111:10, 6112:24,
6116:9, 6116:14,
6116:18, 6116:23,
6147:10, 6156:16,
6165:23
tries [2] - 6078:17,
6129:25

trip [2] - 6076:9,
6116:17
Tripoli [6] - 6055:11,
6116:6, 6116:7,
6121:15, 6153:20
trouble [1] - 6067:1
truck [7] - 6086:21,
6086:22, 6087:3,
6087:6, 6087:9,
6087:15, 6122:21
truckload [5] -
6087:17, 6087:19,
6087:20, 6087:22,
6088:13
truckloads [2] -
6087:20, 6087:21
trucks [1] - 6088:15
true [20] - 6053:23,
6053:24, 6068:7,
6077:3, 6079:4,
6079:22, 6093:17,
6099:23, 6099:24,
6100:23, 6105:6,
6106:11, 6119:3,
6144:6, 6144:9,
6150:19, 6151:7,
6151:13, 6157:22
truly [1] - 6077:10
trust [2] - 6095:17,
6132:25
truth [11] - 6081:24,
6094:22, 6094:24,
6095:9, 6138:14,
6138:16, 6138:17,
6138:19, 6140:7,
6141:5, 6145:8
truthful [3] - 6075:21,
6076:12, 6098:25
try [15] - 6056:8,
6056:24, 6071:5,
6090:6, 6099:5,
6105:12, 6105:13,
6108:22, 6111:8,
6114:24, 6124:14,
6124:23, 6161:8,
6164:19
trying [26] - 6056:19,
6067:5, 6076:9,
6076:12, 6076:19,
6083:23, 6085:13,
6085:14, 6092:9,
6092:10, 6092:11,
6097:18, 6098:12,
6104:18, 6104:22,
6105:1, 6105:6,
6109:2, 6112:5,
6113:18, 6121:18,
6130:18, 6131:22,
6132:14
Tuesday [1] - 6066:18

turn [2] - 6152:15,
6152:18
turned [5] - 6068:19,
6117:1, 6121:25,
6122:5, 6145:16
turning [1] - 6095:15
turns [1] - 6091:6
TV [4] - 6052:4,
6052:16, 6052:20,
6117:8
tweet [2] - 6106:24,
6152:13
two [44] - 6053:13,
6053:15, 6053:18,
6055:10, 6058:2,
6060:4, 6060:21,
6065:2, 6066:9,
6066:11, 6066:13,
6067:8, 6067:9,
6067:11, 6068:13,
6070:20, 6070:21,
6073:7, 6075:6,
6084:19, 6087:7,
6087:8, 6087:10,
6089:18, 6090:21,
6091:5, 6091:6,
6094:11, 6094:13,
6096:20, 6110:9,
6114:5, 6120:12,
6123:4, 6124:7,
6126:12, 6139:10,
6141:18, 6146:12,
6148:19, 6149:3,
6149:22, 6151:13
two-and-a-half [1] -
6087:8
two-hour [1] - 6126:12
Ty [1] - 6155:10
tying [1] - 6125:4
type [1] - 6150:11
types [1] - 6149:22
Tyrone [3] - 6134:15,
6135:5, 6155:10

## U

U.S [8] - 6049:13,
6049:24, 6068:24,
6075:6, 6099:24,
6113:12, 6113:24,
6116:1
Ubaydah [2] -
6142:10, 6148:4
Ubaydi [1] - 6142:7
Ubben [6] - 6073:12,
6073:17, 6147:15,
6147:21, 6147:24,
6155:11
Ubydi [6] - 6081:24,

6138:5, 6138:20,
6140:6, 6143:1,
6145:23
ultimately [2] -
6081:4, 6099:14
unanimous [1] -
6161:16
unanimously [2] -
6132:20, 6132:21
uncontested [2] -
6157:19, 6157:21
undeniably [1] -
6054:4
under [9] - 6059:15,
6073:14, 6073:16,
6080:21, 6082:20,
6089:13, 6149:4,
6151:17, 6161:13
undercover [1] -
6101:23
undercuts [1] -
6119:15
underlying [2] -
6122:16, 6126:8
underneath [1] -
6138:24
underway [1] - 6106:2
undisputable [1] -
6055:22
unfair [1] - 6113:8
unfortunately [1] -
6105:22
union [1] - 6105:13
UNITED [3] - 6049:1,
6049:2, 6049:9
United [36] - 6076:6,
6077:15, 6079:1,
6079:11, 6079:12,
6079:25, 6080:4,
6080:9, 6081:17,
6082:13, 6083:24,
6098:13, 6100:7,
6100:16, 6101:24,
6105:9, 6105:20,
6106:13, 6107:3,
6107:10, 6109:9,
6109:14, 6112:1,
6112:6, 6112:9,
6114:14, 6116:3,
6116:12, 6135:1,
6135:2, 6135:8,
6135:21, 6143:11,
6155:4, 6164:13,
6164:19
unlike [3] - 6058:11,
6139:24, 6150:18
unloading [1] - 6054:7
untrustworthy [1] -
6084:2
untruthful [1] -

6096:25
**unusual** [2] - 6083:12,
6110:17
**up** [72] - 6052:5,
6053:10, 6053:15,
6055:24, 6056:1,
6065:2, 6066:10,
6067:14, 6067:25,
6069:10, 6069:22,
6069:25, 6073:1,
6073:23, 6077:4,
6077:25, 6080:25,
6084:17, 6084:21,
6084:23, 6085:24,
6086:4, 6087:2,
6087:9, 6088:13,
6088:14, 6088:21,
6089:1, 6089:2,
6090:4, 6091:18,
6098:6, 6101:1,
6102:8, 6104:20,
6105:1, 6105:7,
6106:5, 6108:20,
6109:3, 6114:24,
6115:2, 6115:5,
6117:19, 6117:22,
6120:7, 6121:1,
6121:16, 6121:23,
6125:12, 6127:9,
6130:19, 6134:1,
6136:9, 6139:2,
6139:8, 6140:23,
6141:5, 6143:3,
6144:2, 6144:17,
6147:11, 6153:5,
6154:6, 6154:13,
6154:17, 6159:1,
6160:21, 6161:2,
6163:17
**up-and-up** [1] -
6117:22
**upfront** [2] - 6056:13,
6098:11
**upset** [4] - 6054:23,
6055:8, 6113:13,
6113:23
**useful** [3] - 6161:23,
6162:4, 6162:7
**uses** [1] - 6132:10

**V**

**valid** [1] - 6064:8
**value** [2] - 6069:12,
6073:6
**various** [1] - 6110:10
**vehicle** [5] - 6080:1,
6081:6, 6081:7,
6081:9, 6092:14
**vehicles** [6] - 6070:23,

6071:11, 6071:19,
6071:25, 6086:1,
6088:22
**Venezia** [2] - 6137:1,
6146:20
**verbatim** [1] - 6052:11
**verdict** [15] - 6132:20,
6155:23, 6160:12,
6160:16, 6160:23,
6161:16, 6161:25,
6162:14, 6163:9,
6163:19, 6163:20,
6163:21, 6163:22,
6163:24, 6163:25
**verify** [3] - 6102:4,
6107:21, 6126:7
**version** [3] - 6082:6,
6086:20, 6107:19
**versus** [1] - 6077:6
**via** [1] - 6160:8
**vicinity** [4] - 6146:6,
6151:11, 6151:12,
6151:15
**victims** [2] - 6051:10,
6134:13
**victors** [2] - 6147:3,
6147:4
**video** [33] - 6060:20,
6060:21, 6084:8,
6109:15, 6109:21,
6110:15, 6110:19,
6110:21, 6113:13,
6113:14, 6115:2,
6119:7, 6120:11,
6120:17, 6120:24,
6120:25, 6121:3,
6121:4, 6121:5,
6121:11, 6127:5,
6130:13, 6130:23,
6137:19, 6137:23,
6137:25, 6138:3,
6138:4, 6145:12,
6149:10, 6151:2
**videos** [5] - 6060:24,
6061:3, 6061:5,
6073:13, 6109:13
**videotape** [4] -
6052:9, 6137:22,
6142:8
**videotaped** [1] -
6137:20
**view** [2] - 6054:10,
6107:13
**views** [1] - 6161:3
**violent** [1] - 6137:10
**violently** [1] - 6135:22
**virtually** [1] - 6159:12
**visa** [1] - 6158:6
**visible** [1] - 6115:20
**visit** [2] - 6078:2,

6117:2
**visited** [2] - 6055:11,
6158:5
**visits** [1] - 6126:11
**voice** [2] - 6129:1,
6161:24
**voluntarily** [2] -
6140:21, 6140:23
**voluntary** [1] -
6140:21
**vote** [2] - 6161:19,
6162:5
**voting** [1] - 6161:15

**W**

**wait** [1] - 6067:18
**waking** [1] - 6065:2
**WALEED** [1] - 6049:20
**Walid** [2] - 6136:8,
6142:2
**walk** [1] - 6143:4
**walked** [5] - 6137:18,
6146:19, 6146:20,
6146:25, 6147:1
**walking** [6] - 6070:14,
6115:6, 6120:14,
6121:8, 6125:15,
6148:8
**walks** [2] - 6146:24,
6147:3
**wall** [3] - 6116:14,
6147:15, 6147:24
**wants** [21] - 6054:22,
6058:15, 6059:9,
6069:1, 6070:5,
6073:9, 6074:19,
6074:20, 6078:19,
6081:23, 6081:25,
6085:21, 6092:21,
6093:1, 6095:8,
6097:21, 6097:22,
6106:6, 6111:17,
6129:3, 6152:20
**war** [5] - 6075:14,
6109:10, 6141:2,
6141:3, 6144:21
**warehouse** [3] -
6085:23, 6086:5,
6087:11
**warned** [1] - 6078:9
**Washington** [5] -
6049:5, 6049:14,
6049:18, 6049:22,
6049:25
**watch** [6] - 6110:19,
6120:12, 6120:14,
6120:16, 6159:15,
6159:16

**watching** [3] - 6052:3,
6052:16, 6052:19
**water** [2] - 6053:18,
6090:18
**wavered** [1] - 6059:3
**WAYNE** [3] - 6049:23,
6166:3, 6166:8
**ways** [6] - 6054:13,
6089:6, 6090:7,
6097:11, 6104:15,
6119:12
**weakness** [1] -
6100:15
**weapons** [26] -
6057:18, 6063:15,
6070:25, 6071:16,
6084:16, 6084:23,
6084:24, 6085:2,
6085:7, 6087:9,
6087:11, 6087:17,
6087:18, 6087:19,
6087:20, 6087:21,
6087:22, 6088:13,
6088:15, 6088:16,
6096:22, 6135:23,
6142:17, 6145:9,
6149:2
**wearing** [1] - 6057:17
**Wednesday** [1] -
6066:18
**week** [5] - 6066:3,
6066:6, 6066:8,
6066:16, 6066:17
**weekend** [2] - 6164:4,
6165:8
**weeks** [7] - 6053:13,
6073:25, 6074:1,
6074:3, 6084:17,
6084:19, 6159:1
**weight** [1] - 6129:2
**welcome** [2] - 6110:8,
6116:12
**well-known** [1] -
6106:22
**well-loved** [1] -
6116:25
**well-respected** [2] -
6106:23, 6116:25
**whatsoever** [10] -
6054:25, 6056:7,
6061:10, 6091:1,
6123:13, 6130:2,
6144:10, 6150:6,
6151:24, 6154:4
**white** [3] - 6118:22,
6137:25, 6145:14
**whole** [20] - 6060:13,
6062:13, 6062:23,
6063:2, 6073:6,
6077:1, 6077:5,

6085:8, 6089:16,
6110:24, 6118:2,
6119:5, 6121:7,
6121:8, 6121:11,
6138:23, 6149:23,
6151:10, 6154:25,
6157:20
**Wickland** [3] -
6116:14, 6155:12,
6156:20
**widely** [1] - 6117:9
**wife's** [1] - 6140:22
**William** [1] - 6079:16
**willing** [17] - 6066:22,
6080:20, 6084:7,
6084:9, 6100:16,
6100:17, 6100:19,
6100:22, 6101:14,
6101:17, 6101:18,
6105:8, 6105:17,
6106:11, 6106:12,
6106:14, 6141:2
**willingness** [1] -
6109:12
**window** [1] - 6098:9
**wish** [2] - 6118:4,
6160:1
**Wissam** [15] -
6068:22, 6072:12,
6074:23, 6075:9,
6075:10, 6075:12,
6095:25, 6102:18,
6102:20, 6102:21,
6102:25, 6103:2,
6103:3, 6103:15,
6127:9
**withdraw** [3] -
6139:11, 6139:18
**Withdraw** [1] -
6139:13
**witness** [27] -
6058:14, 6058:18,
6058:20, 6061:16,
6062:3, 6064:16,
6064:18, 6065:23,
6067:22, 6075:20,
6076:3, 6079:3,
6079:4, 6080:10,
6080:11, 6093:6,
6097:23, 6099:16,
6099:22, 6103:9,
6115:12, 6128:22,
6140:14, 6144:12,
6145:21, 6158:4,
6158:8
**witnessed** [1] -
6144:13
**witnesses** [34] -
6057:22, 6057:25,
6058:11, 6061:2,

6061:8, 6061:19, 6061:20, 6062:1, 6062:8, 6062:10, 6062:11, 6062:13, 6063:20, 6063:23, 6064:2, 6064:6, 6064:13, 6065:10, 6075:16, 6083:24, 6093:20, 6103:7, 6115:23, 6117:23, 6122:24, 6129:4, 6132:6, 6138:2, 6141:17, 6144:8, 6145:4, 6150:23, 6151:25

**woken** [1] - 6053:15
**won** [2] - 6147:4
**wonderful** [2] - 6054:4, 6055:18
**wondering** [1] - 6061:6
**Woods** [3] - 6134:15, 6135:5, 6155:10
**word** [7] - 6078:15, 6094:9, 6102:5, 6123:23, 6129:4, 6152:5, 6153:24
**wording** [1] - 6165:11
**words** [20] - 6052:10, 6052:21, 6053:7, 6053:18, 6101:19, 6101:20, 6101:22, 6102:2, 6103:20, 6139:11, 6150:15, 6150:19, 6150:25, 6154:3, 6154:5, 6157:17, 6157:21, 6158:1
**worker** - 6153:12
**works** [5] - 6083:17, 6089:13, 6089:15, 6128:12, 6139:16
**world** [2] - 6056:16, 6096:23
**worry** [1] - 6143:17
**worry-free** [1] - 6143:17
**worse** [1] - 6100:21
**worth** [2] - 6109:6, 6143:9
**wrap** [2] - 6153:5, 6154:6
**write** [2] - 6090:6, 6103:12
**writing** [3] - 6103:10, 6161:11, 6161:17
**written** [2] - 6052:10, 6159:10
**written-down** [1] - 6052:10

**wrote** [1] - 6087:17

## Y

**Yahya** [1] - 6136:7
**years** [5] - 6073:7, 6075:6, 6075:7, 6088:17
**yellow** [1] - 6073:24
**yesterday** [5] - 6050:9, 6061:11, 6063:25, 6108:10, 6158:16
**young** [1] - 6142:5
**yourself** [3] - 6057:18, 6100:18, 6126:7
**yourselves** [2] - 6087:5, 6129:8

## Z

**Zach** [1] - 6155:12
**Zakaria** [7] - 6136:8, 6142:2, 6142:6, 6142:15, 6142:20, 6149:3, 6149:9
**zero** [3] - 6063:12, 6103:21
**Ziad** [1] - 6142:7
**Zubayr** [2] - 6142:4, 6142:24
**Zway** [1] - 6142:6