**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 2 8 2017

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA　　:

v.　　:　　14-CR-141 (CRC)

AHMED SALIM FARAJ ABU KHATALLAH　　:

## VERDICT FORM

As to COUNT ONE, charging conspiracy to provide material support or resources from on or about September 11, 2012, to on or about September 12, 2012, we the jury find the defendant:

　　Not Guilty: _____　　Guilty: __X__

Special Finding:

With respect to Count ONE, we the jury make the following Special Findings:

Resulting in Death

　　Not Guilty: __X__　　Guilty: _____

As to COUNT TWO, charging providing material support or resources, between on or about September 11, 2012, and on or about September 12, 2012, we the jury find the defendant:

　　Not Guilty: _____　　Guilty: __X__

Special Finding:

With respect to Count TWO, we the jury make the following Special Findings:

Resulting in Death

　　Not Guilty: __X__　　Guilty: _____

As to COUNT THREE, charging murder of J. Christopher Stevens, an internationally protected person, on or about September 11, 2012, we the jury find the defendant:

　　Not Guilty: __X__　　Guilty: _____

As to COUNT FOUR, charging murder of Sean Patrick Smith, an officer or employee of the United States, on or about September 11, 2012, we the jury find the defendant:

　　Not Guilty: __X__　　Guilty: _____

As to COUNT FIVE, charging murder of Tyrone Snowden Woods, an officer or employee of the United States, on or about September 12, 2012, we the jury find the defendant:

　　Not Guilty: __X__　　Guilty: _____

As to COUNT SIX, charging murder of Glen Anthony Doherty, an officer and employee of the United States, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: __X__          Guilty: _____

As to COUNT SEVEN, charging attempted murder of Scott Wickland, an officer and employee of the United States, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: __X__          Guilty: _____

As to COUNT EIGHT, charging attempted murder of David Ubben, an officer and employee of the United States, on or about September 12, 2012, we the jury find the defendant:

Not Guilty __X__          Guilty: _____

As to COUNT NINE, charging attempted murder Mark Geist, of an officer and employee of the United States, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: __X__          Guilty: _____

As to COUNT TEN, charging killing J Christopher Stevens, in the course of an attack on a federal facility, that is, the U.S. Special Mission, involving the use of a firearm or a dangerous weapon, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: __X__          Guilty: _____

As to COUNT ELEVEN, charging killing Sean Patrick Smith, in the course of an attack on a federal facility, that is, the U.S Special Mission, involving the use of a firearm or a dangerous weapon, on or about September 11, 2012, we the jury find the defendant

Not Guilty: __X__          Guilty: _____

As to COUNT TWELVE, charging killing Tyrone Snowden Woods, in the course of an attack on a federal facility, that is, the Annex, involving the use of a firearm or a dangerous weapon, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: __X__          Guilty: _____

As to COUNT THIRTEEN, charging killing Glen Anthony Doherty, in the course of an attack on a federal facility, that is, the Annex, involving the use of a firearm or a dangerous weapon, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: __X__          Guilty: _____

As to COUNT FOURTEEN, charging maliciously damaging and destroying U.S. property, that is, the U S. Special Mission, by means of fire or an explosive causing the death of J Christopher Stevens or Sean Patrick Smith, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: __X__          Guilty: _____

As to COUNT FIFTEEN, charging maliciously damaging and destroying U.S. property, that is, the Annex, by means of fire or an explosive causing the death of Tyrone Snowden Woods and Glen Anthony Doherty, on or about September 12, 2012, we the jury find the defendant:

    Not Guilty: __X__        Guilty: _____

As to COUNT SIXTEEN, charging maliciously destroying and injuring dwellings and property, that is, the U.S Special Mission, and placing lives in jeopardy within the special maritime and territorial jurisdiction of the United States and attempting to do the same, on or about September 11, 2012, we the jury find the defendant:

    Not Guilty: _____        Guilty: __X__

As to COUNT SEVENTEEN, charging maliciously destroying and injuring dwellings and property, that is, the Annex, and placing lives in jeopardy within the special maritime and territorial jurisdiction of the United States and attempting to do the same, on or about September 12, 2012, we the jury find the defendant:

    Not Guilty: __X__        Guilty: _____

As to COUNT EIGHTEEN, charging using or carrying a firearm during a crime of violence, between on or about September 11, 2012, and September 12, 2012, we the jury find the defendant:

    Not Guilty: _____        Guilty: __X__

Special Findings:

With respect to Count EIGHTEEN, we the jury make the following Special Findings:

Brandishing:

    Not Guilty: __X__        Guilty: _____

Discharging:

    Not Guilty: __X__        Guilty: _____

Semiautomatic assault rifle:

    Not Guilty: _____        Guilty: __X__

Destructive Device:

    Not Guilty: __X__        Guilty: _____

DATE: 11/28/17        FOREPERSON: