# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Criminal No. 14-CR-141 (CRC) |
| AHMED SALIM FARAJ ABU KHATALLAH ) | |
| ) | |

## NOTICE OF APPEAL

Name and address of appellant:   United States of America

Name and address of appellant's attorney:   John Crabb
United States Attorney's Office
555 4th Street, NW, Room 5842
Washington, DC 20530

Offenses:   18 U.S.C. §§ 2339A & 2; 18 U.S.C. §§ 1363, 7 & 2; 18 U.S.C. §§ 924(c) & 2

Concise statement of order:

Judgment, by the Honorable Christopher R. Cooper, entered on the docket on July 12, 2018, imposing sentence of 264 months' total incarceration.

Name of institution where appellee is now confined, if not on bail: Alexandria Detention Center.

  I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

August 8, 2018
DATE

United States of America
APPELLANT

/s/
JOHN CRABB
ATTORNEY FOR APPELLANT

CJA, NO FEE _____No_____
PAID USDC FEE __gov't appeal__
PAID USCA FEE _gov't appeal_

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2018, I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon:

>Mary Manning Petras, Esq.
>Counsel for the defendant
>Federal Public Defender for
>The District of Columbia
>Suite 550
>625 Indiana Avenue, NW
>Washington, DC 20004

>\_\_/s/_____
>JOHN CRABB
>Assistant United States Attorney
>555 4th Street, NW, Room 5842
>Washington, DC 20530
>(202) 252-1794