# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | No. 14-cr-141 (CRC) |
| : | |
| **AHMED ABU KHATALLAH** : | |

## ORDER

Upon consideration of Defendant's Motion to Unseal Transcripts for Use on Appeal, and upon good cause shown, it is hereby:

**ORDERED** that the motion is granted; and

**FURTHER ORDERED** that the transcripts of all sealed proceedings held on September 28, 2017, September 29, 2017, and November 3, 2017, be unsealed for the limited purpose of allowing counsel to review them for use on appeal; and

**FURTHER ORDERED** that the court reporter is directed to provide appellate counsel for both parties with a copy of the requested sealed transcripts and to maintain the original transcripts under seal.

Date: October 11, 2018

THE HON. CHRISTOPHER R. COOOPER
UNITED STATES DISTRICT JUDGE