## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

:

v. : 14-cr-141 (CRC)

:

**AHMED ABU KHATALLAH** :

## DEFENDANT'S MOTION FOR A NEW TRIAL

Defendant Ahmed Abu Khatallah, through counsel, respectfully files this motion seeking a new trial based upon recently disclosed exculpatory evidence. Specifically, the government has recently disclosed new information regarding one of the government's key witnesses, the witness who testified under the pseudonym Ali Majrisi. Additionally, counsel believes there is additional information that came to light during the trial of Mr. Khatallah's alleged coconspirator, Al Imam, that has yet to be disclosed to Mr. Khatallah's defense. Moreover, the newly disclosed evidence relates to classified evidence that Counsel does not presently have access to due to the Covid pandemic. Thus, Counsel has not yet been able to fully assess the newly disclosed evidence or the yet to be disclosed information. Fed. R. Crim. Proc. Rule 33(b) requires that a motion for a new trial based upon new evidence be filed within 3 years after a finding of guilt. Mr. Abu Khatallah was found guilty on November 28, 2017. Thus, counsel is filing this motion now, and requesting that the Court allow counsel to engage with government counsel to ensure that all relevant information has been disclosed prior to fully briefing the motion. Counsel suggests that a status report be filed in approximately 90 days, and that no briefing schedule be set at this time.

Respectfully submitted,
A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
shelli_peterson@fd.org


Counsel for Ahmed Abu Khatallah