UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

         v.          :          14-cr-141 (CRC)

AHMED ABU KHATALLAH     :

STATUS REPORT ON DEFENDANT'S MOTION FOR A NEW TRIAL

Defendant Ahmed Abu Khatallah, through counsel, respectfully files this status report after consultation with the government. The parties have had preliminary discussions about the issues raised in the defendant's motion for a new trial, but have been unable to complete those discussions. The parties have agreed to attempt to do so in the coming months, but need additional time in light the Covid-19 pandemic and intervening events that have left counsel for the defense and the government very busy. The parties jointly request that the Court allow the parties to file another status report in approximately 90 days to allow further discussions to ensure that all relevant information has been disclosed prior to fully briefing the motion and to crystalize the issues that will be presented to the Court. There is no prejudice by the delay as the appeal is still pending.

                                              Respectfully submitted,

                                              A. J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                                    /s/
                                              MICHELLE M. PETERSON
                                             Chief Assistant Federal Public Defender
                                             625 Indiana Avenue, N.W., Suite 550
                                             Washington, D.C. 20004
                                             (202) 208-7500