UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.                 : | 14-cr-141 (CRC) |
| AHMED ABU KHATALLAH      : | |

### RESPONSE TO GOVERNMENT'S STATUS REPORT

Without a request from the Court and without seeking input from defense counsel, government counsel filed a status report on May 5, 2024. For the Court's awareness, in response, defense counsel notes that despite the government's failure to comply with the Court's scheduling order and produce discovery on or before April 30, 2024, Mr. Khatallah does not intend to seek leave to extend the deadline for filing his brief regarding the government's attempt to introduce new evidence at the resentencing in an effort to prove conduct about which the government introduced evidence at trial and for which Mr. Khatallah was acquitted. Defense counsel will comply with the Court's order and file the brief on or before the current deadline of May 10, 2024.

Defense counsel continues to wait for the government to comply with the Court's Order and to fully respond to the discovery requests they made on March 7, 2024. They will file a motion to compel if the government denies those requests. *See* Attached Exhibit A. (Discovery Letter dated May 6, 2024). Without access to the information the government has not yet disclosed, and with no information as to when the government will produce that information, the defense does not yet know what, if any, effect the government's delayed disclosures will have on its ability to adequately prepare for the evidentiary hearing scheduled for June 27, 2024.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

    /s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
202-208-7500, ext. 5109
Mary_Petras@fd.org

JEFFREY D. ROBINSON (DC Bar No. 376037)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1050 K Street, NW, Suite 400
Washington, DC 20001
Telephone: 202-833-8900
Jeffrey.Robinson@lbkmlaw.com