UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 14-cr-141 (CRC) |
| AHMED ABU KHATALLAH | : | |

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO PARTIALLY ENLARGE TIME TO SUBMIT PROFFER OF TESTIMONY**

Mr. Ahmed Abu Khatallah, the defendant, through undersigned counsel, responds to the government's Motion to Partially Enlarge Time to Submit Proffer of Testimony (ECF # 592).

Mr. Khatallah does not object to the government's request to extend the time to file its classified submission in response to the Court's Order by July 26, 2024. The government notified Mr. Khatallah's counsel of its request on the afternoon of July 16 and filed its motion this morning before counsel could respond.

Should the Court grant the government's request, Mr. Khatallah asks that it set his time to file a consolidated response to the government's submission as August 9, 2024. This will provide counsel time to review any classified materials and account for previously scheduled time out of the office.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004
202-208-7500, ext. 5109
Mary_Petras@fd.org

JEFFREY D. ROBINSON (DC Bar No. 376037)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1050 K Street, NW, Suite 400
Washington, DC 20001
Telephone: 202-833-8900
Jeffrey.Robinson@lbkmlaw.com

Dated: July 17, 2024

*Counsel for Ahmed Abu Khatallah*