

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry 02/12/2020

On 2 February 2020, [redacted], date of birth 24 November 1986, was interviewed at a Libyan National Army (LNA) Facility in Benghazi, Libya by Federal Bureau of Investigation (FBI) Special Agent (SA) Robert Kane. Also present during the interview was FBI Language Analyst (LA) Mousa El Chaer, who provided English and Arabic translations.

The interview was initiated at approximately 1445L (local) Benghazi, Libya time. [redacted] was escorted to the interview conference room by two United States (US) Diplomatic Security (DS) Agents. [redacted] was physically searched via hand pat down by the two DS Agents prior to entering the interview conference room in order to ensure the physical security and safety of [redacted] and US personnel present.

The room utilized for the interview was a large conference room, located adjacent to the building main lobby area. The conference room was approximately 20 feet wide by 35 feet long. There were two windows, bright lighting, and carpeting. The temperature was comfortable. The interviewing Agent, the FBI Language Analyst, and [redacted] all sat in the same style chair, a padded conference room chair with wheels and arm rests. The interviewing Agent paced out and hand sketched the interview conference room for reference; Sketch attached.

Libyan authorities were not present inside the interview conference room. The two DS Agents were not located inside the interview conference room, they remained outside the room after their security and safety checks were completed. The only persons inside the interview conference room were the interviewing Agent, the FBI

UNCLASSIFIED//FOUO

Investigation on 02/02/2020 at Benghazi, Libya (In Person)

File # [redacted] Date drafted 02/11/2020

by KANE ROBERT E III

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.


Language Analyst, and [redacted].

The interviewing Agent shook [redacted]'s hand, invited [redacted] into the conference room and offered to have a seat. [redacted] was not handcuffed or restrained. The interviewing Agent inquired about [redacted]'s general physical and mental wellness; [redacted] advised he felt well and made no complaints to the interviewing Agent. [redacted] appeared to be coherent, rested, and in good visible physical health with no visible bruises or injuries. [redacted] was offered water, coffee, a snack, and use of the restroom.

After being advised of the identity of the interviewing Agent and Linguist, and the nature of the interview, [redacted] was advised of his rights for suspects in foreign custody, by the interviewing Agent with translation. At 1454L, [redacted] was provided the Advice of Rights form for Suspects in Foreign Custody in Arabic. [redacted] affirmed he could read and write.

In this advice of rights [redacted] was informed the interviewing Agent was aware he may have previously met with other Libyan and/or US Government officials in the past. [redacted] was advised anything he might have previously said to other Libyan and/or US Government officials if he met with any would likely not be used against him in a United States court of law. [redacted] was further informed the interviewing Agent was starting anew, and [redacted] need not speak with the interviewing Agent just because he might have spoken with others previously. Additionally, [redacted] was advised that anything he said could be used against him in a US court of law.

[redacted] followed along as he was read his Advice of Rights in Arabic, and after each paragraph acknowledged he understood his rights by initialing next to each paragraph of the Advice of Rights. [redacted] acknowledged verbally that he understood his rights and he wished to waive his rights.

At 1504L, [redacted] voluntarily waived his rights by signing the Advice of Rights form for Suspects in Foreign Custody in Arabic. After signing the Advice of Rights form in Arabic, [redacted] stated to the interviewing Agent he did not need a lawyer, he could defend himself.

After waiving his rights, and signing the Advice of Rights form for Suspects in Foreign Custody in Arabic, [redacted] provided the following information:

[redacted] was born on 24 November 1986, in the AD DULAR neighborhood of Benghazi, however himself and his family moved to the AL-LAYTHI neighborhood when he was six years old. [redacted] grew up in AL-LAYTHI, until his family moved approximately 10 days after the 2012 US Mission and Annex attacks in Benghazi, to the ARD AL-HIRASA neighborhood. [redacted] lived with his two brothers, in a residence owned by one of the two brothers, until he was arrested by Libyan authorities. [redacted] attended Mosque primarily at NUR AL-MUBIN mosque in Benghazi. [redacted] annotated on MAP A which neighborhoods he was from and lived in.

[*Agent Note - [redacted] was provided a map of Benghazi neighborhoods in Arabic, labeled MAP A.]

[redacted] was a member of and fought under the RAFFALLAH AL-SAHATI brigade during the Libyan revolution against MUAMMAR AL-GADDAFI's forces in Benghazi, Libya in 2011. RAFFALLAH AL-SAHATI brigade was made up of men mostly from the AL-LAYTHI neighborhood that [redacted] grew up with. [redacted] was a soldier during the fighting, and sometimes guarded the back gate of his brigade's command post, which was near a cement factory two miles south of Benghazi. [redacted] was shot in the right leg above the knee by small arms fire in early 2011, a few days into the revolution fighting. Following four months of healing from the gunshot wound, [redacted] went back to fighting for the same brigade. [redacted] annotated on MAP A where he fought in South Benghazi, and where he was shot near the city center of Benghazi in early 2011.


After returning to the RAFFALLAH AL-SAHATI brigade in 2011, attended military training in Benghazi given by the Qatar military. The Qatar military trained and others in the use of firing mortars and the AK-47 rifle.

Post Libyan revolution after the fall of MUAMMAR AL-GADDAFI, continued to serve under MUHAMMAD AL-GHARABI, the leader of the RAFFALLAH AL-SAHATI brigade. AL-GHARABI was a vocal proponent for war after GADDAFI was ousted. AL-GHARABI gave power to several sub-commanders he favored, which created conflict and factions within the brigade. As a result, one group broke off from AL-GHARABI and RAFFALLAH AL-SAHATI to form 'USHAQ AL-SHAHADAH in July 2012, which eventually became ANSAR AL-SHARIA (AAS). The two leaders of ANSAR AL-SHARIA became MUHAMMAD AL-ZAHAWI and ABDALLAH ABUZIQIYYAH.

joined ANSAR AL-SHARIA in August 2012, because he liked the ideology and messaging AAS was espousing better than what other groups were putting out at the time. explained how Muslims do not take orders from anyone, rather that Muslims have a "duty to jihad" given by Allah. advised that AL-QAEDA tasked two Libyans in particular with their duties to jihad; SUFIYAN BIN QUMU and AHMED ABU KHATALLAH.

[*Agent Note – made reference to SUFIYAN BIN QUMU, one of the suspected planners of the 2012 Benghazi attacks, the former leader of AAS-Derna and former Guantanamo Bay detainee, and AHMED ABU KHATALLAH, one of the convicted leaders of the 2012 Benghazi attacks, and former leader of the AAS affiliated Benghazi based militia UBAIDAH BIN JARRAH (UBJ).]

advised that during the summer of 2012, himself, AAS, and many others throughout Benghazi knew Americans were in Benghazi, had a presence, and were believed to not be advancing Libyan interests. One week before the attack on the US Mission and Annex, received a phone call around 0300L from MUTASIM NAYHUM asking him to let two

people stay the night at his house, and to drive them wherever they wanted in the morning. The two people [redacted] let stay in his home that night were HAMZAH AL-NAH'AS and MUHAMMAD Al-TAJURI. [redacted] believed MARWAN AL-BRIKI told MUTASIM NAYHUM to call [redacted] to use his home for the two late night guests, because [redacted]'s home was close to a hospital area and would be safer from drone strikes. MARWAN AL-BRIKI was a close associate and AL-LAYTHI neighbor of AHMED ABU KHATALLAH.

AL-NAH'AS and AL-TAJURI stayed awake talking all night and in the morning they asked [redacted] to take them to the home of ALI ZUBI. ALI ZUBI was well known in Benghazi as the owner of ALI ZUBI's automotive parts store. In the morning [redacted] drove AL-NAH'AS and AL-TAJURI to the home of ALI ZUBI in the HAYY AS SABRI neighborhood of Benghazi. [redacted] annotated on MAP A the neighborhood area where ALI ZUBI lived and worked in northern Benghazi.

[redacted] advised he drove AL-NAH'AS and AL-TAJURI to the home of ALI ZUBI where he attended a pre-attack planning meeting which took place at ALI ZUBI's home one week prior to the 11 September 2012 attacks on the US Mission and Annex. ALI ZUBI's home was filled with many people, but the only two people who spoke and led the pre-attack planning meeting were SUFIYAN BIN QUMU and AHMED ABU KHATALLAH.

[redacted] advised the pre-attack plan consisted of three groups; Group 1, the Algerian group, was tasked with perimeter and surveillance. Group 2, the AL-LAYTHI group, tasked with support to the attacking group, led by [redacted] Group 3, the attack group, tasked with attacking and making entry into the US Mission grounds. The members of each group were:

[*Agent Note - From 1601L - 1620L [redacted] hand wrote a list of people by Group, that he saw who were in attendance at the pre-attack planning meeting at ALI ZUBI's home. The names by Group are listed below.]

Group 1: The Algerian Group; young people from Ben Younis.

Commander – RAJAB AL-AGURI (aka FARUQ) AL-SALMANI AL-GHARBI

MAHMUD AL-WAHYSHI

AHMAD AL-JAHANI - UTHMAN BIN AFAN brigade

ANAS AL-HUTHI

MUN'M AL-SHAYKHI AL-LAYTHI

Group 2: The AL-LAYTHI Group

Commander – [REDACTED]

IMAD AL-AWAMI

MUTASIM AL-NAYHUM

MUHAMMAD AL-AMAMI AL-LAYTHI

MUHAMMAD AL-FAYTURI AL-LAYTHI

[REDACTED]

AHMAD JINQAL AL-DERNI

Group 3: The Attack Group

Commander – MUHAMMAD AYAD AL-MANFI

FADL AL-UTAYBI

MUHAMMAD AL-UJKI

MAJDI AL-SWAYI

██████ advised that before the attack began there was an additional group, who were not present at the ALI ZUBI pre-attack planning meeting, of AAS members that were staged at a mattress and furniture factory tasked with stopping first responders from aiding those at the US Mission and Annex during the attack.

[*Agent Note - 1624L - 1630L - Break]

During the pre-attack planning meeting at ALI ZUBI's home, ██████ advised he heard KHATALLAH say to all the attendees that revenge was needed in response to the death of USAMA BIN LADEN (UBL), and an attack was needed to kidnap the US Ambassador to Benghazi, who was to be used dead or alive in exchange or trade for then captured KHALID BIN SHIBA. ██████ heard KHATALLAH say they would still exchange the Ambassador's body if he was killed, however it would be better for the trade if he were alive. ██████ advised KHATALLAH told the attendees he knew the US Ambassador was inside the US Mission property grounds; ██████ believed KHATALLAH knew this through his relationships with members of the 17 February Martyrs Brigade (17 Feb). BIN QUMU spoke after KHATALLAH, where he gave a religious inspiration speech to motivate all the attendees, saying that each attacker had a duty to defend Islam.

██████ signed up for Group 2 at the meeting, the AL-LAYTHI group, tasked with supporting the Group 3 attacking group.

Following the pre-attack planning meeting, and leading up to the week prior to the attack day on 11 September 2012, ██████ advised several individuals who signed up for the attack made a Facebook page or campaign in attempts to recruit approximately 50 men to use as protestors at the US Mission. They were told to use a then recent


video/story criticizing the prophet Muhammad, to incite ideally 50 men to protest at the US Mission the night of the attack, in order to disguise the actual attack portion of their plan. advised the protestor disguise plan, via Facebook incited disinformation, did not pan out on the night of the attack.

[*Agent Note - 1702L - Restroom Break]

[*Agent Note - was provided an overhead map graphic of the US Mission and Annex in Benghazi, Libya, labeled MAP B.]

[*Agent Note - For reference, the US Mission had three gates. The US DS Agents present on the US Mission during the attack labeled and referred to the three gates as the following: the C1 main gate located on the west end of the northern Mission wall, the C3 gate located on the east end of the northern Mission wall, and the B1 back gate located on the southern Mission wall.]

On 11 September 2012, the night of the attack, drew his and the other attackers' route up to the US Mission depicted on MAP B. was dropped off on Fourth Ring Road/Valencia Road, approximately 500 meters east of the US Mission. was armed with an AK-47. and other armed attackers then walked on foot north and west to the Gravel Road on the north side of the US Mission. The approaching attackers bounded and used cover while approaching the US Mission. was one of the first attackers on scene to approach the US Mission, from east to west on the Gravel Road. and other armed attackers rallied near the north east corner of the US Mission, near the C3 gate, just prior to the attack commencing. drew two dashes on MAP B, on the north side of the US Mission, to indicate the main gate where he and other attackers focused primarily on attacking first.

[*Agent Note - was referencing the C1 main gate of the US Mission.]

From his staging position near the C3 gate, [REDACTED] described the attack commencing as he witnessed a black Jeep pull up to the C1 main gate. [REDACTED] witnessed three attackers he knew from Benghazi within the black Jeep. The three attackers in the black Jeep were YAHYA SAYID aka JAMAICA, AYMAN AL-TIJAWI, and AHMED SABIKA.

[REDACTED] then witnessed two individuals on foot approaching the US Mission guards located at the C1 main gate. The two individuals were AHMAD AL-SARBANI and AHMED SABIKA. [REDACTED] advised AL-SARBANI and SABIKA told the guards to run away because an attack was about to begin. The guards then shot both AL-SARBANI and SABIKA. [REDACTED] then witnessed ABDALLAH AL-UBAYDI pick up AL-SARBANI and SABIKA. [REDACTED] believed AL-UBADI took the two shot attackers to care.

[*Agent Note - [REDACTED] was provided two overhead map graphics of the US Mission compound in Benghazi, Libya, labeled MAP C and D.]

[REDACTED] then witnessed AYMEN AL-SHASHANI shoot one Rocket Propelled Grenade (RPG) round at the C1 main gate. AL-SHASHANI was located on the Gravel Road just outside the C1 main gate when he fired his first RPG at the C1 main gate. [REDACTED] drew on MAP D where AL-SHASHANI was located when he fired the first RPG at the C1 main gate, annotated by a black circle labeled with a "sh". [REDACTED] also drew his position when AL-SHASHANI fired the first RPG annotated by multiple black "x's" in a row depicting himself and other armed attackers. [REDACTED] advised he and the other armed attackers were staged behind AL-SHASHANI awaiting him to fire his RPG to defeat the C1 main gate of the US Mission so that other attackers could make entry into the compound after the "smoke cleared" from the RPG rounds. [REDACTED] also shot at the C1 main gate with his AK-47.

[REDACTED] then witnessed AL-SHASHANI's first RPG round defeat the C1 main gate of the US Mission. AL-SHASHANI then walked up to the entrance of the C1 main gate, now open, where he fired three more RPG rounds, one to the left, one to the right, and one center aimed south

into the Mission towards the large building.

[*Agent Note - [REDACTED] referenced Villa C, the large building.]

[REDACTED] then witnessed AL-SHASHANI walk through the C1 main gate after firing the three RPGs left, right, and center. [REDACTED] then heard, but could not directly see, three to four more RPGs rounds fire within the US Mission grounds after he just saw AL-SHASHANI enter the US Mission through the C1 main gate. [REDACTED] at this point was located just outside the C1 main gate. [REDACTED] drew on MAP C where he was located just outside the C1 main gate. [REDACTED] believed AL-SHASHANI fired approximately 7 RPGs that night throughout the attack. ALI AL-TUSHANI was assisting AL-SHASHANI fire his RPG rounds. AL-TUSHANI carried a backpack with multiple RPG rounds in it, which he used to assist AL-SHASHANI reload his RPG in order to fire multiple RPG rounds quickly throughout the attack.

[*Agent Note - 1745L, [REDACTED] stood to describe and physically re-enact AL-SHASHANI's RPG shots throughout the attack.]

[REDACTED] knew AL-SHASHANI from the Libyan revolution. AL-SHASHANI was a member of the same brigade, RAFFALLAH AL-SAHATI, during the revolution against GADDAFI. [REDACTED] and AL-SHASHANI had tea on many occasions when they returned from fighting throughout the revolution.

[REDACTED] also identified MAJDI ABDAL SALAM AL-SWAYI at the 11 September 2012 attack as well. [REDACTED] witnessed AL-SWAYI enter and proceed into the US Mission through the C1 main gate during the attack. AL-SWAYI was armed with an AK-47 and was wearing a military style chest rig fighting kit with additional ammunition magazines. [REDACTED] knew AL-SWAYI from sight because they both grew up in the AL-LAYTHI neighborhood near each other, were currently in prison together, and AL-SWAYI was a member of the same brigade, RAFFALLAH AL-SAHATI, during the revolution against GADDAFI as well. [REDACTED] advised AL-SWAYI wasn't at the pre-attack meeting at AL ZUBI's home.

[*Agent Note - At this point in the interview [redacted] advised AL-SWAYI wasn't at the pre-attack planning meeting at AL ZUBI's home. However, [redacted] previously listed AL-SWAYI as attending the pre-attack planning meeting at ALI ZUBI's home previously in the interview. [redacted] wrote AL-SWAYI's name on the hand drawn list of meeting attendees. [redacted] listed AL-SWAYI's name as attending under the pre-attack meeting with Group 3: The Attack Group. [redacted] then later stated he saw AL-SWAYI the night of the attack making entry into the US Mission armed with other armed attackers. [redacted] did not realize he made this contradiction to the interviewing Agent.]

[*Agent Note - 1850L - 1900L - Break]

[redacted] was shown a photobook of individuals, [redacted] identified the following:

#2 - MUHAMMAD ZAHAWI

#3 - AHMED ABU KHATALLAH

#4 - AYMEN TIJAWI

#9 - YAHYA SYED aka JAMAICA

#11 - AYMEN AL-BARKI

#12 - MUHAMMAD WARFALI

#16 - SALEH AL-AMARI

#21 - ZACHARIA AL-BARGATHI

#23 - MUHAMMAD WARFALI

[redacted] was shown another series of photos numbered 24-30, [redacted] identified the following:

#29 - MUHAMMAD WARFALI

[REDACTED] identified WARFALI as #29, and carrying what appears to be RPG rounds in his hand. [REDACTED] also believed WARFALI was currently in prison with him.

At 1922L, [REDACTED] described how he knew AYMEN AL-BARKI from 2010. AL-BARKI lived in AL-LAYTHI across the street from a mosque, nearby [REDACTED] [REDACTED]'s home. [REDACTED] first met AL-BARKI at the OUF IBN MALIK mosque in 2010. [REDACTED] and AL-BARKI were also both in the same RAFFALLAH AL-SAHATI brigade during the Libyan revolution against GADDAFI. RAFFALLAH AL-SAHATI brigade had several sub-groups tasked organized within the overall brigade. [REDACTED] was assigned to the ALA AL-RAMLI sub-group, and AL-BARKI was assigned to the BU BAKIR AL-ZLAYTNI sub-group - both under the same RAFFALLAH AL-SAHATI brigade.

[REDACTED] and AL-BARKI were friends who hung out often, because they had similar ideas and conservative values and beliefs. They both went to mosque daily, sometimes together for noon prayer.

[REDACTED] advised that he and AL-BARKI both received military training from Qatar on the AK-47 and the use of mortars. Qatar had implemented a train-the-trainer style training program, where individuals identified as skilled in the use of mortars were identified and trained in a separate group of more skilled individuals who could train others if needed. AL-BARKI and IBRAHIM BIN QUMU, no relation to Sufiyan BIN QUMU, were identified as more skilled in the use of mortars by the Qatar military trainers. [REDACTED] received his AK-47 and mortar training from the Qatar military trainers as well, however not with AL-BARKI. AL-BARKI received his Qatar mortar training in March 2011. [REDACTED] received his mortar training in May 2011 following the healing of his previous gunshot wound.

At 1944L, [REDACTED] advised AL-BARKI was the individual who shot the mortars that killed the two Americans.

[*Agent Note - [REDACTED] referenced the Annex attack phase of the 11-12


September 2012 attack, where two American contractors where killed by precision mortar attack, following the US Mission attack phase.]

advised AL-BARKI was referred to by everyone in Benghazi as "AL-TAWIL", the tall one, in Arabic.

's commander throughout the entire attack was same tribe as AYMEN AL-BARKI however no relation. Following the first phase of the attack on the US Mission, 's group was told to stage nearby in order to rest, refit, and standby for a follow on attack. A second group commanded by RAJAB AL-AGURI aka AL-FARUQ was also told to stage and standby for a follow on attack as well.

advised at approximately 0200L, on 12 September 2012, following the first phase of the attack on the US Mission, that AHMED ABU KHATALLAH called on the phone and advised 's group to move to a second location and standby to commence a second attack. 's group staged approximately three kilometers (3km) from the Annex for offset in order to begin the second attack when they received the order. staged at the same location with his group led by , and the second group led by RAJAB AL-AGURI aka AL-FARUQ. advised there was another location, a mortar firing position (MFP) located at a different nearby location from his as well.

advised approximately between 0400L - 0500L, RAJAB AL-AGURI aka AL-FARUQ radio called KHATALLAH that all fighters were staged in the second attack position. was close enough to FARUQ to hear KHATALLAH tell FARUQ on the radio that surveillance was conducted previously that night, and that KHATALLAH had coordinates he would send to FARUQ.

advised at approximately 0500L, he heard the first of two mortar rounds fired. The mortar rounds were fired from a nearby mortar firing position separate from 's location. However, the mortars

were close enough that could easily hear the mortar rounds outgoing sound, and he could visibly observe the mortar impacts at the Annex as well. From his position, heard the first mortar round fire, and observed the first round impact outside the Annex walls. heard a second mortar round fire, and observed the second land closer to the Annex however still outside the Annex walls.

Following the first two mortar rounds fired and impacted outside the Annex walls, heard RAJAB AL-AGURI aka FARUQ radio call to "AL-TAWIL" directly. FARUQ told AL-BARKI aka AL-TAWIL, via the radio which could hear, to target the specific building within the Annex.

[*Agent Note - referenced the building within the Annex that was targeted utilizing coordinates passed from KHATALLAH to RAJABAL AGURI aka FARUQ to AL-BARKI aka AL-TAWIL.]

advised that shortly after hearing the radio call from FARUQ to AL-TAWIL to target the building within the Annex, heard three more mortar rounds fire in quick succession, and then observed the impacts within the Annex. saw flames and debris where the three mortar rounds impacted inside the Annex.

[*Agent Note - referenced three mortar rounds fired in quick succession, commonly referred to as a Fire for Effect (FFE).]

then observed a very high volume of small arms fire from the Annex directed towards where believed the attacker's mortar firing position to be generally located. and his group then returned fire on the Annex with AK-47's and a 25mm anti-aircraft gun, which they called a "BIKA". [Ph: beek-ugh]

advised the shooting then stopped on both sides. RAJAB AL-AGURI aka AL-FARUQ told and 's group that AHMED ABU KHATALLAH told all the fighters to stand down and disperse. went home to his brother's house where he lived in AL-LAYTHI.

415B-NY-2486158
(U//FOUO) Interview #1 of
Continuation of FD-302 of
, On 02/02/2020 , Page 15 of 15

When asked if he had any remorse or regret, advised he did not feel bad for our (American) dead. advised people die on both sides everyday; people die in Palestine every day.

[*Agent Note - then asked if he was under arrest. The interviewing Agent responded to , no not at this time, however we cannot promise anything in the future. The interviewing Agent reminded of the Advice of Rights process, and acknowledged verbally he still understood. The interviewing Agent advised that although we may not see eye to eye on some things, the interviewing Agent thanked for his cooperation throughout the interview. The interviewing Agent, FBI Language Analyst, and all shook hands.]

stated he was open and available to speak to the interviewing Agent again.

The interview concluded at approximately 2030L Libyan time.