

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/24/2020

On 4 February 2020, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ date of birth 24 November 1986, was interviewed at a Libyan National Army (LNA) Facility in Benghazi, Libya by Federal Bureau of Investigation (FBI) Special Agent (SA) Robert Kane. Also present during the interview was FBI Language Analyst (LA) Mousa El Chaer, who provided English and Arabic translations.

The interview was initiated at approximately 1720L (local) Benghazi, Libya time. ▓▓▓▓ was escorted to the interview conference room by two United States (US) Diplomatic Security (DS) Agents. ▓▓▓▓ was physically searched via hand pat down by the two DS Agents prior to entering the interview conference room in order to ensure the physical security and safety of ▓▓▓▓ and US personnel present.

The room utilized for the interview was a large conference room, located adjacent to the building main lobby area. The conference room was approximately 20 feet wide by 35 feet long. There were two windows, bright lighting, and carpeting. The temperature was comfortable. The interviewing Agent, the FBI Language Analyst, and ▓▓▓▓ all sat in the same style chair, a padded conference room chair with wheels and arm rests. The interviewing Agent paced out and hand sketched the interview conference room for reference - sketch attached.

Libyan authorities were not present inside the interview conference room. The two DS Agents were not located inside the interview conference room, they remained outside the room after their security and safety checks were completed. The only persons inside the

UNCLASSIFIED//FOUO

Investigation on  02/04/2020   at   Benghazi, Libya (In Person)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              Date drafted    02/12/2020

by   KANE ROBERT E III

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.


UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ▮▮▮▮▮▮▮▮▮▮, On 02/04/2020, Page 2 of 10

interview conference room were the interviewing Agent, the FBI Language Analyst, and ▮▮▮▮▮.

The interviewing Agent shook ▮▮▮▮▮'s hand, invited ▮▮▮▮▮ into the conference room and offered to have a seat. ▮▮▮▮▮ was not handcuffed or restrained. The interviewing Agent inquired about ▮▮▮▮▮'s general physical and mental wellness; ▮▮▮▮▮ advised he felt well and made no complaints to the interviewing Agent. ▮▮▮▮▮ appeared to be coherent, rested, and in good visible physical health with no visible bruises or injuries. ▮▮▮▮▮ was offered coffee and use of the restroom.

After being advised of the identity of the interviewing Agent and Linguist, and the nature of the interview, ▮▮▮▮▮ was advised of his rights for suspects in foreign custody, by the interviewing Agent with translation. At 1730L, ▮▮▮▮▮ was provided an Advice of Rights form for Suspects in Foreign Custody in Arabic. ▮▮▮▮▮ affirmed he could read and write.

▮▮▮▮▮ followed along as he was read his Advice of Rights in Arabic, and after each paragraph acknowledged he understood his rights by initialing next to each paragraph of the Advice of Rights. ▮▮▮▮▮ acknowledged verbally that he understood his rights and he wished to waive his rights.

At 1735L, ▮▮▮▮▮ voluntarily waived his rights by signing his Advice of Rights form for Suspects in Foreign Custody in Arabic. After waiving his rights, and signing the attached Advice of Rights form for Suspects in Foreign Custody in Arabic, ▮▮▮▮▮ provided the following information:

[*Agent Note – The interviewing Agent advised ▮▮▮▮▮ we would be discussing two topics during our second interview. First, details of the 2012 Benghazi US Mission and Annex attack from 11-12 September 2012. Second, the murder of US Citizen RONALD THOMAS SMITH in Benghazi, Libya on 5 December 2013.]

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ▮▮▮▮▮▮
▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On  02/04/2020 , Page 3 of 10

▮▮▮ advised there were two phases of the attack which took place from 11-12 September 2012 on the US Misson and nearby Annex in Benghazi, Libya. Of the several groups which took part in first phase of the attack on the US Misson, only two groups fought at both the Mission and at second attack location; Group 1, the Algerian Group, and Group 2, the AL-LAYTHI group.

[*Agent Note - ▮▮▮▮ was referencing the Annex as the second attack location.]

▮▮▮ described the following individuals by name as having had a significant role within the attack, and were widely known on the radio by the following callsigns:

AHMED ABU KHATALLAH - Callsign AL-MUQAWIL

RAJAB AL-AGURI - Callsign FARUQ

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

AYMEN AL-BARKI - Callsign AL-TAWIL / AL-TAWEEL

[*Agent Note - 1749L, ▮▮▮▮ had a snack and water.]

▮▮▮ described the below timeline of events as he remembered them from the attack. Following the first phase of the attack on the US Mission, ▮▮▮ was told by his Group Commander, ▮▮▮▮▮▮▮▮▮▮, to stage for a follow on attack, and that they had "another mission to do".

▮▮▮ advised at approximately 0200L, on 12 September 2012, following the first phase of the attack on the US Mission, that AHMED ABU KHATALLAH called ▮▮▮▮▮▮▮▮ on the phone and advised ▮▮▮ ▮▮▮'s group to move to a second location and standby to commence a second attack, "because KHATALLAH said so".

▮▮▮ advised he and the other attackers were armed, and loaded into

UNCLASSIFIED//FOUO

three cars to convoy to the second attack staging location. They purposefully took three cars, maintained intervals between the cars so they did not look like a convoy, and to provide security and support for each other if they needed it on the way to the second attack location. They drove in varying routes, so as not to take a direct route to the second location, in case anyone was following or looking for them in Benghazi. ▇▇▇ advised they were aware of possible surveillance, and that authorities or Americans may be looking for them after the first attack phase on the US Mission. ▇▇▇ drove in one car with ▇▇▇▇▇▇, MUTASIM NAYHUM, and IMAD HAWAMI.

▇▇▇ advised at approximately 0350/0355L, himself, MUTASIM NAYHUM, IMAD HAWAMI, ▇▇▇▇▇▇ and his group, all arrived at the second attack staging location. At approximately 0405/0410L, RAJAB AL-AGURI aka FARUQ, also arrived that the same second attack staging location. ▇▇▇'s group staged approximately three kilometers (3km) from the Annex for tactical offset. ▇▇▇ advised there was another location, a mortar firing position (MFP) located at a different nearby location from his as well.

FARUQ immediately began forming a perimeter by emplacing individual fighters and weapon systems, from both groups, into strategic fighting positions. ▇▇▇ advised FARQU had military and fighting experience. ▇▇▇▇▇▇ gave a motivational speech to all the fighters. ▇▇▇ described ▇▇▇▇▇▇'s speech to not run away, stand and fight, they need "to fight the commandos" from the first attack location, and to get the infidels out of their country.

▇▇▇ advised at approximately 0420L, FARUQ radio called KHATALLAH to report all fighters were staged and ready in the second attack position. ▇▇▇ was close enough to FARUQ to hear KHATALLAH respond to FARUQ on the radio that surveillance was conducted previously that night, and that KHATALLAH had coordinates he would send to FARUQ.

▇▇▇ advised at approximately 0500L, he heard the first of two


FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ███████████, On 02/04/2020, Page 5 of 10

mortar rounds fire. The mortars were fired from a separate but nearby location. The attacker's mortars were close enough that ███ could easily hear the mortar rounds outgoing sound, and he could observe the mortar impacts on the Annex. ███ heard the first two rounds fire separately; both the first and second mortar rounds landed outside the Annex walls.

Following the first two mortar rounds fired and impacted outside the Annex walls, ███ heard RAJABAL AGURI aka FARUQ radio call to "AL-TAWIL" directly. FARUQ told AL-BARKI aka AL-TAWIL, via the radio which ███ could hear, to target the specific building within the Annex. ███ recalled FARUQ telling AYMEN AL-BARKI aka AL-TAWIL the following command over the radio: Focus, or concentrate, fire on the target that is inside the compound. ███ heard AYMEN AL-BARKI confirm over the radio and respond to FARUQ; AL-BARKI responded, Okay, the third rounds should be on target Insha-Allah.

███ advised that shortly after hearing the radio call from FARUQ to AL-TAWIL to target the building within the Annex, ███ heard three more mortar rounds fire in quick succession, and then ███ observed the impacts within the Annex. ███ saw flames and debris where the three mortar rounds impacted inside the Annex.

[*Agent Note – 1835L – 1843L – Break. ███ prayed in a private office room, and utilized the restroom.]

███ then observed a very high volume of small arms fire from the Annex directed towards where ███ believed the attacker's mortar firing position to be generally located. The high volume of fire was the loudest and most small arms fire ███ had ever seen in his several years of fighting. ███ thought that the Americans inside the Annex had either suffered a casualty and were moving their wounded or dead, or the Americans were preparing to counter attack ███'s and the mortar position forces, based on the large volume of fire coming from the Annex.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, On 02/04/2020, Page 6 of 10

▓▓▓▓ then heard and saw FARUQ tell ▓▓▓▓▓▓▓▓ to return fire at the Annex. ▓▓▓▓ and the other attackers fired at the Annex with their AK-47s and a 25mm anti-aircraft gun, which they called a "BIKA"[Ph: beek-ugh]. The BIKA was easily able to hit the Annex with its large caliber Anti-Aircraft rounds.

▓▓▓▓ advised the shooting then stopped on both sides. RAJAB AL-AGURI aka FARUQ told ▓▓▓▓▓▓▓▓ and ▓▓▓▓'s group that AHMED ABU KHATALLAH told all the fighters to stand down and disperse. ▓▓▓▓ went home to his brother's house where he lived in AL-LAYTHI.

▓▓▓▓ was asked about any knowledge of ANIS BARASI; ▓▓▓▓ advised BARASI was friends with AYMEN AL-BARKI, since they were all in the same RAFFALLAH AL-SAHATI brigade previously. ▓▓▓▓ lost touch with BARASI around 2014.

[*Agent Note – ▓▓▓▓ was shown a picture he previously identified as AYMEN AL-BARKI – reference photo #11.]

▓▓▓▓ confirmed the picture was AYMEN AL-BARKI.

[*Agent Note – The interviewing Agent advised ▓▓▓▓ we were transitioning our topic of conversation to the murder of US Citizen RONALD THOMAS SMITH in Benghazi, Libya on 5 December 2013.]

▓▓▓▓ advised the interviewing Agent he was happy to talk about the topic, and was in fact willing and prepared to discuss the murder during our first interview on 2 February 2020. ▓▓▓▓ advised he was there for the murder.

▓▓▓▓ advised that in late 2013, following the US Mission and Annex attacks, he received a phone call from AHMED SABIKA. SABIKA wanted to meet ▓▓▓▓ the following day at a house belonging to MUHAMMAD JAFFAR. The following day ▓▓▓▓ went to JAFFAR's home between 0900L – 0915L. JAFFAR was not home however inside JAFFAR's home were AHMED SABIKA and AYMEN TIJAWI. SABIKA, TIJAWI, and ▓▓▓▓ all got into a

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ▮▮▮▮▮▮▮▮▮▮ , On 02/04/2020 , Page 7 of 10

black Jeep and drove to DUBAI STREET in Benghazi. There were three AK-47's inside the black Jeep. AHMED SABIKA was in the driver seat, AYMEN TIJAWI was in the passenger seat, and ▮▮▮▮ was in the back seat – all of them were armed with an AK-47.

[*Agent Note – ▮▮▮▮ provided two hand drawn sketches of the murder scene, labeled Sketch #1, and Sketch #2. Sketch #1 was a practice copy for ▮▮▮▮. ▮▮▮▮ provided Sketch #2 for a more clear, concise and detailed depiction of the murder scene and surrounding area. The sketches are attached and annotate the positions of all persons and vehicles involved.]

▮▮▮▮ advised there was another vehicle involved as well, for surveillance of the target and support of the black Jeep occupants. ▮▮▮▮ described the second vehicle as a white Toyota, four door, pickup truck, which local Benghazi residents refer to as a "Toyota 27" style vehicle. Inside the white Toyota pickup assisting the black Jeep occupants were AHMED NUUH and OSAMA JAFFAR, who was MUHAMMAD JAFFAR's brother.

▮▮▮▮ advised that his black Jeep and occupants drove to and parked on DUBAI STREET. The white Toyota assisting vehicle and occupants were already parked across the street from ▮▮▮▮'s Jeep when they parked. DUBAI STREET was a two-way road, so ▮▮▮▮ could see the white Toyota across the street from his location when parked.

While parked on DUBAI STREET, ▮▮▮▮ advised that AHMED SABIKA received a phone call from MUHAMMAD JAFFAR instructing SABIKA that the target was on the right side. ▮▮▮▮ advised they then observed near their Jeep, a white male, wearing jogging clothes and headphones, jogging very slowly.

[*Agent Note – US Citizen RONNIE SMITH was murdered while jogging in Benghazi. SMITH was shot and killed while jogging, wearing running shorts, t-shirt, and wearing headphones.]

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ▆▆▆▆▆▆ , On 02/04/2020 , Page 8 of 10

▆▆▆▆ advised that SMITH was running on their right hand side, from behind them, past their vehicle - from back to front, on the right side. ▆▆▆ described that AHMED SABIKA stepped out of the black Jeep driver seat, with an AK-47, then ran to the front of the black Jeep to catch up to and get in front of SMITH. SABIKA was now facing SMITH face to face, a few feet distance away. ▆▆▆ advised SABIKA then fired 5-6 rounds on semi-automatic single fire from his AK-47. ▆▆▆ advised SABIKA's 5-6 AK-47 rounds struck SMITH in the chest. ▆▆▆ advised SMITH momentarily put his arms up, and said no, as he realized what was happening. SMITH then fell to the ground. ▆▆▆ was approximately tree paces away from SMITH when he was shot and killed by SABIKA.

[*Agent Note - ▆▆▆ stood, paced out where he was located in relation to SMITH when SMITH was shot. ▆▆▆ paced out three paces to where he said SMITH had been located when shot. ▆▆▆ also while standing, re-enacted how SABIKA had to run to catch up to SMITH, in order to shoot SMITH from the front in the chest. The interviewing Agent asked ▆▆▆ why SABIKA did not shoot SMITH in the back, ▆▆▆ was unsure and did not have an answer.]

▆▆▆ advised after shooting SMITH in the chest 5-6 times, SABIKA then ran back to the driver seat of the black Jeep, got in, and the original occupants of the black Jeep then drove up DUBAI STREET, made a U-turn back down DUBAI STREET the opposing way, passing SMITH on the ground bleeding. The white Toyota, which was parked across the street, then pulled out in front of the black Jeep. The black Jeep followed the white Toyota down DUBAI STREET, took a right at a traffic circle, took another right hand turn, and then departed the area. ▆▆▆ recalled a shoe store, ISKAFI, and a small coffee shop nearby where SMITH was shot and killed. Both locations were annotated by ▆▆▆ on the hand drawn sketches #1 and #2.

[*Agent Note - The interviewing Agent then asked if ▆▆▆ told

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ██████████ ██████████ ██████████, On 02/04/2020, Page 9 of 10

SABIKA and TIJAWI to stop, ask them what they were doing, why they were doing it, or make any attempt to mediate or stop the situation.]

██████ advised he was initially surprised when SMITH was shot, however he waited for SABIKA to talk about it when driving away in the black Jeep after SMITH was shot and killed. SABIKA told ██████ that AHMED ABU KHATALLAH had ordered SABIKA to kill SMITH. SABIKA told ██████ that KHATALLAH said SMITH "must be killed".

██████ advised SABIKA told him SMITH was an American teacher in foreign schools spreading the Christian religion, and gay marriage and gay relationship rights/views. After hearing from SABIKA that SMITH was spreading Christian religion and gay rights, ██████ advised he felt better about SMITH being shot in front of him by SABIKA. ██████ advised he didn't agree with gay rights because that was not in line with Muslim values.

[*Agent Note - The interviewing Agent then asked if ██████ ever called the police or reported the murder to any authorities.]

██████ looked at the interviewing Agent perplexed, laughed, and advised "why would I do that, I would be reporting myself."

██████ was shown a photo of SMITH deceased, ██████ identified the following:

RONNIE SMITH – reference photo attached.

██████ was shown a photobook of individuals, ██████ identified the following:

#4 AYMEN TIJAWI

██████ provided the following description of AHMED SABIKA:

Height 5'7" – 5'8", Stocky build, Weight 70kg approximately, patchy beard, and a scar on the upper right arm.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview #2 of ▮▮▮▮▮▮▮, On 02/04/2020, Page 10 of 10

▮▮▮▮ advised the interviewing Agent he "knows he was a participant, and will be charged accordingly".

[*Agent Note- The interviewing Agent thanked ▮▮▮▮ for his cooperation throughout the interview.]

▮▮▮▮ stated he was open and available to speak to the interviewing Agent again.

The interview concluded at approximately 2025L Libyan time.

UNCLASSIFIED//FOUO