FD-302 (Rev. 5-8-10)

Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

[redacted]

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 09/16/2020

[redacted], date of birth (DOB) 24 November 1986, was interviewed at a Libyan National Army (LNA) Facility in Benghazi, Libya, by Special Agent Andrew Ver Steegh and Task Force Officer Anthony Marcano. Linguist Moussa Elchaer provided Arabic to English and English to Arabic interpretation.

The interview occurred in a medium sized office, containing several desks, multiple chairs, and other office furniture. [redacted] was escorted into the room by a LNA military official. [redacted] was not handcuffed, restrained, blindfolded, or hooded. After seating [redacted] the LNA official left the room and was not present for the interview.

The interviewing personnel introduced themselves, inquired regarding [redacted] wellbeing, and offered [redacted] water, coffee, and snacks. [redacted] did not report any issues. The interviewing personnel advised [redacted] they wished to interview [redacted] regarding the subject matter [redacted] discussed with the FBI in February 2020, and that it was [redacted] choice whether he wished to speak with the FBI again. In addition, [redacted] was informed he had certain rights in his interactions with the FBI. [redacted] confirmed he could read and write the Arabic language. [redacted] was provided with the Arabic language version of form FD-1081 "Advice Of Rights For Suspects In Foreign Custody," as revised by FBI NY NSLB 31 January 2020. [redacted] reviewed the form in its entirety and verbally advised he wished to speak with the interviewing personnel. [redacted] wrote his initials at points on the form to indicate his understanding of his rights, and then at approximately 5:55PM local time [redacted] signed form FD-1081. The FD-1081 form signed by [redacted] is attached to this document as 1A item.

[redacted]

Investigation on 08/23/2020 at Benghazi, Libya (In Person)

File # [redacted] Date drafted 09/02/2020

by Andrew Ver Steegh, Anthony Marcano, EL CHAER MOUSA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

[redacted]

[redacted]

During the interview, [redacted] was informed breaks could be taken whenever [redacted] wished, and [redacted] was offered and accepted refreshments identical to those available to the FBI personnel. [redacted] used the restroom between approximately 7:14-7:16PM. A break was taken between approximately 8:17-8:30PM. The interview concluded at approximately 10:26PM.

During the course of the interview, and after waiving his rights via form FD-1081, [redacted] voluntarily provided the following information:

**PLANNING MEETING AT ALI ZUBI'S HOUSE**

At the pre-attack planning meeting at the house of ALI ZUBI, [redacted] personally observed the following people in attendance:

- RAJAB ALAGURI, also known as ALFARUQ
- [redacted]
- YAHYA SAYYID ALZWAY, also known as JAMAICA
- AYMEN ALTIJAWI
- GADOUR
- MAHMOUD ALWAHAISHI, also known as ABU DUJANA
- KHALID ALZUBI
- ALI ALZUBI
- SUFYAN BIN QUMU
- HAMZA ALNA'AS
- ABDULLAH ALTAJURI
- [redacted]

(Agent note: A list of the above persons written by [redacted] is attached to this document as a 1A item. For clarification purposes, SA Ver Steegh wrote at the top of this list "Persons At Planning Meeting At Ali Zubi's House.")

[redacted] saw and heard KHATALLAH tell the attendees the purpose of the planned attack was to get revenge for the killing of USAMA BIN LADEN, to send a message regarding the insults to the Prophet, and to take the US Ambassador to trade for KHALID BIN SHIBA.

[redacted] saw and heard BIN QUMU state one of the purposes of the planned attack was to capture the US Ambassador to trade for BIN SHIBA. [redacted] had

[redacted]

met BIN QUMU in Sirte after the Revolution in 2011.

understood KHALID BIN SHIBA was a prisoner in Guantanamo Bay.

**11 SEPTEMBER 2012**

On 11 September 2012, recalled the evening prayer was in the general timeframe of 8:20PM through 9:00PM and that the demonstration began right after sunset. recalled the shooting started at around 8:40PM and everything was over by approximately 9:40PM. arrived on the scene of the US diplomatic facility around ten minutes before the gunfire started, at approximately 8:30PM. left the scene for the ALNUR ALMUBIN MOSQUE approximately one hour later.

advised was positioned at the main gate and never entered the compound. While approaching the US facility and while at the main gate, observed the movement of the following individuals who attended the pre-attack planning meeting as they participated in the attack. These individuals included:

- RAJAB ALAGURI, also known as ALFARUQ (who approached the main gate from the east on the gravel road and entered the compound via the main gate);
- (who approached the main gate from the east on the gravel road and did not enter the compound)
- YAHYA SAYYID ALZWAY, also known as JAMAICA (who approached the main gate from the east on the gravel road and entered the compound via the main gate. This occurred after JAMAICA returned from the hospital);
- AYMEN ALTIJAWI (who approached the main gate from the east on the gravel road and entered the compound via the main gate);
- MAHMOUD ALWAHAISHI, also known as ABU DUJANAA (who approached the main gate from the east on the gravel road and entered the compound via the main gate);
- ALI ALZUBI, (who was present in the vicinity of the northeast corner of approach the compound on the gravel road);
- (who approached the main gate from the east on ot enter the compound, and stayed in the vicinity of the main gate);
- MOHAMED JAFAR (who approached the main gate from the east on the gravel road and entered the compound via the main gate. This occurred after JAFAR returned from the hospital).

Several of the persons at the pre-attack planning meeting did not participate in the attack at 11 September 2012. Per these persons were:

- GADOUR
- KHALID ALZWAY
- SUFYAN BIN QUMU
- HAMZA ALNA'AS
- ABDULLAH ALTAJURI

(Agent note: handwritten list of these persons and maps depicting their movements during the attack on 11 September 2012 are attached to this document as a 1A item. On the list, marked which persons were not present on 11 September 2012. SA Ver Steegh wrote in Arabic in the upper left hand corner of the page "Location During The 11 Sep 2012 Attack" for clarification purposes.)

During the initial attack, observed AHMED BIN EISSA, also known as SABIKAH, receive a gunshot wound in SABIKAH's right hand. was unsure if it was a direct hit by a bullet or a ricochet. SABIKAH was with AHMED ALSIRMANI at this time. ALSIRMANI sustained more serious injuries than SABIKAH. observed MOHAMED JAAFAR, JAMAICA, and AYMEN TIJAWI take SABIKAH and ALSIRMANI to a separate location for first aid. recalled SABIKAH was gone for around 40 minutes and then returned, whereas ALSIRMANI, after initial treatment, was sent to a hospital for two days. recalled JAAFAR, JAMAICA, and TIJAWI returned to the US facility around 9:20PM.

Approximately 15 minutes after the start of the attack, observed AHMED ABU KHATALLAH come out and order group to withdraw. Subsequently, at approximately 9:30PM, MUTASIM BILLAH SULAYMAN ALNAYHUMI, IMAD MOHAMED ALAWAAMI, MOHAMED IYYAD ALMINIFI, also known as ABU KHADIJA, and SABIKAH, moved from the vicinity of the US facility to the ALNUR ALMUBIN MOSQUE in the ALLEITHY Neighborhood. The group moved from the US facility to the mosque in private cars. moved in a Toyota 27 Double Cabin with , MUTASIM BILLAH, and IMAD MOHAMED ALWAAMI, who was the owner of the car. and MUTASIM BILLAH were all armed with Kalashnikov-style rifles, and IMAD had a "bika". During this timeframe, observed

SABIKAH in possession of a "bika" and a Kalashnikov-style rifle. (Agent note: wrote the names of the people who moved to the ALNUR ALMUBIN MOSQUE on a piece of paper. SA Ver Steegh wrote at the top of this paper "Persons Who Moved W/ From Scene To Nur Almubin Mosque" for clarification purposes. This list is attached as a 1A item.)

**ALNUR ALMUBIN MOSQUE AND MORTAR ATTACK**

At the ALNUR ALMUBIN MOSQUE, and the others rested, recuperated, and ordered food from KUDO RESTAURANT. also recalled browsing the Internet on his mobile phone, a Samsung Note. sold this Samsung Note around six months after the attack.

At or around 1:55AM on 12 September 2012 and while the group was at the ALNUR ALMUBIN MOSQUE, AHMED ABU KHATALLAH called and told the group to go to ALABQAR, a location in MASHROUA SAFSAFAH. did not hear the contents of the phone call, but was sitting in the vicinity of , saw him answer the phone, and was informed of the identity of the caller and the contents of the call by as soon as hung up the phone.

advised MASHROUA SAFSAFAH was around 5km away from the US Annex, and one could observe the US Annex from MASHROUA SAFSAFAH.

advised witnessed ALBARKI fire the mortar during the attack on the second US facility on 12 September 2012. advised five shots total were fired from a mortar during this attack. was deployed with EMAD ALAWAAMI, MUTASIM BILLAH NAYHUM, SABIKAH, and MOHAMED ALMINIFI at the mortar firing position in order to provide security for the mortar team. personally observed ALBARKI fire the first shot from the mortar.At the time of the shot, estimated was around two meters away from ALBARKI. After the first shot, the security team withdrew from the vicinity of the mortar for fear of return fire from the Americans. did not see the second, third, fourth, or fifth shots fire, but knew that only two people were left at the mortar firing position: AYMEN ALBARKI and MAHMOUD ALWAHAISHI. knew ALWAHAISHI personally and knew ALWAHAISHI did not know how to operate a mortar. Therefore,



knew ALBARKI fired all five mortar shots.

knew ALBARKI used Google Earth to obtain the coordinates used during the attack because afterwards, while at ALBARKI's coffee shop, heard ALBARKI chastise the people who attempted to serve as spotters for the mortar with words to the effect of "Google Earth is better than your guesses!"

(Agent note: Interviewing agents informed this account differed regarding the details of the mortar attack from the version of events told the FBI in February 2020.)

advised since his initial conversation with the FBI, has had more time to think about and recall the events of 11 and 12 September 2012. felt recalled the events better now and was more certain of his current recollection.

**ADDITIONAL INFORMATION**

used telephone number 0924908861 from on or around 2005 through on or around 2013. probably used telephone number 0925312792 from on or around 2014 through on or around 2016, but was unsure if he recalled the digits for 0925312792 correctly. had this number at the time of his arrest in July 2016. faced numerous charges in the Libyan system and expected to receive life in prison. would prefer to be tried in the United States.

traveled from Libya to Syria from January 2013 through April 2013 to wage jihad against the ALASSAD REGIME. was in Lathiqiyyah, Syria with the LIBYAN EMIGRANTS BRIGADE, which was comprised mainly of fighters with a background from the LIBYAN ISLAMIC FIGHTING GROUP. got the idea and assistance for this travel from

clarified AYMEN ALSHISHANI's name was in fact LEMINE ALSHISHANI (English variant: ALAMIN ALSHISHANI. Arabic: الأمين الشيشاني)

first met SABIKAH in February 2012 in Amman, Jordan. was in Amman for medical treatment. YAHYA ZWAY also known as JAMAICA, and





SABIKAH all stayed at the SAYYIDAH AALIYYAH HOTEL in Amman, located near the DIWAN ALMUHASIBAH. [redacted] met SABIKAH through JAMAICA. SABIKAH left Jordan for Libya at the end of February, and [redacted] returned to Libya in March. [redacted] and SABIKAH were in contact while in Libya. [redacted] recalled meeting up with SABIKAH at one of the Battalion centers, as well as communicating with SABIKAH via telephone. [redacted] could not recall SABIKAH's telephone number.

**PHOTOBOOK**

(Agent note: [redacted] was shown a group of photos numbered 30-46, and provided the following identifications).

30: Did not recognize due to poor photo quality.
31: Did not recognize.
32: [redacted] believed this photo may be AHMED SABIKAH but was unsure due to poor photo quality.
33: Did not recognize.
34: ZAKARIA HAROUN ALBARGHATHI. [redacted] knew ALBARGHATHI from the ALLEITHY Neighborhood and advise ALBARGHATHI was friends with JAMAICA and SABIKAH. [redacted] last spoke with ALBARGHATHI in 2013. [redacted] did not recall a phone number for ALBARGHATHI.
35: MOHAMED ALGHURABI. [redacted] advised ALGHURABI was the leader of the RAFALLAH ALSAHATI BRIGRADE and was [redacted] commander. [redacted] last saw ALGHURABI after the liberation of Sirte. After this, [redacted] and ALGHURABI had a personal falling out.
36: Did not recognize.
37: Did not recognize.
38: Did not recognize.
39: Did not recognize.
40: Did not recognize.
41: AHMED ABU KHATTALLAH.
42: Did not recognize.
43: SUFYAN BIN QUMU.
44: Did not recognize.
45: Did not recognize.

46: Did not recognize.

**SURVEILLANCE VIDEO**

(Agent note: was shown clips of the surveillance video from US facilities taken on 11 September 2012. The compilation of clips is attached to this document as a physical-only 1A item due to file size contraints.)

identified ABU RAJIH at timestamp 0:00:03 (corresponding to 8_C1 GATE 21:45:21.25 on the surveillance video) as the bearded man in a white jalabiyya on the right side of the frame. met ABU RAJIH in MAJOURI and SIRTE in 2011 and 2012.

identified MISBAH ALSHAYKHI also known as ALSOMALI at timestamp 0:00:03 (corresponding to 8_C1 GATE 21:45:21.25 on the surveillance video) as the man wearing a white jalabiyyah and chest rig, holding a Kalashnikov in his left hand. met ALSHAYKHI in 2012 in the HADAYEQ area of Benghazi. ALSHAYKHI was from the ARD ALQURAYSH area of Benghazi. recalled seeing ALSHAYKHI around town several times.

identified AHMED ALSIRMANI at timestamp 0:00:11 (corresponding to 8_C1 GATE 21:45:30.06) as wearing a tan jalabiyyah, holding a flag, and located towards the back of the crowd. had met ALSIRMANI a few times in or around 2007-2008, and then had contact with him in 2011. knew ALSIRMANI to work as a mortician at the MOHAMED BIN MUSLIMAH MOSQUE in the HADAYEQ area of Benghazi. did not think the flag represented a specific group or organization.

identified MUNIR ALI ABDULHAMID ALRAQIQ, also known as ABU WALID, at timestamp 0:00:12 (corresponding to 8_C1 GATE 21:45:30.66 on the surveillance video) as holding a Kalashnikov rifle in his right hand and wearing a white jalabiyyah. knew ALRAQIQ very well from the ALLEITHY neighborhood since 2005. advised ALRAQIQ's father was one of the mosque-keepers in the neighborhood.

identified MOHAMED ALWARFALI at timestamp 0:00:19 (corresponding to 8_C1 GATE 211:45:38.01 on the surveillance video) as having dark skin, wearing a light colored t-shirt, and black pants. met WARFALI in



prison in 2017 when they shared the same cell for around three days. advised and WARFALI did not discuss the events of 11 September attack on US facilities at that time.

identified ZAKARYIA ALBARGHATHI at timestamp 0:00:18 (corresponding to 8_C1 GATE 21:45:36.66 on the surveillance video) as the second figure from the left, wearing a black t-shirt, olive pants, and with a medium beard.

identified AYMEN ALTIJAWI at timestamp 0:00:23 (corresponding to 8_C1 GATE 21:45:41.81 on the surveillance video) as wearing a purple shirt, towards the right side of the frame, with dark skin. met him in 2011 on the front lines in BUHADI near SIRTE. advised TIJAWI was from the ALSABRI Neighborhood and knew TIJAWI well.

identified ZIYAD ALUBAYDI as the figure exiting the screen at around timestamp 0:03:52 (corresponding to 1_B GATE 22:00:29.29 on the surviellance video), and as wearing a white shirt and holding a rifle. knew ALUBAYDI from the ALLEITHY Neighborhood where they were neighbors. lived on ALKHALIIJ Street.

identified ANIS ALADOULI at timestamp 0:04:43 (corresponding to 1_B GATE 22:01:20.07 on the surveillance video) as wearing a striped polo shirt and attempting to kick in the door. met ALADOULI in 2012 in the JALAA HOSPITAL and knew him to be from the BEN YOUNES area. ALADOULI was part of the ALGERIA GROUP for the 11 September 2012 attack. was 80% confident in this identification.

identified JABRIL ALAWAAMI at timestamp 0:06:21 (corresponding to 1_B GATE 22:02:58.50 on the surveillance video) as the figure on the right side of the frame, wearing a black shirt. has known ALAWAAMI for a long time. ALAWAAMI was from ALLEITHY and lived next to the ALNUR ALMUBIN MOSQUE.

identified MAHMOUD ALSAHILI, also known as MISTIKA, at timestamp 0:07:54 (corresponding to 1_B GATE 22:04:32.01 on the surviellance video) as the figure in the foreground wearing black flowing headgear. ALSAHILI was from the ALLEITHY Neighborhood. knew ALSAHILI well.





identified AYMEN ALBARKI at timestamp 0:09:43 (corresponding to 1_B GATE 22:06:20.05 on the surveillance video) as the figure on the left holding an object in his left hand. advised ALBARKI was from the "Old Leithy" section of ALLEITHY and has known him since 2006. knew ALBARKI very well. last communicated with ALBARKI in or around February 2014 via Facebook and recalled discussing the cafe which ALBARKI owned. recalled used Facebook Account " اسدالله رغم الحذف", in reference to the fact that Facebook would close accounts due to the jihadist material posted. recalled ALBARKI used Facebook account "Aymen Albarki" (Note: spelling is phonetic).

identified KHALID ALZWAY at timestamp 0:12:40 (corresponding to 1_B GATE 23:55:58.37 on the surveillance video) as wearing a light colored button down shirt, dark pants, and holding an item in his right hand. knew ALZWAY from ALLEITHY since 2007-2008. and ALZWAY played soccer together.

identified ANIS ALBARASI at timestamp 0:15:55 (corresponding to 1_B GATE 23:59:13.22 on the surveillance video) as the figure in the lower left corner of the frame wearing a vest and having a goatee. met ALBARASI at the end of 2010 as well as on the front during the 2011 Revolution and knew him sort of well. was from the "Old Leithy" section of ALLEITHY. recalled ALBARASI worked at a grocery store by house.

identified AHMED ALUBAYDI at timestamp 0:15:58 (corresponding to 1_B GATE 23:59:16.22 on the surveillance video) as wearing a striped polo shirt with a hat, holding an object in his right hand. knew AHMED ALUBAYDI well from before the 2011 Revolution. AHMED ALUBAYDI was from ALLEITHY.

identified MOHAMED ALAGURI at timestamp 0:17:06 (corresponding to 1_B GATE 00:00:24.69 on the surveillance video) as the figure in the foreground carrying a gun and wearing a vest. met him after the events of 11 September 2012. advised ALAGURI was from the 14th Street area of ALMAJOURY. was 90% confident in this identification.

identified IBRAHIM ATTIYA FAITORI at timestamp 0:17:23 (corresponding to 1_B GATE 00:00:41.31 on the surveillance video) as the figure in the





foreground carrying objects. [redacted] met FAITORI in 2009 through MUTASIM BILLAH NAYHUM. FAITORI was from the SILMAN ALSHARQY area of Benghazi.

At the conclusion of the interview, [redacted] consented to having his picture taken. [redacted] advised he would be interested in speaking with the FBI again.