UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/14/2021

On 09 December 2020, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ date of birth 24 November 1986, was interviewed at a Libyan National Army (LNA) Facility in Benghazi, Libya by Federal Bureau of Investigation (FBI) Special Agents (SA) Clayton White and Robert Kane. Also present during the interview was FBI Language Analyst (LA) Atef Shafik, who provided English and Arabic translations.

The interview was initiated at approximately 1419L (local) Benghazi, Libya time. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was escorted to the interview conference room by two (2) United States (US) Diplomatic Security (DS) Agents. ▮▮▮▮▮ was physically searched via hand pat down by the two DS Agents prior to entering the interview conference room in order to ensure the physical security and safety of ▮▮▮▮▮ and US personnel present.

The room utilized for the interview was a large conference room, located adjacent to the building main lobby area. The conference room was approximately 20 feet wide by 35 feet long. There were two (2) windows, bright lighting, and carpeting. The temperature was comfortable. The interviewing Agents, the FBI Language Analyst, and ▮▮▮▮▮ all sat in the same style chair, a padded conference room chair with wheels and arm rests.

Libyan authorities were not present inside the interview conference room. The two (2) DS Agents were not located inside the interview conference room, they remained outside the room after their security and safety checks were completed. The only people inside the interview conference room were the interviewing Agents, the FBI Language Analyst, and ▮▮▮▮▮.

The interviewing Agents both shook ▮▮▮▮▮ hand, invited ▮▮▮▮▮ into the conference room and offered him to have a seat. ▮▮▮▮▮ was not handcuffed or restrained. The interviewing Agent inquired about ▮▮▮▮▮ general

UNCLASSIFIED//FOUO

Investigation on   12/09/2020   at   Benghazi, Libya (In Person)

File #  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date drafted   12/21/2020

by   WHITE CLAYTON G, KANE ROBERT E III

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview of █████████, On 12/09/2020, Page 2 of 7

physical and mental wellness; █████ advised he felt well and made no complaints to the interviewing Agent. █████ appeared to be coherent, rested, and in good visible physical health with no visible bruises or injuries. █████ was offered water, coffee, a snack, and use of the restroom or prayer at any time he wished.

After being advised of the identity of the interviewing Agents and Linguist, and the nature of the interview, █████ was advised of his rights for suspects in foreign custody, by the interviewing Agent with translation. At 1423L, █████ was provided the Advice of Rights form for Suspects in Foreign Custody in Arabic. █████ affirmed he could read and write.

In this advice of rights form, █████ was informed that the interviewing Agents were aware that he may have previously met with other Libyan and/or US Government officials in the past. █████ was advised that anything he might have previously said to other Libyan and/or US Government officials would likely not be used against him in a United States court of law. █████ was further informed that the interviewing Agents were starting anew, and █████ need not speak with the interviewing Agents just because he might have spoken with others previously. Additionally, █████ was advised that anything he said could be used against him in a US court of law.

█████ followed along as he was read his Advice of Rights in Arabic, and after each paragraph acknowledged he understood his rights by initialing next to each paragraph of the Advice of Rights. █████ acknowledged verbally that he understood his rights and he wished to waive his rights.

At 1430L, █████ voluntarily waived his rights by signing the Advice of Rights form for Suspects in Foreign Custody in Arabic.

After waiving his rights, and signing the Advice of Rights form for Suspects in Foreign Custody in Arabic, █████ provided the following information:

**Background:**

At the time of this interview, █████ had been previously interviewed twice by FBI Special Agents. On both of the previous interviews, █████ signed an Advice of Rights form and was eager to speak to the interviewing Agents. █████ had previously advised that he was present at the attack on the US

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , On 12/09/2020 , Page 3 of 7

Special Mission compound on 11 September 2012. ▓▓▓▓▓ also previously admitted to being present at the murder of US Citizen RONALD THOMAS SMITH in Benghazi, Libya on 5 December 2013.

**Video Surveillance Clips:**

Interviewing Agents showed ▓▓▓▓▓ various portions of video surveillance footage from the US Special Mission during the attack on the night of 11 September 2012. Interviewing Agents inquired about the identity of numerous individuals depicted in the videos. ▓▓▓▓▓ provided the following responses:

- Video Start Time 0:14:24 (corresponding to 1_B GATE 23:57:42.52L on the surveillance video):

▓▓▓▓▓ did not identify anyone in the clip shown.

- Video Start Time 0:15:23 (corresponding to 1_B GATE 23:58:41.52L on the surveillance video):

▓▓▓▓▓ did not identify anyone in the clip shown.

- Video Start Time 0:19:21 (corresponding to 1_B GATE 00:02:40.09L on the surveillance video):

▓▓▓▓▓ did not identify anyone in the clip shown.

- Video Start Time 0:16:00 (corresponding to 1_B GATE 23:59:18.55L on the surveillance video):

▓▓▓▓▓ did not identify anyone in the clip shown.

In response to a direct line of questioning, ▓▓▓▓▓ provided information on the following individuals:

AYMEN SHASHANI (ph): ▓▓▓▓▓ advised that he did know this individual and described him as being born between 1986-88 and having a long beard that turned blonde at the bottom. ▓▓▓▓▓ advised the interviewing Agents that AYMEN SHASHANI was killed in Mali in 2013 by a drone attack (NFI).

WALID BARNAWI: ▓▓▓▓▓ did not know this individual but knew his cousin

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, On 12/09/2020, Page 4 of 7

SULIMAN AL-BARNAWI. SULIMAN AL-BARNAWI was from the Hijazz Street area of Benghazi. ▓▓▓ met SULIMAN AL-BARNAWI in 2012, approximately 5-6 months prior to the attack on the US Special Mission in Benghazi.

ZUBARYR AL-BAKOUSH: ▓▓▓ advised that he did know this individual. ▓▓▓ stated that ZUBAYR AL-BAKOUSH was a member of WISSAM BIN HAMID's Free Libya Battalion. ▓▓▓ saw AL-BAKOUSH around town in Benghazi on multiple occasions and personally spoke to AL-BAKOUSH twice.

SABIKAH: ▓▓▓ stated that SABIKAH is a nickname or alias and not a family name or surname. ▓▓▓ knew an individual named AHMED BIN ISSA AL-MAJBERI who was known by the alias SABIKAH. This individual was from the AL-SABRI neighborhood of Benghazi. SABIKAH was married to a Turkish woman. SABIKAH's father in law's name was BORKAN (ph). BORKAN owned a shoe store on Gulf Street in Benghazi. BORKAN was a member of Ubaydah Bin Jarrah Brigade (UBJ). SABIKAH had a reputation of being a troublemaker and was known for his preference of using knives to kill people instead of guns.

**Photo Book:**

▓▓▓ was shown a headshot photobook of individuals for identification purposes. ▓▓▓ provided the following responses:

#1 - No ID

#2 - MUHAMMAD ZAHAWI

#3 - AHMED ABU KHATALLAH

#4 - AYMEN TIJAWI

#5 - No ID

#6 - No ID

#7 - No ID

#8 - No ID

#9 - JAMAICA (YAHYA ZWAYI)

#10 - ZUBAYR BAKOUSH

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview of ▮▮▮▮▮▮▮▮▮▮, On 12/09/2020, Page 5 of 7

#11 - AYMEN AL BRIKI

#12 - MOHAMED WARFALI

#13 - No ID

#14 - No ID

#15 - No ID

#30 - No ID

#31 - No ID

#32 - SABIKAH

#33 - ▮▮▮▮▮▮▮▮▮▮

#36 - No ID

#37 - UMAR ABDUL SALAM WANEES BUWISBA

#38 - No ID

#39 - No ID

#40 - No ID

**Additional Video Surveillance Clips:**

Interviewing Agents showed ▮▮▮▮ additional portions of the video surveillance footage from the US Mission during the attack on the night of 11 September 2012:

- Video Start Time 0:08:58 (corresponding to 1_B GATE 22:05:36.12L on the surveillance video):

 identified the individual on screen at 0:09:06 as ZUBAYR AL-BAKOUSH. recognized AL-BAKOUSH by his distinct goatee. AL-BAKOUSH was well

UNCLASSIFIED//FOUO

415B-NY-2486158

(U//FOUO) Interview of ███████ ███████ ███████, On 12/09/2020, Page 6 of 7

known in Benghazi and people often pointed him out to ██████.

- Video Start Time 0:09:43 (corresponding to 1_B GATE 22:06:20.90L on the surveillance video):

██████ identified the individual exiting the doorway holding an unknown object in his left hand as ██████████ (ph).

- Video Start Time 0:09:45 (corresponding to 1_B GATE 22:06:23.23L on the surveillance video):

██████ identified the individual in the blue shirt who stops in the doorway then turns and exits as MAHMOUD ALSAHILI aka MISDIQA. ██████ and MISDIQA were once neighbors.

- Video Start Time 0:09:32 (corresponding to 1_B GATE 22:06:10.56L on the surveillance video):

██████ identified the individual at 0:09:35 (corresponding to 1_B GATE 22:06:12.02L on the surveillance video) wearing a dark colored t-shirt and exiting the doorway as WISSAM (LNU). ██████ met WISSAM in 2012 prior to this attack (NFI).

- Video Start Time 0:00:15 (corresponding to 8_C1 GATE 21:45:34.01L on the surveillance video):

██████ identified the individual having dark skin and wearing a tan shirt and carrying what appeared to be a Rocket Propelled Grenade (RPG) as MUHAMAD AL-WARFALI.

*Agent Note: Interview break from 1536L - 1545L.

Interviewing Agents reviewed the beginning portion of the surveillance video with ██████ and asked ██████ to identify himself in the video. The surveillance video being shown to ██████ was from the C1 Main Gate to the Mission. ██████ reviewed the footage and was ultimately unable to identify himself in the video. ██████ stated that he did not know there were cameras or else he would have hid from them.

*Agent Note: During a previous interview with the FBI on 2 February 2020, ██████ informed SA Robert Kane that ██████ was present at the C1 Main Gate

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

415B-NY-2486158



(U//FOUO) Interview of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , On  12/09/2020 , Page  7 of 7

during the start of the attack on the US Special Mission.

**Facebook Account(s):**

▇▇▇▇ provided interviewing Agents with the user names of his three (3) Facebook accounts. Interviewing Agents were able to locate one (1) of those accounts in the presence of ▇▇▇▇ who verified that it was in fact one (1) of his personal accounts (Facebook ID: 100008032389859).

▇▇▇▇ reviewed and voluntarily signed a FD-26.1 Consent to Search form, in Arabic. ▇▇▇▇ voluntarily consented to the search of ▇▇▇▇ three (3) Facebook accounts. ▇▇▇▇ provided the username for each of the three (3) accounts. The signed FD-26.1 was attached as a 1A.

▇▇▇▇ verbally consented to biometric enrollment. Biometric enrollment results are attached as a 1A.

▇▇▇▇ stated he was ammenable to speaking to the interviewing Agents again in the future.

The interview concluded at approximately 1631L Libyan time.