# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 14-CR-141 (CRC) |
| ) | |
| AHMED SALIM FARAJ ABU KHATALLAH ) | |

## NOTICE OF APPEAL

Name and address of appellant:      United States of America

Name and address of appellant's attorney:      John Crabb, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW
Washington, DC 20253

Offense:    18 USC secs. 924(c) and 2; 18 USC secs.1363 and 7, 2; 18 USC secs. 2339A and 2

Concise statement of judgment or order, giving date, and any sentence:

    Amended Judgment, entered by the Honorable Christopher R. Cooper, on October 21, 2024, imposing sentence of 336 months' total incarceration

Name and institution where now confined, if not on bail:    USP Florence ADMAX

     I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| November 20, 2024 | United States of America |
|---|---|
| DATE | APPELLANT |
| | John Crabb |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ✔
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?    YES ☐    NO ✔
Has counsel ordered transcripts?    YES ✔    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES ☐    NO ✔