UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Case No.: 14-CR-141 (CRC) |
| **AHMED SALIMFARAJ ABUKHATALLAH** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**   Ahmed Salimfaraj Abukhatallah

**Name and address of appellant's attorney:**   Mary Petras
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:**  18 U.S.C. § 2339A (Count 1); 18 U.S.C. § 2339A and 2 (Count 2); 18 U.S.C. §§ 1363 and 7, 2 (Count 16); 18 U.S.C. §§ 924(c) and 2 (Count 18)

**Concise statement of judgment or order, giving date, and any sentence:**

AMENDED JUDGMENT (Entered 10/21/2024): 15 years' incarceration as to Counts 1 and 2; 18 years' incarceration as to Count 16 to be served concurrently. 10 years' incarceration as to Count 18 to run consecutively. The total time to be served is 28 years with credit for time served.

**Name and institution where now confined, if not on bail:** USP Florence ADMAX

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**


November 21, 2024                                              Ahmed Salimfaraj Abukhatallah
DATE                                                                      APPELLANT


CJA, NO FEE        FPD                              A. J. Kramer
PAID USDC FEE    NO                              FEDERAL PUBLIC DEFENDER
PAID USCA FEE    NO                              ATTORNEY FOR APPELLANT


Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes